REYNOLD L. SIEMENS (Bar No. 177956)
rsiemens@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

MICHAEL GALLAGHER (Bar No. 195592)
mgallagher@behblaw.com
BASSI EDLIN HUIE & BLUM
515 S. Flower Street, Suite 1020
Los Angeles, California 90071
Telephone: (213) 412-2661
Facsimile: (213) 652-1992

DON ELLIOTT (*PHV to be filed*)
delliott@cov.com
THOMAS BRUGATO (Bar No. 284157)
tbrugato@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000

Attorneys for Defendant WHITTAKER CORPORATION

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARITA VALLEY WATER AGENCY<br><br>       Plaintiff,<br><br>v.<br><br>WHITTAKER CORPORATION and DOES 1-10, inclusive<br><br>       Defendants | Case No.: 2:18-cv-06825-GW-RAO<br><br>Hon. George H. Wu, presiding<br><br>**DECLARATION OF THOMAS BRUGATO IN SUPPORT OF MOTION TO DISMISS OR STAY THE COMPLAINT**<br><br>Date: November 8, 2018<br>Time: 8:30 a.m.<br>Courtroom: 9D |

SF: 282872-2                DECLARATION OF THOMAS BRUGATO

# DECLARATION OF THOMAS BRUGATO

I, Thomas Brugato, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to the bars of California and the District of Columbia, and am employed by Covington & Burling LLP at 850 Tenth Street NW, Washington DC 20001. I represent Defendant Whittaker Corporation in the above-captioned action.

2. I have personal knowledge of the facts set forth in this Declaration, which I make in order to place before the Court documents and testimony in support of Defendant's motion to dismiss or stay the complaint.

3. All of the documents attached to this declaration were obtained from the Department of Toxic Substance Control's ("DTSC") EnviroStor website, https://www.envirostor.dtsc.ca.gov/public/.

    a. The documents from the Whittaker-Bermite Site's administrative record were obtained from https://www.envirostor.dtsc.ca.gov/public/profile_report?global_id=19281087

    b. The documents from the Saugus Industrial Center Site's administrative record were obtained from https://www.envirostor.dtsc.ca.gov/public/profile_report?global_id=19280025

    c. The documents from the Castaic Lake Water Agency Site's administrative record were obtained from https://www.envirostor.dtsc.ca.gov/public/profile_report?global_id=60000168

4. The document attached as **Exhibit A** is a true and correct copy of a report entitled Saugus Formation Volatile Organic Compound Investigation Report, dated October 2015. This document was obtained from the administrative record of the Castaic Lake Water Agency Site.

5. The document attached as **Exhibit B** is a true and correct copy of DTSC's Imminent and Substantial Endangerment Order for the Whittaker-Bermite Site, dated November 2002. This document was obtained from the administrative record of the Whittaker-Bermite Site.

6. The document attached as **Exhibit C** is a true and correct copy of a letter from DTSC, dated December 2, 2014. This document was obtained from the administrative record of the Whittaker-Bermite Site.

7. The document attached as **Exhibit D** is a true and correct copy of the Remedial Action Plan for Operable Unit 7 of the Whittaker-Bermite Site, dated December 2014. This document was obtained from the administrative record of the Whittaker-Bermite Site.

8. The document attached as **Exhibit E** is a true and correct copy of an Interim Remedial Action Plan, dated December 2005. This document was obtained from the administrative record of the Castaic Lake Water Agency Site.

9. The document attached as **Exhibit F** is a true and correct copy of DTSC's Response to Comments Received on the Whittaker Bermite Operable Unit 7 Remedial Action Plan, dated December 2014. This document was obtained from the administrative record of the Whittaker-Bermite Site.

10. The document attached as **Exhibit G** is a true and correct copy of the Remedial Action Plan for the Saugus Industrial Center, dated January 2015. This document was obtained from the administrative record of the Saugus Industrial Center Site.

11. The document attached as **Exhibit H** is a true and correct copy of DTSC's approval of the Remedial Action Plan for the Saugus Industrial Center, dated December 17, 2014. This document was obtained from the administrative record of the Saugus Industrial Center Site.

12. The document attached as **Exhibit I** is a true and correct copy of a letter from DTSC dated March 21, 2014. This document was obtained from the administrative record of the Saugus Industrial Center Site.

13. The document attached as **Exhibit J** is a true and correct copy of an Environmental Oversight Agreement, dated March 2003. This document was obtained from the administrative record of the Castaic Lake Water Agency Site.

14. The document attached as **Exhibit K** is a true and correct copy of a letter from DTSC, dated January 20, 2006. This document was obtained from the administrative record of the Castaic Lake Water Agency Site.

15. The document attached as **Exhibit L** is a true and correct copy of a letter from DTSC, dated February 12, 2016. This document was obtained from the administrative record of the Castaic Lake Water Agency Site.

16. The document attached as **Exhibit M** is a true and correct copy of a report prepared by AECOM, dated November 9, 2016. This document was obtained from the administrative record of the Castaic Lake Water Agency Site.

17. The document attached as **Exhibit N** is a true and correct copy of DTSC's Response to Comments Received on the Saugus Industrial Center Remedial Action Plan, dated December 2014. This document was obtained from the administrative record of the Saugus Industrial Center Site.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on October 5, 2018.

*Thomas Brugato* TD

Thomas Brugato