NOSSAMAN LLP
FREDERIC A. FUDACZ (SBN 50546)
ffudacz@nossaman.com
BYRON GEE (SBN 190919)
bgee@nossaman.com
PATRICK J. RICHARD (SBN 131046)
prichard@nossaman.com
RAVEN McGUANE (SBN 336505)
rmcguane@nossaman.com
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone:   213.612.7800
Facsimile:    213.612.7801

Attorneys for Plaintiff SANTA CLARITA VALLEY
WATER AGENCY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARITA VALLEY WATER AGENCY, <br><br> Plaintiff, <br><br> vs. <br><br> WHITTAKER CORPORATION and DOES 1-10, Inclusive, <br><br> Defendant. <br><br> AND RELATED CASES | Case No:  2:18-cv-6825 SB (RAOx) <br><br> *Assigned to Hon. Stanley Blumenfeld, Jr.* <br><br> **JOINT WITNESS LIST** <br><br> Date Action Filed: August 8, 2018 <br> Trial Date:  August 24, 2021 |

Case No. 2:18-cv-6825 SB (RAOx)

PROPOSED WITNESS LIST

58027686.v3

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 16, the Parties provide the following list of likely trial witnesses.  The following witnesses will testify via portions of deposition testimony or to the extent available, via zoom and/or in-person testimony.  Plaintiff's Proposed Witness List is attached hereto as Exhibit A.  Plaintiffs may also present in their case-in-chief portions of deposition testimony from Whittaker's experts, depending on the scope of pre-trial rulings and other issues.  Defendant objects to this.  The Parties may amend this list to add or remove potential witnesses before or during trial.  The nature of the testimony briefly described, its relevance and admissibility, and the time estimates provided are necessarily only guides, also subject to further revision.

This list of witnesses includes additions of Defendant Whittaker Corporation's likely trial witnesses.  Defendant's Proposed Witness List is attached hereto as Exhibit B.  In instances where Defendant included a likely trial witness not included in Plaintiff's list of witnesses, Plaintiff noted this difference with a footnote.  Similarly, where Defendant and Plaintiff's total time estimates for a witness's testimony differed by more than 20 minutes, Plaintiff also noted this difference.  The parties note that many of the witnesses appeared on both Plaintiff and Defendant's list of anticipated witnesses, including Abercrombie, Alvord, Daus, Dawson, Diaz, Hokkanen, Lechler, Luis, Mesard, Shoup, Steffey, and Stone.  The parties will continue to discuss anticipated witnesses in advance of the pre-trial conference.

| 1.  Keith Abercrombie | 120 min. (90 min. direct/30 min. cross) |
|---|---|
| He will testify regarding the necessity for SCV Water to purchase replacement water, costs of replacement water, and the current state of well operations and impact | |

| | |
|---|---|
| of contamination on SCV Water supply and operations.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  As an employee of SCV Water with information relevant to SCV Water's claims, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **2.  Michael Alvord** | **120 min.** (90 min. direct/30 min. cross) |
| He will testify regarding Division of Drinking Water well permitting and related to DDW permitting, the current state of well operations and impact of contamination on SCV Water supply and operations.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  As an employee of SCV Water with information relevant to Plaintiff's claims, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |

| **3. Hassan Amini** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
|---|---|
| He will testify via portions of deposition testimony regarding Whittaker's conduct concerning contamination of the Whittaker Site. Mr. Amini is a Whittaker consultant serving as program coordinator for investigation and remediation activities at the Whittaker Site. His testimony is relevant to establishing that a release occurred under CERCLA, contribution to contamination under RCRA, and causation for SCV Water's state common law claims. Therefore, his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time. FRE 403. | |
| **4. Steve Cole** | **180 min.** (120 min. direct/60 min. cross) |
| He will testify regarding SCV Water's prior relations with Whittaker Corporation and operational aspects of SCV Water. His testimony is relevant to Plaintiff's CERCLA claims, RCRA | |

