UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:18-cv-06825 | Date: | 10/26/2021 |
|---|---|---|---|

| Title: | *Santa Clarita Valley Water Agency v. Whittaker Corp. et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER DENYING EX PARTE APPLICATION TO CONTINUE TRIAL DATE [Dkt. No. 402]

On October 25, 2021, Defendant filed an ex parte application to continue the trial date in this case from November 15, 2021 to January 31, 2022 because Defendant's lead trial counsel, Fred M. Blum, is experiencing a medical condition that requires him to maintain a healthy lifestyle to control his diabetes, and he is concerned about his ability to do so while staying a hotel for a month-long trial. (Dkt. No. 402-4). While the Court is sympathetic, it is not clear why "hotel living is not conducive to maintaining [a] healthy lifestyle" for a trial that is expected to last less than three weeks (not a month). Moreover, the Court had to prescreen a panel for this case (which involved sending out approximately 1,000 summonses) and submitted a pending request for a trial start date of November 15, 2021. Continuing the trial at this point will "burn" that panel (as there is no other use for it) and require a new prescreening process. Thus, the Court reluctantly **denies** Defendant's ex parte application and will advise the parties if and when it has secured the November 15, 2021 trial date.

**IT IS SO ORDERED.**