NOSSAMAN LLP
FREDERIC A. FUDACZ (SBN 50546)
ffudacz@nossaman.com
BYRON GEE (SBN 190919)
bgee@nossaman.com
PATRICK J. RICHARD (SBN 131046)
prichard@nossaman.com
RAVEN McGUANE (SBN 336505)
rmcguane@nossaman.com
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone:  213.612.7800
Facsimile:   213.612.7801

Attorneys for Plaintiff SANTA CLARITA VALLEY
WATER AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARITA VALLEY WATER AGENCY,<br><br>              Plaintiff,<br><br>    vs.<br><br>WHITTAKER CORPORATION and DOES 1-10, Inclusive,<br><br>              Defendant.<br><br>AND RELATED CASES | Case No:  2:18-cv-6825 SB (RAOx)<br><br>*Assigned to Hon. Stanley Blumenfeld, Jr.*<br><br>**JOINT WITNESS LIST—SECOND AMENDED**<br><br>Date Action Filed: August 8, 2018<br>Trial Date:  November 15, 2021 |

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 16, the Parties provide the following list of likely trial witnesses. The following witnesses will testify via portions of deposition testimony or to the extent available, via zoom and/or in-person testimony. The nature of the testimony briefly described, its relevance and admissibility, and the time estimates provided are necessarily only guides, also subject to further revision. In addition, certain Plaintiff witnesses are relevant to Saugus Industrial Center's ("SIC") liability. Depending on the court's decision on limiting or precluding testimony regarding SIC's liability for VOC contamination, the scope of certain witness testimony may change or be eliminated. Pursuant to L.R. 16-5, asterisks have been placed next to the names of those witnesses whom Plaintiff may call only if the need arises.

Defendant's Amended Proposed Witness List is attached hereto as Exhibit A.

Plaintiff's Amended Witness List:

| **1. Keith Abercrombie** | **110 min.** (90 min. direct/20 min. cross) |
|---|---|
| He will testify regarding the necessity for SCV Water to purchase replacement water, costs of replacement water, and the current state of well operations and impact of contamination on SCV Water supply and operations. His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims. FRE 402. As an employee of SCV Water with information relevant to SCV Water's claims, his testimony is highly | |

| | |
|---|---|
| probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **2.  Hassan Amini\*** | **65 min.** (45 min. direct/20 cross) |
| He will testify regarding Whittaker's conduct concerning contamination of the Whittaker Site.  Mr. Amini is a Whittaker consultant serving as program coordinator for investigation and remediation activities at the Whittaker Site.  His testimony is relevant to establishing that a release occurred under CERCLA, contribution to contamination under RCRA, and causation for SCV Water's state common law claims.  Therefore, his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **3.  Steve Cole\*** | **140 min.** (120 min. direct/20 min. cross) |
| He will testify regarding SCV Water's prior relations with Whittaker Corporation and operational aspects of SCV Water. His testimony is relevant to | |

| | |
|---|---|
| Plaintiff's CERCLA claims, RCRA claim, and state common law claims. FRE 402. As an employee of SCV Water with information relevant to SCV Water's claims, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time. FRE 403. | |
| **4. Gary Hokkanen** | **60 min.** (45 min. cross/15 min. direct)[1] |
| The parties have agreed that Mr. Hokkanen will testify on identified opinions in Plaintiff's case-in-chief. He will testify, including via portions of deposition testimony and related expert report, relating to contamination pathways from the Whittaker site to Plaintiff's wells, the hydrogeology of the area, the impact of Whittaker's onsite wells on offsite groundwater contamination, and related opinions. His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims. FRE 402. He has been designated by | |

---

[1] Defendant's estimate for time for testimony for Gary Hokkanen is 130 min. (100 min. direct/30 min. cross).

