1 **UNITED STATES DISTRICT COURT**

2 **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3 **HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE**

4

5 **SANTA CLARITA VALLEY WATER AGENCY,**  )
               )

6       **PLAINTIFF,**    )    **CASE NO.**
               )

7     **vs.**       )    **CV 18-06825-SB**
               )

8 **WHITTAKER CORPORATION, et al.,**   )    **VOLUME 1**
               )    **PAGES 1 TO 122**

9       **DEFENDANTS.**   )

10

11

12

13       **REPORTER'S TRANSCRIPT OF**
          **TRIAL DAY 1**

14     **WEDNESDAY, NOVEMBER 17, 2021**
         **9:57 A.M.**

15      **LOS ANGELES, CALIFORNIA**

16

17

18

19

20

21

22

23  _____

24    **MIRANDA ALGORRI, CSR 12743, RPR, CRR**
     FEDERAL OFFICIAL COURT REPORTER

25     350 WEST 1ST STREET, SUITE 4455
     LOS ANGELES, CALIFORNIA 90012
     MIRANDAALGORRI@GMAIL.COM

```
1                        APPEARANCES OF COUNSEL:

2

3    FOR THE PLAINTIFF:

4         NOSSAMAN, LLP
          BY:  BYRON P. GEE
5         BY:  RAVEN MCGUANE
          BY:  PATRICK J. RICHARD
6         BY:  FRED FUDACZ
          777 South Figueroa Street
7         34th Floor
          Los Angeles, California 90017

8

9         NOSSAMAN, LLP
          BY:  ILSE CHANDALAR SCOTT
10        50 California Street
          34th Floor
11        San Francisco, California 94111

12

     FOR THE DEFENDANTS:
13
          EDLIN GALLAGHER HUIE & BLUM
14        BY:  MICHAEL E. GALLAGHER, JR.
          BY:  FRED M. BLUM
15        BY:  DANIEL ERIC TROWBRIDGE
          500 Washington Street
16        Suite 700
          San Francisco, California 94111
17

18   ALSO PRESENT:

19        Matt Stone
          Scott Fryer
20        Ron Beaton
          Eric Lardiere
21

22

23

24

25
```

1                           **INDEX OF WITNESSES**

2

3  **WITNESSES**                                                    **PAGE**

4

5                              (None.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

**INDEX OF EXHIBITS**

2

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|

3

4

5                              (None.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **WEDNESDAY, NOVEMBER 17, 2021; 9:57 A.M.**

2                   **LOS ANGELES, CALIFORNIA**

3                          -oOo-

4

5          (The following proceedings were held in open

6          court in the presence of the prospective jury:)

7                   THE CLERK:  Calling Item No. 1, Case No.

8   CV 18-06825-SB, Santa Clarita Valley Water Agency versus

9   Whittaker Corporation, et al.

09:57AM   10                   Counsel, would you please state your appearances,

11   starting with plaintiff's counsel first.

12                   MR. RICHARD:  Good morning, Your Honor.

13   Patrick Richard for plaintiff.  And with me today is

14   Fred Fudacz, Ilse Scott, and Byron Gee.

09:57AM   15                   THE COURT:  The defense, please?

16                   MR. BLUM:  Good morning, Your Honor.  Fred Blum

17   for Whittaker Corporation.  And with me is Ron Beaton, our

18   client Eric Lardiere, Michael Gallagher, and Daniel Trowbridge.

19   And I'm sorry, I almost forgot Scott Fryer.

09:58AM   20                   THE COURT:  Good morning, everyone.  And good

21   morning, ladies and gentlemen.  Welcome to the federal

22   courthouse.

23                   You are in a courtroom now that is called the

24   ceremonial courtroom, and this is a larger courtroom where we

09:58AM   25   are going to be doing jury selection in this matter today.  But

after the jury is selected, the actual jury itself and the trial is going to actually occur upstairs in my normal courtroom, which is Courtroom 6C.  Just so that you all know, today you will be here for most of the day.  For those of you who are actually selected, there will be a portion of today where you will be directed to go to Courtroom 6C.

You have been summoned in this case for jury selection in a case called Santa Clarita Valley Water Agency versus Whittaker Corporation, and this is a civil case.  And you have been introduced very quickly to the lawyers who are involved in this case.  And what you will see is that the plaintiff is the Santa Clarita Valley Water Agency, and the plaintiff is always next to -- the table is next to where the jury box is.  So if you are wondering which side is which, the plaintiff is near the jury box and then the defense is on the other side.  And that will be true as well in my courtroom upstairs.

I'm going to provide you with some further introductions in a little bit.  But at this point, the most important part of jury selection is upon us, and that is the administration of the oath.  And it is sufficiently important that I do draw it to your attention specially by quoting the language of the oath that you're going to take in just a moment and ask that you carefully listen to the words and make sure that you understand them because this is what is going to be

1    expected of you.

2                So with that, if you would kindly stand, raise

3    your right hand, face my courtroom deputy, Mr. Cruz, so he can

4    administer the oath.

10:00AM    5                THE CLERK:  Ladies and gentlemen, do you each

6    solemnly swear that you will make true answers to such

7    questions as may be put to you touching upon your

8    qualifications to serve as jurors in the cause now pending

9    before this Court, so help you God?

10:00AM   10                (Prospective jurors respond in the affirmative.)

11                THE CLERK:  Thank you, ladies and gentlemen.  You

12    may be seated.

13                THE COURT:  And the record will reflect a

14    collective "I do," meaning every one of you has agreed and will

10:00AM   15    be bound by this oath.

16                And I do want to take a moment or two to explain

17    to you the significance of the oath.  Let me just, before I get

18    into it, tell you the reason that I do this -- and I do this in

19    every case -- is that I'm aware that there are people who think

10:01AM   20    that jury service ultimately is a matter of choice and, if you

21    decide that you really don't want to be on a case, that you

22    have that ability to get off by providing information that you

23    think is designed to get you off.  And I know that there is

24    actually websites that are devoted to this subject matter.

10:01AM   25                Also, it does happen where people want to get

onto a particular jury for whatever reason, and they tailor

their responses in order to get onto a jury or so they think.

I'm here to tell you that, providing false or misleading

information to the Court -- and I will tell you, it's usually

quite obvious when it happens.  But if you provide to the Court

any false or misleading information for whatever your reason,

whether it's because you would like to be on this case, you

would not like to be on this case, or you have some other

reason, that is a violation of your oath and it is a serious

matter that I have an obligation to follow up on.

      If I think that is happening, I will have to take

certain action by following up, by asking you questions.

Please forgive me in advance.  If I'm mistaken, I'm mistaken.

But I have to at least pursue if I do think that that is what's

happening here.

      Now, the goal of jury selection this morning --

and I do expect that we will likely finish up, if not this

morning, by early afternoon.  But the goal of jury selection

is, very simply, to seat what will be nine individuals who can

preside over this case fairly and impartially, deciding the

case only on the facts that are presented in the courtroom and

the law as I instruct you.

      And the way that we will do the jury selection

process is fairly straightforward, and that is I'm going to ask

you a number of questions throughout this process.  Sometimes

1    it will be a group question.  I will ask, "Does anyone" -- and

2    fill in the blank.  And if you have an affirmative or a "yes"

3    response to a group question, you will raise your hand.  Leave

4    your hand raised until I'm able to identify you for the record,

10:03AM  5    and then I will let you know if I'm following up at that moment

6    or thereafter.

7         When I do ask you questions, however, just answer

8    the questions honestly.  Don't overthink it.  Just answer the

9    questions honestly, truthfully, to the best of your knowledge

10:03AM  10   and ability.  Do not provide to me answers that you think

11   either I want to hear or that I don't want to hear.

12        Let me just spell that out a little bit as well.

13   So in order to make this process as efficient as I can -- and I

14   do value all of your time.  So I'm going to try -- not only

10:04AM  15   during jury selection, but I've worked with the lawyers to try

16   to make sure that everyone is respectful of your time and that

17   we're moving this case along as efficiently as reasonably

18   possible.

19        So what may happen is, just to pick on you,

10:04AM  20   Prospective Juror No. 6, I may be speaking with you and then

21   all of a sudden I think I know where you're going with

22   something.  So I will be seeming to put words in your mouth by

23   asking you what are called leading questions.  That's only

24   because I'm trying to move it along.  And in this context, I

10:04AM  25   think it's appropriate.

           Here's the point.  If I'm putting words in your mouth that don't belong there, don't just say "yes" because you think that's what I want to hear.  Push back.  You now know what the purpose of my leading questions are.  It's not to direct you into a certain location.

           So if it turns out that this is not the right case for you, that's fine.  Not every case is the right case for everybody.  There are other cases, both of civil and criminal type.  And the Court will do its best, if I can, to get you onto another case.

           I should pause for a moment and thank you at the outset for your patience.  I know that there were a lot of people, because we've got a number of cases going on today, that were here and I know that there was a substantial delay in your even being able to get into the building.  I know how frustrating that is, and I do apologize.  I do appreciate your patience.

           Now, let me just provide you with some rules, some of which are in the form of an order, and it's important that you comply with an order because, if you don't, that actually is a crime.  It's called contempt if you do it purposefully.

           And again, I tell you these things, ladies and gentlemen, not to frighten anyone, not to make this process more difficult than it needs to be.  But in my experience, when

people understand the seriousness of something, they're much

more likely to comply.  Otherwise, people act in a loose

fashion when they think rules and orders are loose and are

going to be loosely applied.

10:06AM          So the first order is that you cannot communicate

with anyone about the case.  That means you cannot speak with

your family, your friends, with the lawyers in this case, with

any witnesses in any way, shape, or form, and that includes by

text messaging, e-mails, social media, such as Facebook.

10:06AM          So let me again flush or spell this out for you

to make sure you understand how strict this is.  So let's say,

No. 7, we're on a break and I told you before the break when to

return and you forgot.  And you see Mr. Richard or you see

Mr. Blum outside and you say, What can it hurt?  I'm just going

10:06AM  to ask them what time it is that we're supposed to return.

That's a violation of this order.

          And if you speak to anyone about the case, such

as the lawyers -- the lawyers know that they cannot communicate

with you, verbally or non-verbally.  They can't look at you

10:07AM  outside and try to smile at you and things of that sort because

this process is such that you're supposed to be neutral and

make a decision on the facts and the law, not based upon

someone trying to curry favor with you.  So they will turn

away, look down, look away.

10:07AM          If that happens, don't hold it against them.

They're actually doing what they're required to do.  Remember

not to put them or anyone else in the position where you're

communicating with someone and that's going to get reported to

me and then I'm going to have to follow up.

10:07AM          Also, let's say you say, you know what, I just

want to tell someone at work that I'm on a case and I'm a juror

in a case.  As I will explain to you, you can tell an employer

or someone that you're on -- serving as a juror on a case, but

you can't give them any more detail than essentially that.

10:08AM     Perhaps the expected length of the case will be fine.  Beyond

that, you can't speak to anyone about this case.

          Also, you're not permitted to conduct any

research or do any investigation with respect to the people,

the places, the subject matter, or the law.  And again, let me

10:08AM     explain how strict this is.

          So let's say you're accustomed to doing what I'm

accustomed to doing -- and most of us are -- where we hear

certain information and we decide that we want to learn about

it.  And so what do we do?  We take out our phone or whatever

10:08AM     and we look it up.

          So let's say you want to say, Who is this lawyer?

Who is this judge?  I heard this reference to a chemical.  What

is that chemical?  And you decide to look it up.  That's a

violation of this order.  It's a very serious matter.  And I

10:08AM     will explain to you the significance of it in due course, but

1    you are not permitted to do that.

2              Also, there are a couple of reminders that I want

3    to present to you.  These are not orders.  These are things

4    that are going to make this process move more efficiently and

10:09AM    5    quickly for everybody involved.

6              The first is you have all been provided with a

7    badge by my courtroom deputy.  And this is a number that goes

8    from 1 to 40.  I think we have 40 people in this panel.  And I

9    am going to be referring to you throughout this process by

10:09AM   10    reference to the number that you have been given by Mr. Cruz.

11    I do that in every case -- civil case, criminal case.  It's

12    easier to make reference to people by numbers simply because

13    trying to figure out names, saying your name correctly and the

14    like is more difficult.  It slows down the process, in my

10:09AM   15    experience.  And this also gives you a certain measure of

16    additional privacy.

17              Please make sure that you have the number placed

18    on an article of clothing that is sufficiently high up enough

19    so everyone can see it.

10:10AM   20              So let me give you an example.  No. 15, because

21    you're in front of a bench, it's a little bit hard.  So if you

22    wouldn't mind just, like, moving it up, if you can, higher up

23    on an article of clothing so this way when I can see you and

24    the lawyers see you, we immediately can identify you.

10:10AM   25              Also, please make sure that you're on time.  What

that means is you will be told when we take breaks when and

where to return.  Please make sure that you return when and

where you're told.  We can't start until everyone is present.

So if you're late, we will all be waiting here.

10:10AM

So, No. 25, to pick on you for a moment, if we're

all seated and waiting and you're not in the courtroom, we're

all going to be seated here looking at the door and hoping that

you're going to be coming in very quickly so that we can get

going.  So please make sure everyone is on time.

10:11AM

Also, no cell phones.  What that means is, of

course, you can keep your cell phones with you, but you have to

turn them fully off.  They cannot be a distraction, cannot be

vibrating, cannot go off where they disrupt the proceedings.

Now, I told you I was going to provide some

10:11AM

additional introductions and I'm going to do so now.

First of all, my name, again, is

Stanley Blumenfeld, and I will be presiding over this trial.

And I have my courtroom staff here with me.

First, I have Mr. Victor Cruz, who you have met.

10:11AM

And he is responsible for the administration of the courtroom.

So all things administrative, that's his responsibility, and he

runs the administrative side of the courtroom.

Also present is Miranda Algorri who is our court

reporter, and she will be sharing duty.  So we will have two

10:11AM

court reporters throughout this trial.  And the second person

|      |                                                                      |
|------|----------------------------------------------------------------------|
|    1 | is Myra Ponce, who you will see at some point throughout this         |
|    2 | trial.  Their job is very significant, and you need to assist         |
|    3 | them in doing their job or please try not to make their job           |
|    4 | harder.  Here's what I mean.                                          |
|    5 | She has to take -- Ms. Algorri has to take and so                     |
|    6 | will Ms. Ponce an accurate record of everything that's going on       |
|    7 | in the courtroom.  That is absolutely required to be done.            |
|    8 | Now, the only way that she can do her job is if she hears what        |
|    9 | is being stated because she can't take down what are called          |
|   10 | nonverbal gestures.                                                   |
|   11 | What's a nonverbal gesture?  So, No. 9, for                           |
|   12 | example, if I asked you a question -- perfect, you're doing it        |
|   13 | just on cue.  You're acknowledging that you understand.  And          |
|   14 | she's nodding her head up and down.  That's a nonverbal               |
|   15 | gesture.  So if I asked you, No. 9, do you understand what I'm        |
|   16 | saying?                                                               |
|   17 | PROSPECTIVE JUROR NO. 9:  Yes.                                        |
|   18 | THE COURT:  Perfect.                                                  |
|   19 | So please make sure you do exactly what                               |
|   20 | Prospective Juror No. 9 did, which is not only did she respond        |
|   21 | verbally, but she responded loudly enough so that everyone           |
|   22 | could hear and my court reporter who is seated right next to me       |
|   23 | is able to hear.                                                      |
|   24 | Now, we have two parties in this case.  This is a                     |
|   25 | civil case, as I mentioned.  There's a plaintiff, and there is        |

10:12AM (line 5)
10:12AM (line 10)
10:12AM (line 15)
10:13AM (line 20)
10:13AM (line 25)

1    a defendant.  And I told you the plaintiff and the lawyers sit

2    on that side of the courtroom where I'm pointing to next to the

3    jury box.  The defendant sits on this side where I'm pointing

4    to on the other side of the counsel table for the plaintiff.

10:13AM   5    The plaintiff in this case is the Santa Clarita

6    Valley Water Agency.  And I'm going to be referring to them and

7    I expect the lawyers will throughout the trial as SCV Water or

8    some abbreviation to make it easier.  And they are being

9    represented, that is, the plaintiff is being represented by

10:14AM   10   Mr. Richard, Ms. Scott, Mr. Gee, and Ms. McGuane.  Ms. McGuane

11   does not appear to be here at the moment.

12   But let me go and do this.  Let me have you, once

13   again, introduce yourself because, at least in my experience,

14   if you're anything like me, I need to make contact with someone

10:14AM   15   and try to get their -- get in my memory their face and their

16   name.  So let's start that process with you.

17   And for this purpose, what I will do is ask that

18   each of you individually introduce yourself and show yourself

19   and present yourself to the panel.

10:14AM   20   MR. RICHARD:  Mask off okay, Your Honor?

21   THE COURT:  Yes.  When you are speaking, you can

22   take your mask off.  And for this purpose, it is appropriate.

23   MR. RICHARD:  So I'm the fellow with two first

24   names.  Patrick Richard.  Thank you for being here.

10:14AM   25   THE COURT:  All right.  Next, please.

1          MS. SCOTT:  Good morning.  My name is Ilse Scott.

2          MR. GEE:  Good morning.  My name is Byron Gee.

3          MR. FUDACZ:  Good morning.  My name is

4    Fred Fudacz.  I don't anticipate being here for the duration of

10:15AM  5    the trial, but I have been involved in this matter for some

6    period of time.  And from time to time I may show up in the

7    courtroom.

8          THE COURT:  If you would please make sure you are

9    faced to the gallery portion.

10:15AM  10          MR. FUDACZ:  If I'm in and out, you will

11   understand that, even though I'm not part of the day-to-day

12   trial team, I may be contributing, being in the courtroom.

13          THE COURT:  Thank you, Mr. Fudacz.  You may be

14   seated.

10:15AM  15          And let's go ahead and do the same, please,

16   starting with you, Mr. Blum, for the defense.  And the defense,

17   the defendant is Whittaker Corporation.

18          MR. BLUM:  Good morning, everybody.  I'm the

19   other Fred, Fred Blum.  And I represent Whittaker Corporation.

10:15AM  20          THE COURT:  Next, please.

21          MR. GALLAGHER:  Good morning, everyone.  My name

22   is Michael Gallagher, also for the defense.

23          MR. TROWBRIDGE:  Good morning, everybody.  I'm

24   Daniel Trowbridge, also for Whittaker Corporation.

10:16AM  25          THE COURT:  Let's go ahead and introduce everyone

1    who is at the table, please.

2                    MR. LARDIERE:  Good morning.  My name is

3    Eric Lardiere, and I'm the president of Whittaker Corporation.

4                    MR. BEATON:  Good morning.  I'm Ron Beaton.  I

10:16AM  5    work with the trial team.

6                    THE COURT:  So first question that I'm going to

7    ask -- and this is a group question -- is whether anyone knows

8    anybody who's been introduced.  So is there anyone on the panel

9    who knows anybody who has been introduced?  That includes

10:16AM  10   myself, my staff, the lawyers, or the parties.  Anybody who has

11   been introduced.  If so, let me know by raising your hand.

12                    I see no hands raised.

13                    Now, next question I have is whether you or a

14   family member has ever worked for or done business with any of

10:17AM  15   the parties in this case.  And just to remind you who the

16   parties are again -- and it's up there on the screen -- it's

17   Santa Clarita Valley Water Agency, and the defendant is

18   Whittaker Corporation.

19                    So this question is asking something a little bit

10:17AM  20   different.  It's not only you but a family member.  Have either

21   you or a family member ever worked for or done business with

22   either one of the parties, the Santa Clarita Valley Water

23   Agency or Whittaker Corporation?  If so, let me know by raising

24   your hand.

10:17AM  25                    I see no hands raised.

1          Another question.  Have you or a family member

2     ever lived in the Santa Clarita Valley?  You or a close family

3     member, not a distant cousin or something like that that you're

4     not close with.  Someone who you perceive as a family member to

10:18AM  5     be a close family member.  They live in your household or

6     they're extended beyond that but they're particularly close to

7     you.

8          I see no hands raised.

9          Now, I'm going to introduce you, in a manner of

10:18AM  10    speaking, to witnesses who may testify in this case.  And this

11    is a list that may be overinclusive.  And what I mean by that

12    is not necessarily everyone on this list is going to testify at

13    trial.  But I'm giving you what is the potential witness list

14    because at the end of my reading of this list, I'm going to ask

10:18AM  15    you whether anyone knows any of these potential witnesses.

16          So it's a bit of a list, so be patient.  I have

17    it on the screen.  The font is reasonably large but not

18    terribly large.  So if you can't see it, hopefully I'm

19    pronouncing these names properly and you will at least hear

10:19AM  20    what I'm saying.

21          Keith Abercrombie; Richard Hughto, H-u-g-h-t-o;

22    Alan Sorsher; John Peloquin, P-e-l-o-q-u-i-n; Eric Lardiere,

23    who you have been introduced to; Archie Simmons; Norman Wenck;

24    Gary Hokkanen; James Jisa; Zoyd Luce; Steven or Steve Cole;

10:19AM  25    Hassan Amini; Phyllis Stanin; Dan Masnada; Mark Trudell;

```
         1  Bradley Peach; Issam Najm; Jeffrey O'Keefe; Jeffrey Zelikson;

         2  Michael Alvord; Anthony Daus; Gaynor Dawson.  I know this is a

         3  common name.  I've asked the lawyers to provide greater

         4  identification, if someone knows a Jose Diaz.  Jose Diaz;

10:20AM  5  Meredith Durant; Jeffrey Koelewyn, K-o-e-l-e-w-y-n; BJ Lechler;

         6  James Leserman; Steven Luis; Peter Mesard; Daniel Shoup;

         7  Timothy Simpson; Richard Slade; Duane Steffey; Matt Stone;

         8  Lynn Takaichi; Christopher Thompson.

         9            Anyone know or believe they know anyone who may

10:21AM  10 potentially be a witness in this case?  If so, let me know by

         11 raising your hand.

         12           Not even a Jose Diaz?  All right.  No hands are

         13 raised.

         14           Incidentally, sometimes this happens, not

10:21AM  15 frequently, but it does happen, where you're giving me

         16 honest -- an honest response and I have no reason to doubt

         17 that.  But guess what happens?  A witness takes the stand.  And

         18 you know what?  You know the person.  When you heard the name,

         19 it didn't ring a bell.  But then you saw the person on the

10:22AM  20 witness stand, and you know that person.

         21           Here's what you don't do.  Keep silent.  Also,

         22 don't panic.

         23           Here's what you do.  You let my courtroom deputy

         24 know that you know the person and you need to talk to me, and

10:22AM  25 that's fine.  You haven't done anything wrong.  You're giving
```

me your honest responses, and you just didn't put the name to

the person who you know.

Now, I'm going to tell you a little bit about

this case.  And it is really quite a little bit but just to

10:22AM  give you some basic understanding of what the case is about.

And I'm going to ask you, after I describe the basic case

statement here, if you know about this case prior to coming

here.  I have to ask that in every case.  I have no reason to

think that you do or that you don't have any knowledge about

10:22AM  this case.  But it is quite important, if you do know anything

about this case, that you let me know when I ask you in a

moment.

So the plaintiff, as you know, is Santa Clarita

Valley Water Agency, or SCV Water, which is the name we will be

10:23AM  referring to it as.  And it's a drinking water supplier.  And

the plaintiff, Santa Clarita Valley Water Agency, claims that

the defendant, Whittaker Corporation, released hazardous

chemicals, including what are called volatile organic

compounds.  It's a mouthful.  So we're going to be referring to

10:23AM  it as VOCs, or the lawyers will and you will see the references

VOCs.

So let me -- since I interrupted that, the

plaintiff claims that the defendant released hazardous

chemicals, including VOCs, from its manufacturing site into

10:24AM  soil and groundwater.  SCV Water contends that these substances

          1    have migrated to and contaminated SCV -- that is, SCV Water's

          2    wells.

          3                    Now, the defendant, again, is

          4    Whittaker Corporation.  And the defendant denies that VOCs from

10:24AM   5    the Whittaker site have migrated to plaintiff's wells.

          6    Whittaker claims that SCV Water and other parties are partially

          7    or wholly responsible for VOC contamination of SCV Water's

          8    wells.

          9                    So let me start by asking whether anyone knows

10:24AM  10    anything about this case from any source prior to coming here

         11    this morning.  If so, let me know by raising your hand.

         12                    I see no hands raised.

         13                    Now, for those of you who are thinking, oh, my

         14    goodness, volatile organic compounds, how am I going to

10:25AM  15    possibly understand all of this?  Let me just say this to you,

         16    that these lawyers are experienced.  It is their responsibility

         17    to communicate this case to you in clearly understandable terms

         18    so that you can and will understand the case sufficient to do

         19    your job if you are selected.

10:25AM  20                    In that regard, you're going to be hearing words

         21    like "volatile organic compounds" or other things that might

         22    seem technical, and you will hear it more than one time.  So

         23    this is not going to be a trial that will go by in a couple or

         24    a few hours.  I will explain to you what the estimate is in

10:25AM  25    this case.

1              So you will have an opportunity to hear some of

2      this information more than one time to make sure that you're

3      understanding it.  So you shouldn't be fearful because you

4      don't have a scientific background or a technical background or

10:26AM  5      you never have heard of these words.

6              So once again, no one is -- has there been anyone

7      who has heard or knows anything about this case prior to coming

8      here this morning?  I asked the question, but I want to make

9      sure that the answer is the same.

10:26AM  10             I see no hands raised.

11             So now let me tell you why you are here.  You

12     might be asking, Well, isn't this the kind of case that maybe a

13     judge or some special scientist should decide and the like?

14     And that's a fair question.

10:26AM  15             But one of the things that you should know, if

16     you don't already know, is that the reason that you are going

17     to decide this case rather than myself or some scientific panel

18     or whatever is because of a document called the United States

19     Constitution.

10:27AM  20             Everyone probably is familiar with the fact that

21     in criminal cases that the defendant, the parties have a right

22     to a criminal -- to a jury trial, but the same is actually true

23     in connection with civil cases.  So it's contained in the

24     7th Amendment to the Constitution, and it is a right to a jury

10:27AM  25     trial in civil matters.  And the right applies to both parties

in a civil case.

So the plaintiff, in this instance SCV Water, has a constitutional right to bring its case into court and have a jury decide the issues that divide the parties.

10:27AM

It's also true that Whittaker has that exact same right.  Whittaker Corporation has the right to defend itself before a jury, and that is why you are all here.

Is there anyone for any reason, either has some view about this issue or otherwise, is going to be unable to

10:28AM

serve as a juror because you believe that parties in a civil case are not entitled to have a jury decide the issues, notwithstanding the 7th Amendment to the Constitution?  Is there anyone here who is going to either not participate or hold it against any party because they are here in court, they

10:28AM

have a dispute, and they're asking nine citizens to decide this case?  Is there anyone here who is not going to be able to participate because of some view about the 7th Amendment?

I see no hands raised.

Now, the trial schedule, as I mentioned, that I

10:29AM

would get to, I'm now going to tell you a little bit about it.

First of all, you're a special group.  Here's what I mean by that, is that I decided in this case, because the trial is going to be just a little bit longer than the average case, to make sure that the jury department sent out a

10:29AM

lot of summons to see if you were all able to serve on a case

of the anticipated length.  And the anticipated length of this

case is approximately 12 court days.

So if you're in this courtroom, it is because

each of you has indicated that you, in fact, can serve on this

case.  And you have also had a chance to provide any

information to a magistrate judge this morning before you came

into this courtroom if that somehow has changed or there's a

reason why you can't serve on a case of this length.  I will

inquire about that in a moment, but let me just focus again on

the trial schedule.

So today is the 17th.  What's expected is that

this case is going to go approximately 12 days, as I mentioned,

and there's more than, I think, 12 court days there.  But the

estimate is approximately 12 court days.  Of course, next week

is a holiday.  So the Court will be dark on the 25th and the

26th.  So we will not be in trial on the 25th and the 26th.  We

will be in session on the day before Thanksgiving; although, I

might be persuaded to let people go a little bit earlier on the

24th.

Ordinarily, we do end fairly early.  So if you

are selected in this case, the typical trial hours start at

8:30.  So today we got a little bit of a later start because

there's orientation and things that you participated in.  But

ordinarily, once you're selected in this case, you're going to

come to my courtroom at 8:30 and we're going to start.  And I'm

pretty much a stickler on starting on time.

So I expect that we're going to start at 8:30 sharp, and we're going to go through typically until 2:30 with a fairly short break.  We're going to have about a 30-minute break for lunch and maybe two 15-minute breaks throughout the day.

Now, I do it that way because we get in a decent amount of trial time, but then you can go on your way.  Some courts, certainly on the state side this is true, you have an hour and a half for lunch and then you have two easily 15-minute breaks.  So you have about two-and-a-half to three hours of time that you're really not doing very much.

So I'm able to get in as much court time generally with this schedule, which is also useful, I think, for everyone who is able to get on the roads and things of that sort.

Now, one thing I do want to point out and emphasize.  Do you see the word "typical"?  That has meaning.  That means that that's what we're generally going to be doing, but there there could be variances.  Today there will be a variance.  Today we're going to go until about 4:30 because we're starting the process a bit later.

There may be other days where I will tell you, look, we're going to go until about 3:00 o'clock or so.  It's possible we will say, you know, we're going to break at

2:00 o'clock, but you need to be a little bit flexible.  So I will do my best to try to make sure that we're breaking at 2:30, but I need your flexibility.

Don't do this.  Well, Judge, you know, you said 2:30 and I have an appointment at 2:45.  And I'm going to say, Do you remember when I said "typical" and I explained that?  So please make sure that you don't put yourself in that position.

Now, the reasons you are here, as I mentioned, is because you went through, you were screened by the process, that summons process I mentioned.  You were able -- if you had any excuses that you couldn't serve on a case of this length, you could have spoken to the magistrate judge who considered it.  And if you are here, it is my assumption that you are available to serve in this case for the estimated length of it.

If that is not true, if -- let's say, you were in the restroom somehow when the magistrate judge was asking if you had any excuse or, you know, for some reason you just weren't paying attention, let me know now if that's the case because, otherwise, I'm going to proceed on the assumption that you're good to go.  If you get selected on this case, you can do it.  You can serve.

Anyone here where that's not true, where you want to tell me you can't serve on a case of this length?  If so, this is the time to tell me.

I see no hands raised.

1          Then let me at this point explain to you your job

2     if you are selected in this case.  So we are going to select,

3     as I said, nine people from your number.  Those nine people who

4     are selected will serve as jurors.  Right now you are not a

5     juror.  You are a prospective, a potential juror.  But if you

6     are ultimately in the nine people who are left in this case and

7     selected, you will be a juror.

8          What is the job of a juror?  For those of you who

9     have not served or otherwise don't know what the job entails,

10    I'm going to explain it to you.  And it's a very important job,

11    but ultimately it's pretty straightforward.  Your job is to be

12    a judge of the facts.  You're going to be fact finders.  So

13    your job is to determine what the facts are in this case based

14    solely on the evidence that will be presented at trial in the

15    courtroom.

16         So you will hear witnesses.  You will see

17    exhibits.  And then you will pay careful attention.  You will

18    have an opportunity at the end to speak with the -- your fellow

19    jurors and to deliberate and the like.  I will provide you with

20    instructions on the law, and you will apply the law to the

21    facts as you find them.

22         When I tell you what the law is, you must follow

23    it, even if you disagree with the law.  So we're all free to

24    have our own views about the law.  As you might imagine, there

25    isn't a judge who sits who agrees with every law that's on the

books.  We all have our views about what the law ought to be.

But we also live in a society where we are bound by laws.  We

are a nation of laws.  We're not an anarchy, which means that,

even if you disagree with the law, you have to set aside your

disagreement and apply the law that is given to you.

Is there anyone here who is unable for any reason

to serve in the role as a juror, which means you're going to

decide the case solely based upon the facts presented in the

courtroom, you will apply the law to the facts as you find

them, and you're going to apply the law even if you disagree

with it?  Is there anyone here who is unable to serve as a

juror performing that role?  If so, let me know by raising your

hand.

I see no hands raised.

Now, in a civil case, there are two big

questions.  Big, big picture questions.  Right?  To illustrate

what I mean, in a criminal case, you know what the big question

is.  Right?  It's guilty or not guilty.  That's the big

question in a criminal case.  This is a civil case.  That's not

the big question.

There are two kind of big questions in a civil

case.  The first question is:  Liable or not liable?  It's not

guilty or not guilty.  That's in a criminal case.  It's liable

or not liable.

And then if the defendant is liable, you find

them to be liable, then you turn to the second big question, which is damages.  Is the plaintiff entitled to the damages that they're seeking?  If so, you will apply the law and you will award damages if you find that the plaintiff has demonstrated that the defendant is liable.

So there are two types of damages being sought in this case.  First, SCV Water is claiming that they're entitled to what are called "compensatory damages," that are damages to compensate them for harm that they claim they sustained or will sustain in the future.

They're also claiming what are referred to as "punitive damages," and the law -- and I will instruct you on the law if you're selected -- tells you about all of the things that you need to know to determine is the plaintiff -- I mean, is the defendant liable?  The liability questions, there will be instructions on that.

And then there are instructions as well, if you find that the defendant is liable, that the plaintiff has proved its case, what damages should you award?  And I will provide you with instructions in that regard that applies to both compensatory as well as punitive damages.

And so my question to you is -- now, I have asked you the big question -- the question about whether you could be a juror in this case and you said you could.  You could decide the case only on the facts presented at trial.  You will apply

the law, even if you disagree with it.  And now I want to focus

in on this issue of liability and damages as well.

So is there anyone here for whatever reason is

not able to comply with the law concerning both liability and

damages?  That is, for whatever reason you have a view that, I

don't care what the law is, I'm always going to find the

defendant liable.  I'm never going to find the defendant

liable.  I'm being silly here, but you get the point.  Or I'm

never going to award damages or I'm always going to award

damages or I'm never going to award damages more than a certain

amount or I'm never going to award punitive damages or I'm

always going to.  You get the point.

Is there anyone here who is not going to be able

to follow the law, even if you disagree with it?  Let me know

by raising your hand.

I see no hands raised.

Now, just to make sure you all have this -- and I

think you do, but just to make sure -- if you are selected as a

juror, you're going to receive evidence or you're going to hear

evidence.  And evidence generally comes in two forms -- really

three that I will explain to you but two main forms.  The first

is testimony.

So there are going to be witnesses who are going

to take the stand.  You saw the potential witness list.

They're going to take the stand, and they're going to talk to

you, essentially.  That's testimony.

The other type of evidence are exhibits.  What are exhibits?  I don't know exactly what's going to come in in this case.  But just to give you an example of this category, exhibits include things like documents, photographs, diagrams, things of that nature.

And I said really there's a third category.  There's a third category called "stipulations," which are agreements by the parties about certain facts.  And the parties have agreed.  To their credit, they were able to agree to some facts, which makes it a little bit easier on you because you don't have to decide those facts because they have agreed upon them.  And since they have agreed upon them -- and I will tell you what they are if you are selected -- you have to accept them as being true.

And that's what you're going to decide the case on, based upon the evidence, testimony, the exhibits, and the stipulations.  Everything else is not admitted and you cannot consider it.  So that is the reason that you can't do any research.

Remember I told you earlier on an important order, you can't conduct any investigation or research?  That is because, if you do so, you're going to be depriving the parties of a fair trial.  They have no idea what information you're researching.  They have no idea, nor do I, whether it's

true, whether it's reliable, whether it should be placed in

context.  There's no way for anyone to be able to examine what

you are looking at outside the courtroom.  And so you will be

preventing these parties from having a fair trial, and that is

10:42AM   a serious matter.

That's also why you're not permitted to talk

about the case.  Because even if you think it's as innocent as

you're telling somebody a little bit about the case, people

tend to respond.  And next thing you know, there's a

10:42AM   conversation about the case.  So you can't talk about the case

at all.

Also, no other cases are relevant, will not be

received.  What I mean by that is, let's say, for example, you

previously served on a jury in a case that sounds very similar.

10:42AM   It involved allegations of groundwater contamination.  Now,

whatever happened in that case is not going to get admitted

into this case because it's not relevant.  You can't consider

it.

Also, let's say you happen to be involved or know

10:43AM   of another case.  It didn't go to court.  You weren't a juror.

Also, that's not going to be relevant.  It will tell you

nothing about what happened in this case, and you will not be

able to consider it.

Is there anyone who is unable to consider only

10:43AM   the evidence in this case if you are selected as a juror?  Is

1    there anyone here who is unable to do that for any reason?

2                    Once again, I see no hands raised.

3                    Now, you will also be instructed if you are

4    selected -- one of the important jobs that you will have as a

10:43AM    5    juror is to listen to witnesses and decide how much, if any,

6    you want to credit the testimony that you're hearing from

7    witnesses.  You can decide their credibility, their

8    reliability.  That's an important job function of being a

9    juror.

10:44AM   10                    And if you are selected as a juror, you must

11    evaluate witnesses based on your observations of them in this

12    courtroom or in the courtroom that you will be going to, not

13    based upon any bias against a group.  And that includes any

14    bias based upon race, religion, nationality, all of the things

10:44AM   15    that you know about.  But it also includes discriminating

16    against someone because they belong to an occupation or they

17    have a job that you don't like or you do like.

18                    So someone is a police officer and you don't like

19    police officers, let's say, as a general rule.  So a police

10:44AM   20    officer testifies -- I don't know if that's going to happen in

21    this case -- police officer testifies.  You don't like police

22    officers, so you're not even going to listen to what that

23    person has to say.  That's being biased against that individual

24    because you're not treating that person as an individual.

10:45AM   25                    True on the other side.  You like police

officers, so anything that a police officer says you're going to accept.  No.  Once again, in that instance, you're being biased but in favor of that person because you're not treating that person as an individual.

10:45AM

Is there anyone here who is unable to follow this law if you were selected as a juror?  If so, let me know by raising your hand.

I see no hands raised.

Now, I do want to talk to you about something that I have sort of alluded to and that is -- it's called the burden of proof.  And I want to make sure that you understand that this is a civil case and that the burden of proof in a civil case is different from the burden of proof in a criminal case.  I believe some of you have actually sat on criminal cases as jurors.  And so I want to make sure that you understand that the burdens of proof are quite different.

In a civil case, the burden of proof is called preponderance of the evidence.  And that's just a fancy way of saying more likely than not.

In a criminal case, the burden of proof is much heavier.  It's called proof beyond a reasonable doubt, a much heavier burden than the preponderance of the evidence burden.

In civil cases, the party with the burden must prove the evidence in its favor is more likely true than not true.

1          Is there anyone who is unable to apply the proper

2     burden of proof in this case because you have sat on a criminal

3     case and you just think you're going to be confused about it or

4     for whatever reason you will not be able to apply the correct

10:46AM  5     burden of proof in this case?  Is there anyone who is unable to

6     do that?  If so, let me know by raising your hand.

7          I see no hands raised.

8          Now, at this point, ladies and gentlemen, the

9     Court has received some questionnaire responses based upon a

10:47AM 10     questionnaire -- one moment, please -- based upon a

11     questionnaire that each of you were kind enough to complete.

12          At this point, what I'm going to do is I'm going

13     to ask each one of you questions following up on the

14     questionnaire, and I'm going to do it in order.  So we're going

10:47AM 15     to start with No. 1, 2, 3, 4, et cetera.  And I'm going to ask

16     each of you questions.

17          Please remember when you are speaking that you

18     speak loudly enough so that we can hear you.  You should please

19     take down your mask when I'm speaking to you so that we can

10:47AM 20     hear you.  And I think we have a microphone that we will be

21     giving to you.  If not, you can just step up to that -- there

22     you go.  So as they say, you can just step up to the mic.

23          And we have a microphone right on that side as

24     well as on the other side of the jury box.  And then you will

10:48AM 25     see we also have the same thing for those of you who are in the

1    gallery.  And I don't know that I precisely said this, but I

2    know I told you that we're doing this in this larger courtroom

3    so that we can essentially try to have spacing here.

4              So what we have tried to do is make sure that

10:48AM  5    everyone is about six feet away from each other.  We have you

6    wearing masks.  The only -- and we're behind these -- the

7    Plexiglas.  And when people are talking is the only time where

8    you're permitted to take your mask down.  Otherwise, please

9    make sure that you have your mask on.

10:48AM  10             Now, if anyone needs to modify anything they

11   stated in their questionnaire response, when I call you up,

12   please tell me that.  Offer that.  And it happens.  Sometimes

13   what happens is you fill out a questionnaire and now you're

14   starting to think about it a little more or you're hearing

10:49AM  15   other people respond and it jogs your memory about something.

16   Not a problem.  Again, don't panic.  It happens.  The only

17   thing you need to do is let me know that.  So let me know.

18             Now, we will start with No. 1, if you will kindly

19   step up to the microphone nearest to you.

10:49AM  20             PROSPECTIVE JUROR NO. 1:  Take off the mask?

21             THE COURT:  If you would kindly do that, I would

22   appreciate it.

23             So, Prospective Juror No. 1, you serve as a

24   courtroom clerk -- or a court clerk, I should say.

10:49AM  25             PROSPECTIVE JUROR NO. 1:  I work right across the

```
 1    street at the superior court.

 2                    THE COURT:  At Mosk?

 3                    PROSPECTIVE JUROR NO. 1:  Yes.

 4                    THE COURT:  And what do you do as a court clerk?

 5                    PROSPECTIVE JUROR NO. 1:  I work in the phone

 6    center, answer phone calls for the courtrooms and enter

 7    documents onto the computer.

 8                    THE COURT:  And how long have you worked for

 9    L.A. Superior Court?

10                    PROSPECTIVE JUROR NO. 1:  I started in 1995.  So

11    20 -- going on 26 years.

12                    THE COURT:  Ever worked inside the courtroom

13    itself?

14                    PROSPECTIVE JUROR NO. 1:  Yeah, I have.

15                    THE COURT:  As a judicial assistant?

16                    PROSPECTIVE JUROR NO. 1:  A courtroom assistant.

17    Assistant to the judicial assistant.

18                    THE COURT:  Have you always worked on the civil

19    side?

20                    PROSPECTIVE JUROR NO. 1:  Yes.  Only civil.

21                    THE COURT:  Have you ever been in the courtroom

22    while evidence was being presented in an environmental case

23    that you can recall?

24                    PROSPECTIVE JUROR NO. 1:  Yes.  Yes.  Not too

25    much, but yeah, I have.  I have been exposed.
```

10:49AM (line 5)
10:49AM (line 10)
10:50AM (line 15)
10:50AM (line 20)
10:50AM (line 25)

1          THE COURT:  All right.  And approximately how

2    many cases would you say where you were in a courtroom and

3    there was an environmental case going on?

4          PROSPECTIVE JUROR NO. 1:  I was always in and out

10:50AM    5    of the courtroom because that's when we would have to retrieve

6    files from records.  And I didn't spend too much time focused

7    on the cases because you can't.  You have to answer phones.  So

8    I would just say a handful, maybe five to ten.

9          THE COURT:  Understood.  And you anticipated a

10:51AM   10    question I was going to ask you, and let me just confirm it.  I

11    mean, I've seen how busy courtroom assistants are in the

12    courtroom itself.  You're doing your job.  You're generally not

13    focusing on the evidence, trying to follow it.  You're doing

14    your own job.

10:51AM   15          PROSPECTIVE JUROR NO. 1:  Correct.

16          THE COURT:  Is there any change that you would

17    like to make to the -- to your background questionnaire?  Any

18    additions, subtractions, anything like that?

19          PROSPECTIVE JUROR NO. 1:  No.

10:51AM   20          THE COURT:  Now, do you have any children of

21    working age?

22          PROSPECTIVE JUROR NO. 1:  No.  No children.

23          THE COURT:  And you did serve on a civil case?

24          PROSPECTIVE JUROR NO. 1:  Back in the '90s.

10:51AM   25          THE COURT:  What type of case was it, if you can

1    remember?

2                   PROSPECTIVE JUROR NO. 1:  It was like a personal

3    injury kind of case.

4                   THE COURT:  And you were a deliberating juror?

10:51AM    5                   PROSPECTIVE JUROR NO. 1:  Yeah, I was.

6                   THE COURT:  And you reached a verdict in that

7    case?

8                   PROSPECTIVE JUROR NO. 1:  We did.

9                   THE COURT:  Now, that was an L.A. Superior Court

10:51AM   10    case or state case?

11                   PROSPECTIVE JUROR NO. 1:  Yeah.  L.A. Superior

12    Court.  It was in Alhambra.

13                   THE COURT:  All right.  Now, I don't know if you

14    remember this.  But on the state side, a jury doesn't have to

10:52AM   15    be unanimous for a civil case.  It's three-fourths.  You have

16    12 people.  Nine out of 12, you have a verdict.

17                   PROSPECTIVE JUROR NO. 1:  Correct.

18                   THE COURT:  Here in federal court, there are no

19    alternates.  All nine people deliberate, and the verdict must

10:52AM   20    be unanimous.  Do you understand the difference?

21                   PROSPECTIVE JUROR NO. 1:  Yes, I do.

22                   THE COURT:  Do you have any reason to think it

23    would be difficult for you to serve on a federal case, in this

24    case in particular?

10:52AM   25                   PROSPECTIVE JUROR NO. 1:  No.

```
 1                    THE COURT:  And is there anything about your

 2      background and experience that you think would make it

 3      difficult for you to be fair and impartial in this case?  And

 4      by that, I simply mean that you're going to decide the case

 5      only on the facts and the law presented in the courtroom.

 6                    PROSPECTIVE JUROR NO. 1:  No.  I don't see a

 7      problem with that.

 8                    THE COURT:  All right.  And your spouse is a bus

 9      driver?

10                    PROSPECTIVE JUROR NO. 1:  Partner.

11                    THE COURT:  Your partner is a bus driver?

12                    PROSPECTIVE JUROR NO. 1:  Yes.

13                    THE COURT:  For approximately how long?

14                    PROSPECTIVE JUROR NO. 1:  22 years.

15                    THE COURT:  Got you.  Thanks.  Have a seat,

16      please.  Thank you so much.

17                    Let's have No. 2, please, take to the mic.

18                    And you are a quality control analyst.

19                    PROSPECTIVE JUROR NO. 2:  Yes, I am, Your Honor.

20                    THE COURT:  Tell me a little bit about what you

21      do as a quality control analyst.

22                    PROSPECTIVE JUROR NO. 2:  So I work in Torrance

23      for a chromatography company.  We deal with separation

24      sciences, anything from drug analysis to environmental

25      sampling.  We do not do the environmental sampling ourselves.
```

10:52AM (line 5)
10:52AM (line 10)
10:52AM (line 15)
10:53AM (line 20)
10:53AM (line 25)

|  | 1 | We simply supply the chromatography columns to other companies |
|---|---|---|

We simply supply the chromatography columns to other companies

that do the sampling themselves.

THE COURT:  And I do appreciate your speaking

into the mic.  It's very helpful.  But if you just -- maybe

10:53AM   pull a little bit further away, couple inches or so.

Otherwise, it reverberates a little bit.

How long have you worked in that type of job?

PROSPECTIVE JUROR NO. 2:  Since January 2014.  So

coming up on eight years now.

10:53AM   THE COURT:  And more specifically -- I don't need

to know the full details of what you're doing, but tell me kind

of what your core job function is.

PROSPECTIVE JUROR NO. 2:  So I deal with the

material that we use to pack our chromatography columns with.

10:54AM   Every batch that we release has to be sufficiently tested

before we release it to our customer.  So that's what I do.  I

test the batches for chemical analysis, basically.

THE COURT:  What type of chemicals are you

testing for?

10:54AM   PROSPECTIVE JUROR NO. 2:  So what we deal with is

called a -- it's a stationary phase.  So we -- it's silica

particles that we bond with diodes and --

THE COURT:  Did you say silicon particles?

PROSPECTIVE JUROR NO. 2:  They're silica

10:54AM   particles that we bond -- we bond them through a stationary

phase, and that interacts with the solvents that we pass

through the column.  And that can cause them to separate out.

And that's how our customers do their environmental sampling.

   THE COURT:  And what's the object of this

environmental sampling?

   PROSPECTIVE JUROR NO. 2:  Most of our customers

are -- they're usually within the medical field, usually drug

analysis, things like that.  But we also deal with a lot of

customers that deal with, like, water sampling or things of

that nature as well.

   THE COURT:  And are you involved in the

environmental -- the sampling as well, including what you have

just --

   PROSPECTIVE JUROR NO. 2:  No.  Our company does

not do the environmental sampling ourselves.  We only supply

that to our customers.  They do the environmental sampling.

   THE COURT:  I see.

   Do you have any background or experience in the

area of groundwater contamination?  And I mean it broadly

defined.  So any connection at all.

   PROSPECTIVE JUROR NO. 2:  No.  I have never

worked in groundwater contamination.

   THE COURT:  All right.  And I see that you

indicate that you do have a concern about the quality of the

water, the tap water in Manhattan Beach where you live; is that

right?

PROSPECTIVE JUROR NO. 2:  Yes.  I have noticed that sometimes the tap water where we live, it's often hard, meaning it has a lot of minerals dissolved in it, which is why I use a personal filtration device.  I do not drink directly out of the tap.

THE COURT:  Have you ever done anything about it, meaning contacted anyone about the water, as an example?

PROSPECTIVE JUROR NO. 2:  No.  Personally I have not taken any action against that, no.

THE COURT:  How would you describe the extent of your concern?  Is this -- is this just something that, you know, you have noticed it, you're getting a water filter, or is it something beyond that?

PROSPECTIVE JUROR NO. 2:  It's minor concern, I would say.  It's just something that I personally deal with on a day-to-day basis.

THE COURT:  I understand.

If you were selected in this case, do you have any concerns whatsoever about your ability to decide the case solely on the facts and the law presented in this courtroom?

PROSPECTIVE JUROR NO. 2:  No, I do not.

THE COURT:  Given the concern that you have, as you have described, about your own tap water, do you think that's going to interfere with your ability to give both sides

```
 1    a fair shot?
 2                 PROSPECTIVE JUROR NO. 2:  I do not believe it
 3    will, no.
 4                 THE COURT:  So whatever concerns you have, you
 5    understand that that's going to tell you nothing about what
 6    happened in this case?
 7                 PROSPECTIVE JUROR NO. 2:  I'm willing to put that
 8    aside, yes.
 9                 THE COURT:  All right.  And is there any change
10    or modifications that you would make to your questionnaire
11    response?
12                 PROSPECTIVE JUROR NO. 2:  No, there is not.
13                 THE COURT:  All right.  I thank you very much.
14    You can take a seat.
15                 Let's have No. 3, please.
16                 And you work as a mechanical engineer?
17                 PROSPECTIVE JUROR NO. 3:  That is correct.
18                 THE COURT:  And how long have you done that type
19    of work?
20                 PROSPECTIVE JUROR NO. 3:  About four-and-a-half
21    years.
22                 THE COURT:  And could you just give me a little
23    more information about what you're doing?
24                 PROSPECTIVE JUROR NO. 3:  Sure.
25                 So I'm a mechanical engineer in the aerospace
```

10:56AM   5

10:57AM   10

10:57AM   15

10:57AM   20

10:57AM   25

1  sector.  I design test equipment, ground test equipment for

2  testing aerospace components, structures.  I'm working on a

3  rotor test right now, like, for helicopters, things of that

4  nature.

10:57AM  5          THE COURT:  Have you worked for the same company

6  for the four-and-a-half years?

7          PROSPECTIVE JUROR NO. 3:  Yes.

8          THE COURT:  And in the course of the work that

9  you do, do you have any interaction with the waste disposal

10:58AM  10  side of the business?

11          PROSPECTIVE JUROR NO. 3:  No, I do not.

12          THE COURT:  Do you have any knowledge about waste

13  disposal practices at the company where you work?

14          PROSPECTIVE JUROR NO. 3:  I mean, we have

10:58AM  15  procedures on what we need to do with certain materials, but I

16  don't have any specific knowledge beyond that.

17          THE COURT:  Understood.

18          And have you ever been made aware of any issues

19  concerning waste disposal or contamination in the course of

10:58AM  20  your employment?

21          PROSPECTIVE JUROR NO. 3:  I have not, no.

22          THE COURT:  All right.  You have heard very

23  little about what the case is about.  But is there anything

24  about this case that you would like to disclose that you think

10:58AM  25  the parties would want to know about, given your background as

an engineer?

       There would be potentially technical information
and the like that's presented here.  So I would just be
interested sort of in an open-ended way whether you have any
thoughts about something that only you would know that might
affect your ability to be impartial in this case.

       PROSPECTIVE JUROR NO. 3:  No.  I don't think I
have anything to disclose as far as that goes.

       THE COURT:  All right.  And you will hear, if
you're selected, from people who have specialized expertise.
You may have some intersection, meaning maybe you took a course
in -- that dealt with water contamination or things like that.
I don't know.

       But here's the point, is that you're not going to
be required to clean your memory from what you know, but you
can't be an expert in the case, which means that you cannot,
for example, start explaining to other jurors, well, let me
tell you about this area because that's what the experts are
here to do.

       And I know that may seem difficult to do, but let
me give you even a more closer to home example.

       So I'm actually -- I just recently received a
summons for jury service, and I'm eligible to serve as a juror.
And if I were selected to be a juror, I would be instructed as
to what the law is.  And that's what I do.  I have some

1    knowledge about the law.

2              So if I were selected as a juror, I would not be

3    able to tell the jury, for example, well, you know what, I

4    think this instruction is wrong.  I don't think you should

5    follow it.  Or here's the law that the judge told you about,

6    but the judge didn't tell you about something else that you

7    really need to know about.  Can't do that because I'm not an

8    expert.  I'm a juror.  I'm deciding what the facts are and I'm

9    applying the law.

10             Do you understand the distinction?

11             PROSPECTIVE JUROR NO. 3:  Yes.

12             THE COURT:  Would that present a problem for you

13   if you were selected in this case?

14             PROSPECTIVE JUROR NO. 3:  No, that would not be a

15   problem.

16             THE COURT:  Do you have any -- have you ever

17   studied any science that would give you particular expertise

18   with regard to the area of water contamination?

19             PROSPECTIVE JUROR NO. 3:  No.

20             THE COURT:  Or groundwater contamination?

21             PROSPECTIVE JUROR NO. 3:  No.

22             THE COURT:  All right.  Thank you so much, sir.

23   You can be seated.

24             Let's have No. 4.

25             Prospective Juror No. 4, you are retired.  What

```
 1   are you retired from?

 2                PROSPECTIVE JUROR NO. 4:  The automotive

 3   business.

 4                THE COURT:  Tell me what you did for the

 5   automotive business.

 6                PROSPECTIVE JUROR NO. 4:  Assistant service

 7   manager and service advisor.

 8                THE COURT:  So this is on the service side of a

 9   dealership?

10                PROSPECTIVE JUROR NO. 4:  Correct.

11                THE COURT:  And how long did you do that type of

12   work for?

13                PROSPECTIVE JUROR NO. 4:  I would say close to

14   50 years.

15                THE COURT:  And did you work for the same

16   dealership, same company?  Give me a little sense of that.

17                PROSPECTIVE JUROR NO. 4:  No.  Maybe about

18   30 years for one company and various other companies that I

19   worked for.

20                THE COURT:  And in the course of your years

21   working in the automotive industry, did you do any work

22   involving waste disposal or touching upon waste disposal?

23                PROSPECTIVE JUROR NO. 4:  Touching upon it.  In

24   the automotive business, there is going to be a lot of waste

25   removal.  And it's going to be -- but not directly involved,
```

11:01AM (line 5)
11:01AM (line 10)
11:01AM (line 15)
11:02AM (line 20)
11:02AM (line 25)

1    you know.

2            THE COURT:  So tell me sort of where your

3    intersection was as a service or assistant service manager with

4    the waste disposal practices of the various businesses.

11:02AM   5            PROSPECTIVE JUROR NO. 4:  Well, just the way

6    things are disposed of, you know.  The oil has to be disposed

7    of.  So it's a matter of knowledge, but me not being really

8    involved in the actual process of disposing of it but

9    actually -- you're aware of it.  It's there every day, of

11:03AM   10   hazardous waste and the different things that we had to use to

11   protect the environment.

12           THE COURT:  All right.  And could you give me

13   some example or examples of the types of things you had to do

14   or use to protect the environment?

11:03AM   15           PROSPECTIVE JUROR NO. 4:  Well, it's a matter of

16   even the chemicals that we use, the disposal, where it has to

17   be, you know, the disposal of it, how the procedure is.

18           Like, for instance, oil changes aren't done

19   anymore where you just drain the oil.  You have to have a

11:03AM   20   vacuum that sucks it out of the engine and the oil never

21   reaches any of the environment and then it's disposed of.  It's

22   put in barrels, and then it's picked up by a -- by a

23   professional disposal.

24           THE COURT:  And in the course of your employment

11:03AM   25   over the years, were there any issues, regulatory or otherwise,

with any of the businesses that you worked for involving

environmental issues?

            PROSPECTIVE JUROR NO. 4:  If I can -- if I'm

understanding your question correctly, yes.  Nothing really in

11:04AM  particular other than there was violations that had to be taken

care of.  And, you know, of course the dealership went ahead

and took care of them.

            So there was no serious fines, just things they

had to do and they corrected the things that they were doing

11:04AM  incorrect.

            THE COURT:  These were of an environmental

nature, meaning the violations were of rules, regulations, and

the like that were designed to be environmentally protective?

            PROSPECTIVE JUROR NO. 4:  And the way things were

11:04AM  disposed of.  You know, there's rules of how they have to be

disposed of.  And some of those rules weren't followed

correctly and now, you know -- were changed.

            THE COURT:  All right.  If you were selected in

this case, just like I explained with Prospective Juror No. 3,

11:04AM  no one is going to tell you that you don't bring your own

common sense and experience into the courtroom, but you can't

be an expert.  You have to listen to the evidence, evaluate the

evidence, and then apply the law as I give it to you.  Would

you be able to do that if you were selected?

11:05AM              PROSPECTIVE JUROR NO. 4:  I believe I could.

```
 1                    THE COURT:  Do you have any concerns about your
 2   ability to do that?
 3                    PROSPECTIVE JUROR NO. 4:  No.
 4                    THE COURT:  And are there any changes that you
 5   would make to your questionnaire response?
 6                    PROSPECTIVE JUROR NO. 4:  No.
 7                    THE COURT:  All right.  And you have no children;
 8   is that correct?
 9                    PROSPECTIVE JUROR NO. 4:  I have one child.  But
10   he's actually old enough, you know.
11                    THE COURT:  Got it.
12                    PROSPECTIVE JUROR NO. 4:  He will always be my
13   child but --
14                    THE COURT:  Of course.  Of course.
15                    Is this a son or --
16                    PROSPECTIVE JUROR NO. 4:  It's my son.
17                    THE COURT:  And he's currently not working, but
18   what has he previously done?
19                    PROSPECTIVE JUROR NO. 4:  He was an EMT for quite
20   a few years, and now he's just unemployed.
21                    THE COURT:  All right.  You said an EMT?
22                    PROSPECTIVE JUROR NO. 4:  Right.
23                    THE COURT:  Got you.  Thank you so much, sir.
24                    Let's move on to No. 5, please.
25                    Good morning.  Prospective Juror No. 5, you are a
```

11:05AM (lines 5, 10, 15, 20, 25)

1    facility manager and also an aircraft mechanic assistant?

2                    PROSPECTIVE JUROR NO. 5:  Correct, yes.

3                    THE COURT:  So you have two jobs, so to speak?

4                    PROSPECTIVE JUROR NO. 5:  Two jobs at the same

11:06AM   5    place, yes.

6                    THE COURT:  How long have you worked for that

7    place?

8                    PROSPECTIVE JUROR NO. 5:  Five years.

9                    THE COURT:  And before that?

11:06AM   10    PROSPECTIVE JUROR NO. 5:  I used to do the same

11    thing with a different company.

12                    THE COURT:  And how long did you work for that

13    company?

14                    PROSPECTIVE JUROR NO. 5:  15 years.

11:06AM   15    THE COURT:  And have you basically been in the

16    same field, the same business for your professional working

17    life?

18                    PROSPECTIVE JUROR NO. 5:  Yes.  Correct.

19                    THE COURT:  Have you ever had any type of other

11:06AM   20    occupation?

21                    PROSPECTIVE JUROR NO. 5:  No.  Since I came out

22    of high school, that's where I went to.

23                    THE COURT:  All right.  What do you do as a

24    facility manager?

11:06AM   25    PROSPECTIVE JUROR NO. 5:  I just basically take

1    care of the facility, make sure all the lights, cameras,

2    anything that needs to be fixed, get it back up and running.

3                    THE COURT:  All right.  And you're also, you

4    said, an aircraft mechanic assistant.  So you're not only

11:07AM   5    working on the facilities but you're actually working --

6                    PROSPECTIVE JUROR NO. 5:  Working on the planes,

7    yes.

8                    THE COURT:  And have you worked as an aircraft

9    mechanic assistant for the past 20 years?

11:07AM   10                   PROSPECTIVE JUROR NO. 5:  Correct.  Yes.

11                   THE COURT:  And do you spend more of your time

12   working as an aircraft mechanic, as a facility manager?

13                   PROSPECTIVE JUROR NO. 5:  I do basically half and

14   half.

11:07AM   15                   THE COURT:  All right.  In the course of these

16   two businesses that you have worked for, have you become

17   familiar with any particular waste disposal practices at these

18   companies?

19                   PROSPECTIVE JUROR NO. 5:  Nope.

11:07AM   20                   THE COURT:  And have you ever been involved in

21   that end of the business, dealing with waste disposal?

22                   PROSPECTIVE JUROR NO. 5:  Just whatever waste we

23   got to dump out of the aircraft.

24                   THE COURT:  All right.  And there's a particular

11:07AM   25   practice and procedure for doing that?

```
 1                    PROSPECTIVE JUROR NO. 5:  Yes.

 2                    THE COURT:  So you are actually involved in

 3       whatever the refuse or whatever it is that needs to be disposed

 4       of --

 5                    PROSPECTIVE JUROR NO. 5:  Correct.

 6                    THE COURT:  -- you are actually involved in that?

 7                    PROSPECTIVE JUROR NO. 5:  Yes.

 8                    THE COURT:  And just tell me a little bit about

 9       what you do in that regard.

10                    PROSPECTIVE JUROR NO. 5:  Basically we just drain

11       it out.  We have a special tank where it goes into it, and then

12       we just dump it back in the sewer line and down it goes.

13                    THE COURT:  In the sewer line?

14                    PROSPECTIVE JUROR NO. 5:  Yes.

15                    THE COURT:  Have you ever had -- or the company,

16       as far as you know, any interactions with regulators with

17       respect to the waste disposal practice?

18                    PROSPECTIVE JUROR NO. 5:  Not that I know of, no.

19                    THE COURT:  And you understand what I mean by --

20                    PROSPECTIVE JUROR NO. 5:  Yes.

21                    THE COURT:  -- "regulators"?

22                    Okay.  And you yourself have not had any dealings

23       with regulators?

24                    PROSPECTIVE JUROR NO. 5:  No.

25                    THE COURT:  Any changes that you would make to
```

11:07AM (line 5)
11:08AM (line 10)
11:08AM (line 15)
11:08AM (line 20)
11:08AM (line 25)

1    your --

2              PROSPECTIVE JUROR NO. 5:  Nope.

3              THE COURT:  Is there anything about your

4    background or experience that you think would make it difficult

11:08AM  5    for you to decide this case only on the facts and the law

6    presented here?

7              PROSPECTIVE JUROR NO. 5:  No.

8              THE COURT:  So you think you can be fair and

9    impartial as I have defined it?

11:08AM  10             PROSPECTIVE JUROR NO. 5:  Correct.

11             THE COURT:  Thank you, No. 5.

12             Let's have No. 6, please.

13             PROSPECTIVE JUROR NO. 6:  If you don't mind, I'm

14   going to keep my mask on.

11:08AM  15             THE COURT:  I don't mind, if you don't mind.

16   What I would ask you to do, though, is, first of all, make sure

17   that you are speaking into the mic.  And can I just have you --

18   just for one second so at least the lawyers can actually see

19   you.  Would you mind doing that for me?

11:09AM  20             PROSPECTIVE JUROR NO. 6:  Okay.

21             THE COURT:  Just real quickly.

22             PROSPECTIVE JUROR NO. 6:  Sure.

23             THE COURT:  Perfect.  Now you can put it back on.

24   I want to make sure you're feeling comfortable.  And step up to

11:09AM  25   the microphone.

```
 1                 PROSPECTIVE JUROR NO. 6:  All right.

 2                 THE COURT:  And so you are a real estate

 3      appraiser?

 4                 PROSPECTIVE JUROR NO. 6:  Yes.  I work for the

 5      Los Angeles County Assessor's Office.

 6                 THE COURT:  The Los Angeles County Assessor's

 7      Office?

 8                 PROSPECTIVE JUROR NO. 6:  Right.

 9                 THE COURT:  And how long have you worked for

10      them?

11                 PROSPECTIVE JUROR NO. 6:  33 years.

12                 THE COURT:  Doing the same type of work?

13                 PROSPECTIVE JUROR NO. 6:  Uh, no.  When you work

14      for the Los Angeles County Assessor, we do a lot of different

15      kinds of properties.  I have also spent the last six years in

16      their training division.  Essentially, I've been a real estate

17      appraiser my whole life.

18                 THE COURT:  So do you do appraisals at least in

19      part for purposes of assessment?

20                 PROSPECTIVE JUROR NO. 6:  Oh, yeah.  It's all

21      assessment.

22                 THE COURT:  All right.  That was my next

23      question.  So all of the appraisal work that you're doing for

24      the county is specifically for the purpose of assessment,

25      reassessment, et cetera.
```

1 PROSPECTIVE JUROR NO. 6:  Correct.  Except for

2 the six years when I was in the training division.

3 THE COURT:  And what was different then?

4 PROSPECTIVE JUROR NO. 6:  Well, I'm training new

11:10AM 5 employees how to be appraisers.

6 THE COURT:  I see.

7 And with regard to the work that you do, do you

8 have any dealings at all with -- I assume not -- with waste

9 disposal and the like?

11:10AM 10 PROSPECTIVE JUROR NO. 6:  Well, no, not really.

11 What I can tell you is that oftentimes we do have to appraise

12 properties that were contaminated by -- in soil contamination.

13 I'm aware of such things.  I never personally was involved in a

14 complete appraisal of a property that had soil contamination.

11:11AM 15 THE COURT:  And am I making the right connection,

16 that if there is soil contamination associated with the

17 property, the owner might say, look, the value of this property

18 is diminished as a result and so we want a reappraisal or

19 something along those lines?

11:11AM 20 PROSPECTIVE JUROR NO. 6:  That is exactly right.

21 THE COURT:  All right.  And you yourself, though,

22 have never gone out to a home or a facility to see the extent

23 to which the contamination might decrease the value of the

24 property?

11:11AM 25 PROSPECTIVE JUROR NO. 6:  No.

| | | |
|---|---|---|
| | 1 | THE COURT:  You have not? |
| | 2 | PROSPECTIVE JUROR NO. 6:  Not. |
| | 3 | THE COURT:  Okay.  Have you ever done appraisals |
| | 4 | in the Santa Clarita Valley? |
| 11:11AM | 5 | PROSPECTIVE JUROR NO. 6:  No. |
| | 6 | THE COURT:  And your spouse is a recruiter? |
| | 7 | PROSPECTIVE JUROR NO. 6:  Right.  For the |
| | 8 | Wells Fargo Bank. |
| | 9 | THE COURT:  And what type of recruiting? |
| 11:11AM | 10 | PROSPECTIVE JUROR NO. 6:  She recruits tellers. |
| | 11 | THE COURT:  I see. |
| | 12 | And has your wife done that type of work |
| | 13 | throughout her professional career? |
| | 14 | PROSPECTIVE JUROR NO. 6:  Yes. |
| 11:12AM | 15 | THE COURT:  And your children are students and |
| | 16 | not of working age? |
| | 17 | PROSPECTIVE JUROR NO. 6:  Well, yes, they are of |
| | 18 | working age. |
| | 19 | THE COURT:  So that's a stupid question. |
| 11:12AM | 20 | PROSPECTIVE JUROR NO. 6:  No.  It wasn't stupid. |
| | 21 | THE COURT:  Well, it certainly -- it certainly |
| | 22 | had an assumption attached to it. |
| | 23 | PROSPECTIVE JUROR NO. 6:  Yeah.  They are |
| | 24 | college -- my oldest is working on trying to get a graduate -- |
| 11:12AM | 25 | a doctorate, and my youngest -- well, he's still working on |

1    trying to get his bachelor's.

2              THE COURT:  And what type of doctorate is --

3              PROSPECTIVE JUROR NO. 6:  Well, it's kind of hard

4    to explain because I'm not fully understanding it myself.  But

11:12AM    5    it's actually -- his two backgrounds is history and medicine.

6    And so basically what he's doing -- what he's trying to do is,

7    you know, history of medicine, so to speak.

8              THE COURT:  I understand.

9              And the one that's pursuing a bachelor's degree,

11:13AM   10    what is that child -- not sure yet?

11              PROSPECTIVE JUROR NO. 6:  Not sure yet.  Yeah,

12    exactly.

13              THE COURT:  Fair enough.

14              Your two criminal cases, you served as a

11:13AM   15    deliberating juror in both of those cases?

16              PROSPECTIVE JUROR NO. 6:  I was on the jury, yes.

17              THE COURT:  Deliberating?

18              PROSPECTIVE JUROR NO. 6:  Yes.

19              THE COURT:  I'm trying to distinguish alternates

11:13AM   20    versus --

21              PROSPECTIVE JUROR NO. 6:  Right.  Right.

22              THE COURT:  You were not an alternate?

23              PROSPECTIVE JUROR NO. 6:  I was not an alternate.

24              THE COURT:  You heard the Court go through the

11:13AM   25    distinctions between criminal and civil, especially with the

burden of proof.

PROSPECTIVE JUROR NO. 6:  Yes.

THE COURT:  Is that going to present a problem for you if you were selected in this case?

PROSPECTIVE JUROR NO. 6:  No.

THE COURT:  Now, I do see that you lived in an area where there was a landfill and you were concerned about the contaminated groundwater.  Maybe you can tell me a little bit more about your concerns.

PROSPECTIVE JUROR NO. 6:  Well, I've lived in West Covina -- the West Covina area for a good 25, 30 years.  I have always known about the dump that's located there in West Covina.

But it wasn't until I was a little older that there was a lot of -- there was a -- the landfill was in the news a lot for possible -- well, they had taken on very dangerous chemicals that they were keeping there at the property and in the landfill.  So there was a lot of concern.

And it's been a long time now, so I'm beginning to forget all the facts.  But, you know, the -- I always was concerned about contamination into the ground -- into the groundwater.  The house that I bought in West Covina, we had a grapefruit tree.  And I never trusted the grapefruits.

THE COURT:  I see.

And when did you last live in West Covina?

1            PROSPECTIVE JUROR NO. 6:  We moved out in 2006.

2            THE COURT:  And besides not using or having the

3    grapefruits on the grapefruit tree, did you take any other

4    action in your sort of day-to-day living as a result of --

11:15AM  5            PROSPECTIVE JUROR NO. 6:  No.  Not really, no.

6            THE COURT:  How about water?  Did you drink tap

7    water?

8            PROSPECTIVE JUROR NO. 6:  Well, a little bit.

9    Mostly we -- it was bottled water.

11:15AM  10           THE COURT:  All right.  And in this case, you

11   heard basically what the parties' positions are.  And if you

12   were selected in this case, you'd have to decide, as I have

13   been saying repeatedly, based upon the facts and the evidence

14   in this case.

11:15AM  15           PROSPECTIVE JUROR NO. 6:  Right.

16           THE COURT:  Could you do that?

17           PROSPECTIVE JUROR NO. 6:  Yes, of course.

18           THE COURT:  Is there any concern that you would

19   have, sir, about -- given your concern, that you're going to

11:16AM  20   let that influence your decision in this case?

21           PROSPECTIVE JUROR NO. 6:  Well, you know, there's

22   a saying that we fear that which we do not understand.  So the

23   whole point of this court is to explain, and then you listen to

24   what everybody is explaining.  And now you fear less or you

11:16AM  25   understand more.

1          THE COURT:  And so I'm interpreting that --

2   again, this would be an example where if I'm putting words in

3   your mouth that don't belong there, you let me know.

4          PROSPECTIVE JUROR NO. 6:  Sure will.

11:16AM   5          THE COURT:  What I hear you to be saying is that,

6   you know, you don't know the facts of this case.

7          PROSPECTIVE JUROR NO. 6:  Right.

8          THE COURT:  So you don't come into this case with

9   a pre-judging mentality --

11:16AM   10          PROSPECTIVE JUROR NO. 6:  Right.

11          THE COURT:  -- but, rather, will wait to see the

12   facts, and then you will decide the case on the facts.

13          PROSPECTIVE JUROR NO. 6:  Correct.

14          THE COURT:  Is that a fair interpretation?

11:16AM   15          PROSPECTIVE JUROR NO. 6:  Yes, it is.

16          THE COURT:  You're capable and will put to the

17   side the concern that you had in West Covina, knowing that it

18   has no relevance to this case?  Can you do that?

19          PROSPECTIVE JUROR NO. 6:  Yes, I can.

11:17AM   20          THE COURT:  Any changes that you would make to

21   the questionnaire responses, sir?

22          PROSPECTIVE JUROR NO. 6:  The only change I would

23   like is that my kids have jobs, sure.

24          THE COURT:  All right.  There's only so much I

11:17AM   25   can do.

1          Have a seat, please.

2          PROSPECTIVE JUROR NO. 6:  Thank you.

3          THE COURT:  No. 7.

4          PROSPECTIVE JUROR NO. 7:  Good morning.

11:17AM   5          THE COURT:  Good morning, sir.

6          And so tell me what you do as a tutor.

7          PROSPECTIVE JUROR NO. 7:  Basically, I'm hired by

8   a company and then the company sends me students.  Some are

9   college students, high school students.  I pretty much teach

11:17AM   10  calculus, physics, computer science.

11          THE COURT:  Calculus, physics, and computer

12  science?

13          PROSPECTIVE JUROR NO. 7:  Yes.

14          THE COURT:  And tell me -- and if you wouldn't

11:17AM   15  mind just moving a little bit up to the microphone.  Maybe what

16  we can do is actually --

17          Victor, can I have you just move that a little

18  closer, please.  All right.  That's fine.  Thank you.

19          So tell me, what is your background that enables

11:17AM   20  you to tutor these incredible subjects?

21          PROSPECTIVE JUROR NO. 7:  I was a math Olympian.

22  I went to UCLA.  I'm about to finish my degree in applied

23  mathematics.

24          THE COURT:  Applied mathematics?

11:18AM   25          PROSPECTIVE JUROR NO. 7:  Yes.

1      THE COURT:  What do you hope to do with applied

2    mathematics?

3      PROSPECTIVE JUROR NO. 7:  Become a teacher.

4      THE COURT:  So you enjoy the tutoring?

11:18AM    5      PROSPECTIVE JUROR NO. 7:  Exactly.

6      THE COURT:  You are fully proficient in all of

7    these subject matters you have identified?

8      PROSPECTIVE JUROR NO. 7:  Yes.  Exactly.

9      THE COURT:  If you were involved in this case,

11:18AM    10   you have heard as a juror -- as I mentioned, you will have some

11   knowledge where things might come to you more readily, given

12   your background, which is perfectly fine.  But do you also

13   understand the distinction of being an expert and being a

14   juror?

11:18AM    15     PROSPECTIVE JUROR NO. 7:  Exactly, yeah.

16     THE COURT:  You do understand the difference?

17     PROSPECTIVE JUROR NO. 7:  Yes.

18     THE COURT:  Do you have any concerns about your

19   ability to sort of respect the -- that line?  I'm not asking

11:18AM    20   you to say that you won't contribute in the deliberation

21   process.  And I realize that the line sometimes may not be

22   always perfectly clear.  But it's important, ultimately, that

23   this case get decided on the facts presented.

24     So when you hear experts, you will have to listen

11:19AM    25   to them and decide what makes sense to you, using your common

|  |  |
|---|---|
| 1 | sense and your knowledge.  But ultimately, you have to decide |
| 2 | the case based upon the facts presented here. |
| 3 | Is that something you can do? |
| 4 | PROSPECTIVE JUROR NO. 7:  Yes. |
| 5 | THE COURT:  Is that a "yes"? |
| 6 | PROSPECTIVE JUROR NO. 7:  Yes.  Yes.  Yes. |
| 7 | THE COURT:  All right.  Have you had any |
| 8 | background and training in groundwater, any of the issues that |
| 9 | you can think about that might arise from a case of this type? |
| 10 | Do you have any particular special training? |
| 11 | PROSPECTIVE JUROR NO. 7:  Nope. |
| 12 | THE COURT:  And you say that -- is it your spouse |
| 13 | or your partner who is an -- |
| 14 | PROSPECTIVE JUROR NO. 7:  Spouse. |
| 15 | THE COURT:  And what does your spouse do as an |
| 16 | assistant manager? |
| 17 | PROSPECTIVE JUROR NO. 7:  She helps the manager. |
| 18 | That's pretty much it. |
| 19 | THE COURT:  All right.  Well, that much I |
| 20 | think -- I probably could have discerned. |
| 21 | What type of managerial work? |
| 22 | PROSPECTIVE JUROR NO. 7:  It's in the clothing |
| 23 | industry.  So I really don't know what she does. |
| 24 | THE COURT:  That's okay. |
| 25 | What type of industry? |

11:19AM (line 5)
11:19AM (line 10)
11:19AM (line 15)
11:19AM (line 20)
11:20AM (line 25)

1          PROSPECTIVE JUROR NO. 7:  Clothing.

2          THE COURT:  Clothing industry.  All right.

3          And how long has she worked as an assistant

4     manager?

11:20AM   5          PROSPECTIVE JUROR NO. 7:  Probably for, like,

6     12 years.

7          THE COURT:  All right.  And your children, are

8     they -- do they -- have they ever worked?

9          PROSPECTIVE JUROR NO. 7:  No.  No.

11:20AM   10          THE COURT:  They're young students?

11          PROSPECTIVE JUROR NO. 7:  Yeah.

12          THE COURT:  How old is your son and daughter?

13          PROSPECTIVE JUROR NO. 7:  6 and 8.

14          THE COURT:  Very young.  Okay.

11:20AM   15          And you do have concerns about plastic in the

16     water.  Tell me a little bit about that.

17          PROSPECTIVE JUROR NO. 7:  Examples right there.

18     Like most water is bottled.  I mean, there's, like, tears in

19     plastic, fall into the water.  Billions of -- there are

11:20AM   20     billions of, you know, plastic bottles in the ocean.  I mean,

21     it's very concerning.

22          THE COURT:  So let me make sure that I have

23     broken that down because I heard two things.

24          PROSPECTIVE JUROR NO. 7:  Exactly.

11:21AM   25          THE COURT:  One concern is actually ingesting or

1   drinking water out of a bottle that is plastic.  And if the

2   plastic somehow manages to get into or some of its chemicals

3   get into that water, you are ingesting those chemicals when you

4   are drinking the water.  That's one concern you have.

11:21AM   5           PROSPECTIVE JUROR NO. 7:  (Inaudible.)

6           THE COURT:  Do you drink bottled water?

7           PROSPECTIVE JUROR NO. 7:  Sometimes, but I try to

8   avoid it.

9           THE COURT:  How about your spouse, your wife and

11:21AM   10  your children?

11          PROSPECTIVE JUROR NO. 7:  Try to avoid bottled

12  water.

13          THE COURT:  Do you generally drink tap water?

14          PROSPECTIVE JUROR NO. 7:  No.  We filter it.

11:21AM   15          THE COURT:  Filter it.

16          PROSPECTIVE JUROR NO. 7:  Yes.

17          THE COURT:  And the second, I think, concern you

18  identified is sort of the physical problem with plastic, which

19  I think most people are aware of, and where it ends up.  And

11:21AM   20  that is a separate concern that you have.

21          PROSPECTIVE JUROR NO. 7:  Exactly.

22          THE COURT:  Other than that, are there any

23  concerns that you have with respect to drinking water?

24          PROSPECTIVE JUROR NO. 7:  No.

11:22AM   25          THE COURT:  And is that concern something that

|      |    |                                                                              |
|------|----|------------------------------------------------------------------------------|
|      |  1 | you think will matter in connection with your ability to serve               |
|      |  2 | as a fair and impartial juror in this case?                                   |
|      |  3 | PROSPECTIVE JUROR NO. 7:  No.                                                 |
|      |  4 | THE COURT:  So it's just simply a personal                                   |
| 11:22AM | 5 | concern that you have -- I don't mean to diminish it -- but not            |
|      |  6 | something that you feel strongly about that it's going to                     |
|      |  7 | affect your ability to listen to the evidence and decide this                 |
|      |  8 | case.  Am I correct?                                                          |
|      |  9 | PROSPECTIVE JUROR NO. 7:  Yes.                                                |
| 11:22AM | 10 | THE COURT:  All right.  Any changes you would                             |
|      | 11 | make to your response?                                                        |
|      | 12 | PROSPECTIVE JUROR NO. 7:  No.                                                 |
|      | 13 | THE COURT:  Thank you so much.  Kindly take a                                 |
|      | 14 | seat.                                                                         |
| 11:22AM | 15 | And let's have No. 8, please.  Yes, if you would                          |
|      | 16 | please take to the mic over there.  Thank you so much.                        |
|      | 17 | PROSPECTIVE JUROR NO. 8:  Morning.                                            |
|      | 18 | THE COURT:  Good morning, sir.                                                |
|      | 19 | And you are a CPA?                                                            |
| 11:22AM | 20 | PROSPECTIVE JUROR NO. 8:  That is correct.                                |
|      | 21 | THE COURT:  And do you work for an accounting                                 |
|      | 22 | firm?                                                                         |
|      | 23 | PROSPECTIVE JUROR NO. 8:  Yes.  Public accounting                             |
|      | 24 | firm in West L.A.                                                             |
| 11:22AM | 25 | THE COURT:  How large of a public accounting                              |

1    firm?

2              PROSPECTIVE JUROR NO. 8:  We're growing pretty

3    fast.  Probably we're up to 600 professionals.

4              THE COURT:  And do you do auditing work?  What

11:23AM  5    type of work do you do?

6              PROSPECTIVE JUROR NO. 8:  Tax.

7              THE COURT:  So you focus on the tax work for the

8    clients of the company for which you work?

9              PROSPECTIVE JUROR NO. 8:  Correct.

11:23AM  10             THE COURT:  Do you do any type of tax work for

11   any environmental companies?

12             PROSPECTIVE JUROR NO. 8:  Not that I recall, no.

13             THE COURT:  How about public agencies?  They

14   don't turn to you, or do they?

11:23AM  15             PROSPECTIVE JUROR NO. 8:  No.  I don't think we

16   have any of those.

17             THE COURT:  All right.  And how long have you

18   worked for this company in West Los Angeles?

19             PROSPECTIVE JUROR NO. 8:  Since graduating, so

11:23AM  20   about two years now.

21             THE COURT:  And prior to that, had you done any

22   other type of work?

23             PROSPECTIVE JUROR NO. 8:  Yeah.  So I actually

24   wanted to add something.  I can't believe I forgot this.

11:23AM  25             My very first job, I was an intern for a

1    nonprofit that advocated Bottle Bills, so increased recycling

2    in the United States.

3              THE COURT:  All right.  So the focus of this

4    nonprofit was on, you said, bottling?

11:24AM  5    PROSPECTIVE JUROR NO. 8:  Yeah.  So Bottle Bills,

6    like when you could return bottles for a nickel or a dime.

7              THE COURT:  All right.  And the organization was

8    promoting that for purposes of incentivizing people to return

9    their bottles and the like for an environmental purpose.

11:24AM  10    PROSPECTIVE JUROR NO. 8:  Yep.  That is correct,

11    yeah, for recycling.

12              THE COURT:  Got it.

13              And how long did you say you served as an intern?

14              PROSPECTIVE JUROR NO. 8:  I was part-time, about

11:24AM  15    two-and-a-half years.

16              THE COURT:  And what did you do as an intern for

17    them?

18              PROSPECTIVE JUROR NO. 8:  Pretty, you know, first

19    time -- first-time job duties.  A lot of administrative work,

11:24AM  20    filing, proofreading reports, being a proctor for webinars,

21    pretty simple stuff.

22              THE COURT:  It appears to me that that is an

23    interest that you have had for quite a while, and I see that

24    you have participated in various cleanups for beach

11:25AM  25    beautification and done other type of volunteer work, as I

1      understand it, for environmental improvement.  Is that right?

2                     PROSPECTIVE JUROR NO. 8:  Yeah.  Correct.

3                     THE COURT:  And what sort of has triggered that

4      interest?  Is there any particular trigger, reason you have

11:25AM    5      that particular interest?

6                     PROSPECTIVE JUROR NO. 8:  I have always -- you

7      know, I grew up loving the outdoors.  So kind of just grew out

8      of, you know, making an impact for, you know, environmental

9      causes.

11:25AM   10                     THE COURT:  Understood.

11                     And you do have a view that you have expressed

12      about drinking water and standards for drinking water.  And you

13      believe that there is a dichotomy, as I understand it, a

14      difference in certain states and the political proclivities and

11:25AM   15      whether they are more or less protective of water quality?

16                     PROSPECTIVE JUROR NO. 8:  Yeah.  Correct.

17                     THE COURT:  In your view, is California

18      particularly protective?

19                     PROSPECTIVE JUROR NO. 8:  California, yes.  Yeah.

11:26AM   20                     THE COURT:  And there are other states -- and you

21      just worry about them even though you don't live there because

22      you want people to have clean and good drinking water.

23                     PROSPECTIVE JUROR NO. 8:  Correct.

24                     THE COURT:  All right.  Do you have any concerns

11:26AM   25      at all about the standards set in California?

1      PROSPECTIVE JUROR NO. 8:  Nope.

2      THE COURT:  And you understand, as I have been

3 explaining, that -- what your job would be if you were selected

4 as a juror in this case?

11:26AM      5      PROSPECTIVE JUROR NO. 8:  Yes.

6      THE COURT:  Could you do the job?

7      PROSPECTIVE JUROR NO. 8:  Yes.

8      THE COURT:  Is there a concern that anyone should

9 have that, even though you're telling us that you can do it

11:26AM    10 that given that you have concerns about the environment, that

11 you're going to necessarily lean in one direction or another?

12      PROSPECTIVE JUROR NO. 8:  No.  I don't think I

13 would -- it would impact my ability.

14      THE COURT:  All right.  And so you heard the

11:26AM    15 prospective juror -- I think it was No. 6 -- who mentioned,

16 look, I'm not going to prejudge something.  I may have some

17 experiences and the like, but I understand the key part of

18 being a fair and impartial juror is that I need to know what

19 the facts and the law are before I can make a decision, just

11:27AM    20 like you'd want a judge before the judge makes the decision to

21 be informed and not prejudge something.

22      Do you believe that you're in a position to do

23 the same thing and serve as a juror, not prejudging this case?

24      PROSPECTIVE JUROR NO. 8:  I can.

11:27AM    25      THE COURT:  You can do so?

1          PROSPECTIVE JUROR NO. 8:  Uh-huh.

2          THE COURT:  And you're -- is it your spouse who

3   is a Ph.D. student?

4          PROSPECTIVE JUROR NO. 8:  My partner.

11:27AM  5          THE COURT:  Your partner.

6          What is your partner seeking to do?  I see that

7   it's -- your partner is looking to get a Ph.D. in immunology.

8   Towards what end?

9          PROSPECTIVE JUROR NO. 8:  Immunology.  So she

11:27AM  10  studies kind of cellular responses to the flu.

11         THE COURT:  All right.  And so the specific focus

12  is on the flu?

13         PROSPECTIVE JUROR NO. 8:  Yes.

14         THE COURT:  Not on COVID?

11:27AM  15         PROSPECTIVE JUROR NO. 8:  Nope.

16         THE COURT:  All right.  And I also see that you

17  served on a criminal case.  About how long ago?

18         PROSPECTIVE JUROR NO. 8:  Four years ago.

19         THE COURT:  And this was in state court?

11:28AM  20         PROSPECTIVE JUROR NO. 8:  This was superior court

21  in San Diego County.

22         THE COURT:  Were you an alternate or deliberating

23  juror?

24         PROSPECTIVE JUROR NO. 8:  I was deliberating.

11:28AM  25         THE COURT:  And the jury was not able to reach a

```
 1   unanimous verdict in that case?

 2              PROSPECTIVE JUROR NO. 8:  Correct.

 3              THE COURT:  And so there was a deadlock and

 4   mistrial declared at the end of it.

 5              PROSPECTIVE JUROR NO. 8:  Yep.

 6              THE COURT:  Did you think the process worked

 7   properly in that case?

 8              PROSPECTIVE JUROR NO. 8:  Yeah.  Yeah.

 9              THE COURT:  Do you have any concerns about the

10   process, the integrity of the process that you participated in?

11              PROSPECTIVE JUROR NO. 8:  Nope.

12              THE COURT:  So this was just a case where

13   everyone was committed to performing their job, they were

14   committed to trying to fairly understand the facts but people

15   had a different view of it, everyone was committed to applying

16   the law, not just disregarding it, but they did their job.  But

17   reasonably, after deliberating, they were not able to come

18   together unanimously as required in a criminal case.

19              PROSPECTIVE JUROR NO. 8:  Yep.  That is correct.

20              THE COURT:  All right.  And if you could serve in

21   this case, would you have any difficulty distinguishing between

22   the criminal rules and the civil rules, do you think?

23              PROSPECTIVE JUROR NO. 8:  Nope.

24              THE COURT:  I thank you so much, sir.  Take a

25   seat.
```

11:28AM (line 5)
11:28AM (line 10)
11:28AM (line 15)
11:29AM (line 20)
11:29AM (line 25)

|  | 1 | PROSPECTIVE JUROR NO. 8:  Thank you. |
|---|---|---|

```
              1          PROSPECTIVE JUROR NO. 8:  Thank you.

              2          THE COURT:  Let's have No. 9 come on up.

              3          Good morning, Prospective Juror No. 9.

              4          PROSPECTIVE JUROR NO. 9:  Good morning.

11:29AM       5          THE COURT:  And so you are a digital experience

              6   specialist.  I'm going to need a little help on what that

              7   means.

              8          PROSPECTIVE JUROR NO. 9:  So I work for an

              9   organic mattress company, and I basically work through the

11:29AM      10   website to communicate with guests, via also Zoom.  I do Zoom

             11   virtual experiences as well.  So I mainly keep an eye out on

             12   the chat and e-mail queues.  And then I also occasionally work

             13   in our retail center.

             14          THE COURT:  All right.  And how long have you

11:29AM      15   done this type of work?

             16          PROSPECTIVE JUROR NO. 9:  It's been about four

             17   months.

             18          THE COURT:  And prior to that, what type of work

             19   did you do?

11:29AM      20          PROSPECTIVE JUROR NO. 9:  Prior to that, I worked

             21   as a special education instructor.  I was, like, an assistant

             22   for a special education teacher, mainly in the RSP vector or

             23   sector.

             24          THE COURT:  And how long did you do that type of

11:30AM      25   work?
```

1              PROSPECTIVE JUROR NO. 9:  I did it for about two

2     years.

3              THE COURT:  And before that, were you in school

4     or --

11:30AM   5              PROSPECTIVE JUROR NO. 9:  Before that, I was

6     actually working at a shelter for pregnant parenting teens in

7     Santa Ana.

8              THE COURT:  And what were you doing for that?

9              PROSPECTIVE JUROR NO. 9:  I was working as an

11:30AM   10    overnight youth coach is what they called it.  But really, it

11    was mainly to be the extra hands for the new teen moms.  And if

12    they needed help with their babies, that's what we were kind of

13    there for.  Also, to pick them up if they decided to run away

14    in the middle of the night.

11:30AM   15             THE COURT:  All right.  All right.  How about

16    prior to that?  Were you working as well?

17             PROSPECTIVE JUROR NO. 9:  Prior to that, I was

18    actually in college.

19             THE COURT:  With regard to the current work that

11:30AM   20    you do, I see that there are environmental issues that arise

21    from time to time and you have some involvement in that.  Could

22    you just spell that out a little bit for us, please?

23             PROSPECTIVE JUROR NO. 9:  Yes.  So basically for

24    this brand that I work for, it's called Avocado Green Brands.

11:31AM   25    We aim to provide organic mattresses so that there are zero

1    VOCs in the indoor air quality and it improves the indoor air

2    quality.  We use natural latex, so we don't use memory foam

3    which tends to pollute everybody's indoor air and not a lot of

4    people know that.  So that is mainly what we do.

11:31AM    5            We also provide furniture as well.  We sell

6    furniture that is zero VOC as well.  So when I saw VOC, I was,

7    like, I know what that is.

8            THE COURT:  What kind of VOCs are of concern in

9    the business that you work?

11:31AM    10            PROSPECTIVE JUROR NO. 9:  So we mainly just think

11    about what we are putting into the material.  So we don't treat

12    it with any synthetics or any unnatural compounds.  So we

13    mainly just -- when we make our latex, we mix it with salt and

14    zinc and then we steam bake it.  And then when we get our wool,

11:32AM    15    we strip it of the lanolin and we water steam treat it.

16            THE COURT:  During the course of the work that

17    you do, do you have any need to know what the specific VOCs

18    are, what particular chemicals or do you just generally know

19    about VOCs?

11:32AM    20            PROSPECTIVE JUROR NO. 9:  We generally know about

21    them.  We have a lot of information at our disposal.  So if we

22    do get one of those tricky guests that knows every single thing

23    under the sun, we're able to kind of provide a little bit more

24    information.  But we just know it in a general sense.

11:32AM    25            THE COURT:  Do you have any particular training

1    or experience with regard to the VOC issues that arise or any

2    other environmental issues that arise at your company?

3                    PROSPECTIVE JUROR NO. 9:  No.  Not really.

4                    THE COURT:  How large is the company you work

5    for?

6                    PROSPECTIVE JUROR NO. 9:  It has about anywhere

7    from 500 to 1,000 employees, I believe.

8                    THE COURT:  And are there people within the

9    company who do have specialized knowledge about these

10   environmental issues?

11                   PROSPECTIVE JUROR NO. 9:  I believe that our

12   marketing people tend to have a little bit more knowledge as

13   far as these issues.

14                   THE COURT:  And so when questions arise that are

15   presented to you, do you tend to refer or do you answer them or

16   a little bit of both?

17                   PROSPECTIVE JUROR NO. 9:  Sometimes I refer to

18   the marketing team, but we also have somebody who is our

19   product specialist.  So sometimes I also refer to her as well

20   because she does have a little bit more information and she's

21   also a little bit faster to get a response from.

22                   THE COURT:  And maybe you could just -- I think

23   you've touched upon this but just so that I have a full

24   picture.  So tell me just a little bit more about what you

25   specifically do where you yourself deal with environmental

|       |     |                                                          |
|-------|-----|----------------------------------------------------------|
|       | 1   | issues at this company.                                  |
|       | 2   | PROSPECTIVE JUROR NO. 9:  So specifically what we        |
|       | 3   | do is --                                                 |
|       | 4   | THE COURT:  Not -- forgive the --                        |
| 11:33AM | 5 | PROSPECTIVE JUROR NO. 9:  What I do --                    |
|       | 6   | THE COURT:  Yes.                                         |
|       | 7   | PROSPECTIVE JUROR NO. 9:  What I do specifically         |
|       | 8   | is I meet with guests.  I talk about our mattresses or our |
|       | 9   | furniture, whichever they are interested in.  I go over all of |
| 11:34AM | 10 | the certifications that entail -- or that come with our |
|       | 11  | furniture, mattresses, or any of our other products.  And then |
|       | 12  | what I do is that I always reassure them.                |
|       | 13  | When they do decide they don't like the mattress        |
|       | 14  | for whatever reason, we also tie that into the fact that we |
| 11:34AM | 15 | donate their mattress instead of having them return it to us so |
|       | 16  | that we know it's going to a nonprofit in their area and that |
|       | 17  | it's not going to the planet's landfills.                |
|       | 18  | THE COURT:  Does the company, to your knowledge,         |
|       | 19  | have any type of environmental compliance unit?          |
| 11:34AM | 20 | PROSPECTIVE JUROR NO. 9:  Not to my knowledge.           |
|       | 21  | THE COURT:  Are you aware of any environmental           |
|       | 22  | violations or things of that sort that have occurred at this |
|       | 23  | company?                                                 |
|       | 24  | PROSPECTIVE JUROR NO. 9:  Not to my knowledge.           |
| 11:34AM | 25 | THE COURT:  And so you have heard me say many            |

1    times that it's great to have these experiences but ultimately

2    as a juror you have a particular job.  Could you do this

3    particular job?

4                    PROSPECTIVE JUROR NO. 9:  Yes.

11:35AM  5              THE COURT:  Is there any concern about your

6    ability to do the job in light of the work that you have done,

7    hearing about VOCs and the like?  And what I mean by that is

8    any concern that, given your experiences, that you really can't

9    decide this case on the facts and the law presented?

11:35AM  10              PROSPECTIVE JUROR NO. 9:  I believe I can be

11   neutral and unbiased.

12                  THE COURT:  All right.  And you did serve on a

13   criminal case?

14                  PROSPECTIVE JUROR NO. 9:  I believe it was

11:35AM  15   criminal.  It was kind of hard to tell based upon what was on

16   the screen.  If you want, I can tell you and maybe you can tell

17   me if it was civil or criminal.

18                  THE COURT:  Sure.

19                  PROSPECTIVE JUROR NO. 9:  It was a hit-and-run

11:35AM  20   driver by CalTrans -- or hit-and-run death of a CalTrans

21   worker.

22                  THE COURT:  Unfortunately, I really can't tell

23   you for sure because it could have been a criminal case if the

24   person was being tried for hit-and-run, but it also could have

11:35AM  25   been a civil case arising out of the hit-and-run.

1           PROSPECTIVE JUROR NO. 9:  Yes.  It was at

2    Stanley Mosk.

3           THE COURT:  It was a civil case.

4           PROSPECTIVE JUROR NO. 9:  Yeah.  Perfect.  It was

11:36AM  5    a civil case.  So let's just change that.

6           THE COURT:  It was a civil case.

7           And you did deliberate, and there was a verdict

8    in the case?

9           PROSPECTIVE JUROR NO. 9:  I was actually an

11:36AM  10   alternate.  So when we returned from Veterans Day, the lawyers

11   had come to an agreement.

12          THE COURT:  I see.

13          So you were not ultimately in a position where

14   you decided liability and damages.

11:36AM  15          PROSPECTIVE JUROR NO. 9:  Exactly.

16          THE COURT:  Got you.

17          Any changes you would make to your questionnaire

18   response?

19          PROSPECTIVE JUROR NO. 9:  No.  Just that one.

11:36AM  20          THE COURT:  Thank you so much.  Please take a

21   seat.

22          Let's have No. 10.

23          PROSPECTIVE JUROR NO. 10:  Good morning.

24          THE COURT:  Good morning.

11:36AM  25          You are a cook?

1        PROSPECTIVE JUROR NO. 10:  Yes, sir.

2        THE COURT:  And how long have you been doing that

3   kind of work?

4        PROSPECTIVE JUROR NO. 10:  Ten years.

11:36AM    5        THE COURT:  Same company or different companies?

6        PROSPECTIVE JUROR NO. 10:  Different companies.

7        THE COURT:  All right.  Just give us a little

8   sense of your work history.

9        PROSPECTIVE JUROR NO. 10:  As far as the

11:36AM   10   companies or --

11        THE COURT:  Yeah.  Just -- for example, just the

12   type of cook that you are, the different types of restaurants,

13   if you worked at restaurants, just to give us a sense.

14        PROSPECTIVE JUROR NO. 10:  I have done fine

11:37AM   15   dining, production, and catering.  And those jobs usually

16   prepping, cooking obviously, and handling chemicals when

17   cleaning and sanitizing.

18        THE COURT:  And with regard to the various jobs

19   that you've worked, it sounds like you generally have not

11:37AM   20   worked, if I'm understanding this correctly, in restaurants.

21   You have worked in catering and those types of jobs, or is it

22   both?

23        PROSPECTIVE JUROR NO. 10:  Fine dining -- few

24   restaurants of fine dining.

11:37AM   25        THE COURT:  All right.  And you say you're

|     |     |
| --- | --- |
| | 1 | involved in the cleanup, of course, of the food. |
| | 2 | PROSPECTIVE JUROR NO. 10:  Yes. |
| | 3 | THE COURT:  And you use whatever products that |
| | 4 | you're provided with, presumably. |
| 11:37AM | 5 | PROSPECTIVE JUROR NO. 10:  Yeah.  And cleaning |
| | 6 | surfaces; i.e., fryers, grills, and flattops. |
| | 7 | THE COURT:  And is there or has there been a |
| | 8 | certain protocol or procedure for how you dispose of whatever |
| | 9 | chemicals that you're using? |
| 11:38AM | 10 | PROSPECTIVE JUROR NO. 10:  Yes, sir. |
| | 11 | THE COURT:  And just give us a sense of the kinds |
| | 12 | of procedures that we're talking about. |
| | 13 | PROSPECTIVE JUROR NO. 10:  So when the -- we |
| | 14 | clean the flattop, we use a degreaser which is a chemical we |
| 11:38AM | 15 | have to wash off.  And then we have to throw away the chemicals |
| | 16 | in a special -- it's an oil -- we separate the oil and the |
| | 17 | chemicals from one another. |
| | 18 | THE COURT:  And is there a procedure that you're |
| | 19 | required to follow in terms of where ultimately the waste |
| 11:38AM | 20 | product is going to go? |
| | 21 | PROSPECTIVE JUROR NO. 10:  Yes, sir. |
| | 22 | THE COURT:  And so just tell me a little bit more |
| | 23 | about that. |
| | 24 | PROSPECTIVE JUROR NO. 10:  Anytime we throw away |
| 11:38AM | 25 | chemicals, there is a -- I guess a certain receptacle -- |

1    receptacle that we throw away the stuff.

2              THE COURT:  All right.  So there's certain

3    receptacles that are specifically designated for specific type

4    of waste.

11:39AM    5              PROSPECTIVE JUROR NO. 10:  Yes, sir.

6              THE COURT:  And you use that.  And do you have

7    any idea what happens to it once you place it in there?

8              PROSPECTIVE JUROR NO. 10:  No, sir.

9              THE COURT:  All right.  And have there ever been

11:39AM   10    any issues with regard to waste disposal practices at any of

11    the places where you worked?

12              PROSPECTIVE JUROR NO. 10:  No, sir.

13              THE COURT:  Any changes that you would make to

14    your questionnaire response?

11:39AM   15              PROSPECTIVE JUROR NO. 10:  No.

16              THE COURT:  If you were selected in this case, as

17    you've heard more times than you perhaps care to, you would

18    have to decide the case on the facts and law presented here.

19    Can you do that?

11:39AM   20              PROSPECTIVE JUROR NO. 10:  Yes, sir.

21              THE COURT:  Thanks a lot.  Take a seat.

22              And let's have No. 11, please.

23              Good morning, sir.

24              PROSPECTIVE JUROR NO. 11:  Good morning.

11:39AM   25              THE COURT:  Tell me what you do in distribution.

1    PROSPECTIVE JUROR NO. 11:  I work with the

2    system.  And whatever the companies order, I send it out to

3    them.

4    THE COURT:  All right.  You said you work in the

11:40AM  5    system?

6    PROSPECTIVE JUROR NO. 11:  I work with the

7    system.  And the system, whatever the companies order, I send

8    it out.

9    THE COURT:  All right.  And what type of

11:40AM  10   systems -- I'm not really following.

11   PROSPECTIVE JUROR NO. 11:  It's like a system I

12   work with.  I don't work for the person.  And whatever the

13   companies order, it's in the system.  And that's how I send out

14   whatever they need.

11:40AM  15   THE COURT:  Okay.  And give me an example of the

16   types of things that you're sending out or distributing.

17   PROSPECTIVE JUROR NO. 11:  Anything -- I work for

18   market headquarters.  And whatever the markets order, that's

19   what I send out.

11:40AM  20   THE COURT:  What type of markets?

21   PROSPECTIVE JUROR NO. 11:  Anything.  It could be

22   from wine, even from meats, any household items, edible,

23   anything like that.

24   THE COURT:  So this is generally within the food

11:40AM  25   market and beverage market business?

1          PROSPECTIVE JUROR NO. 11:  Yes.  Them and also

2     with dairy and meat.

3          THE COURT:  All right.  And do you work for a

4     company that's like an online company that distributes the

11:41AM  5     products?  Or tell me a little bit more.

6          PROSPECTIVE JUROR NO. 11:  No.  It's Gelson's.

7          THE COURT:  Oh, it's Gelson's.

8          PROSPECTIVE JUROR NO. 11:  Yes.

9          THE COURT:  That makes it easier.

11:41AM  10          So when you say you work in the system, are you

11     involved sort of in making sure that the Gelson's Markets have

12     what they need?

13          PROSPECTIVE JUROR NO. 11:  Yes.  Exactly.

14          THE COURT:  So you're not providing or

11:41AM  15     distributing to customers.

16          PROSPECTIVE JUROR NO. 11:  No.

17          THE COURT:  You work within the store itself --

18          PROSPECTIVE JUROR NO. 11:  Yes.

19          THE COURT:  -- and make sure the stores are

11:41AM  20     properly stocked.

21          PROSPECTIVE JUROR NO. 11:  Yes.

22          THE COURT:  All right.  But on the system end,

23     meaning you get computer information from a store, a Gelson's

24     store, downtown Los Angeles, they provide information in the

11:41AM  25     computer system.

1              PROSPECTIVE JUROR NO. 11:  Yes.

2              THE COURT:  And that will, in effect, communicate

3    to you the needs that they have for certain stock and then you

4    are responsible for distributing that to them?

11:41AM   5              PROSPECTIVE JUROR NO. 11:  Yes.

6              THE COURT:  All right.  Have I accurately

7    described what it is you do?

8              PROSPECTIVE JUROR NO. 11:  Distribution?

9              THE COURT:  Yes.

11:41AM   10             PROSPECTIVE JUROR NO. 11:  Yes.

11             THE COURT:  And how long have you worked for

12   Gelson's?

13             PROSPECTIVE JUROR NO. 11:  About eight years.

14             THE COURT:  And before that, what did you do?

11:42AM   15             PROSPECTIVE JUROR NO. 11:  I worked for the

16   military doing the same thing.

17             THE COURT:  All right.  What branch?

18             PROSPECTIVE JUROR NO. 11:  It was just a company.

19   We worked for the military.  We worked for like all the

11:42AM   20   commissaries for all the bases.

21             THE COURT:  And how long did you work?

22             PROSPECTIVE JUROR NO. 11:  I worked there about

23   six years.

24             THE COURT:  And before that, what type of work

11:42AM   25   were you doing?

|   |   |
|---|---|
| 1 | PROSPECTIVE JUROR NO. 11:  I worked for school |
| 2 | districts, sending out the dairy products. |
| 3 | THE COURT:  In the course of your various |
| 4 | employments, have you had any dealings with waste disposal or |
| 11:42AM 5 | the types of issues that I have been asking about? |
| 6 | PROSPECTIVE JUROR NO. 11:  No. |
| 7 | THE COURT:  All right.  And your spouse works |
| 8 | inside the home.  Is she ever -- |
| 9 | PROSPECTIVE JUROR NO. 11:  She's a homemaker. |
| 11:42AM 10 | THE COURT:  Has she ever worked outside the home? |
| 11 | PROSPECTIVE JUROR NO. 11:  No. |
| 12 | THE COURT:  And you have no children; is that |
| 13 | correct? |
| 14 | PROSPECTIVE JUROR NO. 11:  Yes.  I have a |
| 11:42AM 15 | 10-year-old, a 14-year-old, and I have a 23-year-old.  And he |
| 16 | also works, too. |
| 17 | THE COURT:  And what does the 23-year-old do? |
| 18 | PROSPECTIVE JUROR NO. 11:  He works for Costco. |
| 19 | THE COURT:  What type of work? |
| 11:43AM 20 | PROSPECTIVE JUROR NO. 11:  I'm not too sure what |
| 21 | he does in there. |
| 22 | THE COURT:  He works in -- |
| 23 | PROSPECTIVE JUROR NO. 11:  Yeah.  Inside the |
| 24 | store. |
| 11:43AM 25 | THE COURT:  All right.  Just whether it's |

```
 1   stocking or whatever it is, he's involved in working, making

 2   sure that the -- that products are in place, things of that

 3   nature?

 4                 PROSPECTIVE JUROR NO. 11:  Yes.  Yes.

 5                 THE COURT:  All right.

 6                 PROSPECTIVE JUROR NO. 11:  It's something like

 7   that.

 8                 THE COURT:  Not on the administrative side?

 9                 PROSPECTIVE JUROR NO. 11:  No.  No.

10                 THE COURT:  Okay.  And with regard to the

11   experience you had serving as a juror on a criminal case --

12                 PROSPECTIVE JUROR NO. 11:  Yes.

13                 THE COURT:  -- do you remember about how long

14   ago?

15                 PROSPECTIVE JUROR NO. 11:  I remember a little

16   bit about it, but it was about ten years ago at the L.A. court.

17                 THE COURT:  Downtown here?

18                 PROSPECTIVE JUROR NO. 11:  Yeah.  On

19   Temple Street.

20                 THE COURT:  Criminal court building?

21                 PROSPECTIVE JUROR NO. 11:  Yes.

22                 THE COURT:  A verdict was reached in that case?

23                 PROSPECTIVE JUROR NO. 11:  Yes, it was.

24                 THE COURT:  Did you deliberate?

25                 PROSPECTIVE JUROR NO. 11:  Yes.
```

11:43AM   (lines 5, 10, 15, 20, 25)

1          THE COURT:  How did you find that experience?

2          PROSPECTIVE JUROR NO. 11:  Interesting.  Yeah.

3          THE COURT:  Did you feel comfortable in your role

4     as a juror?  And here's what I mean.  For most people,

11:44AM   5     especially if they have not done it before, this is a pretty

6     nerve-racking process.  They haven't done it.  You're being

7     asked to do something significant.  Don't know if you can do

8     it.

9          Some people -- most people, in my experience,

11:44AM   10    when they have that experience, they then become a juror, they

11    settle in, and they tell me after the fact that I was nervous

12    beforehand but I settled in and I felt comfortable doing the

13    job.  That's what I mean here.

14         PROSPECTIVE JUROR NO. 11:  Yes.

11:44AM   15         THE COURT:  Did you feel comfortable doing the

16    job?

17         PROSPECTIVE JUROR NO. 11:  Yes.  I was

18    comfortable.

19         THE COURT:  If you were selected in this case, do

11:44AM   20    you think you could do the job, knowing that it's a civil case,

21    it's different from a criminal case?

22         PROSPECTIVE JUROR NO. 11:  Yes.

23         THE COURT:  And you would decide the case only on

24    the facts and law presented here?

11:44AM   25         PROSPECTIVE JUROR NO. 11:  Yes.

|  | 1 | THE COURT:  I thank you, sir.  Kindly take a |

1          THE COURT:  I thank you, sir.  Kindly take a

2   seat.

3          And let's have No. 12.

4          Good morning.

11:44AM   5          PROSPECTIVE JUROR NO. 12:  Good morning.

6          THE COURT:  If you wouldn't mind.  Thank you so

7   much.

8          Tell me what you do as an office supervisor.

9   Give me a little sense of the business, that type of thing,

11:45AM  10   please.

11          PROSPECTIVE JUROR NO. 12:  Yes.  So I am an

12   office supervisor for a law firm, but my actual company that I

13   work for is like an outsource company.  So we provide the

14   service to the law firm.  Essentially just running the back end

11:45AM  15   of the office and just anything that it entails to, you know,

16   make the office run smoother.

17          THE COURT:  How many people are in the office

18   where you work?

19          PROSPECTIVE JUROR NO. 12:  It's around 100 staff

11:45AM  20   members.  My team and I is four, so four people work under me.

21   And then I report to someone.

22          THE COURT:  There are lawyers who work?

23          PROSPECTIVE JUROR NO. 12:  Yes.

24          THE COURT:  And approximately how many lawyers?

11:45AM  25          PROSPECTIVE JUROR NO. 12:  If I'm not mistaken,

```
  1    it was around 60.  And then the rest is other staff.

  2                THE COURT:  And do these 60 lawyers do business

  3    where clients are coming to the firm or are they essentially

  4    being loaned out to do specific work?

  5                PROSPECTIVE JUROR NO. 12:  Yeah.  So we have

  6    depos, mediations, and all of that happening at our firm.  But

  7    right now, because of COVID, it hasn't been happening.  A lot

  8    of things have been via Zoom.  But they will come into the

  9    office.  But, you know --

 10                THE COURT:  So the law firm where you work is in

 11    the business of providing legal services to clients who hire

 12    the firm and/or their lawyers?

 13                PROSPECTIVE JUROR NO. 12:  Yes.  Uh-huh.

 14                THE COURT:  All right.  And so maybe I

 15    misunderstood.  I thought you suggested that perhaps you loan

 16    out -- that wasn't the word but --

 17                PROSPECTIVE JUROR NO. 12:  No.  Yeah.

 18                THE COURT:  So it's a standard law firm.

 19                PROSPECTIVE JUROR NO. 12:  Uh-huh.

 20                THE COURT:  "Yes"?

 21                PROSPECTIVE JUROR NO. 12:  Yes.

 22                THE COURT:  All right.  And what type of law does

 23    the firm do?

 24                PROSPECTIVE JUROR NO. 12:  It's like, for

 25    example, like, IP and, like, intellectual property, employment,
```

|      |     |                                                                              |
|------|-----|------------------------------------------------------------------------------|
|      | 1   | like big law and all of that stuff.  Yeah.                                    |
|      | 2   | THE COURT:  So, first of all, civil, not                                     |
|      | 3   | criminal?                                                                     |
|      | 4   | PROSPECTIVE JUROR NO. 12:  Yeah.  No civil.  No                               |
| 11:47AM | 5 | criminal.                                                                    |

THE COURT:  So, first of all, civil, not
criminal?

PROSPECTIVE JUROR NO. 12:  Yeah.  No civil.  No
criminal.

THE COURT:  No.  It is civil, not criminal;
right?

PROSPECTIVE JUROR NO. 12:  Yeah.  So no criminal.

THE COURT:  So intellectual property, employment.
Any type of environmental litigation?

PROSPECTIVE JUROR NO. 12:  Not that I'm aware of.

THE COURT:  And your involvement is on the
administrative side.  You're involved in the important business
of keeping the business going from the office administration
side?

PROSPECTIVE JUROR NO. 12:  Yes.  So in a sense,
anything that the secretaries might need, then they will come
to the team and I.  And whether the attorneys might need
anything, then they will come to us, whether that be assembling
documents and all of that sense.  But like always, you know,
attorney/client privilege is the same in that way.  So anything
that gets printed just gets seen through but nothing as in,
like, where I'm actually involved with the case.

THE COURT:  Understood.

And I may have asked you, but I don't remember

1   like big law and all of that stuff.  Yeah.

2   THE COURT:  So, first of all, civil, not

3   criminal?

4   PROSPECTIVE JUROR NO. 12:  Yeah.  No civil.  No

11:47AM   5   criminal.

6   THE COURT:  No.  It is civil, not criminal;

7   right?

8   PROSPECTIVE JUROR NO. 12:  Yeah.  So no criminal.

9   THE COURT:  So intellectual property, employment.

11:47AM   10   Any type of environmental litigation?

11   PROSPECTIVE JUROR NO. 12:  Not that I'm aware of.

12   THE COURT:  And your involvement is on the

13   administrative side.  You're involved in the important business

14   of keeping the business going from the office administration

11:47AM   15   side?

16   PROSPECTIVE JUROR NO. 12:  Yes.  So in a sense,

17   anything that the secretaries might need, then they will come

18   to the team and I.  And whether the attorneys might need

19   anything, then they will come to us, whether that be assembling

11:47AM   20   documents and all of that sense.  But like always, you know,

21   attorney/client privilege is the same in that way.  So anything

22   that gets printed just gets seen through but nothing as in,

23   like, where I'm actually involved with the case.

24   THE COURT:  Understood.

11:47AM   25   And I may have asked you, but I don't remember

1   the answer.  How long have you worked at this place?

2                   PROSPECTIVE JUROR NO. 12:  So I have worked at

3   this -- with my outsource company and at the firm for two years

4   now.

11:48AM   5                   THE COURT:  All right.  And maybe that's where I

6   got confused.  So you work for an outsource company as well as

7   this firm?

8                   PROSPECTIVE JUROR NO. 12:  So the outsource

9   company is like what provides the service to the law firm.  So

11:48AM   10  I'm, like, hired by this company, but I work at the law firm.

11  Does that make sense?

12                   THE COURT:  Tell me what you would do wearing

13  your outsourcing company hat.  So what would you do?  Give me

14  an example.

11:48AM   15                   PROSPECTIVE JUROR NO. 12:  Well, like the

16  outsourcing company is -- like, for example, I applied for the

17  position of office services.  So that's, like, you know,

18  catering and all of that.  I guess they have their clients who

19  they provide service to.  And so like if the -- whatever they

11:48AM   20  might need is whatever they hire I guess.  I have only been

21  there for two years, and I ended up there, and that's what I

22  do.

23                   THE COURT:  Do you work for both?

24                   PROSPECTIVE JUROR NO. 12:  No.  Can I say my

11:48AM   25  company's name or no?

```
 1                    THE COURT:  If you don't mind, you can.

 2                    PROSPECTIVE JUROR NO. 12:  Yeah.  So it's called

 3        like Exela Technologies, and what they basically do is they

 4        provide --

 5                    THE COURT:  Exela, A-c --

 6                    PROSPECTIVE JUROR NO. 12:  No.  E-x-e-l-a.  And

 7        they, like, you know, put out positions out there that their

 8        clients need to be filled whether in their offices or whatever

 9        it is -- right? -- and then that's where you come in and you

10        kind of fill in those spots.  Yeah.

11                    THE COURT:  Is there any changes that you would

12        make to your questionnaire response?

13                    PROSPECTIVE JUROR NO. 12:  None at all.

14                    THE COURT:  If you were selected in this case, do

15        you think you could do the job?

16                    PROSPECTIVE JUROR NO. 12:  Yeah.

17                    THE COURT:  Any concerns about it?

18                    PROSPECTIVE JUROR NO. 12:  No.

19                    THE COURT:  And you would not be permitted to

20        talk about this case if you're selected, and that includes with

21        your fellow employees and the like.  So they might be

22        interested, but you can't talk to them about it.

23                    Do you understand that?

24                    PROSPECTIVE JUROR NO. 12:  Yes, I do.

25                    THE COURT:  Would you be able to follow that
```

11:49AM (lines 5, 10, 15, 20, 25)

```
 1   instruction?

 2               PROSPECTIVE JUROR NO. 12:  Yes.

 3               THE COURT:  Thank you so much.

 4               Let's have No. 13, please.

 5               PROSPECTIVE JUROR NO. 13:  Good morning,

 6   Your Honor.

 7               THE COURT:  Good morning, sir.  How long have you

 8   worked as an electrician?

 9               PROSPECTIVE JUROR NO. 13:  33 years.

10               THE COURT:  Worked for yourself?  Worked for a

11   company?

12               PROSPECTIVE JUROR NO. 13:  Yeah.  I work for

13   Los Angeles Department of Water & Power.

14               THE COURT:  And how long have you worked for

15   them?

16               PROSPECTIVE JUROR NO. 13:  15 years.

17               THE COURT:  And before that?

18               PROSPECTIVE JUROR NO. 13:  Probably another 10

19   with the City.

20               THE COURT:  Have you always worked for an agency

21   or --

22               PROSPECTIVE JUROR NO. 13:  Different contractors.

23   I was a union electrician before, so different small

24   contractors.

25               THE COURT:  And do you have a particular area of
```

11:50AM (lines 5, 10, 15, 20, 25)

1    specialty as an electrician?

2              PROSPECTIVE JUROR NO. 13:  My title is actually

3    electric mechanic supervisor, so we work inside the

4    distribution stations and receiving stations apparently.

11:50AM  5              THE COURT:  And that's what you have been doing

6    for your current employer?

7              PROSPECTIVE JUROR NO. 13:  That is correct.

8              THE COURT:  And have you done that the entire

9    15 years or however long it has been that you've been there?

11:51AM  10             PROSPECTIVE JUROR NO. 13:  That is correct.  I am

11   currently assigned as a trainer.

12             THE COURT:  I see.  Are you involved at all in

13   any type of environmental issues that may arise in the course

14   of your employment?

11:51AM  15             PROSPECTIVE JUROR NO. 13:  Yes.  If there's

16   a blowup, every year we get training, refresher training on how

17   to know the difference between hazardous material, hazardous

18   waste, and the proper procedure to clean it up if we do have a

19   spill.

11:51AM  20             THE COURT:  And I think you said blowup?

21             PROSPECTIVE JUROR NO. 13:  Yes.  Occasionally.

22             THE COURT:  And so this is some type of

23   malfunction that results in some type of explosion?

24             PROSPECTIVE JUROR NO. 13:  Correct.

11:51AM  25             THE COURT:  And emits perhaps in the process some

1   chemicals and the like that requires a cleanup?

2                PROSPECTIVE JUROR NO. 13:  Correct.  Usually

3   mineral oil that may contain -- may or may not contain PCBs.

4                THE COURT:  And approximately how much of the

11:51AM   5   time that you have worked have you been involved in what I'm

6   going to refer to, using your language, these blowups?

7                PROSPECTIVE JUROR NO. 13:  At least half of it.

8   So seven, eight years.

9                THE COURT:  And approximately how much in terms

11:52AM   10  of the amount of time?  Are we talking about this is an

11  occasional thing?  This happens regularly?

12               PROSPECTIVE JUROR NO. 13:  As a trainer not so

13  much anymore because I'm not out in the field.  When I was out

14  in the filed, it would have been an everyday occurrence that

11:52AM   15  I'm working with chemicals.

16               THE COURT:  And there are processes and

17  procedures with respect to dealing with the waste material

18  resulting from these blowups?

19               PROSPECTIVE JUROR NO. 13:  Absolutely.  Like

11:52AM   20  labeling cans, barrels, and the such.

21               THE COURT:  And do you have any dealings with any

22  regulators that might be involved in the disposal during these

23  blowups?

24               PROSPECTIVE JUROR NO. 13:  No.  Other than the

11:52AM   25  inspections on occasion.  If anybody -- if anything gets in the

1   stormwater drains or anything like that, we would have to be

2   calling different agencies.

3               THE COURT:  And were you familiar, prior to

4   coming here today, with volatile organic compounds or VOCs?

11:53AM   5               PROSPECTIVE JUROR NO. 13:  I'm sure it's talked

6   about in our training, yearly training.

7               THE COURT:  All right.  And have you ever heard

8   of perchlorate?

9               PROSPECTIVE JUROR NO. 13:  No, sir.

11:53AM   10               THE COURT:  If you were selected in this case, do

11   you think the work that you do is going to affect your ability

12   to just decide the case on the facts and the law presented

13   here?

14               PROSPECTIVE JUROR NO. 13:  I would be able to do

11:53AM   15   that, Your Honor, yes.

16               THE COURT:  All right.  And tell me as a system

17   analyst what your spouse does.

18               PROSPECTIVE JUROR NO. 13:  She was a -- actually

19   did a bit of the COVID because everybody was all hands on deck.

11:53AM   20   So she did some contact tracing and did some procedural things

21   for the County.

22               THE COURT:  How long has she worked for County?

23               PROSPECTIVE JUROR NO. 13:  Approximately 23

24   years.

11:53AM   25               THE COURT:  And has she done this -- not contact

1    tracing but that nature of work there, so of administrative and

2    whatever needs to be done, you know, administratively for the

3    County?

4                    PROSPECTIVE JUROR NO. 13:  That is correct.

11:54AM    5        THE COURT:  And prior to contact tracing, do you

6    recall what specifically she would do?

7                    PROSPECTIVE JUROR NO. 13:  She did tuberculosis

8    control, basically also monitored people with TB.

9                    THE COURT:  And has she done any work dealing

11:54AM   10   with, as far as you know, waste disposal or procedures

11   involving waste disposal for the County?

12                   PROSPECTIVE JUROR NO. 13:  No, Your Honor.

13                   THE COURT:  All right.  And when approximately

14   did you serve on a civil jury?

11:54AM   15                  PROSPECTIVE JUROR NO. 13:  I would say 12 years

16   ago.

17                   THE COURT:  And you deliberated in that case?

18                   PROSPECTIVE JUROR NO. 13:  That is correct.

19                   THE COURT:  Was this across the street or --

11:54AM   20                  PROSPECTIVE JUROR NO. 13:  At Stanley Mosk.

21                   THE COURT:  All right.  And a verdict was

22   reached, you said.  I'm not going to ask you what the verdict

23   was, but you were able unanimously as a jury to agree on what

24   the verdict was, or was it not unanimous as far as you can

11:55AM   25   recall?

```
        1              PROSPECTIVE JUROR NO. 13:  It was not unanimous.

        2              THE COURT:  But as I said earlier --

        3              PROSPECTIVE JUROR NO. 13:  I'm sorry.

        4              THE COURT:  That's okay.  Across the street it

11:55AM 5   didn't have to be unanimous.  You understand that.

        6              PROSPECTIVE JUROR NO. 13:  Yes.

        7              THE COURT:  Here it would have to be unanimous.

        8              PROSPECTIVE JUROR NO. 13:  Correct.

        9              THE COURT:  Are you okay with that?

11:55AM 10             PROSPECTIVE JUROR NO. 13:  Yes.

        11             THE COURT:  You recall the burden of proof in

        12   that case?

        13             PROSPECTIVE JUROR NO. 13:  Yes.

        14             THE COURT:  It's a similar burden of proof here.

11:55AM 15   You could apply the proper burden of proof here?

        16             PROSPECTIVE JUROR NO. 13:  Yes, Your Honor.

        17             THE COURT:  Is there any changes you would make

        18   to your questionnaire response?

        19             PROSPECTIVE JUROR NO. 13:  None.

11:55AM 20             THE COURT:  You could be fair and impartial in

        21   this case?

        22             PROSPECTIVE JUROR NO. 13:  That is correct.

        23             THE COURT:  I thank you very much.  Please take a

        24   seat.

11:55AM 25             And let's speak to No. 14, please.
```

1          For those of you wondering, we're going to go a

2    few more people, and then we will take a break for those of you

3    wondering.  But let's just get through a few more people if I

4    can have your indulgence, please.

11:55AM  5          Prospective Juror No. 14, first of all, tell me

6    how long have you worked as a warehouse assistant?

7          PROSPECTIVE JUROR NO. 14:  In that company or

8    just around?

9          THE COURTs:  Let's start with the company first

11:56AM  10   and then the broader question rather.

11         PROSPECTIVE JUROR NO. 14:  With the company a

12   year and three months.

13         THE COURT:  And before that, what did you do?

14         PROSPECTIVE JUROR NO. 14:  I worked for a company

11:56AM  15   called Wheel Pros, and it was quality control over the rims.

16         THE COURT:  And what did you specifically do with

17   the QC or the quality control?

18         PROSPECTIVE JUROR NO. 14:  I would have to

19   inspect the rims to make sure they weren't damaged and the

11:56AM  20   products were good to be shipped out to the clients.

21         THE COURT:  Visual inspection?

22         PROSPECTIVE JUROR NO. 14:  (Inaudible.)

23         THE COURT:  Yes?

24         PROSPECTIVE JUROR NO. 14:  Yes.

11:56AM  25         THE COURT:  All right.  And how long did you work

1    for Wheel Pros?

2                    PROSPECTIVE JUROR NO. 14:  Year and a half.

3                    THE COURT:  Before that, what did you do?

4                    PROSPECTIVE JUROR NO. 14:  I worked for another

11:56AM   5    company.  It was called OPGI, Original Parts Group.  And it had

6    to do with anything from the 1970 cars, anything from the

7    Chevrolet, Oldsmobile, Buick, everything from doors to the

8    hoods to the boats of the car.

9                    THE COURT:  Supply?

11:56AM   10                   PROSPECTIVE JUROR NO. 14:  Replacement items

11   specifically.

12                   THE COURT:  I see.  And how long did you do that

13   for?

14                   PROSPECTIVE JUROR NO. 14:  Two years.

11:57AM   15                  THE COURT:  All right.  Maybe you could just tell

16   me a little bit more about other jobs that you had prior to

17   that.

18                   PROSPECTIVE JUROR NO. 14:  I worked in a

19   restaurant, server/cook.  That's it.

11:57AM   20                  THE COURT:  All right.  And in the course of the

21   various jobs that you've had, have you had any dealings with

22   environmental issues, waste contamination, waste disposal, I

23   should say?

24                   PROSPECTIVE JUROR NO. 14:  In the restaurant it

11:57AM   25   was with the chemicals that we would clean.  Everything from

1    the -- from the bathrooms to the actual tables of desanitizing.

2    Even the soda machines.

3              THE COURT:  Did you also have a procedure?  You

4    heard the other gentleman mention that there was a receptacle

11:57AM   5    and certain types of wastes had to be disposed in that

6    receptacle.  Did you have a similar, or was it a different

7    procedure?

8              PROSPECTIVE JUROR NO. 14:  For me specifically,

9    no.  But the cook did have to do like a certain order for the

11:58AM  10    grease.

11              THE COURT:  Understood.

12              PROSPECTIVE JUROR NO. 14:  For the deep fried

13    food.

14              THE COURT:  And when, approximately, did you

11:58AM  15    serve on the criminal case?

16              PROSPECTIVE JUROR NO. 14:  If I'm not mistaken,

17    three years ago.

18              THE COURT:  And you deliberated in that case?

19              PROSPECTIVE JUROR NO. 14:  No.

11:58AM  20              THE COURT:  You were an alternate?

21              PROSPECTIVE JUROR NO. 14:  Yes.

22              THE COURT:  How did you feel about being an

23    alternate?

24              PROSPECTIVE JUROR NO. 14:  I didn't really like

11:58AM  25    it, but I couldn't do much.

```
 1                    THE COURT:  A bit frustrating.  You hear.  You

 2   have ideas.  You don't get to express your ideas.  You don't

 3   get to decide.  Was that the reason you didn't like it so much,

 4   or was there some other reason?

 5                    PROSPECTIVE JUROR NO. 14:  Basically.

 6                    THE COURT:  All right.  So would you have liked

 7   to have been a deliberating juror in that case?

 8                    PROSPECTIVE JUROR NO. 14:  I wouldn't have

 9   minded.

10                    THE COURT:  Okay.  And how about serving on a

11   civil case?  Is that something that you think you could do

12   deciding the case only on the facts and the law presented here?

13                    PROSPECTIVE JUROR NO. 14:  Yes.

14                    THE COURT:  And is there any reason that you

15   think you would not be able to do that?

16                    PROSPECTIVE JUROR NO. 14:  No.

17                    THE COURT:  All right.  Any changes to your

18   questionnaire response?

19                    PROSPECTIVE JUROR NO. 14:  No.

20                    THE COURT:  All right.  Thank you, sir.

21                    Let's have No. 15, please.  Good morning to you.

22                    PROSPECTIVE JUROR NO. 15:  Good morning.

23                    THE COURT:  If you would kindly remove your mask

24   if you're comfortable doing so.  Thank you.

25                    What do you do as an inventory specialist?
```

11:58AM (line 5)
11:58AM (line 10)
11:58AM (line 15)
11:59AM (line 20)
11:59AM (line 25)

1            PROSPECTIVE JUROR NO. 15:  I receive and process

2    gear throughout -- aeronautic gear specifically and process

3    them in through the warehouse.  If we get orders from a

4    department, we get them out and delivered to the department.

11:59AM    5            THE COURT:  All right.  And so tell me a little

6    more specifically what type of business you work for.

7            PROSPECTIVE JUROR NO. 15:  Right now I'm in

8    SpaceX.

9            THE COURT:  All right.

11:59AM   10            PROSPECTIVE JUROR NO. 15:  Four years I was --

11    prior to that, it was in the U.S. Marine Corps at an air

12    station, and I served four years, separated, and then SpaceX

13    recently.

14            THE COURT:  You say recently.  How recent?

11:59AM   15            PROSPECTIVE JUROR NO. 15:  It's been seven

16    months.

17            THE COURT:  All right.  And before that you said

18    you were in the military?

19            PROSPECTIVE JUROR NO. 15:  Yes.

12:00PM   20            THE COURT:  What branch of the military?

21            PROSPECTIVE JUROR NO. 15:  Marine Corps.

22            THE COURT:  Marines?

23            PROSPECTIVE JUROR NO. 15:  Yes.

24            THE COURT:  You alluded to it, but I want to make

12:00PM   25    sure I get it.  What did you do in the Marine Corps?

1          PROSPECTIVE JUROR NO. 15:  Aviation supply

2    specialist.

3          THE COURT:  Tell me a little bit about what you

4    did in that regard.

12:00PM    5          PROSPECTIVE JUROR NO. 15:  I worked directly just

6    managing the gear inside the warehouse.  Any parts coming in

7    and out, I managed that.  Oversaw the system of how it got

8    processed and delivered it every now and then as well.

9          THE COURT:  So this seems kind of like a natural

12:00PM    10   transition.  Sounds like you're doing fairly similar work.

11         PROSPECTIVE JUROR NO. 15:  Yes.  Exactly.

12         THE COURT:  Do you intend to stay within this

13   field?

14         PROSPECTIVE JUROR NO. 15:  I plan to, yes.

12:00PM    15         THE COURT:  All right.  Any type of dealings with

16   environmental issues either in the military or at SpaceX?

17         PROSPECTIVE JUROR NO. 15:  No.

18         THE COURT:  All right.  And is there any reason

19   that you can think of why it would be difficult for you to

12:01PM    20   serve as a juror in this case?

21         PROSPECTIVE JUROR NO. 15:  I do not, no.

22         THE COURT:  So you can be fair and impartial to

23   both sides as I have described it?

24         PROSPECTIVE JUROR NO. 15:  Yes.

12:01PM    25         THE COURT:  And are there any changes to your

1    questionnaire?  You have "no" to all of these questions.

2              PROSPECTIVE JUROR NO. 15:  Just one that I'm also

3    currently a student full time.

4              THE COURT:  What are you studying?

12:01PM  5              PROSPECTIVE JUROR NO. 15:  I'm studying supply

6    chain management.

7              THE COURT:  Again, to sort of supplement and

8    further the career objectives that we have been talking about?

9              PROSPECTIVE JUROR NO. 15:  Yes.  Correct.

12:01PM  10              THE COURT:  All right.  And how far along are you

11   in that?

12              PROSPECTIVE JUROR NO. 15:  I'm currently a

13   junior.

14              THE COURT:  All right.  Very well.  Thank you so

12:01PM  15   much.

16              PROSPECTIVE JUROR NO. 15:  Thank you.

17              THE COURT:  All right.  Let's have No. 16,

18   please.

19              Good morning, sir.

12:01PM  20              PROSPECTIVE JUROR NO. 16:  Good morning.

21              THE COURT:  I guess we just now veered into the

22   afternoon, and you will be the last person, and we will go

23   ahead and take a break.

24              PROSPECTIVE JUROR NO. 16:  Okay.

12:01PM  25              THE COURT:  So tell me what you do as a -- you're

the dean of a community college?

PROSPECTIVE JUROR NO. 16:  Yeah.  I may not look like it, but I studied at Harvard, NYU.  I have my doctorate. I have been in higher education for the last 12 years.

THE COURT:  When you say you're a dean at a community college, typically at least as I understand it, there are more than one dean.

PROSPECTIVE JUROR NO. 16:  Yes.

THE COURT:  What type of work do you do as a dean?

PROSPECTIVE JUROR NO. 16:  A dean of counseling. So I oversee over 30 people.  About 26 of those are counselors. And then I also have classified professionals.

THE COURT:  How long have you been a dean at this community college?

PROSPECTIVE JUROR NO. 16:  Two-and-a-half years now.

THE COURT:  Before that, what did you do?

PROSPECTIVE JUROR NO. 16:  Before that I was the associate dean at another California community college, and I was there for about two years.

THE COURT:  Before that?

PROSPECTIVE JUROR NO. 16:  I was back in Chicago. That's where I'm originally from.  I was in higher education. The position before that I was a director.

1    THE COURT:  Did you generally do the same type of

2 work when -- in your prior job that you're currently doing?

3    PROSPECTIVE JUROR NO. 16:  Yes.

4    THE COURT:  And do you have any future

12:03PM 5 aspirations beyond higher education?

6    PROSPECTIVE JUROR NO. 16:  I mean, I also have --

7 I own property back in Chicago.  I have a business.  So those

8 are some different aspirations I have.

9    THE COURT:  All right.  And what type of business

12:03PM 10 do you have?  Is it real estate?

11    PROSPECTIVE JUROR NO. 16:  Well, sort of.  I

12 mean, right now I own one property, and it's under an LLC, and

13 I'm trying to open up or purchase additional property back in

14 Chicago.  But the business I do have is a small ATM business.

12:03PM 15    THE COURT:  And more specifically what do you do

16 for that business?

17    PROSPECTIVE JUROR NO. 16:  Oh, I own ATM

18 machines, and, you know, I replenish the ATM machines.  And

19 people, you know, take out the money, and I make money off that

12:03PM 20 surcharge.  So it's a small little business.

21    THE COURT:  Understood.  So do you rent out these

22 machines essentially?

23    PROSPECTIVE JUROR NO. 16:  No.  I own them

24 100 percent, and I have them in different locations.

12:03PM 25    THE COURT:  I see.  So you actually own the ATMs.

1    You're not renting them to someone, and the business doesn't

2    earn money from the rentals but from the actual transactions

3    themselves.

4                    PROSPECTIVE JUROR NO. 16:  That's correct.

12:04PM   5                    THE COURT:  How long have you been involved in

6    that business?

7                    PROSPECTIVE JUROR NO. 16:  One year.

8                    THE COURT:  Is there anything about your

9    background or experience that you think we should know about in

12:04PM   10   deciding whether you could be fair and impartial in this case?

11                    PROSPECTIVE JUROR NO. 16:  No.

12                    THE COURT:  Do you think you can be fair and

13   impartial?

14                    PROSPECTIVE JUROR NO. 16:  Yes.

12:04PM   15                    THE COURT:  And your spouse, just real briefly,

16   what type of teacher is she?

17                    PROSPECTIVE JUROR NO. 16:  Special education.

18                    THE COURT:  And how long has your spouse done

19   that type of work?

12:04PM   20                    PROSPECTIVE JUROR NO. 16:  Same.  We have been

21   together since college, so over 12 years.

22                    THE COURT:  All right.  Thank you so much.

23   Please be seated.

24                    Ladies and gentlemen, we are going to take a

12:04PM   25   break.  It is now about 12:05.  We're going to take just a

15-minute break.  So we will break until 12:20.  And then what

you can expect is, if you're selected in this matter, that

we're probably going to take another break.  So we will take a

little bit of a longer break for lunch.

12:05PM          But at this point we have come to the point in

the process where each of the lawyers has a limited number of

what are called peremptory strikes where they can ask me to

thank and excuse you without giving a reason or an explanation

for doing so.  When they do that, please don't hold it against

12:05PM   them or think too much into what they're doing.  They're simply

discharging their professional responsibility.  But you will

see that process shortly in 15 minutes.

          Please do not speak about the case, the people,

or the subject matter involved.  Continue to keep an open mind.

12:05PM   You've heard no evidence in the case at all.

          It is 12:05.  12:20 just outside the courtroom

doors, please.  Thank you.

          (The following proceedings were held in

          open court outside the presence of the jury:)

12:06PM          THE COURT:  We remain on the record.  We're

outside the presence of the jury panel.

          At this point I'm simply going to see whether

anyone has any for cause challenges.  So starting with you

Mr. Richard, pass for cause?

12:07PM          MR. RICHARD:  Pass for cause, yes.

```
 1              THE COURT:  All right.  Pass for cause, Mr. Blum?
 2              MR. BLUM:  Yes, Your Honor.
 3              THE COURT:  Very well.  I am only -- I am going
 4     to stick with the default.  You will have three peremptories
 5     each.  I actually thought this panel was nothing of concern
 6     whatsoever.  Actually very pleasantly surprised to see.
 7     Everyone seemed very forthright as best I can tell, willing to
 8     serve, and that doesn't always happen as everyone knows,
 9     particularly when a case is of this nature and of this length.
10     So three each side.  We will have a jury selected when they
11     come back.
12              Please return when I indicated at 12:20.  Thank
13     you.
14              (A recess was taken at 12:07 p.m.)
15              (The following proceedings were held in
16               open court in the presence of the jury:)
17              THE COURT:  We are back on the record in
18     Santa Clarita Valley Water Agency versus Whittaker Corporation
19     with all present who were present before the break except we
20     have an addition, I understand.
21              Mr. Richard, did you want to introduce the new
22     member or new person at your table, please?
23              MR. RICHARD:  Yes.  Thank you, Your Honor.  This
24     is Matt Stone, the general manager of Santa Clarita Valley
25     Water Agency.
```

```
 1              THE COURT:  All right.  Mr. Stone, if you can
 2    just stand, please, and take your mask down so people can see
 3    you.  And I will ask the question again.
 4              Thank you.  You can be seated.
 5              I introduced Mr. Stone by name only.  Is there
 6    anyone who happens to know Mr. Stone?  If so, let me know by
 7    raising your hand.
 8              I see no hands raised.
 9              At this point in time, ladies and gentlemen, as I
10    mentioned before the break, the lawyers will have a limited
11    number of peremptory strikes that they can exercise asking me
12    to thank and excuse a number of you without providing an
13    explanation.  I just remind you they're doing their job.  Don't
14    hold it against them.  To the extent you had hoped to be on the
15    case and you're not on the case or you hoped someone else might
16    be on the case that is no longer on the case, please don't hold
17    it against them.
18              So we will start with the plaintiff.  We will
19    have what I'm going to refer to as a virtual jury.  Typically
20    what happens is we actually have people seated in the box.
21    They're all seated in the box.  And then when someone leaves
22    the box, we have someone else take that space or place.  We're
23    not going to do that so we don't have people moving around in
24    light of the pandemic.  So the -- you will hear me referring to
25    the virtual jury box or the virtual box, and the virtual box is
```

1   1 through 9.

2              Mr. Richard.

3              MR. RICHARD:  Thank you, Your Honor.  Plaintiff

4   will pass.

12:27PM  5              THE COURT:  Mr. Blum?

6              MR. BLUM:  Your Honor, the Whittaker Corporation

7   would thank and excuse Juror No. 6 and wish him good luck with

8   his kids.

9              THE COURT:  Prospective Juror No. 6, so you are

12:27PM  10  free to go downstairs to the jury assembly room.  They will

11  tell you what your next assignment, if any, is.  Thank you,

12  sir.  Appreciate your being here today.  Thank you.

13             And with that, the jury now or the virtual

14  extends up through 10.

12:27PM  15             MR. RICHARD:  Yes, Your Honor.  May I -- I didn't

16  hear the request.  May I go?

17             THE COURT:  Yes.

18             MR. RICHARD:  Thank you.  Plaintiff would thank

19  and excuse Juror No. 4.

12:27PM  20             THE COURT:  Yes.  Prospective Juror No. 4, you

21  are free to return to the jury assembly room with my thanks and

22  appreciation.

23             Thank you.

24             Now the virtual jury extends through Prospective

12:27PM  25  Juror No. 11, and the peremptory belongs to Whittaker.

1    MR. BLUM:  Thank you, Your Honor.  Whittaker

2    would thank and excuse Juror No. 8.

3    THE COURT:  Yes.  Prospective Juror No. 8, you

4    are free to return to the jury assembly room, sir.  Thank you

12:28PM   5    very much for your participation in this process.

6    And the box will now extend through Prospective

7    Juror No. 12, and the peremptory belongs with the plaintiff.

8    MR. RICHARD:  Plaintiff would thank and excuse

9    Juror No. 3, Your Honor.

12:28PM  10    THE COURT:  Prospective Juror No. 3, thank you so

11    much for your participation here this morning and into the

12    afternoon.

13    Now the virtual box extends through No. 13.  And

14    we have -- Whittaker, it's your turn.

12:28PM  15    MR. BLUM:  Thank you, Your Honor.  Whittaker

16    would thank and excuse Juror No. 9.

17    THE COURT:  Prospective Juror No. 9, you are free

18    to return downstairs.  I thank you for coming here today.

19    Thank you so much.

12:29PM  20    And No. 14 is the last person in the virtual jury

21    box and the last peremptory strike available to any party.

22    MR. RICHARD:  We would like to thank and excuse

23    Juror No. 13, Your Honor.

24    THE COURT:  Juror No. 13, you are free to return

12:29PM  25    to the jury assembly room.

That means that we should have those seated in seats 1 through 15, if you could please stand.  So for those of you who are Nos. 1 through 15, if you would please stand.  If you can just move to the side, sir, so I can make sure that I see you.  No.  Through 15 I think I said.  So do we have No. 15 up?  Let's see here.  I just want to make sure I have the correct count.  I do.

This is now the jury that has been selected for this case.  So what I'm going to have you do is those of you who are standing, remain standing for a moment.  Those of you who are seated, you have now completed your jury service in this case.  You are to go downstairs.  There may be another assignment.  I don't know.  They will tell you downstairs.  But I thank you for your participation in this process.  Enjoy the rest of the day and have a very nice holiday, everyone.  Thank you.

For those of you who are standing, if you would just kindly be patient and remain standing.

Rather than move all of you into the box, what I'm going to do is I'm going to have you sworn in where you're standing.  And let me just explain what I'm doing here.

So you were previously sworn as prospective jurors, as I explained.  So now you all nine have been selected in this case as actual deliberating jurors in this case.  So you will now take a separate oath as a juror.  I would ask you

 1    to listen, please, to the oath itself, and Mr. Cruz will

 2    administer that in just a moment.

 3                    THE CLERK:  Ladies and gentlemen of the jury,

 4    would you all please raise your right hands to be sworn.

12:31PM  5                    Ladies and gentlemen, do you and each of you

 6    solemnly swear and/or affirm that you will well and truly try

 7    the cause now before this court and a true verdict therein

 8    render according the evidence and instructions of the Court, so

 9    help you God?

12:31PM  10                    (Jury responds in the affirmative.)

 11                    THE CLERK:  Please be seated.

 12                    THE COURT:  You may be seated although this will

 13   be fairly brief.

 14                    As I mentioned, we are going to take a lunch

12:32PM  15   break.  When you return, you're going to return not to this

 16   courtroom.  So we're on the mezzanine level.  You need to take

 17   the elevator and go to the sixth floor.  Sixth floor.  It's 6C,

 18   C as in Charlie.  And you will come into that courtroom.

 19   Mr. Cruz will give you further directions.  So you can stay

12:32PM  20   behind, and he will give you further directions in that regard.

 21   But just remember you will no longer be in this particular

 22   courtroom.  You will be going to my regular courtroom when you

 23   return.  I am going to have you return in an hour.  So it's now

 24   12:32.  I'm going to have you come back at 1:30.  So it will be

12:32PM  25   just a little shy of an hour so you can get something to eat.

1    Just a word of caution is that the cafeteria

2 downstairs at times can be a bit slow.  So just be mindful of

3 that.  You may want to find out how long it might take because,

4 in my experience, at times it's taken a really long time, and

12:33PM  5 there's been a lot of people here.  I'm not trying to

6 discourage you.  You need to eat.  Just be mindful of that so

7 you can perhaps order something that will get you back here at

8 1:30.

9    So with that, we are going to be in recess.  I

12:33PM  10 remind you you're not to speak to anyone about the case, the

11 people, or the subject matter involved.  Keep an open mind.

12    The first thing that's going to happen when you

13 return from the lunch break is I'm going to provide you with

14 preliminary instructions.  Then after I do that, you're going

12:33PM  15 to hear from each side which will be provided an opportunity to

16 present an opening statement.  And in their opening statements,

17 they're going to give you a lot more information so you will

18 have a much better sense about this case in which you're

19 presiding over.

12:33PM  20    So thank you all so much.  I will see you at

21 1:30.

22    We are in recess until then.

23    (The following proceedings were held in

24    open court outside the presence of the jury:)

12:34PM  25    THE COURT:  Please be seated.  We're outside the

```
 1  presence of the jury.  We will start at 1:30 with opening

 2  statements as discussed.

 3              And I just want to confirm that you anticipate,

 4  Mr. Richard, that you will need approximately I think you said

 5  an hour and 20 if I remember correctly?

 6              MR. RICHARD:  I did.  It could be closer to an

 7  hour and 30, but definitely not more than an hour and a half.

 8              THE COURT:  And you anticipate an hour and 15?

 9              MR. BLUM:  Yes, Your Honor.  But, again, we

10  will -- I know you said an hour and a half.  We will definitely

11  not go over that.

12              THE COURT:  It appears that, if we get into

13  witnesses, it's not going to be for a very long period of time.

14  Let me see how far we get.  I don't take that as incentive to

15  try to reach one, thirty each side, but let's see where we get,

16  and I will let you know.  If we only have a few minutes

17  remaining, I will probably not have you start with your first

18  witness.

19              We are in recess until then.  Thank you.

20              MR. RICHARD:  Quick question.  Maybe it's to --

21  will we have just a couple minutes -- this can be off the

22  record.

23              THE COURT:  Yes.  Off the record.

24              (A lunch recess was taken until

25              1:30 p.m. of the same day.)
```

12:34PM — line 5
12:35PM — line 10
12:35PM — line 15
12:35PM — line 20

1          CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5          I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6  COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7  THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8  PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9  FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10 STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11 ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12 CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13 THE UNITED STATES.

14

15          DATED THIS  18TH  DAY OF NOVEMBER, 2021.

16

17

18          /S/ MIRANDA ALGORRI

19          _____
           MIRANDA ALGORRI, CSR NO. 12743, CRR
20          FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25

**'** 

**'90S** [1] - 39:24

**/**

**/S** [1] - 122:18

**1**

**1** [36] - 1:8, 1:8, 1:13, 5:7, 13:8, 36:15, 37:18, 37:20, 37:23, 37:25, 38:3, 38:5, 38:10, 38:14, 38:16, 38:20, 38:24, 39:4, 39:15, 39:19, 39:22, 39:24, 40:2, 40:5, 40:8, 40:11, 40:17, 40:21, 40:25, 41:6, 41:10, 41:12, 41:14, 116:1, 118:2, 118:3
**1,000** [1] - 79:7
**10** [21] - 82:22, 82:23, 83:1, 83:4, 83:6, 83:9, 83:14, 83:23, 84:2, 84:5, 84:10, 84:13, 84:21, 84:24, 85:5, 85:8, 85:12, 85:15, 85:20, 97:18, 116:14
**10-YEAR-OLD** [1] - 89:15
**100** [2] - 92:19, 111:24
**11** [45] - 85:22, 85:24, 86:1, 86:6, 86:11, 86:17, 86:21, 87:1, 87:6, 87:8, 87:13, 87:16, 87:18, 87:21, 88:1, 88:5, 88:8, 88:10, 88:13, 88:15, 88:18, 88:22, 89:1, 89:6, 89:9, 89:11, 89:14, 89:18, 89:20, 89:23, 90:4, 90:6, 90:9, 90:12, 90:15, 90:18, 90:21, 90:23, 90:25, 91:2, 91:14, 91:17, 91:22, 91:25, 116:25
**12** [38] - 25:2, 25:12, 25:13, 25:14, 40:16, 67:6, 92:3, 92:5, 92:11, 92:19, 92:23, 92:25, 93:5, 93:13, 93:17, 93:19, 93:21, 93:24, 94:4, 94:8, 94:11, 94:16, 95:2, 95:8, 95:15, 95:24, 96:2, 96:6, 96:13, 96:16, 96:18, 96:24,

97:2, 101:15, 110:4, 112:21, 117:7
**122** [1] - 1:8
**12743** [2] - 1:23, 122:19
**12:05** [2] - 112:25, 113:16
**12:07** [1] - 114:14
**12:20** [3] - 113:1, 113:16, 114:12
**12:32** [1] - 119:24
**13** [41] - 97:4, 97:5, 97:9, 97:12, 97:16, 97:18, 97:22, 98:2, 98:7, 98:10, 98:15, 98:21, 98:24, 99:2, 99:7, 99:12, 99:19, 99:24, 100:5, 100:9, 100:14, 100:18, 100:23, 101:4, 101:7, 101:12, 101:15, 101:18, 101:20, 102:1, 102:3, 102:6, 102:8, 102:10, 102:13, 102:16, 102:19, 102:22, 117:13, 117:23, 117:24
**14** [26] - 102:25, 103:5, 103:7, 103:11, 103:14, 103:18, 103:22, 103:24, 104:2, 104:4, 104:10, 104:14, 104:18, 104:24, 105:8, 105:12, 105:16, 105:19, 105:21, 105:24, 106:5, 106:8, 106:13, 106:16, 106:19, 117:20
**14-YEAR-OLD** [1] - 89:15
**15** [31] - 13:20, 53:14, 97:16, 98:9, 106:21, 106:22, 107:1, 107:7, 107:10, 107:15, 107:19, 107:21, 107:23, 108:1, 108:5, 108:11, 108:14, 108:17, 108:21, 108:24, 109:2, 109:5, 109:9, 109:12, 109:16, 113:12, 118:2, 118:3, 118:5, 121:8
**15-MINUTE** [3] - 26:5, 26:11, 113:1
**16** [20] - 109:17,

109:20, 109:24, 110:2, 110:8, 110:11, 110:16, 110:19, 110:23, 111:3, 111:6, 111:11, 111:17, 111:23, 112:4, 112:7, 112:11, 112:14, 112:17, 112:20
**17** [2] - 1:14, 5:1
**17TH** [1] - 25:11
**18-06825-SB** [2] - 1:7, 5:8
**18TH** [1] - 122:15
**1970** [1] - 104:6
**1995** [1] - 38:10
**1:30** [5] - 119:24, 120:8, 120:21, 121:1, 121:25
**1ST** [1] - 1:24

**2**

**2** [18] - 36:15, 41:17, 41:19, 41:22, 42:8, 42:13, 42:20, 42:24, 43:6, 43:14, 43:21, 44:2, 44:9, 44:15, 44:22, 45:2, 45:7, 45:12
**20** [3] - 38:11, 54:9, 121:5
**2006** [1] - 62:1
**2014** [1] - 42:8
**2021** [3] - 1:14, 5:1, 122:15
**22** [1] - 41:14
**23** [1] - 100:23
**23-YEAR-OLD** [2] - 89:15, 89:17
**24TH** [1] - 25:19
**25** [2] - 14:5, 61:11
**25TH** [2] - 25:15, 25:16
**26** [2] - 38:11, 110:12
**26TH** [2] - 25:16
**28** [1] - 122:8
**2:00** [1] - 27:1
**2:30** [3] - 26:3, 27:3, 27:5
**2:45** [1] - 27:5

**3**

**3** [17] - 36:15, 45:15, 45:17, 45:20, 45:24, 46:7, 46:11, 46:14, 46:21, 47:7, 48:11, 48:14, 48:19, 48:21,

51:19, 117:9, 117:10
**30** [4] - 49:18, 61:11, 110:12, 121:7
**30-MINUTE** [1] - 26:4
**33** [2] - 57:11, 97:9
**34TH** [2] - 2:7, 2:10
**350** [1] - 1:24
**3:00** [1] - 26:24

**4**

**4** [23] - 36:15, 48:24, 48:25, 49:2, 49:6, 49:10, 49:13, 49:17, 49:23, 50:5, 50:15, 51:3, 51:14, 51:25, 52:3, 52:6, 52:9, 52:12, 52:16, 52:19, 52:22, 116:19, 116:20
**40** [2] - 13:8
**4455** [1] - 1:24
**4:30** [1] - 26:21

**5**

**5** [27] - 52:24, 52:25, 53:2, 53:4, 53:8, 53:10, 53:14, 53:18, 53:21, 53:25, 54:6, 54:10, 54:13, 54:19, 54:22, 55:1, 55:5, 55:7, 55:10, 55:14, 55:18, 55:20, 55:24, 56:2, 56:7, 56:10, 56:11
**50** [2] - 2:10, 49:14
**500** [2] - 2:15, 79:7

**6**

**6** [51] - 9:20, 56:12, 56:13, 56:20, 56:22, 57:1, 57:4, 57:8, 57:11, 57:13, 57:20, 58:1, 58:4, 58:10, 58:20, 58:25, 59:2, 59:5, 59:7, 59:10, 59:14, 59:17, 59:20, 59:23, 60:3, 60:11, 60:16, 60:18, 60:21, 60:23, 61:2, 61:5, 61:10, 62:1, 62:5, 62:8, 62:15, 62:17, 62:21, 63:4, 63:7, 63:10, 63:13, 63:15, 63:19, 63:22, 64:2, 67:13, 73:15, 116:7, 116:9
**60** [2] - 93:1, 93:2

**600** [1] - 70:3
**6C** [3] - 6:3, 6:6, 119:17

**7**

**7** [35] - 11:12, 64:3, 64:4, 64:7, 64:13, 64:21, 64:25, 65:3, 65:5, 65:8, 65:15, 65:17, 66:4, 66:6, 66:11, 66:14, 66:17, 66:22, 67:1, 67:5, 67:9, 67:11, 67:13, 67:17, 67:24, 68:5, 68:7, 68:11, 68:14, 68:16, 68:21, 68:24, 69:3, 69:9, 69:12
**700** [2] - 2:16
**753** [1] - 122:8
**777** [1] - 2:6
**7TH** [3] - 23:24, 24:12, 24:17

**8**

**8** [43] - 67:13, 69:15, 69:17, 69:20, 69:23, 70:2, 70:6, 70:9, 70:12, 70:15, 70:19, 70:23, 71:5, 71:10, 71:14, 71:18, 72:2, 72:6, 72:16, 72:19, 72:23, 73:1, 73:5, 73:7, 73:12, 73:24, 74:1, 74:4, 74:9, 74:13, 74:15, 74:18, 74:20, 74:24, 75:2, 75:5, 75:8, 75:11, 75:19, 75:23, 76:1, 117:2, 117:3
**8:30** [3] - 25:22, 25:25, 26:2

**9**

**9** [38] - 15:11, 15:15, 15:17, 15:20, 76:2, 76:3, 76:4, 76:8, 76:16, 76:20, 77:1, 77:5, 77:9, 77:17, 77:23, 78:10, 78:20, 79:3, 79:6, 79:11, 79:17, 80:2, 80:5, 80:7, 80:20, 80:24, 81:4, 81:10, 81:14, 81:19, 82:1, 82:4, 82:9, 82:15, 82:19, 116:1, 117:16, 117:17
**90012** [1] - 1:25

**90017** [1] - 2:7
**94111** [2] - 2:11, 2:16
**9:57** [2] - 1:14, 5:1

## A

**A.M** [2] - 1:14, 5:1
**ABBREVIATION** [1] - 16:8
**ABERCROMBIE** [1] - 19:21
**ABILITY** [12] - 7:22, 9:10, 44:20, 44:25, 47:6, 52:2, 65:19, 69:1, 69:7, 73:13, 81:6, 100:11
**ABLE** [23] - 9:4, 10:15, 15:23, 24:16, 24:25, 26:13, 26:15, 27:10, 31:4, 31:13, 32:10, 33:2, 33:23, 36:4, 48:3, 51:24, 74:25, 75:17, 78:23, 96:25, 100:14, 101:23, 106:15
**ABOVE** [1] - 122:11
**ABOVE-ENTITLED** [1] - 122:11
**ABSOLUTELY** [2] - 15:7, 99:19
**AC** [1] - 96:5
**ACCEPT** [2] - 32:14, 35:2
**ACCORDING** [1] - 119:8
**ACCOUNTING** [3] - 69:21, 69:23, 69:25
**ACCURATE** [1] - 15:6
**ACCURATELY** [1] - 88:6
**ACCUSTOMED** [2] - 12:16, 12:17
**ACKNOWLEDGING** [1] - 15:13
**ACT** [1] - 11:2
**ACTION** [3] - 8:12, 44:10, 62:4
**ACTUAL** [6] - 6:1, 50:8, 92:12, 105:1, 112:2, 118:24
**ADD** [1] - 70:24
**ADDITION** [1] - 114:20
**ADDITIONAL** [3] - 13:16, 14:15, 111:13
**ADDITIONS** [1] - 39:18
**ADMINISTER** [2] - 7:4, 119:2
**ADMINISTRATION** [3] - 6:21, 14:20, 94:14

**ADMINISTRATIVE** [6] - 14:21, 14:22, 71:19, 90:8, 94:13, 101:1
**ADMINISTRATIVELY** [1] - 101:2
**ADMITTED** [2] - 32:18, 33:16
**ADVANCE** [1] - 8:13
**ADVISOR** [1] - 49:7
**ADVOCATED** [1] - 71:1
**AERONAUTIC** [1] - 107:2
**AEROSPACE** [2] - 45:25, 46:2
**AFFECT** [3] - 47:6, 69:7, 100:11
**AFFIRM** [1] - 119:6
**AFTERNOON** [3] - 8:18, 109:22, 117:12
**AGE** [3] - 39:21, 59:16, 59:18
**AGENCIES** [2] - 70:13, 100:2
**AGENCY** [10] - 5:8, 6:8, 6:12, 16:6, 18:17, 18:23, 21:14, 21:16, 114:18, 114:25
**AGENCY** [1] - 97:20
**AGENCY** [1] - 1:5
**AGO** [6] - 74:17, 74:18, 90:14, 90:16, 101:16, 105:17
**AGREE** [2] - 32:10, 101:23
**AGREED** [4] - 7:14, 32:10, 32:12, 32:13
**AGREEMENT** [1] - 82:11
**AGREEMENTS** [1] - 32:9
**AGREES** [1] - 28:25
**AHEAD** [4] - 17:15, 17:25, 51:6, 109:23
**AIM** [1] - 77:25
**AIR** [4] - 78:1, 78:3, 107:11
**AIRCRAFT** [5] - 53:1, 54:4, 54:8, 54:12, 54:23
**AL** [2] - 1:8, 5:9
**ALAN** [1] - 19:22
**ALGORRI** [2] - 14:23, 15:5
**ALGORRI** [4] - 1:23, 122:5, 122:18, 122:19
**ALHAMBRA** [1] -

40:12
**ALLEGATIONS** [1] - 33:15
**ALLUDED** [2] - 35:10, 107:24
**ALMOST** [1] - 5:19
**ALSO** [1] - 2:18
**ALTERNATE** [6] - 60:22, 60:23, 74:22, 82:10, 105:20, 105:23
**ALTERNATES** [2] - 40:19, 60:19
**ALVORD** [1] - 20:2
**AMENDMENT** [3] - 23:24, 24:12, 24:17
**AMINI** [1] - 19:25
**AMOUNT** [3] - 26:8, 31:11, 99:10
**ANA** [1] - 77:7
**ANALYSIS** [3] - 41:24, 42:17, 43:8
**ANALYST** [3] - 41:18, 41:21, 100:17
**ANARCHY** [1] - 29:3
**AND** [3] - 122:6, 122:9, 122:11
**ANGELES** [7] - 2:7, 57:5, 57:6, 57:14, 70:18, 87:24, 97:13
**ANGELES** [3] - 1:15, 1:25, 5:2
**ANSWER** [7] - 9:7, 9:8, 23:9, 38:6, 39:7, 79:15, 95:1
**ANSWERS** [2] - 7:6, 9:10
**ANTHONY** [1] - 20:2
**ANTICIPATE** [3] - 17:4, 121:3, 121:8
**ANTICIPATED** [3] - 25:1, 39:9
**ANYTIME** [1] - 84:24
**APOLOGIZE** [1] - 10:16
**APPEAR** [1] - 16:11
**APPEARANCES** [1] - 5:10
**APPEARANCES** [1] - 2:1
**APPLIED** [5] - 11:4, 64:22, 64:24, 65:1, 95:16
**APPLIES** [2] - 23:25, 30:20
**APPLY** [10] - 28:20, 29:5, 29:9, 29:10, 30:3, 30:25, 36:1, 36:4, 51:23, 102:15
**APPLYING** [2] - 48:9,

75:15
**APPOINTMENT** [1] - 27:5
**APPRAISAL** [2] - 57:23, 58:14
**APPRAISALS** [2] - 57:18, 59:3
**APPRAISE** [1] - 58:11
**APPRAISER** [2] - 57:3, 57:17
**APPRAISERS** [1] - 58:5
**APPRECIATE** [4] - 10:16, 37:22, 42:3, 116:12
**APPRECIATION** [1] - 116:22
**APPROPRIATE** [2] - 9:25, 16:22
**ARCHIE** [1] - 19:23
**AREA** [7] - 43:19, 47:18, 48:18, 61:7, 61:11, 80:16, 97:25
**ARISE** [6] - 66:9, 77:20, 79:1, 79:2, 79:14, 98:13
**ARISING** [1] - 81:25
**ARTICLE** [2] - 13:18, 13:23
**ASIDE** [2] - 29:4, 45:8
**ASPIRATIONS** [2] - 111:5, 111:8
**ASSEMBLING** [1] - 94:19
**ASSEMBLY** [4] - 116:10, 116:21, 117:4, 117:25
**ASSESSMENT** [3] - 57:19, 57:21, 57:24
**ASSESSOR** [1] - 57:14
**ASSESSOR'S** [2] - 57:5, 57:6
**ASSIGNED** [1] - 98:11
**ASSIGNMENT** [2] - 116:11, 118:13
**ASSIST** [1] - 15:2
**ASSISTANT** [12] - 38:15, 38:16, 38:17, 49:6, 50:3, 53:1, 54:4, 54:9, 66:16, 67:3, 76:21, 103:6
**ASSISTANTS** [1] - 39:11
**ASSOCIATE** [1] - 110:20
**ASSOCIATED** [1] - 58:16
**ASSUME** [1] - 58:8
**ASSUMPTION** [3] -

27:13, 27:19, 59:22
**ATM** [3] - 111:14, 111:17, 111:18
**ATMS** [1] - 111:25
**ATTACHED** [1] - 59:22
**ATTENTION** [3] - 6:22, 27:18, 28:17
**ATTORNEY/CLIENT** [1] - 94:21
**ATTORNEYS** [1] - 94:18
**AUDITING** [1] - 70:4
**AUTOMOTIVE** [4] - 49:2, 49:5, 49:21, 49:24
**AVAILABLE** [2] - 27:14, 117:21
**AVERAGE** [1] - 24:24
**AVIATION** [1] - 108:1
**AVOCADO** [1] - 77:24
**AVOID** [2] - 68:8, 68:11
**AWARD** [7] - 7:19, 46:18, 50:9, 58:13, 68:19, 80:21, 94:11
**AWARE** [7] - 7:19, 46:18, 50:9, 58:13, 68:19, 80:21, 94:11

## B

**BABIES** [1] - 77:12
**BACHELOR'S** [2] - 60:1, 60:9
**BACKGROUND** [11] - 23:4, 39:17, 41:2, 43:18, 46:25, 56:4, 64:19, 65:12, 66:8, 112:9
**BACKGROUNDS** [1] - 60:5
**BADGE** [1] - 13:7
**BAKE** [1] - 78:14
**BANK** [1] - 59:8
**BARRELS** [2] - 50:22, 99:20
**BASED** [12] - 11:22, 28:13, 29:8, 32:17, 34:11, 34:13, 34:14, 36:9, 36:10, 62:13, 66:2, 81:15
**BASES** [1] - 88:20
**BASIC** [2] - 21:5, 21:6
**BASIS** [1] - 44:17
**BATCH** [1] - 42:15
**BATCHES** [1] - 42:17
**BATHROOMS** [1] - 105:1
**BEACH** [1] - 71:24
**BEACH** [1] - 43:25

**BEATON** [1] - 18:4
**BEATON** [3] - 2:20, 5:17, 18:4
**BEAUTIFICATION** [1] - 71:25
**BECOME** [3] - 54:16, 65:3, 91:10
**BEFOREHAND** [1] - 91:12
**BEGINNING** [1] - 61:19
**BEHIND** [2] - 37:6, 119:20
**BELL** [1] - 20:19
**BELONG** [3] - 10:2, 34:16, 63:3
**BELONGS** [2] - 116:25, 117:7
**BENCH** [1] - 13:21
**BEST** [4] - 9:9, 10:9, 27:2, 114:7
**BETTER** [1] - 120:18
**BETWEEN** [3] - 60:25, 75:21, 98:17
**BEVERAGE** [1] - 86:25
**BEYOND** [6] - 12:10, 19:6, 35:21, 44:14, 46:16, 111:5
**BIAS** [2] - 34:13, 34:14
**BIASED** [2] - 34:23, 35:3
**BIG** [10] - 29:15, 29:16, 29:17, 29:18, 29:20, 29:21, 30:1, 30:23, 94:1
**BILLIONS** [2] - 67:19, 67:20
**BILLS** [2] - 71:1, 71:5
**BIT** [39] - 6:19, 9:12, 13:21, 18:19, 19:16, 21:3, 21:4, 24:20, 24:23, 25:18, 25:22, 26:22, 27:1, 32:11, 33:8, 41:20, 42:5, 42:6, 55:8, 61:9, 62:8, 64:15, 67:16, 77:22, 78:23, 79:12, 79:16, 79:20, 79:21, 79:24, 84:22, 87:5, 90:16, 100:19, 104:16, 106:1, 108:3, 113:4, 120:2
**BJ** [1] - 20:5
**BLANK** [1] - 9:2
**BLOWUP** [2] - 98:16, 98:20
**BLOWUPS** [3] - 99:6, 99:18, 99:23
**BLUM** [9] - 2:13, 2:14,

5:16, 17:18, 114:2, 116:6, 117:1, 117:15, 121:9
**BLUM** [6] - 5:16, 11:14, 17:16, 17:19, 114:1, 116:5
**BLUMENFELD** [1] - 14:17
**BLUMENFELD** [1] - 1:3
**BOATS** [1] - 104:8
**BOND** [3] - 42:22, 42:25
**BOOKS** [1] - 29:1
**BOTTLE** [1] - 68:1
**BOTTLE** [2] - 71:1, 71:5
**BOTTLED** [4] - 62:9, 67:18, 68:6, 68:11
**BOTTLES** [3] - 67:20, 71:6, 71:9
**BOTTLING** [1] - 71:4
**BOUGHT** [1] - 61:22
**BOUND** [2] - 7:15, 29:2
**BOX** [14] - 6:14, 6:15, 16:3, 36:24, 115:20, 115:21, 115:22, 115:25, 117:6, 117:13, 117:21, 118:19
**BRADLEY** [1] - 20:1
**BRANCH** [2] - 88:17, 107:20
**BRAND** [1] - 77:24
**BRANDS** [1] - 77:24
**BREAK** [16] - 11:12, 26:4, 26:5, 26:25, 103:2, 109:23, 112:25, 113:1, 113:3, 113:4, 114:19, 115:10, 119:15, 120:13
**BREAKING** [1] - 27:2
**BREAKS** [3] - 14:1, 26:5, 26:11
**BRIEF** [1] - 119:13
**BRIEFLY** [1] - 112:15
**BRING** [2] - 24:3, 51:20
**BROADER** [1] - 103:10
**BROADLY** [1] - 43:19
**BROKEN** [1] - 67:23
**BUICK** [1] - 104:7
**BUILDING** [2] - 10:15, 90:20
**BURDEN** [14] - 35:11, 35:12, 35:13, 35:17, 35:20, 35:22, 35:23,

36:2, 36:5, 61:1, 102:11, 102:14, 102:15
**BURDENS** [1] - 35:16
**BUS** [2] - 41:8, 41:11
**BUSINESS** [24] - 18:14, 18:21, 46:10, 49:3, 49:5, 49:24, 53:16, 54:21, 78:9, 86:25, 92:9, 93:2, 93:11, 94:13, 94:14, 107:6, 111:7, 111:9, 111:14, 111:16, 111:20, 112:1, 112:6
**BUSINESSES** [3] - 50:4, 51:1, 54:16
**BUSY** [1] - 39:11
**BY** [8] - 2:4, 2:5, 2:5, 2:6, 2:9, 2:14, 2:14, 2:15
**BYRON** [2] - 5:14, 17:2
**BYRON** [1] - 2:4

**C**

**CAFETERIA** [1] - 120:1
**CALCULUS** [2] - 64:10, 64:11
**CALIFORNIA** [5] - 1:2, 1:15, 1:25, 5:2, 122:7
**CALIFORNIA** [8] - 2:7, 2:10, 2:11, 2:16, 72:17, 72:19, 72:25, 110:20
**CALTRANS** [2] - 81:20
**CAMERAS** [1] - 54:1
**CANNOT** [8] - 11:5, 11:6, 11:18, 14:12, 14:13, 32:18, 47:16
**CANS** [1] - 99:20
**CAPABLE** [1] - 63:16
**CAR** [1] - 104:8
**CARE** [5] - 31:6, 51:6, 51:7, 54:1, 85:17
**CAREER** [2] - 59:13, 109:8
**CAREFUL** [1] - 28:17
**CAREFULLY** [1] - 6:24
**CARS** [1] - 104:6
**CASE** [1] - 5:7
**CASE** [189] - 6:7, 6:8, 6:9, 6:11, 7:19, 7:21, 8:7, 8:8, 8:20, 8:21, 9:17, 10:7, 10:10, 11:6, 11:7, 11:17, 12:6, 12:7, 12:8,

12:10, 12:11, 13:11, 15:24, 15:25, 16:5, 18:15, 19:10, 20:10, 21:4, 21:5, 21:6, 21:7, 21:8, 21:10, 21:11, 22:10, 22:17, 22:18, 22:25, 23:7, 23:12, 23:17, 24:1, 24:3, 24:11, 24:16, 24:22, 24:24, 24:25, 25:2, 25:5, 25:8, 25:12, 25:21, 25:24, 27:11, 27:14, 27:18, 27:20, 27:23, 28:2, 28:6, 28:13, 29:8, 29:15, 29:17, 29:19, 29:22, 29:23, 30:7, 30:19, 30:24, 30:25, 32:4, 32:16, 33:7, 33:8, 33:10, 33:14, 33:16, 33:17, 33:20, 33:22, 33:25, 34:21, 35:12, 35:13, 35:14, 35:17, 35:20, 36:2, 36:3, 36:5, 38:22, 39:3, 39:23, 39:25, 40:3, 40:7, 40:10, 40:15, 40:23, 40:24, 41:3, 41:4, 44:19, 44:20, 45:6, 46:23, 46:24, 47:6, 47:16, 48:13, 51:19, 56:5, 61:4, 62:10, 62:12, 62:14, 62:20, 63:6, 63:8, 63:12, 63:18, 65:9, 65:23, 66:2, 66:9, 69:2, 69:8, 73:4, 73:23, 74:17, 75:1, 75:7, 75:12, 75:18, 75:21, 81:9, 81:13, 81:23, 81:25, 82:3, 82:5, 82:6, 82:8, 85:16, 85:18, 90:11, 90:22, 91:19, 91:20, 91:21, 91:23, 94:23, 96:14, 96:20, 100:10, 100:12, 101:17, 102:12, 102:21, 105:15, 105:18, 106:7, 106:11, 106:12, 108:20, 112:10, 113:13, 113:15, 114:9, 115:15, 115:16, 118:9, 118:12, 118:24, 120:10, 120:18
**CASE** [1] - 1:6
**CASES** [11] - 10:8, 10:13, 23:21, 23:23, 33:12, 35:15, 35:23,

39:2, 39:7, 60:14, 60:15
**CATEGORY** [3] - 32:4, 32:7, 32:8
**CATERING** [3] - 83:15, 83:21, 95:18
**CAUSES** [1] - 72:9
**CAUTION** [1] - 120:1
**CELL** [2] - 14:10, 14:11
**CELLULAR** [1] - 74:10
**CENTER** [2] - 38:6, 76:13
**CENTRAL** [2] - 1:2, 122:7
**CEREMONIAL** [1] - 5:24
**CERTAIN** [14] - 8:12, 10:5, 12:18, 13:15, 31:10, 32:9, 46:15, 72:14, 84:8, 84:25, 85:2, 88:3, 105:5, 105:9
**CERTAINLY** [3] - 26:9, 59:21
**CERTIFICATE** [1] - 122:1
**CERTIFICATIONS** [1] - 80:10
**CERTIFY** [1] - 122:7
**CETERA** [2] - 36:15, 57:25
**CHAIN** [1] - 109:6
**CHALLENGES** [1] - 113:23
**CHANCE** [1] - 25:5
**CHANDALAR** [1] - 2:9
**CHANGE** [4] - 39:16, 45:9, 63:22, 82:5
**CHANGED** [2] - 25:7, 51:17
**CHANGES** [11] - 50:18, 52:4, 55:25, 63:20, 69:10, 82:17, 85:13, 96:11, 102:17, 106:17, 108:25
**CHARLIE** [1] - 119:18
**CHAT** [1] - 76:12
**CHEMICAL** [4] - 12:22, 12:23, 42:17, 84:14
**CHEMICALS** [16] - 21:18, 21:24, 42:18, 50:16, 61:17, 68:2, 68:3, 78:18, 83:16, 84:9, 84:15, 84:17, 84:25, 99:1, 99:15, 104:25
**CHEVROLET** [1] -

104:7
CHICAGO [3] - 110:23, 111:7, 111:14
CHILD [3] - 52:9, 52:13, 60:10
CHILDREN [7] - 39:20, 39:22, 52:7, 59:15, 67:7, 68:10, 89:12
CHOICE [1] - 7:20
CHRISTOPHER [1] - 20:8
CHROMATOGRAPHY [3] - 41:23, 42:1, 42:14
CITIZENS [1] - 24:15
CITY [1] - 97:19
CIVIL [32] - 6:9, 10:8, 13:11, 15:25, 23:23, 23:25, 24:1, 24:10, 29:15, 29:19, 29:21, 35:12, 35:13, 35:17, 35:23, 38:18, 38:20, 39:23, 40:15, 60:25, 75:22, 81:17, 81:25, 82:3, 82:5, 82:6, 91:20, 94:2, 94:4, 94:6, 101:14, 106:11
CLAIM [1] - 30:9
CLAIMING [2] - 30:7, 30:11
CLAIMS [3] - 21:16, 21:23, 22:6
CLARITA [12] - 5:8, 6:8, 6:12, 16:5, 18:17, 18:22, 19:2, 21:13, 21:16, 59:4, 114:18, 114:24
CLARITA [1] - 1:5
CLASSIFIED [1] - 110:13
CLEAN [5] - 47:15, 72:22, 84:14, 98:18, 104:25
CLEANING [2] - 83:17, 84:5
CLEANUP [2] - 84:1, 99:1
CLEANUPS [1] - 71:24
CLEAR [1] - 65:22
CLEARLY [1] - 22:17
CLERK [5] - 5:7, 7:5, 7:11, 119:3, 119:11
CLERK [3] - 37:24, 38:4
CLIENT [1] - 5:18
CLIENTS [6] - 70:8, 93:3, 93:11, 95:18,

96:8, 103:20
CLOSE [5] - 19:2, 19:4, 19:5, 19:6, 49:13
CLOSER [3] - 47:21, 64:18, 121:6
CLOTHING [5] - 13:18, 13:23, 66:22, 67:1, 67:2
COACH [1] - 77:10
CODE [1] - 122:8
COLE [1] - 19:24
COLLECTIVE [1] - 7:14
COLLEGE [8] - 59:24, 64:9, 77:18, 110:1, 110:6, 110:15, 110:20, 112:21
COLUMN [1] - 43:2
COLUMNS [2] - 42:1, 42:14
COMFORTABLE [6] - 56:24, 91:3, 91:12, 91:15, 91:18, 106:24
COMING [9] - 14:8, 21:7, 22:10, 23:7, 42:9, 93:3, 100:4, 108:6, 117:18
COMMISSARIES [1] - 88:20
COMMITTED [3] - 75:13, 75:14, 75:15
COMMON [3] - 20:3, 51:21, 65:25
COMMUNICATE [5] - 11:5, 11:18, 22:17, 76:10, 88:2
COMMUNICATING [1] - 12:3
COMMUNITY [4] - 110:1, 110:6, 110:15, 110:20
COMPANIES [10] - 42:1, 49:18, 54:18, 70:11, 83:5, 83:6, 83:10, 86:2, 86:7, 86:13
COMPANY [38] - 41:23, 43:14, 46:5, 46:13, 49:16, 49:18, 53:11, 53:13, 55:15, 64:8, 70:8, 70:18, 76:9, 79:2, 79:4, 79:9, 80:1, 80:18, 80:23, 83:5, 87:4, 88:18, 92:12, 92:13, 95:3, 95:6, 95:9, 95:10, 95:13, 95:16, 97:11, 103:7, 103:9, 103:11, 103:14,

104:5
COMPANY'S [1] - 95:25
COMPENSATE [1] - 30:9
COMPENSATORY [2] - 30:8, 30:21
COMPLETE [2] - 36:11, 58:14
COMPLETED [1] - 118:11
COMPLIANCE [1] - 80:19
COMPLY [3] - 10:20, 11:2, 31:4
COMPONENTS [1] - 46:2
COMPOUNDS [5] - 21:19, 22:14, 22:21, 78:12, 100:4
COMPUTER [5] - 38:7, 64:10, 64:11, 87:23, 87:25
CONCERN [19] - 43:24, 44:12, 44:15, 44:23, 61:18, 62:18, 62:19, 63:17, 67:25, 68:4, 68:17, 68:20, 68:25, 69:5, 73:8, 78:8, 81:5, 81:8, 114:5
CONCERNED [2] - 61:7, 61:21
CONCERNING [3] - 31:4, 46:19, 67:21
CONCERNS [11] - 44:20, 45:4, 52:1, 61:9, 65:18, 67:15, 68:23, 72:24, 73:10, 75:9, 96:17
CONDUCT [2] - 12:12, 32:22
CONFERENCE [1] - 122:12
CONFIRM [2] - 39:10, 121:3
CONFORMANCE [1] - 122:12
CONFUSED [2] - 36:3, 95:6
CONNECTION [4] - 23:23, 43:20, 58:15, 69:1
CONSIDER [4] - 32:19, 33:17, 33:23, 33:24
CONSIDERED [1] - 27:12
CONSTITUTION [3] - 23:19, 23:24, 24:12

CONSTITUTIONAL [1] - 24:3
CONTACT [4] - 16:14, 100:20, 100:25, 101:5
CONTACTED [1] - 44:8
CONTAIN [2] - 99:3
CONTAINED [1] - 23:23
CONTAMINATED [3] - 22:1, 58:12, 61:8
CONTAMINATION [14] - 22:7, 33:15, 43:19, 43:22, 46:19, 47:12, 48:18, 48:20, 58:12, 58:14, 58:16, 58:23, 61:21, 104:22
CONTEMPT [1] - 10:21
CONTENDS [1] - 21:25
CONTEXT [2] - 9:24, 33:2
CONTINUE [1] - 113:14
CONTRACTORS [2] - 97:22, 97:24
CONTRIBUTE [1] - 65:20
CONTRIBUTING [1] - 17:12
CONTROL [5] - 41:18, 41:21, 101:8, 103:15, 103:17
CONVERSATION [1] - 33:10
COOK [3] - 82:25, 83:12, 105:9
COOKING [1] - 83:16
CORE [1] - 42:12
CORPORATION [1] - 1:8
CORPORATION [14] - 5:9, 5:17, 6:9, 17:17, 17:19, 17:24, 18:3, 18:18, 18:23, 21:17, 22:4, 24:6, 114:18, 116:6
CORPS [3] - 107:11, 107:21, 107:25
CORRECT [34] - 36:4, 39:15, 40:17, 45:17, 49:10, 52:8, 53:2, 53:18, 54:10, 55:5, 56:10, 58:1, 63:13, 69:8, 69:20, 70:9, 71:10, 72:2, 72:16, 72:23, 75:2, 75:19, 89:13, 98:7, 98:10,

98:24, 99:2, 101:4, 101:18, 102:8, 102:22, 109:9, 112:4, 118:7
CORRECT [1] - 122:9
CORRECTED [1] - 51:9
CORRECTLY [5] - 13:13, 51:4, 51:17, 83:20, 121:5
COSTCO [1] - 89:18
COUNSEL [3] - 5:10, 5:11, 16:4
COUNSEL [1] - 2:1
COUNSELING [1] - 110:11
COUNSELORS [1] - 110:12
COUNT [1] - 118:7
COUNTY [8] - 57:5, 57:6, 57:14, 74:21, 100:21, 100:22, 101:3, 101:11
COUNTY [1] - 57:24
COUPLE [4] - 13:2, 22:23, 42:5, 121:21
COURSE [18] - 12:25, 14:11, 25:14, 46:8, 46:19, 47:11, 49:20, 50:24, 51:6, 52:14, 54:15, 62:17, 78:16, 84:1, 89:3, 98:13, 104:20
COURT [24] - 5:6, 14:23, 14:25, 15:22, 24:3, 24:14, 25:2, 25:13, 25:14, 26:13, 33:20, 37:24, 38:1, 38:4, 40:18, 62:23, 74:19, 74:20, 90:16, 90:20, 113:19, 114:16, 119:7, 120:24
COURT [11] - 7:9, 8:4, 8:5, 10:9, 25:15, 36:9, 38:9, 40:9, 40:12, 60:24, 119:8
COURT [460] - 1:1, 1:24, 5:15, 5:20, 7:13, 15:18, 16:21, 16:25, 17:8, 17:13, 17:20, 17:25, 18:6, 37:21, 38:2, 38:4, 38:8, 38:12, 38:15, 38:18, 38:21, 39:1, 39:9, 39:16, 39:20, 39:23, 39:25, 40:4, 40:6, 40:9, 40:13, 40:18, 40:22, 41:1, 41:8, 41:11, 41:13,

41:15, 41:20, 42:3, 42:10, 42:18, 42:23, 43:4, 43:11, 43:17, 43:23, 44:7, 44:11, 44:18, 44:23, 45:4, 45:9, 45:13, 45:18, 45:22, 46:5, 46:8, 46:12, 46:17, 46:22, 47:9, 48:12, 48:16, 48:20, 48:22, 49:4, 49:8, 49:11, 49:15, 49:20, 50:2, 50:12, 50:24, 51:11, 51:18, 52:1, 52:4, 52:7, 52:11, 52:14, 52:17, 52:21, 52:23, 53:3, 53:6, 53:9, 53:12, 53:15, 53:19, 53:23, 54:3, 54:8, 54:11, 54:15, 54:20, 54:24, 55:2, 55:6, 55:8, 55:13, 55:15, 55:19, 55:21, 55:25, 56:3, 56:8, 56:11, 56:15, 56:21, 56:23, 57:2, 57:6, 57:9, 57:12, 57:18, 57:22, 58:3, 58:6, 58:15, 58:21, 59:1, 59:3, 59:6, 59:9, 59:11, 59:15, 59:19, 59:21, 60:2, 60:8, 60:13, 60:17, 60:19, 60:22, 60:24, 61:3, 61:6, 61:24, 62:2, 62:6, 62:10, 62:16, 62:18, 63:1, 63:5, 63:8, 63:11, 63:14, 63:16, 63:20, 63:24, 64:3, 64:5, 64:11, 64:14, 64:24, 65:1, 65:4, 65:6, 65:9, 65:16, 65:18, 66:5, 66:7, 66:12, 66:15, 66:19, 66:24, 67:2, 67:7, 67:10, 67:12, 67:14, 67:22, 67:25, 68:6, 68:9, 68:13, 68:15, 68:17, 68:22, 68:25, 69:4, 69:10, 69:13, 69:18, 69:21, 69:25, 70:4, 70:7, 70:10, 70:13, 70:17, 70:21, 71:3, 71:7, 71:12, 71:16, 71:22, 72:3, 72:10, 72:17, 72:20, 72:24, 73:2, 73:6, 73:8, 73:14, 73:25, 74:2, 74:5, 74:11, 74:14, 74:16, 74:19, 74:22, 74:25, 75:3, 75:6,

75:9, 75:12, 75:20, 75:24, 76:2, 76:5, 76:14, 76:18, 76:24, 77:3, 77:8, 77:15, 77:19, 78:8, 78:16, 78:25, 79:4, 79:8, 79:14, 79:22, 80:4, 80:6, 80:18, 80:21, 80:25, 81:5, 81:12, 81:18, 81:22, 82:3, 82:6, 82:12, 82:16, 82:20, 82:24, 83:2, 83:5, 83:7, 83:11, 83:18, 83:25, 84:3, 84:7, 84:11, 84:18, 84:22, 85:2, 85:6, 85:9, 85:13, 85:16, 85:21, 85:25, 86:4, 86:9, 86:15, 86:20, 86:24, 87:3, 87:7, 87:9, 87:14, 87:17, 87:19, 87:22, 88:2, 88:6, 88:9, 88:11, 88:14, 88:17, 88:21, 88:24, 89:3, 89:7, 89:10, 89:12, 89:17, 89:19, 89:22, 89:25, 90:5, 90:8, 90:10, 90:13, 90:17, 90:20, 90:22, 90:24, 91:1, 91:3, 91:15, 91:19, 91:23, 92:1, 92:6, 92:17, 92:22, 92:24, 93:2, 93:10, 93:14, 93:18, 93:20, 93:22, 94:2, 94:6, 94:9, 94:12, 94:24, 95:5, 95:12, 95:23, 96:1, 96:5, 96:11, 96:14, 96:17, 96:19, 96:25, 97:3, 97:7, 97:10, 97:14, 97:17, 97:20, 97:25, 98:5, 98:8, 98:12, 98:20, 98:22, 98:25, 99:4, 99:9, 99:16, 99:21, 100:3, 100:7, 100:10, 100:16, 100:22, 100:25, 101:5, 101:9, 101:13, 101:17, 101:19, 101:21, 102:2, 102:4, 102:7, 102:9, 102:11, 102:14, 102:17, 102:20, 102:23, 103:13, 103:16, 103:21, 103:23, 103:25, 104:3, 104:9, 104:12, 104:15, 104:20, 105:3,

105:11, 105:14, 105:18, 105:20, 105:22, 106:1, 106:6, 106:10, 106:14, 106:17, 106:20, 106:23, 107:5, 107:9, 107:14, 107:17, 107:20, 107:22, 107:24, 108:3, 108:9, 108:12, 108:15, 108:18, 108:22, 108:25, 109:4, 109:7, 109:10, 109:14, 109:17, 109:21, 109:25, 110:5, 110:9, 110:14, 110:18, 110:22, 111:1, 111:4, 111:9, 111:15, 111:21, 111:25, 112:5, 112:8, 112:12, 112:15, 112:18, 112:22, 113:20, 114:1, 114:3, 114:17, 115:1, 116:5, 116:9, 116:17, 116:20, 117:3, 117:10, 117:17, 117:24, 119:12, 120:25, 121:8, 121:12, 121:23, 122:6, 122:19

**COURTHOUSE** [1] - 5:22
**COURTROOM** [2] - 6:3, 6:6
**COURTROOM** [42] - 5:23, 5:24, 6:3, 6:16, 7:3, 8:21, 13:7, 14:6, 14:18, 14:20, 14:22, 15:7, 16:2, 17:7, 17:12, 20:23, 25:3, 25:7, 25:25, 28:15, 29:9, 33:3, 34:12, 37:2, 37:24, 38:12, 38:16, 38:21, 39:2, 39:5, 39:11, 39:12, 41:5, 44:21, 51:21, 113:16, 119:16, 119:18, 119:22
**COURTROOMS** [1] - 38:6
**COURTS** [1] - 26:9
**COURTS** [1] - 103:9
**COUSIN** [1] - 19:3
**COVID** [3] - 74:14, 93:7, 100:19

**COVINA** [6] - 61:11, 61:13, 61:22, 61:25, 63:17
**CPA** [1] - 69:19
**CREDIBILITY** [1] - 34:7
**CREDIT** [2] - 32:10, 34:6
**CRIME** [1] - 10:21
**CRIMINAL** [28] - 10:9, 13:11, 23:21, 23:22, 29:17, 29:19, 29:23, 35:13, 35:14, 35:20, 36:2, 60:14, 60:25, 74:17, 75:18, 75:22, 81:13, 81:15, 81:17, 81:23, 90:11, 90:20, 91:21, 94:3, 94:5, 94:6, 94:8, 105:15
**CRR** [2] - 1:23, 122:19
**CRUZ** [5] - 7:3, 13:10, 14:19, 119:1, 119:19
**CSR** [2] - 1:23, 122:19
**CUE** [1] - 15:13
**CURRENT** [2] - 77:19, 98:6
**CURRY** [1] - 11:23
**CUSTOMER** [1] - 42:16
**CUSTOMERS** [5] - 43:3, 43:6, 43:9, 43:16, 87:15
**CV** [2] - 1:7, 5:8

# D

**DAIRY** [2] - 87:2, 89:2
**DAMAGED** [1] - 103:19
**DAMAGES** [16] - 30:2, 30:4, 30:6, 30:8, 30:12, 30:19, 30:21, 31:2, 31:5, 31:9, 31:10, 31:11, 82:14
**DAN** [1] - 19:25
**DANGEROUS** [1] - 61:17
**DANIEL** [3] - 5:18, 17:24, 20:6
**DANIEL** [1] - 2:15
**DARK** [1] - 25:15
**DATED** [1] - 122:15
**DAUGHTER** [1] - 67:12
**DAUS** [1] - 20:2
**DAWSON** [1] - 20:2
**DAY** [2] - 1:13, 122:15
**DAY-TO-DAY** [3] - 17:11, 44:17, 62:4
**DAYS** [5] - 25:2,

25:12, 25:13, 25:14, 26:23
**DEADLOCK** [1] - 75:3
**DEAL** [7] - 41:23, 42:13, 42:20, 43:8, 43:9, 44:16, 79:25
**DEALERSHIP** [3] - 49:9, 49:16, 51:6
**DEALING** [3] - 54:21, 99:17, 101:9
**DEALINGS** [6] - 55:22, 58:8, 89:4, 99:21, 104:21, 108:15
**DEALT** [1] - 47:12
**DEAN** [7] - 110:1, 110:5, 110:7, 110:10, 110:11, 110:14, 110:20
**DEATH** [1] - 81:20
**DECENT** [1] - 26:7
**DECIDE** [28] - 7:21, 12:18, 12:23, 23:13, 23:17, 24:4, 24:11, 24:15, 29:8, 30:24, 32:12, 32:16, 34:5, 34:7, 41:4, 44:20, 56:5, 62:12, 63:12, 65:25, 66:1, 69:7, 80:13, 81:9, 85:18, 91:23, 100:12, 106:3
**DECIDED** [4] - 24:22, 65:23, 77:13, 82:14
**DECIDING** [4] - 8:20, 48:8, 106:12, 112:10
**DECISION** [4] - 11:22, 62:20, 73:19, 73:20
**DECK** [1] - 100:19
**DECLARED** [1] - 75:4
**DECREASE** [1] - 58:23
**DEEP** [1] - 105:12
**DEFAULT** [1] - 114:4
**DEFEND** [1] - 24:6
**DEFENDANT** [15] - 16:1, 16:3, 17:17, 18:17, 21:17, 21:23, 22:3, 22:4, 23:21, 29:25, 30:5, 30:15, 30:18, 31:7
**DEFENDANTS** [2] - 1:9, 2:12
**DEFENSE** [5] - 5:15, 6:15, 17:16, 17:22
**DEFINED** [2] - 43:20, 56:9
**DEFINITELY** [2] - 121:7, 121:10
**DEGREASER** [1] - 84:14
**DEGREE** [2] - 60:9,

64:22
**DELAY** [1] - 10:14
**DELIBERATE** [4] -
28:19, 40:19, 82:7,
90:24
**DELIBERATED** [2] -
101:17, 105:18
**DELIBERATING** [8] -
40:4, 60:15, 60:17,
74:22, 74:24, 75:17,
106:7, 118:24
**DELIBERATION** [1] -
65:20
**DELIVERED** [2] -
107:4, 108:8
**DEMONSTRATED** [1]
- 30:5
**DENIES** [1] - 22:4
**DEPARTMENT** [3] -
24:24, 107:4
**DEPARTMENT** [1] -
97:13
**DEPOS** [1] - 93:6
**DEPRIVING** [1] -
32:23
**DEPUTY** [3] - 7:3,
13:7, 20:23
**DESANITIZING** [1] -
105:1
**DESCRIBE** [2] - 21:6,
44:11
**DESCRIBED** [3] -
44:24, 88:7, 108:23
**DESCRIPTION** [1] -
4:3
**DESIGN** [1] - 46:1
**DESIGNATED** [1] -
85:3
**DESIGNED** [2] - 7:23,
51:13
**DETAIL** [1] - 12:9
**DETAILS** [1] - 42:11
**DETERMINE** [2] -
28:13, 30:14
**DEVICE** [1] - 44:5
**DEVOTED** [1] - 7:24
**DIAGRAMS** [1] - 32:5
**DIAZ** [3] - 20:4, 20:12
**DICHOTOMY** [1] -
72:13
**DIEGO** [1] - 74:21
**DIFFERENCE** [4] -
40:20, 65:16, 72:14,
98:17
**DIFFERENT** [18] -
18:20, 35:13, 35:16,
50:10, 53:11, 57:14,
58:3, 75:15, 83:5,
83:6, 83:12, 91:21,
97:22, 97:23, 100:2,

105:6, 111:8, 111:24
**DIFFICULT** [7] -
10:25, 13:14, 40:23,
41:3, 47:20, 56:4,
108:19
**DIFFICULTY** [1] -
75:21
**DIGITAL** [1] - 76:5
**DIME** [1] - 71:6
**DIMINISH** [1] - 69:5
**DIMINISHED** [1] -
58:18
**DINING** [3] - 83:15,
83:23, 83:24
**DIODES** [1] - 42:22
**DIRECT** [1] - 10:5
**DIRECTED** [1] - 6:6
**DIRECTION** [1] -
73:11
**DIRECTIONS** [2] -
119:19, 119:20
**DIRECTLY** [3] - 44:5,
49:25, 108:5
**DIRECTOR** [1] -
110:25
**DISAGREE** [5] -
28:23, 29:4, 29:10,
31:1, 31:14
**DISAGREEMENT** [1] -
29:5
**DISCERNED** [1] -
66:20
**DISCHARGING** [1] -
113:11
**DISCLOSE** [2] - 46:24,
47:8
**DISCOURAGE** [1] -
120:6
**DISCRIMINATING** [1]
- 34:15
**DISCUSSED** [1] -
121:2
**DISPOSAL** [20] - 46:9,
46:13, 46:19, 49:22,
50:4, 50:16, 50:17,
50:23, 54:17, 54:21,
55:17, 58:9, 78:21,
85:10, 89:4, 99:22,
101:10, 101:11,
104:22
**DISPOSE** [1] - 84:8
**DISPOSED** [7] - 50:6,
50:21, 51:15, 51:16,
55:3, 105:5
**DISPOSING** [1] - 50:8
**DISPUTE** [1] - 24:15
**DISREGARDING** [1] -
75:16
**DISRUPT** [1] - 14:13
**DISSOLVED** [1] - 44:4

**DISTANT** [1] - 19:3
**DISTINCTION** [2] -
48:10, 65:13
**DISTINCTIONS** [1] -
60:25
**DISTINGUISH** [1] -
60:19
**DISTINGUISHING** [1]
- 75:21
**DISTRACTION** [1] -
14:12
**DISTRIBUTES** [1] -
87:4
**DISTRIBUTING** [3] -
86:16, 87:15, 88:4
**DISTRIBUTION** [3] -
85:25, 88:8, 98:4
**DISTRICT** [5] - 1:1,
1:2, 1:3, 122:6,
122:7
**DISTRICTS** [1] - 89:2
**DIVIDE** [1] - 24:4
**DIVISION** [2] - 57:16,
58:2
**DIVISION** [1] - 1:2
**DO** [1] - 122:7
**DOCTORATE** [3] -
59:25, 60:2, 110:3
**DOCUMENT** [1] -
23:18
**DOCUMENTS** [3] -
32:5, 38:7, 94:20
**DONATE** [1] - 80:15
**DONE** [22] - 15:7,
18:14, 18:21, 20:25,
44:7, 45:18, 50:18,
52:18, 59:3, 59:12,
70:21, 71:25, 76:15,
81:6, 83:14, 91:5,
91:6, 98:8, 100:25,
101:2, 101:9, 112:18
**DOOR** [1] - 14:7
**DOORS** [2] - 104:7,
113:17
**DOUBT** [2] - 20:16,
35:21
**DOWN** [9] - 11:24,
13:14, 15:9, 15:14,
36:19, 37:8, 55:12,
67:23, 115:2
**DOWNSTAIRS** [5] -
116:10, 117:18,
118:12, 118:13,
120:2
**DOWNTOWN** [2] -
87:24, 90:17
**DRAIN** [2] - 50:19,
55:10
**DRAINS** [1] - 100:1
**DRAW** [1] - 6:22

**DRINK** [4] - 44:5, 62:6,
68:6, 68:13
**DRINKING** [7] - 21:15,
68:1, 68:4, 68:23,
72:12, 72:22
**DRIVER** [3] - 41:9,
41:11, 81:20
**DRUG** [2] - 41:24,
43:7
**DUANE** [1] - 20:7
**DUE** [1] - 13:7
**DUMP** [3] - 54:23,
55:12, 61:12
**DURANT** [1] - 20:5
**DURATION** [1] - 17:4
**DURING** [3] - 9:15,
78:16, 99:22
**DUTIES** [1] - 71:19
**DUTY** [1] - 14:24

# E

**E-MAIL** [1] - 76:12
**E-MAILS** [1] - 11:9
**E-X-E-L-A** [1] - 96:6
**EARLY** [2] - 8:18,
25:20
**EARN** [1] - 112:2
**EASIER** [4] - 13:12,
16:8, 32:11, 87:9
**EASILY** [1] - 26:10
**EAT** [2] - 119:25,
120:6
**EDIBLE** [1] - 86:22
**EDLIN** [1] - 2:13
**EDUCATION** [6] -
76:21, 76:22, 110:4,
110:24, 111:5,
112:17
**EFFECT** [1] - 88:2
**EFFICIENT** [1] - 9:13
**EFFICIENTLY** [2] -
9:17, 13:4
**EIGHT** [3] - 42:9,
88:13, 99:8
**EITHER** [6] - 9:11,
18:20, 18:22, 24:8,
24:13, 108:16
**ELECTRIC** [1] - 98:3
**ELECTRICIAN** [3] -
97:8, 97:23, 98:1
**ELEVATOR** [1] -
119:17
**ELIGIBLE** [1] - 47:23
**EMITS** [1] - 98:25
**EMPHASIZE** [1] -
26:18
**EMPLOYEES** [3] -
58:5, 79:7, 96:21
**EMPLOYER** [2] - 12:7,

98:6
**EMPLOYMENT** [5] -
46:20, 50:24, 93:25,
94:9, 98:14
**EMPLOYMENTS** [1] -
89:4
**EMT** [2] - 52:19, 52:21
**ENABLES** [1] - 64:19
**END** [8] - 19:14,
25:20, 28:18, 54:21,
74:8, 75:4, 87:22,
92:14
**ENDED** [2] - 47:4,
95:21
**ENDS** [1] - 68:19
**ENGINE** [1] - 50:20
**ENGINEER** [3] -
45:16, 45:25, 47:1
**ENJOY** [2] - 65:4,
118:14
**ENTAIL** [1] - 80:10
**ENTAILS** [2] - 28:9,
92:15
**ENTER** [1] - 38:6
**ENTIRE** [1] - 98:8
**ENTITLED** [1] - 122:11
**ENTITLED** [3] - 24:11,
30:2, 30:7
**ENVIRONMENT** [4] -
50:11, 50:14, 50:21,
73:10
**ENVIRONMENTAL**
[25] - 38:22, 39:3,
41:24, 41:25, 43:3,
43:5, 43:12, 43:15,
43:16, 51:2, 51:11,
70:11, 71:9, 72:1,
72:8, 77:20, 79:2,
79:10, 79:25, 80:19,
80:21, 94:10, 98:13,
104:22, 108:16
**ENVIRONMENTALL
Y** [1] - 51:13
**EQUIPMENT** [2] - 46:1
**ERIC** [1] - 2:15
**ERIC** [4] - 2:20, 5:18,
18:3, 19:22
**ESPECIALLY** [2] -
60:25, 91:5
**ESSENTIALLY** [7] -
12:9, 32:1, 37:3,
57:16, 92:14, 93:3,
111:22
**ESTATE** [3] - 57:2,
57:16, 111:10
**ESTIMATE** [2] - 22:24,
25:14
**ESTIMATED** [1] -
27:14
**ET** [4] - 1:8, 5:9,

36:15, 57:25
**EVALUATE** [2] - 34:11, 51:22
**EVERYDAY** [1] - 99:14
**EVIDENCE** [1] - 4:2
**EVIDENCE** [18] - 28:14, 31:19, 31:20, 32:2, 32:17, 33:25, 35:18, 35:22, 35:24, 38:22, 39:13, 51:22, 51:23, 62:13, 69:7, 113:15, 119:8
**EXACT** [1] - 24:5
**EXACTLY** [12] - 15:19, 32:3, 58:20, 60:12, 65:5, 65:8, 65:15, 67:24, 68:21, 82:15, 87:13, 108:11
**EXAMINE** [1] - 33:2
**EXAMPLE** [15] - 13:20, 15:12, 32:4, 33:13, 44:8, 47:17, 47:21, 48:3, 50:13, 63:2, 83:11, 86:15, 93:25, 95:14, 95:16
**EXAMPLES** [2] - 50:13, 67:17
**EXCEPT** [2] - 58:1, 114:19
**EXCUSE** [9] - 27:17, 113:8, 115:12, 116:7, 116:19, 117:2, 117:8, 117:16, 117:22
**EXCUSES** [1] - 27:11
**EXELA** [2] - 96:3, 96:5
**EXERCISE** [1] - 115:11
**EXHIBITS** [1] - 4:1
**EXHIBITS** [5] - 28:17, 32:2, 32:3, 32:5, 32:17
**EXPECT** [4] - 8:17, 16:7, 26:2, 113:2
**EXPECTED** [3] - 7:1, 12:10, 25:11
**EXPERIENCE** [15] - 10:25, 13:15, 16:13, 41:2, 43:18, 51:21, 56:4, 76:5, 79:1, 90:11, 91:1, 91:9, 91:10, 112:9, 120:4
**EXPERIENCED** [1] - 22:16
**EXPERIENCES** [4] - 73:17, 76:11, 81:1, 81:8
**EXPERT** [4] - 47:16, 48:8, 51:22, 65:13

**EXPERTISE** [2] - 47:10, 48:17
**EXPERTS** [2] - 47:18, 65:24
**EXPLAIN** [11] - 7:16, 12:7, 12:15, 12:25, 22:24, 28:1, 28:10, 31:21, 60:4, 62:23, 118:21
**EXPLAINED** [3] - 27:6, 51:19, 118:23
**EXPLAINING** [3] - 47:17, 62:24, 73:3
**EXPLANATION** [2] - 113:8, 115:13
**EXPLOSION** [1] - 98:23
**EXPOSED** [1] - 38:25
**EXPRESS** [1] - 106:2
**EXPRESSED** [1] - 72:11
**EXTEND** [1] - 117:6
**EXTENDED** [1] - 19:6
**EXTENDS** [3] - 116:14, 116:24, 117:13
**EXTENT** [3] - 44:11, 58:22, 115:14
**EXTRA** [1] - 77:11
**EYE** [1] - 76:11

# F

**FACE** [2] - 7:3, 16:15
**FACEBOOK** [1] - 11:9
**FACED** [1] - 17:9
**FACILITIES** [1] - 54:5
**FACILITY** [5] - 53:1, 53:24, 54:1, 54:12, 58:22
**FACT** [5] - 23:20, 25:4, 28:12, 80:14, 91:11
**FACTS** [29] - 8:21, 11:22, 28:12, 28:13, 28:21, 29:8, 29:9, 30:25, 32:9, 32:11, 32:12, 41:5, 44:21, 48:8, 56:5, 61:20, 62:13, 63:6, 63:12, 65:23, 66:2, 73:19, 75:14, 81:9, 85:18, 91:24, 100:12, 106:12
**FAIR** [14] - 23:14, 32:24, 33:4, 41:3, 45:1, 56:8, 60:13, 63:14, 69:2, 73:18, 102:20, 108:22, 112:10, 112:12
**FAIRLY** [7] - 8:20,

8:24, 25:20, 26:4, 75:14, 108:10, 119:13
**FALL** [1] - 67:19
**FALSE** [2] - 8:3, 8:6
**FAMILIAR** [3] - 23:20, 54:17, 100:3
**FAMILY** [8] - 11:7, 18:14, 18:20, 18:21, 19:1, 19:2, 19:4, 19:5
**FANCY** [1] - 35:18
**FAR** [8] - 47:8, 55:16, 79:13, 83:9, 101:10, 101:24, 109:10, 121:14
**FARGO** [1] - 59:8
**FASHION** [1] - 11:3
**FAST** [1] - 70:3
**FASTER** [1] - 79:21
**FAVOR** [2] - 11:23, 35:3, 35:24
**FEAR** [2] - 62:22, 62:24
**FEARFUL** [1] - 23:3
**FEDERAL** [1] - 1:24, 122:5, 122:19
**FEDERAL** [3] - 5:21, 40:18, 40:23
**FEET** [1] - 37:5
**FELLOW** [3] - 16:23, 28:18, 96:21
**FELT** [1] - 91:12
**FEW** [6] - 22:24, 52:20, 83:23, 103:2, 103:3, 121:16
**FIELD** [4] - 43:7, 53:16, 99:13, 108:13
**FIGUEROA** [1] - 2:6
**FIGURE** [1] - 13:13
**FILED** [1] - 99:14
**FILES** [1] - 39:6
**FILING** [1] - 71:20
**FILL** [3] - 9:2, 37:13, 96:10
**FILLED** [1] - 96:8
**FILTER** [3] - 44:13, 68:14, 68:15
**FILTRATION** [1] - 44:5
**FINDERS** [1] - 28:12
**FINE** [8] - 10:7, 12:10, 20:25, 64:18, 65:12, 83:14, 83:23, 83:24
**FINES** [1] - 51:8
**FINISH** [2] - 8:17, 64:22
**FIRM** [15] - 69:22, 69:24, 70:1, 92:12, 92:14, 93:3, 93:6, 93:10, 93:12, 93:18,

93:23, 95:3, 95:7, 95:9, 95:10
**FIRST** [20] - 5:11, 11:5, 13:6, 14:16, 14:19, 16:23, 18:6, 24:21, 29:22, 30:7, 31:21, 56:16, 70:25, 71:18, 71:19, 94:2, 103:5, 103:9, 120:12, 121:17
**FIRST-TIME** [1] - 71:19
**FIVE** [2] - 39:8, 53:8
**FIXED** [1] - 54:2
**FLATTOP** [1] - 84:14
**FLATTOPS** [1] - 84:6
**FLEXIBILITY** [1] - 27:3
**FLEXIBLE** [1] - 27:1
**FLOOR** [2] - 2:7, 2:10
**FLOOR** [2] - 119:17
**FLU** [2] - 74:10, 74:12
**FLUSH** [1] - 11:10
**FOAM** [1] - 78:2
**FOCUS** [5] - 25:9, 31:1, 70:7, 71:3, 74:11
**FOCUSED** [1] - 39:6
**FOCUSING** [1] - 39:13
**FOLLOW** [9] - 8:10, 12:4, 28:22, 31:14, 35:5, 39:13, 48:5, 84:19, 96:25
**FOLLOWED** [1] - 51:16
**FOLLOWING** [8] - 5:5, 8:12, 9:5, 36:13, 86:10, 113:18, 114:15, 120:23
**FONT** [1] - 19:17
**FOOD** [3] - 84:1, 86:24, 105:13
**FOR** [6] - 2:3, 2:12, 4:2, 122:6
**FOREGOING** [1] - 122:9
**FORGET** [1] - 61:20
**FORGIVE** [2] - 8:13, 80:4
**FORGOT** [3] - 5:19, 11:13, 70:24
**FORM** [2] - 10:19, 11:8
**FORMAT** [1] - 122:11
**FORMS** [2] - 31:20, 31:21
**FORTHRIGHT** [1] - 114:7
**FOUR** [8] - 45:20, 46:6, 74:18, 76:16,

92:20, 107:10, 107:12
**FOUR-AND-A-HALF** [2] - 45:20, 46:6
**FOURTHS** [1] - 40:15
**FRANCISCO** [2] - 2:11, 2:16
**FRED** [5] - 5:14, 5:16, 17:4, 17:19
**FRED** [2] - 2:6, 2:14
**FREE** [6] - 28:23, 116:10, 116:21, 117:4, 117:17, 117:24
**FREQUENTLY** [1] - 20:15
**FRIED** [1] - 105:12
**FRIENDS** [1] - 11:3
**FRIGHTEN** [1] - 10:24
**FRONT** [1] - 13:21
**FRUSTRATING** [2] - 10:16, 106:1
**FRYER** [2] - 2:19, 5:19
**FRYERS** [1] - 84:6
**FUDACZ** [3] - 5:14, 17:4, 17:13
**FUDACZ** [3] - 2:6, 17:3, 17:10
**FULL** [3] - 42:11, 79:23, 109:3
**FULLY** [3] - 14:12, 60:4, 65:6
**FUNCTION** [2] - 34:8, 42:12
**FURNITURE** [4] - 78:5, 78:6, 80:9, 80:11
**FUTURE** [2] - 30:10, 111:4

# G

**GALLAGHER** [3] - 2:13, 2:14, 17:21
**GALLAGHER** [2] - 5:18, 17:22
**GALLERY** [2] - 17:9, 37:1
**GARY** [1] - 19:24
**GAYNOR** [1] - 20:2
**GEAR** [2] - 107:2, 108:6
**GEE** [2] - 2:4, 17:2
**GEE** [3] - 5:14, 16:10, 17:2
**GELSON'S** [5] - 87:6, 87:7, 87:11, 87:23, 88:12
**GENERAL** [3] - 34:19, 78:24, 114:24

GENERALLY [10] - 26:14, 26:19, 31:20, 39:12, 68:13, 78:18, 78:20, 83:19, 86:24, 111:1
GENTLEMAN [1] - 105:4
GENTLEMEN [9] - 5:21, 7:5, 7:11, 10:24, 36:8, 112:24, 115:9, 119:3, 119:5
GESTURE [2] - 15:11, 15:15
GESTURES [1] - 15:10
GIVEN [8] - 13:10, 29:5, 44:23, 46:25, 62:19, 65:11, 73:10, 81:8
GOAL [2] - 8:16, 8:18
GOD [2] - 7:9, 119:9
GOODNESS [1] - 22:14
GRADUATE [1] - 59:24
GRADUATING [1] - 70:19
GRAPEFRUIT [2] - 61:23, 62:3
GRAPEFRUITS [2] - 61:23, 62:3
GREASE [1] - 105:10
GREAT [1] - 81:1
GREATER [1] - 20:3
GREEN [1] - 77:24
GREW [2] - 72:7
GRILLS [1] - 84:6
GROUND [2] - 46:1, 61:21
GROUNDWATER [8] - 21:25, 33:15, 43:19, 43:22, 48:20, 61:8, 61:22, 66:8
GROUP [5] - 9:1, 9:3, 18:7, 24:21, 34:13
GROUP [1] - 104:5
GROWING [1] - 70:2
GUESS [5] - 20:17, 84:25, 95:18, 95:20, 109:21
GUESTS [3] - 76:10, 78:22, 80:8
GUILTY [4] - 29:18, 29:23

## H

HALF [12] - 26:10, 26:11, 45:20, 46:6, 54:13, 54:14, 71:15,

99:7, 104:2, 110:16, 121:7, 121:10
HAND [12] - 7:3, 9:3, 9:4, 18:11, 18:24, 20:11, 22:11, 29:13, 31:15, 35:7, 36:6, 115:7
HANDFUL [1] - 39:8
HANDLING [1] - 83:16
HANDS [17] - 18:12, 18:25, 19:8, 20:12, 22:12, 23:10, 24:18, 27:25, 29:14, 31:16, 34:2, 35:8, 36:7, 77:11, 100:19, 115:8, 119:4
HARD [4] - 13:21, 44:3, 60:3, 81:15
HARDER [1] - 15:4
HARM [1] - 30:9
HARVARD [1] - 110:3
HASSAN [1] - 19:25
HAT [1] - 95:13
HAZARDOUS [5] - 21:17, 21:23, 50:10, 98:17
HEAD [1] - 15:14
HEADQUARTERS [1] - 86:18
HEAR [20] - 9:11, 10:3, 12:17, 15:22, 15:23, 19:19, 22:22, 23:1, 28:16, 31:19, 36:18, 36:20, 47:9, 63:5, 65:24, 106:1, 115:24, 116:16, 120:15
HEARD [15] - 12:22, 20:18, 23:5, 23:7, 46:22, 60:24, 62:11, 65:10, 67:23, 73:14, 80:25, 85:17, 100:7, 105:4, 113:15
HEARING [4] - 22:20, 34:6, 37:14, 81:7
HEARS [1] - 15:8
HEAVIER [2] - 35:21, 35:22
HELD [1] - 122:10
HELD [4] - 5:5, 113:18, 114:15, 120:23
HELICOPTERS [1] - 46:3
HELP [4] - 7:9, 76:6, 77:12, 119:9
HELPFUL [1] - 42:4
HELPS [1] - 66:17
HEREBY [1] - 122:7
HIGH [3] - 13:18,

53:22, 64:9
HIGHER [4] - 13:22, 110:4, 110:24, 111:5
HIRE [2] - 93:11, 95:20
HIRED [2] - 64:7, 95:10
HISTORY [3] - 60:5, 60:7, 83:8
HIT [4] - 81:19, 81:20, 81:24, 81:25
HIT-AND-RUN [4] - 81:19, 81:20, 81:24, 81:25
HOKKANEN [1] - 19:24
HOLD [5] - 11:25, 24:14, 113:9, 115:14, 115:16
HOLIDAY [2] - 25:15, 118:15
HOME [4] - 47:21, 58:22, 89:8, 89:10
HOMEMAKER [1] - 89:9
HONEST [3] - 20:16, 21:1
HONESTLY [2] - 9:8, 9:9
HONOR [18] - 5:12, 5:16, 16:20, 41:19, 97:6, 100:15, 101:12, 102:16, 114:2, 114:23, 116:3, 116:6, 116:15, 117:1, 117:9, 117:15, 117:23, 121:9
HONORABLE [1] - 1:3
HOODS [1] - 104:8
HOPE [1] - 65:1
HOPED [2] - 115:14, 115:15
HOPEFULLY [1] - 19:18
HOPING [1] - 14:7
HOUR [8] - 26:10, 119:23, 119:25, 121:5, 121:7, 121:8, 121:10
HOURS [3] - 22:24, 25:21, 26:12
HOUSE [1] - 61:22
HOUSEHOLD [2] - 19:5, 86:22
HUGHTO [1] - 19:21
HUGHTO [1] - 19:21
HUIE [1] - 2:13
HURT [1] - 11:14

## I

I.E [1] - 84:6
IDEA [3] - 32:24, 32:25, 85:7
IDEAS [2] - 106:2
IDENTIFICATION [1] - 20:4
IDENTIFICATION [1] - 4:2
IDENTIFIED [2] - 65:7, 68:18
IDENTIFY [2] - 9:4, 13:24
ILLUSTRATE [1] - 29:16
ILSE [2] - 5:14, 17:1
ILSE [1] - 2:9
IMAGINE [1] - 28:24
IMMEDIATELY [1] - 13:24
IMMUNOLOGY [2] - 74:7, 74:9
IMPACT [2] - 72:8, 73:13
IMPARTIAL [9] - 41:3, 47:6, 56:9, 69:2, 73:18, 102:20, 108:22, 112:10, 112:13
IMPARTIALLY [1] - 8:20
IMPORTANT [10] - 6:20, 6:21, 10:19, 21:10, 28:10, 32:21, 34:4, 34:8, 65:22, 94:13
IMPROVEMENT [1] - 72:1
IMPROVES [1] - 78:1
IN [3] - 122:6, 122:10, 122:11
INAUDIBLE [2] - 68:5, 103:22
INCENTIVE [1] - 121:14
INCENTIVIZING [1] - 71:8
INCHES [1] - 42:5
INCIDENTALLY [1] - 20:14
INCLUDE [1] - 32:5
INCLUDES [5] - 11:8, 18:9, 34:13, 34:15, 96:20
INCLUDING [3] - 21:18, 21:24, 43:12
INCORRECT [1] - 51:10
INCREASED [1] - 71:1

INCREDIBLE [1] - 64:20
INDEX [2] - 3:1, 4:1
INDICATE [1] - 43:24
INDICATED [2] - 25:4, 114:12
INDIVIDUAL [3] - 34:23, 34:24, 35:4
INDIVIDUALLY [1] - 16:18
INDIVIDUALS [1] - 8:19
INDOOR [3] - 78:1, 78:3
INDULGENCE [1] - 103:4
INDUSTRY [4] - 49:21, 66:23, 66:25, 67:2
INFLUENCE [1] - 62:20
INFORMATION [15] - 7:22, 8:4, 8:6, 12:18, 23:2, 25:6, 32:24, 45:23, 47:2, 78:21, 78:24, 79:20, 87:23, 87:24, 120:17
INFORMED [1] - 73:21
INGESTING [2] - 67:25, 68:3
INJURY [1] - 40:3
INNOCENT [1] - 33:7
INQUIRE [1] - 25:9
INSIDE [5] - 38:12, 89:8, 89:23, 98:3, 108:6
INSPECT [1] - 103:19
INSPECTION [1] - 103:21
INSPECTIONS [1] - 99:25
INSTANCE [3] - 24:2, 35:2, 50:18
INSTEAD [1] - 80:15
INSTRUCT [2] - 8:22, 30:12
INSTRUCTED [2] - 34:3, 47:24
INSTRUCTION [2] - 48:4, 97:1
INSTRUCTIONS [6] - 28:20, 30:16, 30:17, 30:20, 119:8, 120:14
INSTRUCTOR [1] - 76:21
INTEGRITY [1] - 75:10
INTELLECTUAL [2] - 93:25, 94:9
INTEND [1] - 108:12
INTERACTION [1] - 46:9

INTERACTIONS [1] - 55:16

INTERACTS [1] - 43:1

INTEREST [3] - 71:23, 72:4, 72:5

INTERESTED [3] - 47:4, 80:9, 96:22

INTERESTING [1] - 91:2

INTERFERE [1] - 44:25

INTERN [3] - 70:25, 71:13, 71:16

INTERPRETATION [1] - 63:14

INTERPRETING [1] - 63:1

INTERRUPTED [1] - 21:22

INTERSECTION [2] - 47:11, 50:3

INTRODUCE [5] - 16:13, 16:18, 17:25, 19:9, 114:21

INTRODUCED [6] - 6:10, 18:8, 18:9, 18:11, 19:23, 115:5

INTRODUCTIONS [2] - 6:19, 14:15

INVENTORY [1] - 106:25

INVESTIGATION [2] - 12:13, 32:22

INVOLVED [24] - 6:11, 13:5, 17:5, 33:15, 33:19, 43:11, 49:25, 50:8, 54:20, 55:2, 55:6, 58:13, 65:9, 84:1, 87:11, 90:1, 94:13, 94:23, 98:12, 99:5, 99:22, 112:5, 113:14, 120:11

INVOLVEMENT [2] - 77:21, 94:12

INVOLVING [3] - 49:22, 51:1, 101:11

IP [1] - 93:25

IS [2] - 122:9, 122:11

ISSAM [1] - 20:1

ISSUE [2] - 24:9, 31:2

ISSUES [17] - 24:4, 24:11, 46:18, 50:25, 51:2, 66:8, 77:20, 79:1, 79:2, 79:10, 79:13, 80:1, 85:10, 89:5, 98:13, 104:22, 108:16

ITEM [1] - 5:7

ITEMS [2] - 86:22, 104:10

ITSELF [6] - 6:1, 24:6, 38:13, 39:12, 87:17, 119:1

J

JAMES [2] - 19:24, 20:6

JANUARY [1] - 42:8

JEFFREY [3] - 20:1, 20:5

JISA [1] - 19:24

JOB [32] - 15:2, 15:3, 15:8, 22:19, 28:1, 28:8, 28:9, 28:10, 28:11, 28:13, 34:8, 34:17, 39:12, 39:14, 42:7, 42:12, 70:25, 71:19, 73:3, 73:6, 75:13, 75:16, 81:2, 81:3, 81:6, 91:13, 91:16, 91:20, 96:15, 111:2, 115:13

JOBS [9] - 34:4, 53:3, 53:4, 63:23, 83:15, 83:18, 83:21, 104:16, 104:21

JOGS [1] - 37:15

JOHN [1] - 19:22

JOSE [3] - 20:4, 20:12

JR [2] - 1:3, 2:14

JUDGE [11] - 12:22, 23:13, 25:6, 27:12, 27:16, 28:12, 28:25, 48:5, 48:6, 73:20

JUDGE [1] - 27:4

JUDGE [1] - 1:3

JUDGING [1] - 63:9

JUDICIAL [1] - 122:12

JUDICIAL [2] - 38:15, 38:17

JUNIOR [1] - 109:13

JUROR [38] - 12:6, 12:8, 24:10, 28:6, 28:7, 28:8, 29:7, 29:12, 30:24, 31:19, 33:20, 33:25, 34:5, 34:9, 34:10, 35:6, 40:4, 47:23, 47:24, 48:2, 48:8, 60:15, 65:10, 65:14, 69:2, 73:4, 73:15, 73:18, 73:23, 74:23, 81:2, 90:11, 91:4, 91:10, 106:7, 108:20, 118:25

JUROR [22] - 9:20, 15:20, 37:23, 48:25, 51:19, 52:25, 76:3, 103:5, 116:7, 116:9,

116:19, 116:20, 116:25, 117:2, 117:3, 117:7, 117:9, 117:10, 117:16, 117:17, 117:23, 117:24

JUROR [428] - 15:17, 37:20, 37:25, 38:3, 38:5, 38:10, 38:14, 38:16, 38:20, 38:24, 39:4, 39:15, 39:19, 39:22, 39:24, 40:2, 40:5, 40:8, 40:11, 40:17, 40:21, 40:25, 41:6, 41:10, 41:12, 41:14, 41:19, 41:22, 42:8, 42:13, 42:20, 42:24, 43:6, 43:14, 43:21, 44:2, 44:9, 44:15, 44:22, 45:2, 45:7, 45:12, 45:17, 45:20, 45:24, 46:7, 46:11, 46:14, 46:21, 47:7, 48:11, 48:14, 48:19, 48:21, 49:2, 49:6, 49:10, 49:13, 49:17, 49:23, 50:5, 50:15, 51:3, 51:14, 51:25, 52:3, 52:6, 52:9, 52:12, 52:16, 52:19, 52:22, 53:2, 53:4, 53:8, 53:10, 53:14, 53:18, 53:21, 53:25, 54:6, 54:10, 54:13, 54:19, 54:22, 55:1, 55:5, 55:7, 55:10, 55:14, 55:18, 55:20, 55:24, 56:2, 56:7, 56:10, 56:13, 56:20, 56:22, 57:1, 57:4, 57:8, 57:11, 57:13, 57:20, 58:1, 58:4, 58:10, 58:20, 58:25, 59:2, 59:5, 59:7, 59:10, 59:14, 59:17, 59:20, 59:23, 60:3, 60:11, 60:16, 60:18, 60:21, 60:23, 61:2, 61:5, 61:10, 62:1, 62:5, 62:8, 62:15, 62:17, 62:21, 63:4, 63:7, 63:10, 63:13, 63:15, 63:19, 63:22, 64:2, 64:4, 64:7, 64:13, 64:21, 64:25, 65:3, 65:5, 65:8, 65:15, 65:17, 66:4, 66:6, 66:11, 66:14, 66:17, 66:22, 67:1, 67:5, 67:9, 67:11, 67:13, 67:17,

67:24, 68:5, 68:7, 68:11, 68:14, 68:16, 68:21, 68:24, 69:3, 69:9, 69:12, 69:17, 69:20, 69:23, 70:2, 70:6, 70:9, 70:12, 70:15, 70:19, 70:23, 71:5, 71:10, 71:14, 71:18, 72:2, 72:6, 72:16, 72:19, 72:23, 73:1, 73:5, 73:7, 73:12, 73:24, 74:1, 74:4, 74:9, 74:13, 74:15, 74:18, 74:20, 74:24, 75:2, 75:5, 75:8, 75:11, 75:19, 75:23, 76:1, 76:4, 76:8, 76:16, 76:20, 77:1, 77:5, 77:9, 77:17, 77:23, 78:10, 78:20, 79:3, 79:6, 79:11, 79:17, 80:2, 80:5, 80:7, 80:20, 80:24, 81:4, 81:10, 81:14, 81:19, 82:1, 82:4, 82:9, 82:15, 82:19, 82:23, 83:1, 83:4, 83:6, 83:9, 83:14, 83:23, 84:2, 84:5, 84:10, 84:13, 84:21, 84:24, 85:5, 85:8, 85:12, 85:15, 85:20, 85:24, 86:1, 86:6, 86:11, 86:17, 86:21, 87:1, 87:6, 87:8, 87:13, 87:16, 87:18, 87:21, 88:1, 88:5, 88:8, 88:10, 88:13, 88:15, 88:18, 88:22, 89:1, 89:6, 89:9, 89:11, 89:14, 89:18, 89:20, 89:23, 90:4, 90:6, 90:9, 90:12, 90:15, 90:18, 90:21, 90:23, 90:25, 91:2, 91:14, 91:17, 91:22, 91:25, 92:5, 92:11, 92:19, 92:23, 92:25, 93:5, 93:13, 93:17, 93:19, 93:21, 93:24, 94:4, 94:8, 94:11, 94:16, 95:2, 95:8, 95:15, 95:24, 96:2, 96:6, 96:13, 96:16, 96:18, 96:24, 97:2, 97:5, 97:9, 97:12, 97:16, 97:18, 97:22, 98:2, 98:7, 98:10, 98:15, 98:21, 98:24, 99:2, 99:7, 99:12, 99:19, 99:24,

100:5, 100:9, 100:14, 100:18, 100:23, 101:4, 101:7, 101:12, 101:15, 101:18, 101:20, 102:1, 102:3, 102:6, 102:8, 102:10, 102:13, 102:16, 102:19, 102:22, 103:7, 103:11, 103:14, 103:18, 103:22, 103:24, 104:2, 104:4, 104:10, 104:14, 104:18, 104:24, 105:8, 105:12, 105:16, 105:19, 105:21, 105:24, 106:5, 106:8, 106:13, 106:16, 106:19, 106:22, 107:1, 107:7, 107:10, 107:15, 107:19, 107:21, 107:23, 108:1, 108:5, 108:11, 108:14, 108:17, 108:21, 108:24, 109:2, 109:5, 109:9, 109:12, 109:16, 109:20, 109:24, 110:2, 110:8, 110:11, 110:16, 110:19, 110:23, 111:3, 111:6, 111:11, 111:17, 111:23, 112:4, 112:7, 112:11, 112:14, 112:17, 112:20

JURORS [8] - 7:8, 7:10, 28:4, 28:19, 35:15, 47:17, 118:23, 118:24

JURY [50] - 5:6, 5:25, 6:1, 6:7, 6:14, 6:15, 6:20, 7:20, 8:1, 8:2, 8:16, 8:18, 8:23, 9:15, 16:3, 23:22, 23:24, 24:4, 24:7, 24:11, 24:24, 33:14, 36:24, 40:14, 47:23, 48:3, 60:16, 74:25, 101:14, 101:23, 113:19, 113:21, 114:10, 114:16, 115:19, 115:25, 116:10, 116:13, 116:21, 116:24, 117:4, 117:20,

117:25, 118:8, 118:11, 119:3, 119:10, 120:24, 121:1

# K

**KEEP** [6] - 14:11, 20:21, 56:14, 76:11, 113:14, 120:11
**KEEPING** [2] - 61:17, 94:14
**KEITH** [1] - 19:21
**KEY** [1] - 73:17
**KIDS** [2] - 63:23, 116:8
**KIND** [15] - 23:12, 29:21, 36:11, 40:3, 42:11, 60:3, 72:7, 74:10, 77:12, 78:8, 78:23, 81:15, 83:3, 96:10, 108:9
**KINDLY** [7] - 7:2, 37:18, 37:21, 69:13, 92:1, 106:23, 118:18
**KINDS** [2] - 57:15, 84:11
**KNOWING** [2] - 63:17, 91:20
**KNOWLEDGE** [13] - 9:9, 21:9, 46:12, 46:16, 48:1, 50:7, 65:11, 66:1, 79:9, 79:12, 80:18, 80:20, 80:24
**KNOWN** [1] - 61:12
**KNOWS** [8] - 18:7, 18:9, 19:15, 20:4, 22:9, 23:7, 78:22, 114:8
**KOELEWYN** [1] - 20:5
**KOELEWYN** [1] - 20:5

# L

**L.A** [5] - 38:9, 40:9, 40:11, 69:24, 90:16
**LABELING** [1] - 99:20
**LADIES** [8] - 5:21, 7:5, 7:11, 10:23, 36:8, 112:24, 115:9, 119:3
**LADIES** [1] - 119:5
**LANDFILL** [3] - 61:7, 61:15, 61:18
**LANDFILLS** [1] - 80:17
**LANGUAGE** [2] - 6:23, 99:6
**LANOLIN** [1] - 78:15
**LARDIERE** [4] - 2:20,

5:18, 18:3, 19:22
**LARDIERE** [1] - 18:2
**LARGE** [4] - 19:17, 19:18, 69:25, 79:4
**LARGER** [2] - 5:24, 37:2
**LAST** [6] - 57:15, 61:25, 109:22, 110:4, 117:20, 117:21
**LATE** [1] - 14:4
**LATEX** [2] - 78:2, 78:13
**LAW** [45] - 8:22, 11:22, 12:14, 28:20, 28:22, 28:23, 28:24, 28:25, 29:1, 29:4, 29:5, 29:9, 29:10, 30:3, 30:12, 30:13, 31:1, 31:4, 31:6, 31:14, 35:6, 41:5, 44:21, 47:25, 48:1, 48:5, 48:9, 51:23, 56:5, 73:19, 75:16, 81:9, 85:18, 91:24, 92:12, 92:14, 93:10, 93:18, 93:22, 94:1, 95:9, 95:10, 100:12, 106:12
**LAWS** [2] - 29:2, 29:3
**LAWYER** [1] - 12:21
**LAWYERS** [20] - 6:10, 9:15, 11:7, 11:18, 13:24, 16:1, 16:7, 18:10, 20:3, 21:20, 22:16, 56:18, 82:10, 92:22, 92:24, 93:2, 93:12, 113:6, 115:10
**LEADING** [2] - 9:23, 10:4
**LEAN** [1] - 73:11
**LEARN** [1] - 12:18
**LEAST** [7] - 8:14, 16:13, 19:19, 56:18, 57:18, 99:7, 110:6
**LEAVE** [1] - 9:3
**LEAVES** [1] - 115:21
**LECHLER** [1] - 20:5
**LEFT** [1] - 28:6
**LEGAL** [1] - 93:11
**LENGTH** [8] - 12:10, 25:1, 25:8, 27:11, 27:14, 27:23, 114:9
**LESERMAN** [1] - 20:6
**LESS** [2] - 62:24, 72:15
**LEVEL** [1] - 119:16
**LIABILITY** [4] - 30:15, 31:2, 31:4, 82:14
**LIABLE** [11] - 29:22,

29:23, 29:24, 29:25, 30:1, 30:5, 30:15, 30:18, 31:7, 31:8
**LIFE** [2] - 53:17, 57:17
**LIGHT** [2] - 81:6, 115:24
**LIGHTS** [1] - 54:1
**LIKELY** [4] - 8:17, 11:2, 35:19, 35:24
**LIMITED** [2] - 113:6, 115:10
**LINE** [4] - 55:12, 55:13, 65:19, 65:21
**LINES** [1] - 58:19
**LIST** [6] - 19:11, 19:12, 19:13, 19:14, 19:16, 31:24
**LISTEN** [8] - 6:24, 34:5, 34:22, 51:22, 62:23, 65:24, 69:7, 119:1
**LITIGATION** [1] - 94:10
**LIVE** [6] - 19:5, 29:2, 43:25, 44:3, 61:25, 72:21
**LIVED** [3] - 19:2, 61:6, 61:10
**LIVING** [1] - 62:4
**LLC** [1] - 111:12
**LLP** [2] - 2:4, 2:9
**LOAN** [1] - 93:15
**LOANED** [1] - 93:4
**LOCATED** [1] - 61:12
**LOCATION** [1] - 10:5
**LOCATIONS** [1] - 111:24
**LOOK** [9] - 11:19, 11:24, 12:20, 12:23, 26:24, 58:17, 73:16, 116:2
**LOOKING** [3] - 14:7, 33:3, 74:7
**LOOSE** [2] - 11:2, 11:3
**LOOSELY** [1] - 11:4
**LOS** [7] - 2:7, 57:5, 57:6, 57:14, 70:18, 87:24, 97:13
**LOS** [3] - 1:15, 1:25, 5:2
**LOUDLY** [2] - 15:21, 36:18
**LOVING** [1] - 72:7
**LUCE** [1] - 19:24
**LUCK** [1] - 116:7
**LUIS** [1] - 20:6
**LUNCH** [6] - 26:5, 26:10, 113:4, 119:14, 120:13,

121:24
**LYNN** [1] - 20:8

# M

**MACHINES** [4] - 105:2, 111:18, 111:22
**MAGISTRATE** [3] - 25:6, 27:12, 27:16
**MAIL** [1] - 76:12
**MAILS** [1] - 11:9
**MAIN** [1] - 31:21
**MALFUNCTION** [1] - 98:23
**MANAGED** [1] - 108:7
**MANAGEMENT** [1] - 109:6
**MANAGER** [9] - 49:7, 50:3, 53:1, 53:24, 54:12, 66:16, 66:17, 67:4, 114:24
**MANAGERIAL** [1] - 66:21
**MANAGES** [1] - 68:2
**MANAGING** [1] - 108:6
**MANHATTAN** [1] - 43:25
**MANNER** [1] - 19:9
**MANUFACTURING** [1] - 21:24
**MARINE** [3] - 107:11, 107:21, 107:25
**MARINES** [1] - 107:22
**MARK** [1] - 19:25
**MARKET** [3] - 86:18, 86:25
**MARKETING** [2] - 79:12, 79:18
**MARKETS** [1] - 87:11
**MARKETS** [2] - 86:18, 86:20
**MASK** [9] - 16:20, 16:22, 36:19, 37:8, 37:9, 37:20, 56:14, 106:23, 115:2
**MASKS** [1] - 37:6
**MASNADA** [1] - 19:25
**MATERIAL** [4] - 42:14, 78:11, 98:17, 99:17
**MATERIALS** [1] - 46:15
**MATH** [1] - 64:21
**MATHEMATICS** [3] - 64:23, 64:24, 65:2
**MATT** [3] - 2:19, 20:7, 114:24
**MATTER** [1] - 122:11
**MATTER** [14] - 5:25,

121:24
**LYNN** [1] - 20:8

**MATTERS** [2] - 23:25, 65:7
**MATTRESS** [3] - 76:9, 80:13, 80:15
**MATTRESSES** [3] - 77:25, 80:8, 80:11
**MCGUANE** [2] - 16:10
**MCGUANE** [1] - 2:5
**MEAN** [19] - 15:4, 19:11, 24:22, 29:17, 30:14, 33:13, 39:11, 41:4, 43:19, 46:14, 55:19, 67:18, 67:20, 69:5, 81:7, 91:4, 91:13, 111:6, 111:12
**MEANING** [7] - 7:14, 26:18, 44:4, 44:8, 47:11, 51:12, 87:23
**MEANS** [9] - 11:6, 14:1, 14:10, 26:19, 29:3, 29:7, 47:16, 76:7, 118:1
**MEASURE** [1] - 13:15
**MEAT** [1] - 87:2
**MEATS** [1] - 86:22
**MECHANIC** [5] - 53:1, 54:4, 54:9, 54:12, 98:3
**MECHANICAL** [2] - 45:16, 45:25
**MEDIA** [1] - 11:9
**MEDIATIONS** [1] - 93:6
**MEDICAL** [1] - 43:7
**MEDICINE** [2] - 60:5, 60:7
**MEET** [1] - 80:8
**MEMBER** [8] - 18:14, 18:20, 18:21, 19:1, 19:3, 19:4, 19:5, 114:22
**MEMBERS** [1] - 92:20
**MEMORY** [4] - 16:15, 37:15, 47:15, 78:2
**MENTALITY** [1] - 63:9
**MENTION** [1] - 105:4
**MENTIONED** [9] - 15:25, 24:19, 25:12, 27:8, 27:10, 65:10, 73:15, 115:10, 119:14
**MEREDITH** [1] - 20:5
**MESARD** [1] - 20:6
**MESSAGING** [1] - 11:9

**MET** [1] - 14:19

**MEZZANINE** [1] - 119:16

**MIC** [5] - 36:22, 41:17, 42:4, 56:17, 69:16

**MICHAEL** [1] - 2:14

**MICHAEL** [3] - 5:18, 17:22, 20:2

**MICROPHONE** [5] - 36:20, 36:23, 37:19, 56:25, 64:15

**MIDDLE** [1] - 77:14

**MIGHT** [16] - 22:21, 23:12, 25:18, 28:24, 47:5, 58:17, 58:23, 65:11, 66:9, 94:17, 94:18, 95:20, 96:21, 99:22, 115:15, 120:3

**MIGRATED** [2] - 22:1, 22:5

**MILITARY** [5] - 88:16, 88:19, 107:18, 107:20, 108:16

**MIND** [10] - 13:22, 56:13, 56:15, 56:19, 64:15, 92:6, 96:1, 113:14, 120:11

**MINDED** [1] - 106:9

**MINDFUL** [2] - 120:2, 120:6

**MINERAL** [1] - 99:3

**MINERALS** [1] - 44:4

**MINOR** [1] - 44:15

**MINUTES** [3] - 113:12, 121:16, 121:21

**MIRANDA** [1] - 14:23

**MIRANDA** [4] - 1:23, 122:5, 122:18, 122:19

**MIRANDAALGORRI @GMAIL.COM** [1] - 1:25

**MISLEADING** [2] - 8:3, 8:6

**MISTAKEN** [4] - 8:13, 92:25, 105:16

**MISTRIAL** [1] - 75:4

**MISUNDERSTOOD** [1] - 93:15

**MIX** [1] - 78:13

**MODIFICATIONS** [1] - 45:10

**MODIFY** [1] - 37:10

**MOMENT** [11] - 6:23, 7:16, 9:5, 10:11, 14:5, 16:11, 21:12, 25:9, 36:10, 118:10, 119:2

**MOMS** [1] - 77:11

**MONEY** [3] - 111:19,
112:2

**MONITORED** [1] - 101:8

**MONTHS** [3] - 76:17, 103:12, 107:16

**MORNING** [37] - 5:12, 5:16, 5:20, 5:21, 8:16, 8:18, 17:1, 17:2, 17:3, 17:18, 17:21, 17:23, 18:2, 18:4, 22:11, 23:8, 25:6, 52:25, 64:4, 64:5, 69:17, 69:18, 76:3, 76:4, 82:23, 82:24, 85:23, 85:24, 92:4, 92:5, 97:5, 97:7, 106:21, 106:22, 109:19, 109:20, 117:11

**MOSK** [3] - 38:2, 82:2, 101:20

**MOST** [8] - 6:4, 6:19, 12:17, 43:6, 67:18, 68:19, 91:4, 91:9

**MOSTLY** [1] - 62:9

**MOUTH** [3] - 9:22, 10:2, 63:3

**MOUTHFUL** [1] - 21:19

**MOVE** [6] - 9:24, 13:4, 52:24, 64:17, 118:4, 118:19

**MOVED** [1] - 62:1

**MOVING** [4] - 9:17, 13:22, 64:15, 115:23

**MR** [26] - 5:12, 5:16, 16:20, 16:23, 17:2, 17:3, 17:10, 17:18, 17:21, 17:23, 18:2, 18:4, 113:25, 114:2, 114:23, 116:3, 116:6, 116:15, 116:18, 117:1, 117:8, 117:15, 117:22, 121:6, 121:9, 121:20

**MS** [1] - 17:1

**MUST** [4] - 28:22, 34:10, 35:23, 40:19

**MYRA** [1] - 15:1

# N

**NAJM** [1] - 20:1

**NAME** [14] - 13:13, 14:16, 16:16, 17:1, 17:2, 17:3, 17:21, 18:2, 20:3, 20:18, 21:1, 21:14, 95:25, 115:5

**NAMES** [3] - 13:13, 16:24, 19:19

**NATION** [1] - 29:3

**NATIONALITY** [1] - 34:14

**NATURAL** [2] - 78:2, 108:9

**NATURE** [7] - 32:6, 43:10, 46:4, 51:12, 90:3, 101:1, 114:9

**NEAR** [1] - 6:15

**NEAREST** [1] - 37:19

**NECESSARILY** [2] - 19:12, 73:11

**NEED** [22] - 15:2, 16:14, 20:24, 27:1, 27:3, 30:14, 37:17, 42:10, 46:15, 48:7, 73:18, 76:6, 78:17, 86:14, 87:12, 94:17, 94:18, 95:20, 96:8, 119:16, 120:6, 121:4

**NEEDED** [1] - 77:12

**NEEDS** [6] - 10:25, 37:10, 54:2, 55:3, 88:3, 101:2

**NERVE** [1] - 91:6

**NERVE-RACKING** [1] - 91:6

**NERVOUS** [1] - 91:11

**NEUTRAL** [2] - 11:21, 81:11

**NEVER** [10] - 23:5, 31:7, 31:9, 31:10, 31:11, 43:21, 50:20, 58:13, 58:22, 61:23

**NEW** [4] - 58:4, 77:11, 114:21, 114:22

**NEWS** [1] - 61:16

**NEXT** [11] - 6:13, 15:22, 16:2, 16:25, 17:20, 18:13, 25:14, 33:9, 57:22, 116:11

**NICE** [1] - 118:15

**NICKEL** [1] - 71:6

**NIGHT** [1] - 77:14

**NINE** [8] - 8:19, 24:15, 28:3, 28:6, 40:16, 40:19, 118:23

**NO** [430] - 1:6, 15:17, 37:20, 37:25, 38:3, 38:5, 38:10, 38:14, 38:16, 38:20, 38:24, 39:4, 39:15, 39:19, 39:22, 39:24, 40:2, 40:5, 40:8, 40:11, 40:17, 40:21, 40:25, 41:6, 41:10, 41:12, 41:14, 41:19, 41:22, 42:8, 42:13, 42:20,
42:24, 43:6, 43:14, 43:21, 44:2, 44:9, 44:15, 44:22, 45:2, 45:7, 45:12, 45:17, 45:20, 45:24, 46:7, 46:11, 46:14, 46:21, 47:7, 48:11, 48:14, 48:19, 48:21, 49:2, 49:6, 49:10, 49:13, 49:17, 49:23, 50:5, 50:15, 51:3, 51:14, 51:25, 52:3, 52:6, 52:9, 52:12, 52:16, 52:19, 52:22, 53:2, 53:4, 53:8, 53:10, 53:14, 53:18, 53:21, 53:25, 54:6, 54:10, 54:13, 54:19, 54:22, 55:1, 55:5, 55:7, 55:10, 55:14, 55:18, 55:20, 55:24, 56:2, 56:7, 56:10, 56:13, 56:20, 56:22, 57:1, 57:4, 57:8, 57:11, 57:13, 57:20, 58:1, 58:4, 58:10, 58:20, 58:25, 59:2, 59:5, 59:7, 59:10, 59:14, 59:17, 59:20, 59:23, 60:3, 60:11, 60:16, 60:18, 60:21, 60:23, 61:2, 61:5, 61:10, 62:1, 62:5, 62:8, 62:15, 62:17, 62:21, 63:4, 63:7, 63:10, 63:13, 63:15, 63:19, 63:22, 64:2, 64:4, 64:7, 64:13, 64:21, 64:25, 65:3, 65:5, 65:8, 65:15, 65:17, 66:4, 66:6, 66:11, 66:14, 66:17, 66:22, 67:1, 67:5, 67:9, 67:11, 67:13, 67:17, 67:24, 68:5, 68:7, 68:11, 68:14, 68:16, 68:21, 68:24, 69:3, 69:9, 69:12, 69:17, 69:20, 69:23, 70:2, 70:6, 70:9, 70:12, 70:15, 70:19, 70:23, 71:5, 71:10, 71:14, 71:18, 72:2, 72:6, 72:16, 72:19, 72:23, 73:1, 73:5, 73:7, 73:12, 73:24, 74:1, 74:4, 74:9, 74:13, 74:15, 74:18, 74:20, 74:24, 75:2, 75:5, 75:8, 75:11, 75:19, 75:23, 76:1, 76:4,
76:8, 76:16, 76:20, 77:1, 77:5, 77:9, 77:17, 77:23, 78:10, 78:20, 79:3, 79:6, 79:11, 79:17, 80:2, 80:5, 80:7, 80:20, 80:24, 81:4, 81:10, 81:14, 81:19, 82:1, 82:4, 82:9, 82:15, 82:19, 82:23, 83:1, 83:4, 83:6, 83:9, 83:14, 83:23, 84:2, 84:5, 84:10, 84:13, 84:21, 84:24, 85:5, 85:8, 85:12, 85:15, 85:20, 85:24, 86:1, 86:6, 86:11, 86:17, 86:21, 87:1, 87:6, 87:8, 87:13, 87:16, 87:18, 87:21, 88:1, 88:5, 88:8, 88:10, 88:13, 88:15, 88:18, 88:22, 89:1, 89:6, 89:9, 89:11, 89:14, 89:18, 89:20, 89:23, 90:4, 90:6, 90:9, 90:12, 90:15, 90:18, 90:21, 90:23, 90:25, 91:2, 91:14, 91:17, 91:22, 91:25, 92:5, 92:11, 92:19, 92:23, 92:25, 93:5, 93:13, 93:17, 93:19, 93:21, 93:24, 94:4, 94:8, 94:11, 94:16, 95:2, 95:8, 95:15, 95:24, 96:2, 96:6, 96:13, 96:16, 96:18, 96:24, 97:2, 97:5, 97:9, 97:12, 97:16, 97:18, 97:22, 98:2, 98:7, 98:10, 98:15, 98:21, 98:24, 99:2, 99:7, 99:12, 99:19, 99:24, 100:5, 100:9, 100:14, 100:18, 100:23, 101:4, 101:7, 101:12, 101:15, 101:18, 101:20, 102:1, 102:3, 102:6, 102:8, 102:10, 102:13, 102:16, 102:19, 102:22, 103:7, 103:11, 103:14, 103:18, 103:22, 103:24, 104:2, 104:4, 104:10, 104:14, 104:18, 104:24, 105:8, 105:12, 105:16,

105:19, 105:21, 105:24, 106:5, 106:8, 106:13, 106:16, 106:19, 106:22, 107:1, 107:7, 107:10, 107:15, 107:19, 107:21, 107:23, 108:1, 108:5, 108:11, 108:14, 108:17, 108:21, 108:24, 109:2, 109:5, 109:9, 109:12, 109:16, 109:20, 109:24, 110:2, 110:8, 110:11, 110:16, 110:19, 110:23, 111:3, 111:6, 111:11, 111:17, 111:23, 112:4, 112:7, 112:11, 112:14, 112:17, 112:20, 122:19

**NON** [1] - 11:19

**NON-VERBALLY** [1] - 11:19

**NONE** [1] - 3:5

**NONE** [3] - 4:5, 96:13, 102:19

**NONPROFIT** [3] - 71:1, 71:4, 80:16

**NONVERBAL** [3] - 15:10, 15:11, 15:14

**NORMAL** [1] - 6:2

**NORMAN** [1] - 19:23

**NOS** [1] - 118:3

**NOSSAMAN** [2] - 2:4, 2:9

**NOTHING** [5] - 33:22, 45:5, 51:4, 94:22, 114:5

**NOTICED** [2] - 44:2, 44:13

**NOTWITHSTANDING** [1] - 24:12

**NOVEMBER** [3] - 1:14, 5:1, 122:15

**NUMBER** [1] - 4:3

**NUMBER** [9] - 8:25, 10:13, 13:7, 13:10, 13:17, 28:3, 113:6, 115:11, 115:12

**NUMBERS** [1] - 13:12

**NYU** [1] - 110:3

---

# O

**O'CLOCK** [2] - 26:24, 27:1

---

**O'KEEFE** [1] - 20:1

**OATH** [8] - 6:21, 6:23, 7:4, 7:15, 7:17, 8:9, 118:25, 119:1

**OBJECT** [1] - 43:4

**OBJECTIVES** [1] - 109:8

**OBLIGATION** [1] - 8:10

**OBSERVATIONS** [1] - 34:11

**OBVIOUS** [1] - 8:5

**OBVIOUSLY** [1] - 83:16

**OCCASION** [1] - 99:25

**OCCASIONAL** [1] - 99:11

**OCCASIONALLY** [2] - 76:12, 98:21

**OCCUPATION** [2] - 34:16, 53:20

**OCCUR** [1] - 6:2

**OCCURRED** [1] - 80:22

**OCCURRENCE** [1] - 99:14

**OCEAN** [1] - 67:20

**OF** [11] - 1:2, 1:13, 2:1, 3:1, 4:1, 122:1, 122:7, 122:9, 122:12, 122:15

**OFFER** [1] - 37:12

**OFFICE** [8] - 92:8, 92:12, 92:15, 92:16, 92:17, 93:9, 94:14, 95:17

**OFFICE** [2] - 57:5, 57:7

**OFFICER** [4] - 34:18, 34:20, 34:21, 35:1

**OFFICERS** [3] - 34:19, 34:22, 35:1

**OFFICES** [1] - 96:8

**OFFICIAL** [4] - 1:24, 122:1, 122:5, 122:19

**OFTEN** [1] - 44:3

**OFTENTIMES** [1] - 58:11

**OIL** [7] - 50:6, 50:18, 50:19, 50:20, 84:16, 99:3

**OLD** [2] - 52:10, 67:12

**OLDER** [1] - 61:14

**OLDEST** [1] - 59:24

**OLDSMOBILE** [1] - 104:7

**OLYMPIAN** [1] - 64:21

**ONCE** [6] - 16:12, 23:6, 25:24, 34:2, 35:2, 85:7

---

**ONE** [26] - 7:14, 18:22, 22:22, 23:2, 23:6, 23:15, 26:17, 34:4, 36:10, 36:13, 49:18, 51:20, 52:9, 56:18, 60:9, 67:25, 68:4, 73:11, 78:22, 82:19, 84:17, 109:2, 110:7, 111:12, 112:7, 121:15

**ONLINE** [1] - 87:4

**OOO** [1] - 5:3

**OPEN** [8] - 5:5, 47:4, 111:13, 113:14, 113:19, 114:16, 120:11, 120:24

**OPEN-ENDED** [1] - 47:4

**OPENING** [3] - 120:16, 121:1

**OPGI** [1] - 104:5

**OPPORTUNITY** [3] - 23:1, 28:18, 120:15

**ORDER** [15] - 8:2, 9:13, 10:19, 10:20, 11:5, 11:16, 12:24, 32:22, 36:14, 86:2, 86:7, 86:13, 86:18, 105:9, 120:7

**ORDERS** [3] - 11:3, 13:3, 107:3

**ORDINARILY** [2] - 25:20, 25:24

**ORGANIC** [6] - 21:18, 22:14, 22:21, 76:9, 77:25, 100:4

**ORGANIZATION** [1] - 71:7

**ORIENTATION** [1] - 25:23

**ORIGINAL** [1] - 104:5

**ORIGINALLY** [1] - 110:24

**OTHERWISE** [7] - 11:2, 24:9, 27:19, 28:9, 37:8, 42:6, 50:25

**OUGHT** [1] - 29:1

**OURSELVES** [2] - 41:25, 43:15

**OUTDOORS** [1] - 72:7

**OUTSET** [1] - 10:12

**OUTSIDE** [9] - 11:14, 11:20, 33:3, 89:10, 113:16, 113:19, 113:21, 120:24, 120:25

**OUTSOURCE** [4] - 92:13, 95:3, 95:6, 95:8

---

**OUTSOURCING** [2] - 95:13, 95:16

**OVERINCLUSIVE** [1] - 19:11

**OVERNIGHT** [1] - 77:10

**OVERSAW** [1] - 108:7

**OVERSEE** [1] - 110:12

**OVERTHINK** [1] - 9:8

**OWN** [9] - 28:24, 39:14, 44:24, 51:20, 111:7, 111:12, 111:17, 111:23, 111:25

**OWNER** [1] - 58:17

---

# P

**P.M** [2] - 114:14, 121:25

**PACK** [1] - 42:14

**PAGE** [2] - 3:3, 122:11

**PAGES** [1] - 1:8

**PANDEMIC** [1] - 115:24

**PANEL** [6] - 13:8, 16:19, 18:8, 23:17, 113:21, 114:5

**PANIC** [1] - 20:22, 37:16

**PARENTING** [1] - 77:6

**PART** [5] - 6:20, 17:11, 57:19, 71:14, 73:17

**PART-TIME** [1] - 71:14

**PARTIALLY** [1] - 22:6

**PARTICIPATE** [2] - 24:13, 24:17

**PARTICIPATED** [3] - 25:23, 71:24, 75:10

**PARTICIPATION** [3] - 117:5, 117:11, 118:14

**PARTICLES** [3] - 42:22, 42:23, 42:25

**PARTICULAR** [15] - 8:1, 40:24, 48:17, 51:5, 54:17, 54:24, 66:10, 72:4, 72:5, 78:18, 78:25, 81:2, 81:3, 97:25, 119:21

**PARTICULARLY** [3] - 19:6, 72:18, 114:9

**PARTIES** [15] - 15:24, 18:10, 18:15, 18:16, 18:22, 22:6, 23:21, 23:25, 24:4, 24:10, 32:9, 32:24, 33:4, 46:25

**PARTIES'** [1] - 62:11

---

**PARTNER** [7] - 41:10, 41:11, 66:13, 74:4, 74:5, 74:6, 74:7

**PARTS** [1] - 104:5

**PARTS** [1] - 108:6

**PARTY** [3] - 24:14, 35:23, 117:21

**PASS** [5] - 43:1, 113:24, 113:25, 114:1, 116:4

**PAST** [1] - 54:9

**PATIENCE** [2] - 10:12, 10:17

**PATIENT** [2] - 19:16, 118:18

**PATRICK** [2] - 5:13, 16:24

**PATRICK** [1] - 2:5

**PAUSE** [1] - 10:11

**PAY** [1] - 28:17

**PAYING** [1] - 27:18

**PCBS** [1] - 99:3

**PEACH** [1] - 20:1

**PELOQUIN** [1] - 19:22

**PELOQUIN** [1] - 19:22

**PENDING** [1] - 7:8

**PEOPLE** [41] - 7:19, 7:25, 10:13, 11:1, 11:2, 12:13, 13:8, 13:12, 25:18, 28:3, 28:6, 33:8, 37:7, 37:15, 40:16, 40:19, 47:10, 68:19, 71:8, 72:22, 75:14, 78:4, 79:8, 79:12, 91:4, 91:9, 92:17, 92:20, 101:8, 103:2, 103:3, 110:12, 111:19, 113:13, 115:2, 115:20, 115:23, 120:5, 120:11

**PERCEIVE** [1] - 19:4

**PERCENT** [1] - 111:24

**PERCHLORATE** [1] - 100:8

**PEREMPTORIES** [1] - 114:4

**PEREMPTORY** [5] - 113:7, 115:11, 116:25, 117:7, 117:21

**PERFECT** [4] - 15:12, 15:18, 56:23, 82:4

**PERFECTLY** [2] - 65:12, 65:22

**PERFORMING** [2] - 29:12, 75:13

**PERHAPS** [5] - 12:10, 85:17, 93:15, 98:25, 120:7

**PERIOD** [2] - 17:6, 121:13
**PERMITTED** [5] - 12:12, 13:1, 33:6, 37:8, 96:19
**PERSON** [15] - 14:25, 20:18, 20:19, 20:20, 20:24, 21:2, 34:23, 34:24, 35:3, 35:4, 81:24, 86:12, 109:22, 114:22, 117:20
**PERSONAL** [3] - 40:2, 44:5, 69:4
**PERSONALLY** [3] - 44:9, 44:16, 58:13
**PERSUADED** [1] - 25:18
**PETER** [1] - 20:6
**PG** [2] - 4:3
**PH.D** [2] - 74:3, 74:7
**PHASE** [2] - 42:21, 43:1
**PHONE** [3] - 12:19, 38:5, 38:6
**PHONES** [3] - 14:10, 14:11, 39:7
**PHOTOGRAPHS** [1] - 32:5
**PHYLLIS** [1] - 19:25
**PHYSICAL** [1] - 68:18
**PHYSICS** [2] - 64:10, 64:11
**PICK** [3] - 9:19, 14:5, 77:13
**PICKED** [1] - 50:22
**PICTURE** [2] - 29:16, 79:24
**PLACE** [6] - 53:5, 53:7, 85:7, 90:2, 95:1, 115:22
**PLACED** [2] - 13:17, 33:1
**PLACES** [2] - 12:14, 85:11
**PLAINTIFF** [2] - 1:6, 2:3
**PLAINTIFF** [22] - 5:13, 6:12, 6:13, 6:15, 15:25, 16:1, 16:4, 16:5, 16:9, 21:13, 21:16, 21:23, 24:2, 30:2, 30:4, 30:14, 30:18, 115:18, 116:3, 116:18, 117:7, 117:8
**PLAINTIFF'S** [2] - 5:11, 22:5
**PLAN** [1] - 108:14
**PLANES** [1] - 54:6

**PLANET'S** [1] - 80:17
**PLASTIC** [6] - 67:15, 67:19, 67:20, 68:1, 68:2, 68:18
**PLEASANTLY** [1] - 114:6
**PLEXIGLAS** [1] - 37:7
**POINT** [15] - 6:19, 10:1, 15:1, 26:17, 28:1, 31:8, 31:12, 36:8, 36:12, 47:14, 62:23, 113:5, 113:22, 115:9
**POINTING** [2] - 16:2, 16:3
**POLICE** [7] - 34:18, 34:19, 34:21, 34:25, 35:1
**POLITICAL** [1] - 72:14
**POLLUTE** [1] - 78:3
**PONCE** [2] - 15:1, 15:6
**PORTION** [2] - 6:5, 17:9
**POSITION** [6] - 12:2, 27:7, 73:22, 82:13, 95:17, 110:25
**POSITIONS** [2] - 62:11, 96:7
**POSSIBLE** [3] - 9:18, 26:25, 61:16
**POSSIBLY** [2] - 22:15
**POTENTIAL** [4] - 19:13, 19:15, 28:5, 31:24
**POTENTIALLY** [2] - 20:10, 47:2
**POWER** [1] - 97:13
**PRACTICE** [2] - 54:25, 55:17
**PRACTICES** [4] - 46:13, 50:4, 54:17, 85:10
**PRE** [1] - 63:9
**PRE-JUDGING** [1] - 63:9
**PRECISELY** [1] - 37:1
**PREGNANT** [1] - 77:6
**PREJUDGE** [2] - 73:16, 73:21
**PREJUDGING** [1] - 73:23
**PRELIMINARY** [1] - 120:14
**PREPONDERANCE** [2] - 35:18, 35:22
**PREPPING** [1] - 83:16
**PRESENCE** [5] - 5:6, 113:19, 113:21, 114:16, 120:24,

121:1
**PRESENT** [9] - 13:3, 14:3, 14:23, 16:19, 48:12, 61:3, 114:19, 120:16
**PRESENT** [1] - 2:18
**PRESENTED** [17] - 8:21, 28:14, 29:8, 30:25, 38:22, 41:5, 44:21, 47:3, 56:6, 65:23, 66:2, 79:15, 81:9, 85:18, 91:24, 100:12, 106:12
**PRESIDE** [1] - 8:20
**PRESIDENT** [1] - 18:3
**PRESIDING** [2] - 14:17, 120:19
**PRESUMABLY** [1] - 84:4
**PRETTY** [8] - 26:1, 28:11, 64:9, 66:18, 70:2, 71:18, 71:21, 91:5
**PREVENTING** [1] - 33:4
**PREVIOUSLY** [3] - 33:14, 52:18, 118:22
**PRINTED** [1] - 94:22
**PRIVACY** [1] - 13:16
**PRIVILEGE** [1] - 94:21
**PROBLEM** [6] - 37:16, 41:7, 48:12, 48:15, 61:3, 68:18
**PROCEDURAL** [1] - 100:20
**PROCEDURE** [7] - 50:17, 54:25, 84:8, 84:18, 98:18, 105:3, 105:7
**PROCEDURES** [4] - 46:15, 84:12, 99:17, 101:10
**PROCEED** [1] - 27:19
**PROCEEDINGS** [5] - 5:5, 14:13, 113:18, 114:15, 120:23
**PROCEEDINGS** [1] - 122:10
**PROCESS** [25] - 8:24, 8:25, 9:13, 10:24, 11:21, 13:4, 13:9, 13:14, 16:16, 26:22, 27:9, 27:10, 50:8, 65:21, 75:6, 75:10, 91:6, 98:25, 107:1, 107:2, 113:6, 113:12, 117:5, 118:14
**PROCESSED** [1] - 108:8

**PROCESSES** [1] - 99:16
**PROCLIVITIES** [1] - 72:14
**PROCTOR** [1] - 71:20
**PRODUCT** [2] - 79:19, 84:20
**PRODUCTION** [1] - 83:15
**PRODUCTS** [6] - 80:11, 84:3, 87:5, 89:2, 90:2, 103:20
**PROFESSIONAL** [4] - 50:23, 53:16, 59:13, 113:11
**PROFESSIONALS** [2] - 70:3, 110:13
**PROFICIENT** [1] - 65:6
**PROMOTING** [1] - 71:8
**PRONOUNCING** [1] - 19:19
**PROOF** [12] - 35:11, 35:12, 35:13, 35:16, 35:17, 35:20, 35:21, 36:2, 36:5, 61:1, 102:11, 102:14, 102:15
**PROOFREADING** [1] - 71:20
**PROPER** [3] - 36:1, 98:18, 102:15
**PROPERLY** [3] - 19:19, 75:7, 87:20
**PROPERTIES** [2] - 57:15, 58:12
**PROPERTY** [10] - 58:14, 58:17, 58:24, 61:18, 93:25, 94:9, 111:7, 111:12, 111:13
**PROS** [2] - 103:15, 104:1
**PROSPECTIVE** [10] - 5:6, 7:10, 28:5, 48:25, 73:15, 103:5, 116:20, 117:10, 117:17, 118:22
**PROSPECTIVE** [428] - 15:17, 37:20, 37:25, 38:3, 38:5, 38:10, 38:14, 38:16, 38:20, 38:24, 39:4, 39:15, 39:19, 39:22, 39:24, 40:2, 40:5, 40:8, 40:11, 40:17, 40:21, 40:25, 41:6, 41:10, 41:12, 41:14, 41:19, 41:22, 42:8, 42:13,

42:20, 42:24, 43:6, 43:14, 43:21, 44:2, 44:9, 44:15, 44:22, 45:2, 45:7, 45:12, 45:17, 45:20, 45:24, 46:7, 46:11, 46:14, 46:21, 47:7, 48:11, 48:14, 48:19, 48:21, 49:2, 49:6, 49:10, 49:13, 49:17, 49:23, 50:5, 50:15, 51:3, 51:14, 51:25, 52:3, 52:6, 52:9, 52:12, 52:16, 52:19, 52:22, 53:2, 53:4, 53:8, 53:10, 53:14, 53:18, 53:21, 53:25, 54:6, 54:10, 54:13, 54:19, 54:22, 55:1, 55:5, 55:7, 55:10, 55:14, 55:18, 55:20, 55:24, 56:2, 56:7, 56:10, 56:13, 56:20, 56:22, 57:1, 57:4, 57:8, 57:11, 57:13, 57:20, 58:1, 58:4, 58:10, 58:20, 58:25, 59:2, 59:5, 59:7, 59:10, 59:14, 59:17, 59:20, 59:23, 60:3, 60:11, 60:16, 60:18, 60:21, 60:23, 61:2, 61:5, 61:10, 62:1, 62:5, 62:8, 62:15, 62:17, 62:21, 63:4, 63:7, 63:10, 63:13, 63:15, 63:19, 63:22, 64:2, 64:4, 64:7, 64:13, 64:21, 64:25, 65:3, 65:5, 65:8, 65:15, 65:17, 66:4, 66:6, 66:11, 66:14, 66:17, 66:22, 67:1, 67:5, 67:9, 67:11, 67:13, 67:17, 67:24, 68:5, 68:7, 68:11, 68:14, 68:16, 68:21, 68:24, 69:3, 69:9, 69:12, 69:17, 69:20, 69:23, 70:2, 70:6, 70:9, 70:12, 70:15, 70:19, 70:23, 71:5, 71:10, 71:14, 71:18, 72:2, 72:6, 72:16, 72:19, 72:23, 73:1, 73:5, 73:7, 73:12, 73:24, 74:1, 74:4, 74:9, 74:13, 74:15, 74:18, 74:20, 74:24, 75:2, 75:5, 75:8, 75:11, 75:19, 75:23, 76:1,

76:4, 76:8, 76:16, 76:20, 77:1, 77:5, 77:9, 77:17, 77:23, 78:10, 78:20, 79:3, 79:6, 79:11, 79:17, 80:2, 80:5, 80:7, 80:20, 80:24, 81:4, 81:10, 81:14, 81:19, 82:1, 82:4, 82:9, 82:15, 82:19, 82:23, 83:1, 83:4, 83:6, 83:9, 83:14, 83:23, 84:2, 84:5, 84:10, 84:13, 84:21, 84:24, 85:5, 85:8, 85:12, 85:15, 85:20, 85:24, 86:1, 86:6, 86:11, 86:17, 86:21, 87:1, 87:6, 87:8, 87:13, 87:16, 87:18, 87:21, 88:1, 88:5, 88:8, 88:10, 88:13, 88:15, 88:18, 88:22, 89:1, 89:6, 89:9, 89:11, 89:14, 89:18, 89:20, 89:23, 90:4, 90:6, 90:9, 90:12, 90:15, 90:18, 90:21, 90:23, 90:25, 91:2, 91:14, 91:17, 91:22, 91:25, 92:5, 92:11, 92:19, 92:23, 92:25, 93:5, 93:13, 93:17, 93:19, 93:21, 93:24, 94:4, 94:8, 94:11, 94:16, 95:2, 95:8, 95:15, 95:24, 96:2, 96:6, 96:13, 96:16, 96:18, 96:24, 97:2, 97:5, 97:9, 97:12, 97:16, 97:18, 97:22, 98:2, 98:7, 98:10, 98:15, 98:21, 98:24, 99:2, 99:7, 99:12, 99:19, 99:24, 100:5, 100:9, 100:14, 100:18, 100:23, 101:4, 101:7, 101:12, 101:15, 101:18, 101:20, 102:1, 102:3, 102:6, 102:8, 102:10, 102:13, 102:16, 102:19, 102:22, 103:7, 103:11, 103:14, 103:18, 103:22, 103:24, 104:2, 104:4, 104:10, 104:14, 104:18, 104:24, 105:8, 105:12, 105:16,

105:19, 105:21, 105:24, 106:5, 106:8, 106:13, 106:16, 106:19, 106:22, 107:1, 107:7, 107:10, 107:15, 107:19, 107:21, 107:23, 108:1, 108:5, 108:11, 108:14, 108:17, 108:21, 108:24, 109:2, 109:5, 109:9, 109:12, 109:16, 109:20, 109:24, 110:2, 110:8, 110:11, 110:16, 110:19, 110:23, 111:3, 111:6, 111:11, 111:17, 111:23, 112:4, 112:7, 112:11, 112:14, 112:17, 112:20
**PROSPECTIVE** [10] - 9:20, 15:20, 37:23, 51:19, 52:25, 76:3, 116:9, 116:24, 117:3, 117:6
**PROTECT** [2] - 50:11, 50:14
**PROTECTIVE** [3] - 51:13, 72:15, 72:18
**PROTOCOL** [1] - 84:8
**PROVE** [1] - 35:24
**PROVED** [1] - 30:19
**PROVIDE** [17] - 6:18, 8:5, 9:10, 10:18, 14:14, 20:3, 25:5, 28:19, 30:20, 77:25, 78:5, 78:23, 87:24, 92:13, 95:19, 96:4, 120:13
**PROVIDED** [3] - 13:6, 84:4, 120:15
**PROVIDES** [1] - 95:9
**PROVIDING** [5] - 7:22, 8:3, 87:14, 93:11, 115:12
**PUBLIC** [1] - 69:23, 69:25, 70:13
**PULL** [1] - 42:5
**PUNITIVE** [3] - 30:12, 30:21, 31:11
**PURCHASE** [1] - 111:13
**PURPOSE** [5] - 10:4, 16:17, 16:22, 57:24, 71:9
**PURPOSEFULLY** [1] -

10:22
**PURPOSES** [2] - 57:19, 71:8
**PURSUANT** [1] - 122:8
**PURSUE** [1] - 8:14
**PURSUING** [1] - 60:9
**PUSH** [1] - 10:3
**PUT** [10] - 7:7, 9:22, 12:2, 21:1, 27:7, 45:7, 50:22, 56:23, 63:16, 96:7
**PUTTING** [3] - 10:1, 63:2, 78:11

**Q**

**QC** [1] - 103:17
**QUALIFICATIONS** [1] - 7:8
**QUALITY** [8] - 41:18, 41:21, 43:24, 72:15, 78:1, 78:2, 103:15, 103:17
**QUESTIONNAIRE** [16] - 36:9, 36:10, 36:11, 36:14, 37:11, 37:13, 39:17, 45:10, 52:5, 63:21, 82:17, 85:14, 96:12, 102:18, 106:18, 109:1
**QUESTIONS** [16] - 7:7, 8:12, 8:25, 9:7, 9:8, 9:9, 9:23, 10:4, 29:16, 29:21, 30:15, 36:13, 36:16, 79:14, 109:1
**QUEUES** [1] - 76:12
**QUICK** [1] - 121:20
**QUICKLY** [4] - 6:10, 13:5, 14:8, 56:21
**QUITE** [6] - 8:5, 21:4, 21:10, 35:16, 52:19, 71:23
**QUOTING** [1] - 6:22

**R**

**RACE** [1] - 34:14
**RACKING** [1] - 91:6
**RAISE** [3] - 7:2, 9:3, 119:4
**RAISED** [15] - 9:4, 18:12, 18:25, 19:8, 20:13, 22:12, 23:10, 24:18, 27:25, 29:14, 31:16, 34:2, 35:8, 36:7, 115:8
**RAISING** [9] - 18:11, 18:23, 20:11, 22:11,

29:12, 31:15, 35:7, 36:6, 115:7
**RATHER** [4] - 23:17, 63:11, 103:10, 118:19
**RAVEN** [1] - 2:5
**REACH** [2] - 74:25, 121:15
**REACHED** [3] - 40:6, 90:22, 101:22
**REACHES** [1] - 50:21
**READILY** [1] - 65:11
**READING** [1] - 19:14
**REAL** [5] - 56:21, 57:2, 57:16, 111:10, 112:15
**REALIZE** [1] - 65:21
**REALLY** [18] - 7:21, 21:4, 26:12, 31:20, 32:7, 48:7, 50:7, 51:4, 58:10, 62:5, 66:23, 77:10, 79:3, 81:8, 81:22, 86:10, 105:24, 120:4
**REALTIME** [1] - 122:5
**REAPPRAISAL** [1] - 58:18
**REASON** [24] - 7:18, 8:1, 8:6, 8:9, 20:16, 21:8, 23:16, 24:8, 25:8, 27:17, 29:6, 31:3, 31:5, 32:19, 34:1, 36:4, 40:22, 72:4, 80:14, 106:3, 106:4, 106:14, 108:18, 113:8
**REASONABLE** [1] - 35:21
**REASONABLY** [3] - 9:17, 19:17, 75:17
**REASONS** [1] - 27:8
**REASSESSMENT** [1] - 57:25
**REASSURE** [1] - 80:12
**RECEIVE** [2] - 31:19, 107:1
**RECEIVED** [3] - 33:13, 36:9, 47:22
**RECEIVING** [1] - 98:4
**RECENT** [1] - 107:14
**RECENTLY** [3] - 47:22, 107:13, 107:14
**RECEPTACLE** [4] - 84:25, 85:1, 105:4, 105:6
**RECEPTACLES** [1] - 85:3
**RECESS** [5] - 114:14,

120:9, 120:22, 121:19, 121:24
**RECORD** [7] - 7:13, 9:4, 15:6, 113:20, 114:17, 121:22, 121:23
**RECORDS** [1] - 39:6
**RECRUITER** [1] - 59:6
**RECRUITING** [1] - 59:9
**RECRUITS** [1] - 59:10
**RECYCLING** [2] - 71:1, 71:11
**REFER** [5] - 79:15, 79:17, 79:19, 99:6, 115:19
**REFERENCE** [3] - 12:22, 13:10, 13:12
**REFERENCES** [1] - 21:20
**REFERRED** [1] - 30:11
**REFERRING** [5] - 13:9, 16:6, 21:15, 21:19, 115:24
**REFLECT** [1] - 7:13
**REFRESHER** [1] - 98:16
**REFUSE** [1] - 55:3
**REGARD** [12] - 22:20, 30:20, 48:18, 55:9, 58:7, 77:19, 79:1, 83:18, 85:10, 90:10, 108:4, 119:20
**REGULAR** [1] - 119:22
**REGULARLY** [1] - 99:11
**REGULATIONS** [1] - 51:12
**REGULATIONS** [1] - 122:12
**REGULATORS** [4] - 55:16, 55:21, 55:23, 99:22
**REGULATORY** [1] - 50:25
**RELEASE** [2] - 42:15, 42:16
**RELEASED** [2] - 21:17, 21:23
**RELEVANCE** [1] - 63:18
**RELEVANT** [3] - 33:12, 33:17, 33:21
**RELIABILITY** [1] - 34:8
**RELIABLE** [1] - 33:1
**RELIGION** [1] - 34:14
**REMAIN** [3] - 113:20,

118:10, 118:18
**REMAINING** [1] - 121:17
**REMEMBER** [11] - 12:1, 27:6, 32:21, 36:17, 40:1, 40:14, 90:13, 90:15, 94:25, 119:21, 121:5
**REMIND** [3] - 18:15, 115:13, 120:10
**REMINDERS** [1] - 13:2
**REMOVAL** [1] - 49:25
**REMOVE** [1] - 106:23
**RENDER** [1] - 119:8
**RENT** [1] - 111:21
**RENTALS** [1] - 112:2
**RENTING** [1] - 112:1
**REPEATEDLY** [1] - 62:13
**REPLACEMENT** [1] - 104:10
**REPLENISH** [1] - 111:18
**REPORT** [1] - 92:21
**REPORTED** [1] - 122:10
**REPORTED** - 12:3
**REPORTER** [4] - 1:24, 122:1, 122:6, 122:19
**REPORTER** [2] - 14:24, 15:22
**REPORTER'S** [1] - 1:13
**REPORTERS** [1] - 14:25
**REPORTS** [1] - 71:20
**REPRESENT** [1] - 17:19
**REPRESENTED** [2] - 16:9
**REQUEST** [1] - 116:16
**REQUIRED** [5] - 12:1, 15:7, 47:15, 75:18, 84:19
**REQUIRES** [1] - 99:1
**RESEARCH** [3] - 12:13, 32:20, 32:22
**RESEARCHING** [1] - 32:25
**RESPECT** [5] - 12:13, 55:17, 65:19, 68:23, 99:17
**RESPECTFUL** [1] - 9:16
**RESPOND** [4] - 7:10, 15:20, 33:9, 37:15
**RESPONDED** [1] - 15:21
**RESPONDS** [1] - 119:10

**RESPONSE** [12] - 9:3, 20:16, 37:11, 45:11, 52:5, 69:11, 79:21, 82:18, 85:14, 96:12, 102:18, 106:18
**RESPONSES** [5] - 8:2, 21:1, 36:9, 63:21, 74:10
**RESPONSIBILITY** [3] - 14:21, 22:16, 113:11
**RESPONSIBLE** [3] - 14:20, 22:7, 88:4
**REST** [2] - 93:1, 118:15
**RESTAURANT** [2] - 104:19, 104:24
**RESTAURANTS** [4] - 83:12, 83:13, 83:20, 83:24
**RESTROOM** [1] - 27:16
**RESULT** [2] - 58:18, 62:4
**RESULTING** [1] - 99:18
**RESULTS** [1] - 98:23
**RETAIL** [1] - 76:13
**RETIRED** [2] - 48:25, 49:1
**RETRIEVE** [1] - 39:5
**RETURN** [17] - 11:13, 11:15, 14:2, 71:6, 71:8, 80:15, 114:12, 116:21, 117:4, 117:18, 117:24, 119:15, 119:23, 120:13
**RETURNED** [1] - 82:10
**REVERBERATES** [1] - 42:6
**RICHARD** [13] - 2:5, 5:12, 16:20, 16:23, 113:25, 114:23, 116:3, 116:15, 116:18, 117:8, 117:22, 121:6, 121:20
**RICHARD** [1] - 113:24
**RICHARD** [9] - 5:13, 11:13, 16:10, 16:24, 19:21, 20:7, 114:21, 116:2, 121:4
**RIMS** [1] - 103:15, 103:19
**RING** [1] - 20:19
**ROADS** [1] - 26:15
**ROLE** [3] - 29:7, 29:12, 91:3

**RON** [3] - 2:20, 5:17, 18:4
**ROOM** [4] - 116:10, 116:21, 117:4, 117:25
**ROTOR** [1] - 46:3
**RPR** [1] - 1:23
**RSP** [1] - 76:22
**RULE** [1] - 34:19
**RULES** [7] - 10:18, 11:3, 51:12, 51:15, 51:16, 75:22
**RUN** [6] - 77:13, 81:19, 81:20, 81:24, 81:25, 92:16
**RUNNING** [2] - 54:2, 92:14
**RUNS** [1] - 14:22

## S

**SALT** [1] - 78:13
**SAMPLING** [9] - 41:25, 42:2, 43:3, 43:5, 43:9, 43:12, 43:15, 43:16
**SAN** [3] - 2:11, 2:16, 74:21
**SANITIZING** [1] - 83:17
**SANTA** [13] - 5:8, 6:8, 6:12, 16:5, 18:17, 18:22, 19:2, 21:13, 21:16, 59:4, 77:7, 114:18, 114:24
**SANTA** [1] - 1:5
**SAT** [2] - 35:14, 36:2
**SAW** [3] - 20:19, 31:24, 78:6
**SCHEDULE** [3] - 24:19, 25:10, 26:14
**SCHOOL** [4] - 53:22, 64:9, 77:3, 89:1
**SCIENCE** [3] - 48:17, 64:10, 64:12
**SCIENCES** [1] - 41:24
**SCIENTIFIC** [2] - 23:4, 23:17
**SCIENTIST** [1] - 23:13
**SCOTT** [2] - 2:9, 17:1
**SCOTT** [5] - 2:19, 5:14, 5:19, 16:10, 17:1
**SCREEN** [3] - 18:16, 19:17, 81:16
**SCREENED** [1] - 27:9
**SCV** [9] - 16:7, 21:14, 21:25, 22:1, 22:6, 22:7, 24:2, 30:7
**SEAT** [10] - 8:19,

41:15, 45:14, 64:1, 69:14, 75:25, 82:21, 85:21, 92:2, 102:24
**SEATED** [15] - 7:12, 14:6, 14:7, 15:22, 17:14, 48:23, 112:23, 115:4, 115:20, 115:21, 118:1, 118:11, 119:11, 119:12, 120:25
**SEATS** [1] - 118:2
**SECOND** [4] - 14:25, 30:1, 56:18, 68:17
**SECRETARIES** [1] - 94:17
**SECTION** [1] - 122:8
**SECTOR** [2] - 46:1, 76:23
**SEE** [53] - 6:11, 11:13, 13:19, 13:23, 13:24, 15:1, 18:12, 18:25, 19:8, 19:18, 21:20, 22:12, 23:10, 24:18, 24:25, 26:18, 27:25, 28:16, 29:14, 31:6, 34:2, 35:8, 36:7, 36:25, 41:6, 43:17, 43:23, 56:18, 58:6, 58:22, 59:11, 61:6, 61:24, 63:11, 71:23, 74:6, 74:16, 77:20, 82:12, 98:12, 104:12, 111:25, 113:12, 113:22, 114:6, 115:2, 115:8, 118:5, 118:6, 120:20, 121:14, 121:15
**SEEKING** [2] - 30:3, 74:6
**SEEM** [2] - 22:22, 47:20
**SEEMING** [1] - 9:22
**SELECT** [1] - 28:2
**SELECTED** [35] - 6:1, 6:5, 22:19, 25:21, 25:24, 27:20, 28:2, 28:4, 28:7, 30:13, 31:18, 32:14, 33:25, 34:4, 34:10, 35:6, 44:19, 47:10, 47:24, 48:2, 48:13, 51:18, 51:24, 61:4, 62:12, 73:3, 85:16, 91:19, 96:14, 96:20, 100:10, 113:2, 114:10, 118:8, 118:23
**SELECTION** [7] -

5:25, 6:8, 6:20, 8:16, 8:18, 8:23, 9:15
**SELL** [1] - 78:5
**SEND** [4] - 86:2, 86:7, 86:13, 86:19
**SENDING** [2] - 86:16, 89:2
**SENDS** [1] - 64:8
**SENSE** [13] - 49:16, 51:21, 65:25, 66:1, 78:24, 83:8, 83:13, 84:11, 92:9, 94:16, 94:20, 95:11, 120:18
**SENT** [1] - 24:24
**SEPARATE** [4] - 43:2, 68:20, 84:16, 118:25
**SEPARATED** [1] - 107:12
**SEPARATION** [1] - 41:23
**SERIOUS** [4] - 8:9, 12:24, 33:5, 51:8
**SERIOUSNESS** [1] - 11:1
**SERVE** [24] - 7:8, 24:10, 24:25, 25:4, 25:8, 27:11, 27:14, 27:21, 27:23, 28:4, 29:7, 29:11, 37:23, 39:23, 40:23, 47:23, 69:1, 73:23, 75:20, 81:12, 101:14, 105:15, 108:20, 114:8
**SERVED** [6] - 28:9, 33:14, 60:14, 71:13, 74:17, 107:12
**SERVER/COOK** [1] - 104:19
**SERVICE** [11] - 7:20, 47:23, 49:6, 49:7, 49:8, 50:3, 92:14, 95:9, 95:19, 118:11
**SERVICES** [2] - 93:11, 95:17
**SERVING** [3] - 12:8, 90:11, 106:10
**SESSION** [1] - 25:17
**SET** [2] - 29:4, 72:25
**SETTLE** [1] - 91:11
**SETTLED** [1] - 91:12
**SEVEN** [2] - 99:8, 107:15
**SEWER** [2] - 55:12, 55:13
**SHAPE** [1] - 11:8
**SHARING** [1] - 14:24
**SHARP** [1] - 26:3
**SHELTER** [1] - 77:6
**SHIPPED** [1] - 103:20

**SHORT** [1] - 26:4
**SHORTLY** [1] - 113:12
**SHOT** [1] - 45:1
**SHOUP** [1] - 20:6
**SHOW** [2] - 16:18, 17:6
**SHY** [1] - 119:25
**SIDE** [22] - 6:14, 6:16, 14:22, 16:2, 16:3, 16:4, 26:9, 34:25, 36:23, 36:24, 38:19, 40:14, 46:10, 49:8, 63:17, 90:8, 94:13, 94:15, 114:10, 118:4, 120:15, 121:15
**SIDES** [2] - 44:25, 108:23
**SIGNIFICANCE** [2] - 7:17, 12:25
**SIGNIFICANT** [2] - 15:2, 91:7
**SILENT** [1] - 20:21
**SILICA** [2] - 42:21, 42:24
**SILICON** [1] - 42:23
**SILLY** [1] - 31:8
**SIMILAR** [4] - 33:14, 102:14, 105:6, 108:10
**SIMMONS** [1] - 19:23
**SIMPLE** [1] - 71:21
**SIMPLY** [7] - 8:19, 13:12, 41:4, 42:1, 69:4, 113:10, 113:22
**SIMPSON** [1] - 20:7
**SINGLE** [1] - 78:22
**SIT** [1] - 16:1
**SITE** [2] - 21:24, 22:5
**SITS** [2] - 16:3, 28:25
**SIX** [4] - 37:5, 57:15, 58:2, 88:23
**SIXTH** [2] - 119:17
**SLADE** [1] - 20:7
**SLOW** [1] - 120:2
**SLOWS** [1] - 13:14
**SMALL** [3] - 97:23, 111:14, 111:20
**SMILE** [1] - 11:20
**SMOOTHER** [1] - 92:16
**SOCIAL** [1] - 11:9
**SOCIETY** [1] - 29:2
**SODA** [1] - 105:2
**SOIL** [4] - 21:25, 58:12, 58:14, 58:16
**SOLELY** [3] - 28:14, 29:8, 44:21
**SOLEMNLY** [2] - 7:6, 119:6

**SOLVENTS** [1] - 43:1
**SOMEONE** [14] - 11:23, 12:3, 12:6, 12:8, 16:14, 19:4, 20:4, 34:16, 34:18, 92:21, 112:1, 115:15, 115:21, 115:22
**SOMETIMES** [8] - 8:25, 20:14, 37:12, 44:3, 65:21, 68:7, 79:17, 79:19
**SON** [3] - 52:15, 52:16, 67:12
**SORRY** [2] - 5:19, 102:3
**SORSHER** [1] - 19:22
**SORT** [13] - 11:20, 26:16, 35:10, 47:4, 50:2, 62:4, 65:19, 68:18, 72:3, 80:22, 87:11, 109:7, 111:11
**SOUGHT** [1] - 30:6
**SOUNDS** [3] - 33:14, 83:19, 108:10
**SOURCE** [1] - 22:10
**SOUTH** [1] - 2:6
**SPACE** [1] - 115:22
**SPACEX** [3] - 107:8, 107:12, 108:16
**SPACING** [1] - 37:3
**SPEAKING** [7] - 9:20, 16:21, 19:10, 36:17, 36:19, 42:3, 56:17
**SPECIAL** [8] - 23:13, 24:21, 55:11, 66:10, 76:21, 76:22, 84:16, 112:17
**SPECIALIST** [4] - 76:6, 79:19, 106:25, 108:2
**SPECIALIZED** [2] - 47:10, 79:9
**SPECIALLY** [1] - 6:22
**SPECIALTY** [1] - 98:1
**SPECIFIC** [5] - 46:16, 74:11, 78:17, 85:3, 93:4
**SPECIFICALLY** [13] - 42:10, 57:24, 79:25, 80:2, 80:7, 85:3, 101:6, 103:16, 104:11, 105:8, 107:2, 107:6, 111:15
**SPELL** [3] - 9:12, 11:10, 77:22
**SPEND** [2] - 39:6, 54:11
**SPENT** [1] - 57:15
**SPILL** [1] - 98:19

**SPOKEN** [1] - 27:12
**SPOTS** [1] - 96:10
**SPOUSE** [11] - 41:8, 59:6, 66:12, 66:14, 66:15, 68:9, 74:2, 89:7, 100:17, 112:15, 112:18
**STAFF** [4] - 14:18, 18:10, 92:19, 93:1
**STAND** [8] - 7:2, 20:17, 20:20, 31:24, 31:25, 115:2, 118:2, 118:3
**STANDARD** [1] - 93:18
**STANDARDS** [2] - 72:12, 72:25
**STANDING** [5] - 118:10, 118:17, 118:18, 118:21
**STANIN** [1] - 19:25
**STANLEY** [1] - 1:3
**STANLEY** [3] - 14:17, 82:2, 101:20
**START** [14] - 14:3, 16:16, 22:9, 25:21, 25:22, 25:25, 26:2, 36:15, 37:18, 47:17, 103:9, 115:18, 121:1, 121:17
**STARTED** [1] - 38:10
**STARTING** [6] - 5:11, 17:16, 26:1, 26:22, 37:14, 113:23
**STATE** [5] - 5:10, 26:9, 40:10, 40:14, 74:19
**STATEMENT** [2] - 21:7, 120:16
**STATEMENTS** [2] - 120:16, 121:2
**STATES** [4] - 1:1, 122:6, 122:8, 122:13
**STATES** [2] - 23:18, 71:2
**STATES** [2] - 72:14, 72:20
**STATION** [1] - 107:12
**STATIONARY** [2] - 42:21, 42:25
**STATIONS** [2] - 98:4
**STAY** [2] - 108:12, 119:19
**STEAM** [2] - 78:14, 78:15
**STEFFEY** [1] - 20:7
**STENOGRAPHICAL LY** [1] - 122:10
**STEP** [4] - 36:21, 36:22, 37:19, 56:24

**STEVE** [1] - 19:24
**STEVEN** [2] - 19:24, 20:6
**STICK** [1] - 114:4
**STICKLER** [1] - 26:1
**STILL** [1] - 59:25
**STIPULATIONS** [2] - 32:8, 32:18
**STOCK** [1] - 88:3
**STOCKED** [1] - 87:20
**STOCKING** [1] - 90:1
**STONE** [3] - 2:19, 20:7, 114:24
**STONE** [3] - 115:1, 115:5, 115:6
**STORE** [4] - 87:17, 87:23, 87:24, 89:24
**STORES** [1] - 87:19
**STORMWATER** [1] - 100:1
**STRAIGHTFORWAR D** [2] - 8:24, 28:11
**STREET** [1] - 1:24
**STREET** [3] - 38:1, 101:19, 102:4
**STREET** [4] - 2:6, 2:10, 2:15, 90:19
**STRICT** [2] - 11:11, 12:15
**STRIKE** [1] - 117:21
**STRIKES** [2] - 113:7, 115:11
**STRIP** [1] - 78:15
**STRONGLY** [1] - 69:6
**STRUCTURES** [1] - 46:2
**STUDENT** [2] - 74:3, 109:3
**STUDENTS** [5] - 59:15, 64:8, 64:9, 67:10
**STUDIED** [2] - 48:17, 110:3
**STUDIES** [1] - 74:10
**STUDYING** [2] - 109:4, 109:5
**STUFF** [3] - 71:21, 85:1, 94:1
**STUPID** [2] - 59:19, 59:20
**SUBJECT** [5] - 7:24, 12:14, 65:7, 113:14, 120:11
**SUBJECTS** [1] - 64:20
**SUBSTANCES** [1] - 21:25
**SUBSTANTIAL** [1] - 10:14
**SUBTRACTIONS** [1] - 39:18

**SUCKS** [1] - 50:20
**SUDDEN** [1] - 9:21
**SUFFICIENT** [1] - 22:18
**SUFFICIENTLY** [3] - 6:21, 13:18, 42:15
**SUGGESTED** [1] - 93:15
**SUITE** [1] - 2:16
**SUITE** [1] - 1:24
**SUMMONED** [1] - 6:7
**SUMMONS** [3] - 24:25, 27:10, 47:23
**SUN** [1] - 78:23
**SUPERIOR** [3] - 38:9, 40:9, 40:11
**SUPERIOR** [2] - 38:1, 74:20
**SUPERVISOR** [3] - 92:8, 92:12, 98:3
**SUPPLEMENT** [1] - 109:7
**SUPPLIER** [1] - 21:15
**SUPPLY** [5] - 42:1, 43:15, 104:9, 108:1, 109:5
**SUPPOSED** [2] - 11:15, 11:21
**SURCHARGE** [1] - 111:20
**SURFACES** [1] - 84:6
**SURPRISED** [1] - 114:6
**SUSTAIN** [1] - 30:10
**SUSTAINED** [1] - 30:9
**SWEAR** [2] - 7:6, 119:6
**SWORN** [3] - 118:20, 118:22, 119:4
**SYNTHETICS** [1] - 78:12
**SYSTEM** [11] - 86:2, 86:5, 86:7, 86:11, 86:13, 87:10, 87:22, 87:25, 100:16, 108:7
**SYSTEMS** [1] - 86:10

## T

**TABLE** [4] - 6:13, 16:4, 18:1, 114:22
**TABLES** [1] - 105:1
**TAILOR** [1] - 8:1
**TAKAICHI** [1] - 20:8
**TANK** [1] - 55:11
**TAP** [6] - 43:25, 44:3, 44:6, 44:24, 62:6, 68:13
**TAX** [3] - 70:6, 70:7, 70:10

**TB** [1] - 101:8
**TEACH** [1] - 64:9
**TEACHER** [3] - 65:3, 76:22, 112:16
**TEAM** [5] - 17:12, 18:5, 79:18, 92:20, 94:18
**TEARS** [1] - 67:18
**TECHNICAL** [3] - 22:22, 23:4, 47:2
**TECHNOLOGIES** [1] - 96:3
**TEEN** [1] - 77:11
**TEENS** [1] - 77:6
**TELLERS** [1] - 59:10
**TEMPLE** [1] - 90:19
**TEN** [3] - 39:8, 83:4, 90:16
**TEND** [1] - 33:9, 79:12, 79:15
**TENDS** [1] - 78:3
**TERMS** [3] - 22:17, 84:19, 99:9
**TERRIBLY** [1] - 19:18
**TEST** [4] - 42:17, 46:1, 46:3
**TESTED** [1] - 42:15
**TESTIFIES** [2] - 34:20, 34:21
**TESTIFY** [2] - 19:10, 19:12
**TESTIMONY** [4] - 31:22, 32:1, 32:17, 34:6
**TESTING** [2] - 42:19, 46:2
**TEXT** [1] - 11:9
**THANKSGIVING** [1] - 25:17
**THAT** [3] - 122:7, 122:8, 122:11
**THE** [472] - 2:3, 2:12, 5:7, 5:15, 5:20, 7:5, 7:11, 7:13, 15:18, 16:21, 16:25, 17:8, 17:13, 17:20, 17:25, 18:6, 37:21, 38:2, 38:4, 38:8, 38:12, 38:15, 38:18, 38:21, 39:1, 39:9, 39:16, 39:20, 39:23, 39:25, 40:4, 40:6, 40:9, 40:13, 40:18, 40:22, 41:1, 41:8, 41:11, 41:13, 41:15, 41:20, 42:3, 42:10, 42:18, 42:23, 43:4, 43:11, 43:17, 43:23, 44:7, 44:11, 44:18, 44:23, 45:4, 45:9, 45:13,

45:18, 45:22, 46:5, 46:8, 46:12, 46:17, 46:22, 47:9, 48:12, 48:16, 48:20, 48:22, 49:4, 49:8, 49:11, 49:15, 49:20, 50:2, 50:12, 50:24, 51:11, 51:18, 52:1, 52:4, 52:7, 52:11, 52:14, 52:17, 52:21, 52:23, 53:3, 53:6, 53:9, 53:12, 53:15, 53:19, 53:23, 54:3, 54:8, 54:11, 54:15, 54:20, 54:24, 55:2, 55:6, 55:8, 55:13, 55:15, 55:19, 55:21, 55:25, 56:3, 56:8, 56:11, 56:15, 56:21, 56:23, 57:2, 57:6, 57:9, 57:12, 57:18, 57:22, 58:3, 58:6, 58:15, 58:21, 59:1, 59:3, 59:6, 59:9, 59:11, 59:15, 59:19, 59:21, 60:2, 60:8, 60:13, 60:17, 60:19, 60:22, 60:24, 61:3, 61:6, 61:24, 62:2, 62:6, 62:10, 62:16, 62:18, 63:1, 63:5, 63:8, 63:11, 63:14, 63:16, 63:20, 63:24, 64:3, 64:5, 64:11, 64:14, 64:24, 65:1, 65:4, 65:6, 65:9, 65:16, 65:18, 66:5, 66:7, 66:12, 66:15, 66:19, 66:24, 67:2, 67:7, 67:10, 67:12, 67:14, 67:22, 67:25, 68:6, 68:9, 68:13, 68:15, 68:17, 68:22, 68:25, 69:4, 69:10, 69:13, 69:18, 69:21, 69:25, 70:4, 70:7, 70:10, 70:13, 70:17, 70:21, 71:3, 71:7, 71:12, 71:16, 71:22, 72:3, 72:10, 72:17, 72:20, 72:24, 73:2, 73:6, 73:8, 73:14, 73:25, 74:2, 74:5, 74:11, 74:14, 74:16, 74:19, 74:22, 74:25, 75:3, 75:6, 75:9, 75:12, 75:20, 75:24, 76:2, 76:5, 76:14, 76:18, 76:24, 77:3, 77:8, 77:15, 77:19, 78:8, 78:16, 78:25, 79:4,

79:8, 79:14, 79:22, 80:4, 80:6, 80:18, 80:21, 80:25, 81:5, 81:12, 81:18, 81:22, 82:3, 82:6, 82:12, 82:16, 82:20, 82:24, 83:2, 83:5, 83:7, 83:11, 83:18, 83:25, 84:3, 84:7, 84:11, 84:18, 84:22, 85:2, 85:6, 85:9, 85:13, 85:16, 85:21, 85:25, 86:4, 86:9, 86:15, 86:20, 86:24, 87:3, 87:7, 87:9, 87:14, 87:17, 87:19, 87:22, 88:2, 88:6, 88:9, 88:11, 88:14, 88:17, 88:21, 88:24, 89:3, 89:7, 89:10, 89:12, 89:17, 89:19, 89:22, 89:25, 90:5, 90:8, 90:10, 90:13, 90:17, 90:20, 90:22, 90:24, 91:1, 91:3, 91:15, 91:19, 91:23, 92:1, 92:6, 92:17, 92:22, 92:24, 93:2, 93:10, 93:14, 93:18, 93:20, 93:22, 94:2, 94:6, 94:9, 94:12, 94:24, 95:5, 95:12, 95:23, 96:1, 96:5, 96:11, 96:14, 96:17, 96:19, 96:25, 97:3, 97:7, 97:10, 97:14, 97:17, 97:20, 97:25, 98:5, 98:8, 98:12, 98:20, 98:22, 98:25, 99:4, 99:9, 99:16, 99:21, 100:3, 100:7, 100:10, 100:16, 100:22, 100:25, 101:5, 101:9, 101:13, 101:17, 101:19, 101:21, 102:2, 102:4, 102:7, 102:9, 102:11, 102:14, 102:17, 102:20, 102:23, 103:9, 103:13, 103:16, 103:21, 103:23, 103:25, 104:3, 104:9, 104:12, 104:15, 104:20, 105:3, 105:11, 105:14, 105:18, 105:20, 105:22, 106:1, 106:6, 106:10, 106:14, 106:17,

106:20, 106:23, 107:5, 107:9, 107:14, 107:17, 107:20, 107:22, 107:24, 108:3, 108:9, 108:12, 108:15, 108:18, 108:22, 108:25, 109:4, 109:7, 109:10, 109:14, 109:17, 109:21, 109:25, 110:5, 110:9, 110:14, 110:18, 110:22, 111:1, 111:4, 111:9, 111:15, 111:21, 111:25, 112:5, 112:8, 112:12, 112:15, 112:18, 112:22, 113:20, 114:1, 114:3, 114:17, 115:1, 116:5, 116:9, 116:17, 116:20, 117:3, 117:10, 117:17, 117:24, 119:3, 119:11, 119:12, 120:25, 121:8, 121:12, 121:23, 122:6, 122:7, 122:8, 122:9, 122:10, 122:11, 122:12, 122:13
**THEMSELVES** [2] - 42:2, 112:3
**THEREAFTER** [1] - 9:6
**THEREIN** [1] - 119:7
**THINKING** [1] - 22:13
**THIRD** [2] - 32:7, 32:8
**THIRTY** [1] - 121:15
**THIS** [1] - 122:15
**THOMPSON** [1] - 20:8
**THOUGHTS** [1] - 47:5
**THREE** [7] - 26:11, 31:21, 40:15, 103:12, 105:17, 114:4, 114:10
**THREE-FOURTHS** [1] - 40:15
**THROUGHOUT** [8] - 8:25, 13:9, 14:25, 15:1, 16:7, 26:5, 59:13, 107:2
**THROW** [3] - 84:15, 84:24, 85:1
**TIE** [1] - 80:14
**TIMOTHY** [1] - 20:7
**TITLE** [1] - 122:8
**TITLE** [1] - 98:2

**TO** [2] - 1:8, 122:8
**TODAY** [12] - 5:13, 5:25, 6:4, 6:5, 10:13, 25:11, 25:22, 26:20, 26:21, 100:4, 116:12, 117:18
**TOGETHER** [2] - 75:18, 112:21
**TOOK** [2] - 47:11, 51:7
**TORRANCE** [1] - 41:22
**TOUCHED** [1] - 79:23
**TOUCHING** [3] - 7:7, 49:22, 49:23
**TOWARDS** [1] - 74:8
**TRACING** [3] - 100:20, 101:1, 101:5
**TRAINER** [2] - 98:11, 99:12
**TRAINING** [10] - 57:16, 58:2, 58:4, 66:8, 66:10, 78:25, 98:16, 100:6
**TRANSACTIONS** [1] - 112:2
**TRANSCRIPT** [3] - 1:13, 122:9, 122:11
**TRANSITION** [1] - 108:10
**TREAT** [2] - 78:11, 78:15
**TREATING** [2] - 34:24, 35:3
**TREE** [2] - 61:23, 62:3
**TRIAL** [1] - 1:13
**TRIAL** [22] - 6:2, 14:17, 14:25, 15:2, 16:7, 17:5, 17:12, 18:5, 19:13, 22:23, 23:22, 23:25, 24:19, 24:23, 25:10, 25:16, 25:21, 26:8, 28:14, 30:25, 32:24, 33:4
**TRICKY** [1] - 78:22
**TRIED** [2] - 37:4, 81:24
**TRIGGER** [1] - 72:4
**TRIGGERED** [1] - 72:3
**TROWBRIDGE** [2] - 2:15, 17:23
**TROWBRIDGE** [2] - 5:18, 17:24
**TRUDELL** [1] - 19:25
**TRUE** [13] - 6:16, 7:6, 23:22, 24:5, 26:9, 27:15, 27:22, 32:15, 33:1, 34:25, 35:24, 35:25, 119:7
**TRUE** [1] - 122:9
**TRULY** [1] - 119:6

**TRUSTED** [1] - 61:23
**TRUTHFULLY** [1] - 9:9
**TRY** [11] - 9:14, 9:15, 11:20, 15:3, 16:15, 27:2, 37:3, 68:7, 68:11, 119:6, 121:15
**TRYING** [11] - 9:24, 11:23, 13:13, 39:13, 59:24, 60:1, 60:6, 60:19, 75:14, 111:13, 120:5
**TUBERCULOSIS** [1] - 101:7
**TURN** [5] - 11:23, 14:12, 30:1, 70:14, 117:14
**TURNS** [1] - 10:6
**TUTOR** [2] - 64:6, 64:20
**TUTORING** [1] - 65:4
**TWO** [26] - 7:16, 14:24, 15:24, 16:23, 26:5, 26:10, 26:11, 29:15, 29:21, 30:6, 31:20, 31:21, 53:3, 53:4, 54:16, 60:5, 60:14, 67:23, 70:20, 71:15, 77:1, 95:3, 95:21, 104:14, 110:16, 110:21
**TWO-AND-A-HALF** [3] - 26:11, 71:15, 110:16
**TYPE** [42] - 10:9, 32:2, 39:25, 42:7, 42:18, 45:18, 49:11, 53:19, 57:12, 59:9, 59:12, 60:2, 66:9, 66:21, 66:25, 70:5, 70:10, 70:22, 71:25, 76:15, 76:18, 76:24, 80:19, 83:12, 85:3, 86:9, 86:20, 88:24, 89:19, 92:9, 93:22, 94:10, 98:13, 98:22, 98:23, 107:6, 108:15, 110:9, 111:1, 111:9, 112:16, 112:19
**TYPES** [7] - 30:6, 50:13, 83:12, 83:21, 86:16, 89:5, 105:5
**TYPICAL** [3] - 25:21, 26:18, 27:6
**TYPICALLY** [3] - 26:3, 110:6, 115:19

## U

**U.S** [2] - 1:3, 107:11

**UCLA** [1] - 64:22
**ULTIMATELY** [8] - 7:20, 28:6, 28:11, 65:22, 66:1, 81:1, 82:13, 84:19
**UNABLE** [8] - 24:9, 29:6, 29:11, 33:24, 34:1, 35:5, 36:1, 36:5
**UNANIMOUS** [7] - 40:15, 40:20, 75:1, 101:24, 102:1, 102:5, 102:7
**UNANIMOUSLY** [2] - 75:18, 101:23
**UNBIASED** [1] - 81:11
**UNDER** [3] - 78:23, 92:20, 111:12
**UNDERSTANDABLE** [1] - 22:17
**UNDERSTOOD** [6] - 39:9, 46:17, 72:10, 94:24, 105:11, 111:21
**UNEMPLOYED** [1] - 52:20
**UNFORTUNATELY** [1] - 81:22
**UNION** [1] - 97:23
**UNIT** [1] - 80:19
**UNITED** [2] - 23:18, 71:2
**UNITED** [4] - 1:1, 122:6, 122:8, 122:13
**UNNATURAL** [1] - 78:12
**UP** [33] - 8:10, 8:12, 8:17, 9:5, 12:4, 12:20, 12:23, 13:18, 13:22, 15:14, 17:6, 18:16, 36:13, 36:21, 36:22, 37:11, 37:19, 42:9, 50:22, 54:2, 56:24, 64:15, 68:19, 70:3, 72:7, 76:2, 77:13, 95:21, 98:18, 111:13, 116:14, 118:22
**UPSTAIRS** [2] - 6:2, 6:17
**USEFUL** [1] - 26:14

## V

**VACUUM** [1] - 50:20
**VALLEY** [12] - 5:8, 6:8, 6:12, 16:6, 18:17, 18:22, 19:2, 21:14, 21:16, 59:4, 114:18, 114:24

**VALLEY** [1] - 1:5
**VALUE** [3] - 9:14, 58:17, 58:23
**VARIANCE** [1] - 26:21
**VARIANCES** [1] - 26:20
**VARIOUS** [6] - 49:18, 50:4, 71:24, 83:18, 89:3, 104:21
**VECTOR** [1] - 76:22
**VEERED** [1] - 109:21
**VERBALLY** [3] - 11:19, 15:21
**VERDICT** [10] - 40:6, 40:16, 40:19, 75:1, 82:7, 90:22, 101:21, 101:22, 101:24, 119:7
**VERSUS** [4] - 5:8, 6:9, 60:20, 114:18
**VETERANS** [1] - 82:10
**VIA** [2] - 76:10, 93:8
**VIBRATING** [1] - 14:13
**VICTOR** [2] - 14:19, 64:17
**VIEW** [6] - 24:9, 24:17, 31:5, 72:11, 72:17, 75:15
**VIEWS** [2] - 28:24, 29:1
**VIOLATION** [3] - 8:9, 11:16, 12:24
**VIOLATIONS** [3] - 51:5, 51:12, 80:22
**VIRTUAL** [9] - 76:11, 115:19, 115:25, 116:13, 116:24, 117:13, 117:20
**VISUAL** [1] - 103:21
**VOC** [4] - 22:7, 78:6, 79:1
**VOCS** [10] - 21:20, 21:21, 21:24, 22:4, 78:1, 78:8, 78:17, 78:19, 81:7, 100:4
**VOLATILE** [4] - 21:18, 22:14, 22:21, 100:4
**VOLUME** [1] - 1:8
**VOLUNTEER** [1] - 71:25
**VS** [1] - 1:7

## W

**WAIT** [1] - 63:11
**WAITING** [2] - 14:4, 14:6
**WAREHOUSE** [3] - 103:6, 107:3, 108:6

**WASH** [1] - 84:15
**WASHINGTON** [1] - 2:15
**WASTE** [23] - 46:9, 46:12, 46:19, 49:22, 49:24, 50:4, 50:10, 54:17, 54:21, 54:22, 55:17, 58:8, 84:19, 85:4, 85:10, 89:4, 98:18, 99:17, 101:10, 101:11, 104:22
**WASTES** [1] - 105:5
**WATER** [1] - 1:5
**WATER** [17] - 5:8, 6:8, 6:12, 16:6, 16:7, 18:17, 18:22, 21:14, 21:16, 21:25, 22:6, 24:2, 30:7, 97:13, 114:18, 114:25
**WATER** [28] - 21:15, 43:9, 43:25, 44:3, 44:8, 44:13, 44:24, 47:12, 48:18, 62:6, 62:7, 62:9, 67:16, 67:18, 67:19, 68:1, 68:3, 68:4, 68:6, 68:12, 68:13, 68:23, 72:12, 72:15, 72:22, 78:15
**WATER'S** [2] - 22:1, 22:7
**WEARING** [2] - 37:6, 95:12
**WEBINARS** [1] - 71:20
**WEBSITE** [1] - 76:10
**WEBSITES** [1] - 7:24
**WEDNESDAY** [2] - 1:14, 5:1
**WEEK** [1] - 25:14
**WELCOME** [1] - 5:21
**WELLS** [1] - 59:8
**WELLS** [3] - 22:2, 22:5, 22:8
**WENCK** [1] - 19:23
**WEST** [1] - 1:24
**WEST** [8] - 61:11, 61:13, 61:12, 61:25, 63:17, 69:24, 70:18
**WESTERN** [1] - 1:2
**WHATSOEVER** [2] - 44:20, 114:6
**WHEEL** [2] - 103:15, 104:1
**WHICHEVER** [1] - 80:9
**WHITTAKER** [1] - 1:8
**WHITTAKER** [21] - 5:9, 5:17, 6:9, 17:17, 17:19, 17:24, 18:3,

18:18, 18:23, 21:17, 22:4, 22:5, 22:6, 24:5, 24:6, 114:18, 116:6, 116:25, 117:1, 117:14, 117:15
**WHOLE** [2] - 57:17, 62:23
**WHOLLY** [1] - 22:7
**WIFE** [2] - 59:12, 68:9
**WILLING** [2] - 45:7, 114:7
**WINE** [1] - 86:22
**WISH** [1] - 116:7
**WITH** [1] - 122:12
**WITNESS** [6] - 19:13, 20:10, 20:17, 20:20, 31:24, 121:13
**WITNESSES** [9] - 11:8, 19:10, 19:15, 28:16, 31:23, 34:5, 34:7, 34:11, 121:13
**WITNESSES** [2] - 3:1, 3:3
**WONDERING** [3] - 6:14, 103:1, 103:3
**WOOL** [1] - 78:14
**WORD** [2] - 26:18, 93:16, 120:1
**WORDS** [6] - 6:24, 9:22, 10:1, 22:20, 23:5, 63:2
**WORKER** [1] - 81:21
**WORKS** [4] - 89:7, 89:16, 89:18, 89:22
**WORRY** [1] - 72:21

## Y

**YEAR** [4] - 98:16, 103:12, 104:2, 112:7
**YEARLY** [1] - 100:6
**YEARS** [42] - 38:11, 41:14, 42:9, 45:21, 46:6, 49:14, 49:18, 49:20, 50:25, 52:20, 53:8, 53:14, 54:9, 57:11, 57:15, 58:2, 61:11, 67:6, 70:20, 71:15, 74:18, 77:2, 83:4, 88:13, 88:23, 90:16, 95:3, 95:21, 97:9, 97:16, 98:9, 99:8, 100:24, 101:15, 104:14, 105:17, 107:10, 107:12, 110:4, 110:16, 110:21, 112:21
**YOUNG** [2] - 67:10,

67:14
**YOUNGEST** [1] - 59:25
**YOURSELF** [9] - 16:13, 16:18, 16:19, 27:7, 55:22, 58:21, 79:25, 97:10
**YOUTH** [1] - 77:10

## Z

**ZELIKSON** [1] - 20:1
**ZERO** [2] - 77:25, 78:6
**ZINC** [1] - 78:14
**ZOOM** [3] - 76:10, 93:8
**ZOYD** [1] - 19:24