1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3       HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE

4

5    SANTA CLARITA VALLEY WATER AGENCY,      )
                                            )
6                      Plaintiff,           )
                                            )
7         v.                                )        Case No.
                                            )   CV 18-6825 SB (RAOx)
8    WHITTAKER CORPORATION, et al.,         )
                                            )        Volume 2
9                      Defendants.          )   (Pages 123 - 219)
     _____   )

10

11          REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS
                TRIAL DAY 1:  P.M. SESSION
12          WEDNESDAY, NOVEMBER 17, 2021
                     1:41 P.M.
13             LOS ANGELES, CALIFORNIA

14

15

16

17

18

19

20

21

22    _____

23       MYRA L. PONCE, CSR 11544, CRR, RPR, RMR, RDR
             FEDERAL OFFICIAL COURT REPORTER
24           350 WEST 1ST STREET, ROOM 4455
             LOS ANGELES, CALIFORNIA  90012
25                  (213) 894-2305


                   UNITED STATES DISTRICT COURT

1                       **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4        NOSSAMAN, LLP
         BY:  BYRON P. GEE
5        BY:  RAVEN MCGUANE
         BY:  PATRICK J. RICHARD
6        BY:  FRED FUDACZ
                 Attorneys at Law
7        777 South Figueroa Street, 34th Floor
         Los Angeles, California  90017
8        (213) 612-7800

9        NOSSAMAN, LLP
         BY:  ILSE CHANDALAR SCOTT
10               Attorney at Law
         50 California Street, 34th Floor
11       San Francisco, California  94111
         (415) 398-3600
12

13
     **FOR THE DEFENDANT WHITTAKER CORPORATION:**
14
         EDLIN, GALLAGHER, HUIE & BLUM
15       BY:  MICHAEL E. GALLAGHER, JR.
         BY:  FRED M. BLUM
16       BY:  DANIEL ERIC TROWBRIDGE
                 Attorneys at Law
17       500 Washington Street, Suite 700
         San Francisco, California  94111
18       (415) 397-9006

19

20   **ALSO PRESENT:**

21       MATT STONE
         SCOTT FRYER
22       RON BEATON
         ERIC LARDIERE
23

24

25

**UNITED STATES DISTRICT COURT**

WEDNESDAY, NOVEMBER 17, 2021; 1:41 P.M.

LOS ANGELES, CALIFORNIA

-oOo-

(In the presence of the jury:)

01:41PM   THE COURT:  On the record in Santa Clarita Valley Water Agency versus Whittaker Corporation.  We do have all counsel present as well as the jury.

And, ladies and gentlemen, the Court is going to be providing you with preliminary instructions in a moment.  And
01:41PM the preliminary instructions, members of the jury, are instructions that are provided to you at the beginning of the case and that -- you will be provided with a basic orientation with respect to this case.  I will provide to you closing final instructions after you hear all of the evidence.  But at this
01:41PM point, you are now the jury in this case, and it is my duty to instruct you on what the law is.

"It is your duty to find the facts from all of the evidence in the case.  To those facts, you will apply the law as I give it to you.  You must follow the law as I give it to
01:42PM you whether you agree with it or not.  And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy.  That means that you must decide the case solely on the evidence that is before you.

"At the end of the trial, I will give you final
01:42PM instructions, and it will be the final instructions that will

govern your duties.

"Please do not read into these instructions or anything that I may say or do throughout the course of the trial that I have an opinion regarding the evidence or what your verdict should be.

"Now, to help you follow along the evidence, I am going to provide you with a brief description of the positions of the parties, and this will be somewhat reminiscent of what you heard previously downstairs.

"The Santa Clarita Valley Water Agency, or SCV Water, asserts that Whittaker Corporation is liable for contamination found in SCV Water's wells under federal and state statutes and state common law.  SCV Water has the burden of proving these claims.

"Now, Whittaker Corporation denies the claims and contends that other sources and the negligence of SCV Water caused SCV Water's harm.  Whittaker has the burden of proof on this counter-claim.  And SCV Water denies Whittaker's counter-claim.

"Now, I told you about the burden of proof or made mention of it and described it a little bit to you, and this is the instruction that more specifically tells you what the burden of proof is.

"So when a party has the burden of proof on any claim or affirmative defense by a preponderance of the

1    evidence, it means you must be persuaded by the evidence that

2    the claim or affirmative defense is more probably true than not

3    true.  You should base your decision on all the evidence

4    regardless of which party presented it.

01:44PM    5         "Now, the evidence you are to consider in deciding

6    what the facts are consists of the following:  The sworn

7    testimony of any witness, the exhibits which are received into

8    evidence, any facts the lawyers have agreed to, the

9    stipulations I mentioned and I will get to in a little bit, and

01:44PM   10    any facts that I may instruct you to accept as proved.

11         "Evidence may be direct or circumstantial.  Direct

12    evidence is direct proof of a fact such as testimony by a

13    witness about what that witness personally saw or heard or did.

14    Circumstantial evidence is proof of one or more facts from

01:45PM   15    which you could find another fact.  You should consider both

16    kinds of evidence.  The law makes no distinction between the

17    weight to be given to either direct or circumstantial evidence.

18    It is for you to decide how much weight to give to any

19    evidence.

01:45PM   20         "Now, in reaching your verdict, you may consider

21    only the testimony and exhibits received into evidence along

22    with the stipulations.  Certain things are not evidence, and

23    you may not consider them in deciding what the facts are.  I

24    will list them for you.

01:45PM   25         "Arguments and statements by lawyers are not

UNITED STATES DISTRICT COURT

evidence.  The lawyers are not witnesses.  What they will say in their opening statements and closing arguments and at other times during the course of the case is intended to help you interpret the evidence, but it is not the evidence.  If the facts as you remember them differ from the way the lawyers have stated them, your memory of them controls.

        "Questions and objections by lawyers are not evidence.  Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence.  You should not be influenced by the objection or by the Court's ruling on it.

        "Testimony that has been excluded or stricken or that you have been instructed to disregard is not evidence and must not be considered.  In addition, sometimes testimony and exhibits are received only for a limited purpose.  When I give you a limiting instruction, you must follow it.

        "Anything you may have seen or heard when the court was not in session is not evidence.  You are to decide the case solely on the evidence presented at the trial."

        I mentioned limited purpose evidence.  So some evidence through the trial may be admitted only for a limited purpose.  If that's the case, I will instruct you as such.  And when I instruct you that an item of evidence has been admitted only for a limited purpose, you must consider it only for that limited purpose and not for any other purpose.

01:47PM

"There are rules of evidence that control what can be received into evidence.  When a lawyer asks a question or offers an exhibit into evidence and a lawyer on the other side thinks that it is not permitted by the rules of evidence, that lawyer may object.

"Sometimes I may order that evidence be stricken from the record and that you disregard or ignore the evidence. That means that when you are deciding the case, you must not consider the evidence that I told you to disregard.

01:47PM

"If I overrule the objection, the question may be answered or the exhibit received.  If I sustain the objection, the question cannot be answered and the exhibit cannot be received.  Whenever I sustain an objection to a question, you must ignore the question and must not guess what the answer might have been.

01:48PM

"One of your responsibilities, as I mentioned this morning, is to evaluate witness credibility, believability, reliability.

"And in deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to belive.  You are free to believe everything a witness says or part of it or none of it.  Proof of a fact does not necessarily depend on the number of witnesses who testify about it.

01:48PM

"In considering the testimony of any witness, you

may take into account numerous factors, but let me give you

some illustrative ones that you may want to keep in mind:

   "The opportunity and ability of the witness to see

or hear or know the things testified to;

   "The witness's memory;

   "The witness's manner, demeanor, or conduct while

testifying;

   "The witness's interest in the outcome of the case,

if any;

   "The witness's bias or prejudice, if any;

   "Whether other evidence contradicted the witness's

testimony;

   "The reasonableness of the witness's testimony in

light of all of the other evidence in the case; and

   "Any other factor that bears on believability or

credibility.

   "Now, sometimes a witness may say something that is

not consistent with something else he or she said.  Sometimes

different witnesses will give different versions of what

happened.  People often forget things or make mistakes in what

they remember.  Also, two people may see the same event but

remember it differently.

   "You may consider these differences, but do not

decide that testimony is untrue just because it differs from

other testimony.  However, if you decide that a witness has

deliberately lied or testified deliberately untruthfully about

something important, you may choose not to believe anything

that witness said.  On the other hand, if you think the witness

testified untruthfully about some things but told the truth

01:50PM    about others, you may accept the part you think is true and

ignore the rest."

Juror No. 1?  Juror No. 1?

JUROR NO. 1:  Yes.

THE COURT:  You okay?

01:50PM    JUROR NO. 1:  Yes.

THE COURT:  All right.

"The weight of the evidence as to a fact does not

necessarily depend on the number of witnesses who testify.

What is important is how believable the witnesses were and how

01:50PM    much weight you think their testimony deserves."

Now, you're going to be hearing through the course

of this trial something called a deposition.  You may know what

that is.  But "A deposition is the sworn testimony of a witness

taken before the trial.  The witness is placed under oath to

01:51PM    tell the truth, and lawyers for each party may ask questions.

The questions and answers are recorded.

"When a person is unavailable to testify at trial,

the deposition of that person may be used at the trial.  You

will, in fact, hear from one or more witnesses through

01:51PM    deposition testimony.

UNITED STATES DISTRICT COURT

1    "You should consider deposition testimony presented

2    to you in court in lieu of live testimony insofar as possible

3    in the same way as if the witness had been present to testify

4    here in the courtroom on the witness stand.  There's no

01:51PM  5    difference between testimony, whether testimony is taken in an

6    office outside the courtroom or whether it's taken here in the

7    courtroom.  It has the same solemnity, the same importance, the

8    same rules apply, and that's how you should proceed when

9    considering deposition testimony.

01:51PM  10    "Now, the parties have agreed, as mentioned, to

11    certain facts, as I will describe them below.  You must,

12    therefore, treat these facts as having been proved," which

13    means these are facts, you must accept them.  I am going to

14    order the parties to present these stipulations in an exhibit

01:52PM  15    that will be identified so that you will have the stipulations

16    listed for you during deliberations when you retire.

17    So first stipulated fact is as follows:

18    "The Whittaker site is located at

19    22116 West Soledad Canyon Road in Santa Clarita, California.

01:52PM  20    And I'll be referring to it as 'the site.'  It covers

21    approximately 996 acres.

22    "Perchlorate and volatile organic compounds, VOCs,

23    have been found in soil and groundwater at and beneath the

24    site.

01:52PM  25    "Whittaker ceased manufacturing operations at the

**UNITED STATES DISTRICT COURT**

1    site in approximately 1987.

2        "Santa Clarita Valley Water Agency's, SCVWA or SCV

3    Water, Saugus 1 and Saugus 2 wells were installed in

4    approximately 1988."

01:53PM   5        Just going off script here, members of the jury,

6    you're going to be hearing reference to certain wells and they

7    have names and/or numbers associated with them.  So when this

8    refers to Saugus 1 and Saugus 2 wells, it's referring to

9    certain wells that you will hear about that bear that name and

01:53PM  10    number.

11        "On November 21, 1994, Whittaker and the California

12    Department of Toxic Substances Control, which is commonly

13    referred to as DTSC, entered into a consent order related to

14    contamination at the site.

01:54PM  15        "On November 27th, 2002, DTSC issued what's called

16    an Imminent and Substantial Endangerment Determination and

17    Order and Remedial Action Order to Whittaker.

18        "Perchlorate and VOCs, including trichloroethylene,

19    TCE, and tetrachloroethylene, PCE, were used and released to

01:54PM  20    the soil and have impacted groundwater at the site.

21        "Investigations at the site determined that

22    perchlorate and VOCs were generally released from the same

23    source areas.  Perchlorate and VOCs released from the source

24    areas on the site followed the same migration pathway in

01:54PM  25    groundwater.  Releases of perchlorate from the source areas

UNITED STATES DISTRICT COURT

have migrated faster and farther than TCE, as TCE moves at a rate up to 2.5 times slower than perchlorate.

"SCVWA Wells S-I and S-II" -- and the lawyers will explain this to you, but I believe it relates to Saugus 1 and Saugus 2, but here it's referred to as S-I and S-II -- "supplied water to its customers from 1988 through 1997.

"In 1997, perchlorate from the Whittaker site was detected in the wells.  SCV Water notified the Division of Drinking Water, also commonly referred to as DDW, of the contamination and shut down the impacted wells.

"SCV Water entered into an environmental oversight agreement in 2003 with DTSC.  Pursuant to a settlement agreement that resolved a 2000 lawsuit brought by SCV Water's predecessors in interest, Whittaker has paid for the installation of perchlorate treatment systems for wells Saugus 1 and 2, or S-I and S-II.

"The parties entered into a subsequent settlement agreement in which Whittaker paid for perchlorate treatment system for Well" -- and here's another one, different name -- "V-201," different well.  And again, you'll hear about this.

"Following installation of the perchlorate treatment system around 2010, SCV Water received a water supply permit from DDW that allowed it to use the Saugus 1 and Saugus 2 wells for potable water services and has continued to use those wells to supply water to its customers since 2011.

1          "In 2010, perchlorate was detected in Well V-201,

2     and the well was taken out of service.

3          "Whittaker installed an on-site remediation system

4     to reduce the mass of VOCs in the groundwater and soil beneath

01:57PM   5     the site."

6          Those are the stipulations.  And again, you will get

7     a written copy of these as well.

8          "I will now say a few words about your conduct as

9     jurors.

01:57PM   10         "First, keep an open mind throughout the trial and

11    do not decide what the verdict should be until you and your

12    fellow jurors have completed your deliberations at the end of

13    the case.

14         "Second, because you must decide this case based

01:57PM   15    only on the evidence received in the case and on my

16    instructions as to the law that applies, you must not be

17    exposed to any other information about the case or to the

18    issues it involves during the course of your jury duty.  Thus,

19    until the end of the case or unless I tell you otherwise, do

01:58PM   20    not communicate with anyone in any way and do not let anyone

21    else communicate with you in any way about the merits of the

22    case or anything to do with it.  This includes discussing the

23    case in person, in writing, by phone, tablet or computer, or

24    any other electronic means via e-mail, text messaging, or any

01:58PM   25    Internet chat room, blog, website, or application, including,

but not limited to, Facebook, YouTube, Twitter, Instagram,

LinkedIn, Snapchat, TikTok, or any other forms of social media.

This also applies to communicating with your fellow jurors

until I give you the case for deliberations, and it applies to

01:58PM   communicating with everyone else, including your family

members, your employer, the media or press, and the people

involved in the trial; although, you may notify your family and

your employer that you have been seated as a juror in this case

and how long you expect the trial to last.

01:59PM   "But if you are asked or approached about your jury

service or anything about this case, you must respond that you

have been ordered not to discuss the matter and please report

the contact to the Court through my courtroom deputy, Mr. Cruz.

"Because you will receive all of the evidence and

01:59PM   legal instruction you properly may consider to return a

verdict, you're not permitted to read, watch, or listen to any

news or media accounts or commentary about the case or anything

to do with it; although, I have no specific information that

there will be news reports about the case.

01:59PM   "Also, do not do any research, such as consulting

dictionaries, searching the Internet, or using other reference

materials, and do not make any investigation or in any other

way try to learn about the case on your own.  That includes not

visiting or viewing any place discussed in the case, and do not

02:00PM   use the Internet or any other resource to search for or view

any place discussed during the trial.

"Also, do not do any research about this case, the law, and the people involved, including the parties, the witnesses, or the lawyers, until you've been excused as jurors. If you happen to read or hear anything touching upon this case in the media, turn away and report it to me as soon as possible.

"These rules are important because they protect each party's right to have this case decided only on the evidence that has been presented here in this courtroom.  Witnesses here in court take an oath to tell the truth, and the accuracy of their testimony is tested through the trial process.  If you do any research or investigation outside the courtroom or gain any information through improper communications, then your verdict may be influenced by inaccurate, incomplete, or misleading information that has not been tested by the trial process.

"Each of the parties is entitled to a fair trial by an impartial jury.  And if you decide the case based on information not presented in this courtroom, you will have denied the parties their right to a fair trial.

"Remember, you have taken an oath to follow the rules, and it is very important that you do, in fact, follow these rules.

"A juror who violates these restrictions and jeopardizes the fairness of these proceedings, that is, a juror

who violates these proceedings jeopardizes the fairness of
these proceedings.  And if any juror is exposed to any outside
information, please notify the Court through Mr. Cruz
immediately.

"Now, I do urge you to pay close attention to the
trial testimony as it is given.  During deliberations, you will
not have a transcript of the trial testimony.

"Now, each of you has received a notebook.  And if
you wish, you may take notes to help you remember the evidence.
If you do take notes, please keep them to yourself until you
and your fellow jurors go to the jury room to decide the case.
Do not let note-taking distract you.

"When you leave, your notes should be left in the
envelope in the jury room.  No one will read your notes.
Instead, they will be collected and destroyed at the conclusion
of this case.

"Whether or not you decide to take notes, you should
rely on your own memory of what was said.  Notes are there only
to assist your memory.  You should not be overly influenced by
your notes or those of your fellow jurors.

"Now, during the trial, it may become necessary for
me to talk with the attorneys out of the hearing of the jury,
either by having a conference at the bench when the jury is
present in the courtroom or by calling a recess.  Please
understand that while you are waiting, we are working.  The

purpose of these conferences is not to keep relevant
information from you but to decide how certain evidence is to
be treated under the rules of evidence and to avoid confusion
and error.

     "I may not always grant an attorney's request for a
conference.  Please do not consider my granting or denying a
request for a conference as any indication of my opinion of the
case or of what your verdict should be."

     I'll tell you right now, it's very unlikely I'm
going to grant a request for a bench conference.  It's
possible, but it's not likely.  I don't -- I generally don't do
it, and I especially don't do it during the pandemic.  But we
may need to excuse you if I do need to speak with the lawyers
about something that needs to be decided at that moment,
otherwise we can't proceed, and it may take a minute or two and
I don't want you sitting here waiting around.

     Now, I'm going to go through the trial process and
the overview of a trial.  This is probably familiar to most of
you but just to make sure.

     First of all, there are two parties in this case.
There's the plaintiff, and I've already explained who the
plaintiff is in this case.  This is Santa Clarita Valley Water
Agency, and they now are sitting on that side closest to the
jury.  And on the other side is Whittaker Corporation.  They
are the defendant in this case, and I'm pointing to them.

1          And the trial will start after I finish -- and I

2    soon will be done -- with opening statements.  And the

3    plaintiff will go first and deliver an opening statement, and

4    then the defense will proceed.

02:04PM 5          After that, you will hear the evidence in the case.

6          In light of the time at present, my best guess is

7    we're going to start the evidence tomorrow morning.  In fact,

8    we may run a little bit late this afternoon because I want to

9    make sure that you hear all of the opening statements in their

02:04PM 10   completion and not trail any of that over until tomorrow.

11         But once the evidence begins, we start with the

12   plaintiff's case.  And that will be the time for the plaintiff

13   to present the evidence it intends to present.

14         After that, the defense can present its case, and

02:05PM 15   that's called the defense case.  After the defense presents its

16   case and closes, the plaintiff, if it chooses, can try to

17   provide additional evidence called rebuttal evidence in its

18   rebuttal case, responding to the defense case.  And

19   theoretically, this can continue going on, so Whittaker then

02:05PM 20   can provide surrebuttal to rebut or respond to the evidence

21   that was presented in the plaintiff's rebuttal case.

22         After the evidence has been heard and both sides

23   have fully rested, I will provide you final instructions.

24   These will be the more detailed instructions I was suggesting

02:05PM 25   to you all during the jury selection process where you'll learn

about the various claims, the elements of the claims, issues of
liability damages, what has to be proven, who has the burden of
proof, all of those types of instructions you will be provided
at the close of the evidence.

02:05PM            After you have heard me give you final instructions,
the lawyers will have an opportunity to present closing
argument, and then you will retire and deliberate on this case.

            When you do so, your deliberations, again, have to
depend solely upon the evidence presented in the courtroom, the
02:06PM  testimony, the exhibits, as well as the stipulations that I
read to you.

            Everything else is not evidence, and you cannot
consider it.

            And I'm just going to point out a few things that
02:06PM  may not be obvious.  Some of it is and some of it I already
referenced but just so that you know what's not evidence.

            It's very easy, members of the jury.  Just look to
the left side of the screen.  If it's not testimony, if it's
not exhibits, if it's not a stipulation, it's not evidence.  So
02:06PM  if it's not coming from a witness's mouth, it's not coming from
a stipulation, and if it's not coming from an exhibit that
you'll be able to see, it's not evidence.

            So what does that leave?  The lawyers speak.  How do
they speak?  They give an opening statement.  Is that evidence?
02:06PM  No.  Just because they tell you what they think the evidence is

going to be, that's not what the evidence is.  It's what you
actually see from the witnesses, the exhibits, and the
stipulations.

And if they say something that's different from what
the evidence ultimately shows, ignore what they said that's
inconsistent, disregard it because they haven't provided any
evidence at all.

The attorneys ask questions throughout the case.  Of
course, they must do so in order to get witnesses to provide
evidence.  But their questions themselves actually is not the
evidence.

So just because a lawyer asks a question that
suggests something is true doesn't make it true.  Listen to the
witness's answer, and then evaluate the witness's answer in the
context of the question, of course.

And you're not to receive any information outside
the courtroom.  And if you do, you have an obligation to report
it to the Court.  So if you receive any information, anyone
approaches you, you read anything about this case, whatever the
source is, you have an obligation, please, to report that to my
courtroom deputy.

Now, one last word about opening statements.  The
parties may but they're not required to present an opening
statement.  I believe both sides intend to do so.  An opening
statement, as I've already told you, is not evidence.  What I

```
 1    haven't told you but what is equally true is that an opening

 2    statement is not argument.

 3              So if the lawyers start to argue in opening

 4    statement and there's an objection, I'm going to stop them

 5    because they're not allowed to argue at this point.  All they

 6    can do, essentially, is give you a roadmap.  It's this -- their

 7    opportunity to give you a roadmap, an outline of what they

 8    expect that the evidence will show so this way you have some

 9    context, the framework before you actually listen to the

10    evidence.

11              Now, with regard to trial -- so let me just tell

12    you, actually.  So as I showed to you previously, we're going

13    to be going through this week through Friday.  And next week

14    we'll be in session Monday, Tuesday, and Wednesday.  We will

15    break for Thursday and Friday.  You'll come back, I believe

16    it's the 30th, the -- the 30th and the 1st through whatever

17    that week ends, and then we'll expect to spill into the

18    following week.  That's what I'm expecting.

19              Now, I've given you the best estimate that I have

20    based upon my working with the lawyers, and I'm going to

21    continue to work with them to try to make sure that everything

22    stays on track.  But sometimes things get off track because a

23    trial is a dynamic process dealing with human beings and things

24    that sometimes cannot be controlled.

25              I can't promise you that the estimate that I gave
```

02:08PM (lines 5)
02:08PM (line 10)
02:08PM (line 15)
02:09PM (line 20)
02:09PM (line 25)

                1    you is going to be scrupulously adhered to.  What I can promise

                2    you is that I'm going to scrupulously try to get the lawyers to

                3    adhere to it.  And I can also promise you that if it turns out

                4    that we're off track, on the plus side or the minus side -- so

02:09PM         5    I'm not expecting in this case that it's going to be on the

                6    minus side, but more times than not, in my experience, it is.

                7           If it's off in either direction in a material way, I

                8    will give you that information to the best of my ability so

                9    that you can have some understanding and can do whatever

02:10PM        10    planning that you need to to continue on with your lives.

               11           One last thing.  And it's already come up and I

               12    don't mean to embarrass you, Prospective Juror No. 1, but I see

               13    you nodding a little bit.  Maybe I'm -- maybe I'm misperceiving

               14    it, and that happens.  And -- and that's -- I'm glad you told

02:10PM        15    me that because that's a problem that I have.

               16           The problem I have is you're all kind of far away.

               17    My sight is getting worse, unfortunately.  And it's not made

               18    any better by my looking through these various -- the

               19    plexiglass here.  There's plexiglass here, there's plexiglass

02:10PM        20    there, there's plexiglass there, and it's somewhat distorted.

               21           If I can't tell whether you're looking down, whether

               22    you're closing your eyes and just deep in thought, paying

               23    careful attention, I have an obligation to err on the side of

               24    trying to make sure you're paying attention.  So please don't

02:11PM        25    take it that I'm trying to embarrass you.  Don't be embarrassed

145

1    by it.  I just need to make sure that you're all paying

2    attention.

3              And so if it appears to me either I don't know or it

4    appears to me maybe you're dozing off, is that what I'm going

02:11PM   5    to do to try to make this as discrete as possible is I'm going

6    to -- I'm going to flick the mic.

7              Now, here's what I expect you to do.  So again, not

8    trying to pick on you, Juror No. 1, but if you hear me doing

9    this, here's what I expect you to do, all of you, is to look at

02:11PM  10    me.  Now I know you're all paying attention.  If I don't see

11    you doing that, I'm going to say, No. 1, are you okay?  Do we

12    need to take a break or whatever we need to do?

13              Now, this happens and it happens in every case,

14    virtually without fail.  I've done one-day trials where people

02:11PM  15    are nodding off.

16              So I need to make sure that you're all paying

17    attention.  Do what you can, try to get the rest that you need.

18    This case is important.  Every case is important.  And so it is

19    important that you do your best to focus on all of the

02:12PM  20    evidence.

21              Now, with that, I have concluded these preliminary

22    instructions.  And we are going to start now with opening

23    statement by plaintiff.

24              And plaintiff's counsel, you may -- Mr. Richard, you

02:12PM  25    may proceed to the lectern and proceed with your opening

1    statement.

2            MR. RICHARD:  Thank you, Your Honor.  I'll try not

3    to nod off.

4            Can you all see that up here?

5            Okay.  Good afternoon, Your Honor, opposing counsel,

6    ladies and gentlemen of the jury.  We're here because

7    Whittaker Corporation is responsible for contaminating the

8    groundwater that my client relies on to serve hundreds of

9    thousands of customers' drinking water.  The evidence will show

10   that over many years Whittaker Corporation dumped and released

11   the chemicals at issue in this case across what you heard was

12   almost a thousand-acre site.

13           They did that for many years, and the plant closed.

14   The facilities closed in 1987.  But the evidence will show that

15   in the '80s, they delayed treating the contamination.  They

16   delayed installing groundwater monitoring to determine the

17   extent of the contamination.  They lost many, many years once

18   they found out that they had a bigger problem than they thought

19   they had.

20           Before we talk about that evidence, though, I'd like

21   to talk a little bit about my client.

22           THE COURT:  And, Mr. Richard, when you're doing so,

23   just a reminder, you need to be speaking into the microphone.

24   I -- I do understand that, because of the setup -- and I've

25   explained this to the lawyers, and I'm going to ask for your

02:12PM (line 5)
02:13PM (line 10)
02:13PM (line 15)
02:13PM (line 20)
02:13PM (line 25)

1   forgiveness for those of you in the gallery for the lawyers.

2   Their back is going to be towards you.  And we're doing that

3   because otherwise -- we have plenty of space during ordinary

4   times in that box, but we're trying to give people a certain

02:14PM  5   amount of space.

6           But you do need to speak into the microphone, and if

7   you don't want me to continue to interrupt, make sure you

8   continue to do that.

9           MR. RICHARD:  Yes, Your Honor, it's just an old

02:14PM  10  habit I like to look at the people I'm speaking to.

11          THE COURT:  I understand.

12          MR. RICHARD:  I'll do the best I can, Your Honor.

13          THE COURT:  Yes.

14          MR. RICHARD:  Thank you.

02:14PM  15          So Santa Clarita Valley Water Agency, as you might

16  expect, is located in Santa Clarita just up Highway 5.  You

17  drive by if you go up and down the 5.  And it was about

18  100 years ago that the water agency started.  It had about

19  125 customers, and it's grown to over 300,000.  And it has

02:14PM  20  three different divisions at the present time.  And their

21  mission is to ensure the Santa Clarita Valley has reliable

22  supplies of high quality water at a reasonable cost.  And the

23  folks at the water agency believe every citizen of California

24  has the right to pure and safe drinking water.

02:15PM  25          So what are we talking about in this case?  You're

1    going to see, uh -- and you all have little monitors --

2    right? -- so you can all see this?  You'll see this map and

3    variations of this map time and time again.  The figure on the

4    right is the thousand-acre site.  Some folks think it looks

02:15PM    5    like a horse, so sometimes I might be referring to different

6    parts of the horse.

7            To the left -- to the east of the Whittaker site,

8    you see the four wells at issue in this case.  Saugus 1 and

9    Saugus 2 are the ones closest to the site and then V-201 and

02:15PM   10    V-205.  And as the judge read in the stipulated facts, two of

11    these wells were previously shut down due to the contamination

12    from the Whittaker site, the Saugus 1 and Saugus 2.  Two other

13    wells were shut down and are currently not serving drinking

14    water.

02:16PM   15            You'll hear this site referred to sometimes as "the

16    site."  That's Whittaker's area.  You'll sometimes hear it

17    called the "Whittaker site," "the Bermite site."  Why is it

18    called the Bermite site?  Because Whittaker acquired Bermite in

19    1967 and so -- and sometimes it's called the "Bermite-Whittaker

02:16PM   20    site."

21            So the evidence will show that over this entire

22    period -- I mean, Bermite operated from 1942 to 1967, and then

23    Whittaker acquired it and is the successor to Bermite.  And so

24    there are the wells that we'll be talking about in this case.

02:16PM   25            And with respect to the Whittaker site, the evidence

           1    will show that they hired -- they eventually hired consultants

           2    to tell them how widespread the contamination in the soil was,

           3    and the evidence will show that these chemicals at issue in

           4    this case leeched through the soil into what's called an

02:17PM    5    aquifer.  That's the groundwater.  And one of the consultants

           6    hired by Whittaker identified many areas at the site that had

           7    high concentrations, large volumes of the volatile organic

           8    compounds at issue in this case, TCE and PCE.  So you can

           9    see --

02:17PM   10             Your Honor, may I put up a hardboard at this point

          11    with this map?

          12             THE COURT:  You may.

          13             Mr. Blum, please put your mask on.

          14             MR. RICHARD:  Thank you.  We'll see how this works.

02:17PM   15    Honestly, I'm not sure which is easier, the hardboard but --

          16             So we'll see this map and variations of this map to

          17    show the areas of the site that were impacted by the TCE.  And

          18    you'll hear evidence that TCE was found in the soil and that

          19    Whittaker more recently has been working to remove TCE.  And

02:18PM   20    you might say, Well, how much, Mr. Richard?  The evidence will

          21    show over a hundred thousand pounds of TCE and other VOCs, PCE,

          22    have been removed from the soil, but there's more than a

          23    hundred thousand pounds still down there according to

          24    Whittaker's own experts.  That's a lot of TCE.  A lot of TCE

02:18PM   25    was dumped and released at this site over a period of many

150

decades.

You'll also hear from a number of experts who will talk about TCE in the groundwater.  How do they find out TCE is in the groundwater?  Well, you'll hear about something called a
02:18PM    monitoring well, and that's, you know, maybe 14, 16 inches. They dig down, and then they extract the water from the groundwater beneath the Whittaker site, and they test it.  And the evidence will show that it was back in about 1985 that Whittaker itself had a well on the site that they used for
02:19PM    dousing fires and other purposes, and they detected VOCs in that well.

And so when we're talking about the wells that my client uses, they're not the old-fashioned pump well that you might have seen in the movies or -- you know, my grandma had
02:19PM    one like this, actually.  And they're not the simple well that some people use for decoration now.

As you might expect, the wells my client uses, these pumping stations pump water from the aquifers.  They test it all of the time.  They make sure that the operation is clean
02:19PM    and efficient.  This is one of the wells that we'll be talking about, V-201, and this is V-205.  The V, I believe, is for Valencia, one of the three divisions of the water agency.

And the evidence will show that these wells -- there's two formations out there, two aquifers underneath the
02:20PM    ground.  The aquifers are kind of the sandy area where the

1    water -- the groundwater can be found.  And the deeper of these

2    aquifers is called the Saugus aquifer.  So the creative naming

3    of the wells, Saugus 1 and Saugus 2, have to do with being in

4    that deeper aquifer.

02:20PM  5         And so the evidence will show -- and here we're

6    looking at a diagram -- these wells have been dug over a

7    thousand feet down, in some cases 1,600 feet to get to that

8    deeper aquifer.

9         The evidence will show -- this is a timeline.  I

02:20PM 10   know it's a little hard to see, and I don't have my red -- do I

11   have a red thing on here?  Nope.  Shouldn't have done that.

12        Sorry, Your Honor, I pressed the wrong button.

13   Okay.  I won't press that one again.

14        The -- you'll see this timeline again as witnesses

02:21PM 15   testify in this case.  But the evidence will show that, over a

16   period of many, many decades, ammunition was made at this site

17   in addition to fireworks, Sidewinder missiles, JATO rockets.

18   The site was busy in World War II.  And so many, many different

19   types of ammunition, bombs, flares, explosives have been made

02:21PM 20   at this site over a period of many decades.

21        And you will hear and see documents that there were

22   many activities that use the chemicals at issue in this case,

23   the solvents we're talking about and the perchlorate.

24   Perchlorate is actually an oxidizing agent.  One witness will

02:21PM 25   explain it helps things go boom, so that's used in propellant

and things for missiles and explosives.  And the solvents are

used for cleaning and degreasing.  It was one of the major

uses.

So you'll hear about burn pits where they burn

things.  Whittaker would have -- I mean, all sorts of things

were burned in the burn pits.

You'll hear about something called a hog-out

operation.  What's that?  Witnesses will explain that, when

they had missile casings or shell casings that for whatever

reason still had propellant or explosives in it, they would

have a high pressure water hose and wash that out.  And that's

where a lot of the perchlorate then was released, sometimes to

a pond.  Sometimes it ran down the hillside.

You'll hear about mixing and blending and grinding.

These are all processes that were used, and you'll see maps

showing where those processes occurred throughout the site.

