1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3      HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE

4

5   SANTA CLARITA VALLEY WATER AGENCY,     )
                                           )
6                  PLAINTIFF,              )          CASE NO.
                                           )
7          vs.                             )          CV 18-06825-SB
                                           )
8   WHITTAKER CORPORATION, et al.,         )          VOLUME 3
                                           )          PAGES 220 TO 369
9                  DEFENDANTS.             )
    _____)

10

11

12

13              REPORTER'S TRANSCRIPT OF
                     TRIAL DAY 2
14           THURSDAY, NOVEMBER 18, 2021
                     8:07 A.M.
15           LOS ANGELES, CALIFORNIA

16

17

18

19

20

21

22

23   _____

24          MIRANDA ALGORRI, CSR 12743, RPR, CRR
               FEDERAL OFFICIAL COURT REPORTER
               350 WEST 1ST STREET, SUITE 4455
25             LOS ANGELES, CALIFORNIA 90012
                  MIRANDAALGORRI@GMAIL.COM

221

```
 1              APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF:

 4         NOSSAMAN, LLP
           BY:  BYRON P. GEE
 5         BY:  RAVEN MCGUANE
           BY:  PATRICK J. RICHARD
 6         BY:  FRED FUDACZ
           777 South Figueroa Street
 7         34th Floor
           Los Angeles, California 90017
 8

 9         NOSSAMAN, LLP
           BY:  ILSE CHANDALAR SCOTT
10         50 California Street
           34th Floor
11         San Francisco, California 94111

12

13    FOR THE DEFENDANTS:

14         EDLIN GALLAGHER HUIE & BLUM
           BY:  MICHAEL E. GALLAGHER, JR.
15         BY:  FRED M. BLUM
           BY:  DANIEL ERIC TROWBRIDGE
16         500 Washington Street
           Suite 700
17         San Francisco, California 94111

18    ALSO PRESENT:

19         Matt Stone
           Anna Micevych
20         Scott Fryer
           Ron Beaton
21         Eric Lardiere

22

23

24

25
```

1                            **INDEX OF WITNESSES**

2

3    **WITNESSES**                                                    **PAGE**

4    SORSHER, Alan

5            Direct examination by Mr. Richard                    242
             Cross-examination by Mr. Gallagher                   275
6            Redirect examination by Mr. Richard                  281

7

     ABERCROMBIE, Keith
8
             Direct examination by Mr. Gee                         284
9            Cross-examination by Mr. Blum                         342

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 88 | Report | 362 | 362 |
| 89 | Quality Report | 299 | 299 |
| 158 | Site Map | 300 | 300 |
| 445 | Memo Report | 260 | 260 |
| 449 | Handwritten Report | 273 | 273 |
| 460 | Letter | 249 | 249 |
| 471 | Photo | 302 | 302 |
| 489 | Urban Water Management Plan | 295 | 295 |
| 490-A | Settlement Agreement | 317 | 317 |
| 491-A | Water Costs | 337 | 337 |
| 492.1 | Water Costs | 331 | 331 |
| 493-A | Replacement Water Costs | 339 | 339 |
| 494 | Replacement Water Costs | 334 | 334 |
| 501 | Assessment Report | 255 | 255 |
| 505 | Memo | 247 | 247 |
| 1376 | Information Sheet | 343 | 343 |

**THURSDAY, NOVEMBER 18, 2021; 8:07 A.M.**

**LOS ANGELES, CALIFORNIA**

-oOo-

(The following proceedings were held in

open court outside the presence of the jury:)

THE COURT:  Good morning, everyone.  Let's call the case, please.

THE CLERK:  Calling Case No. CV 18-06825-SB, Santa Clarita Valley Water Agency versus Whittaker Corporation, et al.

Counsel, please state your appearances, starting with the plaintiff's counsel.

MR. RICHARD:  Good morning, Your Honor. Patrick Richard.  With me, I have Ms. Scott, Mr. Gee, and our client representative, Matt Stone, and our paralegal Ms. Micevych.

MR. GALLAGHER:  Good morning, Your Honor. Mike Gallagher for Whittaker.  And with me is Daniel Trowbridge and our client representative, Mr. Lardiere.  Mr. Blum is running a few minutes late.  He will be here hopefully shortly.

THE COURT:  Good morning.  We are outside the presence of the jury.

I did receive the challenged exhibits and wanted to go through them in the time that we have before the jury

         1    comes in.  And I will have them brought in at 8:30 whether we

         2    get through it or not.

         3                    So with respect to the first witness

         4    Keith Abercrombie, the Court's tentative is to overrule the

08:09AM  5    objection with respect to the 2015 Well V-201 settlement

         6    agreement.  It is not hearsay, I think obviously not hearsay,

         7    not only because it's a legally operative document but, in all

         8    events, it is a document by Whittaker.  So there is an

         9    exception under the Federal Rules of Evidence.

08:09AM  10                   So let me very briefly see if Whittaker wishes to

        11    be heard on this.

        12                   MR. GALLAGHER:  I tend to agree with Your Honor's

        13    assessment, but it's also completely irrelevant.  It's almost a

        14    stipulated fact by now that we have paid for V-201 perchlorate

08:09AM 15    treatment.

        16                   THE COURT:  All right.  The objection is

        17    overruled.  There's absolutely no prejudice.  I don't expect

        18    the plaintiff to spend more time than they need to.  The

        19    parties have a certain amount of time each, so they should use

08:10AM 20    it wisely.  If they don't, they will just ultimately hurt

        21    themselves in the allocation of time.  And that objection is

        22    preserved.  You need not make the objection again at trial to

        23    preserve it.

        24                   MR. GALLAGHER:  Thank you, Your Honor.

08:10AM 25                   THE COURT:  With regard to 491-A, let's just

1    start there.  This relates also to the subsequent challenged

2    exhibits.  But with regard to Whittaker's objection about never

3    having been given these documents in discovery, when did you

4    first get these documents, Mr. Gallagher?

08:10AM    5              MR. GALLAGHER:  Sorry, Your Honor.  Just before

6    trial.  Maybe weeks before trial.

7              THE COURT:  And the parties have not been shy

8    about filing in limine motions or requesting the Court's

9    attention to address issues between the parties.  This was not

08:11AM    10   one of them, was it?

11             MR. GALLAGHER:  It was not one of them.

12             THE COURT:  All right.  So it's not my intention

13   to adjudicate this dispute at this point.  To the extent that

14   you believe that this was a serious matter, I have little doubt

08:11AM    15   Whittaker would have brought it to the Court's attention, not

16   on the eve of trial but in the context of an in limine motion.

17             That doesn't resolve the matter.  I still need to

18   hear whether there's going to be an adequate foundation for the

19   introduction of this, Exhibit 491-A, as well as the others of a

08:11AM    20   similar nature.

21             So let me hear from you, Mr. Gee, as it appears

22   this is your witness.

23             MR. GEE:  Yes, Your Honor.

24             Those exhibits are really updates of

08:12AM    25   Mr. Abercrombie's declaration that was submitted to Whittaker

1    as part of Mr. Zelikson's expert report.  So Whittaker has

2    had --

3                 THE COURT:  Mr. Gee, I have already resolved that

4    issue.  Focus, please, on the question of foundation.

08:12AM   5                 MR. GEE:  Yes.  We will establish foundation with

6    the witness.

7                 THE COURT:  And just give me a very quick offer

8    of proof as to how this witness is going to be able to testify

9    not only about past cost with respect to replacement and

08:12AM  10    blending but also future costs.

11                 MR. GEE:  Well, Mr. Abercrombie has been -- he

12    has been general manager at a lot of different water agencies.

13    And so the costs -- you know, he is -- has a lot of experience

14    with the cost of different water supplies and the use of

08:13AM  15    different water supplies that are -- that are used by Valencia

16    Water Company, which is where he spent most of his career.  And

17    he's also a project manager.

18                 So what the replacement and blend water are,

19    they're costs that are --

08:13AM  20                 THE COURT:  Let me pause you for a moment here

21    because, as I see it, there are past costs --

22                 MR. GEE:  That's correct.

23                 THE COURT:  -- which are established paid,

24    presumably percipient knowledge costs.

08:13AM  25                 MR. GEE:  Yes, Your Honor.

1          THE COURT:  And then there's future costs.  So

2   does Mr. Abercrombie have percipient knowledge of the

3   historical costs?

4          MR. GEE:  Yes, he does.

08:13AM   5          THE COURT:  And how so?

6          MR. GEE:  He is the Chief Operating Officer for

7   the Santa Clarita Valley Water Agency, and he has been vice

8   president at Valencia Water Company.  So he is actually in

9   charge of knowing how much blend water needs to be inputted.

08:14AM  10   He's the one that signed the NPDES permit that establishes what

11   the quantity of water is.  And he has knowledge through his

12   experience as the general manager and the Chief Operating

13   Officer of the water.

14          THE COURT:  As the Chief Operating Officer, he is

08:14AM  15   familiar with the actual payment for the replacement and the

16   blending?

17          MR. GEE:  We actually went through this during

18   summary judgment, and Whittaker actually contested the fact

19   that these calculations are based on the costs -- the actual

08:14AM  20   cost of purchased water and the amount of purchased water.

21   There is no separate invoice for purchased water that's used

22   for different purposes.

23          THE COURT:  So it's a matter of allocation?

24          MR. GEE:  It's a matter of allocation.

08:15AM  25          THE COURT:  And he has a sufficient foundation to

1  establish the allocation?

2            MR. GEE:  Yes, he does.

3            THE COURT:  What about the future costs?

4            MR. GEE:  For future costs, he has plenty of

08:15AM  5  project management experience.  So future costs are based on --

6  let me back up just a second.

7            The cost of blending water and replacement water

8  are accruing costs.  I mean, they have -- until we install the

9  treatment project, they will be costs that will be accrued.

08:15AM  10  And basically his -- his project experience allows him to

11  estimate how long it would take to install each project.  And

12  he has the knowledge of how much the water costs and he has

13  some project engineering experience.  So he's got plenty of

14  experience on conducting net present value of future cost

08:16AM  15  stream experience.

16            THE COURT:  Mr. Gallagher, why doesn't this

17  really all go to the weight that should be assigned to this

18  evidence?

19            MR. GALLAGHER:  Well, there are a number of

08:16AM  20  issues with 201, Your Honor.  As we discussed the DDW primarily

21  in this permitting issue, as we understand it, the permit is

22  nearly going to be issued.  So the question of whether or not

23  there will be any need for blending water is completely

24  speculative.  The blending water is actually needed so it can

08:16AM  25  be discharged to the river, right, because there are too high

1   of sulfates, too high of TDS.

2           THE COURT:  I can appreciate all of that.  And

3   time is short, so I'm going to have to be very focused here.

4   That appears to me to go to the weight.  It's up to the jury,

08:17AM 5   is it not, for them to decide whether it is ultimately going to

6   be reasonably necessary?

7           MR. GALLAGHER:  It may be, Your Honor.  But an

8   additional fact is there's no need to pump this well and

9   discharge it to the river.  So, in other words, it's

08:17AM 10   speculative.  I don't think it's beneficial to the jury to

11   hear.  I think it's a lot of guesswork, considering the nature

12   and the status of the DDW permit.  If that's something we need

13   to get into, we will get into it.  But I just don't think it's

14   necessary at this time.

08:17AM 15           THE COURT:  I'm not prepared to cut it off.  It

16   appears to me that it does go to the weight that the jury

17   ultimately will assign it.  I do not believe that it is so

18   speculative as you have presented it that the Court should take

19   essentially the issue from the jury.

08:17AM 20           Once the Court has ruled in that fashion,

21   Mr. Gallagher, would you agree that the charts are actually

22   helpful?  All they're going to do is provide in writing what

23   Mr. Abercrombie could ultimately do in a chart right before the

24   jury?

08:18AM 25           MR. GALLAGHER:  I think the problem is it's

1   completely speculative.  So I don't think it helps the jury at

2   all, considering the nature of this well and where it's --

3                    THE COURT:  But that goes back to the argument

4   that I have just ruled upon; correct?

08:18AM   5                    MR. GALLAGHER:  That is true.

6                    THE COURT:  All right.  So with that, if that is

7   the only basis for argument, the Court will allow it, provided

8   there is a proper foundation.

9                    And that, I believe, takes us to -- there are two

08:18AM   10  Tab 6s.  Let me make sure I get the actual exhibit number.  It

11  appears it's Exhibit 1376.  And even though the information I

12  have says exhibits in dispute defendant intends to use, is this

13  an exhibit that the plaintiff intends to introduce?  This is

14  the FTPS blending summary.

08:19AM   15                   MR. GEE:  No, Your Honor.  We're not intending to

16  introduce that exhibit.

17                    THE COURT:  The difficulty I'm having is that the

18  chart that the parties provided to me does not actually

19  correspond to the contents.  So it appears that the exhibit is

08:19AM   20  503.1.  And this is something that you do intend to use?

21                    MR. GEE:  Yes.  Yes, Your Honor.  I'm sorry.  It

22  is a little bit confusing.

23                    THE COURT:  Tell me why I should allow it.  It

24  appears to me that you have not provided the requisite

08:19AM   25  information under Federal Rules of Evidence 1006.  There is no

232

 1    response to that, so I'm taking that as a concession.

 2            MR. GEE:  Actually, we produced the underlying

 3    data for this exhibit, and we just put it in chart form.  As a

 4    matter of fact, this is part -- this is part of our case in

08:20AM  5    chief that the turnout -- turnout information establishes that

 6    it cannot be Whittaker.  So what we did is we basically took

 7    the information that defendants are using to make their case,

 8    and we just put it in a chart form.

 9            THE COURT:  I didn't understand that,

08:20AM  10   Mr. Gallagher.  If that is true, I'm not sure what the argument

 11   is.

 12           MR. GALLAGHER:  I'm actually a little bit

 13   confused by his comment.  We were not provided this

 14   information, this chart in any way, shape, or form through

08:20AM  15   expert discovery.  So it's -- they had time to rebut whatever

 16   arguments we made about turnouts and their misunderstanding or

 17   inability to identify where this came from.  And now at the

 18   11th hour, they have come up with, I feel like, more

 19   information, new information, different information well past

08:21AM  20   expert discovery.

 21           THE COURT:  I can't figure out what the facts are

 22   here in the couple moments that I have.  What I'm hearing

 23   Mr. Gee to say is that they simply took the data that you

 24   provided to them and did nothing more than converted it into a

08:21AM  25   chart form.  Now, I don't know whether that's true or not true.

1    If it's true, you would have no dispute presumably.  If it's

2    not true, you would have a dispute.

3              MR. GALLAGHER:  It's not true.  It's their data.

4    It's not our data.

08:21AM   5              THE COURT:  Mr. Gee, did I misunderstand you?

6              MR. GEE:  Yes, you did, Your Honor.  It's data

7    that we provided to Whittaker and Whittaker is using as

8    their -- as basically case in chief in their defense.

9              THE COURT:  So this is based upon data that you

08:21AM  10    provided fully and just now have put into a chart form in,

11    essentially, rebuttal to what you expect Whittaker intends to

12    do with the data?

13              MR. GEE:  Yes, Your Honor.

14              THE COURT:  All right.  Mr. Gallagher, is that

08:22AM  15    factual or not factual?

16              MR. GALLAGHER:  We respectfully disagree.  We

17    asked for this data numerous times.  It was incomplete.  Now

18    all of a sudden we get this complete set of data in now a chart

19    form.

08:22AM  20              THE COURT:  Here's what I'm going to do.  I can't

21    figure this out on the spot.  You both are telling me different

22    things factually.  You're ordered to meet and confer, Mr. Gee,

23    in person with Mr. Gallagher and you're to provide him

24    precisely with the data.  You are to demonstrate to him how you

08:22AM  25    came to make this chart precisely so he has as much information

1    as you do with respect to this chart.

2                In the meantime, the motion to exclude it is

3    granted, subject to the Court revisiting the issue.  So you're

4    not to use this document with Mr. Abercrombie until the Court

08:22AM   5    has further information.

6                Then moving on to Exhibit 231 with

7    Mr. Abercrombie, the Court is inclined to allow this.  I don't

8    see the prejudice here in allowing this.

9                Let me hear from -- I think it's the plaintiff

08:23AM   10   who is objecting to this.  This is the information sheet by SCV

11   Water, and it refers to the water being potable because it

12   meets drinking water standards.  That is obviously going to be

13   an issue, it seems to me, in this case, particularly in

14   connection with damages-type issues.  And I don't see anything

08:23AM   15   in here that would seem to qualify in the nature of character

16   evidence or, as I see it, 403 evidence.

17                Who is addressing this?  Mr. Gee?

18                MR. GEE:  Yes, Your Honor.  I will have to go --

19   I will have to argue this based on your description because we

08:24AM   20   don't have that in our chart.  It is the press release related

21   to V-201 NPDES permit.  I have no objections to it.

22                THE COURT:  It's, as I just read it, information

23   sheet Well V-201 NPDES exceedance.  It has a couple of

24   attachments.  And the objection that you made that you provided

08:24AM   25   to the Court was that this is objectionable because it's

irrelevant, prejudicial, with no probative value.  That's what

you objected.  Are you withdrawing your objection?

          MR. GEE:  I don't think we have the right

exhibit number.

08:25AM          No, actually, thinking about the document, what

the press release basically indicates is that the -- I think

the -- what the exhibit does is it is confusing to the jury

because basically Santa Clarita Valley Water Agency does not

determine what is safe to drink and what is not safe to drink.

08:25AM That is the purview of DDW.

          THE COURT:  You can explain that to the jury with

witnesses, can't you?

          MR. GEE:  Yes.

          THE COURT:  All right.  The objection is

08:25AM overruled.

          You have preserved your objection.  You need not

make it again.

          MR. GALLAGHER:  Your Honor, if I may just to

clarify, it was our Exhibit 1376.  So counsel has it.

08:25AM          THE COURT:  All right.  We are moving on.

          And we're now at Alan Sorsher.  With regard to

Exhibit 459, apparently this is simply being marked for

identification.  So with that, it doesn't appear to me that

there's anything to rule on.

08:26AM          I will say this.  The Court learned a good deal

08:26AM

of information yesterday in the opening statements that very

well may affect the Court's calculation of the 403 issues that

have been so frequently discussed in this case, at least as of

late, and in the in limine motions regarding waste disposal

practices, waste sites and the like.

It was my understanding that Whittaker was making

an attempt to keep the evidence very focused on TCE, PCE, and

perchlorate.  And I saw yesterday that in the opening statement

there was a lot of information that was presented to the jury

08:27AM

without objection by stipulation with respect to a number of

these documents that refer to indiscriminate dumping, that

refers to mystery memos, that refers to numerous sites on the

Whittaker site building by building where there was

indiscriminate dumping and things of that nature, that the

08:27AM

Hula Bowl is a disaster area, all illegal industrial and

sanitary waste must be removed, on and on and on.

And in the context of what Whittaker had

understood to be undisputed evidence that would come in, I'm

going to have to better understand why the Court would exclude

08:27AM

the evidence that's already been admitted or will be admitted

without objection.

So I don't have time to go through this now.

It's 8:28.  We're going to have the jury come in in two

minutes.  This is not an open invitation to the plaintiff to

08:28AM

just simply produce anything they want.  If they produce any of

the references to criminal conduct or search warrants, there's going to be severe consequences.

With regard to the Court's general direction, I still expect, Mr. Richard, that you are going to comply with it.  If you are presenting a document and offering it in, the Court is not going to be able on the fly or even after looking at these documents, which are multipage documents with a lot in there without context, for me to be able to make an informed judgment as to whether or not there is a serious nexus between the claims in this case and the activities and the consequences of the activities at the Whittaker site.

And so I am going to simply hold you to the direction that I gave you.  And if I find out that you've taken liberties with it, I will have to address it and I will address it.

But what I can tell the parties is that right now from the Whittaker side of the aisle here is that I'm no longer inclined to try to slice it and dice it as I was doing previously.  I don't think I was intentionally misled.  But it would have been helpful for the Court to know from Whittaker that it had not objected to almost all of this evidence that the Court was focused on as being a 403 concern.

And I appreciate your acknowledging it nonverbally, Mr. Gallagher.  And I hope the parties will take that into account.  This is, again, just another example of

1    where the parties have me chasing after a certain issue without

2    disclosing the really key relevant stuff that enables me to

3    make an informed judgment.  And I spend a lot of time, a lot of

4    energy trying to get it right based upon what the parties

08:30AM    5    present, only to have the carpet or the rug pulled out right

6    from under me when I find out more information.

7               So I'm going to assume that you did this in good

8    faith and this was not in bad faith.  But I'm not going to

9    continue to give the parties the benefit of the doubt.  And I

08:30AM   10    am going to have to start to address what I perceive

11    potentially as being misconduct by the parties.

12               MR. GALLAGHER:  Understood, Your Honor.

13               THE COURT:  With that, that's as far as I can go.

14    We are going to bring in the jury if they are ready.

08:30AM   15               THE CLERK:  Yes, they are.

16               THE COURT:  All right.  Let's bring them in,

17    please.

18               (The following proceedings were held in

19               open court in the presence of the jury:)

08:31AM   20               THE COURT:  Please be seated.

21               We are on the record in Santa Clarita Valley

22    Water Agency versus Whittaker.  And we have all counsel present

23    and their representatives at counsel table, and we are also

24    joined by the jury.

08:31AM   25               Good morning, ladies and gentlemen.

1          As you recall, you listened to opening statements

2     yesterday by both parties.  And at this time, you will start to

3     hear evidence.  We are in the plaintiff's case in chief.  And

4     so the plaintiff will start calling witnesses.

08:31AM   5          And, Mr. Richard, who is your first witness?

6          MR. RICHARD:  Yes, Your Honor.  I believe we have

7     arranged for the Zoom call that we had advised the Court.  I

8     didn't have a chance in the last few minutes --

9          THE CLERK:  Didn't tell me.

08:32AM  10          THE COURT:  I am unaware of a Zoom call, so maybe

11     you can call another witness, please.

12          MR. RICHARD:  Okay.

13          THE COURT:  Are you able to do that, Mr. Richard,

14     or is that a problem?

08:32AM  15          MR. RICHARD:  We have another witness, but we

16     have a witness waiting.  It was Mr. Sorsher, the father with

17     the health issues, Your Honor.  We had advised counsel and the

18     Court.  I thought this had been set up, but my apologies.

19          THE COURT:  No, no.  It's not your fault.  Do we

08:32AM  20     have the Zoom call set?

21          THE CLERK:  I don't, Your Honor.  I wasn't aware

22     of it this morning.

23          MR. RICHARD:  He has the link.  Again, my

24     apologies.

08:32AM  25          THE COURT:  Well, we are just going to have to

```
 1  just work around this.  The Court's apologies to the parties.

 2              THE CLERK:  It will take me two minutes, Judge.

 3  Two or three minutes.

 4              THE COURT:  All right.  Just a couple minutes.  I

 5  think we can accommodate that.

 6              MR. RICHARD:  Thank you.  Again, Your Honor, my

 7  apologies.

 8              THE COURT:  It's all right.

 9              And while you're arranging that, let me just

10  address the jury and place this on the record as well.

11              Each of you has been provided, I believe, with

12  the stipulation of facts in this case.  The lawyers were good

13  enough to have them copied so that you can all have your own

14  copies.  You are free to hold on to those copies and keep them

15  along with your notebooks.  I do not intend to retrieve them.

16              If you prefer, if you want to leave them in the

17  jury room rather than carrying them with you, that's fine as

18  well.  But you're free to keep them with you along with your

19  notebooks.

20              MR. RICHARD:  Can I step up to the podium,

21  Your Honor?

22              THE COURT:  You may.

23              MR. RICHARD:  With optimism that we will be able

24  to connect with Mr. Sorsher.

25              THE COURT:  Yes.
```

08:32AM (line 5)
08:33AM (line 10)
08:34AM (line 15)
08:34AM (line 20)
08:34AM (line 25)

```
 1              THE CLERK:  Good morning, Mr. Sorsher.  This is
 2   the clerk speaking, Victor Cruz.  Can you hear me?
 3              Good morning, Mr. Sorsher.  This is the clerk
 4   speaking.  Are you able to hear me?  If you are, please unmute
 5   yourself and turn on your video.
 6              Good morning, Mr. Sorsher.  This is the clerk
 7   speaking.  Are you able to hear me?
 8              MR. RICHARD:  I'm advised that Mr. Sorsher cannot
 9   hear the courtroom deputy clerk.
10              THE COURT:  We're going to give it one more try
11   and hopefully this will work.
12              MR. RICHARD:  I understand, Your Honor.  We will
13   call our next witness if we need to.
14              THE CLERK:  Good morning, Mr. Sorsher.  This is
15   the clerk speaking.  Are you able to hear me?
16              THE COURT:  All right.  Mr. Sorsher, you are
17   actually being heard in the courtroom.  So please just first
18   acknowledge that you are Alan Sorsher.
19              MR. SORSHER:  Alan Sorsher, yes.
20              THE COURT:  All right.  You are in the courtroom
21   and we are going to proceed now with your testimony.  Before we
22   do so, are you present by yourself?
23              MR. SORSHER:  Yes, I am.
24              THE COURT:  There is no one else in the room
25   where you are?
```

08:36AM (line 5)
08:38AM (line 10)
08:39AM (line 15)
08:39AM (line 20)
08:39AM (line 25)

```
 1              MR. SORSHER:  That's correct.
 2              THE COURT:  All right.  Let's go ahead and
 3     proceed.  Let's have him sworn in.
 4              THE CLERK:  Mr. Sorsher, could you please turn on
 5     your video?  Would you please raise your right hand to be
 6     sworn, sir.
 7              Sir, do you solemnly swear that the testimony you
 8     shall give in the cause now before this Court shall be the
 9     truth, the whole truth, and nothing but the truth, so help you
10     God?
11              THE WITNESS:  I do.
12              THE CLERK:  Sir, for the record, would you please
13     state your name and then spell your last name.
14              THE WITNESS:  Alan Sorsher, S-o-r-s-h-e-r.
15              THE CLERK:  Thank you.
16              THE COURT:  Mr. Richard.
17              MR. RICHARD:  Thank you very much, Your Honor.
18                        ALAN SORSHER,
19              CALLED BY THE PLAINTIFF, WAS SWORN.
20                      DIRECT EXAMINATION
21     BY MR. RICHARD:
22          Q    Good morning, Mr. Sorsher.  Can you hear me okay?
23          A    Yes.
24          Q    Let's get right to it.  Can you tell us at some
25     point did you work for what became known as the California
```

08:40AM (lines 5, 10, 15, 20, 25)

1    Department of Toxic Substances Control?

2          A      Yes.

3          Q      And when did you start there?

4          A      About -- I believe it was June of 1984.

08:41AM  5          Q      And how long did you work with the toxic

6    substances division?

7          A      Until December 1995, I believe.  It was -- yeah.

8    11 years plus a few months.

9          Q      And then where did you work, sir?

08:41AM  10          A      I transferred to the Department of Health

11    Services Drinking Water Field Operations Branch program.

12          Q      When was that?

13          A      That started in January of 1996.

14          Q      And what was your position or positions when you

08:41AM  15    were with the toxic substances division from '84 until the end

16    of '95?

17          A      I started off -- I believe I was waste management

18    engineer.  Then I was promoted to associate waste management

19    engineer after I got my PE license.  And then I was promoted to

08:42AM  20    senior waste management engineer, which was first level

21    supervisory position.

22          Q      You mentioned something called a PE license.  Can

23    you briefly tell us what that is?

24          A      Well, I've had one attorney liken it to passing

08:42AM  25    the bar.  I had to have a certain amount of experience.  There

1    was a -- an eight-hour engineering fundamentals exam you had to

2    pass.  And then if you passed the fundamentals, you took the

3    licensing exam in your specialty area.  Mine was chemical

4    engineering.

08:42AM  5            Q       Thank you.

6                    I was just asking if you can tell the jury what

7    PE stands for.

8            A       Oh, I'm sorry.  Professional engineer.

9            Q       Okay.  Thank you.

08:43AM  10                   And can you very briefly describe your

11   educational background and tell us how you came to be an

12   environmental engineer.

13           A       Well, I -- I had a degree, Bachelor of Science

14   degree in chemical engineering, Polytechnic Institute of

08:43AM  15   Brooklyn, which at a time later merged with NYU.  I had several

16   other positions until 1984.  I was always involved with liquid

17   solid separations or corrosion resistant materials equipment.

18   And then in 1984, I was hired by the Toxic Substances Control

19   division.

08:43AM  20           Q       Okay.  And at some point did you have

21   responsibility while you were with the DTSC -- did you have

22   some responsibility for the Bermite-Whittaker site?

23           A       Yes, I did.

24           Q       And how did that come about?

08:44AM  25           A       Well, each of us was assigned certain facilities

1    to oversee, regulate.  And I was given the Bermite facility at

2    one point.

3         Q    And can you briefly describe your

4    responsibilities when you first became assigned to that site,

08:44AM   5    sir?

6         A    Yes.  They were undergoing what we called a RCRA

7    closure, which means they had to close certain regulated units

8    that were regulated under RCRA, Resource Conservation and

9    Recovery Act.  It was a federal law with a state analog of

08:45AM  10    that.  And so they were -- they were undergoing closure because

11    they had ceased operations.

12         Q    So I think you just answered my next question.

13    How would you describe the status of the Whittaker site at that

14    time?

08:45AM  15              MR. GALLAGHER:  Objection, Your Honor.  Lacks

16    foundation.

17              THE COURT:  Sustained.

18         Q    BY MR. RICHARD:  All right.  Did you become

19    familiar with this site after it was assigned to you and review

08:45AM  20    plans related to what you just described as their closure plan?

21         A    Yes.  I reviewed their closure plan, and I

22    visited the site a number of times.

23         Q    And did you speak to anyone from Whittaker in the

24    course of your duties for DTSC?

08:45AM  25         A    My main contact was their environmental

consultant, Norman Wenck, and his company.  There was also

several Whittaker employees still on the payroll at the time,

although the facility was mainly shut down and they were in

closure.

08:46AM

Q       Okay.  And what do you mean when you say they

were in closure?

A       Well, they would -- they were trying to achieve

what we call clean closure.  They were looking to sell the

property.

08:46AM

Q       And can you tell -- go ahead.

A       Closure -- clean closure is when they remove all

hazardous waste constituents and confirm that there is no --

nothing left there that might endanger future uses of the

property.  And if that's the case, then they have unrestricted

08:46AM

use of the property versus restricted use if they leave

hazardous waste constituents in place.

Q       And is that called a closure in place?

A       You could call that a closure in place or a

landfill-type closure where they have to make sure that nothing

08:47AM

escapes from the site and they have to continue maintaining the

controls and monitoring indefinitely.

Q       And so what was your role at the time on these

closure of these -- what did you call them?  RCRA waste

management units?

08:47AM

A       Yes.  My role was to review their plan of closure

1    and oversee it.  And then, you know, if they achieved closure,

2    that they would get a letter from the department acknowledging

3    the clean closure.

4        Q      Okay.  I would like to show you what the parties

08:47AM 5    have stipulated may be presented.  It's trial Exhibit 505, a

6    letter from Norman Wenck, May 1st, 1987.

7        MR. RICHARD:  May we publish this, Your Honor?

8        THE COURT:  Yes.  You need not request

9    publication if you notify the Court that it is a stipulated

08:48AM 10    exhibit.

11        MR. RICHARD:  Thank you, Your Honor.

12       (Marked for identification and received

13       into evidence Exhibit No. 505.)

14        Q      BY MR. RICHARD:  Do you have Exhibit 505,

08:48AM 15    Mr. Sorsher?

16        A      505.  I'm not sure what one that is referring to.

17        MR. RICHARD:  Mr. Cruz, can we --

18        THE CLERK:  Yes.  I have 505.  That's the May

19    letter.

08:48AM 20        MR. RICHARD:  It might be helpful, Your Honor, if

21    my assistant, Ms. Micevych, was promoted to, I think, panelist

22    or somehow she can share her screen and we can do this

23    electronically and perhaps move it along.  That is my extent of

24    my knowledge of what it would take.

08:49AM 25        THE CLERK:  I will do that now.

```
 1                    THE COURT:  Please.

 2                    MR. RICHARD:  Thank you.

 3           Q       So you have a hard copy of Exhibit 505, sir?

 4           A       Yes, I do.

 5           Q       While we are connecting so the jury can follow

 6      along -- there we go.  So this is a letter to -- you're one of

 7      the recipients, May 1st, 1987?

 8           A       Yes.

 9           Q       And that's where you worked at the time?

10           A       Yes.

11           Q       Did your office move at some point?  It looks

12      like you were in Downtown L.A. at this time.

13           A       Yes.  I believe in 1989 after the earthquake, we

14      moved to an office in Burbank on San Fernando Road.  And then

15      about two years later, the lease was up and we moved to our --

16      an office space in Glendale on Grandview, I believe.

17           Q       So you had an office in Glendale at some point in

18      1991?

19           A       I'm not sure exactly when we moved.  I think it

20      was '91, maybe '92, but early '90s we were in Glendale.

21           Q       Okay.  And this Exhibit 505 that you have in

22      front of you, it's from Norman Wenck, and that's the fellow you

23      mentioned that you spoke to a number of times?  He worked with

24      Whittaker; is that right?

25           A       That's correct.
```

08:49AM (line 5)
08:49AM (line 10)
08:50AM (line 15)
08:50AM (line 20)
08:50AM (line 25)

```
        1        Q        And did you also meet with him from time to time?

        2        A        Yes.  I met with him maybe, I don't know,

              somewhere between six and 20 times over the years -- several

        4     years.

08:51AM 5        Q        Okay.  At some point you said that you visited

        6     the site; is that right?

        7        A        Yes.

        8        Q        Was that in 1987?

        9        A        I'm sure I was there in '87.

08:51AM 10       Q        Okay.  Do you have Exhibit 460, sir?  It's a

       11     letter from July 7, 1987, that the parties have also stipulated

       12     to.

       13              (Marked for identification and received

       14                 into evidence Exhibit No. 460.)

08:51AM 15                THE WITNESS:  I believe I have that.  But if you

       16     have it on the screen, it would be easier.

       17                 Yeah.  I see it.

       18       Q        BY MR. RICHARD:  Okay.  And this is another

       19     letter.  This one is just to you from Mr. Wenck; is that right?

08:51AM 20       A        Yes.

       21       Q        He refers -- it looks like you had a meeting on

       22     June 1st, 1987.  Do you see that?

       23       A        Yes, I do.  Correct.

       24       Q        At the bottom of the page, he refers to something

08:52AM 25     you just mentioned.  Do you see where he says, "It is requested
```

1    that permission be granted for clean closure of these units and

2    permission be granted for disposition of these units"?

3        A    Yes.  I see that.

4        Q    So is it fair to say that in July 1987, Whittaker

08:52AM    5    was attempting to obtain a clean closure?

6        A    Yes.  It also refers to five units.  It doesn't,

7    you know -- they had several above-ground storage units and

8    burning cages, pans and rails that were fairly easy to see that

9    they would -- you know, it was not a result -- it was not a

08:52AM   10    risk to the environment.  So I think we closed -- we granted

11    clean closure to those units but not the other units.

12        Q    And did those other units include impoundments at

13    the Whittaker site?

14        A    Yes.  They had listed with EPA two surface

08:53AM   15    impoundments known as the 317 impoundment and a 342

16    impoundment.

17        Q    And, sir, what's an impoundment in this context?

18        A    It's kind of -- it can be thought of as kind of a

19    pool for storing liquid waste.

08:53AM   20        Q    And at the time of -- in mid 1987, what was the

21    status of your discussions regarding the surface pond at --

22    what you referred to as the 317 pond?

23        A    Well, they had removed it on their own before

24    they had an approved closure plan.  I believe they did that in

08:54AM   25    1983.  And they were trying to prove to us that there was no

hazardous waste constituents left to impact the environment.

In order to do that, they would have to prove that, you know, they had removed all hazardous waste and constituents from the soil and that there was no impact to the groundwater around -- beneath and around that impoundment.

Q       And had they done -- had they made that showing to you and DTSC as of July 1987?

A       No, they had not.

Q       And for these RCRA units that you mentioned, how were those identified?  Who decides where the RCRA units are?  Who did at the time?  Is that you or someone else?

A       Well, in 1981, you know, as the RCRA law was passed, then the regulations were promulgated, they had to register -- they had to fill out what they call a RCRA Card A which kind of describes the RCRA units they had in existence at that time.  And that's -- I believe that's where that initial description came from.

Q       So it's Whittaker that identifies for the environmental regulators the RCRA units on their site?

A       Yeah.  That were -- those were the ones that were in operation or in existence at the time those regulations went into effect.

Q       Okay.  And we saw in Exhibit 505 a reference to a Gordon Louttit as one of the folks who was copied.  Do you know who Gordon Louttit was?

1      A      Yes.  He was a vice president, counsel for

2  Whittaker.  I only met with him maybe two or three times,

3  maybe -- you know, much less frequently than Norman Wenck.

4      Q      Okay.  Did you ever meet a Mr. John Peloquin?

08:56AM  5      A      I believe I met him once or twice.  My memory is

6  pretty cloudy on that.

7      Q      Okay.  Did you tour the site with Mr. Peloquin at

8  some point in June or July 1987?

9      A      I believe I did.

08:56AM  10     Q      Do you remember who led that tour from Whittaker?

11     A      Well, it was Peloquin and Glen Abdinor I think

12  was present.  I'm not sure.  It was so long ago.

13     Q      What's your understanding of what that visit was?

14  What was your purpose of that visit in July 1987?

08:57AM  15     A      Well, that particular visit was as part of U.S.

16  EPA's RCRA facility assessment.  You know, there was this

17  additional request for historic waste management units that had

18  not been captured under the original RCRA regulations.  So we

19  were going through the facility and kind of on a tour for a day

08:57AM  20  or two there.

21     Q      To identify what?  Say that again.  What was the

22  facility assessment?  What was the purpose of that?

23     A      We were trying to find or identify additional

24  areas of historical waste management that had not been captured

08:58AM  25  under the original RCRA regulations from 1981.

1    Q       And typically would those areas include

2    landfills?

3    A       It could include landfills.  Anything else that

4    had been shut down before the regulations went into effect.

08:58AM    5    Q       Okay.  So in the -- and how long did you work

6    with Whittaker on their closure of these various waste

7    management units?

8    A       Oh, it was a number of years.  They had quite a

9    bit of difficulty with the surface impoundments.  And, you

08:58AM   10    know, as I said, then I was promoted to another position within

11    the department.  And then in June '96, I left for the drinking

12    water program altogether.  So I kind of lost track of it.

13    Q       Sure.

14            And what do you mean when you say or when you

08:58AM   15    testify that they had quite a bit of difficulty with the

16    impoundments?

17    A       Well, especially the 317 impoundment, which

18    was -- they identified that and described it as about

19    30,000 gallons.  It was located up on a hill, as I recall.  And

08:59AM   20    they were required to prove that there was no groundwater

21    contamination from that impoundment.

22            So because they had built the impoundment up on

23    top of the hill, they had to drill these deep wells.  You know,

24    we were requiring them to drill deep wells.  And the nature of

08:59AM   25    the soils there was difficult for drilling.  And so we went

back and forth with them for a number of years.  And finally, I

guess there was -- we pretty much told them what they had to

do.  We kept waiting for them to come up with a good plan, but

you know, I guess the -- us and the department and the U.S. EPA

09:00AM  finally sent them an order telling them what to do.

Q       Okay.  Before we get to that, sir, you mentioned

that they were required to answer certain questions as part of

that closure and Part A application process with the EPA.

Did you ever receive a copy of responses from

09:00AM  Whittaker to the EPA describing their various waste management

units?

A       Well, I don't know if you're referring to the

closure plan or their solid waste --

THE COURT:  One second.  One second, please.  You

09:01AM  need to repeat your answer because you cut out.

THE WITNESS:  Okay.  I was wondering if

Mr. Richards was referring to the RCRA closure plan or the

additional plan or the additional information that they --

MR. RICHARD:  Yes.  So let me clarify.

09:01AM  Q       At some point, did you receive additional

information from Whittaker regarding their solid waste

management units?

A       Yes, I did.

Q       Okay.  Is there a shorthand phrase for solid

09:01AM  waste management units?

1      A      Well, the abbreviation SWMU, which we call *SWMU*.

2      Q      That's a phrase you used at the time?

3      A      Yeah.  It was common usage at the time.

4      Q      I'm afraid I'm going to say smurfs, but I'll try

09:01AM   5   to stick with SWMU.

6            Can you take a look at Exhibit 501?  It's a

7   letter -- again, stipulated between the parties -- dated

8   August 25th, 1988.

9            (Marked for identification and received

09:02AM  10           into evidence Exhibit No. 501.)

11      Q      BY MR. RICHARD:  Do you have that handy, sir?

12      A      I have that, but I also see it on the screen.

13      Q      Let's go with the screen.

14            Is this a letter that you were copied on in

09:02AM  15   August 1988?

16      A      Yes.  My name is at the bottom of that letter.

17   And also, it's on Whittaker letterhead.

18      Q      And do you know in this time frame, 1987/1988

19   whether Whittaker was still seeking approval for what you

09:02AM  20   described as a clean closure?

21      A      Yeah.  They were still seeking approval for their

22   RCRA units.  But, you know, these were in addition to their

23   RCRA units.

24      Q      And this letter is from whom?

09:02AM  25      A      Gordon Louttit.

1      Q        Are you familiar with this type of document, sir?

2      A        I'm not sure what you mean by "this type of

3   document."  It's just a cover letter.

4      Q        Okay.

09:03AM   5      A        For a report.

6      Q        Sure.  I will clarify.

7               If you can turn to page 2.

8      A        Okay.  That's the certification that they were

9   supposed to sign.

09:03AM   10      Q        That was my question.  Are you familiar with

11   certifications for the SWMU response letters from the

12   businesses that had these issues?

13      A        I don't know if I actually worked on any others

14   that had RCRA facility assessments.  But in general, we were

09:03AM   15   relying on these facilities, these businesses, to tell us the

16   truth and be complete and be forthcoming because we basically

17   did not have resources or personnel to be out there 24 hours a

18   day, seven days a week, 365 days a year.  So we pretty much

19   relied on them to submit documents under penalty of perjury.

09:04AM   20      Q        Okay.  Did you say you rely on them to tell the

21   truth?  I missed the first part.

22      A        Yes, I did.

23      Q        Okay.  And if you could turn to the next page of

24   Exhibit 501.  It's called "Documentation Report, Solid Waste

09:04AM   25   Management Units."

```
 1      A       Yes.

 2      Q       So this is the document that Whittaker certified

 3  was true and correct?

 4      A       Yes.

 5      Q       And if you could turn to the next page of

 6  Exhibit 501.  It's called "Table 1, units which were present at

 7  the facility."

 8      A       Yes.

 9      Q       And the first type of unit is what, sir?

10      A       It says landfill.

11      Q       Okay.  And then if we turn to -- it says, yes,

12  they had landfills.  And the comment says go to Table 2.1.

13      A       Correct.

14      Q       That's page 6 of this document.

15              Can you tell us the significance of this table

16  regarding landfills, where it says, "Detailed information on

17  units which were present"?

18      A       Well, it's basically saying that this is what we

19  had present and these were the landfill units present.

20      Q       And is this the portion of the document where you

21  would have expected Whittaker in 1988 to identify the landfills

22  that had been present -- that were present at the site?

23      A       Yes.

24      Q       And so, if we go down and they talk about

25  location of unit and they identify Hula Bowl and East Fork and
```

1   they refer to some figures, do you see that?

2          A       Yes.  Yes.  I would like to say, also, at this

3   point that, when they submitted this document, they combined

4   their RCRA units with the SWMU.  It kind of made the document

09:06AM  5   larger and it kind of made it less clear what was going on.

6          Q       Okay.  With respect to -- you had the opportunity

7   to talk to Whittaker after 1988 about this document?

8          A       I believe so, but I don't recall any specific.

9   We did have meetings over the years with them.

09:06AM  10          Q       Okay.  And under the -- we see "Capacity."  Do

11   you see that for the three landfills that they identify,

12   Hula Bowl 1, Hula Bowl 2, East Fork?

13          A       Yes.

14          Q       And it says "Units closed"?

09:07AM  15          A       Yes.

16          Q       Can you tell us what that means?  What did that

17   mean at the time?

18          A       Well, again, this was a document prepared by

19   their side.  So as far as they were concerned, it was not -- it

09:07AM  20   was closed.  It was not an issue.

21          Q       And Whittaker described at the time in this

22   document -- it says "Description of materials."  Is that where

23   you would expect them to describe what was actually in those

24   three landfills?

09:07AM  25          A       Yes, I would.

1      Q       And under the question, "Are materials considered

2   hazardous," what was the answer?

3      A       They said, "No."

4      Q       And under the question as to where there were

09:07AM   5   releases, the answer was?

6      A       They said, "None."

7      Q       And if that was true, if there were no hazardous

8   substances and no hazardous substances released at the

9   Hula Bowl, then there were -- there's a reference to corrective

09:07AM   10   action.  Would corrective action be needed if there was no

11   hazardous releases?

12      A       That's true.

13      Q       I mean, typically at the time, if there were

14   releases of hazardous substances, then would you expect there

09:08AM   15   to be corrective action?

16      A       Well, if there was suspicion of releases, the

17   next step would have been a RCRA facility assessment to

18   determine the nature and extent of the releases.  And then they

19   would have had to come up with a plan to remediate those

09:08AM   20   releases.

21      Q       And at some point in time after 1988, did you

22   learn that there were more than three landfills that Whittaker

23   had described as no hazardous materials, no hazardous releases,

24   and no corrective action needed?

09:08AM   25      A       Yes.  I -- in March of 1991, I received what I

1    call a mystery memo because we don't know who sent it in.  It

2    came in anonymously.

3         Q     It came in to whom, sir?

4         A     It came to me.  It was mailed to my office.

09:09AM  5         Q     And who dubbed it "the mystery memo"?

6         A     I don't know.  Maybe I did.  Or, you know -- I

7    discussed it initially with the local staff counsel because it

8    had been -- it had stated confidential, attorney-client and he

9    said, no, it's not.  So he sent a copy of it up to our legal

09:09AM  10   headquarters people in Sacramento.  And I also prepared a cover

11   memo for that, describing what had happened on that day.

12        Q     Okay.  So if we could look at what the parties

13   have stipulated to as Exhibit 445.

14         (Marked for identification and received

09:09AM  15         into evidence Exhibit No. 445.)

16        Q     BY MR. RICHARD:  If you could tell us, this memo

17   is dated -- it's to Whittaker Corporation from Wenck

18   Associates.  It's dated June 22, 1987, regarding investigation

19   of landfills on Bermite facility through June 19th, 1987.  Is

09:10AM  20   this what you referred to as the mystery memo?

21        A     That's correct.  I believe it was nine pages or

22   so.

23        Q     And you did not receive this memo until when?

24        A     I believe it was March 8, 1991.  We were in the

09:10AM  25   Burbank office.

1      Q      Okay.  Before we go through it line by line, you

2   read this memo at the time as you described and you talked to a

3   number of people within the department.  After you had read

4   this, can you just give us a big picture sense of the

09:11AM   5   significance of this mystery memo at the time you received it

6   and read it?

7      A      Well, it was a sense of kind of shock and

8   surprise because their 1988 submittal was saying how innocuous

9   the site was.  And so, you know, not a lot of attention was put

09:11AM  10   on it.  And now in 1991, I get this other memo which is saying

11   they found all these things there.  They were digging this

12   stuff up basically behind my back.  So there was a sense of a

13   little bit of shock and surprise about it.

14      Q      Okay.  Let's go through it, then, a little bit.

09:11AM  15      By the way, when you say the 1988 memo, that's

16   the document we just looked at, you said something about

17   innocuous so we didn't focus on it.  Can you explain what you

18   meant by that?

19      A      Yeah.  Well, you know, in their list on their

09:11AM  20   hazardous, I think it was Table 2-1, they said there was only

21   metals and scrap paper and other inert harmless materials were

22   found.  So that -- that painted a picture that, you know, this

23   was all innocuous.

24      Q      And then in this document just on page 1, if we

09:12AM  25   could look at the paragraph that begins -- I don't know if you

```
 1    can enlarge or just highlight -- "the landfills have been

 2    found."  Super.

 3         A    Yes.

 4         Q    And --

 5         A    In the bottoms.

 6         Q    Go ahead.

 7         A    Well, I was just reading it.  Everybody can read

 8    it.  "The landfills have been found in the bottoms and on the

 9    sides of valleys and embankments.  The fill to cover up the

10    landfills has come from the nearby hillsides.  The estimated

11    volume of the individual landfills has varied from a few tons

12    of cubic yards to approximately 35,000 cubic yards."

13              The use of the landfills, evidently, was anywhere

14    from one day to possibly 40 years or more.

15         Q    And why --

16         A    Bermite had been in business since 1904, I

17    believe.  Quite a few years.

18         Q    The next paragraph states, "The materials" -- do

19    you see that?

20         A    Yeah.

21         Q    "The materials that have been found in the

22    landfills has varied from inert metal, scrap," which you just

23    told us about, "to liquid and solid hazardous wastes."

24         A    Yes.

25         Q    Had you and the EPA been told by Whittaker in
```

```
 1    1987 or 1988 about liquid and solid hazardous wastes in those

 2    landfills?

 3         A     No.

 4         Q     And we see a couple other references to hazardous

 5    wastes and the removal of those from landfills.  Do you believe

 6    you had been told about that in 1987 or 1988?

 7         A     No.  I don't believe I had.

 8         Q     And in this context, can you explain for us what

 9    "inert" means, when it talks about inert scrap?

10         A     "Inert" means something that's not reactive,

11    that's going to basically stay in its own condition.  For

12    example, steel metal would -- well, it turns to rust but that's

13    about it, versus something that might explode or be toxic.

14         Q     Okay.  If you could go to the next page of

15    Exhibit 445, this mystery memo that you received in March 1991.

16    There's a paragraph in the middle of the page.  "The percentage

17    of hazardous wastes that have been found in each landfill site

18    has varied from an estimated 1 percent to approximately

19    85 percent."

20               Do you see that?

21         A     Yes.

22         Q     The same paragraph goes on to talk about --

23    refers to hazardous waste again and concludes, "On average,

24    about five drums per day have been discovered over the last

25    month."
```

1       Was that information significant to you when you

2  received it in 1991?

3       A       Yeah.  It was kind of, like, wow.  You know, five

4  drums per day, that would be, like -- times 30 days in a month,

09:15AM  5  that would be 150 drums.  That's a lot of drums.  And, you

6  know, that's only one month.  You know, I don't know how long

7  they have been doing this exploration.

8       Q       They hadn't told you about this in 1987 or 1988?

9       A       That's correct.

09:15AM  10       Q       And the conclusion of this part of the mystery

11  memo, that paragraph begins, "Further investigation and

12  characterization of the known and potential landfills is

13  necessary in order to feel confident that a good faith effort

14  has been expended to find all wastes on site."

09:16AM  15       In your line of work at the time, what did the

16  words "characterization of a site" mean?

17       A       Well, that would mean to find the concentrations

18  and the lateral and vertical extent of contamination.

19       Q       And the memo goes on to state, "The removal of

09:16AM  20  all known landfill wastes is necessary if the facility is to be

21  closed clean."  Is that something you told us about earlier,

22  that Whittaker was hoping to have a clean closure of their

23  site?

24       A       Yes.

09:16AM  25       Q       And a clean closure at the time would allow them

to, what?  Sell it for unrestricted use?

     A     Yes.  Again, the clean closure term is basically

for RCRA units.  But if an RFA unit, a SWMU, had been removed,

then they would also be able to sell the property without land

restriction.

     Q     And then a couple lines down in that same

paragraph, it says, "When the RFA" -- what's your understanding

of what an RFA was?

     A     Well, that stands for RCRA facility assessment.

It's basically looking at the historical SWMUs that were not

captured under the normal RCRA facilities.

     Q     Okay.  Quote, "When the RFA identifies landfills

left on the property and if the percentage of hazardous wastes

so far are indicative of the remaining known and unknown

landfills, those landfills would be treated as hazardous wastes

and will be declared RCRA units," period, close quote.

          Had RCRA shared with you in 1987 anything to that

effect, that they understood that the amount of hazardous waste

already found could be indicative of further hazardous waste at

remaining known and unknown landfills?

     A     No, they hadn't.  But it also shows that they --

they're conflating the two, the RCRA units and the SWMUs.

     Q     Okay.  And why would that be an issue?

     A     Well, it just shows that they were confused.

They weren't real clear on what they were doing, in my mind.

1       Q      Okay.  Had anyone told you in 1987 or 1988 what

2  we see in the next sentence, to the effect that the cost of

3  investigating those other landfills could be tremendous?

4       A      No.  They had not discussed that with me.

09:19AM  5       Q      It goes on to say at the bottom of page 2 of this

6  mystery memo, Exhibit 445, "The removal and disposal of the

7  landfill wastes will then most likely exceed the present cost

8  estimates for removal and disposal.  This is so because it is

9  likely that much more of the wastes will be required to be

09:19AM  10  disposed of as hazardous wastes."  It goes on to identify some

11  costs.

12           In general, did you have an understanding at the

13  time that it would be more expensive for Whittaker or other

14  folks dealing with waste -- it's more expensive to dispose of

09:19AM  15  hazardous waste properly than to dispose of non-hazardous

16  waste?

17           MR. GALLAGHER:  Objection.  Lacks foundation.

18           THE COURT:  Overruled.

19           You can answer.

09:20AM  20         THE WITNESS:  Yes.  That was my understanding.

21       Q      BY MR. RICHARD:  And then if we could turn to

22  page 5 of this mystery memo, there's a reference to various

23  landfills.  Let's start with that first category.  Landfills

24  that have been removed, and you see eight of them listed there.

09:20AM  25         Do you see that?

```
 1        A      Yes, I do.

 2        Q      Again, this is in a memo dated June 22, 1987,

 3   that you received in 1991; is that right?

 4        A      That's correct.

 5        Q      And before you got this memo, Whittaker had told

 6   you about three landfills; is that right?

 7        A      Yes.

 8        Q      And here we see how many?

 9        A      We see eight here.

10        Q      Okay.  And those are landfills that had been

11   removed?

12        A      Yes.

13        Q      Had you learned before this that Whittaker was

14   removing landfills?

15        A      No, I had not.

16        Q      And then the next category is landfills

17   investigated but not removed.  Do you see that?

18        A      Yes.

19        Q      And there's a reference to the burn pit as a

20   landfill.

21        A      Yes.  That was interesting.

22        Q      And when -- why was it interesting, sir?

23        A      Well, they had also listed a burn pit, I believe,

24   as one of their RCRA units.

25        Q      And up until 1988, had Whittaker told you that
```

1    they also used the burn pit as a landfill?

2          A     No, they had not.

3          Q     Do you remember if when you went on that tour in

4    July 1987, whether Mr. Peloquin showed you the Hula Bowl

09:21AM  5    landfills or the East Fork landfill?

6          A     No.  I don't recall the specific areas we

7    visited.

8          Q     Did you later learn that he hadn't shown you some

9    landfills?

09:22AM  10         A     Well, I mean, this memo kind of indicates that

11   they hadn't shown us everything.

12         Q     Okay.  If you could go to the next page of the

13   mystery memo, page 6, do you see the reference to East Fork?

14         A     Yes.

09:22AM  15         Q     And under comments, how was the East Fork

16   landfill described?

17         A     It says that up to 85 percent of the material is

18   waste.  Some organic vapors were detected in the initial cut of

19   the face of the landfill.

09:22AM  20         Q     What would the significance be of being able to

21   smell organic vapors with an initial cut of the landfill?

22               MR. GALLAGHER:  Lacks foundation.

23               THE COURT:  Sustained.

24         Q     BY MR. RICHARD:  When you received this memo and

09:23AM  25   read those words, did they have any meaning for you?

1       A       Well, it could have been that they were checking

2    the cuts with what -- an organic vapor analyzer, a field unit

3    that would detect organic vapors coming out of the soil as they

4    dug up the area.

09:23AM    5       Q       Let me stop you there.  As a chemical engineer,

6    were you -- in your experience by this point, were you familiar

7    that there could be vapors from organic materials?

8       A       I was familiar with that, yes.

9       Q       And if volatile organic chemicals or compounds

09:23AM   10    were in sufficient concentration, was it your understanding and

11    experience at the time that those vapors could actually be

12    smelled from the ground?

13       A       If they were high enough, they could be smelled.

14    We don't know if these were -- you know, again, I didn't write

09:24AM   15    this.  So they say detected, but I don't know how they detected

16    it.

17       Q       Right.  This was new information for you in 1991?

18       A       Right.  That's correct.

19       Q       Okay.  And then at the next page where he's

09:24AM   20    talking about Hula Bowl, under comments for Hula Bowl 1, "This

21    is the largest landfill identified at the facility.  There have

22    been a few drums found in the randomly selected backhoe pits."

23    Do you see that?

24       A       Yes.

09:24AM   25       Q       And do you recall Whittaker providing you any

         1    information about drums that had been found in the landfill

         2    back in 1987 or 1988?

         3         A    No.  They did not.

         4         Q    And would finding buried drums be of concern to

09:25AM  5    you, given your role regarding the closure of these RCRA and

         6    hazardous waste units?

         7         A    Yes.  It would certainly trigger suspicion and

         8    request for a proper investigation.

         9         Q    Why would finding buried drums trigger further

09:25AM  10   investigation?

         11        A    Well, the drums could have been -- you know, we

         12   don't know what kind of chemicals were in the drums and, you

         13   know, if the drums had leaked, if there was solvents in the

         14   drums.  We knew nothing.  Basically they were doing this

09:25AM  15   without any agency oversight.  So it's very unclear.  The fact

         16   that it was unclear would have triggered more investigation by

         17   us if we had known about it.

         18        Q    And at the time, did you have a phrase you used

         19   when you suspected that a company with hazardous waste was

09:26AM  20   cleaning up sites without telling you?

         21             MR. GALLAGHER:  Lacks foundation.  Relevance,

         22   Your Honor.

         23             THE COURT:  Sustained on the latter ground.

         24        Q    BY MR. RICHARD:  How did you refer to this

09:26AM  25   particular -- these particular efforts of cleaning up landfills

```
 1    without first telling the regulators about them at the time?

 2                  MR. GALLAGHER:  Same objection, Your Honor.

 3    Relevance.

 4                  THE COURT:  Same question.  Sustained.  Please

 5    don't ask the same question when I have sustained an objection.

 6                  MR. RICHARD:  Yes, Your Honor.

 7                  THE COURT:  It was slightly different but to the

 8    same effect, and I understand that.

 9                  MR. RICHARD:  Okay.  Thank you.  I will move on.

10         Q    Can you tell us, sir, in light of the 1988

11    submittal we reviewed where Whittaker identified three

12    landfills and you described that as innocuous, how did the

13    mystery memo impact your work involving Whittaker?

14         A    Well, as I said, we forwarded it to our

15    headquarter's legal office.  And, you know, at that point I was

16    more suspicious and skeptical of what Whittaker was saying.

17         Q    At some point did you -- do you recall -- you

18    said you met with Mr. Gordon Louttit two or three times.  Do

19    you recall meeting with him in your Glendale office at some

20    point?

21         A    Yes, I do recall meeting with him in Glendale.

22         Q    And how was it that you recall a meeting with

23    Mr. Louttit so many years ago at your Glendale office?

24         A    Well, the thing that was outstanding in my mind

25    is that -- and I don't recall his exact words.  But he -- at
```

1       one point in the meeting, he came out and said something to the

2       effect of, "Well, we shouldn't expect them to tell us

3       everything.  We shouldn't expect them to be honest and

4       forthcoming."  And that surprised me.

09:28AM  5       Q       Why would that surprise you?

6       A       Because as I had stated before, we rely on these

7       companies to be truthful and complete in their disclosure to

8       us.

9       Q       And so this was Mr. Gordan Louttit.  You

09:28AM  10      understood his position with Whittaker at the time was what?

11      A       He was a vice president, I believe, or some, you

12      know, corporate position.  Norman Wenck reported to

13      Gordon Louttit.

14      Q       And at some point in time, sir, after you got the

09:29AM  15      mystery memo, did you actually review handwritten notes

16      addressed to Mr. Gordon Louttit, referring to your visit to the

17      site in 1987?

18      A       Well, there were documents supplied to us.  The

19      department took certain actions after the mystery memo had come

09:29AM  20      up.

21      Q       And do you recall that -- however they got to

22      you, did you review handwritten notes from Mr. Peloquin

23      addressed to Gordon Louttit that referred to your visit to the

24      site in 1987?

09:29AM  25              MR. GALLAGHER:  Your Honor, objection.

```
  1   Relevance.  Moving into --

  2              THE COURT:  Overruled.

  3              You can answer the question.

  4              THE WITNESS:  Okay.  I believe I did.  There was

  5   many, many documents furnished to me at that time.

  6        Q     BY MR. RICHARD:  I'd like to show you what the

  7   parties have stipulated to.  It's Exhibit 449.

  8              (Marked for identification and received

  9              into evidence Exhibit No. 449.)

 10        Q     BY MR. RICHARD:  I was just going to ask you

 11   whether -- there's a reference here to Gordon Louttit, and he

 12   refers to enclosed is something, rough notes.  Are these

 13   referring to a July 16, 1987, inspection?  Do you see that?

 14        A     Yes.

 15        Q     And then in the middle of the memo -- it's hard

 16   to read.  But towards the end of a line, it begins, "After

 17   checking the list, I note that we didn't get to East Fork.

 18   Just can't imagine how that happened."

 19              Do you see the exclamation points there?  There's

 20   actually an arrow --

 21        A     Yes, I do.  Yes, I do.  Yes, I do.

 22        Q     Does this refresh your memory that, among the

 23   many documents you later saw, there are handwritten notes

 24   regarding a visit in July 1987?

 25        A     Vaguely.  As I said, there were many -- this
```

09:30AM (line 5)
09:30AM (line 10)
09:30AM (line 15)
09:31AM (line 20)
09:31AM (line 25)

1       July 16th, this must have been the RFA visit with EPA and their

2       consultants.

3               Q       Okay.

4               A       Where Peloquin was present.

09:31AM  5              Q       And do you believe Mr. Peloquin showed you the

6       East Fork landfill during that particular visit?

7               A       I really don't recall.

8               Q       Okay.  Any reason to believe that when he's

9       telling Gordon Louttit, the gentleman you just told us about,

09:31AM 10      that it slipped his mind -- let me ask it this way.

11              Do you have a memory or do you believe that you

12      visited the landfills that Mr. Peloquin was telling Mr. Louttit

13      he didn't show you?

14              MR. GALLAGHER:  Asked and answered.

09:32AM 15              THE COURT:  Sustained.

16              Q       BY MR. RICHARD:  Anything else you recall

17      regarding that conversation with Mr. Louttit, either your

18      demeanor or his, that meeting in Glendale at your office when

19      he told you that -- in effect, that you should expect him to be

09:32AM 20      less than forthcoming?

21              MR. GALLAGHER:  Argumentative.

22              THE COURT:  Overruled.  You can answer.

23              THE WITNESS:  Well, I remember the meeting room.

24      We had a long rectangular meeting table, and I was at one end

09:32AM 25      and Mr. Louttit was at the other.  It was oriented east and

|  |  |  |
|---|---|---|
|  | 1 | west.  And on the left, on the south side of the room, were |
|  | 2 | windows.  I recall that.  And that's about it. |
|  | 3 | MR. RICHARD:  Okay.  I think that's all I have at |
|  | 4 | this time, Your Honor. |
| 09:33AM | 5 | THE COURT:  Cross-examination. |
|  | 6 | MR. GALLAGHER:  Yes, Your Honor. |
|  | 7 | Your Honor, may we transfer sharing capabilities, |
|  | 8 | in the event I need it, to my colleague? |
|  | 9 | THE COURT:  Yes. |
| 09:33AM | 10 | THE CLERK:  He will have to log in. |
|  | 11 | MR. GALLAGHER:  He is logged in. |
|  | 12 | THE COURT:  If you would kindly proceed, and |
|  | 13 | hopefully we will get it done at the point in time that you |
|  | 14 | need it. |
| 09:33AM | 15 | MR. GALLAGHER:  Thank you, Your Honor. |
|  | 16 | **CROSS-EXAMINATION** |
|  | 17 | BY MR. GALLAGHER: |
|  | 18 | Q     Mr. Sorsher, can you actually see me? |
|  | 19 | A     No, I can't. |
| 09:33AM | 20 | Q     This is all new to me, too.  I have never |
|  | 21 | cross-examined someone on Zoom. |
|  | 22 | Nice to meet you, sir.  How are you today? |
|  | 23 | A     Okay.  I think you need to turn on your camera. |
|  | 24 | It's not showing. |
| 09:34AM | 25 | Q     It's all right.  We can move on.  But you can |

1    hear me okay; correct?

2          A       Yes, I can.  Yes, I can.

3          Q       Just a couple questions came to mind during your

4    testimony.

09:34AM  5          Had you ever performed a RCRA assessment prior to

6    visiting the Whittaker site?

7          A       I don't think so.

8          Q       Okay.  Now, you are familiar with RCRA, I assume,

9    sir?

09:34AM  10         A       Yes.

11         Q       And it was enacted in 1976; correct?

12         A       I'm not sure exactly when it was enacted, but '76

13   sounds about right.

14         Q       And the rules and the regulations that went into

09:34AM  15   effect under RCRA came in in 1980; correct?

16         A       I believe that's correct.

17         Q       Okay.  And the rules at that time under RCRA, if

18   there were landfills that were closed, did the RCRA regulations

19   apply to those landfills?

09:35AM  20         A       No.  They were required under the SWMUs.

21         Q       Okay.  And the SWMU didn't come into effect until

22   when?  1984, sir; is that correct?

23         A       Probably.

24         Q       Any reason to disagree with me?

09:35AM  25         A       No.  I just don't recall exactly when the --

1    these dates came up.

2          Q       Understood.

3                  Now, you said you visited the site at least once;

4    correct?

09:35AM    5          A       That's correct.

6          Q       Did you visit the site more than once?

7          A       Yes.

8          Q       More than five times?

9          A       Probably.

09:35AM   10          Q       Okay.  Now, you have a general understanding that

11   the site operated for -- at least since 1903 or '04, I believe

12   you testified; is that correct?

13          A       I think that's correct, yes.

14          Q       Did you ever perform an assessment on the history

09:36AM   15   of the site and the operations at that site?

16          A       It wasn't -- no.  It was not my job.

17          Q       Okay.  Do you have any understanding of the

18   operations that were conducted prior to Whittaker's

19   occupation -- prior to Whittaker's time at the site?

09:36AM   20          A       No, I don't.  It was before my time.

21          Q       Do you know -- strike that.

22                  Now, do you have an understanding of how -- the

23   first time any volatile organic compounds were used at the

24   site?

09:36AM   25          A       No.  They -- no, I don't, other than it was

```
 1    listed in their Part A application of RCRA.

 2         Q      Okay.  Now, do you know what kind of work

 3    Whittaker did while it was operating at the site?

 4         A      Yeah.  They produced munitions, rockets, flares,

 5    that sort of thing.

 6         Q      Were they a Department of Defense contractor?

 7         A      I believe so, but I don't have personal knowledge

 8    of it.

 9         Q      I will represent to you, sir, that they were a

10    Department of Defense contractor.

11               Do you know --

12               THE COURT:  Counsel, do not make that

13    representation.  Ask a clean question.  That's stricken.

14               MR. GALLAGHER:  Yes, sir.

15               THE COURT:  The jury is to disregard it.

16         Q      BY MR. GALLAGHER:  Do you know if the Defense

17    Contractor Administrative Services had an office on the site?

18         A      I don't know that.

19         Q      Do you know what the Defense Contractor

20    Administrative Services does, what its function is?

21         A      No, I don't.

22         Q      Have you ever heard of the Department of Defense

23    contractor safety manual?

24         A      No, I haven't.

25         Q      Do you know -- we talked briefly about
```

09:37AM (line 5)
09:37AM (line 10)
09:37AM (line 15)
09:38AM (line 20)
09:38AM (line 25)

1    impoundment 317.  Do you recall that?

2         A       Yes.

3         Q       Okay.  And impoundment 317 was investigated;

4    correct?

09:38AM   5         A       To some degree, yes.

6         Q       And Whittaker took effort to close that

7    impoundment; correct?

8         A       It took efforts, yes.

9         Q       Do you understand what kind of chemicals were

09:39AM  10    disposed of at that impoundment?

11         A       Yes.  According to their Part A RCRA application,

12    they used solvents.  I believe they were perchloroethylene and

13    trichloroethylene.

14         Q       Do you know the last time trichloroethylene was

09:39AM  15    disposed of in that impoundment 317?

16         A       No, I don't.

17         Q       Do you know what activity Whittaker undertook to

18    address the contamination found at impoundment 317?

19         A       I know some of it.

09:39AM  20         Q       Do you know if they installed an SVE system, soil

21    vapor extraction system, at impoundment 317?

22         A       I believe they did at some point.

23         Q       Okay.  Do you know if they installed a

24    groundwater extraction system at impoundment 317?

09:40AM  25         A       I believe -- I don't know about the extraction

```
  1    system.  I believe they put in a monitoring system.

  2         Q       Okay.

  3         A       But it was probably after I had been off the

  4    project.

  5         Q       Do you remember -- do you know when Whittaker

  6    installed groundwater monitoring wells, the first time they

  7    installed groundwater monitoring wells at the site?

  8         A       I can't say exactly right now.

  9         Q       Do you know if the first wells that were

 10    installed were in connection with 317 in 1987?

 11         A       I couldn't say exactly.  Probably.

 12         Q       Do you know when -- I'm sorry, sir.  Were you

 13    going to finish?

 14         A       I would probably change that to more than

 15    possibly because I don't have a real sharp recall on exactly

 16    when they did what.

 17                 MR. GALLAGHER:  Just give me a minute, sir.

 18    Thank you.

 19         Q       Now, your last involvement in the site was what

 20    year?

 21         A       What do you mean by "involvement"?

 22         Q       Direct -- as a staffer for RCRA.

 23         A       I believe I was promoted to supervision in 1993.

 24         Q       And was another -- sorry.

 25         A       So maybe, you know, that was my last time I was
```

```
 1    involved as a staff person there.
 2         Q    And following your reassignment to supervisor,
 3    were you ever involved with the site again?
 4         A    I can't recall exactly, but it might have been
 5    given to one of my -- the staff that was working for me at the
 6    time.
 7              MR. GALLAGHER:  One moment.  One moment.
 8              Thank you, Mr. Sorsher.  Nothing further.
 9              THE COURT:  Any redirect?
10              MR. RICHARD:  Yes, Your Honor.  Very briefly.
11    Two points.
12                    REDIRECT EXAMINATION
13    BY MR. RICHARD:
14         Q    Mr. Sorsher, you were asked a couple times about
15    your last involvement with the site.  Do you recall preparing
16    comments on a memo regarding the site at some point in 1992 or
17    1993?
18         A    Yes.  I do.
19         Q    And at the time you prepared that memo, did you
20    have a view as to whether Whittaker could have reported all of
21    the SWMUs at the site earlier than they did?
22              MR. GALLAGHER:  Your Honor, objection.  Outside
23    the scope.
24              THE COURT:  Sustained.
25         Q    BY MR. RICHARD:  Was writing your memo your last
```

09:42AM  5

09:43AM  10

09:43AM  15

09:43AM  20

09:44AM  25

            1    involvement, sir?

            2         A     It could have been.  I really don't recall.  It

            3    was so many years ago.

            4              MR. RICHARD:  With that foundation, Your Honor,

09:44AM     5    may I ask the question again?

            6              THE COURT:  You may not.  The question that I

            7    ruled was outside the scope.  It's still outside the scope.

            8              MR. RICHARD:  Okay, Your Honor.

            9         Q     Second area I wanted to ask you about real

09:44AM    10    quickly, sir, I want to be real clear on this point.  You were

           11    just asked a question by counsel about the date RCRA came to be

           12    as a law.  Does the date RCRA came to be as a law have anything

           13    to do with your view that Whittaker failed to tell you and the

           14    EPA in August 1988 about hazardous substances in numerous

09:44AM    15    landfills at their site?

           16              MR. GALLAGHER:  Objection, Your Honor.  Outside

           17    the scope.

           18              THE COURT:  Sustained.

           19         Q     BY MR. RICHARD:  Counsel just asked you --

09:45AM    20              THE COURT:  Not just on that ground.

           21              MR. RICHARD:  Okay.  In that case, Your Honor, I

           22    have no further questions.

           23              I want to thank Mr. Sorsher for taking the time

           24    to appear here.  Thank you, Mr. Sorsher.

09:45AM    25              THE COURT:  Let's go ahead and have your next

```
 1    witness, please.
 2                MR. GEE:  Your Honor, plaintiffs would like to
 3    call Keith Abercrombie.
 4                THE COURT:  Very well.
 5                MR. BLUM:  Your Honor, this will be my witness.
 6                THE COURT:  Thank you.
 7                THE CLERK:  Good morning, sir.  Would you please
 8    come forward.
 9                Good morning, sir.  Please raise your right hand.
10                Do you solemnly swear that the testimony you
11    shall give in the cause now before this Court shall be the
12    truth, the whole truth, and nothing but the truth, so help you
13    God?
14                THE WITNESS:  I do.
15                THE CLERK:  Thank you.  Please be seated.
16                Sir, for the record, would you please state your
17    name and then spell your last name.
18                THE WITNESS:  Keith Abercrombie,
19    A-b-e-r-c-r-o-m-b-i-e.
20                THE CLERK:  Thank you.
21                There is some fresh water there if you need it.
22                THE COURT:  Mr. Abercrombie, if you would please
23    remove your mask, make sure that you're speaking into the
24    microphone, as counsel likely advised you, as I am doing now,
25    please.
```

09:45AM (line 5)
09:46AM (line 10)
09:46AM (line 15)
09:46AM (line 20)
09:47AM (line 25)

1        You may proceed.

2                    **KEITH ABERCROMBIE,**

3          **CALLED BY THE PLAINTIFF, WAS SWORN.**

4                    **DIRECT EXAMINATION**

09:47AM  5    BY MR. GEE:

6        Q     Mr. Abercrombie, where do you work?

7        A     I work for Santa Clarita Valley Water Agency, or

8    SCV Water for short.

9        Q     What is your current position?

09:47AM 10        A     I'm the Chief Operating Officer.

11        Q     Can you please describe your duties as Chief

12   Operating Officer of Santa Clarita Valley Water?  Perhaps give

13   us an example of the type of issues that you deal with on a

14   daily basis.

09:47AM 15        A     Sure.  As Chief Operating Officer, I have overall

16   responsibilities for what we would call our treatment, our

17   distribution, our operations, our maintenance sections.  This

18   would also include sections that are responsible for safety.

19   It would include a water quality laboratory and field water

09:48AM 20   quality services.  And in general, that section is responsible

21   for producing, treating, and delivering the water throughout

22   our distribution system to our customers.

23        Q     And how long have you been Chief Operating

24   Officer for Santa Clarita Valley Water?

09:48AM 25        A     I have been the Chief Operating Officer at

```
 1    SCV Water since January of 2018.

 2          Q      And what did you do before that?

 3          A      Prior to that -- immediately prior to that, I was

 4    the retail manager for the Santa Clarita Water Division.  And

 5    prior to that, I was -- I had several roles at Valencia Water

 6    Company, the last role there being the general manager.

 7          Q      And how long were you the general manager of

 8    Valencia Water Company?

 9          A      I believe three or four years.

10          Q      And what was -- what were some of your

11    responsibilities with Valencia Water Company?

12          A      Initially, my responsibilities were similar to my

13    responsibilities now.  I started out as vice president of

14    operations.  So I was in charge of the operations side of the

15    company, all the -- all the tanks and facilities and the crews

16    that maintained those.

17                 As general manager, I had overall

18    responsibilities for that but also for our customer service

19    section, the people that deal with the customers on a

20    day-to-day basis and process the ins and outs, the invoices and

21    the monthly bills and so forth, as well as our accounting

22    section that works on things such as rate cases and budgets and

23    whatnot.

24                 So generally all of the operation had some

25    ability to be responsible for and oversee.
```

1  Q      And as your -- in your positions as general

2  managers of the various agencies, did you have

3  responsibilities -- or did you have any knowledge of the water

4  sources that supplied Valencia Water Company's customers?

09:50AM   5  A      Yes.  We -- you know, in my responsibilities,

6  whether it was the GM or whether it was in our -- the

7  operations, the vice president of operations, I was responsible

8  for understanding our facilities that produced water, where it

9  produced water from, what those sources were and how we moved

09:50AM   10  that water around our system to customers.

11  Q      And did the -- any responsibilities as general

12  manager and vice president, was there any reason that -- did

13  you have any familiarity as to how much each of those different

14  water sources cost?

09:50AM   15  A      Sure.  We would -- I was involved in a number of

16  rate cases, if you will.  These are processes by which water

17  utilities evaluate and analyze all of their costs.  And this

18  would include the cost of water that we produce or purchase and

19  sell to customers, as well as all of our other costs of

09:51AM   20  operation.

21          And then those rate cases would take all of that

22  information and present it to whoever our regulating authority

23  was.  At Valencia, it was the Public Utilities Commission, and

24  that would go through a process for their review in setting

09:51AM   25  rates that would be the rates we would charge our customers for

1   some period of time.

2        Q       And, Mr. Abercrombie, did you at any time during

3   your work at Valencia Water Company or Santa Clarita Valley

4   Water Agency have an opportunity to act as a project manager

5   for any treatment facilities?

6        A       Yes, for treatment facilities and for all sorts

7   of capital improvement projects.  In particular -- excuse me.

8   In particular, at Valencia Water Company, I was directly

9   responsible for the installation of our first perchlorate

10  removal facility at the well we call Well Q2.

11             But beyond that, we had numerous other capital

12  improvement projects that I was involved in in managing the

13  process from start to finish.  These would be things such as

14  tanks and booster stations, pipelines, other facilities.

15       Q       And, Mr. Abercrombie, can you briefly describe

16  your educational background?

17       A       Sure.  I have a Bachelor of Science degree from

18  Colorado State University.  I have a Master's of Business

19  Administration from Santa Clara University.

20       Q       And do you hold any certificates related to water

21  management?

22       A       Yes.  There are generally two lines of

23  certification that water utility workers and operators have.

24  These are called distribution certificates or treatment

25  certifications.  I hold a distribution certification Level 5

and a treatment certification Level 2.  These are administered

by the State Water Resources Control Board.

Q       And can you tell us what is -- what your

certification in water management entails?

A       Well, the certifications essentially -- you know,

there's a requirement from the state to have certifications to

be employed by water agencies.  And depending on the agency,

depending on what your role is in the agency, depending on the

number of facilities that agencies have dictates the sort of

standards for the levels of certifications that employees hold.

These certifications require testing.  They require periodic,

like, every two- or three-year renewals that you have to go

through by sort of continuing education credits, if you will.

These -- the goal of these systems or these

certifications is to have people that have some level of

understanding of the various things that we are involved in as

a water agency, whether it be distribution systems and how they

work and how you maintain them, whether it be treatment plants

and how they work and how they're operated and maintained.  But

that's the gist for the rationale for those certifications.

Q       Mr. Abercrombie, can you tell us a little bit

about Santa Clarita Valley Water's -- what Santa Clarita

Valley Water does?

A       Sure.  I would call us a full-service water

agency.  We are a water agency that provides water to

1    customers.  We produce the water from either groundwater wells

2    or through imported water that's purchased.  It runs through a

3    myriad of facilities to treatment plants, treat the imported

4    water.  We have a number of groundwater wells, tanks, booster

09:55AM    5    stations, all sorts of pipelines and things that allow us to

6    move that water around the valley to our customers.

7            We're responsible for managing that system, for

8    providing that water, you know, in a safe and reliable manner

9    to our customers.  We are responsible for figuring out what all

09:56AM   10    that costs and making sure we adequately recoup the costs

11    necessary to operate the system but don't charge a penny more

12    than we need to.

13            And so maybe I got off track, Counselor.

14        Q    How long has Santa Clarita Valley Water Agency

09:56AM   15    been in existence?

16        A    Sure.  Santa Clarita Valley Water Agency was

17    created, I believe, January 1st, 2018.  It was an act of the

18    state legislature.  That may sound funny to some because it's

19    like the Santa Clarita Valley existed prior to January 2018.

09:57AM   20    So obviously people were getting water and so forth prior to us

21    being formed.  But we were formed as a combination or a merger

22    of the various utilities, water utilities that were there prior

23    to January 1, 2018.

24            In particular, there were three water retailers,

09:57AM   25    Newell County Water District, Santa Clarita Water Division, and

1    Valencia Water Company.  There was one what we call a

2    wholesaler, which was a utility that was a member of the State

3    Water Project, and it purchased State Water Project water and

4    treated that and delivered it to the retailers who delivered it

09:57AM    5    to the customers.

6            So those four entities were serving water prior

7    to January of 2018 to the valley.  And at the point in time

8    that SCV Water was formed, those four entities became

9    SCV Water.

09:58AM   10    Q      And as a result of the merger, were there many

11    organizational changes at SCV Water?

12    A      There were -- they were all organizational

13    changes because there was no SCV Water prior to that.

14    Essentially, you had four organizational charts with people

09:58AM   15    holding all the roles necessary to run all those water

16    utilities.

17            SCV Water became a new entity with its own

18    organizational chart.  So the people from the various

19    predecessor agencies found their slots on that organizational

09:58AM   20    chart, if you will.

21            So essentially, you had no employee who was like

22    a long-time employee who knew everything about all aspects of

23    the company, meaning all aspects of what was Newell County

24    Water District or all aspects of what was Santa Clarita Water

09:59AM   25    Division.  You had employees who had experience with one

          1     company or it may be two.  In some cases, it may be three.  But

          2     I don't think we found anyone who was in all four entities to

          3     date.

          4          Q     And as of today, is -- are the legacy water

09:59AM   5     agencies, which I will call the former water agencies, legacy

          6     water agencies, have they been fully integrated into a single

          7     agency at this point?

          8          A     Well, on January 1 on paper we were fully

          9     integrated.  We have since been -- taken significant strides to

09:59AM  10     integrate those four separate entities into one agency.  We

         11     have completed recently a process to sort of integrate the

         12     rates because you can imagine that, prior to January of 2018,

         13     each -- each water company had their own water rates, had their

         14     own ways of doing things.  So we set through a process to

10:00AM  15     create uniform rates across the valley.

         16               We have implemented systems so that our

         17     accounting systems, our financial systems, our administration

         18     sort of functions and systems have been integrated to be sort

         19     of one system that we're all using.

10:00AM  20               Certain aspects of the former agencies, such as

         21     the distribution systems, the facilities, the wells, the tanks,

         22     the pipelines, those are largely still unconsolidated because

         23     of how they were initially built.  It's not as easy as just

         24     saying now it's all connected as one.

10:00AM  25               We are taking strides to make some of those

1  connections and try to integrate those systems.  But to date,

2  those pieces of the system are still largely similar to how

3  they were prior to the formation of SCV Water.

4       Q       Okay.  To use a term that is commonly used now,

10:01AM  5  you're saying that the infrastructure has not been fully

6  integrated; is that correct?

7       A       That's correct.

8       Q       Has SCV Water wells been impacted by

9  contamination?

10:01AM  10       A       Yes.  We have had a number of wells impacted by

11  contamination over the years.

12       Q       And of the legacy water agencies, which of the

13  legacy water agencies has been most impacted by contamination

14  from the Whittaker site?

10:01AM  15       A       I would say probably what was Valencia Water

16  Company would be the most impacted, followed by Santa Clarita

17  Water Company.  The Valencia, if I recall correctly, has had

18  maybe -- initially had -- let me see.  Initially had one well

19  and now have three Saugus wells that are impacted, have had

10:02AM  20  alluvial wells impacted.  And Santa Clarita has had similar but

21  a few less over time.

22       Q       And so because the infrastructure has not been

23  integrated, is it true that you can't use, for instance, Newell

24  County Water District water systems to make up the -- to make

10:02AM  25  up the lost water capacity for, for instance, Valencia Water

1    Company?

2              MR. BLUM:  Objection, Your Honor.  Leading.

3              THE COURT:  Sustained.

4         Q    BY MR. GEE:  Can the water sources from one of

10:02AM  5   the legacy water agencies supply water to another water

6    agency's distribution system?

7         A    In some cases, yes.  We do have the ability for

8    some emergency interconnections that we have had in existence

9    for years to be able to try to move water from one place to

10:03AM  10  another.  That isn't a -- the way the systems work, they're not

11   just one system for a water company and another system for

12   another water company.  Each water company -- each water

13   company's system is divided into multiple systems, if you will.

14   And those systems, while they're interconnected, they're not

10:03AM  15  interconnected to the point that you can move water from this

16   point to that point all the time.

17        Q    Okay.  I'd like to talk a little bit about

18   Santa Clarita Valley Water Agency's water supply.  What are

19   Santa Clarita Valley Water Agency's primary sources of water

10:04AM  20  supply?

21        A    Sure.  We primarily have two sources of water

22   supply, one being what I would call groundwater, the other

23   being what we would call surface water or imported State Water

24   Project water.

10:04AM  25        Q    Okay.  And of the groundwater sources, do you

1   draw water just from a single water source?

2        A        No.  In the Santa Clarita Valley, our groundwater

3   is defined as existing in two aquifers, one being what we call

4   the alluvium or the alluvial aquifer and the other being what's

5   known as the Saugus formation.  The alluvial aquifer is a

6   shallower aquifer that lies above the Saugus formation

7   generally.  And the Saugus formation, therefore, is deeper and

8   also much larger in depth than the alluvium.

9        Q        And for the people that don't know what an

10  aquifer is, can you explain what an aquifer is?

11       A        Yeah.  I think I heard someone mention this

12  yesterday maybe that the -- the way of thinking about an

13  aquifer is to sort of think of it as a -- as a lake or

14  something, but it's underground.  And so obviously, underground

15  is full of rocks and sand and all of that.  But within that is

16  water.

17            So an aquifer is sort of layers -- layers of sand

18  and gravel and so forth underground that contain water.  And

19  you define multiple -- you have different aquifers by the fact

20  that you have layers of clay and other things that separate the

21  aquifers.  So, you know, if you just had sand from the surface

22  down 5,000 feet, you might call that one aquifer because it's

23  just one thing.  But in this case, we just have two aquifers

24  with the shallower one being the alluvium and the deeper one

25  being the Saugus.

1          Water in aquifers typically moves.  It's not

2     generally stagnant, as in sitting in one place forever.  It

3     moves in a certain direction at different rates.  And as a rule

4     of thumb, you could say that the shallower alluvium aquifer

10:06AM   5     moves a little bit faster than the deeper Saugus aquifer.

6          Q     Okay.

7               MR. GEE:  Next, I'd like to introduce Exhibit

8     489, which has been stipulated, which is the 2010 Urban Water

9     Management Plan.

10:07AM  10          (Marked for identification and received

11               into evidence Exhibit No. 489.)

12          Q     BY MR. GEE:  Mr. Abercrombie, do you recognize

13     this document?

14          A     Yes, I do.

10:07AM  15          Q     And what exactly is an Urban Water Management

16     Plan?

17          A     An Urban Water Management Plan is a document.

18     It's a requirement that agencies, water companies, et cetera,

19     across the state prepare.  And I believe it's on a five-year

10:07AM  20     basis, that every five years you prepare one of these plans.

21               It's a very complicated and in-depth plan that

22     looks at the water that you have available to you, your water

23     sources, for instance, how you get your water, how you manage

24     that water supply.  It looks at the demands that your customers

10:07AM  25     have, you know, how much water do your customers use.  It looks

1    at water quality issues related to the water that you have

2    available to you or any potential threats or disruptions to

3    supplies based on water quality.

4              It looks at potential conservation targets and

10:08AM   5    needs and programs that you would implement should you have a

6    drought or you need to implement some sort of conservation

7    activity.  And probably a bunch of other things.  Like I said,

8    it's a very thick document, but it's prepared for the public

9    and published every five years.

10:08AM   10   Q      And when you say it's prepared for the public,

11   how would the public go about accessing this plan?

12   A      Well, the plan itself goes through a long process

13   of preparation, including a number of workshops that are open

14   to the public.  The public has opportunities to sort of get

10:08AM   15   bite sizes.  As these chapters are done, it's reviewed and so

16   forth as opposed to letting you review a 700-page document all

17   at once.

18             So the public has the opportunity to go to

19   workshops, to hear about the plan, to provide input and public

10:09AM   20   comment on the plan.  The public also has the opportunity to

21   object to the plan when they find something they don't like in

22   it.  And I recall an instance at one point --

23             MR. BLUM:  Objection, Your Honor.  Beyond the

24   scope.

10:09AM   25             THE COURT:  Well, it's nonresponsive at this

```
 1    point.  Yes, sustained at this point.

 2         Q    BY MR. GEE:  Okay.  And you mentioned earlier

 3    that the plan includes discussions about threats to the water

 4    supply.  Would one of those threats be contamination?

 5         A    Yes.

 6         Q    And has the Urban Water Management Plan always

 7    addressed contamination?

 8         A    No.  Not adequately.

 9         Q    And how did that -- was that a subject of a

10    challenge by the public?

11         A    Yes.  There was -- I think it was -- I think it

12    was the 2000 Urban Water Management Plan was challenged by a

13    local public organization, I think the Friends of the

14    Santa Clara River, because they didn't think it was adequately

15    addressing some of the contamination occurring in the valley.

16         Q    And how did the water agencies respond to that

17    suit?

18         A    You know, we reviewed the plan.  Modifications

19    were made to add what needed to be added to adequately address

20    what the Courts felt weren't being -- wasn't being addressed.

21         Q    Thank you.

22              Next line of questioning I have is, you know, I'd

23    like to understand how contamination impacts Santa Clarita

24    Valley Water Agency supplies.  But before we get to specifics,

25    can you tell us generally how contamination impacts the
```

10:09AM

10:10AM

10:10AM

10:10AM

10:11AM

agency's water supplies?

A     Sure.  As a water provider, we have a goal to provide a reliable supply of high quality water to our customers.  We have a population of about 300,000 that we serve.  Anytime a well, for instance, would be contaminated, we would have to do something to take that well off of service so that we can maintain providing a reliable supply of water to our customers.

Q     When you have to take a water well -- that's not very easy to say.  When you have to take a water well out of service, how do you address the loss capacity associated with that well?

A     Typically a well is taken out of service if we have a contamination event.  We have notified our regulators of that and keep them in the loop.  And if -- and the production, the volume of water that we would typically get from that well would be replaced by purchasing imported State Water.

Q     And how does contamination impact the water quality associated with the water served by the agency?

A     Well, as I said, we don't serve the water from a well that has exceeded regulatory limits.  If we did, that would obviously negatively impact the water quality we would be serving our customers.  What we have to do is take the well out of service to be able to continue maintaining the quality of water we want to deliver to our customers.

1      Q      And how does SCV Water know whether a well is

2  contaminated?

3      A      Well, both the federal -- the EPA and the state

4  require water utilities, including SCV Water, to sample sources

10:13AM  5  of supply and sources of supply in this case being wells.  And

6  we're required to take a multitude of samples on a regular

7  basis all year long.  And these thousands of samples are

8  analyzed at laboratories, and the results are determined and

9  monitored.  And that's how we maintain the water quality in the

10:14AM 10  wells.

11      Q      I'd like to introduce Exhibit No. 89, which has

12  been stipulated, which is entitled "The 2019 Water Quality

13  Report."

14          (Marked for identification and received

10:14AM 15          into evidence Exhibit No. 89.)

16      Q      BY MR. GEE:  Mr. Abercrombie, do you recognize

17  this document?

18      A      Yes, I do.

19      Q      What is the purpose of this document?

10:14AM 20      A      We publish a water quality report like this every

21  year.  This is a document that we publish for our customers.

22  It's published in print and used to be in the past only print,

23  and now it's electronic and/or print.  But essentially, this is

24  provided to each customer.

10:14AM 25              It gives the customer a snapshot of the water

|  |  |
|---|---|
| | 1 | quality throughout the year.  It highlights various |
| | 2 | constituents in the water, what height, what samples might have |
| | 3 | been taken that were -- showed some result or didn't show |
| | 4 | results.  And it provides the customers with text, you know, |
| 10:15AM | 5 | writing, if you will, in the report that explains things going |
| | 6 | on, such as contamination issues that they would have been |
| | 7 | reading in the news and so forth.  And this report attempts to |
| | 8 | answer questions and provide information to our customers about |
| | 9 | their water quality. |
| 10:15AM | 10 | Q     Do you have any idea as to how many water quality |
| | 11 | analyses are run by Santa Clarita Valley in preparation of this |
| | 12 | report? |
| | 13 | A     Well, I think typically we -- we take over, you |
| | 14 | know, tens of thousands, 20,000-plus water quality samples. |
| 10:16AM | 15 | It's sort of an ongoing, everyday, all-the-time thing that's |
| | 16 | done throughout the year. |
| | 17 | Q     Okay.  I'd like to introduce Exhibit 158, which |
| | 18 | has been stipulated by the parties. |
| | 19 | (Marked for identification and received |
| 10:16AM | 20 | into evidence Exhibit No. 158.) |
| | 21 | Q     BY MR. GEE:  Mr. Abercrombie, you indicated |
| | 22 | that -- you mentioned that Whittaker Corporation contamination |
| | 23 | has impacted some of the Santa Clarita Valley Water wells.  Can |
| | 24 | you describe to us which wells have been impacted? |
| 10:16AM | 25 | A     Sure. |

| | | |
|---|---|---|
| | 1 | MR. BLUM:  Your Honor, this is beyond the scope, |
| | 2 | and he's also not an expert. |
| | 3 | THE COURT:  Overruled. |
| | 4 | You can answer. |
| 10:16AM | 5 | THE WITNESS:  Sure.  The map that I'm looking at |
| | 6 | will depict the wells.  It shows an outline of the Whittaker |
| | 7 | site and it depicts a number of wells.  The first two closest |
| | 8 | to the Whittaker site would be called the Saugus 1 and the |
| | 9 | Saugus 2 wells.  Well 157 farther west would be another one |
| 10:17AM | 10 | that's been impacted.  V-201, V-205, again farther west.  And |
| | 11 | then there's two to the north of Q2 and the Stadium well. |
| | 12 | There's also a couple wells to the south, NC-11 and NC-13. |
| | 13 | Q     BY MR. GEE:  Okay.  Do you know how -- let me ask |
| | 14 | a foundation question. |
| 10:17AM | 15 | Is V-157 a Valencia Water well under the old |
| | 16 | legacy system? |
| | 17 | A     Yes. |
| | 18 | Q     And do you know what happened to that well? |
| | 19 | A     Yes.  That well was destroyed or -- they say |
| 10:17AM | 20 | destroyed.  What it means is that you properly seal and abandon |
| | 21 | the well so that it's taken out of service forever. |
| | 22 | Q     Okay.  And were there any other wells that were |
| | 23 | destroyed that were the subject of contamination? |
| | 24 | A     Yes.  The Stadium well on the right-hand side. |
| 10:18AM | 25 | That one was also. |

1      Q       Do you know why those wells were destroyed?

2      A       Yes.  The initial -- there was initial testing

3   done in the late '90s for perchlorate at the division of

4   drinking water or at their predecessor agency's request.  The

10:18AM   5   initial round of testing and sampling of wells found

6   perchlorate in a number of wells, including those two.

7      Q       Okay.  Now, so far we have seen wells as being

8   dots on a map.  Can you pull up Exhibit 471, which is a

9   stipulated exhibit?

10:18AM   10          (Marked for identification and received

11          into evidence Exhibit No. 471.)

12      Q       BY MR. GEE:  Mr. Abercrombie, do you recognize

13   this photograph?

14      A       Yes, I do.

10:19AM   15      Q       Can you describe to me what this photograph is?

16      A       This is a photograph taken at V-201.  It's a well

17   site we call V-201.  This is within the well site itself.  You

18   know, most of our well sites are enclosed by either walls,

19   fences, or -- et cetera, for security purposes.  So we are

10:19AM   20   inside the site and looking at a myriad of equipment at the

21   Well V-201 facility.

22      Q       I see some large pipes in the foreground.

23   Approximately how large are those pipes?

24      A       Those pipes are probably 12-inch diameter pipes.

10:19AM   25   These wells are large production wells.  Generally they produce

1    2,500 gallons a minute or so.  It varies by well, obviously.

2    But I guess to put that in perspective, that would be

3    roughly -- for every hour that well would run, you would

4    produce enough water for a single family household for a year.

10:20AM  5    Q    Okay.  And at some point in time -- at some point

6    in time, did you learn that some of the drinking water's supply

7    of wells were contaminated with perchlorate?

8    A    Yes.  I think it was in 1997.  At that point in

9    time, the EPA had come out with a revised testing methodology

10:20AM  10    for perchlorate that allowed it to be tested down to lower

11    levels.  The division of drinking water or, again, their

12    predecessor at the time had determined that there was potential

13    for perchlorate contamination at facilities, near munitions

14    facilities throughout the state.  And they issued an order to

10:20AM  15    water utilities to test for wells that were located near such

16    facilities.

17    In our case in the Santa Clarita Valley, there

18    were a number of wells that we were requested to take samples

19    of for perchlorate.  A number of those wells came back with

10:21AM  20    detections of perchlorate.  And that ties to some of that map

21    that we had seen earlier.

22    Q    Okay.  And what did you do, if anything, to

23    confirm whether or not the Whittaker site was the source of

24    perchlorate?

10:21AM  25    MR. BLUM:  Objection, Your Honor.  Calls for a

1    narrative, and it's beyond his expertise.

2                    THE COURT:  Overruled.

3                    He's asking what you and you personally know was

4    done.

10:21AM   5                    MR. BLUM:  Then it's hearsay and no foundation.

6                    THE COURT:  The objection is overruled, Mr. Blum.

7                    THE WITNESS:  In about 1998, we, the purveyors,

8    the water purveyors, had contracted with a groundwater

9    hydrologist firm to try to determine if perchlorate was

10:22AM  10    possibly coming to the site during stormwater runoff events.  A

11    plan was put together.  A rainfall runoff event was waited for.

12    And then samples were collected to analyze that runoff, and

13    perchlorate was detected in that water.

14                    I think that answered your question, Counselor.

10:22AM  15       Q       BY MR. GEE:  Okay.  And other than shutting down

16    the wells and trying to confirm the source of the wells, are

17    water agencies doing anything else in regards to perchlorate

18    contamination?

19       A       Sure.  We hired a number of consultants and

10:23AM  20    experts over the years to assist the water company with trying

21    to -- particularly at that point in time to try to understand

22    what do we do, how do we deal with this.

23                    Perchlorate, again, was a new entity to most

24    water utilities.  It was only being discovered recently.  This

10:23AM  25    is back in the late '90s.  And so we hired consultants to

1  assist us in trying to evaluate what our response could be, how

2  we could remedy the situation.

3       Q       And do you know the name of any of the

4  consultants that assisted you in this process?

10:23AM  5       A       Sure.  We have used a consulting engineering firm

6  known as Kennedy Jenks.  We have had a couple of groundwater

7  hydrologists involved over the years, Richard Slade &

8  Associates and Luhdorff & Scalmanini and probably a bunch of

9  others.

10:24AM  10       Q       And did the consultants ultimately develop

11  recommendations as to how to address the perchlorate

12  contamination?

13       A       Yes.  The consultants, you know, looking at our

14  initial findings in what was impacted had determined that a

10:24AM  15  couple of the impacted wells could probably be used for

16  containment wells, in other words, wells that could help

17  contain the plume of perchlorate.  In particular, this was

18  Wells Saugus 1 and Saugus 2.

19       A number of other wells on that initial detection

10:24AM  20  list were determined not to be useful for that.  So those wells

21  were ultimately destroyed.  I mentioned earlier Stadium well

22  and the Valencia 157.

23       Q       You mentioned the term "containment well."  What

24  is a containment well?

10:25AM  25       A       Well, in simplest terms, it would be a well that

1    is designed to try to capture a contaminant and keep it from

2    moving somewhere else.  So if you have this plume of

3    contamination and an aquifer -- and again, the aquifers move --

4    and you have a well somewhere that you can run to try to stop

10:25AM   5    and contain and keep that contamination from moving to some

6    other location.

7         Q    And why was it important for the water companies

8    to contain the contamination?

9         A    Well, we were concerned because we had other

10:25AM   10   wells.  We had already lost a few wells based on this initial

11   sampling and testing.  We had other wells that were relatively

12   close downgradient from the wells that had been impacted.  And

13   so we were concerned that we would have additional wells

14   impacted.

10:26AM   15        Q    Now, what was your role in implementing the

16   remedy, if you will, to contain the contamination?

17        A    Well, you know, in my role early on when I was at

18   Valencia and we had the initial wells that I had indicated were

19   sampled, some were destroyed -- I was involved in the work to,

10:27AM   20   you know, destroy the Well 157.  We also had short -- a few

21   years after that, we had another well that was impacted,

22   Well Q2, was heavily involved in the design and insulation of

23   the treatment facility for that well.

24        Q    And ultimately, you mentioned that the

10:27AM   25   perchlorate contamination came from the Whittaker site.  Did

1  you reach out to Whittaker regarding the contamination at any

2  time?

3      A     We did.  I mean, we had, you know, meetings and

4  discussions.  We were trying to ascertain what was happening,

10:27AM  5  where was this stuff coming from and so forth.  And so a number

6  of meetings were had.

7            I think early on the property -- we were told the

8  property had been sold to a development or developer company --

9  Santa Clarita, LLC, I believe -- and that they weren't

10:28AM  10  responsible at that point in time.

11     Q     And what was the purpose of meeting with -- the

12  meetings with Whittaker?

13     A     Well, the initial meetings, we were trying to

14  determine who was responsible and figure out a way to deal with

10:28AM  15  the problem.

16     Q     And at any time did you ask Whittaker to address

17  the contamination?

18     A     We did.  That led to legal issues and suits and

19  things, but --

10:28AM  20     Q     And are you generally familiar with the -- do you

21  recall when abouts the suit that you mentioned was filed?

22     A     I'm not sure when it was filed exactly.  I mean,

23  you know, the process started in the late, you know, '90s.  We

24  had sort of come to an agreement or a settlement by the 2007

10:29AM  25  time frame.  So it would have been filed somewhere in between.

1          THE COURT:  Ladies and gentlemen, we are going to

2   take our morning break.  It is now 10:30.  We will break until

3   10:45.

4          Please remember, don't speak about the case or

10:29AM   5   anything to do with it.  Keep an open mind.

6          And do make sure that, for those of you in the

7   gallery, that you continue to take your notebooks with you.

8          See you back here in 15 minutes.

9          (The following proceedings were held in

10:30AM  10          open court outside the presence of the jury:)

11          THE COURT:  Please be seated.

12          Mr. Gee, just a note and that is the Court has

13   overruled the objections, and I stand on the Court's rulings.

14   But you may just want to be mindful of the amount of time you

10:30AM  15   have estimated to the Court and that the Court has given as to

16   how much detail you want to go into things that may or may not

17   be disputed.

18          I'm not pointing you in any direction.  I'm

19   simply asking you to be mindful of how much time you may want

10:30AM  20   to spend on certain matters.

21          MR. RICHARD:  Yes, Your Honor.

22          I forgot to ask -- and I don't think we

23   discussed -- I need to move into evidence the exhibits I used

24   with the witness even though they're stipulated.  Does the

10:31AM  25   Court prefer if we do it at the end of the day or with each

1    exhibit?  I don't want to take up time with the witness.

2                THE COURT:  We will proceed in this fashion,

3    unless anyone has an objection to the procedure, and that is

4    once a document has been published, it means it has been

10:31AM    5    received.  And it should not be published until -- as the

6    parties have been doing.  The Court is aware it is a stipulated

7    or unobjected to document.

8                Any objection to the procedure?

9                MR. RICHARD:  That's perfect, Your Honor.  Thank

10:31AM   10    you.

11               THE COURT:  Any objection, Mr. Blum?

12               MR. BLUM:  No, Your Honor.

13               THE COURT:  You will at the end of the day,

14    however, have to sort of true up with my courtroom deputy.  But

10:31AM   15    as long as it has been published, that signifies it's been

16    received.

17               MR. BLUM:  I have a clarifying question, though,

18    Your Honor.

19               THE COURT:  Yes.

10:31AM   20               MR. BLUM:  If a document has been stipulated to

21    but it has not been officially published, does that mean it's

22    not in?

23               THE COURT:  Yes.  Publication is the key to

24    receive.

10:31AM   25               All right.  We are in recess.  Thank you.

```
 1                    (A recess was taken at 10:31 a.m.)
 2                    (The following proceedings were held in
 3              open court in the presence of the jury:)
 4                    THE COURT:  We are back on the record in the
10:50AM  5   trial matter with all present, including the jury, and the
 6   witness has resumed the stand.
 7                    Mr. Abercrombie, you understand you remain under
 8   oath?
 9                    THE WITNESS:  Yes.
10:50AM 10                    THE COURT:  Is that a "yes"?
11                    THE WITNESS:  Yes.
12                    THE COURT:  You may continue with your direct.
13        Q      BY MR. GEE:  Mr. Abercrombie, you mentioned a
14   2007 settlement agreement.  Are you generally familiar with
10:51AM 15   that settlement agreement?
16        A      Yes.  I have general familiarity with it.
17        Q      And do you know what contaminants were addressed
18   in that settlement agreement?
19        A      Perchlorate primarily.
10:51AM 20        Q      And are there other contaminants that -- from the
21   Whittaker site that are of concern to Santa Clarita Valley
22   Water Agency?
23        A      Yes.  In particular, the VOCs, PCE, and TCE.
24        Q      And when did the water agency become aware that
10:51AM 25   TCE and PCE were going to be an issue for the water agency?
```

```
 1          A       Initially, when we were in the process of putting

 2   in the perchlorate treatment system for the Saugus 1 and

 3   Saugus 2 wells -- this was done in the mid 2000s, I guess, when

 4   the work was being done -- we had low levels at the time,

 5   detections of VOCs in those wells.

 6                  We were under the impression, because they were

 7   below the MCL, that they wouldn't be a problem probably.  And

 8   ultimately, in working through the permitting process with

 9   Division of Drinking Water to get our permit to put those wells

10   back into service, we determined at their instruction that a

11   system needed to be put in place to essentially blend the water

12   to the point where you did not detect VOCs in the water being

13   produced and distributed from those two wells.

14          Q       Mr. Abercrombie, are you familiar with the

15   permitting process by DDW?

16          A       Yes.  I mean, they have -- in this case, they

17   have a process called 97-005.  It's a process that the Division

18   of Drinking Water uses when they're permitting a facility

19   that's using water from what they determined to be a highly

20   impaired water source.

21                  In this case, the water that the Saugus wells

22   were producing was determined to be a highly impaired water

23   source.  And that permitting process is a long and rigorous

24   process that the Division of Drinking Water goes through.  We,

25   at SCV Water, have provided numerous studies, data, whatnot to
```

10:52AM (line 5)
10:52AM (line 10)
10:52AM (line 15)
10:53AM (line 20)
10:53AM (line 25)

1    the Division of Drinking Water as -- in compliance with their

2    request pursuant to that permitting process.

3         Q        And just for clarification, did you go through

4    that process for the Saugus 1 and Saugus 2 wells?

10:53AM   5         A        Yes, we did.

6         Q        And did you ultimately get a permit for Saugus 1

7    and Saugus 2?

8         A        Yes.  We ultimately got a permit from the

9    Division of Drinking Water for those two wells.  That permit

10:54AM   10   requires us to effectively blend the treated water from those

11   wells and have no detection of VOCs in our distribution system.

12   And by "no detection," that means it needs to be below what

13   they call the detection limit, which is about one-tenth of the

14   MCL for those chemicals.

10:54AM   15        Q        And, Mr. Abercrombie, how did the agency

16   contemplate meeting the non-detect requirement in the -- in the

17   turnouts?

18        A        The system was basically designed to have the

19   water that was treated for perchlorate or, in other words, the

10:55AM   20   perchlorate was removed out of the treatment facility from

21   those two wells.  And then that water that was free of

22   perchlorate was transported and blended into a distribution

23   system that contained essentially imported State Water Project

24   water.  And that distribution system then fed that water

10:55AM   25   throughout the system, through what's called turnouts.

1    Q    And, Mr. Abercrombie, you mentioned that you

2  underwent some state certification on treatment plants.  Are

3  you familiar with typical treatment facilities for various

4  contaminants?

10:55AM  5    A    Yes.

6    Q    And if you're not able to blend the VOCs down to

7  below the detection limit, what other options do you have?

8    A    Well, essentially, the Division of Drinking Water

9  has two scenarios for dealing with contaminants.  In some

10:56AM  10 cases, blending where you're taking water that's free of that

11 contaminant and blending it with water with low levels of the

12 contaminant is an option to result in the outcome being you

13 don't find the chemical at a detection level.

14        The other scenario would be that you treat for

10:56AM  15 the contaminant.  And essentially, that means that you're

16 running the water through some sort of a treatment or

17 filtration system that is actually removing the contaminant

18 from the water.

19        In this case, for VOCs, one of the primary means

10:56AM  20 of treating is a process called granular -- using granular

21 activated carbon, or GAC.

22    Q    And, Mr. Abercrombie, when did the agency start

23 up Saugus 1 and Saugus 2 under the new permit?

24    A    I believe the wells were permitted and put into

10:56AM  25 operation in or around 2010.

1       Q       And does the agency meet with DDW periodically?

2       A       Yes.  We meet with DDW on a regular basis

3    multiple times a year.  And this is one of the -- on a lot of

4    issues but including Saugus 1 and 2.

10:57AM   5       Q       And when you've discussed Saugus 1 and 2, is the

6    issue raised VOCs?

7       A       Yes.

8               MR. BLUM:  I apologize.  Can I have the question

9    read back or repeated?

10:57AM  10               THE COURT:  Are you able to repeat the question?

11   Thank you.

12               (The record was read.)

13               THE COURT:  And the answer was "yes."

14               MR. BLUM:  Thank you, Your Honor.

10:57AM  15       Q       BY MR. GEE:  What type of discussions have you

16   had regarding the VOCs in Saugus 1 and Saugus 2?

17               MR. BLUM:  Objection.  It's vague and it calls

18   for hearsay.

19               THE COURT:  Sustained on vagueness grounds.

10:58AM  20       Q       BY MR. GEE:  Has DDW articulated a position on

21   Saugus 1 and Saugus 2 VOCs?

22               MR. BLUM:  Hearsay, Your Honor.

23               THE COURT:  It's still vague.  I don't think it's

24   being offered for the truth of the matter, but I can't tell.

10:58AM  25       Q       BY MR. GEE:  Mr. Abercrombie, have you

1    participated in any of these discussions with the DDW?

2         A      Yes, I have.

3         Q      And to the best of your understanding, what --

4    has DDW articulated their position in your presence as to how

10:58AM 5    they expect -- as to how they expect the VOC noncompliance with

6    a non-detect permit condition?  What position has DDW taken in

7    terms of requiring the agency to comply with that condition?

8              MR. BLUM:  Your Honor, this is hearsay.

9              THE COURT:  It's overruled.

10:59AM 10             Ladies and gentlemen, this is being offered to

11    determine what action the agency took in connection with

12    whatever they might have been told.

13             You may continue.

14             THE WITNESS:  The Division of Drinking Water has

10:59AM 15    made it clear to us that they expect us to comply with the

16    permit.  The permit says we are supposed to have non-detect of

17    the -- of those constituents, PCE and TCE, at those sample

18    points in our system.

19         Q      BY MR. GEE:  And has the agency taken any actions

10:59AM 20    to try to get funding for such a remedy?

21         A      We have.  We have had discussions with DDW in

22    that regard.  And, in particular, they had offered up a

23    potential source of, I believe, grant funding through what's

24    called Proposition 1 that we did look into to try to determine

11:00AM 25    if it was an option.  Unfortunately, we weren't qualified for

```
 1   that particular grant opportunity.

 2        Q      Okay.  Moving along to same topic, permitting,

 3   for Well V-201 -- let's talk a little bit about V-201 first.

 4               When did the agency learn that contamination from

 5   the Whittaker site impacted V-201?

 6        A      I believe our initial test results that detected

 7   perchlorate for V-201 were in late 2010.

 8        Q      And what was the agency's initial response?

 9        A      We took the well out of service, basically shut

10   it down so that we wouldn't be serving the water.  We informed

11   DDW, you know, they get all the test results and so forth, and

12   we informed them of our actions at the time.

13        Q      Okay.  And did you approach Whittaker about that

14   contamination?

15        A      We did.

16        Q      What was the -- what -- to your recollection,

17   what happened when you contacted Whittaker about that, the

18   contamination?

19        A      We went through the normal process of back and

20   forth trying to get Whittaker to fund a treatment system for

21   that process.  Ultimately, we came together on sort of a

22   separate agreement, if you will, of a V-201 agreement that

23   addressed how the treatment system would be designed and

24   installed and implemented for V-201.

25        Q      And when did you come to an agreement with
```

11:00AM (line 5)
11:01AM (line 10)
11:01AM (line 15)
11:01AM (line 20)
11:02AM (line 25)

1    Whittaker?  What date?

2        A       Many years after 2010 because, once we started

3    building the facility, which wouldn't have happened until we

4    had the agreement, you know, we were building the facility in

11:02AM  5    probably 2016/'17 time frame.

6                MR. GEE:  Your Honor, we'd like to present

7    Exhibit 490-A, which is an exhibit that we had a ruling on the

8    admissibility of.

9                (Marked for identification and received

11:03AM  10               into evidence Exhibit No. 490-A.)

11               THE COURT:  Please proceed.

12       Q       BY MR. GEE:  Mr. Abercrombie, is this a copy of

13   the agreement that you reached with Whittaker Corporation?

14       A       It appears to be, yes.

11:03AM  15       Q       And does the date of approximately July 2015

16   refresh your recollection as to about when the parties

17   ultimately entered into an agreement?

18       A       Yes.

19       Q       And so is it correct, if I'm doing my math right,

11:04AM  20   that four years had transpired between the time the well was

21   contaminated and agreement had been reached?

22       A       That's about right, yes.

23       Q       And once you reached an agreement with Whittaker

24   on the funding of the V-201 treatment system, how much longer

11:04AM  25   after that was the perchlorate treatment system installed?

1        A        I believe the system became active in mid to late

2    2017.  So the process was, you know, over that time period of

3    installation and getting it activated.

4        Q        Okay.  And is V-201 currently being used as a

11:04AM  5    water supply well?

6        A        No.  The treatment system, as I just said, was

7    installed and made operational in late 2017.  We don't have a

8    permit yet, a drinking water permit, from the Division of

9    Drinking Water that we need to allow us to use that well to

11:05AM 10    deliver that treated water to customers as drinking water.  We

11    don't have that permit yet.  So the well is not yet usable as a

12    drinking water source.

13        Q        And is that the same 97-005 process that you

14    earlier described for -- required for V-201?  The permitting

11:05AM 15    process.

16        A        Yes.  It is the 97-005 process.  I think the

17    process is probably -- had some iterations or updates on the

18    DDW site over the years.  But it is the same process that

19    essentially they used for us for the Saugus 1 and 2 wells.

11:05AM 20        Q        And when did you first start the permitting

21    process for V-201?

22        A        I think we started talking in earnest to DDW

23    about what would we need to do, how would we proceed in 2012 or

24    so.  You know, they provided directions, instructions.  We

11:06AM 25    started putting together the application process, which is,

1    again, a very complicated, complex large document.  I believe

2    the initial submission of that to DDW was in 2014.

3        Q      So 2012, that's nine years ago.  Does it normally

4    take nine years to get a water supply permit?

11:06AM  5        A      Well, one of my -- one of the people on my staff,

6    Michael Alvord, is the person that's working directly with DDW

7    on most of the SCV Water permitting issues these days.

8              THE COURT:  Perhaps we can defer this to him if

9    he's going to testify.  Is he going to be testifying,

11:07AM  10   Mr. Alvord?  I thought I saw him on the witness list.  If so,

11   let's move on to another subject, please.

12             MR. GEE:  All right.

13        Q      After the perchlorate treatment facility was

14   installed in 2017, I believe, did the agency operate the V-201

11:07AM  15   well?

16        A      Yes.  We began operation of the well, pumping the

17   water from the well, running it through the treatment system.

18   But since we didn't have a drinking water permit from the

19   Division of Drinking Water, we had to discharge the treated

11:07AM  20   water to the Santa Clara River, essentially.

21        Q      And what was the purpose of operating the V-201

22   well if you can't use it for drinking water?

23        A      Well, the well -- the well is serving as a

24   containment well to help contain the perchlorate plume, much

11:08AM  25   like the Saugus 1 and 2 wells.  Both Whittaker's

1    hydrogeologists and the agency's, SCV Water, had recommended it

2    be operated that way.

3         Q    And do you need a -- any kind of permit from the

4    state to discharge the V-201 water?

11:08AM  5    A    You do.  Anytime you discharge water to, say, a

6    river, for instance, you have to get a permit from the State

7    Water Resource Control Board, essentially a waste discharge

8    permit.  That permit has, you know, whatever requirements in it

9    that the state is going to make you follow to discharge the

11:08AM  10   water.

11        Q    And you mentioned you had to purchase some State

12   Water Project water to -- for the purposes of disposing of the

13   water.  What -- why did the State require or what -- what was

14   the purpose of buying that water?  Was it to meet a permit

11:09AM  15   condition?

16        A    Yes.  The waste discharge permit essentially has

17   limits for certain constituents, minerals and things, that you

18   can discharge into various reaches of the river, for instance.

19             And in our case, the constituents of concern were

11:09AM  20   total dissolved solids and sulfates.  So the water being

21   produced from the well had higher levels of those minerals than

22   we could discharge into the river.

23             So the only way to do that and to meet the

24   requirement for lowering those levels would be to blend that

11:09AM  25   water -- that well with other water.  And so we blended the

1   water that was being produced from the well that was treated

2   for perchlorate and had the perchlorate removed, and then we

3   would blend it with imported water to be able to meet the

4   discharged limitations as it went to the river.

11:10AM   5        Q       And did the water agency discuss the blended

6   water requirements with Whittaker?

7        A       We did.  We had -- you know, we have monthly

8   meetings with Whittaker and the water agencies and a myriad of

9   other entities.  And the operations of Well 201 were a regular

11:10AM   10  agenda item.

11       Q       And at any time do you recall whether or not

12  Whittaker objected to operating V-201 as a containment well?

13       A       No.  Again, as I said, I think we both agreed

14  that it should be operated as such.  The agreement we signed

11:10AM   15  essentially says that.

16       Q       Has there been any other well that has been

17  impacted by contamination from the Whittaker site that has

18  caused you to take it offline?

19       A       Yes.  There's a well that we call V-205 which is

11:11AM   20  located near 201 but slightly downgradient from it.  And that

21  well has also had detections of perchlorate and VOCs and is

22  offline.  It does not have treatment yet for either perchlorate

23  or VOCs.

24       Q       Okay.  And you mentioned that, when you take a

11:11AM   25  well down, that you -- that you need to replace loss capacity

1    with State Water Project water; is that correct?

2         A    Yes.  That's correct.

3         Q    And did you determine -- let me ask a foundation

4    question.

5              Who pays for the State Water Project water that's

6    being used for blending in replacement water?

7         A    Well, initially, the water is, you know, being

8    purchased and treated and distributed through our system to

9    that well for blending by us, by SCV Water.  You know,

10   ultimately somebody else might pay for parts of it, as has been

11   done in the past by Whittaker.

12        Q    Okay.  And speaking of -- speaking of the

13   replacement water, has replacement water for V-201 been an

14   issue prior to the restart of the well in 2017?

15        A    Yes.  We have -- the well has been out of

16   service, as we said, since 2010 or whatnot and still out of

17   service other than being treated and discharged to the river.

18             We had an agreement with Whittaker where they

19   paid for the replacement water for a period of time, you know,

20   from, I think, 2012 to 2017.  That agreement ended at that

21   point to where they didn't pay beyond that.

22        Q    And was that part of the 2007 settlement

23   agreement?

24        A    No.  That was part of what I would call the V-201

25   agreement.

1        Q        And currently, you mentioned that water is being

2    purchased to enable you to dispose of V-201 output to the

3    Santa Clara River.  Who is paying for the water that you need

4    to satisfy your discharge permit?

11:14AM    5        A        We are.  SCV Water.

6        Q        And the replacement water since 2017 for V-201,

7    who is paying for that?

8        A        SCV Water.

9        Q        What about -- is SCV Water incurring replacement

11:14AM   10    water costs associated with V-205 being shut down?

11        A        Yes.  The well was taken offline.  So the

12    production that we would typically have gotten from that well,

13    we can't get from that well any longer.

14        Q        And did you make any type of assessment as to how

11:14AM   15    much SCV Water is paying associated with the contamination from

16    the Whittaker site?

17        A        Well, I made assessments as to what that water

18    was costing us as far as the replacement water, as far as the

19    blend water.

11:15AM   20        Q        I'd like to display Exhibit 491-A, which was

21    discussed previously.

22                THE COURT:  You do need, before you do so, to

23    establish a foundation as to how this information was arrived

24    at.

11:15AM   25                MR. GEE:  All right.

1    Q    So, Mr. Abercrombie, in your job responsibility,

2    do you know how much State Water Project water costs?

3    A    Yes.

4    Q    And in determining how much replacement water was

11:16AM   5    required for V-201, how did you go about determining that --

6    the volume of water that was required?

7    A    Sure.  What we did was we looked -- I looked at

8    the historical production from that well, V-201.  We have

9    production meters or meters, if you will, on all of our wells

11:16AM   10    that meter the flow of water that that well produces.  Those

11    are read, compiled, and imported out on various bases, whether

12    it be monthly, annually, whatnot.

13         So I looked at the water that was produced from

14    that well, the volume, and I'm using volume in terms of

11:17AM   15    acre-feet.  That's the way I calculate the volumes.  It's a

16    unit of measure that is about 325,000 gallons of water.

17         I looked at the historical production from that

18    well over a number of years.  I think in this case a five- or

19    six-year period up to the point in time that the well was shut

11:17AM   20    down.  And I averaged the annual production for those five or

21    six years, and that gave me an annual number for the volume of

22    water that that well had been producing on an average basis.

23    Q    Okay.  And -- but the water that comes out of

24    V-201, that's not free, is it?  Don't you have to pay some

11:17AM   25    costs in order to obtain the water out of V-201?

1    A    Well, sure.  You're paying for electricity.

2 You're paying for chemical costs because we do have to

3 chlorinate the water that comes out of the wells.  You also

4 have your general operational expenses and whatnot that you

11:18AM  5 incur as a water company producing that water.

6    Q    Okay.  And was that number factored into your

7 calculation as to replacement water costs?

8    A    Some of those numbers were.  Essentially, the

9 value of the water or the cost of the water, the cost of the

11:18AM  10 imported water to the retail system that's delivering that

11 water to those customers was calculated.  And that can be done

12 simply by looking at invoices that show, you know, what the

13 cost is per acre foot for import water that's being delivered

14 to, say, in this case, the Valencia system.

11:18AM  15         To that, since imported water is coming into the

16 system, it's essentially cheaper to pump imported water into a

17 water system than it is to pump the groundwater into the water

18 system because the imported water is already in a pipe, more or

19 less at the top of the ground.  And the groundwater is way

11:19AM  20 below the ground.

21         So there's a calculation that's done to

22 determine, you know, how much energy savings is there by not

23 having to pump the water from the well.  And that is actually a

24 credit or a reduction to what the cost of replacement water

11:19AM  25 would be because we're not having to spend that money now to

1   pump that well out of the -- the water out of that well.

2          A similar calculation is done to analyze how much

3   chlorine costs do we incur to chlorinate the water from the

4   well and to convert that to an acre foot basis, if you will,

11:19AM  5   because the water that's coming into the system, the

6   replacement water, the imported water has already been treated

7   and chlorinated.  So we don't have to chlorinate it

8   additionally.

9          So that's, again, another credit or reduction to

11:20AM 10   the cost of the imported water.  And, you know, those two

11   credits, if you will, subtracted from the cost of the imported

12   water to the system results in a net number of so many dollars

13   per acre foot for imported water that's being used as part of

14   the main part of the calculation for replacement water or

11:20AM 15   blending water.

16       Q    And you mentioned that the agency is also paying

17   for water that you need to blend with V-201 discharge water to

18   Santa Clara River.  Do you have a way -- did you have a way of

19   determining how much the agency is paying for that?

11:20AM 20       A    Sure.  It's more or less the same number.  The

21   cost of the imported water coming into the system is, again, a

22   number that you can calculate from what the retail entity is

23   paying for that water coming into that system.

24              THE COURT:  I do have a question for you.

11:21AM 25              So with regard to the blending, did your agency

1      always use imported water as opposed to perhaps at times using

2      the water that you have from wells that you could otherwise

3      use?  Do you understand the Court's question?

4                  THE WITNESS:  I think so, Your Honor.  I mean,

5      it's -- imported water is the only source that we have that is

6      generally not subscribed -- fully subscribed as far as use at

7      times of the year.  So in other words, other wells that we have

8      that we run, we run full time in the summer months, you know,

9      from June to September.  We don't have extra there.  You know,

10     it's a -- and we don't -- it's not -- the numbers, it's not

11     like you -- well, let's take that water and use it in another

12     month.

13                 The demands are cyclical.  So we have to blend it

14     out.  So in our view, the water we are using is by producing

15     more imported water that we can increase from pumping from

16     turnouts into the system.

17                 THE COURT:  The bottom line though is -- I

18     understand there's a reason that you have just described for

19     doing what you have done, but what you have done is you have

20     imported water both for purposes of replacement and for

21     blending.

22                 THE WITNESS:  Correct.

23                 THE COURT:  As opposed to using some other water

24     source for those two purposes; is that right?

25                 THE WITNESS:  Well, that's correct because I

1    don't think we have the other --

2              THE COURT:  I'm not questioning that at all.

3    This is purely a clarifying question.  Thank you.  Please

4    proceed.

11:22AM  5         Q    BY MR. GEE:  Okay.  And, Mr. Abercrombie, you

6    described a -- a methodology for calculating replacement water

7    for V-201.  Did you apply a similar methodology for Well V-205?

8         A    Yes.  The calculation is very similar for

9    Well V-205.  I believe there was some difference in the

11:23AM  10   electrical credit, if you will, because V-205 is a larger

11   motor, so it uses more electricity.  So by not pumping it,

12   there is a larger savings.  So there is an actual little bit of

13   a change in the -- or increase in the credit for V-205.  Other

14   than that, the calculations are very similar.

11:23AM  15        Q    Okay.  In making your overall calculation of

16   costs incurred by Santa Clarita Valley Water Agency with

17   respect to replacement water for V-201, what did you choose as

18   being the time period for which you're incurring those costs?

19        A    Well, for V-201 we knew we shut the well off in

11:24AM  20   2010 or so.  We recovered replacement water costs from

21   Whittaker for 2012 to 2017.  And at whatever month that

22   ended -- I think it was November or December of 2017 -- from

23   that point forward until today or November 1, I think is when I

24   did the last iteration, would have represented the replacement

11:24AM  25   water costs, the historical, if you will, uncovered replacement

1    water costs.

2         Q    Okay.  And for the blend water to discharge to

3    the Santa Clara V-201 water to the Santa Clara River, did you

4    use the same time period?

11:25AM  5         A    No.  Again, the blending -- the blend water was

6    needed because of the fact that we were -- we had built the

7    treatment system.  We were removing the perchlorate, but we

8    can't use the water yet.  So we're having to discharge it to

9    the river.  So that started in late 2017 roughly when we were

11:25AM  10   able to activate the treatment plan.  And so it would go from

11   that point until I think late April of this year, and then at

12   that point in time we shut the well down, and we did some

13   maintenance on the vessels, the treatment vessels, if you will

14   and so forth.  And that hasn't been activated yet again.

11:25AM  15        Q    All right.  Did you do anything to summarize your

16   calculations?

17        A    I did.  I prepared some -- I think a one-page

18   recap, one for well 201, one for well 205.  It showed the

19   acre-feet that we calculated, the average volume of the well.

11:26AM  20   It showed what the cost per acre foot was for the imported

21   water.  It showed the credits as they applied for electricity

22   and chemical treatment to give you a net cost for the

23   replacement water.  And then it multiplied -- you know, it

24   converted the annual volumes of replacement water to whatever

11:26AM  25   the time periods were that we are talking about whether it be

1    2017 to current or whatnot.  And then it applied that acre --

2    dollar per acre foot value to come up with what a dollar cost

3    was for replacement water for that particular period of time.

4        Q      And so far have we discussed all the cost

5    settlements that went into your calculation?

6        A      I believe so.  I mean, we did -- at one point we

7    looked at -- you know, we looked at a forward-looking

8    calculation knowing that, all right, if we need to put in

9    treatment for VOCs, that starts, say, today, it's going to take

10   us so many months or years to install that treatment and get it

11   activated at whatever facility we are talking about, well 205

12   or 201.

13          So during that period of time, we would be in the

14   same place we are now with no permit, and we would still be

15   needing replacement water, still be needing blend water.  And

16   so I had done a calculation to show what that sort of future

17   period of time was.

18          MR. GEE:  Okay.  So for the past -- for the past

19   well damages, Your Honor, may I display the summary sheet that

20   was described in detail?

21          THE COURT:  Yes.

22       Q      BY MR. GEE:  Mr. Abercrombie, is this the

23   replacement water and blend water calculation -- I'm sorry.

24          MR. BLUM:  Excuse me.

25          THE COURT:  I didn't hear you.

1        MR. BLUM:  Your Honor, I apologize.  I'm sorry,

2    Your Honor.

3            THE COURT:  We had a discussion about this in

4    your absence this morning.

11:28AM  5            MR. BLUM:  I apologize, Your Honor.

6            THE COURT:  And please make sure you are

7    identifying for the record the exhibit that you're publishing.

8            MR. GEE:  Your Honor, I'd like to introduce and

9    submit Exhibit 492.1.

11:29AM 10           THE COURT:  It will be received.

11           (Marked for identification and received

12           into evidence Exhibit No. 492.1.)

13       Q    BY MR. GEE:  Mr. Abercrombie, is this a document

14   prepared by you?

11:29AM 15       A    Yes, it is.

16       Q    And does it represent the elements of replacement

17   of water costs that you had just previously described?

18       A    It does.  The top half of the document refers to

19   replacement water.  The bottom half, more or less, refers to

11:29AM 20   blending water.

21       Q    And so for the replacement water for V-201, how

22   much costs has the agency incurred for the purposes of

23   replacing lost capacity of V-201 since approximately 2017?

24       A    Approximately 466,000.

11:30AM 25       Q    Okay.  Similarly, the bottom half of that -- this

```
 1   exhibit shows or it says -- entitled blend water since

 2   February 22, 2018.

 3              Did you prepare this calculation too?

 4        A    Yes, I did.

 5        Q    Did you prepare this -- was this calculation done

 6   using the method that you described for blend water --

 7        A    Yes.

 8        Q    -- costs?

 9        A    Yes, it was.

10        Q    And what was the total blend water costs incurred

11   by the water agency between February 22nd, 2018, and

12   April 26, 2021?

13        A    It would be just over $2.9 million.

14        Q    And I note that your calculation stops at

15   April 26, 2021.  Is there a purpose or is there a reason why

16   you're not incurring costs?

17        A    Yes.  Because that is when we shut the well down

18   to basically empty the treatment vessels for coding inspections

19   and so forth.  And so at that point we weren't producing --

20   running the well and producing or needing to discharge water.

21        Q    April 26 is about seven months ago.  Is the

22   maintenance complete on that well?

23        A    Maintenance is complete.  There were a number of

24   components that needed to be replaced that apparently the

25   pandemic has caused some delays in equipment that extended
```

11:30AM (line 5)
11:30AM (line 10)
11:31AM (line 15)
11:31AM (line 20)
11:32AM (line 25)

1    things out.  But we have, I would say, in the past month

2    probably completed that work.

3         Q       Okay.  Is there a reason why V-201 blend -- V-201

4    is not operating at this time?

11:32AM    5         A       Yes.  I mean, we have asked Whittaker to obtain

6    replacement water.  As you know, we're in a drought, a very

7    severe drought this year and expected to be similar or worse

8    next year.  We have not received a positive response.

9         Q       Is there a reason why you can't use State --

11:32AM   10    purchase State Water for blending water purposes?

11         A       Again, we're in a drought.  If you can find it,

12    you can use it.  It is not always easy to locate import water

13    during severe droughts as multiple agencies are competing for a

14    fixed resource across the state.

11:33AM   15         Q       Okay.  So there's one last line item that you

16    have down at the bottom.  I believe you mentioned chemical

17    costs.  Does this line item represent the chemical costs that

18    you were referring to earlier?

19         A       No.  This is really a separate matter.  This is

11:33AM   20    another one of the aftereffects or the results of having to

21    discharge the water to the river is that, you know, the water

22    that we're discharging to the river, at least the blending

23    portion of it, is already chlorinated.  You know, it's treated

24    water.  It's chlorinated, et cetera.  And you can't discharge

11:34AM   25    chlorine into the river.  So we have to use, as part of the

discharge process into the river, we have to essentially do

what they call dechlorinate the water which is we add a

dechlorination chemical so that the chlorine dissipates before

it gets to the river.

11:34AM     Q      Okay.  And you mentioned you used a similar

calculation for Well V-205.

            A      That is correct.

            MR. GEE:  Your Honor, I'd like -- Your Honor, I'd

like to display and enter a calculation sheet prepared by

11:34AM  Mr. Abercrombie for replacement water for V-205.  That was

earlier discussed.

            THE COURT:  Yes.  I'm aware.  But I do need the

exhibit number, please.

            MR. GEE:  I'm sorry.

11:35AM     THE COURT:  Is it 493-A or some other exhibit?

            MR. GEE:  It's 494.

            THE COURT:  It will be received.

            (Marked for identification and received

             into evidence Exhibit No. 494.)

11:35AM     Q      BY MR. GEE:  Mr. Abercrombie, did you prepare

this exhibit that is marked 494.1?

            A      Yes, I did.

            Q      494.1 document, did you use the same process for

calculating replacement water as we earlier discussed?

11:35AM     A      Yes, I did.

1    Q       And what was the total amount of replacement

2    water for -- associated with V-201 -- I'm sorry -- V-205?

3    A       Just over 4.1 million.

4    Q       All right.  I'm done with this document.

11:36AM    5           Mr. Abercrombie, you mentioned that you also

6    prepared some cost estimates associated with -- cost estimates

7    for replacement blend water and water costs going forward.

8    What is the basis of -- why would you need -- how can you

9    calculate costs going forward for replacement water?  Perhaps

11:36AM    10   we can talk about some of the assumptions that you made in that

11   calculation.

12          Did you use a similar method to calculate

13   replacement water going forward for -- and blend water going

14   forward for V-201?

11:36AM    15   A       Yes.  I used the exact same method.

16   Q       And why would the -- why would the agency --

17   let's say that we started today.  Why would the -- implementing

18   a remedy for V-201, why would the agency need to purchase blend

19   water and replacement water if we got approval to build the

11:37AM    20   facilities to treat V-201 water?

21   A       Well, I mean, at the point in time that we got a

22   green light, we got approval to proceed with building the

23   treatment system that would be needed to put the well under use

24   and get a permit.  That starts a process.  I mean, you don't

11:37AM    25   have a treatment plant tomorrow.  You have to design it, you

1   know, lay it out, make sure it fits, have all the components

2   engineered and put together.  That takes a lot of time.  And

3   you have to also then start the process of specifying the

4   specific types of equipment and vessels and pumps and motors,

11:38AM   5   et cetera, that you would need, send that out for bids to the

6   various contractors and suppliers, and that takes time.

7           And once that's all done, the process of the

8   suppliers actually being able to deliver you equipment is also

9   something that is -- has sometimes a long lead time on it.

11:38AM   10  Most of this equipment, especially the large vessels, are

11  custom fabricated when you order them.  They're not things that

12  suppliers just have a thousand of these tanks sitting around

13  their yard.  And so there's time involved in that process to

14  design it and to bid the equipment.

11:38AM   15          And then it takes time to build the facility.

16  You're pouring foundations.  You're installing piping,

17  electrical conduit and electrical equipment, et cetera.  So

18  there's a lot of work that needs to be done to build the

19  facilities.

11:39AM   20      Q      Okay.  Mr. Abercrombie, those are foregoing

21  costs, costs that will be incurred in the future?

22      A      Yes.

23      Q      As a project engineer, basically project

24  engineering experience, is there a formula that calculates what

11:39AM   25  those -- what the future costs would be in today's dollars?

```
 1      A      Yes.  I guess I would just say two things.  To be
 2  clear, I'm not an engineer.  But essentially, you know, when
 3  you're looking at a future stream of money, whether it's being
 4  spent or coming in, you can apply a discount factor and
 5  discount that future stream back to some present day amount.
 6  In other words, if somebody were to give you that amount, it
 7  would be the same as if you got that future stream of money
 8  over the upcoming years.
 9      Q      And is that a calculation commonly made by
10  project managers?
11      A      It is.  It's a -- I mean, a lot of people do
12  that.  It's a present value calculation that every calculator
13  in all aspects of financial software have those functions in
14  them to make those calculations.
15      Q      And did you undergo a similar process for
16  Well V-205?
17      A      Yes.  The same process.
18             MR. GEE:  Your Honor, I'd like to display and
19  enter Exhibit 491-A that was discussed earlier.
20             THE COURT:  It will be received.
21          (Marked for identification and received
22           into evidence Exhibit No. 491-A.)
23      Q      BY MR. GEE:  Mr. Abercrombie, did you prepare
24  what is displayed here as Exhibit 491-A?
25      A      I did.
```

1       Q       And is the calculation for replacement water

2   which is, I believe, the top half of the page, is that -- was

3   the replacement water costs consistent with the methodology

4   that you just described?

11:41AM   5       A       Yes, it was.

6       Q       And for blend water costs that's in the middle

7   section of the Exhibit 491-A, is that consistent with the

8   calculation methodology that you described for blend water?

9       A       Yes.

11:42AM   10      Q       And what ultimate figure did you come up with for

11  replacement water for water costs for V-201 between now and

12  October 2023?

13      A       The discounted number would be 200 -- just over

14  $233,000.

11:42AM   15      Q       And for blend water, again, what was the total

16  net present value costs that you derived using your methodology

17  that you just described?

18      A       2.2 plus million.

19      Q       And the other costs that you listed on there, are

11:43AM   20  those the operating chemical and electricity costs that you

21  earlier discussed?

22      A       No.  What we did discuss, dechlorination.  But

23  these aren't the electricity and chemical costs that I

24  discussed earlier as far as being deductions for the cost of

11:43AM   25  the replacement or blend water.  These are additional

1    electrical costs, for instance, that we would have running the

2    V-201 treatment system at the point in time that we can run it

3    into the system because there's an additional booster station

4    involved which ultimately results in more horsepower for the

11:43AM    5    facility once it's producing water into the system than the

6    facility requires when it's pumping to waste.  So there is an

7    incremental increase in electrical costs we will incur at that

8    point in time.

9            MR. GEE:  Okay.  I would like to present and

11:44AM    10    enter Exhibit 493-A, Your Honor, which is a document that we

11    discussed earlier.

12            THE COURT:  Yes.  It will be received.

13            (Marked for identification and received

14            into evidence Exhibit No. 493-A.)

11:44AM    15        Q    BY MR. GEE:  Mr. Abercrombie, did you prepare

16    this figure in 493-A?

17        A    Yes.

18        Q    And the figure in 493-A, does this represent the

19    well replacement water costs for Well V-205 through

11:44AM    20    implementation?

21        A    It does.

22        Q    And what is the total discounted -- net present

23    value costs that you anticipate the agency to incur through

24    implementation of the treatment remedy?

11:44AM    25        A    Just over $1.4 million.

1      Q      Okay.  I'd like to just touch briefly on a little

2   bit about, you know, some of the foundational issues that are

3   associated with these damages.

4           You mentioned that the water that is currently at

11:45AM   5   V-201 meets the MCLs or below the MCLs for drinking water.

6   Isn't it true that, if it's below the MCL, you can just start

7   using that water for drinking water supply?

8                   MR. BLUM:  Leading.

9                   THE COURT:  Overruled.

11:45AM  10                   You may answer.

11                   THE WITNESS:  It isn't when you're dealing with a

12   permitting process that DDW is using now called the 97-005

13   process.  And it's our understanding that that process, which

14   they bring to bear on bodies of water that they determined to

11:46AM  15   be -- shoot.  I just lost the term -- highly impacted or highly

16   impacted from severely impaired -- that's not the right term.

17           Anyway, groundwater sources essentially are ones

18   that are impacted by multiple contaminants.  So they're located

19   near facilities that have large numbers of contaminants that

11:46AM  20   have impacted the soil or the groundwater.  And the DDW looks

21   at the risk of the -- adverse health risk to consumers or

22   drinkers of that water as being much higher in those instances

23   where there are multiple contaminants in the water.  And this

24   process they're using for permitting the 97-005 process is one

11:47AM  25   wherein they want all of the contaminants that you have in the

1    water to be below the detection limit.  So not to be found in

2    the water that you're delivering to customers.

3         Q     BY MR. GEE:  Okay.  Even a more fundamental

4    question.  In order to use V-201 water for drinking water, do

11:47AM  5    you need a permit from the Department of Drinking Water?

6         A     Yes.  We absolutely do.

7         Q     Okay.  It is the department of -- does Valencia

8    Water Company -- I'm sorry.

9               Does Santa Clarita Valley Water company make the

11:47AM 10    ultimate determination as to what is healthy and unhealthy for

11    consumers to drink?

12         A     No.  I mean, we aren't toxicologists or whatnot.

13    I mean, we -- we look at the regulations put forth, and we do

14    our best to comply with those regulations and standards that

11:48AM 15    are provided to us because, by complying with that, we are in

16    effect providing the best quality water we can to our

17    customers.

18               MR. GEE:  Mr. Abercrombie, I think I am finished

19    with your examination.  I appreciate your time.  Counsel for

11:48AM 20    Whittaker have an opportunity to ask some cross-examination

21    questions.

22               THE COURT:  All right.  Cross-examination.

23               MR. BLUM:  Thank you, Your Honor.

24    ///

11:48AM 25    ///

**CROSS-EXAMINATION**

BY MR. BLUM:

1

2

3      Q      It's almost good afternoon, Mr. Abercrombie.   How

4  are you doing?

5      A      Very well.   Thank you.

6      Q      I don't think I have seen you since your

7  deposition.   Things going well?

8      A      Going well.   Been well.

9             THE COURT:   Mr. Blum, let's get down to the

10  examination.

11      Q      BY MR. BLUM:   Sir, did I just hear you say that,

12  because there's -- the water agency is not toxicologists, that

13  the agency relies solely on the DDW to determine whether or not

14  water is safe?

15      A      I think so, yes.   We rely on the regulations from

16  the regulators to tell us how we -- what levels we need to be

17  testing for and complying with.

18      Q      Then why did the agency represent to the public

19  in a press release a few years ago that the water coming from

20  Well V-201 was safe to drink?

21      A      We aren't bringing any water into the system for

22  customers to drink from Well 201.

23             MR. BLUM:   If we can see Exhibit 1347, please.

24  I'm sorry.   It's 1376.   I got the wrong one.

25  ///

```
 1                  (Marked for identification and received

 2                  into evidence Exhibit No. 1376.)

 3        Q        BY MR. BLUM:  Sir, do you see the information

 4   sheet on Well V-201 that's in front of you?

 5        A        I do.

 6        Q        What's the date of that, please?

 7        A        I guess it would be the date at the bottom of the

 8   page which is July 17 of 2018.

 9        Q        Do you recall a situation in which the water

10   agency was cited for improper disposal and contravention of

11   their MPDES permit for the water company from Well V-201?

12        A        Yes.

13        Q        And do you recall this press release being sent

14   out and -- if you go to the second page, please -- one of the

15   questions was, "Was there any danger to our water supply?"

16                  Do you recall that?

17        A        I do.

18        Q        Can you read to the jury what the agency stated

19   in terms of responding?

20        A        It says, "No.  These minerals are naturally

21   occurring in local groundwater and are not related to the

22   treatment process.  The water could be served to homes for

23   drinking but did not meet the standards for discharge to this

24   reach of the river."

25        Q        Well, based on the absence of toxicology and the
```

11:50AM  (line 5)
11:51AM  (line 10)
11:51AM  (line 15)
11:51AM  (line 20)
11:52AM  (line 25)

1    sole reliance on the DDW, what was the basis for the water

2    agency telling the public that the water could be served to

3    homes for drinking?

4         A    Because the items that we were cited for for the

11:52AM   5    MPDES permit, the levels of those items fall within the

6    drinking water standards that we would have in our drinking

7    water permits for our wells.

8         Q    In other words, it was all below the MCLs.

9         A    I don't know if some of those things even have

11:52AM   10   MCLs, but it's below the regulatory limits for those

11   constituents.

12        Q    Well, also, that water had very, very low levels

13   of VOCs in it, didn't it?

14             THE COURT:  Mr. Blum, please.

11:52AM   15        Q    BY MR. BLUM:  The water had very low levels of

16   VOCs in it, didn't it?

17        A    It did.

18        Q    But they were below the MCLs; right?

19        A    Yes, they were.

11:53AM   20        Q    And the water agency represented to the public

21   that this water with low levels of MCLs could be served to

22   homes for drinking, did it not?

23        A    No, we didn't.  This press release is addressing

24   water that was dumped into the river, and we violated an MPDES

11:53AM   25   permit.  As such, none of that water was being delivered to

1    homeowners; so homeowners need not worry that their water is a

2    problem because the water is going to the river.

3         Q     Mr. Abercrombie, when the district represented

4    that, quote, it could be served to homes, wasn't it telling the

11:53AM  5    public that, regardless of where it went, this was -- this

6    would have been safe water to drink if we had served it to the

7    public?

8         A     I think the statement is referring to the line

9    above it which is addressing the minerals in question that were

11:54AM  10   the subject of the violation.

11        Q     And it had nothing to do or ignored the fact that

12   it had VOCs below the MCLs.  That was irrelevant?

13        A     That was irrelevant for this press release

14   dealing with this issue.

11:54AM  15        Q     Have you ever told the public that, hey, the

16   water coming from the turnouts could have low levels of VOCs in

17   it and, danger, don't drink it?

18        A     No, we haven't.  The public is well aware that

19   the water from the Saugus 1 and Saugus 2 treatment plant has

11:54AM  20   VOCs, and that is not blended out 100 percent of the time.

21        Q     And 10 percent of the time the water from the

22   turnouts has VOCs in it; correct?

23        A     Yeah.  5 to 10 percent I guess.

24        Q     And where exactly have you told the public that

11:54AM  25   10 percent of the water they are drinking has low levels of

1   VOCs?

2      A     I can't cite where exactly.  I know the public

3   knows because the public comes to our board meetings and brings

4   up the issue periodically.

11:55AM  5      Q     Of the 300 and some thousand people you serve,

6   have they all been to your meetings?

7      A     I would hope not.

8      Q     So you would agree that the only people that are

9   going to know it are the people that come to your meetings;

11:55AM  10   right?

11      A     No.  I mean, a lot of people read the information

12   that's published.  There's a lot of other involvement with the

13   community besides the handful of people that come to public

14   meetings.

11:55AM  15      Q     Now, you started out the direct examination with

16   using the term -- and excuse me.  I'm going to borrow a phrase

17   from *Star Trek* -- that the prime directive, sort of, of the

18   water agency is to deliver safe and reliable water -- deliver

19   water in a safe and reliable manner; correct?

11:55AM  20      A     Correct.

21      Q     Now, safe, in your opinion, in the last ten

22   years, has the water company -- the water agency ever delivered

23   water to the public that was unsafe?

24      A     No.

11:56AM  25      Q     So that 10 percent of water coming from the

```
 1   turnouts that has VOCs is safe?
 2        A       It meets the standards -- on the one hand, it
 3   meets certain health department standards.  On the other hand,
 4   it doesn't meet our permit which is why we are trying to treat.
 5               THE COURT:  Let him respond, and, Mr. Blum, I'm
 6   going to ask for the last time that --
 7               MR. BLUM:  I'm sorry.
 8               THE COURT:  No.  Beyond that.  You need to stay
 9   at the that lectern from now on with your hands on the lectern
10   so you're speaking into the microphone.
11        Q       BY MR. BLUM:  That wasn't my question,
12   Mr. Abercrombie.  My question is is it safe?
13        A       I don't know if I can answer that question.
14        Q       Well, you're the head of operations.  Who do we
15   ask if not you?
16        A       Maybe you should ask the Division of Drinking
17   Water.
18        Q       Well, the decision to serve the water with VOCs
19   in it is being made by you.  Is the water safe, in your
20   opinion?
21        A       I don't have an opinion.
22        Q       So as the head of operations, you have no opinion
23   on whether the VOC contaminated water that you are serving to
24   the public is safe?
25        A       My opinion is that we need to treat it.
```

11:56AM (line 5)
11:56AM (line 10)
11:57AM (line 15)
11:57AM (line 20)
11:57AM (line 25)

1    Q        But is it safe to serve before you treat it?

2    A        I don't know.

3    Q        Okay.  All right.

4             Let's talk about the turnouts.  Now, the turnouts

11:57AM   5  is the last place that the water is tested prior to the point

6    of it being delivered to the public; correct?

7    A        It's the last place that water in what would have

8    been called the wholesale water system is tested before it's

9    delivered into the retail water system.

11:58AM  10  Q        Okay.  And prior to the time that it hits the

11   turnouts, it is -- the water from the Saugus perchlorate

12   treatment facility, the SPTF, is blended with VOC-free water

13   from the State Water Project; correct?

14   A        Correct.

11:58AM  15  Q        Now, since we have been doing a lot of math here,

16   I'm going to give you a math question.

17            If the contamination at the turnouts is greater

18   than the contamination for VOCs that was measured as the water

19   left the SPTF, how could that be?

11:58AM  20  A        Well, first of all, you're not sampling this

21   myriad of locations simultaneously.  You're sampling the wells

22   maybe first thing in the morning, going to the treatment plant

23   pulling samples, going around town to the various turnouts

24   pulling samples, and you're done by the end of the day.  So,

11:59AM  25  first of all, you're not sampling and testing the same

moleculed water at all these locations.  The water levels --

the levels that you see in the wells changes.  It's not like

the well produces X every day.  That level changes over time.

It fluctuates.  It goes up.  It goes down.  And so you're --

11:59AM  you have a dynamic system where the chemical constituents that

you're sampling is moving around.

Q      In the last ten years as the head of operations,

are you aware of any occasions in which the sampling at the

SPTF for VOCs has been less than the VOCs tested at the

12:00PM  turnouts?

A      Not off the top of my head, no.

Q      Are you aware of a situation back around 2012 in

which the turnouts had -- well, at this point it was PCE well

above the MCL which your own office concluded could not have

12:00PM  been caused by Whittaker.

MR. GEE:  Objection.  Foundation.

THE COURT:  Sustained.  Argumentative as well.

Q      BY MR. BLUM:  In 19 -- around 2012, do you

remember an occasion in which the turnouts had PCE

12:00PM  contamination above the MCLs?

MR. GEE:  Same objection.

THE COURT:  Sustained.

Q      BY MR. BLUM:  Sir, as the head of operations,

what have you done to make sure that you're aware of problems

12:01PM  of VOC contamination that may exist at the turnouts?

1      A      We monitor and test the water quality at the

2  turnouts and numerous locations throughout the system.

3      Q      Do you remember any occasion before 2015 in which

4  there was a concern about sources of PCE at the turnouts?

12:01PM  5              MR. GEE:  Objection.  Foundation.

6              THE COURT:  Overruled.

7              You may answer.

8              THE WITNESS:  Well, I believe I have answered

9  this.  But no, I was not around or involved during that

12:01PM  10  timeframe.  I have since looked into and found the report and

11  read the report as to what the incident was or at least what

12  the thinking was for the situation at that particular turnout.

13      Q      BY MR. BLUM:  And didn't the report conclude that

14  the source of the PCE was not Whittaker?

12:02PM  15      A      It did.

16      Q      And since that report, have you seen any other

17  study that was done by the water agency that discussed why they

18  were getting the results they were getting for VOCs at the

19  turnouts?

12:02PM  20      A      No.  I mean, that report, in particular, had

21  results that were really high.  I mean, we were seeing a very

22  high impact and out-of-range detection.  And so that led to the

23  investigation to figure out what the problem is.

24      Q      Sir, who is Jeff Koelewyn?

12:02PM  25      A      Jeff is the water quality lab supervisor is I

1    believe his title.

2         Q        Isn't he also the head of regulatory affairs for

3    the agency?

4         A        No.  He is the water quality lab supervisor.

12:03PM 5    Q        And how long have you worked with him?

6         A        Since I've been at the -- at SCV Water.  So since

7    2018.

8         Q        Now, by the way, isn't his actual title lab

9    director?

12:03PM 10   A        I don't remember off the top of my head.

11        Q        Sir, hasn't there been at least two occasions

12   where Mr. Koelewyn reported to his superiors that readings of

13   VOCs found at these turnouts could not have -- could not have

14   come from Whittaker?

12:03PM 15   A        I'm not aware of that.

16        Q        If he had made those observations, would you

17   expect to know about them?

18        A        Yes.

19        Q        All right.  Now, if we assume that there are

12:03PM 20   sources of VOCs getting to the turnouts that have nothing to do

21   with Whittaker, would treating the water coming from S-1 and

22   S-2 for VOCs remove all the VOCs that are at the turnouts?

23        A        Treating the water at the S-1 or S-2 treatment

24   facility will remove the VOCs that are coming through the

12:04PM 25   treatment facility from Saugus 1 and Saugus 2.

1    Q     But if after that point there is another source

2    adding VOCs, then the treatment at S-1 and S-2 would not

3    achieve the effect of getting non-detect at the turnouts;

4    correct?

12:04PM  5    A     If another source was contributing beyond the

6    treatments, sure.

7    Q     And since you have been there, have you seen any

8    report or study done that looks to see whether or not Whittaker

9    is the only potential source of VOC contamination at the

12:05PM  10   turnouts?

11   A     As I just indicated a moment ago, I did look at

12   the report that was done addressing that -- I forgot if it was

13   SC-1 or whatnot site from the event back in the 2012, '13

14   timeframe.

12:05PM  15   Q     But nothing after that?

16   A     No.

17   Q     All right.  Let's move some -- a little bit to

18   Well V-205.  And if we can put up I think it's 158.

19          Now, V-201 is just to the left of V-205; correct?

12:05PM  20   A     To the right I think on my map.

21   Q     Okay.  But it's right next to it?

22   A     Yes.

23   Q     Okay.  Do you know what the word "downgradient"

24   means?

12:05PM  25   A     Yes.  It generally means the flow direction, for

```
   1    lack of a simpler term.

   2         Q    So it's basically the river -- the way a river

   3    would flow.  It flows downgradient; correct?

   4         A    Correct.

   5         Q    Same thing for aquifers; right?

   6         A    Right.

   7         Q    Is V-205 downgradient from V-201?

   8         A    I believe it is, yes.

   9         Q    Okay.  When was VOCs or -- sorry.

  10              When was perchlorate or VOCs first discovered at

  11    V-201?

  12         A    I believe that was late 2010 for V-201.

  13         Q    How about 1997?  For perchlorate.  The presence

  14    of perchlorate first discovered.

  15         A    That doesn't jibe with my recollection.

  16         Q    Was perchlorate discovered in V-201 prior to the

  17    time that V-205 was drilled?

  18         A    No.

  19         Q    All right.  Let's move on to a different

  20    question, and let's talk about the permitting process.

  21              Now, the Department of -- the Department of

  22    Drinking Water as of this moment has not made a determination

  23    as to whether or not treatment for VOCs will be required or

  24    whether blending will be required or whether anything will be

  25    required; correct?
```

1        A        We don't know what their decision is because we

2    haven't seen a permit or a draft permit.

3        Q        And we don't want to speculate on what they would

4    eventually do; correct?

12:07PM    5        A        Correct.

6        Q        Now, have you ever seen a -- what's called an

7    application for a 97-005 permit that was written by

8    Kennedy Jenks and filed with the DDW in approximately April of

9    2019?

12:08PM    10        A        I have seen -- I have seen numerous -- there's

11    been many versions as it's been revised since '04.  So I have

12    seen various versions of that report.  I can't say that --

13    whether I specifically saw that one or not.

14        Q        Well, let me ask it then this way.

12:08PM    15              In the last version of that report, did the water

16    agency suggest to the DDW that treatment, the GAC system that

17    you referred to earlier, was the proper way to deal with the

18    VOCs at 201?

19        A        I don't remember if that -- if that was in the

12:08PM    20    report.  I know we have had discussions with the Division of

21    Drinking Water, and I know we asked, if we were to put in

22    treatment, would we get a permit?  And the answer was, you'd

23    get it pretty quick.  But I don't know if it was in that

24    particular report you're talking about off the top of my head.

12:09PM    25        Q        The last report that you remember, wasn't the

1   proposal made by the water agency to the DDW was that we need

2   to treat the water for TDS and, when we treat it for TDS, by

3   the way, as a happenstance that will also deal with any VOC

4   problems?

12:09PM   5           MR. GEE:  Objection.  Lacks foundation.

6           THE COURT:  Sustained.

7           And also, counsel, you may just want to be

8   mindful, when you say things like "TDS" and not "total

9   dissolved solids" where you explain what it means, that it may

12:09PM  10   be difficult for those not involved in the case to follow.

11           Q       BY MR. BLUM:  Following the judge's lead, what is

12   TDS?

13           A       Stands for total dissolved solids.

14           Q       That is the problem that the water -- that the

12:09PM  15   water agency would have with the MPDES permit; correct?  That

16   the TDS was too high?

17           A       I think the problem was mainly sulfate.  It might

18   have been TDS as well.  Those two constituents were potentially

19   problematic, yes.

12:10PM  20           Q       Isn't it true that, the newest application to the

21   DDW, the focus of the blending focused on lowering the TDS?

22           A       There was, as part of the 97-005 process, the

23   Division of Drinking Water, again, looks at all sorts of

24   chemicals and minerals, et cetera, in the water.  And they

12:10PM  25   apply their overview and decisions as to where they want things

1   to that suite of chemicals and minerals.

2          So besides them saying we don't want to see any

3   VOCs above the detection limit, they also raise a concern that

4   TDS which normally wouldn't be an issue -- I mean, you have

12:11PM   5   total dissolved solids in wells all over the state, and there

6   are multiple levels of compliance and typically, you know, all

7   wells meet that.  But given the 97-005 process, they reopen and

8   sort of relook at that.  And if you have levels that are above,

9   say, a secondary standard in the -- they have multiple tiers of

12:11PM  10   levels, then they would throw in a requirement that you might

11   have to blend to reduce the TDS because we're dealing with this

12   97-005 process.

13      Q    My question, though, sir, is the focus of the

14   application was how to blend to lower the TDS; correct?

12:12PM  15      A    Correct.  At one point they told -- they offered

16   up do that.

17      Q    And the application went on to say that, if we

18   blend the TDS to reduce that as a side effect will also resolve

19   the VOC problem; isn't that correct?

12:12PM  20      A    That's correct.

21      Q    All right.  So in terms of the issues that the

22   agency has with the Water Board, the only issues aren't --

23   there's other issues other than VOCs and perchlorate that don't

24   relate to the Whittaker site; correct?

12:12PM  25      A    You said issues we have with the Water Board?

         1          Q        DDW.

         2          A        We have all sorts of projects and things going on

         3     with DDW.

         4          Q        Right.

12:13PM  5               And didn't several years ago the water agency

         6     request that the DDW focus on a contaminant that is not at

         7     issue here?

         8               MR. GEE:  Objection.  Lacks foundation.  Vague as

         9     to time.

12:13PM 10               THE COURT:  Sustained.

        11          Q        BY MR. BLUM:  What's a BFOA?

        12          A        BFOA is one of a class of chemicals called PFAS,

        13     P-F-A-S.  I won't go into the long chemical name.  But

        14     essentially it is a class of chemicals that has, in recent

12:13PM 15     years, come to the attention of regulators as something of

        16     concern.  And they have -- they required -- in California they

        17     required a number of water agencies across the state through a

        18     number of orders to conduct sampling for those -- I don't know,

        19     several of those constituents at wells.

12:14PM 20          Q        Has the presence in BFOAs in any of the wells

        21     used by the water agency caused the water agency to shut those

        22     wells down?

        23          A        Yes.  We had a number of wells that were

        24     detected, and we took wells offline when they exceeded the

12:14PM 25     regulatory limit that the DDW had published.

1    Q      Prior to 2019, hadn't the water agency told the

2  DDW that it wanted -- that it wanted the DDW to focus its

3  efforts primarily as it relates to the water agency on the BFOA

4  problem?

12:14PM  5    A      I think what you're getting at, counselor, is we

6  have, like I said, a number -- myriad of issues before the

7  Division of Drinking Water.  Not all of them have anything to

8  do with water or health or anything, just other things.  We

9  attempt to help them prioritize a task at times so that they

12:15PM  10  can help, you know, move things along because otherwise, if

11  they have 20 things on their plate, they sort of pick and

12  choose and, you know, it seems like nothing gets accomplished.

13         So we did ask them at one point to focus their

14  efforts on a particular permit, not that chemical as some

12:15PM  15  nebulous something but on an effort to provide permitting for a

16  treatment system for a well field that had been taken offline

17  because of PFAS.

18    Q      Okay.  In 2019, didn't the agency change its mind

19  and tell the agency, no, now we want you to focus on a -- on

12:16PM  20  a -- we now want the agency -- let me start over again.

21         In 2019, didn't the agency communicate to DDW

22  that it would like it to shift from the BFOA issue and focus on

23  an order requiring treatment of the VOCs for V-201?

24    A      I believe what we would have asked DDW to do and

12:16PM  25  the reason we shifted them off of PFAS is because we had

|    |    |    |
|----|----|----|
|  1 |    | completed and installed and were now permitted to operate that |

1       completed and installed and were now permitted to operate that

2       first PFAS treatment system.  And so we asked them to refocus

3       their efforts on getting us a permit for V-201 because that has

4       been languishing for a long time.  So it had moved at that

12:17PM   5   point back to the top of the list.

6              Q       Didn't Mr. Alvord -- wait.

7                      Before I do that, who is Michael Alvord?

8              A       Mike is our -- I think his title is our director

9       of operations.

12:17PM  10            Q       And he directly reports to you; correct?

11             A       Correct.

12             Q       Didn't Mr. Alvord in 2019 forward an e-mail to

13      the DDW that came from Mr. Gee stating that you needed the

14      water agency to give -- to order treatment by GAC for VOCs

12:17PM  15   because you needed it for this litigation?

16             A       I have seen that e-mail.

17             Q       And what didn't the e-mail say from Mr. Gee that

18      you needed the agency to order the water treatment because it

19      would help you in this litigation?

12:18PM  20            A       That may be what that says.

21             Q       Now, in making your decisions and ensuring that

22      water is delivered in a safe and reliable manner, does helping

23      you litigate -- where does it come with safe and reliable?

24      Which one is it?

12:18PM  25            A       Well, my perspective was -- and we had asked DDW

at numerous meetings, tell us what you want.  If you want

something painted purple, we will paint it purple if that gets

us a permit.  At one point in time we had asked tell us to put

in treatment if that will get us a permit.  And they wouldn't.

12:18PM  They basically ultimately say, well, we can't tell you what to

do.  We're going to approve or deny a permit.  And we had

floated an idea at one point that, well, if we put in

treatment, will we get a permit?  And the answer was, yes.

Q    Is that in an e-mail, by the way?

12:19PM  A    I don't think so.  I mean, it was in a meeting.

Q    But in making your decisions as the head of

operations in terms of what to do and how to deliver water in a

safe and reliable manner, is helping out litigation a proper

consideration?

12:19PM  A    No.  That's not my consideration.

Q    Then why did you forward an e-mail to the DDW

saying, we need you to order this because it's helpful for

litigation?

A    Well, I didn't forward the e-mail I don't think.

12:19PM  I mean, I don't remember.

Q    Mr. --

A    I do think that trying to motivate them to give

us a permit is our bottom line concern.

Q    So you don't -- you don't believe that part of

12:19PM  their job is to help you litigate against Whittaker?

```
 1      A      I don't think, if you ask them, they would think

 2  that's part of their job.

 3      Q      They would think that it's part of their job?

 4      A      They wouldn't.

 5      Q      Then why did you ask them to do it?

 6      A      I don't think we were asking them to get us a

 7  permit.

 8      Q      Isn't it true that the decisions you have made

 9  such as the one to ask that changed the priorities from the

10  BFOAs to VOCs dealing with perchlorate and VOCs has been

11  primarily driven by winning this piece of litigation and not by

12  science?

13              MR. GEE:  Objection.  Asked and answered.

14              THE COURT:  It's argumentative.  Sustained.

15      Q      BY MR. BLUM:  In making determinations of how to

16  deal with the perchlorate or the VOC contamination at the

17  wells, have those decisions been made solely on what is

18  scientifically proper?

19      A      Can you ask the question again?  I'm sorry.

20      Q      You know what, I will move on.

21              All right.  Now, you -- in publications that you

22  have made to the public, have you described the levels of VOCs

23  in the water as trace, t-r-a-c-e?

24      A      Probably.

25      Q      What does trace mean to you?
```

```
 1        A      I don't know what a technical definition of it

 2   is, but I think it would be used to describe levels that are

 3   like below a regulatory limit.

 4        Q      So in your mind trace means below the MCL;

 5   correct?

 6        A      It might.  I don't know what it would mean.

 7        Q      Doesn't trace mean barely noticeable?

 8        A      If you want it to mean that, I guess it could.  I

 9   mean, I don't know what it was meant in whatever publication

10   you're referring to.

11        Q      All right.  Well, let's just look at one I

12   think -- I'm sorry -- Exhibit 88, page 56.  Well, first let's

13   see the first page.  This is the 2018 Santa Clarita

14   Valley Water report.

15             (Marked for identification and received

16              into evidence Exhibit No. 88.)

17        Q      BY MR. BLUM:  Is this a report put out by the

18   water agency?

19        A      We don't do most of the report.  It's done by

20   that consulting engineering firm you see on the bottom,

21   Luhdorff & Scalmanini.  But it is done on our behalf, yes.

22        Q      Is it an expectation what is in that report is

23   going to be truthful?

24        A      Yes.

25             MR. BLUM:  If we can go to 88.56.
```

12:21PM (line 5)
12:21PM (line 10)
12:22PM (line 15)
12:22PM (line 20)
12:22PM (line 25)

1    Q    Do you see the water -- do you see where it says

2 chloroform towards the end of the first paragraph?  Chloroform

3 and 11, and then it says trace amounts.  What does trace in

4 that sentence mean within that context?

12:23PM 5    A    I can only interpret it as small.  I don't know

6 what it means.

7    Q    All right.  If you can look at the last line of

8 the -- of that paragraph starting, "Therefore" --

9    A    Uh-huh.

12:23PM 10    Q    "Therefore, the Valley's water supply complies

11 with state and federal drinking water standards."

12         That's a correct statement; right?

13    A    I believe so, yes.

14    Q    Now, if you go down to the next paragraph, do you

12:24PM 15 see there is a discussion about the -- a report that was done

16 by a company called CH2M Hill in 2015; correct?

17    A    Correct.

18    Q    Now, if you see the sentence that says, "The

19 study concluded, that the likely source was either Whittaker

12:24PM 20 Bermite site or the Saugus Industrial Center and additional

21 monitoring would be necessary to identify the specific source."

22         That is a correct statement; right?

23    A    I believe so.

24    Q    Have you ever read that study?

12:24PM 25    A    I have glanced at it.  I haven't read it in

```
 1    depth.

 2           Q       You have seen it but not in depth?

 3           A       Yes.

 4           Q       You do know, though, based on what's in the

12:24PM  5    publication here that the study recommended additional

 6    monitoring to clarify the source; right?

 7           A       I believe so, yes.

 8           Q       That additional monitoring has never been done,

 9    has it?

12:25PM 10           A       Not to my knowledge.

11           Q       Well, why not?

12           A       Well, probably because we couldn't get Whittaker

13    or SIC to step up to put in the additional monitoring wells.

14           Q       Well, if Mr. -- by the way, do you know who

12:25PM 15    BJ Lechler is?

16           A       He's an engineer or whatnot that I believe at the

17    time was working at CH2M Hill.

18           Q       And he's the author of the report; correct?

19           A       I believe so.

12:25PM 20           Q       Now, if he's correct and part of the problem in

21    the wells is contamination from Saugus Industrial Center,

22    doesn't the agency need to know that so they can properly

23    protect themselves instead of just focusing solely on

24    Whittaker?

12:26PM 25           A       You're asking something outside my scope of --
```

```
 1              THE COURT:  Ask another question.
 2        Q      BY MR. BLUM:  As the head of operations, aren't
 3   you concerned that Saugus Industrial Center is a source
 4   contaminating your wells and you don't know about it?
 5        A      I'm concerned that the wells are contaminated and
 6   we need to put in treatment to deal with them.
 7        Q      But if the source is not Whittaker, what is --
 8   what is the use of treating just from areas that you believe
 9   Whittaker has contaminated?
10        A      We're treating the wells that we know were
11   contaminated.  That's what we're treating.  We're not
12   treating -- we're not proposing to be the person that goes out
13   and cleans up Whittaker or SIC.
14              MR. BLUM:  All right.  If we can go to
15   Exhibit 489, please.
16        Q      This is the 2010 management plan that you
17   discussed with Mr. Gee; correct?
18        A      Yes.
19        Q      Now, again, this may not be actually written by
20   the agency, but it's the intent of the agency to be true and
21   correct.
22              Is that a correct statement?
23        A      That is correct.
24              MR. BLUM:  If we can go to page 489.  I'm sorry.
25   Page 791.  Hold on a minute.  I'm sorry.  And specifically to
```

         1    the first two sentences above at the top.

         2         Q       This is talking about -- correct? --

         3    contamination found on the Whittaker site?

         4         A       That would appear to be correct, yes.

12:28PM  5         Q       And the second sentence talking about VOC says,

         6    "These chemicals were used in the manufacture and testing of

         7    fireworks, dynamite, oil-field explosives, and munitions."

         8                  Correct?

         9         A       That's what that says, yes.

12:28PM 10         Q       And that, in your mind, is a correct statement

        11    because the agency wouldn't have it there otherwise.

        12         A       I have no way to know one way or the other what

        13    that statement means or -- I mean, that was put in there to --

        14    as a result of the work that the consultants had been doing

12:28PM 15    preparing the report.

        16         Q       And you rely upon your consultants to accurately

        17    report the facts in these management plans; correct?

        18         A       Yes.

        19         Q       Now, when did Whittaker manufacture fireworks?

12:29PM 20         A       I don't know.

        21         Q       When did Whittaker manufacture dynamite?

        22         A       I don't know when Whittaker did any of that

        23    stuff.

        24         Q       So in reading this, can you testify here that,

12:29PM 25    other than in munitions, that Whittaker manufactured any of

```
  1    these things that resulted in VOC contamination?

  2         A     I can't because I'm not the one who wrote that.

  3         Q     Now, if we can go to -- well, before I go, how

  4    much -- well, let's just go to page 795.

  5               THE COURT:  We're actually going to break.  It's

  6    now 12:30.  We're going to break for 30 minutes.  This is going

  7    to be our lunch break.  It may be the only break that we have

  8    for the rest of the day.  I do expect we're going to break at

  9    2:30.  So we will end early or at least when I indicated we

 10    would.

 11               So please remember, don't speak to anyone about

 12    the case, the people, or the subject matter involved.  Continue

 13    to keep an open mind and enjoy the break.

 14               We will see you back at 1:00 o'clock, everyone.

 15               (The following proceedings were held in

 16               open court outside the presence of the jury:)

 17               MR. BLUM:  Your Honor, I apologize.  Can I bring

 18    one issue up?

 19               THE COURT:  We're on the record outside the

 20    presence of the jury.

 21               Mr. Blum.

 22               MR. BLUM:  Yes, Your Honor.  Mr. Abercrombie was

 23    one of the 30(b)(6) witnesses for the plaintiff in the issue of

 24    damages.  I'm going to get to those issues.  I only have about

 25    a half hour left after the break.  I've talked to the counsel
```

12:29PM    5
12:30PM   10
12:30PM   15
12:30PM   20
12:30PM   25

1    for plaintiff about what that means to be a 30(b)(6) witness.

2                    THE COURT:  All right.  You can provide it to my

3    courtroom deputy.  And you want me to read it after the break?

4                    MR. BLUM:  Please, Your Honor.

5                    MR. RICHARD:  Can I make one short request?  It

6    would be helpful, as I did and counsel did, if Mr. Blum can

7    identify before he publishes a document whether or not he

8    believes it's been stipulated to.  It would save us from

9    scrambling.  I thought that's what Your Honor had --

10                   THE COURT:  I did.  I was going to interject

11   that, but I thought I also had indicated that, if someone puts

12   something up, whether they say it or not, that's what it means.

13   But if that is your request, it's a fair request, and I will

14   require you to do it.

15                   MR. BLUM:  Your Honor, these are all exhibits we

16   have given them.

17                   THE COURT:  I understand.  He wants to have a

18   level of assurance he doesn't have to scramble to make an

19   objection, and I think that's a fair point.

20                   All right.  We are in recess until 1:00 o'clock.

21   Thank you.

22                   (A lunch recess was taken until

23                    1:00 p.m. of the same day.)

24

25

1                    CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5           I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15                    DATED THIS  18TH  DAY OF NOVEMBER, 2021.

16

17

18                    /S/ MIRANDA ALGORRI

19                    _____
                      MIRANDA ALGORRI, CSR NO. 12743, CRR
20                    FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25

**$**

**$233,000** [1] - 338:14

**'**

**'04** [2] - 277:11, 354:11
**'13** [1] - 352:13
**'76** [1] - 276:12
**'84** [1] - 243:15
**'87** [1] - 249:9
**'90S** [4] - 248:20, 302:3, 304:25, 307:23
**'91** [1] - 248:20
**'92** [1] - 248:20
**'95** [1] - 243:16
**'96** [1] - 253:11

**/**

**/S** [1] - 369:18

**1**

**1** [23] - 257:6, 258:12, 261:24, 263:18, 269:20, 289:23, 291:8, 301:8, 305:18, 311:2, 312:4, 312:6, 313:23, 314:4, 314:5, 314:16, 314:21, 315:24, 318:19, 319:25, 328:23, 345:19, 351:25
**1.4** [1] - 339:25
**10** [4] - 345:21, 345:23, 345:25, 346:25
**100** [1] - 345:20
**1006** [1] - 231:25
**10:30** [1] - 308:2
**10:31** [1] - 310:1
**10:45** [1] - 308:3
**11** [2] - 243:8, 363:3
**11TH** [1] - 232:18
**12-INCH** [1] - 302:24
**12743** [2] - 220:23, 369:19
**12:30** [1] - 367:6
**1347** [1] - 342:23
**1376** [5] - 223:19, 231:11, 235:19, 342:24, 343:2
**15** [1] - 308:8
**150** [1] - 264:5
**157** [3] - 301:9,

305:22, 306:20
**158** [4] - 223:6, 300:17, 300:20, 352:18
**16** [1] - 273:13
**16TH** [1] - 274:1
**17** [1] - 343:8
**18** [2] - 220:14, 224:1
**18-06825-SB** [2] - 220:7, 224:9
**18TH** [1] - 369:15
**19** [1] - 349:18
**1903** [1] - 277:11
**1904** [1] - 262:16
**1976** [1] - 276:11
**1980** [1] - 276:15
**1981** [2] - 251:12, 252:25
**1983** [1] - 250:25
**1984** [4] - 243:4, 244:16, 244:18, 276:22
**1987** [25] - 247:6, 248:7, 249:8, 249:11, 249:22, 250:4, 250:20, 251:7, 252:8, 252:14, 260:18, 260:19, 263:1, 263:6, 264:8, 265:17, 266:1, 267:2, 268:4, 270:2, 272:17, 272:24, 273:13, 273:24, 280:10
**1987/1988** [1] - 255:18
**1988** [15] - 255:8, 255:15, 257:21, 258:7, 259:21, 261:8, 261:15, 263:1, 263:6, 264:8, 266:1, 267:25, 270:2, 271:10, 282:14
**1989** [1] - 248:13
**1991** [8] - 248:18, 259:25, 260:24, 261:10, 263:15, 264:2, 267:3, 269:17
**1992** [1] - 281:16
**1993** [2] - 280:23, 281:17
**1995** [1] - 243:7
**1996** [1] - 243:13
**1997** [2] - 303:8, 353:13
**1998** [1] - 304:7
**19TH** [1] - 260:19
**1:00** [3] - 367:14, 368:20, 368:23

**1ST** [4] - 247:6, 248:7, 249:22, 289:17
**1ST** [1] - 220:24

**2**

**2** [19] - 220:13, 256:7, 258:12, 266:5, 288:1, 301:9, 305:18, 311:3, 312:4, 312:7, 313:23, 314:4, 314:5, 314:16, 314:21, 318:19, 319:25, 345:19, 351:25
**2,500** [1] - 303:1
**2-1** [1] - 261:20
**2.1** [1] - 257:12
**2.2** [1] - 338:18
**2.9** [1] - 332:17
**20** [2] - 249:3, 358:11
**20,000-PLUS** [1] - 300:14
**200** [1] - 338:13
**2000** [1] - 297:12
**2000S** [1] - 311:3
**2007** [3] - 307:24, 310:14, 322:22
**201** [7] - 229:20, 321:9, 321:20, 329:18, 330:12, 342:22, 354:18
**2010** [8] - 295:8, 313:25, 316:7, 317:2, 322:16, 328:20, 353:12, 365:16
**2012** [7] - 318:23, 319:3, 322:20, 328:21, 349:12, 349:18, 352:13
**2014** [1] - 319:2
**2015** [4] - 225:5, 317:15, 350:3, 363:16
**2016/'17** [1] - 317:5
**2017** [11] - 318:2, 318:7, 319:14, 322:14, 322:20, 323:6, 328:21, 328:22, 329:9, 330:1, 331:23
**2018** [11] - 285:1, 289:17, 289:19, 289:23, 290:7, 291:12, 332:2, 332:11, 343:8, 351:7, 362:13
**2019** [6] - 299:12,

354:9, 358:1, 358:18, 358:21, 359:12
**2021** [5] - 220:14, 224:1, 332:12, 332:15, 369:15
**2023** [1] - 338:12
**205** [2] - 329:18, 330:11
**22** [3] - 260:18, 267:2, 332:2
**220** [1] - 220:8
**22ND** [1] - 332:11
**231** [1] - 234:6
**24** [1] - 256:17
**242** [1] - 222:5
**247** [2] - 223:18
**249** [2] - 223:9
**255** [2] - 223:17
**25TH** [1] - 255:8
**26** [3] - 332:12, 332:15, 332:21
**260** [2] - 223:7
**273** [2] - 223:8
**275** [2] - 222:5
**28** [1] - 369:8
**281** [2] - 222:6
**284** [1] - 222:8
**295** [2] - 223:11
**299** [2] - 223:5
**2:30** [1] - 367:9

**3**

**3** [1] - 220:8
**30** [2] - 264:4, 367:6
**30(B)(6** [2] - 367:23, 368:1
**30,000** [1] - 253:19
**300** [3] - 223:6, 346:5
**300,000** [1] - 298:4
**302** [2] - 223:10
**317** [12] - 223:12, 250:15, 250:22, 253:17, 279:1, 279:3, 279:15, 279:18, 279:21, 279:24, 280:10
**325,000** [1] - 324:16
**331** [2] - 223:14
**334** [2] - 223:16
**337** [2] - 223:13
**339** [2] - 223:15
**342** [2] - 222:9, 250:15
**343** [2] - 223:19
**34TH** [2] - 221:7, 221:10
**35,000** [1] - 262:12
**350** [1] - 220:24
**362** [2] - 223:4

**365** [1] - 256:18
**369** [1] - 220:8

**4**

**4.1** [1] - 335:3
**40** [1] - 262:14
**403** [3] - 234:16, 236:2, 237:22
**445** [5] - 223:7, 260:13, 260:15, 263:15, 266:6
**4455** [1] - 220:24
**449** [3] - 223:8, 273:7, 273:9
**459** [1] - 235:22
**460** [3] - 223:9, 249:10, 249:14
**466,000** [1] - 331:24
**471** [3] - 223:10, 302:8, 302:11
**489** [5] - 223:11, 295:8, 295:11, 365:15, 365:24
**490-A** [2] - 223:12, 317:7, 317:10
**491-A** [8] - 223:13, 225:25, 226:19, 323:20, 337:19, 337:22, 337:24, 338:7
**492.1** [3] - 223:14, 331:9, 331:12
**493-A** [6] - 223:15, 334:15, 339:10, 339:14, 339:16, 339:18
**494** [3] - 223:16, 334:16, 334:19
**494.1** [2] - 334:21, 334:23

**5**

**5** [3] - 266:22, 287:25, 345:23
**5,000** [1] - 294:22
**50** [1] - 221:10
**500** [1] - 221:15
**501** [5] - 223:17, 255:6, 255:10, 256:24, 257:6
**503.1** [1] - 231:20
**505** [9] - 223:18, 247:5, 247:13, 247:14, 247:16, 247:18, 248:3, 248:21, 251:23
**56** [1] - 362:12

**6**

**6** [2] - 257:14, 268:13
**6S** [1] - 231:10

**7**

**7** [1] - 249:11
**700** [1] - 221:16
**700-PAGE** [1] - 296:16
**753** [1] - 369:8
**777** [1] - 221:6
**791** [1] - 365:25
**795** [1] - 367:4

**8**

**8** [1] - 260:24
**85** [2] - 263:19, 268:17
**88** [3] - 223:4, 362:12, 362:16
**88.56** [1] - 362:25
**89** [3] - 223:5, 299:11, 299:15
**8:07** [2] - 220:14, 224:1
**8:28** [1] - 236:23
**8:30** [1] - 225:1

**9**

**90012** [1] - 220:25
**90017** [1] - 221:7
**94111** [2] - 221:11, 221:16
**97-005** [9] - 311:17, 318:13, 318:16, 340:12, 340:24, 354:7, 355:22, 356:7, 356:12

**A**

**A-B-E-R-C-R-O-M-B-I -E** [1] - 283:19
**A.M** [2] - 220:14, 224:1
**A.M** [1] - 310:1
**ABANDON** [1] - 301:20
**ABBREVIATION** [1] - 255:1
**ABDINOR** [1] - 252:11
**ABERCROMBIE** [2] - 222:7, 284:2
**ABERCROMBIE** [40] - 225:4, 227:11, 228:2, 230:23, 234:4, 234:7, 283:3, 283:18, 283:22, 284:6, 287:2,

287:15, 288:21, 295:12, 299:16, 300:21, 302:12, 310:7, 310:13, 311:14, 312:15, 313:1, 313:22, 314:25, 317:12, 324:1, 328:5, 330:22, 331:13, 334:10, 334:20, 335:5, 336:20, 337:23, 339:15, 341:18, 342:3, 345:3, 347:12, 367:22
**ABERCROMBIE'S** [1] - 226:25
**ABILITY** [2] - 285:25, 293:7
**ABLE** [17] - 227:8, 237:6, 237:8, 239:13, 240:23, 241:4, 241:7, 241:15, 265:4, 268:20, 293:9, 298:24, 313:6, 314:10, 321:3, 329:10, 336:8
**ABOUTS** [1] - 307:21
**ABOVE** [1] - 369:11
**ABOVE-ENTITLED** [1] - 369:11
**ABOVE-GROUND** [1] - 250:7
**ABSENCE** [2] - 331:4, 343:25
**ABSOLUTELY** [2] - 225:17, 341:6
**ACCESSING** [1] - 296:11
**ACCOMMODATE** [1] - 240:5
**ACCOMPLISHED** [1] - 358:12
**ACCORDING** [1] - 279:11
**ACCOUNT** [1] - 237:25
**ACCOUNTING** [2] - 285:21, 291:17
**ACCRUED** [1] - 229:9
**ACCRUING** [1] - 229:8
**ACCURATELY** [1] - 366:16
**ACHIEVE** [2] - 246:7, 352:3
**ACHIEVED** [1] - 247:1
**ACKNOWLEDGE** [1] - 241:18
**ACKNOWLEDGING**

[2] - 237:23, 247:2
**ACRE** [8] - 324:15, 325:13, 326:4, 326:13, 329:19, 329:20, 330:1, 330:2
**ACRE-FEET** [2] - 324:15, 329:19
**ACT** [2] - 287:4, 289:17
**ACT** [1] - 245:9
**ACTION** [5] - 259:10, 259:15, 259:24, 315:11
**ACTIONS** [3] - 272:19, 315:19, 316:12
**ACTIVATE** [1] - 329:10
**ACTIVATED** [4] - 313:21, 318:3, 329:14, 330:11
**ACTIVE** [1] - 318:1
**ACTIVITIES** [2] - 237:10, 237:11
**ACTIVITY** [2] - 279:17, 296:7
**ACTUAL** [5] - 228:15, 228:19, 231:10, 328:12, 351:8
**ADD** [2] - 297:19, 334:2
**ADDED** [1] - 297:19
**ADDING** [1] - 352:2
**ADDITION** [1] - 255:22
**ADDITIONAL** [13] - 230:8, 252:17, 252:23, 254:18, 254:20, 306:13, 338:25, 339:3, 363:20, 364:5, 364:8, 364:13
**ADDITIONALLY** [1] - 326:8
**ADDRESS** [10] - 226:9, 237:14, 238:10, 240:10, 279:18, 297:19, 298:11, 305:11, 307:16
**ADDRESSED** [6] - 272:16, 272:23, 297:7, 297:20, 310:17, 316:23
**ADDRESSING** [5] - 234:17, 297:15, 344:23, 345:9, 352:12
**ADEQUATE** [1] - 226:18
**ADEQUATELY** [4] - 289:10, 297:8,

297:14, 297:19
**ADJUDICATE** [1] - 226:13
**ADMINISTERED** [1] - 288:1
**ADMINISTRATION** [1] - 291:17
**ADMINISTRATION** [1] - 287:19
**ADMINISTRATIVE** [2] - 278:17, 278:20
**ADMISSIBILITY** [1] - 317:8
**ADMITTED** [2] - 236:20
**ADVERSE** [1] - 340:21
**ADVISED** [4] - 239:7, 239:17, 241:8, 283:24
**AFFAIRS** [1] - 351:2
**AFFECT** [1] - 236:2
**AFRAID** [1] - 255:4
**AFTEREFFECTS** [1] - 333:20
**AFTERNOON** [1] - 342:3
**AGENCIES** [18] - 227:12, 286:2, 288:7, 288:9, 290:19, 291:5, 291:6, 291:20, 292:12, 292:13, 293:5, 295:18, 297:16, 304:17, 321:8, 333:13, 357:17
**AGENCY** [59] - 270:15, 288:7, 288:8, 288:17, 288:25, 291:7, 291:10, 298:19, 310:24, 310:25, 312:15, 313:22, 314:1, 315:7, 315:11, 315:19, 316:4, 319:14, 321:5, 326:16, 326:19, 326:25, 331:22, 332:11, 335:16, 335:18, 339:23, 342:12, 342:13, 342:18, 343:10, 343:18, 344:2, 344:20, 346:18, 346:22, 350:17, 351:3, 354:16, 355:1, 355:15, 356:22, 357:5, 357:21, 358:1, 358:3,

297:14, 297:19
**AGENCY** [11] - 224:10, 228:7, 235:8, 238:22, 284:7, 287:4, 289:14, 289:16, 297:24, 310:22, 328:16
**AGENCY** [1] - 220:5
**AGENCY'S** [5] - 293:6, 298:1, 302:4, 316:8, 320:1
**AGENCY'S** [2] - 293:18, 293:19
**AGENDA** [1] - 321:10
**AGO** [8] - 252:12, 271:23, 282:3, 319:3, 332:21, 342:19, 352:11, 357:5
**AGREE** [3] - 225:12, 230:21, 346:8
**AGREED** [1] - 321:13
**AGREEMENT** [18] - 225:6, 307:24, 310:14, 310:15, 310:18, 316:22, 316:25, 317:4, 317:13, 317:17, 317:21, 317:23, 321:14, 322:18, 322:20, 322:23, 322:25
**AGREEMENT** [1] - 223:12
**AHEAD** [4] - 242:2, 246:10, 262:6, 282:25
**AISLE** [1] - 237:17
**AL** [2] - 220:8, 224:11
**ALAN** [5] - 222:4, 235:21, 241:18, 241:19, 242:14
**ALAN** [1] - 242:18
**ALGORRI** [4] - 220:23, 369:5, 369:18, 369:19
**ALL-THE-TIME** [1] - 300:15
**ALLOCATION** [4] - 225:21, 228:23, 228:24, 229:1
**ALLOW** [6] - 231:7, 231:23, 234:7, 264:25, 289:5, 318:9
**ALLOWED** [1] -

303:10
ALLOWING [1] - 234:8
ALLOWS [1] - 229:10
ALLUVIAL [3] - 292:20, 294:4, 294:5
ALLUVIUM [4] - 294:4, 294:8, 294:24, 295:4
ALMOST [3] - 225:13, 237:21, 342:3
ALSO [1] - 221:18
ALTOGETHER [1] - 253:12
ALVORD [5] - 319:6, 319:10, 359:6, 359:7, 359:12
AMOUNT [8] - 225:19, 228:20, 243:25, 265:18, 308:14, 335:1, 337:5, 337:6
AMOUNTS [1] - 363:3
ANALOG [1] - 245:9
ANALYSES [1] - 300:11
ANALYZE [3] - 286:17, 304:12, 326:2
ANALYZED [1] - 299:8
ANALYZER [1] - 269:2
AND [3] - 369:6, 369:9, 369:11
ANGELES [1] - 221:7
ANGELES [3] - 220:15, 220:25, 224:2
ANNA [1] - 221:19
ANNUAL [3] - 324:20, 324:21, 329:24
ANNUALLY [1] - 324:12
ANONYMOUSLY [1] - 260:2
ANSWER [15] - 254:7, 254:15, 259:2, 259:5, 266:19, 273:3, 274:22, 300:8, 301:4, 314:13, 340:10, 347:13, 350:7, 354:22, 360:8
ANSWERED [5] - 245:12, 274:14, 304:14, 350:8, 361:13
ANTICIPATE [1] - 339:23
ANYTIME [2] - 298:5, 320:5
ANYWAY [1] - 340:17
APOLOGIES [4] -

239:18, 239:24, 240:1, 240:7
APOLOGIZE [4] - 314:8, 331:1, 331:5, 367:17
APPEAR [3] - 235:23, 282:24, 366:4
APPEARANCES [1] - 221:1
APPEARANCES [1] - 224:12
APPLICATION [8] - 254:8, 278:1, 279:11, 318:25, 354:7, 355:20, 356:14, 356:17
APPLIED [2] - 329:21, 330:1
APPLY [4] - 276:19, 328:7, 337:4, 355:25
APPRECIATE [3] - 230:2, 237:23, 341:19
APPROACH [1] - 316:13
APPROVAL [4] - 255:19, 255:21, 335:19, 335:22
APPROVE [1] - 360:6
APPROVED [1] - 250:24
APRIL [5] - 329:11, 332:12, 332:15, 332:21, 354:8
AQUIFER [11] - 294:4, 294:5, 294:6, 294:10, 294:13, 294:17, 294:22, 295:4, 295:5, 306:3
AQUIFERS [7] - 294:3, 294:19, 294:21, 294:23, 295:1, 306:3, 353:5
AREA [4] - 236:15, 244:3, 269:4, 282:9
AREAS [4] - 252:24, 253:1, 268:6, 365:8
ARGUE [1] - 234:19
ARGUMENT [3] - 231:3, 231:7, 232:10
ARGUMENTATIVE [3] - 274:21, 349:17, 361:14
ARGUMENTS [1] - 232:16
ARRANGED [1] - 239:7
ARRANGING [1] - 240:9
ARRIVED [1] - 323:23

ARROW [1] - 273:20
ARTICULATED [2] - 314:20, 315:4
ASCERTAIN [1] - 307:4
ASPECTS [5] - 290:22, 290:23, 290:24, 291:20, 337:13
ASSESSMENT [8] - 225:13, 252:16, 252:22, 259:17, 265:9, 276:5, 277:14, 323:14
ASSESSMENT [1] - 223:17
ASSESSMENTS [2] - 256:14, 323:17
ASSIGN [1] - 230:17
ASSIGNED [4] - 229:17, 244:25, 245:4, 245:19
ASSIST [2] - 304:20, 305:1
ASSISTANT [1] - 247:21
ASSISTED [1] - 305:4
ASSOCIATE [1] - 243:18
ASSOCIATED [7] - 298:11, 298:19, 323:10, 323:15, 335:2, 335:6, 340:3
ASSOCIATES [2] - 260:18, 305:8
ASSUME [3] - 238:7, 276:8, 351:19
ASSUMPTIONS [1] - 335:10
ASSURANCE [1] - 368:18
ATTACHMENTS [1] - 234:24
ATTEMPT [2] - 236:7, 358:9
ATTEMPTING [1] - 250:5
ATTEMPTS [1] - 300:7
ATTENTION [4] - 226:9, 226:15, 261:9, 357:15
ATTORNEY [2] - 243:24, 260:8
ATTORNEY-CLIENT [1] - 260:8
AUGUST [3] - 255:8, 255:15, 282:14
AUTHOR [1] - 364:18
AUTHORITY [1] - 286:22

AVAILABLE [2] - 295:22, 296:2
ARTICULATED [2]
AVERAGE [3] - 263:23, 324:22, 329:19
AVERAGED [1] - 324:20
AWARE [9] - 239:21, 309:6, 310:24, 334:12, 345:18, 349:8, 349:12, 349:24, 351:15

## B

BACHELOR [2] - 244:13, 287:17
BACKGROUND [2] - 244:11, 287:16
BACKHOE [1] - 269:22
BAD [1] - 238:8
BAR [1] - 243:25
BARELY [1] - 362:7
BASED [9] - 228:19, 229:5, 233:9, 234:19, 238:4, 296:3, 306:10, 343:25, 364:4
BASES [1] - 324:11
BASIS [10] - 231:7, 284:14, 285:20, 295:20, 299:7, 314:2, 324:22, 326:4, 335:8, 344:1
BEAR [1] - 340:14
BEATON [1] - 221:20
BECAME [5] - 242:25, 245:4, 290:8, 290:17, 318:1
BECOME [2] - 245:18, 310:24
BEGAN [1] - 319:16
BEGINS [5] - 261:25, 264:11, 273:16
BEHALF [1] - 362:21
BEHIND [1] - 261:12
BELIEVES [1] - 368:8
BELOW [13] - 311:7, 312:12, 313:7, 325:20, 340:5, 340:6, 341:1, 344:8, 344:10, 344:18, 345:12, 362:3, 362:4
BENEATH [1] - 251:5
BENEFICIAL [1] - 230:10
BENEFIT [1] - 238:9
BERMITE [5] - 244:22, 245:1, 260:19,

262:16, 363:20
BERMITE-WHITTAKER [1] - 244:22
BEST [3] - 315:3, 341:14, 341:16
BETTER [1] - 236:19
BETWEEN [8] - 226:9, 237:9, 249:3, 255:7, 307:25, 317:20, 332:11, 338:11
BEYOND [7] - 287:11, 296:23, 301:1, 304:1, 322:21, 347:8, 352:5
BFOA [4] - 357:11, 357:12, 358:3, 358:22
BFOAS [2] - 357:20, 361:10
BID [1] - 336:14
BIDS [1] - 336:5
BIG [1] - 261:4
BILLS [1] - 285:21
BIT [13] - 231:22, 232:12, 253:9, 253:15, 261:13, 261:14, 288:21, 293:17, 295:5, 316:3, 328:12, 340:2, 352:17
BITE [1] - 296:15
BJ [1] - 364:15
BLEND [28] - 227:18, 228:9, 311:11, 312:10, 313:6, 320:24, 321:3, 323:19, 326:17, 327:13, 329:2, 329:5, 330:15, 330:23, 332:1, 332:6, 332:10, 333:3, 335:7, 335:13, 335:18, 338:6, 338:8, 338:15, 338:25, 356:11, 356:14, 356:18
BLENDED [5] - 312:22, 320:25, 321:5, 345:20, 348:12
BLENDING [19] - 227:10, 228:16, 229:7, 229:23, 229:24, 231:14, 313:10, 313:11, 322:6, 322:9, 326:15, 326:25, 327:21, 329:5,

331:20, 333:10,
333:22, 353:24,
355:21
**BLUM** [9] - 222:9,
224:20, 304:6,
309:11, 342:9,
344:14, 347:5,
367:21, 368:6
**BLUM** [43] - 221:13,
221:14, 283:5,
293:2, 296:23,
301:1, 303:25,
304:5, 309:12,
309:17, 309:20,
314:8, 314:14,
314:17, 314:22,
315:8, 330:24,
331:1, 331:5, 340:8,
341:23, 342:2,
342:11, 342:23,
343:3, 344:15,
347:7, 347:11,
349:18, 349:23,
350:13, 355:11,
357:11, 361:15,
362:17, 362:25,
365:2, 365:14,
365:24, 367:17,
367:22, 368:4,
368:15
**BLUMENFELD** [1] -
220:3
**BOARD** [4] - 288:2,
320:7, 356:22,
356:25
**BOARD** [1] - 346:3
**BODIES** [1] - 340:14
**BOOSTER** [3] -
287:14, 289:4, 339:3
**BORROW** [1] - 346:16
**BOTTOM** [10] -
249:24, 255:16,
266:5, 327:17,
331:19, 331:25,
333:16, 343:7,
360:23, 362:20
**BOTTOMS** [2] - 262:5,
262:8
**BOWL** [8] - 236:15,
257:25, 258:12,
259:9, 268:4, 269:20
**BRANCH** [1] - 243:11
**BREAK** [10] - 308:2,
367:5, 367:6, 367:7,
367:8, 367:13,
367:25, 368:3
**BRIEFLY** [8] - 225:10,
243:23, 244:10,
245:3, 278:25,
281:10, 287:15,

340:1
**BRING** [4] - 238:14,
238:16, 340:14,
367:17
**BRINGING** [1] -
342:21
**BRINGS** [1] - 346:3
**BROOKLYN** [1] -
244:15
**BROUGHT** [2] - 225:1,
226:15
**BUDGETS** [1] - 285:22
**BUILD** [3] - 335:19,
336:15, 336:18
**BUILDING** [5] -
236:13, 317:3,
317:4, 335:22
**BUILT** [3] - 253:22,
291:23, 329:6
**BUNCH** [2] - 296:7,
305:8
**BURBANK** [2] -
248:14, 260:25
**BURIED** [2] - 270:4,
270:9
**BURN** [3] - 267:19,
267:23, 268:1
**BURNING** [1] - 250:8
**BUSINESS** [1] -
287:18
**BUSINESS** [1] -
262:16
**BUSINESSES** [2] -
256:12, 256:15
**BUYING** [1] - 320:14
**BY** [62] - 221:4, 221:5,
221:5, 221:6, 221:9,
221:14, 221:14,
221:15, 242:19,
242:21, 245:18,
247:14, 249:18,
255:11, 260:16,
266:21, 268:24,
270:24, 273:6,
273:10, 274:16,
275:17, 278:16,
281:13, 281:25,
282:19, 284:3,
284:5, 293:4,
295:12, 297:2,
299:16, 300:21,
301:13, 302:12,
304:15, 310:13,
314:15, 314:20,
314:25, 315:19,
317:12, 328:5,
330:22, 331:13,
334:20, 337:23,
339:15, 341:3,
342:2, 342:11,

343:3, 344:15,
347:11, 349:18,
349:23, 350:13,
355:11, 357:11,
361:15, 362:17,
365:2
**BYRON** [1] - 221:4

# C

**CAGES** [1] - 250:8
**CALCULATE** [4] -
324:15, 326:22,
335:9, 335:12
**CALCULATED** [2] -
325:11, 329:19
**CALCULATES** [1] -
336:24
**CALCULATING** [2] -
328:6, 334:24
**CALCULATION** [21] -
236:2, 325:7,
325:21, 326:2,
326:14, 328:8,
328:15, 330:5,
330:8, 330:16,
330:23, 332:3,
332:5, 332:14,
334:6, 334:9,
335:11, 337:9,
337:12, 338:1, 338:8
**CALCULATIONS** [4] -
228:19, 328:14,
329:16, 337:14
**CALCULATOR** [1] -
337:12
**CALIFORNIA** [5] -
220:2, 220:15,
220:25, 224:2, 369:7
**CALIFORNIA** [6] -
221:7, 221:10,
221:11, 221:16,
242:25, 357:16
**CALLED** [2] - 242:19,
284:3
**CAMERA** [1] - 275:23
**CANNOT** [2] - 232:6,
241:8
**CAPABILITIES** [1] -
275:7
**CAPACITY** [4] -
292:25, 298:11,
321:25, 331:23
**CAPACITY** [1] -
258:10
**CAPITAL** [2] - 287:7,
287:11
**CAPTURE** [1] - 306:1
**CAPTURED** [3] -
252:18, 252:24,

265:11
**CARBON** [1] - 313:21
**CARD** [1] - 251:14
**CAREER** [1] - 227:16
**CARPET** [1] - 238:5
**CARRYING** [1] -
240:17
**CASE** [1] - 220:6
**CASE** [23] - 224:8,
232:4, 232:7, 233:8,
234:13, 236:3,
237:10, 239:3,
240:12, 246:14,
282:21, 294:23,
299:5, 303:17,
308:4, 311:16,
311:21, 313:19,
320:19, 324:18,
325:14, 355:10,
367:12
**CASE** [1] - 224:9
**CASES** [6] - 285:22,
286:16, 286:21,
291:1, 293:7, 313:10
**CATEGORY** [2] -
266:23, 267:16
**CAUSED** [4] - 321:18,
332:25, 349:15,
357:21
**CEASED** [1] - 245:11
**CENTER** [3] - 363:20,
364:21, 365:3
**CENTRAL** [2] - 220:2,
369:7
**CERTAIN** [12] -
225:19, 238:1,
243:25, 244:25,
245:7, 254:7,
272:19, 291:20,
295:3, 308:20,
320:17, 347:3
**CERTAINLY** [1] -
270:7
**CERTIFICATE** [1] -
369:1
**CERTIFICATES** [2] -
287:20, 287:24
**CERTIFICATION** [6] -
256:8, 287:23,
287:25, 288:1,
288:4, 313:2
**CERTIFICATIONS** [8]
- 256:11, 287:25,
288:5, 288:6,
288:10, 288:11,
288:15, 288:20
**CERTIFIED** [1] - 257:2
**CERTIFY** [1] - 369:7
**CETERA** [6] - 295:18,
302:19, 333:24,

336:5, 336:17,
355:24
**CH2M** [2] - 363:16,
364:17
**CHALLENGE** [1] -
297:10
**CHALLENGED** [3] -
224:24, 226:1,
297:12
**CHANCE** [1] - 239:8
**CHANDALAR** [1] -
221:9
**CHANGE** [2] - 280:14,
328:13, 358:18
**CHANGED** [1] - 361:9
**CHANGES** [4] -
290:11, 290:13,
349:2, 349:3
**CHAPTERS** [1] -
296:15
**CHARACTER** [1] -
234:15
**CHARACTERIZATIO
N** [2] - 264:12,
264:16
**CHARGE** [4] - 228:9,
285:14, 286:25,
289:11
**CHART** [13] - 230:23,
231:18, 232:3,
232:8, 232:14,
232:25, 233:10,
233:18, 233:25,
234:1, 234:20,
290:18, 290:20
**CHARTS** [2] - 230:21,
290:14
**CHASING** [1] - 238:1
**CHEAPER** [1] - 325:16
**CHECKING** [2] -
269:1, 273:17
**CHEMICAL** [14] -
244:3, 244:14,
269:5, 313:13,
325:2, 329:22,
333:16, 333:17,
334:3, 338:20,
338:23, 349:5,
357:13, 358:14
**CHEMICALS** [9] -
269:9, 270:12,
279:9, 312:14,
355:24, 356:1,
357:12, 357:14,
366:6
**CHIEF** [8] - 228:6,
228:12, 228:14,
284:10, 284:11,
284:15, 284:23,
284:25

**CHIEF** [3] - 232:5, 233:8, 239:3
**CHLORINATE** [3] - 325:3, 326:3, 326:7
**CHLORINATED** [3] - 326:7, 333:23, 333:24
**CHLORINE** [3] - 326:3, 333:25, 334:3
**CHLOROFORM** [2] - 363:2
**CHOOSE** [2] - 328:17, 358:12
**CITE** [1] - 346:2
**CITED** [2] - 343:10, 344:4
**CLAIMS** [1] - 237:10
**CLARA** [7] - 287:19, 297:14, 319:20, 323:3, 326:18, 329:3
**CLARIFICATION** [1] - 312:3
**CLARIFY** [4] - 235:19, 254:19, 256:6, 364:6
**CLARIFYING** [2] - 309:17, 328:3
**CLARITA** [30] - 224:10, 228:7, 235:8, 238:21, 284:7, 284:12, 284:24, 285:4, 287:3, 288:22, 289:14, 289:16, 289:19, 289:25, 290:24, 292:16, 292:20, 293:18, 293:19, 294:2, 297:23, 300:11, 300:23, 303:17, 307:9, 310:21, 328:16, 341:9, 362:13
**CLARITA** [1] - 220:5
**CLASS** [2] - 357:12, 357:14
**CLAY** [1] - 294:20
**CLEAN** [12] - 246:8, 246:11, 247:3, 250:1, 250:5, 250:11, 255:20, 264:21, 264:22, 264:25, 265:2, 278:13
**CLEANING** [2] - 270:20, 270:25
**CLEANS** [1] - 365:13
**CLEAR** [5] - 258:5, 265:25, 282:10, 315:15, 337:2
**CLERK** [5] - 241:2,

241:3, 241:6, 241:9, 241:15
**CLERK** [16] - 224:9, 238:15, 239:9, 239:21, 240:2, 241:1, 241:14, 242:4, 242:12, 242:15, 247:18, 247:25, 275:10, 283:7, 283:15, 283:20
**CLIENT** [3] - 224:16, 224:20, 260:8
**CLOSE** [4] - 245:7, 265:16, 279:6, 306:12
**CLOSED** [5] - 250:10, 258:14, 258:20, 264:21, 276:18
**CLOSEST** [1] - 301:7
**CLOSURE** [29] - 245:7, 245:10, 245:20, 245:21, 246:4, 246:6, 246:8, 246:11, 246:17, 246:18, 246:19, 246:23, 246:25, 247:1, 247:3, 250:1, 250:5, 250:11, 250:24, 253:6, 254:8, 254:13, 254:17, 255:20, 264:22, 264:25, 265:2, 270:5
**CLOUDY** [1] - 252:6
**CODE** [1] - 369:8
**CODING** [1] - 332:18
**COLLEAGUE** [1] - 275:8
**COLLECTED** [1] - 304:12
**COLORADO** [1] - 287:18
**COMBINATION** [1] - 289:21
**COMBINED** [1] - 258:3
**COMING** [13] - 269:3, 304:10, 307:5, 325:15, 326:5, 326:21, 326:23, 337:4, 342:19, 345:16, 346:25, 351:21, 351:24
**COMMENT** [3] - 232:13, 257:12, 296:20
**COMMENTS** [3] - 268:15, 269:20, 281:16

**COMMISSION** [1] - 286:23
**COMMON** [1] - 255:3
**COMMONLY** [2] - 292:4, 337:9
**COMMUNICATE** [1] - 358:21
**COMMUNITY** [1] - 346:13
**COMPANIES** [3] - 272:7, 295:18, 306:7
**COMPANY** [16] - 246:1, 270:19, 285:15, 290:23, 291:1, 291:13, 293:11, 293:12, 304:20, 307:8, 325:5, 341:9, 343:11, 346:22, 363:16
**COMPANY** [12] - 227:16, 228:8, 285:6, 285:8, 285:11, 287:3, 287:8, 290:1, 292:16, 292:17, 293:1, 341:8
**COMPANY'S** [1] - 286:4
**COMPANY'S** [1] - 293:13
**COMPETING** [1] - 333:13
**COMPILED** [1] - 324:11
**COMPLETE** [5] - 233:18, 256:16, 272:7, 332:22, 332:23
**COMPLETED** [3] - 291:11, 333:2, 359:1
**COMPLETELY** [3] - 225:13, 229:23, 231:1
**COMPLEX** [1] - 319:1
**COMPLIANCE** [2] - 312:1, 356:6
**COMPLICATED** [2] - 295:21, 319:1
**COMPLIES** [1] - 363:10
**COMPLY** [4] - 237:4, 315:7, 315:15, 341:14
**COMPLYING** [2] - 341:15, 342:17
**COMPONENTS** [2] - 332:24, 336:1
**COMPOUNDS** [2] - 269:9, 277:23

**CONCENTRATION** [1] - 269:10
**CONCENTRATIONS** [1] - 264:17
**CONCERN** [8] - 237:22, 270:4, 310:21, 320:19, 350:4, 356:3, 357:16, 360:23
**CONCERNED** [5] - 258:19, 306:9, 306:13, 365:3, 365:5
**CONCESSION** [1] - 232:1
**CONCLUDE** [1] - 350:13
**CONCLUDED** [2] - 349:14, 363:19
**CONCLUDES** [1] - 263:23
**CONCLUSION** [1] - 264:10
**CONDITION** [4] - 263:11, 315:6, 315:7, 320:15
**CONDUCT** [2] - 237:1, 357:18
**CONDUCTED** [1] - 277:18
**CONDUCTING** [1] - 229:14
**CONDUIT** [1] - 336:17
**CONFER** [1] - 233:22
**CONFERENCE** [1] - 369:12
**CONFIDENT** [1] - 264:13
**CONFIDENTIAL** [1] - 260:8
**CONFIRM** [3] - 246:12, 303:23, 304:16
**CONFLATING** [1] - 265:22
**CONFORMANCE** [1] - 369:12
**CONFUSED** [2] - 232:13, 265:24
**CONFUSING** [1] - 231:22, 235:7
**CONNECT** [1] - 240:24
**CONNECTED** [1] - 291:24
**CONNECTING** [1] - 248:5
**CONNECTION** [3] - 234:14, 280:10, 315:11
**CONNECTIONS** [1] -

292:1
**CONSEQUENCES** [2] - 237:2, 237:10
**CONSERVATION** [1] - 245:8
**CONSERVATION** [2] - 296:4, 296:6
**CONSIDERATION** [2] - 360:14, 360:15
**CONSIDERED** [1] - 259:1
**CONSIDERING** [2] - 230:11, 231:2
**CONSISTENT** [2] - 338:3, 338:7
**CONSTITUENTS** [12] - 246:12, 246:16, 251:1, 251:4, 300:2, 315:17, 320:17, 320:19, 344:11, 349:5, 355:18, 357:19
**CONSULTANT** [1] - 246:1
**CONSULTANTS** [8] - 274:2, 304:19, 304:25, 305:4, 305:10, 305:13, 366:14, 366:16
**CONSULTING** [2] - 305:5, 362:20
**CONSUMERS** [2] - 340:21, 341:11
**CONTACT** [1] - 245:25
**CONTACTED** [1] - 316:17
**CONTAIN** [6] - 294:18, 305:17, 306:5, 306:8, 306:16, 319:24
**CONTAINED** [1] - 312:23
**CONTAINMENT** [5] - 305:16, 305:23, 305:24, 319:24, 321:12
**CONTAMINANT** [6] - 306:1, 313:11, 313:12, 313:15, 313:17, 357:6
**CONTAMINANTS** [8] - 310:17, 310:20, 313:4, 313:9, 340:18, 340:19, 340:23, 340:25
**CONTAMINATED** [8] - 298:5, 299:2, 303:7, 317:21, 347:23, 365:5, 365:9, 365:11
**CONTAMINATING** [1]

- 365:4
**CONTAMINATION**
[40] - 253:21, 264:18, 279:18, 292:9, 292:11, 292:13, 297:4, 297:7, 297:15, 297:23, 297:25, 298:14, 298:18, 300:6, 300:22, 301:23, 303:13, 304:18, 305:12, 306:3, 306:5, 306:8, 306:16, 306:25, 307:1, 307:17, 316:4, 316:14, 316:18, 321:17, 323:15, 348:17, 348:18, 349:20, 349:25, 352:9, 361:16, 364:21, 366:3, 367:1
**CONTEMPLATE** [1] - 312:16
**CONTENTS** [1] - 231:19
**CONTESTED** [1] - 228:18
**CONTEXT** [6] - 226:16, 236:17, 237:8, 250:17, 263:8, 363:4
**CONTINUE** [7] - 238:9, 246:20, 298:24, 308:7, 310:12, 315:13, 367:12
**CONTINUING** [1] - 288:13
**CONTRACTED** [1] - 304:8
**CONTRACTOR** [3] - 278:6, 278:10, 278:23
**CONTRACTOR** [2] - 278:17, 278:19
**CONTRACTORS** [1] - 336:6
**CONTRAVENTION** [1] - 343:10
**CONTRIBUTING** [1] - 352:5
**CONTROL** [4] - 243:1, 244:18, 288:2, 320:7
**CONTROLS** [1] - 246:21
**CONVERSATION** [1] - 274:17
**CONVERT** [1] - 326:4
**CONVERTED** [2] -

232:24, 329:24
**COPIED** [3] - 240:13, 251:24, 255:14
**COPIES** [2] - 240:14
**COPY** [4] - 248:3, 254:9, 260:9, 317:12
**CORPORATE** [1] - 272:12
**CORPORATION** [4] - 224:10, 260:17, 300:22, 317:13
**CORPORATION** [1] - 220:8
**CORRECT** [67] - 227:22, 231:4, 242:1, 248:25, 249:23, 257:3, 257:13, 260:21, 264:9, 267:4, 269:18, 276:1, 276:11, 276:15, 276:16, 276:22, 277:4, 277:5, 277:12, 277:13, 279:4, 279:7, 292:6, 292:7, 317:19, 322:1, 322:2, 327:22, 327:25, 334:7, 345:22, 346:19, 346:20, 348:6, 348:13, 348:14, 352:4, 352:19, 353:3, 353:4, 353:25, 354:4, 354:5, 355:15, 356:14, 356:15, 356:19, 356:20, 356:24, 359:10, 359:11, 362:5, 363:12, 363:16, 363:17, 363:22, 364:18, 364:20, 365:17, 365:21, 365:22, 365:23, 366:2, 366:4, 366:8, 366:10, 366:17
**CORRECT** [1] - 369:9
**CORRECTIVE** [4] - 259:9, 259:10, 259:15, 259:24
**CORRECTLY** [1] - 292:17
**CORRESPOND** [1] - 231:19
**CORROSION** [1] - 244:17
**COST** [23] - 227:9, 227:14, 228:20, 229:7, 229:14,

266:2, 266:7, 286:14, 286:18, 325:9, 325:13, 325:24, 326:10, 326:11, 326:21, 329:20, 329:22, 330:2, 330:4, 335:6, 338:24
**COSTING** [1] - 323:18
**COSTS** [53] - 227:10, 227:13, 227:19, 227:21, 227:24, 228:1, 228:3, 228:19, 229:3, 229:4, 229:5, 229:8, 229:9, 229:12, 266:11, 286:17, 286:19, 289:10, 323:10, 324:2, 324:25, 325:2, 325:7, 326:3, 328:16, 328:18, 328:20, 328:25, 329:1, 331:17, 331:22, 332:8, 332:10, 332:16, 333:17, 335:7, 335:9, 336:21, 336:25, 338:3, 338:6, 338:11, 338:16, 338:19, 338:20, 338:23, 339:1, 339:7, 339:19, 339:23
**COSTS** [4] - 223:13, 223:14, 223:15, 223:16
**COUNSEL** [1] - 221:1
**COUNSEL** [16] - 224:12, 224:13, 235:19, 238:22, 238:23, 239:17, 252:1, 260:7, 278:12, 282:11, 282:19, 283:24, 341:19, 355:7, 367:25, 368:6
**COUNSELOR** [2] - 289:13, 304:14
**COUNSELOR** [1] - 358:5
**COUNTY** [3] - 289:25, 290:23, 292:24
**COUPLE** [10] - 232:22, 234:23, 240:4, 263:4, 265:6, 276:3, 281:14, 301:12, 305:6, 305:15
**COURSE** [1] - 245:24
**COURT** [136] - 220:1,

220:24, 224:7, 224:22, 225:16, 225:25, 226:7, 226:12, 227:3, 227:7, 227:20, 227:23, 228:1, 228:5, 228:14, 228:23, 228:25, 229:3, 229:16, 230:2, 230:15, 231:3, 231:6, 231:17, 231:23, 232:9, 232:21, 233:5, 233:9, 233:14, 233:20, 234:22, 235:11, 235:14, 235:20, 238:13, 238:16, 238:20, 239:10, 239:13, 239:19, 239:25, 240:4, 240:8, 240:22, 240:25, 241:10, 241:16, 241:20, 241:24, 242:2, 242:16, 245:17, 247:8, 248:1, 254:14, 266:18, 268:23, 270:23, 271:4, 271:7, 273:2, 274:15, 274:22, 275:5, 275:9, 275:12, 278:12, 278:15, 281:9, 281:24, 282:6, 282:18, 282:20, 282:25, 283:4, 283:6, 283:22, 293:3, 296:25, 301:3, 304:2, 304:6, 308:1, 308:11, 309:2, 309:11, 309:13, 309:19, 309:23, 310:4, 310:10, 310:12, 314:10, 314:13, 314:19, 314:23, 315:9, 317:11, 319:8, 323:22, 326:24, 327:17, 327:23, 328:2, 330:21, 330:25, 331:3, 331:6, 331:10, 334:12, 334:15, 334:17, 337:20, 339:12, 340:9, 341:22, 342:9, 344:14, 347:5, 347:8, 349:17, 349:22, 350:6, 355:6,

357:10, 361:14, 365:1, 367:5, 367:19, 368:2, 368:10, 368:17, 369:6, 369:19
**COURT** [22] - 230:18, 230:20, 231:7, 234:3, 234:4, 234:7, 234:25, 235:25, 236:19, 237:6, 237:20, 237:22, 239:7, 239:18, 242:8, 247:9, 283:11, 308:12, 308:15, 308:25, 309:6
**COURT** [5] - 224:6, 238:19, 308:10, 310:3, 367:16
**COURT'S** [8] - 225:4, 226:8, 226:15, 236:2, 237:3, 240:1, 308:13, 327:3
**COURTROOM** [5] - 241:9, 241:17, 241:20, 309:14, 368:3
**COURTS** [1] - 297:20
**COVER** [3] - 256:3, 260:10, 262:9
**CREATE** [1] - 291:15
**CREATED** [1] - 289:17
**CREDIT** [4] - 325:24, 326:9, 328:10, 328:13
**CREDITS** [3] - 288:13, 326:11, 329:21
**CREWS** [1] - 285:15
**CRIMINAL** [1] - 237:1
**CROSS** [2] - 222:5, 222:9
**CROSS** [4] - 275:5, 275:21, 341:20, 341:22
**CROSS** [2] - 275:16, 342:1
**CROSS-EXAMINATION** [2] - 222:5, 222:9
**CROSS-EXAMINATION** [3] - 275:5, 341:20, 341:22
**CROSS-EXAMINATION** [2] - 275:16, 342:1
**CROSS-EXAMINED** [1] - 275:21
**CRR** [2] - 220:23, 369:19

**CRUZ** [2] - 241:2, 247:17
**CSR** [2] - 220:23, 369:19
**CUBIC** [2] - 262:12
**CURRENT** [2] - 284:9, 330:1
**CUSTOM** [1] - 336:11
**CUSTOMER** [3] - 285:18, 299:24, 299:25
**CUSTOMERS** [24] - 284:22, 285:19, 286:4, 286:10, 286:19, 286:25, 289:1, 289:6, 289:9, 290:5, 295:24, 295:25, 298:4, 298:8, 298:23, 298:25, 299:21, 300:4, 300:8, 318:10, 325:11, 341:2, 341:17, 342:22
**CUT** [4] - 230:15, 254:15, 268:18, 268:21
**CUTS** [1] - 269:2
**CV** [2] - 220:7, 224:9
**CYCLICAL** [1] - 327:13

# D

**DAILY** [1] - 284:14
**DAMAGES** [4] - 234:14, 330:19, 340:3, 367:24
**DAMAGES-TYPE** [1] - 234:14
**DANGER** [2] - 343:15, 345:17
**DANIEL** [1] - 224:19
**DANIEL** [1] - 221:15
**DATA** [11] - 232:3, 232:23, 233:3, 233:4, 233:6, 233:9, 233:12, 233:17, 233:18, 233:24, 311:25
**DATE** [8] - 282:11, 282:12, 291:3, 292:1, 317:1, 317:15, 343:6, 343:7
**DATED** [1] - 369:15
**DATED** [4] - 255:7, 260:17, 260:18, 267:2
**DATES** [1] - 277:1
**DAY** [2] - 220:13,

369:15
**DAY-TO-DAY** [1] - 285:20
**DAYS** [4] - 256:18, 264:4, 319:7
**DDW** [35] - 229:20, 230:12, 235:10, 311:15, 314:1, 314:2, 314:20, 315:1, 315:4, 315:6, 315:21, 316:11, 318:18, 318:22, 319:2, 319:6, 340:12, 340:20, 342:13, 344:1, 354:8, 354:16, 355:1, 355:21, 357:1, 357:3, 357:6, 357:25, 358:2, 358:21, 358:24, 359:13, 359:25, 360:16
**DEAL** [9] - 235:25, 284:13, 285:19, 304:22, 307:14, 354:17, 355:3, 361:16, 365:6
**DEALING** [6] - 266:14, 313:9, 340:11, 345:14, 356:11, 361:10
**DECEMBER** [2] - 243:7, 328:22
**DECHLORINATE** [1] - 334:2
**DECHLORINATION** [2] - 334:3, 338:22
**DECIDE** [1] - 230:5
**DECIDES** [1] - 251:10
**DECISION** [2] - 347:18, 354:1
**DECISIONS** [5] - 355:25, 359:21, 360:11, 361:8, 361:17
**DECLARATION** [1] - 226:25
**DECLARED** [1] - 265:16
**DEDUCTIONS** [1] - 338:24
**DEEP** [2] - 253:23, 253:24
**DEEPER** [3] - 294:7, 294:24, 295:5
**DEFENDANT** [1] - 231:12
**DEFENDANTS** [1] - 232:7
**DEFENDANTS** [2] -

220:9, 221:12
**DEFENSE** [5] - 278:6, 278:10, 278:16, 278:19, 278:22
**DEFENSE** [1] - 233:8
**DEFER** [1] - 319:8
**DEFINE** [1] - 294:19
**DEFINED** [1] - 294:3
**DEFINITION** [1] - 362:1
**DEGREE** [4] - 244:13, 244:14, 279:5, 287:17
**DELAYS** [1] - 332:25
**DELIVER** [6] - 298:25, 318:10, 336:8, 346:18, 360:12
**DELIVERED** [8] - 290:4, 325:13, 344:25, 346:22, 348:6, 348:9, 359:22
**DELIVERING** [3] - 284:21, 325:10, 341:2
**DEMANDS** [2] - 295:24, 327:13
**DEMEANOR** [1] - 274:18
**DEMONSTRATE** [1] - 233:24
**DENY** [1] - 360:6
**DEPARTMENT** [7] - 247:2, 253:11, 254:4, 261:3, 272:19, 341:7, 347:3
**DEPARTMENT** [8] - 243:1, 243:10, 278:6, 278:10, 278:22, 341:5, 353:21
**DEPICT** [1] - 301:6
**DEPICTS** [1] - 301:7
**DEPOSITION** [1] - 342:7
**DEPTH** [4] - 294:8, 295:21, 364:1, 364:2
**DEPUTY** [3] - 241:9, 309:14, 368:3
**DERIVED** [1] - 338:16
**DESCRIBE** [9] - 244:10, 245:3, 245:13, 258:23, 284:11, 287:15, 300:24, 302:15, 362:2
**DESCRIBED** [18] - 245:20, 253:18, 255:20, 258:21, 259:23, 261:2, 268:16, 271:12,

318:14, 327:18, 328:6, 330:20, 331:17, 332:6, 338:4, 338:8, 338:17, 361:22
**DESCRIBES** [1] - 251:15
**DESCRIBING** [2] - 254:10, 260:11
**DESCRIPTION** [1] - 223:3
**DESCRIPTION** [2] - 234:19, 251:17
**DESCRIPTION** [1] - 258:22
**DESIGN** [3] - 306:22, 335:25, 336:14
**DESIGNED** [3] - 306:1, 312:18, 316:23
**DESTROY** [1] - 306:20
**DESTROYED** [6] - 301:19, 301:20, 301:23, 302:1, 305:21, 306:19
**DETAIL** [2] - 308:16, 330:20
**DETAILED** [1] - 257:16
**DETECT** [6] - 269:3, 311:12, 312:16, 315:6, 315:16, 352:3
**DETECTED** [6] - 268:18, 269:15, 304:13, 316:6, 357:24
**DETECTION** [9] - 305:19, 312:11, 312:12, 312:13, 313:7, 313:13, 341:1, 350:22, 356:3
**DETECTIONS** [3] - 303:20, 311:5, 321:21
**DETERMINATION** [2] - 341:10, 353:22
**DETERMINATIONS** [1] - 361:15
**DETERMINE** [9] - 235:9, 259:18, 304:9, 307:14, 315:11, 315:24, 322:3, 325:22, 342:13
**DETERMINED** [8] - 299:8, 303:12, 305:14, 305:20, 311:10, 311:19, 311:22, 340:14
**DETERMINING** [3] -

324:4, 324:5, 326:19
**DEVELOP** [1] - 305:10
**DEVELOPER** [1] - 307:8
**DEVELOPMENT** [1] - 307:8
**DIAMETER** [1] - 302:24
**DICE** [1] - 237:18
**DICTATES** [1] - 288:9
**DIFFERENCE** [1] - 328:9
**DIFFERENT** [11] - 227:12, 227:14, 227:15, 228:22, 232:19, 233:21, 271:7, 286:13, 294:19, 295:3, 353:19
**DIFFICULT** [2] - 253:25, 355:10
**DIFFICULTY** [3] - 231:17, 253:9, 253:15
**DIGGING** [1] - 261:11
**DIRECT** [2] - 222:5, 222:8
**DIRECT** [2] - 242:20, 284:4
**DIRECT** [3] - 280:22, 310:12, 346:15
**DIRECTION** [5] - 237:3, 237:13, 295:3, 308:18, 352:25
**DIRECTIONS** [1] - 318:24
**DIRECTIVE** [1] - 346:17
**DIRECTLY** [3] - 287:8, 319:6, 359:10
**DIRECTOR** [2] - 351:9, 359:8
**DISAGREE** [2] - 233:16, 276:24
**DISASTER** [1] - 236:15
**DISCHARGE** [18] - 230:9, 319:19, 320:4, 320:5, 320:7, 320:9, 320:16, 320:18, 320:22, 323:4, 326:17, 329:2, 329:8, 332:20, 333:21, 333:24, 334:1, 343:23
**DISCHARGED** [3] - 229:25, 321:4, 322:17

DISCHARGING [1] - 333:22

DISCLOSING [1] - 238:2

DISCLOSURE [1] - 272:7

DISCOUNT [2] - 337:4, 337:5

DISCOUNTED [2] - 338:13, 339:22

DISCOVERED [5] - 263:24, 304:24, 353:10, 353:14, 353:16

DISCOVERY [3] - 226:3, 232:15, 232:20

DISCUSS [2] - 321:5, 338:22

DISCUSSED [16] - 229:20, 236:3, 260:7, 266:4, 308:23, 314:5, 323:21, 330:4, 334:11, 334:24, 337:19, 338:21, 338:24, 339:11, 350:17, 365:17

DISCUSSION [2] - 331:3, 363:15

DISCUSSIONS [7] - 250:21, 297:3, 307:4, 314:15, 315:1, 315:21, 354:20

DISPLAY [4] - 323:20, 330:19, 334:9, 337:18

DISPLAYED [1] - 337:24

DISPOSAL [4] - 236:4, 266:6, 266:8, 343:10

DISPOSE [3] - 266:14, 266:15, 323:2

DISPOSED [3] - 266:10, 279:10, 279:15

DISPOSING [1] - 320:12

DISPOSITION [1] - 250:2

DISPUTE [4] - 226:13, 231:12, 233:1, 233:2

DISPUTED [1] - 308:17

DISREGARD [1] - 278:15

DISRUPTIONS [1] - 296:2

DISSIPATES [1] -

334:3

DISSOLVED [4] - 320:20, 355:9, 355:13, 356:5

DISTRIBUTED [2] - 311:13, 322:8

DISTRIBUTION [10] - 284:17, 284:22, 287:24, 287:25, 288:17, 291:21, 293:6, 312:11, 312:22, 312:24

DISTRICT [1] - 345:3

DISTRICT [3] - 289:25, 290:24, 292:24

DISTRICT [5] - 220:1, 220:2, 220:3, 369:6, 369:7

DIVIDED [1] - 293:13

DIVISION [1] - 220:2

DIVISION [16] - 285:4, 289:25, 290:25, 311:9, 311:17, 311:24, 312:1, 312:9, 313:8, 315:14, 318:8, 319:19, 347:16, 354:20, 355:23, 358:7

DIVISION [5] - 243:6, 243:15, 244:19, 302:3, 303:11

DO [1] - 369:7

DOCUMENT [34] - 225:7, 225:8, 234:4, 235:5, 237:5, 256:1, 256:3, 257:2, 257:14, 257:20, 258:3, 258:4, 258:7, 258:18, 258:22, 261:16, 261:24, 295:13, 295:17, 296:8, 296:16, 299:17, 299:19, 299:21, 309:4, 309:7, 309:20, 319:1, 331:13, 331:18, 334:23, 335:4, 339:10, 368:7

DOCUMENTATION [1] - 256:24

DOCUMENTS [9] - 226:3, 226:4, 236:11, 237:7, 256:19, 272:18, 273:5, 273:23

DOLLAR [2] - 330:2

DOLLARS [2] - 326:12, 336:25

DONE [28] - 251:6,

275:13, 296:15, 300:16, 302:3, 304:4, 311:3, 311:4, 322:11, 325:11, 325:21, 326:2, 327:19, 330:16, 332:5, 335:4, 336:7, 336:18, 348:24, 349:24, 350:17, 352:8, 352:12, 362:19, 362:21, 363:15, 364:8

DOTS [1] - 302:8

DOUBT [2] - 226:14, 238:9

DOWN [19] - 246:3, 253:4, 257:24, 265:6, 294:22, 303:10, 304:15, 313:6, 316:10, 321:25, 323:10, 324:20, 329:12, 332:17, 333:16, 342:9, 349:4, 357:22, 363:14

DOWNGRADIENT [5] - 306:12, 321:20, 352:23, 353:3, 353:7

DOWNTOWN [1] - 248:12

DRAFT [1] - 354:2

DRAW [1] - 294:1

DRILL [2] - 253:23, 253:24

DRILLED [1] - 353:17

DRILLING [1] - 253:25

DRINK [7] - 235:9, 341:11, 342:20, 342:22, 345:6, 345:17

DRINKERS [1] - 340:22

DRINKING [20] - 234:12, 253:11, 302:4, 303:6, 303:11, 318:8, 318:10, 318:12, 319:18, 319:22, 340:5, 340:7, 341:4, 343:23, 344:3, 344:6, 344:22, 345:25, 363:11

DRINKING [16] - 243:11, 311:9, 311:18, 311:24, 312:1, 312:9, 313:8, 315:14, 318:9, 319:19, 341:5, 347:16, 353:22, 354:21, 355:23,

358:7

DRIVEN [1] - 361:11

DROUGHT [4] - 296:6, 333:6, 333:7, 333:11

DROUGHTS [1] - 333:13

DRUMS [12] - 263:24, 264:4, 264:5, 269:22, 270:1, 270:4, 270:9, 270:11, 270:12, 270:13, 270:14

DTSC [3] - 244:21, 245:24, 251:7

DUBBED [1] - 260:5

DUG [1] - 269:4

DUMPED [1] - 344:24

DUMPING [2] - 236:11, 236:14

DURING [8] - 228:17, 274:6, 276:3, 287:2, 304:10, 330:13, 333:13, 350:9

DUTIES [2] - 245:24, 284:11

DYNAMIC [1] - 349:5

DYNAMITE [2] - 366:7, 366:21

**E**

E-MAIL [6] - 359:12, 359:16, 359:17, 360:9, 360:16, 360:19

EARLY [4] - 248:20, 306:17, 307:7, 367:9

EARNEST [1] - 318:22

EARTHQUAKE [1] - 248:13

EASIER [1] - 249:16

EAST [1] - 274:25

EAST [7] - 257:25, 258:12, 268:5, 268:13, 268:15, 273:17, 274:6

EASY [4] - 250:8, 291:23, 298:10, 333:12

EDLIN [1] - 221:13

EDUCATION [1] - 288:13

EDUCATIONAL [2] - 244:11, 287:16

EFFECT [12] - 251:22, 253:4, 265:18, 266:2, 271:8, 272:2, 274:19, 276:15, 276:21, 341:16, 352:3, 356:18

EFFECTIVELY [1] - 312:10

EFFORT [3] - 264:13, 279:6, 358:15

EFFORTS [5] - 270:25, 279:8, 358:3, 358:14, 359:3

EIGHT [4] - 244:1, 266:24, 267:9

EIGHT-HOUR [1] - 244:1

EITHER [5] - 274:17, 289:1, 302:18, 321:22, 363:19

ELECTRICAL [5] - 328:10, 336:17, 339:1, 339:7

ELECTRICITY [5] - 325:1, 328:11, 329:21, 338:20, 338:23

ELECTRONIC [1] - 299:23

ELECTRONICALLY [1] - 247:23

ELEMENTS [1] - 331:16

EMBANKMENTS [1] - 262:9

EMERGENCY [1] - 293:8

EMPLOYED [1] - 288:7

EMPLOYEE [2] - 290:21, 290:22

EMPLOYEES [3] - 246:2, 288:10, 290:25

EMPTY [1] - 332:18

ENABLE [1] - 323:2

ENABLES [1] - 238:2

ENACTED [2] - 276:11, 276:12

ENCLOSED [2] - 273:12, 302:18

END [8] - 243:15, 273:16, 274:24, 308:25, 309:13, 348:24, 363:2, 367:9

ENDANGER [1] - 246:13

ENDED [2] - 322:20, 328:22

ENERGY [2] - 238:4, 325:22

ENGINEER [9] - 243:18, 243:19, 243:20, 244:8, 244:12, 269:5, 336:23, 337:2,

364:16
**ENGINEERED** [1] - 336:2
**ENGINEERING** [7] - 229:13, 244:1, 244:4, 244:14, 305:5, 336:24, 362:20
**ENJOY** [1] - 367:13
**ENLARGE** [1] - 262:1
**ENSURING** [1] - 359:21
**ENTAILS** [1] - 288:4
**ENTER** [3] - 334:9, 337:19, 339:10
**ENTERED** [1] - 317:17
**ENTITIES** [5] - 290:6, 290:8, 291:2, 291:10, 321:9
**ENTITLED** [1] - 369:11
**ENTITLED** [2] - 299:12, 332:1
**ENTITY** [3] - 290:17, 304:23, 326:22
**ENVIRONMENT** [2] - 250:10, 251:1
**ENVIRONMENTAL** [3] - 244:12, 245:25, 251:19
**EPA** [9] - 250:14, 254:4, 254:8, 254:10, 262:25, 274:1, 282:14, 299:3, 303:9
**EPA'S** [1] - 252:16
**EQUIPMENT** [8] - 244:17, 302:20, 332:25, 336:4, 336:8, 336:10, 336:14, 336:17
**ERIC** [1] - 221:15
**ERIC** [1] - 221:21
**ESCAPES** [1] - 246:20
**ESPECIALLY** [2] - 253:17, 336:10
**ESSENTIALLY** [21] - 230:19, 233:11, 288:5, 290:14, 290:21, 299:23, 311:11, 312:23, 313:8, 313:15, 318:19, 319:20, 320:7, 320:16, 321:15, 325:8, 325:16, 334:1, 337:2, 340:17, 357:14
**ESTABLISH** [3] - 227:5, 229:1, 323:23
**ESTABLISHED** [1] -
227:23
**ESTABLISHES** [2] - 228:10, 232:5
**ESTIMATE** [1] - 229:11
**ESTIMATED** [3] - 262:10, 263:18, 308:15
**ESTIMATES** [3] - 266:8, 335:6
**ET** [8] - 220:8, 224:11, 295:18, 302:19, 333:24, 336:5, 336:17, 355:24
**EVALUATE** [2] - 286:17, 305:1
**EVE** [1] - 226:16
**EVENT** [4] - 275:8, 298:14, 304:11, 352:13
**EVENTS** [2] - 225:8, 304:10
**EVENTUALLY** [1] - 354:4
**EVERYDAY** [1] - 300:15
**EVIDENCE** [25] - 229:18, 234:16, 236:7, 236:18, 236:20, 237:21, 239:3, 247:13, 249:14, 255:10, 260:15, 273:9, 295:11, 299:15, 300:20, 302:11, 308:23, 317:10, 331:12, 334:19, 337:22, 339:14, 343:2, 362:16
**EVIDENCE** [2] - 225:9, 231:25
**EVIDENCE** [1] - 223:2
**EVIDENTLY** [1] - 262:13
**EXACT** [2] - 271:25, 335:15
**EXACTLY** [11] - 248:19, 276:12, 276:25, 280:8, 280:11, 280:15, 281:4, 295:15, 307:22, 345:24, 346:2
**EXAM** [2] - 244:1, 244:3
**EXAMINATION** [5] - 242:20, 275:16, 281:12, 284:4, 342:1
**EXAMINATION** [11] - 222:5, 222:5, 222:6,
222:8, 222:9, 275:5, 341:19, 341:20, 341:22, 342:10, 346:15
**EXAMINED** [1] - 275:21
**EXAMPLE** [3] - 237:25, 263:12, 284:13
**EXCEED** [1] - 266:7
**EXCEEDANCE** [1] - 234:23
**EXCEEDED** [2] - 298:21, 357:24
**EXCEPTION** [1] - 225:9
**EXCLAMATION** [1] - 273:19
**EXCLUDE** [2] - 234:2, 236:19
**EXCUSE** [3] - 287:7, 330:24, 346:16
**EXHIBIT** [6] - 231:10, 231:13, 231:16, 231:19, 232:3, 235:4, 235:7, 247:10, 302:9, 309:1, 317:7, 331:7, 332:1, 334:13, 334:15, 334:21
**EXHIBIT** [48] - 226:19, 231:11, 234:6, 235:19, 235:22, 247:5, 247:13, 247:14, 248:3, 248:21, 249:10, 249:14, 251:23, 255:6, 255:10, 256:24, 257:6, 260:13, 260:15, 263:15, 266:6, 273:7, 273:9, 295:7, 295:11, 299:11, 299:15, 300:17, 300:20, 302:8, 302:11, 317:7, 317:10, 323:20, 331:9, 331:12, 334:19, 337:19, 337:22, 337:24, 338:7, 339:10, 339:14, 342:23, 343:2, 362:12, 362:16, 365:15
**EXHIBITS** [1] - 223:1
**EXHIBITS** [6] - 224:24, 226:2, 226:24, 231:12, 308:23, 368:15
**EXIST** [1] - 349:25
**EXISTED** [1] - 289:19
**EXISTENCE** [4] - 251:15, 251:21, 289:15, 293:8
**EXISTING** [1] - 294:3
**EXPECT** [13] - 225:17, 233:11, 237:4, 258:23, 259:14, 272:2, 272:3, 274:19, 315:5, 315:15, 351:17, 367:8
**EXPECTATION** [1] - 362:22
**EXPECTED** [2] - 257:21, 333:7
**EXPENDED** [1] - 264:14
**EXPENSES** [1] - 325:4
**EXPENSIVE** [2] - 266:13, 266:14
**EXPERIENCE** [12] - 227:13, 228:12, 229:5, 229:10, 229:13, 229:14, 229:15, 243:25, 269:6, 269:11, 290:25, 336:24
**EXPERT** [4] - 227:1, 232:15, 232:20, 301:2
**EXPERTISE** [1] - 304:1
**EXPERTS** [1] - 304:20
**EXPLAIN** [5] - 235:11, 261:17, 263:8, 294:10, 355:9
**EXPLAINS** [1] - 300:5
**EXPLODE** [1] - 263:13
**EXPLORATION** [1] - 264:7
**EXPLOSIVES** [1] - 366:7
**EXTENDED** [1] - 332:25
**EXTENT** [4] - 226:13, 247:23, 259:18, 264:18
**EXTRA** [1] - 327:9
**EXTRACTION** [3] - 279:21, 279:24, 279:25

**F**

**FABRICATED** [1] - 336:11
**FACE** [1] - 268:19
**FACILITIES** [18] - 244:25, 256:15,
265:11, 285:15, 286:8, 287:5, 287:6, 287:14, 288:9, 289:3, 291:21, 303:13, 303:14, 303:16, 313:3, 335:20, 336:19, 340:19
**FACILITY** [27] - 245:1, 246:3, 252:16, 252:19, 252:22, 256:14, 257:7, 259:17, 260:19, 264:20, 265:9, 269:21, 287:10, 302:21, 306:23, 311:18, 312:20, 317:3, 317:4, 319:13, 330:11, 336:15, 339:5, 339:6, 348:12, 351:24, 351:25
**FACT** [25] - 225:14, 228:18, 230:8, 232:4, 270:15, 294:19, 329:6, 345:11
**FACTOR** [1] - 337:4
**FACTORED** [1] - 325:6
**FACTS** [3] - 232:21, 240:12, 366:17
**FACTUAL** [2] - 233:15
**FACTUALLY** [1] - 233:22
**FAILED** [1] - 282:13
**FAIR** [3] - 250:4, 368:13, 368:19
**FAIRLY** [1] - 250:8
**FAITH** [2] - 238:8, 264:13
**FALL** [1] - 344:5
**FAMILIAR** [11] - 228:15, 245:19, 256:1, 256:10, 269:6, 269:8, 276:8, 307:20, 310:14, 311:14, 313:3
**FAMILIARITY** [2] - 286:13, 310:16
**FAMILY** [1] - 303:4
**FAR** [9] - 238:13, 258:19, 265:14, 302:7, 323:18, 327:6, 330:4, 338:24
**FASHION** [2] - 230:20, 309:2
**FASTER** [1] - 295:5
**FATHER** [1] - 239:16
**FAULT** [1] - 239:19

**FEBRUARY** [2] - 332:2, 332:11
**FED** [1] - 312:24
**FEDERAL** [3] - 245:9, 299:3, 363:11
**FEDERAL** [1] - 220:24, 369:5, 369:19
**FEDERAL** [2] - 225:9, 231:25
**FEET** [3] - 294:22, 324:15, 329:19
**FELLOW** [1] - 248:22
**FELT** [1] - 297:20
**FENCES** [1] - 302:19
**FERNANDO** [1] - 248:14
**FEW** [10] - 224:21, 239:8, 243:8, 262:11, 262:17, 269:22, 292:21, 306:10, 306:20, 342:19
**FIELD** [1] - 243:11
**FIELD** [4] - 269:2, 284:19, 358:16, 366:7
**FIGUEROA** [1] - 221:6
**FIGURE** [7] - 232:21, 233:21, 307:14, 338:10, 339:16, 339:18, 350:23
**FIGURES** [1] - 258:1
**FIGURING** [1] - 289:9
**FILED** [4] - 307:21, 307:22, 307:25, 354:8
**FILING** [1] - 226:8
**FILL** [2] - 251:14, 262:9
**FILTRATION** [1] - 313:17
**FINALLY** [2] - 254:1, 254:5
**FINANCIAL** [2] - 291:17, 337:13
**FINDINGS** [1] - 305:14
**FINE** [1] - 240:17
**FINISH** [2] - 280:13, 287:13
**FINISHED** [1] - 341:18
**FIREWORKS** [2] - 366:7, 366:19
**FIRM** [3] - 304:9, 305:5, 362:20
**FIRST** [27] - 225:3, 226:4, 239:5, 241:17, 243:20, 245:4, 256:21, 257:9, 266:23,

271:1, 277:23, 280:6, 280:9, 287:9, 301:7, 316:3, 318:20, 348:20, 348:22, 348:25, 353:10, 353:14, 359:2, 362:12, 362:13, 363:2, 366:1
**FITS** [1] - 336:1
**FIVE** [9] - 250:6, 263:24, 264:3, 277:8, 295:19, 295:20, 296:9, 324:18, 324:20
**FIVE-YEAR** [1] - 295:19
**FIXED** [1] - 333:14
**FLARES** [1] - 278:4
**FLOATED** [1] - 360:7
**FLOOR** [2] - 221:7, 221:10
**FLOW** [3] - 324:10, 352:25, 353:3
**FLOWS** [1] - 353:3
**FLUCTUATES** [1] - 349:4
**FLY** [1] - 237:6
**FOCUS** [9] - 227:4, 261:17, 355:21, 356:13, 357:6, 358:2, 358:13, 358:19, 358:22
**FOCUSED** [4] - 230:3, 236:7, 237:22, 355:21
**FOCUSING** [1] - 364:23
**FOLKS** [2] - 251:24, 266:14
**FOLLOW** [3] - 248:5, 320:9, 355:10
**FOLLOWED** [1] - 292:16
**FOLLOWING** [7] - 224:5, 238:18, 281:2, 308:9, 310:2, 355:11, 367:15
**FOOT** [5] - 325:13, 326:4, 326:13, 329:20, 330:2
**FOR** [6] - 221:3, 221:12, 223:2, 369:6
**FOREGOING** [1] - 369:9
**FOREGOING** [1] - 336:20
**FOREGROUND** [1] - 302:22
**FOREVER** [2] - 295:2, 301:21

**FORGOT** [2] - 308:22, 352:12
**FORK** [7] - 257:25, 258:12, 268:5, 268:13, 268:15, 273:17, 274:6
**FORM** [6] - 232:3, 232:8, 232:14, 232:25, 233:10, 233:19
**FORMAT** [1] - 369:11
**FORMATION** [4] - 292:3, 294:5, 294:6, 294:7
**FORMED** [3] - 289:21, 290:8
**FORMER** [2] - 291:5, 291:20
**FORMULA** [1] - 336:24
**FORTH** [12] - 254:1, 285:21, 289:20, 294:18, 296:16, 300:7, 307:5, 316:11, 316:20, 329:14, 332:19, 341:13
**FORTHCOMING** [3] - 256:16, 272:4, 274:20
**FORWARD** [10] - 283:8, 328:23, 330:7, 335:7, 335:9, 335:13, 335:14, 359:12, 360:16, 360:19
**FORWARD-LOOKING** [1] - 330:7
**FORWARDED** [1] - 271:14
**FOUNDATION** [18] - 226:18, 227:4, 227:5, 228:25, 231:8, 245:16, 266:17, 268:22, 270:21, 282:4, 301:14, 304:5, 322:3, 323:23, 349:16, 350:5, 355:5, 357:8
**FOUNDATIONAL** [1] - 340:2
**FOUNDATIONS** [1] - 336:16
**FOUR** [7] - 285:9, 290:6, 290:8, 290:14, 291:2, 291:10, 317:20
**FRAME** [3] - 255:18, 307:25, 317:5

**FRANCISCO** [2] - 221:11, 221:16
**FRED** [2] - 221:6, 221:14
**FREE** [6] - 240:14, 240:18, 312:21, 313:10, 324:24, 348:12
**FREQUENTLY** [2] - 236:3, 252:3
**FRESH** [1] - 283:21
**FRIENDS** [1] - 297:13
**FRONT** [2] - 248:22, 343:4
**FRYER** [1] - 221:20
**FTPS** [1] - 231:14
**FUDACZ** [1] - 221:6
**FULL** [3] - 288:24, 294:15, 327:8
**FULL-SERVICE** [1] - 288:24
**FULLY** [5] - 233:10, 291:6, 291:8, 292:5, 327:6
**FUNCTION** [1] - 278:20
**FUNCTIONS** [2] - 291:18, 337:13
**FUND** [1] - 316:20
**FUNDAMENTAL** [1] - 341:3
**FUNDAMENTALS** [2] - 244:1, 244:2
**FUNDING** [3] - 315:20, 315:23, 317:24
**FUNNY** [1] - 289:18
**FURNISHED** [1] - 273:5
**FUTURE** [13] - 227:10, 228:1, 229:3, 229:4, 229:5, 229:14, 246:13, 330:16, 336:21, 336:25, 337:3, 337:5, 337:7

## G

**GAC** [3] - 313:21, 354:16, 359:14
**GALLAGHER** [34] - 221:13, 221:14, 224:18, 225:12, 225:24, 226:5, 226:11, 229:19, 230:7, 230:25, 231:5, 232:12, 233:3, 233:16, 235:18, 238:12, 245:15, 266:17, 268:22, 270:21,

271:2, 272:25, 274:14, 274:21, 275:6, 275:11, 275:15, 275:17, 278:14, 278:16, 280:17, 281:7, 281:22, 282:16
**GALLAGHER** [9] - 222:5, 224:19, 226:4, 229:16, 232:10, 233:14, 233:23, 237:24
**GALLERY** [1] - 308:7
**GALLONS** [3] - 253:19, 303:1, 324:16
**GEE** [12] - 222:8, 224:15, 226:21, 227:3, 232:23, 233:5, 233:22, 234:17, 308:12, 359:13, 359:17, 365:17
**GEE** [61] - 221:4, 226:23, 227:5, 227:11, 227:22, 227:25, 228:4, 228:6, 228:17, 228:24, 229:2, 229:4, 231:15, 231:21, 232:2, 233:6, 233:13, 234:18, 235:3, 235:13, 283:2, 284:5, 293:4, 295:7, 295:12, 297:2, 299:16, 300:21, 301:13, 302:12, 304:15, 310:13, 314:15, 314:20, 314:25, 315:19, 317:6, 317:12, 319:12, 323:25, 328:5, 330:18, 330:22, 331:8, 331:13, 334:8, 334:14, 334:16, 334:20, 337:18, 337:23, 339:9, 339:15, 341:3, 341:18, 349:16, 349:21, 350:5, 355:5, 357:8, 361:13
**GENERAL** [14] - 227:12, 228:12, 237:3, 256:14, 266:12, 277:10, 284:20, 285:6, 285:7, 285:17,

286:1, 286:11, 310:16, 325:4
**GENERALLY** [10] - 285:24, 287:22, 294:7, 295:2, 297:25, 302:25, 307:20, 310:14, 327:6, 352:25
**GENTLEMAN** [1] - 274:9
**GENTLEMEN** [3] - 238:25, 308:1, 315:10
**GIST** [1] - 288:20
**GIVEN** [7] - 226:3, 245:1, 270:5, 281:5, 308:15, 356:7, 368:16
**GLANCED** [1] - 363:25
**GLEN** [1] - 252:11
**GLENDALE** [7] - 248:16, 248:17, 248:20, 271:19, 271:21, 271:23, 274:18
**GM** [1] - 286:6
**GOAL** [2] - 288:14, 298:2
**GOD** [2] - 242:10, 283:13
**GORDAN** [1] - 272:9
**GORDON** [9] - 251:24, 251:25, 255:25, 271:18, 272:13, 272:16, 272:23, 273:11, 274:9
**GRANDVIEW** [1] - 248:16
**GRANT** [2] - 315:23, 316:1
**GRANTED** [4] - 234:3, 250:1, 250:2, 250:10
**GRANULAR** [2] - 313:20
**GRAVEL** [1] - 294:18
**GREATER** [1] - 348:17
**GREEN** [1] - 335:22
**GROUND** [6] - 250:7, 269:12, 270:23, 282:20, 325:19, 325:20
**GROUNDS** [1] - 314:19
**GROUNDWATER** [17] - 251:5, 253:20, 279:24, 280:6, 280:7, 289:1, 289:4, 293:22, 293:25, 294:2, 304:8, 305:6,

325:17, 325:19, 340:17, 340:20, 343:21
**GUESS** [8] - 254:2, 254:4, 303:2, 311:3, 337:1, 343:7, 345:23, 343:7, 362:8
**GUESSWORK** [1] - 230:11

## H

**HALF** [5] - 331:18, 331:19, 331:25, 338:2, 367:25
**HAND** [5] - 242:5, 283:9, 301:24, 347:2, 347:3
**HANDFUL** [1] - 346:13
**HANDS** [1] - 347:9
**HANDWRITTEN** [1] - 223:8
**HANDWRITTEN** [3] - 272:15, 272:22, 273:23
**HANDY** [1] - 255:11
**HAPPENSTANCE** [1] - 355:3
**HARD** [2] - 248:3, 273:15
**HARMLESS** [1] - 261:21
**HAZARDOUS** [27] - 246:12, 246:16, 251:1, 251:3, 259:2, 259:7, 259:8, 259:11, 259:14, 259:23, 261:20, 262:23, 263:1, 263:4, 263:17, 263:23, 265:13, 265:15, 265:18, 265:19, 266:10, 266:15, 270:6, 270:19, 282:14
**HEAD** [10] - 347:14, 347:22, 349:7, 349:11, 349:23, 351:2, 351:10, 354:24, 360:11, 365:2
**HEADQUARTER'S** [1] - 271:15
**HEADQUARTERS** [1] - 260:10
**HEALTH** [1] - 243:10
**HEALTH** [4] - 239:17, 340:21, 347:3, 358:8
**HEALTHY** [1] - 341:10
**HEAR** [15] - 226:18,

226:21, 230:11, 234:9, 239:3, 241:2, 241:4, 241:7, 241:9, 241:15, 242:22, 276:1, 296:19, 330:25, 342:11
**HEARD** [4] - 225:11, 241:17, 278:22, 294:11
**HEARING** [1] - 232:22
**HEARSAY** [6] - 225:6, 304:5, 314:18, 314:22, 315:8
**HEAVILY** [1] - 306:22
**HEIGHT** [1] - 300:2
**HELD** [1] - 369:10
**HELD** [5] - 224:5, 238:18, 308:9, 310:2, 367:15
**HELP** [8] - 242:9, 283:12, 305:16, 319:24, 358:9, 358:10, 359:19, 360:25
**HELPFUL** [5] - 230:22, 237:20, 247:20, 360:17, 368:6
**HELPING** [1] - 359:22, 360:13
**HELPS** [1] - 231:1
**HEREBY** [1] - 369:7
**HIGH** [7] - 229:25, 230:1, 269:13, 298:3, 350:21, 350:22, 355:16
**HIGHER** [2] - 320:21, 340:22
**HIGHLIGHT** [1] - 262:1
**HIGHLIGHTS** [1] - 300:1
**HIGHLY** [4] - 311:19, 311:22, 340:15
**HILL** [2] - 363:16, 364:17
**HILL** [2] - 253:19, 253:23
**HILLSIDES** [1] - 262:10
**HIRED** [3] - 244:18, 304:19, 304:25
**HISTORIC** [1] - 252:17
**HISTORICAL** [6] - 228:3, 252:24, 265:10, 324:8, 324:17, 328:25
**HISTORY** [1] - 277:14
**HITS** [1] - 348:10
**HOLD** [6] - 237:12,

240:14, 287:20, 287:25, 288:10, 365:25
**HOLDING** [1] - 290:15
**HOMEOWNERS** [2] - 345:1
**HOMES** [4] - 343:22, 344:3, 344:22, 345:4
**HONEST** [1] - 272:3
**HONOR** [70] - 224:14, 224:18, 225:24, 226:5, 226:23, 227:25, 229:20, 230:7, 231:15, 231:21, 233:6, 233:13, 234:18, 235:18, 238:12, 239:6, 239:17, 239:21, 240:6, 240:21, 241:12, 242:17, 245:15, 247:7, 247:11, 247:20, 270:22, 271:2, 271:6, 272:25, 275:4, 275:6, 275:7, 275:15, 281:10, 281:22, 282:4, 282:8, 282:16, 282:21, 283:2, 283:5, 293:2, 296:23, 301:1, 303:25, 308:21, 309:9, 309:12, 309:18, 314:14, 314:22, 315:8, 317:6, 327:4, 330:19, 331:1, 331:2, 331:5, 331:8, 334:8, 337:18, 339:10, 341:23, 367:17, 367:22, 368:4, 368:9, 368:15
**HONOR'S** [1] - 225:12
**HONORABLE** [1] - 220:3
**HOPE** [2] - 237:24, 346:7
**HOPEFULLY** [3] - 224:21, 241:11, 275:13
**HOPING** [1] - 264:22
**HORSEPOWER** [1] - 339:4
**HOUR** [4] - 232:18, 244:1, 303:3, 367:25
**HOURS** [1] - 256:17
**HOUSEHOLD** [1] - 303:4
**HUIE** [1] - 221:13

**HULA** [8] - 236:15, 257:25, 258:12, 259:9, 268:4, 269:20
**HURT** [1] - 225:20
**HYDROGEOLOGIST S** [1] - 320:1
**HYDROLOGIST** [1] - 304:9
**HYDROLOGISTS** [1] - 305:7

## I

**IDEA** [2] - 300:10, 360:7
**IDENTIFICATION** [17] - 235:23, 247:12, 249:13, 255:9, 260:14, 273:8, 295:10, 299:14, 300:19, 302:10, 317:9, 331:11, 334:18, 337:21, 339:13, 343:1, 362:15
**IDENTIFICATION** [1] - 223:2
**IDENTIFIED** [4] - 251:10, 253:18, 269:21, 271:11
**IDENTIFIES** [2] - 251:18, 265:12
**IDENTIFY** [9] - 232:17, 252:21, 252:23, 257:21, 257:25, 258:11, 266:10, 363:21, 368:7
**IDENTIFYING** [1] - 331:7
**IGNORED** [1] - 345:11
**ILLEGAL** [1] - 236:15
**ILSE** [1] - 221:9
**IMAGINE** [2] - 273:18, 291:12
**IMMEDIATELY** [1] - 285:3
**IMPACT** [6] - 251:1, 251:4, 271:13, 298:18, 298:22, 350:22
**IMPACTED** [20] - 292:8, 292:10, 292:13, 292:16, 292:19, 292:20, 300:23, 300:24, 301:10, 305:14, 305:15, 306:12, 306:14, 306:21, 316:5, 321:17, 340:15, 340:16,

340:18, 340:20
**IMPACTS** [2] - 297:23, 297:25
**IMPAIRED** [3] - 311:20, 311:22, 340:16
**IMPLEMENT** [2] - 296:5, 296:6
**IMPLEMENTATION** [2] - 339:20, 339:24
**IMPLEMENTED** [2] - 291:16, 316:24
**IMPLEMENTING** [2] - 306:15, 335:17
**IMPORT** [2] - 325:13, 333:12
**IMPORTANT** [1] - 306:7
**IMPORTED** [21] - 289:2, 289:3, 293:23, 298:17, 312:23, 321:3, 324:11, 325:10, 325:15, 325:16, 325:18, 326:6, 326:10, 326:11, 326:13, 326:21, 327:1, 327:5, 327:15, 327:20, 329:20
**IMPOUNDMENT** [15] - 250:15, 250:16, 250:17, 251:5, 253:17, 253:21, 253:22, 279:1, 279:3, 279:7, 279:10, 279:15, 279:18, 279:21, 279:24
**IMPOUNDMENTS** [4] - 250:12, 250:15, 253:9, 253:16
**IMPRESSION** [1] - 311:6
**IMPROPER** [1] - 343:10
**IMPROVEMENT** [2] - 287:7, 287:12
**IN** [3] - 369:6, 369:10, 369:11
**IN-DEPTH** [1] - 295:21
**INABILITY** [1] - 232:17
**INCIDENT** [1] - 350:11
**INCLINED** [2] - 234:7, 237:18
**INCLUDE** [6] - 250:12, 253:1, 253:3, 284:18, 284:19, 286:18
**INCLUDES** [1] - 297:3

**INCLUDING** [5] - 296:13, 299:4, 302:6, 310:5, 314:4
**INCOMPLETE** [1] - 233:17
**INCREASE** [3] - 327:15, 328:13, 339:7
**INCREMENTAL** [1] - 339:7
**INCUR** [4] - 325:5, 326:3, 339:7, 339:23
**INCURRED** [4] - 328:16, 331:22, 332:10, 336:21
**INCURRING** [1] - 323:9, 328:18, 332:16
**INDEFINITELY** [1] - 246:21
**INDEX** [2] - 222:1, 223:1
**INDICATED** [5] - 300:21, 306:18, 352:11, 367:9, 368:11
**INDICATES** [2] - 235:6, 268:10
**INDICATIVE** [2] - 265:14, 265:19
**INDISCRIMINATE** [2] - 236:11, 236:14
**INDIVIDUAL** [1] - 262:11
**INDUSTRIAL** [3] - 363:20, 364:21, 365:3
**INDUSTRIAL** [1] - 236:15
**INERT** [5] - 261:21, 262:22, 263:9, 263:10
**INFORMATION** [26] - 231:11, 231:25, 232:5, 232:7, 232:14, 232:19, 233:25, 234:5, 234:10, 234:22, 236:1, 236:9, 238:6, 254:18, 254:21, 257:16, 264:1, 269:17, 270:1, 286:22, 300:8, 323:23, 343:3, 346:11
**INFORMATION** [1] - 223:19
**INFORMED** [4] - 237:8, 238:3, 316:10, 316:12

**INFRASTRUCTURE** [2] - 292:5, 292:22
**INITIAL** [14] - 251:16, 268:18, 268:21, 302:2, 302:5, 305:14, 305:19, 306:10, 306:18, 307:13, 316:6, 316:8, 319:2
**INNOCUOUS** [4] - 261:8, 261:17, 261:23, 271:12
**INPUT** [1] - 296:19
**INPUTTED** [1] - 228:9
**INSIDE** [1] - 302:20
**INSPECTION** [1] - 273:13
**INSPECTIONS** [1] - 332:18
**INSTALL** [3] - 229:8, 229:11, 330:10
**INSTALLATION** [2] - 287:9, 318:3
**INSTALLED** [10] - 279:20, 279:23, 280:6, 280:7, 280:10, 316:24, 317:25, 318:7, 319:14, 359:1
**INSTALLING** [1] - 336:16
**INSTANCE** [8] - 292:23, 292:25, 295:23, 296:22, 298:5, 320:6, 320:18, 339:1
**INSTANCES** [1] - 340:22
**INSTEAD** [1] - 364:23
**INSTITUTE** [1] - 244:14
**INSTRUCTION** [1] - 311:10
**INSTRUCTIONS** [1] - 318:24
**INSULATION** [1] - 306:22
**INTEGRATE** [3] - 291:10, 291:11, 292:1
**INTEGRATED** [5] - 291:6, 291:9, 291:18, 292:6, 292:23
**INTEND** [2] - 231:20, 240:15
**INTENDING** [1] - 231:15
**INTENDS** [3] - 231:12, 231:13, 233:11

**INTENT** [1] - 365:20
**INTENTION** [1] - 226:12
**INTENTIONALLY** [1] - 237:19
**INTERCONNECTED** [2] - 293:14, 293:15
**INTERCONNECTIONS** [1] - 293:8
**INTERESTING** [2] - 267:21, 267:22
**INTERJECT** [1] - 368:10
**INTERPRET** [1] - 363:5
**INTRODUCE** [6] - 231:13, 231:16, 295:7, 299:11, 300:17, 331:8
**INTRODUCTION** [1] - 226:19
**INVESTIGATED** [2] - 267:17, 279:3
**INVESTIGATING** [1] - 266:3
**INVESTIGATION** [6] - 260:18, 264:11, 270:8, 270:10, 270:16, 350:23
**INVITATION** [1] - 236:24
**INVOICE** [1] - 228:21
**INVOICES** [2] - 285:20, 325:12
**INVOLVED** [14] - 244:16, 281:1, 281:3, 286:15, 287:12, 288:16, 305:7, 306:19, 306:22, 336:13, 339:4, 350:9, 355:10, 367:12
**INVOLVEMENT** [5] - 280:19, 280:21, 281:15, 282:1, 346:12
**INVOLVING** [1] - 271:13
**IRRELEVANT** [4] - 225:13, 235:1, 345:12, 345:13
**IS** [2] - 369:9, 369:11
**ISSUE** [18] - 227:4, 229:21, 230:19, 234:3, 234:13, 238:1, 258:20, 265:23, 310:25, 314:6, 322:14, 345:14, 346:4, 356:4, 357:7,

358:22, 367:18, 367:23
**ISSUED** [2] - 229:22, 303:14
**ISSUES** [19] - 226:9, 229:20, 234:14, 236:2, 239:17, 256:12, 284:13, 296:1, 300:6, 307:18, 314:4, 319:7, 340:2, 356:21, 356:22, 356:23, 356:25, 358:6, 367:24
**ITEM** [3] - 321:10, 333:15, 333:17
**ITEMS** [2] - 344:4, 344:5
**ITERATION** [1] - 328:24
**ITERATIONS** [1] - 318:17
**ITSELF** [2] - 296:12, 302:17

**J**

**JANUARY** [8] - 243:13, 285:1, 289:17, 289:19, 289:23, 290:7, 291:8, 291:12
**JEFF** [2] - 350:24, 350:25
**JENKS** [2] - 305:6, 354:8
**JIBE** [1] - 353:15
**JOB** [5] - 277:16, 324:1, 360:25, 361:2, 361:3
**JOHN** [1] - 252:4
**JOINED** [1] - 238:24
**JR** [2] - 220:3, 221:14
**JUDGE** [1] - 240:2
**JUDGE** [1] - 220:3
**JUDGE'S** [1] - 355:11
**JUDGMENT** [3] - 228:18, 237:9, 238:3
**JUDICIAL** [1] - 369:12
**JULY** [11] - 249:11, 250:4, 251:7, 252:8, 252:14, 268:4, 273:13, 273:24, 274:1, 317:15, 343:8
**JUNE** [8] - 243:4, 249:22, 252:8, 253:11, 260:18, 260:19, 267:2, 327:9
**JURY** [27] - 224:6, 224:23, 224:25,

230:4, 230:10,
230:16, 230:19,
230:24, 231:1,
235:7, 235:11,
236:9, 236:23,
238:14, 238:19,
238:24, 240:10,
240:17, 244:6,
248:5, 278:15,
308:10, 310:3,
310:5, 343:18,
367:16, 367:20

## K

**KEEP** [8] - 236:7,
240:14, 240:18,
298:15, 306:1,
306:5, 308:5, 367:13
**KEITH** [4] - 222:7,
225:4, 283:3, 283:18
**KEITH** [1] - 284:2
**KENNEDY** [2] - 305:6,
354:8
**KEPT** [1] - 254:3
**KEY** [2] - 238:2,
309:23
**KIND** [14] - 250:18,
251:15, 252:19,
253:12, 258:4,
258:5, 261:7, 264:3,
268:10, 270:12,
278:2, 279:9, 320:3
**KINDLY** [1] - 275:12
**KNOWING** [2] - 228:9,
330:8
**KNOWLEDGE** [8] -
227:24, 228:2,
228:11, 229:12,
247:24, 278:7,
286:3, 364:10
**KNOWN** [9] - 242:25,
250:15, 264:12,
264:20, 265:14,
265:20, 270:17,
294:5, 305:6
**KNOWS** [1] - 346:3
**KOELEWYN** [2] -
350:24, 351:12

## L

**L.A** [1] - 248:12
**LAB** [3] - 350:25,
351:4, 351:8
**LABORATORIES** [1] -
299:8
**LABORATORY** [1] -
284:19
**LACK** [1] - 353:1

**LACKS** [6] - 245:15,
266:17, 268:22,
270:21, 355:5, 357:8
**LADIES** [3] - 238:25,
308:1, 315:10
**LAKE** [1] - 294:13
**LAND** [1] - 265:4
**LANDFILL** [15] -
246:19, 257:10,
257:19, 263:17,
264:20, 266:7,
267:20, 268:1,
268:5, 268:16,
268:19, 268:21,
269:21, 270:1, 274:6
**LANDFILL-TYPE** [1] -
246:19
**LANDFILLS** [37] -
253:2, 253:3,
257:12, 257:16,
257:21, 258:11,
258:24, 259:22,
260:19, 262:1,
262:8, 262:10,
262:11, 262:13,
262:22, 263:2,
263:5, 264:12,
265:12, 265:15,
265:20, 266:3,
266:23, 267:6,
267:10, 267:14,
267:16, 268:5,
268:9, 270:25,
271:12, 274:12,
276:18, 276:19,
282:15
**LANGUISHING** [1] -
359:4
**LARDIERE** [2] -
221:21, 224:20
**LARGE** [6] - 302:22,
302:23, 302:25,
319:1, 336:10,
340:19
**LARGELY** [2] -
291:22, 292:2
**LARGER** [4] - 258:5,
294:8, 328:10,
328:12
**LARGEST** [1] - 269:21
**LAST** [20] - 239:8,
242:13, 263:24,
279:14, 280:19,
280:25, 281:15,
281:25, 283:17,
285:6, 328:24,
333:15, 346:21,
347:6, 348:5, 348:7,
349:7, 354:15,
354:25, 363:7

**LATE** [11] - 224:21,
236:4, 302:3,
304:25, 307:23,
316:7, 318:1, 318:7,
329:9, 329:11,
353:12
**LATERAL** [1] - 264:18
**LATTER** [1] - 270:23
**LAW** [4] - 245:9,
251:12, 282:12
**LAWYERS** [1] -
240:12
**LAY** [1] - 336:1
**LAYERS** [3] - 294:17,
294:20
**LEAD** [2] - 336:9,
355:11
**LEADING** [2] - 293:2,
340:8
**LEAKED** [1] - 270:13
**LEARN** [4] - 259:22,
268:8, 303:6, 316:4
**LEARNED** [2] -
235:25, 267:13
**LEASE** [1] - 248:15
**LEAST** [7] - 236:3,
277:3, 277:11,
333:22, 350:11,
351:11, 367:9
**LEAVE** [2] - 240:16,
246:15
**LECHLER** [1] - 364:15
**LECTERN** [2] - 347:9
**LED** [3] - 252:10,
307:18, 350:22
**LEFT** [8] - 246:13,
251:1, 253:11,
265:13, 275:1,
348:19, 352:19,
367:25
**LEGACY** [6] - 291:4,
291:5, 292:12,
292:13, 293:5,
301:16
**LEGAL** [3] - 260:9,
271:15, 307:18
**LEGALLY** [1] - 225:7
**LEGISLATURE** [1] -
289:18
**LESS** [8] - 252:3,
258:5, 274:20,
292:21, 325:19,
326:20, 331:19,
349:9
**LETTER** [1] - 223:9
**LETTER** [11] - 247:2,
247:6, 247:19,
248:6, 249:11,
249:19, 255:7,
255:14, 255:16,

255:24, 256:3
**LETTERHEAD** [1] -
255:17
**LETTERS** [1] - 256:11
**LETTING** [1] - 296:16
**LEVEL** [2] - 287:25,
288:1
**LEVEL** [5] - 243:20,
288:15, 313:13,
349:3, 368:18
**LEVELS** [20] - 288:10,
303:11, 311:4,
313:11, 320:21,
320:24, 342:16,
344:5, 344:12,
344:15, 344:21,
345:16, 345:25,
349:1, 349:2, 356:6,
356:8, 356:10,
361:22, 362:2
**LIBERTIES** [1] -
237:14
**LICENSE** [2] - 243:19,
243:22
**LICENSING** [1] -
244:3
**LIES** [1] - 294:6
**LIGHT** [2] - 271:10,
335:22
**LIKELY** [4] - 266:7,
266:9, 283:24,
363:19
**LIKEN** [1] - 243:24
**LIMINE** [3] - 226:8,
226:16, 236:4
**LIMIT** [6] - 312:13,
313:7, 341:1, 356:3,
357:25, 362:3
**LIMITATIONS** [1] -
321:4
**LIMITS** [3] - 298:21,
320:17, 344:10
**LINE** [1] - 261:1,
264:15, 273:16,
297:22, 327:17,
333:15, 333:17,
345:8, 360:23, 363:7
**LINES** [2] - 265:6,
287:22
**LINK** [1] - 239:23
**LIQUID** [4] - 244:16,
250:19, 262:23,
263:1
**LIST** [5] - 261:19,
273:17, 305:20,
319:10, 359:5
**LISTED** [5] - 250:14,
266:24, 267:23,
278:1, 338:19
**LISTENED** [1] - 239:1

**LITIGATE** [2] - 359:23,
360:25
**LITIGATION** [5] -
359:15, 359:19,
360:13, 360:18,
361:11
**LLC** [1] - 307:9
**LLP** [2] - 221:4, 221:9
**LOCAL** [3] - 260:7,
297:13, 343:21
**LOCATE** [1] - 333:12
**LOCATED** [4] -
253:19, 303:15,
321:20, 340:18
**LOCATION** [2] -
257:25, 306:6
**LOCATIONS** [3] -
348:21, 349:1, 350:2
**LOG** [1] - 275:10
**LOGGED** [1] - 275:11
**LONG-TIME** [1] -
290:22
**LOOK** [8] - 255:6,
260:12, 261:25,
315:24, 341:13,
352:11, 362:11,
363:7
**LOOKED** [8] - 261:16,
324:7, 324:13,
324:17, 330:7,
350:10
**LOOKING** [9] - 237:6,
246:8, 265:10,
301:5, 302:20,
305:13, 325:12,
330:7, 337:3
**LOOKS** [9] - 248:11,
249:21, 295:22,
295:24, 295:25,
296:4, 340:20,
352:8, 355:23
**LOOP** [1] - 298:15
**LOS** [1] - 221:7
**LOS** [3] - 220:15,
220:25, 224:2
**LOSS** [2] - 298:11,
321:25
**LOST** [5] - 253:12,
292:25, 306:10,
331:23, 340:15
**LOUTTIT** [14] -
251:24, 251:25,
255:25, 271:18,
271:23, 272:9,
272:13, 272:16,
272:23, 273:11,
274:9, 274:12,
274:17, 274:25
**LOW** [7] - 311:4,
313:11, 344:12,

344:15, 344:21, 345:16, 345:25
**LOWER** [2] - 303:10, 356:14
**LOWERING** [2] - 320:24, 355:21
**LUHDORFF** [2] - 305:8, 362:21
**LUNCH** [2] - 367:7, 368:22

**M**

**MAIL** [6] - 359:12, 359:16, 359:17, 360:9, 360:16, 360:19
**MAILED** [1] - 260:4
**MAIN** [2] - 245:25, 326:14
**MAINTAIN** [3] - 288:18, 298:7, 299:9
**MAINTAINED** [2] - 285:16, 288:19
**MAINTAINING** [2] - 246:20, 298:24
**MAINTENANCE** [4] - 284:17, 329:13, 332:22, 332:23
**MANAGE** [1] - 295:23
**MANAGEMENT** [7] - 223:11, 256:25, 295:9, 295:15, 295:17, 297:6, 297:12
**MANAGEMENT** [15] - 229:5, 243:17, 243:18, 243:20, 246:24, 252:17, 252:24, 253:7, 254:10, 254:22, 254:25, 287:21, 288:4, 365:16, 366:17
**MANAGER** [9] - 227:12, 227:17, 228:12, 285:4, 285:6, 285:7, 285:17, 286:12, 287:4
**MANAGERS** [2] - 286:2, 337:10
**MANAGING** [2] - 287:12, 289:7
**MANNER** [4] - 289:8, 346:19, 359:22, 360:13
**MANUAL** [1] - 278:23
**MANUFACTURE** [3] - 366:6, 366:19,

366:21
**MANUFACTURED** [1] - 366:25
**MAP** [1] - 223:6
**MAP** [4] - 301:5, 302:8, 303:20, 352:20
**MARCH** [3] - 259:25, 260:24, 263:15
**MARKED** [16] - 247:12, 249:13, 255:9, 260:14, 273:8, 295:10, 299:14, 300:19, 302:10, 317:9, 331:11, 334:18, 337:21, 339:13, 343:1, 362:15
**MARKED** [2] - 235:22, 334:21
**MASK** [1] - 283:23
**MASTER'S** [1] - 287:18
**MATERIAL** [1] - 268:17
**MATERIALS** [8] - 244:17, 258:22, 259:1, 259:23, 261:21, 262:18, 262:21, 269:7
**MATH** [3] - 317:19, 348:15, 348:16
**MATT** [2] - 221:19, 224:16
**MATTER** [1] - 369:11
**MATTER** [9] - 226:14, 226:17, 228:23, 228:24, 232:4, 310:5, 314:24, 333:19, 367:12
**MATTERS** [1] - 308:20
**MCGUANE** [1] - 221:5
**MCL** [5] - 311:7, 312:14, 340:6, 349:14, 362:4
**MCLS** [8] - 340:5, 344:8, 344:10, 344:18, 344:21, 345:12, 349:20
**MEAN** [35] - 229:8, 246:5, 253:14, 256:2, 258:17, 259:13, 264:16, 264:17, 268:10, 280:21, 307:3, 307:22, 309:21, 311:16, 327:4, 330:6, 333:5, 335:21, 335:24, 337:11, 341:12,

341:13, 346:11, 350:20, 350:21, 356:4, 360:10, 360:20, 361:25, 362:6, 362:7, 362:8, 362:9, 363:4, 366:13
**MEANING** [2] - 268:25, 290:23
**MEANS** [17] - 245:7, 258:16, 263:9, 263:10, 301:20, 309:4, 312:12, 313:15, 313:19, 352:24, 352:25, 355:9, 362:4, 363:6, 366:13, 368:1, 368:12
**MEANT** [2] - 261:18, 362:9
**MEANTIME** [1] - 234:2
**MEASURE** [1] - 324:16
**MEASURED** [1] - 348:18
**MEET** [12] - 233:22, 249:1, 252:4, 275:22, 314:1, 314:2, 320:14, 320:23, 321:3, 343:23, 347:4, 356:7
**MEETING** [11] - 249:21, 271:19, 271:21, 271:22, 272:1, 274:18, 274:23, 274:24, 307:11, 312:16, 360:10
**MEETINGS** [11] - 258:9, 307:3, 307:6, 307:12, 307:13, 321:8, 346:3, 346:6, 346:9, 346:14, 360:1
**MEETS** [4] - 234:12, 340:5, 347:2, 347:3
**MEMBER** [1] - 290:2
**MEMO** [27] - 260:1, 260:5, 260:11, 260:16, 260:20, 260:23, 261:2, 261:5, 261:10, 261:15, 263:15, 264:11, 264:19, 266:6, 266:22, 267:2, 267:5, 268:10, 268:13, 268:24, 271:13, 272:15, 272:19, 273:15, 281:16, 281:19, 281:25
**MEMO** [2] - 223:7,

223:18
**MEMORY** [3] - 252:5, 273:22, 274:11
**MEMOS** [1] - 236:12
**MENTION** [1] - 294:11
**MENTIONED** [21] - 243:22, 248:23, 249:25, 251:9, 254:6, 297:2, 300:22, 305:21, 305:23, 306:24, 307:21, 310:13, 313:1, 320:11, 321:24, 323:1, 326:16, 333:16, 334:5, 335:5, 340:4
**MERGED** [1] - 244:15
**MERGER** [2] - 289:21, 290:10
**MET** [4] - 249:2, 252:2, 252:5, 271:18
**METAL** [2] - 262:22, 263:12
**METALS** [1] - 261:21
**METER** [1] - 324:10
**METERS** [2] - 324:9
**METHOD** [3] - 332:6, 335:12, 335:15
**METHODOLOGY** [6] - 303:9, 328:6, 328:7, 338:3, 338:8, 338:16
**MICEVYCH** [3] - 221:19, 224:17, 247:21
**MICHAEL** [2] - 319:6, 359:7
**MICHAEL** [1] - 221:14
**MICROPHONE** [2] - 283:24, 347:10
**MID** [3] - 250:20, 311:3, 318:1
**MIDDLE** [3] - 263:16, 273:15, 338:6
**MIGHT** [11] - 246:13, 247:20, 263:13, 281:4, 294:22, 300:2, 315:12, 322:10, 355:17, 356:10, 362:6
**MIKE** [2] - 224:19, 359:8
**MILLION** [4] - 332:13, 335:3, 338:18, 339:25
**MIND** [9] - 265:25, 271:24, 274:10, 276:3, 308:5, 358:18, 362:4, 366:10, 367:13
**MINDFUL** [3] - 308:14,

308:19, 355:8
**MINE** [1] - 244:3
**MINERALS** [6] - 320:17, 320:21, 343:20, 345:9, 355:24, 356:1
**MINUTE** [3] - 280:17, 303:1, 365:25
**MINUTES** [8] - 224:21, 236:24, 239:8, 240:2, 240:3, 240:4, 308:8, 367:6
**MIRANDA** [4] - 220:23, 369:5, 369:18, 369:19
**MIRANDAALGORRI @GMAIL.COM** [1] - 220:25
**MISCONDUCT** [1] - 238:11
**MISLED** [1] - 237:19
**MISSED** [1] - 256:21
**MISUNDERSTAND** [1] - 233:5
**MISUNDERSTANDIN G** [1] - 232:16
**MODIFICATIONS** [1] - 297:18
**MOLECULED** [1] - 349:1
**MOMENT** [5] - 227:20, 281:7, 352:11, 353:22
**MOMENTS** [1] - 232:22
**MONEY** [3] - 325:25, 337:3, 337:7
**MONITOR** [1] - 350:1
**MONITORED** [1] - 299:9
**MONITORING** [8] - 246:21, 280:1, 280:6, 280:7, 363:21, 364:6, 364:8, 364:13
**MONTH** [6] - 263:25, 264:4, 264:6, 327:12, 328:21, 333:1
**MONTHLY** [3] - 285:21, 321:7, 324:12
**MONTHS** [4] - 243:8, 327:8, 330:10, 332:21
**MORNING** [16] - 224:7, 224:14, 224:18, 224:22, 238:25, 239:22, 241:1, 241:3, 241:6,

241:14, 242:22, 283:7, 283:9, 308:2, 331:4, 348:22
**MOST** [9] - 227:16, 266:7, 292:13, 292:16, 302:18, 304:23, 319:7, 336:10, 362:19
**MOTION** [2] - 226:16, 234:2
**MOTIONS** [2] - 226:8, 236:4
**MOTIVATE** [1] - 360:22
**MOTOR** [1] - 328:11
**MOTORS** [1] - 336:4
**MOVE** [14] - 247:23, 248:11, 271:9, 275:25, 289:6, 293:9, 293:15, 306:3, 308:23, 319:11, 352:17, 353:19, 358:10, 361:20
**MOVED** [5] - 248:14, 248:15, 248:19, 286:9, 359:4
**MOVES** [3] - 295:1, 295:3, 295:5
**MOVING** [7] - 234:6, 235:20, 273:1, 306:2, 306:5, 316:2, 349:6
**MPDES** [4] - 343:11, 344:5, 344:24, 355:15
**MR** [178] - 224:14, 224:18, 225:12, 225:24, 226:5, 226:11, 226:23, 227:5, 227:11, 227:22, 227:25, 228:4, 228:6, 228:17, 228:24, 229:2, 229:4, 229:19, 230:7, 230:25, 231:5, 231:15, 231:21, 232:2, 232:12, 233:3, 233:6, 233:13, 233:16, 234:18, 235:3, 235:13, 235:18, 238:12, 239:6, 239:12, 239:15, 239:23, 240:6, 240:20, 240:23, 241:8, 241:12, 241:19, 241:23, 242:1, 242:17,

242:21, 245:15, 245:18, 247:7, 247:11, 247:14, 247:17, 247:20, 248:2, 249:18, 254:19, 255:11, 260:16, 266:17, 266:21, 268:22, 268:24, 270:21, 270:24, 271:2, 271:6, 271:9, 272:25, 273:6, 273:10, 274:14, 274:16, 274:21, 275:3, 275:6, 275:11, 275:15, 275:17, 278:14, 278:16, 280:17, 281:7, 281:10, 281:13, 281:22, 281:25, 282:4, 282:8, 282:16, 282:19, 282:21, 283:2, 283:5, 284:5, 293:2, 293:4, 295:7, 295:12, 296:23, 297:2, 299:16, 300:21, 301:1, 301:13, 302:12, 303:25, 304:5, 304:15, 308:21, 309:9, 309:12, 309:17, 309:20, 310:13, 314:8, 314:14, 314:15, 314:17, 314:20, 314:22, 314:25, 315:8, 315:19, 317:6, 317:12, 319:12, 323:25, 328:5, 330:18, 330:22, 330:24, 331:1, 331:5, 331:8, 331:13, 334:8, 334:14, 334:16, 334:20, 337:18, 337:23, 339:9, 339:15, 340:8, 341:3, 341:18, 341:23, 342:2, 342:11, 342:23, 343:3, 344:15, 347:7, 347:11, 349:16, 349:18, 349:21, 349:23, 350:5, 350:13, 355:5, 355:11, 357:8, 357:11, 361:13, 361:15, 362:17, 362:25, 365:2, 365:14,

365:24, 367:17, 367:22, 368:4, 368:5, 368:15
**MULTIPAGE** [1] - 237:7
**MULTIPLE** [8] - 293:13, 294:19, 314:3, 333:13, 340:18, 340:23, 356:6, 356:9
**MULTIPLIED** [1] - 329:23
**MULTITUDE** [1] - 299:6
**MUNITIONS** [4] - 278:4, 303:13, 366:7, 366:25
**MUST** [2] - 236:16, 274:1
**MYRIAD** [5] - 289:3, 302:20, 321:8, 348:21, 358:6
**MYSTERY** [13] - 236:12, 260:1, 260:5, 260:20, 261:5, 263:15, 264:10, 266:6, 266:22, 268:13, 271:13, 272:15, 272:19

## N

**NAME** [7] - 242:13, 255:16, 283:17, 305:3, 357:13
**NARRATIVE** [1] - 304:1
**NATURALLY** [1] - 343:20
**NATURE** [7] - 226:20, 230:11, 231:2, 234:15, 236:14, 253:24, 259:18
**NC-11** [1] - 301:12
**NC-13** [1] - 301:12
**NEAR** [4] - 303:13, 303:15, 321:20, 340:19
**NEARBY** [1] - 262:10
**NEARLY** [1] - 229:22
**NEBULOUS** [1] - 358:15
**NECESSARY** [7] - 230:6, 230:14, 264:13, 264:20, 289:11, 290:15, 363:21
**NEED** [38] - 225:18, 225:22, 226:17,

229:23, 230:8, 230:12, 235:16, 241:13, 247:8, 254:15, 275:8, 275:14, 275:23, 283:21, 289:12, 296:6, 308:23, 318:9, 318:23, 320:3, 321:25, 323:3, 323:22, 326:17, 330:8, 334:12, 335:8, 335:18, 336:5, 341:5, 342:16, 345:1, 347:8, 347:25, 355:1, 360:17, 364:22, 365:6
**NEEDED** [11] - 229:24, 259:10, 259:24, 297:19, 311:11, 329:6, 332:24, 335:23, 359:13, 359:15, 359:18
**NEEDING** [3] - 330:15, 332:20
**NEEDS** [4] - 228:9, 296:5, 312:12, 336:18
**NEGATIVELY** [1] - 298:22
**NET** [5] - 229:14, 326:12, 329:22, 338:16, 339:22
**NEVER** [3] - 226:2, 275:20, 364:8
**NEW** [6] - 232:19, 269:17, 275:20, 290:17, 304:23, 313:23
**NEWELL** [3] - 289:25, 290:23, 292:23
**NEWEST** [1] - 355:20
**NEWS** [1] - 300:7
**NEXT** [17] - 241:13, 245:12, 256:23, 257:5, 259:17, 262:18, 263:14, 266:2, 267:16, 268:12, 269:19, 282:25, 295:7, 297:22, 333:8, 352:21, 363:14
**NEXUS** [1] - 237:9
**NICE** [1] - 275:22
**NINE** [3] - 260:21, 319:3, 319:4
**NO** [2] - 220:6, 369:19
**NON** [5] - 266:15, 312:16, 315:6,

315:16, 352:3
**NON-DETECT** [4] - 312:16, 315:6, 315:16, 352:3
**NON-HAZARDOUS** [1] - 266:15
**NONCOMPLIANCE** [1] - 315:5
**NONE** [1] - 259:6
**NONE** [1] - 344:25
**NONRESPONSIVE** [1] - 296:25
**NONVERBALLY** [1] - 237:24
**NORMAL** [2] - 265:11, 316:19
**NORMALLY** [2] - 319:3, 356:4
**NORMAN** [5] - 246:1, 247:6, 248:22, 252:3, 272:12
**NORTH** [1] - 301:11
**NOSSAMAN** [2] - 221:4, 221:9
**NOTE** [3] - 273:17, 308:12, 332:14
**NOTEBOOKS** [3] - 240:15, 240:19, 308:7
**NOTES** [4] - 272:15, 272:22, 273:12, 273:23
**NOTHING** [11] - 232:24, 242:9, 246:13, 246:19, 270:14, 281:8, 283:12, 345:11, 351:20, 352:15, 358:12
**NOTICEABLE** [1] - 362:7
**NOTIFIED** [1] - 298:14
**NOTIFY** [1] - 247:9
**NOVEMBER** [3] - 220:14, 224:1, 369:15
**NOVEMBER** [2] - 328:22, 328:23
**NPDES** [3] - 228:10, 234:21, 234:23
**NUMBER** [1] - 223:3
**NUMBER** [34] - 229:19, 231:10, 235:4, 236:10, 245:22, 248:23, 253:8, 254:1, 261:3, 286:15, 288:9, 289:4, 292:10, 296:13, 301:7, 302:6, 303:18,

303:19, 304:19, 305:19, 307:5, 324:18, 324:21, 325:6, 326:12, 326:20, 326:22, 332:23, 334:13, 338:13, 357:17, 357:18, 357:23, 358:6
**NUMBERS** [3] - 325:8, 327:10, 340:19
**NUMEROUS** [8] - 233:17, 236:12, 282:14, 287:11, 311:25, 350:2, 354:10, 360:1
**NYU** [1] - 244:15

## O

**O'CLOCK** [2] - 367:14, 368:20
**OATH** [1] - 310:8
**OBJECT** [1] - 296:21
**OBJECTED** [3] - 235:2, 237:21, 321:12
**OBJECTING** [1] - 234:10
**OBJECTION** [33] - 225:5, 225:16, 225:21, 225:22, 226:2, 234:24, 235:2, 235:14, 235:16, 236:10, 236:21, 245:15, 266:17, 271:2, 271:5, 272:25, 281:22, 282:16, 293:2, 296:23, 303:25, 304:6, 309:3, 309:8, 309:11, 314:17, 349:16, 349:21, 350:5, 355:5, 357:8, 361:13, 368:19
**OBJECTIONABLE** [1] - 234:25
**OBJECTIONS** [2] - 234:21, 308:13
**OBSERVATIONS** [1] - 351:16
**OBTAIN** [3] - 250:5, 324:25, 333:5
**OBVIOUSLY** [6] - 225:6, 234:12, 289:20, 294:14, 298:22, 303:1
**OCCASION** [2] - 349:19, 350:3

**OCCASIONS** [2] - 349:8, 351:11
**OCCUPATION** [1] - 277:19
**OCCURRING** [2] - 297:15, 343:21
**OCTOBER** [1] - 338:12
**OF** [11] - 220:2, 220:13, 221:1, 222:1, 223:1, 369:1, 369:7, 369:9, 369:12, 369:15
**OFFER** [1] - 227:7
**OFFERED** [4] - 314:24, 315:10, 315:22, 356:15
**OFFERING** [1] - 237:5
**OFFICE** [12] - 248:11, 248:14, 248:16, 248:17, 260:4, 260:25, 271:15, 271:19, 271:23, 274:18, 278:17, 349:14
**OFFICER** [8] - 228:6, 228:13, 228:14, 284:10, 284:12, 284:15, 284:24, 284:25
**OFFICIAL** [4] - 220:24, 369:1, 369:5, 369:19
**OFFICIALLY** [1] - 309:21
**OFFLINE** [5] - 321:18, 321:22, 323:11, 357:24, 358:16
**OIL** [1] - 366:7
**OIL-FIELD** [1] - 366:7
**OLD** [1] - 301:15
**ONCE** [10] - 230:20, 252:5, 277:3, 277:6, 296:17, 309:4, 317:2, 317:23, 336:7, 339:5
**ONE** [71] - 226:10, 226:11, 228:10, 241:10, 241:24, 243:24, 245:2, 247:16, 248:6, 249:19, 251:24, 254:14, 262:14, 264:6, 267:24, 272:1, 274:24, 281:5, 281:7, 290:1, 290:25, 291:10, 291:19, 291:24, 292:18, 293:4, 293:9, 293:11,

293:22, 294:3, 294:22, 294:23, 294:24, 295:2, 295:20, 296:22, 297:4, 301:9, 301:25, 312:13, 313:19, 314:3, 319:5, 329:17, 329:18, 330:6, 333:15, 333:20, 340:24, 342:24, 343:14, 347:2, 354:13, 356:15, 357:12, 358:13, 359:24, 360:3, 360:7, 361:9, 362:11, 366:12, 367:2, 367:18, 367:23, 368:5
**ONE-PAGE** [1] - 329:17
**ONE-TENTH** [1] - 312:13
**ONES** [2] - 251:20, 340:17
**ONGOING** [1] - 300:15
**OOO** [1] - 224:3
**OPEN** [9] - 224:6, 236:24, 238:19, 296:13, 308:5, 308:10, 310:3, 367:13, 367:16
**OPENING** [2] - 236:1, 236:8, 239:1
**OPERATE** [3] - 289:11, 319:14, 359:1
**OPERATED** [4] - 277:11, 288:19, 320:2, 321:14
**OPERATING** [8] - 228:6, 228:12, 228:14, 284:10, 284:12, 284:15, 284:23, 284:25
**OPERATING** [5] - 278:3, 319:21, 321:12, 333:4, 338:20
**OPERATION** [5] - 251:21, 285:24, 286:20, 313:25, 319:16
**OPERATIONAL** [2] - 318:7, 325:4
**OPERATIONS** [1] - 243:11
**OPERATIONS** [16] - 245:11, 277:15, 277:18, 284:17,

285:14, 286:7, 321:9, 347:14, 347:22, 349:7, 349:23, 359:9, 360:12, 365:2
**OPERATIVE** [1] - 225:7
**OPERATORS** [1] - 287:23
**OPINION** [5] - 346:21, 347:20, 347:21, 347:22, 347:25
**OPPORTUNITIES** [1] - 296:14
**OPPORTUNITY** [6] - 258:6, 287:4, 296:18, 296:20, 316:1, 341:20
**OPPOSED** [3] - 296:16, 327:1, 327:23
**OPTIMISM** [1] - 240:23
**OPTION** [2] - 313:12, 315:25
**OPTIONS** [1] - 313:7
**ORDER** [11] - 251:2, 254:5, 264:13, 303:14, 324:25, 336:11, 341:4, 358:23, 359:14, 359:18, 360:17
**ORDERED** [1] - 233:22
**ORDERS** [1] - 357:18
**ORGANIC** [7] - 268:18, 268:21, 269:2, 269:3, 269:7, 269:9, 277:23
**ORGANIZATION** [1] - 297:13
**ORGANIZATIONAL** [5] - 290:11, 290:12, 290:14, 290:18, 290:19
**ORIENTED** [1] - 274:25
**ORIGINAL** [2] - 252:18, 252:25
**OTHERWISE** [3] - 327:2, 358:10, 366:11
**OUT-OF-RANGE** [1] - 350:22
**OUTCOME** [1] - 313:12
**OUTLINE** [1] - 301:6
**OUTPUT** [1] - 323:2
**OUTS** [1] - 285:20
**OUTSIDE** [10] - 224:6,

224:22, 281:22, 282:7, 282:16, 308:10, 364:25, 367:16, 367:19
**OUTSTANDING** [1] - 271:24
**OVERALL** [3] - 284:15, 285:17, 328:15
**OVERRULE** [1] - 225:4
**OVERRULED** [12] - 225:17, 235:15, 266:18, 273:2, 274:22, 301:3, 304:2, 304:6, 308:13, 315:9, 340:9, 350:6
**OVERSEE** [3] - 245:1, 247:1, 285:25
**OVERSIGHT** [1] - 270:15
**OVERVIEW** [1] - 355:25
**OWN** [7] - 240:13, 250:23, 263:11, 290:17, 291:13, 291:14, 349:14

## P

**P-F-A-S** [1] - 357:13
**P.M** [1] - 368:23
**PAGE** [2] - 222:3, 369:11
**PAGE** [22] - 249:24, 256:7, 256:23, 257:5, 257:14, 261:24, 263:14, 263:16, 266:5, 266:22, 268:12, 268:13, 269:19, 329:17, 338:2, 343:8, 343:14, 362:12, 362:13, 365:24, 365:25, 367:4
**PAGES** [1] - 260:21
**PAGES** [1] - 220:8
**PAID** [3] - 225:14, 227:23, 322:19
**PAINT** [1] - 360:2
**PAINTED** [2] - 261:22, 360:2
**PANDEMIC** [1] - 332:25
**PANELIST** [1] - 247:21
**PANS** [1] - 250:8
**PAPER** [2] - 261:21,

291:8

**PARAGRAPH** [9] - 261:25, 262:18, 263:16, 263:22, 264:11, 265:7, 363:2, 363:8, 363:14

**PARALEGAL** [1] - 224:16

**PART** [3] - 254:8, 278:1, 279:11

**PART** [17] - 227:1, 232:4, 252:15, 254:7, 256:21, 264:10, 322:22, 322:24, 326:13, 326:14, 333:25, 355:22, 360:24, 361:2, 361:3, 364:20

**PARTICIPATED** [1] - 315:1

**PARTICULAR** [16] - 252:15, 270:25, 274:6, 287:7, 287:8, 289:24, 305:17, 310:23, 315:22, 316:1, 330:3, 350:12, 350:20, 354:24, 358:14

**PARTICULARLY** [2] - 234:13, 304:21

**PARTIES** [20] - 225:19, 226:7, 226:9, 231:18, 237:16, 237:24, 238:1, 238:4, 238:9, 238:11, 239:2, 240:1, 247:4, 249:11, 255:7, 260:12, 273:7, 300:18, 309:6, 317:16

**PARTS** [1] - 322:10

**PASS** [1] - 244:2

**PASSED** [2] - 244:2, 251:13

**PASSING** [1] - 243:24

**PAST** [8] - 227:9, 227:21, 232:19, 299:22, 322:11, 330:18, 333:1

**PATRICK** [1] - 221:5

**PATRICK** [1] - 224:15

**PAUSE** [1] - 227:20

**PAY** [3] - 322:10, 322:21, 324:24

**PAYING** [8] - 323:3, 323:7, 323:15, 325:1, 325:2, 326:16, 326:19, 326:23

**PAYMENT** [1] - 228:15

**PAYROLL** [1] - 246:2

**PAYS** [1] - 322:5

**PCE** [8] - 236:7, 310:23, 310:25, 315:17, 349:13, 349:19, 350:4, 350:14

**PE** [3] - 243:19, 243:22, 244:7

**PELOQUIN** [8] - 252:4, 252:7, 252:11, 268:4, 272:22, 274:4, 274:5, 274:12

**PENALTY** [1] - 256:19

**PENNY** [1] - 289:11

**PEOPLE** [16] - 260:10, 261:3, 285:19, 288:15, 289:20, 290:14, 290:18, 294:9, 319:5, 337:11, 346:5, 346:8, 346:9, 346:11, 346:13, 367:12

**PER** [6] - 263:24, 264:4, 325:13, 326:13, 329:20, 330:2

**PERCEIVE** [1] - 238:10

**PERCENT** [8] - 263:18, 263:19, 268:17, 345:20, 345:21, 345:23, 345:25, 346:25

**PERCENTAGE** [2] - 263:16, 265:13

**PERCHLORATE** [40] - 225:14, 236:8, 287:9, 302:3, 302:6, 303:7, 303:10, 303:13, 303:19, 303:20, 303:24, 304:9, 304:13, 304:17, 304:23, 305:11, 305:17, 306:25, 310:19, 311:2, 312:19, 312:20, 312:22, 316:7, 317:25, 319:13, 319:24, 321:2, 321:21, 321:22, 329:7, 348:11, 353:10, 353:13, 353:14, 353:16, 356:23, 361:10, 361:16

**PERCHLOROETHYL**

**ENE** [1] - 279:12

**PERCIPIENT** [2] - 227:24, 228:2

**PERFECT** [1] - 309:9

**PERFORM** [1] - 277:14

**PERFORMED** [1] - 276:5

**PERHAPS** [5] - 247:23, 284:12, 319:8, 327:1, 335:9

**PERIOD** [10] - 265:16, 287:1, 318:2, 322:19, 324:19, 328:18, 329:4, 330:3, 330:13, 330:17

**PERIODIC** [1] - 288:11

**PERIODICALLY** [2] - 314:1, 346:4

**PERIODS** [1] - 329:25

**PERJURY** [1] - 256:19

**PERMISSION** [2] - 250:1, 250:2

**PERMIT** [44] - 228:10, 229:21, 230:12, 234:21, 311:9, 312:6, 312:8, 312:9, 313:23, 315:6, 315:16, 318:8, 318:11, 319:4, 319:18, 320:3, 320:6, 320:8, 320:14, 320:16, 323:4, 330:14, 335:24, 341:5, 343:11, 344:5, 344:25, 347:4, 354:2, 354:7, 354:22, 355:15, 358:14, 359:3, 360:3, 360:4, 360:6, 360:8, 360:23, 361:7

**PERMITS** [1] - 344:7

**PERMITTED** [2] - 313:24, 359:1

**PERMITTING** [14] - 229:21, 311:8, 311:15, 311:18, 311:23, 312:2, 316:2, 318:14, 318:20, 319:7, 340:12, 340:24, 353:20, 358:15

**PERSON** [4] - 233:23, 281:1, 319:6, 365:12

**PERSONAL** [1] - 278:7

**PERSONALLY** [1] - 304:3

**PERSONNEL** [1] - 256:17

**PERSPECTIVE** [2] - 303:2, 359:25

**PFAS** [4] - 357:12, 358:17, 358:25, 359:2

**PG** [2] - 223:3

**PHOTO** [1] - 223:10

**PHOTOGRAPH** [3] - 302:13, 302:15, 302:16

**PHRASE** [4] - 254:24, 255:2, 270:18, 346:16

**PICK** [1] - 358:11

**PICTURE** [2] - 261:4, 261:22

**PIECE** [1] - 361:11

**PIECES** [1] - 292:2

**PIPE** [1] - 325:18

**PIPELINES** [3] - 287:14, 289:5, 291:22

**PIPES** [4] - 302:22, 302:23, 302:24

**PIPING** [1] - 336:16

**PIT** [3] - 267:19, 267:23, 268:1

**PITS** [1] - 269:22

**PLACE** [10] - 240:10, 246:16, 246:17, 246:18, 293:9, 295:2, 311:11, 330:14, 348:5, 348:7

**PLAINTIFF** [7] - 225:18, 231:13, 234:9, 236:24, 239:4, 367:23, 368:1

**PLAINTIFF** [4] - 220:6, 221:3, 242:19, 284:3

**PLAINTIFF'S** [2] - 224:13, 239:3

**PLAINTIFFS** [1] - 283:2

**PLAN** [20] - 245:20, 245:21, 246:25, 250:24, 254:3, 254:13, 254:17, 254:18, 259:19, 295:21, 296:11, 296:12, 296:19, 296:20, 296:21, 297:3, 297:18, 304:11, 329:10, 365:16

**PLAN** [6] - 223:11, 295:9, 295:16, 295:17, 297:6, 297:12

**PLANS** [3] - 245:20, 295:20, 366:17

**PLANT** [3] - 335:25, 345:19, 348:22

**PLANTS** [3] - 288:18, 289:3, 313:2

**PLATE** [1] - 358:11

**PLENTY** [2] - 229:4, 229:13

**PLUME** [3] - 305:17, 306:2, 319:24

**PLUS** [2] - 243:8, 338:18

**PODIUM** [1] - 240:20

**POINT** [54] - 226:13, 242:25, 244:20, 245:2, 248:11, 248:17, 249:5, 252:8, 254:20, 258:3, 259:21, 269:6, 271:15, 271:17, 271:20, 272:1, 272:14, 275:13, 279:22, 281:16, 282:10, 290:7, 291:7, 293:15, 293:16, 296:22, 297:1, 303:5, 303:8, 304:21, 307:10, 311:12, 322:21, 324:19, 328:23, 329:11, 329:12, 330:6, 332:19, 335:21, 339:2, 339:8, 348:5, 349:13, 352:1, 356:15, 358:13, 359:5, 360:3, 360:7, 368:19

**POINTING** [1] - 308:18

**POINTS** [3] - 273:19, 281:11, 315:18

**POLYTECHNIC** [1] - 244:14

**POND** [2] - 250:21, 250:22

**POOL** [1] - 250:19

**POPULATION** [1] - 298:4

**PORTION** [2] - 257:20, 333:23

**POSITION** [9] - 243:14, 243:21, 253:10, 272:10, 272:12, 284:9, 314:20, 315:4, 315:6

**POSITIONS** [3] - 243:14, 244:16, 286:1

POSITIVE [1] - 333:8
POSSIBLY [3] - 262:14, 280:15, 304:10
POTABLE [1] - 234:11
POTENTIAL [6] - 264:12, 296:2, 296:4, 303:12, 315:23, 352:9
POTENTIALLY [2] - 238:11, 355:18
POURING [1] - 336:16
PRACTICES [1] - 236:5
PRECISELY [2] - 233:24, 233:25
PREDECESSOR [3] - 290:19, 302:4, 303:12
PREFER [2] - 240:16, 308:25
PREJUDICE [2] - 225:17, 234:8
PREJUDICIAL [1] - 235:1
PREPARATION [2] - 296:13, 300:11
PREPARE [7] - 295:19, 295:20, 332:3, 332:5, 334:20, 337:23, 339:15
PREPARED [10] - 230:15, 258:18, 260:10, 281:19, 296:8, 296:10, 329:17, 331:14, 334:9, 335:6
PREPARING [2] - 281:15, 366:15
PRESENCE [10] - 224:6, 224:23, 238:19, 308:10, 310:3, 315:4, 353:13, 357:20, 367:16, 367:20
PRESENT [21] - 229:14, 238:5, 238:22, 241:22, 252:12, 257:6, 257:17, 257:19, 257:22, 266:7, 274:4, 286:22, 310:5, 317:6, 337:5, 337:12, 338:16, 339:9, 339:22
PRESENT [1] - 221:18
PRESENTED [3] - 230:18, 236:9, 247:5
PRESENTING [1] -

237:5
PRESERVE [1] - 225:23
PRESERVED [2] - 225:22, 235:16
PRESIDENT [6] - 228:8, 252:1, 272:11, 285:13, 286:7, 286:12
PRESS [6] - 234:20, 235:6, 342:19, 343:13, 344:23, 345:13
PRESUMABLY [2] - 227:24, 233:1
PRETTY [4] - 252:6, 254:2, 256:18, 354:23
PREVIOUSLY [3] - 237:19, 323:21, 331:17
PRIMARILY [5] - 229:20, 293:21, 310:19, 358:3, 361:11
PRIMARY [2] - 293:19, 313:19
PRIME [1] - 346:17
PRINT [3] - 299:22, 299:23
PRIORITIES [1] - 361:9
PRIORITIZE [1] - 358:9
PROBATIVE [1] - 235:1
PROBLEM [11] - 230:25, 239:14, 307:15, 311:7, 345:2, 350:23, 355:14, 355:17, 356:19, 358:4, 364:20
PROBLEMATIC [1] - 355:19
PROBLEMS [2] - 349:24, 355:4
PROCEDURE [2] - 309:3, 309:8
PROCEED [9] - 241:21, 242:3, 275:12, 284:1, 309:2, 317:11, 318:23, 328:4, 335:22
PROCEEDINGS [5] - 224:5, 238:18, 308:9, 310:2, 367:15
PROCEEDINGS [1] - 369:10

PROCESS [47] - 254:8, 285:20, 286:24, 287:13, 291:11, 291:14, 296:12, 305:4, 307:23, 311:1, 311:8, 311:15, 311:17, 311:23, 311:24, 312:2, 312:4, 313:20, 316:19, 316:21, 318:2, 318:13, 318:15, 318:16, 318:17, 318:18, 318:21, 318:25, 334:1, 334:23, 335:24, 336:3, 336:7, 336:13, 337:15, 337:17, 340:12, 340:13, 340:24, 343:22, 353:20, 355:22, 356:7, 356:12
PROCESSES [1] - 286:16
PRODUCE [6] - 236:25, 286:18, 289:1, 302:25, 303:4
PRODUCED [8] - 232:2, 278:4, 286:8, 286:9, 311:13, 320:21, 321:1, 324:13
PRODUCES [2] - 324:10, 349:3
PRODUCING [8] - 284:21, 311:22, 324:22, 325:5, 327:14, 332:19, 332:20, 339:5
PRODUCTION [7] - 298:15, 302:25, 323:12, 324:8, 324:9, 324:17, 324:20
PROFESSIONAL [1] - 244:8
PROGRAM [2] - 243:11, 253:12
PROGRAMS [1] - 296:5
PROJECT [11] - 227:17, 229:5, 229:9, 229:10, 229:11, 229:13, 280:4, 287:4, 336:23, 337:10
PROJECT [9] - 290:3, 293:24, 312:23, 320:12, 322:1,

322:5, 324:2, 348:13
PROJECTS [3] - 287:7, 287:12, 357:2
PROMOTED [5] - 243:18, 243:19, 247:21, 253:10, 280:23
PROMULGATED [1] - 251:13
PROOF [1] - 227:8
PROPER [5] - 231:8, 270:8, 354:17, 360:13, 361:18
PROPERLY [3] - 266:15, 301:20, 364:22
PROPERTY [7] - 246:9, 246:14, 246:15, 265:4, 265:13, 307:7, 307:8
PROPOSAL [1] - 355:1
PROPOSING [1] - 365:12
PROPOSITION [1] - 315:24
PROTECT [1] - 364:23
PROVE [3] - 250:25, 251:2, 253:20
PROVIDE [7] - 230:22, 233:23, 296:19, 298:3, 300:8, 358:15, 368:2
PROVIDED [13] - 231:7, 231:18, 231:24, 232:13, 232:24, 233:7, 233:10, 234:24, 240:11, 299:24, 311:25, 318:24, 341:15
PROVIDER [1] - 298:2
PROVIDES [2] - 288:25, 300:4
PROVIDING [4] - 269:25, 289:8, 298:7, 341:16
PUBLIC [1] - 286:23
PUBLIC [25] - 296:8, 296:10, 296:11, 296:14, 296:18, 296:19, 296:20, 297:10, 297:13, 342:18, 344:2, 344:20, 345:5, 345:7, 345:15, 345:18, 345:24, 346:2, 346:3, 346:13, 346:23, 347:24, 348:6,

361:22
PUBLICATION [4] - 247:9, 309:23, 362:9, 364:5
PUBLICATIONS [1] - 361:21
PUBLISH [3] - 247:7, 299:20, 299:21
PUBLISHED [8] - 296:9, 299:22, 309:4, 309:5, 309:15, 309:21, 346:12, 357:25
PUBLISHES [1] - 368:7
PUBLISHING [1] - 331:7
PULL [1] - 302:8
PULLED [1] - 238:5
PULLING [2] - 348:23, 348:24
PUMP [5] - 230:8, 325:16, 325:17, 325:23, 326:1
PUMPING [4] - 319:16, 327:15, 328:11, 339:6
PUMPS [1] - 336:4
PURCHASE [4] - 286:18, 320:11, 333:10, 335:18
PURCHASED [7] - 228:20, 228:21, 289:2, 290:3, 322:8, 323:2
PURCHASING [1] - 298:17
PURELY [1] - 328:3
PURPLE [2] - 360:2
PURPOSE [7] - 252:14, 252:22, 299:19, 307:11, 319:21, 320:14, 332:15
PURPOSES [7] - 228:22, 302:19, 320:12, 327:20, 327:24, 331:22, 333:10
PURSUANT [1] - 369:8
PURSUANT [1] - 312:2
PURVEYORS [2] - 304:7, 304:8
PURVIEW [1] - 235:10
PUT [22] - 232:3, 232:8, 233:10, 261:9, 280:1, 303:2, 304:11, 311:9,

311:11, 313:24, 330:8, 335:23, 336:2, 341:13, 352:18, 354:21, 360:3, 360:7, 362:17, 364:13, 365:6, 366:13
**PUTS** [1] - 368:11
**PUTTING** [2] - 311:1, 318:25

## Q

**Q2** [3] - 287:10, 301:11, 306:22
**QUALIFIED** [1] - 315:25
**QUALIFY** [1] - 234:15
**QUALITY** [2] - 223:5, 299:12
**QUALITY** [18] - 284:19, 284:20, 296:1, 296:3, 298:3, 298:19, 298:22, 298:24, 299:9, 299:20, 300:1, 300:9, 300:10, 300:14, 341:16, 350:1, 350:25, 351:4
**QUANTITY** [1] - 228:11
**QUESTIONING** [2] - 297:22, 328:2
**QUESTIONS** [6] - 254:7, 276:3, 282:22, 300:8, 341:21, 343:15
**QUICK** [2] - 227:7, 354:23
**QUICKLY** [1] - 282:10
**QUITE** [3] - 253:8, 253:15, 262:17
**QUOTE** [3] - 265:12, 265:16, 345:4

## R

**RAILS** [1] - 250:8
**RAINFALL** [1] - 304:11
**RAISE** [3] - 242:5, 283:9, 356:3
**RAISED** [1] - 314:6
**RANDOMLY** [1] - 269:22
**RANGE** [1] - 350:22
**RATE** [3] - 285:22, 286:16, 286:21
**RATES** [6] - 286:25, 291:12, 291:13,

291:15, 295:3
**RATHER** [1] - 240:17
**RATIONALE** [1] - 288:20
**RAVEN** [1] - 221:5
**RCRA** [36] - 245:6, 245:8, 246:23, 251:9, 251:10, 251:12, 251:14, 251:15, 251:19, 252:16, 252:18, 252:25, 254:17, 255:22, 255:23, 256:14, 258:4, 259:17, 265:3, 265:9, 265:11, 265:16, 265:17, 265:22, 267:24, 270:5, 276:5, 276:8, 276:15, 276:17, 276:18, 278:1, 279:11, 280:22, 282:11, 282:12
**REACH** [2] - 307:1, 343:24
**REACHED** [3] - 317:13, 317:21, 317:23
**REACHES** [1] - 320:18
**REACTIVE** [1] - 263:10
**READ** [16] - 234:22, 261:2, 261:3, 261:6, 262:7, 268:25, 273:16, 314:9, 314:12, 324:11, 343:18, 346:11, 350:11, 363:24, 363:25, 368:3
**READING** [3] - 262:7, 300:7, 366:24
**READINGS** [1] - 351:12
**READY** [1] - 238:14
**REAL** [4] - 265:25, 280:15, 282:9, 282:10
**REALLY** [7] - 226:24, 229:17, 238:2, 274:7, 282:2, 333:19, 350:21
**REALTIME** [1] - 369:5
**REASON** [4] - 274:8, 276:24, 286:12, 327:18, 332:15, 333:3, 333:9, 358:25
**REASONABLY** [1] - 230:6
**REASSIGNMENT** [1] - 281:2

**REBUT** [1] - 232:15
**REBUTTAL** [1] - 233:11
**RECAP** [1] - 329:18
**RECEIVE** [5] - 224:24, 254:9, 254:20, 260:23, 309:24
**RECEIVED** [29] - 247:12, 249:13, 255:9, 259:25, 260:14, 261:5, 263:15, 264:2, 267:3, 268:24, 273:8, 295:10, 299:14, 300:19, 302:10, 309:5, 309:16, 317:9, 331:10, 331:11, 333:8, 334:17, 334:18, 337:20, 337:21, 339:12, 339:13, 343:1, 362:15
**RECENT** [1] - 357:14
**RECENTLY** [2] - 291:11, 304:24
**RECESS** [4] - 309:25, 310:1, 368:20, 368:22
**RECIPIENTS** [1] - 248:7
**RECOGNIZE** [3] - 295:12, 299:16, 302:12
**RECOLLECTION** [3] - 316:16, 317:16, 353:15
**RECOMMENDATIONS** [1] - 305:11
**RECOMMENDED** [2] - 320:1, 364:5
**RECORD** [8] - 238:21, 240:10, 242:12, 283:16, 310:4, 314:12, 331:7, 367:19
**RECOUP** [1] - 289:10
**RECOVERED** [1] - 328:20
**RECOVERY** [1] - 245:9
**RECTANGULAR** [1] - 274:24
**REDIRECT** [2] - 281:9, 281:12
**REDIRECT** [1] - 222:6
**REDUCE** [2] - 356:11, 356:18
**REDUCTION** [2] - 325:24, 326:9

**REFER** [3] - 236:11, 258:1, 270:24
**REFERENCE** [6] - 251:23, 259:9, 266:22, 267:19, 268:13, 273:11
**REFERENCES** [2] - 237:1, 263:4
**REFERRED** [4] - 250:22, 260:20, 272:23, 354:17
**REFERRING** [8] - 247:16, 254:12, 254:17, 272:16, 273:13, 333:18, 345:8, 362:10
**REFERS** [10] - 234:11, 236:12, 249:21, 249:24, 250:6, 263:23, 273:12, 331:18, 331:19
**REFOCUS** [1] - 359:2
**REFRESH** [2] - 273:22, 317:16
**REGARD** [6] - 225:25, 226:2, 235:21, 237:3, 315:22, 326:25
**REGARDING** [11] - 236:4, 250:21, 254:21, 257:16, 260:18, 270:5, 273:24, 274:17, 281:16, 307:1, 314:16
**REGARDLESS** [1] - 345:5
**REGARDS** [1] - 304:17
**REGISTER** [1] - 251:14
**REGULAR** [3] - 299:6, 314:2, 321:9
**REGULATE** [1] - 245:1
**REGULATED** [2] - 245:7, 245:8
**REGULATING** [1] - 286:22
**REGULATIONS** [1] - 369:12
**REGULATIONS** [10] - 251:13, 251:21, 252:18, 252:25, 253:4, 276:14, 276:18, 341:13, 341:14, 342:15
**REGULATORS** [5] - 251:19, 271:1, 298:14, 342:16,

357:15
**REGULATORY** [5] - 298:21, 344:10, 351:2, 357:25, 362:3
**RELATE** [1] - 356:24
**RELATED** [5] - 234:20, 245:20, 287:20, 296:1, 343:21
**RELATES** [2] - 226:1, 358:3
**RELATIVELY** [1] - 306:11
**RELEASE** [6] - 234:20, 235:6, 342:19, 343:13, 344:23, 345:13
**RELEASED** [1] - 259:8
**RELEASES** [7] - 259:5, 259:11, 259:16, 259:18, 259:20, 259:23
**RELEVANCE** [3] - 270:21, 271:3, 273:1
**RELEVANT** [1] - 238:2
**RELIABLE** [8] - 289:8, 298:3, 298:7, 346:18, 346:19, 359:22, 359:23, 360:13
**RELIANCE** [1] - 344:1
**RELIED** [1] - 256:19
**RELIES** [1] - 342:13
**RELOOK** [1] - 356:8
**RELY** [4] - 256:20, 272:6, 342:15, 366:16
**RELYING** [1] - 256:15
**REMAIN** [1] - 310:7
**REMAINING** [2] - 265:14, 265:20
**REMEDIATE** [1] - 259:19
**REMEDY** [5] - 305:2, 306:16, 315:20, 335:18, 339:24
**REMEMBER** [12] - 252:10, 268:3, 274:23, 280:5, 308:4, 349:19, 350:3, 351:10, 354:19, 354:25, 360:20, 367:11
**REMOVAL** [5] - 263:5, 264:19, 266:6, 266:8, 287:10
**REMOVE** [4] - 246:11, 283:23, 351:22, 351:24

**REMOVED** [9] - 236:16, 250:23, 251:3, 265:3, 266:24, 267:11, 267:17, 312:20, 321:2

**REMOVING** [3] - 267:14, 313:17, 329:7

**RENEWALS** [1] - 288:12

**REOPEN** [1] - 356:7

**REPEAT** [2] - 254:15, 314:10

**REPEATED** [1] - 314:9

**REPLACE** [1] - 321:25

**REPLACED** [2] - 298:17, 332:24

**REPLACEMENT** [2] - 223:15, 223:16

**REPLACEMENT** [43] - 227:9, 227:18, 228:15, 229:7, 322:6, 322:13, 322:19, 323:6, 323:9, 323:18, 324:4, 325:7, 325:24, 326:6, 326:14, 327:20, 328:6, 328:17, 328:20, 328:24, 328:25, 329:23, 329:24, 330:3, 330:15, 330:23, 331:16, 331:19, 331:21, 333:6, 334:10, 334:24, 335:1, 335:7, 335:9, 335:13, 335:19, 338:1, 338:3, 338:11, 338:25, 339:19

**REPLACING** [1] - 331:23

**REPORT** [26] - 227:1, 256:5, 299:20, 300:5, 300:7, 300:12, 350:10, 350:11, 350:13, 350:16, 350:20, 352:8, 352:12, 354:12, 354:15, 354:20, 354:24, 354:25, 362:14, 362:17, 362:19, 362:22, 363:15, 364:18, 366:15, 366:17

**REPORT** [7] - 223:4, 223:5, 223:7, 223:8,

223:17, 256:24, 299:13

**REPORTED** [3] - 272:12, 281:20, 351:12

**REPORTED** [1] - 369:10

**REPORTER** [4] - 220:24, 369:1, 369:6, 369:19

**REPORTER'S** [1] - 220:13

**REPORTS** [1] - 359:10

**REPRESENT** [5] - 278:9, 331:16, 333:17, 339:18, 342:18

**REPRESENTATION** [1] - 278:13

**REPRESENTATIVE** [2] - 224:16, 224:20

**REPRESENTATIVES** [1] - 238:23

**REPRESENTED** [3] - 328:24, 344:20, 345:3

**REQUEST** [9] - 247:8, 252:17, 270:8, 302:4, 312:2, 357:6, 368:5, 368:13

**REQUESTED** [2] - 249:25, 303:18

**REQUESTING** [1] - 226:8

**REQUIRE** [5] - 288:11, 299:4, 320:13, 368:14

**REQUIRED** [13] - 253:20, 254:7, 266:9, 276:20, 299:6, 318:14, 324:5, 324:6, 353:23, 353:24, 353:25, 357:16, 357:17

**REQUIREMENT** [5] - 288:6, 295:18, 312:16, 320:24, 356:10

**REQUIREMENTS** [2] - 320:8, 321:6

**REQUIRES** [2] - 312:10, 339:6

**REQUIRING** [3] - 253:24, 315:7, 358:23

**REQUISITE** [1] - 231:24

**RESISTANT** [1] - 244:17

**RESOLVE** [2] - 226:17, 356:18

**RESOLVED** [1] - 227:3

**RESOURCE** [1] - 333:14

**RESOURCE** [2] - 245:8, 320:7

**RESOURCES** [1] - 256:17

**RESOURCES** [1] - 288:2

**RESPECT** [7] - 225:3, 225:5, 227:9, 234:1, 236:10, 258:6, 328:17

**RESPECTFULLY** [1] - 233:16

**RESPOND** [2] - 297:16, 347:5

**RESPONDING** [1] - 343:19

**RESPONSE** [5] - 232:1, 256:11, 305:1, 316:8, 333:8

**RESPONSES** [1] - 254:9

**RESPONSIBILITIES** [9] - 245:4, 284:16, 285:11, 285:12, 285:13, 285:18, 286:3, 286:5, 286:11

**RESPONSIBILITY** [1] - 244:21, 244:22, 324:1

**RESPONSIBLE** [9] - 284:18, 284:20, 285:25, 286:7, 287:9, 289:7, 289:9, 307:10, 307:14

**REST** [1] - 367:8

**RESTART** [1] - 322:14

**RESTRICTED** [1] - 246:15

**RESTRICTION** [1] - 265:5

**RESULT** [5] - 250:9, 290:10, 300:3, 313:12, 366:14

**RESULTED** [1] - 367:1

**RESULTS** [9] - 299:8, 300:4, 316:6, 316:11, 326:12, 333:20, 339:4, 350:18, 350:21

**RESUMED** [1] - 310:6

**RETAIL** [4] - 285:4, 325:10, 326:22, 348:9

**RETAILERS** [2] -

289:24, 290:4

**RETRIEVE** [1] - 240:15

**REVIEW** [6] - 245:19, 246:25, 272:15, 272:22, 286:24, 296:16

**REVIEWED** [4] - 245:21, 271:11, 296:15, 297:18

**REVISED** [2] - 303:9, 354:11

**REVISITING** [1] - 234:3

**RFA** [5] - 265:3, 265:7, 265:8, 265:12, 274:1

**RICHARD** [8] - 222:5, 222:6, 224:15, 237:4, 239:5, 239:13, 242:16, 305:7

**RICHARD** [43] - 221:5, 224:14, 239:6, 239:12, 239:15, 239:23, 240:6, 240:20, 240:23, 241:8, 241:12, 242:17, 242:21, 245:18, 247:7, 247:11, 247:14, 247:17, 247:20, 248:2, 249:18, 254:19, 255:11, 260:16, 266:21, 268:24, 270:24, 271:6, 271:9, 273:6, 273:10, 274:16, 275:3, 281:10, 281:13, 281:25, 282:4, 282:8, 282:19, 282:21, 308:21, 309:9, 368:5

**RICHARDS** [1] - 254:17

**RIGHT-HAND** [1] - 301:24

**RIGOROUS** [1] - 311:23

**RISK** [3] - 250:10, 340:21

**RIVER** [5] - 297:14, 319:20, 323:3, 326:18, 329:3

**RIVER** [18] - 229:25, 230:9, 320:6, 320:18, 320:22, 321:4, 322:17, 329:9, 333:21, 333:22, 333:25, 334:1, 334:4,

343:24, 344:24, 345:2, 353:2

**ROAD** [1] - 248:14

**ROCKETS** [1] - 278:4

**ROCKS** [1] - 294:15

**ROLE** [7] - 246:22, 246:25, 270:5, 285:6, 288:8, 306:15, 306:17

**ROLES** [2] - 285:5, 290:15

**RON** [1] - 221:20

**ROOM** [4] - 240:17, 241:24, 274:23, 275:1

**ROUGH** [1] - 273:12

**ROUGHLY** [2] - 303:3, 329:9

**ROUND** [1] - 302:5

**RPR** [1] - 220:23

**RUG** [1] - 238:5

**RULE** [2] - 235:24, 295:3

**RULED** [3] - 230:20, 231:4, 282:7

**RULES** [2] - 276:14, 276:17

**RULES** [2] - 225:9, 231:25

**RULING** [1] - 317:7

**RULINGS** [1] - 308:13

**RUN** [7] - 290:15, 300:11, 303:3, 306:4, 327:8, 339:2

**RUNNING** [5] - 224:21, 313:16, 319:17, 332:20, 339:1

**RUNOFF** [3] - 304:10, 304:11, 304:12

**RUNS** [1] - 289:2

**RUST** [1] - 263:12

---

**S**

**S-1** [3] - 351:21, 351:23, 352:2

**S-2** [3] - 351:22, 351:23, 352:2

**S-O-R-S-H-E-R** [1] - 242:14

**SACRAMENTO** [1] - 260:10

**SAFE** [17] - 235:9, 289:8, 342:14, 342:20, 345:6, 346:18, 346:19, 346:21, 347:1, 347:12, 347:19, 347:24, 348:1,

359:22, 359:23, 360:13
**SAFETY** [2] - 278:23, 284:18
**SAMPLE** [2] - 299:4, 315:17
**SAMPLED** [1] - 306:19
**SAMPLES** [8] - 299:6, 299:7, 300:2, 300:14, 303:18, 304:12, 348:23, 348:24
**SAMPLING** [8] - 302:5, 306:11, 348:20, 348:21, 348:25, 349:6, 349:8, 357:18
**SAN** [3] - 221:11, 221:16, 248:14
**SAND** [3] - 294:15, 294:17, 294:21
**SANITARY** [1] - 236:16
**SANTA** [1] - 220:5
**SANTA** [37] - 224:10, 228:7, 235:8, 238:21, 284:7, 284:12, 284:24, 285:4, 287:3, 287:19, 288:22, 289:14, 289:16, 289:19, 289:25, 290:24, 292:16, 292:20, 293:18, 293:19, 294:2, 297:14, 297:23, 300:11, 300:23, 303:17, 307:9, 310:21, 319:20, 323:3, 326:18, 328:16, 329:3, 341:9, 362:13
**SATISFY** [1] - 323:4
**SAUGUS** [35] - 292:19, 294:5, 294:6, 294:7, 294:25, 295:5, 301:8, 301:9, 305:18, 311:2, 311:3, 311:21, 312:4, 312:6, 312:7, 313:23, 314:4, 314:5, 314:16, 314:21, 318:19, 319:25, 345:19, 348:11, 351:25, 363:20, 364:21, 365:3
**SAVE** [1] - 368:8
**SAVINGS** [2] - 325:22,

328:12
**SAW** [5] - 236:8, 251:23, 273:23, 319:10, 354:13
**SC-1** [1] - 352:13
**SCALMANINI** [2] - 305:8, 362:21
**SCENARIO** [1] - 313:14
**SCENARIOS** [1] - 313:9
**SCIENCE** [2] - 244:13, 287:17
**SCIENCE** [1] - 361:12
**SCIENTIFICALLY** [1] - 361:18
**SCOPE** [7] - 281:23, 282:7, 282:17, 296:24, 301:1, 364:25
**SCOTT** [1] - 221:9
**SCOTT** [2] - 221:20, 224:15
**SCRAMBLE** [1] - 368:18
**SCRAMBLING** [1] - 368:9
**SCRAP** [3] - 261:21, 262:22, 263:9
**SCREEN** [4] - 247:22, 249:16, 255:12, 255:13
**SCV** [21] - 234:10, 284:8, 285:1, 290:8, 290:9, 290:11, 290:13, 290:17, 292:3, 292:8, 299:1, 299:4, 311:25, 319:7, 320:1, 322:9, 323:5, 323:8, 323:9, 323:15, 351:6
**SEAL** [1] - 301:20
**SEARCH** [1] - 237:1
**SEATED** [3] - 238:20, 283:15, 308:11
**SECOND** [6] - 229:6, 254:14, 282:9, 343:14, 366:5
**SECONDARY** [1] - 356:9
**SECTION** [4] - 284:20, 285:19, 285:22, 338:7
**SECTION** [1] - 369:8
**SECTIONS** [2] - 284:17, 284:18
**SECURITY** [1] - 302:19
**SEE** [43] - 225:10, 227:21, 234:8,

234:14, 234:16, 249:17, 249:22, 249:25, 250:3, 250:8, 255:12, 258:1, 258:10, 258:11, 262:19, 263:4, 263:20, 266:2, 266:24, 266:25, 267:8, 267:9, 267:17, 268:13, 269:23, 273:13, 273:19, 275:18, 292:18, 302:22, 308:8, 342:23, 343:3, 349:2, 352:8, 356:2, 362:13, 362:20, 363:1, 363:15, 363:18, 367:14
**SEEING** [1] - 350:21
**SEEKING** [2] - 255:19, 255:21
**SEEM** [1] - 234:15
**SELECTED** [1] - 269:22
**SELL** [4] - 246:8, 265:1, 265:4, 286:19
**SEND** [1] - 336:5
**SENIOR** [1] - 243:20
**SENSE** [3] - 261:4, 261:7, 261:12
**SENT** [4] - 254:5, 260:1, 260:9, 343:13
**SENTENCE** [4] - 266:2, 363:4, 363:18, 366:5
**SENTENCES** [1] - 366:1
**SEPARATE** [5] - 228:21, 291:10, 294:20, 316:22, 333:19
**SEPARATIONS** [1] - 244:17
**SEPTEMBER** [1] - 327:9
**SERIOUS** [2] - 226:14, 237:9
**SERVE** [5] - 298:5, 298:20, 346:5, 347:18, 348:1
**SERVED** [6] - 298:19, 343:22, 344:2, 344:21, 345:4, 345:6
**SERVICE** [11] - 285:18, 288:24, 298:6, 298:11, 298:13, 298:24, 301:21, 311:10, 316:9, 322:16,

322:17
**SERVICES** [3] - 243:11, 278:17, 278:20
**SERVICES** [1] - 284:20
**SERVING** [5] - 290:6, 298:23, 316:10, 319:23, 347:23
**SET** [4] - 233:18, 239:18, 239:20, 291:14
**SETTING** [1] - 286:24
**SETTLEMENT** [1] - 223:12
**SETTLEMENT** [6] - 225:5, 307:24, 310:14, 310:15, 310:18, 322:22
**SETTLEMENTS** [1] - 330:5
**SEVEN** [2] - 256:18, 332:21
**SEVERAL** [7] - 244:15, 246:2, 249:3, 250:7, 285:5, 357:5, 357:19
**SEVERE** [2] - 237:2, 333:7, 333:13
**SEVERELY** [1] - 340:16
**SHALL** [4] - 242:8, 283:11
**SHALLOWER** [3] - 294:6, 294:24, 295:4
**SHAPE** [1] - 232:14
**SHARE** [1] - 247:22
**SHARED** [1] - 265:17
**SHARING** [1] - 275:7
**SHARP** [1] - 280:15
**SHEET** [1] - 223:19
**SHEET** [5] - 234:10, 234:23, 330:19, 334:9, 343:4
**SHIFT** [1] - 358:22
**SHIFTED** [1] - 358:25
**SHOCK** [2] - 261:7, 261:13
**SHOOT** [1] - 340:15
**SHORT** [4] - 230:3, 284:8, 306:20, 368:5
**SHORTHAND** [1] - 254:24
**SHORTLY** [1] - 224:21
**SHOW** [6] - 247:4, 273:6, 274:13, 300:3, 325:12, 330:16
**SHOWED** [6] - 268:4, 274:5, 300:3,

329:18, 329:20, 329:21
**SHOWING** [2] - 251:6, 275:24
**SHOWN** [2] - 268:8, 268:11
**SHOWS** [4] - 265:21, 265:24, 301:6, 332:1
**SHUT** [9] - 246:3, 253:4, 316:9, 323:10, 324:19, 328:19, 329:12, 332:17, 357:21
**SHUTTING** [1] - 304:15
**SHY** [1] - 226:7
**SIC** [2] - 364:13, 365:13
**SIDE** [6] - 237:17, 258:19, 275:1, 285:14, 301:24, 356:18
**SIDES** [1] - 262:9
**SIGN** [1] - 256:9
**SIGNED** [2] - 228:10, 321:14
**SIGNIFICANCE** [3] - 257:15, 261:5, 268:20
**SIGNIFICANT** [2] - 264:1, 291:9
**SIGNIFIES** [1] - 309:15
**SIMILAR** [12] - 226:20, 285:12, 292:2, 292:20, 326:2, 328:7, 328:8, 328:14, 333:7, 334:5, 335:12, 337:15
**SIMILARLY** [1] - 331:25
**SIMPLER** [1] - 353:1
**SIMPLEST** [1] - 305:25
**SIMPLY** [6] - 232:23, 235:22, 236:25, 237:12, 308:19, 325:12
**SIMULTANEOUSLY** [1] - 348:21
**SINGLE** [3] - 291:6, 294:1, 303:4
**SITE** [55] - 236:13, 237:11, 244:22, 245:4, 245:13, 245:19, 245:22, 246:20, 249:6, 250:13, 251:19, 252:7, 257:22,

261:9, 263:17, 264:14, 264:16, 264:23, 272:17, 272:24, 276:6, 277:3, 277:6, 277:11, 277:15, 277:19, 277:24, 278:3, 278:17, 280:7, 280:19, 281:3, 281:15, 281:16, 281:21, 282:15, 292:14, 301:7, 301:8, 302:17, 302:20, 303:23, 304:10, 306:25, 310:21, 316:5, 318:18, 321:17, 323:16, 352:13, 356:24, 363:20, 366:3

**SITE** [1] - 223:6
**SITES** [4] - 236:5, 236:12, 270:20, 302:18
**SITTING** [2] - 295:2, 336:12
**SITUATION** [4] - 305:2, 343:9, 349:12, 350:12
**SIX** [3] - 249:3, 324:19, 324:21
**SIX-YEAR** [1] - 324:19
**SIZES** [1] - 296:15
**SKEPTICAL** [1] - 271:16
**SLADE** [1] - 305:7
**SLICE** [1] - 237:18
**SLIGHTLY** [2] - 271:7, 321:20
**SLIPPED** [1] - 274:10
**SLOTS** [1] - 290:19
**SMALL** [1] - 363:5
**SMELL** [1] - 268:21
**SMELLED** [2] - 269:12, 269:13
**SMURFS** [1] - 255:4
**SNAPSHOT** [1] - 299:25
**SOFTWARE** [1] - 337:13
**SOIL** [4] - 251:4, 269:3, 279:20, 340:20
**SOILS** [1] - 253:25
**SOLD** [1] - 307:8
**SOLE** [1] - 344:1
**SOLELY** [3] - 342:13, 361:17, 364:23
**SOLEMNLY** [2] - 242:7, 283:10

**SOLID** [1] - 256:24
**SOLID** [6] - 244:17, 254:13, 254:21, 254:24, 262:23, 263:1
**SOLIDS** [4] - 320:20, 355:9, 355:13, 356:5
**SOLVENTS** [2] - 270:13, 279:12
**SOMEONE** [4] - 251:11, 275:21, 294:11, 368:11
**SOMETIMES** [1] - 336:9
**SOMEWHERE** [4] - 249:3, 306:2, 306:4, 307:25
**SORRY** [17] - 226:5, 231:21, 244:8, 280:12, 280:24, 330:23, 331:1, 334:14, 335:2, 341:8, 342:24, 347:7, 353:9, 361:19, 362:12, 365:24, 365:25
**SORSHER** [5] - 222:4, 241:19, 241:23, 242:1, 242:18
**SORSHER** [20] - 235:21, 239:16, 240:24, 241:1, 241:3, 241:6, 241:8, 241:14, 241:16, 241:18, 241:19, 242:4, 242:14, 242:22, 247:15, 275:18, 281:8, 281:14, 282:23, 282:24
**SORT** [19] - 278:5, 288:9, 288:13, 291:11, 291:18, 294:13, 294:17, 296:6, 296:14, 300:15, 307:24, 309:14, 313:16, 316:21, 330:16, 346:17, 356:8, 358:11
**SORTS** [4] - 287:6, 289:5, 355:23, 357:2
**SOUND** [1] - 289:18
**SOUNDS** [1] - 276:13
**SOURCE** [18] - 294:1, 303:23, 304:16, 311:20, 311:23, 315:23, 318:12, 327:5, 327:24, 350:14, 352:1,

352:5, 352:9, 363:19, 363:21, 364:6, 365:3, 365:7
**SOURCES** [13] - 286:4, 286:9, 286:14, 293:4, 293:19, 293:21, 293:25, 295:23, 299:4, 299:5, 340:17, 350:4, 351:20
**SOUTH** [1] - 221:6
**SOUTH** [2] - 275:1, 301:12
**SPACE** [1] - 248:16
**SPEAKING** [8] - 241:2, 241:4, 241:7, 241:15, 283:23, 322:12, 347:10
**SPECIALTY** [1] - 244:3
**SPECIFIC** [4] - 258:8, 268:6, 336:4, 363:21
**SPECIFICALLY** [2] - 354:13, 365:25
**SPECIFICS** [1] - 297:24
**SPECIFYING** [1] - 336:3
**SPECULATE** [1] - 354:3
**SPECULATIVE** [4] - 229:24, 230:10, 230:18, 231:1
**SPELL** [2] - 242:13, 283:17
**SPEND** [4] - 225:18, 238:3, 308:20, 325:25
**SPENT** [2] - 227:16, 337:4
**SPOT** [1] - 233:21
**SPTF** [3] - 348:12, 348:19, 349:9
**STADIUM** [3] - 301:11, 301:24, 305:21
**STAFF** [4] - 260:7, 281:1, 281:5, 319:5
**STAFFER** [1] - 280:22
**STAGNANT** [1] - 295:2
**STAND** [2] - 308:13, 310:6
**STANDARD** [1] - 356:9
**STANDARDS** [8] - 234:12, 288:10, 341:14, 343:23, 344:6, 347:2, 347:3, 363:11

**STANDS** [3] - 244:7, 265:9, 355:13
**STANLEY** [1] - 220:3
**STAR** [1] - 346:17
**START** [12] - 226:1, 238:10, 239:2, 239:4, 243:3, 266:23, 287:13, 313:22, 318:20, 336:3, 340:6, 358:20
**STARTED** [10] - 243:13, 243:17, 285:13, 307:23, 317:2, 318:22, 318:25, 329:9, 335:17, 346:15
**STARTING** [2] - 224:12, 363:8
**STARTS** [2] - 330:9, 335:24
**STATE** [16] - 287:18, 288:2, 290:2, 290:3, 293:23, 298:17, 312:23, 320:6, 320:11, 320:13, 322:1, 322:5, 324:2, 333:9, 333:10, 348:13
**STATE** [17] - 224:12, 242:13, 245:9, 264:19, 283:16, 288:6, 289:18, 295:19, 299:3, 303:14, 313:2, 320:4, 320:9, 333:14, 356:5, 357:17, 363:11
**STATEMENT** [7] - 236:8, 345:8, 363:12, 363:22, 365:22, 366:10, 366:13
**STATEMENTS** [2] - 236:1, 239:1
**STATES** [1] - 262:18
**STATES** [4] - 220:1, 369:6, 369:8, 369:13
**STATING** [1] - 359:13
**STATION** [1] - 339:3
**STATIONS** [2] - 287:14, 289:5
**STATUS** [3] - 230:12, 245:13, 250:21
**STAY** [2] - 263:11, 347:8
**STEEL** [1] - 263:12
**STENOGRAPHICALLY** [1] - 369:10
**STEP** [2] - 240:20, 259:17, 364:13

**STICK** [1] - 255:5
**STILL** [12] - 226:17, 237:4, 246:2, 255:19, 255:21, 282:7, 291:22, 292:2, 314:23, 322:16, 330:14, 330:15
**STIPULATED** [15] - 225:14, 247:5, 247:9, 249:11, 255:7, 260:13, 273:7, 295:8, 299:12, 300:18, 302:9, 308:24, 309:6, 309:20, 368:8
**STIPULATION** [2] - 236:10, 240:12
**STONE** [1] - 221:19, 224:16
**STOP** [2] - 269:5, 306:4
**STOPS** [1] - 332:14
**STORAGE** [1] - 250:7
**STORING** [1] - 250:19
**STORMWATER** [1] - 304:10
**STREAM** [4] - 229:15, 337:3, 337:5, 337:7
**STREET** [3] - 221:6, 221:10, 221:15
**STREET** [1] - 220:24
**STRICKEN** [1] - 278:13
**STRIDES** [2] - 291:9, 291:25
**STRIKE** [1] - 277:21
**STUDIES** [1] - 311:25
**STUDY** [5] - 350:17, 352:8, 363:19, 363:24, 364:5
**STUFF** [4] - 238:2, 261:12, 307:5, 366:23
**SUBJECT** [6] - 234:3, 297:9, 301:23, 319:11, 345:10, 367:12
**SUBMISSION** [1] - 319:2
**SUBMIT** [2] - 256:19, 331:9
**SUBMITTAL** [2] - 261:8, 271:11
**SUBMITTED** [2] - 226:25, 258:3
**SUBSCRIBED** [2] - 327:6
**SUBSEQUENT** [1] - 226:1

**SUBSTANCES** [2] - 243:1, 244:18

**SUBSTANCES** [6] - 243:6, 243:15, 259:8, 259:14, 282:14

**SUBTRACTED** [1] - 326:11

**SUDDEN** [1] - 233:18

**SUFFICIENT** [2] - 228:25, 269:10

**SUGGEST** [1] - 354:16

**SUIT** [2] - 297:17, 307:21

**SUITE** [1] - 356:1

**SUITE** [1] - 220:24

**SUITE** [1] - 221:16

**SUITS** [1] - 307:18

**SULFATE** [1] - 355:17

**SULFATES** [2] - 230:1, 320:20

**SUMMARIZE** [1] - 329:15

**SUMMARY** [3] - 228:18, 231:14, 330:19

**SUMMER** [1] - 327:8

**SUPER** [1] - 262:2

**SUPERIORS** [1] - 351:12

**SUPERVISION** [1] - 280:23

**SUPERVISOR** [3] - 281:2, 350:25, 351:4

**SUPERVISORY** [1] - 243:21

**SUPPLIED** [2] - 272:18, 286:4

**SUPPLIERS** [3] - 336:6, 336:8, 336:12

**SUPPLIES** [5] - 227:14, 227:15, 296:3, 297:24, 298:1

**SUPPLY** [16] - 293:5, 293:18, 293:20, 293:22, 295:24, 297:4, 298:3, 298:7, 299:5, 303:6, 318:5, 319:4, 340:7, 343:15, 363:10

**SUPPOSED** [2] - 256:9, 315:16

**SURFACE** [5] - 250:14, 250:21, 253:9, 293:23, 294:21

**SURPRISE** [3] - 261:8, 261:13, 272:5

**SURPRISED** [1] - 272:4

**SUSPECTED** [1] - 270:19

**SUSPICION** [2] - 259:16, 270:7

**SUSPICIOUS** [1] - 271:16

**SUSTAINED** [16] - 245:17, 268:23, 270:23, 271:4, 271:5, 274:15, 281:24, 282:18, 293:3, 297:1, 314:19, 349:17, 349:22, 355:6, 357:10, 361:14

**SVE** [1] - 279:20

**SWEAR** [2] - 242:7, 283:10

**SWMU** [7] - 255:1, 255:5, 256:11, 258:4, 265:3, 276:21

**SWMUS** [4] - 265:10, 265:22, 276:20, 281:21

**SWORN** [2] - 242:3, 242:6

**SWORN** [2] - 242:19, 284:3

**SYSTEM** [56] - 279:20, 279:21, 279:24, 280:1, 284:22, 286:10, 289:7, 289:11, 291:19, 292:2, 293:6, 293:11, 293:13, 301:16, 311:2, 311:11, 312:11, 312:18, 312:23, 312:24, 312:25, 313:17, 315:18, 316:20, 316:23, 317:24, 317:25, 318:1, 318:6, 319:17, 322:8, 325:10, 325:14, 325:16, 325:17, 325:18, 326:5, 326:12, 326:21, 326:23, 327:16, 329:7, 335:23, 339:2, 339:3, 339:5, 342:21, 348:8, 348:9, 349:5, 350:2, 354:16, 358:16, 359:2

**SYSTEMS** [12] - 288:14, 288:17, 291:16, 291:17, 291:18, 291:21, 292:1, 292:24,

293:10, 293:13, 293:14

## T

**TAB** [1] - 231:10

**TABLE** [3] - 238:23, 257:15, 274:24

**TABLE** [3] - 257:6, 257:12, 261:20

**TALKS** [1] - 263:9

**TANKS** [5] - 285:15, 287:14, 289:4, 291:21, 336:12

**TARGETS** [1] - 296:4

**TASK** [1] - 358:9

**TCE** [4] - 236:7, 310:23, 310:25, 315:17

**TDS** [12] - 230:1, 355:2, 355:8, 355:12, 355:16, 355:18, 355:21, 356:4, 356:11, 356:14, 356:18

**TECHNICAL** [1] - 362:1

**TEN** [2] - 346:21, 349:7

**TEND** [1] - 225:12

**TENS** [1] - 300:14

**TENTATIVE** [1] - 225:4

**TENTH** [1] - 312:13

**TERM** [7] - 265:2, 292:4, 305:23, 340:15, 340:16, 346:16, 353:1

**TERMS** [6] - 305:25, 315:7, 324:14, 343:19, 356:21, 360:12

**TEST** [4] - 303:15, 316:6, 316:11, 350:1

**TESTED** [4] - 303:10, 348:5, 348:8, 349:9

**TESTIFIED** [1] - 277:12

**TESTIFY** [4] - 227:8, 253:15, 319:9, 366:24

**TESTIFYING** [1] - 319:9

**TESTIMONY** [4] - 241:21, 242:7, 276:4, 283:10

**TESTING** [8] - 288:11, 302:2, 302:5, 303:9, 306:11, 342:17, 348:25, 366:6

**TEXT** [1] - 300:4

**THAT** [3] - 369:7, 369:8, 369:11

**THE** [179] - 221:3, 221:12, 224:7, 224:9, 224:22, 225:16, 225:25, 226:7, 226:12, 227:3, 227:7, 227:20, 227:23, 228:1, 228:5, 228:14, 228:23, 228:25, 229:3, 229:16, 230:2, 230:15, 231:3, 231:6, 231:17, 231:23, 232:9, 232:21, 233:5, 233:9, 233:14, 233:20, 234:22, 235:11, 235:14, 235:20, 238:13, 238:15, 238:16, 238:20, 239:9, 239:10, 239:13, 239:19, 239:21, 239:25, 240:2, 240:4, 240:8, 240:22, 240:25, 241:1, 241:10, 241:14, 241:16, 241:20, 241:24, 242:2, 242:4, 242:11, 242:12, 242:14, 242:15, 242:16, 242:19, 245:17, 247:8, 247:18, 247:25, 248:1, 249:15, 254:14, 254:16, 266:18, 266:20, 268:23, 270:23, 271:4, 271:7, 273:2, 273:4, 274:15, 274:22, 274:23, 275:5, 275:9, 275:10, 275:12, 278:12, 278:15, 281:9, 281:24, 282:6, 282:18, 282:20, 282:25, 283:4, 283:6, 283:7, 283:14, 283:15, 283:18, 283:20, 283:22, 284:3, 293:3, 296:25, 301:3, 301:5, 304:2, 304:6, 304:7, 308:1, 308:11, 309:2, 309:11, 309:13, 309:19, 309:23,

310:4, 310:9, 310:10, 310:11, 310:12, 314:10, 314:13, 314:19, 314:23, 315:9, 315:14, 317:11, 319:8, 323:22, 326:24, 327:4, 327:17, 327:22, 327:23, 327:25, 328:2, 330:21, 330:25, 331:3, 331:6, 331:10, 334:12, 334:15, 334:17, 337:20, 339:12, 340:9, 340:11, 341:22, 342:9, 344:14, 347:5, 347:8, 349:17, 349:22, 350:6, 350:8, 355:6, 357:10, 361:14, 365:1, 367:5, 367:19, 368:2, 368:10, 368:17, 369:6, 369:7, 369:8, 369:9, 369:10, 369:11, 369:12, 369:13

**THEMSELVES** [2] - 225:21, 364:23

**THEREFORE** [1] - 363:8

**THEREFORE** [2] - 294:7, 363:10

**THICK** [1] - 296:8

**THINKING** [3] - 235:5, 294:12, 350:12

**THIS** [1] - 369:15

**THOUSAND** [2] - 336:12, 346:5

**THOUSANDS** [2] - 299:7, 300:14

**THREATS** [3] - 296:2, 297:3, 297:4

**THREE** [13] - 240:3, 252:2, 258:11, 258:24, 259:22, 267:6, 271:11, 271:18, 285:9, 288:12, 289:24, 291:1, 292:19

**THREE-YEAR** [1] - 288:12

**THROUGHOUT** [6] - 284:21, 300:1, 300:16, 303:14, 312:25, 350:2

**THROW** [1] - 356:10

**THUMB** [1] - 295:4

THURSDAY [2] - 220:14, 224:1

TIERS [1] - 356:9

TIES [1] - 303:20

TIMEFRAME [2] - 350:10, 352:14

TITLE [1] - 369:8

TITLE [3] - 351:1, 351:8, 359:8

TO [2] - 220:8, 369:8

TODAY [5] - 275:22, 291:4, 328:23, 330:9, 335:17

TODAY'S [1] - 336:25

TOGETHER [4] - 304:11, 316:21, 318:25, 336:2

TOMORROW [1] - 335:25

TONS [1] - 262:11

TOOK [9] - 232:6, 232:23, 244:2, 272:19, 279:6, 279:8, 315:11, 316:9, 357:24

TOP [9] - 253:23, 325:19, 331:18, 338:2, 349:11, 351:10, 354:24, 359:5, 366:1

TOPIC [1] - 316:2

TOTAL [8] - 320:20, 332:10, 335:1, 338:15, 339:22, 355:8, 355:13, 356:5

TOUCH [1] - 340:1

TOUR [4] - 252:7, 252:10, 252:19, 268:3

TOWARDS [2] - 273:16, 363:2

TOWN [1] - 348:23

TOXIC [2] - 243:1, 244:18

TOXIC [3] - 243:5, 243:15, 263:13

TOXICOLOGISTS [2] - 341:12, 342:12

TOXICOLOGY [1] - 343:25

TRACE [6] - 361:23, 361:25, 362:4, 362:7, 363:3

TRACE [1] - 361:23

TRACK [2] - 253:12, 289:13

TRANSCRIPT [3] - 220:13, 369:9, 369:11

TRANSFER [1] - 275:7

TRANSFERRED [1] - 243:10

TRANSPIRED [1] - 317:20

TRANSPORTED [1] - 312:22

TREAT [8] - 289:3, 313:14, 335:20, 347:4, 347:25, 348:1, 355:2

TREATED [11] - 265:15, 290:4, 312:10, 312:19, 318:10, 319:19, 321:1, 322:8, 322:17, 326:6, 333:23

TREATING [8] - 284:21, 313:20, 351:21, 351:23, 365:8, 365:10, 365:11, 365:12

TREATMENT [52] - 225:15, 229:9, 284:16, 287:5, 287:6, 287:24, 288:1, 288:18, 289:3, 306:23, 311:2, 312:20, 313:2, 313:3, 313:16, 316:20, 316:23, 317:24, 317:25, 318:6, 319:13, 319:17, 321:22, 329:7, 329:10, 329:13, 329:22, 330:9, 330:10, 332:18, 335:23, 335:25, 339:2, 339:24, 343:22, 345:19, 348:12, 348:22, 351:23, 351:25, 352:2, 353:23, 354:16, 354:22, 358:16, 358:23, 359:2, 359:14, 359:18, 360:4, 360:8, 365:6

TREATMENTS [1] - 352:6

TREK [1] - 346:17

TREMENDOUS [1] - 266:3

TRIAL [1] - 220:13

TRIAL [6] - 225:22, 226:6, 226:16, 247:5, 310:5

TRICHLOROETHYLENE [2] - 279:13,

279:14

TRIGGER [2] - 270:7, 270:9

TRIGGERED [1] - 270:16

TROWBRIDGE [1] - 224:19

TROWBRIDGE [1] - 221:15

TRUE [16] - 231:5, 232:10, 232:25, 233:1, 233:2, 233:3, 257:3, 259:7, 259:12, 292:23, 309:14, 340:6, 355:20, 361:8, 365:20

TRUE [1] - 369:9

TRUTH [9] - 242:9, 256:16, 256:21, 283:12, 314:24

TRUTHFUL [2] - 272:7, 362:23

TRY [11] - 237:18, 241:10, 255:4, 292:1, 293:9, 304:9, 304:21, 306:1, 306:4, 315:20, 315:24

TRYING [12] - 238:4, 246:7, 250:25, 252:23, 304:16, 304:20, 305:1, 307:4, 307:13, 316:20, 347:4, 360:22

TURN [8] - 241:5, 242:4, 256:7, 256:23, 257:5, 257:11, 266:21, 275:23

TURNOUT [3] - 232:5, 350:12

TURNOUTS [24] - 232:16, 312:17, 312:25, 327:16, 345:16, 345:22, 347:1, 348:4, 348:11, 348:17, 348:23, 349:10, 349:13, 349:19, 349:25, 350:2, 350:4, 350:19, 351:13, 351:20, 351:22, 352:3, 352:10

TURNS [1] - 263:12

TWICE [1] - 252:5

TWO [30] - 231:9, 236:23, 240:2,

240:3, 248:15, 250:14, 252:2, 252:20, 265:22, 271:18, 281:11, 287:22, 288:12, 291:1, 293:21, 294:3, 294:23, 301:7, 301:11, 302:6, 311:13, 312:9, 312:21, 313:9, 326:10, 327:24, 337:1, 351:11, 355:18, 366:1

TYPE [8] - 234:14, 246:19, 256:1, 256:2, 257:9, 284:13, 314:15, 323:14

TYPES [1] - 336:4

TYPICAL [1] - 313:3

TYPICALLY [8] - 253:1, 259:13, 295:1, 298:13, 298:16, 300:13, 323:12, 356:6

**U**

U.S [3] - 220:3, 252:15, 254:4

ULTIMATE [2] - 338:10, 341:10

ULTIMATELY [15] - 225:20, 230:5, 230:17, 230:23, 305:10, 305:21, 306:24, 311:8, 312:6, 312:8, 316:21, 317:17, 322:10, 339:4, 360:5

UNAWARE [1] - 239:10

UNCLEAR [2] - 270:15, 270:16

UNCONSOLIDATED [1] - 291:22

UNCOVERED [1] - 328:25

UNDER [21] - 225:9, 231:25, 238:6, 245:8, 252:18, 252:25, 256:19, 258:10, 259:1, 259:4, 265:11, 268:15, 269:20, 276:15, 276:17, 276:20, 301:15, 310:7, 311:6, 313:23, 335:23

UNDERGO [1] - 337:15

UNDERGOING [2] - 245:6, 245:10

UNDERGROUND [3] - 294:14, 294:18

UNDERLYING [1] - 232:2

UNDERSTOOD [5] - 236:18, 238:12, 265:18, 272:10, 277:2

UNDERTOOK [1] - 279:17

UNDERWENT [1] - 313:2

UNDISPUTED [1] - 236:18

UNFORTUNATELY [1] - 315:25

UNHEALTHY [1] - 341:10

UNIFORM [1] - 291:15

UNIT [5] - 257:9, 257:25, 265:3, 269:2, 324:16

UNITED [4] - 220:1, 369:6, 369:8, 369:13

UNITS [29] - 245:7, 246:24, 250:1, 250:2, 250:6, 250:7, 250:11, 250:12, 251:9, 251:10, 251:15, 251:19, 252:17, 253:7, 254:11, 254:22, 254:25, 255:22, 255:23, 257:6, 257:17, 257:19, 258:4, 265:3, 265:16, 265:22, 267:24, 270:6

UNITS [2] - 256:25, 258:14

UNIVERSITY [2] - 287:18, 287:19

UNKNOWN [2] - 265:14, 265:20

UNLESS [1] - 309:3

UNMUTE [1] - 241:4

UNOBJECTED [1] - 309:7

UNRESTRICTED [2] - 246:14, 265:1

UNSAFE [1] - 346:23

UP [38] - 229:6, 230:4, 232:18, 239:18, 240:20, 248:15, 253:19, 253:22, 254:3, 259:19,

260:9, 261:12, 262:9, 267:25, 268:17, 269:4, 270:20, 270:25, 272:20, 277:1, 292:24, 292:25, 302:8, 309:1, 309:14, 313:23, 315:22, 324:19, 330:2, 338:10, 346:4, 349:4, 352:18, 356:16, 364:13, 365:13, 367:18, 368:12

**UPCOMING** [1] - 337:8

**UPDATES** [2] - 226:24, 318:17

**URBAN** [6] - 223:11, 295:8, 295:15, 295:17, 297:6, 297:12

**USABLE** [1] - 318:11

**USAGE** [1] - 255:3

**USEFUL** [1] - 305:20

**USES** [3] - 246:13, 311:18, 328:11

**UTILITIES** [7] - 286:17, 289:22, 290:16, 299:4, 303:15, 304:24

**UTILITIES** [1] - 286:23

**UTILITY** [2] - 287:23, 290:2

---

**V**

**V-157** [1] - 301:15

**V-201** [57] - 225:5, 225:14, 234:21, 234:23, 301:10, 302:16, 302:17, 302:21, 316:3, 316:5, 316:7, 316:22, 316:24, 317:24, 318:4, 318:14, 318:21, 319:14, 319:21, 320:4, 321:12, 322:13, 322:24, 323:2, 323:6, 324:5, 324:8, 324:24, 324:25, 326:17, 328:7, 328:17, 328:19, 329:3, 331:21, 331:23, 333:3, 335:2, 335:14, 335:18, 335:20, 338:11, 339:2, 340:5, 341:4,

342:20, 343:4, 343:11, 352:19, 353:7, 353:11, 353:12, 353:16, 358:23, 359:3

**V-205** [16] - 301:10, 321:19, 323:10, 328:7, 328:9, 328:10, 328:13, 334:6, 334:10, 335:2, 337:16, 339:19, 352:18, 352:19, 353:7, 353:17

**VAGUE** [3] - 314:17, 314:23, 357:8

**VAGUELY** [1] - 273:25

**VAGUENESS** [1] - 314:19

**VALENCIA** [18] - 227:15, 228:8, 285:5, 285:8, 285:11, 286:4, 286:23, 287:3, 287:8, 290:1, 292:15, 292:17, 292:25, 301:15, 305:22, 306:18, 325:14, 341:7

**VALLEY** [4] - 289:6, 290:7, 291:15, 297:15

**VALLEY** [24] - 224:10, 228:7, 235:8, 238:21, 284:7, 284:12, 284:24, 287:3, 288:22, 288:23, 289:14, 289:16, 289:19, 293:18, 293:19, 294:2, 297:24, 300:11, 300:23, 303:17, 310:21, 328:16, 341:9, 362:14

**VALLEY** [1] - 220:5

**VALLEY'S** [1] - 363:10

**VALLEYS** [1] - 262:9

**VALUE** [7] - 229:14, 235:1, 325:9, 330:2, 337:12, 338:16, 339:23

**VAPOR** [2] - 269:2, 279:21

**VAPORS** [5] - 268:18, 268:21, 269:3, 269:7, 269:11

**VARIED** [3] - 262:11, 262:22, 263:18

**VARIES** [1] - 303:1

**VARIOUS** [14] - 253:6, 254:10, 266:22, 286:2, 288:16, 289:22, 290:18, 300:1, 313:3, 320:18, 324:11, 336:6, 348:23, 354:12

**VERSION** [1] - 354:15

**VERSIONS** [2] - 354:11, 354:12

**VERSUS** [4] - 224:10, 238:22, 246:15, 263:13

**VERTICAL** [1] - 264:18

**VESSELS** [5] - 329:13, 332:18, 336:4, 336:10

**VICE** [6] - 228:7, 252:1, 272:11, 285:13, 286:7, 286:12

**VICTOR** [1] - 241:2

**VIDEO** [2] - 241:5, 242:5

**VIEW** [3] - 281:20, 282:13, 327:14

**VIOLATED** [1] - 344:24

**VIOLATION** [1] - 345:10

**VISIT** [9] - 252:13, 252:14, 252:15, 272:16, 272:23, 273:24, 274:1, 274:6, 277:6

**VISITED** [5] - 245:22, 249:5, 268:7, 274:12, 277:3

**VISITING** [1] - 276:6

**VOC** [10] - 315:5, 347:23, 348:12, 349:25, 352:9, 355:3, 356:19, 361:16, 366:5, 367:1

**VOC-FREE** [1] - 348:12

**VOCS** [42] - 310:23, 311:5, 311:12, 312:11, 313:6, 313:19, 314:6, 314:16, 314:21, 321:21, 321:23, 330:9, 344:13, 344:16, 345:12, 345:16, 345:20, 345:22, 346:1, 347:1, 347:18, 348:18, 349:9,

350:18, 351:13, 351:20, 351:22, 351:24, 352:2, 353:9, 353:10, 353:23, 354:18, 356:3, 356:23, 358:23, 359:14, 361:10, 361:22

**VERSION** [1] - 354:15

**VOLATILE** [2] - 269:9, 277:23

**VOLUME** [7] - 262:11, 298:16, 324:6, 324:14, 324:21, 329:19

**VOLUME** [1] - 220:8

**VOLUMES** [2] - 324:15, 329:24

**VS** [1] - 220:7

---

**W**

**WAIT** [1] - 359:6

**WAITED** [1] - 304:11

**WAITING** [2] - 239:16, 254:3

**WALLS** [1] - 302:18

**WANTS** [1] - 368:17

**WARRANTS** [1] - 237:1

**WAS** [2] - 242:19, 284:3

**WASHINGTON** [1] - 221:15

**WASTE** [1] - 256:24

**WASTE** [31] - 236:4, 236:5, 236:16, 243:17, 243:18, 243:20, 246:12, 246:16, 246:23, 250:19, 251:1, 251:3, 252:17, 252:24, 253:6, 254:10, 254:13, 254:21, 254:25, 263:23, 265:18, 265:19, 266:14, 266:15, 266:16, 268:18, 270:6, 270:19, 320:7, 320:16, 339:6

**WASTES** [11] - 262:23, 263:1, 263:5, 263:17, 264:14, 264:20, 265:13, 265:15, 266:7, 266:9, 266:10

**WATER** [359] - 227:12, 227:14, 227:15, 227:18, 228:9, 228:11, 228:13,

228:20, 228:21, 229:7, 229:12, 229:23, 229:24, 234:11, 234:12, 253:12, 283:21, 284:19, 284:21, 286:3, 286:8, 286:9, 286:10, 286:14, 286:16, 286:18, 287:20, 287:23, 288:4, 288:7, 288:17, 288:24, 288:25, 289:1, 289:2, 289:4, 289:6, 289:8, 289:20, 289:22, 289:24, 290:3, 290:6, 290:15, 291:4, 291:5, 291:6, 291:13, 292:12, 292:13, 292:24, 292:25, 293:4, 293:5, 293:9, 293:11, 293:12, 293:15, 293:18, 293:19, 293:21, 293:23, 293:24, 294:1, 294:16, 294:18, 295:1, 295:18, 295:22, 295:23, 295:24, 295:25, 296:1, 296:3, 297:3, 297:16, 298:1, 298:2, 298:3, 298:7, 298:9, 298:10, 298:16, 298:18, 298:19, 298:20, 298:22, 298:25, 299:4, 299:9, 299:20, 299:25, 300:2, 300:9, 300:10, 300:14, 302:4, 303:4, 303:11, 303:15, 304:8, 304:13, 304:17, 304:20, 304:24, 306:7, 310:24, 310:25, 311:11, 311:12, 311:19, 311:20, 311:21, 311:22, 312:10, 312:19, 312:21, 312:24, 313:10, 313:11, 313:16, 313:18, 316:10, 318:5, 318:8, 318:10, 318:12, 319:4, 319:17, 319:18, 319:20, 319:22,

320:4, 320:5, 320:10, 320:12, 320:13, 320:14, 320:20, 320:25, 321:1, 321:3, 321:5, 321:6, 321:8, 322:1, 322:5, 322:6, 322:7, 322:13, 322:19, 323:1, 323:3, 323:6, 323:10, 323:17, 323:18, 323:19, 324:2, 324:4, 324:6, 324:10, 324:13, 324:16, 324:22, 324:23, 324:25, 325:3, 325:5, 325:7, 325:9, 325:10, 325:11, 325:13, 325:15, 325:16, 325:17, 325:18, 325:23, 325:24, 326:1, 326:3, 326:5, 326:6, 326:10, 326:12, 326:13, 326:14, 326:15, 326:17, 326:21, 326:23, 327:1, 327:2, 327:5, 327:11, 327:14, 327:15, 327:20, 327:23, 328:6, 328:17, 328:20, 328:25, 329:1, 329:2, 329:3, 329:5, 329:8, 329:21, 329:23, 329:24, 330:3, 330:15, 330:23, 331:17, 331:19, 331:20, 331:21, 332:1, 332:6, 332:10, 332:11, 332:20, 333:6, 333:10, 333:12, 333:21, 333:24, 334:2, 334:10, 334:24, 335:2, 335:7, 335:9, 335:13, 335:19, 335:20, 338:1, 338:3, 338:6, 338:8, 338:11, 338:15, 338:25, 339:5, 339:19, 340:4, 340:5, 340:7, 340:14, 340:22, 340:23, 341:1, 341:2, 341:4, 341:16, 342:12, 342:14, 342:19, 342:21, 343:9, 343:11, 343:15,

343:22, 344:1, 344:2, 344:6, 344:7, 344:12, 344:15, 344:20, 344:21, 344:24, 344:25, 345:1, 345:2, 345:6, 345:16, 345:19, 345:21, 345:25, 346:18, 346:19, 346:22, 346:23, 346:25, 347:18, 347:19, 347:23, 348:5, 348:7, 348:8, 348:9, 348:11, 348:12, 348:18, 349:1, 350:1, 350:17, 350:25, 351:4, 351:21, 351:23, 354:15, 355:1, 355:2, 355:14, 355:15, 355:24, 357:5, 357:17, 357:21, 358:1, 358:3, 358:8, 359:14, 359:18, 359:22, 360:12, 361:23, 362:18, 363:1, 363:10, 363:11
**WATER** [1] - 220:5
**WATER** [102] - 223:11, 223:13, 223:14, 223:15, 223:16, 224:10, 227:16, 228:7, 228:8, 234:11, 235:8, 238:22, 243:11, 284:7, 284:8, 284:12, 284:24, 285:1, 285:4, 285:5, 285:8, 285:11, 286:4, 287:3, 287:4, 287:8, 288:2, 288:23, 289:14, 289:16, 289:25, 290:1, 290:3, 290:8, 290:9, 290:11, 290:13, 290:17, 290:24, 292:3, 292:8, 292:15, 292:17, 292:24, 292:25, 293:18, 293:19, 293:23, 295:8, 295:15, 295:17, 297:6, 297:12, 297:24, 298:17, 299:1, 299:4, 299:12, 300:23, 301:15, 310:22, 311:9, 311:18, 311:24,

311:25, 312:1, 312:9, 312:23, 313:8, 315:14, 318:9, 319:7, 319:19, 320:1, 320:7, 320:12, 322:1, 322:5, 322:9, 323:5, 323:8, 323:9, 323:15, 324:2, 328:16, 333:10, 341:5, 341:8, 341:9, 347:17, 348:13, 351:6, 353:22, 354:21, 355:23, 356:22, 356:25, 358:7, 362:14
**WATER'S** [1] - 288:22
**WATER'S** [1] - 303:6
**WAYS** [1] - 291:14
**WEEK** [1] - 256:18
**WEEKS** [1] - 226:6
**WEIGHT** [3] - 229:17, 230:4, 230:16
**WELLS** [76] - 253:23, 253:24, 280:6, 280:7, 280:9, 289:1, 289:4, 291:21, 292:8, 292:10, 292:19, 292:20, 299:5, 299:10, 300:23, 300:24, 301:6, 301:7, 301:9, 301:12, 301:22, 302:1, 302:5, 302:6, 302:7, 302:25, 303:7, 303:15, 303:18, 303:19, 304:16, 305:15, 305:16, 305:19, 305:20, 306:10, 306:11, 306:12, 306:13, 306:18, 311:3, 311:5, 311:9, 311:13, 311:21, 312:4, 312:9, 312:11, 312:21, 313:24, 318:19, 319:25, 324:9, 325:3, 327:2, 327:7, 344:7, 348:21, 349:2, 356:5, 356:7, 357:19, 357:20, 357:22, 357:23, 357:24, 361:17, 364:13, 364:21, 365:4, 365:5, 365:10
**WELLS** [1] - 305:18
**WENCK** [7] - 246:1, 247:6, 248:22, 249:19, 252:3,

260:17, 272:12
**WEST** [3] - 275:1, 301:9, 301:10
**WEST** [1] - 220:24
**WESTERN** [1] - 220:2
**WHATNOT** [9] - 285:23, 311:25, 322:16, 324:12, 325:4, 330:1, 341:12, 352:13, 364:16
**WHEREIN** [1] - 340:25
**WHITTAKER** [1] - 220:8
**WHITTAKER** [103] - 224:10, 224:19, 225:8, 225:10, 226:15, 226:25, 227:1, 228:18, 232:6, 233:7, 233:11, 236:6, 236:13, 236:17, 237:11, 237:17, 237:20, 238:22, 244:22, 245:13, 245:23, 246:2, 248:24, 250:4, 250:13, 251:18, 252:2, 252:10, 253:6, 254:10, 254:21, 255:17, 255:19, 257:2, 257:21, 258:7, 258:21, 259:22, 260:17, 262:25, 264:22, 266:13, 267:5, 267:13, 267:25, 269:25, 271:11, 271:13, 271:16, 272:10, 276:6, 278:3, 279:6, 279:17, 280:5, 281:20, 282:13, 292:14, 300:22, 301:6, 301:8, 303:23, 306:25, 307:1, 307:12, 307:16, 310:21, 316:5, 316:13, 316:17, 316:20, 317:1, 317:13, 317:23, 321:6, 321:8, 321:12, 321:17, 322:11, 322:18, 323:16, 328:21, 333:5, 341:20, 349:15, 350:14, 351:14, 351:21, 352:8, 356:24, 360:25,

363:19, 364:12, 364:24, 365:7, 365:9, 365:13, 366:3, 366:19, 366:21, 366:22, 366:25
**WHITTAKER'S** [4] - 226:2, 277:18, 277:19, 319:25
**WHOLE** [2] - 242:9, 283:12
**WHOLESALE** [1] - 348:8
**WHOLESALER** [1] - 290:2
**WINDOWS** [1] - 275:2
**WINNING** [1] - 361:11
**WISELY** [1] - 225:20
**WISHES** [1] - 225:10
**WITH** [1] - 369:12
**WITHDRAWING** [1] - 235:2
**WITNESS** [16] - 225:3, 226:22, 227:6, 227:8, 239:5, 239:11, 239:15, 239:16, 241:13, 283:1, 283:5, 308:24, 309:1, 310:6, 319:10, 368:1
**WITNESS** [19] - 242:11, 242:14, 249:15, 254:16, 266:20, 273:4, 274:23, 283:14, 283:18, 301:5, 304:7, 310:9, 310:11, 315:14, 327:4, 327:22, 327:25, 340:11, 350:8
**WITNESSES** [2] - 222:1, 222:3
**WITNESSES** [3] - 235:12, 239:4, 367:23
**WONDERING** [1] - 254:16
**WORD** [1] - 352:23
**WORDS** [9] - 230:9, 264:16, 268:25, 271:25, 305:16, 312:19, 327:7, 337:6, 344:8
**WORKERS** [1] - 287:23
**WORKS** [1] - 285:22
**WORKSHOPS** [2] - 296:13, 296:19
**WORRY** [1] - 345:1

**WORSE** [1] - 333:7
**WOW** [1] - 264:3
**WRITE** [1] - 269:14
**WRITING** [3] - 230:22, 281:25, 300:5
**WRITTEN** [2] - 354:7, 365:19
**WROTE** [1] - 367:2

## Y

**YARD** [1] - 336:13
**YARDS** [2] - 262:12
**YEAR** [15] - 256:18, 280:20, 288:12, 295:19, 299:7, 299:21, 300:1, 300:16, 303:4, 314:3, 324:19, 327:7, 329:11, 333:7, 333:8
**YEARS** [33] - 243:8, 248:15, 249:3, 249:4, 253:8, 254:1, 258:9, 262:14, 262:17, 271:23, 282:3, 285:9, 292:11, 293:9, 295:20, 296:9, 304:20, 305:7, 306:21, 317:2, 317:20, 318:18, 319:3, 319:4, 324:18, 324:21, 330:10, 337:8, 342:19, 346:22, 349:7, 357:5, 357:15
**YESTERDAY** [4] - 236:1, 236:8, 239:2, 294:12
**YOURSELF** [2] - 241:5, 241:22

## Z

**ZELIKSON'S** [1] - 227:1
**ZOOM** [4] - 239:7, 239:10, 239:20, 275:21