1           UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3      HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE

4

5   SANTA CLARITA VALLEY WATER AGENCY,     )
                                           )
6                 PLAINTIFF,               )        CASE NO.
                                           )
7            vs.                           )        CV 18-06825-SB
                                           )
8   WHITTAKER CORPORATION, et al.,         )        VOLUME 6
                                           )        PAGES 618 TO 687
9                 DEFENDANTS.              )
    _____)

10

11

12

13                  REPORTER'S TRANSCRIPT OF
                         TRIAL DAY 3
14              FRIDAY, NOVEMBER 19, 2021
                         1:07 P.M.
15               LOS ANGELES, CALIFORNIA

16

17

18

19

20

21

22

23   _____

24           MIRANDA ALGORRI, CSR 12743, RPR, CRR
                FEDERAL OFFICIAL COURT REPORTER
                350 WEST 1ST STREET, SUITE 4455
25              LOS ANGELES, CALIFORNIA 90012
                   MIRANDAALGORRI@GMAIL.COM

1      **APPEARANCES OF COUNSEL:**

2

3 **FOR THE PLAINTIFF:**

4   NOSSAMAN, LLP
    BY: BYRON P. GEE
5    BY: RAVEN MCGUANE
    BY: PATRICK J. RICHARD
6    BY: FRED FUDACZ
    777 South Figueroa Street
7   34th Floor
    Los Angeles, California 90017

8

9   NOSSAMAN, LLP
    BY: ILSE CHANDALAR SCOTT
10   50 California Street
    34th Floor
11   San Francisco, California 94111

12

 **FOR THE DEFENDANTS:**
13

    EDLIN GALLAGHER HUIE & BLUM
14   BY: MICHAEL E. GALLAGHER, JR.
    BY: FRED M. BLUM
15   BY: DANIEL ERIC TROWBRIDGE
    500 Washington Street
16   Suite 700
    San Francisco, California 94111
17

18 **ALSO PRESENT:**

19   Matt Stone
    Scott Fryer
20   Ron Beaton
    Eric Lardiere
21

22

23

24

25

1                              **INDEX OF WITNESSES**

2

3      **WITNESSES**                                                           **PAGE**

4      HUGHTO, PH.D., Richard

5              Cross-examination resumed by Mr. Blum                    622
               Redirect examination by Mr. Richard                     664
6              Recross-examination by Mr. Blum                         672
               Further redirect examination by Mr. Richard             679

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

## INDEX OF EXHIBITS

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 1 | Imminent and Substantial Endangerment Order | 659 | 659 |
| 203 | Procedures for Disposal Of Hazardous Materials | 628 | 628 |
| 221 | USEPA Letter | 652 | 652 |
| 225 | Whittaker Inspection Report | 673 | 673 |
| 420 | Zoch Expert Report | 420 | |
| 486 | Consent Order | 656 | 656 |
| 1381 | Determination of Violation | 669 | 669 |
| 1427 | Report | 647 | 647 |

1          **FRIDAY, NOVEMBER 19, 2021; 1:07 P.M.**

2              **LOS ANGELES, CALIFORNIA**

3                      -oOo-

4

5          (The following proceedings were held in

6          open court in the presence of the jury:)

7               THE COURT:  We are back on the record in

8     Santa Clarita Valley Water Agency versus Whittaker Corporation

9     with all present who were present before the break including

01:07PM  10   Dr. Hughto who is on the witness stand still under oath.

11               Do you understand that, sir?

12               THE WITNESS:  I do.

13               THE COURT:  We are in cross-examination.

14               Mr. Blum, you may continue whenever you're ready.

01:07PM  15          **RICHARD HUGHTO, PH.D.,**

16        **CALLED BY THE PLAINTIFF, WAS PREVIOUSLY SWORN.**

17               **CROSS-EXAMINATION (RESUMED)**

18    BY MR. BLUM:

19          Q     Mr. Hughto, are you ready to go?

01:07PM  20          A     I'm ready.

21          Q     Doctor, I want to back up a little bit on some

22    just general issues.

23               In the work you've done in the past, you have

24    worked on other perchlorate sites; correct?

01:07PM  25          A     I have worked on other perchlorate sites over the

1    years.

2         Q      And at least one of them, the perchlorate at the

3    site was at least all or partially the result of the

4    manufacturing of fireworks; correct?

01:07PM   5         A      It was a location called the fireworks site.  My

6    recollection -- it's been a while since I looked at the

7    records, but my recollection is it was -- I don't know for sure

8    that maybe some small percentage was other types of

9    manufacturing.  But it was primarily the fireworks site.

01:08PM  10         Q      The accelerant that shoots the fireworks in the

11   air is perchlorate; right?

12         A      It's an ingredient in the propellant.

13         Q      You have also worked at perchlorate sites which

14   resulted from blasting manufacturing of explosives for oil

01:08PM  15   fields?

16         A      It wasn't for an oil field.  It was -- it was

17   blasting rock during the construction of a highway.

18         Q      Okay.  Now, in terms of -- you've also worked on

19   sites that had volatile organic compounds in it; correct?

01:08PM  20         A      Yes, I have.

21         Q      And the sources of these VOCs have been various;

22   correct?

23         A      I have seen many different types of sources of

24   VOCs over the years.

01:08PM  25         Q      One of them -- one of the sources you've seen are

1    degreasers; correct?

2         A       I've seen sources from degreasers and many

3    different types of releases from degreasers.

4         Q       Generally, how are degreasers a source of VOC

01:09PM   5    contamination?

6         A       It's the degreaser operation as a whole that

7    could become a source.  First you have the solvent brought into

8    the facility and stored before it even gets to the degreaser.

9    There could be mishandling or releases during those processes.

01:09PM   10   There could be releases during the loading of the chemical, the

11   degreasing solvent into the degreasing machine.

12        There could be releases during the course of the

13   operation of the machine like I described for the extruding

14   site that I worked on where the vapors were not all captured

01:09PM   15   and escaped the machine and the solvent condensed and went into

16   the ground.  There could be leaks from pipes.  There could be

17   overfills of reservoirs.

18        There could be releases when the -- when the

19   vaporized degreasing solvent is recondensed to be reused, it

01:09PM   20   has some water it.  Some degreasing units have water separators

21   to separate the water from the solvent so you can reuse the

22   solvent.  So there could be releases as a result of that

23   operation.  There could be -- there's disposal of the sludge

24   that I have described earlier.  There's disposal of the water

01:10PM   25   from the separation process that -- and there are more.  A lot

1    of ways a degreasing operation can lead to release in the

2    environment.

3        Q       Is there any document that you've seen that shows

4    that Whittaker in particular disposed of any sludge from the

01:10PM   5    degreaser onsite?

6        A       I looked -- that was something I specifically

7    looked for actually looking through the documents is some

8    mention of the -- of the degreasing sludge, and the reason I

9    was looking for it is those very high concentrations I talked

01:10PM  10    about in the burn area earlier today.  It looked like the

11    sludge could have been the source of that.  But I've seen no

12    documentation of where the sludge from the degreasers went.

13        Q       And the source --

14        A       Whether it was manifested onsite, managed onsite,

01:11PM  15    burned onsite, what was done with it I don't know.

16        Q       And the source in the Burn Valley could have been

17    something other than sludge; correct?

18        A       There could have been other things.  They could

19    have dumped barrels of waste solvent or not waste solvent as

01:11PM  20    pure solvent -- that could have resulted in that kind of a

21    concentration.

22        Q       But these are all guesses because you really

23    don't know what the source is; correct?

24        A       Because there's no documentation of the different

01:11PM  25    potential sources than -- those are just hypothetical types of

1   situations that could have led to the situation that was

2   documented in the data.

3        Q     But to be fair, you're not saying there's no

4   documentation.  You're saying you've seen no documentation?

01:11PM   5        A     I'm saying that I have not seen documentation

6   what happened with that sludge.

7        Q     All right.  What's a water separator as it

8   relates to a degreaser?

9        A     Water separator is a -- I started to describe it

01:11PM   10   as -- as it relates to a degreaser, when the solvent is

11   vaporized in a vapor degreaser, it's -- it becomes a vapor

12   which is air.  And then, in order to be able to reuse it, it's

13   condensed, brought back into a liquid form.  There would be

14   some water because the air -- because when the -- when it

01:12PM   15   becomes a vapor in the air, it mixes with the air, and there's

16   a lot of water in the air.  So it becomes a mixture of the

17   solvent and water that gets condensed.

18             The idea of separating is, like I said earlier,

19   to recover the solvent to reuse it and get the water out of it

01:12PM   20   because water is a bad degreaser.

21        Q     Is it also --

22        A     So it's to remove the -- it's to separate the

23   water from the solvent to be able to reuse the solvent.

24        Q     And the water then is put down the sewer system

01:12PM   25   or at least it was in the past?

 1    A       There are situations where it goes into a sewer

 2  system, and then there are other methods of handling.

 3    Q       Is one of the reasons why you want to separate

 4  the water from the solvent is because TCE is expensive and you

01:13PM   5  don't want to waste it?

 6    A       That would be a reason for recovering it.  Like I

 7  said, water is a lousy -- a lousy solvent.  So -- for

 8  degreasing purposes anyway.  So you want to have the degreasing

 9  solvent be as pure a solution as you can so it -- so that you

01:13PM  10  might be able to reuse it, and cost is a consideration.

11    Q       Now, you also have experience in dealing with

12  VOCs at sites in which the VOCs were caused by leaks from dry

13  cleaners; correct?

14    A       Releases of dry cleaning facilities, yes.

01:13PM  15    Q       That's very -- it's not a rare instance in

16  today's environmental community finding VOCs connected with dry

17  cleaners; is it?

18    A       It is not unusual if you're studying a dry

19  cleaner or former dry cleaning location to find that there had

01:13PM  20  been VOC releases.

21    Q       Is it also because the dry cleaning units

22  sometimes use water separators?

23    A       If it's the whole process that was involved.

24  Separators are a component, are one type of release.  But the

01:14PM  25  releases I just discussed for vapor degreasers, many of those

628

1  would also apply as potential sources from a dry cleaning

2  operation.

3      Q    All right.  Now, I want to -- okay.  Let's move

4  back to where we ended.  If we could put up Exhibit 203,

01:14PM  5  please, which is the procedure manual, specifically page 5 or

6  .5.

7      (Marked for identification and received

8      into evidence Exhibit No. 203.)

9      Q    BY MR. BLUM:  Now, the area we talked about deals

01:14PM  10  with how things were to be burned at the site; correct?

11      A    Okay.  The title of the section is "Destruction

12  by burning."

13      Q    Now, did you review any documents that described

14  the different alternatives that Whittaker might have had for

01:15PM  15  destruction of perchlorate mandated by the Government?

16      A    I did.

17      Q    Was -- was Whittaker able to simply send the

18  perchlorate to an offsite disposal facility?

19      A    If we're thinking about the same alternative,

01:15PM  20  there was an alternative for ocean dumping which was no longer

21  allowed.  There was an option for offsite shipping and an

22  option for burning on the site.  There may have been a fourth,

23  but those are the ones I recall.

24      Q    The offsite shipping was to specified locations;

01:15PM  25  correct?

|   |   |
|---|---|
|  | 1    A       Well, they would have to be the permitted |
|  | 2   facilities like we had discussed earlier.  If you're going to |
|  | 3   ship a waste somewhere, that that location has to have a permit |
|  | 4   and accept that waste. |
| 01:15PM | 5        Q       So in your opinion, the contracts allowed |
|  | 6   Whittaker to send the perchlorate waste to any hazardous waste |
|  | 7   disposal facility? |
|  | 8        A       Now you're changing the question to a contract? |
|  | 9        Q       Well, under the contract with the Department of |
| 01:16PM | 10  Defense, was Whittaker able to send waste perchlorate to any |
|  | 11  facility that was permitted to accept hazardous waste? |
|  | 12               MR. RICHARD:  Objection.  Lacks foundation. |
|  | 13               THE COURT:  Sustained. |
|  | 14       Q       BY MR. BLUM:  Do you know whether or not |
| 01:16PM | 15  Whittaker was able to send perchlorate waste to any facility so |
|  | 16  long as it was permitted to receive the waste? |
|  | 17       A       Allowed by whom? |
|  | 18       Q       By the contract with the Department of Defense. |
|  | 19       A       First of all, I have not seen defense contracts. |
| 01:16PM | 20               THE COURT:  All right.  You've answered the |
|  | 21  question. |
|  | 22       Q       BY MR. BLUM:  All right.  Did you read any |
|  | 23  documents of people who had seen contracts? |
|  | 24       A       I believe I have. |
| 01:17PM | 25       Q       Isn't one of them both a declaration and a report |

1    by somebody called Robert Zoch?

2         A        I have seen Mr. Zoch's report and declaration.

3         Q        And his report is something that you at least

4    considered in this case; correct?

5         A        I did consider his report.

6         Q        All right.  Now, the procedures that are outlined

7    in the page that's up, which is 203.5, for the burning of waste

8    such as perchlorate, were those actually followed?

9         A        Is it -- when you say 203.5 is that -- I see.

10   It's blown up on the screen?

11        Q        Correct.

12        A        Is this the entire section that's blown up?

13        Q        Well, why don't we go through the -- we'll just

14   show the next two pages.  Keep going.

15                 Sitting here right now, do you have an opinion as

16   to whether or not the procedures in the manual were followed

17   for burning?

18        A        I'd have to read them and consider what I know

19   about the burning operation.

20        Q        All right.  You know what, let's go on then.  I

21   don't want to waste the time.

22                 What did Mr. Zoch say about the procedures that

23   were followed?

24        A        The procedures that were followed for burning?

25        Q        For burning, yes.

1        A        I don't recall that detail from his report.

2        Q        All right.  If we can go to his -- if you take a

3    look at Exhibit 420 that's in front of you, and it's not to be

4    published --

01:18PM    5            (Marked for identification Exhibit No. 420.)

6                    THE WITNESS:  420.

7        Q        BY MR. BLUM:  420, yes.

8        A        I have four binders that you have provided.  One

9    of them the first is 422, I think.  One of them just says 411

01:19PM   10   and 412.  One that has a series that's all in the 1300 series.

11                   MR. BLUM:  Your Honor, may my paralegal show him

12   where it is?

13                   THE COURT:  Yes.  Do you have an extra copy of

14   420?

01:20PM   15                   MR. BLUM:  I will move on to something else and

16   come back while you find it.

17                   THE COURT:  That's fine.

18       Q        BY MR. BLUM:  All right.  Let's talk about TCE.

19                   Now, is it true, Dr. Hughto, that in the late

01:20PM   20   1960s Whittaker switched from the use of TCE to TCA?

21       A        Actually, I do not believe that is so.

22       Q        Isn't that --

23       A        By the way, you're talking about at the Bermite

24   facility?

01:20PM   25       Q        Yes.

| | | | |
|---|---|---|---|
| | 1 | A | Okay. |
| | 2 | Q | Isn't that what you said in your report? |
| | 3 | A | I do not believe I said that in my report. |
| | 4 | Q | Okay.  How about in your -- why don't we go to |
| 01:20PM | 5 | | your deposition, page 83, line 7, through 84, line 8. |
| | 6 | | MR. RICHARD:  Just a moment, please.  That's |
| | 7 | | fine. |
| | 8 | | THE WITNESS:  There's nothing on the screen. |
| | 9 | | MR. BLUM:  We're putting it now. |
| 01:21PM | 10 | | THE WITNESS:  Okay. |
| | 11 | | MR. BLUM:  It should be on the screen right now. |
| | 12 | | All right.  Here we are. |
| | 13 | Q | Sir, do you see that? |
| | 14 | A | I do see that. |
| 01:22PM | 15 | Q | Didn't you testify on the date of your depo: |
| | 16 | | "Question:  On page 4 of the report, |
| | 17 | | it says, Whittaker initially changed from |
| | 18 | | TCE use to 1,1,1-trichloroethylene in the |
| | 19 | | late 1960s.  What kind of uses are -- is |
| 01:23PM | 20 | | TCE used for -- or what is TCE used for |
| | 21 | | generally? |
| | 22 | | "You said what is it used for today? |
| | 23 | | "Yeah.  What's it used for today? |
| | 24 | | Sure.  Let's go with that. |
| 01:23PM | 25 | | "Answer:  Not much. |

1          "Question:  Okay.  And why is that?

2          "Answer:  It is -- I don't know if

3      it's officially banned, but it fell into

4      the disfavor because of the toxicity

01:23PM  5      relative to some of the alternative chemicals.

6          "And in the -- in the -- in time --

7      19 -- sorry.  Were you done?

8          "Not quite.  The switch in the late

9      1960s, in my experience, was brought over

01:23PM  10     many industries that, at that time the

11     federal government and state governments

12     were concerned with the toxicity of TCE

13     and finding it in the environment and

14     encouraged industries or users who were

01:24PM  15     using TCE to look at alternatives."

16          Was that your testimony?

17     A     That's what it says here on the transcript.

18     Q     All right.  Now, can you go to your report which

19  is Exhibit 1305 at page 4.

01:24PM  20          Are you on page 4?

21     A     I'm on page 4, yes.

22     Q     Can you read the first sentence on page 4?

23     A     The first sentence on page 4 begins on page 3.

24     Q     All right.

01:24PM  25     A     Is that the sentence you're talking about?

1      Q      Yeah.

2      A      It reads, "Acton Mickelson," in parens, "1/1997

3  reported that Whittaker initially changed from TCE use to

4  1,1,1-trichloroethylene," in parens, "TCA in the late 1960s,

01:25PM  5  while PCE was reported to continue to be used into the 1970s."

6      Q      That's all.

7             Did you in any way say that you disagreed with

8  that statement?

9      A      When?

01:25PM  10     Q      Anywhere in your report.

11     A      I did not say that in the report.

12     Q      But are you disagreeing with it now?

13     A      I have looked for this document since I prepared

14  this report.  I disagree with that statement based on looking

01:25PM  15  at other documents that I had looked at prior to that and I

16  looked at subsequently.

17     Q      When you say subsequently, do you mean subsequent

18  to your deposition?

19     A      Yes.  I looked at documents subsequent to my

01:25PM  20  deposition, but they were documents -- the timing was

21  subsequent, but I had looked at documents earlier.

22     Q      So do you recall specifically at your deposition

23  being asked under oath whether you have agreed with that

24  statement in your report?

01:26PM  25     A      Are you talking about the part you just read?

 1          Q        No.  A different part.

 2          A        I will have to see the transcript.

 3          Q        This will be page 98, lines 2 through 19.

 4                   MR. RICHARD:  We would object, Your Honor, there

01:26PM   5  hasn't been a foundation for a contradiction under the rules of

 6  evidence.

 7                   THE COURT:  The objection is sustained.  The

 8  Court doesn't find it as being impeachable.

 9          Q        BY MR. BLUM:  When was TCA started?

01:27PM  10          A        What do you mean TCA started?

11          Q        When did -- was TCA ever used at the site?

12          A        I believe it was.

13          Q        When did they start?

14          A        I believe TCA was -- they began to use TCA

01:27PM  15  sometime in the 1980s.

16          Q        Can you tell me the document that was on your

17  list that you relied upon to reach that conclusion?

18          A        There are -- I tried to recall, anticipating a

19  question, I'm trying to recall which specific document.  It

01:27PM  20  refers to a request, I believe, for a waiver as part of one of

21  the DOD contracts to use TCA in place of PCE which was being

22  used prior to that time.

23          Q        Right.

24                   When do you have any -- what document did you

01:28PM  25  refer to -- let me ask it differently.

```
 1              When did they stop using TCE at the site?

 2       A      My understanding is that TCE was -- there was a

 3   changeover to PCE as -- because of what was specified in a

 4   proposal related to some manufacturing product, I believe, in

 5   the mid 1970s.  That would -- that would help define the

 6   beginning of the PCE period.  I'm not saying there is no

 7   overlap where TCA was used and PCE wasn't in the facility at

 8   the same time, but the PCE was introduced beginning in the

 9   1970s.

10       Q      And you've -- you had -- prior to your deposition

11   or your report, had you reviewed this document?

12       A      Yes.

13       Q      You just missed it?  That part?

14       A      Missed what?

15       Q      In your deposition the prior time and in your

16   report, you don't talk about that.  Did you just miss it when

17   you were reading it before the deposition or the report?

18       A      Well, I did -- I did read it.  I knew it was

19   there.  I knew what it said.  I did not write that down in the

20   report, but I reviewed tens of thousands of pages of stuff and

21   hundreds of documents that I didn't put into a 30-page report

22   either.  So it -- it did not make it into the report.

23       Q      Now, Dr. Hughto, you said you were aware or you

24   suspected that I was going to discuss this with you so you

25   tried to review the materials.
```

```
 1        A       I'm sorry.  I misled you then.  You asked one
 2   question, and when I said I was anticipating, I meant I was
 3   anticipating the next question.  This wasn't a different day.
 4        Q       Why did you go back and review the history of TCA
 5   versus TCE use?
 6        A       I didn't specifically go back to review that.  It
 7   was just something as I was rereading documents and looking
 8   at -- I don't recall the purpose I picked up any of the
 9   particular documents.  But then it -- then I will call it
10   pieces of the puzzle started to come together for me defining
11   this time period.
12        Q       Did counsel for the plaintiff inform you that the
13   defendants were arguing that the contamination couldn't be ours
14   because we didn't use TCE?
15        A       Could you repeat it, please?
16        Q       Did counsel for the plaintiffs in any way, shape,
17   or form inform you of words to the effect that the defendants
18   were arguing or stating that the contamination in the wells
19   couldn't be theirs because we did not use TCE?
20        A       I need a little help on the details.  You said
21   the contamination in the wells?
22        Q       Were you informed by plaintiff's counsel in any
23   manner that the defendants were arguing that Whittaker could
24   not be the source of contamination in plaintiff's groundwater
25   wells because we did not use TCE?
```

                1        A        Counsel did not in any way, shape, or form relate
                2    that argument to me.
                3        Q        Were you aware of that?
                4        A        Aware -- no.  I'm not aware of it now.
01:31PM         5        Q        Okay.  All right.  Let's go back to Mr. Zoch.  If
                6    you can turn to page -- first of all, who is Mr. Zoch?
                7        A        Mr. Zoch I do not know personally, but he's a
                8    professional engineer -- I can tell by the title in his
                9    report -- who was an expert on behalf of certain insurance
01:32PM        10    companies in litigation of Steadfast Insurance as subrogee or
               11    -gee, however you pronounce that, of Whittaker Corporation in a
               12    suit against the United States of America.
               13        Q        All right.  And, sir, you favorably relied on
               14    Mr. Zoch in your report, at least in one instance, to
01:32PM        15    contradict the opinion of Whittaker's expert; correct?
               16        A        Like I've said with many documents, I considered
               17    the documents by themselves and with the other documentation
               18    that I had and reviewed and rendered my opinions on that basis.
               19        Q        Well, the question is, if you look at your
01:33PM        20    rebuttal report which is Exhibit 1306 on page 2, don't you cite
               21    Mr. Zoch as a basis for contradicting the opinion of
               22    Whittaker's expert?
               23        A        I think I see where you're referring to.  I will
               24    just read the -- it's part of the paragraph.
01:34PM        25        Q        Please don't read it.  The question is didn't you

```
 1   rely on Mr. Zoch as a basis to contradict a statement made by

 2   Whittaker's expert?

 3        A    I used Mr. Zoch's report and my experience at

 4   quite a few sites where there was a transition from TCE to PCE

 5   and TCA as a basis for the statements made in that paragraph.

 6        Q    That's fine.  Now, I want you to go back to

 7   Mr. Zoch's report and go to page 20 of the report.  Tell me

 8   when you're there.  Section 4.4.3?

 9        A    I'm there.

10        Q    All right.  Now, the first couple -- the title of

11   the section is "Disposal of drum perchlorate waste."

12             Correct?

13        A    Yes.

14        Q    And doesn't Mr. Zoch conclude that under the

15   terms of Bermite's contracts referencing the government's

16   ordinance safety manual, perchlorate waste as well as other

17   explosives and munitions production waste were required to be

18   destroyed by burning?

19             Doesn't it say that?

20        A    It does say that.

21        Q    Do you have any reason to believe that the

22   opinion of Mr. Zoch, which you considered, is incorrect?

23        A    I have not seen the contracts that he's referring

24   to or the ordinance safety manual that he's referring to.  So I

25   don't have a basis to agree or disagree.
```

1    Q      Well, he saw and was able to review contracts

2    that you never saw; correct?

