1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3      HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE

4

5  SANTA CLARITA VALLEY WATER AGENCY,      )
                                           )
6              PLAINTIFF,                   )        CASE NO.
                                           )
7          vs.                             )        CV 18-06825-SB
                                           )
8  WHITTAKER CORPORATION, et al.,          )        VOLUME 8
                                           )        PAGES 847 TO 981
9              DEFENDANTS.                  )
   _____)

10

11

12

13              REPORTER'S TRANSCRIPT OF
                      TRIAL DAY 4
14          MONDAY, NOVEMBER 22, 2021
                      12:57 P.M.
15          LOS ANGELES, CALIFORNIA

16

17

18

19

20

21

22

23     _____

       MIRANDA ALGORRI, CSR 12743, RPR, CRR
24          FEDERAL OFFICIAL COURT REPORTER
            350 WEST 1ST STREET, SUITE 4455
25          LOS ANGELES, CALIFORNIA 90012
               MIRANDAALGORRI@GMAIL.COM

```
 1                         APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF:

 4          NOSSAMAN, LLP
            BY:  BYRON P. GEE
 5          BY:  RAVEN MCGUANE
            BY:  PATRICK J. RICHARD
 6          BY:  FRED FUDACZ
            777 South Figueroa Street
 7          34th Floor
            Los Angeles, California 90017
 8

 9          NOSSAMAN, LLP
            BY:  ILSE CHANDALAR SCOTT
10          50 California Street
            34th Floor
11          San Francisco, California 94111

12    FOR THE DEFENDANTS:

13          EDLIN GALLAGHER HUIE & BLUM
14          BY:  MICHAEL E. GALLAGHER, JR.
            BY:  FRED M. BLUM
15          BY:  DANIEL ERIC TROWBRIDGE
            500 Washington Street
16          Suite 700
            San Francisco, California 94111
17

18    ALSO PRESENT:

19          Matt Stone
            Scott Fryer
20          Ron Beaton
            Eric Lardiere
21

22

23

24

25
```

1                              **INDEX OF WITNESSES**

2

3     **WITNESSES**                                                    **PAGE**

4     STANIN, Phyllis

5            Cross-examination by Mr. Blum                              851
             Redirect examination by Mr. Gee                           911
6

7     ZELIKSON, Jeffrey

8            Direct examination by Mr. Richard                         918
             Cross-examination by Mr. Blum                             964
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

**INDEX OF EXHIBITS**

2

| | | FOR IDENTIFICATION | FOR EVIDENCE |
|---|---|---|---|
| **NUMBER** | **DESCRIPTION** | **PG.** | **PG.** |
| 169 | Stanin Expert Report | 888 | 888 |
| 179 | Stanin Expert Report | 871 | 871 |
| 180 | Stanin Expert Report | 872 | 872 |
| 182 | Stanin Expert Report | 872 | 872 |
| 186 | Stanin Expert Report | 892 | 892 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **MONDAY, NOVEMBER 22, 2021; 12:57 P.M.**

2              **LOS ANGELES, CALIFORNIA**

3                      **-oOo-**

4

5          (The following proceedings were held in

6          open court in the presence of the jury:)

7              THE COURT:  We remain on the record in the trial

8    matter with all present who were previously present, including

9    the jury as well as the witness.

10             And, Ms. Stanin, you understand you remain under

11   oath?

12             THE WITNESS:  Yes.

13             THE COURT:  Mr. Blum, please begin your

14   cross-examination.  Thank you, Your Honor.

15                   **PHYLLIS STANIN,**

16       **CALLED BY THE PLAINTIFF, WAS PREVIOUSLY SWORN.**

17                **CROSS-EXAMINATION**

18   BY MR. BLUM:

19        Q     Ms. Stanin, do you see Exhibit 190, 190?

20        A     I do.

21        Q     Do you remember seeing this during the direct

22   examination?

23        A     Yes.

24        Q     Wasn't there a white border on the right side of

25   it that had some writing on it?

1       A       I'm sorry?

2       Q       The ones that you were shown by Mr. Gee,

3  didn't -- did it not have a white border?

4       A       Yes.  Because it was in a different format.

12:59PM  5       Q       All right.  And that white border covered up the

6  part where it says Figure 2, AECOM perchlorate and TCE

7  concentration maps?

8       A       No.  It didn't cover it up.  I just didn't have

9  it on the PowerPoint.

12:59PM  10      Q       Okay.  What does it mean when it says May, June

11  2019?

12      A       It means that that was the time period that these

13  field data were measured.

14      Q       Okay.  Now, is AECOM one of the -- I'm trying to

12:59PM  15  get the words you used -- reputable and qualified firms that

16  Whittaker hired?

17      A       Yes.  I would say so.

18      Q       And they have done more than just one map like

19  this, did they not?

01:00PM  20      A       Yes.

21      Q       They have done one for every year going back to

22  2013; right?

23      A       That's correct.

24      Q       But when I reviewed your expert report in terms

01:00PM  25  of the documents that you considered, you only considered the

1    one for 2019, didn't you?

2         A     No.  That's not correct.  I considered all of

3    them.

4         Q     Can you go to your list of documents considered,

01:00PM  5    please, in your report.  I think it's, for ID purposes, 1312.

6         A     Okay.  I'm sorry.  Where did you want me to go?

7         Q     I want you to go to your report.  And I think on

8    page 50 of the report -- do you have your expert report up

9    there, ma'am?

01:00PM 10         A     I do.

11         Q     Okay.  50 starts references cited.  Do you see

12    that?

13         A     I do.

14         Q     And do you recall being asked whether that means

01:00PM 15    these are the only documents that you considered?

16         A     Yes.

17         Q     And you said "yes"; correct?

18         A     Yes.  But there are also information within the

19    text of the report that talks about the fact that there was

01:01PM 20    more than one monitoring report.

21         Q     I understand that.

22               But in terms of what you considered, you did not

23    consider the monitoring reports with the plume maps that were

24    created by this reputable company for 2013, '14, '15, '16, '17,

01:01PM 25    and '18, did you?

```
  1          A        Yes, of course I used them.

  2          Q        Show me where you -- your references cited there

  3     are included.

  4          A        So I can show you in the text of the report where

  5     I talk about that; right?

  6          Q        All right.  Show me where.

  7          A        Okay.  Give me just a second and I will find it.

  8          Q        Sure.

  9          A        (Witness reviewing report.)

 10          Q        Found it yet?

 11          A        No.  I'm not there yet.  I'm just trying to walk

 12     myself through the process because I don't remember where I

 13     specifically referenced that.

 14                   I found one of the references to it, but we will

 15     have to go back and find out where I said this.  But I'm on

 16     page 39 in Section 7.2.3.  The first sentence says,

 17     "Incorporating data and analyses described in previous sections

 18     in this report and using groundwater elevation data contained

 19     within the OU-7 monitoring reports as described above."  So I

 20     need to find where I described that above.

 21          Q        Let me ask you a different --

 22          A        But the fact it says monitoring reports should

 23     give you an indication that they're plural.

 24          Q        Would you agree with me, though, that in your

 25     section called "References Cited," you only refer to the 2019
```

01:01PM  (line 5)
01:03PM  (line 10)
01:03PM  (line 15)
01:03PM  (line 20)
01:03PM  (line 25)

1    AECOM report?

2         A    I'm not sure that is exactly right.

3         Q    Tell me which other ones you do and in the

4    section that says references cited.

01:04PM   5         A    All right.  Give me just a second.  Let me make

6    sure I didn't record them in some other manner.

7         Q    The question only pertains to the references

8    cited section, ma'am.

9         A    All right.  Well, I'm on the third page of that,

01:04PM  10    so just give me a second.

11              (Witness reviewing report.)

12         Q    If I can help, on the first page of the

13    References Cited, there are three references to AECOM.

14         A    I know, but oftentimes I would say -- if I got

01:05PM  15    something specifically from Whittaker, I would say that.  I did

16    that for the databases.  That's the very last entry there.  And

17    I thought I might have said something about the monitoring

18    reports there, but I did not.

19              So give me a second.  I feel comfortable that I

01:05PM  20    told the reader exactly what I did.

21         Q    I'm asking -- only asking about the references

22    cited.  I'm not --

23              THE COURT:  The Court is going to exercise its

24    discretion under Rule 403 and ask you to ask your next

01:05PM  25    question, Mr. Blum.  This has been going on for a bit.

1      Q      BY MR. BLUM:  Doctor -- I mean, sorry,

2  Ms. Stanin, if you take a look at the plume maps that show the

3  distribution of the perchlorate plumes for 2013 through '18,

4  are they going to look like the one for 2019?

01:05PM   5      A      The perchlorate plume maps?  Is that what you're

6  asking about?

7      Q      It looks like the pink part of Exhibit 190.  Is

8  it going to look the same?

9      A      No.  They all look different.

01:06PM   10      Q      Okay.  So when you -- now, can you go to the

11  legend or on the left side?

12      A      Yes.

13      Q      You see where it says, "Estimated TCE

14  concentration contour"?

01:06PM   15      A      Yes.

16      Q      Okay.  All right.  What is that?

17      A      So the dashed lines are Whittaker's

18  representation of the TCE concentrations at this time period.

19      Q      Well, it's not Whittaker.  It's this reputable

01:06PM   20  firm's; correct?

21      A      It was done by AECOM in a contract to Whittaker.

22      Q      Now, can you show the jury on Exhibit 190 where

23  the reputable firm delineated how far the TCE had moved?

24      A      No.  They don't show how far it had moved.  They

01:07PM   25  have contours that go down to five parts per billion, and then

1    they don't show the others.

2        Q        All right.  Can you show where that is?

3        A        Yes, I can.

4        Q        Okay.  Any further than that, what does that

01:07PM   5    mean?

6        A        It means that they didn't follow the flow lines

7    to draw their representation.  They only used the data as shown

8    on the map.

9        Q        Well, ma'am, you've done a lot of these yourself,

01:07PM  10    these contour lines; correct?

11        A        Yes.

12        Q        If, for instance, if on -- if you take a look

13    at -- let me see, the three of them at the edge.  RMW8, PZ9,

14    and NP.01.  If those had shown concentrations of TCE, wouldn't

01:08PM  15    a reputable and qualified firm have extended the contour lines

16    out to that?

17        A        But that's not where I'm talking about.  I'm

18    talking about along the flow paths that I have delineated using

19    the groundwater flow elevation contours.

01:08PM  20        Q        If, indeed, PCE or TCE had been detected in any

21    of those three wells, wouldn't a qualified reputable firm have

22    extended the TCE contour lines out to those wells?

23        A        Well, we would have to look at the data.  But I

24    think V-201 and V-205 have TCE in them, will have to make sure

01:08PM  25    that was the cases of May and June 2019.

1    Q        That's not my question.

2    A        If they did -- no, it was your question.  You

3    asked me if the -- if they wouldn't have drawn the contours out

4    to where TCE had been detected.

01:09PM  5    Q        I will ask it again.

6             If TCE had been detected in any of those three

7    wells, wouldn't a qualified and reputable firm extended the

8    contour lines at least out to those three wells?

9    A        Well, yes, of course.  But that's not what I'm

01:09PM  10   talking about.  Those three wells did not detect TCE.

11   Q        All right.

12   A        They also didn't detect perchlorate either.

13   Q        All right.  Let's move on to the -- can we see --

14   I think it was 158.  All right.

01:09PM  15            You have control of this.  Can you take the red

16   lines off of it?

17   A        I would love to.  I'm sorry, I don't know if I

18   have control or not.

19   Q        You just did.

01:09PM  20   A        I didn't do it.

21   Q        All right.  Saugus 2, has it ever had TCE above

22   an MCL?

23   A        No.  I don't believe so.  I think that's probably

24   true for all of those wells.

01:09PM  25   Q        How about above a public health goal for TCE?

```
 1        A        I'm sorry, could you ask me that again?

 2        Q        Do you know what a public health goal is?

 3        A        I generally know what it is, but I don't know

 4   what it is for TCE.

 5        Q        Have any of the wells, the four wells at issue

 6   here, had they ever had concentrations of TCE above an MCL?

 7        A        Not that I'm aware of.

 8        Q        And the -- although the concentrations -- at

 9   least the highest concentrations of TCE that you talked about

10   in open -- in your direct examination at the site were in the,

11   I believe, 4- to 5,000 part per billion or million?

12        A        All of the data that I've presented has been

13   micrograms per liter, so that would be parts per billion.

14        Q        Okay.  So they are -- what is it? -- multiple

15   times greater than even the MCLs?

16        A        Yes.  And that's to be expected.  It happens a

17   lot with respect to groundwater contamination flowing in the

18   groundwater system.

19        Q        All right.  Now, let's move on to a couple of

20   specific issues.  You talked somewhat about the first wells

21   that were put in in the '80s and the '90s really weren't put in

22   in the right spots; correct?

23                 First groundwater wells.  You said that they

24   weren't put in in the correct spots to get the information that

25   you thought would be required.
```

```
 1          A       Oh, you must be talking about monitoring wells.

 2          Q       Yes.

 3          A       Not water supply --

 4          Q       I'm sorry.  You're right.  Monitoring wells.

 5          A       Yes.  That is correct.

 6          Q       Did you review the documentation and the

 7   information that was available to the agencies that would

 8   regulate the area and Whittaker at the time these wells were

 9   put in?

10          A       I reviewed the information of the wells that were

11   available from the time they were put in, yes.

12          Q       The results or the actual orders of things that

13   were in effect?

14          A       I'm sorry.  I'm not clear what you're trying to

15   ask me.  Are you asking me why the wells went in?

16          Q       You know what?  Isn't it correct that, when you

17   start a monitoring program, that it's what's called an

18   intuitive process because you don't really know what you're

19   going to find until you start putting the wells down there?

20          A       I don't know if I would call it "intuitive," but

21   it's interactive.  I think that's what you mean.

22          Q       Right.

23                  So the first well may not find it, and then you

24   work with the agency and then you put it in another spot until

25   you get the wells at the good places; right?
```

```
          1        A       That's generally the process.  But you need to be

          2    able to know what you need to do next as soon as you put

          3    something in that doesn't work.

          4        Q       Right now -- I want to move to the next issue,

01:12PM   5    and then we're going to -- and that is Table 5.  Table 5 was

          6    the maximum concentrations that were found at the different

          7    onsite wells; correct?

          8        A       Yes.  That's correct.

          9        Q       Why use maximum?

01:13PM  10        A       Because one of the things that you're trying to

         11    do when contaminants have already been migrating prior to you

         12    being able to actually measure the concentrations and track the

         13    plumes as they move down the groundwater system, one of the

         14    things that you're trying to do is to determine how much has

01:13PM  15    gone past that well.

         16                And so the maximum concentration gives you the

         17    opportunity to see that there's been a plume centerline, for

         18    example, that has gone by that well at that time.  So it gives

         19    you a better understanding of what the extent of the

01:13PM  20    contamination is, certainly through the various aquifers which

         21    was one objective of looking at the concentrations.

         22                And then another objective of that process is to

         23    better understand what has gone by or what has been seen in the

         24    monitoring wells at any given time so that that can -- it's one

01:14PM  25    piece of the puzzle that you need to sort of put the puzzle
```

```
 1    together.

 2             Q       But it's not the full puzzle, is it?

 3             A       Well, no.  It's not the only thing I used.

 4             Q       Don't you also want to know what the trend at

 5    those wells has been, for instance?  Isn't that a piece of

 6    information that you would want to know?

 7             A       We did look at the trends, and --

 8             Q       That is a -- trends is a piece of information you

 9    would want; correct?

10             A       We did look at that.  And I actually put that in

11    the expert report.  It's on three exhibits as an example.

12             Q       Wouldn't you also want to know where the

13    concentrations are today?

14             A       We do know where the concentrations are today.

15             Q       Well, if we take a look at -- what was the

16    highest concentration that you found at any of the wells?

17                     THE COURT:  For what chemical?

18                     MR. BLUM:  TCE, onsite.

19                     THE WITNESS:  So I think we have talked about

20    this before.  It was in some of the -- if you're asking which

21    wells --

22             Q       BY MR. BLUM:  I just want to know the number.

23    What is the highest number?

24             A       Oh, I'm sorry.  4,700 micrograms per liter.

25             Q       What year was that?
```

1      A      I don't have a year to that, but we could look

2   that up.  I don't have that memorized.

3      Q      So would it matter what year it was?

4      A      For what purpose?

01:15PM   5      Q      Well, for instance, if it was 20 years ago and

6   we -- it never had a concentration at any of these offsite

7   wells at or above the MCLs, could it be that whatever danger

8   that posed is gone?

9      A      Well, you don't have enough offsite wells to even

01:15PM  10   say that, number one.  And, number two, that was not a blip in

11   time.  Those wells that were on the area -- and I can draw

12   this, actually.  I don't have this shown on this particular

13   map.  But the wells that had those highest concentrations are

14   in this area.  It wasn't a one-time detection.

01:16PM  15      Q      There's now a remedial groundwater extraction

16   system on the site; correct?

17      A      Yes.  I believe it's operating now.

18      Q      Now, with the system in place -- by the way, in

19   your report and in your deposition, you never rendered an

01:16PM  20   opinion, did you, as to what future concentrations at the

21   Saugus 1, Saugus 2, V-201, or V-205 well would be for TCE, did

22   you?

23      A      Are you talking about a concentration in the

24   future?

01:16PM  25      Q      In the future.  You never rendered an opinion on

1    that issue, did you?

2         A      I don't think anybody ever asked me about what

3    the concentration would be in the future.

4         Q      Did you render an opinion on that issue in your

01:17PM 5    report?

6         A      Not in my report, no.

7         Q      And in your deposition, you were asked at the end

8    of the deposition, weren't you, are these all your opinions?

9    And you said "Yes"; correct?

01:17PM 10        A      I recall that, yes.

11        Q      And in your deposition, you never rendered an

12   opinion on what the future concentrations would be for the VOCs

13   at the four wells in question, did you?

14        A      No.  It wasn't part of the scope of my expert

01:17PM 15   report.

16        Q      Okay.  Good.

17               All right.  Let's go to just some general issues,

18   ma'am.  Now, you've worked with a company called -- is it

19   called Todd Engineering now or just Todd?

01:17PM 20        A      The company was formed by David Keith Todd.  So

21   the actual formal official name of our firm is David Keith Todd

22   Consulting Engineers, Inc.  We were doing business as

23   Todd Engineers for a while, and then we found there was a

24   shipping company called Todd Engineers that we kept getting

01:18PM 25   calls for.  So we modified our name, and we're now doing

1    business as Todd Groundwater.

2          Q       And in this case, you have actually prepared

3    three reports; correct?

4          A       Three expert reports, correct.

01:18PM    5          Q       And Mr. Todd prepared one also; correct?

6          A       Well, I was counting that one as one of the

7    three.  I assisted Dr. Todd with the first report.

8          Q       And you basically have accepted his conclusions

9    in his report, have you not?

01:18PM   10          A       Yes.  I worked on it.

11          Q       And one of his conclusions was that perchlorate

12    has been used at the site at least since the mid 1940s;

13    correct?

14          A       I would assume so.  That sounds right.  But I --

01:18PM   15    I should check that.  I'm not going to represent that it says

16    that without looking at it.

17          Q       But that sounds like a correct statement?

18          A       That sounds correct to me.

19          Q       You have expended 4- to 500 hours in preparing

01:19PM   20    your rebuttal report; correct?

21          A       I can't imagine I spent 400 hours on the rebuttal

22    report.

23          Q       Well, combined.  Combined, ma'am.

24          A       I don't recall the number.  But if you have

01:19PM   25    information for that, then I will go with you.

1     Q     Can you put any parameters on how much time you

2  have spent on the case?

3     A     Gosh, I haven't thought about that in a long

4  time.

01:19PM  5     Q     But you know how much money you have been paid by

6  the plaintiffs for the work that you did in preparing your

7  reports and getting ready and testifying today?

8     A     I'm sorry.  Just for the testifying today?

9     Q     And the -- the total.  All the work your firm has

01:19PM  10  done as an expert, how much have you been paid?

11     A     I don't know the answer to that.

12     Q     Okay.  Now, let's talk about perchlorate

13  generally.  Would you agree that the offsite impacts -- let me

14  rephrase.

01:20PM  15          Would you agree that perchlorate's impacts on

16  offsite water wells was not foreseeable until 1997?

17     A     Yes, because we weren't sampling for it before

18  1997.

19     Q     And one of the reasons you weren't sampling for

01:20PM  20  it is because it wasn't recognized as a problem for groundwater

21  until 1997; correct?

22     A     There had not yet been established an MCL until

23  that time.

24     Q     Because nobody thought to -- that it was a

01:20PM  25  problem; correct?

|        |    |                                                                       |
|--------|----|-----------------------------------------------------------------------|
|        | 1  | A        I don't know about that.  I mean, perchlorate is              |
|        | 2  | salts, and so salts have been an issue for a very long time.          |
|        | 3  | But it didn't have an MCL at that time.  Let's just leave it at       |
|        | 4  | that.                                                                 |
| 01:21PM| 5  | Q        Well, in fact, before 1997, there was not even a             |
|        | 6  | way to measure it, was there?                                         |
|        | 7  | A        That is actually incorrect.  I have seen                     |
|        | 8  | perchlorate concentrations back to the '50s.                         |
|        | 9  | Q        All right.  If we could move to the site history,           |
| 01:21PM| 10 | please.                                                               |
|        | 11 | Would you agree that TCE has been disposed of or                     |
|        | 12 | used at the site for at least 80 years?                               |
|        | 13 | A        We don't know the exact time period, but we do              |
|        | 14 | know that TCE was disposed of at the site.                            |
| 01:21PM| 15 | Q        Didn't you in your report use for at least                  |
|        | 16 | 80 years?                                                             |
|        | 17 | A        I don't know.  Can you point me to --                       |
|        | 18 | Q        Yes.  Page 15.  First full paragraph, the                   |
|        | 19 | sentence starting, "Giving its rise in the United States..."         |
| 01:22PM| 20 | A        Well, it doesn't say that it's true.  If I could           |
|        | 21 | read those two sentences for the record, it might be clearer.         |
|        | 22 | Q        Sure.                                                        |
|        | 23 | A        So the paragraph -- the first two sentences read:           |
|        | 24 | "The first use of VOCs on the property has not been documented.       |
| 01:22PM| 25 | But U.S. manufacturing of TCE, the most prevalent VOC detected        |

in groundwater, dates back to the 1920s, including uses of degreasing solvent and its fire retardants.  Given its rise in the United States production in the 1940s and its widespread use in the defense industry, it seems likely" -- "it seems likely that TCE has been used and disposed of on the property for about 80 years."

Q       When you say "it seems likely," does that mean it's more probable than not?

A       Yes.  That's what "likely" means.

Q       So in your opinion, it's more probable than not that TCE had been used and disposed of at the site for over 80 years; correct?

A       Well, I don't have this as a specific opinion stated.  This is background information on the site.  But yes, it does seem likely that TCE may have been -- was likely.  I will stick with that.  Was likely used for about 80 years.

Q       More probable than not; correct?

THE COURT:  Ask your next question.

MR. BLUM:  All right.

Q       If we go back, at some point in time, did you state whether or not the property had been used for the manufacture of fireworks?

A       Yes, I did state that.

Q       And if you can look at table 2, what are the years that fireworks manufacturing would have been done?

1          A          1936 to 1942.

2          Q          All right.  Now, when you took a look at the

3     site, did you find any evidence that there were remnants of

4     fireworks in some of the landfills?

01:24PM  5          A          I can't remember specifically if that was the

6     case.

7          Q          Well, if you go to page 18 of your report, ma'am,

8     do you see where it says "solid wastes"?

9          A          Yes, I do.

01:24PM 10          Q          Do you see where it says "trenching and testing

11     at those 29 sites indicate disposal of nonhazardous and

12     hazardous materials including fireworks"?

13          A          Yes.  Fireworks, spent missile and rocket

14     casings, crushed and intact drums, powders, detonators,

01:25PM 15     sandblast residue, propellant, red phosphorous, sewage sludge,

16     sludge, and various other stained materials.  So I didn't

17     remember that one.

18          Q          Now, wasn't there also fireworks specifically

19     found in the Hula Bowl?

01:25PM 20          A          I don't recall.

21          Q          Now, in your report didn't you state that in

22     the -- I'm sorry.  Let me get to the right spot -- that in the

23     late 1960s there was a changeover by Whittaker from TCE to TCA?

24          A          I do recall that sentence.  That came directly

01:26PM 25     out of the Acton-Mickelson remedial investigation report, and I

```
 1   practically plagiarized that paragraph because it was according

 2   to Bermite employees.  So I don't think even Acton-Mickelson

 3   knew that directly firsthand.

 4       Q      Do you ever put things in your report that you

 5   don't believe to be true?

 6       A      Well, you have --

 7       Q      That's a statement.

 8              The question is do you put things in your report

 9   that you do not believe to be true?

10       A      No.  Of course not.

11       Q      All right.

12       A      But --

13       Q      I'm done with my question.

14       A      I just would like to explain.

15              THE COURT:  You will have an opportunity on

16   redirect.

17              THE WITNESS:  Thank you.

18       Q      BY MR. BLUM:  I want to talk about -- generally

19   about contamination in the groundwater.  In the offsite

20   groundwater, was there contaminants found that you believe

21   could not have been from the Whittaker site?

22       A      I can't recall.  There were some -- there were

23   some contaminants that I didn't do any kind of detailed

24   tracking on because their concentrations were so low.

25   Saugus 1, in particular, I think saw some additional VOCs in
```

01:26PM (line 5)
01:26PM (line 10)
01:26PM (line 15)
01:27PM (line 20)
01:27PM (line 25)

         1    addition to TCE and PCE, but their values were not quantifiable

         2    by the lab they were so low.  So there wasn't a lot of

         3    information that I could use for trying to track those

         4    contaminants.

01:27PM  5         Q      For instance, do you recall whether or not

         6    benzene or ethyl benzene or toluylene were found in the

         7    groundwater?

         8         A      In what well?

         9         Q      In any of the offset wells installed by Whittaker

01:28PM 10    or any of the groundwater wells that are the subject of this

        11    case.

        12         A      I don't recall, but we could look that up.  But

        13    it's in the database.

        14         Q      All right.  Let's move on.

01:28PM 15              Let's take a look at Exhibit 179, please.

        16            (Marked for identification and received

        17            into evidence Exhibit No. 179.)

        18         Q      BY MR. BLUM:  Now, Exhibit 179 is an AECOM TCE

        19    concentration map, again, from May of 2019; correct?

01:28PM 20         A      Yes.

        21         Q      This is for basically aquifer S-3A; correct?

        22         A      That's correct.

        23         Q      And, again, is it correct that it shows a TCE

        24    contours not extending off the Whittaker site; correct?

01:29PM 25         A      That's correct.

1          MR. BLUM:  All right.  If we can go to

2     Exhibit 180.

3               (Marked for identification and received

4               into evidence Exhibit No. 180.)

01:29PM   5          THE COURT:  Please make sure that, if you're

6     referring to an exhibit that hasn't been received, that you

7     follow the procedure that was previously stated.

8          MR. BLUM:  179 and 180 are stipulated.

9     Q     Again, this is for a different aquifer, and it

01:29PM   10   also shows TCE concentration maps not exiting the Whittaker

11   site; correct?

12   A     No.  That's not correct.

13   Q     All right.  Does it show the contours stopping

14   within the Whittaker site?

01:29PM   15   A     The first mistake is that you said it was a

16   different aquifer.  It's the same aquifer.

17   Q     Let's move on.  Let's go to 182.

18               (Marked for identification and received

19               into evidence Exhibit No. 182.)

01:30PM   20   Q     BY MR. BLUM:  What is 182?

21   A     182 is the water level contour that we saw from

22   May 2019 from the Whittaker monitoring report, and there are

23   two areas of TCE contamination that are higher in concentration

24   than 5 PPB.  Recall that the concentrations, as you mentioned

01:30PM   25   earlier in the water supply wells, were higher than 5 PPB.  So

1    it doesn't mean that TCE is not in those wells at this time.

2        Q       But the high concentrations or at least above the

3    MCLs on the site don't extend beyond the site; correct?

4        A       But that's an interpretation.

01:30PM 5        Q       If you look at the contour lines -- do you see

6    the contour line for 5 parts per billion?

7        A       Yes, I do.

8        Q       Other than the corner between OU-4 and OU-3, it's

9    contained at the site; correct?

01:31PM 10       A       That's generally correct.  If I can just draw, I

11   can pull that TCE contour in that direction.

12       Q       All right.  But that's not what AECOM did.

13       A       That's because it's their interpretation.

14       Q       Okay.  Now, if we go further towards the top,

01:31PM 15   there's another contour; correct?

16       A       I'm sorry, please.  I was distracted.  Would you

17   mind repeating?

18       Q       If we go to the top above V-201 and V-205, there

19   is another contour; correct?

01:31PM 20       A       Correct.

21       Q       And can you put a circle around that, please?

22       A       Yes.  Of course.

23               (Witness drawing.)

24               The contour does this, but the contour could do

01:31PM 25   this.

1    Q    Just the lines that they drew.  Not of your

2  drawing.

3    A    You can see the lines they drew from the green.

4    Q    Can you please put a circle around the lines that

01:31PM   5  AECOM drew?

6    A    Yes.  Of course.  I'm sorry.  I don't think I

7  have control of the red.  I'm so sorry.  There we go.

8         That's what you wanted me to do?

9    Q    Yep.  Now, between where the concentration is

01:32PM   10  above 5 at the Whittaker site, there is how much space until

11  you get to other new concentrations that are above 5 parts per

12  billion?

13    A    Well, there aren't many wells; right.  There are

14  no wells at all.

01:32PM   15    Q    Ma'am, it's not my question.

16    A    I'm sorry.  Please.

17    Q    How much space?

18    A    Well, let's -- let's say you can use this as

19  about 1,500 feet.  So let's say that they have -- there is my

01:32PM   20  thousand.  I will use this.  A little over a mile, I think.

21    Q    Okay.

22    A    But without data in between.

23    Q    Well, isn't there -- isn't there a -- well, never

24  mind.

01:33PM   25         The wells that are on the furthest top, isn't it

| | | |
|---|---|---|
| | 1 | true that those are what's called the DW and Mall well |
| | 2 | clusters? |
| | 3 | A        Generally.  I think it's DIW but close. |
| | 4 | Q        Okay.  And you haven't looked for or at whether |
| 01:33PM | 5 | or not there's a source for the DIW and Mall well clusters |
| | 6 | independent of Whittaker, have you? |
| | 7 | A        Well, I was focusing on the pathways to the water |
| | 8 | supply wells, so the DIW wells were less of a concern. |
| | 9 | Q        My question is you didn't look at the sources for |
| 01:33PM | 10 | the DIW or Mall wells, did you? |
| | 11 | MR. GEE:  Objection.  Outside the scope of |
| | 12 | assignment. |
| | 13 | THE COURT:  Overruled. |
| | 14 | You can answer. |
| 01:34PM | 15 | THE WITNESS:  I didn't focus in on what DIW-1, |
| | 16 | for example, is and then began to compare that to everything in |
| | 17 | the same way I did the water supply wells because the scope was |
| | 18 | to look at the water supply wells. |
| | 19 | Q        BY MR. BLUM:  In other words, you didn't think it |
| 01:34PM | 20 | was your job or part of your task to determine whether or not |
| | 21 | there was a source of TCE outside of the Whittaker site? |
| | 22 | A        Well, I know there were other sources.  That's |
| | 23 | not the point. |
| | 24 | Q        Okay.  What are those other sources? |
| 01:34PM | 25 | A        I think that there is a site with TCE and it's |

1    near the Saugus 1 well SIC.

2         Q      All right.

3         A      That was in a lot of the expert reports

4    associated with this, but the DIW wells were not part of the

01:35PM  5    focus of what I was trying to do.

6         Q      What's the zone of influence for -- by the way,

7    if we're talking about a well and you say the zone of influence

8    for a well, what does that mean?

9         A      I'm not 100 percent sure what you mean by that.

01:35PM  10        Q      Did you ever see a report that talked about V-201

11   and, when it's pumping the area, that the pumping impacts?

12        A      Are you talking about capture zones?

13        Q      Capture zones.  What's a capture zone?

14        A      A capture zone is when a well is pumping.

01:35PM  15   Remember the circles that we saw for when a pump well was

16   pumping and how that circle was skewed upgradient.  So that

17   gives that well the opportunity to capture water that's coming

18   down from the upgradient area.  And so there are -- I'm going

19   to say there are at least maybe eight or ten different versions

01:35PM  20   of capture zones that have been done for this site for the

21   variety of these wells for different reasons over time.  And

22   so, yes, I have seen a lot of the capture zones.

23        Q      How about for specifically V-201?

24        A      Yes.  I have seen capture zones for V-201, at

01:36PM  25   least four or five of them.

1      Q      Do you know an individual named Meredith Durant

2   who works for Kennedy Jenks?

3      A      Yes.  I'm smiling because you asked me that in my

4   deposition.

01:36PM  5      Q      You're aware she is another reliable and

6   reputable expert; correct?

7      A      Yes, she is.  She's an environmental engineer

8   with Kennedy Jenks Consultants.

9      Q      In the capture zones that she prepared and

01:36PM  10   submitted to the DDW, didn't the capture zones include the DIW

11   and Mall wells?

12      A      Oh, I know what you're talking about.  That's for

13   the 97-005 report.

14      Q      Yes.

01:36PM  15      A      Yeah.  So that capture zone is a future capture

16   zone.  That hasn't happened yet.

17      Q      Okay.  While V-201 was operating, did the capture

18   zones include the Mall wells and the DWO clusters?

19      A      No.  I don't think so.

01:37PM  20      Q      All right.  I want to move on, and I want to talk

21   about how stuff gets to groundwater.

22             Have you looked at how deep the groundwater is

23   from the surface at the Whittaker site -- at the site?

24      A      Yes.  It varies over the site quite a bit, and it

01:37PM  25   varies over time.

1    Q       And it could be up to 7- or 800 feet; correct?

2    A       That seems deeper than I thought.  Where is it

3    700 feet?

4    Q       How about in the area of Building 317?  How far

5    is it from the surface to the groundwater?

6    A       I don't know beneath the impoundment.  I didn't

7    think it was 700 feet, but certainly it's several hundred feet.

8    Q       And in order for something that is released into

9    the impoundment to get to the groundwater, it has to go through

10   the soil; correct?

11   A       It goes through the sediment.  So the sediment

12   beneath the Whittaker site consists of --

13   Q       That's not my question.

14           Whatever it's made up of, it has to go through

15   the sediment; correct?

16   A       It goes through the sediment, yes.  Not the

17   soils.

18   Q       And the -- how quickly it moves through that

19   sediment is based on numerous different variables; correct?

20   A       Yes.

21   Q       Now, what does it mean if the sediment is

22   heterogeneous?

23   A       Most geological formations are relatively

24   heterogeneous, and it simply means that there is variety or

25   variability of properties across the aquifer.

1      Q      In terms of sediment, doesn't it mean that

2   something -- just because you know what it's like in one part

3   doesn't mean it's going to be like that in another part.

4      A      That's correct.

01:39PM   5      Q      And it varies all through the thousand acres that

6   we're talking about here.

7      A      It does vary.

8      Q      All right.  And because it's heterogeneous and

9   because we haven't done all the testing for all the variables,

01:39PM  10   it's true that at least as of your deposition no one has

11   determined how long it would take to move from the surface to

12   the groundwater.

13      A      Yeah.  I think that's right because we looked in

14   all of the Whittaker reports.  I was really surprised to see

01:39PM  15   that there had been no vadose zone study, unsaturated zone

16   studies in any of the Whittaker reports.

17      Q      So as of the -- at least as of the deposition,

18   there is no testimony or no studies of how long it would have

19   taken the perchlorate or the VOCs to move assuming there was a

01:39PM  20   leaking of the 317 impoundment to the groundwater below the

21   impoundment; correct?

22      A      We can make estimates, but there have been no

23   studies that I have seen.

24      Q      All right.  Now, the -- you made certain

01:40PM  25   estimates, did you not, about how long it would take for -- or

1  how long it's been that the VOCs had been in the groundwater

2  and how long they have had to migrate, didn't you, in your

3  report?

4        A       I have a section on groundwater velocities and

01:40PM  5  travel times.

6        Q       And didn't you conclude that it would take

7  between -- it would take between 50 and 80 years -- the VOCs

8  have had 50 to 80 years to migrate?

9        A       No.  That was not my conclusion.

01:40PM  10       Q       Do you recall using the word 50 to 80?

11       A       So I think you're talking about table 8, and we

12  mentioned that briefly previously.  And on table 8 we have the

13  data -- the field data that Whittaker collected and the water

14  supply agencies collected that relate back to those groundwater

01:41PM  15  velocities.  And I think I'm clear in table 8 that there's a

16  variety of velocities that can be calculated depending on

17  whether you are using onsite or offsite data and also depending

18  on which aquifer you're actually looking at.

19       Q       Let's go to a table.  I think it was table 8.

01:41PM  20       A       That's correct.

21       Q       Table 8, at the end of the day, you have a bulk

22  average of .87; correct?

23       A       I don't know about the end of the day, but

24  there's a .87 on my table because that was an average of some

01:41PM  25  of the data that are on the table.

881

Q      All right.  And if you go to the next page under
the next section 7.4.4.2 under travel times -- are you with me?

A      I'm on the next page, yes.

Q      All right.  The last sentence of the first
paragraph you use .87 feet as the velocity in your predictions;
correct?

A      So I'm sorry.  Next page the last sentence says
"The bulk groundwater velocity is 0.87 feet per day which is
similar to the offsite individual HS used velocities."

Q      I'm looking at page 42 of your report.

A      I am on 42.

Q      Section 7.2.4.2.  Do you see that?

A      I do see that.

Q      Using an estimated average groundwater velocity
of .87 feet per day, that's the one you used; correct?

A      I don't know about that's the one I used.  That's
the one I used in that sentence, and that's only for our
establishment of an extreme case using a conservative number to
see if it was going to be a controlling factor.

Q      All right.  Well, if you go to the next page, the
first paragraph you do refer to it as a conservative average;
right?  At the bottom of the first paragraph?

A      Yeah.  And read that sentence.  You know, even
with the conservative average linear groundwater velocity of
0.87, that really was the extreme case.

|       |    |   |                                                        |
|-------|----|---|--------------------------------------------------------|
|       | 1  | Q | Well --                                                |
|       | 2  | A | If I could explain how this fits together.             |
|       | 3  | Q | Ma'am.  Ma'am.                                          |
|       | 4  | A | I'm sorry?                                              |
| 01:43PM | 5 | Q | Do you ever refer to it as an extreme case?           |
|       | 6  | A | I refer to it as the conservative case.                |
|       | 7  | Q | All right.  Now, if you go further down, you see       |

the paragraph that starts "Actual retardation"?

|       | 9  | A | Yes.                                                   |
| 01:43PM | 10 | Q | Now, at the end of that paragraph, don't you         |

state, "Contamination from the Whittaker site could have

impacted water supply wells over a 50- to 80-year period"?

|       | 13 | A | Again, this --                                         |
|       | 14 | Q | Isn't that what you said?                              |
| 01:44PM | 15 | A | That is what the sentence said but --                |
|       | 16 | Q | All right.  Now --                                     |
|       | 17 | A | It's cherry-picking the information.                   |
|       | 18 | Q | Can you show me in your discussion --                  |
|       | 19 |   | THE COURT:  Mr. Blum, a little bit lower, a            |

little bit softer.

|       | 21 |   | MR. BLUM:  Sorry, Your Honor.                          |
|       | 22 | Q | Ma'am, can you show me in your discussion of the       |

time where you use any number other than .87 feet per day?

|       | 24 | A | Yes.  Of course.                                       |
| 01:44PM | 25 | Q | Sure.  Show me where.  In that section show me,      |

          1    please.