| | |
|---|---|
| claim, and state common law claims. FRE 402.  As an employee of SCV Water with information relevant to SCV Water's claims, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **5.  Anthony Daus** | **120 min.** (90 min. cross/30 min. direct) |
| He will testify as an adverse witness, including by deposition, regarding Whittaker's investigation and remediation activities at the Whittaker Site.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  Whittaker has designated Daus as an expert to opine on Whittaker's remediation and investigation at the Whittaker Site.   If the Court allows Whittaker to present Daus's opinions regarding the Whittaker Site, then SCV Water's presentation of his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |

| **6. Gaynor Dawson** | **120 min.** (90 min. cross/30 min. direct) |
|---|---|
| He will testify as an adverse witness, including by deposition, regarding history of the Whittaker Site.  His testimony is relevant to establishing that a release occurred under CERCLA, contribution to contamination under RCRA, and causation for SCV Water's state common law claims.  FRE 402.  He has been designated by Whittaker as both a 30(b)(6) witness on historic operation/releases and as an expert to opine on the operations and releases of chemicals resulting in contamination on the Whittaker Site.  If the Court allows Whittaker to present Dawson's opinions regarding the Whittaker Site, then SCV Water's presentation of his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **7. Jose Diaz** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |

58027686.v3

| | |
|---|---|
| He will testify via portions of deposition testimony regarding DTSC oversight of the Whittaker Site.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims. .  FRE 402.  As a DTSC official with information relevant to SCV Water's claims, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **8.  Gary Hokkanen** | **60 min.** (45 min. cross/15 min. direct)[1] |
| He will testify, including via portions of deposition testimony and related expert report, relating to contamination pathways from the Whittaker site to Plaintiff's wells, the hydrogeology of the area, the impact of Whittaker's onsite wells on offsite groundwater contamination, and related opinions.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE | |

---

[1] Defendant's estimate for time for testimony for Gary Hokkanen is 170 min. (140 min. direct/30 min. cross).

| | |
|---|---|
| 402.  He has been designated by Whittaker as an expert to opine on the contamination pathways from the Whittaker site to Plaintiff's wells, the hydrogeology of the area, the impact of Whittaker's onsite wells on offsite groundwater contamination.  If the Court allows Whittaker to present Hokkanen's opinions regarding the Whittaker Site, then SCV Water's presentation of his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **9.  Richard Hughto** | **240 min.** (180 min. direct/60 min. cross) |
| He will testify consistent with his expert report and deposition, including opinions related to Whittaker's (pre-1987 closure) waste disposal practices, industry standards and regulatory history.  His testimony is relevant to establishing that a release occurred under CERCLA, contribution to contamination under RCRA, and causation for SCV Water's state | |

| | |
|---|---|
| common law claims.  FRE 402. SCV Water has designated Mr. Hughto as its only expert witness regarding Whittaker's historical waste disposal practices, industry standards and regulatory history. Therefore, his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **10. James Jisa** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony regarding historical disposal practices at the Whittaker Site.  His testimony is relevant to establishing that a release occurred under CERCLA, contribution to contamination under RCRA, and causation for SCV Water's state common law claims. FRE 402.  Mr. Jisa worked at the Whittaker Site and was a percipient witness to Whittaker's historical disposal practices.  Therefore, his testimony is highly probative and | |

| | |
|---|---|
| does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **11. Jeffrey Koelewyn[2]** | **75 min.** (55 min. direct/ 20 min.) |
| He will testify as a non-retained expert regarding Plaintiff's distribution system, sampling and testing methodology and results, frequency, and detections of VOCs at Plaintiff's wells and distribution system, blending, as well as knowledge particular to his role as Plaintiff's Regulatory Affairs Supervisor. | |
| **12. Eric Lardiere** | **300 min.** (240 min. cross./60 min. direct) |
| He will testify as an adverse witness regarding SCV Water's prior relations with Whittaker Corporation, conditions at the Whittaker Site, and related topics. His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  Mr. Lardiere is president and secretary of Whittaker Corporation and is a percipient witness to SCV | |

[2] Defendant's addition to Plaintiff's Proposed Witness List.