60000855.v3

| | |
|---|---|
| Whittaker as an expert to opine on the contamination pathways from the Whittaker site to Plaintiff's wells, the hydrogeology of the area, the impact of Whittaker's onsite wells on offsite groundwater contamination.  If the Court allows Whittaker to present Hokkanen's opinions regarding the Whittaker Site, then SCV Water's presentation of his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **5.  Richard Hughto** | **215 min.** (180 min. direct/45 min. cross) |
| He will testify consistent with his expert report and deposition, including opinions related to Whittaker's (pre-1987 closure) waste disposal practices, industry standards and regulatory history.  His testimony is relevant to establishing that a release occurred under CERCLA, contribution to contamination under RCRA, and causation for SCV Water's state common law claims.  FRE 402. | |

| | |
|---|---|
| SCV Water has designated Mr. Hughto as its only expert witness regarding Whittaker's historical waste disposal practices, industry standards and regulatory history. Therefore, his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **6.   James Jisa (depo read)** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of deposition testimony regarding historical disposal practices at the Whittaker Site.  His testimony is relevant to establishing that a release occurred under CERCLA, contribution to contamination under RCRA, and causation for SCV Water's state common law claims.  FRE 402.  Mr. Jisa worked at the Whittaker Site and was a percipient witness to Whittaker's historical disposal practices.  Therefore, his testimony is highly probative and does not present an issue of unfair | |

| | |
|---|---|
| prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **7.   Eric Lardiere** | **150 min.** (120 min. cross./30 min. direct) |
| He will testify as an adverse witness regarding SCV Water's prior relations with Whittaker Corporation, conditions at the Whittaker Site, and related topics.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  Mr. Lardiere is president and secretary of Whittaker Corporation and is a percipient witness to SCV Water's prior relations with Whittaker Corporation, conditions at the Whittaker Site, and related topics.  He is the only Whittaker officer SCV Water intends to call as a witness.  Therefore, his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **8.   Zoyd Luce (depo read)** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |

| | |
|---|---|
| He will testify via portions of deposition testimony regarding past environmental, health and safety practices at the Whittaker Site.  His testimony is relevant to establishing that a release occurred under CERCLA, contribution to contamination under RCRA, and causation for SCV Water's state common law claims.  FRE 402.  Mr. Luce served as Whittaker's Manager of Safety and Security, worked at the Whittaker Site, and was a percipient witness to environmental, health and safety practices at the Whittaker Site. Therefore, his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **9.   Dan Masnada** | **105 min.** (90 min. direct/15 min. cross) |
| He will testify regarding aspects of the history of SCV Water's site and response to groundwater contamination and communications with Whittaker.  His testimony is relevant to Plaintiff's CERCLA claims (specifically innocent | |

| | |
|---|---|
| landowner defense), RCRA claim, and state law claims.  FRE 402.  Mr. Masnada is former General Manager of SCV Water's predecessor, Castaic Lake Water Agency, and was a percipient witness to SCV Water's response to groundwater contamination and communications with Whittaker.  Therefore, his testimony is highly probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **10. Issam Najm** | **150 min.** (120 min. direct/30 min. cross) |
| He will provide expert testimony regarding the treatment system requirements to address volatile organic compounds ("VOCs") and perchlorate contamination.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  Dr. Najm is SCV Water's only living expert testifying regarding the treatment system to address VOCs and perchlorate contamination. Therefore, his testimony is highly | |

| | |
|---|---|
| probative and does not present an issue of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **11. Jeffrey O'Keefe*** | **60 min.** (45 min. direct/15 min. cross) |
| He will testify regarding DDW well permitting.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state common law claims.  FRE 402.  As a DDW official with information relevant to Plaintiff's claims, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **12. Bradley Peach** | **60 min.** (45 min. direct/15 min. cross) |
| He will testify regarding Whittaker's historical manufacturing, storage, and releases of hazardous substances on the Whittaker Site.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  He was a percipient witness to Whittaker's historical actions with regard to hazardous substances on the Whittaker Site.  Therefore, his | |

| | |
|---|---|
| testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **13. John Peloquin (video play)** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify via portions of prior deposition testimony regarding Whittaker's historical manufacturing, storage and disposal of hazardous substances on the Whittaker Site.   His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  He was a percipient witness to Whittaker's historical actions with regard to hazardous substances on the Whittaker Site.  Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **14. Archie Simmons\* (depo read)** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify regarding Whittaker's historical practices, regulatory | |

Case No. 2:18-cv-6825 SB (RAOx)