Degreasing, I mentioned, was a big operation, used a

lot of these solvents.  And then landfills.  Landfills, what it

sounds like.  The evidence will show that, in addition to

trash, chemicals, including these VOCs, and items containing

perchlorate were dumped in various areas at the site that

became landfills.

Degreasing is a process where the solvent, either

TCE or PCE, is heated up, becomes a vapor.  And you put pieces

of equipment or shells or other things that need to have all of

        1    the grease removed, the vapor reacts, the solvent reacts to

        2    that grease, and then it falls to the bottom of this degreaser

        3    and forms a kind of sludge.  And it looks like -- a little bit

        4    like the deep fryer that we heard about in voir dire.

02:23PM  5              The evidence will show that these solvents were not

        6    just used at one or two places at the Whittaker site but were

        7    used in many different areas, many different areas either

        8    stored or released or the chemicals were dumped on the ground.

        9    Not just a little bit but a lot.

02:24PM 10              And so, for example, you'll see a map -- I know it's

       11    hard to see all the dots on this map.  But this shows -- for

       12    example, the blue dots are chemical storage, magazines, cure

       13    ovens.  The pink dots are mixing, blending, grinding.  The

       14    green dots are these parts cleaning where they were using

02:24PM 15    solvents.

       16              Now, you might ask, well, didn't -- didn't Whittaker

       17    have a policy against dumping solvents on the ground?  And

       18    you'd be right, that Whittaker said they had a policy against

       19    dumping on the ground.  But the evidence tells us, the evidence

02:24PM 20    tells us that, at the time before this site closed in 1987,

       21    Whittaker was documenting at the time, their safety and

       22    environmental folks, we have a serious problem here with how

       23    we're handling our hazardous substances, including perchlorate

       24    and these VOCs.

02:24PM 25              So, for example, you'll see internal memos in this

case.  Here's one from May 29th, 1979.  And this is written
from one Whittaker person to another Whittaker person; right?
It's John Peloquin to Zoyd Luce.  And these are names you're
going to hear throughout the case, folks who worked at
Whittaker, internal memos.

And this is Mr. Peloquin.  At the time he was their
corporate industrial hygienist concerned about safety and some
of these issues about how they handled the waste and chemicals
at the Whittaker site.  And so he's telling us -- he's telling
Mr. Zoyd Luce in 1979, "It appears that indiscriminate dumping
of waste to the environment was occurring."  And he describes
in the memo he went out and looked.  You know, he spent some
time looking around.  "A waste dumping program must be
initiated."  That's Exhibit 202.  They knew they had a problem.
He described, "A survey of your facility on May 22nd and 23rd
revealed some serious situations that must be addressed."

So this is a fellow from Whittaker corporate.  They
have sites all over.  They're now part of a large conglomerate
aerospace company, Meggitt Corporation, out of England.  But at
the time -- so you'd have a Whittaker Corporate fellow come
into Bermite, their division, saying you have a serious problem
here, these situations must be addressed.  The situation I'm
writing about, situations include not only health and welfare
but also environmental protection.  This is 1979.

And the evidence will show that these risks that

they're talking about, the health and environmental protection

concerns, they knew about in 1979.  The -- this issue of

contamination on the ground making its way to groundwater has

been known for many, many years.  It's not something -- the

02:27PM  evidence will show it's not something that people just woke up

one day in 1979 and said, you know, goodness, if we dump stuff

on the ground, it might get to the groundwater.

And so at this time when Mr. Peloquin is writing,

he's talking about that vapor degreasing system that we just

02:27PM  talked about where they use those chlorinated solvents like TCE

and PCE so that it can react with the grease, form this sludge

that needs to be dealt with.  And he's pointing out the hazards

of the substance, these chlorinated solvents in the vapor

degreaser.  The vapor degreaser outside the machine shop needs

02:27PM  fail-safe.  And he tells us, "Acute exposure to the solvent

vapors can cause death.  Chronic mild exposure to the

vapors" -- so even mild exposure to these vapors with these

solvents has been known to cause permanent liver damage.

That's way back in 1979.

02:27PM  The evidence will show -- we'll have a -- one of the

witnesses you'll hear from is a fellow who worked at the EPA in

the early 1970s, and he's been doing these site assessments for

40 years.  That's Dr. Rick Hughto.  We'll hear from him this

week.  And he'll describe some of the well-known examples of

02:28PM  this -- folks have known that, if you dump a lot of stuff on

the ground, chlorinated solvents, perchlorate, it can leech

down into the groundwater.

And he'll talk about a well-known analysis back in

1899 talking about pollution of nearby wells, laws in

02:28PM  California back in 1907, 1917 to protect drinking water.  He'll

talk about the 1948 Federal Water Pollution Control Act.  And

then in California, we had something called the Dickey Act back

in 1949, and there's actually a Dickey Commission formed to

study.  And as you might expect, even back in the '30s and

02:28PM  '40s, California and, in particular, Southern California, the

evidence will show, was on the forefront of trying to

understand and protect drinking water supplies.

So, for example, Dr. Hughto will explain that back

in the '40s -- and this is from the Dickey Commission that led

02:29PM  to that law -- the propensity of industrial waste including

chlorinated solvents to contaminate groundwater was understood

in the 1940s in Southern California.  This understanding was

not limited to a small group of specialists but extended to

regulators, industry, and the interested public.

02:29PM  Industrial waste discharge onto land can reach

underground waters where dilution occurs so slowly that the

effects are always long-lasting and in some places practically

permanent pollution.  That's back from 1948 and '49 from

California when they were adopting some of these early

02:29PM  environmental protection laws.

1          And, again, the evidence will show that -- and

2     there's others from the '50s and '60s.  And, again, in

3     Los Angeles, the protection of the underground water basins

4     cannot be overemphasized.  That's not just something that came

02:30PM  5     about in 1980 or 1979.  It's been an issue for many years in

6     California.

7          And that's important because that tells us that, if

8     you're a big manufacturing company handling solvents that have

9     known health risks, you need to be careful.  You need to be

02:30PM  10    careful.

11         And Whittaker knew it was not supposed to be dumping

12    these solvents on the ground.  And their safety fellows

13    testified in deposition, we did not allow people -- it wasn't

14    part of our policy to just dump things.  It wouldn't have been

02:30PM  15    safe.  And that's Zoyd Luce, the fellow you saw in one of those

16    memos from the '80s.

17         And yet here we have Zoyd Luce in 1980 writing,

18    "Attached is a list of current violations."  What's he talking

19    about?  The -- one of the environmental laws that was adopted

02:31PM  20    in this country, the Resource Conservation and Recovery Act

21    adopted in the late '70s and then there's more regulations and

22    more investigations.  And so that's the one particular law he's

23    talking about, sometimes referred to as RCRA.

24         And he's telling the folks at Whittaker, here's a

02:31PM  25    list of current violations at the Whittaker site in 1980.  And

he tells us, "Types of material being dumped on ground by
building location."  So they had a policy against dumping on
the ground, and yet he's telling us in 1980 not just generally
but 29 different areas at that time in this one memo from this
one person, 29 areas where there's dumping on the ground.

        Building 317.  They had a big impoundment there.
You're going to hear about the impoundment leaked, and thein
later they found out there was a massive amount of
trichloroethylene, TCE at this impoundment at Building 317.
And he identifies PCE.  PCE, one of the chlorinated solvents at
issue in this case, is being dumped on the ground back in 1980.
Talks about the auto shop also uses solvents.

        Now, for the burn pits -- so for all the other
29 areas he talks about, he identifies types of chemicals.  For
the burn pits, what does he say?  All chemicals and explosives
on plant.  All those things end up in the burn pit, this
dumping area where they found a massive amount of TCE many,
many years after this.

        He talks about the point area.  We have more
solvents being dumped on the ground.  I mean, he tells us
29 sites where we're dumping on the ground.  This is a
violation.

        Hula Bowl area.  It sounds almost like you want to
go on vacation to the Hula Bowl, but that's where they dumped
trash, garbage, oil, solvents.  That's back in 1980.

1          This is what a burn cage looks like.  This is a

2    picture from the Whittaker site.  They would burn things.  This

3    is the larger burn area, sometimes called the Burn Valley.

4          This area at the Whittaker site is the steep

02:33PM  5    ravines.  And so these ravines, they often became a landfill.

6    Others, when the water would wash down, it would wash right

7    down those deep, deep ravines.

8          You'll see pictures of storage tanks and buildings,

9    and these are areas that they were trying to close out in the

02:33PM  10   mid '80s when they found out that they had widespread

11   contamination.

12         Here's a -- you'll see right after, about a week

13   after he sent that first memo, Mr. Luce is complaining about

14   problems, contamination of the hog-out area.  The area is

02:34PM  15   presently not adequately policed.  Those are his words at the

16   time.  You don't have sufficient people to police this area to

17   do what?  To keep people at Whittaker from dumping these

18   substances on the ground or having a hog-out operation with

19   this high-powered water washing out those contaminants.  It's

02:34PM  20   not adequately policed.  The evidence will show that it was

21   actually out of control was the words they used.

22         Several of the drums have deteriorated to such an

23   extent that it is obvious -- this was obvious to him in 1980 --

24   the hog-out area has become a storage area for waste, again, in

02:34PM  25   what?  In direct violation of RCRA.

                    The waste propellant -- and when we see propellant,

that's perchlorate.  That contains perchlorate.  That's the

oxidizing agent that makes it go boom.  The waste propellant

has washed down the hill in copious amounts -- that's not

02:35PM   something you want -- and is contaminating the Orofino Canyon

stream in direct violation of RCRA.  So there's no question

they knew they had a problem, and it wasn't just at one or two

areas of the Whittaker site in 1980.

                    But he goes on in the same memo, hey, we came up

02:35PM   with instructions for waste disposal in July 1979.  Yet those

instructions have been ignored.  Why?  And this is --

this hog-out area was a mess.  Wooten, one of the other folks

there, claims he cannot control the problem.  That's what we

mean by a problem that's out of control.

02:35PM                    He tells them again, "The problem is serious.  The

safety department cannot continue to promulgate guidelines and

rules when their execution by management does not occur."  And

that's really the story here.  You have some safety and

environmental guys coming up with policies.  How do you handle

02:35PM   these hazardous substances, the chlorinated solvents, the

perchlorate, the waste, the hazardous waste?  We come up with

rules.  You guys aren't following them.

                    Did they take care of it?  Are there memos from 1981

and '82 talking about the same problem?  Here you have 1982,

02:36PM   John Peloquin describing the Hula Bowl as a disaster area.

**UNITED STATES DISTRICT COURT**

1    So this is August 1982.  And he doesn't mince words

2  here, does he?  "The Hula Bowl is a disaster area.  All illegal

3  industrial and sanitary waste must be removed."  That's

4  important because other witnesses have said, oh, it was just

02:36PM    5  some metal, some wood, some paper.  Again, the memos at the

6  time when Whittaker, before the site closed and they're writing

7  to one another saying we have a problem, he didn't say wood and

8  metal and paper, construction materials.  "Illegal industrial

9  and sanitary waste must be removed."

02:37PM   10    "The accumulated scrap should be burned before the

11  upcoming inspection."  Now, this is a common theme, I won't go

12  through all of the evidence this afternoon.  It is late, and we

13  wear these masks.  It's -- it's -- the time after lunch is

14  often the hardest time in a trial, I'll be honest.  So I won't

02:37PM   15  go through all that evidence.  But this is an important point

16  that, before the inspectors came -- you're going to hear about

17  Mr. Peloquin and how he dealt with the inspectors from the EPA

18  and from the State Department of Toxic Substance Control.

19    He was trying to avoid having the inspectors look

02:37PM   20  too far into the problems at Whittaker because he did not want

21  Whittaker to have to then install what?  Groundwater monitoring

22  wells.  We have to avoid putting in wells because then the

23  extent of the contamination will come out.  Then we'll have a

24  real problem.

02:37PM   25    And Mr. Peloquin tells us this.  The Hula Bowl

**UNITED STATES DISTRICT COURT**

apparently has been used as an oil changing station.  Again,
not just for wood and scrap metal.  The present condition of
the Hula Bowl would very likely trigger what?  Groundwater
monitoring.

02:38PM
            The evidence will show that's what Whittaker tried
to avoid and did avoid for many, many years.  They knew they
had a problem, and they delayed and avoided groundwater
monitoring for as long as they could.

            (Videotape played, not reported.)

02:39PM
            MR. RICHARD:  Gentleman, that's John Peloquin, that
fellow who was writing those memos, the one who said this could
likely trigger groundwater monitoring, tells us it's too
expensive.

            The evidence will show that Whittaker actually knew
02:39PM
that it was required to install groundwater monitoring back in
1982.  And they hire a consultant, and they say, how can we get
a waiver of this groundwater monitoring?  Can we avoid this?
Delay this?  So they hire a geologist, Mr. Bean.  Mr. Bean
comes in, takes a brief look, he says -- and tells them, "I
02:40PM
don't think you want a full investigation from me because that
would almost certainly tell you that you cannot avoid
groundwater monitoring."  1982, they hire a consultant to come
in.

            There we go.

02:40PM
            And he's this geologist, Robert T. Bean, and you'll

see this memo, a number of witnesses talk about it.  He's hired
to what?  To evaluate whether or not groundwater monitoring for
hazardous waste would be required.  And he explains -- kind of
wordy, I'll go through it -- "Groundwater monitoring
requirements may be waived if the owner or operator" -- right?
That's Whittaker -- "can demonstrate that there is a low
potential for migration of hazardous waste to water supply
wells.

        That's really why we're here, isn't it?  Did their
stuff, their chemicals, their VOCs contaminate the wells that
my client uses?  And they looked at this issue back in 1982,
almost 40 years ago.

        Mr. Bean tells them, "Unfortunately, however, there
is almost certainly the potential for migration of hazardous
waste or hazardous waste constituents."

        And there's no question that the executives of
Whittaker, all the way to the president of the company, saw
this memo at that time.  And he tells them, "A more complete
hydrogeologic investigation could be undertaken."  Right?  I
could take some samples and I could take some further look-see
here at your soil -- "however, since the results of a complete
investigation would probably be negative as far as justifying a
waiver on monitoring wells is concerned, such an investigation
is not recommended."  I could look further, but that's not
going to get you off the hook for doing the groundwater

UNITED STATES DISTRICT COURT

```
 1    monitoring.
 2           The estimated cost of a groundwater monitoring
 3    system -- and this is Whittaker actually writing to the state
 4    trying to avoid groundwater monitoring -- based upon a proposal
 5    from International Engineering Company is in excess of
 6    $120,000.  "We feel that no benefit would be derived by
 7    Bermite" -- well, that's probably true -- "or from the
 8    community in which we reside by the installation of a
 9    groundwater monitoring system at Bermite."
10           And the evidence will show -- I know it's hard to
11    see -- but those early years, how many groundwater monitoring
12    wells did they have?  None until 1985.  They put in one.
13    They're supposed to have four for each area where there's
14    suspected release from the soil into the groundwater.  They put
15    one in in '87, one in in '88, one -- three in in 1989.  The
16    regulators told them, you put them in the wrong place.  You
17    actually got the ground -- the flow of the groundwater wrong.
18    You need to redo it.
19           It's -- and you can see, not until 2002 -- now they
20    have 200 groundwater -- these groundwater monitoring wells.
21    They're all over the Whittaker site -- right? -- because
22    there's contamination throughout the site.  Not everywhere but
23    in a lot of places at this site.
24           And yet despite the memos -- and we've just looked
25    at some of them -- and despite the testimony from Mr. Peloquin
```

02:42PM (line 5)
02:42PM (line 10)
02:42PM (line 15)
02:43PM (line 20)
02:43PM (line 25)

who was there, very clearly saying he didn't want groundwater

monitoring, the fellow who's been the president of Whittaker

the last 20-plus years, denied that they ever had a policy of

avoiding groundwater monitoring.

02:43PM        But I have never heard of a policy -- and this is

from his deposition, sworn testimony just a couple of years

ago -- "I have never heard of a policy of Whittaker Corporation

to not conduct groundwater monitoring."  He could have stopped

there.  This is Mr. Lardiere.  You'll hear from him.  "That, I

02:44PM   don't believe, ever existed."  The evidence will show that is

not true.

        So the evidence will show that -- you'll hear about

something called "areas of concern."  These are potential, you

know, RCRA sites.  Where do we think most of the contamination

02:44PM   is?

        And a site assessment, that's where an environmental

professional comes in and they sometimes interview current and

former employees, they look at data, they try to put together

where the most likely areas that this site could have

02:44PM   contamination.  They usually look at the impoundment areas --

right? -- where you have leaky tanks or leaky water that is

containing hazardous waste like perchlorate in the water.  And

so you'll hear about areas of concern.

        And one of those is the Hula Bowl, waste dump site,

02:45PM   surface discharge.  Another area, the Burn Valley.  And again,

UNITED STATES DISTRICT COURT

these are documented on maps from Whittaker's consultants going

back many, many years.  East Fork landfill.  You'll hear about

the East Fork landfill.  Waste dump and surface discharge.

You'll hear about the ponds at Building 317, 342.  Sump septic

and surface discharge and several other areas of the Whittaker

site.

      And when you look at the areas where they had these

various operations and dumping of VOCs onto the ground, the

same areas are where they're finding, their own consultants,

VOC impacted areas.  That's the hardboard map, except different

colors, different consultants have identified these same

problem areas now.

      In other words, the historic memos tell us, you had

a problem in the burn pit, you had a problem in the Hula Bowl,

you had a problem at Building 317 in the pond there.  And then

many years later, when they start testing the soil and the

groundwater, lo and behold, that's where they're finding these

same chemicals.

      And there are many more areas of concern.  At one

point it was 77 different areas.  There were 350 buildings

before they closed the site and started destroying the

buildings throughout the site.

      And again, some of those areas that the evidence

will repeatedly talk about, Hula Bowl, burn pits, Burn Valley,

the pond at Building 317, the pond at Building 342, and the

167

|  | 1 | East Fork dump as well as other landfill areas at this site |

East Fork dump as well as other landfill areas at this site

containing these chemicals that then leech through the

groundwater -- leech through the soil down to the groundwater.

The evidence will also show -- we touched upon this

02:47PM earlier -- that Mr. Peloquin, while internally saying we have a

disaster here, disaster at the Hula Bowl, when it comes to the

EPA and the State Department of Toxic Substances Control, he

leads a tour.  You're going to hear from one of the fellows who

was on this tour in July 1987 and then creating what we call

02:47PM evidence, some handwritten notes, Mr. Peloquin describes this

safety inspection.

And he admits in his handwritten notes and this

internal memo, he admits to the vice president and general

counsel of Whittaker Corporation that he forgot to show the

02:47PM East Fork landfill to the inspectors, that it slipped his mind

to show him the landfills.

There are the notes.  They're hard to read.

Gordon Louttit, that's someone you're going to hear about

because he actually met with the regulators at the time.  And

02:48PM so this is Mr. Peloquin in these candid internal handwritten

notes I'm sure he never thought would show up in a courtroom,

"I note that we didn't get to East Fork.  Just can't imagine

how that happened," exclamation point, exclamation point.

"Landfills did not come up.  Slipped my mind."

02:48PM (Videotape played, not reported.)

UNITED STATES DISTRICT COURT

                    MR. RICHARD:  Now, what the evidence will tell us is
that, when he says slipped his mind, he means I intentionally
didn't show it to him because he met with the executives of
Whittaker just a month earlier in a meeting that ran from 8:00,
8:30 in the morning to 1:00 in the afternoon with the president
of Whittaker and with the outside consultant from Wenck.  And
they talked about these landfill areas being a problem.

                    Before the tour, Mr. Peloquin had investigated the
East Fork landfill.  He learned that the East Fork landfill had
the highest concentration of waste of any of their landfills.
And he knew that the president of the company had decided to
remove just the large and suspected hazardous materials, leave
the rest.

                    How do we know this?  We have a memo.  The memo is
from their outside consultant, Christopher Thompson, June 22nd.
Right?  So just a few weeks before that tour where certain
landfills slipped his mind.  "Joe," that's Joe Albrandi who was
president of Whittaker at the time, "feels it is not necessary
to sift the landfills to the degree we have been presently.  He
feels we should only remove the large obvious materials and
leave the others."

                    And he talks about the meeting ran from 8:30 to
approximately 1:00 p.m.  The net result of the meeting was
what?  Was that the total cost for the closure activities for
all of these RCRA, non-RCRA, and other projects, all of those

1    areas of potential contamination, addressing those should be

2    pared down from 1.8 million to approximately $636,000.  Cut

3    corners.

4          Once all this is done, fill those holes back in and

02:50PM    5    then leave the landfill as is because it would be too expensive

6    to deal with the contamination back in 1987.

7          "Leaving the moving around of the landfills to the

8    developer is the best way to not incur further costs."

9          He goes on to say in this same memo -- this is a

02:51PM    10    direct quote from the memo -- "There could be problems

11    associated with these landfills in the future."  Right.  And

12    Whittaker would have some liability.  Joe, the president, felt

13    certain there will be some costs associated with these

14    landfills at a later date.

02:51PM    15          And then -- and you see this time and time again in

16    the evidence, Whittaker was a little bit sarcastic about this

17    massive contamination problem they had.  Joe made a comment to

18    the effect, "If he cannot sell the property because of a

19    contamination problem, he will write off the loss and will sell

02:51PM    20    the property" -- he left out the word "sell" -- "the property

21    to the EPA or maybe Tammy Bakker."  Tammy Bakker was a historic

22    figure at the time in the news right at this time for crying as

23    her husband minister who defrauded the flock went to jail.  And

24    so this is obviously not a serious consideration.  Right?

02:52PM    25          MR. BLUM:  Objection, Your Honor.  This is argument.

**UNITED STATES DISTRICT COURT**

1          THE COURT:  Sustained.

2          And the jury is to disregard the last comment.

3          MR. RICHARD:  The same memo goes on, "A discussion

4     was held concerning the cost to close the RCRA units.  Joe felt

02:52PM 5     that if we could, we should leave the demolition of the

6     buildings to the purchaser of the property."

7          The evidence will show that they were trying to

8     quickly -- trying to get what's called a clean closure on this

9     property, sell to someone else and hoped that it would be their

02:52PM 10    problem.  That's what the evidence shows.

11         In 1988, in response to questions from the EPA,

12    Whittaker sends a memo.  They sent it to the EPA and they sent

13    it to Mr. Sorsher.  You'll hear from him.  He's the fellow who

14    was with the State Department of Toxic Substances Control.

02:53PM 15    He's an environmental engineer.  He was a younger man in 1987

16    and 1988, and yet he'll be appearing in this courtroom to talk

17    about this memo.

18         Because Whittaker, in response to further questions,

19    said it only had three landfills.  Whittaker claims none of the

02:53PM 20    landfills contain anything hazardous.  Haven't had any

21    releases.  No corrective action is necessary.  That's what

22    Whittaker is saying in 1988, despite internally knowing they

23    had a problem.

24         And then you're going to hear about something called

02:53PM 25    a mystery memo.  Mr. Sorsher and others called it that at the

time.  Because in 1991, three years after Whittaker tells the

EPA and Mr. Sorsher three landfills, no hazardous substance at

all, no releases, no problem, this mystery memo shows up.  He's

not sure who mailed it to him.  He reads it.  There are memos

from 1987 that tell us exactly what Whittaker knew.

Mr. Sorsher learns in 1991 there are many more

landfills than the three they told us about, and those

landfills have hazardous substances.  The word "hazardous" is

all over these memos that were not provided until 1991

anonymously.

So we won't go through the whole memo now.  You'll

have a chance when the witnesses talk about it.  But the

memo -- and again, this is a memo from 1987 that isn't provided

to Mr. Sorsher and others until 1991 -- talks about eight

landfills had been removed.  Five more had been investigated

but not removed.  Four more areas were listed as requiring

further investigation.  Mr. Sorsher will testify that doesn't

square with telling us that there were just three landfills.

The memo goes on to identify that the landfills

contain liquid and solid hazardous waste.  And they told the

regulators no hazardous waste.  Hazardous materials found in

intact drums or deteriorated broken drums or metal containers.

These are memos from their own consultant from 1987.

They noted at that time on average about five drums

per day have been discovered.  Right?  They're finding these

1    buried drums, have been discovered over the last month.

2          The conclusion, again from this 1987 memo that

3    Mr. Sorsher didn't receive until 1991, "Further investigation

4    and characterization of the known and potential landfills is

02:56PM  5    necessary in order to feel confident that a good faith effort

6    has been expended to find all wastes on site.  The removal of

7    all known landfill wastes is necessary if the facility is to be

8    closed clean."

9          So by -- the evidence will show after that 1991 memo

02:56PM  10   comes out, the regulatory activities increase.  As you can

11   imagine, lead to a number of different orders.  One of them is

12   the 2002 Substantial Endangerment Order that was in one of the

13   facts the judge read to you.  There was a 1994 Consent Order.

14   And these are documents that actually provide very important

02:56PM  15   information about the site, the history of the site, the

16   chemicals, and why these chemicals are dangerous.

17          So this one is called Imminent and Substantial

18   Endangerment Determination and Order and Remedial Action Order.

19   This is Exhibit No. 1 in the case.  Gives a brief site history.

02:57PM  20   I won't go through it.  But it talks about from 1934 through

21   site closure in 1987, they made igniters, detonators, fuses,

22   boosters, gas generators, explosive bolts, tracer pellets, spin

23   rockets, JATO rockets.  Anyway, you get the idea.

24          Materials or mixtures of materials that were used in

02:57PM  25   these activities include, but are not limited to -- they

173

identify the chemicals at issue in this case.  Ammonium
perchlorate, potassium perchlorate, chlorinated solvents such
as -- and this is another name for PCE that we saw in that memo
from 1980, perchloroethylene and trichloroethylene.

02:57PM      Liability of respondent.  Respondent Whittaker is
the responsible party.  1996, in an attempt to remove metallic
debris from the Burn Valley so that a -- and the Burn Valley is
one of the areas on the map there.  I won't walk over now but
kind of the third large blotch in red.

02:58PM      The Burn Valley is the area that -- part of that
burn pit where Mr. Luce said in 1980, everything on the plant,
all the chemicals end up in the burn pit.  Well, in 1996 --
there's a reference here in this 2002 order, "In 1996, in an
attempt to remove metallic debris from Burn Valley so that a
02:58PM geophysical survey and sampling could be performed, respondent
uncovered soil contaminated with nitrate, phosphorous, heavy
metals, TCE" -- and they tell us how much TCE just in this one
area in the Burn Valley, 41,000 milligrams per kilogram.
That's over 4 percent.  The experts will say you can
02:58PM practically smell it at that -- I mean, that's a huge amount of
TCE found at that time, a very high concentration.  And it goes
on to mention PCE.

      The same document.  And this is in evidence as
Exhibit -- will be in evidence as Exhibit 1.  Environmental
02:59PM experts, professionals engineers, folks working in this area,

folks handling these substances have known for many years that they have health effects.  For example, TCE is classified as a probable human carcinogen.  It is an eye irritant and can cause reproductive defects and goes on to say, and liver damage.

02:59PM  Right?  And liver damage.  That's the same harm that Mr. Peloquin back in 1979 was talking about with those vapor degreasers.  You put solvents in there, you heat it up, that stuff's dangerous.  It can cause liver damage.

So moving from the history class to the science

03:00PM  class, stay with me.  The question is:  How did their chemicals -- how did the chlorinated solvents that they put on the ground, that they dumped on the ground, that they released and had those deteriorating barrels and other containers, how did it get from their site to our drinking water?  And the

03:00PM  short answer is water travels downhill.  And yet you'll hear from experts who will explain what that means in terms of groundwater in great detail.

And so some of the questions that the experts ask are:  Well, what contaminants were detected in and near the

03:00PM  drinking water wells -- right? -- those wells that go down in the aquifer and pull up the drinking water?  What contaminants are detected at the Whittaker site and in the groundwater beneath the site?  And does that groundwater flow to the Saugus wells?  And the evidence will show all these things are true.

03:00PM  In fact, this is a chart -- I believe one of their

1   own consultants, CDM, now CDM Smith, prepared.  It's a slice of

2   the earth.  You can see it here.  You see the Hula Bowl, so

3   these surface areas.  Area 14 is the Burn Valley.  And I won't

4   say it's not rocket science, but the chemicals and these

03:01PM  5   chlorinated solvents leech through the soil until they get down

6   to the -- what's called the Saugus formation, that sandy area.

7   And that there's no question but that that same aquifer is

8   connected to our wells, which you see off to the left here.

9       This is another slice of, you know -- what we're

03:01PM  10  looking at here is kind of the underground.  You see the blue

11  and the -- the yellow is actually the different levels,

12  sometimes called the hydrostatic units, HSUs, those sandy areas

13  where the water can be found and then extracted.  And there's

14  different levels, and they all flow towards the wells that my

03:02PM  15  client relies on.

16      And you'll hear, you know, different evidence about

17  what was going on in the uppermost level and what was going on

18  at S-III.  The evidence will show that there are -- unlike a

19  surface river that you can see in just one area, in underground

03:02PM  20  aquifers, there's numerous ways, numerous pathways that those

21  chemicals can travel once they get into the groundwater to

22  contaminate my client's drinking water wells.

23      And you saw this map earlier.  There's no question

24  that there's TCE in the groundwater.  Here, what we're looking

03:02PM  25  at, the purple dots are the highest concentration of TCE.  But

**UNITED STATES DISTRICT COURT**

1    it's been detected in many, many areas in the groundwater

2    beneath the Whittaker site.

3              What you won't see is as many detections offsite

4    because they -- there simply haven't been sufficient monitoring

03:03PM  5    wells put in off the Whittaker site.  They were reluctant and

6    tried to avoid and did avoid for many years putting in the

7    ground -- groundwater monitoring on their own site.  They

8    certainly didn't want to pay for too many groundwater wells

9    offsite.

03:03PM  10              So that means we don't have as much data earlier;

11    right?  You'd like to have a lot of groundwater monitoring

12    wells so you can see what's going on down under the ground in

13    the '70s and '80s and '90s.  And yet we know that -- and

14    there's no dispute about this -- those aquifers are connected

03:03PM  15    from beneath the Whittaker site to our wells.

16              The groundwater flow generally flows in that

17    westerly, sometimes northwesterly direction.  And here, from

18    one of their own experts, the yellow is what's called the -- a

19    perchlorate plume.  Right?  And it goes all the way out to all

03:03PM  20    the wells that you can see that appear on this map.

21              And then they have blue dots for where they think

22    the TCE contamination is, but they show the -- you know, the

23    blue arrows.  And what the science tells us and what the

24    experts will explain, we don't know, now that it's been

03:04PM  25    detected in our wells, how much of the TCE has been migrating

UNITED STATES DISTRICT COURT

off the site and for how many years.

So -- and you could see that they're not even
sure -- in the northern part here, they don't have any wells,
so they're -- they just put question marks.

A number of experts have looked at the Whittaker
site.  You're going to hear that there are some experts
initially hired by the Army Corps of Engineers, tried to help
figure out what's going on with all this contamination.
CH2M Hill.  You'll hear about folks at Todd Groundwater.  They
were hired back in the early 2000s, worked with my client on
the perchlorate contamination.  You'll hear from Phyllis Stanin
to talk about the contamination now and how VOCs travel in
groundwater.

And you'll also hear from a fellow, Dr. Mark Trudell
from Advisian to explain -- it's kind of interesting in terms
of groundwater flows generally in one direction.  They try to
figure out where it's going.  But when you put in wells that
are pumping 2,000 gallons per minute, that can impact, as you
might expect, a certain area of influence.  So it gets a little
complicated, and the experts will explain some of that to us.

All those experts agree that perchlorate and VOCs
were often released at the same areas at the Whittaker site.
Right?  The same operations using those chemicals or, in the
case of the burn pit, just being dumped there or burned with
residuals.  Those contaminants generally travel the same

pathways.  Right?  Perchlorate gets there a little bit faster, but TCE and then PCE aren't far behind.

And the experts identify the perchlorate and the VOCs have impacted the water agency's -- "down gradient" is the phrase they use.  Down gradient wells.  The water is flowing from a higher elevation of the groundwater to lower elevation.

And even Whittaker's expert, you're going to hear from Mr. Hokkanen.  He agrees that the investigation at the Bermite site determined that perchlorate and VOCs generally were released from the same source areas.  They have another expert who actually disagrees with that.

Perchlorate and VOCs released from those source areas follow the same migration pathway into the groundwater.  Due to the different migration rates of perchlorate and VOCs in groundwater, releases of perchlorate from the source areas have migrated faster and farther.  And he acknowledges that perchlorate has impacted the water agency groundwater production wells but doesn't think that the TCE has.

So the questions:  Is there TCE in the soil at Whittaker?  TCE in the groundwater beneath the Whittaker site?  TCE in the Saugus wells?  And are those aquifers, those underground areas connected?  Absolutely.

Is the perchlorate in the soil at the Whittaker site?  Perchlorate in the groundwater?  Perchlorate in the Saugus wells and groundwater from Whittaker?  Yes.

1          And the reason perchlorate's important, the evidence

2    will show, when you're talking about VOC contamination is

3    because we know the perchlorate came from the Whittaker site.

4    We know that the -- so it's kind of a tracer chemical.  Right?

03:07PM  5    So the perchlorate's theirs.  The VOCs came from that site as

6    well.

7          And so that's the question at the end of the day:

8    Is the TCE in these wells and threatening these wells from

9    Whittaker?  And the evidence will tell us yes.

03:07PM  10         So -- and the evidence will show that it -- again,

11   it was over many, many years.  It wasn't just recently.  But

12   those chemicals were released and dumped into the -- the soil

13   and then into the groundwater at Whittaker for many, many

14   years.

03:08PM  15         The evidence will show that Whittaker has over the

16   years had a number of excuses.  It's not our contamination.

17   Must be someone else's.  But the evidence shows, tells us that

18   their own experts identified 260,000 pounds of TCE and other

19   VOCs.  260,000 pounds in the soil.  Identified over 50 heavily

03:08PM  20   contaminated areas.  Numerous groundwater pathways identified

21   by the hydrogeologists.  He can't just say, oh, it's this one

22   little area.  Whittaker's perchlorate tells us that it's

23   Whittaker's VOCs.

24         This map we're looking at here, TCE and groundwater,

03:09PM  25   shows the general direction of the groundwater and how the

contaminants in the groundwater would travel.