3    A      He's referring to contracts, and I have not seen

4    any of the contracts.

01:35PM   5    Q      But he saw contracts which you have not seen;

6    correct?

7           THE COURT:  The Court is going to sustain its own

8    objection as lack of foundation.  Please move on.  It's also

9    argumentative.

01:36PM   10   Q      BY MR. BLUM:  Did Mr. Zoch in his report refer to

11   contracts that you have not seen?

12   A      Mr. Zoch refers to a contract here.  Contracts,

13   plural.  And I have not seen contracts -- at least contracts

14   related to the materials being manufactured at the site.

01:36PM   15   Q      All right.  Mr. Zoch goes on to conclude, "A

16   destruction location was established at the site for this

17   purpose.  In a remote area of the property referred to as the

18   Burn Valley, two burn pits were established in accordance with

19   minimum separation distance requirements, with the government

01:36PM   20   safety manuals, and waste explosives pyrotechnic materials, and

21   propellants were disposed of onsite by open burning."

22          MR. RICHARD:  Your Honor, I hate to interrupt.

23   We are now reading from a hearsay document that is not in

24   evidence.  I will object.  Hearsay.

01:37PM   25          THE COURT:  Sustained.

1    Q        BY MR. BLUM:   In relying on or considering

2    Mr. Zoch's opinion, didn't Mr. Zoch conclude that the

3    propellant, that perchlorate was burned in the burn area

4    consistent with government regulations and requirements?

01:37PM  5    A        Mr. Zoch in this paragraph, he does describe the

6    burning -- the Burn Valley area where there were burn pits

7    where explosives and other wastes were burned.

8    Q        Consistent with government requirements?

9    A        He references contracts that reference

01:38PM  10   government's ordinance safety manual.

11   Q        And he references that the burning took place

12   consistent with those contracts?

13   A        Well, he doesn't use the term consistent with his

14   contract.  That's what I'm looking at.  "Under the terms of

01:38PM  15   Bermite's contracts referencing the government's ordinance

16   safety manual."  And it goes on to describe the burning

17   process.

18   Q        Okay.  All right.

19            Now, in terms of the Burn Valley, that is one of

01:38PM  20   the major areas where contamination was found; correct?

21   A        It is the area -- from the data that I reviewed,

22   the many, many thousands of pages of data I reviewed, the

23   highest concentrations of VOCs on the site.

24   Q        And of those VOCs, isn't the overwhelming

01:39PM  25   majority TCE?

1      A      I'm not even sure it's the majority.  It is not

2   the overwhelming -- well, that's -- that would be something to

3   be subject to sample-to-sample, for example.  I referenced a

4   specific sample in my report because of the extremely high

01:39PM   5   concentrations.  In that particular sample, I'm not remembering

6   the exact numbers of TCE, maybe a majority, but it's not an

7   overwhelming majority.

8      Q      Right.

9      A      We could look at the other hundreds of samples

01:39PM  10   and see if it holds for those as well if you have the

11   documents.

12      Q      Now, Dr. Hughto, were government inspectors at

13   the Whittaker site at the time Whittaker was performing under

14   these government contracts?

01:39PM  15      A      It's my understanding that there were government

16   inspectors present at the facility at different points in time.

17      Q      All right.  And these inspectors, do you have

18   knowledge of what they did?

19      A      I saw descriptions.  I think it was at least in

01:40PM  20   some of the deposition testimony.  They observed different

21   operations and reviewed materials during the manufacturing

22   process.

23      Q      Did any of the depositions discuss the fact the

24   inspectors also were there, for instance, at the burnings at

01:40PM  25   the burn pit?

1      A      I believe I did see testimony relate that they

2  did observe at least some of the burning.

3      Q      By the way, the burning, wasn't that also done

4  under permits from the L.A. County Fire Department?

01:40PM   5      A      It was.

6      Q      And at some point, Whittaker lost their permits

7  or lost the ability to burn at the site; correct?

8      A      That is true.  I understand Bermite lost their

9  permit at a point.

01:41PM   10     Q      Wasn't that the emergency that caused Whittaker

11 to have to store drums of used perchlorate at the Hula Bowl?

12     A      I don't know that that's a fact.

13     Q      Well, when you said there was an emergency, you

14 don't know what the emergency was; correct?

01:41PM   15     A      No.  The author of that document did not specify

16 what the emergency was.  Just there's an emergency.

17     Q      So when you said the emergency, that you found it

18 was unusual that there was an emergency because they had been

19 doing this a long time, that was sheer speculation on your

01:41PM   20 part, wasn't it?

21     A      Well, I don't think I can answer the question

22 because I didn't say what you said I said.

23     Q      Well, do you recall what you said?

24            THE COURT:  Move on to your next question.

01:41PM   25     Q      BY MR. BLUM:  Sir, did you read any documents

644

 1   that discuss the fact that, after the permit was removed to

 2   burn, that Whittaker was having a very difficult time finding a

 3   place for the lawful disposal of the perchlorate waste?

 4          A       Could you repeat the question?

01:42PM   5          Q       Did you -- do you see any documents that discuss

 6   that, after Whittaker could no longer burn the material in the

 7   Burn Valley, that it was -- had to store the perchlorate waste

 8   until it found a lawful spot to dispose of it?

 9          A       I believe I saw documentations to that effect.  I

01:42PM  10   couldn't cite what the document was.

11          Q       And Whittaker was able to dispose of some of it

12   at another military facility; correct?

13          A       That's my understanding.

14          Q       And Whittaker was also able to get a temporary

01:42PM  15   permit from the fire department and the South Coast Air Quality

16   Management Board to burn some of it; correct?

17          A       I recall that they got a temporary permit.  I'm

18   not sure the issuing agencies.

19          Q       And the issue was not resolved until Whittaker

01:43PM  20   entered into a new agreement with the DOD, the Department of

21   Defense, so that it could dispose it at other locations;

22   correct?

23          A       That I don't recall the details of.

24          Q       All right.  We're getting towards the end here.

01:43PM  25   Let me just quickly -- were degreasers used at the facility in

```
 1   the 1940s and 1950s?

 2        A      I believe so.

 3        Q      And in World War II, wasn't TCE used as part of

 4   the degreasing process?

 5        A      I believe it was.

 6        Q      And sumps --

 7        A      You said in World War II.  You mean during

 8   World War II?

 9        Q      During World War II.  The answer is they were;

10   correct?

11        A      It's my understanding that TCE was used as a

12   degreaser at a facility during World War II.

13        Q      And, sir, as an environmental professional, is

14   the presence of a sump sort of a red flag as a place you would

15   check if you're doing an environmental assessment?

16        A      As I discussed yesterday, doing site assessments,

17   I talked about looking for characteristics or parts of

18   operations that could result in contamination and those be

19   further investigated.  A sump, generally speaking, would be one

20   of those.  Depends on the use of a sump, what it's there for

21   and what it does.

22        Q      How about sumps in relation to degreasers?

23        A      If I were conducting an investigation -- site

24   assessment investigation, if I saw a sump related to a

25   degreaser, I would want to have further investigation
```

```
  1    undertaken.

  2         Q     Now, sumps are -- a lot of times they're made of

  3    concrete; correct?

  4         A     They're many different types of materials.  Some

  5    are concrete.  Some are open holes.  Some are plastic.

  6    Different materials.

  7         Q     If we take concrete, concrete is really not a

  8    barrier to the VOCs, is it?

  9         A     It's not a complete barrier to VOCs.

 10         Q     Certainly dirt isn't.

 11         A     The degree to which dirt is a barrier depends on

 12    the characteristics of the dirt.

 13         Q     Were there sumps at the facility in 1962 or

 14    before?

 15         A     I'm trying to recall when the 317 and 342 area

 16    sumps were constructed, and I'm just not recalling as I sit

 17    here.

 18         Q     All right.  Let's talk about Whittaker's --

 19    Whittaker and groundwater monitoring.

 20               Under their interim status permit, was

 21    groundwater monitoring required?

 22         A     I don't believe that it was.  It was required by

 23    the regulations, but I don't believe it was specified in that

 24    document.

 25               MR. BLUM:  All right.  I'm sorry, Your Honor.  I
```

1    just need to find something.  If we can have Exhibit 1427,

2    please.

3              (Marked for identification and received

4              into evidence Exhibit No. 1427.)

01:46PM  5        Q      BY MR. BLUM:  This is the regional board document

6    we discussed earlier.  Again, if you can go to page 2.

7        A      I don't believe I have a copy, so I will use the

8    screen.

9        Q      Okay.  Now, were you aware that a closure plan

01:47PM 10    for service impoundments was submitted by Whittaker to the

11   Department of Health Services in September of 1983?

12       A      I am aware of that.

13       Q      And by the way, DOHS, that's the predecessor of

14   the Department of Toxic Substances Control; correct?

01:47PM 15       A      I'm not certain of that.

16       Q      Do you have any reason to --

17       A      The agencies change their names.

18       Q      Do you have any reason to believe it's not true?

19       A      I do not have a basis to believe it's not true.

01:47PM 20       Q      Okay.  And the next sentence talks about soil

21   test results from samples obtained from below the surface

22   impoundment showed no --

23       A      I'm sorry.  I'm not seeing where you're reading

24   from.

01:47PM 25       Q      Right -- the sentence after they talk about the

closure plan.

01:48PM

01:48PM

01:48PM

01:48PM

01:49PM

01:49PM

A       What paragraph are you in?  Last paragraph?

Q       See where the soil test results?

A       On the third line there?

Q       Yeah.

A       I see it.

Q       Okay.  Did you ever see those soil test results?

A       I can't say, as I sit here, whether I've seen them or not.  I have seen mention of them, but I just don't recall.  This work that was done here, this closure type work was done without an approved closure plan, going back and forth with the agencies about closure plan and the inadequacy of monitoring.  So I do not recall the specific sample results.

THE COURT:  The jury is to disregard everything after "I can't say, as I sit here."

Q       BY MR. BLUM:  If you don't know -- if you don't remember you've seen them, does that mean they don't exist?

A       If I have not seen something, that doesn't mean it doesn't exist.

Q       All right.  According to the regional board, didn't they conclude that no groundwater monitoring system at the facility is required for current ISD compliance?

A       Could I take a look at the whole document?  I'm recalling something about this document that further explains the sentence that you have isolated.

1    Q      Okay.  If you give us a moment, we will get you

2    the document.

3                  MR. BLUM:  May Mr. Fryer approach, Your Honor?

4                  THE COURT:  Yes.

01:51PM   5    Q      BY MR. BLUM:  Do you have it before you now, sir?

6    A      I do.  The question?

7    Q      Didn't the Regional Water Quality Control Board

8    conclude in 1985 that no groundwater or monitoring system at

9    the facility is required for current ISD compliance?

01:51PM  10    A      That sentence -- you have read that sentence.

11   The reason I asked for the entire document, there's a form at

12   the end of the document that --

13                  MR. BLUM:  Your Honor --

14                  THE WITNESS:  -- that is part of the basis for

01:52PM  15   it.

16                  THE COURT:  If you can answer the question yes or

17   no.  If you can't, say I can't answer it yes or no.

18                  THE WITNESS:  Well, the sentence you read is on

19   the page.

01:52PM  20    Q      BY MR. BLUM:  Do you have any reason to believe

21   that that is not what -- never mind.

22                  Now, didn't they go on to talk about the fact

23   that they had sampled a well onsite?

24    A      Do you want me to go from memory or pull it up?

01:52PM  25    Q      You can go to just below that, a recent water

1    analysis.

2              THE COURT:  The question is did they go on to

3    state that they did well sampling analysis or that they had

4    sampled a well onsite?

01:53PM  5              THE WITNESS:  (Witness reviewing document.)

6              The highlighted sentence and the sentence above

7    it do describe there was a sample collected from production

8    well property.

9         Q    BY MR. BLUM:  And, finally, didn't the report

01:53PM  10   conclude that, based on all the data, that the board wanted

11   additional sampling; correct?  That's the next page.

12        A    The board -- it's recommended that groundwater

13   from the facility's production well -- I'm assuming it's the

14   production well referenced on the previous page -- should be

01:54PM  15   analyzed for more parameters.

16        Q    And isn't this the basis on which the 1985 result

17   that found VOCs in the production wells, isn't this the

18   evolution of that?

19        A    Subsequent sampling in 1985 did show that there

01:54PM  20   were organics in that production well.

21        Q    And it was sampling done by the Regional Water

22   Quality Control Board; correct?

23        A    I believe that it was.

24        Q    And after that, wasn't there then discussions

01:54PM  25   between EPA and Whittaker in which there was an agreed order

1   entered into that would deal with the monitoring wells?

2        A       There was an order in 1986, I believe was the

3   timing, that dealt with -- in part dealt with the monitoring

4   wells.

01:55PM   5        Q       And now, in terms of the monitoring wells, is it

6   important to understand with -- I guess it's called the

7   geophysical conditions of the aquifers before you place a

8   monitoring well?

9        A       What geophysical characteristics are you talking

01:55PM  10   about?

11        Q       Well, you have to know which way groundwater

12   flows, don't you?

13        A       That is more hydrology than geophysics.  The

14   geophysics threw me.

01:55PM  15        Q       But you need to know information about where the

16   groundwater, where the aquifers are, what is the direction, and

17   geophysical conditions like that; correct?

18        A       Again, those -- I wouldn't call those geophysical

19   conditions.  But the -- when you place a monitoring well,

01:56PM  20   you're placing it for a purpose.  And the purpose varies one

21   well to the next.  It is helpful to know which way groundwater

22   flows.  It's helpful to know the soil characteristics at

23   different depths.  However, if you haven't put a well in yet,

24   this is your first well, you don't know those things

01:56PM  25   necessarily.  So you're putting the well in in part to

1   determine those things, and then you can use that information

2   when you put in subsequent wells.  That's why you put in more

3   than one.

4       Q       Didn't it, in the agreement with EPA, didn't EPA

01:56PM   5   state that the priority should be -- for Whittaker should be on

6   placing wells to determine the geophysical characteristics

7   rather than actually monitoring for VOCs?

8       A       I don't have that document committed to memory.

9       Q       All right.  If you can go to Exhibit 221 which is

01:57PM   10  in as stipulated.

11              (Marked for identification and received

12              into evidence Exhibit No. 221.)

13      Q       BY MR. BLUM:  Do you recall seeing this document,

14  sir?

01:57PM   15  A       I have seen that document.

16      Q       All right.  And what is it?

17      A       It is a consent agreement and final order,

18  Whittaker Corporation-Bermite division.  It is written by the

19  USEPA, and it is addressed to Mr. Louttit at

01:57PM   20  Whittaker Corporation.

21      Q       This is basically the cover letter that attaches

22  the consent agreement; right?

23      A       The consent agreement, yes.

24      Q       And if you can go to page 3, the first full

01:57PM   25  paragraph starts out about the hydrogeologic assessment.

1          A          The first three words are the hydrogeologic

2    assessment.

3          Q          What is a hydrogeologic assessment?

4          A          It is an assessment of the conditions that relate

01:58PM  5    to groundwater flow.

6          Q          And didn't the EPA want Whittaker to do a

7    hydrogeologic assessment before designing a monitoring plan?

8          A          Was that in this paragraph?

9          Q          If you could --

01:58PM  10         A          Hydrogeologic assessment is part of a monitoring

11   plan.

12         Q          Can you go to the next paragraph, please, where

13   it says, "We recognize"?  Do you see that, sir?  "We recognize

14   that the groundwater monitoring plan will be preliminary in

01:58PM  15   nature until the results of the hydrogeologic assessment are

16   done.  At that time a more detailed groundwater monitoring

17   program will be designed.  Since these investigations are more

18   often an iterative process, it is appropriate to submit general

19   information at this time on well design and development."

01:59PM  20         A          Except for a few words, that's what's on the

21   page.

22         Q          So EPA wanted Whittaker to focus on designing the

23   hydrogeologic conditions and then prepare a comprehensive

24   monitoring plan; correct?

01:59PM  25         A          It's all part of the same process here.  It's an

01:59PM

1  iterative process.  You begin by -- like I said, you apply

2  whatever information you have in the hydrogeologic assessment.

3  If you don't have any wells in the ground or you haven't done

4  any subsurface investigation, you use the information that you

5  have which could be called a hydrogeologic assessment, and then

6  you build from there in this iterative process into building a

7  plan for where you would put wells at what depth and other

8  characteristics of the next step in this iterative process.

9       Q     So it's not like you start -- you don't start

02:00PM

10  with 200 wells, do you?  You start with a few, and then you

11  build.

12       A     For what?

13       Q     To get a full monitoring program.

14       A     You're just talking about in general?

02:00PM

15       Q     Yes.  In general.

16       A     Like it says here, the -- these are -- the

17  hydrogeologic investigation for hydrogeology purposes, for

18  contaminant migration purposes is an iterative process that

19  builds.  You collect some data.  You learn, and you develop

02:00PM

20  more data to more fully understand.

21       Q     All right.  I've just got a couple more

22  questions.  I have one on the Hula Bowl.

23            Were fireworks found in the Hula Bowl?

24       A     I believe there was an observation of fireworks.

02:01PM

25       Q     When were fireworks manufactured at the site?

```
 1        A        I don't recall the precise dates.

 2        Q        Weren't they manufactured prior to 1945?

 3        A        My recollection is that it was early in the

 4   manufacturing process here.  Whether it's before '45 or some

 5   other year, I don't recall off the top of my head.

 6        Q        It was certainly before 1967, wasn't it?

 7        A        I believe that it was.

 8        Q        So let's go to the last issue, and I want to talk

 9   about the -- what we have been calling solid waste management

10   units or SWMUs.

11                 Now, the Whittaker site was divided into a number

12   of solid waste management units; correct?

13        A        There were a number of solid waste management

14   units identified on the site.

15        Q        All right.  And -- I'm sorry.  I'm just looking

16   for the exhibit.  If you can pull up 486, please.

17                 486, this is the consent order that you discussed

18   earlier with Mr. Richard; correct?

19        A        Yes.

20        Q        All right.

21                 MR. RICHARD:  Is this now going to be in

22   evidence?

23                 MR. BLUM:  Your Honor, it's in evidence except

24   for certain points that are -- my understanding, that's your

25   ruling yesterday.
```

02:01PM (line 5)
02:01PM (line 10)
02:01PM (line 15)
02:02PM (line 20)
02:02PM (line 25)

1          THE COURT:  In any event, it is now received.

2          MR. RICHARD:  Thank you, Your Honor.

3      (Marked for identification and received

4      into evidence Exhibit No. 486.)

02:02PM   5      Q      BY MR. BLUM:  If you can go to 486.11.  I'm

6  sorry.

7          This consent order, who was it entered into?

8  Between Whittaker and who?

9      A      Could you go to the first page of it?  That's a

02:03PM  10  cover letter.  The first page of the order.

11      Q      It's a Department of Toxic Substances Control;

12  correct?

13      A      That's the author of the letter that's on the

14  screen.

02:03PM  15      Q      Well, technically it's the people of California;

16  correct?

17          THE COURT:  Go ahead and ask another question.

18      Q      BY MR. BLUM:  Sir, this was done, what, in 1994;

19  correct?

02:03PM  20      A      This letter was written November 21, 1994.

21      Q      And that's the date of the consent order;

22  correct?

23      A      That's the date of this letter that I believe is

24  transmitting the consent order.

02:03PM  25          THE COURT:  He doesn't have the document fully

1   before him.  If you want to just go to the signature page, for

2   example, or wherever else that information might be found.

3              MR. BLUM:  I will do that, Your Honor.  Thank

4   you.

02:04PM  5        Q     Page 486.46.  What was the date of the signature?

6        A     There are two signatures here.  The chief of site

7   mitigation branch at the DTSC signed it on November 21 of 1994,

8   and Mr. Louttit of Whittaker signed it on November 15th of

9   1994.