          2             A        Page 42, the last sentence -- the last paragraph

          3    in that upper section reads as follows:  "Using an average

          4    linear groundwater velocity from onsite areas alone, 5.6 feet

01:44PM   5    per day, would suggest that contaminants could migrate 3,000

          6    feet in just 1.5 years allowing contaminants to migrate from

          7    source areas to the site boundary."

          8             Q        But we have -- the wells here are partly onsite

          9    and partly offsite; correct?

01:45PM  10             A        They are.

         11             Q        And when you -- and at least, for instance, if we

         12    take a look at V-201, isn't V-201 mostly offsite?

         13             A        Yes.  Let me explain.

         14             Q        Isn't V-205 mostly offsite?

01:45PM  15             A        I can see where you're going, so let me explain.

         16             Q        Let's go on to the next issue.

         17             THE COURT:  Ms. Stanin, he doesn't want you to

         18    explain.  You will have an opportunity -- and if he does, he

         19    will let you know.  You will have an opportunity to explain if

01:45PM  20    Mr. Gee thinks it's appropriate.

         21             THE WITNESS:  I'm sorry.  Thank you.

         22             THE COURT:  Just listen to his questions.  Answer

         23    the questions, please.

         24             THE WITNESS:  Thank you.

01:45PM  25             Q        BY MR. BLUM:  Now, how far is it from the

Hula Bowl to S-1?

A    I'm sorry, to -- which part of the Hula Bowl?

Q    Well, I think you used the word, by the way, 5- to 6,000 feet on page 43.

01:46PM

A    And so that number varies depending on where you are.  I'm not sure exactly what I was doing at that moment.  But the Hula Bowl ravines and the Hula Bowl source areas are a little bit different.

Q    Doesn't it say "Distances to the OU-4 Hula Bowl

01:46PM

ravines are shorter, about 5- to 6,000 feet"?

A    They are shorter, yes.

Q    And it was shorter than the distances from the Burn Valley; correct?

A    That's correct.

01:46PM

Q    Have you actually -- have you actually calculated out, given percentages of how far -- how much onsite versus how much offsite there is -- how long it would have taken for contaminants to have moved from one location to another?

A    Part of the reason that that hasn't been done is

01:47PM

because the offsite information comes from water supply wells which actually average all of the aquifers.  So those onsite numbers, even though they say "onsite," that just means that's where the data were collected from.  And because they are aquifer specific, that's probably the better numbers with

01:47PM

respect to contaminant travel than any of the bulk numbers that

1      combine all the aquifers together.

2           Q      So in the end of the day, is there enough data to

3      do the calculation to determine how long it would have taken

4      for just the groundwater part of it to move from the

01:47PM  5      Burn Valley to S-2?

6           A      Yes.  I think there's enough information to do

7      some estimations and approximations.  And my order of magnitude

8      estimate here was only to see if it was a controlling factor,

9      and then the other expert that's also involved in this case is

01:48PM  10     doing a more detailed assessment, a more deep dive with respect

11     to the travel time issues.

12          Q      And when you say a controlling factor, the

13     question you were trying to answer was, given the time periods

14     in which there have been releases at the site, was there

01:48PM  15     sufficient time; correct?

16          A      Yes.

17          Q      You were not trying to say, "Given the time

18     period that Whittaker has occupied the site was there enough

19     time," were you?

01:48PM  20          A      I was mainly interested in the Whittaker site.

21          Q      But I'm talking about the site as general and not

22     the time period that Whittaker as a company occupied the site;

23     correct?

24          A      That's correct.

01:48PM  25          Q      So you're not saying there was sufficient time

1    for the time period that Whittaker was the operator of the site

2    for material to have migrated, are you?

3         A    Well, I think there was, but that isn't what this

4    is talking about.

01:49PM  5         Q    Is that in your report?  You don't state that in

6    your report, do you?

7         A    No.  Because --

8         Q    Thank you.

9              All right.  Now, let's move on.  Let's move on to

01:49PM  10   Saugus 1.

11             If we can get 158 back up, please.

12             Ma'am, can you show us where -- I'm sorry.  Where

13   Saugus 1 and 2 are?

14        A    Saugus 1 and 2 are here and here, and they are

01:49PM  15   labeled.

16        Q    Okay.  Do you recall when the extraction wells

17   were put -- were operating for Saugus 2?

18        A    I'm sorry.  I don't understand the question.

19        Q    Saugus 2 is actually extracting water from the

01:50PM  20   aquifer; correct?

21        A    Yes.  It's a pumping well.

22        Q    When was that pumping well put online?

23        A    Soon after -- probably within a year after it was

24   installed.

01:50PM  25        Q    2010?

```
 1      A       Oh, you're talking about -- okay.  So it was put

 2 online right after it was installed, and I'm going to say that

 3 was 1989ish, the late '80s, I think.  So that well was pumping

 4 from the time it was installed until it became contaminated

 5 with perchlorate.

 6      Q       All right.  And it went offline; correct?

 7      A       Because they couldn't operate the well because it

 8 was contaminated.

 9      Q       And after the Saugus perchlorate treatment

10 facility was built, it went back online; correct?

11      A       Yes.  It was down about 12 years, I think.

12      Q       When did it come back online?

13      A       Sometime in 2010.

14      Q       All right.  And since then it's been pumping

15 water from the aquifer; correct?

16      A       That's correct.

17      Q       And it's also been acting as what's called a

18 containment well; correct?

19      A       It is acting as a containment well.  I'm not sure

20 who plans it, but yes.

21      Q       Can you tell the jury what a containment well is?

22      A       Yes.  Of course.  So recall we talked about what

23 happens in a pumping well, that it makes this kind of

24 depression, and water from kind of a large area around the well

25 goes into that well.  And so, because of that well, now it's
```

1    sort of gathering water around it.  If you go upgradient, that

2    well sees water coming toward it, and even water coming toward

3    it over here will get captured by it.  Water coming over here

4    will get captured by it.  So it captures a larger area.

01:51PM   5           Remember, we talked about how it captures a

6    larger area than a monitoring well would capture.  And so if we

7    extend that capture upgradient, we can say anything flowing

8    downgradient and hitting that circle, that's going to go in

9    that well.  So that's what we call a capture zone.

01:52PM   10          MR. BLUM:  Okay.  If we could put up Exhibit 169,

11   please, which is stipulated into evidence.  It's figure 18 from

12   your -- you know what, do -- do this one.  Sorry.

13          (Marked for identification and received

14          into evidence Exhibit No. 169.)

01:52PM   15   Q     BY MR. BLUM:  This is from your report, correct?

16   A     Yes, it is.

17   Q     All right.  Now, would you agree with me that, in

18   terms of Saugus 1 and Saugus 2, the three main VOCs found in

19   order of significance is TCE, PCE, and 11-DCE; correct?

01:52PM   20   A     For the VOCs?

21   Q     Yes.

22   A     Yes.

23   Q     What is 11-DCE?

24   A     You mean its molecular structure?

01:53PM   25   Q     Is it related to TCE or PCE?

1        A        No.  It's a degradation product of 1,1,1-TCA.

2        Q        Is it also through a mechanical degradation

3    related to TCE?

4        A        I have seen the literature on that.  I can't give

01:53PM  5    you an opinion on that.

6        Q        By the way, TCA, has it been detected in Saugus 1

7    or 2 or V-201 or 205?

8        A        No.  I don't think so.

9        Q        Now, isn't it correct that you don't know what

01:53PM 10    the source is of -- well, at least at your deposition you

11    didn't know what the source was of the 11-DCE found in Saugus 1

12    and Saugus 2?

13        A        I haven't made a determination about those

14    concentrations because they're just too low to even be

01:54PM 15    quantified.  They're difficult to track.

16        Q        Didn't you say in your deposition the reason you

17    did it -- didn't do it was because it just wasn't part of your

18    job?

19        A        Well, it wasn't in the pathway scope

01:54PM 20    specifically, but that's part of the reason because it's just

21    too low to be trackable.

22        Q        Right.  And so it would be correct that sitting

23    here today you don't know the source of the DCE found in

24    Saugus 1 and 2?

01:54PM 25        A        That's correct.  I haven't made that

1    determination.

2          Q     So you can't say it was Whittaker, can you?

3          A     I can't say one way or the other.  I know

4    Whittaker detected 11-DCE onsite.

01:55PM  5          Q     Well, if we could go to -- actually, your

6    Exhibit 169.  And you see in the bottom right-hand corner there

7    is the highest concentration maps for DCE; correct?

8          A     Correct.

9                MR. BLUM:  Can you blow that up?

01:55PM 10                THE WITNESS:  I don't know.

11                MR. BLUM:  I'm talking to --

12                THE WITNESS:  Sorry.

13                MR. BLUM:  It is okay.

14          Q     Now, all those white dots, what do they mean?

01:55PM 15          A     Those are wells in which 11-DCE was not detected.

16          Q     So other than the northern part of the site and

17    the -- I guess it would be the southern part of the site, there

18    is no DCE found in any of the wells, is there?

19          A     That's correct.  DCE had not been detected in the

01:55PM 20    Hula Bowl ravines or the Hula Bowl source area.

21          Q     Well, isn't there also -- where is Saugus 1 and

22    Saugus 2?

23          A     They're here and here.

24          Q     All right.  So based on that, wouldn't you

01:56PM 25    conclude that there is no evidence to support the fact that

1    Whittaker is the source of the DCE in Saugus 1 and Saugus 2?

2         A       Other than pathway.

3         Q       Well, just because there's a pathway doesn't mean

4    that something has taken the pathway; correct?

01:56PM  5    A       That's why I didn't determine it as the source.

6         Q       Well, did you look for what could be the source?

7         A       I didn't make a determination for anything that

8    wasn't quantifiable above the lab reporting limits.

9         Q       Well, within the wells, within Saugus 1 and

01:56PM  10   Saugus 2, wasn't there quantifiable amounts of DCE?

11        A       I don't recall that.

12        Q       Ma'am, if there is a source of DCE independent of

13   Whittaker, could that source also be a source of TCE?

14        A       It could.

01:56PM  15   Q       You don't know; correct?

16        A       That's correct.

17        Q       So sitting here today, you can't tell me whether

18   or not there are other sources of TCE that could have

19   contributed to the TCE found in Saugus 1 or Saugus 2, can you?

01:57PM  20   A       Well, if you want to try to explain what other

21   sources other than the ones we've looked at.  We have looked at

22   many of the sources in this area.  We did in 2002.  I think

23   there was an, I don't know, 20 or so sources we looked at then,

24   and they couldn't have been the source.  And we looked at

01:57PM  25   additional sources in 2006.  I didn't look in additional

1   sources for the expert report that I'm working on.

2          Q       Ma'am, aren't there often the cases where you

3   find contamination in the groundwater and you just can't figure

4   out where it comes from?

01:57PM   5          A       I have to say I don't think I have worked on a

6   site where I couldn't figure out where something comes from.

7   It depends on the information and data, I suppose.  I'm having

8   trouble thinking about that.

9          Q       Well, haven't you said repeatedly that you don't

01:58PM   10  believe there is sufficient characterization of the

11  contamination offsite?

12         A       Absolutely.  I think that's right.

13         Q       Couldn't that be the explanation at to why we

14  haven't found that source of DCE?

01:58PM   15         A       That's a possibility.  But I'm just thinking

16  about the data that we know now.  It's hard to say that there

17  could be something that's there that we don't know anything

18  about.

19                 MR. BLUM:  Could we go to figure 186, please?

01:58PM   20  I'm sorry.  Exhibit 186 which is stipulated into evidence.

21             (Marked for identification and received

22             into evidence Exhibit No. 186.)

23         Q       BY MR. BLUM:  What is Exhibit 186?

24         A       This is a representation of one of the capture

01:58PM   25  zones that I was just talking about.  I could probably have

1    explained it a lot better if I had been looking at this.  Maybe

2    we could get rid of those red -- thank you.

3                This is a capture -- these are capture zones for

4    pumping wells Saugus 1, Saugus 2, NC-13, and NC-12.

01:59PM    5    Q        For instance, if you take a look at the

6    capture -- this is also an exhibit from your report; correct?

7    A        Yes.  But it was prepared by Whittaker.

8    Q        Well, I would assume, if you included it in your

9    report, you would think it is reliable; correct?

01:59PM    10    A        It is reliable for the purposes that it's used.

11    Q        So if you take a look at the capture zone for

12    Saugus 2, what we are looking at is basically those black lines

13    that begin in the circle at Saugus 2 and extend through the

14    Whittaker site; correct?

01:59PM    15    A        That's correct.

16    Q        All right.  And those black lines encompass the

17    Hula Bowl; correct?

18    A        Correct.

19    Q        They also encompass the Burn Valley; correct?

01:59PM    20    A        Correct.

21    Q        So according to this, any contamination in the

22    Burn Valley or in the Hula Bowl is going to be drawn towards

23    and into Saugus 2.

24    A        Correct.

02:00PM    25    Q        So that would include, for instance, VOCs; right?

```
 1          A       Yes.

 2          Q       It would include -- which includes TCE and PCE;

 3   correct?

 4          A       Correct.

 5          Q       If TCA is there, it would include TCA; correct?

 6          A       Correct.

 7          Q       And it would include perchlorate?

 8          A       Yes.

 9          Q       And it would -- and it also -- it is drawing it

10   not only towards Saugus 2 but also towards the three monitoring

11   wells that are on the very, very west end of the Whittaker

12   site; correct?

13          A       Correct.

14          Q       All right.  And one of those would be MP1-01

15   which is, I think, the one on the bottom; correct?

16          A       Correct.

17                  MR. BLUM:  Now, if you can go back, please, to

18   Exhibit 169.  If we can blow up, Rick, the one on the upper

19   left.

20          Q       Do you see those three green dots on the -- where

21   OU-4 is on the very western part?

22          A       Yes.

23          Q       Can you just draw a circle around them?

24          A       I just did.

25          Q       If we can just --
```

```
 1                    THE COURT:  Why don't you try it again.

 2                    THE WITNESS:  Thank you.

 3          Q       BY MR. BLUM:  Can you draw a circle around.

 4          A       Yes.

 5          Q       Okay.  And the bottom one is?

 6          A       MP1.

 7          Q       All right.  Now, MP1 has been operating for about

 8   ten years; correct?

 9          A       Not quite.  2002, I think.

10          Q       And there's about 31 samples taken from it per

11   year; correct?

12          A       Not per year, I don't think.

13          Q       How many samples are taken per month, then?

14          A       I think -- per month?

15          Q       Per month.  One per month?

16          A       No.  I don't think MP1 has been monitored monthly

17   at all.

18          Q       Well, how many times has there been any -- TCE

19   been found in MP1?

20          A       I don't know.  One or -- one or two aquifers have

21   detected it.

22          Q       Okay.  And the first time that it was found was

23   in June of 2019; correct?

24          A       You're looking at the data, so perhaps you know

25   better than me.  I couldn't possibly have memorized all of the
```

         1   dates for 200 wells.

         2            MR. BLUM:  Your Honor, may I hand the deposition

         3   to the witness?

         4            THE COURT:  Yes.

02:02PM  5            Do you need to, or can you get at this a

         6   different way, Mr. Blum?

         7            MR. BLUM:  Well, I can read it to her, but I

         8   thought the Court wouldn't let me do that.

         9            THE COURT:  She's not, I don't think, taking

02:02PM 10   issue.  She's just not recalling off the top of her head.

        11            MR. BLUM:  Your Honor, I'm just trying to get

        12   her -- I just want to refresh her recollection.

        13            THE COURT:  All right.  That's fine.

        14       Q     BY MR. BLUM:  Ma'am, it's 109, lines 1 through

02:03PM 15   11.  Just read it to yourself.

        16       A     (Witness reviewing the transcript.)

        17            MR. BLUM:  Your Honor, I think we have a witness

        18   in the courtroom.

        19            THE COURT:  Again, I'm going to ask counsel to be

02:03PM 20   mindful of their witnesses and make sure they're not in the

        21   courtroom.

        22            While we're at a pause, may I just ask all

        23   counsel to let their witnesses know not to come into the

        24   courtroom until they are summoned, please.

02:04PM 25            MR. RICHARD:  Yes, Your Honor.

1      Q      BY MR. BLUM:  Does that refresh your

2   recollection, ma'am?

3      A      It refreshes my recollection of the deposition,

4   yes.

5      Q      And it tested non-detect for VOCs until June of

6   2019.  Correct?

7      A      That's what it says here, yes.

8      Q      That's what you testified to; correct?

9      A      That was the question.  Yes.  I thought it was

10   correct, so I must have been checking.

11      Q      All right.  Now, what does "non-detect" mean?

12      A      It means that the laboratory is unable to detect

13   that contaminant at the level that the analytical method that

14   the lab uses is capable of doing.

15      Q      And 2019 was after the remediation system was

16   installed by Whittaker on their site; correct?

17      A      I believe that most of that went in in 2017.

18      Q      All right.  Could the reason why we only had

19   detections at that location after -- not until 2019 be because

20   the remediation system is pulling water in different

21   directions?

22      A      I haven't analyzed that.  I can't imagine that

23   those small pumping wells are able to pull downgradient that

24   far.  But I haven't analyzed it, so I can't say for sure.

25      Q      Now, if we look at the middle well, the one above

1    MP1, have VOCs been found in that well?

2         A       If I could just --

3         Q       Well, let me rephrase the question.

4         A       I am -- I believe that it has, and I believe it's

02:06PM  5    probably in only a couple of samples.  But I can't -- I just

6    can't recall for sure when and how much.

7         Q       And the same would be for the RM well above it;

8    correct?

9         A       Yes.

02:06PM  10        Q       If -- if we can go back to Exhibit 186, please.

11             If Saugus 2 has been pulling contaminants from

12   the Hula Bowl that contain VOCs and the burn area which contain

13   VOCs and they also both contain perchlorate, wouldn't you

14   expect that those border wells would have both perchlorate and

02:06PM  15   VOCs at the same time since they use the same pathway and they

16   migrate on the same locations?

17        A       No.  And it's because these pathways that are

18   shown here on the capture zones are just not capable of

19   capturing all of the detail that we know on the site.  We know

02:07PM  20   that, for example, the pathway for these wells here actually

21   goes to the northwest.

22             And I think -- you know, I think -- I have often

23   thought about this as well.  I think part of the problem is

24   that the groundwater model that Whittaker developed doesn't

02:07PM  25   have the San Gabriel fault zone, which we know to be a barrier

1    to groundwater flow in it.  So it's allowing these streamlines

2    of Saugus 1 to go in odd directions that don't really occur in

3    the subsurface that we know.

4         So I think that you're trying to use this capture

02:08PM   5    zone for the wrong purpose.

6         Q    All right.  When you decided to include this

7    capture zone in your report, did you take into account that

8    it's really not that accurate?

9         A    Yes.  Of course.  And it's not used in that way.

02:08PM   10         My pathways that I have analyzed for this project

11   come directly from the field data.  They do not include the

12   model capture zones because there were so many different

13   capture zones that represented so many different things.  I

14   thought this one was as close as we could get with respect to

02:08PM   15   the overall pathway representations.  But you shouldn't use a

16   model to replicate what you can do from real data measured in

17   the field.

18        Q    So field data trumps models?

19        A    So a model is a -- as we all know, a numerical

02:09PM   20   representation of the physical system and it can't represent

21   every detail.  You have to think about what the model is being

22   used for.  So there has to be an objective.

23        For this particular project, the objective of the

24   pathways analysis was to determine, with respect to groundwater

02:09PM   25   flow directions, where the contaminants were going beneath the

1    Whittaker site.

2        Q       Let's go to Exhibit 184, which I think you

3    described as the pathways that you relied upon; correct?

4        A       Correct.

02:09PM  5        Q       Isn't there an arrow that's drawn right through

6    the western boundary?

7        A       Yes.  And --

8        Q       And that's one that you drew; correct?

9        A       Yes.  That's correct.  I did draw that.

02:09PM  10        Q       Now, so -- so, indeed, water does flow right

11   through the western boundary past those three wells; correct?

12        A       Some water does but not water with VOC -- a large

13   source area of VOC contamination.

14        Q       Well, those lines, does it show the lateral

02:10PM  15   extent?  Do you know what I mean by "lateral extent"?

16        A       Yes.  Of course I know what lateral extent --

17        Q       What does it mean?

18        A       "Lateral extent" means how far something might

19   extend in a lateral condition.  You can -- I don't know if

02:10PM  20   you're talking about it with respect to the well of the

21   aquifers, but that is what lateral extent means.

22        Q       For instance, there is a line that goes right

23   underneath where MP1 is; correct?

24        A       I'm sorry.  What kind of line?

02:10PM  25        Q       Well, do you see the red line, that dotted line?

|          |    |   |                                                                  |
|----------|----|---|------------------------------------------------------------------|
|          | 1  | A | Yes.                                                             |
|          | 2  | Q | You see right above that there is a blue line;                  |
|          | 3  |   | correct?                                                         |
|          | 4  | A | Yes.                                                             |
| 02:10PM  | 5  | Q | That blue line, again, is a pathway; correct?                   |
|          | 6  | A | Yes.                                                             |
|          | 7  | Q | And that pathway -- would anything within that                  |
|          | 8  |   | pathway capture VOCs?                                            |
|          | 9  | A | I don't know what you mean by "capture."  So the                |
| 02:11PM  | 10 |   | pathways don't capture anything.                                |
|          | 11 | Q | Would the VOCs be within the area that that --                  |
|          | 12 |   | the pathway occupies?                                           |
|          | 13 | A | Yes.  And that pathway goes around MP1.  MP1 is                 |
|          | 14 |   | just a little 5-inch well in the subsurface.  And they -- the   |
| 02:11PM  | 15 |   | green dot is just bigger than what it is, which is why those    |
|          | 16 |   | two touch.  But the pathway goes around it.                     |
|          | 17 | Q | What is the lateral extent of that pathway in                   |
|          | 18 |   | terms of -- let's see if we look at it.  North is up; correct?  |
|          | 19 | A | Correct.                                                         |
| 02:11PM  | 20 | Q | South is down; correct?                                         |
|          | 21 | A | Correct.                                                         |
|          | 22 | Q | How far north is the lateral extension of that                  |
|          | 23 |   | pathway?                                                         |
|          | 24 | A | You don't know.                                                  |
| 02:11PM  | 25 | Q | So it could take in MP1; correct?                              |

1    A    No.  Because we know MP1 is not on the pathway

2  because MP1 doesn't have VOCs in it.

3        You know, this is -- this is also what you have

4  to consider.  You have to look at the water quality data to be

02:12PM  5  able to determine VOC migrations of pathways.

6    Q    Isn't there -- can't one of the reasons be it

7  doesn't have VOCs in it because the VOCs aren't migrating

8  offsite?

9    A    No.  That's not the reason.  We know VOCs are

02:12PM  10  migrating offsite.

11    Q    We know that because there's VOCs in the wells;

12  correct?

13    A    Correct.

14    Q    That assumes, doesn't it, that Whittaker is the

02:12PM  15  only possible source, doesn't it?

16    A    I'm sorry.  The only possible source of what?

17    Q    If there is another source of VOCs outside the

18  site, such as the same site source that is causing the

19  contamination at the Mall wells, the same source that's causing

02:12PM  20  the contamination of the DCE, then you cannot assume that the

21  mere presence of VOCs in Saugus 1 and Saugus 2 shows that

22  Whittaker is a source, can you?

23    A    Well, there's certainly a lot of corroborating

24  evidence that supports that, which is why I think it's true.

02:13PM  25  And you have to think about more than just one thing.  So the

1    other thing --

2         Q     That's not my question, ma'am.  Please answer my

3    question.

4         A     Okay.  Could you ask it again?  I'm sorry.

02:13PM  5         Q     Your assumption was that the reason that MP --

6    that the pathway that you described right below MP1 doesn't

7    extend to include MP1 is because there's no VOCs in it, but yet

8    we find VOCs in Saugus 2; correct?

9         A     I'm sorry.  That felt very compound.  I'm trying

02:13PM  10   to --

11               THE COURT:  Rephrase the question.  And try to

12   simplify it if you can.

13        Q     BY MR. BLUM:  Ma'am, the reason you believe that

14   there -- that the pathway that's right below MP1 doesn't

02:14PM  15   laterally extend to MP1 is because there was no VOCs found in

16   MP1; correct?

17        A     Well, there were VOCs found in MP1.  They just

18   weren't very high.

19        Q     And the reason that's important is because you

02:14PM  20   assume that the only possible source of VOCs in Saugus 2 is

21   Whittaker; correct?

22        A     No.

23        Q     If the source -- if we do not assume that

24   Whittaker is the source of VOCs in Saugus 2, can you state that

02:14PM  25   the lateral extent of that pathway that we have been talking

about doesn't include MP1?

A       So we don't have any idea what the center lines of the plumes are.  And so I'm just drawing the pathway as a streamline, as a centerline, perhaps.  And so the -- the fact that the pathway goes that way has nothing to do with Whittaker.  It has to do with the information in the well.  You have to use the information in the wells to draw the pathways.  That's how they're drawn.

Q       Well, does the pathway for that -- the blue line right above the red line, is that also a pathway for VOCs?

A       So the one that goes -- so you might recall from the cross-sections that PZ09 doesn't extend down through the S-3 aquifer.  So it's a relatively shallow well.  And as a result of that, it occurred to me, since we did have TCE detected in both wells on either side, that we could be seeing some VOCs go beneath it.

Q       That's not my question, ma'am.  Focus -- I'm talking about MP1, and we're not talking about the PZ well.

A       Okay.  I'm sorry.

Q       Does the pathway that you drew, the blue pathway, that's right above the red dotted line --

A       Yes.

Q       -- is that a pathway for VOCs?

A       Yes.

Q       And does the lateral extent of that pathway

1   include the MP well?

2        A     You don't know that.  And the reason that you

3   don't know that is because you don't know exactly when it went

4   by MP1.  But I drew it around MP1 because MP1's concentrations

02:16PM   5   of VOCs aren't very high.

6        Q     So it could be that it hasn't been a pathway for

7   VOCs for almost a decade.

8        A     Yes.  It could be that.  I'm sorry.  It could be

9   that MP1 hasn't seen that for decades.

02:17PM   10       Q     So for at least a decade, at least in that

11  pathway, that VOCs haven't moved along that blue line.

12       A     You don't know that because it doesn't go through

13  MP --

14       Q     If we don't know, is it --

02:17PM   15            THE COURT:  Mr. Blum, let's move on, please.

16            MR. BLUM:  All right.  Let's move on.

17       Q     Last question, ma'am.  When you don't know

18  something, does it go both ways?  In other words, we don't know

19  that it has, but we don't know that it hasn't?

02:17PM   20            THE COURT:  Ask another question, please.

21            MR. BLUM:  All right.  Let's move off of this and

22  let's move on to -- this is the last, I think -- next to the

23  last area I have.

24       Q     Let's move to V-205.  Again, if we can put up

02:18PM   25  Figure 158.

1          Now, can you show where 205 is?

2      A     Yes.

3      Q     Now, when the -- is it correct that in your

4  deposition you testified that the two bases for your conclusion

02:18PM  5  that Whittaker is the source of 205 is one flow direction and

6  the other covariance?

7      A     Yes.

8      Q     Now, when you say "covariance," is there a

9  mathematical variation one uses to determine whether or not

02:18PM  10  something has sufficient covariance?

11     A      If groundwater data and groundwater

12  concentrations -- hang with me -- if they were parametric in

13  their distribution, then you could apply a statistical

14  analysis.

02:19PM  15     Q     Have you done that?

16     A     No, because they are non-parametric.  So let's

17  talk about parametric and non- --

18     Q     That's okay.

19     A     You don't want to.

02:19PM  20     Q     There is no statistical analysis that you applied

21  to determine whether or not the VOCs sufficiently covaried with

22  the perchlorate to draw a conclusion that they're from the same

23  source; correct?

24     A     Because they're non-parametrically dispersed.  It

02:19PM  25  wouldn't be appropriate.

1        Q        Now, in making a determination that -- your

2   determination, did you use any parameters, such as the

3   covariance has to be 80 percent? 90 percent? 5 percent?  How

4   did you determine it was enough covariance?

02:19PM   5        A        That's a good question.  And there is a lot more

6   covariance for the onsite wells on the Whittaker site than

7   there are in the water supply wells, and here's why.

8   Because --

9        Q        Ma'am, that wasn't my question.

02:20PM   10               My question was:  For the wells offsite,

11   specifically for 205, did you use a percentage of covariance

12   necessary in order for you to reach a conclusion that the

13   covariance was sufficient?

14        A        No, because it wouldn't have been appropriate to

02:20PM   15   do so, given that these are pumping wells.

16        Q        Okay.  So you're not testifying that as to

17   Well 205, that there is sufficient covariance for you to draw

18   any conclusion, are you?

19        A        From a covariance perspective, no.  But it makes

02:20PM   20   sense that the pathways from the Whittaker site have impacted

21   205.

22        Q        And it makes sense because we find VOCs in 205.

23        A        No.  That -- there's so much evidence that --

24        Q        Okay.

02:21PM   25        A        So the --

1                        THE COURT:  Let him ask another question, please.

2           Q        BY MR. BLUM:  Isn't that correct that -- when I

3    asked you at your deposition what was the basis of your

4    conclusion that Whittaker was the source of the contamination

02:21PM    5    at 205, you raised only two reasons:  One is covariance and,

6    two, the pathway; correct?

7           A        That may -- you remember it better than me, so

8    that may be correct.  But that doesn't mean that the wells

9    aren't pumping, and that makes a difference.

02:21PM   10           Q        If we can go to page 163, line 20, line *[sic]*

11    164, line 2, please.

12           A        Okay.  Hang on.  163.

13                        MR. BLUM:  163, line 20, through 164, line 2.

14                        THE WITNESS:  Yes.  Those are the two that I

02:22PM   15    mentioned, but I will just point out that I only answered in

16    one sentence.  There's a lot more that goes into it than that.

17                        MR. BLUM:  Byron, is it okay?

18                        MR. GEE:  Improper impeachment.

19                        THE COURT:  Sustained.  She's answered the

02:22PM   20    question.

21           Q        BY MR. BLUM:  So in your deposition, those are

22    the only two you mentioned; correct?

23           A        Yes.  But you didn't ask me if there were others,

24    and you didn't give me much of an opportunity to explain that

02:22PM   25    then either.

1    Q       If we take a look at the pathway in isolation,

2    the mere fact that there is a pathway isn't enough, is there?

3    A       Isn't enough for what?

4    Q       To conclude that Whittaker is a source; correct?

02:23PM   5    A       No.  But if there isn't a pathway, you probably

6    would need to rethink the process.  It isn't just the flow

7    direction pathway that goes into it.

8    Q       All right.  Ma'am, did you look for any evidence

9    that there were other sources of VOCs that could have impacted

02:23PM  10    V-205 other than Whittaker?

11    A       I didn't do a detailed investigation, but I did

12    look at the other sources that have been described in the area.

13    I think, for example, in the CH2M Hill 2015 VOC analysis, there

14    was a series of sources that had been analyzed by others and

02:23PM  15    determined not likely to be the source.  So I looked at that

16    information.

17            I also looked at the additional information from

18    other facilities that had been provided by others and

19    determined that they didn't look like they had completed

02:24PM  20    pathways.

21            The perchlorate that is detected in the water

22    supply wells tell us that groundwater from the Whittaker site

23    is in the well.  So you know that already.  So the TCE follows

24    with that.

02:24PM  25    Q       Is 205 downgradient from 201?

```
 1          A       It's a little bit cross-gradient.  It is

 2   downgradient.  It isn't screened exactly the same as 201.  So

 3   it is a little bit -- you know, there's some uncertainty

 4   associated with that process.  But the problem -- it's not a

 5   problem.  But the reason that they --

 6          Q       Is it downgradient?  That's all I asked.

 7          A       It makes a difference whether the wells are

 8   pumping as to whether or not it's downgradient.

 9          Q       If they're both not pumping, are they

10   downgradient?

11          A       It is more side gradient, if nothing is pumping.

12          Q       What is farther from the Whittaker site?  205 or

13   201?

14          A       205.

15          Q       VOCs, were they first detected in 205 or 201?

16          A       That's a -- I think the first detection of VOCs

17   in 205 -- I think that happened first.  I think it was a few

18   years' difference.

19          Q       So there was a few years between the time that

20   the well that is farthest away and is downgradient was

21   contaminated than the well that was closer to the site and

22   upgradient; correct?

23          A       So again --

24          Q       Is that correct?

25                  THE COURT:  You're going to have to rephrase your
```

02:24PM (line 5)
02:24PM (line 10)
02:25PM (line 15)
02:25PM (line 20)
02:25PM (line 25)

question because it actually misstated something she said.

Q      BY MR. BLUM:  Okay.  Isn't that correct that the well closest to the Whittaker site was contaminated after the well that was farthest away?

02:25PM   A      Yes.  And I can explain that.

Q      All right.  Thank you.

THE COURT:  Mr. Gee?

**REDIRECT EXAMINATION**

BY MR. GEE:

02:26PM   Q      Ms. Stanin, can you explain your last answer?

A      Thank you.  Yes, I can.

So because V-201 and V-205 are pumping, that really changes the flow dynamics of what's happening in the groundwater system at that time.

02:26PM   So two things were happening with V-205.  One, contaminants are actually continuing to leave the site and head downgradient along that V-205 pathway.  That's still occurring at the same time that these pumping wells over here are actually pulling and containing, meaning not letting it go

02:27PM   downgradient, of that area.

When those wells were off, recall that he talked about how the wells were on, they become -- Saugus 1 and Saugus 2 were on.  They became contaminated.  They turned those wells off.  When that occurred -- that occurred over 12 years.

02:27PM   When that occurred, the flow dynamic of the entire system

1       changed.  And V-201 -- because the water agency still needed

2       water, V-201 and V-205 were pumping.

3                    So V-201 began to pull the contaminants that

4       Saugus 1 and Saugus 2 already had in place.  V-205 is sitting

02:27PM  5      over here, letting the pathway from the Whittaker site continue

6       to migrate.

7                    So the timing of this well and this well getting

8       contamination in them is not this simple upgradient,

9       downgradient.  You know, it should have happened first or it

02:28PM 10      shouldn't have happened second.  It's just because the wells

11      were pumping at various times and at various rates.

12                   It's readily explained.  It's just not as simple

13      as is the well upgradient or downgradient.

14          Q       Thank you.

02:28PM 15                   Can we display Exhibit 184?

16                   Ms. Stanin, I'd like you to take a look at

17      Exhibit 173.

18                   When you use the term "covariant" and "pathways,"

19      was the covariant -- the covariant that you were talking about

02:29PM 20      onsite or offsite of the Whittaker Bermite site?

21          A       I think we talked about both, but this is showing

22      covariance onsite.

23          Q       And the reason that you showed covariant, was

24      that to -- I believe your testimony was that it was to show

02:30PM 25      that the contaminants flow together; is that correct?

1   A  Yes.  To be a little more exacting, I already

2 knew that the water supply wells had perchlorate in them.

3 That's groundwater from the Whittaker site.  So if TCE is

4 migrating with the perchlorate, then it could, too, arrive at

02:30PM 5 the water supply wells.

6   Q  Okay.  And does it show that perchlorate and VOCs

7 migrate along the same pathways?

8   A  Yes.  For these wells, that's what these charts

9 indicate to me.

02:30PM 10   Q  And so if the VOCs and perchlorate flow along the

11 same pathways and they're covariant on the site, would that --

12 what conclusion would that lead you to -- for detections and,

13 for example, V-205?

14   A  They're continuing to move offsite along the same

02:31PM 15 pathways that perchlorate used probably to arrive at 205.

16   Q  Okay.  Mr. Blum discussed some onsite extraction

17 wells as small pumping wells.  Can you explain that to me?

18   A  Yes.  As part of the site cleanup, Whittaker is

19 required to install and operate extraction wells.  And those

02:31PM 20 extraction wells aren't these big 2,500-gallon-a-minute,

21 24-inch water supply wells.  They're small wells, and they're

22 meant to do nothing more than to remove as much contaminant as

23 possible to keep it from continuing to migrate off of the site.

24 So they're trying to contain or capture, hold the contamination

02:31PM 25 onsite.

914

1      Q       Okay.  And so if we're to look at the -- I don't

2  remember the term that -- the --

3      A       Cone of depression around the pumping wells?

4      Q       Yes, cone of depression around the pumping wells.

02:32PM  5  How would you compare the cone of depression around those small

6  extraction wells to the water protection wells?

7      A       They're much smaller.  The area would be

8  commensurate with the amount that they are pumping.  And most

9  of those wells are pumping 20, 30 gallons per minute rather

02:32PM  10  than 2,500 gallons a minute, which is what the supply wells are

11  pumping.

12      Q       Okay.  And, Ms. Stanin, when you were doing your

13  analysis -- we talked about plausible pathways, and your

14  analysis was -- was your analysis to suggest that it's more

02:33PM  15  likely than not that contaminants found in the production wells

16  originate from the Whittaker site?

17      A       Yes.  That's what "plausible" means.

18      Q       And that doesn't mean that -- your analysis

19  doesn't extend beyond it's more likely than not, does it?

02:33PM  20      A       Correct.

21      Q       Ms. Stanin, there was a question regarding DCA

22  use at the Whittaker Bermite site.  You mentioned that in your

23  background section of your report.  Do you recall that

24  testimony?

02:33PM  25      A       Yes.

1    Q       What was the source of that information?

2    A       I believe that the information that I put in my

3    expert report came from the Acton-Mickelson 1997 remedial

4    investigation at the Whittaker site.

02:34PM   5    Q       And was that -- was that piece of history

6    relevant or significant to your expert analysis?

7    A       Well, no.  It was just background information.  I

8    included as much information as I could based on the historical

9    documents, but I didn't check it firsthand.  I had no way to do

02:34PM   10   that.

11   Q       And what -- from the Barbara Mickelson report,

12   where did she get that information from?  Do you recall?

13   A       I actually do recall this because I actually said

14   in my report according to Bermite employees.  I just read that.

02:34PM   15   So she got that information from Whittaker.

16   Q       Are you aware of any more reliable source than

17   that report?

18           MR. BLUM:  Objection, Your Honor.  Beyond the

19   scope of the report or her testimony.

02:34PM   20           THE COURT:  It's overruled.  Strike that.  I'm

21   sustaining it but not on that ground.  It's a bit vague.