58027686.v3

| | |
|---|---|
| Water's prior relations with Whittaker Corporation, conditions at the Whittaker Site, and related topics.  He is the only Whittaker officer SCV Water intends to call as a witness.  Therefore, his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time. FRE 403. | |
| **13. BJ Lechler** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony regarding the investigation of VOC contamination. His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  Mr. Lechler is a consultant supporting SCV Water in a technical capacity relating to groundwater and groundwater contamination and has nearly 20 years of experience working on issues related to contamination from the Whittaker Site.  Therefore, his testimony is highly probative and does not | |

| | |
|---|---|
| present an issue of unfair prejudice, confusion of issues, or waste of time. FRE 403. | |
| **14. James Leserman[3]** | **40 min.** (30 min. direct/10 min. cross) |
| He will testify regarding the remediation of the groundwater, the contamination of the distribution system and Plaintiff's future damages. | |
| **15. Zoyd Luce** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony regarding past environmental, health and safety practices at the Whittaker Site.  His testimony is relevant to establishing that a release occurred under CERCLA, contribution to contamination under RCRA, and causation for SCV Water's state common law claims.  FRE 402.  Mr. Luce served as Whittaker's Manager of Safety and Security, worked at the Whittaker Site, and was a percipient witness to environmental, health and safety practices at the Whittaker Site. | |

---

[3] Defendant's addition to Plaintiff's Proposed Witness List.

| | |
|---|---|
| Therefore, his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **16. Steven Luis** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify as an adverse witness, including via portions of deposition testimony, regarding the issues covered in his expert report and deposition.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  If the Court allows Whittaker to present Luis's opinions regarding the Whittaker Site, then SCV Water's presentation of his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **17. Dan Masnada** | **120 min.** (90 min. direct/30 min. cross) |
| He will testify regarding aspects of the history of SCV Water's site and response to groundwater contamination and communications with Whittaker.  His testimony is | |

| | |
|---|---|
| relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  Mr. Masnada is former General Manager of SCV Water's predecessor, Castaic Lake Water Agency, and was a percipient witness to SCV Water's response to groundwater contamination and communications with Whittaker.  Therefore, his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **18. Peter Mesard** | **60 min.** (45 min. cross/15 min. direct/counter-designations) |
| He will testify as an adverse witness, including via portions of deposition testimony, regarding the issues covered in his expert report and deposition.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  If the Court allows Whittaker to present Mesard's opinions regarding the Whittaker Site, then SCV Water's presentation | |

| | |
|---|---|
| of his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **19. Issam Najm** | **180 min.** (120 min. direct/60 min. cross) |
| He will provide expert testimony regarding the treatment system requirements to address volatile organic compounds ("VOCs") and perchlorate contamination.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  Dr. Najm is SCV Water's only living expert testifying regarding the treatment system to address VOCs and perchlorate contamination. Therefore, his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **20. Jeffrey O'Keefe** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony regarding DDW well permitting.  His | |

| | |
|---|---|
| testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state common law claims.  FRE 402.  As a DDW official with information relevant to Plaintiff's claims, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **21. Bradley Peach** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of prior deposition testimony regarding Whittaker's historical manufacturing, storage, and releases of hazardous substances on the Whittaker Site.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  He was a percipient witness to Whittaker's historical actions with regard to hazardous substances on the Whittaker Site.  Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion | |

| | |
|---|---|
| of issues, or waste of time.  FRE 403. | |
| **22. John Peloquin** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of prior deposition testimony regarding Whittaker's historical manufacturing, storage and disposal of hazardous substances on the Whittaker Site.   His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  He was a percipient witness to Whittaker's historical actions with regard to hazardous substances on the Whittaker Site.  Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **23. Daniel Shoup** | **90 min.** (60 min. cross/30 min. direct) |
| He will testify as an adverse witness, including via deposition testimony, regarding Whittaker's historical manufacturing and storage of hazardous substances on the | |