JOINT WITNESS LIST – SECOND AMENDED

60000855.v3

interactions and removal and remedial actions at the Whittaker Site.  Witness is deceased and will testify via portions of deposition testimony.  His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  He was a percipient witness to Whittaker's historical actions with regard to hazardous substances on the Whittaker Site.  Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403.

| **15. Alan Sorsher (live video)** | **90 min.** (60 min. direct/30 min. cross) |
|---|---|

He will testify remotely via live video regarding Whittaker's historical practices and regulatory interactions.   His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims.  FRE 402.  He was a percipient witness to Whittaker's historical practices and regulatory interactions.  Therefore, his testimony is highly probative with

JOINT WITNESS LIST – SECOND AMENDED

| | |
|---|---|
| no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **16. Phyllis Stanin** | **300 min.** (240 min. direct/60 min. cross) |
| She will testify consistent with her expert report and deposition, including expert opinions related to contamination pathways from the Whittaker site to Plaintiff's wells, the hydrogeology of the area, the impact of Whittaker's onsite wells on offsite groundwater contamination, and related opinions. Her testimony is relevant to establishing SCV Water's RCRA claim, CERCLA claims, and state law claims.  FRE 402.  Dr. Stanin is the only SCV Water expert testifying regarding contamination pathways and the impact of Whittaker's onsite wells on offsite groundwater contamination.  Therefore, her testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time.  FRE 403. | |
| **17. Mark Trudell** | **240 min.** (180 min. direct/60 min. cross) |

JOINT WITNESS LIST – SECOND AMENDED

| | |
|---|---|
| He will testify consistent with his expert report and deposition, including as to the source(s) of VOC contamination found in Plaintiff's wells as well as transport characteristics of VOCs. His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law claims. FRE 402. Dr. Trudell is the only SCV Water expert testifying regarding the source(s) of VOC contamination found in Plaintiff's wells as well as transport characteristics of VOCs. Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time. FRE 403. | |
| **18. Norman Wenck (depo read)** | **60 min.** (45 min. direct/15 min. cross/counter-designations) |
| He will testify regarding the removal and remedial actions at the Whittaker Site. Witness is deceased and will testify via portions of deposition testimony. His testimony is relevant to Plaintiff's CERCLA claims, RCRA claim, and state law | |

| claims. FRE 402. He was a percipient witness to Whittaker's removal and remedial actions. Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time. FRE 403. | |
|---|---|
| **19. Jeffrey Zelikson (live video)** | **150 min.** (120 min. direct/30 min. cross) |
| He will testify remotely via live video consistent with his expert report and deposition, focusing on explaining industry and regulatory practices, and SCV Water's practices, relevant to the meaning of substantial consistency with the National Contingency Plan and the hazardous nature of perchlorate, trichloroethylene ("TCE"), and tetrachloroethylene ("PCE"). His testimony is relevant to establishing the NCP compliance element of SCV Water's CERCLA claim, as well as SCV Water's state common law claims. FRE 402. He is SCV Water's only expert testifying regarding SCV Water's practices in light of NCP requirements and | |

explaining industry and regulatory practices. Therefore, his testimony is highly probative with no risk of unfair prejudice, confusion of issues, or waste of time. FRE 403.

Date: November 12, 2021

NOSSAMAN LLP
FREDERIC A. FUDACZ
BYRON GEE
PATRICK J. RICHARD
RAVEN McGUANE

By: /s/ Byron Gee
    Byron Gee
Attorneys for Plaintiff SANTA
CLARITA VALLEY WATER
AGENCY

# EXHIBIT A

FRED M. BLUM, ESQ. (SBN101586)
fblum@behblaw.com
MICHAEL E. GALLAGHER, ESQ. (SBN 195592)
mgallagher@behblaw.com
EARL L. HAGSTROM (SBN 150958)
ehagstrom@behblaw.com
DANIEL TROWBRIDGE, ESQ. (SBN 301301)
dtrowbridge@behblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
And Counter-Claimant WHITTAKER CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARITA VALLEY WATER AGENCY, | Case No. 2:18-cv-6825-SB (RAOx) |
| Plaintiffs, | **DEFENDANT AND CROSS-CLAIMANT WHITTAKER CORPORATION'S AMENDED EXHIBIT LIST** |
| vs. | |
| WHITTAKER CORPORATION, | **Trial Date: November 15, 2021** |
| Defendants. | |