You'll hear and you heard it when the judge read it in the overview of the case, Whittaker has said it's your fault.  They want to blame the water agency.  You shouldn't have put the wells there.  You should have known that we were contaminating even though we weren't telling the regulators.

But the leading expert in California, Mr. Slade, is the fellow who designed those wells.  They have seals going down 400 feet, meaning that even if there were something spilled on the surface, there are seals until those get down to the much deeper aquifer.  So they were sited and built by the leading expert actually in the United States.

You'll hear evidence that, well, lately we've been trying to keep the contamination, get it out of the ground.  What you won't hear them say is we're not getting all of it out of the groundwater or out of the soil and we didn't get it all before it left our site and got into the groundwater.

The evidence will show that these eight or ten wells that they have called containment wells on their thousand-acre site, they're not pumping at 2-, 3-, 4,000 gallons per minute.  All ten of them together are pumping at about 300 gallons per minute.  What that means is when you have the drinking water wells pulling water out at 2,000, 2500 gallons per minute, that's a much -- that's a much larger amount of water, much bigger pull than their wells that are pulling at 30 gallons per

1   minute.  And the evidence will show that most of the

2   contamination had already spread.

3           And then Whittaker said from time to time the

4   evidence will show, hey, it could be worse.  Right?  There

03:10PM   5   could be higher concentrations.  And so, you know, that's what

6   the evidence will show, that it could be worse.

7           The good news is -- the good news is -- I know I've

8   been talking about contamination here a while -- there are ways

9   to treat.  And that's why we're here.  At the end of the day --

03:11PM   10   this will be my only opportunity now to talk directly to you.

11   The next time I talk to you will be at the end of the case.

12   And so I do want to thank you for your time and attention on

13   behalf of my client.  It's important that we spend the time to

14   do this.

03:11PM   15           And at the end of the day, I'll come back and ask

16   you for a verdict in favor of my client so they can pay for

17   groundwater treatment.  It's not cheap.  It's not cheap.  You

18   heard the judge read that they're paying for it on --

19   Whittaker's paying for it on the perchlorate for some of these

03:11PM   20   wells.  But there's treatment available to remove these VOCs.

21           So -- and that's what's needed to return this water

22   to its natural state because every citizen in California has

23   the right to pure and safe drinking water.

24           So on behalf of my client, I want to thank you for

03:12PM   25   your time and attention.  Thank you.

```
 1              THE COURT:  Ladies and gentlemen, before we hear
 2      from Whittaker, we are going to take a short break since we've
 3      been going for a while.
 4              It is now 3:12.  So we'll take a 15-minute break.
 5              Please do not speak about the case, the people, or
 6      the subject matter involved.  Continue to keep an open mind.
 7              After we do hear the last opening statement, we will
 8      break for the day.  We may go a little bit over 4:30.  But I
 9      think it is worthwhile, as I said, to have you hear both
10      opening statements in their entirety.
11              We're going to be in recess for a few minutes here.
12              THE COURTROOM DEPUTY:  All rise for the jury.
13              (Out of the presence of the jury:)
14              THE COURT:  Please be seated.
15              We're outside the presence of the jury.
16              And make sure the masks do go back on when you're
17      not speaking.  And it happens, Mr. Blum, but I need you to
18      check yourself and everyone else because, otherwise, it's very
19      awkward for the Court to have to remind folks.
20              It happens.  You don't need to respond to the --
21              MR. BLUM:  Your Honor, I actually appreciate the
22      reminder.
23              THE COURT:  That's fine.
24              MR. BLUM:  Your Honor, I do have one issue, though,
25      before we adjourn.
```

03:12PM (line 5)
03:12PM (line 10)
03:13PM (line 15)
03:13PM (line 20)
03:13PM (line 25)

**UNITED STATES DISTRICT COURT**

1    THE COURT:  Well, let me turn to one or two things,

2    first, and then very quickly.

3    Mr. Richard, I assume that all of the exhibits that

4    you referred to in the PowerPoint are stipulated exhibits.  Is

03:13PM  5    that correct?

6    MR. RICHARD:  Yes, Your Honor.

7    THE COURT:  I am going to order you, before you

8    leave today, you have to have someone send to the Court to the

9    chambers' e-mail the PowerPoint version of your PowerPoint.  I

03:14PM  10   don't want it in PDF form.  I want it in PPT or PPTX, whatever

11   it is, the actual PowerPoint version.

12   The same will apply to Mr. Blum, if you have that.

13   And remember, you are to copy each other.  So you'll all have a

14   copy of your PowerPoints after they have been delivered.

03:14PM  15   I take it you would answer the same way.  Whatever

16   is in your PowerPoint that you're flashing up is going to be a

17   stipulated exhibit, not one that's in dispute?

18   MR. BLUM:  Your Honor, we've either exchanged it or

19   we've discussed it.  And I don't have an objection to anything

03:14PM  20   that was used there.  I'm assuming that everything was

21   stipulated to.  But it looked like it to me.

22   THE COURT:  All right.

23   MR. RICHARD:  I -- I'm not understanding the answer

24   to Your Honor's question.  We've had a list of -- of exhibits

03:15PM  25   that are either stipulated or not stipulated.

UNITED STATES DISTRICT COURT

                          THE COURT:  I'm not going to spend a lot of time on

this.

                          MR. BLUM:  I'm not complaining, Your Honor.

                          THE COURT:  No, no.

03:15PM                   MR. RICHARD:  I just want to make sure --

                          THE COURT:  Mr. Richard and Mr. Blum, when you hear

the Court speaking, you both stop.  Hard stop.  And you do not

speak to each other.  You speak to the Court.

                          Now, Mr. Blum, if you provide to the jury in your

03:15PM   PowerPoint any exhibit that's not been stipulated to and

there's an objection, you will not be able to use your

PowerPoint presentation.

                          MR. BLUM:  I understand.

                          THE COURT:  And if, in fact, it turns out that

03:15PM   there's an objection to a stipulated document and I shut down

the PowerPoint presentation, there's going to be a serious

sanction that's going to get imposed by any abusive lawyer who

engages in that type of tactic.  That's all I'm going to say on

that.

03:15PM                   I'll let you address whatever you're going to

address in a moment.  You may be seated.

                          With regard to the stipulation, the plaintiff is

ordered to provide a document, which will be the exhibit next

in order, and you'll provide that to my courtroom deputy

03:16PM   tomorrow morning at 8:00 o'clock, the stipulation that contains

                          **UNITED STATES DISTRICT COURT**

```
 1   all of the facts.

 2           And I'll leave it to the lawyers to consider whether

 3   you want to provide that list of stipulations to the jury at

 4   this point.  And if you do, you should make sufficient copies

 5   for the jury.

 6           So I'm giving you an option, not a dictate.  If you

 7   want, it might be useful for the jury to actually have with

 8   them, just like they have their notebooks, the stipulations.

 9   If anyone objects to that, it's going to simply be a

10   stipulation that they will receive at the end of the case along

11   with all of the other exhibits.

12           Mr. Blum.

13           MR. BLUM:  Your Honor, just logistically, our

14   PowerPoint may be too large to send.  Can we give Mr. Cruz a --

15   hand him a stick with it on it at the end of today?

16           THE COURT:  That's fine.  If you -- if you want to

17   put it on a flash drive, that's equally fine as well.

18           MR. BLUM:  The issue I want to bring up, I did not

19   object during the opening because there was no need for me to

20   emphasize it.  The -- during the opening, Mr. Richard argued

21   that Whittaker is a subsidiary of a very large corporation

22   called Meggitt.

23           THE COURT:  I heard it.

24           MR. BLUM:  That's improper.  It has no relevancy to

25   the issue of liability.  The only purpose would go to the
```

03:16PM (line 5)
03:16PM (line 10)
03:17PM (line 15)
03:17PM (line 20)
03:17PM (line 25)

**UNITED STATES DISTRICT COURT**

```
 1    monetary position of Whittaker, which I don't think it is even
 2    relevant to.  And you have bifurcated those issues.
 3              And I'm not asking for an admonishment of plaintiff.
 4    What I'm asking for the Court to instruct the plaintiff that
 5    that is -- that they got their one -- they got their one swing.
 6              THE COURT:  Mr. Richard?
 7              MR. RICHARD:  Yes, Your Honor.  Mr. Lardiere will be
 8    testifying and will explain that he works for Meggitt as well
 9    as -- he's employed by Meggitt.  I'm going to ask him what
10    Meggitt is.  They're an aerospace company.  I'm not going to go
11    into what their 10-K is at this point or whatever the
12    equivalent is in England.  But that was the only point, is
13    to -- the evidence will show that's who he works for.
14              THE COURT:  Mr. Blum, is there an objection to
15    eliciting the evidence as to who he works for without going
16    into any detail in the way that he characterized it?
17              MR. BLUM:  I don't see the relevancy of it.
18              THE COURT:  Is there -- is there any harm in saying
19    who he works for?
20              MR. BLUM:  If all he says, "Do you work for
21    Meggitt?" and Mr. Lardiere says, "Yes," that's fine.
22              THE COURT:  I'm instructing you not to go beyond.
23    You can ask who he works for.  But beyond that, you cannot
24    proceed.
25              Is there anything else before we break?
```

03:17PM (line 5)
03:18PM (line 10)
03:18PM (line 15)
03:18PM (line 20)
03:18PM (line 25)

```
 1              MR. BLUM:  No, Your Honor.
 2              THE COURT:  Then at 3:30, see everyone then.
 3              (Break taken.)
 4              (In the presence of the jury:)
 5              THE COURT:  Back on the record in Santa Clarita
 6   Valley Water versus Whittaker.  And everyone is present who was
 7   present before the break.
 8              And it is now time for Whittaker's opening
 9   statement.  And, Mr. Blum, you may proceed when you're ready.
10              MR. BLUM:  Thank you, Your Honor.
11              Good afternoon, everybody.  It may not come as a big
12   surprise, but we disagree with what you heard for the last hour
13   and a half.  But before I talk about where the disagreements
14   are, I want to talk a little bit about what we do agree about.
15   And that's this, one of the stipulated facts.
16              We are responsible for the perchlorate
17   contamination.  I will say it again.  Whittaker is responsible
18   for the perchlorate contamination.  Whittaker -- as a result,
19   Whittaker has paid tens of millions of dollars to set up
20   treatment plants for Saugus 1 and Saugus 2 and for V-201.
21              The other well at issue here, as you heard of, is
22   V-205.  It is contaminated with perchlorate.  And Whittaker is
23   responsible for the perchlorate.  Not an issue of contention.
24              What is in contention as to V-205 is the cost of the
25   system to treat the perchlorate.
```

03:32PM
03:33PM
03:33PM
03:34PM
03:34PM

1          Now, these costs, we're going to be able to show,

2     are not unknown.  We've paid for systems before.  We built the

3     system or we paid for the system on V-201.  We paid for other

4     wells, such as the system at Q2, which you're going to hear

03:34PM  5     about.  We know what the costs are.  And what the -- what

6     you're going to hear is the plaintiff's expert, instead of

7     looking at the actual costs, came up with theory upon theory

8     and contingencies upon contingencies, to double, triple, and

9     quadruple the price.

03:35PM  10          What the evidence will show is that instead of

11     asking how much did the watch cost yesterday, plaintiff's

12     expert decided to add up all of the parts of the watch and

13     thereby estimate what it would cost tomorrow, ignoring the

14     costs of yesterday.

03:35PM  15          Now, what we disagree with and what the trial is

16     mostly about is volatile organic compounds, VOCs.

17          Now, the first thing to understand, there are

18     hundreds of different VOCs.  You can't and -- you can't just

19     say there was VOC contamination.  There is DCE which is a VOC,

03:35PM  20     there is chloroform which is a VOC, there is TCE which is a

21     VOC, there is PCE which is a VOC, and there is TCA.  They're

22     all different.  And the reason this is important is because of

23     context.

24          And in order to understand the context, you need to

03:36PM  25     understand about the site.

```
 1              Now, Whittaker occupied the site beginning in -- you

 2    see, excuse me, in 1967.  The site had operations going on it

 3    back to the Gold Rush.  When they -- when Whittaker closed it

 4    down, they found a -- a building that was used to manufacture

 5    dynamite during the Gold Rush.  There have been lots of

 6    different things manufactured there.

 7              For instance, if you look -- from 1934 to 1942,

 8    Halifax Explosives and E.P. Halliburton manufactured fireworks.

 9    Whittaker never manufactured fireworks.

10              THE COURT:  Mr. Blum, I do need you to speak into

11    the microphone.

12              MR. BLUM:  I'm sorry.

13              Whittaker never manufactured fireworks.  And the

14    reason that's important is because what the evidence will show,

15    that when Whittaker cleaned out the Hula Bowl, guess what they

16    found.  Fireworks.

17              There is location upon location upon location where

18    the evidence will be clear that what was found there had

19    nothing to do with Whittaker.  But Whittaker is the one that

20    ended up cleaning it up, partly because the party who they sold

21    the land to -- and there will be no evidence that there was any

22    fraud or misrepresentations in that sale -- went bankrupt, and

23    Whittaker had to step back in to finish the cleanup.

24              The other context that is critical is the fact that

25    the regulations and the rules for dealing with what we now
```

03:36PM — line 5
03:37PM — line 10
03:37PM — line 15
03:37PM — line 20
03:37PM — line 25

consider to be hazardous wastes had changed dramatically.  Take perchlorate, for instance.

Every expert in this case is going to say that before 1997, there was no reason to think that perchlorate was a problem in groundwater.  And in 1997, the operations had been -- had been closed for a decade.  That was because perchlorate was only thought to be an accelerant, not for bombs, not for things to go boom but for fuel of the rockets.  And these rockets were manufactured on the site going back to the 1930s.

Fireworks use perchlorate because we know fireworks go up in the air.  The Bermite company manufactured rockets and JATO rockets using perchlorate.  VOCs, specifically TCE, was used at the site beginning at least in World War II and even earlier than that.

So when you say -- so when Mr. Hughto or Dr. Hughto who is their expert on, I guess, custom and practice, for lack of a better word, says we found TCE, the evidence will show that that doesn't mean that it was Whittaker that put the TCE there.  And there will be no connecting tissue here.  It is a skeleton without the connecting tissue to show that it was Whittaker that disposed of the TCE.

In fact, this is sort of the irony of plaintiff's argument.  All of the evidence they have that they will produce about how bad Whittaker did is the result of investigations

done by Whittaker.  You heard evidence that they found a drum

that somebody said was full of TCE or had TCE in it.  Well, who

do you think found the drum?  Whittaker.  And who do you think

disposed of the drum properly?  Whittaker.

03:40PM        Dr. Hughto is going to cite to report after report

after report that he's going to use to say contamination took

place.  It was all reports done by Whittaker.  And the memos

that you saw have to be understood in the regulatory context of

the time.

03:40PM        What Dr. Hughto will talk about and also

Gaynor Dawson who is the expert for the defendant we're going

to talk about, that all the rules relating to hazardous waste

changed in 1976.

               In 1976, the Federal Government passed a law that

03:41PM  Mr. Richard referred to as RCRA, the Resource Conservation and

Recovery Act.  For the first time in the history of this

country, the transportation, disposal, and handling of

hazardous wastes were regulated.  The first time.

               Now, while the law was passed in 1976, there were no

03:41PM  regulations.  So in reality, operators of facilities such as

Whittaker really didn't know all the rules.  They knew that

again there was a skeleton that said RCRA.  But as to what you

needed to do, they didn't know.  That changed in 1980.  And

that's when EPA for the first time promulgated the rules.

03:41PM        And these memos that you see, notice they're 1980,

1    1979, 1981.  What they are is the memos from a company trying

2    to come to grips with a changing landscape.  With rules that --

3    for instance, it was legal to dispose of solvents on the ground

4    until 1983 when the land ban rules came in.

03:42PM   5         In 1983, Whittaker had to change the way that

6    solvents were dealt with.  Beforehand, what they would do is

7    they would burn them because it was mostly on rags and stuff.

8    There were solvents they didn't know about in the degreasers.

9    We're going to talk about that in a moment.

03:42PM   10        Now, even the burning of these rags in the burn pit,

11   it was done with permits from the Los Angeles County Fire

12   Department.  It was done under the auspices of the Department

13   of Defense because remember what Whittaker was manufacturing.

14   They weren't manufacturing fireworks.  They were manufacturing

03:43PM   15   Sparrow and Chaparral air-to-air missiles primarily for the

16   Air Force and for the Army.  These were top-secret military

17   munitions.  And a lot of the manufacturing took place during

18   the Vietnam War.

19        The Department of Defense doesn't just say

03:43PM   20   manufacture this stuff and send it to us and then we'll try to,

21   you know, fire it to shoot down an enemy plane.  There were

22   inspectors on site at the hog-out operations we talked about,

23   for instance, having to wash the stuff out, that was done

24   because the DOD said it had to be done.

03:43PM   25        The reason it was burned was because you couldn't

take the spent fuel and send it to a landfill because it was an

issue of national security.  The defense department didn't want

everybody to know what was in the fuel for these rockets.

That's what -- that's how they were done.

03:44PM          And they were done and they had one way to do it.

And then when RCRA came into place, they had to change.

          So, yeah, you have these memos.  I would say the

evidence is going to show these are the memos of a company

trying to deal with the changing law.

03:44PM          Now, some of the pieces of evidence that you saw

need to be put within the context.  For instance, you saw a

2002 memo, it had a list.  I think it was about 25,

30 different sites and for different types of contamination at

the sites.  Most of the contamination at those sites had

03:44PM   nothing to do with this case.

          This case is about two chemicals -- TCE and

perchlorate and a minor one of PCE.  They were about -- for

instance, the Hula Bowl talked about oil, it talked about

debris.  That's not a problem in this case.

03:45PM          The one that listed -- and the ones that listed all

that, it was a historical document dealing with where things

had been found.  It wasn't about recent releases.  It wasn't

about contamination that was caused by Whittaker dumping.  It

was a memo about Whittaker -- what Whittaker found once they

03:45PM   had to basically determine and assess what was on a site in

which explosives, munitions, and fireworks had been manufactured for over a century.  That's what that memo is about.

And it wasn't -- and this is one of the biggest issues that we're going to talk about.  It wasn't about the contamination and what the plaintiffs are referring to as the requirement of pure groundwater because that's a litigation produced rationale.  What the evidence is going to overwhelming show, that the plaintiffs never cared about pure groundwater until this litigation.

There is something in the rules with this new set of laws that started with RCRA.  There's a law called the Safe Water Drinking Act.  And the Safe Water Drinking Act has this -- something called maximum contaminant levels, MCLs.  California has their own.  And MCL is the number under which drinking water has to be for chemicals.  For instance, for TCE, it's 5 parts per billion.  For perchlorate, I think it's 6 parts per billion.  And I think it's the same for TCA and PCE at 5 parts per billion.

Now, even after the case was filed, the plaintiff knowingly served water to its customers at least 10 percent of the time that contained VOCs.  They didn't warn their customers about it.  They didn't say, hey, this is a risk.  Be careful.  In fact, you're going to hear that they made representations that the water was safe and that the only time they've argued

1    that it wasn't is here in this courtroom.

2            Don't take my word for it.  This is James --

3    Jim Leserman.  Mr. Leserman is a senior engineer for the

4    plaintiff.

03:47PM   5            (Videotape played, not reported.)

6            MR. BLUM:  Pure water.  But this is the rule that

7    plaintiff actually operates from --

8            THE COURT:  Mr. Blum, to the microphone.

9            MR. BLUM:  This is the rule that the evidence will

03:48PM   10   show plaintiff operates from.  If the numbers are below the

11   MCLs, which, by the way, for VOCs at every one of those wells,

12   it was below the MCLs, for V-201, V-205, Saugus 1, Saugus 2.

13   In fact, there's never been an offsite well that's involved in

14   this case in which the VOC readings were above the MCL.  Now,

03:48PM   15   what does that mean to the plaintiff?

16            Excuse me.

17            Well, what Mr. Leserman will testify to is that, if

18   it's below the MCL, the policy of the plaintiff is to serve the

19   water.  Again, the evidence will show that, if it's below the

03:49PM   20   MCL, the policy of the plaintiff is to serve the water.  The

21   perchlorate is now below the MCLs because we have paid for the

22   treatment facilities, and the VOCs have never been above the

23   MCLs.

24            The other issue will be -- there's a couple other

03:49PM   25   issues.  One, there's also something called the MCL equivalent,

and that's the numbers set by what's called the Department of

Drinking Water.  And what they say, if you accumulate all of

the contaminants in the water and if the number is below 1 in

the way they calculate it, it's safe.  Guess what.  It's

below 1.

        The other thing is let's -- what the evidence will

show is that the Department of Toxic Substance Control which

controls the remediation onsite and offsite, DTSC, as

Mr. Richard said, has decided that the offsite contamination of

VOCs requires no remediation.  In other words, because of the

numbers being below the MCLs, there is no need to treat offsite

VOC contamination.  These are the facts which are not in

dispute.

        So that takes us to the issue.  Let's talk about

TCE.  Remember, lots of different VOCs.  But the one that

plaintiff is saying we've contaminated their wells with is TCE.

        Now, I want to talk about another chemical, TCA.

Why do I want to talk about TCA?  Because this goes back to

Dr. Hughto who, again, is not our expert.  He's their expert.

And what does he say about the use of TCA?  You will see -- if

you look at late 1960 on it, Dr. Hughto will testify -- it is

what he said in his report -- that Whittaker initially changed

from TCE to TCA in the late 1960s.  Ms. Stanin, who's also an

expert for plaintiff, will say the same thing.

        Dr. Hughto -- we will show the documents that

Dr. Hughto relied upon, and we will even show an article

written in a peer reviewed journal that Dr. Hughto relied on

where it says that the switchover from TCE to TCA took place in

1966.

Whittaker's use of TCE was minimal, maybe a year or

two at the beginning.  But the predominant solvent used by

Whittaker was TCA.  And if plaintiff is right and Whittaker was

this environmental devil, TCA should be all over the site.  It

should be in every one of their drinking water wells.  But what

do you find?

First, the evidence will show that, when they --

when Whittaker did an inventory, computerized inventory, for --

for the Water Board, they didn't find any TCE at the site.

They found TCA.  The evidence will also show that there is

no -- and I want to use the word again -- there is no TCA

contamination in any of the wells.

All of the wells at issue, Saugus 1, Saugus 2,

V-201, V-205, never have they found TCA.  They found TCE.

Different chemical.  Not the one that was used.  No TCA has

been found.

So one of the reasons -- and one of the other

reasons why we don't find -- sorry.  Let me slow down.

One of the issues is was there enough time for the

TCE to have traveled from the Whittaker site to the wells

starting in the late -- starting in 1967 or '68 when Whittaker

1    started at the site?

2          So that's a tough question.  But we have information

3    to use to make these estimates.  The first thing we know -- and

4    this is because it's a stipulated fact -- is that perchlorate

03:54PM   5    and VOC released from the source areas on the site followed the

6    same migration pathway.  Now, why is that important?  Because

7    we can use perchlorate as a tracer, such as we know from the

8    burn area, according to Ms. Stanin, it's approximately

9    10,000 feet to the Saugus wells and we know that perchlorate

03:54PM   10   made it there.  And since they follow the same pathways, if the

11   TCE got there, it would have had to follow the same pathway

12   that's been stipulated to.

13         We also know -- because this is, again, a stipulated

14   fact -- that releases of perchlorate from the source areas have

03:54PM   15   mig- -- migrate faster, two-and-a-half times faster.

16         Now, why is that important?  Because we can

17   calculate based on that the approximate time it would take for

18   both of them to move 10,000 feet in the groundwater.  The only

19   other variable that is missing is what's the speed of the

03:55PM   20   groundwater?  And that we get from the report of Ms. Stanin.

21   She says -- well, you know what?  Let me back up.

22         There's a reason why, a chemical reason why, one

23   moves faster than the other, why TCE moves much slower.  And

24   the reason why is because there is a -- something called fate

03:55PM   25   and transport.  You're going to hear that maybe somewhat.  And

1    what fate and transport means is how chemicals move in the

2    ground.  So when you talk about a study of fate and transport

3    for TCE versus perchlorate, you're taking a look at how they

4    move.

03:55PM    5         And chemicals have attraction to other things.  For

6    instance, VOCs are really, really attracted to carbon.  They

7    love carbon.  And what happens is, as they move past carbon,

8    they want to move towards the carbon, and that slows them down.

9    Perchlorate couldn't care less about carbon.

03:56PM    10         So you see on the left this is what happens when

11    perchlorate moves past soil.  It just doesn't stop.  It moves

12    with the speed of groundwater.  When VOCs do it, it moves slow

13    because it wants to grab on to the carbon.

14         With this chemistry, we go, then, to Ms. Stanin's

03:56PM    15    report.  And she estimated that water travels at .87 linear

16    feet per year.  And we can do the math.  10,000 feet at

17    .87 feet per year equals about 11,500 days, or 31.5 years.  So

18    it takes about 31.5 years for perchlorate to move 10,000 feet.

19    But how about VOCs?  Well, it's basically the same number times

03:57PM    20    2.5, or 78.75 years.

21         Now, what does that mean?  What it means is, for TCE

22    to have moved to the Saugus wells and then made it there in

23    2010, which is when it was first discovered, TCE would have had

24    to have left the Burn Valley before 1931, or 36 years before

03:57PM    25    Whittaker occupied the site.

1          The physics, the chemistry, and the math just don't

2     work.  But what does work is the fact that we know the TCE was

3     used before Whittaker ever got there.

4          Now, when you get down to the heart of it and you

03:58PM  5     talk to plaintiff's experts about what -- what is their

6     opinions, they recognize all of these problems.  And in the

7     end, for each of the wells involved, at least one of their

8     experts have said, I don't know if Whittaker is the source of

9     the VOCs -- I'm sorry -- the TCE in particular.

03:58PM  10          Now, these are the four wells, and you can see in

11     black is the Whittaker site.  Let's talk about each of the

12     wells and each of the experts.

13          This is the first one, Benjamin Lechler.  Now,

14     Mr. Lechler was -- worked for a company called CH2M Hill, and

03:58PM  15     you can see and you heard in the opening of plaintiff that they

16     were hired by the Army Corps of Engineers.

17          What -- and he did a report, and that report was

18     written and published in 2015.  And he concluded in the report

19     that, based on the current evidence and without what he

03:59PM  20     believed was required additional investigation, he could not

21     conclude that Whittaker was the source of the VOC -- of the TCE

22     or the other VOCs found in Saugus 1 and Saugus 2.  His

23     recommended investigation to the plaintiff was never done.

24     They didn't do it.  And we're going to talk about why in a

03:59PM  25     moment.

1           This is the other expert, Dr. Mark Trudell.

2    Dr. Trudell, similar to Mr. Lechler, said he couldn't conclude

3    whether or not Whittaker was the source of the VOCs found in

4    Saugus 2.  He also said, as to V-201 and V-205, he didn't know

03:59PM  5    if they were the source.  And what experts talk about is he

6    could not conclude to a reasonable degree of scientific

7    certainty.  That's the key.  None of the experts can.  Why?

8           This would be a very simple case if the only source

9    of these VOCs was Whittaker.  We're the only source.  Of course

04:00PM  10   it's us.  But everybody pretty much agrees that there's other

11   sources out there.

12          For instance, there's some wells called the DW and

13   mall wells.  This is where they are in relation to V-201 and

14   V-205.  You will hear from Dr. Trudell that it's his opinion

04:00PM  15   that Whittaker is not the source of the VOCs found there.

16   Again, this is plaintiff's expert.  There's also some other

17   wells.  It's called AL-12B.  And AL-12B is an alluvial well

18   that's right next to -- I believe it's Saugus 2.

19          Now, in the permit application that the plaintiffs

04:01PM  20   had submitted for the -- operate the well -- I'm sorry --

21   operate the wells at V -- Saugus 1 and Saugus 2, after the

22   Saugus perchlorate treatment plant was put into operation,

23   there was attached to that application, that permit, an

24   engineering report done by the DDW.  And this -- and this is in

04:01PM  25   evidence.  This is a stipulated document.

1          In that, you see the engineering report.  And we're

2     going to look at -- specifically at page 10.  And you can see

3     it's Exhibit 96.34.  So, first, prepared by Susan Brownstein as

4     an associate sanitary engineer, reviewed and approved by

04:01PM   5     Jeff O'Keefe who is the district engineer for the Metropolitan

6     District and now I think he's the chief operating officer for

7     the local DDW.  And what does the -- what does this government

8     approved report say?

9          It says -- the first line talks about TCE and PCE

04:02PM  10     and perchlorate have been detected at certain concentrations

11     and monitoring well AL-12B.  This well has been identified as a

12     sentinel well.  And the kicker here is the TCE and PCE

13     contamination at this location is not believed to have

14     originated at the Whittaker-Bermite site.  It's not us.  That's

04:02PM  15     the Government.

16          You're also going to hear about evidence of a -- of

17     what is one of the sources of the contamination.  That's called

18     the Saugus Industrial Center, or SIC.  You see in red that's

19     where SIC is in relation to the Bermite site -- I'm sorry -- in

04:02PM  20     relation to the site.  That's just a bigger blow-up of it.

21     Same place.  But you can see how close it is to Saugus 1 and

22     Saugus 2.

23          And you can see all of the VOC contamination that

24     was found at this site.  But I want to focus on one piece

04:03PM  25     that's in the square here, chloroform and TCE, both chemicals

that were found as contaminants in one of the Saugus wells.

Now, the other one -- and here's the map of
chloroform.  You see these white dots that you see all over the
left portion of the Whittaker site?  It's non-detects.  It
means no chloroform was found.  Chloroform is not migrating off
the Whittaker site.  They don't find it.  But they do find it
at SIC.  And sort of the magic of why SIC is most likely the
source is because of the specific geology that you have right
off the SIC site.

Most times, you know, when you've had groundwater --
groundwater is like a river.  I mean, it's not -- it's a river
that flows through soil and things of that sort.  But it flows
with gravity, and usually it flows very slow because the --
because the elevations don't change usually that fast.

But there's a geological anomaly right on the border
where SIC is, and in that case, instead of a gradual move, it's
much more like a waterfall.  And what it does is it makes a
60-degree drop towards, you can see, Saugus 2 and Saugus 1.
And that's how the contamination got there, the chloroform and
the TCE.

But we don't have to stop with SIC.  One of the
other issues is there is -- it's not the only solvent found in
Saugus 1 and Saugus 2 is TCE.  There's another solvent, DCE.
Now, if we look at it, this is, again, sort of the same map we
found for chloroform.  You find some DCE on the Whittaker site.

1   But as you move to the boundary and you move towards Saugus 1

2   and Saugus 2, you don't find DCE.  And what does that mean?

3   Let's ask plaintiff's expert again.

4          This is -- sorry.  This is Phyllis Stanin, one of

04:05PM  5   the experts.  And she's going to say, I don't know what the

6   source is of the DCE.  I don't know.  Well, if the DCE isn't

7   from Whittaker, what else isn't?  And based on all of the

8   evidence, it's going -- you're going to find that it's not us.

9          The last one is chloroform.  We talked about this

04:06PM  10  some.  We don't have to go over it again.

11         Okay.  Why are so many of plaintiff's experts having

12  to say I don't know?  And that's because plaintiff has taken

13  the position to litigate this case rather than investigate the

14  contamination.

04:06PM  15         Context for this.  We know that in October of -- on

16  October 9, 2010, the Department of Public Health was concerned

17  about the VOCs because it had just been found in some of the

18  wells.  And they then asked the plaintiff to investigate it.

19  The internal memos will show that what plaintiff's reaction was

04:06PM  20  is, well, I'm not sure we want to investigate this because

21  Whittaker may not be the cause.

22         They delayed and delayed and delayed investigating.

23  After more pressure from the regulators, they put out what's

24  called an RFP, request for proposal, in October of 2013.  One

04:07PM  25  of the responses they got back was from Todd Engineering, which

1    is the company that Phyllis Stanin worked for.  And what they

2    said in their response was, well, we'll do the investigation,

3    but you have to understand Whittaker may not be the source.

4    Again, they delayed.

04:07PM    5    Finally, in 2015, they hired Mr. Lechler at

6    CH2M Hill.  Now, the proposal that they entered into with

7    CH2M Hill and Mr. Lechler was going to be two phases of an

8    investigation.  The first phase was actually done, but that

9    phase was only to determine the potential sources, not the

04:08PM    10    actual sources, the potential sources and the potential

11    pathways, not the real pathways but the potential pathways.

12    Mr. Lechler did that report.  He was the author.

13    And you are going to hear from him that he never concluded in

14    that report that Whittaker was the source.  He says they were a

04:08PM    15    likely or potential source as well as SIC being a likely or

16    potential source.  And to determine whether or not Whittaker --

17    or SIC was the source, a further investigation had to be done,

18    which was supposed to be Phase 2.  Phase 2 was never done.

19    And you will hear time after time in reports to the

04:08PM    20    government and in press releases that SCVWA representing the

21    report that was done by Mr. Lechler is one that determined that

22    Whittaker was a likely source, not a potential source in which

23    he wasn't sure of but a likely source.

24    And the reason why they didn't do the second phase

04:09PM    25    according to Mr. Leserman, who was in on the discussions, was

1    because they would rather litigate.

2                    (Videotape played, not reported.)

3                    MR. BLUM:  And the attorneys was the Nossaman firm,

4    the same firm that's representing him now.

04:10PM    5                    All right.  But are we -- but there's also

6    evidence -- affirmative evidence that Whittaker is not the

7    source of the VOCs.  And what is that evidence?

8                    First, remember one of the stipulated facts, both

9    VOCs and perchlorate generally follow the same paths.

04:10PM   10                    Now, Dr. Trudell will actually go beyond that.  He

11    will say, at least he did in his report, that they travel along

12    the exact -- let me repeat that.  He will testify that in his

13    report he stated that they travel along the exact same path.