02:04PM  10       Q     All right.  Now, if we can go back to page 11.

11   Do you see section 2.3.2.3?

12       A     I see it.

13       Q     Sir, is it correct that, as of the date of this

14   agreement, the closure plan has been implemented for all of the

02:05PM  15   hazardous waste management units?

16       A     It says that.

17       Q     Do you have any reason to believe that's not

18   true?

19       A     I don't know which closure plan or which

02:05PM  20   hazardous waste management units are being discussed.  So I

21   don't know whether the plan has been implemented or not.

22       Q     Well, doesn't it say for all?  So all of the

23   SWMUs there been a closure plan implemented.

24       A     And I don't know if somewhere else in this

02:05PM  25   document it says this relates to only these solid waste

```
 1    management units.  I don't know what it refers to.

 2         Q      But this is a document, by the way, that you

 3    considered; correct?

 4         A      By the way, it says hazardous waste management

 5    units, not solid waste management units.  It is a document

 6    that --

 7         Q      Doesn't it go on to say that 13 of the 14 units

 8    were certified closed by the department?

 9         A      It does say that.

10         Q      What does "certified closed" mean?

11         A      Usually there's a closure document that's

12    submitted to the government, and that document is -- would be

13    certified by a professional engineer or someone else authorized

14    to certify it.  This says by the department.  Often that's done

15    by the private sector, but apparently it says here somebody at

16    the department did it.

17         Q      Doesn't that mean that the Department of

18    Substances Control were satisfied that, of the 14 hazardous

19    waste management units, 13 of them had been properly cleaned to

20    the satisfaction of the State of California?

21         A      What it says is 13 of the 14 units were certified

22    closed by the department.  It is my understanding that that is

23    the Department of Toxic Substances Control and, if true, that

24    they certified them as closed.

25         Q      And does that mean there's nothing more to do on
```

| | |
|---|---|
| 1 | them by Whittaker? |
| 2 | A    There are -- I have had experience more than once |
| 3 | that something has been given a no further action letter or |
| 4 | been determined to be closed by a government agency and had |
| 02:07PM 5 | been reopened for one purpose or another.  That is not |
| 6 | addressed in these few lines you gave me here, so I can't tell |
| 7 | you it means nothing else needs to be done.  There could be |
| 8 | post-closure monitoring which is not unusual that, after |
| 9 | something is closed, that the groundwater has to be monitored |
| 02:07PM 10 | for some period of time in order to ensure that the closure was |
| 11 | effective.  That could have been a condition. |
| 12 | Q    Did you review any documents that said that |
| 13 | post-closure of these units, that they were ever reopened? |
| 14 | A    I don't know what the 13 units are, so I can't |
| 02:08PM 15 | say one way or the other. |
| 16 | Q    Last document -- and this is fast, and then we're |
| 17 | done -- is Exhibit 1 which is the ISE, the imminent and |
| 18 | substantial endangerment order. |
| 19 | (Marked for identification and received |
| 02:08PM 20 | into evidence Exhibit No. 1.) |
| 21 | Q    BY MR. BLUM:  Now, this is a document you have |
| 22 | also relied upon; correct? |
| 23 | A    I have a leaky cup up here. |
| 24 | You asked if it is a document I considered? |
| 02:08PM 25 | Q    Yes. |

|        |    |                |                                                          |
|--------|----|----------------|----------------------------------------------------------|
|        | 1  | A              | It is.                                                   |
|        | 2  | Q              | Now, this document advises who the parties are;          |
|        | 3  | correct?       |                                                          |
|        | 4  | A              | Yes.                                                     |
| 02:09PM| 5  | Q              | All right.  Now -- sorry.                                 |
|        | 6  |                | Now, if you could take a look at Exhibit 1.4.            |
|        | 7  | Tell me when you're there.                                                |
|        | 8  | A              | It's page 4 of the document; correct?                    |
|        | 9  | Q              | Yes.  And section 1.3 under status.                      |
| 02:09PM| 10 | A              | I see that.                                              |
|        | 11 | Q              | Does the document define who the current owner           |
|        | 12 | and operator of the site was as of 2002?                                  |
|        | 13 |                | THE COURT:  You said 2002?                               |
|        | 14 |                | MR. BLUM:  Yes, sir.                                     |
| 02:10PM| 15 |                | THE COURT:  Thank you.                                   |
|        | 16 |                | THE WITNESS:  My answer is it does.                      |
|        | 17 | Q              | BY MR. BLUM:  Who was it?                                |
|        | 18 | A              | It was Santa Clarita, LLC.                              |
|        | 19 | Q              | Okay.  And this was the company that purchased          |
| 02:10PM| 20 | the property from Whittaker; correct?                                      |
|        | 21 | A              | It says here that the -- it was sold.  Whittaker         |
|        | 22 | sold it to Santa Clarita, LLC.                                            |
|        | 23 | Q              | Okay.  So at the time in 2002, do you understand        |
|        | 24 | what the status was of SCLLC?                                              |
| 02:10PM| 25 | A              | Status in what way?                                      |

1          Q       Do you know whether or not they declared --

2    recently declared bankruptcy?

3          A       I do not know whether they declared bankruptcy or

4    not.

02:10PM   5          Q       Well, do you know whether or not the fact that

6    they couldn't keep cleaning up the site was the reason why the

7    ISE was issued to Whittaker?

8          A       I don't know what the motivation of the

9    government was.  I know Whittaker was a PRP.  By selling the

02:11PM  10    property, they're still a PRP in my experience.  I don't know

11    that the financial status of Santa Clarita, LLC, had anything

12    to do with why Whittaker became a party to this order.

13          Q       So this -- so this order could have had nothing

14    to do with the failure of Whittaker to do anything; correct?

02:11PM  15          A       I don't understand the question.

16          Q       Well, you stated to the jury that the reason that

17    the order was significant to you is because it implied that

18    Whittaker wasn't following through with what they were

19    obligated to do at the site, didn't you?

02:11PM  20          A       I didn't say those words.

21          Q       But that was the gist of what you meant.

22          A       I will tell you what I meant.  There have been a

23    series of orders -- there was.  I'm sorry.  There was a series

24    of orders at the site including the one in the mid '90s that

02:12PM  25    had many of the same requirements as this one in '02.  It was

```
 1   pursuant to this one.  And the one in '02, pursuant to that,

 2   the work -- the RIFS and remediation work was conducted by

 3   Whittaker and his consultants.  Similar activities were

 4   included in the order in the mid '90s but were not completed to

 5   the degree -- completed pursuant to this order.

 6        Q    Dr. Hughto, did this order have to do with

 7   Whittaker being out of compliance or SCLLC being out of

 8   compliance?

 9        A    I believe I said a little while ago that my

10   experience in a situation like this, once a PRP, you're always

11   a PRP.  The fact they sold the property, they still were owner

12   and operator for -- prior owner and operator and identified by

13   the government agencies as a PRP.

14        Q    Can you go to page 6, section 2.2?  About four

15   lines down starting "On or about January 25."

16             Isn't that correct, Dr. Hughto, that the reason

17   the litigation was initiated by the state that resulted in this

18   order was because SCLLC was out of compliance with the

19   February 14, 2001, enforceable agreement?

20        A    It states in this highlighted section -- and I

21   haven't read any other context to it that -- the

22   Attorney General's Office noted -- notified SCLLC and the

23   respondent, who would be Whittaker, that because -- that

24   because Santa Clarita, LLC, was out of compliance with the

25   February 14, '01 enforceable agreement, the state would
```

02:12PM (line 5)
02:13PM (line 10)
02:13PM (line 15)
02:14PM (line 20)
02:14PM (line 25)

1    institute litigation.  And the --

2         Q    Not because --

3         A    It lists the things they were going to be looking

4    to recover in the litigation.

02:15PM  5         Q    It wasn't because of anything Whittaker did.  It

6    was because of SCLLC not being in compliance that this

7    agreement was entered into; correct?

8         A    I wouldn't agree with that, and the reason is

9    that Whittaker is responsible for the waste being in the

02:15PM  10   ground.  So the whole reason there is an agreement is because

11   there's waste in the ground.  The part of the reason for this

12   agreement is that SCLLC wasn't -- was out of compliance, but

13   they were out of compliance because they were dealing with

14   someone else's contamination.

02:15PM  15        Q    Sir, after the ISC -- didn't -- didn't Whittaker

16   after this agreement -- after the action against SCLLC was

17   instituted, step back in and finish remediating the site?

18        A    You asked if Whittaker did?

19        Q    Yes.

02:16PM  20        A    I think I testified earlier that, after this

21   order, Whittaker brought in CDM Smith and did more thorough

22   investigations and remediation to the site.

23        Q    And hasn't Whittaker received certain clean

24   closure orders or orders from the State that have allowed them

02:16PM  25   to cease a lot of the cleanup operations because they have been

1    completed as of today?

2         A      I don't know if they're -- if they're -- you

3    called them orders?  Clean closure orders?  Required no further

4    action orders?

02:16PM    5         Q      Let me rephrase it.

6                Hasn't Whittaker received notifications from DTSC

7    that they believed that much of the remediation onsite has been

8    completed to the State of California's satisfaction?

9         A      They have received notifications that they have

02:17PM   10    completed certain aspects of the remediation.

11                MR. BLUM:  Thank you.

12                THE WITNESS:  You're welcome.  Thank you.

13                THE COURT:  Redirect?

14                MR. RICHARD:  Just a bit, Your Honor.  Thank you.

02:17PM   15                        **REDIRECT EXAMINATION**

16    BY MR. RICHARD:

17         Q      I'd like to begin by going back to Exhibit 1427,

18    this document from 1985.  This is --

19         A      It's just coming up on the screen?

02:18PM   20         Q      Yes.

21                Can we go ahead and put that up on the screen?

22    Do you have it?

23         A      I have it on the screen, yes.

24         Q      Great.  You were asked -- this is the document

02:18PM   25    from the California Regional Water Control Board -- Water

|    |    |
|----|----|
| 1  | Quality Control Board in 1985 that counsel just asked you about |
| 2  | in connection with groundwater monitoring.  And the phrase he |
| 3  | used was, after the board had reviewed all of the data, and I |
| 4  | sensed you wanted to say something about the last page, the |
| 5  | appendix.  So can you turn to the last page, Appendix A-1 of |
| 6  | this exhibit? |
| 7  | Do you have that there? |
| 8  | A     Yes. |
| 9  | Q     There's a reference to, right in the middle, type |
| 10 | of facility.  Do you see a reference to surface impoundment, |
| 11 | landfill, and the rest? |
| 12 | A     I do. |
| 13 | Q     My question is nothing from the Regional Water |
| 14 | Quality Control Board refers to the fact that Whittaker knew |
| 15 | that its surface impoundment at Building 317 had leaks and |
| 16 | overflow problems three years earlier, does it? |
| 17 | A     It does not. |
| 18 | Q     And did you see any evidence at all, any |
| 19 | documents, that indicate that Whittaker ever shared with the |
| 20 | Regional Water Quality Control Board, the memo that it had, |
| 21 | that study from Mr. Bean three years earlier, describing the |
| 22 | problems at the impoundment? |
| 23 | A     I've never seen documentation that the Bean memo |
| 24 | was provided to the regulatory agencies. |
| 25 | Q     And that surface impoundment, that was closed |

02:18PM (line 5)
02:19PM (line 10)
02:19PM (line 15)
02:19PM (line 20)
02:20PM (line 25)

|      |    |                                                                        |
|------|----|------------------------------------------------------------------------|
|      | 1  | without the participation of Alan Sorsher and other folks at           |
|      | 2  | DTSC; is that right?                                                    |
|      | 3  | A       That's my understanding.                                       |
|      | 4  | Q       If we could just briefly look at Exhibit 25                     |
| 02:20PM | 5  | again.  This is the memo three years earlier where Whittaker           |
|      | 6  | was discussing the need or possibility of groundwater                  |
|      | 7  | monitoring.  Not to take you through all of it again, but this         |
|      | 8  | is the memo that describes the overflow and the fact that the          |
|      | 9  | impoundment was used for uses it wasn't originally intended for        |
| 02:21PM | 10 | and --                                                                 |
|      | 11 | MR. BLUM:  Objection, Your Honor.  Counsel is                          |
|      | 12 | testifying.                                                            |
|      | 13 | MR. RICHARD:  I will rephrase.                                         |
|      | 14 | THE COURT:  That's okay.  I allowed you or you                         |
| 02:21PM | 15 | did a lot of just reading from the documents.  Especially given       |
|      | 16 | the amount of time that we have left and for speed, I'm going          |
|      | 17 | to allow you to summarize as to -- as opposed to asking whether        |
|      | 18 | he relied upon it.                                                     |
|      | 19 | MR. RICHARD:  Thank you.                                               |
| 02:21PM | 20 | Q       Again, for each of these problems that Mr. Bean                |
|      | 21 | went in through in some detail about the impoundment leaking           |
|      | 22 | and overflowing and having hazardous waste water released, was        |
|      | 23 | any of that information disclosed to the Regional Water Quality        |
|      | 24 | Control Board before Whittaker closed that impoundment without         |
| 02:21PM | 25 | the participation or knowledge of the State?                           |

1          THE COURT:  Based on the information that you

2     had.

3          THE WITNESS:  Not that I'm aware of from the

4     information I have received.

02:21PM  5     Q     BY MR. RICHARD:  And nothing in the exhibit that

6     Mr. Blum spent some time with you reviewing that letter from

7     the California Regional Water Quality Control Board in 1985

8     made any reference to either the Bean memo or the facts

9     regarding the problems with the sump in the Bean memo; is that

02:22PM  10    right?

11    A     That's correct.

12    Q     And one of the other topics we spent some time,

13    Mr. Blum asked you about, I think before our lunch break, had

14    to do with manifests for hazardous wastes.

02:22PM  15         Do you recall that discussion?

16    A     I do.

17    Q     And he talked about those would be done in

18    multiple copies and there could be tax ramifications and that

19    entire general discussion.

02:22PM  20         Do you recall that?

21    A     I do.

22    Q     And for manifest documentation, in your

23    experience, does it typically identify the identity of the

24    permitted entity that receives the hazardous waste?

02:22PM  25    A     It identifies it and a representative of that

1    facility signs the form, the manifest form.

2         Q       And is that important?

3         A       It's important because it's a document that has

4    importance, and it is this whole cradle-to-grave concept.  It

02:23PM  5    documents that the waste arrived at the facility where it was

6    supposed to have its, I'll call, final resting place.

7         Q       And so this idea that somehow the manifest that

8    you haven't seen would tell us what happened, was Whittaker

9    ever cited for deficient documentation of its manifest?

02:23PM 10        A       Yes, it was.

11        Q       And do you have Exhibit 1381 handy, sir, this

12   citation from June 4th -- I don't think we can publish it yet.

13   June 4th, 1986.

14        A       I do have it.

02:23PM 15               MR. RICHARD:  Okay.  Your Honor --

16        Q       And if you could turn to Count 9.  Can you tell

17   us, in general, what Count 9 refers to?

18        A       There's a subtitle under the words "Count 9"

19   manifest.  It describes how generators are -- requires

02:24PM 20   generators to designate on the manifest the name of the

21   facility which is to be permitted to handle the hazardous

22   waste.  The second paragraph says that, "On or about

23   June 25th, 1985, during the inspection of the facility, the EPA

24   inspector observed the manifest and lists the numbers of five

02:24PM 25   manifests.  Did not specify the name of the facility to be

1    permitted to handle the hazardous waste."

2          Q      So when the EPA came and inspected Whittaker's

3    records and they looked at the manifest, the manifest did not

4    have the name -- and they list several manifests there -- did

02:25PM  5    not have the name of the facility to be permitted to handle the

6    hazardous waste?

7          A      That's correct.  That's what this says.

8                MR. RICHARD:  Your Honor, we would move 1381 into

9    evidence.

02:25PM  10               THE COURT:  Received.

11               (Marked for identification and received

12               into evidence Exhibit No. 1381.)

13               MR. RICHARD:  Thank you.  If we can pull up

14   Exhibit 445, the mystery memo.

02:25PM  15         Q      You were asked a number of questions about

16   whether the various steps for a site investigation in 1987 were

17   generally appropriate.  What I wanted to ask you is this is a

18   document that refers to hazardous waste in landfills at

19   Whittaker.

02:25PM  20               Do you recall that?

21         A      I do.

22         Q      Did Whittaker provide this to the EPA in this

23   memo or this information in 1987?

24         A      My understanding is that it did not.

02:26PM  25         Q      And if you could look at what is in evidence as,

|     | I believe, Exhibit 501 from yesterday, you were just shown some |
| 1   | |
| 2   | records regarding a Gordon Louttit.  So we are looking at an |
| 3   | August 25th, 1988, letter that includes a certification under |
| 4   | penalty of perjury that the information is correct. |

1    I believe, Exhibit 501 from yesterday, you were just shown some

2    records regarding a Gordon Louttit.  So we are looking at an

3    August 25th, 1988, letter that includes a certification under

4    penalty of perjury that the information is correct.

02:26PM    5              Do you see that at page 2 of Exhibit 501?

6         A    I do.

7         Q    So this is a letter from Whittaker signed by one

8    of its executives to the USEPA; is that correct?

9         A    Yes.

02:27PM    10        Q    The Environmental Protection Agency that you were

11   asked some questions about a few minutes ago.  This is

12   documentation reports solid waste management units.

13              Do you see that at page 3 of the document?

14        A    I don't have a hard copy here in front of me.

02:27PM    15        Q    Can you go to page 3?

16        A    Yes.  The title is documentation report solid

17   waste management units.

18        Q    Okay.  Remind us, again, what is a solid waste

19   management unit?

02:27PM    20        A    It is an area component of a site in which waste

21   was handled and/or managed.

22        Q    Okay.  So in response to questions from the

23   USEPA, Whittaker writes and identifies at the next page,

24   page 4, units which were present at the facility, and you see

02:28PM    25   landfill referenced as the first type of unit?

```
 1          A      I do.

 2          Q      Then there's a reference to attachment table 2.1.

 3                 Can you go to page 6 of the document?  Do you

 4   have page 6?  There you go.

 5                 My question, sir, is did you see anywhere in this

 6   document that Whittaker in 1988, over a year after the mystery

 7   memo we talked about from June 1987, any reference that

 8   Whittaker was telling the EPA about the hazardous substances in

 9   its landfills?

10          A      Are you talking about the hazardous substances

11   and hazardous wastes documented in the memo?

12          Q      Yes, sir.

13          A      I have not seen documentation that those -- that

14   that memo was provided to the agencies.

15          Q      But here we do have a memo provided to the

16   agency, to the United States Environmental Protection Agency

17   from Whittaker under penalty of perjury; correct?

18          A      Yes.

19          Q      And here under the question of are materials

20   considered hazardous, the response was what?

21          A      Demolition and general trash, wood, scrap metal,

22   plastic parts, paper scrap.

23          Q      No discussion or disclosure in this particular

24   document to the United States EPA that, as identified in the

25   Whittaker memo that we talked about, the mystery memo, that not
```

02:28PM (line 5)
02:28PM (line 10)
02:29PM (line 15)
02:29PM (line 20)
02:29PM (line 25)

```
     1   only were there hazardous waste discovered in various land

     2   fills but that their consultant was recommending further

     3   investigation at that time.  We don't see that in this

     4   disclosure, do we?

02:30PM   5        A     I do not see it here.

     6              MR. RICHARD:  So I think that's all I have.

     7              Thank you so much, sir.

     8              THE WITNESS:  You're welcome.

     9              THE COURT:  Recross?

02:30PM  10              MR. BLUM:  Yes, Your Honor.

    11                    RECROSS-EXAMINATION

    12   BY MR. BLUM:

    13        Q     If we could -- the consent order or the complaint

    14   from the regulators dealing with manifests, that was in 1986;

02:31PM  15   correct?

    16        A     You're talking about the document that

    17   Mr. Patrick just asked me questions about?

    18        Q     Yeah.  Pretty much at the beginning of the

    19   redirect.

02:31PM  20        A     Well, it's dated -- the cover letter is June 4th

    21   of '86.

    22        Q     So the mystery memo deals with what will happen

    23   in 1987; correct?

    24        A     Well, the mystery memo was dated in 1987.  I

02:31PM  25   would have to look at it to see if it documented when those --
```

 1     the excavations and the investigations of the landfills was

 2     undertaken.

 3          Q     Okay.  Now, were you aware that there was an

 4     inspection done of the Whittaker site by the Department of

02:31PM   5     Health Services which was the predecessor to DTSC in 1988?  I'm

 6     sorry.  1989.

 7          A     I have seen documentation of different

 8     inspections.  I'm not remembering the dates.  But I've seen

 9     documentation of inspections.

02:32PM  10               MR. BLUM:  Can you bring up Exhibit 225.1?  I'm

11     sorry.  225.

12               THE COURT:  Is this an agreed-upon document?

13               MR. BLUM:  Yes, sir.  Sorry, Your Honor.  Yes, it

14     is.

02:32PM  15          (Marked for identification and received

16          into evidence Exhibit No. 225.)

17          Q     BY MR. BLUM:  This is something you also

18     considered in reaching your opinions, isn't it?

19          A     Was there a question?

02:32PM  20          Q     This is on your list of documents you reviewed;

21     correct?

22          A     I believe it was.  It is.

23          Q     All right.  If you can go to page -- I believe

24     it's .6 or the sixth page.

02:33PM  25               Now, didn't Whittaker provide for inspection to

1    the DTSC or the DOHS personnel manifest from 1986, 1987, and

2    1988?

3         A       I see.  It says the facility provided for review

4    the manifests for 1986, 1987, and 1988.

02:33PM    5         Q       And they were found to be adequately maintained;

6    correct?

7         A       That's correct.  That says that.

8         Q       And if the generator's name was not on the

9    manifest, they would not have been adequately maintained, would

02:33PM   10    they?

11         A       Well, maintenance is different from completing

12    the form.  You mentioned generator, and the earlier reference

13    to lack of a signature was not by a generator.  It's by a

14    receiving facility.

02:34PM   15         Q       Isn't -- the receiving facility isn't Whittaker,

16    is it?  Whittaker would be the generator, wouldn't they?