22   Q       BY MR. GEE:  Okay.  With regard to DCA used at

23   the Whittaker site, did you have any other information as to

24   when DCA was first used at the Whittaker site, other than the

02:35PM   25   Acton-Mickelson report?

 1                    MR. BLUM:  Beyond the scope of the report.

 2                    THE COURT:  Overruled.  You opened the door on

 3      this.

 4           Q     BY MR. GEE:  I'm sorry.  The question is other

02:35PM  5      than the Acton-Mickelson report, do you have any other source

 6      that tells you when Whittaker started to use DCA at the site?

 7           A     No.  I don't have any other source.  It's my

 8      understanding it was TCA rather than DCA.

 9           Q     I'm sorry.  TCA.

02:35PM 10                    So in your report, is it correct to say that you

11      used the best information that you had?

12           A     I felt like that was the case.

13           Q     And you weren't intentionally misleading anybody?

14           A     No.

02:35PM 15           Q     Ms. Stanin, Mr. Blum brought up a lot of

16      different questions about -- and solicited quite a bit of

17      testimony.  Did any of the materials that Mr. Blum showed to

18      you change any of your conclusions as you described them to the

19      jury today?

02:36PM 20           A     No.

21                    MR. GEE:  I think that's all I have.

22                    THE COURT:  Anything further, Mr. Blum?

23                    MR. BLUM:  No, sir.

24                    THE COURT:  All right.  You're excused.  Please

02:36PM 25      watch your step going down.  Thank you.

1           Ladies and gentlemen, we have now concluded for
2   the day.  We will pick this up tomorrow at 8:30.
3           Please remember, do not speak to anyone about the
4   case, the people, or the subject matter involved.  Continue to
02:36PM   5   keep an open mind.
6           Have a good evening, everyone.  We will see you
7   at 8:30 tomorrow.  Thank you.
8           (The following proceedings were held in
9           open court outside the presence of the jury:)
02:37PM   10          THE COURT:  Please be seated.  It is now 2:37.
11   We're going to take a break in a moment to start the afternoon
12   session.
13          You have your witness available?
14          MR. RICHARD:  Yes, Your Honor.  Mr. Zelikson is
02:37PM   15   willing, ready, able.  Mr. Cruz just asked that we remind him
16   again about setting up the Zoom call.  So I think we're good to
17   go.
18          THE COURT:  All right.  It's 2:37.  So we are
19   going to break for 15 minutes.  So we will return at 2:52.
02:38PM   20   Thank you.
21          MR. RICHARD:  Thank you, Your Honor.
22          (A recess was taken at 2:37 p.m.)
23          THE COURT:  We are back on the record in the
24   trial matter outside the presence of the jury.  This is an
02:54PM   25   afternoon session dealing with bench only issues.

```
 1              You may call your next witness.
 2              MR. RICHARD:  Thank you, Your Honor.  Plaintiff
 3    would call Mr. Jeffrey Zelikson.
 4              THE COURT:  Go ahead and have him sworn in,
 5    please.
 6              THE CLERK:  Yes.  Mr. Zelikson, would you please
 7    raise your right hand to be sworn.
 8              Do you solemnly swear that the testimony you
 9    shall give in the cause now before this Court shall be the
10    truth, the whole truth, and nothing but the truth, so help you
11    God?
12              THE WITNESS:  Yes, I do.
13              THE CLERK:  Thank you, sir.  Sir, for the record,
14    would you please state your name and then spell your last name.
15              THE WITNESS:  Yes.  The name is Jeffrey Zelikson,
16    Z-e-l-i-k-s-o-n.
17              THE COURT:  Mr. Richard.
18              MR. RICHARD:  Thank you, Your Honor.
19                        JEFFREY ZELIKSON,
20           CALLED BY THE PLAINTIFF, WAS SWORN.
21                        DIRECT EXAMINATION
22    BY MR. RICHARD:
23         Q    Mr. Zelikson, can you hear me okay?
24         A    Yes, I can.
25         Q    Okay.  And there is no one in the room with you
```

02:54PM (line 5)
02:54PM (line 10)
02:55PM (line 15)
02:55PM (line 20)
02:55PM (line 25)

```
 1   today?

 2        A      No.

 3        Q      Okay.  Can you tell us where you work?

 4        A      I work at a company called Norris Advisors.

 5        Q      What is your position there?

 6        A      I'm a principal --

 7        Q      Okay.

 8        A      -- with Norris Advisors.

 9        Q      Can you describe for us your education and

10   employment history briefly for the Court?

11        A      Yes.  So I have a -- an engineering degree from

12   the City University of New York which I obtained in 1967.  I

13   have graduate level --

14               MR. BLUM:  Your Honor, since this is before the

15   Court, I would stip he is an expert and allow a c.v. to be

16   entered.

17               THE COURT:  Very well.

18               MR. RICHARD:  Okay.  For continuity, I'm still

19   going to draw it out a little bit, Your Honor, but thank you.

20   I appreciate that.

21               THE COURT:  You can.  You're on the clock, so

22   just take your time.

23               MR. RICHARD:  You do have a sense of humor,

24   Your Honor.

25        Q      Did you work for the EPA at some point, sir?
```

| | | |
|---|---|---|
| | 1 | A       Yes, I did. |
| | 2 | Q       When was that? |
| | 3 | A       I joined EPA during its first year of existence |
| | 4 | in 1971. |
| 02:56PM | 5 | Q       Okay. |
| | 6 | A       I was there for 25 years and left in 1995. |
| | 7 | Q       Okay.  And just, in general, what did you do |
| | 8 | after you left? |
| | 9 | A       I went into private sector consulting.  My work |
| 02:56PM | 10 | since '95 has been primarily in doing expert analysis and |
| | 11 | testimony in matters related to hazardous waste sites which is |
| | 12 | where I focused a lot of my attention when I was at the agency. |
| | 13 | Q       Okay.  Very briefly, can you pull up -- I think |
| | 14 | you prepared a PowerPoint; is that right, sir? |
| 02:57PM | 15 | A       Yes. |
| | 16 | Q       Let's see if we can go to slide 1.  I don't want |
| | 17 | to spend a lot of time on this since your c.v. will be coming |
| | 18 | in. |
| | 19 | THE COURT:  How are we making this part of the |
| 02:57PM | 20 | record? |
| | 21 | MR. RICHARD:  My thought, Your Honor, would be we |
| | 22 | can send this to Your Honor when we're done just as we did with |
| | 23 | opening. |
| | 24 | THE COURT:  Well, we still need to at least mark |
| 02:57PM | 25 | it for the record.  So how are you marking this PowerPoint? |

1        MR. RICHARD:  We will mark it as next in order.

2        MR. BLUM:  Your Honor, we have never seen this.

3        THE COURT:  Mr. Richard?

4        MR. RICHARD:  Yes.  All of the demonstratives in

02:57PM  5   this have been provided to counsel.

6        THE COURT:  So every single slide in this

7   PowerPoint has been provided?

8        MR. RICHARD:  No.  I think the words have not but

9   all the pictures and charts have, Your Honor.

02:57PM  10       THE COURT:  All right.  So do you have an

11   objection, Mr. Blum, to him playing the PowerPoint?

12       MR. BLUM:  I guess not, Your Honor.

13       THE COURT:  All right.

14   Q       BY MS. RICHARD:  Just briefly, can you tell us --

02:58PM  15   and let's break it up into what you did with the USEPA and your

16   experience with sites in the United States involving time

17   critical removal actions.

18   A       Okay.  So when I was at the EPA, I worked in two

19   regions, region 2 which is New York and region 9 which is in

02:58PM  20   California.  I spent 25 years there.  My primary focus

21   particularly as it's relevant to a matter that we are dealing

22   with today was in managing, directing the division of hazardous

23   waste which put me in a position to run and have the

24   responsibility to make decisions at our most important sites.

02:58PM  25   The agency calls them national priority sites.  We had 125 of

those.  So I was responsible for making clean-up decisions and interacting with communities regarding those sites during that time.

In addition, my responsibilities including -- included the direction of our emergency response program which is where we performed time critical removal actions over the time that I was there.  Over that time we did about 20 to 30 of those a year.  I was involved in making decisions in both about how to clean those sites up and how to interact with the community at about 200 sites.

Keeping this concise, when I left EPA in 1995, my consulting practice understandably focused on sites, hazardous waste sites, because that's where I spent the first 25 years under the EPA.  And my practice is focused primarily on evaluations and expert opinions regarding the necessity and consistency of response actions under the NCP.  And I have been retained on about 100 different sites to provide those opinions.

Q     And just two quick -- I don't want to interrupt. Two quick definitions.  You refer to the NCP.  Can you tell us what that is briefly?

A     Yes.  The NCP, I can actually -- this next slide if you want to go into that.  It means the national contingency plan.  That's a shortened version of what it actually means. It's -- it's the regulations that implement the Superfund

923

```
  1    program.  Again, there's a longer term for the Superfund
  2    program.  In 1980 the United States Congress passed the
  3    Superfund statute which is called CERCLA which is -- I don't
  4    want to get into all these acronyms, but it was the nation's
03:01PM  5    effort to deal with the past poor disposal practices that we
  6    had in the country for hazardous waste.
  7         Q    Okay.
  8         A    The NCP is the regulations that implement that
  9    statute.
03:01PM 10         Q    And did you become familiar with those
 11    regulations while you were with the EPA?
 12         A    Absolutely.  They were what governed my actions
 13    and the division of people that I was directing.  That was our,
 14    you will, our bible for how to conduct clean-ups at Superfund
03:01PM 15    sites whether they were long-term actions or short-term
 16    actions.
 17         Q    And did you actually have any input or contribute
 18    to those regulations?
 19         A    Yes.  So I joined the agency before that
03:01PM 20    Superfund law was passed, and the first set of regulations to
 21    implement the Superfund law came out in 1982.  And there were
 22    subsequent revisions to that.  The one that we're working with
 23    today was passed in 1990.  What happens when regulations are
 24    developed nationally, the people in EPA headquarters in
03:02PM 25    Washington, D.C. seek the input from the regional directors as
```

1    they're developing those programs to get sort of ground truth

2    experience in how those regulations are developed.

3                As the regional director, both in Region 2 and

4    Region 9, I participated in quarterly meetings at least where

03:02PM   5    aspects of the regulations were discussed.  We provided our

6    input.  So yes, I contributed to the development of those

7    regulations.

8         Q       Okay.  Very good.  Before we move into the

9    details of the NCP, can you tell us what your assignment was in

03:02PM   10   this matter, Mr. Zelikson?

11        A       Yes.  So my assignment in this matter was to

12   evaluate the costs that the Santa Clara Valley Water Agency was

13   claiming and whether or not those costs were incurred -- were,

14   first, necessary and were they incurred consistent with the

03:03PM   15   NCP.

16        Q       Have you provided any other services to

17   SCV Water?

18        A       Yes.  Over the years I have.  There was an

19   earlier litigation which was -- ended in a settlement, and I

03:03PM   20   provided an expert report in that case.  I think that was in

21   2006.  Earlier on before being retained as an expert to provide

22   this testimony that I am providing today, I was retained as a

23   consulting expert to the water agency to assist them in how

24   they conducted themselves with the actions they were taking to

03:03PM   25   try to assist them and make sure that they were taking them

consistent with the national contingency plan so they would be

in a good position to recover their costs down the road.

        Q       I didn't catch the very last part of what you

said.  So they would be in a position to what?

03:04PM         A       To make an effective cost recovery case which is

what we are talking about right now.  So yes.  That's what I

assisted them in doing.

        Q       Okay.  So you told us when the NCP regulations

were first put --

03:04PM         THE COURT:  Before you do that, tell me more

specifically what consulting you provided to the water agency

with respect to issues of cost recovery.  So my question,

Mr. Zelikson, is focused on what specific areas of cost

recovery did you consult with him on.

03:04PM         THE WITNESS:  Okay.  So it would be anything that

would relate to their ability to put an effective claim

together.  So the first part, although this didn't work out so

very well, I talked to them about how they should keep their

cost records, if they were going to make a claim for their

03:05PM internal costs, for example.  I also talked to them about

making sure they kept good records on invoices that they were

getting from outside consultants who were helping them.

        I also helped them more recently in making sure

that, when they were looking at a long-term solution to -- we

03:05PM will get into this more later -- to the solution to the VOCs

1   that they were experiencing in their water supply that was

2   serving as a block to getting a --

3                THE COURT:  You have to stop, sir, because the

4   court reporter missed what you said.  So you said that was

03:05PM   5   serving as a block to getting a what?

6                THE WITNESS:  A permit for their perchlorate

7   treatment plan.

8                So I was helping them with what they would call

9   an engineering evaluation cost analysis which is something that

03:06PM   10  has to be done to select a remedy according to the way the NCP

11  is laid out.  So I was advising them as to how to do that, and

12  they eventually hired a separate consultant to help implement

13  that particular part of this problem that they were dealing

14  with.  We will talk about that a little bit more later in my

03:06PM   15  testimony.

16               So I helped them making sure that they had, if

17  you will, in lay terms, their ducks lined up so they would be

18  in a position to make an effective cost recovery claim.

19               THE COURT:  Mr. Richard.

03:06PM   20              MR. RICHARD:  Thank you.

21       Q     And you just referred to this engineering

22  evaluation.  Is that also referred to as an EE-CA?

23       A     Yes.

24       Q     So when we see capital EE-CA, what does that

03:06PM   25  stand for?

1      A      Engineering evaluation cost analysis.

2      Q      Okay.  Just to put a time frame, following up on

3  the judge's questions to you, was this in the past few years

4  that you were dealing with the EE-CA related issues?

03:07PM  5      A      Yes.

6      Q      Okay.

7      A      I think I started that in 2018.

8      Q      Very good.  Thank you.

9             And can you tell us the -- in general the -- can

03:07PM 10  you explain the framework and purpose of the NCP, in your

11  experience?

12      A      Yes.  I have a slide for that.

13             So the regulations that implement the Superfund

14  law provide an organizational structure for parties that are

03:07PM 15  implementing the Superfund and trying to clean up sites.  It

16  provides a series of stepwise actions that need to be taken.

17             The NCP was originally constructed to govern the

18  actions that EPA was taking.  But in 1990, it was amended to

19  specifically have a set of provisions that would allow for

03:08PM 20  private parties to take actions.  And it set out a separate set

21  of provisions for private parties.

22             So it basically is a stepwise approach to

23  identifying and cleaning up hazardous waste sites.  And it

24  provides consistency across the country for both how the agency

03:08PM 25  needs to do it and also how private parties should be

conducting themselves to comply with these requirements.

1

2          Q       So in the context of responding to the releases

3   of hazardous substances, how is the NCP important in that

4   context?

03:09PM  5          A       Well, it sets out the rules for how you -- a

6   number of things.  Right?  How you investigate and clean up a

7   site.  So it sets out how you do an investigation, how you do a

8   feasibility study, looking at alternatives.  Once you have a

9   site characterized, then you are in a position to figure out

03:09PM  10  what kind of remedies you might employ.  It calls out for

11  looking at various alternatives.  These are for the longer term

12  cleanups.  Then there's a process for selecting a remedy and

13  involving the public in that.

14          It also includes provisions for what you do when

03:09PM  15  you find problems along the way, either at an MPL site or any

16  other site that require a more immediate response.  And broadly

17  speaking, it is divided into what they call remedial

18  requirements, which are what I just talked about, the remedial

19  investigation feasibility study process, and then there's a

03:10PM  20  shorter term type of action that you take, which are called

21  removal actions, which are either short-term action --

22  immediate removal actions or ones that we would call non-time

23  critical removal actions.  We can talk more about that later.

24          Q       Before we go into the details of the difference

03:10PM  25  between remedial and removal, you pointed out that initially

1   this applied to the EPA and then, when they couldn't handle all

2   the Superfund sites, it was expanded to include cleanups by

3   private parties.  Did I get that right?

4        A       Yeah.  Essentially, that is right.  I mean, I

03:10PM  5   think private parties conceivably could have taken the

6   initiative to clean up sites on their own.

7               But what became clear, as the 1990 version of

8   these regulations was being developed, is that EPA was not in a

9   position to provide oversight of all of the sites in the

03:11PM  10   country.  The estimates were 30,000 hazardous waste sites in

11   the country.  EPA had carved out maybe 1,500 across the whole

12   country that they could focus on.

13               So they were looking for a set of provisions that

14   would encourage private parties to go out and do cleanups and

03:11PM  15   then allows them, where appropriate, to recover the costs that

16   they had incurred from other parties who may have had liability

17   for it.  So it was kind of a situation that we have here.

18        Q       Right.  But I just want to ask you this -- I want

19   this to be -- I want to be clear on this point.

03:11PM  20               Are the rules different for government cleanups

21   as opposed to private party cleanups under the NCP?

22        A       Yes, they are.  Compliance with the NCP is very

23   different for private parties.  And this last bullet point here

24   on this slide, the standard that was established in 1990 was

03:12PM  25   substantial compliance, which we can go into a bit more later.

1        But it basically provides a much more flexible

2   approach with private parties, understanding that private

3   parties won't have -- wouldn't have had all of the detailed

4   knowledge that the EPA would have.  And it provided a more

03:12PM   5   flexible approach that the -- with the public policy

6   perspective of encouraging private parties to do this and not

7   be thwarted in the end in their ability to recover costs from

8   other private parties who had liability for the site.

9        Q        How do you know that the NCP rules are not to be

03:12PM   10   used as a rigid checklist in private party cost recovery

11   actions?

12        A        Because it says so in the NCP itself.

13        Q        So my follow-up question is:  In your experience,

14   do professionals who routinely work in the area of NCP

03:13PM   15   compliance understand that it's a different framework for

16   cleanups led by a government entity versus private party cost

17   recovery?

18        A        Yes.

19        Q        There's a pretty major distinction, or is it just

03:13PM   20   a minor detail you happened to stumble on?

21        A        No, this is a major distinction.

22        Q        Okay.

23        A        This slide here, by the way, this is a -- I

24   should explain, if you need me to, the fact that this is an

03:13PM   25   instruction in the preamble to the national contingency plan

1    regulation.

2              So the regulations, when they came out, had a

3    preamble, which sort of summarized the public comments and the

4    decisions the agency finally made in putting out the

03:13PM    5    regulations.  And it set out some general instructions as to

6    how to look at these regulations.  And that is all in the

7    preamble.  It's part and parcel of the regulations themselves.

8    And this is a statement directly from that where this whole

9    point about strict compliance was extremely important.

03:14PM   10    Q       And so what is the -- I think you have touched on

11    this but just to be clear.  What is, in your experience, the

12    general framework for evaluating the compliance or substantial

13    compliance with the NCP for a private party cost reaction?

14    What is the framework that you use?

03:14PM   15    A       Substantial compliance.  That's the question;

16    right?  It's a more flexible standard that requires -- and

17    ultimately some judgment that a seasoned practitioner could

18    make and provide their valuation to the trier of fact, in this

19    case Judge Blumenfeld.  But it gives an opportunity to make

03:14PM   20    some judgment calls about what is and what is not applicable

21    and what is and is not important.

22              It also requires you to look at, you know, the

23    site specific circumstances within which you're trying to make

24    these judgments.

03:15PM   25              I have another slide that we might look at, if

1    that's okay.

2              So again, this is a statement out of the

3    preamble.  Very similar statement is in the body of the NCP

4    itself, but let me just talk about this.

03:15PM   5              So this is basically --

6         Q    Well, let me ask you a question.  And let's try

7    to stick to question and answer just so I can follow along and

8    everyone is happy.

9         A    Right.

03:15PM   10        Q    You have a -- the slide you prepared says, "PRPs

11   must be in substantial compliance with the NCP."  And you

12   talked to us about substantial compliance.  What are you

13   referring to when you say a PRP?

14        A    Basically a private party.

03:15PM   15        Q    And what are the key elements, in your view, of

16   substantial compliance with the NCP, again, for private party

17   cleanup, in your experience?

18        A    Well, that you would evaluate the site specific

19   circumstances within which the cleanup is occurring and then

03:16PM   20   make judgment calls about the relative consistency with the

21   applicable requirements.  That's what this slide here says for

22   private parties.  You -- when you look at the site specific

23   circumstances, which is how you would interpret evaluating as a

24   whole, you look to see that the private party actions were

03:16PM   25   insubstantial and in reasonable compliance with the potentially

1    applicable requirements.

2          All of these phrases are very important.

3    Q      Well, let's break it down.  Hold on.  Let's break

4    it down.  Let's start with the last one first, and then you can

03:16PM    5    explain the others.

6          You say with potentially applicable requirements.

7    How does that influence in matters where you're involved in

8    evaluating and counseling clients on NCP compliance -- again,

9    private party compliance?

03:17PM   10    A      Well, it's just to say that not every provision

11   of the NCP is applicable to the response actions a party is

12   taking.  So one of the jobs of an expert is to take a look at

13   what response actions were taken and make a determination as to

14   which sections of the NCP are and which are not applicable to

03:17PM   15   those response actions.

16   Q      And then how does the requirement or the aspect

17   that it be evaluated as a whole, how does that come into play,

18   in your experience?

19   A      That comes into play in -- as you're making these

03:17PM   20   judgments about what's applicable and substantial compliance is

21   to look at the site specific circumstances and facts within

22   which the response action is being taken.

23   Q      Okay.  And in your experience, would a seasoned

24   professional in this area be familiar with the flexibility that

03:18PM   25   you have just outlined as inherent in the substantial

1   compliance aspect or standard for private party cost recovery?

2        A       Yes.

3        Q       Just briefly, why is that flexibility needed

4   instead of just requiring a private party to meet every

03:18PM  5   requirement to guarantee compliance with the NCP?

6        A       It goes back to the public policy concern about

7   wanting to encourage private parties to take action and not to

8   have their cost recovery actions defeated for some reason that

9   wasn't really substantive.

03:18PM  10       Q       Okay.  And how do you know that was the intent of

11   these regulations or the U.S. EPA?

12       A       It's stated in the NCP.  It's stated in the

13   preamble.  And I experienced this when I was at the agency.

14   This was clearly the intent.

03:19PM  15       Q       Okay.  Could you please take us and the Court

16   through how you evaluated the recoverability of the costs that

17   you reviewed in this matter, that is, the water agency's cost?

18       A       Yes.  Sure.

19              So over the years, I have developed a methodology

03:19PM  20   for evaluating claims of this nature.  Let me start with this.

21              So that methodology starts with the cost claims

22   because, ultimately, this is about a claim of one party against

23   another for recoverability of costs.

24              So I start with the -- with an evaluation of the

03:20PM  25   costs, and I make a determination which of the costs are,

indeed, response costs and which are not.  This slide shows the

result of that first step in the analysis, which is the water

agency gave us a whole lot of costs.  The first job that I had

was to say which one of these are potentially recoverable as

03:20PM 5   response costs?  And I determined from that first screen, if

you will, that 7.6 million of those costs were not response

costs and, therefore, not able to be claimed.

8        Q        Such as what?

9        A        These would be like law firm costs, expert costs,

03:20PM 10  other costs that -- for example, I talked to you before about

these internal costs.  It turns out, despite my encouragement

for the agency to keep better records, it was very difficult

for them to do that for whatever accounting reasons.  So they

had a half a million dollars in costs that they were claiming,

03:21PM 15  but they didn't pass the threshold of adequate documentation

because I couldn't determine if they were operating costs that

they were incurring or whether they were costs focused on the

cleanup activities or the legitimate response costs.

19       Q        So let me stop you.  You start out with the

03:21PM 20  15.9 million.  You make this first cut.  Then what do you do

with the reduced amount?  You start with 15.9 million less the

7.6 million.  Then what is your next step in the process?

23       A        Next step in the process is to do a detailed

review of the cost documentation.  Invoices in this case and

03:21PM 25  further down this column we looked at the costs associated with

1    the replacement a little bit.

2              The first thing to do was to take the remaining

3    costs and put them into categories so that I could determine --

4    once you put them into a category you can figure out which

03:22PM   5    actions of the NCP apply to them and then make a judgment call

6    whether those were -- they followed the rules that were laid

7    out in the NCP and also make a determination whether these

8    costs were necessary.

9              So the remaining costs of the 15.9 is this

03:22PM   10   8.3 million that you see in this chart.  And what I was --

11   okay.  I will just stop there.

12        Q    Good.  I need to ask you a foundational question.

13             For the work you did in this case, what standard

14   or definition of response activity did you use?  What is a

03:22PM   15   response cost?

16        A    A response cost is a cost that was incurred to

17   take an action to address the release of hazardous substances.

18        Q    Okay.  And then in your chart, you say "necessary

19   and consistent."  So what does it mean for an activity,

03:23PM   20   assuming it's a response cost, to be necessary, in your

21   experience, under the NCP?

22        A    Okay.  The first part of that is it has to be an

23   action that was taken to address the release of hazardous

24   substance -- hazardous substances.  Then it has to be a cost

03:23PM   25   that was imposed on the party.  There has to be a regulatory

```
 1   nexus for it.
 2           So you have to show typically that a regulatory
 3   agency required the action and that, also, there's a component
 4   of it that is necessary that the action was taken to address an
 5   impact on the environment or public health.  That is the
 6   necessary components to it.
 7           All of these costs here on this table meet those
 8   requirements for necessity.
 9       Q    And how did you determine that?
10       A    Well, we look at the first group of costs, which
11   I will just highlight here.  These costs all have to do with
12   the permitting of the perchlorate treatment facilities
13   basically that we had, either to maintain the permit for
14   Saugus 1 and 2, which is the first item, to get a permit for
15   the V-201 well, which is the second item.
16           And the blending costs are the costs that were a
17   little bit more complicated to explain, but they were imposed
18   on us by the Regional Water Quality Control Board, basically.
19   So that is sort of the regulatory nexus for those.  We can talk
20   a little bit more about that later.
21           Then the perchlorate and VOC investigation costs
22   are about maintaining and evaluating the situation with regard
23   to perchlorate.  And then the engineering evaluation cost
24   analysis was incurred to evaluate the VOC issue and some other
25   issues related to maintaining and complying with our permits
```

03:23PM  5

03:24PM  10

03:24PM  15

03:24PM  20

03:25PM  25

1       that were -- we had with the Division of Drinking Water.

2               And the last item on this list that I have

3       highlighted has to do with the preliminary work that we were

4       doing, knowing that down the road, we're going to have to also

03:25PM  5      employ perchlorate treatment on V-205.

6               So all of these things have to do with getting

7       permits and they are all necessary to comply with permit

8       requirements, which is one of the elements of consistency that

9       you have to evaluate.

03:25PM  10      Q    So for the categories, we are looking at the

11      slide entitled "SCV Water Necessary and Consistent Response

12      Costs through November 2021."  You evaluated each of those

13      categories under the three criteria that you set up for us?

14      A    Yes.

03:26PM  15              MR. BLUM:  Your Honor, I would object.  A lot of

16      these costs are beyond the scope of his deposition and his

17      report, such as the EE-CA.

18              THE COURT:  Overruled.

19              You can address this in any kind of briefing that

03:26PM  20      you wish to address with the Court.

21              MR. BLUM:  Thank you, Your Honor.

22      Q    BY MS. RICHARD:  Okay.  Let's move to the

23      perchlorate treatment implementation costs more specifically

24      that you have outlined.

03:26PM  25              Can you explain to us specifically for the

1    perchlorate treatment implementation costs why you have

2    testified those are recoverable under provisions of the NCP?

3         A    Let's see if there is not a slide here.  This

4    slide might help with that.

03:26PM  5         So one of the sections of the NCP that applies to

6    our costs here is Section 300.400(e), which says you have to

7    get appropriate permits.  So in order to get these permits, we

8    had to -- we currently have the permit for Saugus 1 and

9    Saugus 2, but it has a condition in it --

03:27PM 10         Q    You have to move your hand, sir.  We can't hear

11    you very well.

12         A    Oh, I'm sorry.  We have a permit for Saugus 1 and

13    Saugus 2, but it has a condition in it that requires us to do

14    more work to get the VOC levels down to non-detect.

03:27PM 15                   MR. BLUM:  Your Honor, I cannot hear the witness.

16                   THE COURT:  It says to get the VOC levels down to

17    a non-detect.

18                   But, Mr. Zelikson, all along, it's been a bit of

19    a challenge to hear you.  So I don't know if you can speak more

03:27PM 20    loudly or do something on your end to make it a little easier

21    on our end.

22                   THE WITNESS:  Okay.

23                   MR. RICHARD:  Go ahead and yell at us,

24    Mr. Zelikson.

03:28PM 25                   THE WITNESS:  Hang on.  I will try to do that.

```
 1              Is that better?
 2              THE COURT:  Move in probably a little bit closer,
 3    speaking a little more loudly, and doing what you did, I think,
 4    will be useful.  Thank you.
 5              THE WITNESS:  You're very welcome.
 6         Q    BY MS. RICHARD:  You were going to explain the
 7    various -- how the various requirements were fulfilled for the
 8    costs we're looking at, and you were explaining -- we were
 9    talking about perchlorate treatment and then you mentioned
10    VOCs.  Can you explain to me how you evaluated the perchlorate
11    treatment requirements if, you know, there are -- first of all,
12    let me ask you.  Are there any costs exclusively related to
13    VOCs?
14         A    I don't think any costs are exclusively related
15    to VOCs.  No.
16         Q    So then how does your analysis for the various
17    costs you have identified relate to the perchlorate treatment
18    and perchlorate permit issues that you have identified?
19         A    So the perchlorate treatment plan permit that we
20    have for Saugus 1 and Saugus 2 has a provision in it that says
21    we need to meet a standard of non-detect for VOCs.  And we have
22    been working with the Division of Drinking Water through an
23    elaborate permit process which is occurring under a set of
24    regulations for what they call 97-005.  But it is an elaborate
25    permitting process to evaluate what needs to be done to achieve
```

03:28PM (line 5)
03:28PM (line 10)
03:29PM (line 15)
03:29PM (line 20)
03:29PM (line 25)

1    this goal of non-detect for VOCs.

2              So we have been spending money to try to work

3    through that process to deal with this essential noncompliance

4    situation that we have for the permits that we're holding for

03:30PM   5    Saugus 1 and Saugus 2.

6         Q    And in general, what makes this situation unique

7    under 97-005?  When does that generally apply?

8         A    97-005 applies to situations where you have --

9    what the Division of Drinking Water calls an extremely impaired

03:30PM  10    source of your water supply.  They have designated the Saugus

11    aquifer as an extremely impaired source.  It meets their

12    conditions for such a designation.  And that has led to a more

13    complex permitting process and has led to these requirements

14    related to non-detect for VOCs.

03:31PM  15         Q    I see.

16              So moving down your list, we have the EE-CA, the

17    engineering evaluation cost analysis, $233,359.  Why is that

18    included on this list of recoverable costs?

19         A    The EE-CA is the evaluation of what needs to be

03:31PM  20    done in the long-term to address the VOC contamination at all

21    of the wells that we have.  That would be for Saugus 1 and

22    Saugus 2, for V-201, probably V-205 as well.  And I believe

23    there's VOCs in all of those wells.

24              So the EE-CA is coming up with and has come up

03:31PM  25    with a solution to address the VOC problem in all of the wells

1    that are drawing from the Saugus aquifer.

2         Q    So how is it that EE-CA costs meet the threshold

3    for being necessary costs, in your view?

4         A    Because you have to have a permit for all of

03:32PM 5    those wells.  And in order to get that permit, you need to

6    address the issue of VOCs.

7         Q    Have you seen a final version of that EE-CA

8    document?

9         A    Yes.

03:32PM 10        Q    And then you mentioned V-205 treatment system

11   design.  What is that?

12        A    That's -- there's been some early work done to

13   figure out and purchase some of the equipment that they

14   openly -- the water agency believes they will need to deal with

03:32PM 15   perchlorate treatment at V-205.

16        Q    And what is it, in your view, that makes those

17   V-205 treatment system design costs necessary under the NCP?

18        A    They are necessary to deal with the release of

19   perchlorate, and they are necessary to ultimately get a permit

03:33PM 20   for V-205.

21        Q    And then you have a category of V-201 imported

22   replacement water supply.  Do you see that?

23        A    Down below.

24        Q    Yes.  Down below.

03:33PM 25        A    Yes.

1        Q        And what are those?

2        A        Okay.  So that the -- when V-201 went out of

3    service and was not able to be used for drinking water in the

4    water agency system, they started a process of building a

03:33PM  5    perchlorate treatment plant.  But in the meantime, they had to

6    replace the lost water supply from not being able to operate

7    V-201.  And they purchased that water from the State Water

8    Project.

9                Initially, Whittaker paid for those additional

03:34PM  10   costs.  But in the last several years, they have not.  And so

11   this 466,000 is the amount of money that the water agency has

12   incurred to continue to buy replacement water until they can

13   have a permit for V-201 and put that back into their

14   distribution system.

03:34PM  15       Q        So from what period of time, roughly, do those

16   costs, the 466,000, when did Whittaker stop paying and you

17   started counting for V-201 imported replacement water?

18       A        I'm not 100 percent sure of that.  I think it's

19   around 2017 or 2018.

03:34PM  20       Q        In your view, what is it about those replacement

21   water costs for V-201 that makes those costs necessary under

22   the NCP?

23       A        Well, they are absolutely necessary to prevent --

24   V-201 had to go out of service, and it went out of service

03:35PM  25   because you don't want to provide water that has toxic

1    chemicals in it that is going to be violating DDW requirements.

2    So you take that out of service.  And then the replacement

3    water is what we would call a time critical removal action cost

4    to address the lost water supply.

03:35PM  5        Q      And then the last category you have, that

6    4.1 million for V-205 imported replacement water, what does

7    that reflect?

8        A      That is basically the same thing for V-205.

9    V-205 went out of service because it was beginning to

03:35PM  10   experience levels of perchlorate that were of concern to the

11   water agency and DDW.  So the water agency took that well out

12   of service, and they had to buy replacement water to account

13   for the lost water supply.  And they have been doing that

14   since, I believe, 2012.

03:36PM  15       Q      What is it about those costs for V-205 imported

16   replacement water that you believe makes them necessary costs

17   under the NCP?

18       A      They're necessary to, on the one hand, avoid

19   putting water that has perchlorate in it into your distribution

03:36PM  20   system and it provides for the replacement water, is what we

21   call a time critical removal action, to make the water supply

22   whole again so that you can distribute water that is safe to

23   drink to the consumers of the water agency water.

24       Q      Okay.  So we've gone over the specific categories

03:36PM  25   of costs, but can you tell us how you evaluated NCP compliance

1    for these activity categories that you have been talking about?

2         A       Yes.  So these are the sections of the NCP that I

3    looked at that were applicable to those requirements.  And most

4    of them, as I said, relate to permitting.  Some of them relate

03:37PM   5    to documentation of the costs, which you can see by those

6    numbers, these numbers here that we -- those came from

7    invoices, for the most part.  In some cases, it was estimates

8    from the water agency Chief Operating Officer.

9              The applicable requirements here is the section

03:37PM   10   of the NCP that says you have to comply with the requirements

11   of regulatory agencies.  In this case, DDW.

12             And finally, we would perform a removal action

13   which is the time critical removal action that we talked about

14   for the replacement water and also for the EE-CA.  The EE-CA is

03:37PM   15   a different kind of removal action, one where you have more

16   time to evaluate options.  So in both cases, we evaluated both

17   the time critical removal action and the non-time critical

18   removal action activities against these sections of the NCP and

19   determined that our actions were consistent with those

03:38PM   20   requirements.

21             The water replacement cost, the time critical

22   removal action will require some further discussion, which

23   we -- I'm sure we will talk about later in my testimony.

24        Q       So, yeah, I just wanted to ask you.  Out of the

03:38PM   25   eight categories for the costs that you have identified, the

1    last two are treated differently in your work, that is, for

2    imported replacement water.  Can you explain that?

3         A       Right.  Because the first grouping of those costs

4    has to do with getting permits.  It's sort of like clear

03:38PM 5    obligations that you have in order to get, maintain, and obtain

6    a future permit.  These all relate to permitting.

7              The water replacement costs have to do

8    specifically with making yourself whole by buying replacement

9    water so that you can continue to serve your customers safe

03:39PM 10   water to drink.  And those would be classified under the NCP as

11   time critical removal actions.  And so they are different than

12   the first grouping.

13        Q       Okay.  Well, just briefly, going through the

14   categories that you have listed here, you went through each of

03:39PM 15   these, the documentation requirement and satisfied yourself

16   that that requirement was met?

17        A       Yes.

18        Q       And then permitting, you have talked about that.

19   How did you satisfy yourself that that requirement was met?

03:39PM 20        A       Well, we looked at all of the situations based on

21   a review of all the documents where we needed permits from one

22   of the state regulatory agencies.  In this case, it was from

23   DDW or the Regional Water Quality Control Board.  We obtained

24   those permits.  So that was basically our analysis of that.

03:39PM 25             Applicable requirements has to do with these

1    requirements in the DDW permits that was imposing these --

2    particularly these VOC non-detect requirements on us.  And

3    whatever we did to spend money to address those and we're still

4    spending money to address those uncertainties was the

03:40PM   5    applicable requirement related to addressing the VOCs.

6         Q      Then talk to us about -- for a removal action,

7    you identified public participation.  How did you evaluate

8    that?

9         A      So there were two parts to that.  There was the

03:40PM   10    EE-CA portion of it related to identifying a long-term solution

11    to the non-detect issue for VOCs.  That was evaluated -- that

12    EE-CA went through all of the steps that one has to go through

13    to meet the NCP requirements for a non-time critical removal

14    action.  They did -- they produced the document.  They

03:41PM   15    evaluated alternatives.  They presented it to the public.  They

16    selected a remedy.

17              Then they went back to the public and explained

18    that the remedies were selected.  And eventually that document

19    was signed off on by Matt Stone, who is the general manager of

03:41PM   20    the water agency.  So that went through the entire public

21    participation process, as it should, because there was the time

22    allowed for doing such.

23         Q      So for these first six categories, before we go

24    into detail on the replacement water, what was your conclusion

03:41PM   25    as to whether those first six categories met the requirements

1    for NCP compliance?

2         A      That they all did meet the requirements.

3         Q      Okay.  And now let's talk about how did you

4    evaluate NCP substantial consistency for the last two

03:41PM   5    activities, this imported replacement water for V-201 and

6    V-205?

7         A      So the first step in that process, as I mentioned

8    before, was to talk to the water agency, in this case

9    Keith Abercrombie who identified the amount of money associated

03:42PM  10    with all of those water purchases.  I know that he's testified

11    in this trial already.  And that we relied on his estimates of

12    what those costs were.  That was in the previous table here,

13    466.

14              And he also did the same thing for the blending

03:42PM  15    order, by the way, that $3 million costs.  All of that water

16    had to be purchased from the State Water Project.  So

17    Keith Abercrombie provided us the cost estimates for those

18    categories.