| | |
|---|---|
| Whittaker Site. His testimony is relevant to establishing that a release occurred under CERCLA, contribution to contamination under RCRA, and causation for SCV Water's state common law claims. FRE 402. If the Court allows Whittaker to present Shoup's opinions regarding the Whittaker Site, then SCV Water's presentation of his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time. FRE 403. | |
| **24. Duane Steffey** | **90 min.** (60 min. cross/30 min. direct) |
| He will testify as an adverse witness, including via deposition testimony, regarding detection of VOCs at SCV Water's wells. His testimony is relevant to establishing SCV Water's RCRA claim, CERCLA claims, and state law claims. FRE 402. If the Court allows Whittaker to present Steffey's opinions regarding detection of VOCs, then SCV Water's presentation of his testimony is highly probative and | |

JOINT WITNESS LIST

58027686.v3

| | |
|---|---|
| does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **25. Archie Simmons** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify regarding Whittaker's historical practices, regulatory interactions and removal and remedial actions at the Whittaker Site.  Witness is deceased and will testify via portions of deposition testimony.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  He was a percipient witness to Whittaker's historical actions with regard to hazardous substances on the Whittaker Site.  Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **26. Tim Simpson** | **90 min.** (60 min. cross/30 min. direct) |
| He will testify as an adverse witness, including via deposition testimony, regarding Whittaker's interactions with SCV Water and regulators | |

| | |
|---|---|
| concerning the Whittaker Site and offsite contamination.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  He is Whittaker's representative in implementing the settlement agreement between SCV Water and Whittaker and is percipient witness to interactions between the parties regarding contamination from the Whittaker Site. | |
| **27.  Richard Slade**[4] | **45 min.** (30 min. direct/15 min. cross) |
| He will testify as Plaintiff's FRCP 30(b)(6) witness, via deposition and/or live, about Plaintiff's decision making in the siting of their wells. | |
| **28. Alan Sorsher** | **90 min.** (60 min. direct/30 min. cross/counter-designations) |
| He will testify via portions of deposition testimony and/or remotely regarding Whittaker's historical practices and regulatory interactions.   His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law | |

---

[4] Defendant's addition to Plaintiff's Proposed Witness List.

| | |
|---|---|
| claims.  FRE 402.  He was a percipient witness to Whittaker's historical practices and regulatory interactions.  Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **29. Phyllis Stanin** | **300 min.** (240 min. direct/60 min. cross) |
| She will testify consistent with her expert report and deposition, including expert opinions related to contamination pathways from the Whittaker site to Plaintiff's wells, the hydrogeology of the area, the impact of Whittaker's onsite wells on offsite groundwater contamination, and related opinions.  Her testimony is relevant to establishing SCV Water's RCRA claim, CERCLA claims, and state law claims.  FRE 402.  Dr. Stanin is the only SCV Water expert testifying regarding contamination pathways and the impact of Whittaker's onsite wells on offsite groundwater contamination.  Therefore, her | |

| | |
|---|---|
| testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **30. Matt Stone** | **120 min.** (90 min. direct/30 min. cross)[5] |
| He will testify regarding SCV Water's organizational structural and processes, including communications and dealings with Whittaker.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  He is an employee of SCV Water and percipient witness to SCV Water's communications and dealings with Whittaker.  Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **31. Lynn Takaichi** | **20 min.** (deposition designations) |
| He will testify via deposition about the speculative nature of Plaintiff's damages as well as other matters raised in his deposition. | |

---

[5] Defendant's time estimate for testimony of Matt Stone is 50 min. (35 min. direct/15 min. cross).