3158130

---

1

60111754.v1

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 16, Defendant WHITTAKER CORPORATION ("Whittaker") provides its list of likely trial witnesses for its case.  The following witnesses may testify via portions of deposition testimony or to the extent available, via zoom and/or in-person testimony.  Whittaker may also present in their case-in-chief portions of deposition testimony from Plaintiff's experts, depending on the scope of pre-trial rulings and other issues.  Whittaker may amend this list to add or remove potential witnesses before or during trial.  The nature of the testimony briefly described and the time estimates provided are necessarily only guides, also subject to further revision. Pursuant to L.R. 16-5, asterisks have been placed next to the names of those witnesses whom Whittaker may call only if the need arises.  Given the uncertainty as to which witnesses Plaintiff intends to call, some witnesses currently identified are unlikely to be called or will not be crossed, which will affect Whittaker's time estimates.  Whittaker is cognizant of the Court's 20-hour limitation on testimony and will comply with the same.

| 1.  Keith Abercrombie | 20 min. (cross)[1] |
|---|---|
| He will testify regarding the speculative nature of Plaintiff's damages as well as sources of water for Plaintiff. | |
| 2.  Michael Alvord | 130 min. (100 min. direct/30 min. cross) |

---

[1] Plaintiff's time estimate for Keith Abercrombie is 110 minutes (90 min. direct/20 min. cross).

3158130

60111754.v1

| | |
|---|---|
| He will testify as SCVWA's FRCP 30(b)(6) witness regarding procedures used by Plaintiff, including testing, to ensure that contaminants do not contaminate their water supply system, as well as the nature of probability of damages, including confirming that future damages are speculative. | |
| **3. Anthony Daus** | 150 minutes (120 direct/30 cross) |
| He will testify regarding the investigation and remediation of the Whittaker-Bermite property and its effect on the fate and transport of contaminants as well as other matters raised in his report and deposition. | |
| **4. Gaynor Dawson** | **100 min.** (70 min. direct/30 min. cross) |
| He will testify as an expert as to the history and the standard of care for the operation of the Whittaker Site as well as whether Whittaker complied with the standard of care. | |
| **5. Jose Diaz** | **40 min.** (30 min. direct/10 min. cross) |

3158130

| | |
|---|---|
| He will testify regarding DTSC oversight of the Whittaker Site as well as DTSC's future plans. | |
| **6. Meredith Durant** | **35 min** (30 min. direct/5 min. cross/counter-designations) |
| She will testify via deposition by video regarding Plaintiff's knowledge regarding the state of the contamination and their representations to the Department of Drinking Water. | |
| **7. Gary Hokkanen** | **130 min.** (100 min. direct/30 min. cross) |
| He will testify, consistent with rulings of the Court, regarding contamination pathways from the Whittaker site to Plaintiff's wells, the hydrogeology of the area, the impact of Whittaker's onsite wells on offsite groundwater contamination, and related opinions. | |
| **8. Jeffrey Koelewyn** | **30 min.** (20 min. direct/10 min. cross) |
| He will testify as a non-retained expert regarding Plaintiff's distribution system, sampling and testing methodology and results, | |

3158130

WHITTAKER'S AMENDED WITNESS LIST

60111754.v1

| frequency, and detections of VOCs at Plaintiff's wells and distribution system, blending, as well as his percipient knowledge gained due to his role as Plaintiff's Laboratory/Regulatory Affairs Supervisor. | |
|---|---|
| **9.   BJ Lechler** | **60 min.** (45 min. direct/15 min. cross) |
| He will testify, as a non-retained expert for Whittaker, regarding his investigations at the site and the conclusions that he reached. | |
| **10.   James Leserman** | **40 min.** (30 min. direct/10 min. cross) |
| He will testify regarding the remediation of the groundwater, the investigation of the source of the VOCs, the contamination of the distribution system and Plaintiff's future damages. | |
| **11.  Steven Luis** | **40 min.** (30 min. direct/10 min. cross) |
| He will testify as an expert witness, regarding the issues covered in his expert report and deposition.  He will not testify to the opinions excluded by the Court in its ruling | |