14    Well, if that's true and the VOCs from Whittaker have moved

04:11PM   15    from the site to the wells where you see perchlorate, you

16    should see VOCs because they traveled along the same path.  And

17    if they both got there, if they both are contaminated from

18    Whittaker, it should be coextensive.

19                    Now, what the plaintiff -- or what the plaintiff's

04:11PM   20    expert is now going to say, well, that's really the exact same

21    path.  It's only the exact same path where we find the VOCs

22    with the perchlorate.  And where we don't find them, well, it

23    wasn't the same path.  So apparently -- and what we'll show is

24    that Dr. Trudell no longer uses the definition of "exact" that

04:11PM   25    we use.

1          So one of the reason -- one of the reasons we know

2     this is because, when you actually do look at these pathways,

3     it's not exact, and you don't find them both.

4          So this is -- this shows some of the wells on the

04:12PM  5     Whittaker site.  And these wells is where you found VOCs, TCEs

6     specifically, in the groundwater.  But when you look at the

7     boundary wells, there is almost no VOCs found.  And let me talk

8     about a sleight of hand here.  You see the green on the left

9     edge.  There's three wells of green right next to each other.

04:12PM  10          Now, those are non-detect.  When plaintiff shows you

11     these wells, they're going to be -- they're going to say, well,

12     there were detections there.  Well, this is the -- this is the

13     reality.  There have been almost a hundred groundwater tests

14     done on these wells since they were implemented.  In two or

04:12PM  15     three of them, they found extremely low levels of TCE.  In over

16     95 of them, they found no TCE, yet they found perchlorate.  And

17     what the plaintiff will continuously argue, it was there.  And

18     they will continually show you maps that show detections of

19     three out of a hundred.

04:13PM  20          The other reasons we know is that Whittaker,

21     contrary to the position that the plaintiffs are taking, hasn't

22     been sitting on their hands.  What you're going to see is a

23     continual effort by Whittaker to remediate the site.  And

24     remember, they're doing it in the mid '80s where perchlorate

04:13PM  25     hasn't even been regulated.  There wasn't even an MCL for --

for TCE until -- I believe it was the late '80s after its

operations had ceased.

        The land ban didn't take place until 1983.  We're

going to show you an inspection report by the Regional Water

Quality Control Board that says there was no requirement to

monitor it, to make monitoring wells.  And that -- that in

1985, the production well at the Whittaker site was tested by

the regional board, and they did find VOCs in the wells.

        And at that point, there were issues relating to

monitoring wells.  And there was discussion with EPA, and EPA

and Whittaker entered into an agreement about monitoring wells.

        But what EPA said is, the first thing we want you to

do is not go out and test for VOCs.  We need to know about

basically the physical nature of these aquifers.  How deep are

they?  What's the groundwater directions?  And once you get

that information, then we'll talk about monitoring wells.

        By that time, Whittaker had sold the property, and

the new owners told the regulators, we'll take over.  The

problem is they didn't.  And they eventually went bankrupt, and

then Whittaker had to step back in.  And that Imminent

Substantial Endangerment Order that plaintiff showed you, the

reason they did that order was because of the bankruptcy of the

current owner and Whittaker's agreement to step back in and

take over the remediation.

        And that's why you have that flat curve about wells

in the late '90s and why -- as it gets to 2001 and 2002, that's
when Whittaker took over.  That's when we did what we were
supposed to do.  And now we've done such a good job at that
site that we're getting what's called closure letters from
DTSC.  It means we've done what we had to do.  We cleaned up
the soil.  We've been using what's called vapor extraction
systems to take the gas out of it because, you know, VOCs,
they're volatile.  So you put these vacuums down, and you suck
up the gas.  We're remediating the water.

So, again, this is the same thing.  We saw this one
before, but let's look at the next slide.  And what you have
here is the powder blue squares, this is the groundwater
extraction systems.  And what these do is -- because they're
down there pumping water, it has an effect on where groundwater
is moving.

So groundwater wants to move downhill.  Because of
these extraction systems, it locally actually moves uphill back
towards the system.  It's sort of like taking a straw and
putting it down a milkshake and sucking up.  The milkshake
comes up.  It moves with the suction.

That's the system we've employed, and that's been
basically preventing the -- the chemicals, specifically the
VOCs, from moving.

And it's because what happened was this -- well,
remember, perchlorate moves faster.  Perchlorate moves fast

enough, so it got off the site before we could put the

remediation system in.  But when we installed the remediation

system, because of the slow-moving nature, it was able to catch

the VOCs.

04:17PM

Excuse me.  Your Honor, may I have a moment?

THE COURT:  Yes.

MR. BLUM:  All right.  There's -- technology is

great, Your Honor, when it works.

Let me move on, and we'll catch up with the

04:18PM

PowerPoint.

The -- there's other reasons why Whittaker is not

the source.  One of them is there's other potential sources of

VOCs.  We know that from the plaintiff, and you're going to see

document after document that the plaintiffs released to the

04:19PM

public where they talk about other potential VOC sources.

They're also going to refer to the VOC contamination

as, quote, "trace," not significant at all, trace

contamination.  They're going to tell you and they're going to

tell the public that it's safe to drink, that there's no

04:19PM

problem at all.

All right.  I've just got to find the --

So what's this case really about?  At the end of the

day, what is it about?  It's not about VOCs that are a problem.

It's not about VOCs that are a problem because they're all

04:20PM

below MCLs.  What it's really about is something called

211

turnouts.  You're going to say what the heck is a turnout?

Well, it has to do with the VOCs and perchlorate that come out of Saugus 1 and Saugus 2, are then pumped to the Saugus treatment plant.  And then after the VOCs are --

04:20PM   Here, I'll find it.

Then after the -- yeah, I want to get to the right spot.

All right.  Your Honor, I got it back.

Okay.  So it has to do with the distribution system.

04:21PM   Let me show you the way the distribution system works.

Okay.  The VOCs, you see at the bottom that Saugus 1 and Saugus 2, the water is pumped.  You saw the pumps.  It's then piped to the SPTP -- or SPTF where it's treated for perchlorate, the one that Whittaker paid for.  Once the

04:21PM   treatment for the perchlorate is finished, it's then piped out of the SPTF, and then it's mixed or blended with water from the State Water Project at Castaic Lake.  That water has no VOCs in it.  It's pure.  From there, it's pumped to the turnouts.  And from the turnouts, it's then sent to homes for drinking.

04:22PM   Now, this water is tested on multiple occasions.  The first -- the first place it's tested is as it comes out of the well.  The second place it's tested, when it leaves the SPTF -- you can see the red dot -- before it's blended.  And the last place it's tested is at the turnouts.

04:22PM   And why is it important about the turnouts?  Because

212

```
         1    what the Department of Drinking Water wants and what they care

         2    about is not the water that's coming out of the well.  That's

         3    DTSC, and DTSC says we have no problem.  It's not the water at

         4    the SPTF.  What they care about is what are the VOCs in the

04:22PM  5    water that are distributed to people who are drinking it?

         6            So if the water at the turnouts has no VOCs in it,

         7    they're fine.  If the blending works, they're fine and you get

         8    a permit to use the water.

         9            But -- and this is something that was confirmed by

04:23PM  10   Mr. Alvord who is the head of operations for the plaintiff.

         11           (Videotape played, not reported.)

         12           MR. BLUM:  This is where Mr. Leserman, we saw

         13   earlier, said 10 percent of the water coming to the turnouts

         14   has VOCs.

04:24PM  15           So what does that mean?  Where are those VOCs coming

         16   from?  Has the plaintiff investigated it?  Have they sought to

         17   determine it?  Or they just assumed, because this is

         18   litigation, that it's Whittaker?

         19           (Videotape played, not reported.)

04:24PM  20           MR. BLUM:  Now, the evidence is going to show that

         21   they have done no investigation even though employees, the head

         22   of their laboratory, has looked at results and said, wait a

         23   minute, this can't come from Whittaker.  The numbers are just

         24   too high.

04:25PM  25           Remember, it goes from the SPTF.  Then it's blended
```

with clean water.  The rules of dilution are clear.  The concentrations at the turnouts can never be greater than the concentrations of the SPTF because of the blending.  Yet on at least two occasions, that's what was found.

04:25PM

        The plaintiff's reaction?  Blame it on lab error, even though you will hear testimony that there was no evidence of lab error.  Basically shut up, we don't want to hear.  We want to litigate, not investigate.

        So -- but can they do it?  This is the important issue.  Can they find out if, indeed, it's just Whittaker or whether or not they have other contamination?  What you see is basically a blank, what's called theoretical blend calculation.  According to the permit, they've got to fill this out -- I think it's every other week or every week.  And in it, what they look at is what were the chemicals coming from the SPTFs, the VOCs, TCE, and PCE to be specific and perchlorate and what was found at the turnouts.  And they've been doing this for over a decade.

        So there's a lot of data here, but yet they've never looked at this data.  They've never looked at these, where clearly the concentrations found at the turnouts were greater than what was found at the SPTF.

        (Videotape played, not reported.)

        MR. BLUM:  This is 2019, December.  Haven't done it yet.  Consistent with don't do it because they might find out

```
 1    Whittaker is at the source.

 2              THE COURT:  Please move to the microphone, and there

 3    is some noise emanating from the computer.

 4              MR. BLUM:  What -- what the evidence is going to

 5    show is that the -- if they had looked at the theoretical blend

 6    calculations, because the one that we just saw discussed was

 7    one that the head of operations had really never looked at.

 8    And what he saw was that at the SPTF, it was non-detect for

 9    PCE.  That means they couldn't detect any, but yet they

10    detected it at the turnout.

11              And the head of operations who's responsible for the

12    operations of the facility had not known this, hadn't even

13    looked.  And what he said, I don't know.  And he further says,

14    I'm going to find out.  He never did.  So we did.  We looked at

15    it.

16              Now, remember the assumption that the plaintiff

17    makes, that the only possible source of VOCs at the turnouts

18    could be Whittaker.  That is an assumption built into

19    everything they've done here, going back to Lechler's reports,

20    looking at the turnouts.  So the plaintiff has a calculation

21    and they -- and that's what they do to calculate.  If Whittaker

22    is the only possible source, what should the contamination be?

23              So we went out and we hired our own statistician, a

24    Dr. Duane Steffey.  And what Dr. Steffey did was he looked at

25    every piece of evidence we had -- or they had about the
```

numbers, those theoretical blend calculations, over a decade, and looked at the plaintiff's prediction as to what the concentration should be if Whittaker is the only source.

And if you can see, to make this easier, for two -- this is just two of the turnouts.  The red line, that's what -- that's what the plaintiff's prediction was what the concentration should be.  But when you actually look at the real numbers, you'll find time after time that the concentrations of the -- in this case, I think it was PCE -- were much greater than what was predicted.

Assuming that plaintiff didn't just make up their calculation -- and when they tell you it's accurate, the only reasonable assumption to draw is that there is a source of VOCs, particularly TCE and PCE, that is entering their system that they just don't want to find.

Now, what's the evidence that there is?  We know the only time they actually did an investigation was in 2012 because they were forced to.  What was the result of that investigation?  The PCE found didn't come from Whittaker.  It came from somebody else.  Did they then follow up and say, well, if this contamination can come from somebody else, how about other contamination?  No.

When the head of their lab on two occasions in 2015 and 2016 said, hey, the numbers are too high for it to come from Whittaker, did they investigate?  No.  When Mr. Alvord was

shown the proof himself where the detections at the turnouts

were greater than at the -- at the plant and he said --

admitted, I don't know what the source is, did they do the

investigation?  No.  Because it all comes back to what

04:32PM  Mr. Leserman said about why they didn't do the follow-up

investigation.  After meeting with their attorneys, they

thought it was a better idea to litigate, and that's what

you're -- that's what we're going to be able to prove.

Look, in the end, the case is about responsibility.

04:32PM  We're responsible for the perchlorate.  We accept the

responsibility, and we will pay for the reasonable cost to

treat the perchlorate at V-205.  We're not responsible for the

VOCs.  And when you -- despite plaintiff's protestations and

their failure to investigate, to do a truthful investigation,

04:32PM  we're here because they want us to pay for something that we

didn't do.

I thank you, and I hope you have a good evening.

THE COURT:  Ladies and gentlemen, we will conclude

for the day, and you are ordered back here tomorrow at 8:30.

04:32PM  Please make sure that you appear here on time.  My intention is

to start up at 8:30 sharp.

Please remember, don't speak to anyone about the

case, the people, or the subject matter involved.  Keep an open

mind.

04:33PM  And you can leave your notebooks -- actually, why

don't you -- Mr. Cruz will tell you what to do with your

notebooks.  But for those of you in the audience, you certainly

should take your notebooks with you back into the jury

assembly -- the jury deliberation room.

04:33PM      Have a good evening.  We'll see you tomorrow at

8:30.  Thank you.

          THE COURTROOM DEPUTY:  All rise for the jury,

please.

          (Out of the presence of the jury:)

04:33PM      THE COURT:  Please be seated.

We are outside the presence of the jury.

          The parties are ordered back here tomorrow at

8:00 o'clock sharp.  I don't know that there's going to be

another long line tomorrow.  I don't think so, but please do

04:34PM  plan ahead.  I understand that you were all caught out there

waiting in the long line today.  You don't have to expect that

you will have something similar, but do please make sure that

you're here so that we can start at 8:00 o'clock.

          My intention is to address with you some of the

04:34PM  challenged exhibits.  I now have looked at some of the

challenged exhibits.

          And to return to an issue you raised, Mr. Blum,

which we'll discuss in a little more detail tomorrow, unless

the Court specifically says this is coming in, this is not

04:34PM  coming in definitively.  You will have to make objections on

1    the record.  The reason is that -- that is, you'll have to make

2    an objection contemporaneously.

3              The reason is, as I look at some of the documents

4    and the parties' positions on them, it is not entirely clear to

04:35PM  5    me whether the objections are necessarily meritorious, and that

6    may depend upon whether an adequate foundation, for example, is

7    set.  Sometimes there's an objection on hearsay grounds, for

8    example, a settlement agreement.  I'm not going to be able to

9    make that determination.  Normally that's -- as the parties

04:35PM  10   well know, that's not hearsay.  I don't know what purpose it's

11   being offered for, so maybe there is some type of hearsay

12   purpose for it.

13             So the bottom line is that I will give you as much

14   guidance as I can, but the parties should not just be flashing

04:35PM  15   up documents and exhibits without making sure they have

16   established an appropriate foundation because, even if I give

17   you guidance but you haven't yet checked off all the boxes

18   necessary, typically foundation, the Court is going to sustain

19   the objection.  And if you publish it, you'll be admonished for

04:36PM  20   publishing it without making sure you established foundation.

21             More tomorrow at 8:00 o'clock.  We'll see you then.

22             (Proceedings adjourned at 4:36 p.m.)

23

24

25

1          **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES   )
                             )
4    STATE OF CALIFORNIA     )

5

6          I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT

7    REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

8    CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

9    TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17          DATED THIS 18TH DAY OF NOVEMBER, 2021.

18

19

20          /S/ MYRA L. PONCE
     _____
21     MYRA L. PONCE, CSR NO. 11544, CRR, RDR
          FEDERAL OFFICIAL COURT REPORTER
22

23

24

25

**UNITED STATES DISTRICT COURT**

1

**$**

**$120,000** [1] - 164:6
**$636,000** [1] - 169:2

**'**

**'30S** [1] - 156:9
**'40S** [2] - 156:10, 156:14
**'49** [1] - 156:23
**'50S** [1] - 157:2
**'60S** [1] - 157:2
**'68** [1] - 197:25
**'70S** [2] - 157:21, 176:13
**'80S** [6] - 146:15, 157:16, 159:10, 176:13, 207:24, 208:1
**'82** [1] - 160:24
**'87** [1] - 164:15
**'88** [1] - 164:15
**'90S** [2] - 176:13, 209:1
**'THE** [1] - 132:20

**1**

**1** [30] - 131:7, 131:8, 131:10, 133:3, 133:8, 134:4, 134:16, 134:23, 144:12, 145:8, 145:11, 148:8, 148:12, 151:3, 172:19, 173:24, 187:20, 195:12, 196:3, 196:5, 197:17, 200:22, 201:21, 202:21, 203:18, 203:23, 204:1, 211:3, 211:11
**1,600** [1] - 151:7
**1.8** [1] - 169:2
**10** [3] - 194:21, 202:2, 212:13
**10,000** [4] - 198:9, 198:18, 199:16, 199:18
**10-K** [1] - 186:11
**100** [1] - 147:18
**11,500** [1] - 199:17
**125** [1] - 147:19
**14** [2] - 150:5, 175:3
**15-MINUTE** [1] - 182:4
**16** [1] - 150:5
**17** [1] - 125:1
**1899** [1] - 156:4
**1907** [1] - 156:5

**1917** [1] - 156:5
**1930S** [1] - 190:10
**1931** [1] - 199:24
**1934** [2] - 172:20, 189:7
**1940S** [1] - 156:17
**1942** [2] - 148:22, 189:7
**1948** [2] - 156:6, 156:23
**1949** [1] - 156:8
**1960** [1] - 196:21
**1960S** [1] - 196:23
**1966** [1] - 197:4
**1967** [4] - 148:19, 148:22, 189:2, 197:25
**1970S** [1] - 155:22
**1976** [3] - 191:13, 191:14, 191:19
**1979** [10] - 154:1, 154:10, 154:24, 155:2, 155:6, 155:19, 157:5, 160:10, 174:6, 192:1
**1980** [12] - 157:5, 157:17, 157:25, 158:3, 158:11, 158:25, 159:23, 160:8, 173:4, 173:11, 191:23, 191:25
**1981** [2] - 160:23, 192:1
**1982** [5] - 160:24, 161:1, 162:16, 162:22, 163:11
**1983** [3] - 192:4, 192:5, 208:3
**1985** [3] - 150:8, 164:12, 208:7
**1987** [11] - 133:1, 146:14, 153:20, 167:9, 169:6, 170:15, 171:5, 171:13, 171:23, 172:2, 172:21
**1988** [5] - 133:4, 134:6, 170:11, 170:16, 170:22
**1989** [1] - 164:15
**1991** [6] - 171:1, 171:6, 171:9, 171:14, 172:3, 172:9
**1994** [2] - 133:11, 172:13
**1996** [3] - 173:6, 173:12, 173:13
**1997** [4] - 134:6, 134:7, 190:4, 190:5

**1:00** [2] - 168:5, 168:23
**1:41** [1] - 125:1
**1ST** [1] - 143:16

**2**

**2** [24] - 133:3, 133:8, 134:5, 134:16, 134:23, 148:9, 148:12, 151:3, 180:20, 187:20, 195:12, 197:17, 200:22, 201:4, 201:18, 201:21, 202:22, 203:18, 203:23, 204:2, 205:18, 211:3, 211:12
**2,000** [2] - 177:18, 180:23
**2.5** [2] - 134:2, 199:20
**20-PLUS** [1] - 165:3
**200** [1] - 164:20
**2000** [1] - 134:13
**2000S** [1] - 177:10
**2001** [1] - 209:1
**2002** [6] - 133:15, 164:19, 172:12, 173:13, 193:12, 209:1
**2003** [1] - 134:12
**2010** [4] - 134:22, 135:1, 199:23, 204:16
**2011** [1] - 134:25
**2012** [1] - 215:17
**2013** [1] - 204:24
**2015** [3] - 200:18, 205:5, 215:23
**2016** [1] - 215:24
**2019** [1] - 213:24
**202** [1] - 154:14
**2021** [1] - 125:1
**21** [1] - 133:11
**22116** [1] - 132:19
**22ND** [2] - 154:15, 168:15
**23RD** [1] - 154:15
**25** [1] - 193:12
**2500** [1] - 180:23
**260,000** [2] - 179:18, 179:19
**27TH** [1] - 133:15
**29** [4] - 158:4, 158:5, 158:14, 158:21
**29TH** [1] - 154:1

**3**

**3** [1] - 180:20
**30** [2] - 180:25, 193:13
**300** [1] - 180:21
**300,000** [1] - 147:19
**30TH** [2] - 143:16
**31.5** [2] - 199:17, 199:18
**317** [5] - 158:6, 158:9, 166:4, 166:15, 166:25
**342** [2] - 166:4, 166:25
**350** [1] - 166:20
**36** [1] - 199:24
**3:12** [1] - 182:4
**3:30** [1] - 187:2

**4**

**4** [1] - 173:19
**4,000** [1] - 180:20
**40** [2] - 155:23, 163:12
**400** [1] - 180:9
**41,000** [1] - 173:18
**4:30** [1] - 182:8
**4:36** [1] - 218:22

**5**

**5** [4] - 147:16, 147:17, 194:17, 194:19
**50** [1] - 179:19

**6**

**6** [1] - 194:18
**60-DEGREE** [1] - 203:18

**7**

**77** [1] - 166:20
**78.75** [1] - 199:20

**8**

**87** [2] - 199:15, 199:17
**8:00** [5] - 168:4, 184:25, 217:13, 217:18, 218:21
**8:30** [5] - 168:5, 168:22, 216:19, 216:21, 217:6

**9**

**9** [1] - 204:16
**95** [1] - 207:16
**96.34** [1] - 202:3

**996** [1] - 132:21

**A**

**ABILITY** [2] - 130:3, 144:8
**ABLE** [6] - 141:22, 184:11, 188:1, 210:3, 216:8, 218:8
**ABSOLUTELY** [1] - 178:22
**ABUSIVE** [1] - 184:17
**ACCELERANT** [1] - 190:7
**ACCEPT** [4] - 127:10, 131:5, 132:13, 216:10
**ACCORDING** [4] - 149:23, 198:8, 205:25, 213:13
**ACCOUNT** [1] - 130:1
**ACCOUNTS** [1] - 136:17
**ACCUMULATE** [1] - 196:2
**ACCUMULATED** [1] - 161:10
**ACCURACY** [1] - 137:11
**ACCURATE** [1] - 215:12
**ACKNOWLEDGES** [1] - 178:16
**ACQUIRED** [2] - 148:18, 148:23
**ACRE** [3] - 146:12, 148:4, 180:19
**ACRES** [1] - 132:21
**ACT** [6] - 156:6, 156:7, 157:20, 191:16, 194:13
**ACTION** [2] - 133:17, 172:18
**ACTION** [1] - 170:21
**ACTIVITIES** [4] - 151:22, 168:24, 172:10, 172:25
**ACTUAL** [3] - 183:11, 188:7, 205:10
**ACUTE** [1] - 155:15
**ADD** [1] - 188:12
**ADDITION** [3] - 128:14, 151:17, 152:19
**ADDITIONAL** [2] - 140:17, 200:20
**ADDRESS** [3] - 184:20, 184:21, 217:19
**ADDRESSED** [2] -

2

154:16, 154:22
**ADDRESSING** [1] - 169:1
**ADEQUATE** [1] - 218:6
**ADEQUATELY** [2] - 159:15, 159:20
**ADHERE** [1] - 144:3
**ADHERED** [1] - 144:1
**ADJOURN** [1] - 182:25
**ADJOURNED** [1] - 218:22
**ADMITS** [2] - 167:12, 167:13
**ADMITTED** [3] - 128:21, 128:23, 216:3
**ADMONISHED** [1] - 218:19
**ADMONISHMENT** [1] - 186:3
**ADOPTED** [2] - 157:19, 157:21
**ADOPTING** [1] - 156:24
**ADVISIAN** [1] - 177:15
**AEROSPACE** [2] - 154:19, 186:10
**AFTERNOON** [5] - 140:8, 146:5, 161:12, 168:5, 187:11
**AGENCY** [5] - 147:18, 147:23, 150:22, 178:17, 180:4
**AGENCY** [4] - 125:6, 126:10, 139:23, 147:15
**AGENCY'S** [1] - 178:4
**AGENCY'S** [1] - 133:2
**AGENT** [2] - 151:24, 160:3
**AGO** [3] - 147:18, 163:12, 165:7
**AGREE** [3] - 125:20, 177:21, 187:14
**AGREED** [2] - 127:8, 132:10
**AGREEMENT** [6] - 134:12, 134:13, 134:18, 208:11, 208:23, 218:8
**AGREES** [2] - 178:8, 201:10
**AHEAD** [1] - 217:15
**AIR** [3] - 190:12, 192:15
**AIR** [1] - 192:16
**AIR-TO-AIR** [1] -

192:15
**AL-12B** [3] - 201:17, 202:11
**ALBRANDI** [1] - 168:17
**ALLOW** [1] - 157:13
**ALLOWED** [2] - 134:23, 143:5
**ALLUVIAL** [1] - 201:17
**ALMOST** [7] - 146:12, 158:23, 162:21, 163:12, 163:14, 207:7, 207:13
**ALVORD** [2] - 212:10, 215:25
**AMMONIUM** [1] - 173:1
**AMMUNITION** [2] - 151:16, 151:19
**AMOUNT** [5] - 147:5, 158:8, 158:17, 173:20, 180:24
**AMOUNTS** [1] - 160:4
**ANALYSIS** [1] - 156:3
**ANGELES** [2] - 157:3, 192:11
**ANGELES** [1] - 125:2
**ANOMALY** [1] - 203:15
**ANONYMOUSLY** [1] - 171:10
**ANSWER** [6] - 129:14, 142:14, 174:15, 183:15, 183:23
**ANSWERED** [2] - 129:11, 129:12
**ANSWERS** [1] - 131:21
**ANYWAY** [1] - 172:23
**APPEAR** [2] - 176:20, 216:20
**APPEARING** [1] - 170:16
**APPLICATION** [3] - 135:25, 201:19, 201:23
**APPLIES** [3] - 135:16, 136:3, 136:4
**APPLY** [3] - 125:18, 132:8, 183:12
**APPRECIATE** [1] - 182:21
**APPROACHED** [1] - 136:10
**APPROACHES** [1] - 142:19
**APPROPRIATE** [1] - 218:16
**APPROVED** [2] -

202:4, 202:8
**APPROXIMATE** [1] - 198:17
**AQUIFER** [7] - 149:5, 151:2, 151:4, 151:8, 174:21, 175:7, 180:11
**AQUIFERS** [8] - 150:18, 150:24, 150:25, 151:2, 175:20, 176:14, 178:21, 208:14
**AREA** [1] - 175:3
**AREA** [25] - 148:16, 150:25, 158:17, 158:19, 158:23, 159:3, 159:4, 159:14, 159:16, 159:24, 160:12, 160:25, 161:2, 164:13, 165:25, 173:10, 173:18, 173:25, 175:6, 175:19, 177:19, 179:22, 198:8
**AREAS** [41] - 133:23, 133:24, 133:25, 149:6, 149:17, 152:21, 153:7, 158:4, 158:5, 158:14, 159:9, 160:8, 165:13, 165:19, 165:20, 165:23, 166:5, 166:7, 166:9, 166:10, 166:12, 166:19, 166:20, 166:23, 167:1, 168:7, 169:1, 171:16, 173:8, 175:3, 175:12, 176:1, 177:22, 178:10, 178:13, 178:15, 178:22, 179:20, 198:5, 198:14
**ARGUE** [3] - 143:3, 143:5, 207:17
**ARGUED** [2] - 185:20, 194:25
**ARGUMENT** [4] - 141:7, 143:2, 169:25, 190:24
**ARGUMENTS** [2] - 127:25, 128:2
**ARMY** [3] - 177:7, 192:16, 200:16
**ARROWS** [1] - 176:23
**ARTICLE** [1] - 197:1
**ASSEMBLY** [1] -

217:4
**ASSERTS** [1] - 126:11
**ASSESS** [1] - 193:25
**ASSESSMENT** [1] - 165:16
**ASSESSMENTS** [1] - 155:22
**ASSIST** [1] - 138:19
**ASSOCIATE** [1] - 202:4
**ASSOCIATED** [3] - 133:7, 169:11, 169:13
**ASSUME** [1] - 183:3
**ASSUMED** [1] - 212:17
**ASSUMING** [2] - 183:20, 215:11
**ASSUMPTION** [3] - 214:16, 214:18, 215:13
**ATTACHED** [1] - 201:23
**ATTACHED** [1] - 157:18
**ATTEMPT** [2] - 173:6, 173:14
**ATTENTION** [8] - 138:5, 144:23, 144:24, 145:2, 145:10, 145:17, 181:12, 181:25
**ATTORNEY'S** [1] - 139:5
**ATTORNEYS** [5] - 128:8, 138:22, 142:8, 206:3, 216:6
**ATTRACTED** [1] - 199:6
**ATTRACTION** [1] - 199:5
**AUDIENCE** [1] - 217:2
**AUGUST** [1] - 161:1
**AUSPICES** [1] - 192:12
**AUTHOR** [1] - 205:12
**AUTO** [1] - 158:12
**AVAILABLE** [1] - 181:20
**AVERAGE** [1] - 171:24
**AVOID** [10] - 139:3, 161:19, 161:22, 162:6, 162:17, 162:21, 164:4, 176:6
**AVOIDED** [1] - 162:7
**AVOIDING** [1] - 165:4
**AWKWARD** [1] - 182:19

**B**

**BAD** [1] - 190:25
**BAKKER** [1] - 169:21
**BAN** [2] - 192:4, 208:3
**BANKRUPT** [2] - 189:22, 208:19
**BANKRUPTCY** [1] - 208:22
**BARRELS** [1] - 174:13
**BASE** [1] - 127:3
**BASED** [7] - 135:14, 137:18, 143:20, 164:4, 198:17, 200:19, 204:7
**BASIC** [1] - 125:12
**BASINS** [1] - 157:3
**BEAN** [4] - 162:18, 162:25, 163:13
**BEAR** [1] - 133:9
**BEARS** [1] - 130:15
**BECAME** [2] - 152:22, 159:5
**BECOME** [2] - 138:21, 159:24
**BECOMES** [1] - 152:24
**BEFOREHAND** [1] - 192:6
**BEGINNING** [4] - 125:11, 189:1, 190:14, 197:6
**BEGINS** [1] - 140:11
**BEHALF** [2] - 181:13, 181:24
**BEHIND** [1] - 178:2
**BEHOLD** [1] - 166:17
**BEINGS** [1] - 143:23
**BELIEVABILITY** [1] - 129:17, 130:15
**BELIEVABLE** [1] - 131:14
**BELIVE** [1] - 129:21
**BELOW** [10] - 132:11, 195:10, 195:12, 195:18, 195:19, 195:21, 196:3, 196:5, 196:11, 210:25
**BENCH** [2] - 138:23, 139:10
**BENEATH** [7] - 132:23, 135:4, 150:7, 174:23, 176:2, 176:15, 178:20
**BENEFIT** [1] - 164:6
**BENJAMIN** [1] - 200:13
**BERMITE** [13] -

148:17, 148:18, 148:19, 148:22, 148:23, 154:21, 164:7, 164:9, 178:9, 190:12, 202:14, 202:19
**BERMITE-WHITTAKER** [1] - 148:19
**BEST** [6] - 140:6, 143:19, 144:8, 145:19, 147:12, 169:8
**BETTER** [3] - 144:18, 190:18, 216:7
**BETWEEN** [2] - 127:16, 132:5
**BEYOND** [3] - 186:22, 186:23, 206:10
**BIAS** [1] - 130:10
**BIFURCATED** [1] - 186:2
**BIG** [4] - 152:17, 157:8, 158:6, 187:11
**BIGGER** [3] - 146:18, 180:25, 202:20
**BIGGEST** [1] - 194:4
**BILLION** [3] - 194:17, 194:18, 194:19
**BIT** [11] - 126:21, 127:9, 140:8, 144:13, 146:21, 153:3, 153:9, 169:16, 178:1, 182:8, 187:14
**BLACK** [1] - 200:11
**BLAME** [2] - 180:4, 213:5
**BLANK** [1] - 213:12
**BLEND** [3] - 213:12, 214:5, 215:1
**BLENDED** [3] - 211:16, 211:23, 212:25
**BLENDING** [4] - 152:14, 153:13, 212:7, 213:3
**BLOG** [1] - 135:25
**BLOTCH** [1] - 173:9
**BLOW** [1] - 202:20
**BLOW-UP** [1] - 202:20
**BLUE** [5] - 153:12, 175:10, 176:21, 176:23, 209:12
**BLUM** [22] - 169:25, 182:21, 182:24, 183:18, 184:3, 184:13, 185:13, 185:18, 185:24, 186:17, 186:20,

187:1, 187:10, 189:12, 195:6, 195:9, 206:3, 210:7, 212:12, 212:20, 213:24, 214:4
**BLUM** [11] - 149:13, 182:17, 183:12, 184:6, 184:9, 185:12, 186:14, 187:9, 189:10, 195:8, 217:22
**BOARD** [1] - 208:8
**BOARD** [2] - 197:13, 208:5
**BOLTS** [1] - 172:22
**BOMBS** [2] - 151:19, 190:8
**BOOM** [3] - 151:25, 160:3, 190:8
**BOOSTERS** [1] - 172:22
**BORDER** [1] - 203:15
**BOTTOM** [3] - 153:2, 211:11, 218:13
**BOUNDARY** [2] - 204:1, 207:7
**BOWL** [13] - 158:23, 158:24, 160:25, 161:2, 161:25, 162:3, 165:24, 166:14, 166:24, 167:6, 175:2, 189:15, 193:18
**BOX** [1] - 147:4
**BOXES** [1] - 218:17
**BREAK** [1] - 187:3
**BREAK** [7] - 143:15, 145:12, 182:2, 182:4, 182:8, 186:25, 187:7
**BRIEF** [3] - 126:7, 162:19, 172:19
**BRING** [1] - 185:18
**BROKEN** [1] - 171:22
**BROUGHT** [1] - 134:13
**BROWNSTEIN** [1] - 202:3
**BUILDING** [5] - 158:9, 166:4, 166:15, 166:25
**BUILDING** [3] - 158:2, 158:6, 189:4
**BUILDINGS** [4] - 159:8, 166:20, 166:22, 170:6
**BUILT** [3] - 180:11, 188:2, 214:18
**BURDEN** [6] - 126:13, 126:17, 126:20,