17         A       Yes.

18         Q       All right.  So I want to get some terms right so

19    the jury can understand it.

02:34PM   20              A lot of different people have to sign the

21    manifests; correct?

22         A       I wouldn't call it a lot, but there's a chain of

23    people that have to execute the manifest depending on how many

24    people are in custody of the waste.

02:34PM   25         Q       So the generator is the party that generates the

|  |  |  |  |
|---|---|---|---|

1    waste; correct?

2        A      That's correct.

3        Q      And waste from the Hula Bowl, that would have

4    been, assuming there was hazardous waste, that would have been

02:34PM 5    Whittaker; correct?

6        A      What would have been Whittaker?

7        Q      Whittaker would have been the generator since

8    they own the property on which the hazardous waste may have

9    been taken from; is that correct?

02:34PM 10        A      Again, are you talking about the Hula Bowl?

11        Q      Yes.

12        A      If hazardous waste was taken from the Hula Bowl

13    and disposed offsite, it's my opinion that Whittaker would have

14    been the generator.

02:35PM 15        Q      If they hire a transporter, the transporter has

16    to sign it also; correct?

17        A      Correct.

18        Q      And when they deposit it at the legal disposal

19    site, the party that receives it also has to sign it; is that

02:35PM 20    correct?

21        A      That is correct.

22        Q      And the signatures that were missing were from

23    the party that got the waste, not from Whittaker; correct?

24             MR. RICHARD:  Objection.  Misstates the document

02:35PM 25    and the testimony.

|    |    |
|----|----|
|  1 | Q       BY MR. BLUM:  Is it your understanding that the |
|  2 | signatures that were missing were from the party that received |
|  3 | the waste rather than from the generator which would have been |
|  4 | Whittaker? |
02:35PM 5 | A       It is my understanding is the missing signatures |
|  6 | that are cited in that document were of the receiving facility. |
|  7 | Q       So Whittaker did what they needed to do.  It was |
|  8 | somebody else who messed up? |
|  9 | A       I can't tell you what Whittaker did.  I can just |
02:35PM 10 | tell you what the document says.  It was missing signatures |
| 11 | from the receiving facility. |
| 12 | Q       Last thing.  Can we go to Exhibit 501?  This |
| 13 | was -- the date of the first page, this was in 1988; correct? |
| 14 | A       The date is August 25th, 1988. |
02:36PM 15 | Q       Eight years before the consent decree that we |
| 16 | discussed? |
| 17 | A       Approximately. |
| 18 | Q       All right.  And doesn't this document talk about |
| 19 | the waste that was present at the time in -- that they knew |
02:36PM 20 | about in 1988? |
| 21 | A       You're asking -- |
| 22 | Q       Well -- |
| 23 | A       What are you asking? |
| 24 | Q       Go to page 501.6.  When we talked about the |
02:37PM 25 | mystery -- 1987 memo, didn't it say in the memo that the wastes |

```
 1   that were hazardous were disposed of offsite?

 2        A    I believe there was reference to hazardous --

 3   wastes determined to be hazardous waste were disposed offsite.

 4        Q    So in 1988, a year later, isn't that correct that

 5   Whittaker could have properly and straightforwardly represented

 6   that they -- that at the current time there was no hazardous

 7   waste?

 8        A    I don't know that they had done a sufficient

 9   investigation of what was left behind --

10        Q    Do you know if they didn't?

11        A    -- to determine that it was not.  To answer your

12   question correctly, you would need to know what was left behind

13   after what they took away.  My understanding of what was taken

14   away was material that was identified to be a hazardous waste.

15   That doesn't mean they left -- they didn't leave behind stuff

16   that was hazardous waste but they didn't identify it to be

17   such.

18        Q    Or they didn't know it.

19        A    They -- if they did what they said and they

20   removed everything they determined to be hazardous waste, they

21   didn't know what was -- they didn't know they left any

22   hazardous waste behind.

23        Q    Sir, because you don't know the information, you

24   can't say to any reasonable scientific certainty that the

25   representations in 501 were not correct, can you?
```

1          A        What's the 501?

2          Q        Well, the description of materials were

3    demolition and general trash, wood, scrap, metal, plastic

4    parts, paper and scrap.  You can't say that Whittaker at that

02:38PM   5    time knew there was anything but those things at the site, can

6    you?

7          A        All I know from this document is what's written

8    here, and that's what someone put on the page for what was

9    observed.

02:38PM   10         Q        And you can't testify that anything in here was

11   knowingly wrong -- stated as knowingly wrong by Whittaker, can

12   you?

13         A        Further down the page it says -- under corrective

14   action, it says demolition materials, et cetera, have been

02:39PM   15   removed.

16         Q        Is that wrong?

17         A        I can't tell you.  I just know that someone

18   stated that.

19                  MR. BLUM:  That's it.

02:39PM   20                  MR. RICHARD:  Your Honor, may I just have one

21   question?

22                  THE COURT:  Yes.

23                  MR. RICHARD:  Thank you, Your Honor.

24   ///

02:39PM   25   ///

**FURTHER REDIRECT EXAMINATION**

BY MR. RICHARD:

Q       If we could go to page 2 of the mystery memo.
Again, this is the memo you understand, even though it's dated
1987, wasn't provided to Mr. Sorsher until 1991; is that
correct?

A       That's my understanding.

Q       And at the time that this memo was prepared, if
you look at page 2, in terms of whether Whittaker had completed
their investigation and removed hazardous substance -- all
hazardous substances, do you see the reference right in the
middle of the page, "The procedures tabulated information and
results"?  Do you see that paragraph?

A       I do.

Q       Can you read the second sentence of that
paragraph?

A       The known -- "The known investigated landfill
sites have not been removed total" -- I'm sorry.  Let me start
again.

"The known investigated landfill sites that have
not been removed total approximately 90,000 cubic yards."

Q       And you understand that this memo described not
only known landfill sites but other landfills that had not yet
been investigated?

A       That's correct.

1    Q       Based on your review of the data of the amount of

2  hazardous material and waste removed after 2002, do you have an

3  opinion as to whether all hazardous waste had been removed as

4  of 1988?

02:40PM   5    A       I don't think that that -- we could draw that

6  opinion because all the landfills hadn't been investigated yet.

7    Q       In other words, were they -- was Whittaker still

8  removing hazardous substances from the site after 2002?

9    A       That's correct.

02:41PM   10    Q       And that's the stuff you told us about in the

11  CDM Smith reports?

12    A       Yes.

13         MR. RICHARD:  I think that's all I have,

14  Your Honor.  Thank you very much.

02:41PM   15         MR. BLUM:  Nothing, Your Honor.

16         THE COURT:  You're excused.  Please watch your

17  step going down.

18         Ladies and gentlemen, we have now concluded for

19  the day, and the good news is the weekend is upon you.  So

02:41PM   20  please remember do not speak about the case, the people, or the

21  subject matter involved.  Continue to keep an open mind, and

22  please do have a very nice and safe and healthy weekend.

23         Thank you.

24         (The following proceedings were held in

02:42PM   25         open court outside the presence of the jury:)

1    THE COURT:  Please be seated.  We remain on the

2    record outside the presence of the jury.

3    You are excused, doctor.  Thank you.

4    I did want to just spend a few minutes -- one

02:42PM    5    moment, please.  Let's try to make this fairly brief.

6    With regard to the bench trial, I did give you,

7    Mr. Blum, overnight to reflect and tell me what you have

8    concluded.

9    MR. BLUM:  Your Honor, first, the challenge is to

02:43PM   10    use my imagination.  The scenarios I was coming up with were

11    actually -- some of them were actually very far out.

12    THE COURT:  Maybe it would be easier if you head

13    to the lectern given that that's a little bit higher and maybe

14    a little bit easier for you.

02:43PM   15    MR. BLUM:  Your Honor, if the evidentiary rulings

16    you made stay the same, which I'm assuming we can talk about

17    other sources which we have and we're allowed to talk about

18    what was found at the turnouts, which we have, if those don't

19    change, the only witnesses that I would anticipate are the two

02:43PM   20    we have already discussed.

21    THE COURT:  All right.  And when is your witness

22    going to be available?  I will speak with Mr. Richard in a

23    moment.  But I would like to hear from them next week.

24    MR. BLUM:  Then I will make sure they're

02:44PM   25    available next week, Your Honor.

|  | 1 | THE COURT:  All right.  And remind me -- I'm not |
|  | 2 | recalling your witness off the top of my head. |
|  | 3 | MR. BLUM:  Mr. Masard. |
|  | 4 | THE COURT:  Thank you, Mr. Blum. |
| 02:44PM | 5 | Let me hear from you, Mr. Richard.  You had |
|  | 6 | mentioned that your witness had some health issues. |
|  | 7 | MR. RICHARD:  Yes.  He was in the hospital today |
|  | 8 | for a procedure.  I haven't had the opportunity to see how it |
|  | 9 | went.  Our anticipation, he would be available Monday.  We |
| 02:44PM | 10 | should be able to confirm that today or tomorrow and notify the |
|  | 11 | Court.  That would be our expectation that he would be |
|  | 12 | available Monday. |
|  | 13 | THE COURT:  All right.  So you should plan on his |
|  | 14 | testifying on Monday, and then how much time are you |
| 02:44PM | 15 | anticipating with him? |
|  | 16 | MR. RICHARD:  I don't remember if we said an hour |
|  | 17 | or hour and a half. |
|  | 18 | MR. GEE:  More like an hour and a half. |
|  | 19 | MR. RICHARD:  More like an hour and a half. |
| 02:44PM | 20 | THE COURT:  That is for direct or everything? |
|  | 21 | MR. RICHARD:  I really think that would be |
|  | 22 | everything because direct would be about an hour with him. |
|  | 23 | THE COURT:  Do you have a sense as to how much |
|  | 24 | time you will need on cross-examination, Mr. Blum? |
| 02:45PM | 25 | MR. BLUM:  Your Honor, there's not much.  I would |

say a half hour would be more than adequate unless he goes to a

place I don't anticipate.

THE COURT:  All right.  Then why don't we just

have -- we will just have him on Monday, and then we can have

02:45PM   the defense witness on Tuesday.

MR. BLUM:  I will talk to Mr. Mesard, and I will

do -- I will make sure he is available on Tuesday.

THE COURT:  All right.  And anticipate that we

will start up at 2:30.  We may need a break, but figure they

02:45PM   need to be here at 2:30.

All right.  And one last item and that has to do

with the Court's procedure for disclosing witnesses and

exhibits for those witnesses, particularly the challenged

exhibits.

02:46PM   I believe I -- that we have -- or I have been

advised that we only have through Monday.  We have Trudell,

Stanin.  I know we have, I believe, the video testimony that is

going to occur.  And then I have M-a-n-s-a-d-a.  So tell me,

Mr. Richard, what witnesses do I have and through when?  I told

02:46PM   you what I think we have, and -- but I also want you to confirm

that and also tell me whether that's only through Monday.

MR. RICHARD:  I would be shocked if we got

through Ms. Stanin, Dr. Trudell, our Peloquin video.  That's

probably going to take most of Monday and Tuesday, Your Honor.

02:47PM   We have identified the ten exhibits.  I don't believe any of

those are in dispute.  There's a little bit of slippage for the

meet and confer, frankly.  So we have identified the exhibits

we expect to use with Dr. Najm.  I haven't had a chance to

check my e-mail for further meet and confer on that.  I would

02:47PM  expect Dr. Najm to go Tuesday or Wednesday would be my best

estimate.

THE COURT:  I'm just going to remind the parties

of the procedure that I set up and the potential consequences

for the failure to satisfy it.

02:47PM  My interest and concern is to make sure that I

have a day to actually look at whatever the disputes are so

that I can then speak with you the following day, and the

following day typically is going to be in the afternoon because

I don't have much time in the morning.

02:47PM  So if that procedure is not being satisfied, what

the parties can expect is one of two things.  Either exclusion

or more likely, if this is a lesser way of handling it, that

you simply won't be able to either call the witness or use the

exhibits that are challenged.  Perhaps just the latter.

02:48PM  And I'm not going to -- I do not want to be

placed in a position where I'm being pressed in the last minute

to have to make decisions because the parties are sending me

something early in the morning.  That happens, but it really

shouldn't happen in this case.  This case has been around for a

02:48PM  while, and I have set up a procedure that I think is fairly

1    designed to avoid it.  So that's going to be the last I will

2    say on that, and I think that is the only -- or the last item

3    that the Court wanted to address this afternoon.

4              So unless there is anything further from either

02:48PM   5    side, we will recess for the day on this matter.

6              MR. BLUM:  Your Honor, there was also

7    Mr. Lardiere who is on that list.  That's another witness.

8              THE COURT:  All right.  Mr. Lardiere I do have,

9    and that has been resolved.

02:49PM  10              Is there anything further we need to address?

11              MR. RICHARD:  My colleague wishes to address the

12   Court, Your Honor.

13              THE COURT:  Mr. Gee?

14              MR. GEE:  While we're on the record, when I was

02:49PM  15   presenting the testimony of Mr. Abercrombie, I didn't --

16   Exhibit 497 was stipulated, published, and entered, but I did

17   not provide the Court with the name of the exhibit which is the

18   water supply portfolio graphic.

19              THE COURT:  Very well.  Thank you.

02:49PM  20              Anything else for the plaintiff before I ask

21   Mr. Blum and we conclude?

22              MR. RICHARD:  What a great high note to end on.

23   No, Your Honor.  Thank you.

24              THE COURT:  All right.  Mr. Blum?

02:49PM  25              MR. BLUM:  No, sir.

1              THE COURT:  Then we are in recess.  Have a good

2     weekend, everyone.  Everyone is ordered back here at

3     8:00 o'clock on Monday.

4              MR. BLUM:  Thank you, Your Honor.

02:50PM    5              (Proceedings concluded at 2:50 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5              I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15                    DATED THIS  20TH  DAY OF NOVEMBER, 2021.

16

17

18                    /S/ MIRANDA ALGORRI

19                    _____
                      MIRANDA ALGORRI, CSR NO. 12743, CRR
20                    FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25

**'**

**'01** [1] - 662:25
**'02** [2] - 661:25, 662:1
**'45** [1] - 655:4
**'86** [1] - 672:21
**'90S** [2] - 661:24, 662:4

**/**

**/S** [1] - 687:18

**1**

**1** [3] - 621:4, 659:17, 659:20
**1,1,1-**
 **TRICHLOROETHYLENE** [2] - 632:18, 634:4
**1.3** [1] - 660:9
**1.4** [1] - 660:6
**1/1997** [1] - 634:2
**11** [1] - 657:10
**12743** [2] - 618:23, 687:19
**13** [4] - 658:7, 658:19, 658:21, 659:14
**1300** [1] - 631:10
**1305** [1] - 633:19
**1306** [1] - 638:20
**1381** [4] - 621:11, 668:11, 669:8, 669:12
**14** [5] - 658:7, 658:18, 658:21, 662:19, 662:25
**1427** [4] - 621:12, 647:1, 647:4, 664:17
**15TH** [1] - 657:8
**18-06825-SB** [1] - 618:7
**19** [4] - 618:14, 622:1, 633:7, 635:3
**1940S** [1] - 645:1
**1945** [1] - 655:2
**1950S** [1] - 645:1
**1960S** [4] - 631:20, 632:19, 633:9, 634:4
**1962** [1] - 646:13
**1967** [1] - 655:6
**1970S** [3] - 634:5, 636:5, 636:9
**1980S** [1] - 635:15
**1983** [1] - 647:11
**1985** [7] - 649:8, 650:16, 650:19, 664:18, 665:1, 667:7, 668:23
**1986** [5] - 651:2,

668:13, 672:14, 674:1, 674:4
**1987** [9] - 669:16, 669:23, 671:7, 672:23, 672:24, 674:1, 674:4, 676:25, 679:5
**1988** [10] - 670:3, 671:6, 673:5, 674:2, 674:4, 676:13, 676:14, 676:20, 677:4, 680:4
**1989** [1] - 673:6
**1991** [1] - 679:5
**1994** [4] - 656:18, 656:20, 657:7, 657:9
**1:07** [2] - 618:14, 622:1
**1ST** [1] - 618:24

**2**

**2** [6] - 635:3, 638:20, 647:6, 670:5, 679:3, 679:9
**2.1** [1] - 671:2
**2.2** [1] - 662:14
**2.3.2.3** [1] - 657:11
**20** [1] - 639:7
**200** [1] - 654:10
**2001** [1] - 662:19
**2002** [5] - 660:12, 660:13, 660:23, 680:2, 680:8
**2021** [3] - 618:14, 622:1, 687:15
**203** [3] - 621:5, 628:4, 628:8
**203.5** [2] - 630:7, 630:9
**20TH** [1] - 687:15
**21** [2] - 656:20, 657:7
**221** [3] - 621:7, 652:9, 652:12
**225** [3] - 621:8, 673:11, 673:16
**225.1** [1] - 673:10
**25** [2] - 662:15, 666:4
**25TH** [3] - 668:23, 670:3, 676:14
**28** [1] - 687:8
**2:30** [2] - 683:9, 683:10
**2:50** [1] - 686:5

**3**

**3** [5] - 618:13, 633:23, 652:24, 670:13, 670:15

**30-PAGE** [1] - 636:21
**317** [2] - 646:15, 665:15
**342** [1] - 646:15
**34TH** [2] - 619:7, 619:10
**350** [1] - 618:24

**4**

**4** [8] - 632:16, 633:19, 633:20, 633:21, 633:22, 633:23, 660:8, 670:24
**4.4.3** [1] - 639:8
**411** [1] - 631:9
**412** [1] - 631:10
**420** [7] - 629:1, 631:3, 631:5, 631:6, 631:7, 631:14
**422** [1] - 631:9
**445** [1] - 669:14
**4455** [1] - 618:24
**486** [4] - 621:10, 655:16, 655:17, 656:4
**486.11** [1] - 656:5
**486.46** [1] - 657:3
**497** [1] - 685:16
**4TH** [3] - 668:12, 668:13, 672:20

**5**

**5** [2] - 628:5, 628:6
**50** [1] - 619:10
**500** [1] - 619:15
**501** [5] - 670:1, 670:5, 676:12, 677:25, 678:1
**501.6** [1] - 676:24

**6**

**6** [5] - 618:8, 662:14, 671:3, 671:4, 673:24
**618** [1] - 618:8
**622** [1] - 620:5
**628** [2] - 621:5
**647** [2] - 621:12
**652** [2] - 621:7
**656** [2] - 621:10
**659** [2] - 621:4
**664** [1] - 620:5
**669** [2] - 621:11
**672** [1] - 620:6
**673** [2] - 621:8
**679** [1] - 620:6
**687** [1] - 618:8

**7**

**7** [1] - 632:5
**700** [1] - 619:16
**753** [1] - 687:8
**777** [1] - 619:6

**8**

**8** [1] - 632:5
**83** [1] - 632:5
**84** [1] - 632:5
**8:00** [1] - 686:3

**9**

**9** [3] - 668:16, 668:17, 668:18
**90,000** [1] - 679:21
**90012** [1] - 618:25
**90017** [1] - 619:8
**94111** [2] - 619:11, 619:16
**98** [1] - 635:3

**A**

**A-1** [1] - 665:5
**ABERCROMBIE** [1] - 685:15
**ABILITY** [1] - 643:7
**ABLE** [11] - 626:12, 626:23, 627:10, 628:17, 629:10, 629:15, 640:1, 644:11, 644:14, 682:10, 684:18
**ABOVE** [1] - 687:11
**ABOVE-ENTITLED** [1] - 687:11
**ACCELERANT** [1] - 623:10
**ACCEPT** [2] - 629:4, 629:11
**ACCORDANCE** [1] - 640:18
**ACCORDING** [1] - 648:20
**ACTION** [4] - 659:3, 663:16, 664:4, 678:14
**ACTIVITIES** [1] - 662:3
**ACTON** [1] - 634:2
**ADDITIONAL** [1] - 650:11
**ADDRESS** [3] - 685:3, 685:10, 685:11
**ADDRESSED** [2] - 652:19, 659:6

**ADEQUATE** [1] - 683:1
**ADEQUATELY** [2] - 674:5, 674:9
**ADVISED** [1] - 683:16
**ADVISES** [1] - 660:2
**AFTERNOON** [2] - 684:13, 685:3
**AGENCIES** [6] - 644:18, 647:17, 648:12, 662:13, 665:24, 671:14
**AGENCY** [2] - 622:8, 670:10, 671:16
**AGENCY** [2] - 659:4, 671:16
**AGENCY** [1] - 618:5
**AGO** [2] - 662:9, 670:11
**AGREE** [2] - 639:25, 663:8
**AGREED** [3] - 634:23, 650:25, 673:12
**AGREED-UPON** [1] - 673:12
**AGREEMENT** [12] - 644:20, 652:4, 652:17, 652:22, 652:23, 657:14, 662:19, 662:25, 663:7, 663:10, 663:12, 663:16
**AHEAD** [2] - 656:17, 664:21
**AIR** [6] - 623:11, 626:12, 626:14, 626:15, 626:16
**AIR** [1] - 644:15
**AL** [1] - 618:8
**ALAN** [1] - 666:1
**ALGORRI** [4] - 618:23, 687:5, 687:18, 687:19
**ALLOW** [1] - 666:17
**ALLOWED** [6] - 628:21, 629:5, 629:17, 663:24, 666:14, 681:17
**ALSO** [1] - 619:18
**ALTERNATIVE** [3] - 628:19, 628:20, 633:5
**ALTERNATIVES** [2] - 628:14, 633:15
**AMERICA** [1] - 638:12
**AMOUNT** [2] - 666:16, 680:1
**ANALYSIS** [2] - 650:1, 650:3
**ANALYZED** [1] -