19              Then I had to make a decision as to what kind of

03:42PM  20    response action was this, and would it fit within the framework

21    of the NCP?  And it seems clear to me -- and I don't think

22    there's really much controversy about this in the case -- that

23    in order to replace the lost water supply because these wells

24    went out of service, you had to take a quick action so that you

03:43PM  25    could continue to provide safe drinking water to the consumers

```
 1   of the water agency water.  So this was a time critical removal

 2   action.

 3            Q        And that's what you call a TCRA?

 4            A        A TCRA, yes.

 5            Q        TCRA.  Okay.

 6                     And what do you mean when you say there was --

 7   what's the standard, if there is one, for what makes a removal

 8   action a time critical removal action?

 9            A        That you have a very short time frame within

10   which to take the action to address, in our case, a threat to

11   public health.  You have to replace the water with clean water,

12   and you have to do it quickly because the consuming public is

13   depending on you to do so.

14            Q        Can you give us any examples in your experience

15   of time critical removal actions?

16            A        Yes.  And this is important because I think

17   there's many different types of time critical removal actions.

18   And I think, in my experience, having been involved with so

19   many of these, they all have some very typical characteristics.

20                     This is what the slide is trying to communicate,

21   that they tend to be visible to the community, they're

22   potentially disruptive, they raise safety and health concerns,

23   and they involve these types of situations.  You have a

24   contaminated soil that might be in the close proximity to a

25   resident.  They can involve removal of drums.  They could
```

involve replacement of drinking water, like for an individual home that has a well, that the well becomes contaminated or it's in a community with several wells that become contaminated.  You might have to replace the existing supply with bottled water or require them to tie into a public water supply system.

So there is -- the requirements for a time critical removal action that are in the NCPs -- and the issue here in this case is public involvement associated with that.

The public involvement requirements for the typical time critical removal action anticipate these types of situations.

I have another slide here which sort of visually depicts sites I have seen personally many times where you find some contamination.  You have to bring your professionals in to deal with the contamination.  It becomes a visible sort of community activity, if you will, and you have to then make sure that the surrounding community knows what's happening and that is what the regulations for public involvement anticipate, this type of situation.

Q    Let me just stop you there and ask you.  Is replacement water a typical time critical removal action, in your experience?

A    It can be depending on how it's done.  And I think -- like this last bullet on this slide, if you're telling

the community that they have to stop using their wells and they have to use bottled water, that would be something that would be, you know, very visible and very impactful.  And you'd want to be communicating with them about why you have to do that and all of that.

03:46PM

Q     Why don't we take that -- I just want to make sure we're on the same page here.

In this case, was the replacement water different than the typical time critical removal action?

03:46PM

A     I believe very much so.  Yes.

Q     Can you explain that?

A     Yes.  I actually do have another slide that helps with that, if I can use that.

So the first thing I said before I get into putting this slide up is that the water agency has a system

03:47PM

which is built to use both groundwater and surface water on a regular basis.  They have the ability to change the ratio of groundwater and surface water for a variety of reasons very, very simply by --

03:47PM

MR. BLUM:  Your Honor, I will object.  This is beyond the scope and assumes facts not in evidence.

THE COURT:  I can't tell whether it's beyond the scope.  So I'm going to overrule it.

I am going to allow the parties to provide me

03:47PM

with a trial brief at the close of this case, and you can

|   | |
|---|---|
| 1 | include that if you wish.  And make sure I get a response from |
| 2 | you, Mr. Richard. |
| 3 | MR. RICHARD:  Yes, Your Honor. |
| 4 | THE WITNESS:  Thank you. |
| 5 | So I do think that, because the water agency has |
| 6 | a water distribution system for its drinking water supply, that |
| 7 | it's set up to use both groundwater and surface water and they |
| 8 | can change the amount of both for a variety of reasons and have |
| 9 | done so over the years. |
| 10 | So when they had to increase the amount of water |
| 11 | they were buying, surface water from the State Water Project, |
| 12 | this was not really a new fact that the community -- that the |
| 13 | water agency didn't think the community needed to be specially |
| 14 | informed about.  I agree with that. |
| 15 | Now, I will tell you, this slide talks about what |
| 16 | happened before the shutdown of the wells and after the |
| 17 | shutdown of the wells -- |
| 18 | Q      BY MR. RICHARD:  Can you quickly go through that? |
| 19 | A      Oh.  Before, it was a mixture of local -- of |
| 20 | groundwater and imported water, and that's the same thing |
| 21 | afterwards.  The quality of the water met the DDW requirements |
| 22 | before the shutdown and before they bought replacement water |
| 23 | and after.  The water reliability was the same. |
| 24 | There was nothing visible happening.  It was all |
| 25 | happening inside of the piping that the water agency had set up |

03:47PM (line 5)
03:48PM (line 10)
03:48PM (line 15)
03:48PM (line 20)
03:49PM (line 25)

over the years.  And they have historically communicated with their consuming public about the fact that their water was a mixture of groundwater and surface water.

So the fact that they -- and the ratio changed over time.  The fact that this happened wasn't an event that was consistent with these typical time critical removal actions that we saw before in those photographs.

And even to say -- let me just, if I may, counsel, the public involvement requirements for a TCRA are already quite minimal just by the nature of the fact that you have to take an action very quickly.  You have to make some notification to the community if you're dealing with drums in your backyard.  And you do have to indicate that -- if they have a question, who they would call.

So the requirements of -- anyway, they do not require that the public provide input to the party taking the action before the action is taken, just because the action has to be taken very quickly.  So --

Q    So let me ask you just to bottom line this.  Are you -- kind of break it down for us.  Are you saying that public participation requirement, that there is one for this type of blending situation where -- that's the removal -- that's the upshot of the replacement water, is that the blending ratios change?  Let's start there.

A    Well, I personally, after looking at this, do not

think that the TCRA public involvement requirements do apply to

what happened at the water agency related to buying replacement

water.  I don't think they do apply.  I can explain a little

bit more in a couple more slides why I don't think they are

03:51PM   even applicable.

So if you would --

Q     Yes.  Can you explain that.  Sure.  Go ahead.

A     So quickly -- I think some of this was already in

the record.  But the water agency provides lots of

03:51PM   documentation to their consuming public on a regular basis.

Within those documents, they speak about where their water

supply is coming from.

For example, they say that the water comes from

groundwater.  It comes from surface water.  So on a regular

03:51PM   basis, the community that we are trying to communicate with

here has had information that the water supply comes from both

of these sources.

Here's a chart --

Q     Just so we're clear on the record, we are looking

03:51PM   at page 15 of this presentation that we're going to submit to

the Court as a regular numbered exhibit.

A     Yes.

Q     But it's called Additional Information Conveyed

to Public.  Water Supply Utilization.  What does this chart

03:52PM   tell you, and why is it important to the public participation

1  issue?

2      A      What this chart shows is that over the years --

3  it starts in 1980 and it ends in 2018, I believe, that --

4  2018 -- that this information comes out of the various

03:52PM  5  publications that the water agency has been giving to its

6  consuming public over all these years.

7          What they say is -- what this chart shows is that

8  there is a variability in the amount of water that is purchased

9  from the State Water Project, which is surface water, and the

03:52PM  10  groundwater.  The groundwater is in green.  The State Water

11  Project is in the darker color blue.

12          So all along the consuming public knows that for

13  a variety of reasons, the amount of water -- the ratio of the

14  groundwater to surface water varies over time.  So the fact

03:53PM  15  that it now is varying again is really not a new piece of

16  information.

17          So I think this goes back to what I said in the

18  beginning which is that this is the context within which

19  someone has to make a judgment whether or not those

03:53PM  20  requirements related to public involvement apply in our

21  particular case.

22          With these site specific facts, in my view, I

23  don't think they do.

24      Q      Okay.  Was there any other information along

03:53PM  25  these lines conveyed to the public that you reviewed?

1    A        So this is a statement from the Urban Water

2  Management Plan which communicates the same thing, that there's

3  different blends of well water and imported water at different

4  times.  This is just a narrative way of explaining what that

03:53PM   5  more comprehensive chart has explained.

6            So I think these are all important contextual

7  pieces of information that go into the question of:  Even

8  though the requirements for public involvement for a TCRA are

9  fairly minimal, I think it's not a big stretch to say -- I

03:54PM  10  don't think they are applicable at all in our case because

11  nothing -- I mean, a few times --

12            MR. BLUM:  This is a legal conclusion for the

13  Court.

14            THE COURT:  Sustained.

03:54PM  15    Q        BY MR. RICHARD:  Okay.  Let's move on.

16            I want to ask you:  Was Whittaker considered part

17  of the community or the public?

18    A        I don't exactly know what Whittaker received.

19  But I think given their historical involvement and the amount

03:54PM  20  of money they paid historically, that they would have availed

21  themselves --

22            MR. BLUM:  Objection.  Speculation.

23            THE COURT:  Sustained.

24    Q        BY MR. RICHARD:  Can you describe for us what

03:54PM  25  information you do have about Whittaker's interactions with the

1    regulators or, otherwise, in which they would have received the

2    information you have been describing?

3         A       Yes.  This is what this slide is about.  But this

4    is the factual part of it.  They paid for the capital costs for

03:55PM  5   V-201.  They paid for the operating costs for a period of time.

6    They participated in this task force.  And they certainly

7    participated in the earlier settlement.  So that, I know.  So I

8    think they have had regular interactions, and they should know

9    pretty much what the public knows.

03:55PM  10                  MR. BLUM:  Objection.  Speculation.

11                  THE COURT:  Sustained on the last point.

12                  Just stick with the facts, please, Mr. Zelikson.

13                  THE WITNESS:  Okay.  I will.

14        Q       BY MR. RICHARD:  What is your understanding as to

03:55PM  15   the sources of the information Whittaker would have had

16   regarding this time critical removal action in the replacement

17   water?

18        A       It would have been -- again, I think we're going

19   to run into the same issue.  But I think it would have been --

03:56PM  20   they could have availed themselves of the same information that

21   was on the website of the water agency and that the consuming

22   public had.

23        Q       Okay.  So what is your -- you reviewed those

24   records on the water agency's website?

03:56PM  25        A       Yes.

1        Q       And does the water agency allow the public to

2   provide comments on the activities you previously described?

3        A       Yes.

4        Q       And did you see any information that Whittaker

03:56PM    5   provided comments on any of those activities?

6        A       No.  I couldn't say that.

7        Q       Okay.  So how are the efforts you just described

8   as various disclosures to the public about the ratios,

9   et cetera, and public meetings, how are those efforts related

03:57PM    10   to or relevant to the replacement water time critical removal

11   actions and your conclusions in this matter?

12       A       Okay.  So what -- based on what I laid out, I

13   don't believe that the notification requirements for the type

14   of TCRA that we have taken here, which has given rise to these

03:57PM    15   replacement water costs, that the public involvement provisions

16   are applicable.  I understand that that -- you know, that's a

17   decision for Judge Blumenfeld to make.

18                I would also just say that, again, within the NCP

19   framework itself, it speaks to situations like this where you

03:57PM    20   might have an immaterial deviation from the specific

21   requirements.  And it specifically says that, if there is such

22   a situation, it shouldn't serve to defeat an otherwise

23   important, necessary, and effective response action.

24                So my conclusion is that one way or the other, I

03:58PM    25   think these water replacement costs should be recoverable --

```
 1                    MR. BLUM:  Objection, Your Honor.  This is a

 2     legal conclusion for the Court.

 3                    THE COURT:  It is.

 4                    Mr. Zelikson, when you're referring, however, to

 5     the NCP framework and its discussion about immaterial

 6     deviation, what specifically are you relying upon?

 7                    THE WITNESS:  These are statements within the NCP

 8     itself and the preamble to the NCP that say that part of the

 9     reasons that -- and this is written in those documents --

10     that --

11                    THE COURT:  I think I can stop you, Mr. Zelikson,

12     because I'm looking for a citation to a legal source, not to

13     what it says.

14                    So you're relying upon the preamble to the NCP?

15                    THE WITNESS:  And the NCP itself.

16                    THE COURT:  All right.  Thank you.

17                    Mr. Richard.

18                    MR. RICHARD:  Sure.  We're almost done,

19     Your Honor.

20         Q    The -- I wanted to ask you about:  Did the

21     SCV Water notify the public of a shutdown of those wells and

22     its intent to replace those supplies with imported water?

23         A    Eventually they did, yes.

24         Q    And so, in your experience, why wasn't that a

25     material deviation from substantial compliance with the NCP?
```

03:58PM (line 5)
03:58PM (line 10)
03:59PM (line 15)
03:59PM (line 20)
03:59PM (line 25)

1       A       Well, I think that, if you look at the straight

2    requirement there, there's, I think, an easy implication that,

3    if you're -- it should be done in a reasonable time frame.  And

4    I think that the notification which came in later and later

04:00PM  5    documents probably was different than what the expectation is

6    in those regulations, which -- to make a more immediate

7    notification.  But that speaks to my belief that these

8    requirements are really not applicable to our situation.

9       Q       So in your experience, what is it about this

04:00PM 10    specific situation that -- I mean, public participation is

11    important under the NCP, isn't it?

12       A       Most definitely it is, yes.

13       Q       So what is it about this site specific situation

14    and these specific activities under review in your experience

04:00PM 15    that lead you to believe that additional public notification

16    was immaterial or an insubstantial shortcoming?

17       A       Well, there was really nothing to communicate

18    that the public didn't already know.

19             MR. BLUM:  Again, I would move to strike as

04:01PM 20    speculation.

21             THE COURT:  I'm going to overrule that objection,

22    taken in the context of his previous testimony concerning what

23    disclosures that were regularly made.  I take it limited to

24    that point.

04:01PM 25             MR. RICHARD:  Thank you, Your Honor.

1          Q       So can you bottom line for us what your

2     conclusion regarding NCP compliance of the water replacement

3     costs is, sir?

4          A       I believe that the water agency has fulfilled its

04:01PM  5     obligation to comply with the requirements of the NCP.

6          Q       And were there any facts, factors, or anything

7     that I missed in our Zoom communication here?

8          A       No.  I think we have got it.

9          Q       All right.

04:01PM 10          A       Yeah.

11          MR. RICHARD:  Then I will leave it there.  Thank

12     you very much.

13          THE COURT:  Before you leave, I do actually have

14     a question or two.

04:01PM 15          So I want you to assume, Mr. Zelikson, that this

16     is not a time critical response action -- and I'm not saying

17     that that's the Court's conclusion.  But if it were not a TCRA,

18     as you say, then what would you anticipate would have occurred

19     with respect to public participation that did not occur here?

04:02PM 20     What would you advise as a consultant?

21          THE WITNESS:  Well, if it's not a -- if it's not

22     a TCRA, it still is a removal action.  So the only other real

23     choice is a non-time critical removal action, which means that

24     it would be subject to identifying alternatives and evaluating

04:02PM 25     the cost of those.  The specific provisions of a TCRA say that

1    you need six months.  If you have more than six months, you can

2    do a non-time critical removal action process.

3                 But I don't think that we had six months.  We had

4    to take an action right away to replace the lost water supply.

04:03PM  5          THE COURT:  And what productive purpose, in your

6    view, or do you say there is no productive or benefit, in going

7    through a broader public participation process?  You said

8    identifying alternatives and measuring the costs, weighing

9    them.

04:03PM  10         Maybe first let me start with an easier question

11   or a shorter question.  Do you see a benefit if there were time

12   to go through that process?

13               THE WITNESS:  Honestly, I don't, Your Honor,

14   because I don't think the water agency had an alternative but

04:03PM  15   to use its system the way it was designed, which was very

16   robust but to immediately change the ratio of groundwater to

17   surface water and bring the surface water in to replace the

18   lost groundwater supply.

19               THE COURT:  So at least based on the information

04:04PM  20   available to you, it's your opinion that, if, in fact, there

21   were a robust public participation process in a non-time

22   critical response, your advice, essentially, would be that

23   there is nothing to do beyond what the agency did here?

24               THE WITNESS:  Yeah.

04:04PM  25               THE COURT:  Would you have advised the agency to

1    do something different than it did here if, in fact, they had

2    more than six months?

3                THE WITNESS:  Well, if they had more than six

4    months, yeah.  Just like when they were looking at the VOC

04:04PM    5    situation and they had to make a decision in the long run how

6    to permanently deal with these non-detect requirements that DDW

7    was imposing on them.

8                They had more than six months to do that, and

9    they took it.  And they did have real options there.  And those

04:05PM   10    options are laid out in that EE-CA document.

11                So yeah, I would have told them to do an EE-CA.

12    But I don't think this was an -- I know you gave me a different

13    premise, but I don't think this is a non-time critical

14    situation.  You had to take an action right away to replace the

04:05PM   15    lost supply.

16                THE COURT:  What about the possibility of using

17    stored up supply that they had for a drought situation?

18    Couldn't they have done that?

19                THE WITNESS:  I understand what you're saying.

04:05PM   20    I'm not completely conversant, but I think that would -- that

21    supply is there for a reason.  So if they took it from there,

22    there would be all kinds of implications about how to replace

23    what they took out.

24                So I don't know -- I can't give you a great

04:05PM   25    answer to that.  I don't think that's without a lot of

 1    complications.

 2            THE COURT:  I didn't know whether you had been

 3    given that information, so I will just leave it at that.

 4            MR. RICHARD:  I will let you ask the questions

04:05PM  5   next time, Your Honor.

 6            THE COURT:  Let's have Mr. Blum, please, on

 7    cross-examination.

 8            MR. BLUM:  Your Honor, may I have a quick moment,

 9    please?

04:06PM 10           THE COURT:  Yes.

11                     **CROSS-EXAMINATION**

12    BY MR. BLUM:

13        Q     How are you, Mr. Zelikson?

14        A     I'm good.  How are you?

04:06PM 15       Q     Oh, I want to finish this so we can all go home.

16            Sir, even in a TCRA, if the removal action is

17    going to last more than 120 days, aren't there public

18    participation requirements?

19        A     Yes.

04:06PM 20       Q     All right.  Let's talk about those for a moment.

21    You know what, before I do, I want to get some specific facts

22    laid out.

23            What was the date for 201 in which the need to

24    purchase replacement water arose?

04:07PM 25       A     I don't know the exact date.

         1          Q       Can you give me the year?

         2          A       I kind of think it was in the 2010 time frame.

         3          Q       Well, if I told you that for 201 Whittaker was

         4    paying for replacement water through December of 2017, would

04:07PM  5    that affect your opinion?

         6          A       No.

         7          Q       So if Whittaker was paying for replacement water,

         8    was there a need for the water agency to purchase replacement

         9    water for 201?

04:07PM  10         A       Yes.  But you -- well, you were paying for it.

        11    Right.  So you paid them, and they paid the State water

        12    contract.

        13         Q       Right.  But the emergency that arose for the

        14    agency didn't arise until Whittaker stopped paying for the

04:08PM 15    water; correct?  If there ever was an emergency.

        16         A       Now you're parsing it by who pays.  I think the

        17    fact that they -- that water had to be purchased as soon as the

        18    well was out of service is the issue.

        19         Q       All right.  Well, in terms of the amount of money

04:08PM 20    that was expended for -- by the agency for replacement water,

        21    would you agree that that did not begin until Whittaker stopped

        22    paying for it?

        23         A       Yes.

        24         Q       All right.  If -- for 205, if I tell you that

04:08PM 25    Whittaker paid for replacement water until April 1st, 2012,

  1    would you agree with me that the obligation for the water

  2    agency to incur expenses didn't begin until after that date?

  3         A      Yeah.  I'm not familiar with those facts.  But

  4    yes, if that's the facts, then I would agree.

04:09PM    5         Q      All right.

  6         A      Yeah.  I don't think you're equating the

  7    emergency to having to pay for it versus the emergency of

  8    having to replace the water.  I'm not sure that's a good

  9    equation.

04:09PM   10         Q      All right.  Now, at the time that the obligation

 11    arose for the water agency -- let's go back to V-201 -- can you

 12    tell me whether or not there was sufficient capacity within

 13    their existing pumping system to replace the water without

 14    purchasing more from the State Water Project?

04:10PM   15         A      I can't tell you that, no.

 16         Q      Okay.  Now, if there was enough capacity, would

 17    there be an emergency?

 18         A      I don't know.  I mean, I just -- I understand

 19    that it's not so simple to make the plumbing changes that

04:10PM   20    you're suggesting.

 21         Q      All right.  Well, can you testify that simply

 22    saying, well, this well will pump a little bit more involves

 23    any plumbing changes at all?

 24         A      I can't say.

04:10PM   25         Q      Would the same questions for V-205 be the same

1    answers?

2         A      Yes.

3         Q      All right.  Now, in terms of the 120 days issue,

4    does the public have the right to comment on whether or not the

04:10PM  5    remedy chosen is cost effective?

6         A      This goes back to -- 120 -- you have to go back,

7    if you will, or refer you back to those photographs.  If you're

8    going to be on site for the visible activity for more than

9    120 days, then you have to involve the public in a more

04:11PM  10   elaborate process.  But that's not what we were doing.  We were

11   just turning our valves and changing the ratio of surface water

12   to groundwater which was a routine activity.

13            So I don't think the fact that we did it more

14   than 120 days affects our obligation to involve the public

04:11PM  15   because, as I tried to explain in my testimony, this is not

16   your typical TCRA.

17        Q      Doesn't the regulation state, if the removal

18   action is going to last more than 120 days, A, B, C, and D has

19   to occur?

04:11PM  20        A      Right.  But as I mentioned in my testimony, the

21   kind of actions that were thought of in the creation of that

22   requirement had to do with very visible, potentially disruptive

23   onsite activities.  For that, of course, you would have to

24   involve the public.  That's not what we have here at all.

04:12PM  25        Q      Can you point to that portion of the NCP that

1    says you could ignore the 120-day requirement if what you're

2    going to do really isn't that important or the public really

3    isn't going to care or any other exception that you think

4    applies in this case?

04:12PM    5         A       Just my --

6         Q       I'm looking to the NCP.

7                 THE COURT:  Hold on, Mr. Blum.  You asked the

8    question, you didn't give him a chance to respond.

9                 Mr. Zelikson, you can respond?  And the question

04:12PM   10    is:  Can you point to any portion of the NCP that supports your

11    position?

12                THE WITNESS:  The NCP is -- I'd have to look for

13    it, but it's replete with language, like "if applicable," "as

14    appropriate."  It would not be appropriate to apply those

04:13PM   15    requirements that you're referring to in a situation that we

16    have here where we're -- everything is happening inside a pipe

17    and we are changing the ratio of water.

18                So the fact that it's lasting more than 120 days

19    doesn't really matter because the original requirement doesn't

04:13PM   20    apply anyway.  That's based upon my -- you know, whatever you

21    want to say, 40 years of experience doing this.  It just

22    doesn't apply.  That's why this whole thing about rigid

23    application of the regulations without thinking about what's

24    going on in the specific site situation is so important when

04:13PM   25    you're making these judgments.

1       Q       Again, can you point to a specific section of the

2   NCP that supports that the 120-day requirement for public

3   participation isn't applicable under the facts as you're aware

4   of them?

04:14PM 5       A       Only that it's -- only that you have to make a

6   determination whether it's applicable in the first place.  That

7   determination I have already made.  So obviously,

8   Judge Blumenfeld will make the final determination on that.

9   But I don't think it applies in the first place; therefore, the

04:14PM 10  fact that it's lasting more than 120 days is not really

11  relevant.

12      Q       All right.  Let's talk about V-205.  Is part of

13  the basis of your opinion that the concentrations of

14  perchlorate in V-205 required that the well not be utilized?

04:14PM 15      A       Yes.  But -- there's more to it than that, but

16  yes.

17      Q       When was the first reading for V -- sorry -- for

18  perchlorate in V-201 over an MCL?

19      A       I don't know the answer to that question exactly,

04:15PM 20  but --

21      Q       Now, I want you to assume that Mr. Abercrombie

22  sent a letter to the DDW in August of 2012, which is Exhibit 98

23  which has been stipulated into evidence, and said the

24  concentrations of perchlorate in this well are below the MCLs

04:15PM 25  but we're going to shut it down anyway.  Is that a sufficient

necessity under the NCP?

A        If you look at it just that way, which is not the way it should be looked at, it's not about an MCL.  Right?  It's about what's happening to that well.  I mean, the rest of that story is that V-201 was shut off.  V-205 was operating and was in the -- it was sucking in chlorite contaminated water.

The water agency said, I don't want that well to exceed the MCL perchlorate.  I'm concerned that it will because it is now the only well operating in that area because V-201 is down.  They were concerned about it.  They didn't want to say, oops, excuse me, public.  We just delivered you water that exceeded the MCL.

So they went to the DDW and they said, You know what?  It seems prudent, given the facts about how this well is now beginning to rise in its levels and the fact that it is -- the more that we operate it, the more it is going to suck in the contaminant agent --

THE COURT:  One second.  One second, sir.  The more that we operate, the more it is going to suck in contamination?

THE WITNESS:  Yes.  And the -- they felt -- the water agency felt that they should shut the well down to prevent it from exceeding the MCL.  They presented that to DDW.  DDW said two things.

THE COURT:  One second.  One second.  We're

|   | 1 | having problems with the technology. |
|---|---|---|
|   | 2 | All right.  You know what?  I'm going to end your |
|   | 3 | answer right there.  I think I have the gist of it. |
|   | 4 | Let's have another question asked. |
| 04:17PM | 5 | Q     BY MR. BLUM:  Mr. Zelikson, please cite me to the |
|   | 6 | document where the water agent for the DDW told the water |
|   | 7 | agency that they should shut down V-205 even though the |
|   | 8 | perchlorate concentrations were not above the MCL. |
|   | 9 | A     I can't do that as I sit here, but I believe we |
| 04:17PM | 10 | have that document. |
|   | 11 | Q     Now, sir, have you taken a look to see whether or |
|   | 12 | not there were actually alternatives available to the water |
|   | 13 | agency, other than purchasing water from the State Water |
|   | 14 | Project? |
| 04:18PM | 15 | A     Is this coming from Mr. Blum? |
|   | 16 | Q     Yes, sir. |
|   | 17 | A     Okay.  No.  I didn't take a look at that because |
|   | 18 | I relied on the water agency judgment that the only reasonable |
|   | 19 | thing that they could do in the time frame associated with |
| 04:18PM | 20 | having -- taken action that was time critical was to use the |
|   | 21 | State Water Project water. |
|   | 22 | Q     Did you discuss with Mr. Abercrombie whether or |
|   | 23 | not there were alternatives? |
|   | 24 | A     I have not had that conversation.  My staff has |
| 04:18PM | 25 | had that conversation with him. |

1    Q      Can you testify that the only alternative

2    available to the water agency was to purchase water from the

3    State Water Project?

4    A      The only reasonable alternative, yes.

04:19PM   5    Q      And did you discuss with anybody or anybody on

6    your staff discuss with anybody at the water agency why

7    purchasing water from the State Water Project was the only

8    reasonable alternative?

9    A      There were technical complications associated

04:19PM   10   with any other option that had significant impacts on how they

11   operated their system.  And in order to replace it in a

12   reasonable time frame, consistent with the time critical

13   removal action, that's to replace the lost supply, they really

14   didn't have any other options.  That's my understanding.

04:19PM   15   Q      Well, I want you to assume that a few days ago

16   Mr. Abercrombie testified that the water agency had available

17   to it banked water which it could have used and all that would

18   happen is that that banked water would be delivered via the

19   same mechanism that the State Water Project water was

04:20PM   20   delivered.  Was that alternative considered?

21   A      By Mr. Abercrombie at the time?  I don't know for

22   sure.  I think so.

23   Q      All right.  I want you to assume that

24   Mr. Abercrombie testified that there were contracts with, I

04:20PM   25   believe, Kern County and Yolo County at the time which could

         1    have delivered water to the agency.  Was that alternative

         2    considered?

         3              MR. RICHARD:  Objection.  Misstates testimony and

         4    assumes facts not in evidence, Your Honor.

04:20PM  5              THE COURT:  I'm going to sustain it as you have

         6    framed it.

         7         Q    BY MR. BLUM:  Were you -- I want you to assume

         8    that Mr. Abercrombie testified that there were contracts with

         9    at least two counties for delivery of water that could have

04:20PM 10    been used in lieu of State Water Project water.  Was that

        11    considered by you in determining whether or not the SCV Water

        12    was the only alternative?

        13              MR. RICHARD:  Same objection.

        14              THE COURT:  Overruled, with this qualification.

04:21PM 15    If you assume what Mr. Blum has represented to you is accurate

        16    and factual, would that qualify as a reasonable alternative?

        17              THE WITNESS:  I would need to have more facts

        18    about the costs associated with that and the practicality of

        19    doing such.

04:21PM 20         Q    BY MR. BLUM:  Is one of the documents that you

        21    were given to look at in terms of your testimony the 2010 Urban

        22    Water Management Plan?

        23         A    Yes.

        24         Q    Do you have that in front of you, sir?

04:21PM 25         A    No.

```
 1          Q       Can you get it in front of you?

 2          A       I don't know.  It's a very large document.  I

 3   don't think I have access to it here right now.

 4          Q       All right.  Well, then I will ask you to -- it's

 5   Exhibit 489 already in evidence.  I want you to assume that in

 6   Section 6.3.3 under the section State Water Project Table A

 7   Supply, there is a discussion of alternate water sources,

 8   including Big Delta Conservation Plan, Flexible Storage

 9   Account, Buena Vista/Rosedale Water, Nickel Water Newhall Land,

10   Semitropic Banking Program, Semitropic Banking Program

11   Newhall Land, Rosedale-Rio Bravo Banking Program and -- plus

12   additional plan banking as alternate water sources.

13              Were any of these discussed by you as alternates

14   to purchasing water from the State Water Project?

15          A       No.

16          Q       If these were alternatives, didn't the public

17   have the right to comment on whether buying water from a State

18   Water Project was more cost effective than these other

19   alternate sources?

20          A       You're assuming that it's not a TCRA when you're

21   saying that.  It's just using the lingo; right?  That you had

22   an unlimited amount of time to evaluate all these options.  And

23   what I'm saying is that if that if this is a TCRA, we don't

24   have that time to make those evaluations and look at those

25   alternatives.
```

| | | | |
|---|---|---|---|
| | 1 | Q | Even if it is -- |
| | 2 | A | You have to assume -- yes. |
| | 3 | Q | I'm sorry.  I'm sorry.  I didn't mean to |
| | 4 | interrupt you, sir. | |
| 04:23PM | 5 | A | That's okay.  Go ahead. |
| | 6 | Q | Even if it is a TCRA, this removal action lasted |
| | 7 | longer than 120 days; right? | |
| | 8 | A | That doesn't matter. |
| | 9 | Q | Am I right, it lasted -- it lasted more than |
| 04:23PM | 10 | 120 days? | |
| | 11 | A | Yeah.  So that doesn't really change anything. |
| | 12 | Q | After the 120 -- |
| | 13 | A | There are -- |
| | 14 | Q | After the 120 days, is it your opinion that the |
| 04:24PM | 15 | public had no right to comment and say, hey, what you're doing | |
| | 16 | now is not cost effective.  It's raising our rates.  You should | |
| | 17 | do something else? | |
| | 18 | A | How do you know it's raising the rates? |
| | 19 | Q | I don't know.  Is that something that the public, |
| 04:24PM | 20 | though, had a right to comment on and make that argument if | |
| | 21 | they wanted? | |
| | 22 | A | Well, yeah.  If the premise is that this is not a |
| | 23 | TCRA -- the 120 days really doesn't matter.  I mean, if this is | |
| | 24 | a TCRA, you take the action.  There's no need to involve the | |
| 04:24PM | 25 | public or to evaluate alternatives. | |

```
 1              There are emergency removal actions that go on
 2     for years.  And you don't need to involve the public in those.
 3     So I just think the first decision is:  Is this a TCRA or not?
 4     If it is a TCRA, you don't have to do those kinds of
 5     evaluations.
 6          Q    All right.  All right.  Mr. Zelikson, I just have
 7     a couple more questions, and then we're done.
 8              Can you point to any part of the NCP that says,
 9     if it is a TCRA, the 120-day public participation requirement
10     doesn't apply?
11          A    Well, I would say in our case -- I'm only going
12     to -- I'm most familiar with the facts and circumstances of our
13     situation.  I think that the original requirements for the TCRA
14     to notify the public are not applicable, in my view.  And,
15     therefore, the fact that it's lasting more than 120 days
16     doesn't matter, the way I look at it.
17          Q    All right.  But you can't point the Court to a
18     specific section of the NCP that says that; correct?
19              MR. RICHARD:  Objection.  Asked and answered,
20     Your Honor.
21              THE COURT:  It wasn't answered.  Not this
22     particular --
23              THE WITNESS:  No, I can't.
24          Q    BY MR. BLUM:  I'm sorry.  I'm sorry.  Go ahead.
25          A    No.  Go ahead.
```

04:25PM — line 5
04:25PM — line 10
04:25PM — line 15
04:26PM — line 20
04:26PM — line 25

1       Q       Can you point to an order from the DDW that

2   states that there is -- that they are going to shut down or

3   restrict the ability of the water agency to utilize wells,

4   Saugus 1 and Saugus 2, if there is -- if the VOC contamination

04:26PM  5   found in the turnouts was not non-detect?

6       A       No.  I can't do that.

7               MR. BLUM:  That's all, Your Honor.

8               THE COURT:  Mr. Richard?

9               MR. RICHARD:  I think we will leave it there.  I

04:26PM  10  don't have any questions, Your Honor.

11              THE COURT:  Very well.  Then you are excused.

12  Thank you, Mr. Zelikson.

13              THE WITNESS:  You're very welcome.  Thank you,

14  Your Honor.

04:27PM  15              MR. RICHARD:  Take care.

16              THE WITNESS:  Can I just leave?

17              THE COURT:  Yes.  You could just -- and we will

18  do it on our end in just a moment.

19              All right.  And so you have no further witnesses

04:27PM  20  or evidence that you intend to introduce for purposes of the

21  bench trial?

22              MR. RICHARD:  With the exception of evidence that

23  is presented to the jury.  So some of what

24  Mr. Keith Abercrombie testified to will be relevant, and we

04:27PM  25  would cite it in our closing brief.  And some of the testimony

from Mr. Masnada tomorrow will address some of these issues.
But we have no separate witness solely for the bench trial.

THE COURT:  Thank you.

And, Mr. Blum, you do have a witness, and your
witness is available tomorrow?

MR. BLUM:  Your Honor, the answer is I'm not
sure.  I have a witness, and I may not even call him if I do.
And, in fact, Your Honor, it's my -- I had told Mr. Masard --
and I take the responsibility fully -- that he would not be
needed until next week because I thought he would be part of
our case.  He's not available until Monday or Tuesday.

But my guess is, if you give me until tomorrow,
I'm probably not even going to call him.  I just need to take a
look at this testimony tonight and see if it comports with what
I believe the witness said.

THE COURT:  All right.  I will hear from you
tomorrow, then.  You will let me know.

MR. BLUM:  Thank you, Your Honor.

THE COURT:  All right.  And then at this point, I
don't believe there are any outstanding issues for the Court to
address, other than the jury instructions.  Are there any
outstanding issues, Mr. Richard, before we start the
examination tomorrow for the plaintiff?

MR. RICHARD:  I'm thinking about Your Honor's
question.  Not with Mr. Masnada.

1        So our damages expert, I have some disputed

2   exhibits.  But, frankly, I would like the opportunity to make

3   one more run with Mr. Blum on those.  But he probably won't be

4   up until Wednesday, in any event, just judging.

04:29PM   5        So with the exception of these disputed exhibits

6   that I have in front of me for Dr. Najm, our damages fellow,

7   I'm not aware of any other issues that require the Court's

8   attention.

9        THE COURT:  And remind me again of who you

04:29PM  10   anticipate calling tomorrow.

11        MR. RICHARD:  Mr. Masnada, then Dr. Trudell, and

12   then Dr. Najm, if there's time.

13        THE COURT:  And what is your assessment as to

14   whether there is going to be time for Dr. Najm tomorrow?

04:29PM  15        MR. RICHARD:  Oh, and I also forgot we have that

16   hour video play.  So we will probably end with the video

17   tomorrow.

18        So I think that it's possible we will get to

19   Dr. Najm.  I have been trying to guess on the

04:30PM  20   cross-examination.  Sometimes it runs long.  Sometimes I run

21   long and sometimes I don't.

22        So my best guess is that Mr. Masnada,

23   Dr. Trudell, and then the Peloquin video.  My practice would be

24   to notify Dr. Najm at the first break, that we are running

04:30PM  25   faster and have him here by 1:00 o'clock, if needed, to finish

1    the day.

2              THE COURT:  All right.  And are there any issues

3    for the defense before we start tomorrow?

4              MR. BLUM:  No, Your Honor.

04:30PM  5              THE COURT:  All right.  How many challenged

6    exhibits are there with Dr. Najm?  I understand we did receive

7    those exhibit binders today.  But approximately how many

8    challenged exhibits are there?

9              MR. RICHARD:  Right.  So I can just tell by

04:31PM  10   looking at this that late last night some of the objections

11   were withdrawn.  So I really do think I need the opportunity to

12   get to the nub of it here with opposing counsel.

13             With the bulk of those withdrawn, I don't think

14   we will have more than one or two, if any.  I'm hoping to

04:31PM  15   resolve it.  But I can see that most of them were withdrawn

16   late last night for our fellow's charts.

17             THE COURT:  All right.  In that event, I will

18   have the parties come tomorrow at 8:30 since I, therefore,

19   really can't do anything productively, looking at Dr. Najm's --

04:31PM  20   the objected-to exhibits, since many of them are apparently not

21   going to be objected to.

22             So with that, we are in recess on this matter,

23   and I will see everyone here tomorrow at 8:30.

24             We're off the record.

04:34PM  25             (Proceedings concluded at 4:34 p.m.)

1            CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5            I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15                    DATED THIS  23RD  DAY OF NOVEMBER, 2021.