Case No. 2:18-cv-6825 SB (RAOx)
JOINT WITNESS LIST
58027686.v3

| | |
|---|---|
| **32. Christopher Thompson** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony and/or remotely regarding removal and remedial actions at the Whittaker Site, interactions with the regulators, and related topics.   His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  He was a percipient witness to Whittaker's removal and remedial actions at the Whittaker Site and interactions with the regulators with regard to hazardous substances on the Whittaker Site.  Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **33. Mark Trudell** | **240 min.** (180 min. direct/60 min. cross) |
| He will testify consistent with his expert report and deposition, including as to the source(s) of VOC contamination found in Plaintiff's wells as well as transport | |

| | |
|---|---|
| characteristics of VOCs. His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims. FRE 402. Dr. Trudell is the only SCV Water expert testifying regarding the source(s) of VOC contamination found in Plaintiff's wells as well as transport characteristics of VOCs. Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time. FRE 403. | |
| **34. Norman Wenck** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify regarding the removal and remedial actions at the Whittaker Site. Witness is deceased and will testify via portions of deposition testimony. His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims. FRE 402. He was a percipient witness to Whittaker's removal and remedial actions. Therefore, his testimony is highly probative with no risk of unfair | |

| | |
|---|---|
| prejudice, confusion of issues, or waste of time. FRE 403. | |
| **35. Jeffrey Zelikson** | **180 min.** (120 min. direct/60 min. cross) |
| He will testify consistent with his expert report and deposition, focusing on explaining industry and regulatory practices, and SCV Water's practices, relevant to the meaning of substantial consistency with the National Contingency Plan and the hazardous nature of perchlorate, trichloroethylene ("TCE"), and tetrachloroethylene ("PCE"). His testimony is relevant to establishing the NCP compliance element of SCV Water's CERCLA claim, as well as SCV Water's state common law claims. FRE 402. He is SCV Water's only expert testifying regarding SCV Water's practices in light of NCP requirements and explaining industry and regulatory practices. Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time. FRE 403. | |

1

2   Date: July 9, 2021

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOSSAMAN LLP
FREDERIC A. FUDACZ
BYRON GEE
PATRICK J. RICHARD
RAVEN McGUANE


By:  /s/ Byron Gee
        Byron Gee
Attorneys for Plaintiff SANTA
CLARITA VALLEY WATER
AGENCY

# EXHIBIT A

NOSSAMAN LLP
FREDERIC A. FUDACZ (SBN 50546)
ffudacz@nossaman.com
BYRON GEE (SBN 190919)
bgee@nossaman.com
PATRICK J. RICHARD (SBN 131046)
prichard@nossaman.com
RAVEN McGUANE (SBN 336505)
rmcguane@nossaman.com
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone:   213.612.7800
Facsimile:    213.612.7801

Attorneys for Plaintiff SANTA CLARITA VALLEY
WATER AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARITA VALLEY WATER AGENCY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>WHITTAKER CORPORATION and DOES 1-10, Inclusive,<br><br>                    Defendant.<br><br>AND RELATED CASES | Case No:  2:18-cv-6825 SB (RAOx)<br><br>*Assigned to Hon. Stanley Blumenfeld, Jr.*<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Date Action Filed: August 8, 2018<br>Trial Date:  August 24, 2021 |

Case No. 2:18-cv-6825 SB (RAOx)

58027686.v2

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 16, Plaintiff Santa Clarita Valley Water Agency ("SCV Water") provides the following list of likely trial witnesses for Plaintiff's case-in-chief.  The following witnesses will testify via portions of deposition testimony or to the extent available, via zoom and/or in-person testimony.  Plaintiffs may also present in their case-in-chief portions of deposition testimony from Whittaker's experts, depending on the scope of pre-trial rulings and other issues.  Plaintiff may amend this list to add or remove potential witnesses before or during trial.  The nature of the testimony briefly described and the time estimates provided are necessarily only guides, also subject to further revision.