3158130

WHITTAKER'S AMENDED WITNESS LIST

60111754.v1

| | |
|---|---|
| on Plaintiff's Joint Motion in Limine No. 1. | |
| **12. Peter Mesard** | **50 min. (**30 Min direct/20 min. cross**)** |
| He will testify regarding Plaintiff's purported adherence to and compliance with the National Contingency Plan and whether Plaintiff can show that a CERCLA quality clean up can be achieved as well as issues covered in his expert report and deposition. | |
| **13.  Daniel Shoup\*** | **35 min.** (20 min. direct/15 min. cross) |
| He will testify as an expert witness regarding the issues covered in his expert report and deposition.  In light of the ruling on MIL 1, Whittaker will only present testimony with respect which shows (1) the information he is relying on was publicly available, and (2) the publicly available information would have made Plaintiff reasonably aware of the risk of TCE or PCE contamination from the Whittaker or Keysor Sites. | |

3158130

WHITTAKER'S AMENDED WITNESS LIST

60111754.v1

| | |
|---|---|
| If Mr. Shoup is offered, an offer of proof satisfying the Court's ruling will be provided. | |
| **14.  Timothy Simpson** | 60 min (30 min. direct/30 min. cross) |
| He will testify as an expert witness, regarding the issues covered in his expert report and deposition.  He will testify regarding ongoing perchlorate treatment at S1, S2 and V-201, whether treatment is necessary at V-205, and the costs associated with any necessary treatment at V-201, V-205.  He will testify consistent with the stipulation between the parties (Dckt No. 400). | |
| **15. Richard Slade** | **45 min.** (30 min. direct/15 min. cross) |
| He will testify as Plaintiff's FRCP 30(b)(6) witness about Plaintiff's decision making in the siting of their wells and the related investigations. | |
| **16. Duane Steffey** | **65 min.** (45 min. direct/20 min. cross) |
| He will rebut Plaintiff's experts' conclusions that the contamination in Plaintiff's delivery system is the | |

3158130

WHITTAKER'S AMENDED WITNESS LIST

60111754.v1

| result of the conduct of Whittaker as well as other issues covered in his expert report and deposition. As well as whether the data used by the other experts supports the conclusions reached by the experts. | |
|---|---|
| **17. Matt Stone** | **45 min.** (30 min. direct/15 min. cross) |
| He will testify regarding the speculative nature of future damages as well as decisions made by the SCVWA regarding how to conduct \ the investigation of the alleged contamination. | |
| **18. Lynn Takaichi[2]** | **45 min** (deposition designations by video)/5 Minutes Counter Designations |
| He will testify via deposition about the speculative nature of Plaintiff's damages as well as other matters raised in his deposition. | |
| **19. Christopher Thompson** | 20 min (deposition designations)[3] |

---

[2] The admissibility of deposition testimony from Lynn Takaichi is subject to the Court's ruling on SCV Water's Motion to Exclude Deposition Testimony of Deceased Expert Lynn Takaichi (Dkt. 395), filed on September 23, 2021.

[3] Plaintiff's time estimate for Christopher Thompson is 60 minutes (45 min. direct/15 min. cross).

3158130

60111754.v1

| | |
|---|---|
| He will testify by deposition regarding the investigations of potential contamination at the Whittaker Site. | |
| **20.** Hassan Amini[4] | 65 minutes (20 minutes/45 minutes) |
| He will testify regarding Whittaker's conduct concerning investigation and remediation of contamination the Whittaker Site. Dr. Amini is a Whittaker consultant serving as program coordinator for investigation and remediation activities at the Whittaker Site. | |

Date:   November 10, 2021          EDLIN GALLAGHER HUIE + BLUM


By:_____
　　　　　　　FRED BLUM
　　　　　　　Attorneys for Defendant
　　　　　　　AND COUNTER-CLAIMANT
　　　　　　　WHITTAKER CORPORATION

---

[4] Plaintiff identifies Hassan Amini as a witness on its list, although it suggests it may not call him. If Plaintiff does not, Whittaker reserves its right to call Mr. Amini. The time estimates duplicate those on Plaintiff's portion of the exhibit list.

3158130

WHITTAKER'S AMENDED WITNESS LIST

60111754.v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3158130

WHITTAKER'S AMENDED WITNESS LIST

60111754.v1