126:23, 126:24, 141:2
**BURIED** [1] - 172:1
**BURN** [10] - 159:3, 165:25, 166:24, 173:7, 173:10, 173:14, 173:18, 175:3, 199:24
**BURN** [17] - 152:4, 152:6, 158:13, 158:15, 158:16, 159:1, 159:2, 159:3, 166:14, 166:24, 173:11, 173:12, 177:24, 192:7, 192:10, 198:8
**BURNED** [4] - 152:6, 161:10, 177:24, 192:25
**BURNING** [1] - 192:10
**BUSY** [1] - 151:18
**BUTTON** [1] - 151:12

### C

**CAGE** [1] - 159:1
**CALCULATE** [3] - 196:4, 198:17, 214:21
**CALCULATION** [3] - 213:12, 214:20, 215:12
**CALCULATIONS** [2] - 214:6, 215:1
**CALIFORNIA** [13] - 132:19, 133:11, 147:23, 156:5, 156:7, 156:10, 156:17, 156:24, 157:6, 180:7, 181:22, 194:15
**CALIFORNIA** [1] - 125:2
**CANDID** [1] - 167:20
**CANNOT** [10] - 129:12, 141:12, 143:24, 157:4, 160:13, 160:16, 162:21, 169:18, 186:23
**CANYON** [2] - 132:19, 160:5
**CARBON** [6] - 199:6, 199:7, 199:8, 199:9, 199:13
**CARCINOGEN** [1] - 174:3
**CARE** [4] - 160:23, 199:9, 212:1, 212:4
**CARED** [1] - 194:9

**CAREFUL** [4] - 144:23, 157:9, 157:10, 194:23
**CASE** [82] - 125:12, 125:13, 125:15, 125:18, 125:23, 128:3, 128:18, 128:22, 129:8, 129:19, 130:8, 130:14, 135:13, 135:14, 135:15, 135:17, 135:19, 135:22, 135:23, 136:4, 136:8, 136:11, 136:17, 136:19, 136:23, 136:24, 137:2, 137:5, 137:9, 137:18, 138:11, 138:16, 139:8, 139:20, 139:22, 139:25, 140:5, 140:12, 140:14, 140:15, 140:16, 140:18, 140:21, 141:7, 142:8, 142:19, 144:5, 145:13, 145:18, 146:11, 147:25, 148:8, 148:24, 149:4, 149:8, 151:15, 151:22, 154:1, 154:4, 158:11, 172:19, 173:1, 177:24, 180:3, 181:11, 182:5, 185:10, 190:3, 193:15, 193:16, 193:19, 194:20, 195:14, 201:8, 203:16, 204:13, 210:22, 215:9, 216:9, 216:23
**CASES** [1] - 151:7
**CASINGS** [2] - 152:9
**CASTAIC** [1] - 211:17
**CATCH** [2] - 210:3, 210:9
**CAUGHT** [1] - 217:15
**CAUSED** [2] - 126:17, 193:23
**CDM** [2] - 175:1
**CEASED** [2] - 132:25, 208:2
**CENTER** [1] - 202:18
**CENTURY** [1] - 194:2
**CERTAIN** [10] - 127:22, 132:11, 133:6, 133:9, 139:2, 147:4, 168:16,

169:13, 177:19, 202:10
**CERTAINLY** [4] - 162:21, 163:14, 176:8, 217:2
**CERTAINTY** [1] - 201:7
**CH2M** [4] - 177:9, 200:14, 205:6, 205:7
**CHALLENGED** [2] - 217:20, 217:21
**CHAMBERS'** [1] - 183:9
**CHANCE** [1] - 171:12
**CHANGE** [3] - 192:5, 193:6, 203:14
**CHANGED** [4] - 190:1, 191:13, 191:23, 196:22
**CHANGING** [3] - 162:1, 192:2, 193:9
**CHAPARRAL** [1] - 192:15
**CHARACTERIZATION** [1] - 172:4
**CHARACTERIZED** [1] - 186:16
**CHART** [1] - 174:25
**CHAT** [1] - 135:25
**CHEAP** [2] - 181:17
**CHECK** [1] - 182:18
**CHECKED** [1] - 218:17
**CHEMICAL** [5] - 153:12, 179:4, 196:17, 197:19, 198:22
**CHEMICALS** [27] - 146:11, 149:3, 151:22, 152:20, 153:8, 154:8, 158:14, 158:15, 163:10, 166:18, 167:2, 172:16, 173:1, 173:12, 174:11, 175:4, 175:21, 177:23, 179:12, 193:16, 194:16, 199:1, 199:5, 202:25, 209:22, 213:15
**CHEMISTRY** [2] - 199:14, 200:1
**CHIEF** [1] - 202:6
**CHLORINATED** [9] - 155:10, 155:13, 156:1, 156:16, 158:10, 160:20, 173:2, 174:11, 175:5
**CHLOROFORM** [8] -

188:20, 202:25, 203:3, 203:5, 203:19, 203:25, 204:9
**CHOOSE** [1] - 131:2
**CHOOSES** [1] - 140:16
**CHRISTOPHER** [1] - 168:15
**CHRONIC** [1] - 155:16
**CIRCUMSTANTIAL** [3] - 127:11, 127:14, 127:17
**CITE** [1] - 191:5
**CITIZEN** [2] - 147:23, 181:22
**CLAIM** [4] - 126:18, 126:19, 126:25, 127:2
**CLAIMS** [6] - 126:14, 126:15, 141:1, 160:13, 170:19
**CLARITA** [9] - 125:5, 126:10, 132:19, 133:2, 139:22, 147:15, 147:16, 147:21, 187:5
**CLASS** [2] - 174:9, 174:10
**CLASSIFIED** [1] - 174:2
**CLEAN** [4] - 150:19, 170:8, 172:8, 213:1
**CLEANED** [2] - 189:15, 209:5
**CLEANING** [3] - 152:2, 153:14, 189:20
**CLEANUP** [1] - 189:23
**CLEAR** [3] - 189:18, 213:1, 218:4
**CLEARLY** [2] - 165:1, 213:21
**CLIENT** [10] - 146:8, 146:21, 150:13, 150:17, 163:11, 175:15, 177:10, 181:13, 181:16, 181:24
**CLIENT'S** [1] - 175:22
**CLIENTS** [1] - 128:8
**CLOSE** [5] - 138:5, 141:4, 159:9, 170:4, 202:21
**CLOSED** [8] - 146:13, 146:14, 153:20, 161:6, 166:21, 172:8, 189:3, 190:6
**CLOSES** [1] - 140:16
**CLOSEST** [2] -

139:23, 148:9
**CLOSING** [4] - 125:13, 128:2, 141:6, 144:22
**CLOSURE** [4] - 168:24, 170:8, 172:21, 209:4
**COEXTENSIVE** [1] - 206:18
**COLLECTED** [1] - 138:15
**COLORS** [1] - 166:11
**COMING** [10] - 141:20, 141:21, 160:19, 212:2, 212:13, 212:15, 213:15, 217:24, 217:25
**COMMENT** [2] - 169:17, 170:2
**COMMENTARY** [1] - 136:17
**COMMISSION** [2] - 156:8, 156:14
**COMMON** [2] - 126:13, 161:11
**COMMONLY** [2] - 133:12, 134:9
**COMMUNICATE** [2] - 135:20, 135:21
**COMMUNICATING** [2] - 136:3, 136:5
**COMMUNICATIONS** [1] - 137:14
**COMMUNITY** [1] - 164:8
**COMPANY** [10] - 154:19, 157:8, 163:17, 168:11, 186:10, 190:12, 192:1, 193:8, 200:14, 205:1
**COMPANY** [1] - 164:5
**COMPLAINING** [2] - 159:13, 184:3
**COMPLETE** [2] - 163:18, 163:21
**COMPLETED** [1] - 135:12
**COMPLETION** [1] - 140:10
**COMPLICATED** [1] - 177:20
**COMPOUNDS** [3] - 132:22, 149:8, 188:16
**COMPUTER** [2] - 135:23, 214:3
**COMPUTERIZED** [1] - 197:12
**CONCENTRATION** [5] - 168:10, 173:21,

175:25, 215:3, 215:7
**CONCENTRATIONS** [7] - 149:7, 181:5, 202:10, 213:2, 213:3, 213:21, 215:9
**CONCERN** [3] - 165:13, 165:23, 166:19
**CONCERNED** [3] - 154:7, 163:23, 204:16
**CONCERNING** [1] - 170:4
**CONCERNS** [1] - 155:2
**CONCLUDE** [4] - 200:21, 201:2, 201:6, 216:18
**CONCLUDED** [3] - 145:21, 200:18, 205:13
**CONCLUSION** [2] - 138:15, 172:2
**CONDITION** [1] - 162:2
**CONDUCT** [3] - 130:6, 135:8, 165:8
**CONFERENCE** [4] - 138:23, 139:6, 139:7, 139:10
**CONFERENCES** [1] - 139:1
**CONFIDENT** [1] - 172:5
**CONFIRMED** [1] - 212:9
**CONFUSION** [1] - 139:3
**CONGLOMERATE** [1] - 154:18
**CONNECTED** [3] - 175:8, 176:14, 178:22
**CONNECTING** [2] - 190:20, 190:21
**CONSENT** [1] - 133:13
**CONSENT** [1] - 172:13
**CONSERVATION** [2] - 157:20, 191:15
**CONSIDER** [13] - 127:5, 127:15, 127:20, 127:23, 128:24, 129:9, 130:23, 132:1, 136:15, 139:6, 141:13, 185:2, 190:1
**CONSIDERATION** [1] - 169:24
**CONSIDERED** [1] - 128:14

**CONSIDERING** [2] - 129:25, 132:9
**CONSISTENT** [2] - 130:18, 213:25
**CONSISTS** [1] - 127:6
**CONSTITUENTS** [1] - 163:15
**CONSTRUCTION** [1] - 161:8
**CONSULTANT** [5] - 162:16, 162:22, 168:6, 168:15, 171:23
**CONSULTANTS** [6] - 149:1, 149:5, 166:1, 166:9, 166:11, 175:1
**CONSULTING** [1] - 136:20
**CONTACT** [1] - 136:13
**CONTAIN** [2] - 170:20, 171:20
**CONTAINED** [1] - 194:22
**CONTAINERS** [2] - 171:22, 174:13
**CONTAINING** [3] - 152:20, 165:22, 167:2
**CONTAINMENT** [1] - 180:19
**CONTAINS** [2] - 160:2, 184:25
**CONTAMINANT** [1] - 194:14
**CONTAMINANTS** [7] - 159:19, 174:19, 174:21, 177:25, 180:1, 196:3, 203:1
**CONTAMINATE** [3] - 156:16, 163:10, 175:22
**CONTAMINATED** [5] - 173:16, 179:20, 187:22, 196:16, 206:17
**CONTAMINATING** [3] - 146:7, 160:5, 180:6
**CONTAMINATION** [49] - 126:12, 133:14, 134:10, 146:15, 146:17, 148:11, 149:2, 155:3, 159:11, 159:14, 161:23, 164:22, 165:14, 165:20, 169:1, 169:6, 169:17, 169:19, 176:22, 177:8, 177:11, 177:12, 179:2, 179:16,

180:14, 181:2, 181:8, 187:17, 187:18, 188:19, 191:6, 193:13, 193:14, 193:23, 194:6, 196:9, 196:12, 197:16, 202:13, 202:17, 202:23, 203:19, 204:14, 210:16, 210:18, 213:11, 214:22, 215:21, 215:22
**CONTEMPORANEO USLY** [1] - 218:2
**CONTENDS** [1] - 126:16
**CONTENTION** [2] - 187:23, 187:24
**CONTEXT** [8] - 142:15, 143:9, 188:23, 188:24, 189:24, 191:8, 193:11, 204:15
**CONTINGENCIES** [2] - 188:8
**CONTINUAL** [1] - 207:23
**CONTINUALLY** [1] - 207:18
**CONTINUE** [7] - 140:19, 143:21, 144:10, 147:7, 147:8, 160:16, 182:6
**CONTINUED** [1] - 134:24
**CONTINUOUSLY** [1] - 207:17
**CONTRADICTED** [1] - 130:11
**CONTRARY** [1] - 207:21
**CONTROL** [4] - 129:1, 159:21, 160:13, 160:14
**CONTROL** [7] - 133:12, 156:6, 161:18, 167:7, 170:14, 196:7, 208:5
**CONTROLLED** [1] - 143:24
**CONTROLS** [2] - 128:6, 196:8
**COPIES** [1] - 185:4
**COPIOUS** [1] - 160:4
**COPY** [3] - 135:7, 183:13, 183:14
**CORNERS** [1] - 169:3
**CORPORATE** [1] - 154:20

CORPORATE [2] - 154:7, 154:17
CORPORATION [1] - 185:21
CORPORATION [9] - 125:6, 126:11, 126:15, 139:24, 146:7, 146:10, 154:19, 165:7, 167:14
CORPS [2] - 177:7, 200:16
CORRECT [1] - 183:5
CORRECTIVE [1] - 170:21
COST [8] - 147:22, 164:2, 168:24, 170:4, 187:24, 188:11, 188:13, 216:11
COSTS [6] - 169:8, 169:13, 188:1, 188:5, 188:7, 188:14
COUNSEL [4] - 125:7, 145:24, 146:5, 167:14
COUNTER [2] - 126:18, 126:19
COUNTER-CLAIM [2] - 126:18, 126:19
COUNTRY [2] - 157:20, 191:17
COUNTY [1] - 192:11
COUPLE [2] - 165:6, 195:24
COURSE [7] - 126:3, 128:3, 131:16, 135:18, 142:9, 142:15, 201:9
COURT [3] - 128:17, 132:2, 137:11
COURT [32] - 125:5, 131:9, 131:11, 146:22, 147:11, 147:13, 149:12, 170:1, 182:1, 182:14, 182:23, 183:1, 183:7, 183:22, 184:1, 184:4, 184:6, 184:14, 185:16, 185:23, 186:6, 186:14, 186:18, 186:22, 187:2, 187:5, 189:10, 195:8, 210:6, 214:2, 216:18, 217:10
COURT [11] - 125:8, 136:13, 138:3, 142:18, 182:19,

183:8, 184:7, 184:8, 186:4, 217:24, 218:18
COURT'S [1] - 128:11
COURTROOM [15] - 132:4, 132:6, 132:7, 136:13, 137:10, 137:13, 137:19, 138:24, 141:9, 142:17, 142:21, 167:21, 170:16, 184:24, 195:1
COURTROOM [2] - 182:12, 217:7
COVERS [1] - 132:20
CREATING [1] - 167:9
CREATIVE [1] - 151:2
CREDIBILITY [2] - 129:17, 130:16
CRITICAL [1] - 189:24
CRUZ [4] - 136:13, 138:3, 185:14, 217:1
CRYING [1] - 169:22
CURE [1] - 153:12
CURRENT [5] - 157:18, 157:25, 165:17, 200:19, 208:23
CURVE [1] - 208:25
CUSTOM [1] - 190:17
CUSTOMERS [5] - 134:6, 134:25, 147:19, 194:21, 194:22
CUSTOMERS' [1] - 146:9
CUT [1] - 169:2

D

DAMAGE [4] - 155:18, 174:4, 174:5, 174:8
DAMAGES [1] - 141:2
DANGEROUS [2] - 172:16, 174:8
DATA [4] - 165:18, 176:10, 213:19, 213:20
DATE [1] - 169:14
DAWSON [1] - 191:11
DAYS [1] - 199:17
DCE [6] - 188:19, 203:23, 203:25, 204:2, 204:6
DDW [4] - 134:9, 134:23, 201:24, 202:7
DEAL [2] - 169:6, 193:9
DEALING [3] - 143:23,

189:25, 193:21
DEALT [3] - 155:12, 161:17, 192:6
DEATH [1] - 155:16
DEBRIS [3] - 173:7, 173:14, 193:19
DECADE [3] - 190:6, 213:18, 215:1
DECADES [3] - 150:1, 151:16, 151:20
DECEMBER [1] - 213:24
DECIDE [12] - 125:22, 127:18, 128:18, 129:20, 130:24, 130:25, 135:11, 135:14, 137:18, 138:11, 138:17, 139:2
DECIDED [5] - 137:9, 139:14, 168:11, 188:12, 196:9
DECIDING [4] - 127:5, 127:23, 129:8, 129:19
DECISION [1] - 127:3
DECORATION [1] - 150:16
DEEP [5] - 144:22, 153:4, 159:7, 208:14
DEEPER [4] - 151:1, 151:4, 151:8, 180:11
DEFECTS [1] - 174:4
DEFENDANT [2] - 139:25, 191:11
DEFENSE [2] - 192:13, 192:19
DEFENSE [8] - 126:25, 127:2, 140:4, 140:14, 140:15, 140:18, 193:2
DEFINITION [1] - 206:24
DEFINITIVELY [1] - 217:25
DEFRAUDED [1] - 169:23
DEGREASER [3] - 153:2, 155:14
DEGREASERS [2] - 174:7, 192:8
DEGREASING [4] - 152:2, 152:17, 152:23, 155:9
DEGREE [2] - 168:19, 201:6
DELAY [1] - 162:18
DELAYED [7] - 146:15, 146:16,

162:7, 204:22, 205:4
DELIBERATE [1] - 141:7
DELIBERATELY [2] - 131:1
DELIBERATION [1] - 217:4
DELIBERATIONS [5] - 132:16, 135:12, 136:4, 138:6, 141:8
DELIVER [1] - 140:3
DELIVERED [1] - 183:14
DEMEANOR [1] - 130:6
DEMOLITION [1] - 170:5
DEMONSTRATE [1] - 163:6
DENIED [2] - 137:20, 165:3
DENIES [2] - 126:15, 126:18
DENYING [1] - 139:6
DEPARTMENT [11] - 133:12, 161:18, 167:7, 170:14, 192:12, 192:19, 196:1, 196:7, 204:16, 212:1
DEPARTMENT [2] - 160:16, 193:2
DEPOSITION [8] - 131:17, 131:18, 131:23, 131:25, 132:1, 132:9, 157:13, 165:6
DEPUTY [3] - 136:13, 142:21, 184:24
DEPUTY [2] - 182:12, 217:7
DERIVED [1] - 164:6
DESCRIBE [2] - 132:11, 155:24
DESCRIBED [2] - 126:21, 154:15
DESCRIBES [2] - 154:11, 167:10
DESCRIBING [1] - 160:25
DESCRIPTION [1] - 126:7
DESERVES [1] - 131:15
DESIGNED [1] - 180:8
DESPITE [4] - 164:24, 164:25, 170:22, 216:13
DESTROYED [1] - 138:15

DESTROYING [1] - 166:21
DETAIL [3] - 174:17, 186:16, 217:23
DETAILED [1] - 140:24
DETECT [3] - 207:10, 214:8, 214:9
DETECTED [9] - 134:8, 135:1, 150:10, 174:19, 174:22, 176:1, 176:25, 202:10, 214:10
DETECTIONS [4] - 176:3, 207:12, 207:18, 216:1
DETECTS [1] - 203:4
DETERIORATED [2] - 159:22, 171:22
DETERIORATING [1] - 174:13
DETERMINATION [2] - 133:16, 172:18
DETERMINATION [1] - 218:9
DETERMINE [5] - 146:16, 193:25, 205:9, 205:16, 212:17
DETERMINED [3] - 133:21, 178:9, 205:21
DETONATORS [1] - 172:21
DEVELOPER [1] - 169:8
DEVIL [1] - 197:8
DIAGRAM [1] - 151:6
DICKEY [3] - 156:7, 156:8, 156:14
DICTATE [1] - 185:6
DICTIONARIES [1] - 136:21
DIFFER [1] - 128:5
DIFFERENCE [1] - 132:5
DIFFERENCES [1] - 130:23
DIFFERENT [26] - 130:19, 134:19, 134:20, 142:4, 147:20, 148:5, 151:18, 153:7, 158:4, 166:10, 166:11, 166:20, 172:11, 175:11, 175:14, 175:16, 178:14, 188:18, 188:22, 189:6,

193:13, 196:15, 197:19
**DIFFERENTLY** [1] - 130:22
**DIFFERS** [1] - 130:24
**DIG** [1] - 150:6
**DILUTION** [2] - 156:21, 213:1
**DIRE** [1] - 153:4
**DIRECT** [7] - 127:11, 127:12, 127:17, 159:25, 160:6, 169:10
**DIRECTION** [4] - 144:7, 176:17, 177:16, 179:25
**DIRECTIONS** [1] - 208:15
**DIRECTLY** [1] - 181:10
**DISAGREE** [2] - 187:12, 188:15
**DISAGREEMENTS** [1] - 187:13
**DISAGREES** [1] - 178:11
**DISASTER** [4] - 160:25, 161:2, 167:6
**DISCHARGE** [4] - 156:20, 165:25, 166:3, 166:5
**DISCOVERED** [3] - 171:25, 172:1, 199:23
**DISCRETE** [1] - 145:5
**DISCUSS** [2] - 136:12, 217:23
**DISCUSSED** [4] - 136:24, 137:1, 183:19, 214:6
**DISCUSSING** [1] - 135:22
**DISCUSSION** [2] - 170:3, 208:10
**DISCUSSIONS** [1] - 205:25
**DISLIKES** [1] - 125:21
**DISPOSAL** [2] - 160:10, 191:17
**DISPOSE** [1] - 192:3
**DISPOSED** [2] - 190:22, 191:4
**DISPUTE** [3] - 176:14, 183:17, 196:13
**DISREGARD** [5] - 128:13, 129:7, 129:9, 142:6, 170:2
**DISTINCTION** [1] - 127:16
**DISTORTED** [1] -

144:20
**DISTRACT** [1] - 138:12
**DISTRIBUTED** [1] - 212:5
**DISTRIBUTION** [2] - 211:9, 211:10
**DISTRICT** [1] - 202:5
**DISTRICT** [1] - 202:6
**DIVISION** [1] - 134:8
**DIVISION** [1] - 154:21
**DIVISIONS** [2] - 147:20, 150:22
**DOCUMENT** [7] - 173:23, 184:15, 184:23, 193:21, 201:25, 210:14
**DOCUMENTED** [1] - 166:1
**DOCUMENTING** [1] - 153:21
**DOCUMENTS** [5] - 151:21, 172:14, 196:25, 218:3, 218:15
**DOD** [1] - 192:24
**DOLLARS** [1] - 187:19
**DONE** [24] - 140:2, 145:14, 151:11, 169:4, 191:1, 191:7, 192:11, 192:12, 192:23, 192:24, 193:4, 193:5, 200:23, 201:24, 205:8, 205:17, 205:18, 205:21, 207:14, 209:3, 209:5, 212:21, 213:24, 214:19
**DOT** [1] - 211:23
**DOTS** [7] - 153:11, 153:12, 153:13, 153:14, 175:25, 176:21, 203:3
**DOUBLE** [1] - 188:8
**DOUSING** [1] - 150:10
**DOWN** [31] - 134:10, 144:21, 147:17, 148:11, 148:13, 149:23, 150:6, 151:7, 152:13, 156:2, 159:6, 159:7, 160:4, 167:3, 169:2, 174:20, 175:5, 176:12, 178:4, 178:5, 180:9, 180:10, 184:15, 189:4, 192:21, 197:22, 199:8, 200:4, 209:8,

209:14, 209:19
**DOWNHILL** [2] - 174:15, 209:16
**DOWNSTAIRS** [1] - 126:9
**DOZING** [1] - 145:4
**DR** [18] - 155:23, 156:13, 177:14, 190:16, 191:5, 191:10, 196:19, 196:21, 196:25, 197:1, 197:2, 201:1, 201:2, 201:14, 206:10, 206:24, 214:24
**DRAMATICALLY** [1] - 190:1
**DRAW** [1] - 215:13
**DRINK** [1] - 210:19
**DRINKING** [5] - 134:9, 194:13, 196:2, 212:1
**DRINKING** [15] - 146:9, 147:24, 148:13, 156:5, 156:12, 174:14, 174:20, 174:21, 175:22, 180:22, 181:23, 194:16, 197:9, 211:19, 212:5
**DRIVE** [2] - 147:17, 185:17
**DROP** [1] - 203:18
**DRUM** [3] - 191:1, 191:3, 191:4
**DRUMS** [5] - 159:22, 171:22, 171:24, 172:1
**DTSC** [7] - 133:13, 133:15, 134:12, 196:8, 209:5, 212:3
**DUANE** [1] - 214:24
**DUE** [2] - 148:11, 178:14
**DUG** [1] - 151:6
**DUMP** [6] - 155:6, 155:25, 157:14, 165:24, 166:3, 167:1
**DUMPED** [11] - 146:10, 149:25, 152:21, 153:8, 158:1, 158:11, 158:20, 158:24, 174:12, 177:24, 179:12
**DUMPING** [12] - 153:17, 153:19, 154:10, 154:13, 157:11, 158:2, 158:5, 158:17, 158:21, 159:17,

166:8, 193:23
**DURING** [13] - 128:3, 132:16, 135:18, 137:1, 138:6, 138:21, 139:12, 140:25, 147:3, 185:19, 185:20, 189:5, 192:17
**DUTIES** [1] - 126:1
**DUTY** [4] - 125:15, 125:17, 128:8, 135:18
**DW** [1] - 201:12
**DYNAMIC** [1] - 143:23
**DYNAMITE** [1] - 189:5

# E

**E-MAIL** [2] - 135:24, 183:9
**E.P** [1] - 189:8
**EARLY** [4] - 155:22, 156:24, 164:11, 177:10
**EARTH** [1] - 175:2
**EASIER** [2] - 149:15, 215:4
**EAST** [1] - 148:7
**EAST** [7] - 166:2, 166:3, 167:1, 167:15, 167:22, 168:9
**EASY** [1] - 141:17
**EDGE** [1] - 207:9
**EFFECT** [2] - 169:18, 209:14
**EFFECTS** [2] - 156:22, 174:2
**EFFICIENT** [1] - 150:20
**EFFORT** [2] - 172:5, 207:23
**EIGHT** [2] - 171:14, 180:18
**EITHER** [8] - 127:17, 138:23, 144:7, 145:3, 152:23, 153:7, 183:18, 183:25
**ELECTRONIC** [1] - 135:24
**ELEMENTS** [1] - 141:1
**ELEVATION** [2] - 178:6
**ELEVATIONS** [1] - 203:14
**ELICITING** [1] - 186:15
**EMANATING** [1] - 214:3

**EMBARRASS** [2] - 144:12, 144:25
**EMBARRASSED** [1] - 144:25
**EMPHASIZE** [1] - 185:20
**EMPLOYED** [2] - 186:9, 209:21
**EMPLOYEES** [2] - 165:18, 212:21
**EMPLOYER** [2] - 136:6, 136:8
**END** [14] - 125:24, 135:12, 135:19, 158:16, 173:12, 179:7, 181:9, 181:11, 181:15, 185:10, 185:15, 200:7, 210:22, 216:9
**ENDANGERMENT** [4] - 133:16, 172:12, 172:18, 208:21
**ENDED** [1] - 189:20
**ENDS** [1] - 143:17
**ENEMY** [1] - 192:21
**ENGAGES** [1] - 184:18
**ENGINEER** [4] - 170:15, 195:3, 202:4, 202:5
**ENGINEERING** [2] - 201:24, 202:1
**ENGINEERING** [2] - 164:5, 204:25
**ENGINEERS** [1] - 173:25
**ENGINEERS** [2] - 177:7, 200:16
**ENGLAND** [2] - 154:19, 186:12
**ENSURE** [1] - 147:21
**ENTERED** [5] - 133:13, 134:11, 134:17, 205:6, 208:11
**ENTERING** [1] - 215:14
**ENTIRE** [1] - 148:21
**ENTIRELY** [1] - 218:4
**ENTIRETY** [1] - 182:10
**ENTITLED** [1] - 137:17
**ENVELOPE** [1] - 138:14
**ENVIRONMENT** [1] - 154:11
**ENVIRONMENTAL** [11] - 134:11, 153:22, 154:24, 155:1, 156:25, 157:19,

160:19, 165:16, 170:15, 173:24, 197:8
**EPA** [11] - 155:21, 161:17, 167:7, 169:21, 170:11, 170:12, 171:2, 191:24, 208:10, 208:12
**EQUALLY** [2] - 143:1, 185:17
**EQUALS** [1] - 199:17
**EQUIPMENT** [1] - 152:25
**EQUIVALENT** [2] - 186:12, 195:25
**ERR** [1] - 144:23
**ERROR** [3] - 139:4, 213:5, 213:7
**ESPECIALLY** [1] - 139:12
**ESSENTIALLY** [1] - 143:6
**ESTABLISHED** [2] - 218:16, 218:20
**ESTIMATE** [3] - 143:19, 143:25, 188:13
**ESTIMATED** [2] - 164:2, 199:15
**ESTIMATES** [1] - 198:3
**EVALUATE** [3] - 129:17, 142:14, 163:2
**EVENING** [2] - 216:17, 217:5
**EVENT** [1] - 130:21
**EVENTUALLY** [2] - 149:1, 208:19
**EVERYWHERE** [1] - 164:22
**EVIDENCE** [152] - 125:14, 125:18, 125:23, 126:4, 126:6, 127:1, 127:3, 127:5, 127:8, 127:11, 127:12, 127:14, 127:16, 127:17, 127:19, 127:21, 127:22, 128:1, 128:4, 128:8, 128:10, 128:13, 128:18, 128:19, 128:20, 128:21, 128:23, 129:1, 129:2, 129:3, 129:4, 129:6, 129:7, 129:9, 130:11, 130:14, 131:12, 135:15,

136:14, 137:9, 138:9, 139:2, 139:3, 140:5, 140:7, 140:11, 140:13, 140:17, 140:20, 140:22, 141:4, 141:9, 141:12, 141:16, 141:19, 141:22, 141:24, 141:25, 142:1, 142:5, 142:7, 142:10, 142:11, 142:25, 143:8, 143:10, 145:20, 146:9, 146:14, 146:20, 148:21, 148:25, 149:3, 149:18, 149:20, 150:8, 150:23, 151:5, 151:9, 151:15, 152:19, 153:5, 153:19, 154:25, 155:5, 155:20, 156:11, 157:1, 159:20, 161:12, 161:15, 162:5, 162:14, 164:10, 165:10, 165:12, 166:23, 167:4, 167:10, 168:1, 169:16, 170:7, 170:10, 172:9, 173:23, 173:24, 174:24, 175:16, 175:18, 179:1, 179:9, 179:10, 179:15, 179:17, 180:13, 180:18, 181:1, 181:4, 181:6, 186:13, 186:15, 188:10, 189:14, 189:18, 189:21, 190:18, 190:24, 191:1, 193:8, 193:10, 194:8, 195:9, 195:19, 196:6, 197:11, 197:14, 200:19, 201:25, 202:16, 204:8, 206:6, 206:7, 212:20, 213:6, 214:4, 214:25, 215:16
**EXACT** [6] - 206:12, 206:13, 206:20, 206:21, 206:24, 207:3
**EXACTLY** [1] - 171:5
**EXAMPLE** [7] - 153:10, 153:12,

153:25, 156:13, 174:2, 218:6, 218:8
**EXAMPLES** [1] - 155:24
**EXCEPT** [1] - 166:10
**EXCESS** [1] - 164:5
**EXCHANGED** [1] - 183:18
**EXCLAMATION** [2] - 167:23
**EXCLUDED** [1] - 128:12
**EXCUSE** [4] - 139:13, 189:2, 195:16, 210:5
**EXCUSED** [1] - 137:4
**EXCUSES** [1] - 179:16
**EXECUTION** [1] - 160:17
**EXECUTIVES** [2] - 163:16, 168:3
**EXHIBIT** [8] - 129:3, 129:11, 129:12, 132:14, 141:21, 183:17, 184:10, 184:23
**EXHIBIT** [5] - 154:14, 172:19, 173:24, 202:3
**EXHIBITS** [13] - 127:7, 127:21, 128:15, 141:10, 141:19, 142:2, 183:3, 183:4, 183:24, 185:11, 217:20, 217:21, 218:15
**EXISTED** [1] - 165:10
**EXPECT** [10] - 136:9, 143:8, 143:17, 145:7, 145:9, 147:16, 150:17, 156:9, 177:19, 217:16
**EXPECTING** [2] - 143:18, 144:5
**EXPENDED** [1] - 172:6
**EXPENSIVE** [2] - 162:13, 169:5
**EXPERIENCE** [1] - 144:6
**EXPERT** [16] - 178:7, 178:11, 180:7, 180:12, 188:6, 188:12, 190:3, 190:17, 191:11, 196:19, 196:24, 201:1, 201:16, 204:3, 206:20
**EXPERTS** [21] - 149:24, 150:2,

173:19, 173:25, 174:16, 174:18, 176:18, 176:24, 177:5, 177:6, 177:20, 177:21, 178:3, 179:18, 200:5, 200:8, 200:12, 201:5, 201:7, 204:5, 204:11
**EXPLAIN** [9] - 134:4, 151:25, 152:8, 156:13, 174:16, 176:24, 177:15, 177:20, 186:8
**EXPLAINED** [2] - 139:21, 146:25
**EXPLAINS** [1] - 163:3
**EXPLOSIVE** [1] - 172:22
**EXPLOSIVES** [1] - 189:8
**EXPLOSIVES** [5] - 151:19, 152:1, 152:10, 158:15, 194:1
**EXPOSED** [2] - 135:17, 138:2
**EXPOSURE** [3] - 155:15, 155:16, 155:17
**EXTENDED** [1] - 156:18
**EXTENT** [3] - 146:17, 159:23, 161:23
**EXTRACT** [1] - 150:6
**EXTRACTED** [1] - 175:13
**EXTRACTION** [3] - 209:6, 209:13, 209:17
**EXTREMELY** [1] - 207:15
**EYE** [1] - 174:3
**EYES** [1] - 144:22

**F**

**FACEBOOK** [1] - 136:1
**FACILITIES** [3] - 146:14, 191:20, 195:22
**FACILITY** [3] - 154:15, 172:7, 214:12
**FACT** [17] - 127:12, 127:15, 129:22, 131:12, 131:24, 132:17, 137:22, 140:7, 174:25, 184:14, 189:24,