650:15
**AND** [3] - 687:6, 687:9, 687:11
**ANGELES** [3] - 618:15, 618:25, 622:2
**ANGELES** [1] - 619:7
**ANSWER** [8] - 632:25, 633:2, 643:21, 645:9, 649:16, 649:17, 660:16, 677:11
**ANSWERED** [1] - 629:20
**ANTICIPATE** [3] - 681:19, 683:2, 683:8
**ANTICIPATING** [4] - 635:18, 637:2, 637:3, 682:15
**ANTICIPATION** [1] - 682:9
**ANYWAY** [1] - 627:8
**APPEARANCES** [1] - 619:1
**APPENDIX** [1] - 665:5
**APPENDIX** [1] - 665:5
**APPLY** [2] - 628:1, 654:1
**APPROACH** [1] - 649:3
**APPROPRIATE** [2] - 653:18, 669:17
**APPROVED** [1] - 648:11
**AQUIFERS** [2] - 651:7, 651:16
**AREA** [8] - 625:10, 628:9, 640:17, 641:3, 641:6, 641:21, 646:15, 670:20
**AREAS** [1] - 641:20
**ARGUING** [3] - 637:13, 637:18, 637:23
**ARGUMENT** [1] - 638:2
**ARGUMENTATIVE** [1] - 640:9
**ARRIVED** [1] - 668:5
**ASPECTS** [1] - 664:10
**ASSESSMENT** [11] - 645:15, 645:24, 652:25, 653:2, 653:3, 653:4, 653:7, 653:10, 653:15, 654:2, 654:5
**ASSESSMENTS** [1] - 645:16
**ASSUMING** [3] -

650:13, 675:4, 681:16
**ATTACHES** [1] - 652:21
**ATTACHMENT** [1] - 671:2
**ATTORNEY** [1] - 662:22
**AUGUST** [2] - 670:3, 676:14
**AUTHOR** [2] - 643:15, 656:13
**AUTHORIZED** [1] - 658:13
**AVAILABLE** [5] - 681:22, 681:25, 682:9, 682:12, 683:7
**AVOID** [1] - 685:1
**AWARE** [8] - 636:23, 638:3, 638:4, 647:9, 647:12, 667:3, 673:3

**B**

**BAD** [1] - 626:20
**BANKRUPTCY** [2] - 661:2, 661:3
**BANNED** [1] - 633:3
**BARRELS** [1] - 625:19
**BARRIER** [3] - 646:8, 646:9, 646:11
**BASED** [4] - 634:14, 650:10, 667:1, 680:1
**BASIS** [8] - 638:18, 638:21, 639:1, 639:5, 639:25, 647:19, 649:14, 650:16
**BEAN** [2] - 665:21, 666:20
**BEAN** [3] - 665:23, 667:8, 667:9
**BEATON** [1] - 619:20
**BECAME** [1] - 661:12
**BECOME** [1] - 624:7
**BECOMES** [3] - 626:11, 626:15, 626:16
**BEGAN** [1] - 635:14
**BEGIN** [2] - 654:1, 664:17
**BEGINNING** [3] - 636:6, 636:8, 672:18
**BEGINS** [1] - 633:23
**BEHALF** [1] - 638:9
**BEHIND** [4] - 677:9, 677:12, 677:15, 677:22
**BELOW** [2] - 647:21, 649:25

**BENCH** [1] - 681:6
**BERMITE** [3] - 631:23, 643:8, 652:18
**BERMITE'S** [2] - 639:15, 641:15
**BEST** [1] - 684:5
**BETWEEN** [2] - 650:25, 656:8
**BINDERS** [1] - 631:8
**BIT** [5] - 622:21, 664:14, 681:13, 681:14, 684:1
**BLASTING** [2] - 623:14, 623:17
**BLOWN** [2] - 630:10, 630:12
**BLUM** [10] - 620:5, 620:6, 622:14, 667:6, 667:13, 681:7, 682:4, 682:24, 685:21, 685:24
**BLUM** [51] - 619:13, 619:14, 622:18, 628:9, 629:14, 629:22, 631:7, 631:11, 631:15, 631:18, 632:9, 632:11, 635:9, 640:10, 641:1, 643:25, 646:25, 647:5, 648:16, 649:3, 649:5, 649:13, 649:20, 650:9, 652:13, 655:23, 656:5, 656:18, 657:3, 659:21, 660:14, 660:17, 664:11, 666:11, 672:10, 672:12, 673:10, 673:13, 673:17, 676:1, 678:19, 680:15, 681:9, 681:15, 681:24, 682:3, 682:25, 683:6, 685:6, 685:25, 686:4
**BLUMENFELD** [1] - 618:3
**BOARD** [9] - 644:16, 649:7, 650:22, 664:25, 665:1, 665:14, 665:20, 666:24, 667:7
**BOARD** [5] - 647:5, 648:20, 650:10, 650:12, 665:3
**BOWL** [6] - 643:11, 654:22, 654:23,

675:3, 675:10, 675:12
**BRANCH** [1] - 657:7
**BREAK** [3] - 622:9, 667:13, 683:9
**BRIEF** [1] - 681:5
**BRIEFLY** [1] - 666:4
**BRING** [1] - 673:10
**BROUGHT** [4] - 624:7, 626:13, 633:9, 663:21
**BUILD** [2] - 654:6, 654:11
**BUILDING** [1] - 665:15
**BUILDING** [1] - 654:6
**BUILDS** [1] - 654:19
**BURN** [9] - 625:10, 640:18, 641:3, 641:6, 642:25, 643:7, 644:2, 644:6, 644:16
**BURN** [5] - 625:16, 640:18, 641:6, 641:19, 644:7
**BURNED** [4] - 625:15, 628:10, 641:3, 641:7
**BURNING** [14] - 628:12, 628:22, 630:7, 630:17, 630:19, 630:24, 630:25, 639:18, 640:21, 641:6, 641:11, 641:16, 643:2, 643:3
**BURNINGS** [1] - 642:24
**BY** [35] - 619:4, 619:5, 619:5, 619:6, 619:9, 619:14, 619:14, 619:15, 622:16, 622:18, 628:9, 629:14, 629:22, 631:7, 631:18, 635:9, 640:10, 641:1, 643:25, 647:5, 648:16, 649:5, 649:20, 650:9, 652:13, 656:5, 656:18, 659:21, 660:17, 664:16, 667:5, 672:12, 673:17, 676:1, 679:2
**BYRON** [1] - 619:4

**C**

**CALIFORNIA** [5] - 618:2, 618:15, 618:25, 622:2, 687:7

**CALIFORNIA** [8] - 619:7, 619:10, 619:11, 619:16, 656:15, 658:20, 664:25, 667:7
**CALIFORNIA'S** [1] - 664:8
**CALLED** [1] - 622:16
**CAPTURED** [1] - 624:14
**CASE** [4] - 630:4, 680:20, 684:24
**CASE** [1] - 618:6
**CAUSED** [2] - 627:12, 643:10
**CDM** [2] - 663:21, 680:11
**CEASE** [1] - 663:25
**CENTRAL** [2] - 618:2, 687:7
**CERTAIN** [5] - 638:9, 647:15, 655:24, 663:23, 664:10
**CERTAINLY** [2] - 646:10, 655:6
**CERTAINTY** [1] - 677:24
**CERTIFICATE** [1] - 687:1
**CERTIFICATION** [1] - 670:3
**CERTIFIED** [5] - 658:8, 658:10, 658:13, 658:21, 658:24
**CERTIFY** [1] - 687:7
**CERTIFY** [1] - 658:14
**CETERA** [1] - 678:14
**CHAIN** [1] - 674:22
**CHALLENGE** [1] - 681:9
**CHALLENGED** [2] - 683:13, 684:19
**CHANCE** [1] - 684:3
**CHANDALAR** [1] - 619:9
**CHANGE** [2] - 647:17, 681:19
**CHANGED** [2] - 632:17, 634:3
**CHANGEOVER** [1] - 636:3
**CHANGING** [1] - 629:8
**CHARACTERISTICS** [6] - 645:17, 646:12, 651:9, 651:22, 652:6, 654:8
**CHECK** [2] - 645:15, 684:4
**CHEMICAL** [1] -

624:10
**CHEMICALS** [1] - 633:5
**CHIEF** [1] - 657:6
**CITATION** [1] - 668:12
**CITE** [2] - 638:20, 644:10
**CITED** [2] - 668:9, 676:6
**CLARITA** [1] - 618:5
**CLARITA** [2] - 622:8, 660:18, 660:22, 661:11, 662:24
**CLEAN** [2] - 663:23, 664:3
**CLEANED** [1] - 658:19
**CLEANER** [1] - 627:19
**CLEANERS** [2] - 627:13, 627:17
**CLEANING** [5] - 627:14, 627:19, 627:21, 628:1, 661:6
**CLEANUP** [1] - 663:25
**CLOSED** [8] - 658:5, 658:10, 658:22, 658:24, 659:4, 659:9, 665:25, 666:24
**CLOSURE** [14] - 647:9, 648:1, 648:10, 648:11, 648:12, 657:14, 657:19, 657:23, 658:11, 659:8, 659:10, 659:13, 663:24, 664:3
**COAST** [1] - 644:15
**CODE** [1] - 687:8
**COLLEAGUE** [1] - 685:11
**COLLECT** [1] - 654:19
**COLLECTED** [1] - 650:7
**COMING** [2] - 664:19, 681:10
**COMMITTED** [1] - 652:8
**COMMUNITY** [1] - 627:16
**COMPANIES** [1] - 638:10
**COMPANY** [1] - 660:19
**COMPLAINT** [1] - 672:13
**COMPLETE** [1] - 646:9
**COMPLETED** [6] - 662:4, 662:5, 664:1, 664:8, 664:10, 679:9

**COMPLETING** [1] - 674:11
**COMPLIANCE** [9] - 648:22, 649:9, 662:7, 662:8, 662:18, 662:24, 663:6, 663:12, 663:13
**COMPONENT** [2] - 627:24, 670:20
**COMPOUNDS** [1] - 623:19
**COMPREHENSIVE** [1] - 653:23
**CONCENTRATION** [1] - 625:21
**CONCENTRATIONS** [3] - 625:9, 641:23, 642:5
**CONCEPT** [1] - 668:4
**CONCERN** [1] - 684:10
**CONCERNED** [1] - 633:12
**CONCLUDE** [7] - 639:14, 640:15, 641:2, 648:21, 649:8, 650:10, 685:21
**CONCLUDED** [3] - 680:18, 681:8, 686:5
**CONCLUSION** [1] - 635:17
**CONCRETE** [4] - 646:3, 646:5, 646:7
**CONDENSED** [3] - 624:15, 626:13, 626:17
**CONDITION** [1] - 659:11
**CONDITIONS** [5] - 651:7, 651:17, 651:19, 653:4, 653:23
**CONDUCTED** [1] - 662:2
**CONDUCTING** [1] - 645:23
**CONFER** [2] - 684:2, 684:4
**CONFERENCE** [1] - 687:12
**CONFIRM** [2] - 682:10, 683:20
**CONFORMANCE** [1] - 687:12
**CONNECTED** [1] - 627:16
**CONNECTION** [1] - 665:2

**CONSENT** [1] - 621:10
**CONSENT** [9] - 652:17, 652:22, 652:23, 655:17, 656:7, 656:21, 656:24, 672:13, 676:15
**CONSEQUENCES** [1] - 684:8
**CONSIDER** [2] - 630:5, 630:18
**CONSIDERATION** [1] - 627:10
**CONSIDERED** [7] - 630:4, 638:16, 639:22, 658:3, 659:24, 671:20, 673:18
**CONSIDERING** [1] - 641:1
**CONSISTENT** [4] - 641:4, 641:8, 641:12, 641:13
**CONSTRUCTED** [1] - 646:16
**CONSTRUCTION** [1] - 623:17
**CONSULTANT** [1] - 672:2
**CONSULTANTS** [1] - 662:3
**CONTAMINANT** [1] - 654:18
**CONTAMINATION** [8] - 624:5, 637:13, 637:18, 637:21, 637:24, 641:20, 645:18, 663:14
**CONTEXT** [1] - 662:21
**CONTINUE** [3] - 622:14, 634:5, 680:21
**CONTRACT** [5] - 629:8, 629:9, 629:18, 640:12, 641:14
**CONTRACTS** [18] - 629:5, 629:19, 629:23, 635:21, 639:15, 639:23, 640:1, 640:3, 640:4, 640:5, 640:11, 640:12, 640:13, 641:9, 641:12, 641:15, 642:14
**CONTRADICT** [2] - 638:15, 639:1
**CONTRADICTING** [1] - 638:21
**CONTRADICTION** [1]

- 635:5
**CONTROL** [12] - 647:14, 649:7, 650:22, 656:11, 658:18, 658:23, 664:25, 665:1, 665:14, 665:20, 666:24, 667:7
**COPIES** [1] - 667:18
**COPY** [3] - 631:13, 647:7, 670:14
**CORPORATION** [4] - 622:8, 638:11, 652:18, 652:20
**CORPORATION** [1] - 618:8
**CORPORATION-BERMITE** [1] - 652:18
**CORRECT** [1] - 687:9
**CORRECT** [70] - 622:24, 623:4, 623:19, 623:22, 624:1, 625:17, 625:23, 627:13, 628:10, 628:25, 630:4, 630:11, 638:15, 639:12, 640:2, 640:6, 641:20, 643:7, 643:14, 644:12, 644:16, 644:22, 645:10, 646:3, 647:14, 650:11, 650:22, 651:17, 653:24, 655:12, 655:18, 656:12, 656:16, 656:19, 656:22, 657:13, 658:3, 659:22, 660:3, 660:8, 660:20, 661:14, 662:16, 663:7, 667:11, 669:7, 670:4, 670:8, 671:17, 672:15, 672:23, 673:21, 674:6, 674:7, 674:21, 675:1, 675:2, 675:5, 675:9, 675:16, 675:17, 675:20, 675:21, 675:23, 676:13, 677:4, 677:25, 679:6, 679:25, 680:9
**CORRECTIVE** [1] - 678:13
**CORRECTLY** [1] - 677:12
**COST** [1] - 627:10

**COUNSEL** [1] - 619:1
**COUNSEL** [6] - 637:12, 637:16, 637:22, 638:1, 665:1, 666:11
**COUNT** [3] - 668:16, 668:17, 668:18
**COUNTY** [1] - 643:4
**COUPLE** [2] - 639:10, 654:21
**COURSE** [1] - 624:12
**COURT** [2] - 622:6, 680:25
**COURT** [6] - 635:8, 640:7, 682:11, 685:3, 685:12, 685:17
**COURT** [48] - 618:1, 618:24, 622:7, 622:13, 629:13, 629:20, 631:13, 631:17, 635:7, 640:7, 640:25, 643:24, 648:14, 649:4, 649:16, 650:2, 656:1, 656:17, 656:25, 660:13, 660:15, 664:13, 666:14, 667:1, 669:10, 672:9, 673:12, 678:22, 680:16, 681:1, 681:12, 681:21, 682:1, 682:4, 682:13, 682:20, 682:23, 683:3, 683:8, 684:7, 685:8, 685:13, 685:19, 685:24, 686:1, 687:6, 687:19
**COURT'S** [1] - 683:12
**COVER** [3] - 652:21, 656:10, 672:20
**CRADLE** [1] - 668:4
**CRADLE-TO-GRAVE** [1] - 668:4
**CROSS** [1] - 620:5
**CROSS** [2] - 622:13, 682:24
**CROSS** [1] - 622:17
**CROSS-EXAMINATION** [1] - 620:5
**CROSS-EXAMINATION** [2] - 622:13, 682:24
**CROSS-EXAMINATION** [1] - 622:17
**CRR** [2] - 618:23,

687:19
**CSR** [2] - 618:23, 687:19
**CUBIC** [1] - 679:21
**CUP** [1] - 659:23
**CURRENT** [4] - 648:22, 649:9, 660:11, 677:6
**CUSTODY** [1] - 674:24
**CV** [1] - 618:7

# D

**DANIEL** [1] - 619:15
**DATA** [8] - 626:2, 641:21, 641:22, 650:10, 654:19, 654:20, 665:3, 680:1
**DATE** [7] - 632:15, 656:21, 656:23, 657:5, 657:13, 676:13, 676:14
**DATED** [3] - 672:20, 672:24, 679:4
**DATED** [1] - 687:15
**DATES** [2] - 655:1, 673:8
**DAY** [2] - 618:13, 687:15
**DEAL** [1] - 651:1
**DEALING** [3] - 627:11, 663:13, 672:14
**DEALS** [2] - 628:9, 672:22
**DEALT** [2] - 651:3
**DECISIONS** [1] - 684:22
**DECLARATION** [2] - 629:25, 630:2
**DECLARED** [3] - 661:1, 661:2, 661:3
**DECREE** [1] - 676:15
**DEFENDANTS** [2] - 618:9, 619:12
**DEFENDANTS** [3] - 637:13, 637:17, 637:23
**DEFENSE** [3] - 629:10, 629:18, 644:21
**DEFENSE** [2] - 629:19, 683:5
**DEFICIENT** [1] - 668:9
**DEFINE** [2] - 636:5, 660:11
**DEFINING** [1] - 637:10
**DEGREASER** [9] - 624:6, 624:8, 625:5, 626:8, 626:10, 626:11, 626:20,

645:12, 645:25
**DEGREASERS** [8] - 624:1, 624:2, 624:3, 624:4, 625:12, 627:25, 644:25, 645:22
**DEGREASING** [9] - 624:11, 624:19, 624:20, 625:1, 625:8, 627:8, 645:4
**DEGREE** [2] - 646:11, 662:5
**DEMOLITION** [3] - 671:21, 678:3, 678:14
**DEPARTMENT** [10] - 629:9, 629:18, 643:4, 644:20, 647:11, 647:14, 656:11, 658:17, 658:23, 673:4
**DEPARTMENT** [5] - 644:15, 658:8, 658:14, 658:16, 658:22
**DEPO** [1] - 632:15
**DEPOSIT** [1] - 675:18
**DEPOSITION** [8] - 632:5, 634:18, 634:20, 634:22, 636:10, 636:15, 636:17, 642:20
**DEPOSITIONS** [1] - 642:23
**DEPTH** [1] - 654:7
**DEPTHS** [1] - 651:23
**DESCRIBE** [4] - 626:9, 641:5, 641:16, 650:7
**DESCRIBED** [4] - 624:13, 624:24, 628:13, 679:22
**DESCRIBES** [2] - 666:8, 668:19
**DESCRIBING** [1] - 665:21
**DESCRIPTION** [1] - 621:3
**DESCRIPTION** [1] - 678:2
**DESCRIPTIONS** [1] - 642:19
**DESIGN** [1] - 653:19
**DESIGNATE** [1] - 668:20
**DESIGNED** [2] - 653:17, 685:1
**DESIGNING** [2] - 653:7, 653:22
**DESTROYED** [1] -

639:18
**DESTRUCTION** [1] - 628:11
**DESTRUCTION** [2] - 628:15, 640:16
**DETAIL** [2] - 631:1, 666:21
**DETAILED** [1] - 653:16
**DETAILS** [2] - 637:20, 644:23
**DETERMINATION** [1] - 621:11
**DETERMINE** [3] - 652:1, 652:6, 677:11
**DETERMINED** [3] - 659:4, 677:3, 677:20
**DEVELOP** [1] - 654:19
**DEVELOPMENT** [1] - 653:19
**DIFFERENT** [14] - 623:23, 624:3, 625:24, 628:14, 635:1, 637:3, 642:16, 642:20, 646:4, 646:6, 651:23, 673:7, 674:11, 674:20
**DIFFERENTLY** [1] - 635:25
**DIFFICULT** [1] - 644:2
**DIRECT** [2] - 682:20, 682:22
**DIRECTION** [1] - 651:16
**DIRT** [3] - 646:10, 646:11, 646:12
**DISAGREE** [2] - 634:14, 639:25
**DISAGREED** [1] - 634:7
**DISAGREEING** [1] - 634:12
**DISCLOSED** [1] - 666:23
**DISCLOSING** [1] - 683:12
**DISCLOSURE** [2] - 671:23, 672:4
**DISCOVERED** [1] - 672:1
**DISCUSS** [4] - 636:24, 642:23, 644:1, 644:5
**DISCUSSED** [8] - 627:25, 629:2, 645:16, 647:6, 655:17, 657:20, 676:16, 681:20
**DISCUSSING** [1] - 666:6

**DISCUSSION** [3] - 667:15, 667:19, 671:23
**DISCUSSIONS** [1] - 650:24
**DISFAVOR** [1] - 633:4
**DISPOSAL** [6] - 624:23, 624:24, 628:18, 629:7, 644:3, 675:18
**DISPOSAL** [2] - 621:5, 639:11
**DISPOSE** [3] - 644:8, 644:11, 644:21
**DISPOSED** [5] - 625:4, 640:21, 675:13, 677:1, 677:3
**DISPUTE** [1] - 684:1
**DISPUTES** [1] - 684:11
**DISREGARD** [1] - 648:14
**DISTANCE** [1] - 640:19
**DISTRICT** [5] - 618:1, 618:2, 618:3, 687:6, 687:7
**DIVIDED** [1] - 655:11
**DIVISION** [1] - 618:2
**DIVISION** [1] - 652:18
**DO** [1] - 687:7
**DOCTOR** [2] - 622:21, 681:3
**DOCUMENT** [47] - 625:3, 634:13, 635:16, 635:19, 635:24, 636:11, 640:23, 643:15, 644:10, 646:24, 647:5, 648:23, 648:24, 649:2, 649:11, 649:12, 650:5, 652:8, 652:13, 652:15, 656:25, 657:25, 658:2, 658:5, 658:11, 658:12, 659:16, 659:21, 659:24, 660:2, 660:8, 660:11, 664:18, 664:24, 668:3, 669:18, 670:13, 671:3, 671:6, 671:24, 672:16, 673:12, 675:24, 676:6, 676:10, 676:18, 678:7
**DOCUMENTATION** [14] - 625:12, 625:24,