16

17

18            /S/ MIRANDA ALGORRI

19            _____
              MIRANDA ALGORRI, CSR NO. 12743, CRR
20            FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25

## $

**$233,359** [1] - 941:17

## '

**'14** [1] - 853:24
**'15** [1] - 853:24
**'16** [1] - 853:24
**'17** [1] - 853:24
**'18** [2] - 853:25, 856:3
**'50s** [1] - 867:8
**'80s** [2] - 859:21, 887:3
**'90s** [1] - 859:21
**'95** [1] - 920:10

## /

**/S** [1] - 981:18

## 0

**0.87** [2] - 881:8, 881:25

## 1

**1** [28] - 863:21, 870:25, 876:1, 886:10, 886:13, 886:14, 888:18, 889:6, 889:11, 889:24, 890:21, 891:1, 891:9, 891:19, 893:4, 896:14, 899:2, 902:21, 911:22, 912:4, 920:16, 937:14, 939:8, 939:12, 940:20, 941:5, 941:21, 977:4
**1,1,1-TCA** [1] - 889:1
**1,500** [2] - 874:19, 929:11
**1.5** [1] - 883:6
**100** [3] - 876:9, 922:17, 943:18
**109** [1] - 896:14
**11** [1] - 896:15
**11-DCE** [5] - 888:19, 888:23, 889:11, 890:4, 890:15
**12** [2] - 887:11, 911:24
**120** [14] - 964:17, 967:3, 967:6, 967:9, 967:14, 967:18, 968:18, 969:10, 975:7, 975:10, 975:12, 975:14,

975:23, 976:15
**120-day** [3] - 968:1, 969:2, 976:9
**125** [1] - 921:25
**12743** [2] - 847:23, 981:19
**12:57** [2] - 847:14, 851:1
**1312** [1] - 853:5
**15** [3] - 867:18, 917:19, 954:20
**15.9** [1] - 935:20, 935:21, 936:9
**158** [3] - 858:14, 886:11, 905:25
**163** [3] - 908:10, 908:12, 908:13
**164** [2] - 908:11, 908:13
**169** [5] - 850:4, 888:10, 888:14, 890:6, 894:18
**173** [1] - 912:17
**179** [5] - 850:5, 871:15, 871:17, 871:18, 872:8
**18** [2] - 869:7, 888:11
**18-06825-SB** [1] - 847:7
**180** [4] - 850:6, 872:2, 872:4, 872:8
**182** [5] - 850:7, 872:17, 872:19, 872:20, 872:21
**184** [2] - 900:2, 912:15
**186** [6] - 850:8, 892:19, 892:20, 892:22, 892:23, 898:10
**190** [4] - 851:19, 856:7, 856:22
**1920s** [1] - 868:1
**1936** [1] - 869:1
**1940s** [2] - 865:12, 868:3
**1942** [1] - 869:1
**1960s** [1] - 869:23
**1967** [1] - 919:12
**1971** [1] - 920:4
**1980** [2] - 923:2, 955:3
**1982** [1] - 923:21
**1989ish** [1] - 887:3
**1990** [4] - 923:23, 927:18, 929:7, 929:24
**1995** [2] - 920:6, 922:11
**1997** [3] - 866:16, 866:18, 866:21, 867:5, 915:3

**1:00** [1] - 979:25
**1ST** [1] - 847:24
**1st** [1] - 965:25

## 2

**2** [39] - 852:6, 858:21, 863:21, 868:24, 886:13, 886:14, 886:17, 886:19, 888:18, 889:7, 889:12, 889:24, 890:22, 891:1, 891:10, 891:19, 893:4, 893:12, 893:13, 893:23, 894:10, 898:11, 902:21, 903:8, 903:20, 903:24, 908:11, 908:13, 911:23, 912:4, 937:14, 939:9, 939:13, 940:20, 941:5, 941:22, 977:4
**2,500** [1] - 914:10
**2,500-gallon-a-minute** [1] - 913:20
**20** [6] - 863:5, 891:23, 908:10, 908:13, 914:9, 922:7
**200** [2] - 896:1, 922:10
**2002** [2] - 891:22, 895:9
**2006** [2] - 891:25, 924:21
**201** [7] - 909:25, 910:2, 910:13, 910:15, 964:23, 965:3, 965:9
**2010** [4] - 886:25, 887:13, 965:2, 973:21
**2012** [3] - 944:14, 965:25, 969:22
**2013** [3] - 852:22, 853:24, 856:3
**2015** [1] - 909:13
**2017** [3] - 897:17, 943:19, 965:4
**2018** [4] - 927:7, 943:19, 955:3, 955:4
**2019** [11] - 852:11, 853:1, 854:25, 856:4, 857:25, 871:19, 872:22, 895:23, 897:6, 897:15, 897:19
**2021** [4] - 847:14, 851:1, 938:12,

981:15
**205** [15] - 889:7, 906:1, 906:5, 907:11, 907:17, 907:21, 907:22, 908:5, 909:25, 910:12, 910:14, 910:15, 910:17, 913:15, 965:24
**22** [2] - 847:14, 851:1
**23RD** [1] - 889:15
**24-inch** [1] - 913:21
**25** [3] - 920:6, 921:20, 922:13
**28** [1] - 981:8
**29** [1] - 869:11
**2:37** [3] - 917:10, 917:18, 917:22
**2:52** [1] - 917:19

## 3

**3** [1] - 948:15
**3,000** [1] - 883:5
**30** [2] - 914:9, 922:7
**30,000** [1] - 929:10
**300.400(e** [1] - 939:6
**31** [1] - 895:10
**317** [2] - 878:4, 879:20
**34th** [2] - 848:7, 848:10
**350** [1] - 847:24
**39** [1] - 854:16

## 4

**4** [3] - 847:13, 859:11, 865:19
**4,700** [1] - 862:24
**4.1** [1] - 944:6
**40** [1] - 968:21
**400** [1] - 865:21
**403** [1] - 855:24
**42** [3] - 881:10, 881:11, 883:2
**43** [1] - 884:4
**4455** [1] - 847:24
**466** [1] - 948:13
**466,000** [2] - 943:11, 943:16
**489** [1] - 974:5
**4:34** [1] - 980:25

## 5

**5** [10] - 861:5, 872:24, 872:25, 873:6, 874:10, 874:11, 884:3, 884:10, 907:3
**5,000** [1] - 859:11

**5-inch** [1] - 901:14
**5.6** [1] - 883:4
**50** [7] - 848:10, 853:8, 853:11, 880:7, 880:8, 880:10, 882:12
**500** [2] - 848:15, 865:19

## 6

**6,000** [2] - 884:4, 884:10
**6.3.3** [1] - 974:6

## 7

**7** [1] - 878:1
**7.2.3** [1] - 854:16
**7.2.4.2** [1] - 881:12
**7.4.4.2** [1] - 881:2
**7.6** [1] - 935:6, 935:22
**700** [3] - 848:16, 878:3, 878:7
**753** [1] - 981:8
**777** [1] - 848:6

## 8

**8** [6] - 847:8, 880:11, 880:12, 880:15, 880:19, 880:21
**8.3** [1] - 936:10
**80** [9] - 867:12, 867:16, 868:6, 868:12, 868:16, 880:7, 880:8, 880:10, 907:3
**80-year** [1] - 882:12
**800** [1] - 878:1
**847** [1] - 847:8
**851** [1] - 849:5
**87** [5] - 880:22, 880:24, 881:5, 881:15, 882:23
**871** [2] - 850:5
**872** [5] - 850:6, 850:7
**888** [2] - 850:4
**892** [2] - 850:8
**8:30** [4] - 917:2, 917:7, 980:18, 980:23

## 9

**9** [2] - 921:19, 924:4
**90** [1] - 907:3
**90012** [1] - 847:25
**90017** [1] - 848:7
**911** [1] - 849:5
**918** [1] - 849:8

**94111** [2] - 848:11, 848:16
**964** [1] - 849:8
**97-005** [4] - 877:13, 940:24, 941:7, 941:8
**98** [1] - 969:22
**981** [1] - 847:8

## A

**Abercrombie** [9] - 948:9, 948:17, 969:21, 971:22, 972:16, 972:21, 972:24, 973:8, 977:24
**ability** [4] - 925:16, 930:7, 951:17, 977:3
**able** [8] - 861:2, 861:12, 897:23, 902:5, 917:15, 935:7, 943:3, 943:6
**ABOVE** [1] - 981:11
**ABOVE-ENTITLED** [1] - 981:11
**absolutely** [1] - 892:12, 923:12, 943:23
**accepted** [1] - 865:8
**access** [1] - 974:3
**according** [4] - 870:1, 893:21, 915:14, 926:10
**account** [2] - 899:7, 944:12
**Account** [1] - 974:9
**accounting** [1] - 935:13
**accurate** [2] - 899:8, 973:15
**achieve** [1] - 940:25
**acres** [1] - 879:5
**acronyms** [1] - 923:4
**acting** [1] - 887:17, 887:19
**action** [46] - 928:20, 928:21, 933:22, 934:7, 936:17, 936:23, 937:3, 937:4, 944:3, 944:21, 945:12, 945:13, 945:15, 945:17, 945:18, 945:22, 947:6, 947:14, 948:20, 948:24, 949:2, 949:8, 949:10, 950:8, 950:11, 950:22, 951:9, 953:11, 953:17,
957:16, 958:23, 961:16, 961:22, 961:23, 962:2, 962:4, 963:14, 964:16, 967:18, 971:20, 972:13, 975:6, 975:24
**actions** [28] - 921:17, 922:6, 922:16, 923:12, 923:15, 923:16, 924:24, 927:16, 927:18, 927:20, 928:21, 928:22, 928:23, 930:11, 932:24, 933:11, 933:13, 933:15, 934:8, 936:5, 945:19, 946:11, 949:15, 949:17, 953:6, 958:11, 967:21, 976:1
**activities** [7] - 935:18, 945:18, 948:5, 958:2, 958:5, 960:14, 967:23
**activity** [6] - 936:14, 936:19, 945:1, 950:17, 967:8, 967:12
**Acton** [5] - 869:25, 870:2, 915:3, 915:25, 916:5
**Acton-Mickelson** [5] - 869:25, 870:2, 915:3, 915:25, 916:5
**actual** [2] - 860:12, 864:21
**Actual** [1] - 882:8
**addition** [2] - 871:1, 922:4
**Additional** [1] - 954:23
**additional** [7] - 870:25, 891:25, 909:17, 943:9, 960:15, 974:12
**address** [14] - 936:17, 936:23, 937:4, 938:19, 938:20, 941:20, 941:25, 942:6, 944:4, 947:3, 947:4, 949:10, 978:1, 978:21
**addressing** [1] - 947:5
**adequate** [1] - 935:15
**advice** [1] - 962:22
**advise** [1] - 961:20
**advised** [1] - 962:25
**advising** [1] - 926:11
**Advisors** [2] - 919:4, 919:8
**AECOM** [8] - 852:6, 852:14, 855:1, 855:13, 856:21, 871:18, 873:12, 874:5
**affect** [1] - 965:5
**affects** [1] - 967:14
**afternoon** [2] - 917:11, 917:25
**afterwards** [1] - 952:21
**agencies** [4] - 860:7, 880:14, 945:11, 946:22
**AGENCY** [1] - 847:5
**agency** [51] - 860:24, 912:1, 920:12, 921:25, 923:19, 924:23, 925:11, 927:24, 931:4, 934:13, 935:3, 935:12, 937:3, 942:14, 943:4, 943:11, 944:11, 944:23, 945:8, 947:20, 948:8, 949:1, 951:15, 952:5, 952:13, 952:25, 954:2, 954:9, 955:5, 957:21, 958:1, 961:4, 962:14, 962:23, 962:25, 965:8, 965:14, 965:20, 966:2, 966:11, 970:7, 970:22, 971:7, 971:13, 971:18, 972:2, 972:6, 972:16, 973:1, 977:3
**Agency** [1] - 924:12
**agency's** [2] - 934:17, 957:24
**agent** [2] - 970:17, 971:6
**ago** [2] - 863:5, 972:15
**agree** [9] - 854:24, 866:13, 866:15, 867:11, 888:17, 952:14, 965:21, 966:1, 966:4
**ahead** [6] - 918:4, 939:23, 954:7, 975:5, 976:24, 976:25
**al** [1] - 847:8
**ALGORRI** [4] - 847:23, 981:5,
981:18, 981:19
**allow** [4] - 919:15, 927:19, 951:24, 958:1
**allowed** [1] - 947:22
**allowing** [2] - 883:6, 899:1
**allows** [1] - 929:15
**almost** [2] - 905:7, 959:18
**alone** [1] - 883:4
**ALSO** [1] - 848:18
**alternate** [3] - 974:7, 974:12, 974:19
**alternates** [1] - 974:13
**alternative** [8] - 962:14, 972:1, 972:4, 972:8, 972:20, 973:1, 973:12, 973:16
**alternatives** [10] - 928:8, 928:11, 947:15, 961:24, 962:8, 971:12, 971:23, 974:16, 974:25, 975:25
**amended** [1] - 927:18
**amount** [11] - 914:8, 935:21, 943:11, 948:9, 952:8, 952:10, 955:8, 955:13, 956:19, 965:19, 974:22
**amounts** [1] - 891:10
**analyses** [1] - 854:17
**analysis** [17] - 899:24, 906:14, 906:20, 909:13, 914:13, 914:14, 914:18, 915:6, 920:10, 926:9, 927:1, 935:2, 937:24, 940:16, 941:17, 946:24
**analytical** [1] - 897:13
**analyzed** [4] - 897:22, 897:24, 899:10, 909:14
**AND** [3] - 981:6, 981:9, 981:11
**Angeles** [1] - 848:7
**ANGELES** [3] - 847:15, 847:25, 851:2
**answer** [11] - 866:11, 875:14, 883:22, 885:13, 903:2, 911:10, 932:7, 963:25, 969:19, 971:3, 978:6
**answered** [4] -
981:18, 981:19
**allow** [4] - 919:15, 927:19, 951:24, 958:1
**allowed** [1] - 947:22
**allowing** [2] - 883:6, 899:1
**allows** [1] - 929:15
**almost** [2] - 905:7, 959:18
**alone** [1] - 883:4
**ALSO** [1] - 848:18
**908**:15, 908:19, 976:19, 976:21
**answers** [1] - 967:1
**anticipate** [4] - 950:11, 950:19, 961:18, 979:10
**anyway** [3] - 953:15, 968:20, 969:25
**APPEARANCES** [1] - 848:1
**applicable** [19] - 931:20, 932:21, 933:1, 933:6, 933:11, 933:14, 933:20, 945:3, 945:9, 946:25, 947:5, 954:5, 956:10, 958:16, 960:8, 968:13, 969:3, 969:6, 976:14
**application** [1] - 968:23
**applied** [2] - 906:20, 929:1
**applies** [4] - 939:5, 941:8, 968:4, 969:9
**apply** [10] - 906:13, 936:5, 941:7, 954:1, 954:3, 955:20, 968:14, 968:20, 968:22, 976:10
**appreciate** [1] - 919:20
**approach** [3] - 927:22, 930:2, 930:5
**appropriate** [7] - 883:20, 906:25, 907:14, 929:15, 939:7, 968:14
**approximations** [1] - 885:7
**April** [1] - 965:25
**aquifer** [12] - 871:21, 872:9, 872:16, 878:25, 880:18, 884:24, 886:20, 887:15, 904:13, 941:11, 942:1
**aquifers** [5] - 861:20, 884:21, 885:1, 895:20, 900:21
**area** [21] - 860:8, 863:11, 863:14, 876:11, 876:18, 878:4, 887:24, 888:4, 888:6, 890:20, 891:22, 898:12, 900:13, 901:11, 905:23, 909:12, 911:20,

914:7, 930:14, 933:24, 970:9

**areas** [5] - 872:23, 883:4, 883:7, 884:7, 925:13
**argument** [1] - 975:20
**arise** [1] - 965:14
**arose** [3] - 964:24, 965:13, 966:11
**arrive** [2] - 913:4, 913:15
**arrow** [1] - 900:5
**aspect** [2] - 933:16, 934:1
**aspects** [1] - 924:5
**assessment** [2] - 885:10, 979:13
**assignment** [3] - 875:12, 924:9, 924:11
**assist** [2] - 924:23, 924:25
**assisted** [2] - 865:7, 925:7
**associated** [8] - 876:4, 910:4, 935:25, 948:9, 950:9, 971:19, 972:9, 973:18
**assume** [13] - 865:14, 893:8, 902:20, 903:20, 903:23, 961:15, 969:21, 972:15, 972:23, 973:7, 973:15, 974:5, 975:2
**assumes** [3] - 902:14, 951:21, 973:4
**assuming** [3] - 879:19, 936:20, 974:20
**assumption** [1] - 903:5
**attention** [2] - 920:12, 979:8
**August** [1] - 969:22
**available** [9] - 860:7, 860:11, 917:13, 962:20, 971:12, 972:2, 972:16, 978:5, 978:11
**availed** [2] - 956:20, 957:20
**average** [7] - 880:22, 880:24, 881:14, 881:21, 881:24, 883:3, 884:21
**avoid** [1] - 944:18
**aware** [5] - 859:7, 877:5, 915:16,

969:3, 979:7

## B

**background** [3] - 868:14, 914:23, 915:7
**backyard** [1] - 953:13
**banked** [2] - 972:17, 972:18
**Banking** [3] - 974:10, 974:11
**banking** [1] - 974:12
**Barbara** [1] - 915:11
**barrier** [1] - 898:25
**based** [7] - 878:19, 890:24, 915:8, 946:20, 958:12, 962:19, 968:20
**bases** [1] - 906:4
**basis** [6] - 908:3, 951:17, 954:10, 954:15, 969:13
**Beaton** [1] - 848:20
**became** [3] - 887:4, 911:23, 929:7
**become** [3] - 911:22, 923:10, 950:3
**becomes** [2] - 950:2, 950:16
**began** [3] - 875:16, 912:3
**begin** [4] - 851:13, 893:13, 965:21, 966:2
**beginning** [3] - 944:9, 955:18, 970:15
**belief** [1] - 960:7
**believes** [1] - 942:14
**below** [6] - 879:20, 903:6, 903:14, 942:23, 942:24, 969:24
**bench** [3] - 917:25, 977:21, 978:2
**beneath** [4] - 878:6, 878:12, 899:25, 904:16
**benefit** [2] - 962:6, 962:11
**benzene** [2] - 871:6
**Bermite** [4] - 870:2, 912:20, 914:22, 915:14
**best** [2] - 916:11, 979:22
**better** [8] - 861:19, 861:23, 884:24, 893:1, 895:25, 908:7, 935:12, 940:1

**between** [7] - 873:8, 874:9, 874:22, 880:7, 910:19, 928:25
**beyond** [8] - 873:3, 914:19, 915:18, 916:1, 938:16, 951:21, 951:22, 962:23
**bible** [1] - 923:14
**Big** [1] - 974:8
**big** [2] - 913:20, 956:9
**bigger** [1] - 901:15
**billion** [5] - 856:25, 859:11, 859:13, 873:6, 874:12
**binders** [1] - 980:7
**bit** [19] - 855:25, 877:24, 882:19, 882:20, 884:8, 910:1, 910:3, 915:21, 916:16, 919:19, 926:14, 929:25, 936:1, 937:17, 937:20, 939:18, 940:2, 954:4, 966:22
**black** [2] - 893:12, 893:16
**blending** [4] - 937:16, 948:14, 953:22, 953:24
**blends** [1] - 956:3
**blip** [1] - 863:10
**block** [2] - 926:2, 926:5
**blow** [2] - 890:9, 894:18
**blue** [6] - 901:2, 901:5, 904:9, 904:20, 905:11, 955:11
**Blum** [17] - 849:5, 849:8, 851:13, 855:25, 882:19, 896:6, 905:15, 913:16, 916:17, 916:22, 921:11, 964:6, 968:7, 971:15, 973:15, 978:4, 979:3
**BLUM** [63] - 848:13, 848:14, 851:18, 856:1, 862:18, 862:22, 868:19, 870:18, 871:18, 872:1, 872:8, 872:20, 875:19, 882:21, 883:25, 888:10, 888:15, 890:9, 890:11,

890:13, 892:19, 892:23, 894:17, 895:3, 896:2, 896:7, 896:11, 896:14, 896:17, 897:1, 903:13, 905:16, 905:21, 908:2, 908:13, 908:17, 908:21, 911:2, 915:18, 916:1, 916:23, 919:14, 921:2, 921:12, 938:15, 938:21, 939:15, 951:20, 956:12, 956:22, 957:10, 959:1, 960:19, 964:8, 964:12, 971:5, 973:7, 973:20, 976:24, 977:7, 978:6, 978:18, 980:4
**blum** [1] - 916:15
**BLUMENFELD** [1] - 847:3
**Blumenfeld** [3] - 931:19, 958:17, 969:8
**Board** [2] - 937:18, 946:23
**body** [1] - 932:3
**border** [4] - 851:24, 852:3, 852:5, 898:14
**bottled** [2] - 950:5, 951:2
**bottom** [6] - 881:22, 890:6, 894:15, 895:3, 953:19, 961:1
**bought** [1] - 952:22
**boundary** [3] - 883:7, 900:6, 900:11
**Bowl** [11] - 869:19, 884:1, 884:2, 884:7, 884:9, 890:20, 893:17, 893:22, 898:12
**Bravo** [1] - 974:11
**break** [7] - 917:11, 917:19, 921:15, 933:3, 953:20, 979:24
**brief** [2] - 951:25, 977:25
**briefing** [1] - 938:19
**briefly** [7] - 880:12, 919:10, 920:13, 921:14, 922:21, 934:3, 946:13
**bring** [2] - 950:15, 962:17
**broader** [1] - 962:7

**broadly** [1] - 928:16
**brought** [1] - 916:15
**Buena** [1] - 974:9
**Building** [1] - 878:4
**building** [1] - 943:4
**built** [2] - 887:10, 951:16
**bulk** [4] - 880:21, 881:8, 884:25, 980:13
**bullet** [2] - 929:23, 950:25
**burn** [1] - 898:12
**Burn** [4] - 884:13, 885:5, 893:19, 893:22
**business** [2] - 864:22, 865:1
**buy** [2] - 943:12, 944:12
**buying** [4] - 946:8, 952:11, 954:2, 974:17
**BY** [43] - 848:4, 848:5, 848:5, 848:6, 848:9, 848:14, 848:14, 848:15, 851:16, 851:18, 856:1, 862:22, 870:18, 871:18, 872:20, 875:19, 883:25, 888:15, 892:23, 895:3, 896:14, 897:1, 903:13, 908:2, 908:21, 911:2, 911:9, 915:22, 916:4, 918:20, 918:22, 921:14, 938:22, 940:6, 952:18, 956:15, 956:24, 957:14, 964:12, 971:5, 973:7, 973:20, 976:24
**Byron** [1] - 908:17
**BYRON** [1] - 848:4

## C

**c.v** [2] - 919:15, 920:17
**CA** [15] - 926:22, 926:24, 927:4, 938:17, 941:16, 941:19, 941:24, 942:2, 942:7, 945:14, 947:10, 947:12, 963:10, 963:11
**calculated** [2] -

880:16, 884:15
**calculation** [1] - 885:3
**CALIFORNIA** [5] - 847:2, 847:15, 847:25, 851:2, 981:7
**California** [5] - 848:7, 848:10, 848:11, 848:16, 921:20
**CALLED** [2] - 851:16, 918:20
**cannot** [2] - 902:20, 939:15
**capable** [2] - 897:14, 898:18
**capacity** [2] - 966:12, 966:16
**capital** [2] - 926:24, 957:4
**capture** [30] - 876:12, 876:13, 876:14, 876:17, 876:20, 876:22, 876:24, 877:9, 877:10, 877:15, 877:17, 888:6, 888:7, 888:9, 892:24, 893:3, 893:6, 893:11, 898:18, 899:4, 899:7, 899:12, 899:13, 901:8, 901:9, 901:10, 913:24
**captured** [2] - 888:3, 888:4
**captures** [2] - 888:4, 888:5
**capturing** [1] - 898:19
**care** [2] - 968:3, 977:15
**carved** [1] - 929:11
**case** [29] - 865:2, 866:2, 869:6, 871:11, 881:18, 881:25, 882:5, 882:6, 885:9, 916:12, 917:4, 924:20, 925:5, 931:19, 935:24, 936:13, 945:11, 946:22, 948:8, 948:22, 949:10, 950:9, 951:8, 951:25, 955:21, 956:10, 968:4, 976:11, 978:11
**CASE** [1] - 847:6
**cases** [4] - 857:25, 892:2, 945:7, 945:16
**casings** [1] - 869:14
**catch** [1] - 925:3

**categories** [10] - 936:3, 938:10, 938:13, 944:24, 945:1, 945:25, 946:14, 947:23, 947:25, 948:18
**category** [3] - 936:4, 942:21, 944:5
**causing** [2] - 902:18, 902:19
**center** [1] - 904:2
**centerline** [2] - 861:17, 904:4
**CENTRAL** [2] - 847:2, 981:7
**CERCLA** [1] - 923:3
**certain** [1] - 879:24
**certainly** [4] - 861:20, 878:7, 902:23, 957:6
**CERTIFICATE** [1] - 981:1
**CERTIFY** [1] - 981:7
**cetera** [1] - 958:9
**CH2M** [1] - 909:13
**challenge** [1] - 939:19
**challenged** [2] - 980:5, 980:8
**chance** [1] - 968:8
**CHANDALAR** [1] - 848:9
**change** [6] - 916:18, 951:17, 952:8, 953:24, 962:16, 975:11
**changed** [2] - 912:1, 953:4
**changeover** [1] - 869:23
**changes** [3] - 911:13, 966:19, 966:23
**changing** [2] - 967:11, 968:17
**characteristics** [1] - 949:19
**characterization** [1] - 892:10
**characterized** [1] - 928:9
**chart** [7] - 936:10, 936:18, 954:18, 954:24, 955:2, 955:7, 956:5
**charts** [3] - 913:8, 921:9, 980:16
**check** [2] - 865:15, 915:9
**checking** [1] - 897:10
**checklist** [1] - 930:10
**chemical** [1] - 862:17
**chemicals** [1] - 944:1

**cherry** [1] - 882:17
**cherry-picking** [1] - 882:17
**Chief** [1] - 945:8
**chlorite** [1] - 970:6
**choice** [1] - 961:23
**chosen** [1] - 967:5
**circle** [7] - 873:21, 874:4, 876:16, 888:8, 893:13, 894:23, 895:3
**circles** [1] - 876:15
**circumstances** [5] - 931:23, 932:19, 932:23, 933:21, 976:12
**citation** [1] - 959:12
**cite** [2] - 971:5, 977:25
**cited** [5] - 853:11, 854:2, 855:4, 855:8, 855:22
**Cited** [2] - 854:25, 855:13
**City** [1] - 919:12
**claim** [4] - 925:16, 925:19, 926:18, 934:22
**claimed** [1] - 935:7
**claiming** [2] - 924:13, 935:14
**claims** [2] - 934:20, 934:21
**Clara** [1] - 924:12
**CLARITA** [1] - 847:5
**classified** [1] - 946:10
**clean** [7] - 922:1, 922:9, 923:14, 927:15, 928:6, 929:6, 949:11
**clean-up** [1] - 922:1
**clean-ups** [1] - 923:14
**cleaning** [1] - 927:23
**cleanup** [4] - 913:18, 932:17, 932:19, 935:18
**cleanups** [6] - 928:12, 929:2, 929:14, 929:20, 929:21, 930:16
**clear** [8] - 860:14, 880:15, 929:7, 929:19, 931:11, 946:4, 948:21, 954:19
**clearer** [1] - 867:21
**clearly** [1] - 934:14
**CLERK** [2] - 918:6, 918:13
**clients** [1] - 933:8
**clock** [1] - 919:21

**close** [4] - 875:3, 899:14, 949:24, 951:25
**closer** [2] - 910:21, 940:2
**closest** [1] - 911:3
**closing** [1] - 977:25
**clusters** [3] - 875:2, 875:5, 877:18
**CODE** [1] - 981:8
**collected** [3] - 880:13, 880:14, 884:23
**color** [1] - 955:11
**column** [1] - 935:25
**combine** [1] - 885:1
**combined** [2] - 865:23
**comfortable** [1] - 855:19
**coming** [8] - 876:17, 888:2, 888:3, 920:17, 941:24, 954:12, 971:15
**commensurate** [1] - 914:8
**comment** [4] - 967:4, 974:17, 975:15, 975:20
**comments** [3] - 931:3, 958:2, 958:5
**communicate** [3] - 949:20, 954:15, 960:17
**communicated** [1] - 953:1
**communicates** [1] - 956:2
**communicating** [1] - 951:4
**communication** [1] - 961:7
**communities** [1] - 922:2
**community** [11] - 922:10, 949:21, 950:3, 950:17, 950:18, 951:1, 952:12, 952:13, 953:12, 954:15, 956:17
**company** [6] - 853:24, 864:18, 864:20, 864:24, 885:22, 919:4
**compare** [2] - 875:16, 914:5
**completed** [1] - 909:19
**completely** [1] - 963:20
**complex** [1] - 941:13

**compliance** [20] - 929:22, 929:25, 930:15, 931:9, 931:12, 931:13, 931:15, 932:11, 932:12, 932:16, 932:25, 933:8, 933:9, 933:20, 934:1, 934:5, 944:25, 948:1, 959:25, 961:2
**complicated** [1] - 937:17
**complications** [2] - 964:1, 972:9
**comply** [4] - 928:1, 938:7, 945:10, 961:5
**complying** [1] - 937:25
**component** [1] - 937:3
**components** [1] - 937:6
**comports** [1] - 978:14
**compound** [1] - 903:9
**comprehensive** [1] - 956:5
**conceivably** [1] - 929:5
**concentration** [12] - 852:7, 856:14, 861:16, 862:16, 863:6, 863:23, 864:3, 871:19, 872:10, 872:23, 874:9, 890:7
**concentrations** [24] - 856:18, 857:14, 859:6, 859:8, 859:9, 861:6, 861:12, 861:21, 862:13, 862:14, 863:13, 863:20, 864:12, 867:8, 870:24, 872:24, 873:2, 874:11, 889:14, 905:4, 906:12, 969:13, 969:24, 971:8
**concern** [3] - 875:8, 934:6, 944:10
**concerned** [2] - 970:8, 970:10
**concerning** [1] - 960:22
**concerns** [1] - 949:22
**concise** [1] - 922:11
**conclude** [3] - 880:6, 890:25, 909:4
**concluded** [2] - 917:1, 980:25

**conclusion** [13] - 880:9, 906:4, 906:22, 907:12, 907:18, 908:4, 913:12, 947:24, 956:12, 958:24, 959:2, 961:2, 961:17

**conclusions** [4] - 865:8, 865:11, 916:18, 958:11

**condition** [3] - 900:19, 939:9, 939:13

**conditions** [1] - 941:12

**conduct** [1] - 923:14

**conducted** [1] - 924:24

**conducting** [1] - 928:1

**cone** [3] - 914:3, 914:4, 914:5

**CONFERENCE** [1] - 981:12

**CONFORMANCE** [1] - 981:12

**Congress** [1] - 923:2

**Conservation** [1] - 974:8

**conservative** [4] - 881:18, 881:21, 881:24, 882:6

**consider** [2] - 853:23, 902:4

**considered** [10] - 852:25, 853:2, 853:4, 853:15, 853:22, 956:16, 972:20, 973:2, 973:11

**consistency** [5] - 922:16, 927:24, 932:20, 938:8, 948:4

**Consistent** [1] - 938:11

**consistent** [6] - 924:14, 925:1, 936:19, 945:19, 953:6, 972:12

**consists** [1] - 878:12

**constructed** [1] - 927:17

**consult** [1] - 925:14

**consultant** [2] - 926:12, 961:20

**Consultants** [1] - 877:8

**consultants** [1] - 925:22

**consulting** [4] - 920:9, 922:12, 924:23, 925:11

**Consulting** [1] - 864:22

**consumers** [2] - 944:23, 948:25

**consuming** [6] - 949:12, 953:2, 954:10, 955:6, 955:12, 957:21

**contain** [4] - 898:12, 898:13, 913:24

**contained** [2] - 854:18, 873:9

**containing** [1] - 911:19

**containment** [3] - 887:18, 887:19, 887:21

**contaminant** [4] - 884:25, 897:13, 913:22, 970:17

**contaminants** [13] - 861:11, 870:20, 870:23, 871:4, 883:5, 883:6, 884:18, 898:11, 899:25, 911:16, 912:3, 912:25, 914:15

**contaminated** [9] - 887:4, 887:8, 910:21, 911:3, 911:23, 949:24, 950:2, 950:4, 970:6

**contamination** [18] - 859:17, 861:20, 870:19, 872:23, 892:3, 892:11, 893:21, 900:13, 902:19, 902:20, 908:4, 912:8, 913:24, 941:20, 950:15, 950:16, 970:20, 977:4

**Contamination** [1] - 882:11

**context** [4] - 928:2, 928:4, 955:18, 960:22

**contextual** [1] - 956:6

**contingency** [3] - 922:23, 925:1, 930:25

**continue** [5] - 912:5, 917:4, 943:12, 946:9, 948:25

**continuing** [3] - 911:16, 913:14, 913:23

**continuity** [1] - 919:18

**contour** [13] - 856:14,

857:10, 857:15, 857:22, 858:8, 872:21, 873:5, 873:6, 873:11, 873:15, 873:19, 873:24

**contours** [5] - 856:25, 857:19, 858:3, 871:24, 872:13

**contract** [2] - 856:21, 965:12

**contracts** [2] - 972:24, 973:8

**contribute** [1] - 923:17

**contributed** [2] - 891:19, 924:6

**control** [3] - 858:15, 858:18, 874:7

**Control** [2] - 937:18, 946:23

**controlling** [3] - 881:19, 885:8, 885:12

**controversy** [1] - 948:22

**conversant** [1] - 963:20

**conversation** [2] - 971:24, 971:25

**Conveyed** [1] - 954:23

**conveyed** [1] - 955:25

**corner** [2] - 873:8, 890:6

**CORPORATION** [1] - 847:8

**CORRECT** [1] - 981:9

**correct** [131] - 852:23, 853:2, 853:17, 856:20, 857:10, 859:22, 859:24, 860:5, 860:16, 861:7, 861:8, 862:9, 863:16, 864:9, 865:3, 865:4, 865:5, 865:13, 865:17, 865:18, 865:20, 866:21, 866:25, 868:12, 868:17, 871:19, 871:21, 871:22, 871:23, 871:24, 871:25, 872:11, 872:12, 873:3, 873:9, 873:10, 873:15, 873:19, 873:20, 877:6, 878:1, 878:10, 878:15, 878:19, 879:4, 879:21, 880:20,

880:22, 881:6, 881:15, 883:9, 884:13, 884:14, 885:15, 885:23, 885:24, 886:20, 887:6, 887:10, 887:15, 887:16, 887:18, 888:15, 888:19, 889:9, 889:22, 889:25, 890:7, 890:8, 890:19, 891:4, 891:15, 891:16, 893:6, 893:9, 893:14, 893:15, 893:17, 893:18, 893:19, 893:20, 893:24, 894:3, 894:4, 894:5, 894:6, 894:12, 894:13, 894:15, 894:16, 895:8, 895:11, 895:23, 897:6, 897:8, 897:10, 897:16, 898:8, 900:3, 900:4, 900:8, 900:9, 900:11, 900:23, 901:3, 901:5, 901:18, 901:19, 901:20, 901:21, 901:25, 902:12, 902:13, 903:8, 903:16, 903:21, 906:3, 906:23, 908:2, 908:6, 908:8, 908:22, 909:4, 910:22, 910:24, 911:2, 912:25, 914:20, 916:10, 965:15, 976:18

**corroborating** [1] - 902:23

**cost** [29] - 925:5, 925:12, 925:13, 925:19, 926:9, 926:18, 927:1, 930:10, 930:16, 931:13, 934:1, 934:8, 934:17, 934:21, 935:24, 936:15, 936:16, 936:20, 936:24, 937:23, 941:17, 944:3, 945:21, 948:17, 961:25, 967:5, 974:18, 975:16

**Costs** [1] - 938:12

**costs** [65] - 924:12, 924:13, 925:2,

925:20, 929:15, 930:7, 934:16, 934:23, 934:25, 935:1, 935:3, 935:5, 935:6, 935:7, 935:9, 935:10, 935:11, 935:14, 935:16, 935:17, 935:18, 935:25, 936:3, 936:8, 936:9, 937:7, 937:10, 937:11, 937:16, 937:21, 938:16, 938:23, 939:1, 939:6, 940:8, 940:12, 940:14, 940:17, 941:18, 942:2, 942:3, 942:17, 943:10, 943:16, 943:21, 944:15, 944:16, 944:25, 945:5, 945:25, 946:3, 946:7, 948:12, 948:15, 957:4, 957:5, 958:15, 958:25, 961:3, 962:8, 973:18

**counsel** [5] - 896:19, 896:23, 921:5, 953:9, 980:12

**COUNSEL** [1] - 848:1

**counseling** [1] - 933:8

**counties** [1] - 973:9

**counting** [2] - 865:6, 943:17

**country** [5] - 923:6, 927:24, 929:10, 929:11, 929:12

**County** [2] - 972:25

**couple** [4] - 859:19, 898:5, 954:4, 976:7

**course** [10] - 854:1, 858:9, 870:10, 873:22, 874:6, 882:24, 887:22, 899:9, 900:16, 967:23

**COURT** [84] - 847:1, 847:24, 851:7, 851:13, 855:23, 862:17, 868:18, 870:15, 872:5, 875:13, 882:19, 883:17, 883:22, 895:1, 896:4, 896:9, 896:13, 896:19, 903:11, 905:15, 905:20, 908:1, 908:19, 910:25, 911:7, 915:20,

916:2, 916:22, 916:24, 917:10, 917:18, 917:23, 918:4, 918:17, 919:17, 919:21, 920:19, 920:24, 921:3, 921:6, 921:10, 921:13, 925:10, 926:3, 926:19, 938:18, 939:16, 940:2, 951:22, 956:14, 956:23, 957:11, 959:3, 959:11, 959:16, 960:21, 961:13, 962:5, 962:19, 962:25, 963:16, 964:2, 964:6, 964:10, 968:7, 970:18, 970:25, 973:5, 973:14, 976:21, 977:8, 977:11, 977:17, 978:3, 978:16, 978:19, 979:9, 979:13, 980:2, 980:5, 980:17, 981:6, 981:19

**Court** [12] - 855:23, 896:8, 918:9, 919:10, 919:15, 934:15, 938:20, 954:21, 956:13, 959:2, 976:17, 978:20

**court** [3] - 851:6, 917:9, 926:4

**Court's** [2] - 961:17, 979:7

**courtroom** [3] - 896:18, 896:21, 896:24

**covariance** [12] - 906:6, 906:8, 906:10, 907:3, 907:4, 907:6, 907:11, 907:13, 907:17, 907:19, 908:5, 912:22

**covariant** [5] - 912:18, 912:19, 912:23, 913:11

**covaried** [1] - 906:21

**cover** [1] - 852:8

**covered** [1] - 852:5

**created** [1] - 853:24

**creation** [1] - 967:21

**criteria** [1] - 938:13

**critical** [29] - 921:17,

922:6, 928:23, 944:3, 944:21, 945:13, 945:17, 945:21, 946:11, 947:13, 949:1, 949:8, 949:15, 949:17, 950:8, 950:11, 950:22, 951:9, 953:6, 957:16, 958:10, 961:16, 961:23, 962:2, 962:22, 963:13, 971:20, 972:12

**Cross** [2] - 849:5, 849:8

**cross** [5] - 851:14, 904:12, 910:1, 964:7, 979:20

**CROSS** [2] - 851:17, 964:11

**Cross-examination** [2] - 849:5, 849:8

**cross-examination** [3] - 851:14, 964:7, 979:20

**CROSS-EXAMINATION** [2] - 851:17, 964:11

**cross-gradient** [1] - 910:1

**cross-sections** [1] - 904:12

**CRR** [2] - 847:23, 981:19

**crushed** [1] - 869:14

**Cruz** [1] - 917:15

**CSR** [2] - 847:23, 981:19

**customers** [1] - 946:9

**cut** [1] - 935:20

**CV** [1] - 847:7

## D

**D.C** [1] - 923:25

**damages** [2] - 979:1, 979:6

**danger** [1] - 863:7

**DANIEL** [1] - 848:15

**darker** [1] - 955:11

**dashed** [1] - 856:17

**data** [21] - 852:13, 854:17, 854:18, 857:7, 857:23, 859:12, 874:22, 880:13, 880:17, 880:25, 884:23, 885:2, 892:7, 892:16, 895:24,