| **1.  Keith Abercrombie** | **120 min.** (90 min. direct/30 min. cross) |
|---|---|
| He will testify regarding the necessity for SCV Water to purchase replacement water, costs of replacement water, and the current state of well operations and impact of contamination on SCV Water supply and operations. | |
| **2.  Michael Alvord** | **120 min.** (90 min. direct/30 min. cross) |
| He will testify regarding Division of Drinking Water well permitting and related to DDW permitting, the current state of well operations and impact of contamination on SCV Water supply and operations. | |
| **3.  Hassan Amini** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |

58027686.v2

| | |
|---|---|
| He will testify via portions of deposition testimony regarding Whittaker's conduct concerning contamination of the Whittaker Site. | |
| **4. Steve Cole** | **180 min.** (120 min. direct/60 min. cross) |
| He will testify regarding SCV Water's prior relations with Whittaker Corporation and operational aspects of SCV Water. | |
| **5. Gaynor Dawson** | **120 min.** (90 min. cross/30 min. direct) |
| He will testify as an adverse witness, including by deposition, regarding history of the Whittaker Site. | |
| **6. Jose Diaz** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony regarding DTSC oversight of the Whittaker Site. | |
| **7. Gary Hokkanen** | **60 min.** (45 min. cross/15 min. direct) |
| He will testify, including via portions of deposition testimony and related expert report, relating to contamination pathways from the Whittaker site to Plaintiff's wells, the hydrogeology of the area, the impact of Whittaker's onsite wells | |

| | |
|---|---|
| on offsite groundwater contamination, and related opinions. | |
| **8.  Richard Hughto** | **240 min.** (180 min. direct/60 min. cross) |
| He will testify consistent with his expert report and deposition, including opinions related to Whittaker's (pre-1987 closure) waste disposal practices, industry standards and regulatory history. | |
| **9.  James Jisa** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony regarding historical disposal practices at the Whittaker Site. | |
| **10.  Eric Lardiere** | **300 min.** (240 min. cross./60 min. direct) |
| He will testify as an adverse witness regarding SCV Water's prior relations with Whittaker Corporation, conditions at the Whittaker Site, and related topics. | |
| **11.  BJ Lechler** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony regarding the investigation of VOC contamination. | |

PLAINTIFF'S WITNESS LIST

58027686.v2

| | |
|---|---|
| **12.  Zoyd Luce** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony regarding past environmental, health and safety practices at the Whittaker Site. | |
| **13.  Steven Luis** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify as an adverse witness, including via portions of deposition testimony, regarding the issues covered in his expert report and deposition. | |
| **14.  Dan Masnada** | **120 min.** (90 min. direct/30 min. cross) |
| He will testify regarding aspects of the history of SCV Water's site and response to groundwater contamination and communications with Whittaker. | |
| **15.  Peter Mesard** | **60 min.** (45 min. cross/15 min. direct/counter-designations) |
| He will testify as an adverse witness, including via portions of deposition testimony, regarding the issues covered in his expert report and deposition. | |
| **16.  Issam Najm** | **180 min.** (120 min. direct/60 min. cross) |

| | |
|---|---|
| He will provide expert testimony regarding the treatment system requirements to address volatile organic compounds ("VOCs") and perchlorate contamination. | |
| **17.  Jeffrey O'Keefe** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony regarding DDW well permitting. | |
| **18.  Bradley Peach** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of prior deposition testimony regarding Whittaker's historical manufacturing, storage, and releases of hazardous substances on the Whittaker Site. | |
| **19.  John Peloquin** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of prior deposition testimony regarding Whittaker's historical manufacturing, storage and disposal of hazardous substances on the Whittaker Site. | |
| **20.  Daniel Shoup** | **90 min.** (60 min. cross/30 min. direct) |

| | |
|---|---|
| He will testify as an adverse witness, including via deposition testimony, regarding Whittaker's historical manufacturing and storage of hazardous substances on the Whittaker Site. | |
| **21. Archie Simmons** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony regarding Whittaker's historical practices, regulatory interactions and removal and remedial actions at the Whittaker Site. | |
| **22. Alan Sorsher** | **90 min.** (60 min. direct/30 min. cross/counter-designations) |
| He will testify via portions of deposition testimony and/or remotely regarding Whittaker's historical practices and regulatory interactions. | |
| **23. Phyllis Stanin** | **300 min.** (240 min. direct/60 min. cross) |
| She will testify consistent with her expert report and deposition, including expert opinions related to contamination pathways from the Whittaker site to Plaintiff's wells, | |