190:23, 194:24, 195:13, 198:4, 198:14, 200:2
**FACTOR** [1] - 130:15
**FACTORS** [1] - 130:1
**FACTS** [18] - 125:17, 125:18, 127:6, 127:8, 127:10, 127:14, 127:23, 128:5, 129:19, 132:11, 132:12, 132:13, 148:10, 172:13, 185:1, 187:15, 196:12, 206:8
**FAIL** [2] - 145:14, 155:15
**FAIL-SAFE** [1] - 155:15
**FAILURE** [1] - 216:14
**FAIR** [2] - 137:17, 137:20
**FAIRNESS** [2] - 137:25, 138:1
**FAITH** [1] - 172:5
**FALLS** [1] - 153:2
**FAMILIAR** [1] - 139:18
**FAMILY** [2] - 136:5, 136:7
**FAR** [4] - 144:16, 161:20, 163:22, 178:2
**FASHIONED** [1] - 150:13
**FAST** [2] - 203:14, 209:25
**FASTER** [7] - 134:1, 178:1, 178:16, 198:15, 198:23, 209:25
**FATE** [2] - 198:24, 199:1, 199:2
**FAULT** [1] - 180:4
**FAVOR** [1] - 181:16
**FEDERAL** [2] - 156:6, 191:14
**FEDERAL** [1] - 126:12
**FEET** [9] - 151:7, 180:9, 198:9, 198:18, 199:16, 199:17, 199:18
**FELLOW** [13] - 135:12, 136:3, 138:11, 138:20, 154:17, 154:20, 155:21, 157:15, 162:11, 165:2, 170:13, 177:14, 180:8
**FELLOWS** [2] -

157:12, 167:8
**FELT** [2] - 169:12, 170:4
**FEW** [4] - 135:8, 141:14, 168:16, 182:11
**FIGURE** [4] - 148:3, 169:22, 177:8, 177:17
**FILED** [1] - 194:20
**FILL** [2] - 169:4, 213:13
**FINAL** [5] - 125:13, 125:24, 125:25, 140:23, 141:5
**FINALLY** [1] - 205:5
**FINE** [6] - 182:23, 185:16, 185:17, 186:21, 212:7
**FINISH** [2] - 140:1, 189:23
**FINISHED** [1] - 211:15
**FIRE** [1] - 192:11
**FIRE** [1] - 192:21
**FIRES** [1] - 150:10
**FIREWORKS** [9] - 151:17, 189:8, 189:9, 189:13, 189:16, 190:11, 192:14, 194:1
**FIRM** [2] - 206:3, 206:4
**FIRST** [21] - 132:17, 135:10, 139:20, 140:3, 159:13, 183:2, 188:17, 191:16, 191:18, 191:24, 197:11, 198:3, 199:23, 200:13, 202:3, 202:9, 205:8, 206:8, 208:12, 211:21
**FIVE** [2] - 171:15, 171:24
**FLARES** [1] - 151:19
**FLASH** [1] - 185:17
**FLASHING** [2] - 183:16, 218:14
**FLAT** [1] - 208:25
**FLICK** [1] - 145:6
**FLOCK** [1] - 169:23
**FLOW** [4] - 164:17, 174:23, 175:14, 176:16
**FLOWING** [1] - 178:5
**FLOWS** [5] - 176:16, 177:16, 203:12, 203:13
**FOCUS** [2] - 145:19, 202:24

**FOLKS** [11] - 147:23, 148:4, 153:22, 154:4, 155:25, 157:24, 160:12, 173:25, 174:1, 177:9, 182:19
**FOLLOW** [11] - 125:19, 126:6, 128:16, 137:21, 137:22, 178:13, 198:10, 198:11, 206:9, 215:20, 216:5
**FOLLOW-UP** [1] - 216:5
**FOLLOWED** [2] - 133:24, 198:5
**FOLLOWING** [4] - 127:6, 134:21, 143:18, 160:22
**FOLLOWS** [1] - 132:17
**FORCE** [1] - 192:16
**FORCED** [1] - 215:18
**FOREFRONT** [1] - 156:11
**FORGET** [1] - 130:20
**FORGIVENESS** [1] - 147:1
**FORGOT** [1] - 167:14
**FORK** [7] - 166:2, 166:3, 167:1, 167:15, 167:22, 168:9
**FORM** [2] - 155:11, 183:10
**FORMATION** [1] - 175:6
**FORMATIONS** [1] - 150:24
**FORMED** [1] - 156:8
**FORMER** [1] - 165:18
**FORMS** [2] - 136:2, 153:3
**FOUNDATION** [4] - 218:6, 218:16, 218:18, 218:20
**FOUR** [4] - 148:8, 164:13, 171:16, 200:10
**FRAMEWORK** [1] - 143:9
**FRAUD** [1] - 189:22
**FREE** [1] - 129:21
**FRIDAY** [2] - 143:13, 143:15
**FRYER** [1] - 153:4
**FUEL** [3] - 190:8, 193:1, 193:3
**FULL** [2] - 162:20, 191:2

**FULLY** [1] - 140:23
**FUSES** [1] - 172:21
**FUTURE** [1] - 169:11

## G

**GAIN** [1] - 137:13
**GALLERY** [1] - 147:1
**GALLONS** [5] - 177:18, 180:20, 180:21, 180:23, 180:25
**GARBAGE** [1] - 158:25
**GAS** [3] - 172:22, 209:7, 209:9
**GAYNOR** [1] - 191:11
**GENERAL** [2] - 167:13, 179:25
**GENERALLY** [8] - 133:22, 139:11, 158:3, 176:16, 177:16, 177:25, 178:9, 206:9
**GENERATORS** [1] - 172:22
**GENTLEMAN** [1] - 162:10
**GENTLEMEN** [4] - 125:8, 146:6, 182:1, 216:18
**GEOLOGICAL** [1] - 203:15
**GEOLOGIST** [2] - 162:18, 162:25
**GEOLOGY** [1] - 203:8
**GEOPHYSICAL** [1] - 173:15
**GIVEN** [3] - 127:17, 138:6, 143:19
**GLAD** [1] - 144:14
**GOLD** [2] - 189:3, 189:5
**GOODNESS** [1] - 155:6
**GORDON** [1] - 167:18
**GOVERN** [1] - 126:1
**GOVERNMENT** [2] - 191:14, 202:15
**GOVERNMENT** [2] - 202:7, 205:20
**GRAB** [1] - 199:13
**GRADIENT** [2] - 178:4, 178:5
**GRADUAL** [1] - 203:16
**GRANDMA** [1] - 150:14
**GRANT** [2] - 139:5, 139:10

**GRANTING** [1] - 139:6
**GRAVITY** [1] - 203:13
**GREASE** [3] - 153:1, 153:2, 155:11
**GREAT** [2] - 174:17, 210:8
**GREATER** [4] - 213:2, 213:21, 215:10, 216:2
**GREEN** [3] - 153:14, 207:8, 207:9
**GRINDING** [2] - 152:14, 153:13
**GRIPS** [1] - 192:2
**GROUND** [24] - 150:25, 153:8, 153:17, 153:19, 155:3, 155:7, 156:1, 157:12, 158:1, 158:3, 158:5, 158:11, 158:20, 158:21, 159:18, 164:17, 166:8, 174:12, 176:7, 176:12, 180:14, 192:3, 199:2
**GROUNDS** [1] - 218:7
**GROUNDWATER** [2] - 163:4, 177:9
**GROUNDWATER** [79] - 132:23, 133:20, 133:25, 135:4, 146:8, 146:16, 149:5, 150:3, 150:4, 150:7, 151:1, 155:3, 155:7, 156:2, 156:16, 161:21, 162:3, 162:7, 162:12, 162:15, 162:17, 162:22, 163:2, 163:25, 164:2, 164:4, 164:9, 164:11, 164:14, 164:17, 164:20, 165:1, 165:4, 165:8, 166:17, 167:3, 174:17, 174:22, 174:23, 175:21, 175:24, 176:1, 176:7, 176:8, 176:11, 176:16, 177:13, 177:16, 178:6, 178:13, 178:15, 178:17, 178:20, 178:24, 178:25, 179:13, 179:20, 179:24, 179:25, 180:1, 180:16, 180:17, 181:17, 190:5,

194:7, 194:9, 198:18, 198:20, 199:12, 203:10, 203:11, 207:6, 207:13, 208:15, 209:12, 209:14, 209:16
**GROUP** [1] - 156:18
**GROWN** [1] - 147:19
**GUESS** [5] - 129:14, 140:6, 189:15, 190:17, 196:4
**GUIDANCE** [2] - 218:14, 218:17
**GUIDELINES** [1] - 160:16
**GUYS** [2] - 160:19, 160:22

## H

**HABIT** [1] - 147:10
**HALF** [2] - 187:13, 198:15
**HALIFAX** [1] - 189:8
**HALLIBURTON** [1] - 189:8
**HAND** [3] - 131:3, 185:15, 207:8
**HANDLE** [1] - 160:19
**HANDLED** [1] - 154:8
**HANDLING** [4] - 153:23, 157:8, 174:1, 191:17
**HANDS** [1] - 207:22
**HANDWRITTEN** [3] - 167:10, 167:12, 167:20
**HARD** [5] - 151:10, 153:11, 164:10, 167:17, 184:7
**HARDBOARD** [3] - 149:10, 149:15, 166:10
**HARDEST** [1] - 161:14
**HARM** [3] - 126:17, 174:5, 186:18
**HAZARDOUS** [19] - 153:23, 160:20, 160:21, 163:3, 163:7, 163:14, 163:15, 165:22, 168:12, 170:20, 171:2, 171:8, 171:20, 171:21, 190:1, 191:12, 191:18
**HAZARDS** [1] - 155:12
**HEAD** [5] - 212:10, 212:21, 214:7,

214:11, 215:23
**HEALTH** [1] - 204:16
**HEALTH** [4] - 154:23, 155:1, 157:9, 174:2
**HEAR** [56] - 125:14, 130:4, 131:24, 133:9, 134:20, 137:5, 140:5, 140:9, 145:8, 148:15, 148:16, 149:18, 150:2, 150:4, 151:21, 152:4, 152:7, 152:14, 154:4, 155:21, 155:23, 158:7, 161:16, 165:9, 165:12, 165:23, 166:2, 166:4, 167:8, 167:18, 170:13, 170:24, 174:15, 175:16, 177:6, 177:9, 177:11, 177:14, 178:7, 180:2, 180:13, 180:15, 182:1, 182:7, 182:9, 184:6, 188:4, 188:6, 194:24, 198:25, 201:14, 202:16, 205:13, 205:19, 213:6, 213:7
**HEARD** [16] - 126:9, 127:13, 128:17, 140:22, 141:5, 146:11, 153:4, 165:5, 165:7, 180:2, 181:18, 185:23, 187:12, 187:21, 191:1, 200:15
**HEARING** [3] - 131:16, 133:6, 138:22
**HEARSAY** [3] - 218:7, 218:10, 218:11
**HEART** [1] - 200:4
**HEAT** [1] - 174:7
**HEATED** [1] - 152:24
**HEAVILY** [1] - 179:19
**HEAVY** [1] - 173:16
**HECK** [1] - 211:1
**HELD** [1] - 170:4
**HELP** [4] - 126:6, 128:3, 138:9, 177:7
**HELPS** [1] - 151:25
**HIGH** [7] - 147:22, 149:7, 152:11, 159:19, 173:21, 212:24, 215:24
**HIGH-POWERED** [1] - 159:19
**HIGHER** [2] - 178:6,

181:5
**HIGHEST** [2] - 168:10, 175:25
**HIGHWAY** [1] - 147:16
**HILL** [4] - 177:9, 200:14, 205:6, 205:7
**HILL** [1] - 160:4
**HILLSIDE** [1] - 152:13
**HIMSELF** [1] - 216:1
**HIRE** [3] - 162:16, 162:18, 162:22
**HIRED** [9] - 149:1, 149:6, 163:1, 177:7, 177:10, 200:16, 205:5, 214:23
**HISTORIC** [2] - 166:13, 169:21
**HISTORICAL** [1] - 193:21
**HISTORY** [4] - 172:15, 172:19, 174:9, 191:16
**HOG** [6] - 152:7, 159:14, 159:18, 159:24, 160:12, 192:22
**HOG-OUT** [6] - 152:7, 159:14, 159:18, 159:24, 160:12, 192:22
**HOKKANEN** [1] - 178:8
**HOLES** [1] - 169:4
**HOMES** [1] - 211:19
**HONEST** [1] - 161:14
**HONESTLY** [1] - 149:15
**HONOR** [9] - 146:2, 146:5, 147:9, 147:12, 149:10, 151:12, 169:25, 182:21, 182:24, 183:6, 183:18, 184:3, 185:13, 186:7, 187:1, 187:10, 210:5, 210:8, 211:8
**HONOR'S** [1] - 183:24
**HOOK** [1] - 163:25
**HOPE** [1] - 216:17
**HOPED** [1] - 170:9
**HORSE** [2] - 148:5, 148:6
**HOSE** [1] - 152:11
**HOUR** [1] - 187:12
**HSUS** [1] - 175:12
**HUGE** [1] - 173:20
**HUGHTO** [1] - 155:23, 156:13, 190:16, 191:5,

191:10, 196:19, 196:21, 196:25, 197:1, 197:2
**HULA** [13] - 158:23, 158:24, 160:25, 161:2, 161:25, 162:3, 165:24, 166:14, 166:24, 167:6, 175:2, 189:15, 193:18
**HUMAN** [2] - 143:23, 174:3
**HUNDRED** [4] - 149:21, 149:23, 207:13, 207:19
**HUNDREDS** [2] - 146:8, 188:18
**HUSBAND** [1] - 169:23
**HYDROGEOLOGIC** [1] - 163:19
**HYDROGEOLOGISTS** [1] - 179:21
**HYDROSTATIC** [1] - 175:12
**HYGIENIST** [1] - 154:7

**I**

**IDEA** [2] - 172:23, 216:7
**IDENTIFIED** [7] - 132:15, 149:6, 166:11, 179:18, 179:19, 179:20, 202:11
**IDENTIFIES** [2] - 158:10, 158:14
**IDENTIFY** [3] - 171:19, 173:1, 178:3
**IGNITERS** [1] - 172:21
**IGNORE** [4] - 129:7, 129:14, 131:6, 142:5
**IGNORED** [1] - 160:11
**IGNORING** [1] - 188:13
**II** [5] - 134:3, 134:5, 134:16, 151:18, 190:14
**III** [1] - 175:18
**ILLEGAL** [2] - 161:2, 161:8
**ILLUSTRATIVE** [1] - 130:2
**IMAGINE** [2] - 167:22, 172:11
**IMMEDIATELY** [1] - 138:4
**IMMINENT** [3] - 133:16, 172:17,

208:20
**IMPACT** [1] - 177:18
**IMPACTED** [6] - 133:20, 134:10, 149:17, 166:10, 178:4, 178:17
**IMPARTIAL** [1] - 137:18
**IMPLEMENTED** [1] - 207:14
**IMPORTANCE** [1] - 132:7
**IMPORTANT** [19] - 131:2, 131:14, 137:8, 137:22, 145:18, 145:19, 157:7, 161:4, 161:15, 172:14, 179:1, 181:13, 188:22, 189:14, 198:6, 198:16, 211:25, 213:9
**IMPOSED** [1] - 184:17
**IMPOUNDMENT** [4] - 158:6, 158:7, 158:9, 165:20
**IMPROPER** [3] - 128:9, 137:14, 185:24
**INACCURATE** [1] - 137:15
**INCHES** [1] - 150:5
**INCLUDE** [2] - 154:23, 172:25
**INCLUDES** [2] - 135:22, 136:23
**INCLUDING** [7] - 133:18, 135:25, 136:5, 137:3, 152:20, 153:23, 156:15
**INCOMPLETE** [1] - 137:15
**INCONSISTENT** [1] - 142:6
**INCREASE** [1] - 172:10
**INCUR** [1] - 169:8
**INDEED** [1] - 213:10
**INDICATION** [1] - 139:7
**INDISCRIMINATE** [1] - 154:10
**INDUSTRIAL** [1] - 202:18
**INDUSTRIAL** [5] - 154:7, 156:15, 156:20, 161:3, 161:8
**INDUSTRY** [1] - 156:19

**INFLUENCE** [1] - 177:19
**INFLUENCED** [4] - 125:21, 128:10, 137:15, 138:19
**INFORMATION** [13] - 135:17, 136:18, 137:14, 137:16, 137:19, 138:3, 139:2, 142:16, 142:18, 144:8, 172:15, 198:2, 208:16
**INITIATED** [1] - 154:14
**INSOFAR** [1] - 132:2
**INSPECTION** [3] - 161:11, 167:11, 208:4
**INSPECTORS** [5] - 161:16, 161:17, 161:19, 167:15, 192:22
**INSTAGRAM** [1] - 136:1
**INSTALL** [2] - 161:21, 162:15
**INSTALLATION** [3] - 134:15, 134:21, 164:8
**INSTALLED** [3] - 133:3, 135:3, 210:2
**INSTALLING** [1] - 146:16
**INSTANCE** [9] - 189:7, 190:2, 192:3, 192:23, 193:11, 193:18, 194:16, 199:6, 201:12
**INSTEAD** [4] - 138:15, 188:6, 188:10, 203:16
**INSTRUCT** [5] - 125:16, 127:10, 128:22, 128:23, 186:4
**INSTRUCTED** [1] - 128:13
**INSTRUCTING** [1] - 186:22
**INSTRUCTION** [3] - 126:22, 128:16, 136:15
**INSTRUCTIONS** [15] - 125:9, 125:10, 125:11, 125:14, 125:25, 126:2, 135:16, 140:23, 140:24, 141:3, 141:5, 145:22, 160:10, 160:11

**UNITED STATES DISTRICT COURT**

**INTACT** [1] - 171:22
**INTEND** [1] - 142:24
**INTENDED** [1] - 128:3
**INTENDS** [1] - 140:13
**INTENTION** [2] - 216:20, 217:19
**INTENTIONALLY** [1] - 168:2
**INTEREST** [2] - 130:8, 134:14
**INTERESTED** [1] - 156:19
**INTERESTING** [1] - 177:15
**INTERNAL** [5] - 153:25, 154:5, 167:13, 167:20, 204:19
**INTERNALLY** [2] - 167:5, 170:22
**INTERNATIONAL** [1] - 164:5
**INTERNET** [3] - 135:25, 136:21, 136:25
**INTERPRET** [1] - 128:4
**INTERRUPT** [1] - 147:7
**INTERVIEW** [1] - 165:17
**INVENTORY** [2] - 197:12
**INVESTIGATE** [6] - 204:13, 204:18, 204:20, 213:8, 215:25, 216:14
**INVESTIGATED** [3] - 168:8, 171:15, 212:16
**INVESTIGATING** [1] - 204:22
**INVESTIGATION** [20] - 136:22, 137:13, 162:20, 163:19, 163:22, 163:23, 171:17, 172:3, 178:8, 200:20, 200:23, 205:2, 205:8, 205:17, 212:21, 215:17, 215:19, 216:4, 216:6, 216:14
**INVESTIGATIONS** [3] - 133:21, 157:22, 190:25
**INVOLVED** [6] - 136:7, 137:3, 182:6, 195:13, 200:7, 216:23

**INVOLVES** [1] - 135:18
**IRONY** [1] - 190:23
**IRRITANT** [1] - 174:3
**ISSUE** [21] - 146:11, 148:8, 149:3, 149:8, 151:22, 155:2, 157:5, 158:11, 163:11, 173:1, 182:24, 185:18, 185:25, 187:21, 187:23, 193:2, 195:24, 196:14, 197:17, 213:10, 217:22
**ISSUED** [1] - 133:15
**ISSUES** [9] - 135:18, 141:1, 154:8, 186:2, 194:5, 195:25, 197:23, 203:22, 208:9
**ITEM** [1] - 128:23
**ITEMS** [1] - 152:20
**ITSELF** [1] - 150:9

**J**

**JAIL** [1] - 169:23
**JAMES** [1] - 195:2
**JATO** [3] - 151:17, 172:23, 190:13
**JEFF** [1] - 202:5
**JEOPARDIZES** [2] - 137:25, 138:1
**JIM** [1] - 195:3
**JOB** [1] - 209:3
**JOE** [5] - 168:17, 169:12, 169:17, 170:4
**JOHN** [3] - 154:3, 160:25, 162:10
**JOURNAL** [1] - 197:2
**JUDGE** [4] - 148:10, 172:13, 180:2, 181:18
**JULY** [2] - 160:10, 167:9
**JUNE** [1] - 168:15
**JUROR** [4] - 136:8, 137:24, 137:25, 138:2
**JUROR** [4] - 131:7, 141:12, 145:8
**JUROR** [2] - 131:8, 131:10
**JURORS** [6] - 135:9, 135:12, 136:3, 137:4, 138:11, 138:20
**JURY** [30] - 125:4,

125:7, 125:10, 125:15, 133:5, 135:18, 136:10, 137:18, 138:11, 138:14, 138:22, 138:23, 139:24, 140:25, 141:17, 146:6, 170:2, 182:12, 182:13, 182:15, 184:9, 185:3, 185:5, 185:7, 187:4, 217:3, 217:4, 217:7, 217:9, 217:11
**JUSTIFYING** [1] - 163:22

**K**

**KEEP** [8] - 130:2, 135:10, 138:10, 139:1, 159:17, 180:14, 182:6, 216:23
**KEY** [1] - 201:7
**KICKER** [1] - 202:12
**KILOGRAM** [1] - 173:18
**KIND** [8] - 144:16, 150:25, 153:3, 163:3, 173:9, 175:10, 177:15, 179:4
**KINDS** [1] - 127:16
**KNOWING** [1] - 170:22
**KNOWINGLY** [1] - 194:21
**KNOWN** [11] - 155:4, 155:18, 155:24, 155:25, 156:3, 157:9, 172:4, 172:7, 174:1, 180:5, 214:12

**L**

**LAB** [3] - 213:5, 213:7, 215:23
**LABORATORY** [1] - 212:22
**LACK** [1] - 190:17
**LADIES** [4] - 125:8, 146:6, 182:1, 216:18
**LAKE** [1] - 211:17
**LAND** [4] - 156:20, 189:21, 192:4, 208:3
**LANDFILL** [11] - 159:5, 166:2, 166:3, 167:1, 167:15, 168:7, 168:9, 169:5, 172:7, 193:1

**LANDFILLS** [20] - 152:18, 152:22, 167:16, 167:24, 168:10, 168:17, 168:19, 169:7, 169:11, 169:14, 170:19, 170:20, 171:2, 171:7, 171:8, 171:15, 171:18, 171:19, 172:4
**LANDSCAPE** [1] - 192:2
**LARDIERE** [3] - 165:9, 186:7, 186:21
**LARGE** [7] - 149:7, 154:18, 168:12, 168:20, 173:9, 185:14, 185:21
**LARGER** [2] - 159:3, 180:24
**LAST** [12] - 136:9, 142:22, 144:11, 165:3, 170:2, 172:1, 182:7, 187:12, 204:9, 211:24
**LASTING** [1] - 156:22
**LATE** [8] - 140:8, 157:21, 161:12, 196:21, 196:23, 197:25, 208:1, 209:1
**LATELY** [1] - 180:13
**LAW** [13] - 125:16, 125:18, 125:19, 126:13, 127:16, 135:16, 137:3, 156:15, 157:22, 191:14, 191:19, 193:9, 194:12
**LAWS** [4] - 156:4, 156:25, 157:19, 194:12
**LAWSUIT** [1] - 134:13
**LAWYER** [5] - 129:2, 129:3, 129:5, 142:12, 184:17
**LAWYERS** [17] - 127:8, 127:25, 128:1, 128:5, 128:7, 131:20, 134:3, 137:4, 139:13, 141:6, 141:23, 143:3, 143:20, 144:2, 146:25, 147:1, 185:2
**LEAD** [1] - 172:11
**LEADING** [2] - 180:7, 180:12
**LEADS** [1] - 167:8
**LEAKED** [1] - 158:7
**LEAKY** [2] - 165:21

**LEARN** [2] - 136:23, 140:25
**LEARNED** [1] - 168:9
**LEARNS** [1] - 171:6
**LEAST** [5] - 190:14, 194:21, 200:7, 206:11, 213:4
**LEAVE** [9] - 138:13, 141:23, 168:12, 168:21, 169:5, 170:5, 183:8, 185:2, 216:25
**LEAVES** [1] - 211:22
**LEAVING** [1] - 169:7
**LECHLER** [7] - 200:13, 200:14, 201:2, 205:5, 205:7, 205:12, 205:21
**LECHLER'S** [1] - 214:19
**LECTERN** [1] - 145:25
**LED** [1] - 156:14
**LEECH** [4] - 156:1, 167:2, 167:3, 175:5
**LEECHED** [1] - 149:4
**LEFT** [10] - 138:13, 141:18, 148:7, 169:20, 175:8, 180:17, 199:10, 199:24, 203:4, 207:8
**LEGAL** [2] - 136:15, 192:3
**LESERMAN** [6] - 195:3, 195:17, 205:25, 212:12, 216:5
**LESS** [1] - 199:9
**LETTERS** [1] - 209:4
**LEVEL** [1] - 175:17
**LEVELS** [4] - 175:11, 175:14, 194:14, 207:15
**LIABILITY** [4] - 141:2, 169:12, 173:5, 185:25
**LIABLE** [1] - 126:11
**LIED** [1] - 131:1
**LIEU** [1] - 132:2
**LIGHT** [2] - 130:14, 140:6
**LIKELY** [9] - 139:11, 162:3, 162:12, 165:19, 203:7, 205:15, 205:22, 205:23
**LIMITED** [8] - 128:15, 128:20, 128:21, 128:24, 128:25, 136:1, 156:18, 172:25

**UNITED  STATES  DISTRICT  COURT**

LIMITING [1] - 128:16
LINE [5] - 202:9, 215:5, 217:14, 217:16, 218:13
LINEAR [1] - 199:15
LINKEDIN [1] - 136:2
LIQUID [1] - 171:20
LIST [6] - 127:24, 157:18, 157:25, 183:24, 185:3, 193:12
LISTED [4] - 132:16, 171:16, 193:20
LISTEN [3] - 136:16, 142:13, 143:9
LITIGATE [4] - 204:13, 206:1, 213:8, 216:7
LITIGATION [3] - 194:7, 194:10, 212:18
LIVE [1] - 132:2
LIVER [4] - 155:18, 174:4, 174:5, 174:8
LIVES [1] - 144:10
LO [1] - 166:17
LOCAL [1] - 202:7
LOCALLY [1] - 209:17
LOCATED [2] - 132:18, 147:16
LOCATION [5] - 158:2, 189:17, 202:13
LOGISTICALLY [1] - 185:13
LONG-LASTING [1] - 156:22
LOOK [22] - 141:17, 145:9, 147:10, 161:19, 162:19, 163:20, 163:24, 165:18, 165:20, 166:7, 189:7, 196:21, 199:3, 202:2, 203:24, 207:2, 207:6, 209:11, 213:15, 215:7, 216:9, 218:3
LOOK-SEE [1] - 163:20
LOOKED [15] - 154:12, 163:11, 164:24, 177:5, 183:21, 212:22, 213:20, 214:5, 214:7, 214:13, 214:14, 214:24, 215:2, 217:20
LOOKING [9] - 144:18, 144:21, 151:6, 154:13,

175:10, 175:24, 179:24, 188:7, 214:20
LOOKS [3] - 148:4, 153:3, 159:1
LOS [1] - 125:2
LOS [2] - 157:3, 192:11
LOSS [1] - 169:19
LOST [1] - 146:17
LOUTTIT [1] - 167:18
LOVE [1] - 199:7
LOW [2] - 163:6, 207:15
LOWER [1] - 178:6
LUCE [6] - 154:3, 154:10, 157:15, 157:17, 159:13, 173:11
LUNCH [1] - 161:13

# M

MACHINE [1] - 155:14
MAGAZINES [1] - 153:12
MAGIC [1] - 203:7
MAIL [2] - 135:24, 183:9
MAILED [1] - 171:4
MAJOR [1] - 152:2
MALL [1] - 201:13
MAN [1] - 170:15
MANAGEMENT [1] - 160:17
MANNER [1] - 130:6
MANUFACTURE [2] - 189:4, 192:20
MANUFACTURED [7] - 189:6, 189:8, 189:9, 189:13, 190:9, 190:12, 194:2
MANUFACTURING [6] - 132:25, 157:8, 192:13, 192:14, 192:17
MAP [14] - 148:2, 148:3, 149:11, 149:16, 153:10, 153:11, 166:10, 173:8, 175:23, 176:20, 179:24, 203:2, 203:24
MAPS [3] - 152:15, 166:1, 207:18
MARK [1] - 201:1
MARK [1] - 177:14
MARKS [1] - 177:4
MASK [1] - 149:13
MASKS [2] - 161:13,

182:16
MASS [1] - 135:4
MASSIVE [3] - 158:8, 158:17, 169:17
MATERIAL [2] - 144:7, 158:1
MATERIALS [7] - 136:22, 161:8, 168:12, 168:20, 171:21, 172:24
MATH [2] - 199:16, 200:1
MATTER [3] - 136:12, 182:6, 216:23
MAXIMUM [1] - 194:14
MCL [6] - 194:15, 195:14, 195:18, 195:20, 195:25, 207:25
MCLS [7] - 194:14, 195:11, 195:12, 195:21, 195:23, 196:11, 210:25
MEAN [12] - 144:12, 148:22, 152:5, 158:20, 160:14, 173:20, 190:19, 195:15, 199:21, 203:11, 204:2, 212:15
MEANING [1] - 180:9
MEANS [14] - 125:22, 127:1, 129:8, 132:13, 135:24, 168:2, 174:16, 176:10, 180:22, 199:1, 199:21, 203:5, 209:5, 214:9
MEDIA [4] - 136:2, 136:6, 136:17, 137:6
MEETING [4] - 168:4, 168:22, 168:23, 216:6
MEGGITT [6] - 154:19, 185:22, 186:8, 186:9, 186:10, 186:21
MEMBERS [4] - 125:10, 133:5, 136:6, 141:17
MEMO [26] - 154:12, 158:4, 159:13, 160:9, 163:1, 163:18, 167:13, 168:14, 169:9, 169:10, 170:3, 170:12, 170:17, 170:25, 171:3, 171:11, 171:13, 171:19, 172:2,

172:9, 173:3, 193:12, 193:24, 194:2
MEMORY [4] - 128:6, 130:5, 138:18, 138:19
MEMOS [17] - 153:25, 154:5, 157:16, 160:23, 161:5, 162:11, 164:24, 166:13, 171:4, 171:9, 171:23, 191:7, 191:25, 192:1, 193:7, 193:8, 204:19
MENTION [2] - 126:21, 173:22
MENTIONED [5] - 127:9, 128:20, 129:16, 132:10, 152:17
MERITORIOUS [1] - 218:5
MERITS [1] - 135:21
MESS [1] - 160:12
MESSAGING [1] - 135:24
MET [2] - 167:19, 168:3
METAL [4] - 161:5, 161:8, 162:2, 171:22
METALLIC [2] - 173:6, 173:14
METALS [1] - 173:17
METROPOLITAN [1] - 202:5
MIC [1] - 145:6
MICROPHONE [5] - 146:23, 147:6, 189:11, 195:8, 214:2
MID [2] - 159:10, 207:24
MIG [1] - 198:15
MIGHT [12] - 129:15, 147:15, 148:5, 149:20, 150:14, 150:17, 153:16, 155:7, 156:9, 177:19, 185:7, 213:25
MIGRATE [1] - 198:15
MIGRATED [2] - 134:1, 178:16
MIGRATING [2] - 176:25, 203:5
MIGRATION [6] - 133:24, 163:7, 163:14, 178:13, 178:14, 198:6
MILD [2] - 155:16,

155:17
MILITARY [1] - 192:16
MILKSHAKE [2] - 209:19
MILLIGRAMS [1] - 173:18
MILLION [1] - 169:2
MILLIONS [1] - 187:19
MINCE [1] - 161:1
MIND [8] - 130:2, 135:10, 167:15, 167:24, 168:2, 168:17, 182:6, 216:24
MINIMAL [1] - 197:5
MINISTER [1] - 169:23
MINOR [1] - 193:17
MINUS [2] - 144:4, 144:6
MINUTE [7] - 139:15, 177:18, 180:20, 180:22, 180:23, 181:1, 212:23
MINUTES [1] - 182:11
MISLEADING [1] - 137:15
MISPERCEIVING [1] - 144:13
MISREPRESENTATI ONS [1] - 189:22
MISSILE [1] - 152:9
MISSILES [3] - 151:17, 152:1, 192:15
MISSING [1] - 198:19
MISSION [1] - 147:21
MISTAKES [1] - 130:20
MIXED [1] - 211:16
MIXING [2] - 152:14, 153:13
MIXTURES [1] - 172:24
MOMENT [6] - 125:9, 139:14, 184:21, 192:9, 200:25, 210:5
MONDAY [1] - 143:14
MONETARY [1] - 186:1
MONITOR [1] - 208:6
MONITORING [29] - 146:16, 150:5, 161:21, 162:4, 162:8, 162:12, 162:15, 162:17, 162:22, 163:2, 163:4, 163:23, 164:1, 164:2, 164:4, 164:9, 164:11, 164:20, 165:2,

165:4, 165:8, 176:4, 176:7, 176:11, 202:11, 208:6, 208:10, 208:11, 208:16
**MONITORS** [1] - 148:1
**MONTH** [2] - 168:4, 172:1
**MORNING** [4] - 129:17, 140:7, 168:5, 184:25
**MOST** [7] - 139:18, 165:14, 165:19, 181:1, 193:14, 203:7, 203:10
**MOSTLY** [2] - 188:16, 192:7
**MOUTH** [1] - 141:20
**MOVE** [12] - 198:18, 199:1, 199:4, 199:7, 199:8, 199:18, 203:16, 204:1, 209:16, 210:9, 214:2
**MOVED** [2] - 199:22, 206:14
**MOVES** [10] - 134:1, 198:23, 199:11, 199:12, 209:17, 209:20, 209:25
**MOVIES** [1] - 150:14
**MOVING** [5] - 169:7, 174:9, 209:15, 209:23, 210:3
**MR** [34] - 146:2, 147:9, 147:12, 147:14, 149:14, 162:10, 168:1, 169:25, 170:3, 182:21, 182:24, 183:6, 183:18, 183:23, 184:3, 184:5, 184:13, 185:13, 185:18, 185:24, 186:7, 186:17, 186:20, 187:1, 187:10, 189:12, 195:6, 195:9, 206:3, 210:7, 212:12, 212:20, 213:24, 214:4
**MULTIPLE** [1] - 211:20
**MUNITIONS** [2] - 192:17, 194:1
**MUST** [22] - 125:19, 125:20, 125:22, 127:1, 128:14, 128:16, 128:24, 129:8, 129:14, 132:11, 132:13,