626:4, 626:5, 638:17, 665:23, 667:22, 668:9, 670:12, 670:16, 671:13, 673:7, 673:9
**DOCUMENTATIONS** [1] - 644:9
**DOCUMENTED** [3] - 626:2, 671:11, 672:25
**DOCUMENTS** [20] - 625:7, 628:13, 629:23, 634:15, 634:19, 634:20, 634:21, 636:21, 637:7, 637:9, 638:16, 638:17, 642:11, 643:25, 644:5, 659:12, 665:19, 666:15, 668:5, 673:20
**DOD** [2] - 635:21, 644:20
**DOHS** [2] - 647:13, 674:1
**DONE** [16] - 622:23, 625:15, 633:7, 643:3, 648:10, 648:11, 650:21, 653:16, 654:3, 656:18, 658:14, 659:7, 659:17, 667:17, 673:4, 677:8
**DOWN** [5] - 626:24, 636:19, 662:15, 678:13, 680:17
**DR** [9] - 622:10, 631:19, 636:23, 642:12, 662:6, 662:16, 683:23, 684:3, 684:5
**DRAW** [1] - 680:5
**DRUM** [1] - 639:11
**DRUMS** [1] - 643:11
**DRY** [7] - 627:12, 627:14, 627:16, 627:18, 627:19, 627:21, 628:1
**DTSC** [5] - 657:7, 664:6, 666:2, 673:5, 674:1
**DUMPED** [1] - 625:19
**DUMPING** [1] - 628:20
**DURING** [9] - 623:17, 624:9, 624:10, 624:12, 642:21, 645:7, 645:9, 645:12, 668:23

# E

E-MAIL [1] - 684:4
EARLY [2] - 655:3, 684:23
EASIER [2] - 681:12, 681:14
EDLIN [1] - 619:13
EFFECT [2] - 637:17, 644:9
EFFECTIVE [1] - 659:11
EIGHT [1] - 676:15
EITHER [5] - 636:22, 667:8, 684:16, 684:18, 685:4
EMERGENCY [7] - 643:10, 643:13, 643:14, 643:16, 643:17, 643:18
ENCOURAGED [1] - 633:14
END [3] - 644:24, 649:12, 685:22
ENDANGERMENT [1] - 621:4
ENDANGERMENT [1] - 659:18
ENDED [1] - 628:4
ENFORCEABLE [2] - 662:19, 662:25
ENGINEER [2] - 638:8, 658:13
ENSURE [1] - 659:10
ENTERED [5] - 644:20, 651:1, 656:7, 663:7, 685:16
ENTIRE [3] - 630:12, 649:11, 667:19
ENTITLED [1] - 687:11
ENTITY [1] - 667:24
ENVIRONMENT [2] - 625:2, 633:13
ENVIRONMENTAL [1] - 670:10, 671:16
ENVIRONMENTAL [3] - 627:16, 645:13, 645:15
EPA [10] - 650:25, 652:4, 653:6, 653:22, 668:23, 669:2, 669:22, 671:8, 671:24
ERIC [1] - 619:15
ERIC [1] - 619:20
ESCAPED [1] - 624:15
ESPECIALLY [1] - 666:15
ESTABLISHED [2] - 640:16, 640:18

ESTIMATE [1] - 684:6
ET [2] - 618:8, 678:14
EVENT [1] - 656:1
EVIDENCE [1] - 621:2
EVIDENCE [14] - 628:8, 635:6, 640:24, 647:4, 652:12, 655:22, 655:23, 656:4, 659:20, 665:18, 669:9, 669:12, 669:25, 673:16
EVIDENTIARY [1] - 681:15
EVOLUTION [1] - 650:18
EXACT [1] - 642:6
EXAMINATION [4] - 622:17, 664:15, 672:11, 679:1
EXAMINATION [6] - 620:5, 620:5, 620:6, 620:6, 622:13, 682:24
EXAMPLE [2] - 642:3, 657:2
EXCAVATIONS [1] - 673:1
EXCEPT [2] - 653:20, 655:23
EXCLUSION [1] - 684:16
EXCUSED [2] - 680:16, 681:3
EXECUTE [1] - 674:23
EXECUTIVES [1] - 670:8
EXHIBIT [25] - 628:4, 628:8, 631:3, 631:5, 633:19, 638:20, 647:1, 647:4, 652:9, 652:12, 656:4, 659:17, 659:20, 660:6, 664:17, 666:4, 668:11, 669:12, 669:14, 670:1, 670:5, 673:10, 673:16, 676:12, 685:16
EXHIBIT [4] - 655:16, 665:6, 667:5, 685:17
EXHIBITS [5] - 683:13, 683:14, 683:25, 684:2, 684:19
EXHIBITS [1] - 621:1
EXIST [2] - 648:17, 648:19
EXPECT [3] - 684:3, 684:5, 684:16
EXPECTATION [1] -

682:11
EXPENSIVE [1] - 627:4
EXPERIENCE [7] - 627:11, 633:9, 639:3, 659:2, 661:10, 662:10, 667:23
EXPERT [4] - 638:9, 638:15, 638:22, 639:2
EXPERT [1] - 621:9
EXPLAINS [1] - 648:24
EXPLOSIVES [4] - 623:14, 639:17, 640:20, 641:7
EXTRA [1] - 631:13
EXTREMELY [1] - 642:4
EXTRUDING [1] - 624:13

# F

FACILITIES [2] - 627:14, 629:2
FACILITY [27] - 624:8, 628:18, 629:7, 629:11, 629:15, 631:24, 636:7, 642:16, 644:12, 644:25, 645:12, 646:13, 648:22, 649:9, 665:10, 668:1, 668:5, 668:21, 668:23, 668:25, 669:5, 670:24, 674:3, 674:14, 674:15, 676:6, 676:11
FACILITY'S [1] - 650:13
FACT [8] - 642:23, 643:12, 644:1, 649:22, 661:5, 662:11, 665:14, 666:8
FACTS [1] - 667:8
FAILURE [2] - 661:14, 684:9
FAIR [1] - 626:3
FAIRLY [2] - 681:5, 684:25
FAR [1] - 681:11
FAST [1] - 659:16
FAVORABLY [1] - 638:13
FEBRUARY [2] - 662:19, 662:25

FEDERAL [1] - 633:11
FEDERAL [3] - 618:24, 687:5, 687:19
FELL [1] - 633:3
FEW [6] - 639:4, 653:20, 654:10, 659:6, 670:11, 681:4
FIELD [1] - 623:16
FIELDS [1] - 623:15
FIGUEROA [1] - 619:6
FIGURE [1] - 683:9
FILLS [1] - 672:2
FINAL [2] - 652:17, 668:6
FINALLY [1] - 650:9
FINANCIAL [1] - 661:11
FINE [3] - 631:17, 632:7, 639:6
FINISH [1] - 663:17
FIRE [1] - 643:4
FIRE [1] - 644:15
FIREWORKS [7] - 623:4, 623:5, 623:9, 623:10, 654:23, 654:24, 654:25
FIRST [15] - 624:7, 629:19, 631:9, 633:22, 633:23, 638:6, 639:10, 651:24, 652:24, 653:1, 656:9, 656:10, 670:25, 676:13, 681:9
FIVE [1] - 668:24
FLAG [1] - 645:14
FLOOR [2] - 619:7, 619:10
FLOW [1] - 653:5
FLOWS [2] - 651:12, 651:22
FOCUS [1] - 653:22
FOLKS [1] - 666:1
FOLLOWED [4] - 630:8, 630:16, 630:23, 630:24
FOLLOWING [5] - 622:5, 661:18, 680:24, 684:12, 684:13
FOR [6] - 619:3, 619:12, 621:2, 687:6
FOREGOING [1] - 687:9
FORM [7] - 626:13, 637:17, 638:1, 649:11, 668:1, 674:12
FORMAT [1] - 687:11

FORMER [1] - 627:19
FORTH [1] - 648:11
FOUNDATION [3] - 629:12, 635:5, 640:8
FOUR [2] - 631:8, 662:14
FOURTH [1] - 628:22
FRANCISCO [2] - 619:11, 619:16
FRANKLY [1] - 684:2
FRED [2] - 619:6, 619:14
FRIDAY [2] - 618:14, 622:1
FRONT [2] - 631:3, 670:14
FRYER [1] - 619:19
FRYER [1] - 649:3
FUDACZ [1] - 619:6
FULL [2] - 652:24, 654:13
FULLY [2] - 654:20, 656:25
FURTHER [1] - 679:1

# G

GALLAGHER [2] - 619:13, 619:14
GEE [1] - 685:13
GEE [3] - 619:4, 682:18, 685:14
GEE [1] - 638:11
GENERAL [8] - 622:22, 653:18, 654:14, 654:15, 667:19, 668:17, 671:21, 678:3
GENERAL'S [1] - 662:22
GENERALLY [4] - 624:4, 632:21, 645:19, 669:17
GENERATES [1] - 674:25
GENERATOR [7] - 674:12, 674:13, 674:16, 674:25, 675:7, 675:14, 676:3
GENERATOR'S [1] - 674:8
GENERATORS [2] - 668:19, 668:20
GENTLEMEN [1] - 680:18
GEOPHYSICAL [5] - 651:7, 651:9, 651:17, 651:18, 652:6
GEOPHYSICS [2] -

651:13, 651:14
**GIST** [1] - 661:21
**GIVEN** [3] - 659:3, 666:15, 681:13
**GORDON** [1] - 670:2
**GOVERNMENT** [11] - 633:11, 640:19, 641:4, 641:8, 642:12, 642:14, 642:15, 658:12, 659:4, 661:9, 662:13
**GOVERNMENT** [1] - 628:15
**GOVERNMENT'S** [3] - 639:15, 641:10, 641:15
**GOVERNMENTS** [1] - 633:11
**GRAPHIC** [1] - 685:18
**GRAVE** [1] - 668:4
**GREAT** [2] - 664:24, 685:22
**GROUND** [4] - 624:16, 654:3, 663:10, 663:11
**GROUNDWATER** [15] - 637:24, 646:19, 646:21, 648:21, 649:8, 650:12, 651:11, 651:16, 651:21, 653:5, 653:14, 653:16, 659:9, 665:2, 666:6
**GUESS** [1] - 651:6
**GUESSES** [1] - 625:22

**H**

**HALF** [4] - 682:17, 682:18, 682:19, 683:1
**HANDLE** [3] - 668:21, 669:1, 669:5
**HANDLED** [1] - 670:21
**HANDLING** [2] - 627:2, 684:17
**HANDY** [1] - 668:11
**HARD** [1] - 670:14
**HATE** [1] - 640:22
**HAZARDOUS** [34] - 629:6, 629:11, 657:15, 657:20, 658:4, 658:18, 666:22, 667:14, 667:24, 668:21, 669:1, 669:6, 669:18, 671:8, 671:10, 671:11, 671:20, 672:1, 675:4, 675:8,

675:12, 677:1, 677:2, 677:3, 677:6, 677:14, 677:16, 677:20, 677:22, 679:10, 679:11, 680:2, 680:3, 680:8
**HAZARDOUS** [1] - 621:6
**HEAD** [3] - 655:5, 681:12, 682:2
**HEALTH** [1] - 682:6
**HEALTH** [2] - 647:11, 673:5
**HEALTHY** [1] - 680:22
**HEAR** [2] - 681:23, 682:5
**HEARSAY** [2] - 640:23, 640:24
**HELD** [1] - 687:10
**HELD** [2] - 622:5, 680:24
**HELP** [2] - 636:5, 637:20
**HELPFUL** [2] - 651:21, 651:22
**HEREBY** [1] - 687:7
**HIGH** [3] - 625:9, 642:4, 685:22
**HIGHER** [1] - 681:13
**HIGHEST** [1] - 641:23
**HIGHLIGHTED** [2] - 650:6, 662:20
**HIGHWAY** [1] - 623:17
**HIRE** [1] - 675:15
**HISTORY** [1] - 637:4
**HOLDS** [1] - 642:10
**HOLES** [1] - 646:5
**HONOR** [28] - 631:11, 635:4, 640:22, 646:25, 649:3, 649:13, 655:23, 656:2, 657:3, 664:14, 666:11, 668:15, 669:8, 672:10, 673:13, 678:20, 678:23, 680:14, 680:15, 681:9, 681:15, 681:25, 682:25, 683:24, 685:6, 685:12, 685:23, 686:4
**HONORABLE** [1] - 618:3
**HOSPITAL** [1] - 682:7
**HOUR** [6] - 682:16, 682:17, 682:18, 682:19, 682:22, 683:1
**HUGHTO** [7] - 622:10,

622:19, 631:19, 636:23, 642:12, 662:6, 662:16
**HUGHTO** [2] - 620:4, 622:15
**HUIE** [1] - 619:13
**HULA** [6] - 643:11, 654:22, 654:23, 675:3, 675:10, 675:12
**HUNDREDS** [2] - 636:21, 642:9
**HYDROGEOLOGIC** [10] - 652:25, 653:1, 653:3, 653:7, 653:10, 653:15, 653:23, 654:2, 654:5, 654:17
**HYDROGEOLOGY** [1] - 654:17
**HYDROLOGY** [1] - 651:13
**HYPOTHETICAL** [1] - 625:25

**I**

**IDEA** [2] - 626:18, 668:7
**IDENTIFICATION** [1] - 621:2
**IDENTIFICATION** [8] - 628:7, 631:5, 647:3, 652:11, 656:3, 659:19, 669:11, 673:15
**IDENTIFIED** [6] - 655:14, 662:12, 671:24, 677:14, 683:25, 684:2
**IDENTIFIES** [2] - 667:25, 670:23
**IDENTIFY** [2] - 667:23, 677:16
**IDENTITY** [1] - 667:23
**II** [5] - 645:3, 645:7, 645:8, 645:9, 645:12
**ILSE** [1] - 619:9
**IMAGINATION** [1] - 681:10
**IMMINENT** [1] - 659:17
**IMMINENT** [1] - 621:4
**IMPEACHABLE** [1] - 635:8
**IMPLEMENTED** [3] - 657:14, 657:21, 657:23
**IMPLIED** [1] - 661:17
**IMPORTANCE** [1] -

668:4
**IMPORTANT** [3] - 651:6, 668:2, 668:3
**IMPOUNDMENT** [8] - 647:22, 665:10, 665:15, 665:22, 665:25, 666:9, 666:21, 666:24
**IMPOUNDMENTS** [1] - 647:10
**IN** [3] - 687:6, 687:10, 687:11
**INADEQUACY** [1] - 648:12
**INCLUDED** [1] - 662:4
**INCLUDES** [1] - 670:3
**INCLUDING** [2] - 622:9, 661:24
**INCORRECT** [1] - 639:22
**INDEX** [2] - 620:1, 621:1
**INDICATE** [1] - 665:19
**INDUSTRIES** [2] - 633:10, 633:14
**INFORM** [2] - 637:12, 637:17
**INFORMATION** [13] - 651:15, 652:1, 653:19, 654:2, 654:4, 657:2, 666:23, 667:1, 667:4, 669:23, 670:4, 677:23, 679:12
**INFORMED** [1] - 637:22
**INGREDIENT** [1] - 623:12
**INITIATED** [1] - 662:17
**INSPECTED** [1] - 669:2
**INSPECTION** [1] - 621:8
**INSPECTION** [3] - 668:23, 673:4, 673:25
**INSPECTIONS** [2] - 673:8, 673:9
**INSPECTOR** [1] - 668:24
**INSPECTORS** [4] - 642:12, 642:16, 642:17, 642:24
**INSTANCE** [3] - 627:15, 638:14, 642:24
**INSTITUTE** [1] - 663:1
**INSTITUTED** [1] - 663:17

**INSURANCE** [1] - 638:9
**INSURANCE** [1] - 638:10
**INTENDED** [1] - 666:9
**INTEREST** [1] - 684:10
**INTERIM** [1] - 646:20
**INTERRUPT** [1] - 640:22
**INTRODUCED** [1] - 636:8
**INVESTIGATED** [5] - 645:19, 679:17, 679:20, 679:24, 680:6
**INVESTIGATION** [9] - 645:23, 645:24, 645:25, 654:4, 654:17, 669:16, 672:3, 677:9, 679:10
**INVESTIGATIONS** [3] - 653:17, 663:22, 673:1
**INVOLVED** [2] - 627:23, 680:21
**IS** [2] - 687:9, 687:11
**ISC** [1] - 663:15
**ISD** [2] - 648:22, 649:9
**ISE** [2] - 659:17, 661:7
**ISOLATED** [1] - 648:25
**ISSUE** [2] - 644:19, 655:8
**ISSUED** [1] - 661:7
**ISSUES** [2] - 622:22, 682:6
**ISSUING** [1] - 644:18
**ITEM** [2] - 683:11, 685:2
**ITERATIVE** [5] - 653:18, 654:1, 654:6, 654:8, 654:18

**J**

**JANUARY** [1] - 662:15
**JR** [2] - 618:3, 619:14
**JUDGE** [1] - 618:3
**JUDICIAL** [1] - 687:12
**JUNE** [5] - 668:12, 668:13, 668:23, 671:7, 672:20
**JURY** [6] - 622:6, 648:14, 661:16, 674:19, 680:25, 681:2

## K

**KEEP** [3] - 630:14, 661:6, 680:21
**KIND** [2] - 625:20, 632:19
**KNOWINGLY** [2] - 678:11
**KNOWLEDGE** [2] - 642:18, 666:25
**KNOWN** [4] - 679:17, 679:20, 679:23

## L

**L.A** [1] - 643:4
**LACK** [2] - 640:8, 674:13
**LACKS** [1] - 629:12
**LADIES** [1] - 680:18
**LAND** [2] - 672:1
**LANDFILL** [5] - 665:11, 670:25, 679:17, 679:20, 679:23
**LANDFILLS** [5] - 669:18, 671:9, 673:1, 679:23, 680:6
**LARDIERE** [3] - 619:20, 685:7, 685:8
**LAST** [10] - 648:2, 655:8, 659:16, 665:4, 665:5, 676:12, 683:11, 684:21, 685:1, 685:2
**LATE** [4] - 631:19, 632:19, 633:8, 634:4
**LATTER** [1] - 684:19
**LAWFUL** [2] - 644:3, 644:8
**LEAD** [1] - 625:1
**LEAKING** [1] - 666:21
**LEAKS** [3] - 624:16, 627:12, 665:15
**LEAKY** [1] - 659:23
**LEARN** [1] - 654:19
**LEAST** [8] - 623:2, 623:3, 626:25, 630:3, 638:14, 640:13, 642:19, 643:2
**LEAVE** [1] - 677:15
**LECTERN** [1] - 681:13
**LED** [1] - 626:1
**LEFT** [5] - 666:16, 677:9, 677:12, 677:15, 677:21
**LEGAL** [1] - 675:18
**LESSER** [1] - 684:17
**LETTER** [10] - 652:21,

656:10, 656:13, 656:20, 656:23, 659:3, 667:6, 670:3, 670:7, 672:20
**LETTER** [1] - 621:7
**LIKELY** [1] - 684:17
**LINE** [3] - 632:5, 648:4
**LINES** [4] - 635:3, 659:6, 662:15
**LIQUID** [1] - 626:13
**LIST** [4] - 635:17, 669:4, 673:20, 685:7
**LISTS** [2] - 663:3, 668:24
**LITIGATION** [4] - 638:10, 662:17, 663:1, 663:4
**LLC** [4] - 660:18, 660:22, 661:11, 662:24
**LLP** [2] - 619:4, 619:9
**LOADING** [1] - 624:10
**LOCATION** [4] - 623:5, 627:19, 629:3, 640:16
**LOCATIONS** [2] - 628:24, 644:21
**LOOK** [11] - 631:3, 633:15, 638:19, 642:9, 648:23, 660:6, 666:4, 669:25, 672:25, 679:9, 684:11
**LOOKED** [10] - 623:6, 625:6, 625:7, 625:10, 634:13, 634:15, 634:16, 634:19, 634:21, 669:3
**LOOKING** [9] - 625:7, 625:9, 634:14, 637:7, 641:14, 645:17, 655:15, 663:3, 670:2
**LOS** [1] - 619:7
**LOS** [3] - 618:15, 618:25, 622:2
**LOST** [2] - 643:6, 643:7, 643:8
**LOUSY** [2] - 627:7
**LOUTTIT** [3] - 652:19, 657:8, 670:2
**LUNCH** [1] - 667:13

## M

**M-A-N-S-A-D-A** [1] - 683:18
**MACHINE** [3] - 624:11, 624:13,

624:15
**MAIL** [1] - 684:4
**MAINTAINED** [2] - 674:5, 674:9
**MAINTENANCE** [1] - 674:11
**MAJOR** [1] - 641:20
**MAJORITY** [4] - 641:25, 642:1, 642:6, 642:7
**MANAGED** [2] - 625:14, 670:21
**MANAGEMENT** [12] - 655:9, 655:12, 655:13, 657:15, 657:20, 658:1, 658:4, 658:5, 658:19, 670:12, 670:17, 670:19
**MANAGEMENT** [1] - 644:16
**MANDATED** [1] - 628:15
**MANIFEST** [12] - 667:22, 668:1, 668:7, 668:9, 668:19, 668:20, 668:24, 669:3, 674:1, 674:9, 674:23
**MANIFESTED** [1] - 625:14
**MANIFESTS** [6] - 667:14, 668:25, 669:4, 672:14, 674:4, 674:21
**MANNER** [1] - 637:23
**MANUAL** [6] - 628:5, 630:16, 639:16, 639:24, 641:10, 641:16
**MANUALS** [1] - 640:20
**MANUFACTURED** [3] - 640:14, 654:25, 655:2
**MANUFACTURING** [6] - 623:4, 623:9, 623:14, 636:4, 642:21, 655:4
**MARKED** [8] - 628:7, 631:5, 647:3, 652:11, 656:3, 659:19, 669:11, 673:15
**MASARD** [1] - 682:3
**MATERIAL** [3] - 644:6, 677:14, 680:2
**MATERIALS** [1] - 621:6
**MATERIALS** [9] -