899:11, 899:16, 899:18, 902:4, 906:11

**database** [1] - 871:13

**databases** [1] - 855:16

**date** [3] - 964:23, 964:25, 966:2

**DATED** [1] - 981:15

**dates** [2] - 868:1, 896:1

**David** [2] - 864:20, 864:21

**DAY** [2] - 847:13, 981:15

**days** [13] - 964:17, 967:3, 967:9, 967:14, 967:18, 968:18, 969:10, 972:15, 975:7, 975:10, 975:14, 975:23, 976:15

**DCA** [5] - 914:21, 915:22, 915:24, 916:6, 916:8

**DCE** [9] - 889:23, 890:7, 890:18, 890:19, 891:1, 891:10, 891:12, 892:14, 902:20

**DDW** [14] - 877:10, 944:1, 944:11, 945:11, 946:23, 947:1, 952:21, 963:6, 969:22, 970:13, 970:23, 970:24, 971:6, 977:1

**deal** [6] - 923:5, 941:3, 942:14, 942:18, 950:16, 963:6

**dealing** [5] - 917:25, 921:21, 926:13, 927:4, 953:12

**decade** [2] - 905:7, 905:10

**decades** [1] - 905:9

**December** [1] - 965:4

**decided** [1] - 899:6

**decision** [4] - 948:19, 958:17, 963:5, 976:3

**decisions** [4] - 921:24, 922:1, 922:8, 931:4

**deep** [2] - 877:22, 885:10

**deeper** [1] - 878:2

**defeat** [1] - 958:22

**defeated** [1] - 934:8

**DEFENDANTS** [2] - 847:9, 848:12

**defense** [2] - 868:4,

980:3

**definitely** [1] - 960:12

**definition** [1] - 936:14

**definitions** [1] - 922:20

**degradation** [2] - 889:1, 889:2

**degreasing** [1] - 868:2

**degree** [1] - 919:11

**delineated** [2] - 856:23, 857:18

**delivered** [4] - 970:11, 972:18, 972:20, 973:1

**delivery** [1] - 973:9

**Delta** [1] - 974:8

**demonstratives** [1] - 921:4

**depicts** [1] - 950:14

**deposition** [15] - 863:19, 864:7, 864:8, 864:11, 877:4, 879:10, 879:17, 889:10, 889:16, 896:2, 897:3, 906:4, 908:3, 908:21, 938:16

**depression** [4] - 887:24, 914:3, 914:4, 914:5

**describe** [2] - 919:9, 956:24

**described** [9] - 854:17, 854:19, 854:20, 900:3, 903:6, 909:12, 916:18, 958:2, 958:7

**describing** [1] - 957:2

**DESCRIPTION** [1] - 850:3

**design** [2] - 942:11, 942:17

**designated** [1] - 941:10

**designation** [1] - 941:12

**designed** [1] - 962:15

**despite** [1] - 935:11

**detail** [4] - 898:19, 899:21, 930:20, 947:24

**detailed** [5] - 870:23, 885:10, 909:11, 930:3, 935:23

**details** [2] - 924:9, 928:24

**detect** [14] - 858:10, 858:12, 897:5, 897:11, 897:12, 939:14, 939:17,

940:21, 941:1, 941:14, 947:2, 947:11, 963:6, 977:5

**detected** [12] - 857:20, 858:4, 858:6, 867:25, 889:6, 890:4, 890:15, 890:19, 895:21, 904:15, 909:21, 910:15

**detection** [2] - 863:14, 910:16

**detections** [2] - 897:19, 913:12

**determination** [11] - 889:13, 890:1, 891:7, 907:1, 907:2, 933:13, 934:25, 936:7, 969:6, 969:7, 969:8

**determine** [12] - 861:14, 875:20, 885:3, 891:5, 899:24, 902:5, 906:9, 906:21, 907:4, 935:16, 936:3, 937:9

**determined** [5] - 879:11, 909:15, 909:19, 935:5, 945:19

**determining** [1] - 973:11

**detonators** [1] - 869:14

**developed** [5] - 898:24, 923:24, 924:2, 929:8, 934:19

**developing** [1] - 924:1

**development** [1] - 924:6

**deviation** [3] - 958:20, 959:6, 959:25

**difference** [4] - 908:9, 910:7, 910:18, 928:24

**different** [28] - 852:4, 854:21, 856:9, 861:6, 872:9, 872:16, 876:19, 876:21, 878:19, 884:8, 896:6, 897:20, 899:12, 899:13, 916:16, 922:17, 929:20, 929:23, 930:15, 945:15, 946:11, 949:17, 951:8, 956:3, 960:5, 963:1, 963:12

differently [1] - 946:1
difficult [2] - 889:15, 935:12
Direct [1] - 849:8
DIRECT [1] - 918:21
direct [2] - 851:21, 859:10
directing [2] - 921:22, 923:13
direction [4] - 873:11, 906:5, 909:7, 922:5
directions [3] - 897:21, 899:2, 899:25
directly [4] - 869:24, 870:3, 899:11, 931:8
director [1] - 924:3
directors [1] - 923:25
disclosures [2] - 958:8, 960:23
discretion [1] - 855:24
discuss [3] - 971:22, 972:5, 972:6
discussed [3] - 913:16, 924:5, 974:13
discussion [5] - 882:18, 882:22, 945:22, 959:5, 974:7
dispersed [1] - 906:24
display [1] - 912:15
disposal [2] - 869:11, 923:5
disposed [4] - 867:11, 867:14, 868:5, 868:11
disputed [2] - 979:1, 979:5
disruptive [2] - 949:22, 967:22
Distances [1] - 884:9
distances [1] - 884:12
distinction [2] - 930:19, 930:21
distracted [1] - 873:16
distribute [1] - 944:22
distribution [5] - 856:3, 906:13, 943:14, 944:19, 952:6
DISTRICT [5] - 847:1, 847:2, 847:3, 981:6, 981:7
dive [1] - 885:10
divided [1] - 928:17
DIVISION [1] - 847:2
Division [3] - 938:1, 940:22, 941:9
division [2] - 921:22, 923:13

DIW [6] - 875:3, 875:5, 875:8, 875:10, 876:4, 877:10
DIW-1 [1] - 875:15
DO [1] - 981:7
doctor [1] - 856:1
document [7] - 942:8, 947:14, 947:18, 963:10, 971:6, 971:10, 974:2
documentation [6] - 860:6, 935:15, 935:24, 945:5, 946:15, 954:10
documented [1] - 867:24
documents [9] - 852:25, 853:4, 853:15, 915:9, 946:21, 954:11, 959:9, 960:5, 973:20
dollars [1] - 935:14
done [22] - 852:18, 852:21, 856:21, 857:9, 866:10, 868:25, 870:13, 876:20, 879:9, 884:19, 906:15, 920:22, 926:10, 940:25, 941:20, 942:12, 950:24, 952:9, 959:18, 960:3, 963:18, 976:7
door [1] - 916:2
dot [1] - 901:15
dots [2] - 890:14, 894:20
dotted [2] - 900:25, 904:21
down [25] - 856:25, 860:19, 861:13, 876:18, 882:7, 887:11, 901:20, 904:12, 916:25, 925:2, 933:3, 933:4, 935:25, 938:4, 939:14, 939:16, 941:16, 942:23, 942:24, 953:20, 969:25, 970:10, 970:22, 971:7, 977:2
downgradient [12] - 888:8, 897:23, 909:25, 910:2, 910:6, 910:8, 910:10, 910:20, 911:17, 911:20, 912:9, 912:13
Dr [10] - 865:7, 979:6, 979:11, 979:12,

979:14, 979:19, 979:23, 979:24, 980:6, 980:19
draw [10] - 857:7, 863:11, 873:10, 894:23, 895:3, 900:9, 904:7, 906:22, 907:17, 919:19
drawing [5] - 873:23, 874:2, 894:9, 904:3, 942:1
drawn [4] - 858:3, 893:22, 900:5, 904:8
drew [6] - 874:1, 874:3, 874:5, 900:8, 904:20, 905:4
drink [2] - 944:23, 946:10
Drinking [3] - 938:1, 940:22, 941:9
drinking [4] - 943:3, 948:25, 950:1, 952:6
drought [1] - 963:17
drums [3] - 869:14, 949:25, 953:12
ducks [1] - 926:17
Durant [1] - 877:1
during [3] - 851:21, 920:3, 922:2
DW [1] - 875:1
DWO [1] - 877:18
dynamic [1] - 911:25
dynamics [1] - 911:13

# E

early [1] - 942:12
easier [2] - 939:20, 962:10
easy [1] - 960:2
edge [1] - 857:13
EDLIN [1] - 848:13
education [1] - 919:9
EE [15] - 926:22, 926:24, 927:4, 938:17, 941:16, 941:19, 941:24, 942:2, 942:7, 945:14, 947:10, 947:12, 963:10, 963:11
EE-CA [15] - 926:22, 926:24, 927:4, 938:17, 941:16, 941:19, 941:24, 942:2, 942:7, 945:14, 947:10, 947:12, 963:10, 963:11

effect [1] - 860:13
effective [7] - 925:5, 925:16, 926:18, 958:23, 967:5, 974:18, 975:16
effort [1] - 923:5
efforts [2] - 958:7, 958:9
eight [2] - 876:19, 945:25
either [6] - 858:12, 904:15, 908:25, 928:15, 928:21, 937:13
elaborate [3] - 940:23, 940:24, 967:10
elements [2] - 932:15, 938:8
elevation [2] - 854:18, 857:19
emergency [7] - 922:5, 965:13, 965:15, 966:7, 966:17, 976:1
employ [2] - 928:10, 938:5
employees [2] - 870:2, 915:14
employment [1] - 919:10
encompass [2] - 893:16, 893:19
encourage [2] - 929:14, 934:7
encouragement [1] - 935:11
encouraging [1] - 930:6
end [12] - 864:7, 880:21, 880:23, 882:10, 885:2, 894:11, 930:7, 939:20, 939:21, 971:2, 977:18, 979:16
ended [1] - 924:19
ends [1] - 955:3
engineer [1] - 877:7
engineering [6] - 919:11, 926:9, 926:21, 927:1, 937:23, 941:17
Engineering [1] - 864:19
Engineers [3] - 864:22, 864:23, 864:24
entered [1] - 919:16
entire [2] - 911:25, 947:20

entitled [1] - 938:11
ENTITLED [1] - 981:11
entity [1] - 930:16
entry [1] - 855:16
environment [1] - 937:5
environmental [1] - 877:7
EPA [13] - 919:25, 920:3, 921:18, 922:11, 922:14, 923:11, 923:24, 927:18, 929:1, 929:8, 929:11, 930:4, 934:11
equating [1] - 966:6
equation [1] - 966:9
equipment [1] - 942:13
ERIC [1] - 848:15
Eric [1] - 848:20
essential [1] - 941:3
essentially [2] - 929:4, 962:22
established [2] - 866:22, 929:24
establishment [1] - 881:18
estimate [1] - 885:8
Estimated [1] - 856:13
estimated [1] - 881:14
estimates [6] - 879:22, 879:25, 929:10, 945:7, 948:11, 948:17
estimations [1] - 885:7
et [2] - 847:8, 958:9
ethyl [1] - 871:6
evaluate [10] - 924:12, 932:18, 937:24, 938:9, 940:25, 945:16, 947:7, 948:4, 974:22, 975:25
evaluated [8] - 933:17, 934:16, 938:12, 940:10, 944:25, 945:16, 947:11, 947:15
evaluating [6] - 931:12, 932:23, 933:8, 934:20, 937:22, 961:24
evaluation [7] - 926:9, 926:22, 927:1, 934:24, 937:23, 941:17, 941:19
evaluations [3] - 922:15, 974:24,

976:5
**evening** [1] - 917:6
**event** [3] - 953:5, 979:4, 980:17
**eventually** [3] - 926:12, 947:18, 959:23
**EVIDENCE** [1] - 850:2
**evidence** [18] - 869:3, 871:17, 872:4, 872:19, 888:11, 888:14, 890:25, 892:20, 892:22, 902:24, 907:23, 909:8, 951:21, 969:23, 973:4, 974:5, 977:20, 977:22
**exact** [2] - 867:13, 964:25
**exacting** [1] - 913:1
**exactly** [7] - 855:2, 855:20, 884:6, 905:3, 910:2, 956:18, 969:19
**examination** [10] - 849:5, 849:5, 849:8, 849:8, 851:14, 851:22, 859:10, 964:7, 978:23, 979:20
**EXAMINATION** [4] - 851:17, 911:8, 918:21, 964:11
**example** [9] - 861:18, 862:11, 875:16, 898:20, 909:13, 913:13, 925:20, 935:10, 954:13
**examples** [1] - 949:14
**exceed** [1] - 970:8
**exceeded** [1] - 970:12
**exceeding** [1] - 970:23
**exception** [3] - 968:3, 977:22, 979:5
**exclusively** [2] - 940:12, 940:14
**excuse** [1] - 970:11
**excused** [2] - 916:24, 977:11
**exercise** [1] - 855:23
**Exhibit** [22] - 851:19, 856:7, 856:22, 871:15, 871:17, 871:18, 872:2, 872:4, 872:19, 888:10, 888:14, 890:6, 892:20, 892:22, 892:23,

894:18, 898:10, 900:2, 912:15, 912:17, 969:22, 974:5
**exhibit** [4] - 872:6, 893:6, 954:21, 980:7
**exhibits** [6] - 862:11, 979:2, 979:5, 980:6, 980:8, 980:20
**EXHIBITS** [1] - 850:1
**existence** [1] - 920:3
**existing** [2] - 950:4, 966:13
**exiting** [1] - 872:10
**expanded** [1] - 929:2
**expect** [1] - 898:14
**expectation** [1] - 960:5
**expected** [1] - 859:16
**expended** [2] - 865:19, 965:20
**expenses** [1] - 966:2
**experience** [17] - 921:16, 924:2, 927:11, 930:13, 931:11, 932:17, 933:18, 933:23, 936:21, 944:10, 949:14, 949:18, 950:23, 959:24, 960:9, 960:14, 968:21
**experienced** [1] - 934:13
**experiencing** [1] - 926:1
**expert** [21] - 852:24, 853:8, 862:11, 864:14, 865:4, 866:10, 876:3, 877:6, 885:9, 892:1, 915:3, 915:6, 919:15, 920:10, 922:15, 924:20, 924:21, 924:23, 933:12, 935:9, 979:1
**Expert** [5] - 850:4, 850:5, 850:6, 850:7, 850:8
**explain** [3] - 870:14, 882:2, 883:13, 883:15, 883:18, 883:19, 891:20, 908:24, 911:5, 911:10, 913:17, 927:10, 930:24, 933:5, 937:17, 938:25, 940:6, 940:10, 946:2, 951:11, 954:3,

954:7, 967:15
**explained** [4] - 893:1, 912:12, 947:17, 956:5
**explaining** [2] - 940:8, 956:4
**explanation** [1] - 892:13
**extend** [8] - 873:3, 888:7, 893:13, 900:19, 903:7, 903:15, 904:12, 914:19
**extended** [3] - 857:15, 857:22, 858:7
**extending** [1] - 871:24
**extension** [1] - 901:22
**extent** [9] - 861:19, 900:15, 900:16, 900:18, 900:21, 901:17, 903:25, 904:25
**extracting** [1] - 886:19
**extraction** [6] - 863:15, 886:16, 913:16, 913:19, 913:20, 914:6
**extreme** [3] - 881:18, 881:25, 882:5
**extremely** [3] - 931:9, 941:9, 941:11

**F**

**facilities** [2] - 909:18, 937:12
**facility** [1] - 887:10
**fact** [23] - 853:19, 854:22, 867:5, 890:25, 904:4, 909:2, 930:24, 931:18, 952:12, 953:2, 953:4, 953:5, 953:10, 955:14, 962:20, 963:1, 965:17, 967:13, 968:18, 969:10, 970:15, 976:15, 978:8
**factor** [3] - 881:19, 885:8, 885:12
**factors** [1] - 961:6
**facts** [13] - 933:21, 951:21, 955:22, 957:12, 961:6, 964:21, 966:3, 966:4, 969:3, 970:14, 973:4, 973:17, 976:12
**factual** [2] - 957:4,

973:16
**fairly** [1] - 956:9
**familiar** [4] - 923:10, 933:24, 966:3, 976:12
**far** [8] - 856:23, 856:24, 878:4, 883:25, 884:16, 897:24, 900:18, 901:22
**farthest** [2] - 910:20, 911:4
**faster** [1] - 979:25
**fault** [1] - 898:25
**feasibility** [2] - 928:8, 928:19
**FEDERAL** [3] - 847:24, 981:5, 981:19
**feet** [13] - 874:19, 878:1, 878:3, 878:7, 881:5, 881:8, 881:15, 882:23, 883:4, 883:6, 884:4, 884:10
**fellow** [1] - 979:6
**fellow's** [1] - 980:16
**felt** [4] - 903:9, 916:12, 970:21, 970:22
**few** [5] - 910:17, 910:19, 927:3, 956:11, 972:15
**field** [5] - 852:13, 880:13, 899:11, 899:17, 899:18
**Figueroa** [1] - 848:6
**Figure** [2] - 852:6, 905:25
**figure** [7] - 888:11, 892:3, 892:6, 892:19, 928:9, 936:4, 942:13
**final** [2] - 942:7, 969:8
**finally** [2] - 931:4, 945:12
**fine** [1] - 896:13
**finish** [2] - 964:15, 979:25
**fire** [1] - 868:2
**fireworks** [6] - 868:22, 868:25, 869:4, 869:12, 869:13, 869:18
**firm** [7] - 856:23, 857:15, 857:21, 858:7, 864:21, 866:9, 935:9
**firm's** [1] - 856:20
**firms** [1] - 852:15
**first** [47] - 854:16,

855:12, 859:20, 859:23, 860:23, 865:7, 867:18, 867:23, 867:24, 872:15, 881:4, 881:21, 881:22, 895:22, 910:15, 910:16, 910:17, 912:9, 915:24, 920:3, 922:13, 923:20, 924:14, 925:9, 925:17, 933:4, 935:2, 935:3, 935:5, 935:20, 936:2, 936:22, 937:10, 937:14, 940:11, 946:3, 946:12, 947:23, 947:25, 948:7, 951:14, 962:10, 969:6, 969:9, 969:17, 976:3, 979:24
**firsthand** [2] - 870:3, 915:9
**fit** [1] - 948:20
**fits** [1] - 882:2
**five** [2] - 856:25, 876:25
**flexibility** [2] - 933:24, 934:3
**Flexible** [1] - 974:8
**flexible** [3] - 930:1, 930:5, 931:16
**Floor** [2] - 848:7, 848:10
**flow** [12] - 857:6, 857:18, 857:19, 899:1, 899:25, 900:10, 906:5, 909:6, 911:13, 911:25, 912:25, 913:10
**flowing** [2] - 859:17, 888:7
**focus** [5] - 875:15, 876:5, 904:17, 921:20, 929:12
**focused** [5] - 920:12, 922:12, 922:14, 925:13, 935:17
**focusing** [1] - 875:7
**follow** [4] - 857:6, 872:7, 930:13, 932:7
**follow-up** [1] - 930:13
**followed** [1] - 936:6
**following** [3] - 851:5, 917:8, 927:2
**follows** [2] - 883:3, 909:23

**FOR** [6] - 848:3, 848:12, 850:2, 981:6
**force** [1] - 957:16
**FOREGOING** [1] - 981:9
**foreseeable** [1] - 866:16
**forgot** [1] - 979:15
**formal** [1] - 864:21
**format** [1] - 852:4
**FORMAT** [1] - 981:11
**formations** [1] - 878:23
**formed** [1] - 864:20
**foundational** [1] - 936:12
**four** [3] - 859:5, 864:13, 876:25
**frame** [6] - 927:2, 949:9, 960:3, 965:2, 971:19, 972:12
**framed** [1] - 973:6
**framework** [7] - 927:10, 930:15, 931:12, 931:14, 948:20, 958:19, 959:5
**Francisco** [2] - 848:11, 848:16
**frankly** [1] - 979:2
**FRED** [2] - 848:6, 848:14
**front** [3] - 973:24, 974:1, 979:6
**Fryer** [1] - 848:19
**FUDACZ** [1] - 848:6
**fulfilled** [2] - 940:7, 961:4
**full** [2] - 862:2, 867:18
**fully** [1] - 978:9
**furthest** [1] - 874:25
**future** [7] - 863:20, 863:24, 863:25, 864:3, 864:12, 877:15, 946:6

## G

**Gabriel** [1] - 898:25
**GALLAGHER** [2] - 848:13, 848:14
**gallons** [2] - 914:9, 914:10
**gathering** [1] - 888:1
**GEE** [7] - 848:4, 875:11, 908:18, 911:9, 915:22, 916:4, 916:21
**Gee** [4] - 849:5, 852:2, 883:20, 911:7

**general** [8] - 864:17, 885:21, 920:7, 927:9, 931:5, 931:12, 941:6, 947:19
**generally** [7] - 859:3, 861:1, 866:13, 870:18, 873:10, 875:3, 941:7
**gentlemen** [1] - 917:1
**geological** [1] - 878:23
**gist** [1] - 971:3
**Given** [1] - 885:17
**given** [10] - 861:24, 868:2, 884:16, 885:13, 907:15, 956:19, 958:14, 964:3, 970:14, 973:21
**goal** [1] - 858:25, 859:2, 941:1
**God** [1] - 918:11
**gosh** [1] - 866:3
**govern** [1] - 927:17
**governed** [1] - 923:12
**government** [2] - 929:20, 930:16
**gradient** [2] - 910:1, 910:11
**graduate** [1] - 919:13
**great** [1] - 963:24
**greater** [1] - 859:15
**green** [4] - 874:3, 894:20, 901:15, 955:10
**ground** [2] - 915:21, 924:1
**Groundwater** [1] - 865:1
**groundwater** [48] - 854:18, 857:19, 859:17, 859:18, 859:23, 861:13, 863:15, 866:20, 868:1, 870:19, 870:20, 871:7, 871:10, 877:21, 877:22, 878:5, 878:9, 879:12, 879:20, 880:1, 880:4, 880:14, 881:8, 881:14, 881:24, 883:4, 885:4, 892:3, 898:24, 899:1, 899:24, 906:11, 909:22, 911:14, 913:3, 951:16, 951:18, 952:7,

952:20, 953:3, 954:14, 955:10, 955:14, 962:16, 962:18, 967:12
**group** [1] - 937:10
**grouping** [2] - 946:3, 946:12
**guarantee** [1] - 934:5
**guess** [5] - 890:17, 921:12, 978:12, 919:19, 979:22

## H

**half** [1] - 935:14
**hand** [5] - 890:6, 896:2, 918:7, 939:10, 944:18
**handle** [1] - 929:1
**hang** [3] - 906:12, 908:12, 939:25
**happy** [1] - 932:8
**hard** [1] - 892:16
**hazardous** [11] - 869:2, 920:11, 921:22, 922:12, 923:6, 927:23, 928:3, 929:10, 936:17, 936:23, 936:24
**head** [2] - 896:10, 911:16
**headquarters** [1] - 923:24
**health** [5] - 858:25, 859:2, 937:5, 949:11, 949:22
**hear** [5] - 918:23, 939:10, 939:15, 939:19, 978:16
**HELD** [1] - 981:10
**held** [2] - 851:5, 917:8
**help** [4] - 855:12, 918:10, 926:12, 939:4
**helped** [2] - 925:23, 926:16
**helping** [2] - 925:22, 926:8
**helps** [1] - 951:12
**HEREBY** [1] - 981:7
**heterogeneous** [3] - 878:22, 878:24, 879:8
**high** [3] - 873:2, 903:18, 905:5
**higher** [2] - 872:23, 872:25
**highest** [5] - 859:9, 862:16, 862:23,

863:13, 890:7
**highlight** [1] - 937:11
**highlighted** [1] - 938:3
**Hill** [1] - 909:13
**hired** [2] - 852:16, 926:12
**historical** [2] - 915:8, 956:19
**historically** [2] - 953:1, 956:20
**history** [3] - 867:9, 915:5, 919:10
**hitting** [1] - 888:8
**hold** [3] - 913:24, 933:3, 968:7
**holding** [1] - 941:4
**home** [2] - 950:2, 964:15
**honestly** [1] - 962:13
**Honor** [39] - 851:14, 882:21, 896:2, 896:11, 896:17, 896:25, 915:18, 917:14, 917:21, 918:2, 918:18, 919:14, 919:19, 919:24, 920:21, 920:22, 921:2, 921:9, 921:12, 921:21, 922:1, 938:15, 938:21, 939:15, 951:20, 952:3, 959:1, 959:19, 960:25, 962:13, 964:5, 964:8, 973:4, 976:20, 977:7, 977:10, 977:14, 978:6, 978:8, 978:18, 980:4
**Honor's** [1] - 978:24
**HONORABLE** [1] - 847:3
**hoping** [1] - 980:14
**hour** [1] - 979:16
**hours** [2] - 865:19, 865:21
**HS** [1] - 881:9
**HUIE** [1] - 848:13
**Hula** [11] - 869:19, 884:1, 884:2, 884:7, 884:9, 890:20, 893:17, 893:22, 898:12
**humor** [1] - 919:23
**hundred** [1] - 878:7

## I

**ID** [1] - 853:5
**idea** [1] - 904:2

863:13, 890:7
**IDENTIFICATION** [1] - 850:2
**identification** [5] - 871:16, 872:3, 872:18, 888:13, 892:21
**identified** [5] - 940:17, 940:18, 945:25, 947:7, 948:9
**identifying** [4] - 927:23, 947:10, 961:24, 962:8
**ignore** [1] - 968:1
**ILSE** [1] - 848:9
**imagine** [2] - 865:21, 897:22
**immaterial** [3] - 958:20, 959:5, 960:16
**immediate** [3] - 928:16, 928:22, 960:6
**immediately** [1] - 962:16
**impact** [1] - 937:5
**impacted** [3] - 882:12, 907:20, 909:9
**impactful** [1] - 951:3
**impacts** [4] - 866:13, 866:15, 876:11, 972:10
**impaired** [2] - 941:9, 941:11
**impeachment** [1] - 908:18
**implement** [5] - 922:25, 923:8, 923:21, 926:12, 927:13
**implementation** [2] - 938:23, 939:1
**implementing** [1] - 927:15
**implication** [1] - 960:2
**implications** [1] - 963:22
**important** [13] - 903:19, 921:24, 928:3, 931:9, 931:21, 933:2, 949:16, 954:25, 956:6, 958:23, 960:11, 968:2, 968:24
**imported** [9] - 942:21, 943:17, 944:6, 944:15, 946:2, 948:5, 952:20, 956:3, 959:22
**imposed** [2] - 936:25,

937:17
**imposing** [2] - 947:1, 963:7
**impoundment** [4] - 878:6, 878:9, 879:20, 879:21
**improper** [1] - 908:18
**IN** [3] - 981:6, 981:10, 981:11
**Inc** [1] - 864:22
**include** [13] - 877:10, 877:18, 893:25, 894:2, 894:5, 894:7, 899:6, 899:11, 903:7, 904:1, 905:1, 929:2, 952:1
**included** [5] - 854:3, 893:8, 915:8, 922:5, 941:18
**includes** [2] - 894:2, 928:14
**including** [5] - 851:8, 868:1, 869:12, 922:4, 974:8
**Incorporating** [1] - 854:17
**incorrect** [1] - 867:7
**increase** [1] - 952:10
**incur** [1] - 966:2
**incurred** [6] - 924:13, 924:14, 929:16, 936:16, 937:24, 943:12
**incurring** [1] - 935:17
**indeed** [3] - 857:20, 900:10, 935:1
**independent** [2] - 875:6, 891:12
**INDEX** [2] - 849:1, 850:1
**indicate** [3] - 869:11, 913:9, 953:13
**indication** [1] - 854:23
**individual** [3] - 877:1, 881:9, 950:1
**industry** [1] - 868:4
**influence** [3] - 876:6, 876:7, 933:7
**Information** [1] - 954:23
**information** [37] - 853:18, 859:24, 860:7, 860:10, 862:6, 862:8, 865:25, 868:14, 871:3, 882:17, 884:20, 885:6, 892:7, 904:6, 904:7, 909:16, 909:17, 915:1, 915:2, 915:7,

915:8, 915:12, 915:15, 915:23, 916:11, 954:16, 955:4, 955:16, 955:24, 956:7, 956:25, 957:2, 957:15, 957:20, 958:4, 962:19, 964:3
**informed** [1] - 952:14
**inherent** [1] - 933:25
**initiative** [1] - 929:6
**input** [4] - 923:17, 923:25, 924:6, 953:16
**inside** [2] - 952:25, 968:16
**install** [1] - 913:19
**installed** [5] - 871:9, 886:24, 887:2, 887:4, 897:16
**instance** [8] - 857:12, 862:5, 863:5, 871:5, 883:11, 893:5, 893:25, 900:22
**instead** [1] - 934:4
**instruction** [1] - 930:25
**instructions** [2] - 931:5, 978:21
**insubstantial** [2] - 932:25, 960:16
**intact** [1] - 869:14
**intend** [1] - 977:20
**intent** [3] - 934:10, 934:14, 959:22
**intentionally** [1] - 916:13
**interact** [1] - 922:9
**interacting** [1] - 922:2
**interactions** [2] - 956:25, 957:8
**interactive** [1] - 860:21
**interested** [1] - 885:20
**internal** [2] - 925:20, 935:11
**interpret** [1] - 932:23
**interpretation** [2] - 873:4, 873:13
**interrupt** [2] - 922:19, 975:4
**introduce** [1] - 977:20
**intuitive** [2] - 860:18, 860:20
**investigate** [1] - 928:6
**investigation** [6] - 869:25, 909:11, 915:4, 928:7, 928:19, 937:21
**invoices** [3] - 925:21,

935:24, 945:7
**involve** [8] - 949:23, 949:25, 950:1, 967:9, 967:14, 967:24, 975:24, 976:2
**involved** [5] - 885:9, 917:4, 922:8, 933:7, 949:18
**involvement** [9] - 950:9, 950:10, 950:19, 953:9, 954:1, 955:20, 956:8, 956:19, 958:15
**involves** [1] - 966:22
**involving** [2] - 921:16, 928:13
**IS** [2] - 981:9, 981:11
**isolation** [1] - 909:1
**issue** [15] - 859:5, 861:4, 864:1, 864:4, 867:2, 883:16, 896:10, 937:24, 942:6, 947:11, 950:8, 955:1, 957:19, 965:18, 967:3
**issues** [13] - 859:20, 864:17, 885:11, 917:25, 925:12, 927:4, 937:25, 940:18, 978:1, 978:20, 978:22, 979:7, 980:2
**item** [3] - 937:14, 937:15, 938:2
**itself** [5] - 930:12, 932:4, 958:19, 959:8, 959:15

## J

**Jeffrey** [3] - 849:7, 918:3, 918:15
**JEFFREY** [1] - 918:19
**Jenks** [2] - 877:2, 877:8
**job** [3] - 875:20, 889:18, 935:3
**jobs** [1] - 933:12
**joined** [2] - 920:3, 923:19
**JR** [2] - 847:3, 848:14
**Judge** [3] - 931:19, 958:17, 969:8
**JUDGE** [1] - 847:3
**judge's** [1] - 927:3
**judging** [1] - 979:4
**judgment** [6] - 931:17,

931:20, 932:20, 936:5, 955:19, 971:18
**judgments** [3] - 931:24, 933:20, 968:25
**JUDICIAL** [1] - 981:12
**June** [4] - 852:10, 857:25, 895:23, 897:5
**jury** [9] - 851:6, 851:9, 856:22, 887:21, 916:19, 917:9, 917:24, 977:23, 978:21

## K

**keep** [4] - 913:23, 917:5, 925:18, 935:12
**keeping** [1] - 922:11
**Keith** [5] - 864:20, 864:21, 948:9, 948:17, 977:24
**Kennedy** [2] - 877:2, 877:8
**kept** [2] - 864:24, 925:21
**Kern** [1] - 972:25
**key** [1] - 932:15
**kind** [12] - 870:23, 887:23, 887:24, 900:24, 928:10, 929:17, 938:19, 945:15, 948:19, 953:20, 965:2, 967:21
**kinds** [2] - 963:22, 976:4
**knowing** [1] - 938:4
**knowledge** [1] - 930:4
**knows** [3] - 950:18, 955:12, 957:9

## L

**lab** [3] - 871:2, 891:8, 897:14
**labeled** [1] - 886:15
**laboratory** [1] - 897:12
**ladies** [1] - 917:1
**laid** [5] - 926:11, 936:6, 958:12, 963:10, 964:22
**Land** [2] - 974:9, 974:11
**landfills** [1] - 869:4
**language** [1] - 968:13
**Lardiere** [1] - 848:20

**large** [3] - 887:24, 900:12, 974:2
**larger** [2] - 888:4, 888:6
**last** [24] - 855:16, 881:4, 881:7, 883:2, 905:17, 905:22, 905:23, 911:10, 918:14, 925:3, 929:23, 933:4, 938:2, 943:10, 944:5, 946:1, 948:4, 950:25, 957:11, 964:17, 967:18, 980:10, 980:16
**lasted** [3] - 975:6, 975:9
**lasting** [3] - 968:18, 969:10, 976:15
**late** [4] - 869:23, 887:3, 980:10, 980:16
**lateral** [1] - 900:14, 900:15, 900:16, 900:18, 900:19, 900:21, 901:17, 901:22, 903:25, 904:25
**laterally** [1] - 903:15
**law** [4] - 923:20, 923:21, 927:14, 935:9
**lay** [1] - 926:17
**lead** [2] - 913:12, 960:15
**leaking** [1] - 879:20
**least** [18] - 858:8, 859:9, 865:12, 867:12, 867:15, 873:2, 876:19, 876:25, 879:10, 879:17, 883:11, 889:10, 905:10, 920:24, 924:4, 962:19, 973:9
**leave** [7] - 867:3, 911:16, 961:11, 961:13, 964:3, 977:9, 977:16
**led** [3] - 930:16, 941:12, 941:13
**left** [5] - 856:11, 894:19, 920:6, 920:8, 922:11
**legal** [3] - 956:12, 959:2, 959:12
**legend** [1] - 856:11
**legitimate** [1] - 935:18
**less** [2] - 875:8, 935:21

**letter** [1] - 969:22
**letting** [2] - 911:19, 912:5
**level** [3] - 872:21, 897:13, 919:13
**levels** [4] - 939:14, 939:16, 944:10, 970:15
**liability** [2] - 929:16, 930:8
**lieu** [1] - 973:10
**likely** [10] - 868:4, 868:5, 868:7, 868:9, 868:15, 868:16, 909:15, 914:15, 914:19
**limited** [1] - 960:23
**limits** [1] - 891:8
**line** [18] - 873:6, 900:22, 900:24, 900:25, 901:2, 901:5, 904:9, 904:10, 904:21, 905:11, 908:10, 908:11, 908:13, 953:19, 961:1
**linear** [2] - 881:24, 883:4
**lined** [1] - 926:17
**lines** [17] - 856:17, 857:6, 857:10, 857:15, 857:22, 858:8, 858:16, 873:5, 874:1, 874:3, 874:4, 893:12, 893:16, 896:14, 900:14, 904:2, 955:25
**lingo** [1] - 974:21
**list** [4] - 853:4, 938:2, 941:16, 941:18
**listed** [1] - 946:14
**listen** [1] - 883:22
**liter** [2] - 859:13, 862:24
**literature** [1] - 889:4
**litigation** [1] - 924:19
**LLP** [2] - 848:4, 848:9
**local** [1] - 952:19
**location** [2] - 884:18, 897:19
**locations** [1] - 898:16
**long-term** [4] - 923:15, 925:24, 941:20, 947:10
**look** [48] - 856:2, 856:4, 856:8, 856:9, 857:12, 857:23, 862:7, 862:10, 862:15, 863:1,

868:24, 869:2, 871:12, 871:15, 873:5, 875:9, 875:18, 883:12, 891:6, 891:25, 893:5, 893:11, 897:25, 901:18, 902:4, 909:1, 909:8, 909:12, 909:19, 912:16, 914:1, 931:6, 931:22, 931:25, 932:22, 932:24, 933:12, 933:21, 937:10, 960:1, 968:12, 970:2, 971:11, 971:17, 973:21, 974:24, 976:16, 978:14
**looked** [13] - 875:4, 877:22, 879:13, 891:21, 891:23, 891:24, 909:15, 909:17, 935:25, 945:3, 946:20, 970:3
**looking** [20] - 861:21, 865:16, 880:18, 881:10, 893:1, 893:12, 895:24, 925:24, 928:8, 928:11, 929:13, 938:10, 940:8, 953:25, 954:19, 959:12, 963:4, 968:6, 980:10, 980:19
**looks** [1] - 856:7
**LOS** [3] - 847:15, 847:25, 851:2
**Los** [1] - 848:7
**lost** [8] - 943:6, 944:4, 944:13, 948:23, 962:4, 962:18, 963:15, 972:13
**loudly** [2] - 939:20, 940:3
**love** [1] - 858:17
**low** [4] - 870:24, 871:2, 889:14, 889:21
**lower** [1] - 882:19

892:2, 896:14, 897:2, 903:2, 903:13, 904:17, 905:17, 907:9, 909:8
**magnitude** [1] - 885:7
**main** [1] - 888:18
**maintain** [2] - 937:13, 946:5
**maintaining** [2] - 937:22, 937:25
**major** [2] - 930:19, 930:21
**Mall** [6] - 875:1, 875:5, 875:10, 877:11, 877:18, 902:19
**Management** [2] - 956:2, 973:22
**manager** [1] - 947:19
**managing** [1] - 921:22
**manner** [1] - 855:6
**manufacture** [1] - 868:22
**manufacturing** [2] - 867:25, 868:25
**map** [4] - 852:18, 857:8, 863:13, 871:19
**maps** [6] - 852:7, 853:23, 856:2, 856:5, 872:10, 890:7
**mark** [2] - 920:24, 921:1
**Marked** [5] - 871:16, 872:3, 872:18, 888:13, 892:21
**marking** [1] - 920:25
**Masard** [1] - 978:8
**Masnada** [4] - 978:1, 978:25, 979:11, 979:22
**material** [2] - 886:2, 959:25
**materials** [3] - 869:12, 869:16, 916:17
**mathematical** [1] - 906:9
**Matt** [2] - 848:19, 947:19
**MATTER** [1] - 981:11
**matter** [14] - 851:8, 863:3, 917:4, 917:24, 921:21, 924:10, 924:11, 934:17, 958:11, 968:19, 975:8, 975:23, 976:16, 980:22
**matters** [2] - 920:11, 933:7
**maximum** [3] - 861:6,