| | |
|---|---|
| the hydrogeology of the area, the impact of Whittaker's onsite wells on offsite groundwater contamination, and related opinions. | |
| **24.  Matt Stone** | **120 min.** (90 min. direct/30 min. cross) |
| He will testify regarding SCV Water's organizational structural and processes, including communications and dealings with Whittaker. | |
| **25.  Christopher Thompson** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony and/or remotely regarding removal and remedial actions at the Whittaker Site, interactions with the regulators, and related topics. | |
| **26.  Mark Trudell** | **240 min.** (180 min. direct/60 min. cross) |
| He will testify consistent with his expert report and deposition, including as to the source(s) of VOC contamination found in Plaintiff's wells as well as transport characteristics of VOCs. | |
| **27.  Norman Wenck** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |

| | |
|---|---|
| He will testify via portions of deposition testimony and/or remotely regarding the removal and remedial actions at the Whittaker Site. | |
| **28.  Jeffrey Zelikson** | **180 min.** (120 min. direct/60 min. cross) |
| He will testify consistent with his expert report and deposition, focusing on explaining industry and regulatory practices, and SCV Water's practices, relevant to the meaning of substantial consistency with the National Contingency Plan and the hazardous nature of perchlorate, trichloroethylene ("TCE"), and tetrachloroethylene ("PCE"). | |

1

2  Date: July 2, 2021                              NOSSAMAN LLP
                                                   FREDERIC A. FUDACZ
3                                                  BYRON GEE
                                                   PATRICK J. RICHARD
4                                                  RAVEN McGUANE

5                                                  By:  /s/ Raven McGuane
6                                                         Raven McGuane
                                                   Attorneys for Plaintiff SANTA
7                                                  CLARITA VALLEY WATER
                                                   AGENCY
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT B

FRED M. BLUM, ESQ. (SBN101586)
fblum@behblaw.com
MICHAEL E. GALLAGHER, ESQ. (SBN 195592)
mgallagher@behblaw.com
EARL L. HAGSTROM (SBN 150958)
ehagstrom@behblaw.com
CHRISTOPHER DOW, ESQ. (SBN 250032)
agritzer@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
AND THIRD-PARTY PLAINTIFF WHITTAKER CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA CLARITA VALLEY WATER AGENCY,

        Plaintiffs,

    vs.

WHITTAKER CORPORATION,

        Defendants.

Case No. 2:18-cv-6825-GW (RAOx)

**DEFENDANT AND CROSS-CLAIMANT WITNESS LIST**

3158130

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 16, Plaintiff WHITTAKER CORPORATION ("Whittaker") provides its list of likely trial witnesses for their case-in-chief.  The following witnesses may testify via portions of deposition testimony or to the extent available, via zoom and/or in-person testimony.  Whittaker may also present in their case-in-chief portions of deposition testimony from Plaintiff's experts, depending on the scope of pre-trial rulings and other issues.  Whittaker may amend this list to add or remove potential witnesses before or during trial.  The nature of the testimony briefly described and the time estimates provided are necessarily only guides, also subject to further revision.

| | |
|---|---|
| **1.  Keith Abercrombie** | **120 min.** (90 min. direct/30 min. cross) |
| He will testify regarding the speculative nature of Plaintiff's damages as well as sources of water for Plaintiff. | |
| **2.  Michael Alvord** | **130 min.** (100 min. direct/30 min. cross) |
| He will testify regarding procedures used by Plaintiff, including testing, to insure that contaminants do not contaminate their water supply system, as well as the nature of probability of damages, including confirming that future damages are speculative. | |
| **3.  Anthony Daus** | 120 minutes (90 direct/30 cross) |
| | |