135:14, 135:16, 136:11, 142:9, 154:13, 154:16, 154:22, 161:3, 161:9, 179:17
**MYSTERY** [2] - 170:25, 171:3

# N

**NAME** [3] - 133:9, 134:19, 173:3
**NAMES** [2] - 133:7, 154:3
**NAMING** [1] - 151:2
**NATIONAL** [1] - 193:2
**NATURAL** [1] - 181:22
**NATURE** [2] - 208:14, 210:3
**NEAR** [1] - 174:19
**NEARBY** [1] - 156:4
**NECESSARILY** [3] - 129:23, 131:13, 218:5
**NECESSARY** [6] - 138:21, 168:18, 170:21, 172:5, 172:7, 218:18
**NEED** [22] - 139:13, 144:10, 145:1, 145:12, 145:16, 145:17, 146:23, 147:6, 152:25, 157:9, 164:18, 182:17, 182:20, 185:19, 188:24, 189:10, 193:11, 196:11, 208:13
**NEEDED** [2] - 181:21, 191:23
**NEEDS** [3] - 139:14, 155:12, 155:14
**NEGATIVE** [1] - 163:22
**NEGLIGENCE** [1] - 126:16
**NET** [1] - 168:23
**NEVER** [17] - 165:5, 165:7, 167:21, 189:9, 189:13, 194:9, 195:13, 195:22, 197:18, 200:23, 205:13, 205:18, 213:2, 213:19, 213:20, 214:7, 214:14
**NEW** [2] - 194:11, 208:18
**NEWS** [5] - 136:17, 136:19, 169:22,

181:7
**NEXT** [6] - 143:13, 181:11, 184:23, 201:18, 207:9, 209:11
**NITRATE** [1] - 173:16
**NO** [2] - 131:8, 131:10
**NOISE** [1] - 214:3
**NON** [4] - 168:25, 203:4, 207:10, 214:8
**NON-DETECT** [2] - 207:10, 214:8
**NON-DETECTS** [1] - 203:4
**NON-RCRA** [1] - 168:25
**NONE** [4] - 129:22, 164:12, 170:19, 201:7
**NORMALLY** [1] - 218:9
**NORTHERN** [1] - 177:3
**NORTHWESTERLY** [1] - 176:17
**NOSSAMAN** [1] - 206:3
**NOTE** [2] - 138:12, 167:22
**NOTE-TAKING** [1] - 138:12
**NOTEBOOK** [1] - 138:8
**NOTEBOOKS** [4] - 185:8, 216:25, 217:2, 217:3
**NOTED** [1] - 171:24
**NOTES** [11] - 138:9, 138:10, 138:13, 138:14, 138:17, 138:18, 138:20, 167:10, 167:12, 167:17, 167:21
**NOTHING** [2] - 189:19, 193:15
**NOTICE** [1] - 191:25
**NOTIFIED** [1] - 134:8
**NOTIFY** [2] - 136:7, 138:3
**NOVEMBER** [2] - 133:11, 133:15
**NOVEMBER** [1] - 125:1
**NUMBER** [11] - 129:23, 131:13, 133:10, 150:2, 163:1, 172:11, 177:5, 179:16, 194:15, 196:3, 199:19

**NUMBERS** [8] - 133:7, 195:10, 196:1, 196:11, 212:23, 215:1, 215:8, 215:24
**NUMEROUS** [4] - 130:1, 175:20, 179:20

# O

**O'CLOCK** [4] - 184:25, 217:13, 217:18, 218:21
**O'KEEFE** [1] - 202:5
**OATH** [3] - 131:19, 137:11, 137:21
**OBJECT** [3] - 128:8, 129:5, 185:19
**OBJECTION** [13] - 128:10, 129:10, 129:11, 129:13, 143:4, 169:25, 183:19, 184:11, 184:15, 186:14, 218:2, 218:7, 218:19
**OBJECTIONS** [3] - 128:7, 217:25, 218:5
**OBJECTS** [1] - 185:9
**OBLIGATION** [3] - 142:17, 142:20, 144:23
**OBVIOUS** [4] - 141:15, 159:23, 168:20
**OBVIOUSLY** [1] - 169:24
**OCCASIONS** [3] - 211:20, 213:4, 215:23
**OCCUPIED** [2] - 189:1, 199:25
**OCCUR** [1] - 160:17
**OCCURRED** [1] - 152:16
**OCCURRING** [1] - 154:11
**OCCURS** [1] - 156:21
**OCTOBER** [3] - 204:15, 204:16, 204:24
**OFFERED** [1] - 218:11
**OFFERS** [1] - 129:3
**OFFICE** [1] - 132:6
**OFFICER** [1] - 202:6
**OFFSITE** [6] - 176:3, 176:9, 195:13, 196:8, 196:9, 196:11
**OFTEN** [4] - 130:20, 159:5, 161:14, 177:22

**OIL** [3] - 158:25, 162:1, 193:18
**OLD** [2] - 147:9, 150:13
**OLD-FASHIONED** [1] - 150:13
**ON-SITE** [1] - 135:3
**ONCE** [7] - 140:11, 146:17, 169:4, 175:21, 193:24, 208:15, 211:14
**ONE** [86] - 127:14, 129:16, 131:24, 134:19, 138:14, 142:22, 144:11, 145:14, 149:5, 150:15, 150:20, 150:22, 151:13, 151:24, 152:2, 153:6, 154:1, 154:2, 155:6, 155:20, 157:15, 157:19, 157:22, 158:4, 158:5, 158:10, 160:7, 160:12, 162:11, 164:12, 164:15, 165:24, 166:19, 167:8, 172:11, 172:12, 172:17, 173:8, 173:17, 174:25, 175:19, 176:18, 177:16, 179:21, 182:24, 183:1, 183:17, 186:5, 187:15, 189:19, 193:5, 193:17, 193:20, 194:4, 195:11, 195:25, 196:15, 197:9, 197:19, 197:21, 197:23, 198:22, 200:7, 200:13, 202:17, 202:24, 203:1, 203:2, 203:21, 204:4, 204:9, 204:24, 205:21, 206:8, 207:1, 209:10, 210:12, 211:14, 214:6, 214:7
**ONE-DAY** [1] - 145:14
**ONES** [3] - 130:2, 148:9, 193:20
**ONSITE** [1] - 196:8
**OOO** [1] - 125:3
**OPEN** [3] - 135:10, 182:6, 216:23
**OPENING** [18] - 128:2, 140:2, 140:3, 140:9,

141:24, 142:22,
142:23, 142:24,
143:1, 143:3,
145:22, 145:25,
182:7, 182:10,
185:19, 185:20,
187:8, 200:15
**OPERATE** [2] -
201:20, 201:21
**OPERATED** [1] -
148:22
**OPERATES** [2] -
195:7, 195:10
**OPERATING** [1] -
202:6
**OPERATION** [5] -
150:19, 152:8,
152:17, 159:18,
201:22
**OPERATIONS** [11] -
132:25, 166:8,
177:23, 189:2,
190:5, 192:22,
208:2, 212:10,
214:7, 214:11,
214:12
**OPERATOR** [1] -
163:5
**OPERATORS** [1] -
191:20
**OPINION** [3] - 126:4,
139:7, 201:14
**OPINIONS** [2] -
125:21, 200:6
**OPPORTUNITY** [4] -
130:3, 141:6, 143:7,
181:10
**OPPOSING** [1] - 146:5
**OPTION** [1] - 185:6
**ORDER** [7] - 133:17,
172:12, 172:13,
172:18, 208:21
**ORDER** [10] - 129:6,
132:14, 133:13,
142:9, 172:5,
173:13, 183:7,
184:24, 188:24,
208:22
**ORDERED** [4] -
136:12, 184:23,
216:19, 217:12
**ORDERS** [1] - 172:11
**ORDINARY** [1] - 147:3
**ORGANIC** [3] -
132:22, 149:7,
188:16
**ORIENTATION** [1] -
125:12
**ORIGINATED** [1] -
202:14

**OROFINO** [1] - 160:5
**OTHERWISE** [4] -
135:19, 139:15,
147:3, 182:18
**OUTCOME** [1] - 130:8
**OUTLINE** [1] - 143:7
**OUTSIDE** [9] - 132:6,
137:13, 138:2,
142:16, 155:14,
168:6, 168:15,
182:15, 217:11
**OVENS** [1] - 153:13
**OVEREMPHASIZED**
[1] - 157:4
**OVERLY** [1] - 138:19
**OVERRULE** [1] -
129:10
**OVERSIGHT** [1] -
134:11
**OVERVIEW** [2] -
139:18, 180:3
**OVERWHELMING** [1]
- 194:8
**OWN** [11] - 136:23,
138:18, 149:24,
166:9, 171:23,
175:1, 176:7,
176:18, 179:18,
194:15, 214:23
**OWNER** [2] - 163:5,
208:23
**OWNERS** [1] - 208:18
**OXIDIZING** [2] -
151:24, 160:3

## P

**P.M** [1] - 125:1
**P.M** [2] - 168:23,
218:22
**PAGE** [1] - 202:2
**PAID** [8] - 134:14,
134:18, 187:19,
188:2, 188:3,
195:21, 211:14
**PANDEMIC** [1] -
139:12
**PAPER** [2] - 161:5,
161:8
**PARED** [1] - 169:2
**PART** [6] - 129:22,
131:5, 154:18,
157:14, 173:10,
177:3
**PARTICULAR** [3] -
156:10, 157:22,
200:9
**PARTICULARLY** [1] -
215:14
**PARTIES** [12] - 126:8,

132:10, 132:14,
134:17, 137:3,
137:17, 137:20,
139:20, 142:23,
217:12, 218:9,
218:14
**PARTIES'** [1] - 218:4
**PARTLY** [1] - 189:20
**PARTS** [6] - 148:6,
153:14, 188:12,
194:17, 194:18,
194:19
**PARTY** [5] - 126:24,
127:4, 131:20,
173:6, 189:20
**PARTY'S** [1] - 137:9
**PASSED** [2] - 191:14,
191:19
**PAST** [2] - 199:7,
199:11
**PATH** [5] - 206:13,
206:16, 206:21,
206:23
**PATHS** [1] - 206:9
**PATHWAY** [4] -
133:24, 178:13,
198:6, 198:11
**PATHWAYS** [8] -
175:20, 178:1,
179:20, 198:10,
205:11, 207:2
**PAY** [5] - 138:5, 176:8,
181:16, 216:11,
216:15
**PAYING** [7] - 144:22,
144:24, 145:1,
145:10, 145:16,
181:18, 181:19
**PCE** [20] - 133:19,
149:8, 149:21,
152:24, 155:11,
158:10, 173:3,
173:22, 178:2,
188:21, 193:17,
194:18, 202:9,
202:12, 213:16,
214:9, 215:9,
215:14, 215:19
**PDF** [1] - 183:10
**PEER** [1] - 197:2
**PELLETS** [1] - 172:22
**PELOQUIN** [13] -
154:3, 154:6, 155:8,
160:25, 161:17,
161:25, 162:10,
164:25, 167:5,
167:10, 167:20,
168:8, 174:6
**PEOPLE** [15] - 130:20,
130:21, 136:6,

137:3, 145:14,
147:4, 147:10,
150:16, 155:5,
157:13, 159:16,
159:17, 182:5,
212:5, 216:23
**PER** [12] - 171:25,
173:18, 177:18,
180:20, 180:21,
180:23, 180:25,
194:17, 194:18,
194:19, 199:16,
199:17
**PERCENT** [3] -
173:19, 194:21,
212:13
**PERCHLORATE** [75] -
132:22, 133:18,
133:22, 133:23,
133:25, 134:2,
134:7, 134:15,
134:18, 134:21,
135:1, 151:23,
151:24, 152:12,
152:21, 153:23,
156:1, 160:2,
160:21, 165:22,
173:2, 176:19,
177:11, 177:21,
178:1, 178:3, 178:9,
178:12, 178:14,
178:15, 178:17,
178:23, 178:24,
179:3, 179:22,
181:19, 187:16,
187:18, 187:22,
187:23, 187:25,
190:2, 190:4, 190:7,
190:11, 190:13,
193:17, 194:17,
195:21, 198:4,
198:7, 198:9,
198:14, 199:3,
199:9, 199:11,
199:18, 201:22,
202:10, 206:9,
206:15, 206:22,
207:16, 207:24,
209:25, 211:2,
211:14, 211:15,
213:16, 216:10,
216:12
**PERCHLORATE'S** [2]
- 179:1, 179:5
**PERCHLOROETHYL
ENE** [1] - 173:4
**PERFORMED** [1] -
173:15
**PERIOD** [4] - 148:22,
149:25, 151:16,

151:20
**PERMANENT** [2] -
155:18, 156:23
**PERMIT** [5] - 134:22,
201:19, 201:23,
212:8, 213:13
**PERMITS** [1] - 192:11
**PERMITTED** [2] -
129:4, 136:16
**PERSON** [6] - 131:22,
131:23, 135:23,
154:2, 158:5
**PERSONAL** [1] -
125:21
**PERSONALLY** [1] -
127:13
**PERSUADED** [1] -
127:1
**PHASE** [3] - 205:8,
205:9, 205:24
**PHASE** [2] - 205:18
**PHASES** [1] - 205:7
**PHONE** [1] - 135:23
**PHOSPHOROUS** [1] -
173:16
**PHRASE** [1] - 178:5
**PHYLLIS** [3] - 177:11,
204:4, 205:1
**PHYSICAL** [1] -
208:14
**PHYSICS** [1] - 200:1
**PICK** [1] - 145:8
**PICTURE** [1] - 159:2
**PICTURES** [1] - 159:5
**PIECE** [2] - 202:24,
214:25
**PIECES** [2] - 152:24,
193:10
**PINK** [1] - 153:13
**PIPED** [2] - 211:13,
211:15
**PIT** [6] - 158:16,
166:14, 173:11,
173:12, 177:24,
192:10
**PITS** [5] - 152:4,
152:6, 158:13,
158:15, 166:24
**PLACE** [12] - 136:24,
137:1, 164:16,
191:7, 192:17,
193:6, 197:3,
202:21, 208:3,
211:21, 211:22,
211:24
**PLACED** [1] - 131:19
**PLACES** [3] - 153:6,
156:22, 164:23
**PLAINTIFF** [33] -
139:21, 139:22,

140:3, 140:12, 140:16, 145:23, 184:22, 186:3, 186:4, 194:20, 195:4, 195:7, 195:10, 195:15, 195:18, 195:20, 196:16, 196:24, 197:7, 200:15, 200:23, 204:12, 204:18, 206:19, 207:10, 207:17, 208:21, 210:13, 212:10, 212:16, 214:16, 214:20, 215:11

**PLAINTIFF'S** [16] - 140:12, 140:21, 145:24, 188:6, 188:11, 190:23, 200:5, 201:16, 204:3, 204:11, 204:19, 206:19, 213:5, 215:2, 215:6, 216:13

**PLAINTIFFS** [5] - 194:6, 194:9, 201:19, 207:21, 210:14

**PLAN** [1] - 217:15

**PLANE** [1] - 192:21

**PLANNING** [1] - 144:10

**PLANT** [6] - 146:13, 158:16, 173:11, 201:22, 211:4, 216:2

**PLANTS** [1] - 187:20

**PLAYED** [7] - 162:9, 167:25, 195:5, 206:2, 212:11, 212:19, 213:23

**PLENTY** [1] - 147:3

**PLEXIGLASS** [4] - 144:19, 144:20

**PLUME** [1] - 176:19

**PLUS** [1] - 144:4

**POINT** [13] - 125:15, 141:14, 143:5, 149:10, 158:19, 161:15, 166:20, 167:23, 185:4, 186:11, 186:12, 208:9

**POINTING** [2] - 139:25, 155:12

**POLICE** [1] - 159:16

**POLICED** [2] - 159:15, 159:20

**POLICIES** [1] - 160:19

**POLICY** [9] - 153:17,

153:18, 157:14, 158:2, 165:3, 165:5, 165:7, 195:18, 195:20

**POLLUTION** [1] - 156:6

**POLLUTION** [2] - 156:4, 156:23

**POND** [4] - 152:13, 166:15, 166:25

**PONDS** [1] - 166:4

**PORTION** [1] - 203:4

**POSITION** [3] - 186:1, 204:13, 207:21

**POSITIONS** [2] - 126:7, 218:4

**POSSIBLE** [6] - 132:2, 137:7, 139:11, 145:5, 214:17, 214:22

**POTABLE** [1] - 134:24

**POTASSIUM** [1] - 173:2

**POTENTIAL** [14] - 163:7, 163:14, 165:13, 169:1, 172:4, 205:9, 205:10, 205:11, 205:15, 205:16, 205:22, 210:12, 210:15

**POUNDS** [4] - 149:21, 149:23, 179:18, 179:19

**POWDER** [1] - 209:12

**POWERED** [1] - 159:19

**POWERPOINT** [10] - 183:4, 183:9, 183:11, 183:16, 184:10, 184:12, 184:16, 185:14, 210:10

**POWERPOINTS** [1] - 183:14

**PPT** [1] - 183:10

**PPTX** [1] - 183:10

**PRACTICALLY** [2] - 156:22, 173:20

**PRACTICE** [1] - 190:17

**PREDECESSORS** [1] - 134:14

**PREDICTED** [1] - 215:10

**PREDICTION** [2] - 215:2, 215:6

**PREDOMINANT** [1] - 197:6

**PREJUDICE** [1] -

130:10

**PREJUDICES** [1] - 125:22

**PRELIMINARY** [3] - 125:9, 125:10, 145:21

**PREPARED** [2] - 175:1, 202:3

**PREPONDERANCE** [1] - 126:25

**PRESENCE** [6] - 125:4, 182:13, 182:15, 187:4, 217:9, 217:11

**PRESENT** [14] - 125:7, 132:3, 132:14, 138:24, 140:6, 140:13, 140:14, 141:6, 142:23, 147:20, 162:2, 187:6, 187:7

**PRESENTATION** [2] - 184:12, 184:16

**PRESENTED** [7] - 127:4, 128:19, 132:1, 137:10, 137:19, 140:21, 141:9

**PRESENTLY** [2] - 159:15, 168:19

**PRESENTS** [1] - 140:15

**PRESIDENT** [7] - 163:17, 165:2, 167:13, 168:5, 168:11, 168:18, 169:12

**PRESS** [3] - 136:6, 151:13, 205:20

**PRESSED** [1] - 151:12

**PRESSURE** [2] - 152:11, 204:23

**PRETTY** [1] - 201:10

**PREVENTING** [1] - 209:22

**PREVIOUSLY** [3] - 126:9, 143:12, 148:11

**PRICE** [1] - 188:9

**PRIMARILY** [1] - 192:15

**PROBABLE** [1] - 174:3

**PROBLEM** [31] - 144:15, 144:16, 146:18, 153:22, 154:14, 154:21, 160:7, 160:13, 160:14, 160:15, 160:24, 161:7,

161:24, 162:7, 166:12, 166:14, 166:15, 168:7, 169:17, 169:19, 170:10, 170:23, 171:3, 190:5, 193:19, 208:19, 210:20, 210:23, 210:24, 212:3

**PROBLEMS** [4] - 159:14, 161:20, 169:10, 200:6

**PROCEED** [7] - 132:8, 139:15, 140:4, 145:25, 186:24, 187:9

**PROCEEDINGS** [4] - 137:25, 138:1, 138:2, 218:22

**PROCESS** [6] - 137:12, 137:16, 139:17, 140:25, 143:23, 152:23

**PROCESSES** [2] - 152:15, 152:16

**PRODUCE** [1] - 190:24

**PRODUCED** [1] - 194:8

**PRODUCTION** [2] - 178:18, 208:7

**PROFESSIONAL** [1] - 165:17

**PROFESSIONALS** [1] - 173:25

**PROGRAM** [1] - 154:13

**PROJECT** [1] - 211:17

**PROJECTS** [1] - 168:25

**PROMISE** [3] - 143:25, 144:1, 144:3

**PROMULGATE** [1] - 160:16

**PROMULGATED** [1] - 191:24

**PROOF** [9] - 126:17, 126:20, 126:23, 126:24, 127:12, 127:14, 129:22, 141:3, 216:1

**PROPELLANT** [5] - 151:25, 152:10, 160:1, 160:3

**PROPENSITY** [1] - 156:15

**PROPERLY** [2] - 136:15, 191:4

**PROPERTY** [6] - 169:18, 169:20,

170:6, 170:9, 208:17

**PROPOSAL** [3] - 164:4, 204:24, 205:6

**PROSPECTIVE** [1] - 144:12

**PROTECT** [3] - 137:8, 156:5, 156:12

**PROTECTION** [4] - 154:24, 155:1, 156:25, 157:3

**PROTESTATIONS** [1] - 216:13

**PROVE** [1] - 216:8

**PROVED** [2] - 127:10, 132:12

**PROVEN** [1] - 141:2

**PROVIDE** [11] - 125:13, 126:7, 140:17, 140:20, 140:23, 142:9, 172:14, 184:9, 184:23, 184:24, 185:3

**PROVIDED** [6] - 125:11, 125:12, 141:3, 142:6, 171:9, 171:13

**PROVIDING** [1] - 125:9

**PROVING** [1] - 126:14

**PUBLIC** [1] - 204:16

**PUBLIC** [3] - 156:19, 210:15, 210:19

**PUBLISH** [1] - 218:19

**PUBLISHED** [1] - 200:18

**PUBLISHING** [1] - 218:20

**PULL** [2] - 174:21, 180:25

**PULLING** [2] - 180:23, 180:25

**PUMP** [2] - 150:13, 150:18

**PUMPED** [3] - 211:3, 211:12, 211:18

**PUMPING** [5] - 150:18, 177:18, 180:20, 180:21, 209:14

**PUMPS** [1] - 211:12

**PURCHASER** [1] - 170:6

**PURE** [6] - 147:24, 181:23, 194:7, 194:9, 195:6, 211:18

**PURPLE** [1] - 175:25

**PURPOSE** [10] - 128:15, 128:20, 128:22, 128:24,

128:25, 139:1, 185:25, 218:10, 218:12
**PURPOSES** [1] - 150:10
**PURSUANT** [1] - 134:12
**PUT** [20] - 149:10, 149:13, 152:24, 164:12, 164:14, 164:16, 165:18, 174:7, 174:11, 176:5, 177:4, 177:17, 180:5, 185:17, 190:19, 193:11, 201:22, 204:23, 209:8, 210:1
**PUTTING** [3] - 161:22, 176:6, 209:19

## Q

**Q2** [1] - 188:4
**QUADRUPLE** [1] - 188:9
**QUALITY** [1] - 208:5
**QUALITY** [1] - 147:22
**QUESTIONS** [9] - 128:7, 131:20, 131:21, 142:8, 142:10, 170:11, 170:18, 174:18, 178:19
**QUICKLY** [2] - 170:8, 183:2
**QUOTE** [2] - 169:10, 210:17

## R

**RAGS** [2] - 192:7, 192:10
**RAISED** [1] - 217:22
**RAN** [3] - 152:13, 168:4, 168:22
**RATE** [1] - 134:2
**RATES** [1] - 178:14
**RATHER** [2] - 204:13, 206:1
**RATIONALE** [1] - 194:8
**RAVINES** [3] - 159:5, 159:7
**RCRA** [11] - 157:23, 159:25, 160:6, 165:14, 168:25, 170:4, 191:15, 191:22, 193:6, 194:12
**REACH** [1] - 156:20

**REACHING** [1] - 127:20
**REACT** [1] - 155:11
**REACTION** [2] - 204:19, 213:5
**REACTS** [2] - 153:1
**READ** [11] - 126:2, 136:16, 137:5, 138:14, 141:11, 142:19, 148:10, 167:17, 172:13, 180:2, 181:18
**READINGS** [1] - 195:14
**READS** [1] - 171:4
**READY** [1] - 187:9
**REAL** [3] - 161:24, 205:11, 215:8
**REALITY** [2] - 191:20, 207:13
**REALLY** [9] - 160:18, 163:9, 191:21, 199:6, 206:20, 210:22, 210:25, 214:7
**REASON** [14] - 152:10, 179:1, 188:22, 189:14, 190:4, 192:25, 198:22, 198:24, 205:24, 207:1, 208:22, 218:1, 218:3
**REASONABLE** [4] - 147:22, 201:6, 215:13, 216:11
**REASONABLENESS** [1] - 130:13
**REASONS** [5] - 197:21, 197:22, 207:1, 207:20, 210:11
**REBUT** [1] - 140:20
**REBUTTAL** [3] - 140:17, 140:18, 140:21
**RECEIVE** [5] - 136:14, 142:16, 142:18, 172:3, 185:10
**RECEIVED** [9] - 127:7, 127:21, 128:15, 129:2, 129:11, 129:13, 134:22, 135:15, 138:8
**RECENT** [1] - 193:22
**RECENTLY** [2] - 149:19, 179:11
**RECESS** [2] - 138:24, 182:11
**RECOGNIZE** [1] - 200:6

**RECOMMENDED** [2] - 163:24, 200:23
**RECORD** [4] - 125:5, 129:7, 187:5, 218:1
**RECORDED** [1] - 131:21
**RECOVERY** [2] - 157:20, 191:16
**RED** [6] - 151:10, 151:11, 173:9, 202:18, 211:23, 215:5
**REDO** [1] - 164:18
**REDUCE** [1] - 135:4
**REFER** [1] - 210:16
**REFERENCE** [3] - 133:6, 136:21, 173:13
**REFERENCED** [1] - 141:16
**REFERRED** [7] - 133:13, 134:5, 134:9, 148:15, 157:23, 183:4, 191:15
**REFERRING** [4] - 132:20, 133:8, 148:5, 194:6
**REFERS** [1] - 133:8
**REGARD** [2] - 143:11, 184:22
**REGARDING** [1] - 126:4
**REGARDLESS** [1] - 127:4
**REGIONAL** [1] - 208:4
**REGIONAL** [1] - 208:8
**REGULATED** [2] - 191:18, 207:25
**REGULATIONS** [3] - 157:21, 189:25, 191:20
**REGULATORS** [7] - 156:19, 164:16, 167:19, 171:21, 180:6, 204:23, 208:18
**REGULATORY** [2] - 172:10, 191:8
**RELATED** [1] - 133:13
**RELATES** [1] - 134:4
**RELATING** [2] - 191:12, 208:9
**RELATION** [3] - 201:13, 202:19, 202:20
**RELEASE** [1] - 164:14
**RELEASED** [1] - 133:19, 133:22, 133:23, 146:10,

149:25, 152:12, 153:8, 174:12, 177:22, 178:10, 178:12, 179:12, 198:5, 210:14
**RELEASES** [7] - 133:25, 170:21, 171:3, 178:15, 193:22, 198:14, 205:20
**RELEVANCY** [2] - 185:24, 186:17
**RELEVANT** [2] - 139:1, 186:2
**RELIABILITY** [1] - 129:18
**RELIABLE** [1] - 147:21
**RELIED** [2] - 197:1, 197:2
**RELIES** [2] - 146:8, 175:15
**RELUCTANT** [1] - 176:5
**RELY** [1] - 138:18
**REMEDIAL** [2] - 133:17, 172:18
**REMEDIATE** [1] - 207:23
**REMEDIATING** [1] - 209:9
**REMEDIATION** [6] - 135:3, 196:8, 196:10, 208:24, 210:2
**REMEMBER** [14] - 128:5, 130:21, 130:22, 137:21, 138:9, 183:13, 192:13, 196:15, 206:8, 207:24, 209:25, 212:25, 214:16, 216:22
**REMIND** [1] - 182:19
**REMINDER** [2] - 146:23, 182:22
**REMINISCENT** [1] - 126:8
**REMOVAL** [1] - 172:6
**REMOVE** [6] - 149:19, 168:12, 168:20, 173:6, 173:14, 181:20
**REMOVED** [6] - 149:22, 153:1, 161:3, 161:9, 171:15, 171:16
**REPEAT** [1] - 206:12
**REPEATEDLY** [1] - 166:24

**REPORT** [22] - 136:12, 137:6, 142:17, 142:20, 191:5, 191:6, 196:22, 198:20, 199:15, 200:17, 200:18, 201:24, 202:1, 202:8, 205:12, 205:14, 205:21, 206:11, 206:13, 208:4
**REPORTED** [7] - 162:9, 167:25, 195:5, 206:2, 212:11, 212:19, 213:23
**REPORTS** [4] - 136:19, 191:7, 205:19, 214:19
**REPRESENTATIONS** [1] - 194:24
**REPRESENTING** [2] - 205:20, 206:4
**REPRODUCTIVE** [1] - 174:4
**REQUEST** [4] - 139:5, 139:7, 139:10, 204:24
**REQUIRED** [4] - 142:23, 162:15, 163:3, 200:20
**REQUIREMENT** [2] - 194:7, 208:5
**REQUIREMENTS** [1] - 163:5
**REQUIRES** [1] - 196:10
**REQUIRING** [1] - 171:16
**RESEARCH** [3] - 136:20, 137:2, 137:13
**RESIDE** [1] - 164:8
**RESIDUALS** [1] - 177:25
**RESOLVED** [1] - 134:13
**RESOURCE** [2] - 157:20, 191:15
**RESOURCE** [1] - 136:25
**RESPECT** [2] - 125:13, 148:25
**RESPOND** [3] - 136:11, 140:20, 182:20
**RESPONDENT** [3] - 173:5, 173:15
**RESPONDING** [1] - 140:18

RESPONSE [3] - 170:11, 170:18, 205:2
RESPONSES [1] - 204:25
RESPONSIBILITIES [1] - 129:16
RESPONSIBILITY [2] - 216:9, 216:11
RESPONSIBLE [8] - 146:7, 173:6, 187:16, 187:17, 187:23, 214:11, 216:10, 216:12
REST [3] - 131:6, 145:17, 168:13
RESTED [1] - 140:23
RESTRICTIONS [1] - 137:24
RESULT [4] - 168:23, 187:18, 190:25, 215:18
RESULTS [2] - 163:21, 212:22
RETIRE [2] - 132:16, 141:7
RETURN [3] - 136:15, 181:21, 217:22
REVEALED [1] - 154:16
REVIEWED [2] - 197:2, 202:4
RFP [1] - 204:24
RICHARD [9] - 145:24, 146:22, 149:20, 183:3, 184:6, 185:20, 186:6, 191:15, 196:9
RICHARD [12] - 146:2, 147:9, 147:12, 147:14, 149:14, 162:10, 168:1, 170:3, 183:6, 183:23, 184:5, 186:7
RICK [1] - 155:23
RISE [2] - 182:12, 217:7
RISK [1] - 194:23
RISKS [2] - 154:25, 157:9
RIVER [3] - 175:19, 203:11
ROAD [1] - 132:19
ROADMAP [2] - 143:6, 143:7
ROBERT [1] - 162:25
ROCKET [1] - 175:4
ROCKETS [8] - 151:17, 172:23, 190:8, 190:9,

190:12, 190:13, 193:3
ROOM [4] - 135:25, 138:11, 138:14, 217:4
RULE [2] - 195:6, 195:9
RULES [18] - 128:9, 129:1, 129:4, 132:8, 137:8, 137:22, 137:23, 139:3, 160:17, 160:22, 189:25, 191:12, 191:21, 191:24, 192:2, 192:4, 194:11, 213:1
RULING [1] - 128:11
RUN [1] - 140:8
RUSH [2] - 189:3, 189:5

## S

S-II [1] - 134:3, 134:5, 134:16
S-III [1] - 175:18
SAFE [2] - 194:12, 194:13
SAFE [7] - 147:24, 155:15, 157:15, 181:23, 194:25, 196:4, 210:19
SAFETY [6] - 153:21, 154:7, 157:12, 160:16, 160:18, 167:11
SALE [1] - 189:22
SAMPLES [1] - 163:20
SAMPLING [1] - 173:15
SANCTION [1] - 184:17
SANDY [3] - 150:25, 175:6, 175:12
SANITARY [3] - 161:3, 161:9, 202:4
SANTA [9] - 125:5, 126:10, 132:19, 133:2, 139:22, 147:15, 147:16, 147:21, 187:5
SARCASTIC [1] - 169:16
SAUGUS [50] - 133:3, 133:8, 134:4, 134:5, 134:16, 134:23, 148:8, 148:9, 148:12, 151:2, 151:3, 174:23, 175:6, 178:21,

178:25, 187:20, 195:12, 197:17, 198:9, 199:22, 200:22, 201:4, 201:18, 201:21, 201:22, 202:18, 202:21, 202:22, 203:1, 203:18, 203:23, 204:1, 204:2, 211:3, 211:4, 211:11, 211:12
SAW [13] - 127:13, 157:15, 163:17, 173:3, 175:23, 191:8, 193:10, 193:11, 209:10, 211:12, 212:12, 214:6, 214:8
SCIENCE [3] - 174:9, 175:4, 176:23
SCIENTIFIC [1] - 201:6
SCRAP [2] - 161:10, 162:2
SCREEN [1] - 141:18
SCRIPT [1] - 133:5
SCRUPULOUSLY [2] - 144:1, 144:2
SCV [11] - 126:10, 126:12, 126:13, 126:16, 126:17, 126:18, 133:2, 134:8, 134:11, 134:13, 134:22
SCVWA [3] - 133:2, 134:3, 205:20
SEALS [2] - 180:8, 180:10
SEARCH [1] - 136:25
SEARCHING [1] - 136:21
SEATED [4] - 136:8, 182:14, 184:21, 217:10
SECOND [3] - 135:14, 205:24, 211:22
SECRET [1] - 192:16
SECURITY [1] - 193:2
SEE [65] - 130:3, 130:21, 141:22, 142:2, 144:12, 145:10, 146:4, 148:1, 148:2, 148:8, 149:9, 149:14, 149:16, 151:10, 151:14, 151:21, 152:15, 153:10, 153:11, 153:25, 159:8, 159:12, 160:1, 163:1,