636:25, 640:14, 640:20, 642:21, 646:4, 646:6, 671:19, 678:2, 678:14
**MATT** [1] - 619:19
**MATTER** [1] - 687:11
**MATTER** [2] - 680:21, 685:5
**MCGUANE** [1] - 619:5
**MEAN** [9] - 634:17, 635:10, 645:7, 648:17, 648:18, 658:10, 658:17, 658:25, 677:15
**MEANS** [1] - 659:7
**MEANT** [3] - 637:2, 661:21, 661:22
**MEET** [2] - 684:2, 684:4
**MEMO** [22] - 665:20, 665:23, 666:5, 666:8, 667:8, 667:9, 669:14, 669:23, 671:7, 671:11, 671:14, 671:15, 671:25, 672:22, 672:24, 676:25, 679:3, 679:4, 679:8, 679:22
**MEMORY** [2] - 649:24, 652:8
**MENTION** [2] - 625:8, 648:9
**MENTIONED** [2] - 674:12, 682:6
**MESARD** [1] - 683:6
**MESSED** [1] - 676:8
**METAL** [2] - 671:21, 678:3
**METHODS** [1] - 627:2
**MICHAEL** [1] - 619:14
**MICKELSON** [1] - 634:2
**MID** [3] - 636:5, 661:24, 662:4
**MIDDLE** [2] - 665:9, 679:12
**MIGHT** [3] - 627:10, 628:14, 657:2
**MIGRATION** [1] - 654:18
**MILITARY** [1] - 644:12
**MIND** [2] - 649:21, 680:21
**MINIMUM** [1] - 640:19
**MINUTE** [1] - 684:21
**MINUTES** [2] - 670:11, 681:4
**MIRANDA** [4] -

618:23, 687:5, 687:18, 687:19
**MIRANDAALGORRI@GMAIL.COM** [1] - 618:25
**MISHANDLING** [1] - 624:9
**MISLED** [1] - 637:1
**MISS** [1] - 636:16
**MISSED** [2] - 636:13, 636:14
**MISSING** [4] - 675:22, 676:2, 676:5, 676:10
**MISSTATES** [1] - 675:24
**MITIGATION** [1] - 657:7
**MIXES** [1] - 626:15
**MIXTURE** [1] - 626:16
**MOMENT** [4] - 632:6, 649:1, 681:5, 681:23
**MONDAY** [8] - 682:9, 682:12, 682:14, 683:4, 683:16, 683:21, 683:24, 686:3
**MONITORED** [1] - 659:9
**MONITORING** [20] - 646:19, 646:21, 648:13, 648:21, 649:8, 651:1, 651:3, 651:5, 651:8, 651:19, 652:7, 653:7, 653:10, 653:14, 653:16, 653:24, 654:13, 659:8, 665:2, 666:7
**MORNING** [2] - 684:14, 684:23
**MOST** [1] - 683:24
**MOTIVATION** [1] - 661:8
**MOVE** [5] - 628:3, 631:15, 640:8, 643:24, 669:8
**MR** [78] - 622:18, 628:9, 629:12, 629:14, 629:22, 631:7, 631:11, 631:15, 631:18, 632:6, 632:9, 632:11, 635:4, 635:9, 640:10, 640:22, 641:1, 643:25, 646:25, 647:5, 648:16, 649:3, 649:5, 649:13, 649:20, 650:9, 652:13,

655:21, 655:23, 656:2, 656:5, 656:18, 657:3, 659:21, 660:14, 660:17, 664:11, 664:14, 664:16, 666:11, 666:13, 666:19, 667:5, 668:15, 669:8, 669:13, 672:6, 672:10, 672:12, 673:10, 673:13, 673:17, 675:24, 676:1, 678:19, 678:20, 678:23, 679:2, 680:13, 680:15, 681:9, 681:15, 681:24, 682:3, 682:7, 682:16, 682:18, 682:19, 682:21, 682:25, 683:6, 683:22, 685:6, 685:11, 685:14, 685:22, 685:25, 686:4

**MULTIPLE** [1] - 667:18
**MUNITIONS** [1] - 639:17
**MYSTERY** [7] - 669:14, 671:6, 671:25, 672:22, 672:24, 676:25, 679:3

**N**

**NAJM** [2] - 684:3, 684:5
**NAME** [6] - 668:20, 668:25, 669:4, 669:5, 674:8, 685:17
**NAMES** [1] - 647:17
**NATURE** [1] - 653:15
**NECESSARILY** [1] - 651:25
**NEED** [9] - 637:20, 647:1, 651:15, 666:6, 677:12, 682:24, 683:9, 683:10, 685:10
**NEEDED** [1] - 676:7
**NEEDS** [1] - 659:7
**NEVER** [3] - 640:2, 649:21, 665:23
**NEW** [1] - 644:20
**NEWS** [1] - 680:19
**NEXT** [11] - 630:14, 637:3, 643:24,

647:20, 650:11, 651:21, 653:12, 654:8, 670:23, 681:23, 681:25
**NICE** [1] - 680:22
**NO** [2] - 618:6, 687:19
**NOSSAMAN** [2] - 619:4, 619:9
**NOTE** [1] - 685:22
**NOTED** [1] - 662:22
**NOTHING** [7] - 632:8, 658:25, 659:7, 661:13, 665:13, 667:5, 680:15
**NOTIFICATIONS** [2] - 664:6, 664:9
**NOTIFIED** [1] - 662:22
**NOTIFY** [1] - 682:10
**NOVEMBER** [1] - 618:14, 622:1, 687:15
**NOVEMBER** [3] - 656:20, 657:7, 657:8
**NUMBER** [1] - 621:3
**NUMBER** [3] - 655:11, 655:13, 669:15
**NUMBERS** [2] - 642:6, 668:24

**O**

**O'CLOCK** [1] - 686:3
**OATH** [2] - 622:10, 634:23
**OBJECT** [2] - 635:4, 640:24
**OBJECTION** [5] - 629:12, 635:7, 640:8, 666:11, 675:24
**OBLIGATED** [1] - 661:19
**OBSERVATION** [1] - 654:24
**OBSERVE** [1] - 643:2
**OBSERVED** [3] - 642:20, 668:24, 678:9
**OBTAINED** [1] - 647:21
**OCCUR** [1] - 683:18
**OCEAN** [1] - 628:20
**OF** [11] - 618:2, 618:13, 619:1, 620:1, 621:1, 687:1, 687:7, 687:9, 687:12, 687:15
**OFFICE** [1] - 662:22
**OFFICIAL** [4] - 618:24, 687:1,

687:5, 687:19
**OFFICIALLY** [1] - 633:3
**OFFSITE** [6] - 628:18, 628:21, 628:24, 675:13, 677:1, 677:3
**OFTEN** [2] - 653:18, 658:14
**OIL** [2] - 623:14, 623:16
**ONCE** [2] - 659:2, 662:10
**ONE** [29] - 623:2, 623:25, 627:3, 627:24, 629:25, 631:8, 631:9, 631:10, 635:20, 637:1, 638:14, 641:19, 645:19, 651:20, 652:3, 654:22, 659:5, 659:15, 661:24, 661:25, 662:1, 667:12, 670:7, 678:20, 681:4, 683:11, 684:16
**ONES** [1] - 628:23
**ONSITE** [8] - 625:5, 625:14, 625:15, 640:21, 649:23, 650:4, 664:7
**OOO** [1] - 622:3
**OPEN** [5] - 622:6, 640:21, 646:5, 680:21, 680:25
**OPERATION** [6] - 624:6, 624:13, 624:23, 625:1, 628:2, 630:19
**OPERATIONS** [3] - 642:21, 645:18, 663:25
**OPERATOR** [3] - 660:12, 662:12
**OPINION** [9] - 629:5, 630:15, 638:15, 638:21, 639:22, 641:2, 675:13, 680:3, 680:6
**OPINIONS** [2] - 638:18, 673:18
**OPPORTUNITY** [1] - 682:8
**OPPOSED** [1] - 666:17
**OPTION** [2] - 628:21, 628:22
**ORDER** [2] - 621:4, 621:10
**ORDER** [20] - 626:12,

650:25, 651:2, 652:17, 655:17, 656:7, 656:10, 656:21, 656:24, 659:10, 659:18, 661:12, 661:13, 661:17, 662:4, 662:5, 662:6, 662:18, 663:21, 672:13
**ORDERED** [1] - 686:2
**ORDERS** [7] - 661:23, 661:24, 663:24, 664:3, 664:4
**ORDINANCE** [4] - 639:16, 639:24, 641:10, 641:15
**ORGANIC** [2] - 623:19
**ORGANICS** [1] - 650:20
**ORIGINALLY** [1] - 666:9
**OUTLINED** [1] - 630:6
**OUTSIDE** [2] - 680:25, 681:2
**OVERFILLS** [1] - 624:17
**OVERFLOW** [2] - 665:16, 666:8
**OVERFLOWING** [1] - 666:22
**OVERLAP** [1] - 636:7
**OVERNIGHT** [1] - 681:7
**OVERWHELMING** [3] - 641:24, 642:2, 642:7
**OWN** [2] - 640:7, 675:8
**OWNER** [3] - 660:11, 662:11, 662:12

**P**

**P.M** [2] - 618:14, 622:1
**P.M** [1] - 686:5
**PAGE** [45] - 628:5, 630:7, 632:5, 632:16, 633:19, 633:20, 633:21, 633:22, 633:23, 635:3, 638:6, 638:20, 639:7, 647:6, 649:19, 650:11, 650:14, 652:24, 653:21, 656:9, 656:10, 657:1, 657:5, 657:10, 660:8, 662:14, 665:4,

665:5, 670:5, 670:13, 670:15, 670:23, 670:24, 671:3, 671:4, 673:23, 673:24, 676:13, 676:24, 678:8, 678:13, 679:3, 679:9, 679:12
**PAGE** [2] - 620:3, 687:11
**PAGES** [1] - 618:8
**PAGES** [3] - 630:14, 636:20, 641:22
**PAPER** [1] - 671:22, 678:4
**PARAGRAPH** [11] - 638:24, 639:5, 641:5, 648:2, 652:25, 653:8, 653:12, 668:22, 679:13, 679:16
**PARALEGAL** [1] - 631:11
**PARAMETERS** [1] - 650:15
**PARENS** [2] - 634:2, 634:4
**PART** [13] - 634:25, 635:1, 635:20, 636:13, 638:24, 643:20, 645:3, 649:14, 651:3, 651:25, 653:10, 653:25, 663:11
**PARTIALLY** [1] - 623:3
**PARTICIPATION** [2] - 666:1, 666:25
**PARTICULAR** [4] - 625:4, 637:9, 642:5, 671:23
**PARTICULARLY** [1] - 683:13
**PARTIES** [4] - 660:2, 684:7, 684:16, 684:22
**PARTS** [3] - 645:17, 671:22, 678:4
**PARTY** [5] - 661:12, 674:25, 675:19, 675:23, 676:2
**PAST** [2] - 622:23, 626:25
**PATRICK** [1] - 672:17
**PATRICK** [1] - 619:5
**PCE** [7] - 634:5, 635:21, 636:3, 636:6, 636:7, 636:8, 639:4
**PELOQUIN** [1] -

683:23
PENALTY [2] - 670:4, 671:17
PEOPLE [6] - 629:23, 656:15, 674:20, 674:23, 674:24, 680:20
PERCENTAGE [1] - 623:8
PERCHLORATE [17] - 622:24, 622:25, 623:2, 623:11, 623:13, 628:15, 628:18, 629:6, 629:10, 629:15, 630:8, 639:11, 639:16, 641:3, 643:11, 644:3, 644:7
PERFORMING [1] - 642:13
PERHAPS [1] - 684:19
PERIOD [3] - 636:6, 637:11, 659:10
PERJURY [2] - 670:4, 671:17
PERMIT [6] - 629:3, 643:9, 644:1, 644:15, 644:17, 646:20
PERMITS [2] - 643:4, 643:6
PERMITTED [7] - 629:1, 629:11, 629:16, 667:24, 668:21, 669:1, 669:5
PERSONALLY [1] - 638:7
PERSONNEL [1] - 674:1
PG [2] - 621:3
PH.D [3] - 620:4, 622:15
PHRASE [1] - 665:2
PICKED [1] - 637:8
PIECES [1] - 637:10
PIPES [1] - 624:16
PIT [1] - 642:25
PITS [2] - 640:18, 641:6
PLACE [8] - 635:21, 641:11, 644:3, 645:14, 651:7, 651:19, 668:6, 683:2
PLACED [1] - 684:21
PLACING [2] - 651:20, 652:6
PLAINTIFF [2] - 637:12, 685:20
PLAINTIFF [3] - 618:6, 619:3, 622:16

PLAINTIFF'S [2] - 637:22, 637:24
PLAINTIFFS [1] - 637:16
PLAN [14] - 647:9, 648:1, 648:11, 648:12, 653:7, 653:11, 653:14, 653:24, 654:7, 657:14, 657:19, 657:21, 657:23, 682:13
PLASTIC [3] - 646:5, 671:22, 678:3
PLURAL [1] - 640:13
POINT [2] - 643:6, 643:9
POINTS [2] - 642:16, 655:24
PORTFOLIO [1] - 685:18
POSITION [1] - 684:21
POSSIBILITY [1] - 666:6
POST [2] - 659:8, 659:13
POST-CLOSURE [2] - 659:8, 659:13
POTENTIAL [3] - 625:25, 628:1, 684:8
PRECISE [1] - 655:1
PREDECESSOR [2] - 647:13, 673:5
PRELIMINARY [1] - 653:14
PREPARE [1] - 653:23
PREPARED [2] - 634:13, 679:8
PRESENCE [4] - 622:6, 645:14, 680:25, 681:2
PRESENT [1] - 619:18
PRESENT [5] - 622:9, 642:16, 670:24, 676:19
PRESENTING [1] - 685:15
PRESSED [1] - 684:21
PRETTY [1] - 672:18
PREVIOUS [1] - 650:14
PREVIOUSLY [1] - 622:16
PRIMARILY [1] - 623:9
PRIORITY [1] - 652:5
PRIVATE [1] - 658:15
PROBLEMS [4] - 665:16, 665:22, 666:20, 667:9

PROCEDURE [6] - 628:5, 682:8, 683:12, 684:8, 684:15, 684:25
PROCEDURES [1] - 621:5
PROCEDURES [5] - 630:6, 630:16, 630:22, 630:24, 679:12
PROCEEDINGS [1] - 687:10
PROCEEDINGS [3] - 622:5, 680:24, 686:5
PROCESS [12] - 624:25, 627:23, 641:17, 642:22, 645:4, 653:18, 653:25, 654:1, 654:6, 654:8, 654:18, 655:4
PROCESSES [1] - 624:9
PRODUCT [1] - 636:4
PRODUCTION [6] - 639:17, 650:7, 650:13, 650:14, 650:17, 650:20
PROFESSIONAL [3] - 638:8, 645:13, 658:13
PROGRAM [2] - 653:17, 654:13
PRONOUNCE [1] - 638:11
PROPELLANT [2] - 623:12, 641:3
PROPELLANTS [1] - 640:21
PROPERLY [2] - 658:19, 677:5
PROPERTY [6] - 640:17, 650:8, 660:20, 661:10, 662:11, 675:8
PROPOSAL [1] - 636:4
PROTECTION [2] - 670:10, 671:16
PROVIDE [3] - 669:22, 673:25, 685:17
PROVIDED [6] - 631:8, 665:24, 671:14, 671:15, 674:3, 679:5
PRP [5] - 661:9, 661:10, 662:10, 662:11, 662:13
PUBLISH [1] - 668:12
PUBLISHED [2] -

631:4, 685:16
PULL [3] - 649:24, 655:16, 669:13
PURCHASED [1] - 660:19
PURE [2] - 625:20, 627:9
PURPOSE [5] - 637:8, 640:17, 651:20, 659:5
PURPOSES [3] - 627:8, 654:17, 654:18
PURSUANT [3] - 662:1, 662:5
PURSUANT [1] - 687:8
PUT [9] - 626:24, 628:4, 636:21, 651:23, 652:2, 654:7, 664:21, 678:8
PUTTING [2] - 632:9, 651:25
PUZZLE [1] - 637:10
PYROTECHNIC [1] - 640:20

Q

QUALITY [8] - 644:15, 649:7, 650:22, 665:1, 665:14, 665:20, 666:23, 667:7
QUESTIONS [2] - 654:22, 669:15, 670:11, 670:22, 672:17
QUICKLY [1] - 644:25
QUITE [2] - 633:8, 639:4

R

RAMIFICATIONS [1] - 667:18
RARE [1] - 627:15
RATHER [2] - 652:7, 676:3
RAVEN [1] - 619:5
REACH [1] - 635:17
REACHING [1] - 673:18
READ [12] - 629:22, 630:18, 633:22, 634:25, 636:18, 638:24, 638:25, 643:25, 649:10, 649:18, 662:21, 679:15

READING [4] - 636:17, 640:23, 647:23, 666:15
READS [1] - 634:2
READY [3] - 622:14, 622:19, 622:20
REALLY [4] - 625:22, 646:7, 682:21, 684:23
REALTIME [1] - 687:5
REASON [14] - 625:8, 627:6, 639:21, 647:16, 647:18, 649:11, 649:20, 657:17, 661:6, 661:16, 662:16, 663:8, 663:10, 663:11
REASONABLE [1] - 677:24
REASONS [1] - 627:3
REBUTTAL [1] - 638:20
RECALLING [3] - 646:16, 648:24, 682:2
RECEIVE [1] - 629:16
RECEIVED [14] - 628:7, 647:3, 652:11, 656:1, 656:3, 659:19, 663:23, 664:6, 664:9, 667:4, 669:10, 669:11, 673:15, 676:2
RECEIVES [2] - 667:24, 675:19
RECEIVING [4] - 674:14, 674:15, 676:6, 676:11
RECENT [1] - 649:25
RECENTLY [1] - 661:2
RECESS [2] - 685:5, 686:1
RECOGNIZE [2] - 653:13
RECOLLECTION [3] - 623:6, 623:7, 655:3
RECOMMENDED [1] - 650:12
RECOMMENDING [1] - 672:2
RECONDENSED [1] - 624:19
RECORD [3] - 622:7, 681:2, 685:14
RECORDS [3] - 623:7, 669:3, 670:2
RECOVER [1] - 626:19, 663:4

**RECOVERING** [1] - 627:6
**RECROSS** [1] - 620:6
**RECROSS** [1] - 672:9
**RECROSS** [1] - 672:11
**RECROSS-EXAMINATION** [1] - 620:6
**RECROSS-EXAMINATION** [1] - 672:11
**RED** [1] - 645:14
**REDIRECT** [1] - 679:1
**REDIRECT** [1] - 620:5
**REDIRECT** [4] - 620:6, 664:13, 664:15, 672:19
**REFER** [2] - 635:23, 640:10
**REFERENCE** [9] - 641:9, 665:9, 665:10, 667:8, 671:2, 671:7, 674:12, 677:2, 679:11
**REFERENCED** [3] - 642:3, 650:14, 670:25
**REFERENCES** [2] - 641:9, 641:11
**REFERENCING** [2] - 639:15, 641:15
**REFERRED** [1] - 640:17
**REFERRING** [4] - 638:23, 639:23, 639:24, 640:3
**REFERS** [6] - 635:20, 640:12, 658:1, 665:14, 668:17, 669:18
**REFLECT** [1] - 681:7
**REGARD** [1] - 681:6
**REGARDING** [2] - 667:9, 670:2
**REGIONAL** [2] - 647:5, 648:20
**REGIONAL** [7] - 649:7, 650:21, 664:25, 665:13, 665:20, 666:23, 667:7
**REGULATIONS** [2] - 641:4, 646:23
**REGULATIONS** [1] - 687:12
**REGULATORS** [1] - 672:14
**REGULATORY** [1] -

665:24
**RELATE** [3] - 638:1, 643:1, 653:4
**RELATED** [3] - 636:4, 640:14, 645:24
**RELATES** [3] - 626:8, 626:10, 657:25
**RELATION** [1] - 645:22
**RELATIVE** [1] - 633:5
**RELEASE** [2] - 625:1, 627:24
**RELEASED** [1] - 666:22
**RELEASES** [9] - 624:3, 624:9, 624:10, 624:12, 624:18, 624:22, 627:14, 627:20, 627:25
**RELIED** [4] - 635:17, 638:13, 659:22, 666:18
**RELY** [1] - 639:1
**RELYING** [1] - 641:1
**REMAIN** [1] - 681:1
**REMEDIATING** [1] - 663:17
**REMEDIATION** [4] - 662:2, 663:22, 664:7, 664:10
**REMEMBER** [3] - 648:17, 680:20, 682:16
**REMEMBERING** [2] - 642:5, 673:8
**REMIND** [3] - 670:18, 682:1, 684:7
**REMOTE** [1] - 640:17
**REMOVE** [1] - 626:22
**REMOVED** [8] - 644:1, 677:20, 678:15, 679:10, 679:18, 679:21, 680:2, 680:3
**REMOVING** [1] - 680:8
**RENDERED** [1] - 638:18
**REOPENED** [2] - 659:5, 659:13
**REPEAT** [2] - 637:15, 644:4
**REPHRASE** [2] - 664:5, 666:13
**REPORT** [29] - 629:25, 630:2, 630:3, 630:5, 631:1, 632:2, 632:3, 632:16, 633:18, 634:10, 634:11, 634:14, 634:24,

636:11, 636:16, 636:17, 636:20, 636:21, 636:22, 638:9, 638:14, 638:20, 639:3, 639:7, 640:10, 642:4, 650:9, 670:16
**REPORT** [3] - 621:8, 621:9, 621:12
**REPORTED** [2] - 634:3, 634:5
**REPORTED** [1] - 687:10
**REPORTER** [4] - 618:24, 687:1, 687:6, 687:19
**REPORTER'S** [1] - 618:13
**REPORTS** [2] - 670:12, 680:11
**REPRESENTATIONS** [1] - 677:25
**REPRESENTATIVE** [1] - 667:25
**REPRESENTED** [1] - 677:5
**REQUEST** [1] - 635:20
**REQUIRED** [6] - 639:17, 646:21, 646:22, 648:22, 649:9, 664:3
**REQUIREMENTS** [4] - 640:19, 641:4, 641:8, 661:25
**REQUIRES** [1] - 668:19
**REREADING** [1] - 637:7
**RESERVOIRS** [1] - 624:17
**RESOLVED** [2] - 644:19, 685:9
**RESPONDENT** [1] - 662:23
**RESPONSE** [2] - 670:22, 671:20
**RESPONSIBLE** [1] - 663:9
**REST** [1] - 665:11
**RESTING** [1] - 668:6
**RESULT** [4] - 623:3, 624:22, 645:18, 650:16
**RESULTED** [3] - 623:14, 625:20, 662:17
**RESULTS** [6] - 647:21, 648:3, 648:7, 648:13, 653:15, 679:13