861:9, 861:16
**MCGUANE** [1] - 848:5
**MCL** [10] - 858:22, 859:6, 866:22, 867:3, 969:18, 970:3, 970:8, 970:12, 970:23, 971:8
**MCLs** [4] - 859:15, 863:7, 873:3, 969:24
**mean** [30] - 852:10, 856:1, 857:5, 860:21, 867:1, 868:7, 873:1, 876:8, 876:9, 878:21, 879:1, 879:3, 888:24, 890:14, 891:3, 897:11, 900:15, 900:17, 901:9, 908:8, 914:18, 929:4, 936:19, 949:6, 956:11, 960:10, 966:18, 970:4, 975:3, 975:23
**meaning** [1] - 911:19
**means** [13] - 852:12, 853:14, 857:6, 868:9, 878:24, 884:22, 897:12, 900:18, 900:21, 914:17, 922:23, 922:24, 961:23
**meant** [1] - 913:22
**meantime** [1] - 943:5
**measure** [2] - 861:12, 867:6
**measured** [2] - 852:13, 899:16
**measuring** [1] - 962:8
**mechanical** [1] - 889:2
**mechanism** [1] - 972:19
**meet** [6] - 934:4, 937:7, 940:21, 942:2, 947:13, 948:2
**meetings** [2] - 924:4, 958:9
**meets** [1] - 941:11
**memorized** [2] - 863:2, 895:25
**mentioned** [9] - 872:24, 880:12, 908:15, 908:22, 914:22, 940:9, 942:10, 948:7, 967:20
**mere** [2] - 902:21, 909:2

**Meredith** [1] - 877:1
**met** [4] - 946:16, 946:19, 947:25, 952:21
**method** [1] - 897:13
**methodology** [2] - 934:19, 934:21
**MICHAEL** [1] - 848:14
**Mickelson** [6] - 869:25, 870:2, 915:3, 915:11, 915:25, 916:5
**micrograms** [2] - 859:13, 862:24
**mid** [1] - 865:12
**middle** [1] - 897:25
**might** [10] - 855:17, 867:21, 900:18, 904:11, 928:10, 931:25, 939:4, 949:24, 950:4, 958:20
**migrate** [8] - 880:2, 880:8, 883:5, 883:6, 898:16, 912:6, 913:7, 913:23
**migrated** [1] - 886:2
**migrating** [4] - 861:11, 902:7, 902:10, 913:4
**migrations** [1] - 902:5
**mile** [1] - 874:20
**million** [9] - 859:11, 935:6, 935:14, 935:20, 935:21, 935:22, 936:10, 944:6, 948:15
**mind** [3] - 873:17, 874:24, 917:5
**mindful** [1] - 896:20
**minimal** [2] - 953:10, 956:9
**minor** [1] - 930:20
**minute** [2] - 914:9, 914:10
**minutes** [1] - 917:19
**MIRANDA** [4] - 847:23, 981:5, 981:18, 981:19
**MIRANDAALGORRI @GMAIL.COM** [1] - 847:25
**misleading** [1] - 916:13
**missed** [2] - 926:4, 961:7
**missile** [1] - 869:13
**misstated** [1] - 911:1
**misstates** [1] - 973:3
**mistake** [1] - 872:15
**mixture** [2] - 952:19,

---

**M**

**ma'am** [21] - 853:9, 855:8, 857:9, 864:18, 865:23, 869:7, 874:15, 882:3, 882:22, 886:12, 891:12,

953:3
**model** [5] - 898:24, 899:12, 899:16, 899:19, 899:21
**models** [1] - 899:18
**modified** [1] - 864:25
**molecular** [1] - 888:24
**moment** [5] - 884:6, 917:11, 964:8, 964:20, 977:18
**Monday** [1] - 978:11
**MONDAY** [2] - 847:14, 851:1
**money** [8] - 866:5, 941:2, 943:11, 947:3, 947:4, 948:9, 956:20, 965:19
**monitored** [1] - 895:16
**monitoring** [12] - 853:20, 853:23, 854:19, 854:22, 855:17, 860:1, 860:4, 860:17, 861:24, 872:22, 888:6, 894:10
**month** [4] - 895:13, 895:14, 895:15
**monthly** [1] - 895:16
**months** [6] - 962:1, 962:3, 963:2, 963:4, 963:8
**most** [10] - 867:25, 878:23, 897:17, 914:8, 921:24, 945:3, 945:7, 960:12, 976:12, 980:15
**mostly** [2] - 883:12, 883:14
**move** [25] - 858:13, 859:19, 861:4, 861:13, 867:9, 871:14, 872:17, 877:20, 879:11, 879:19, 885:4, 886:9, 905:15, 905:16, 905:21, 905:22, 905:24, 913:14, 924:8, 938:22, 939:10, 940:2, 956:15, 960:19
**moved** [4] - 856:23, 856:24, 884:18, 905:11
**moves** [1] - 878:18
**moving** [1] - 941:16
**MP** [3] - 903:5, 905:1, 905:13

**MP1** [22] - 895:6, 895:7, 895:16, 895:19, 898:1, 900:23, 901:13, 901:25, 902:1, 902:2, 903:6, 903:7, 903:14, 903:15, 903:16, 903:17, 904:1, 904:18, 905:4, 905:9
**MP1's** [1] - 905:4
**MP1-01** [1] - 894:14
**MPL** [1] - 928:15
**MR** [100] - 851:18, 856:1, 862:18, 862:22, 868:19, 870:18, 871:18, 872:1, 872:8, 872:20, 875:11, 875:19, 882:21, 883:25, 888:10, 888:15, 890:9, 890:11, 890:13, 892:19, 892:23, 894:17, 895:3, 896:2, 896:7, 896:11, 896:14, 896:17, 896:25, 897:1, 903:13, 905:16, 905:21, 908:2, 908:13, 908:17, 908:18, 908:21, 911:2, 911:9, 915:18, 915:22, 916:1, 916:4, 916:21, 916:23, 917:14, 917:21, 918:2, 918:18, 918:22, 919:14, 919:18, 919:23, 920:21, 921:1, 921:2, 921:4, 921:8, 921:12, 926:20, 938:15, 938:21, 939:15, 939:23, 951:20, 952:3, 952:18, 956:12, 956:15, 956:22, 956:24, 957:10, 957:14, 959:1, 959:18, 960:19, 960:25, 961:11, 964:4, 964:8, 964:12, 971:5, 973:3, 973:7, 973:13, 973:20, 976:19, 976:24, 977:7, 977:9, 977:15, 977:22, 978:6, 978:18,

978:24, 979:11, 979:15, 980:4, 980:9
**MS** [3] - 921:14, 938:22, 940:6
**multiple** [1] - 859:14
**must** [3] - 860:1, 897:10, 932:11

# N

**Najm** [6] - 979:6, 979:12, 979:14, 979:19, 979:24, 980:6
**Najm's** [1] - 980:19
**name** [5] - 864:21, 864:25, 918:14, 918:15
**named** [1] - 877:1
**narrative** [1] - 956:4
**nation's** [1] - 923:4
**national** [4] - 921:25, 922:23, 925:1, 930:25
**nationally** [1] - 923:24
**nature** [2] - 934:20, 953:10
**NC-12** [1] - 893:4
**NC-13** [1] - 893:4
**NCP** [60] - 922:16, 922:20, 922:22, 923:8, 924:9, 924:15, 925:8, 926:10, 927:10, 927:17, 928:3, 929:21, 929:22, 930:9, 930:12, 930:14, 931:13, 932:3, 932:11, 932:16, 933:8, 933:11, 933:14, 934:5, 934:12, 936:5, 936:7, 936:21, 939:2, 939:5, 942:17, 943:22, 944:17, 944:25, 945:2, 945:10, 945:18, 946:10, 947:13, 948:1, 948:4, 948:21, 958:18, 959:5, 959:7, 959:8, 959:14, 959:15, 959:25, 960:11, 961:2, 961:5, 967:25, 968:6, 968:10, 968:12, 969:2, 970:1, 976:8, 976:18
**NCPs** [1] - 950:8

**near** [1] - 876:1
**Necessary** [1] - 938:11
**necessary** [17] - 907:12, 924:14, 936:8, 936:18, 936:20, 937:4, 937:6, 938:7, 942:3, 942:17, 942:18, 942:19, 943:21, 943:23, 944:16, 944:18, 958:23
**necessity** [3] - 922:15, 937:8, 970:1
**need** [21] - 854:20, 861:1, 861:2, 861:25, 896:5, 909:6, 920:24, 927:16, 930:24, 936:12, 940:21, 942:5, 942:14, 962:1, 964:23, 965:8, 973:17, 975:24, 976:2, 978:13, 980:11
**needed** [6] - 912:1, 934:3, 946:21, 952:13, 978:10, 979:25
**needs** [3] - 927:25, 940:25, 941:19
**never** [6] - 863:6, 863:19, 863:25, 864:11, 874:23, 921:2
**new** [3] - 874:11, 952:12, 955:15
**New** [2] - 919:12, 921:19
**Newhall** [2] - 974:9, 974:11
**next** [18] - 855:24, 861:2, 861:4, 868:18, 881:1, 881:2, 881:3, 881:7, 881:20, 883:16, 905:22, 918:1, 921:1, 922:22, 935:22, 935:23, 964:5, 978:10
**nexus** [2] - 937:1, 937:19
**Nickel** [1] - 974:9
**night** [2] - 980:10, 980:16
**NO** [2] - 847:6, 981:19
**nobody** [1] - 866:24
**non** [21] - 897:5, 897:11, 906:16, 906:17, 906:24,

928:22, 939:14, 939:17, 940:21, 941:1, 941:14, 945:17, 947:2, 947:11, 947:13, 961:23, 962:2, 962:21, 963:6, 963:13, 977:5
**non-detect** [11] - 897:5, 897:11, 939:14, 939:17, 940:21, 941:1, 941:14, 947:2, 947:11, 963:6, 977:5
**non-parametric** [1] - 906:16
**non-parametrically** [1] - 906:24
**non-time** [7] - 928:22, 945:17, 947:13, 961:23, 962:2, 962:21, 963:13
**noncompliance** [1] - 941:3
**nonhazardous** [1] - 869:11
**Norris** [2] - 919:4, 919:8
**north** [2] - 901:18, 901:22
**northern** [1] - 890:16
**northwest** [1] - 898:21
**NOSSAMAN** [2] - 848:4, 848:9
**nothing** [8] - 904:5, 910:11, 913:22, 918:10, 952:24, 956:11, 960:17, 962:23
**notification** [5] - 953:12, 958:13, 960:4, 960:7, 960:15
**notify** [3] - 959:21, 976:14, 979:24
**November** [1] - 938:12
**NOVEMBER** [3] - 847:14, 851:1, 981:15
**NP.01** [1] - 857:14
**nub** [1] - 980:12
**number** [9] - 862:22, 862:23, 863:10, 865:24, 881:18, 882:23, 884:5, 928:6
**NUMBER** [1] - 850:3
**numbered** [1] - 954:21
**numbers** [5] - 884:22, 884:24, 884:25, 945:6
**numerical** [1] - 899:19

**numerous** [1] - 878:19

## O

**o'clock** [1] - 979:25
**oath** [1] - 851:11
**object** [2] - 938:15, 951:20
**objected** [2] - 980:20, 980:21
**objected-to** [1] - 980:20
**objection** [10] - 875:11, 915:18, 921:11, 956:22, 957:10, 959:1, 960:21, 973:3, 973:13, 976:19
**objections** [1] - 980:10
**objective** [4] - 861:21, 861:22, 899:22, 899:23
**obligation** [4] - 961:5, 966:1, 966:10, 967:14
**obligations** [1] - 946:5
**obtain** [1] - 946:5
**obtained** [2] - 919:12, 946:23
**obviously** [1] - 969:7
**occupied** [2] - 885:18, 885:22
**occupies** [1] - 901:12
**occur** [3] - 899:2, 961:19, 967:19
**occurred** [5] - 904:14, 911:24, 911:25, 961:18
**occurring** [3] - 911:17, 932:19, 940:23
**odd** [1] - 899:2
**OF** [11] - 847:2, 847:13, 848:1, 849:1, 850:1, 981:1, 981:7, 981:9, 981:12, 981:15
**Officer** [1] - 945:8
**official** [1] - 864:21
**OFFICIAL** [4] - 847:24, 981:1, 981:5, 981:19
**offline** [1] - 887:6
**offset** [1] - 871:9
**offsite** [18] - 863:6, 863:9, 866:13, 866:16, 870:19, 880:17, 881:9, 883:9, 883:12,

883:14, 884:17, 884:20, 892:11, 902:8, 902:10, 907:10, 912:20, 913:14
**often** [2] - 892:2, 898:22
**oftentimes** [1] - 855:14
**once** [2] - 928:8, 936:4
**one** [68] - 852:14, 852:18, 852:21, 853:1, 853:20, 854:14, 856:4, 861:10, 861:13, 861:21, 861:24, 863:10, 863:14, 865:5, 865:6, 865:11, 866:19, 869:17, 879:2, 879:10, 881:15, 881:16, 881:17, 884:18, 888:12, 890:3, 892:24, 894:14, 894:15, 894:18, 895:5, 895:15, 895:20, 897:25, 899:14, 900:8, 902:6, 902:25, 904:11, 906:5, 906:9, 908:5, 908:16, 911:15, 918:25, 923:22, 933:4, 933:12, 934:22, 935:4, 938:8, 939:5, 944:18, 945:15, 946:21, 947:12, 949:7, 953:21, 958:24, 970:18, 970:25, 973:20, 979:3, 980:14
**one-time** [1] - 863:14
**ones** [4] - 852:2, 855:3, 891:21, 928:22
**online** [4] - 886:22, 887:2, 887:10, 887:12
**onsite** [15] - 861:7, 862:18, 880:17, 883:4, 883:8, 884:16, 884:21, 884:22, 890:4, 907:6, 912:20, 912:22, 913:16, 913:25, 967:23
**oOo** [1] - 851:3
**oops** [1] - 970:11
**open** [4] - 851:6,

859:10, 917:5, 917:9
**opened** [1] - 916:2
**opening** [1] - 920:23
**openly** [1] - 942:14
**operate** [5] - 887:7, 913:19, 943:6, 970:16, 970:19
**operated** [1] - 972:11
**Operating** [1] - 945:8
**operating** [8] - 863:17, 877:17, 886:17, 895:7, 935:16, 957:5, 970:5, 970:9
**operator** [1] - 886:1
**opinion** [11] - 863:20, 863:25, 864:4, 864:12, 868:10, 868:13, 889:5, 962:20, 965:5, 969:13, 975:14
**opinions** [3] - 864:8, 922:15, 922:18
**opportunity** [7] - 861:17, 870:15, 876:17, 883:18, 883:19, 908:24, 931:19, 979:2, 980:11
**opposed** [1] - 929:21
**opposing** [1] - 980:12
**option** [1] - 972:10
**options** [5] - 945:16, 963:9, 963:10, 972:14, 974:22
**order** [12] - 878:8, 885:7, 888:19, 907:12, 921:1, 939:7, 942:5, 946:5, 948:15, 948:23, 972:11, 977:1
**orders** [1] - 860:12
**organizational** [1] - 927:14
**original** [2] - 968:19, 976:13
**originally** [1] - 927:17
**originate** [1] - 914:16
**otherwise** [2] - 957:1, 958:22
**OU-3** [1] - 873:8
**OU-4** [3] - 873:8, 884:9, 894:21
**OU-7** [1] - 854:19
**outlined** [2] - 933:25, 938:24
**outside** [6] - 875:11, 875:21, 902:17, 917:9, 917:24, 925:22
**outstanding** [2] -

978:20, 978:22
**overall** [1] - 899:15
**overrule** [2] - 951:23, 960:21
**overruled** [5] - 875:13, 915:20, 916:2, 938:18, 973:14
**oversight** [1] - 929:9
**own** [1] - 929:6

## P

**P.M** [2] - 847:14, 851:1
**p.m** [2] - 917:22, 980:25
**page** [16] - 853:8, 854:16, 855:9, 855:12, 867:18, 869:7, 881:1, 881:3, 881:7, 881:10, 881:20, 883:2, 884:4, 908:10, 951:7, 954:20
**PAGE** [2] - 849:3, 981:11
**PAGES** [1] - 847:8
**paid** [9] - 866:5, 866:10, 943:9, 956:20, 957:4, 957:5, 965:11, 965:25
**paragraph** [9] - 867:18, 867:23, 870:1, 881:5, 881:21, 881:22, 882:8, 882:10, 883:2
**parameters** [2] - 866:1, 907:2
**parametric** [2] - 906:12, 906:16, 906:17
**parametrically** [1] - 906:24
**parcel** [1] - 931:7
**parsing** [1] - 965:16
**part** [31] - 852:6, 856:7, 859:11, 864:14, 875:20, 876:4, 879:2, 879:3, 884:2, 884:19, 885:4, 889:17, 889:20, 890:16, 890:17, 894:21, 898:23, 913:18, 920:19, 925:3, 925:17, 926:13, 931:7, 936:22, 945:7, 956:16, 957:4, 959:8, 969:12, 976:8,

978:10
**participated** [3] - 924:4, 957:6, 957:7
**participation** [11] - 947:7, 947:21, 953:21, 954:25, 960:10, 961:19, 962:7, 962:21, 964:18, 969:3, 976:9
**particular** [6] - 863:12, 870:25, 899:23, 926:13, 955:21, 976:22
**particularly** [2] - 921:21, 947:2
**parties** [17] - 927:14, 927:20, 927:21, 927:25, 929:3, 929:5, 929:14, 929:16, 929:23, 930:2, 930:3, 930:6, 930:8, 932:22, 934:7, 951:24, 980:18
**partly** [2] - 883:8, 883:9
**parts** [5] - 856:25, 859:13, 873:6, 874:11, 947:9
**party** [14] - 929:21, 930:10, 930:16, 931:13, 932:14, 932:16, 932:24, 933:9, 933:11, 934:1, 934:4, 934:22, 936:25, 953:16
**pass** [1] - 935:15
**passed** [3] - 923:2, 923:20, 923:23
**past** [4] - 861:15, 900:11, 923:5, 927:3
**paths** [1] - 857:18
**pathway** [36] - 889:19, 891:2, 891:3, 891:4, 898:15, 898:20, 899:15, 901:5, 901:7, 901:8, 901:12, 901:13, 901:16, 901:17, 901:23, 902:1, 903:6, 903:14, 903:25, 904:3, 904:5, 904:9, 904:10, 904:20, 904:23, 904:25, 905:6, 905:11, 908:6, 909:1, 909:2, 909:5, 909:7, 911:17, 912:5

**pathways** [15] - 875:7, 898:17, 899:10, 899:24, 900:3, 901:10, 902:5, 904:7, 907:20, 909:20, 912:18, 913:7, 913:11, 913:15, 914:13

**PATRICK** [1] - 848:5

**pause** [1] - 896:22

**pay** [1] - 966:7

**paying** [6] - 943:16, 965:4, 965:7, 965:10, 965:14, 965:22

**pays** [1] - 965:16

**PCE** [5] - 857:20, 871:1, 888:19, 888:25, 894:2

**Peloquin** [1] - 979:23

**people** [3] - 917:4, 923:13, 923:24

**per** [18] - 856:25, 859:11, 859:13, 862:24, 873:6, 874:11, 881:8, 881:15, 882:23, 883:5, 895:10, 895:12, 895:13, 895:14, 895:15, 914:9

**percent** [5] - 876:9, 907:3, 943:18

**percentage** [1] - 907:11

**percentages** [1] - 884:16

**perchlorate** [43] - 852:6, 856:3, 856:5, 858:12, 865:11, 866:12, 867:1, 867:8, 879:19, 887:5, 887:9, 894:7, 898:13, 898:14, 906:22, 909:21, 913:2, 913:4, 913:6, 913:10, 913:15, 926:6, 937:12, 937:21, 937:23, 938:5, 938:23, 939:1, 940:9, 940:10, 940:17, 940:18, 940:19, 942:15, 942:19, 943:5, 944:10, 944:19, 969:14, 969:18, 969:24, 970:8, 971:8

**perchlorate's** [1] - 866:15

**perform** [1] - 945:12

**performed** [1] - 922:6

**perhaps** [2] - 895:24, 904:4

**period** [9] - 852:12, 856:18, 867:13, 882:12, 885:18, 885:22, 886:1, 943:15, 957:5

**periods** [1] - 885:13

**permanently** [1] - 963:6

**permit** [14] - 926:6, 937:13, 937:14, 938:7, 939:8, 939:12, 940:18, 940:19, 940:23, 942:4, 942:5, 942:19, 943:13, 946:6

**permits** [9] - 937:25, 938:7, 939:7, 941:4, 946:4, 946:21, 946:24, 947:1

**permitting** [6] - 937:12, 940:25, 941:13, 945:4, 946:6, 946:18

**personally** [2] - 950:14, 953:25

**perspective** [2] - 907:19, 930:6

**pertains** [1] - 855:7

**PG** [2] - 850:3

**phosphorous** [1] - 869:15

**photographs** [2] - 953:7, 967:7

**phrases** [1] - 933:2

**Phyllis** [1] - 849:4

**PHYLLIS** [1] - 851:15

**physical** [1] - 899:20

**pick** [1] - 917:2

**picking** [1] - 882:17

**pictures** [1] - 921:9

**piece** [5] - 861:25, 862:5, 862:8, 915:5, 955:15

**pieces** [1] - 956:7

**pink** [1] - 856:7

**pipe** [1] - 968:16

**piping** [1] - 952:25

**place** [4] - 863:18, 912:4, 969:6, 969:9

**places** [1] - 860:25

**plagiarized** [1] - 870:1

**plaintiff** [2] - 918:2, 978:23

**PLAINTIFF** [4] - 847:6, 848:3, 851:16, 918:20

**plaintiffs** [1] - 866:6

**plan** [6] - 922:24, 925:1, 926:7, 930:25, 940:19, 974:12

**Plan** [3] - 956:2, 973:22, 974:8

**plans** [1] - 887:20

**plant** [1] - 943:5

**plausible** [2] - 914:13, 914:17

**play** [3] - 933:17, 933:19, 979:16

**playing** [1] - 921:11

**plumbing** [2] - 966:19, 966:23

**plume** [4] - 853:23, 856:2, 856:5, 861:17

**plumes** [3] - 856:3, 861:13, 904:3

**plural** [1] - 854:23

**plus** [1] - 974:11

**point** [17] - 867:17, 868:20, 875:23, 908:15, 919:25, 929:19, 929:23, 931:9, 957:11, 960:24, 967:25, 968:10, 969:1, 976:8, 976:17, 977:1, 978:19

**pointed** [1] - 928:25

**policy** [2] - 930:5, 934:6

**poor** [1] - 923:5

**portion** [3] - 947:10, 967:25, 968:10

**posed** [1] - 863:8

**position** [8] - 919:5, 921:23, 925:2, 925:4, 926:18, 928:9, 929:9, 968:11

**possibility** [2] - 892:15, 963:16

**possible** [5] - 902:15, 902:16, 903:20, 913:23, 979:18

**possibly** [1] - 895:25

**potentially** [5] - 932:25, 933:6, 935:4, 949:22, 967:22

**powders** [1] - 869:14

**PowerPoint** [5] - 852:9, 920:14, 920:25, 921:7, 921:11

**PPB** [2] - 872:24, 872:25

**practicality** [1] - 973:18

**practically** [1] - 870:1

**practice** [3] - 922:12, 922:14, 979:23

**practices** [1] - 923:5

**practitioner** [1] - 931:17

**preamble** [7] - 930:25, 931:3, 931:7, 932:3, 934:13, 959:8, 959:14

**predictions** [1] - 881:5

**preliminary** [1] - 938:3

**premise** [2] - 963:13, 975:22

**prepared** [6] - 865:2, 865:5, 877:9, 893:7, 920:14, 932:10

**preparing** [2] - 865:19, 866:6

**presence** [4] - 851:6, 902:21, 917:9, 917:24

**PRESENT** [1] - 848:18

**present** [2] - 851:8

**presentation** [1] - 954:20

**presented** [4] - 859:12, 947:15, 970:23, 977:23

**pretty** [2] - 930:19, 957:9

**prevalent** [1] - 867:25

**prevent** [2] - 943:23, 970:23

**previous** [3] - 854:17, 948:12, 960:22

**previously** [4] - 851:8, 872:7, 880:12, 958:2

**PREVIOUSLY** [1] - 851:16

**primarily** [2] - 920:10, 922:14

**primary** [1] - 921:20

**principal** [1] - 919:6

**priority** [1] - 921:25

**private** [24] - 920:9, 927:20, 927:21, 927:25, 929:3, 929:5, 929:14, 929:21, 929:23, 930:2, 930:6, 930:8, 930:10, 930:16, 931:13, 932:14, 932:16, 932:22, 932:24, 933:9, 934:1, 934:4, 934:7

**probable** [3] - 868:8, 868:10, 868:17

**problem** [7] - 866:20, 866:25, 898:23, 910:4, 910:5, 926:13, 941:25

**problems** [2] - 928:15, 971:1

**procedure** [1] - 872:7

**PROCEEDINGS** [1] - 981:10

**proceedings** [3] - 851:5, 917:8, 980:25

**process** [22] - 854:12, 860:18, 861:1, 861:22, 909:6, 910:4, 928:12, 928:19, 935:22, 935:23, 940:23, 940:25, 941:3, 941:13, 943:4, 947:21, 948:7, 962:2, 962:7, 962:12, 962:21, 967:10

**produced** [1] - 947:14

**product** [1] - 889:1

**production** [2] - 868:3, 914:15

**productive** [2] - 962:5, 962:6

**productively** [1] - 980:19

**professional** [1] - 933:24

**professionals** [2] - 930:14, 950:15

**program** [4] - 860:17, 922:5, 923:1, 923:2

**Program** [3] - 974:10, 974:11

**programs** [1] - 924:1

**project** [2] - 899:10, 899:23

**Project** [15] - 943:8, 948:16, 952:11, 955:9, 955:11, 966:14, 971:14, 971:21, 972:3, 972:7, 972:19, 973:10, 974:6, 974:14, 974:18

**propellant** [1] - 869:15

**properties** [1] - 878:25

**property** [3] - 867:24, 868:5, 868:21

**protection** [1] - 914:6

**provide** [10] - 922:17, 924:21, 927:14, 929:9, 931:18, 943:25, 948:25, 951:24, 953:16,

958:2
**provided** [10] -
909:18, 921:5,
921:7, 924:5,
924:16, 924:20,
925:11, 930:4,
948:17, 958:5
**provides** [5] - 927:16,
927:24, 930:1,
944:20, 954:9
**providing** [1] - 924:22
**provision** [2] - 933:10,
940:20
**provisions** [7] -
927:19, 927:21,
928:14, 929:13,
939:2, 958:15,
961:25
**proximity** [1] - 949:24
**PRP** [1] - 932:13
**PRPs** [1] - 932:10
**prudent** [1] - 970:14
**public** [58] - 858:25,
859:2, 928:13,
930:5, 931:3, 934:6,
937:5, 947:7,
947:15, 947:17,
947:20, 949:11,
949:12, 950:5,
950:9, 950:10,
950:19, 953:2,
953:9, 953:16,
953:21, 954:1,
954:10, 954:25,
955:6, 955:12,
955:20, 955:25,
956:8, 956:17,
957:9, 957:22,
958:1, 958:8, 958:9,
958:15, 959:21,
960:10, 960:15,
960:18, 961:19,
962:7, 962:21,
964:17, 967:4,
967:9, 967:14,
967:24, 968:2,
969:2, 970:11,
974:16, 975:15,
975:19, 975:25,
976:2, 976:9, 976:14
**Public** [1] - 954:24
**publications** [1] -
955:5
**pull** [4] - 873:11,
897:23, 912:3,
920:13
**pulling** [3] - 897:20,
898:11, 911:19
**pump** [2] - 876:15,
966:22

**pumping** [27] -
876:11, 876:14,
876:16, 886:21,
886:22, 887:3,
887:14, 887:23,
893:4, 897:23,
907:15, 908:9,
910:8, 910:9,
910:11, 911:12,
911:18, 912:2,
912:11, 913:17,
914:3, 914:4, 914:8,
914:9, 914:11,
966:13
**purchase** [4] - 942:13,
964:24, 965:8, 972:2
**purchased** [1] - 943:7,
948:16, 955:8,
965:17
**purchases** [1] -
948:10
**purchasing** [4] -
966:14, 971:13,
972:7, 974:14
**purpose** [4] - 863:4,
899:5, 927:10, 962:5
**purposes** [3] - 853:5,
893:10, 977:20
**PURSUANT** [1] -
981:8
**put** [27] - 859:21,
859:24, 860:9,
860:11, 860:24,
861:2, 861:25,
862:10, 866:1,
870:4, 870:8,
873:21, 874:4,
886:17, 886:22,
887:1, 888:10,
905:24, 915:2,
921:23, 925:9,
925:16, 927:2,
936:3, 936:4, 943:13
**putting** [4] - 860:19,
931:4, 944:19,
951:15
**puzzle** [3] - 861:25,
862:2
**PZ** [1] - 904:18
**PZ09** [1] - 904:12
**PZ9** [1] - 857:13

**Q**

**qualification** [1] -
973:14
**qualified** [4] - 852:15,
857:15, 857:21,
858:7
**qualify** [1] - 973:16

**quality** [2] - 902:4,
952:21
**Quality** [2] - 937:18,
946:23
**quantifiable** [3] -
871:1, 891:8, 891:10
**quantified** [1] - 889:15
**quarterly** [1] - 924:4
**questions** [8] -
883:22, 883:23,
916:16, 927:3,
964:4, 966:25,
976:7, 977:10
**quick** [4] - 922:19,
922:20, 948:24,
964:8
**quickly** [6] - 878:18,
949:12, 952:18,
953:11, 953:18,
954:8
**quite** [4] - 877:24,
895:9, 916:16,
953:10

**R**

**raise** [2] - 918:7,
949:22
**raised** [1] - 908:5
**raising** [2] - 975:16,
975:18
**rates** [3] - 912:11,
975:16, 975:18
**rather** [2] - 914:9,
916:8
**ratio** [6] - 951:17,
953:4, 955:13,
962:16, 967:11,
968:17
**ratios** [2] - 953:24,
958:8
**RAVEN** [1] - 848:5
**ravines** [3] - 884:7,
884:10, 890:20
**reach** [1] - 907:12
**reaction** [1] - 931:13
**read** [6] - 867:21,
867:23, 881:23,
896:7, 896:15,
915:14
**reader** [1] - 855:20
**readily** [1] - 912:12
**reading** [1] - 969:17
**reads** [1] - 883:3
**ready** [2] - 866:7,
917:15
**real** [3] - 899:16,
961:22, 963:9
**really** [22] - 859:21,
860:18, 879:14,

881:25, 899:2,
899:8, 911:13,
934:9, 948:22,
952:12, 955:15,
960:8, 960:17,
968:2, 968:19,
969:10, 972:13,
975:11, 975:23,
980:11, 980:19
**REALTIME** [1] - 981:5
**reason** [3] - 884:19,
889:16, 889:20,
897:18, 902:9,
903:5, 903:13,
903:19, 905:2,
910:5, 912:23,
934:8, 963:21
**reasonable** [7] -
932:25, 960:3,
971:18, 972:4,
972:8, 972:12,
973:16
**reasons** [9] - 866:19,
876:21, 902:6,
908:5, 935:13,
951:18, 952:8,
955:13, 959:9
**rebuttal** [2] - 865:20,
865:21
**recalling** [1] - 896:10
**receive** [1] - 980:6
**received** [8] - 871:16,
872:3, 872:6,
872:18, 888:13,
892:21, 956:18,
957:1
**recently** [1] - 925:23
**recess** [2] - 917:22,
980:22
**recognized** [1] -
866:20
**recollection** [3] -
896:12, 897:2, 897:3
**record** [10] - 851:7,
855:6, 867:21,
917:23, 918:13,
920:20, 920:25,
954:9, 954:19,
980:24
**records** [4] - 925:19,
925:21, 935:12,
957:24
**recover** [3] - 925:2,
929:15, 930:7
**recoverability** [2] -
934:16, 934:23
**recoverable** [4] -
935:4, 939:2,
941:18, 958:25
**recovery** [8] - 925:5,

925:12, 925:14,
926:18, 930:10,
930:17, 934:1, 934:8
**red** [7] - 858:15,
869:15, 874:7,
893:2, 900:25,
904:10, 904:21
**redirect** [2] - 870:16,
911:8
**Redirect** [1] - 849:5
**reduced** [1] - 935:21
**refer** [6] - 854:25,
881:21, 882:5,
882:6, 922:20, 967:7
**referenced** [1] -
854:13
**references** [7] -
853:11, 854:2,
854:14, 855:4,
855:7, 855:13,
855:21
**References** [2] -
854:25, 855:13
**referred** [2] - 926:21,
926:22
**referring** [4] - 872:6,
932:13, 959:4,
968:15
**reflect** [1] - 944:7
**refresh** [2] - 896:12,
897:1
**refreshes** [1] - 897:3
**regard** [2] - 915:22,
937:22
**regarding** [5] -
914:21, 922:2,
922:15, 957:16,
961:2
**region** [1] - 921:19
**Region** [2] - 924:3,
924:4
**Regional** [2] - 937:18,
946:23
**regional** [2] - 923:25,
924:3
**regions** [1] - 921:19
**regular** [5] - 951:17,
954:10, 954:14,
954:21, 957:8
**regularly** [1] - 960:23
**regulate** [1] - 860:8
**regulation** [2] - 931:1,
967:17
**REGULATIONS** [1] -
981:12
**regulations** [21] -
922:25, 923:8,
923:11, 923:18,
923:20, 923:23,
924:2, 924:5, 924:7,

925:8, 927:13, 929:8, 931:2, 931:5, 931:6, 931:7, 934:11, 940:24, 950:19, 960:6, 968:23
**regulators** [1] - 957:1
**regulatory** [5] - 936:25, 937:2, 937:19, 945:11, 946:22
**relate** [6] - 880:14, 925:16, 940:17, 945:4, 946:6
**related** [13] - 888:25, 889:3, 920:11, 927:4, 937:25, 940:12, 940:14, 941:14, 947:5, 947:10, 954:2, 955:20, 958:9
**relative** [1] - 932:20
**relatively** [2] - 878:23, 904:13
**release** [3] - 936:17, 936:23, 942:18
**released** [1] - 878:8
**releases** [2] - 885:14, 928:2
**relevant** [5] - 915:6, 921:21, 958:10, 969:11, 977:24
**reliability** [1] - 952:23
**reliable** [4] - 877:5, 893:9, 893:10, 915:16
**relied** [3] - 900:3, 948:11, 971:18
**relying** [2] - 959:6, 959:14
**remain** [2] - 851:7, 851:10
**remaining** [2] - 936:2, 936:9
**remedial** [6] - 863:15, 869:25, 915:3, 928:17, 928:18, 928:25
**remediation** [2] - 897:15, 897:20
**remedies** [2] - 928:10, 947:18
**remedy** [4] - 926:10, 928:12, 947:16, 967:5
**remember** [9] - 851:21, 854:12, 869:5, 869:17, 876:15, 888:5, 908:7, 914:2, 917:3

**remind** [2] - 917:15, 979:9
**remnants** [1] - 869:3
**removal** [39] - 921:17, 922:6, 928:21, 928:22, 928:23, 928:25, 944:3, 944:21, 945:12, 945:13, 945:15, 945:17, 945:18, 945:22, 946:11, 947:6, 947:13, 949:1, 949:7, 949:8, 949:15, 949:17, 949:25, 950:8, 950:11, 950:22, 951:9, 953:6, 953:22, 957:16, 958:10, 961:22, 961:23, 962:2, 966:17, 972:13, 975:6, 976:1
**remove** [1] - 913:22
**render** [1] - 864:4
**rendered** [3] - 863:19, 863:25, 864:11
**repeatedly** [1] - 892:9
**repeating** [1] - 873:17
**rephrase** [4] - 866:14, 898:3, 903:11, 910:25
**replace** [13] - 943:6, 948:23, 949:11, 950:4, 959:22, 962:4, 962:17, 963:14, 963:22, 966:8, 966:13, 972:11, 972:13
**replacement** [34] - 936:1, 942:22, 943:12, 943:17, 943:20, 944:2, 944:6, 944:12, 944:16, 944:20, 945:14, 945:21, 946:2, 946:7, 946:8, 947:24, 948:5, 950:1, 950:22, 951:8, 952:22, 953:23, 954:2, 957:16, 958:10, 958:15, 958:25, 961:2, 964:24, 965:4, 965:7, 965:8, 965:20, 965:25
**replete** [1] - 968:13
**replicate** [1] - 899:16
**report** [51] - 852:24, 853:5, 853:7, 853:8, 853:19, 853:20,

854:4, 854:9, 854:18, 855:1, 855:11, 862:11, 863:19, 864:5, 864:6, 864:15, 865:7, 865:9, 865:20, 865:22, 867:15, 869:7, 869:21, 869:25, 870:4, 870:8, 872:22, 876:10, 877:13, 880:3, 881:10, 886:5, 886:6, 888:15, 892:1, 893:6, 893:9, 899:7, 914:23, 915:3, 915:11, 915:14, 915:17, 915:19, 915:25, 916:1, 916:5, 916:10, 924:20, 938:17
**Report** [5] - 850:4, 850:5, 850:6, 850:7, 850:8
**REPORTED** [1] - 981:10
**reporter** [1] - 926:4
**REPORTER** [4] - 847:24, 981:1, 981:6, 981:19
**REPORTER'S** [1] - 847:13
**reporting** [1] - 891:8
**reports** [10] - 853:23, 854:19, 854:22, 855:18, 865:3, 865:4, 866:7, 876:3, 879:14, 879:16
**represent** [2] - 865:15, 899:20
**representation** [4] - 856:18, 857:7, 892:24, 899:20
**representations** [1] - 899:15
**represented** [2] - 899:13, 973:15
**reputable** [8] - 852:15, 853:24, 856:19, 856:23, 857:15, 857:21, 858:7, 877:6
**require** [5] - 928:16, 945:22, 950:5, 953:16, 979:7
**required** [4] - 859:25, 913:19, 937:3, 969:14
**requirement** [13] - 933:16, 934:5,

946:15, 946:16, 946:19, 947:5, 953:21, 960:2, 967:22, 968:1, 968:19, 969:2, 976:9
**requirements** [37] - 928:1, 928:18, 932:21, 933:1, 933:6, 937:8, 938:8, 940:7, 940:11, 941:13, 944:1, 945:3, 945:9, 945:10, 945:20, 946:25, 947:1, 947:2, 947:13, 947:25, 948:2, 950:7, 950:10, 952:21, 953:9, 953:15, 954:1, 955:20, 956:8, 958:13, 958:21, 960:8, 961:5, 963:6, 964:18, 968:15, 976:13
**requires** [3] - 931:16, 931:22, 939:13
**requiring** [1] - 934:4
**resident** [1] - 949:25
**residue** [1] - 869:15
**resolve** [1] - 980:15
**respect** [8] - 859:17, 884:25, 885:10, 899:14, 899:24, 900:20, 925:12, 961:19
**respond** [2] - 968:8, 968:9
**responding** [1] - 928:2
**response** [20] - 922:5, 922:16, 928:16, 933:11, 933:13, 933:15, 933:22, 935:1, 935:5, 935:6, 935:18, 936:14, 936:15, 936:16, 936:20, 948:20, 952:1, 958:23, 961:16, 962:22
**Response** [1] - 938:11
**responsibilities** [1] - 922:4
**responsibility** [2] - 921:24, 978:9
**responsible** [1] - 922:1
**rest** [1] - 970:4
**restrict** [1] - 977:3
**result** [2] - 904:14, 935:2