3158130

| | |
|---|---|
| He will testify regarding the investigation and remediation of the Whittaker-Bermite property and its effect on the fate and transport of contaminants as well as other matters raised in his report and deposition. | |
| **4. Gaynor Dawson** | **140 min.** (110 min. direct/30 min. cross) |
| He will testify as an expert as well as Whittaker's FRCP 30(b)(6) witness as to the history and the standard of care for the operation of the Whittaker Site as well as whether Whittaker complied with the standard of care. | |
| **5. Jose Diaz** | **40 min.** (30 min. direct/10 min.) |
| He will testify via portions of deposition testimony and/or live regarding DTSC oversight of the Whittaker Site as well as DTSC's future plans. | |
| **6. Meredith Durant** | **30 min**  (deposition designations) |
| She will testify via deposition 0egarding Plaintiff's knowledge regarding the state of the | |

3158130

| contamination and their representations to the Department of Drinking Water. | |
|---|---|
| **7. Gary Hokkanen** | **170 min.** (140 min. direct/30 min. cross) |
| He will testify regarding contamination pathways from the Whittaker site to Plaintiff's wells, the hydrogeology of the area, the impact of Whittaker's onsite wells on offsite groundwater contamination, and related opinions. | |
| **8. Jeffrey Koelewyn** | **75 min. (55 min. direct/20 min)** |
| He will testify as a non-retained expert regarding Plaintiff's distribution system, sampling and testing methodology and results, frequency, and detections of VOCs at Plaintiff's wells and distribution system, blending, as well as knowledge particular to his role as Plaintiff's Regulatory Affairs Supervisor. | |
| **9. BJ Lechler** | **60 min.** (45 min. direct/15 min) |
| He will testify, as a non-retained expert for Whittaker, via portions of | |

3158130

| | |
|---|---|
| deposition and/or live regarding his investigations at the site and the conclusions that he reached. | |
| **10.   James Leserman** | **40 min.** (30 min. direct/10 min.) |
| He will testify regarding the remediation of the groundwater, the contamination of the distribution system and Plaintiff's future damages. | |
| **11.  Steven Luis** | **40 min.** (30 min. direct/10 min.) |
| He will testify as an expert witness, regarding the issues covered in his expert report and deposition. | |
| **12. Peter Mesard** | |
| He will testify regarding Plaintiff's purported adherence to and compliance with the National Contingency Plan and whether Plaintiff can show that a CERCLA quality clean up can be achieved as well as issues covered in his expert report and deposition. | |
| **13.  Daniel Shoup** | **70 min.** (50 min. direct/20 min. cross) |

3158130

| He will testify as an expert witness regarding the issues covered in his expert report and deposition. | |
|---|---|
| **14.  Richard Slade** | **45 min.** (30 min. direct/15 min. cross) |
| He will testify as Plaintiff's FRCP 30(b)(6) witness, via deposition and/or live, about Plaintiff's decision making in the siting of their wells. | |
| **15. Duane Steffey** | **70 min.** (50 min. direct/20 min. cross) |
| He will rebut Plaintiff's experts' conclusions that the contamination in Plaintiff's delivery system is the result of the conduct of Whittaker as well as other issues covered in his expert report and deposition.<br>As well as whether the data used by the other experts supports the conclusions reached by the experts. | |
| **16.  Matt Stone** | **50 min.** (35 min. direct/15 min. cross) |
| He will testify regarding the speculative nature of future damages. | |
| **17.  Lynn Takaichi** | **20 min**  (deposition designations) |
| He will testify via deposition about the speculative nature of Plaintiff's | |

3158130

| | |
|---|---|
| damages as well as other matters raised in his deposition. | |

Date:   July 4, 2021                    BASSI, EDLIN, HUIE & BLUM LLP


By:_____
FRED BLUM
Attorneys for Defendant
AND THIRD-PARTY PLAINTIFF
WHITTAKER CORPORATION

3158130