163:20, 164:11, 164:19, 169:15, 175:2, 175:8, 175:10, 175:19, 176:3, 176:12, 176:20, 177:2, 186:17, 187:2, 189:2, 191:25, 196:20, 199:10, 200:10, 200:15, 202:1, 202:2, 202:18, 202:21, 202:23, 203:3, 203:18, 206:15, 206:16, 207:8, 207:22, 210:13, 211:11, 211:23, 213:11, 215:4, 217:5, 218:21
SELECTION [1] - 140:25
SELL [4] - 169:18, 169:19, 169:20, 170:9
SEND [4] - 183:8, 185:14, 192:20, 193:1
SENDS [1] - 170:12
SENIOR [1] - 195:3
SENT [4] - 159:13, 170:12, 211:19
SENTINEL [1] - 202:12
SEPTIC [1] - 166:4
SERIOUS [6] - 153:22, 154:16, 154:21, 160:15, 169:24, 184:16
SERVE [3] - 146:8, 195:18, 195:20
SERVED [1] - 194:21
SERVICE [2] - 135:2, 136:11
SERVICES [1] - 134:24
SERVING [1] - 148:13
SESSION [2] - 128:18, 143:14
SET [4] - 187:19, 194:11, 196:1, 218:7
SETTLEMENT [3] - 134:12, 134:17, 218:8
SETUP [1] - 146:24
SEVERAL [2] - 159:22, 166:5
SHARP [2] - 216:21, 217:13
SHELL [1] - 152:9
SHELLS [1] - 152:25

SHOOT [1] - 192:21
SHOP [2] - 155:14, 158:12
SHORT [2] - 174:15, 182:2
SHOW [66] - 143:8, 146:9, 146:14, 148:21, 149:1, 149:3, 149:17, 149:21, 150:8, 150:23, 151:5, 151:9, 151:15, 152:19, 153:5, 154:25, 155:5, 155:20, 156:11, 157:1, 159:20, 162:5, 162:14, 164:10, 165:10, 165:12, 167:4, 167:14, 167:16, 167:21, 168:3, 170:7, 172:9, 174:24, 175:18, 176:22, 179:2, 179:10, 179:15, 180:18, 181:1, 181:4, 181:6, 186:13, 188:1, 188:10, 189:14, 190:18, 190:21, 193:8, 194:9, 195:10, 195:19, 196:7, 196:25, 197:1, 197:11, 197:14, 204:19, 206:23, 207:18, 208:4, 211:10, 212:20, 214:5
SHOWED [2] - 143:12, 208:21
SHOWING [1] - 152:16
SHOWN [1] - 216:1
SHOWS [8] - 142:5, 153:11, 170:10, 171:3, 179:17, 179:25, 207:4, 207:10
SHUT [5] - 134:10, 148:11, 148:13, 184:15, 213:7
SI [3] - 134:3, 134:5, 134:16
SIC [9] - 202:18, 202:19, 203:7, 203:9, 203:16, 203:21, 205:15, 205:17
SIDE [8] - 129:3, 139:23, 139:24,

141:18, 144:4, 144:6, 144:23
**SIDES** [2] - 140:22, 142:24
**SIDEWINDER** [1] - 151:17
**SIFT** [1] - 168:19
**SIGHT** [1] - 144:17
**SIGNIFICANT** [1] - 210:17
**SIMILAR** [2] - 201:2, 217:17
**SIMPLE** [2] - 150:15, 201:8
**SIMPLY** [2] - 176:4, 185:9
**SITE** [102] - 132:18, 132:20, 132:24, 133:1, 133:14, 133:20, 133:21, 133:24, 134:7, 135:3, 135:5, 146:12, 148:4, 148:7, 148:9, 148:12, 148:15, 148:16, 148:17, 148:18, 148:20, 148:25, 149:6, 149:17, 149:25, 150:7, 150:9, 151:16, 151:18, 151:20, 152:16, 152:21, 153:6, 153:20, 154:9, 155:22, 157:25, 159:2, 159:4, 160:8, 161:6, 164:21, 164:22, 164:23, 165:16, 165:19, 165:24, 166:6, 166:21, 166:22, 167:1, 172:6, 172:15, 172:19, 172:21, 174:14, 174:22, 174:23, 176:2, 176:5, 176:7, 176:15, 177:1, 177:6, 177:22, 178:9, 178:20, 178:24, 179:3, 179:5, 180:17, 180:20, 188:25, 189:1, 189:2, 190:9, 190:14, 192:22, 193:25, 197:8, 197:13, 197:24, 198:1, 198:5, 199:25, 200:11, 202:14, 202:19, 202:20, 202:24,

203:4, 203:6, 203:9, 203:25, 206:15, 207:5, 207:23, 208:7, 209:4, 210:1
**SITED** [1] - 180:11
**SITES** [6] - 154:18, 158:21, 165:14, 193:13, 193:14
**SITTING** [3] - 139:16, 139:23, 207:22
**SITUATION** [1] - 154:22
**SITUATIONS** [3] - 154:16, 154:22, 154:23
**SKELETON** [2] - 190:21, 191:22
**SLADE** [1] - 180:7
**SLEIGHT** [1] - 207:8
**SLICE** [2] - 175:1, 175:9
**SLIDE** [1] - 209:11
**SLIPPED** [4] - 167:15, 167:24, 168:2, 168:17
**SLOW** [4] - 197:22, 199:12, 203:13, 210:3
**SLOW-MOVING** [1] - 210:3
**SLOWER** [2] - 134:2, 198:23
**SLOWLY** [1] - 156:21
**SLOWS** [1] - 199:8
**SLUDGE** [2] - 153:3, 155:11
**SMALL** [1] - 156:18
**SMELL** [1] - 173:20
**SMITH** [1] - 175:1
**SNAPCHAT** [1] - 136:2
**SOCIAL** [1] - 136:2
**SOIL** [21] - 132:23, 133:20, 135:4, 149:2, 149:4, 149:18, 149:22, 163:21, 164:14, 166:16, 167:3, 173:16, 175:5, 178:19, 178:23, 179:12, 179:19, 180:16, 199:11, 203:12, 209:6
**SOLD** [2] - 189:20, 208:17
**SOLEDAD** [1] - 132:19
**SOLELY** [3] - 125:23, 128:19, 141:9
**SOLEMNITY** [1] - 132:7

**SOLID** [1] - 171:20
**SOLVENT** [6] - 152:23, 153:1, 155:15, 197:6, 203:22, 203:23
**SOLVENTS** [25] - 151:23, 152:1, 152:18, 153:5, 153:15, 153:17, 155:10, 155:13, 155:18, 156:1, 156:16, 157:8, 157:12, 158:10, 158:12, 158:20, 158:25, 160:20, 173:2, 174:7, 174:11, 175:5, 192:3, 192:6, 192:8
**SOMEONE** [4] - 167:18, 170:9, 179:17, 183:8
**SOMETIMES** [18] - 128:14, 129:6, 130:17, 130:18, 143:22, 143:24, 148:5, 148:15, 148:16, 148:19, 152:12, 152:13, 157:23, 159:3, 165:17, 175:12, 176:17, 218:7
**SOMEWHAT** [3] - 126:8, 144:20, 198:25
**SOON** [2] - 137:6, 140:2
**SORRY** [7] - 151:12, 189:12, 197:22, 200:9, 201:20, 202:19, 204:4
**SORSHER** [7] - 170:13, 170:25, 171:2, 171:6, 171:14, 171:17, 172:3
**SORT** [5] - 190:23, 203:7, 203:12, 203:24, 209:18
**SORTS** [1] - 152:5
**SOUGHT** [1] - 212:16
**SOUNDS** [2] - 152:19, 158:23
**SOURCE** [34] - 133:23, 133:25, 142:20, 178:10, 178:12, 178:15, 198:5, 198:14, 200:8, 200:21, 201:3, 201:5, 201:8, 201:9, 201:15,

203:8, 204:6, 205:3, 205:14, 205:15, 205:16, 205:17, 205:22, 205:23, 206:7, 210:12, 214:1, 214:17, 214:22, 215:3, 215:13, 216:3
**SOURCES** [8] - 126:16, 201:11, 202:17, 205:9, 205:10, 210:12, 210:15
**SOUTHERN** [2] - 156:10, 156:17
**SPACE** [2] - 147:3, 147:5
**SPARROW** [1] - 192:15
**SPEAKING** [4] - 146:23, 147:10, 182:17, 184:7
**SPECIALISTS** [1] - 156:18
**SPECIFIC** [3] - 136:18, 203:8, 213:16
**SPECIFICALLY** [6] - 126:22, 190:13, 202:2, 207:6, 209:22, 217:24
**SPEED** [2] - 198:19, 199:12
**SPEND** [2] - 181:13, 184:1
**SPENT** [2] - 154:12, 193:1
**SPILL** [1] - 143:17
**SPILLED** [1] - 180:10
**SPIN** [1] - 172:22
**SPOT** [1] - 211:7
**SPREAD** [1] - 181:2
**SPTF** [8] - 211:13, 211:16, 211:23, 212:4, 212:25, 213:3, 213:22, 214:8
**SPTFS** [1] - 213:15
**SPTP** [1] - 211:13
**SQUARE** [2] - 171:18, 202:25
**SQUARES** [1] - 209:12
**STAND** [1] - 132:4
**STANIN** [6] - 177:11, 196:23, 198:8, 198:20, 204:4, 205:1
**STANIN'S** [1] - 199:14
**START** [8] - 140:1, 140:7, 140:11, 143:3, 145:22,

166:16, 216:21, 217:18
**STARTED** [4] - 147:18, 166:21, 194:12, 198:1
**STARTING** [2] - 197:25
**STATE** [4] - 161:18, 167:7, 170:14, 211:17
**STATE** [4] - 126:13, 164:3, 181:22
**STATEMENT** [10] - 140:3, 141:24, 142:24, 142:25, 143:2, 143:4, 145:23, 146:1, 182:7, 187:9
**STATEMENTS** [6] - 127:25, 128:2, 140:2, 140:9, 142:22, 182:10
**STATES** [1] - 180:12
**STATION** [1] - 162:1
**STATIONS** [1] - 150:18
**STATISTICIAN** [1] - 214:23
**STATUTES** [1] - 126:13
**STAY** [1] - 174:10
**STAYS** [1] - 143:22
**STEEP** [1] - 159:4
**STEFFEY** [2] - 214:24
**STEP** [3] - 189:23, 208:20, 208:23
**STICK** [1] - 185:15
**STILL** [2] - 149:23, 152:10
**STIPULATED** [15] - 132:17, 148:10, 183:4, 183:17, 183:21, 183:25, 184:10, 184:15, 187:15, 198:4, 198:12, 198:13, 201:25, 206:8
**STIPULATION** [5] - 141:19, 141:21, 184:22, 184:25, 185:10
**STIPULATIONS** [9] - 127:9, 127:22, 132:14, 132:15, 135:6, 141:10, 142:3, 185:3, 185:8
**STOP** [5] - 143:4, 184:7, 199:11, 203:21
**STOPPED** [1] - 165:8

STORAGE [3] -
153:12, 159:8,
159:24
STORED [1] - 153:8
STORY [1] - 160:18
STRAW [1] - 209:18
STREAM [1] - 160:6
STRICKEN [2] -
128:12, 129:6
STUDY [2] - 156:9,
199:2
STUFF [6] - 155:6,
155:25, 163:10,
192:7, 192:20,
192:23
STUFF'S [1] - 174:8
SUBJECT [2] - 182:6,
216:23
SUBMITTED [1] -
201:20
SUBSEQUENT [1] -
134:17
SUBSIDIARY [1] -
185:21
SUBSTANCE [2] -
155:13, 171:2
SUBSTANCE [2] -
161:18, 196:7
SUBSTANCES [3] -
133:12, 167:7,
170:14
SUBSTANCES [5] -
153:23, 159:18,
160:20, 171:8, 174:1
SUBSTANTIAL [4] -
133:16, 172:12,
172:17, 208:21
SUCCESSOR [1] -
148:23
SUCK [1] - 209:8
SUCKING [1] - 209:19
SUCTION [1] - 209:20
SUFFICIENT [3] -
159:16, 176:4, 185:4
SUGGESTING [1] -
140:24
SUGGESTS [1] -
142:13
SUMP [1] - 166:4
SUPPLIED [1] - 134:6
SUPPLIES [2] -
147:22, 156:12
SUPPLY [3] - 134:22,
134:25, 163:7
SUPPOSED [4] -
157:11, 164:13,
205:18, 209:3
SURFACE [6] -
165:25, 166:3,
166:5, 175:3,

175:19, 180:10
SURPRISE [1] -
187:12
SURREBUTTAL [1] -
140:20
SURVEY [2] - 154:15,
173:15
SUSAN [1] - 202:3
SUSPECTED [2] -
164:14, 168:12
SUSTAIN [3] - 129:11,
129:13, 218:18
SUSTAINED [1] -
170:1
SWING [1] - 186:5
SWITCHOVER [1] -
197:3
SWORN [3] - 127:6,
131:18, 165:6
SYMPATHY [1] -
125:22
SYSTEM [17] - 134:19,
134:22, 135:3,
155:9, 164:3, 164:9,
187:25, 188:3,
188:4, 209:18,
209:21, 210:2,
210:3, 211:9,
211:10, 215:14
SYSTEMS [5] -
134:15, 188:2,
209:7, 209:13,
209:17

## T

TABLET [1] - 135:23
TACTIC [1] - 184:18
TALKS [7] - 158:12,
158:14, 158:19,
168:22, 171:14,
172:20, 202:9
TAMMY [2] - 169:21
TANKS [2] - 159:8,
165:21
TCA [13] - 188:21,
194:18, 196:17,
196:18, 196:20,
196:23, 197:3,
197:7, 197:8,
197:14, 197:15,
197:18, 197:19
TCE [67] - 133:19,
134:1, 149:8,
149:17, 149:18,
149:19, 149:21,
149:24, 150:3,
152:24, 155:10,
158:9, 158:17,
173:17, 173:21,

174:2, 175:24,
175:25, 176:22,
176:25, 178:2,
178:18, 178:19,
178:20, 178:21,
179:8, 179:18,
179:24, 188:20,
190:13, 190:18,
190:19, 190:22,
191:2, 193:16,
194:16, 196:15,
196:16, 196:23,
197:3, 197:5,
197:13, 197:18,
197:24, 198:11,
198:23, 199:3,
199:21, 199:23,
200:2, 200:9,
200:21, 202:9,
202:12, 202:25,
203:20, 203:23,
207:15, 207:16,
208:1, 213:16,
215:14
TCES [1] - 207:5
TECHNOLOGY [1] -
210:7
TEN [2] - 180:18,
180:21
TENS [1] - 187:19
TERMS [2] - 174:16,
177:15
TEST [3] - 150:7,
150:18, 208:13
TESTED [7] - 137:12,
137:16, 208:7,
211:20, 211:21,
211:22, 211:24
TESTIFIED [4] - 130:4,
131:1, 131:4, 157:13
TESTIFY [9] - 129:23,
131:13, 131:22,
132:3, 151:15,
171:17, 195:17,
196:21, 206:12
TESTIFYING [2] -
130:7, 186:8
TESTIMONY [28] -
127:7, 127:12,
127:21, 128:12,
128:14, 129:20,
129:25, 130:12,
130:13, 130:24,
130:25, 131:15,
131:18, 131:25,
132:1, 132:2, 132:5,
132:9, 137:12,
138:6, 138:7,
141:10, 141:18,
164:25, 165:6, 213:6

TESTING [1] - 166:16
TESTS [1] - 207:13
TETRACHLOROETH
YLENE [1] - 133:19
TEXT [1] - 135:24
THE [34] - 125:5,
131:9, 131:11,
146:22, 147:11,
147:13, 149:12,
170:1, 182:1,
182:12, 182:14,
182:23, 183:1,
183:7, 183:22,
184:1, 184:4, 184:6,
184:14, 185:16,
185:23, 186:6,
186:14, 186:18,
186:22, 187:2,
187:5, 189:10,
195:8, 210:6, 214:2,
216:18, 217:7,
217:10
THEIN [1] - 158:7
THEIRS [1] - 179:5
THEME [1] - 161:11
THEMSELVES [1] -
142:10
THEORETICAL [3] -
213:12, 214:5, 215:1
THEORETICALLY [1]
- 140:19
THEORY [2] - 188:7
THEREBY [1] - 188:13
THEREFORE [1] -
132:12
THEY'VE [6] - 194:25,
213:13, 213:17,
213:19, 213:20,
214:19
THINKS [1] - 129:4
THIRD [1] - 173:9
THOMPSON [1] -
168:15
THOUSAND [6] -
146:12, 148:4,
149:21, 149:23,
151:7, 180:19
THOUSAND-ACRE [3]
- 146:12, 148:4,
180:19
THOUSANDS [1] -
146:9
THREATENING [1] -
179:8
THREE [11] - 147:20,
150:22, 164:15,
170:19, 171:1,
171:2, 171:7,
171:18, 207:9,
207:15, 207:19

THROUGHOUT [7] -
126:3, 135:10,
142:8, 152:16,
154:4, 164:22,
166:22
THURSDAY [1] -
143:15
TIKTOK [1] - 136:2
TIMELINE [2] - 151:9,
151:14
TISSUE [2] - 190:20,
190:21
TODAY [3] - 183:8,
185:15, 217:16
TODD [2] - 177:9,
204:25
TOGETHER [2] -
165:18, 180:21
TOMORROW [10] -
140:7, 140:10,
184:25, 188:13,
216:19, 217:5,
217:12, 217:14,
217:23, 218:21
TOOK [4] - 191:6,
192:17, 197:3, 209:2
TOP [1] - 192:16
TOP-SECRET [1] -
192:16
TOTAL [1] - 168:24
TOUCHED [1] - 167:4
TOUCHING [1] - 137:5
TOUGH [1] - 198:2
TOUR [4] - 167:8,
167:9, 168:8, 168:16
TOWARDS [6] - 147:2,
175:14, 199:8,
203:18, 204:1,
209:18
TOXIC [5] - 133:12,
161:18, 167:7,
170:14, 196:7
TRACE [2] - 210:17
TRACER [3] - 172:22,
179:4, 198:7
TRACK [3] - 143:22,
144:4
TRAIL [1] - 140:10
TRANSCRIPT [1] -
138:7
TRANSPORT [3] -
198:25, 199:1, 199:2
TRANSPORTATION
[1] - 191:17
TRASH [2] - 152:20,
158:25
TRAVEL [6] - 175:21,
177:12, 177:25,
180:1, 206:11,
206:13

TRAVELED[2] - 197:24, 206:16
TRAVELS[2] - 174:15, 199:15
TREAT[5] - 132:12, 181:9, 187:25, 196:11, 216:12
TREATED[2] - 139:3, 211:13
TREATING[1] - 146:15
TREATMENT[10] - 134:15, 134:18, 134:21, 181:17, 181:20, 187:20, 195:22, 201:22, 211:4, 211:15
TRIAL[26] - 125:24, 126:4, 128:19, 128:21, 131:17, 131:19, 131:22, 131:23, 135:10, 136:7, 136:9, 137:1, 137:12, 137:16, 137:17, 137:20, 138:6, 138:7, 138:21, 139:17, 139:18, 140:1, 143:11, 143:23, 161:14, 188:15
TRIALS[1] - 145:14
TRICHLOROETHYLENE[3] - 133:18, 158:9, 173:4
TRIED[3] - 162:5, 176:6, 177:7
TRIGGER[2] - 162:3, 162:12
TRIPLE[1] - 188:8
TRUDELL[6] - 177:14, 201:1, 201:2, 201:14, 206:10, 206:24
TRUE[10] - 127:2, 127:3, 131:5, 142:13, 143:1, 164:7, 165:11, 174:24, 206:14
TRUTH[3] - 131:4, 131:20, 137:11
TRUTHFUL[1] - 216:14
TRY[10] - 136:23, 140:16, 143:21, 144:2, 145:5, 145:17, 146:2, 165:18, 177:16, 192:20
TRYING[13] - 144:24, 144:25, 145:8,

147:4, 156:11, 159:9, 161:19, 164:4, 170:7, 170:8, 180:14, 192:1, 193:9
TUESDAY[1] - 143:14
TURN[2] - 137:6, 183:1
TURNOUT[2] - 211:1, 214:10
TURNOUTS[14] - 211:1, 211:18, 211:19, 211:24, 211:25, 212:6, 212:13, 213:2, 213:17, 213:21, 214:17, 214:20, 215:5, 216:1
TURNS[2] - 144:3, 184:14
TWITTER[1] - 136:1
TWO[19] - 130:21, 139:15, 139:20, 148:10, 148:12, 150:24, 153:6, 160:7, 183:1, 193:16, 197:6, 198:15, 205:7, 207:14, 213:4, 215:4, 215:5, 215:23
TWO-AND-A-HALF[1] - 198:15
TYPE[2] - 184:18, 218:11
TYPES[1] - 158:1
TYPES[4] - 141:3, 151:19, 158:14, 193:13
TYPICALLY[1] - 218:18

## U

ULTIMATELY[1] - 142:5
UNAVAILABLE[1] - 131:22
UNCOVERED[1] - 173:16
UNDER[7] - 126:12, 128:9, 131:19, 139:3, 176:12, 192:12, 194:15
UNDERGROUND[5] - 156:21, 157:3, 175:10, 175:19, 178:22
UNDERNEATH[1] - 150:24
UNDERSTOOD[2] - 156:16, 191:8

UNDERTAKEN[1] - 163:19
UNFORTUNATELY[1] - 163:13
UNFORTUNATELY[1] - 144:17
UNITED[1] - 180:12
UNITS[2] - 170:4, 175:12
UNKNOWN[1] - 188:2
UNLESS[2] - 135:19, 217:23
UNLIKE[1] - 175:18
UNLIKELY[1] - 139:9
UNTRUE[1] - 130:24
UNTRUTHFULLY[2] - 131:1, 131:4
UP[39] - 134:2, 144:11, 146:4, 147:16, 147:17, 149:10, 152:24, 155:5, 158:16, 160:9, 160:19, 160:21, 167:21, 167:24, 171:3, 173:12, 174:7, 174:21, 183:16, 185:18, 187:19, 188:7, 188:12, 189:20, 190:12, 198:21, 202:20, 209:5, 209:9, 209:19, 209:20, 210:9, 213:7, 215:11, 215:20, 216:5, 216:21, 218:15
UPCOMING[1] - 161:11
UPHILL[1] - 209:17
UPPERMOST[1] - 175:17
URGE[1] - 138:5
USEFUL[1] - 185:7
USES[6] - 150:13, 150:17, 152:3, 158:12, 163:11, 206:24

## V

V-201[10] - 134:20, 135:1, 148:9, 150:21, 187:20, 188:3, 195:12, 197:18, 201:4, 201:13
V-205[9] - 148:10, 150:21, 187:22, 187:24, 195:12,

197:18, 201:4, 201:14, 216:12
VACATION[1] - 158:24
VACUUMS[1] - 209:8
VALENCIA[1] - 150:22
VALLEY[17] - 125:5, 126:10, 133:2, 139:22, 147:15, 147:21, 159:3, 165:25, 166:24, 173:7, 173:10, 173:14, 173:18, 175:3, 187:6, 199:24
VAPOR[7] - 152:24, 153:1, 155:9, 155:13, 155:14, 174:6, 209:6
VAPORS[3] - 155:16, 155:17
VARIABLE[1] - 198:19
VARIATIONS[2] - 148:3, 149:16
VARIOUS[4] - 141:1, 144:18, 152:21, 166:8
VERDICT[7] - 126:5, 127:20, 135:11, 136:16, 137:14, 139:8, 181:16
VERSION[2] - 183:9, 183:11
VERSIONS[1] - 130:19
VERSUS[3] - 125:6, 187:6, 199:3
VIA[1] - 135:24
VICE[1] - 167:13
VIDEOTAPE[7] - 162:9, 167:25, 195:5, 206:2, 212:11, 212:19, 213:23
VIETNAM[1] - 192:18
VIEW[1] - 136:25
VIEWING[1] - 136:24
VIOLATES[2] - 137:24, 138:1
VIOLATION[3] - 158:22, 159:25, 160:6
VIOLATIONS[2] - 157:18, 157:25
VIRTUALLY[1] - 145:14
VISITING[1] - 136:24
VOC[14] - 166:10, 179:2, 188:19,

188:20, 188:21, 195:14, 196:12, 198:5, 200:21, 202:23, 210:15, 210:16
VOCS[65] - 132:22, 133:18, 133:22, 133:23, 135:4, 149:21, 150:10, 152:20, 153:24, 163:10, 166:8, 177:12, 177:21, 178:4, 178:9, 178:12, 178:14, 179:5, 179:19, 179:23, 181:20, 188:16, 188:18, 190:13, 194:22, 195:11, 195:22, 196:10, 196:15, 199:6, 199:12, 199:19, 200:9, 200:22, 201:3, 201:9, 201:15, 204:17, 206:7, 206:9, 206:14, 206:16, 206:21, 207:5, 207:7, 208:8, 208:13, 209:7, 209:23, 210:4, 210:13, 210:23, 210:24, 211:2, 211:4, 211:11, 211:17, 212:4, 212:6, 212:14, 212:15, 213:16, 214:17, 215:14, 216:13
VOIR[1] - 153:4
VOLATILE[4] - 132:22, 149:7, 188:16, 209:8
VOLUMES[1] - 149:7

## W

WAIT[1] - 212:22
WAITING[3] - 138:25, 139:16, 217:16
WAIVED[1] - 163:5
WAIVER[2] - 162:17, 163:23
WALK[1] - 173:8
WANTS[3] - 199:13, 209:16, 212:1
WAR[3] - 151:18, 190:14, 192:18
WARN[1] - 194:22
WASH[4] - 152:11, 159:6, 192:23

**WASHED** [1] - 160:4
**WASHING** [1] - 159:19
**WASTE** [24] - 154:8, 154:11, 154:13, 156:15, 156:20, 159:24, 160:1, 160:3, 160:10, 160:21, 161:3, 161:9, 163:3, 163:7, 163:15, 165:22, 165:24, 166:3, 168:10, 171:20, 171:21, 191:12
**WASTES** [4] - 172:6, 172:7, 190:1, 191:18
**WATCH** [3] - 136:16, 188:11, 188:12
**WATER** [23] - 125:6, 126:10, 126:11, 126:13, 126:16, 126:18, 133:2, 133:3, 134:8, 134:9, 134:11, 134:22, 139:22, 147:15, 156:6, 187:6, 194:13, 196:2, 197:13, 208:4, 211:17, 212:1
**WATER** [60] - 134:6, 134:22, 134:24, 134:25, 146:9, 147:18, 147:22, 147:23, 147:24, 148:14, 150:6, 150:18, 150:22, 151:1, 152:11, 156:5, 156:12, 157:3, 159:6, 159:19, 163:7, 165:21, 165:22, 174:14, 174:15, 175:13, 175:22, 178:4, 178:5, 178:17, 180:4, 180:22, 180:23, 180:24, 181:21, 181:23, 194:16, 194:21, 194:25, 195:6, 195:19, 195:20, 196:3, 197:9, 199:15, 209:9, 209:14, 211:12, 211:16, 211:17, 211:20, 212:2, 212:3, 212:5, 212:6, 212:8, 212:13, 213:1
**WATER'S** [3] - 126:12, 126:17, 134:13

**WATERFALL** [1] - 203:17
**WATERS** [1] - 156:21
**WAYS** [2] - 175:20, 181:8
**WEAR** [1] - 161:13
**WEBSITE** [1] - 135:25
**WEDNESDAY** [1] - 143:14
**WEDNESDAY** [1] - 125:1
**WEEK** [8] - 143:13, 143:17, 143:18, 155:24, 159:12, 213:14
**WEEKS** [1] - 168:16
**WEIGHT** [4] - 127:17, 127:18, 131:12, 131:15
**WELFARE** [1] - 154:23
**WELL-KNOWN** [2] - 155:24, 156:3
**WELLS** [86] - 126:12, 133:3, 133:6, 133:8, 133:9, 134:8, 134:10, 134:15, 134:23, 134:24, 148:8, 148:11, 148:13, 148:24, 150:12, 150:17, 150:20, 150:23, 151:3, 151:6, 156:4, 161:22, 163:8, 163:10, 163:23, 164:12, 164:20, 174:20, 174:24, 175:8, 175:14, 175:22, 176:5, 176:8, 176:12, 176:15, 176:20, 176:25, 177:3, 177:17, 178:5, 178:18, 178:21, 178:25, 179:8, 180:5, 180:8, 180:18, 180:19, 180:23, 180:25, 181:20, 188:4, 195:11, 196:16, 197:9, 197:16, 197:17, 197:24, 198:9, 199:22, 200:7, 200:10, 200:12, 201:12, 201:13, 201:17, 201:21, 203:1, 204:18, 206:15, 207:4, 207:5, 207:7, 207:9, 207:11,

207:14, 208:6, 208:8, 208:10, 208:11, 208:16, 208:25
**WELLS** [1] - 134:3
**WENCK** [1] - 168:6
**WEST** [1] - 132:19
**WESTERLY** [1] - 176:17
**WHITE** [1] - 203:3
**WHITTAKER** [161] - 125:6, 126:11, 126:15, 126:17, 132:18, 132:25, 133:11, 133:17, 134:7, 134:14, 134:18, 135:3, 139:24, 140:19, 146:7, 146:10, 148:7, 148:12, 148:17, 148:18, 148:19, 148:23, 148:25, 149:6, 149:19, 150:7, 150:9, 152:5, 153:6, 153:16, 153:18, 153:21, 154:2, 154:5, 154:9, 154:17, 154:20, 157:11, 157:24, 157:25, 159:2, 159:4, 159:17, 160:8, 161:6, 161:20, 161:21, 162:5, 162:14, 163:6, 163:17, 164:3, 164:21, 165:2, 165:7, 166:5, 167:14, 168:4, 168:6, 168:18, 169:12, 169:16, 170:12, 170:18, 170:19, 170:22, 171:1, 171:5, 173:5, 174:22, 176:2, 176:5, 176:15, 177:5, 177:22, 178:20, 178:23, 178:25, 179:3, 179:9, 179:13, 179:15, 180:3, 181:3, 182:2, 185:21, 186:1, 187:6, 187:17, 187:18, 187:19, 187:22, 189:1, 189:3, 189:9, 189:13, 189:15, 189:19, 189:23, 190:19, 190:22,

190:25, 191:1, 191:3, 191:4, 191:7, 191:21, 192:5, 192:13, 193:23, 193:24, 196:22, 197:7, 197:12, 197:24, 197:25, 199:25, 200:3, 200:8, 200:11, 200:21, 201:3, 201:9, 201:15, 202:14, 203:4, 203:6, 203:25, 204:7, 204:21, 205:3, 205:14, 205:16, 205:22, 206:6, 206:14, 206:18, 207:5, 207:20, 207:23, 208:7, 208:11, 208:17, 208:20, 209:2, 210:11, 211:14, 212:18, 212:23, 213:10, 214:1, 214:18, 214:21, 215:3, 215:19, 215:25
**WHITTAKER'S** [11] - 126:18, 148:16, 149:24, 166:1, 178:7, 179:22, 179:23, 181:19, 187:8, 197:5, 208:23
**WHITTAKER-BERMITE** [1] - 202:14
**WHOLE** [1] - 171:11
**WIDESPREAD** [2] - 149:2, 159:10
**WISH** [1] - 138:9
**WITNESS** [16] - 127:7, 127:13, 129:17, 129:21, 129:25, 130:3, 130:17, 130:25, 131:3, 131:18, 131:19, 132:3, 132:4, 151:24
**WITNESS'S** [9] - 130:5, 130:6, 130:8, 130:10, 130:11, 130:13, 141:20, 142:14
**WITNESSES** [16] - 128:1, 129:23, 130:19, 131:13, 131:14, 131:24, 137:4, 137:10, 142:2, 142:9, 151:14, 152:8, 155:21, 161:4,

163:1, 171:12
**WOKE** [1] - 155:5
**WOOD** [3] - 161:5, 161:7, 162:2
**WOOTEN** [1] - 160:12
**WORD** [6] - 142:22, 169:20, 171:8, 190:18, 195:2, 197:15
**WORDS** [6] - 135:8, 159:15, 159:21, 161:1, 166:13, 196:10
**WORDY** [1] - 163:4
**WORKS** [9] - 149:14, 186:8, 186:13, 186:15, 186:19, 186:23, 210:8, 211:10, 212:7
**WORLD** [2] - 151:18, 190:14
**WORSE** [3] - 144:17, 181:4, 181:6
**WORTHWHILE** [1] - 182:9
**WRITE** [1] - 169:19
**WRITING** [7] - 135:23, 154:23, 155:8, 157:17, 161:6, 162:11, 164:3
**WRITTEN** [4] - 135:7, 154:1, 197:2, 200:18

## Y

**YEAR** [3] - 197:5, 199:16, 199:17
**YEARS** [26] - 146:10, 146:13, 146:17, 147:18, 155:4, 155:23, 157:5, 158:18, 162:6, 163:12, 164:11, 165:3, 165:6, 166:2, 166:16, 171:1, 174:1, 176:6, 177:1, 179:11, 179:14, 179:16, 199:17, 199:18, 199:20, 199:24
**YELLOW** [2] - 175:11, 176:18
**YESTERDAY** [2] - 188:11, 188:14
**YOUNGER** [1] - 170:15
**YOURSELF** [2] - 138:10, 182:18
**YOUTUBE** [1] - 136:1

| **Z** |
|---|
| **ZOYD** [4] - 154:3, 154:10, 157:15, 157:17 |