**RESUMED** [1] - 620:5
**RESUMED** [1] - 622:17
**REUSE** [5] - 624:21, 626:12, 626:19, 626:23, 627:10
**REUSED** [1] - 624:19
**REVIEW** [8] - 628:13, 636:25, 637:4, 637:6, 640:1, 659:12, 674:3, 680:1
**REVIEWED** [8] - 636:11, 636:20, 638:18, 641:21, 641:22, 642:21, 665:3, 673:20
**REVIEWING** [2] - 650:5, 667:6
**RICHARD** [29] - 619:5, 622:15, 629:12, 632:6, 635:4, 640:22, 655:21, 656:2, 664:14, 664:16, 666:13, 666:19, 667:5, 668:15, 669:8, 669:13, 672:6, 675:24, 678:20, 678:23, 679:2, 680:13, 682:7, 682:16, 682:19, 682:21, 683:22, 685:11, 685:22
**RICHARD** [7] - 620:4, 620:5, 620:6, 655:18, 681:22, 682:5, 683:19
**RIFS** [1] - 662:2
**ROBERT** [1] - 630:1
**ROCK** [1] - 623:17
**RON** [1] - 619:20
**RPR** [1] - 618:23
**RULES** [1] - 635:5
**RULING** [1] - 655:25
**RULINGS** [1] - 681:15

**S**

**SAFE** [1] - 680:22
**SAFETY** [5] - 639:16, 639:24, 640:20, 641:10, 641:16
**SAMPLE** [6] - 642:3, 642:4, 642:5, 648:13, 650:7
**SAMPLE-TO-SAMPLE** [1] - 642:3
**SAMPLED** [2] - 649:23, 650:4
**SAMPLES** [2] - 642:9,

647:21
**SAMPLING** [4] - 650:3, 650:11, 650:19, 650:21
**SAN** [2] - 619:11, 619:16
**SANTA** [5] - 622:8, 660:18, 660:22, 661:11, 662:24
**SANTA** [1] - 618:5
**SATISFACTION** [2] - 658:20, 664:8
**SATISFIED** [2] - 658:18, 684:15
**SATISFY** [1] - 684:9
**SAW** [6] - 640:1, 640:2, 640:5, 642:19, 644:9, 645:24
**SCENARIOS** [1] - 681:10
**SCIENTIFIC** [1] - 677:24
**SCLLC** [7] - 660:24, 662:7, 662:18, 662:22, 663:6, 663:12, 663:16
**SCOTT** [1] - 619:9
**SCOTT** [1] - 619:19
**SCRAP** [4] - 671:21, 671:22, 678:3, 678:4
**SCREEN** [8] - 630:10, 632:8, 632:11, 647:8, 656:14, 664:19, 664:21, 664:23
**SEATED** [1] - 681:1
**SECOND** [2] - 668:22, 679:15
**SECTION** [8] - 628:11, 630:12, 639:8, 639:11, 657:11, 660:9, 662:14, 662:20
**SECTION** [1] - 687:8
**SECTOR** [1] - 658:15
**SEE** [28] - 630:9, 632:13, 632:14, 635:2, 638:23, 642:10, 643:1, 644:5, 648:3, 648:6, 648:7, 653:13, 657:11, 657:12, 660:10, 665:10, 665:18, 670:5, 670:13, 670:24, 671:5, 672:3, 672:5, 672:25, 674:3, 679:11, 679:13, 682:8

SEEING [2] - 647:23, 652:13
SELLING [1] - 661:9
SEND [4] - 628:17, 629:6, 629:10, 629:15
SENDING [1] - 684:22
SENSE [1] - 682:23
SENSED [1] - 665:4
SENTENCE [12] - 633:22, 633:23, 633:25, 647:20, 647:25, 648:25, 649:10, 649:18, 650:6, 679:15
SEPARATE [3] - 624:21, 626:22, 627:3
SEPARATING [1] - 626:18
SEPARATION [2] - 624:25, 640:19
SEPARATOR [2] - 626:7, 626:9
SEPARATORS [3] - 624:20, 627:22, 627:24
SEPTEMBER [1] - 647:11
SERIES [4] - 631:10, 661:23
SERVICE [1] - 647:10
SERVICES [2] - 647:11, 673:5
SET [2] - 684:8, 684:25
SEVERAL [1] - 669:4
SEWER [2] - 626:24, 627:1
SHAPE [2] - 637:16, 638:1
SHARED [1] - 665:19
SHEER [1] - 643:19
SHIP [1] - 629:3
SHIPPING [2] - 628:21, 628:24
SHOCKED [1] - 683:22
SHOOTS [1] - 623:10
SHOW [3] - 630:14, 631:11, 650:19
SHOWED [1] - 647:22
SHOWN [1] - 670:1
SHOWS [1] - 625:3
SIDE [1] - 685:5
SIGN [3] - 674:20, 675:16, 675:19
SIGNATURE [3] - 657:1, 657:5, 674:13
SIGNATURES [5] -

657:6, 675:22, 676:2, 676:5, 676:10
SIGNED [3] - 657:7, 657:8, 670:7
SIGNIFICANT [1] - 661:17
SIGNS [1] - 668:1
SIMILAR [1] - 662:3
SIMPLY [2] - 628:17, 684:18
SIT [3] - 646:16, 648:8, 648:15
SITE [31] - 623:3, 623:5, 623:9, 624:14, 628:10, 628:22, 635:11, 636:1, 640:14, 640:16, 641:23, 642:13, 643:7, 645:16, 645:23, 654:25, 655:11, 655:14, 657:6, 660:12, 661:6, 661:19, 661:24, 663:17, 663:22, 669:16, 670:20, 673:4, 675:19, 678:5, 680:8
SITES [9] - 622:24, 622:25, 623:13, 623:19, 627:12, 639:4, 679:18, 679:20, 679:23
SITTING [1] - 630:15
SITUATION [2] - 626:1, 662:10
SITUATIONS [2] - 626:1, 627:1
SIXTH [1] - 673:24
SLIPPAGE [1] - 684:1
SLUDGE [7] - 624:23, 625:4, 625:8, 625:11, 625:12, 625:17, 626:6
SMALL [1] - 623:8
SMITH [2] - 663:21, 680:11
SOIL [4] - 647:20, 648:3, 648:7, 651:22
SOLD [3] - 660:21, 660:22, 662:11
SOLID [8] - 655:9, 655:12, 655:13, 657:25, 658:5, 670:12, 670:16, 670:18
SOLUTION [1] - 627:9
SOLVENT [17] - 624:7, 624:11, 624:15, 624:19, 624:21,

624:22, 625:19, 625:20, 626:10, 626:17, 626:19, 626:23, 627:4, 627:7, 627:9
SOMEONE [4] - 658:13, 663:14, 678:8, 678:17
SOMETIME [1] - 635:15
SOMETIMES [1] - 627:22
SOMEWHERE [2] - 629:3, 657:24
SORRY [12] - 633:7, 637:1, 646:25, 647:23, 655:15, 656:6, 660:5, 661:23, 673:6, 673:11, 673:13, 679:18
SORSHER [2] - 666:1, 679:5
SORT [1] - 645:14
SOURCE [7] - 624:4, 624:7, 625:11, 625:13, 625:16, 625:23, 637:24
SOURCES [7] - 623:21, 623:23, 623:25, 624:2, 625:25, 628:1, 681:17
SOUTH [2] - 619:6, 644:15
SPEAKING [1] - 645:19
SPECIFIC [3] - 635:19, 642:4, 648:13
SPECIFICALLY [4] - 625:6, 628:5, 634:22, 637:6
SPECIFIED [3] - 628:24, 636:3, 646:23
SPECIFY [2] - 643:15, 668:25
SPECULATION [1] - 643:19
SPEED [1] - 666:16
SPEND [1] - 681:4
SPENT [2] - 667:6, 667:12
SPOT [1] - 644:8
STAND [1] - 622:10
STANIN [2] - 683:17, 683:23
STANLEY [1] - 618:3
START [6] - 635:13,

654:9, 654:10, 679:18, 683:9
STARTED [4] - 626:9, 635:9, 635:10, 637:10
STARTING [1] - 662:15
STARTS [1] - 652:25
STATE [4] - 658:20, 663:24, 664:8, 666:25
STATE [5] - 633:11, 650:3, 652:5, 662:17, 662:25
STATEMENT [4] - 634:8, 634:14, 634:24, 639:1
STATEMENTS [1] - 639:5
STATES [4] - 618:1, 687:6, 687:8, 687:13
STATES [1] - 662:20
STATES [3] - 638:12, 671:16, 671:24
STATING [1] - 637:18
STATUS [5] - 646:20, 660:9, 660:24, 660:25, 661:11
STAY [1] - 681:16
STEADFAST [1] - 638:10
STENOGRAPHICALLY [1] - 687:10
STEP [3] - 654:8, 663:17, 680:17
STEPS [1] - 669:16
STILL [4] - 622:10, 661:10, 662:11, 680:7
STIPULATED [2] - 652:10, 685:16
STONE [1] - 619:19
STOP [1] - 636:1
STORE [2] - 643:11, 644:7
STORED [1] - 624:8
STRAIGHTFORWARDLY [1] - 677:5
STREET [1] - 618:24
STREET [3] - 619:6, 619:10, 619:15
STUDY [1] - 665:21
STUDYING [1] - 627:18
STUFF [3] - 636:20, 677:15, 680:10
SUBJECT [2] - 642:3, 680:21
SUBMIT [1] - 653:18
SUBMITTED [2] -

647:10, 658:12
SUBROGEE [1] - 638:10
SUBSEQUENT [5] - 634:17, 634:19, 634:21, 650:19, 652:2
SUBSEQUENTLY [2] - 634:16, 634:17
SUBSTANCE [1] - 679:10
SUBSTANCES [4] - 671:8, 671:10, 679:11, 680:8
SUBSTANCES [4] - 647:14, 656:11, 658:18, 658:23
SUBSTANTIAL [1] - 659:18
SUBSTANTIAL [1] - 621:4
SUBSURFACE [1] - 654:4
SUBTITLE [1] - 668:18
SUFFICIENT [1] - 677:8
SUIT [1] - 638:12
SUITE [1] - 619:16
SUITE [1] - 618:24
SUMMARIZE [1] - 666:17
SUMP [5] - 645:14, 645:19, 645:20, 645:24, 667:9
SUMPS [5] - 645:6, 645:22, 646:2, 646:13, 646:16
SUPPLY [1] - 685:18
SUPPOSED [1] - 668:6
SURFACE [4] - 647:21, 665:10, 665:15, 665:25
SUSPECTED [1] - 636:24
SUSTAIN [1] - 640:7
SUSTAINED [3] - 629:13, 635:7, 640:25
SWITCH [1] - 633:8
SWITCHED [1] - 631:20
SWMUS [2] - 655:10, 657:23
SWORN [1] - 622:16
SYSTEM [4] - 626:24, 627:2, 648:21, 649:8

## T

**TABLE** [1] - 671:2
**TABULATED** [1] - 679:12
**TALKS** [1] - 647:20
**TAX** [1] - 667:18
**TCA** [11] - 631:20, 634:4, 635:9, 635:10, 635:11, 635:14, 635:21, 636:7, 637:4, 639:5
**TCE** [20] - 627:4, 631:18, 631:20, 632:18, 632:20, 633:12, 633:15, 634:3, 636:1, 636:2, 637:5, 637:14, 637:19, 637:25, 639:4, 641:25, 642:6, 645:3, 645:11
**TECHNICALLY** [1] - 656:15
**TEMPORARY** [2] - 644:14, 644:17
**TEN** [1] - 683:25
**TENS** [1] - 636:20
**TERM** [1] - 641:13
**TERMS** [7] - 623:18, 639:15, 641:14, 641:19, 651:5, 674:18, 679:9
**TEST** [3] - 647:21, 648:3, 648:7
**TESTIFIED** [1] - 663:20
**TESTIFY** [2] - 632:15, 678:10
**TESTIFYING** [2] - 666:12, 682:14
**TESTIMONY** [6] - 633:16, 642:20, 643:1, 675:25, 683:17, 685:15
**THAT** [3] - 687:7, 687:8, 687:11
**THE** [66] - 619:3, 619:12, 622:7, 622:12, 622:13, 622:16, 629:13, 629:20, 631:6, 631:13, 631:17, 632:8, 632:10, 635:7, 640:7, 640:25, 643:24, 648:14, 649:4, 649:14, 649:16, 649:18, 650:2, 650:5, 656:1, 656:17, 656:25,

660:13, 660:15, 660:16, 664:12, 664:13, 666:14, 667:1, 667:3, 669:10, 672:8, 672:9, 673:12, 678:22, 680:16, 681:1, 681:12, 681:21, 682:1, 682:4, 682:13, 682:20, 682:23, 683:3, 683:8, 684:7, 685:8, 685:13, 685:19, 685:24, 686:1, 687:6, 687:7, 687:8, 687:9, 687:10, 687:11, 687:12, 687:13
**THEIRS** [1] - 637:19
**THEMSELVES** [1] - 638:17
**THINKING** [1] - 628:19
**THIRD** [1] - 648:4
**THIS** [1] - 687:15
**THOROUGH** [1] - 663:21
**THOUSANDS** [2] - 636:20, 641:22
**THREE** [4] - 653:1, 665:16, 665:21, 666:5
**THREW** [1] - 651:14
**TIMING** [2] - 634:20, 651:3
**TITLE** [4] - 628:11, 638:8, 639:10, 670:16
**TITLE** [1] - 687:8
**TO** [2] - 618:8, 687:8
**TODAY** [6] - 625:10, 632:22, 632:23, 664:1, 682:7, 682:10
**TODAY'S** [1] - 627:16
**TOGETHER** [1] - 637:10
**TOMORROW** [1] - 682:10
**TOOK** [2] - 641:11, 677:13
**TOP** [2] - 655:5, 682:2
**TOPICS** [1] - 667:12
**TOTAL** [2] - 679:18, 679:21
**TOWARDS** [1] - 644:24
**TOXIC** [3] - 647:14, 656:11, 658:23
**TOXICITY** [2] - 633:4, 633:12
**TRANSCRIPT** [3] -

618:13, 687:9, 687:11
**TRANSCRIPT** [2] - 633:17, 635:2
**TRANSITION** [1] - 639:4
**TRANSMITTING** [1] - 656:24
**TRANSPORTER** [2] - 675:15
**TRASH** [2] - 671:21, 678:3
**TRIAL** [1] - 681:6
**TRIAL** [1] - 618:13
**TRIED** [2] - 635:18, 636:25
**TROWBRIDGE** [1] - 619:15
**TRUDELL** [2] - 683:16, 683:23
**TRUE** [1] - 687:9
**TRUE** [6] - 631:19, 643:8, 647:18, 647:19, 657:18, 658:23
**TRY** [1] - 681:5
**TRYING** [2] - 635:19, 646:15
**TUESDAY** [4] - 683:5, 683:7, 683:24, 684:5
**TURN** [3] - 638:6, 665:5, 668:16
**TURNOUTS** [1] - 681:18
**TWO** [5] - 630:14, 640:18, 657:6, 681:19, 684:16
**TYPE** [4] - 627:24, 648:10, 665:9, 670:25
**TYPES** [5] - 623:8, 623:23, 624:3, 625:25, 646:4
**TYPICALLY** [2] - 667:23, 684:13

## U

**U.S** [1] - 618:3
**UNDER** [15] - 622:10, 629:9, 634:23, 635:5, 639:14, 641:14, 642:13, 643:4, 646:20, 660:9, 668:18, 670:3, 671:17, 671:19, 678:13
**UNDERTAKEN** [2] - 646:1, 673:2
**UNIT** [2] - 670:19,

670:25
**UNITED** [3] - 638:12, 671:16, 671:24
**UNITED** [4] - 618:1, 687:6, 687:8, 687:13
**UNITS** [18] - 624:20, 627:21, 655:10, 655:12, 655:14, 657:15, 657:20, 658:1, 658:5, 658:7, 658:19, 658:21, 659:13, 659:14, 670:12, 670:17, 670:24
**UNLESS** [2] - 683:1, 685:4
**UNUSUAL** [3] - 627:18, 643:18, 659:8
**UP** [19] - 622:21, 628:4, 630:7, 630:10, 630:12, 637:8, 649:24, 655:16, 659:23, 661:6, 664:19, 664:21, 669:13, 673:10, 676:8, 681:10, 683:9, 684:8, 684:25
**USEPA** [4] - 621:7, 652:19, 670:8, 670:23
**USERS** [1] - 633:14
**USES** [2] - 632:19, 666:9

## V

**VALLEY** [1] - 618:5
**VALLEY** [6] - 622:8, 625:16, 640:18, 641:6, 641:19, 644:7
**VAPOR** [4] - 626:11, 626:15, 627:25
**VAPORIZED** [2] - 624:19, 626:11
**VAPORS** [1] - 624:14
**VARIES** [1] - 651:20
**VARIOUS** [3] - 623:21, 669:16, 672:1
**VERSUS** [2] - 622:8, 637:5
**VIDEO** [2] - 683:17, 683:23
**VIOLATION** [1] - 621:11
**VOC** [2] - 624:4, 627:20
**VOCS** [11] - 623:21, 623:24, 627:12,

627:16, 641:23, 641:24, 646:8, 646:9, 650:17, 652:7
**VOLATILE** [1] - 623:19
**VOLUME** [1] - 618:8
**VS** [1] - 618:7

## W

**WAIVER** [1] - 635:20
**WAR** [5] - 645:3, 645:7, 645:8, 645:9, 645:12
**WAS** [1] - 622:16
**WASHINGTON** [1] - 619:15
**WASTE** [59] - 625:19, 627:5, 629:3, 629:4, 629:6, 629:10, 629:11, 629:15, 629:16, 630:7, 630:21, 639:11, 639:16, 639:17, 640:20, 644:3, 644:7, 655:9, 655:12, 655:13, 657:15, 657:20, 657:25, 658:4, 658:5, 658:19, 663:9, 663:11, 666:22, 667:24, 668:5, 668:22, 669:1, 669:6, 669:18, 670:12, 670:17, 670:18, 670:20, 672:1, 674:24, 675:1, 675:3, 675:4, 675:8, 675:12, 675:23, 676:3, 676:19, 677:3, 677:7, 677:14, 677:16, 677:20, 677:22, 680:2, 680:3
**WASTES** [5] - 641:7, 667:14, 671:11, 676:25, 677:3
**WATCH** [1] - 680:16
**WATER** [19] - 624:20, 624:21, 624:24, 626:7, 626:9, 626:14, 626:16, 626:17, 626:19, 626:20, 626:23, 626:24, 627:4, 627:7, 627:22, 649:25, 666:22, 685:18
**WATER** [1] - 618:5

**WATER** [9] - 622:8, 649:7, 650:21, 664:25, 665:13, 665:20, 666:23, 667:7

**WAYS** [1] - 625:1

**WEDNESDAY** [1] - 684:5

**WEEK** [2] - 681:23, 681:25

**WEEKEND** [3] - 680:19, 680:22, 686:2

**WELCOME** [2] - 664:12, 672:8

**WELLS** [12] - 637:18, 637:21, 637:25, 650:17, 651:1, 651:4, 651:5, 652:2, 652:6, 654:3, 654:7, 654:10

**WEST** [1] - 618:24

**WESTERN** [1] - 618:2

**WHITTAKER** [81] - 621:8, 622:8, 625:4, 628:14, 628:17, 629:6, 629:10, 629:15, 631:20, 632:17, 634:3, 637:23, 638:11, 642:13, 643:6, 643:10, 644:2, 644:6, 644:11, 644:14, 644:19, 646:19, 647:10, 650:25, 652:5, 652:18, 652:20, 653:6, 653:22, 655:11, 656:8, 657:8, 659:1, 660:20, 660:21, 661:7, 661:9, 661:12, 661:14, 661:18, 662:3, 662:7, 662:23, 663:5, 663:9, 663:15, 663:18, 663:21, 663:23, 664:6, 665:14, 665:19, 666:5, 666:24, 668:8, 669:19, 669:22, 670:7, 670:23, 671:6, 671:8, 671:17, 671:25, 673:4, 673:25, 674:15, 674:16, 675:5, 675:6, 675:7, 675:13, 675:23, 676:4, 676:7, 676:9,

677:5, 678:4, 678:11, 679:9, 680:7

**WHITTAKER** [1] - 618:8

**WHITTAKER'S** [5] - 638:15, 638:22, 639:2, 646:18, 669:2

**WHOLE** [5] - 624:6, 627:23, 648:23, 663:10, 668:4

**WISHES** [1] - 685:11

**WITH** [1] - 687:12

**WITNESS** [8] - 622:10, 650:5, 681:21, 682:2, 682:6, 683:5, 684:18, 685:7

**WITNESS** [11] - 622:12, 631:6, 632:8, 632:10, 649:14, 649:18, 650:5, 660:16, 664:12, 667:3, 672:8

**WITNESSES** [4] - 681:19, 683:12, 683:13, 683:19

**WITNESSES** [2] - 620:1, 620:3

**WOOD** [2] - 671:21, 678:3

**WORDS** [6] - 637:17, 653:1, 653:20, 661:20, 668:18, 680:7

**WORLD** [5] - 645:3, 645:7, 645:8, 645:9, 645:12

**WRITE** [1] - 636:19

**WRITES** [1] - 670:23

**WRITTEN** [3] - 652:18, 656:20, 678:7

**Y**

**YARDS** [1] - 679:21

**YEAR** [3] - 655:5, 671:6, 677:4

**YEARS** [6] - 623:1, 623:24, 665:16, 665:21, 666:5, 676:15

**YESTERDAY** [3] - 645:16, 655:25, 670:1

**Z**

**ZOCH** [16] - 621:9, 630:1, 630:22, 638:5, 638:6, 638:7, 638:14, 638:21,

639:1, 639:14, 639:22, 640:10, 640:12, 640:15, 641:2, 641:5

**ZOCH'S** [4] - 630:2, 639:3, 639:7, 641:2