**results** [1] - 860:12
**retained** [3] - 922:17, 924:21, 924:22
**retardants** [1] - 868:2
**retardation** [1] - 882:8
**rethink** [1] - 909:6
**return** [1] - 917:19
**review** [4] - 860:6, 935:24, 946:21, 960:14
**reviewed** [5] - 852:24, 860:10, 934:17, 955:25, 957:23
**reviewing** [3] - 854:9, 855:11, 896:16
**revisions** [1] - 923:22
**RICHARD** [37] - 848:5, 896:25, 917:14, 917:21, 918:2, 918:18, 918:22, 919:18, 919:23, 920:21, 921:1, 921:4, 921:8, 921:14, 926:20, 938:22, 939:23, 940:6, 952:3, 952:18, 956:15, 956:24, 957:14, 959:18, 960:25, 961:11, 964:4, 973:3, 973:13, 976:19, 977:9, 977:15, 977:22, 978:24, 979:11, 979:15, 980:9
**Richard** [8] - 849:8, 918:17, 921:3, 926:19, 952:2, 959:17, 977:8, 978:22
**Rick** [1] - 894:18
**rid** [1] - 893:2
**right-hand** [1] - 890:6
**rigid** [2] - 930:10, 968:22
**Rio** [1] - 974:11
**rise** [4] - 867:19, 868:2, 958:14, 970:15
**RM** [1] - 898:7
**RMW8** [1] - 857:13
**road** [2] - 925:2, 938:4
**robust** [2] - 962:16, 962:21
**rocket** [1] - 869:13
**Ron** [1] - 848:20
**room** [1] - 918:25
**Rosedale** [1] - 974:11
**Rosedale-Rio** [1] - 974:11

**roughly** [1] - 943:15
**routine** [1] - 967:12
**routinely** [1] - 930:14
**RPR** [1] - 847:23
**Rule** [1] - 855:24
**rules** [4] - 928:5, 929:20, 930:9, 936:6
**run** [5] - 921:23, 957:19, 963:5, 979:3, 979:20
**running** [1] - 979:24
**runs** [1] - 979:20

# S

**S-1** [1] - 884:1
**S-2** [1] - 885:5
**S-3** [1] - 904:13
**S-3A** [1] - 871:21
**safe** [3] - 944:22, 946:9, 948:25
**safety** [1] - 949:22
**salts** [2] - 867:2
**samples** [3] - 895:10, 895:13, 898:5
**sampling** [2] - 866:17, 866:19
**San** [2] - 848:11, 848:16, 898:25
**sandblast** [1] - 869:15
**SANTA** [1] - 847:5
**Santa** [1] - 924:12
**satisfied** [1] - 946:15
**satisfy** [1] - 946:19
**Saugus** [57] - 858:21, 863:21, 870:25, 876:1, 886:10, 886:13, 886:14, 886:17, 886:19, 887:9, 888:18, 889:6, 889:11, 889:12, 889:24, 890:21, 890:22, 891:1, 891:9, 891:10, 891:19, 893:4, 893:12, 893:13, 893:23, 894:10, 898:11, 899:2, 902:21, 903:8, 903:20, 903:24, 911:22, 911:23, 912:4, 937:14, 939:8, 939:9, 939:12, 939:13, 940:20, 941:5, 941:10, 941:21, 941:22, 942:1, 977:4
**saw** [4] - 870:25, 872:21, 876:15,

953:7
**scope** [9] - 864:14, 875:11, 875:17, 889:19, 915:19, 916:1, 938:16, 951:21, 951:23
**SCOTT** [1] - 848:9
**Scott** [1] - 848:19
**screen** [1] - 935:5
**screened** [1] - 910:2
**SCV** [4] - 924:17, 938:11, 959:21, 973:11
**seasoned** [2] - 931:17, 933:23
**seated** [1] - 917:10
**second** [10] - 854:7, 855:5, 855:10, 855:19, 912:10, 937:15, 970:18, 970:25
**SECTION** [1] - 981:8
**Section** [3] - 854:16, 939:6, 974:6
**section** [13] - 854:25, 855:4, 855:8, 880:4, 881:2, 881:12, 882:25, 883:3, 914:23, 945:9, 969:1, 974:6, 976:18
**sections** [6] - 854:17, 904:12, 933:14, 939:5, 945:2, 945:18
**sector** [1] - 920:9
**sediment** [7] - 878:11, 878:15, 878:16, 878:19, 878:21, 879:1
**see** [38] - 851:19, 853:11, 856:13, 857:13, 858:13, 861:17, 869:8, 869:10, 873:5, 874:3, 876:10, 879:14, 881:12, 881:13, 881:19, 882:7, 883:15, 885:8, 890:6, 894:20, 900:25, 901:2, 901:18, 917:6, 920:16, 926:24, 932:24, 936:10, 939:3, 941:15, 942:22, 945:5, 958:4, 962:11, 971:11, 978:14, 980:15, 980:23
**seeing** [2] - 851:21, 904:15

**seek** [1] - 923:25
**seem** [1] - 868:15
**sees** [1] - 888:2
**select** [1] - 926:10
**selected** [2] - 947:16, 947:18
**selecting** [1] - 928:12
**Semitropic** [2] - 974:10
**send** [1] - 920:22
**sense** [3] - 907:20, 907:22, 919:23
**sent** [1] - 969:22
**sentence** [10] - 854:16, 867:19, 869:24, 881:4, 881:7, 881:17, 881:23, 882:15, 883:2, 908:16
**sentences** [2] - 867:21, 867:23
**separate** [3] - 926:12, 927:20, 978:2
**series** [2] - 909:14, 927:16
**serve** [2] - 946:9, 958:22
**service** [8] - 943:3, 943:24, 944:2, 944:9, 944:12, 948:24, 965:18
**services** [1] - 924:16
**serving** [2] - 926:2, 926:5
**session** [2] - 917:12, 917:25
**set** [10] - 923:20, 927:19, 927:20, 929:13, 931:5, 938:13, 940:23, 952:7, 952:25
**sets** [2] - 928:5, 928:7
**setting** [1] - 917:16
**settlement** [2] - 924:19, 957:7
**several** [3] - 878:7, 943:10, 950:3
**sewage** [1] - 869:15
**shall** [2] - 918:9
**shallow** [1] - 904:13
**shipping** [1] - 864:24
**short** [3] - 923:15, 928:21, 949:9
**short-term** [2] - 923:15, 928:21
**shortcoming** [1] - 960:16
**shortened** [1] - 922:24
**shorter** [5] - 884:10, 884:11, 884:12,

928:20, 962:11
**show** [19] - 854:2, 854:4, 854:6, 856:2, 856:22, 856:24, 857:1, 857:2, 872:13, 882:18, 882:22, 882:25, 886:12, 900:14, 906:1, 912:24, 913:6, 937:2
**showed** [2] - 912:23, 916:17
**showing** [1] - 912:21
**shown** [5] - 852:2, 857:7, 857:14, 863:12, 898:18
**shows** [6] - 871:23, 872:10, 902:21, 935:1, 955:2, 955:7
**shut** [5] - 969:25, 970:5, 970:22, 971:7, 977:2
**shutdown** [4] - 952:16, 952:17, 952:22, 959:21
**SIC** [1] - 876:1
**sic** [1] - 908:10
**side** [4] - 851:24, 856:11, 904:15, 910:11
**signed** [1] - 947:19
**significance** [1] - 888:19
**significant** [2] - 915:6, 972:10
**similar** [2] - 881:9, 932:3
**simple** [3] - 912:8, 912:12, 966:19
**simplify** [1] - 903:12
**simply** [3] - 878:24, 951:19, 966:21
**single** [1] - 921:6
**sit** [1] - 971:9
**site** [74] - 859:10, 863:16, 865:12, 867:9, 867:12, 867:14, 868:11, 868:14, 869:3, 870:21, 871:24, 872:11, 872:14, 873:3, 873:9, 874:10, 875:21, 875:25, 876:20, 877:23, 877:24, 878:12, 882:11, 883:7, 885:14, 885:18, 885:20, 885:21, 885:22, 886:1, 890:16,

890:17, 892:6, 893:14, 894:12, 897:16, 898:19, 900:1, 902:18, 907:6, 907:20, 909:22, 910:12, 910:21, 911:3, 911:16, 912:5, 912:20, 913:3, 913:11, 913:18, 913:23, 914:16, 914:22, 915:4, 915:23, 915:24, 916:6, 928:7, 928:9, 928:15, 928:16, 930:8, 931:23, 932:18, 932:22, 933:21, 955:22, 960:13, 967:8, 968:24
**sites** [19] - 869:11, 920:11, 921:16, 921:24, 921:25, 922:2, 922:9, 922:10, 922:12, 922:13, 922:17, 923:15, 927:15, 927:23, 929:2, 929:6, 929:9, 929:10, 950:14
**sitting** [3] - 889:22, 891:17, 912:4
**situation** [16] - 929:17, 937:22, 941:4, 941:6, 950:20, 953:22, 958:22, 960:8, 960:10, 960:13, 963:5, 963:14, 963:17, 968:15, 968:24, 976:13
**situations** [5] - 941:8, 946:20, 949:23, 950:12, 958:19
**six** [8] - 947:23, 947:25, 962:1, 962:3, 962:3, 963:3, 963:8
**skewed** [1] - 876:16
**slide** [20] - 920:16, 921:6, 922:22, 927:12, 929:24, 930:23, 931:25, 932:10, 932:21, 935:1, 938:11, 939:3, 939:4, 949:20, 950:13, 950:25, 951:12, 951:15, 952:15, 957:3

**slides** [1] - 954:4
**sludge** [2] - 869:15, 869:16
**small** [4] - 897:23, 913:17, 913:21, 914:5
**smaller** [1] - 914:7
**smiling** [1] - 877:3
**softer** [1] - 882:20
**soil** [2] - 878:10, 949:24
**soils** [1] - 878:17
**solely** [1] - 978:2
**solemnly** [1] - 918:8
**solicited** [1] - 916:16
**solid** [1] - 869:8
**solution** [4] - 925:24, 925:25, 941:25, 947:10
**solvent** [1] - 868:2
**someone** [1] - 955:19
**sometime** [1] - 887:13
**sometimes** [3] - 979:20, 979:21
**somewhat** [1] - 859:20
**soon** [3] - 861:2, 886:23, 965:17
**sorry** [38] - 852:1, 853:6, 856:1, 858:17, 859:1, 860:4, 860:14, 862:24, 866:8, 869:22, 873:16, 874:6, 874:7, 874:16, 881:7, 882:4, 882:21, 883:21, 884:2, 886:12, 886:18, 888:12, 890:12, 892:20, 900:24, 902:16, 903:4, 903:9, 904:19, 905:8, 916:4, 916:9, 939:12, 969:17, 975:3, 976:24
**sort** [8] - 861:25, 888:1, 924:1, 931:3, 937:19, 946:4, 950:13, 950:16
**sounds** [3] - 865:14, 865:17, 865:18
**source** [38] - 875:5, 875:21, 883:7, 884:7, 889:10, 889:11, 889:23, 890:20, 891:1, 891:5, 891:6, 891:12, 891:13, 891:24, 892:14,

900:13, 902:15, 902:16, 902:17, 902:18, 902:19, 902:22, 903:20, 903:23, 903:24, 906:5, 906:23, 908:4, 909:4, 909:15, 915:1, 915:16, 916:5, 916:7, 941:10, 941:11, 959:12
**sources** [17] - 875:9, 875:22, 875:24, 891:18, 891:21, 891:22, 891:23, 891:25, 892:1, 909:9, 909:12, 909:14, 954:17, 957:15, 974:7, 974:12, 974:19
**South** [1] - 848:6
**south** [1] - 901:20
**southern** [1] - 890:17
**space** [2] - 874:10, 874:17
**speaking** [2] - 928:17, 940:3
**speaks** [2] - 958:19, 960:7
**specially** [1] - 952:13
**specific** [19] - 859:20, 868:13, 884:24, 925:13, 931:23, 932:18, 932:22, 933:21, 944:24, 955:22, 958:20, 960:10, 960:13, 960:14, 961:25, 964:21, 968:24, 969:1, 976:18
**specifically** [14] - 854:13, 855:15, 869:5, 869:18, 876:23, 889:20, 907:11, 925:11, 927:19, 938:23, 938:25, 946:8, 958:21, 959:6
**speculation** [3] - 956:22, 957:10, 960:20
**spell** [1] - 918:14
**spend** [2] - 920:17, 947:3
**spending** [2] - 941:2, 947:4
**spent** [5] - 865:21, 866:2, 869:13, 921:20, 922:13
**spot** [2] - 860:24,

869:22
**spots** [2] - 859:22, 859:24
**staff** [2] - 971:24, 972:6
**stained** [1] - 869:16
**stand** [1] - 926:25
**standard** [6] - 929:24, 931:16, 934:1, 936:13, 940:21, 949:7
**Stanin** [14] - 850:4, 850:5, 850:6, 850:7, 850:8, 851:10, 851:19, 856:2, 883:17, 911:10, 912:16, 914:12, 914:21, 916:15
**STANIN** [2] - 849:4, 851:15
**STANLEY** [1] - 847:3
**start** [12] - 860:17, 860:19, 917:11, 933:4, 934:20, 934:24, 935:19, 935:21, 953:24, 962:10, 978:22, 980:3
**started** [4] - 916:6, 927:7, 943:4, 943:17
**starting** [1] - 867:19
**starts** [4] - 853:11, 882:8, 934:21, 955:3
**State** [16] - 943:7, 948:16, 952:11, 955:9, 955:10, 965:11, 966:14, 971:13, 971:21, 972:3, 972:7, 972:19, 973:10, 974:6, 974:14, 974:17
**state** [9] - 868:21, 868:23, 869:21, 882:11, 886:5, 903:24, 918:14, 946:22, 967:17
**statement** [6] - 865:17, 870:7, 931:8, 932:2, 932:3, 956:1
**statements** [1] - 959:7
**states** [1] - 977:2
**STATES** [4] - 847:1, 981:6, 981:8, 981:13
**States** [3] - 868:3, 921:16, 923:2
**States..** [1] - 867:19
**statistical** [2] - 906:13, 906:20

**statute** [2] - 923:3, 923:9
**STENOGRAPHICAL LY** [1] - 981:10
**step** [5] - 916:25, 935:2, 935:22, 935:23, 948:7
**steps** [1] - 947:12
**stepwise** [2] - 927:16, 927:22
**stick** [3] - 868:16, 932:7, 957:12
**still** [6] - 911:17, 912:1, 919:18, 920:24, 947:3, 961:22
**stip** [1] - 919:15
**stipulated** [4] - 872:8, 888:11, 892:20, 969:23
**Stone** [2] - 848:19, 947:19
**stop** [7] - 926:3, 935:19, 936:11, 943:16, 950:21, 951:1, 959:11
**stopped** [2] - 965:14, 965:21
**stopping** [1] - 872:13
**Storage** [1] - 974:8
**stored** [1] - 963:17
**story** [1] - 970:5
**straight** [1] - 960:1
**streamline** [1] - 904:4
**streamlines** [1] - 899:1
**STREET** [1] - 847:24
**Street** [3] - 848:6, 848:10, 848:15
**stretch** [1] - 956:9
**strict** [1] - 931:9
**strike** [2] - 915:20, 960:19
**structure** [2] - 888:24, 927:14
**studies** [3] - 879:16, 879:18, 879:23
**study** [3] - 879:15, 928:8, 928:19
**stuff** [1] - 877:21
**stumble** [1] - 930:20
**subject** [3] - 871:10, 917:4, 961:24
**submit** [1] - 954:20
**submitted** [1] - 877:10
**subsequent** [1] - 923:22
**substance** [1] - 936:24
**substances** [3] -

928:3, 936:17, 936:24
**substantial** [10] - 929:25, 931:12, 931:15, 932:11, 932:12, 932:16, 933:20, 933:25, 948:4, 959:25
**substantive** [1] - 934:9
**subsurface** [2] - 899:3, 901:14
**suck** [2] - 970:16, 970:19
**sucking** [1] - 970:6
**sufficient** [8] - 885:15, 885:25, 892:10, 906:10, 907:13, 907:17, 966:12, 969:25
**sufficiently** [1] - 906:21
**suggest** [2] - 883:5, 914:14
**suggesting** [1] - 966:20
**Suite** [1] - 848:16
**SUITE** [1] - 847:24
**summarized** [1] - 931:3
**summoned** [1] - 896:24
**Superfund** [9] - 922:25, 923:1, 923:3, 923:14, 923:20, 923:21, 927:13, 927:15, 929:2
**supplies** [1] - 959:22
**supply** [33] - 860:3, 872:25, 875:8, 875:17, 875:18, 880:14, 882:12, 884:20, 907:7, 909:22, 913:2, 913:5, 913:21, 914:10, 926:1, 941:10, 942:22, 943:6, 944:4, 944:13, 944:21, 948:23, 950:4, 950:6, 952:6, 954:12, 954:16, 962:4, 962:18, 963:15, 963:17, 963:21, 972:13
**Supply** [2] - 954:24, 974:7
**support** [1] - 890:25
**supports** [3] - 902:24,

968:10, 969:2
**suppose** [1] - 892:7
**surface** [14] - 877:23, 878:5, 879:11, 951:16, 951:18, 952:7, 952:11, 953:3, 954:14, 955:9, 955:14, 962:17, 967:11
**surprised** [1] - 879:14
**surrounding** [1] - 950:18
**sustain** [1] - 973:5
**sustained** [4] - 908:19, 956:14, 956:23, 957:11
**sustaining** [1] - 915:21
**swear** [1] - 918:8
**SWORN** [2] - 851:16, 918:20
**sworn** [2] - 918:4, 918:7
**system** [20] - 859:18, 861:13, 863:16, 863:18, 897:15, 897:20, 899:20, 911:14, 911:25, 942:10, 942:17, 943:4, 943:14, 944:20, 950:6, 951:15, 952:6, 962:15, 966:13, 972:11

## T

**table** [11] - 868:24, 880:11, 880:12, 880:15, 880:19, 880:21, 880:24, 880:25, 937:7, 948:12
**Table** [3] - 861:5, 974:6
**talks** [2] - 853:19, 952:15
**task** [2] - 875:20, 957:6
**TCA** [6] - 869:23, 889:6, 894:5, 916:8, 916:9
**TCE** [45] - 852:6, 856:13, 856:18, 856:23, 857:14, 857:20, 857:22, 857:24, 858:4, 858:6, 858:10, 858:21, 858:25, 859:4, 859:6, 859:9,

862:18, 863:21, 867:11, 867:14, 867:25, 868:5, 868:11, 868:15, 869:23, 871:1, 871:18, 871:23, 872:10, 872:23, 873:1, 873:11, 875:21, 875:25, 888:19, 888:25, 889:3, 891:13, 891:18, 891:19, 894:2, 895:18, 904:14, 909:23, 913:3
**TCRA** [21] - 949:3, 949:4, 949:5, 953:9, 954:1, 956:8, 958:14, 961:17, 961:22, 961:25, 966:14, 967:16, 974:20, 974:23, 975:6, 975:23, 975:24, 976:3, 976:4, 976:9, 976:13
**technical** [1] - 972:9
**technology** [1] - 971:1
**ten** [2] - 876:19, 895:8
**tend** [1] - 949:21
**term** [11] - 912:18, 914:2, 923:1, 923:15, 925:24, 928:11, 928:20, 928:21, 941:20, 947:10
**terms** [9] - 852:24, 853:22, 879:1, 888:18, 901:18, 926:17, 965:19, 967:3, 973:21
**tested** [1] - 897:5
**testified** [8] - 897:8, 906:4, 939:2, 948:10, 972:16, 972:24, 973:8, 977:24
**testify** [2] - 966:21, 972:1
**testifying** [3] - 866:7, 866:8, 907:16
**testimony** [17] - 879:18, 912:24, 914:24, 915:19, 916:17, 918:8, 920:11, 924:22, 926:15, 945:23, 960:22, 967:15, 967:20, 973:3, 973:21, 977:25, 978:14

**testing** [2] - 869:10, 879:9
**text** [2] - 853:19, 854:4
**THAT** [3] - 981:7, 981:8, 981:11
**THE** [126] - 848:3, 848:12, 851:7, 851:12, 851:13, 851:16, 855:23, 862:17, 862:19, 868:18, 870:15, 870:17, 872:5, 875:13, 875:15, 882:19, 883:17, 883:21, 883:22, 883:24, 890:10, 890:12, 895:1, 895:2, 896:4, 896:9, 896:13, 896:19, 903:11, 905:15, 905:20, 908:1, 908:14, 908:19, 910:25, 911:7, 915:20, 916:2, 916:22, 916:24, 917:10, 917:18, 917:23, 918:4, 918:6, 918:12, 918:13, 918:15, 918:17, 918:20, 919:17, 919:21, 920:19, 920:24, 921:3, 921:6, 921:10, 921:13, 925:10, 925:15, 926:3, 926:6, 926:19, 938:18, 939:16, 939:22, 939:25, 940:2, 940:5, 951:22, 952:4, 956:14, 956:23, 957:11, 957:13, 959:3, 959:7, 959:11, 959:15, 959:16, 960:21, 961:13, 961:21, 962:5, 962:13, 962:19, 962:24, 962:25, 963:3, 963:16, 963:19, 964:2, 964:6, 964:10, 968:7, 968:12, 970:18, 970:21, 970:25, 973:5, 973:14, 973:17, 976:21, 976:23, 977:8, 977:11, 977:13, 977:16, 977:17, 978:3, 978:16, 978:19,

979:9, 979:13, 980:2, 980:5, 980:17, 981:6, 981:7, 981:8, 981:9, 981:10, 981:11, 981:12, 981:13
**themselves** [5] - 924:24, 928:1, 931:7, 956:21, 957:20
**therefore** [4] - 935:7, 969:9, 976:15, 980:18
**thinking** [4] - 892:8, 892:15, 968:23, 978:24
**thinks** [1] - 883:20
**third** [2] - 855:9
**THIS** [1] - 981:15
**thousand** [2] - 874:20, 879:5
**threat** [1] - 949:10
**three** [15] - 855:13, 857:13, 857:21, 858:6, 858:8, 858:10, 862:11, 865:3, 865:4, 865:7, 888:18, 894:10, 894:20, 900:11, 938:13
**threshold** [2] - 935:15, 942:2
**thwarted** [1] - 930:7
**tie** [1] - 950:5
**timing** [1] - 912:7
**TITLE** [1] - 981:8
**TO** [2] - 847:8, 981:8
**today** [12] - 862:13, 862:14, 866:7, 866:8, 889:23, 891:17, 916:19, 919:1, 921:22, 923:23, 924:22, 980:7
**Todd** [5] - 864:19, 864:20, 864:21, 864:23, 864:24, 865:1, 865:5, 865:7
**together** [5] - 862:1, 882:2, 885:1, 912:25, 925:17
**toluylene** [1] - 871:6
**tomorrow** [13] - 917:2, 917:7, 978:1, 978:5, 978:12, 978:17, 978:23, 979:10, 979:14, 979:17, 980:3, 980:18, 980:23
**tonight** [1] - 978:14

**took** [5] - 869:2, 944:11, 963:9, 963:21, 963:23
**top** [4] - 873:14, 873:18, 874:25, 896:10
**total** [1] - 866:9
**touch** [1] - 901:16
**touched** [1] - 931:10
**toward** [2] - 888:2
**towards** [4] - 873:14, 893:22, 894:10
**toxic** [1] - 943:25
**track** [3] - 861:12, 871:3, 889:15
**trackable** [1] - 889:21
**tracking** [1] - 870:24
**transcript** [1] - 896:16
**TRANSCRIPT** [3] - 847:13, 981:6, 981:11
**travel** [4] - 880:5, 881:2, 884:25, 885:11
**treated** [1] - 946:1
**treatment** [14] - 887:9, 926:7, 937:12, 938:5, 938:23, 939:1, 940:9, 940:11, 940:17, 940:19, 942:10, 942:15, 942:17, 943:5
**trenching** [1] - 869:10
**trend** [1] - 862:4
**trends** [2] - 862:7, 862:8
**TRIAL** [1] - 847:13
**trial** [6] - 851:7, 917:24, 948:11, 951:25, 977:21, 978:2
**tried** [1] - 967:15
**trier** [1] - 931:18
**trouble** [1] - 892:8
**TROWBRIDGE** [1] - 848:15
**Trudell** [1] - 979:11, 979:23
**true** [7] - 858:24, 867:20, 870:5, 870:9, 875:1, 879:10, 902:24
**TRUE** [1] - 981:9
**trumps** [1] - 899:18
**truth** [4] - 918:10, 924:1
**try** [7] - 891:20, 895:1, 903:11, 924:25, 932:6, 939:25, 941:2

**trying** [18] - 852:14, 854:11, 860:14, 861:10, 861:14, 871:3, 876:5, 885:13, 885:17, 896:11, 899:4, 903:9, 913:24, 927:15, 931:23, 949:20, 954:15, 979:19
**Tuesday** [1] - 978:11
**turned** [1] - 911:23
**turning** [1] - 967:11
**turnouts** [1] - 977:5
**turns** [1] - 935:11
**two** [22] - 863:10, 867:21, 867:23, 872:23, 895:20, 901:16, 906:4, 908:5, 908:6, 908:14, 908:22, 911:15, 921:18, 922:19, 922:20, 946:1, 947:9, 948:4, 961:14, 970:24, 973:9, 980:14
**type** [4] - 928:20, 950:20, 953:22, 958:13
**types** [3] - 949:17, 949:23, 950:11
**typical** [6] - 949:19, 950:11, 950:22, 951:9, 953:6, 967:16
**typically** [1] - 937:2

# U

**U.S** [3] - 847:3, 867:25, 934:11
**ultimately** [3] - 931:17, 934:22, 942:19
**unable** [1] - 897:12
**uncertainties** [1] - 947:4
**uncertainty** [1] - 910:3
**under** [21] - 851:10, 855:24, 881:1, 881:2, 922:14, 922:16, 929:21, 936:21, 938:13, 939:2, 940:23, 941:7, 942:17, 943:21, 944:17, 946:10, 960:11, 960:14, 969:3, 970:1, 974:6
**underneath** [1] - 900:23

**understandably** [1] - 922:12
**unique** [1] - 941:6
**UNITED** [4] - 847:1, 981:6, 981:8, 981:13
**United** [4] - 867:19, 868:3, 921:16, 923:2
**University** [1] - 919:12
**unlimited** [1] - 974:22
**unsaturated** [1] - 879:15
**up** [35] - 852:5, 852:8, 853:8, 863:2, 871:12, 878:1, 878:14, 886:11, 888:10, 890:9, 894:18, 901:18, 905:24, 916:15, 917:2, 917:16, 920:13, 921:15, 922:1, 922:9, 926:17, 927:2, 927:15, 927:23, 928:6, 929:6, 930:13, 938:13, 941:24, 951:15, 952:7, 952:25, 963:17, 979:4
**upgradient** [7] - 876:16, 876:18, 888:1, 888:7, 910:22, 912:8, 912:13
**upper** [2] - 883:3, 894:18
**ups** [1] - 923:14
**upshot** [1] - 953:23
**Urban** [2] - 956:1, 973:21
**useful** [1] - 940:4
**USEPA** [1] - 921:15
**uses** [3] - 868:1, 897:14, 906:9
**Utilization** [1] - 954:24
**utilize** [1] - 977:3
**utilized** [1] - 969:14

# V

**V-201** [29] - 857:24, 863:21, 873:18, 876:10, 876:23, 876:24, 877:17, 883:12, 889:7, 911:12, 912:1, 912:2, 912:3, 937:15, 941:22, 942:21, 943:2, 943:7, 943:13, 943:17, 943:21,

943:24, 948:5, 957:5, 966:11, 969:18, 970:5, 970:9
**V-205** [28] - 857:24, 863:21, 873:18, 883:14, 905:24, 909:10, 911:12, 911:15, 911:17, 912:2, 912:4, 913:13, 938:5, 941:22, 942:10, 942:15, 942:17, 942:20, 944:6, 944:8, 944:9, 944:15, 948:6, 966:25, 969:12, 969:14, 970:5, 971:7
**vadose** [1] - 879:15
**vague** [1] - 915:21
**VALLEY** [1] - 847:5
**Valley** [5] - 884:13, 885:5, 893:19, 893:22, 924:12
**valuation** [1] - 931:18
**values** [1] - 871:1
**valves** [1] - 967:11
**variability** [2] - 878:25, 955:8
**variables** [2] - 878:19, 879:9
**variation** [1] - 906:9
**varies** [5] - 877:24, 877:25, 879:5, 884:5, 955:14
**variety** [6] - 876:21, 878:24, 880:16, 951:18, 952:8, 955:13
**various** [10] - 861:20, 869:16, 912:11, 928:11, 940:7, 940:16, 955:4, 958:8
**vary** [1] - 879:7
**varying** [1] - 955:15
**velocities** [4] - 880:4, 880:15, 880:16, 881:9
**velocity** [5] - 881:5, 881:8, 881:14, 881:24, 883:4
**version** [3] - 922:24, 929:7, 942:7
**versions** [1] - 876:19
**versus** [3] - 884:16, 930:16, 966:7
**via** [1] - 972:18
**video** [3] - 979:16, 979:23
**view** [7] - 932:15, 942:3, 942:16,

943:20, 955:22, 962:6, 976:14
**violating** [1] - 875:18
**visible** [6] - 949:21, 950:16, 951:3, 952:24, 967:8, 967:22
**Vista/Rosedale** [1] - 974:9
**visually** [1] - 950:13
**VOC** [14] - 867:25, 900:12, 900:13, 902:5, 909:13, 937:21, 937:24, 939:14, 939:16, 941:20, 941:25, 947:2, 963:4, 977:4
**VOCs** [53] - 864:12, 867:24, 870:25, 879:19, 880:1, 880:7, 888:18, 888:20, 893:25, 897:5, 898:1, 898:12, 898:13, 898:15, 901:8, 901:11, 902:2, 902:7, 902:9, 902:11, 902:17, 902:21, 903:7, 903:8, 903:15, 903:17, 903:20, 903:24, 904:10, 904:16, 904:23, 905:5, 905:7, 905:11, 906:21, 907:22, 909:9, 910:15, 910:16, 913:6, 913:10, 925:25, 940:10, 940:13, 940:15, 940:21, 941:1, 941:14, 941:23, 942:6, 947:5, 947:11
**VOLUME** [1] - 847:8
**vs** [1] - 847:7

# W

**walk** [1] - 854:11
**WAS** [2] - 851:16, 918:20
**Washington** [2] - 848:15, 923:25
**waste** [6] - 920:11, 921:23, 922:13, 923:6, 927:23, 929:10
**wastes** [1] - 869:8
**watch** [1] - 916:25
**water** [175] - 860:3,

866:16, 872:21, 872:25, 875:7, 875:17, 875:18, 876:17, 880:13, 882:12, 884:20, 886:19, 887:15, 887:24, 888:1, 888:2, 888:3, 897:20, 900:10, 900:12, 902:4, 907:7, 909:21, 912:1, 912:2, 913:2, 913:5, 913:21, 914:6, 924:23, 925:11, 926:1, 934:17, 935:2, 941:10, 942:14, 942:22, 943:3, 943:4, 943:6, 943:7, 943:11, 943:12, 943:17, 943:21, 943:25, 944:3, 944:4, 944:6, 944:11, 944:12, 944:13, 944:16, 944:19, 944:20, 944:21, 944:22, 944:23, 945:8, 945:14, 945:21, 946:2, 946:7, 946:9, 946:10, 947:20, 947:24, 948:5, 948:8, 948:10, 948:15, 948:23, 948:25, 949:1, 949:11, 950:1, 950:5, 950:22, 951:2, 951:8, 951:15, 951:16, 951:18, 952:5, 952:6, 952:7, 952:10, 952:11, 952:13, 952:20, 952:21, 952:22, 952:23, 952:25, 953:2, 953:3, 953:23, 954:2, 954:3, 954:9, 954:11, 954:13, 954:14, 954:16, 955:5, 955:8, 955:9, 955:13, 955:14, 956:3, 957:17, 957:21, 957:24, 958:1, 958:10, 958:15, 958:25, 959:22, 961:2, 961:4, 962:4, 962:14, 962:17, 964:24, 965:4, 965:7, 965:8, 965:9,

965:11, 965:15, 965:17, 965:20, 965:25, 966:1, 966:8, 966:11, 966:13, 967:11, 968:17, 970:6, 970:7, 970:11, 970:22, 971:6, 971:12, 971:13, 971:18, 971:21, 972:2, 972:6, 972:7, 972:16, 972:17, 972:18, 972:19, 973:1, 973:9, 973:10, 974:7, 974:12, 974:14, 974:17, 977:3
**WATER** [1] - 847:5
**Water** [30] - 924:12, 924:17, 937:18, 938:1, 938:11, 940:22, 941:9, 943:7, 946:23, 948:16, 952:11, 954:24, 955:9, 955:10, 956:1, 959:21, 966:14, 971:13, 971:21, 972:3, 972:7, 972:19, 973:10, 973:11, 973:22, 974:6, 974:9, 974:14, 974:18
**ways** [1] - 905:18
**website** [2] - 957:21, 957:24
**Wednesday** [1] - 979:4
**week** [1] - 978:10
**weighing** [1] - 962:8
**welcome** [2] - 940:5, 977:13
**wells** [101] - 857:21, 857:22, 858:7, 858:8, 858:10, 858:24, 859:5, 859:20, 859:23, 860:1, 860:4, 860:8, 860:10, 860:15, 860:19, 860:25, 861:7, 861:24, 862:5, 862:16, 862:21, 863:7, 863:9, 863:11, 863:13, 864:13, 866:16, 871:9, 871:10, 872:25, 873:1, 874:13, 874:14, 874:25, 875:8, 875:10,

875:17, 875:18, 876:4, 876:21, 877:11, 877:18, 882:12, 883:8, 884:20, 886:16, 890:15, 890:18, 891:9, 893:4, 894:11, 896:1, 897:23, 898:14, 898:20, 900:11, 902:11, 902:19, 904:7, 904:15, 907:6, 907:7, 907:10, 907:15, 908:8, 909:22, 910:7, 911:18, 911:21, 911:22, 911:24, 912:10, 913:2, 913:5, 913:8, 913:17, 913:19, 913:20, 913:21, 914:3, 914:4, 914:6, 914:9, 914:10, 914:15, 941:21, 941:23, 941:25, 942:5, 948:23, 950:3, 951:1, 952:16, 952:17, 959:21, 977:3
**west** [1] - 894:11
**WEST** [1] - 847:24
**western** [3] - 894:21, 900:6, 900:11
**WESTERN** [1] - 847:2
**white** [4] - 851:24, 852:3, 852:5, 890:14
**WHITTAKER** [1] - 847:8
**Whittaker** [71] - 852:16, 855:15, 856:19, 856:21, 860:8, 869:23, 870:21, 871:9, 871:24, 872:10, 872:14, 872:22, 874:10, 875:6, 875:21, 877:23, 878:12, 879:14, 879:16, 880:13, 882:11, 885:18, 885:20, 885:22, 886:1, 890:2, 890:4, 891:1, 891:13, 893:7, 893:14, 894:11, 897:16, 898:24, 900:1, 902:14, 902:22, 903:21, 903:24, 904:6, 906:5, 907:6, 907:20, 908:4,

909:4, 909:10, 909:22, 910:12, 911:3, 912:5, 912:20, 913:3, 913:18, 914:16, 914:22, 915:4, 915:15, 915:23, 915:24, 916:6, 943:9, 943:16, 956:16, 956:18, 957:15, 958:4, 965:3, 965:7, 965:14, 965:21, 965:25
**Whittaker's** [2] - 856:17, 956:25
**whole** [9] - 918:10, 929:11, 931:8, 932:24, 933:17, 935:3, 944:22, 946:8, 968:22
**widespread** [1] - 868:3
**willing** [1] - 917:15
**wish** [2] - 938:20, 952:1
**WITH** [1] - 981:12
**withdrawn** [3] - 980:11, 980:13, 980:15
**witness** [15] - 851:9, 854:9, 855:11, 873:23, 896:3, 896:16, 896:17, 917:13, 918:1, 939:15, 978:2, 978:4, 978:5, 978:7, 978:15
**WITNESS** [32] - 851:12, 862:19, 870:17, 875:15, 883:21, 883:24, 890:10, 890:12, 895:2, 908:14, 918:12, 918:15, 925:15, 926:6, 939:22, 939:25, 940:5, 952:4, 957:13, 959:7, 959:15, 961:21, 962:13, 962:24, 963:3, 963:19, 968:12, 970:21, 973:17, 976:23, 977:13, 977:16
**WITNESSES** [2] - 849:1, 849:3
**witnesses** [3] - 896:20, 896:23, 977:19

**word** [2] - 880:10, 884:3
**words** [4] - 852:15, 875:19, 905:18, 921:8
**works** [1] - 877:2
**writing** [1] - 851:25
**written** [1] - 959:9

## Y

**year** [10] - 852:21, 862:25, 863:1, 863:3, 886:23, 895:11, 895:12, 920:3, 922:8, 965:1
**years** [27] - 863:5, 867:12, 867:16, 868:6, 868:12, 868:16, 868:25, 880:7, 880:8, 883:6, 887:11, 895:8, 910:19, 911:24, 920:6, 921:20, 922:13, 924:18, 927:3, 934:19, 943:10, 952:9, 953:1, 955:2, 955:6, 968:21, 976:2
**years'** [1] - 910:18
**yell** [1] - 939:23
**Yolo** [1] - 972:25
**York** [2] - 919:12, 921:19
**yourself** [5] - 857:9, 896:15, 946:8, 946:15, 946:19

## Z

**Z-e-l-i-k-s-o-n** [1] - 918:16
**ZELIKSON** [2] - 849:7, 918:19
**Zelikson** [18] - 917:14, 918:3, 918:6, 918:15, 918:23, 924:10, 925:13, 939:18, 939:24, 957:12, 959:4, 959:11, 961:15, 964:13, 968:9, 971:5, 976:6, 977:12
**zone** [13] - 876:6, 876:7, 876:13, 876:14, 877:15, 877:16, 879:15, 888:9, 893:11, 898:25, 899:5, 899:7
**zones** [13] - 876:12,

876:13, 876:20, 876:22, 876:24, 877:9, 877:10, 877:18, 892:25, 893:3, 898:18, 899:12, 899:13
**Zoom** [2] - 917:16, 961:7