1        UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3      HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE

4

5  SANTA CLARITA VALLEY WATER AGENCY,     )
                                          )
6                 PLAINTIFF,              )CASE NO.
                                          )
7         vs.                            )CV 18-06825-SB
                                          )
8  WHITTAKER CORPORATION, et al.,         )VOLUME 9
                                          )PAGES 982 TO 1090
9                 DEFENDANTS.             )
   _____)

10

11

12

13              REPORTER'S TRANSCRIPT OF
                     TRIAL DAY 5
14            TUESDAY, NOVEMBER 23, 2021
                     8:28 A.M.
15            LOS ANGELES, CALIFORNIA

16

17

18

19

20

21

22

23  _____

24        MIRANDA ALGORRI, CSR 12743, RPR, CRR
              FEDERAL OFFICIAL COURT REPORTER
              350 WEST 1ST STREET, SUITE 4455
25            LOS ANGELES, CALIFORNIA 90012
                 MIRANDAALGORRI@GMAIL.COM

1                    **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4        NOSSAMAN, LLP
         BY:  BYRON P. GEE
5        BY:  RAVEN MCGUANE
         BY:  PATRICK J. RICHARD
6        BY:  FRED FUDACZ
         777 South Figueroa Street
7        34th Floor
         Los Angeles, California 90017

8

9        NOSSAMAN, LLP
         BY:  ILSE CHANDALAR SCOTT
10       50 California Street
         34th Floor
11       San Francisco, California 94111

12

     **FOR THE DEFENDANTS:**
13
         EDLIN GALLAGHER HUIE & BLUM
14       BY:  MICHAEL E. GALLAGHER, JR.
         BY:  FRED M. BLUM
15       BY:  DANIEL ERIC TROWBRIDGE
         500 Washington Street
16       Suite 700
         San Francisco, California 94111
17

18   **ALSO PRESENT:**

19       Matt Stone
         Scott Fryer
20       Ron Beaton
         Eric Lardiere

21

22

23

24

25

1                              **INDEX OF WITNESSES**

2

3     **WITNESSES**                                                    **PAGE**

4     MASNADA, Dan

5             Direct examination by Mr. Gee                            991
              Cross-examination by Mr. Gallagher                       1017
6             Redirect examination by Gee                              1032

7
      PELOQUIN, John
8
              Video testimony                                          1036
9

10    TRUDELL, PH.D., Mark

11            Direct examination by Mr. Gee                            1039
              Cross-examination by Mr. Blum                            1070
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

**INDEX OF EXHIBITS**

2

3

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|
| 202 | Memo | 1036 | 1036 |
| 205 | Memo | 1036 | 1036 |
| 206 | Memo | 1036 | 1036 |
| 210 | Memo | 1036 | 1036 |
| 213 | Bean Report | 1036 | 1036 |
| 413 | Remedial Action Plan | 1044 | 1044 |
| 444 | Letter | 1036 | 1036 |
| 445 | Memo Report | 1036 | 1036 |
| 448 | Memo | 1036 | 1036 |
| 449 | Handwritten Report | 1036 | 1036 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TUESDAY, NOVEMBER 23, 2021; 8:28 A.M.**

**LOS ANGELES, CALIFORNIA**

-oOo-


(The following proceedings were held in

open court outside the presence of the jury:)

THE CLERK:  Calling Item No. 1, Case No.

CV 18-6825-SB, Santa Clarita Valley Water Agency versus

Whittaker Corporation, et al.

Counsel, please state your appearances, starting

with plaintiff's counsel.

MR. RICHARD:  Patrick Richard.  And with me are

Ms. Scott, Mr. Gee, and Mr. Stone and Ms. Micevych.

MR. BLUM:  Fred Blum, Your Honor, for Defendant

Whittaker.  With me is the client representative,

Eric Lardiere.  Also Mr. Trowbridge and Mr. Gallagher, and

Scott Fryer will be joining us in a moment.

THE COURT:  Good morning, everyone.  We're

outside the presence of the jury.

There is an issue with respect to Juror No. 7 who

called in sick this morning.  She said that she was not feeling

very well, didn't sleep well, and woke up feeling congested.

And we did ask her some questions to see whether there was any

concern about her having COVID.  She did mention that she had a

slight headache.

08:29AM

08:29AM

08:30AM

08:30AM

08:31AM

1          Incidentally, I am ordering sealed this portion

2     of the transcript, the portion that began after "Good morning,

3     everyone.  We're outside the presence of the jury."  I will

4     indicate when I've stopped the sealing portion of this

5     proceeding.

6          The Court is going to have contact tracing with

7     her in an abundance of caution.  Of course, I don't have any

8     information beyond that and don't have information to suggest

9     that she has COVID or doesn't have COVID beyond what I have

10    indicated.

11         My intention is to excuse Juror No. 7 and proceed

12    with the trial.  I will also note for the parties that

13    Juror No. 7, in my view, has been someone who has manifested

14    concern about the pace of this trial.  So she is someone who I

15    think has not been pleased with the pace of the trial.  And

16    this is really just based upon murmurings about how long

17    witnesses have been on the stand, things of that nature.

18         And so it's possible that she's not feeling well,

19    without doubting her integrity because she's feeling stressed

20    by this particular trial.

21         So with that, that's what the Court intends to

22    do.  I will hear from the parties if they wish to be heard.

23         Mr. Richard?

24         MR. RICHARD:  Yes, Your Honor.  Without further

25    information, the only question or thought I had is if

08:31AM

08:31AM

08:32AM

08:32AM

08:32AM

1  Juror No. 7 had any sense that she would recover and we could

2  resume -- we're so close to resting.  It's a shame to lose a

3  juror, but I understand the Court's inclination to keep moving

4  without her.

5          THE COURT:  Well, understand this, Mr. Richard.

6  There is no way for me to know whether she's going to recover.

7  So that places the case, in my view, in this trial in jeopardy.

8  If the parties wish to proceed in that fashion, you let me

9  know.  But this can be a recurrent affair.  This is not

10 unusual, in my view, and not unexpected, in my view.

11          So I don't think that it would serve a

12 particularly useful purpose and I think it would potentially

13 cause this case to crater and we'll have to start all over

14 again.  And I'm sure you're not going to want to have to

15 experience what you've experienced even leading up to this

16 trial.

17          MR. RICHARD:  Yes, Your Honor.  Thank you.

18          THE COURT:  So let me just get your position.  Is

19 your position that we should wait and see, to the extent if she

20 recovers, when she recovers and place this case on hold?

21          MR. RICHARD:  No.  I think we need to proceed,

22 Your Honor.  Thank you.

23          THE COURT:  Mr. Blum?

24          MR. BLUM:  Your Honor, we would defer to the

25 Court.  Whatever the Court wants to do.

1          THE COURT:  All right.  I think that's clearly

2     the way that we have to proceed.  Otherwise, in my view, the

3     chances that this case goes to jury deliberations are seriously

4     diminished or at least delayed substantially, causing the

08:32AM  5     possibility that we will lose other jurors and have to declare

6     a mistrial.

7          So we will proceed and we will bring in the jury.

8     Let's go ahead, please.  Thank you.

9          We have now ended the sealed portion of these

08:33AM 10     proceedings.

11          (The following proceedings were held in

12          open court in the presence of the jury:)

13          THE COURT:  We remain on the record in

14     Santa Clarita Valley Water Agency versus Whittaker Corporation,

08:35AM 15     now joined by the jury.

16          Good morning, ladies and gentlemen.

17          THE JURORS:  Good morning.

18          THE COURT:  You will note that we are short one

19     juror.  And the Court has elected to proceed without that juror

08:35AM 20     rather than to delay the proceedings.

21          Please do not speculate why the Court has decided

22     to do so or why I have excused Prospective Juror No. -- or

23     Juror No. 7.

24          What I will do is I will -- since we now have a

08:35AM 25     little more room, let's perhaps have Juror No. 8 move over a

```
  1   seat, please.  It just gives you a little bit better spacing.

  2   And we may rearrange things now that we have a little more

  3   space in the box.

  4              You will recall that we remain in the plaintiff's

08:36AM  5   case.  And I will tell you that it does appear to the Court --

  6   although, I'll have better information by the end of the day --

  7   that we are on track, consistent with the Court's estimate.

  8   That is to say, to the extent that you're wondering whether

  9   we're perhaps going to go longer, I can't guarantee that.  But

08:36AM 10   at least based upon the information that I recently received,

 11   it does appear to me that we are not running long.

 12              So with that, let's proceed with the plaintiff's

 13   case.

 14              Who is your next witness, Mr. Gee?

08:36AM 15              MR. GEE:  The plaintiffs would like to call

 16   Mr. Dan Masnada.

 17              THE CLERK:  Please stop right there.  Raise your

 18   right hand to be sworn.

 19              THE CLERK:  Do you solemnly swear that the

08:37AM 20   testimony you shall give in the cause now before this Court

 21   shall be the truth, the whole truth, and nothing but the truth,

 22   so help you God?

 23              THE WITNESS:  Yes, I do.

 24              THE CLERK:  Thank you, sir.  Please be seated.

08:37AM 25              Sir, for the record, would you please state your
```

1    name and spell your last name?

2              THE WITNESS:  Dan Masnada, M-a-s-n-a-d-a.

3              THE CLERK:  Thank you, sir.

4              There is some fresh water there if you need it.

08:37AM  5         THE WITNESS:  Thank you very much.

6                        **DAN MASNADA,**

7              **CALLED BY THE PLAINTIFF, WAS SWORN.**

8                      **DIRECT EXAMINATION**

9    BY MR. GEE:

08:37AM  10        Q    Mr. Masnada, can you remove your face mask?

11        A    Thank you.

12        Q    Mr. Masnada, did you work for plaintiff,

13   Santa Clarita Valley Water?

14        A    Specifically, I worked for the Castaic Lake Water

08:37AM  15   Agency as general manager from 2002 until 2015 and then served

16   as principal advisor to the general manager during most of 2016

17   until I retired.  And then from 1984 until 1992, I served as

18   managing director and vice president of the Valencia Water

19   Company.

08:38AM  20        Q    What was your role when you were working for

21   Castaic Lake Water Agency, and what were your primary

22   responsibilities?

23        A    Well, I was the general manager.  So I reported

24   to an 11-member board of directors.  So I was responsible for

08:38AM  25   overall operations, fiscal management, water resource planning,

policy implementation, and all of the operations of the water

agency.

Q       And, Mr. Masnada, what does water resource

planning involve?

08:38AM    A       Water resource -- it involves a number -- quite a

bit of elements.  But principally, it involves ensuring there

is sufficient or adequate water supplies for the valley on a

long-term basis and then also on a short-term basis addressing

any shortfalls due to drought, things of that nature.

08:39AM            In regards to the long-term planning or the

long-term perspective, it's particularly important for the

agency because the agency service area is about half built out.

So there's more population to come.  There's more water

supplies that need to be implemented as part of meeting the

08:39AM    demands of a growing community.

Q       And we heard some testimony about this.  But just

briefly, what are Santa Clarita Valley Water Agency's major

sources of water supply?

A       We always used to refer to it as a water supply

08:39AM    portfolio, just like an investment portfolio.  Consists of two

sources of groundwater, the shallow alluvium which goes to

about 200 feet, generally underlies the creek and the river

system in the valley and then the deeper Saugus formation

aquifer, which is almost like an underground sea, if you will,

08:40AM    and underlies most of the valley itself.

1         Then there's imported water supply which consists

2    principally of State Water Project water.  There's also some

3    additional imported water from the central valley.  But the

4    state water portion is the principal component.  And then the

08:40AM  5    last component, the fifth component, if you will, is recycled

6    water that will grow with time in part to meet that additional

7    demand that I mentioned earlier.

8         Q    And, Mr. Masnada, you mentioned that

9    Santa Clarita Valley Water Agency consisted of sort of a legacy

08:40AM  10   of water entities.  Which of the water agencies -- legacy water

11   agencies was responsible for imported water?

12        A    Castaic Lake Water Agency.  We were the regional

13   wholesaler of originally State Water Project water.

14        Q    Was the management of the imported water part of

08:41AM  15   your personal responsibility?

16        A    Yes.

17        Q    Are you familiar with the term "banked water"?

18        A    Extremely, yes.

19        Q    And what is banked water?

08:41AM  20        A    Banked water -- remember, the programs that were

21   implemented or that the agency's currently using were

22   implemented during my tenure there.  But banked water is

23   water -- principally State Project water that we take -- that

24   we don't take delivery of into the service area during wet

08:41AM  25   years because that supply isn't needed during that point in

1  time.  However, it's banked in the Center Valley.  I won't go

2  into the details of that.

3          Basically, it's put into a water bank in the

4  Central Valley, and that water is extracted during drought

08:41AM  5  periods to make up for shortfalls in the state water supply

6  during dry years as has been the case the last couple of years.

7       Q       And so does -- just to be clear, is banked water

8  water that's actually purchased by Santa Clarita Valley Water

9  Agency or former Castaic Lake Water Agency?

08:42AM  10      A       Correct.  Yes.

11       Q       Is there a cost associated with storing the

12  water?

13       A       Yes.  On an all-in basis, banked water is the

14  most expensive chunk of water, if you will, between the

08:42AM  15  groundwater supplies and the State water supply -- excuse me --

16  the imported water supply.  The cost for banked water is

17  essentially, you know, roughly, because the programs vary as

18  far as costs go, but it essentially doubles the cost of the

19  State water because there's cost to store the water in the

08:42AM  20  bank.  There's also extraction costs.  On an all-in basis, it

21  roughly doubles the cost of the State water on a delivered

22  basis to the service area.

23       Q       Okay.  And at what time would the agency use

24  banked water?

08:43AM  25      A       As I mentioned earlier -- mother nature delivers

1    the water like this.  The State water supply might have close

2    to our contractual amount in certain light years and in certain

3    dry years -- I think this last year was only a 5 percent

4    allocation.  So the agency's contract entitlement, just using

08:43AM  5    round figures, is about a hundred-thousand acre-feet.  I

6    believe the past year the allocation was 5 percent because of

7    the low snowpack in the Sierras.  So the agency had only 5,000

8    acre-feet of that water delivered.

9          So, you know, the banked water would be used to

08:43AM  10    supplement delivery of -- the banked water would be used to

11    supplement that 5,000 acre-feet to meet the -- to meet the

12    demands in the valley, to meet overall water demand in the

13    valley.

14       Q    Okay.  So for anything other than drought, would

08:44AM  15    you use banked water for anything else?

16       A    95 percent of the time -- well, virtually all of

17    the time you would use it to address drought conditions.  If

18    there was an earthquake on the aqueduct, for example, north of

19    our banking supplies where the State water supply was cut off

08:44AM  20    for a period of time, we would extract the water for that

21    purpose.  But hopefully that event will be -- well, will not

22    occur, let alone be few and infrequent events along those

23    lines.

24          But again, it's -- it's intended to address dry

08:44AM  25    periods.  Sorry for the longwinded answer.

1      Q      Okay.  Mr. Masnada, before you were the general

2   manager for Castaic Lake Water Agency, you mentioned you had a

3   position with Valencia Water Company?

4      A      Yes.  Valencia was a wholly-owned subsidiary of

08:45AM   5   the Newhall Land and Farming Company.

6      Q      Again, from what time period were you working for

7   Valencia Water Company?

8      A      '84 through '92.  In November of '92 I left to

9   take a position with the Central Coast Water Authority as

08:45AM   10   executive director of the Authority in Santa Barbara County.

11   We implemented the -- we brought State water into

12   San Luis Obispo and Santa Barbara County in conjunction with

13   the Department of Water Resources.

14            So yet another -- so that was my first of two

08:45AM   15   instances where I was working for a State Water

16   Project contract.

17            THE COURT:  Mr. Masnada, if you could just slow

18   down just a little bit as you're speaking, that would be very

19   appreciated --

08:45AM   20            THE WITNESS:  Will do.  Sorry.

21            THE COURT:  -- by a number of people.  Thank you.

22      Q      BY MR. GEE:  Mr. Masnada, while you were working

23   with Valencia Water Company, did the water agencies have any

24   kind of committee or any type of means of meeting with one

08:46AM   25   another?

1    A       The purveyors had an informal committee that was

2    called the Santa Clara -- the Upper Santa Clara Water Committee

3    that I participated in along with the president of Valencia

4    Water and the other retailers.  And for a while there until I

08:46AM   5    left in 1992, I chaired that committee.

6    Q       Okay.  Was perchlorate contamination an issue

7    when you worked for Valencia Water Company in the 1980s and

8    early 1990s?

9    A       Not really.  We had met -- when I say "we," the

08:46AM   10   committee had met once or twice with a consultant that was

11   doing some work for Whittaker at that time, and they were in

12   the initial stages or early stages of trying to characterize

13   contamination onsite.  Not offsite.

14   Q       And were you told -- did you have any concerns

08:47AM   15   regarding potential groundwater contamination at that time?

16   A       Well, certainly that's why we met with them to

17   determine -- to see what was going on.  At that time no real

18   concerns in the sense that -- well, maybe ignorance was

19   bliss -- because there simply wasn't enough information

08:47AM   20   available for us to -- well, there simply wasn't enough

21   information available.

22   Q       So other than your meeting with the Whittaker

23   consultant, did you have any other interaction with Whittaker

24   while you were with Valencia Water Company?

08:47AM   25   A       Not really.  There were just, you know, one or

1    two instances that I can vaguely recall that there was some

2    reporting done.  You know, once meeting with the consultant,

3    and then once we did get some information from a gentleman by

4    the name of Frank Steiner.  He was the consulting engineer to

08:48AM  5    Newhall County Water District who participated in a number of

6    the committee meetings.  And my recollection at the time was

7    that he attended, I believe, a DTSC meeting, and there was some

8    discussion about some disposal sites, again, on the

9    Whittaker Bermite site where there was some liquid waste

08:48AM  10    disposed of onsite.  And he reported back to the committee.

11            But that was the extent of the information that I

12    knew up until the time that I -- I left the valley in 1992.

13        Q     Okay.  And did Castaic Lake Water Agency own any

14    of the production wells that were contaminated by Whittaker?

08:48AM  15            MR. GALLAGHER:  Vague.

16            THE COURT:  Go ahead and rephrase the question.

17            MR. GEE:  Let me ask a different question.

18        Q     When you returned to Castaic Lake Water Agency,

19    did it own any water production wells?

08:49AM  20        A     The agency did not, but when I returned, we owned

21    Santa Clarita Water Division, which was formerly Santa Clarita

22    Water Company, and it owned two of the wells -- Saugus 1 and

23    Saugus 2.

24        Q     And did Castaic Lake Water Agency have any other

08:49AM  25    interests regarding perchlorate contamination other than those

1   two contaminated wells?

2        A     Well, as the regional supplier, it did have an

3   interest in the sense that, if in some form or fashion our

4   groundwater supplies were impacted, that would dictate how much

08:49AM  5   purchased water, imported water the agency would need to obtain

6   in order to meet its growing demands.

7        Q     Okay.  And you mentioned that you returned to

8   Castaic Lake Water Agency in 2002.  Was contamination a high

9   priority for you upon your return?

08:50AM  10       A     Well, yes.  During my interview, I was asked a

11  number of questions relating to -- relating to that particular

12  issue.  By that point in time, when I -- when I started work as

13  general manager, four wells had been taken out of service in

14  1997, and that was one of the things that I really had to come

08:50AM  15  up to speed on quite rapidly.  I eventually recognized that --

16  and I mentioned it a number of times both publicly and in

17  commentaries that was -- the perchlorate contamination was the

18  single greatest environmental challenge in the history of the

19  Santa Clarita Valley.  Absolutely.

08:51AM  20       Q     And did you have to become familiar with the

21  history of perchlorate contamination in the Santa Clarita

22  Valley?

23       A     Yes.  Yes.  In part because there was ongoing

24  litigation that I knew we would ultimately be -- well, that we

08:51AM  25  were involved in.

1    Q        And do you know whether or not the -- the agency

2    had any communication with Whittaker or anybody else prior to

3    filing the lawsuit in 2000?

4               MR. GALLAGHER:  Vague.  Compound.

08:51AM  5      THE COURT:  Sustained.

6    Q        BY MR. GEE:  When -- I'm sorry.

7               Did you have any information regarding

8    discussions -- prelitigation discussions with Whittaker?

9    A        Yes.  You know, I met with the former general

08:52AM  10   manager as part of the transfer of responsibilities.  We went

11   into quite a bit of detail.  There are a number of reports that

12   I read.  We also had press releases.  You know, the agency had

13   issued press releases, and I reviewed that material as well.

14   There was quite a bit of written material and also verbal

08:52AM  15   communications from the past -- with the past general manager

16   as well as staff that was working -- agency staff that was

17   working on that particular issue.

18   Q        And do you recall when perchlorate contamination

19   was found in the contaminated wells?

08:52AM  20   A        1997.  I can't tell you the month, but it was

21   1997 that it was discovered in the wells and four Saugus

22   formation wells were taken out of service at that time.

23   Q        And you mentioned you were involved with a

24   litigation when you first stepped into the shoes of -- as

08:53AM  25   general manager of Castaic Lake Water Agency.  Do you know when

1    the lawsuit against Whittaker and others was filed?

2         A     In 2000.

3         Q     And were there any notations about settlement

4    discussions or anything to that -- of that nature between 1997

08:53AM  5    and 2000?

6         A     Yes.  I understand, again, from verbal

7    communications and reading the material, there were quite a few

8    discussions after the wells -- after the wells had been taken

9    out of service in 1997 all the way up until the time -- in 2000

08:53AM  10   when the agency and three of the valley retailers filed suit to

11   compel Whittaker to, in so many words, step up to the plate and

12   pay for remediating the contamination.

13        Q     And when you stepped into the general manager

14   position, what was your understanding of Whittaker's and other

08:54AM  15   parties' position in litigation?

16        A     My understanding was initially they were denying

17   responsibility.  And it wasn't until there was a summary

18   court -- I forget the term -- summary court decision that

19   indicated Whittaker and Santa Clarita, LLC, were potentially

08:54AM  20   responsible parties for the contamination.

21        Q     Okay.  When you read through the files for -- of

22   your predecessor, do you know what the water companies did once

23   they found contamination in -- perchlorate contamination in the

24   wells?

08:54AM  25        A     As I mentioned earlier, the wells were

1    immediately -- shutting is my terminology -- but taken out of

2    service, and the Department of Health Services, now Division of

3    Drinking Water, was immediately notified of the fact those

4    wells were taken out of service because of perchlorate

08:55AM    5    contamination.

6        Q    Okay.  And you mentioned a Summary Judgment

7    Motion or summary judgment ruling.  Was that a key turning

8    point in settlement negotiations with Whittaker and others?

9        A    From what I was told, yes, it was.  It was

08:55AM    10   compelled to negotiate in earnest with the water suppliers.

11       Q    And did you start settlement negotiations shortly

12   thereafter?

13       A    Well, when I walked in the door -- yes.  Yes.

14   When I walked in the door, we were in settlement negotiations.

08:55AM    15       Q    And what did the water agency want to get out of

16   settlement, if you will?  What was the water agency seeking in

17   settlement?

18       A    Well, there were a couple goals.  One was to

19   effectively restore those wells that had been contaminated back

08:56AM    20   to service delivering potable, healthy water, sort of remediate

21   the contamination.  And, secondly, just as important if not

22   more important, was to contain migration of the contaminant

23   plume so that it would not affect other wells downstream of

24   those particular wells that had already been contaminated.

08:56AM    25       Q    And why was containment important to the agency?

```
            1      A       Once again, because containment was necessary --
            2   well, was important because, if additional wells were impacted,
            3   that means additional supply -- groundwater supply would be not
            4   available at least on a temporary basis until those wells were
08:56AM     5   also remediated.  It was extremely important.
            6      Q       Okay.  And ultimately you reached a settlement in
            7   2007; is that correct?
            8      A       Yes.
            9      Q       What was the purpose of -- the water agency's
08:57AM    10   purpose of the settlement agreement, if you recall?
           11      A       The water agency's purpose was, one, again, to
           12   remediate the wells that had been impacted, you know, restore
           13   them to service.  The other was to contain the migration of the
           14   plume, once again.  There was a third element, I would say --
08:57AM    15   well, the third element was to ensure there was no additional
           16   contamination coming from the site because all those wells are
           17   what we characterize as being offsite.
           18               The contamination had already occurred, and it
           19   got into the aquifer, and it was migrating offsite, migrating
08:57AM    20   into the valley.  And again, the containment was imperative,
           21   that containment to ensure it didn't further migrate, and the
           22   aquifer was imperative.
           23      Q       Seven years seems to be a period of time.  Did
           24   the water agency do anything in the interim between the time
08:58AM    25   they shut down the wells and reached a settlement with
```

1    Whittaker and others?

2       A    Well, there was quite a bit done because

3    initially the agency had contacted, again, based on my

4    conversations with Bob Sheehorn, the former general manager --

08:58AM  5    Sheehorn, S-h-e-e horn, and with staff that -- can you ask the

6    question again?  I just lost it spelling Bob's name.

7       Q    Between the time that the water agency's detected

8    contamination shut down their wells in 1997 and 2007, did the

9    water agency undergo any activities in that interim time

08:58AM  10   period?

11      A    Yes.

12         MR. GALLAGHER:  Vague and overbroad, Your Honor.

13         THE COURT:  It is.  Sustained.

14      Q    BY MR. GEE:  What is your understanding of the

08:59AM  15  water agency's activities after they shut down their wells in

16    1997?

17         THE COURT:  With respect to what?

18         MR. GEE:  With respect to addressing the

19    contamination.

08:59AM  20        THE COURT:  You may answer.

21         THE WITNESS:  Thank you.  We first talked to the

22    various consultants that did work for the agency and the

23    retailers, hydrogeologists, to inquire about what should we do.

24    Of course the consultants were very well-versed and understood

08:59AM  25  the geology, the hydrogeology.  However, they concluded or they

told us, informed the agency that more work needed to be done

to characterize not just -- not just the hydrogeology but the

nature of the contaminant plume and where it was going and how

best to contain it.  And additional engineering consulting

09:00AM    effort was necessary or hydrogeologic consulting effort was

necessary in order to get that information so that a remedy

could ultimately be developed.

         Q       BY MR. GALLAGHER:  And did the water agencies

conduct the investigation?

09:00AM    A       Yes.  We worked with the Army Corps of Engineers,

in fact, got a federal grant for that purpose.  But the

Army Corps, we contracted with the Army Corps of Engineers to

conduct that effort.

         Q       What happened after the Army Corps of Engineers

09:00AM    investigation was completed?

         A       Well, the Army Corps of Engineers essentially

provided us a roadmap as to what we physically had to do in

order to accomplish the goals I mentioned earlier.  So projects

were defined or a project was defined that would both treat a

09:01AM    certain amount of the contamination from the Saugus 1 and

Saugus 2 wells and also serve to -- to -- to contain the

perchlorate contamination.

         Q       Okay.  You mentioned --

         A       The -- yeah.  The migration, I should say.

09:01AM    Q       You mentioned a project.  Do you recall just

1    generally what that project involved?

2        A     That project involved piping, a treatment

3    facility that was co-located with the agency's Rio Vista pump

4    station.  And the two -- Saugus 1 and Saugus 2 wells, the two

09:01AM  5    Santa Clarita wells that I mentioned earlier that were in

6    closest proximity to the Whittaker Bermite site.

7          So the project involved pumping those two wells

8    at a certain rate and utilizing the piping that was installed

9    to deliver it to the -- to the Saugus perchlorate treatment

09:02AM  10    facility for treatment.  And then there was additional piping

11    that -- that took the treated or remediated water and put it

12    back into the distribution system for ultimately -- for

13    ultimate delivery to the end users, the businesses and

14    residences in the valley.

09:02AM  15        Q     And this project, that was a result of the 2007

16    settlement agreement?

17        A     Yes.

18        Q     And did -- did the water agency make any

19    contribution to the project in terms of equipment?

09:02AM  20        A     Yes.  If I understand your question correctly,

21    what the agency contributed, one was the land for the treatment

22    facility.  We didn't have -- we did not have to acquire any

23    land.  We were able to use that.  So that was a significant

24    cost saving.  Then also, as part of the distribution -- the

09:03AM  25    piping system that I was just describing, we were able to

utilize some existing pipelines in addition to installing new

pipelines that further reduce the cost.

Q       Did the -- how long did it take for the project

to be completed?

A       So the agreement was in 2007.  The project was

brought online in 2010, '11.  I can't remember exactly when.

It was about four years later after the agreement was executed

the project came online.

Q       And was the project effective in containing the

perchlorate contamination from the Whittaker site?

A       Well, it did treat contaminated water, but it

wasn't completely effective because there were -- there were

two other wells that -- downstream of the Saugus 1 and 2 wells

that became contaminated, V-201 and then later V-205 which were

both Valencia Water Company or now Valencia Water Division

wells.

Q       Okay.  And earlier, was there another Valencia

Water Company well that was impacted -- in the Saugus formation

that was impacted by the perchlorate?

A       The V-157 was one of the four wells that was

taken out of service, and that well ultimately was replaced

with a new well as part of the settlement agreement because it

was more cost effective to do that rather than installing a

separate treatment system for that particular well.  So the new

well that replaced 157 was drilled in a portion of the Saugus

formation that was not contaminated with perchlorate.

Q      And are you familiar with the term "replacement water"?

A      Yes.

Q      And what is replacement water?

A      Replacement water -- you mentioned how long it took the facilities to come online, roughly four years.  There is a period of time between when the wells are taken out of service and when the remedy comes online that treats the water and allows it -- the well to be put back in service.

The replacement water was purchased water to make up for the water that would have otherwise been available from that particular well had it not been contaminated during that period of time.

Q      And under the settlement agreement, who paid for the replacement water?

A      Under the settlement agreement, it was agreed that Whittaker would pay for the replacement water.

Q      And was there any -- was there any objection at the time for a -- for -- did Whittaker object at the time regarding payment of the replacement water?

A      They signed the agreement.

Q      Okay.  So now we're in approximately 2010, 2011. What happened with the -- the two contaminated wells that -- that became contaminated around that time period?

1    A       Well --

2            MR. GALLAGHER:  Vague.  Overbroad.

3            THE COURT:  Rephrase your question.

4    Q       BY MR. GEE:  What did -- what was the water

09:06AM  5   agency's response to the perchlorate contamination of the V-201

6    well?  Let's start with V-201.

7    A       V-201, the agency in this case, Valencia Water

8    Company at the time, immediately took the well out of service,

9    and we notified Whittaker that, under terms of the 2000

09:06AM  10  settlement agreement, they were obligated -- they were mandated

11   to fund the remedy for V-201.  And that was, you know -- that

12   was communicated to Whittaker at one of the monthly -- the

13   monthly meetings that we were holding.

14   Q       Okay.  And did the funding -- would the funding

09:07AM  15  occur right away?

16   A       No.  No.  Once again, there were delays --

17   Whittaker and the insurers delayed for the better part of three

18   years going back and forth, back and forth.  Ultimately, I

19   signed an April 2014 letter putting Whittaker on -- formally on

09:07AM  20  notice that this well -- that they needed to comply under the

21   2000 settlement agreement in addressing the contamination at

22   V-201.

23   Q       And did you get a response?

24   A       No.  Not immediately.  Later that year in

09:07AM  25  December we sent another letter, December 23rd.  I remember

that one.  We sent another letter essentially stating -- you

know, it was a stronger letter saying -- once again, stating

they have the obligation to address the contamination at that

well and, if they didn't, we would go through either -- we

09:08AM  would pursue our judicial remedy, if you will.  That might not

be the right word.  But we would pursue the remedies set forth

under the agreement.  That's the correct word.

        Q     Okay.  And ultimately, did you wind up settling

the issue with payment for V-201 treatment?

09:08AM          A     Yes.  About a year later there was a separate

agreement prepared.  We didn't believe it was necessary.

Whittaker wanted a separate agreement because they believed

they felt they had a better chance of obtaining --

        MR. GALLAGHER:  Objection, Your Honor.

09:08AM  Relevance.

        THE COURT:  Sustained.  The jury is to disregard

the witness's perception of what Whittaker believed.

        Go ahead.  Ask your next question, please.

        Q     BY MR. GEE:  Okay.  And ultimately, was Valencia

09:09AM  Water Company able to utilize the treated water for drinking

water supply?

        A     They -- not, no.  No.

        Q     Okay.  Now, let's move over to V-205.  When did

V-205 become contaminated with perchlorate?

09:09AM          A     It was sometime after V-201 was contaminated.

1       Q       Okay.  And what was the agency's initial

2  response?

3       A       Well, understand that well -- again, Valencia

4  took that well out -- immediately out of service.

09:09AM   5       Q       Okay.  And all these -- sorry.  Strike that.

6               Was the contamination in the V-205 well above any

7  kind of MCL standards?

8                       MR. GALLAGHER:  Leading.

9                       THE COURT:  Overruled.

09:10AM  10               You may answer.

11                       THE WITNESS:  Understand the initial detections

12  of V-201 were under the MCL initially.

13       Q       BY MR. GEE:  I'm talking about V-205.

14       A       I meant V-205.  Not V-201.  Sorry.

09:10AM  15       Q       And why did the agency -- the agencies take that

16  well out of service?

17       A       Once again, as I mentioned earlier, containment

18  of the perchlorate plume was vitally important.  And the

19  history was, anytime there was a contaminant hit in any of the

09:10AM  20  wells, those wells were -- those wells were taken out of

21  service because, otherwise, it would -- it would aggravate the

22  migration of the contamination plume.

23       Q       Mr. Masnada, did the agency get a -- ultimately

24  get a permit to use Saugus 1 and Saugus 2 as water supply

09:11AM  25  wells?

1    A       Yes, they did.  '97 to '05 permit from Division

2  of Drinking Water.

3    Q       And going back to V-201, just a little bit, after

4  you sent the second letter to Whittaker, did they respond to

09:11AM  5  that letter?

6              MR. GALLAGHER:  Asked and answered.

7              THE COURT:  Overruled.

8    Q       BY MR. GEE:  Did they immediately respond to that

9  letter?

09:12AM  10             THE COURT:  This is the second letter on

11  December 23, 2014?

12             MR. GEE:  Yes.  To that letter.

13             THE WITNESS:  Yes.  I can't remember when.  I do

14  remember that at the time -- it was either on the 23rd or the

09:12AM  15  24th.  I don't know why I remember so vividly.  In part because

16  I was so frustrated with the delays because delay meant the

17  plume was moving.  Even if the wells weren't producing, the

18  plume is moving naturally through the aquifer.

19             But I called -- I called Eric Lardiere from my

09:12AM  20  company car.  I remember I was going north on Bouquet.  I said,

21  we need to -- well, I won't say exactly what I said, but we

22  need to get this remedy in place, once again, for the reasons I

23  have just mentioned.

24    Q       BY MR. GALLAGHER:  Okay.

09:12AM  25    A       And then after that time, there was -- there was

an agreement, and ultimately V-201 was put online.  It wasn't
put into service by DD -- by Division of Drinking Water.

Q       Okay.  And let's go back to Saugus 1 and
Saugus 2.  Those were two wells -- the two wells that you
described that was part of the project; is that correct?

A       Yes.

Q       And did ultimately the agency get a water supply
permit to operate those wells and for use as drinking water
supply wells?

A       Yes.

Q       And did that permit come with any conditions that
concerned the agency?

A       Well, there was one condition that related to
VOC -- the VOCs.  The VOCs weren't addressed in the 2007
agreement.  Just perchlorate was.  There were very low levels
of VOCs, and the condition and the permit is that any VOCs that
were detected at the plant needed to be blended out with water
that contained -- that did not contain VOCs, principally the
purchased water so that, when that water is delivered at -- to
the end user, the end -- VOCs would be at a non-detect level,
essentially, like I say, blended out.

Q       Okay.  And when you initially started out the
project, was -- was the agency able to comply with that
requirement?

A       Most of the time.  Not all of the time.

1014

1    Q       Okay.  And early on like in 2012, were there any

2  unusual occurrences that gave the agencies concern?

3    A       Yes.  There was -- there was -- we had

4  received -- there were a number of readings, not a lot, but

09:14AM 5  there were certain readings in the -- at what we call in the

6  vicinity of our SC1 turnout, and the turnout is a structure

7  where imported water supply is delivered to the distribution

8  area -- to the distribution system.  So upstream at that

9  turnout, it's 100 percent State water.

09:15AM 10       So we were getting readings at -- occasional

11  readings -- when I say occasional, there's a handful of

12  readings, that at the turnout were higher than any readings

13  that we were getting from this -- at the effluent of the Saugus

14  perchlorate treatment facility which at first glance would seem

09:15AM 15  to indicate that, wait a minute, there is another source of

16  VOCs in the system.  Don't know where -- well, we know it's at

17  SC1.  That could be coming from the perchlorate treatment plant

18  because the levels at the plant were less than what we were

19  seeing -- what we saw at the SC1 turnout.

09:15AM 20    Q       And did the agency conduct any type of

21  investigation as to why that might be happening?

22    A       Yes.  Engineering staff did a forensic analysis,

23  if you will.  It took a little while to figure out what was

24  going on because we retest and we sometimes would see the

09:16AM 25  readings and sometimes we wouldn't get readings.

1        Turned out, there was an abandoned section of
2   pipeline called Honby Lateral.  It was connected right there at
3   the SC1 turnout piping system.  It was right there.  And there
4   was a valve there that was isolating -- supposedly was
09:16AM    5   isolating it from the SC1 system.
6        However, in that same area, there had been some
7   PCE contamination, about 200 feet from where that valve
8   location is.  Actually, it was investigated -- well, it was
9   discussed a little bit in the CH report on VOCs later on,
09:16AM   10   Flamingo Cleaners, where there had been some PCE contamination
11   shallow that had been cleaned up.
12        In any event, we suspected that there was some
13   migration or infiltration through that -- I won't say
14   improperly, but it was an incomplete abandonment of that
09:17AM   15   pipeline.  So the pipeline there -- we replaced the valve with
16   what they call a blind flange, just caps it off.  And after
17   that point in time, we did not receive PC -- there were no
18   readings higher than were -- than the readings at the effluent
19   of the treatment plant.
09:17AM   20        There was one time in 2015 where there was one
21   reading that was higher.  But with all the hundreds of tests,
22   that could have -- it doesn't happen that often.  But at those
23   low levels, it could have been a sampling error, who knows, but
24   it happened only once after that.
09:17AM   25        So we believe that the source of the VOCs -- or

1  the PCE, but the VOCs is the broader term -- was a result of

2  the pipeline that was not completely abandoned, if you will.

3          THE COURT:  The only VOC at issue concerning this

4  turnout was PCE?

09:18AM 5          THE WITNESS:  I believe so.  If I remember

6  correctly.  Yes.

7          THE COURT:  Continue, please.

8      Q      BY MR. GEE:  And did you -- did you find any need

9  to do any further investigation after you blinded off that --

09:18AM 10  that lateral that you were discussing?

11      A      Well, the agency kept testing, of course.  Didn't

12  really need to do any investigation because we believed we got

13  it at that point.

14      Q      Okay.  And you mentioned the permit condition in

09:18AM 15  the Saugus 1 and Saugus 2 well.  Is that still an issue with

16  the agency?  Was that still an issue at the agency at the time

17  you retired?

18      A      Yes.  Yes, it was.

19      Q      And again, what was the issue?

09:18AM 20      A      The issue was that --

21          THE COURT:  I don't think you need to repeat it.

22  This is the --

23          THE WITNESS:  Asked and answered.

24          THE COURT:  This is the requirement to get down

09:19AM 25  to non-detect levels?

```
 1                    THE WITNESS:  By blending, correct.  Yeah.

 2          Q       BY MR. GEE:  All right.  Mr. Masnada, reflecting

 3     on your career at Castaic Lake Water Agency, is there anything

 4     that you would have done differently to accelerate or move

 5     forward the -- your ability to address contamination from the

 6     Whittaker site?

 7                    MR. GALLAGHER:  Objection, Your Honor.

 8                    THE COURT:  Sustained.

 9                    MR. GEE:  That's all I have.

10                    THE COURT:  Mr. Gallagher.

11                    MR. GALLAGHER:  Thank you, Your Honor.

12                         CROSS-EXAMINATION

13     BY MR. GALLAGHER:

14          Q       Mr. Masnada, you were just talking about the

15     turnouts and the contamination you found at the turnouts that

16     were higher than what you were detecting at the effluent at S1

17     and S2.  Do you recall that?

18          A       I said turnout, not turnouts plural.

19          Q       Turnout SC1 in particular?

20          A       Correct.

21          Q       And you still sold that water -- correct? -- even

22     with the VOCs in it?

23          A       At that time, we didn't sell it.  The agency did

24     not sell it.

25          Q       You still provided that -- I'm sorry.
```

09:19AM (line 5)
09:19AM (line 10)
09:20AM (line 15)
09:20AM (line 20)
09:20AM (line 25)

1       A       Yes.  Because -- at non-detect.

2       Q       You still provided that water to your customers

3   with those VOC detections in it; correct?

4       A       There was water at that location that had some

09:21AM  5   levels of VOC -- very low levels of VOC that went into the

6   distribution system.  Whether or not detectable levels

7   ultimately arrived to the end user, I can't answer that

8   question.

9       Q       Fair enough.

09:21AM 10       But you included that water in the distribution

11  system that had VOCs in it, low levels or otherwise?

12      A       In those very few instances.

13      Q       Fair enough.

14       Let's talk about the --

09:21AM 15       THE COURT:  Actually, before you do, could you

16  explain the distinction between going into the distribution

17  system and getting to the customer?  What happens between those

18  two points that prevents you from saying whether it ended up

19  with the customer?

09:21AM 20       THE WITNESS:  Because there's other water --

21  you've got the turnout that --

22       THE COURT:  You can speak into the microphone, if

23  you will.

24       THE WITNESS:  I'm sorry.

09:21AM 25       There's the turnout that delivers water into

1    piping.  That's part of the distribution system that goes --

2    that goes out throughout the service area.  Those other

3    locations where there's groundwater and additional state water

4    coming into the system that gets blended in.  So ultimately at

09:22AM   5    the end user, you know, the con- -- the water, the

6    constitution, if you will, of the water at the -- when it gets

7    to the end user would be different than what it would be at the

8    turnout.

9                    THE COURT:  So in effect --

09:22AM   10                    THE WITNESS:  I would say could likely be

11    different than it would be at the meter to the house.

12                    THE COURT:  So, in effect, because there is a

13    mixing, if you will, from other distribution sources within the

14    system, the other sources could have effectively blended the

09:22AM   15    level down to a non-detect level?

16                    THE WITNESS:  Yes.

17                    THE COURT:  And you just don't know or have that

18    information?

19                    THE WITNESS:  But, again, those instances were

09:23AM   20    very few and far between.

21                    THE COURT:  All right.  You can continue.

22                    MR. GALLAGHER:  If I may ask a clarifying

23    question to your questions, Your Honor.

24                    THE COURT:  Of course.

09:23AM   25         Q    BY MR. GALLAGHER:  I just want to clarify your

1  understanding of when you think the blending occurs.  So I'm

2  just going to walk through the process, ask you if I'm

3  accurate.  Correct me if I'm wrong.  Sound good?

4          THE COURT:  Just proceed, please.

09:23AM  5      Q      BY MR. GALLAGHER:  So we pull the water from S1,

6  S2.  We take that water, we run it through the Saugus

7  perchlorate treatment facility; correct?

8      A      Yes.

9      Q      It's treated for perchlorate at that point;

09:23AM  10  correct?

11      A      Yes.

12      Q      It then is entered into your system where it's

13  blended with other sources of water.

14      A      Yes.

09:23AM  15      Q      After that blending occurs, it then ends up at

16  the turnouts; correct?

17      A      I'd have to refresh my memory.

18      Q      If you don't recall, that's fine.

19      A      Yeah.  Yeah.  That's getting a little detailed.

09:24AM  20  Keith Abercrombie would probably be better to answer that

21  question, maybe even Matt.

22      Q      Perfect.

23          One further question.  After the turnout, there

24  is no further blending that occurs before it reaches the end

09:24AM  25  user; is that correct?

1021

1    A       I can't answer that question.  The point I was

2  making is that there is very possibly additional blending.

3    Q       But you don't know, as you sit here today, if

4  that occurs?

09:24AM  5    A       Correct.

6    Q       Okay.  The -- we talked about the permit for S1,

7  S2.  Do you recall that?

8    A       Yes.

9    Q       Okay.  We talked about -- I refer to it in the

09:24AM  10  permit as the operational goal.  Is that term familiar to you?

11    A       You'd have to put it more -- in a better context

12  for me.

13    Q       Fair enough.

14          The permit requires the agency to meet the

09:25AM  15  operational goal of non-detect for VOCs; correct?

16    A       I'd have to look at the permit again.  But yes,

17  we needed to achieve non-detect.

18    Q       But it's an operational goal; correct?  In other

19  words, if you don't meet that operational goal and there are

09:25AM  20  VOCs in the system, in the water, that are below the MCL, you

21  are still permitted to sell that water, to put it into the

22  system?  Or do you know?

23    A       I'm not sure about that under the 97-005 permit.

24    Q       For S1, S2, and the SPTF?

09:25AM  25    A       That's subject to the 97-005 permit.

```
 1        Q       Correct.  So we're talking about the same permit,
 2   then?
 3        A       Correct.
 4                Being that it's an extremely impaired source.  So
 5   that -- you'd have to talk to the experts about that.  But
 6   being that it's an extremely impaired source, there was a
 7   regulatory level there that needed to be -- there was a higher
 8   level of regulatory compliance required as a result of it being
 9   an extremely impaired source.
10        Q       As far as you recall, with S1, S2, and the SPTF
11   permit?
12        A       Correct, as far as I recall.
13        Q       Were you involved in the 201 DDW submittals under
14   97-005?
15        A       I was there when they were being made, yes.
16        Q       You're not familiar with what the current
17   recommendation is to the DDW at this time in terms of how to
18   deal with VOCs in the water at 201?
19        A       No.  I don't -- no.
20        Q       Going back to S1, S2 and the SPTF treatment
21   facility, do you know if the DDW is requiring any treatments
22   above blending at that location for VOCs?
23        A       I remember having discussions with DDW -- DDW,
24   that they hadn't come to a final conclusion.  But treatment was
25   always being discussed as the ultimate remedy by DDW.
```

1       Q       Sure.

2               As you sit here today, the only -- I don't want

3   to use the term loosely -- treatment that is being required at

4   S1, S2, and the SPTF is for the agency to blend water to

09:27AM   5   achieve the operational goal of non-detect for VOCs; is that

6   correct?

7       A       100 percent of the time, yes.

8       Q       Well, if there are VOCs still in the water after

9   the blending, you're still providing that water to your

09:27AM   10   customers so long as it's below the MCL; correct?

11               THE COURT:  Didn't you ask this question

12   previously?  I think you did.

13               MR. GALLAGHER:  But he shut it down, so I just

14   wanted to clarify.

09:27AM   15               THE COURT:  He did.  He answered the same way.

16               MR. GALLAGHER:  Okay.

17       Q       Do you know what the term "MCL" stands for?

18       A       Maximum contaminant level.

19       Q       And how is that defined, if you know?

09:28AM   20       A       I can't define it for you.  It's a regulatory

21   threshold.

22       Q       Is it defined as the highest level of a

23   contaminant that is allowed in drinking water?

24       A       I believe that is correct.

09:28AM   25       Q       Do you know what the MCL for T, as in Tom, TCE

1    is?

2         A         I don't recall what it is.

3         Q         Do you know if at any time TCE was detected at S1

4    or S2 above the MCL?  I'd have to look at the -- I'd have to

09:28AM  5    look at the reports, for example, the CH report.  It was

6    prepared while I was still general manager, a couple months

7    before I retired, but I would have to take a look at the report

8    to answer that question.

9         Q         But those numbers are also provided in the

09:28AM  10   agency's annual water quality report?

11        A         I believe so, yes.

12        Q         And the same question for V-201 and 205.  Has

13   there been at any time VOC -- or excuse me, TCE, T as in Tom,

14   detected at above the MCL in those wells?

09:29AM  15        A         I can't answer that question.

16        Q         Do you know what a public health goal is?

17        A         Generally, yes.

18        Q         And the public health goal for TCE is what?

19        A         I can't recall.

09:29AM  20        Q         If I were to say it's 1.7 parts per billion,

21   would that be your understanding?

22        A         The order of magnitude sounds right.

23        Q         And in S1, S2, V-201, V-205, do you know when the

24   last time the detections were above 1.7 parts per billion in

09:29AM  25   any of those wells for TCE?

1      A       Don't know.

2      Q       I believe in the water quality report that the

3 agency provides, you define public health goal.  Do you know

4 that?

5      A       Yes.

6      Q       Do you recall what the definition of the public

7 health goal is?

8      A       Whatever the annual water quality report says.

9      Q       Okay.  I will read it to you, and let me know if

10 you agree.  "The level of a contaminant in drinking water below

11 which there is no known or expected health risk to health."

12 Does that sound right?

13      A       Yes.

14      Q       Going back earlier this morning when you were

15 talking about discussions, I think you said with Whittaker in

16 the -- bear with me -- during your time when you were with

17 Valencia Water Company.  Do you recall that?

18      A       Yes.

19      Q       Remind me again the years you worked at -- '84 to

20 '92 with the Valencia Water Company; correct?

21      A       Correct.

22      Q       And you were saying you had discussions with

23 Whittaker during that time?

24      A       Not with Whittaker.  I remember once at an Upper

25 Santa Clara River committee meeting -- hopefully I get the

1    title right -- we met -- the committee met with one of their

2    consultants.

3          Q      Do you remember the consultant's name?

4          A      I believe it was a female, Barbara.

09:31AM    5          Q      Was it someone from Acton-Mickelson maybe?

6          A      I can't remember.  It was not an employee of

7    Whittaker.  I remember it was a consultant.  I can tell you

8    that for sure.

9          Q      And this person represented that they were there

09:31AM   10    on behalf of Whittaker as a consultant?

11          A      As best as I recall.

12          Q      And the discussion you had with this consultant,

13    did it involve perchlorate?

14          A      It involved contamination, some level of

09:32AM   15    contamination out on the site.  Now, the specific constituents

16    that we discussed, I can't remember that.  I just remember we

17    had that one meeting.

18          Q      As I recall from what I have heard in this trial,

19    perchlorate didn't appear to come on the radar until about

09:32AM   20    1997.  Would you agree with that?

21          A      I can't say for sure.  1997 were when the -- the

22    testing methodology was put in place that allowed the water

23    suppliers to test for perchlorate.  So there had to be

24    something leading up to that point in time.

09:32AM   25          Q      Fair enough.

1            The conversations you recall having, did they --

2   with this consultant on behalf of Whittaker, do you recall if

3   they were discussing any other contaminants, such as VOCs?

4        A     No.  We're going way back now.  We're talking

09:32AM   5   about the -- you know, '87, 1988 or so.

6        Q     Do you know why this conversation was taking

7   place?  Do you recall?

8        A     Somehow we became aware -- well, somehow we were

9   made aware that there was potential contamination out on the

09:33AM   10   site.  Once again, as I mentioned earlier to Byron, that

11   anytime anybody mentioned anything about contamination, you

12   know, that's something that we took seriously and wanted to

13   make sure that it didn't potentially impact any of our wells

14   but specifically the aquifers.

09:33AM   15        Q     Approximately when did this conversation take

16   place?  You were there at -- sorry.  You were there at the

17   Valencia Water Company for a while, '84 to '92.  Do you have a

18   time frame?

19        A     It would have been '87, '88 or so.  Maybe '89.  I

09:33AM   20   don't know, but around that period of time.  It may have even

21   been as late as '92, for all I remember.  But in November of

22   '92, I was gone.  So it was before 1992.  I can tell you that

23   for sure.

24        Q     Fair enough.

09:34AM   25            Fast-forwarding, you rejoin Castaic Lake Water

1028

```
 1   Agency in, I believe you said, 2002?

 2        A      Correct.

 3        Q      Okay.  And at that time, the lawsuit had been

 4   filed in 2000; correct?

 5        A      Yes.

 6        Q      And I believe you testified that you engaged in

 7   or tried to engage in settlement discussions with -- did you

 8   say Whittaker?

 9        A      Well, we were engaged in settlement -- well, the

10   agency was engaged in discussions -- settlement discussions

11   with Whittaker before I walked in the door.

12        Q      Do you know for sure if it was Whittaker or

13   another entity such as SC, LLC?

14        A      Well, there were two entities.  I mentioned

15   SC, LLC, earlier.  Whittaker, SC, LLC, and the insurers, of

16   course, also.

17        Q      And in your discussions -- do you recall when

18   those discussions may have taken place with SC, LLC?  Let's

19   take a step back.

20               Do you remember who SC, LLC, was?

21        A      Yes.  I remember.

22        Q      And who are they?

23        A      It was a gentleman with -- well, my understanding

24   at the time was that they were acquiring or had acquired the

25   site.
```

1    Q       And is it your --

2    A       And then they ended up going through bankruptcy

3    proceedings.

4    Q       And when they purchased the site, was it your

09:35AM    5    understanding that they were responsible for conducting the

6    cleanup of the site?

7    A       I can't tell you that, you know.

8    Q       You haven't ever -- you have never seen the

9    agreement between Whittaker and SC, LLC; correct?

09:35AM    10    A       I'm not sure if I have or haven't.  I can't tell

11    you whether I have or not.

12    Q       Do you have an understanding, as you sit here

13    today, what work SC, LLC, performed at the site prior to your

14    involvement at Castaic Lake Water Agency?

09:36AM    15    A       No.

16    Q       Now, you arrive at Castaic Lake Water Agency.  I

17    believe you testified that there was a 2007 settlement

18    agreement.  Wasn't there another settlement agreement or some

19    sort of interim funding agreement that took place in 2003

09:36AM    20    between the agency and Whittaker?

21    A       Yes.

22    Q       And do you recall what that agreement was

23    supposed to cover?

24    A       I don't recall the specifics.  I think the order

09:36AM    25    of magnitude funding that was made available at that point in

1    time was $5 million or so.

2         Q      And was this funding meant to assist in the

3    investigation of the contamination allegedly coming from the

4    Bermite site and potentially impacting your wells?

09:36AM    5         A      I think it was.

6         Q      Was there any additional funding provided for,

7    for example, the re-siting of wells or replacement wells?

8         A      I'm not sure.  I'd have to see the agreement

9    again.

09:37AM    10         Q      Do you recall if the funding was meant to provide

11   for replacement water for any lost water supplies?

12        A      I can't recall.  I'd have to see it.  I have

13   looked at the 2007 agreement.  Lately, I haven't looked at the

14   interim agreement.

09:37AM    15         Q      In the 2007 settlement agreement, it was entered

16   in April of 2007; correct?

17        A      I know it was 2007.  I can't remember the month.

18        Q      Looking at the perchlorate contamination issue,

19   we know we started seeing it in 1997 in water supply wells;

09:37AM    20   correct?

21        A      Yes.

22        Q      As of April 2007, was there an MCL set for

23   perchlorate?

24        A      I can't remember exactly when the MCL was set.

09:37AM    25         Q      If I were to say the MCL for perchlorate was set

1    by Cal EPA in October 2007, would that ring a bell?

2             THE COURT:  Counsel, you're not to testify.  So

3    ask a question, please.

4         Q    BY MR. GALLAGHER:  Do you know if the Cal EPA set

09:38AM   5    the MCL in October of 2007?

6         A    I can't remember.  I know the MCL was set.  I

7    just can't remember whether it was Cal or federal EPA.

8         Q    Was the MCL set, if you know, after the

9    settlement agreement was entered into?

09:38AM  10         A    I'm not sure.  That may have been possible, but

11    I'm not sure.

12         Q    Okay.  So prior to that, without any

13    understanding of what the MCL may or may not be, Whittaker was

14    engaged with the agency in providing funding to investigate the

09:38AM  15    scope and extent of the perchlorate contamination.  Is that a

16    fair statement?

17         A    Whatever the interim settlement agreement

18    provided for, yes.

19         Q    And ultimately, Whittaker agreed to settle with

09:38AM  20    the agency and provide funding for replacement wells?

21         A    Yes.

22         Q    For replacement water?

23         A    Yes.

24         Q    It included in its list other wells that it would

09:39AM  25    be accountable for if in the event perchlorate contamination

|     | impacted those wells; correct? |
| --- | --- |
| 1 | impacted those wells; correct? |
| 2 | A      Yes. |
| 3 | Q      And it did so not knowing if or when an MCL for |
| 4 | perchlorate would ever be set; correct? |
| 5 | MR. GEE:  Objection.  Lacks foundation. |
| 6 | THE COURT:  Sustained. |
| 7 | MR. GALLAGHER:  Just give me a moment, |
| 8 | Your Honor.  I'm just going to review my notes. |
| 9 | That's it.  Thank you, Your Honor. |
| 10 | THE COURT:  Any redirect? |

**REDIRECT EXAMINATION**

BY MR. GEE:

Q      Mr. Masnada, I just have a couple of very quick follow-up questions.

Do you remember the name of the person that you earlier referenced from Santa Clarita, LLC?

A      I'm trying to remember his name.  I remember the cigar.  And then there was Mila Barbro (phonetic).  I know I'm mispronouncing the last name.  I met both those individuals.

THE COURT:  You answered the question.

Next question, please.

Q      BY MR. GEE:  Mr. Masnada, the -- the Saugus 1 and Saugus 2 permit, is it your understanding that the compliance point is at the turnouts, at various turnouts for the VOCs?

MR. GALLAGHER:  Vague.

1        THE COURT:  Sustained.

2        Q     BY MR. GEE:  Under the -- under the water supply

3   permit for Saugus 1 and Saugus 2 wells, where is the compliance

4   point for VOC -- VOC limitations?

09:41AM   5        A     That's a good question.  I can't tell you for

6   sure.

7        Q     Is it --

8        A     We were testing at the turnout.  We were also

9   testing at the effluent of the treatment facility.  Now, the

09:41AM  10   compliance point, I would be guessing.  I'd be speculating as

11   to where that would be.  I'm sorry.

12        THE COURT:  Why don't you explain for the jury

13   what "compliance point" means, please.

14        MR. GEE:  Compliance point is --

09:41AM  15        THE COURT:  No, I'm asking the witness.  But

16   thank you, Mr. Gee.

17        Q     BY MR. GEE:  Mr. Masnada, do you understand what

18   the term "compliance point" means?

19        A     Where the -- where the reading would -- where the

09:42AM  20   non-detect would have to occur.

21        THE COURT:  In other words, the permit has a

22   certain requirement, including this non-detect.  And if the

23   non-detect requirement is in place for the permit, the agency

24   is saying, DDW, that you have to test non-detect at the turnout

09:42AM  25   if, in fact, the compliance point is at the turnout?

 1              THE WITNESS:  I understand the question, but I'd

 2   have to see the permit again.

 3         Q      BY MR. GEE:  Okay.  And my question is:  Is the

 4   water that is at the turnout fully representative of the water

09:42AM  5   that is served to your customers?

 6         A      No.

 7              MR. GALLAGHER:  Objection.  Foundation.

 8              THE COURT:  Sustained.

 9         Q      BY MR. GEE:  Is there anything -- Mr. Masnada,

09:43AM 10   does anything happen between the turnout locations and the

11   water that is supplied to your customers?

12              MR. GALLAGHER:  Calls for speculation.  Asked and

13   answered.

14              THE COURT:  It's vague.  Sustained.

09:43AM 15         Q      BY MR. GEE:  Mr. Masnada, is there any further

16   blending that occurs between the turnout and the water -- the

17   time the water is served to your customers?

18              MR. GALLAGHER:  Calls for speculation.

19              THE COURT:  This has been asked and answered.

09:43AM 20   Sustained.

21              MR. GEE:  That's all I have, Your Honor.

22              MR. GALLAGHER:  I have nothing further.  I just

23   need to grab my mask.

24              THE COURT:  All right.  You are excused.  Thank

09:43AM 25   you, sir.  Please watch your step going down.  Thank you.

1           Mr. Richard, your next witness, please.

2           MR. RICHARD:  Yes, Your Honor.  We have

3   deposition video that we propose playing now.  And we have

4   provided the Court with a joint instruction regarding that

09:44AM  5   video that the parties have agreed on.  I believe the Court has

6   that instruction electronically.  I also have a hard copy.

7           THE COURT:  I do have it.

8           You're ready to play the Peloquin deposition

9   video?  Yes?

09:44AM  10           MR. RICHARD:  Yes.

11           THE COURT:  So, first, please call your next

12   witness.

13           MR. RICHARD:  Yes.  Plaintiff will call

14   John Peloquin via deposition video.

09:44AM  15           THE COURT:  All right.  Before we proceed with

16   the deposition video, members of the jury, both parties have

17   identified parts of the videotaped deposition of John Peloquin

18   that they would like you to hear.

19           To make it easier to understand, the parties have

09:44AM  20   agreed to play Mr. Peloquin's video testimony continuously

21   instead of breaking it up between the testimony requested by

22   Santa Clarita Valley Water and the testimony requested by

23   Whittaker Corporation.

24           Also, Mr. Peloquin's deposition testimony

09:44AM  25   includes references to some documents, and the parties have

```
 1   stipulated or agreed to their admissibility for this trial.

 2   You will hear them reference, I suspect, but those exhibit

 3   numbers include 202, 205, 206, 210, 213, 445, 448, 449, and

 4   444.

 5                   (Marked for identification and received

 6                   into evidence Exhibit Nos. 202, 205, 206,

 7                   210, 213, 445, 448, 449, and 444.)

 8                   THE COURT:  With that, Mr. Richard, you may

 9   proceed with the deposition.

10                   Actually, before you press the play button, I

11   know you remember this, but just to remind you, members of the

12   jury, Mr. Peloquin is going to be appearing on your screen by

13   way of video deposition, but his testimony should be treated no

14   differently than if he were on the witness stand here.

15                   You will hear the parties, just like you have

16   been hearing at this trial.  Their lawyers have an opportunity

17   to examine and cross-examine the witness, and that is what you

18   are going to be seeing when you see this videotape.

19                   All right.  Proceed, please.

20                   MR. RICHARD:  Thank you, Your Honor.

21                          JOHN PEOLQUIN,

22                     CALLED BY THE PLAINTIFF.

23                   (The video deposition commenced

24                   playing before the jury.)

25                   THE COURT:  We are going to take our morning
```

09:45AM (line 5)
09:45AM (line 10)
09:45AM (line 15)
09:46AM (line 20)
10:30AM (line 25)

1    break.  It is now 10:30.  We are going to break for 15 minutes.

2            Please remember, don't speak to anyone about the

3    case, the people, or the subject matter involved.  Continue to

4    keep an open mind.

10:30AM    5            I will see everyone back at 10:45.  Thank you.

6            (The following proceedings were held in

7            open court outside the presence of the jury:)

8            THE COURT:  If you need to back the video up a

9    little bit in order to play what he's about to say in context,

10:31AM    10   you should feel free to do so.  Otherwise, everyone is ordered

11   back at 10:45.

12           MR. RICHARD:  Thank you, Your Honor.

13           (A recess was taken at 10:31 a.m.)

14           (The following proceedings were held in

10:48AM    15           open court in the presence of the jury:)

16           THE COURT:  We remain on the record in the trial

17   matter with all present who were present before the break.  We

18   are continuing with the videotaped deposition of John Peloquin.

19           One of the things, before we resume, that I

10:49AM    20   should have mentioned, members of the jury -- and maybe it's

21   fairly obvious -- but you will notice that there is some

22   skipping around in the deposition.  That's always -- or almost

23   always the case when video deposition is played because we try

24   or the lawyers try to make sure that they're only presenting

10:49AM    25   portions of the deposition that are appropriate to be played

1    before you.

2              So when you see some of that skipping around,

3    that's all that is.  It is the editing to make sure it

4    corresponds with the portions of the deposition that each party

10:49AM  5    is presenting for your consideration.

6              Please continue.

7              MR. RICHARD:  Thank you, Your Honor.

8         (The video deposition commenced

9         playing before the jury.)

11:11AM  10             THE COURT:  Are you finished with the entire

11   video?

12             MR. RICHARD:  Yes, Your Honor.  There is one

13   portion we will double-check at a break.  It looks like a

14   question might have been cut off.  But yes, other than that, we

11:11AM  15   are done with Mr. Peloquin and prepared to call our next

16   witness.

17             THE COURT:  Your next witness, please.

18             MR. RICHARD:  Your Honor, plaintiffs would like

19   to call Mark Trudell.

11:11AM  20             THE COURT:  All right.

21             THE CLERK:  Good morning, sir.  Would you please

22   come forward, this way.  Good morning, sir.  Would you please

23   walk around and end up on the witness platform, please.

24             THE WITNESS:  Okay.

11:12AM  25             THE CLERK:  Sir, before you're seated --

```
  1                        THE WITNESS:  Before I'm seated.

  2                        THE CLERK:  Would you please stand up and raise

  3         your hand to be sworn.

  4                        Do you solemnly swear that the testimony you

11:12AM   5         shall give in the cause now before this Court shall be the

  6         truth, the whole truth, and nothing but the truth, so help you

  7         God?

  8                        THE WITNESS:  I do swear.

  9                        THE CLERK:  Thank you, sir.  Please be seated.

11:12AM  10                        THE WITNESS:  Thank you.

 11                        THE CLERK:  Sir, for the record, would you please

 12         state your full name and spell your last name.

 13                        THE WITNESS:  Okay.  My name is Mark, M-a-r-k,

 14         Trudell, T-r-u-d-e-l-l.

11:12AM  15                        THE CLERK:  Thank you, sir.

 16                        There is some fresh water there if you need it.

 17                        THE WITNESS:  Okay.  Thank you.  I can use that.

 18                        THE COURT:  You may proceed.

 19                              MARK TRUDELL, PH.D.,

11:12AM  20                      CALLED BY THE PLAINTIFF, WAS SWORN.

 21                              DIRECT EXAMINATION

 22         BY MR. GEE:

 23              Q     Dr. Trudell -- it is Dr. Trudell, isn't it, sir?

 24              A     Yes, it is.  I have a Ph.D.

11:12AM  25              Q     Can you provide us with your educational
```

background?

A       I have a Ph.D. in earth sciences from the
University of Waterloo specializing in hydrogeology.  That's
from 1994.  I have a master's degree in earth sciences, also
11:13AM   specializing in hydrogeology from the University of Waterloo.
And that's in Ontario, by the way, from 1980.  And I have a
bachelor's degree in geology from the University of Windsor,
Ontario, 1975.

Q       And do you hold any professional licenses?

11:13AM   A       Yes.  I am registered in the state of California
as a professional geologist and also as a certified
hydrogeologist.

THE COURT:  Can I have you please move closer to
the microphone and please do speak into it.

11:13AM   THE WITNESS:  Okay.

THE COURT:  Thank you.

Q       BY MR. GEE:  Can you briefly tell us about your
professional experience?

A       I started working as a professional
11:13AM   hydrogeologist in 1980.  I spent the first 16 years of my
career as a research hydrogeologist with an agency called the
Alberta Research Council that was in Edmonton, Alberta, doing a
variety of environmental hydrogeology studies, groundwater
modeling, site investigations, and risk assessment type work.

11:14AM   Q       And have you worked on any projects that are

```
 1   similar to your engagement here?

 2        A     Oh, that was my first -- can I finish off --

 3        Q     I'm sorry.

 4        A     After that, in 1996, I started with a consulting

 5   company called Komex at that time, K-o-m-e-x.  I then -- that

 6   was absorbed or merged with Worley in 2007.  So that's the

 7   company I'm presently with is called Worley.

 8              From 1996 to 2004, I was in the Abingdon office

 9   of that company doing primarily environmental site

10   investigation work and groundwater modeling.

11              And then from 2004 to present, I have been with

12   Worley in the Orange County, California, office.  And I have

13   been doing primarily site investigations, groundwater resource

14   development, and site remediation and groundwater modeling.

15        Q     Okay.  Have you worked in -- on any projects that

16   are similar to your engagement here?

17        A     I have, several.  I will just highlight a few.

18              Around the early 2000s, I worked on a project

19   called -- it was a legal case, Southern California Water

20   Company versus Aerojet-General Corporation.  That was in

21   Rancho Cordova, east of Sacramento.  That facility was a large

22   rocket testing and manufacturing facility that had a lot of

23   perchlorate issues.  They also had a lot of VOC issues.

24              We developed conceptual hydrogeologic models for

25   that area and also developed a groundwater flow and transport
```

1   model.  The issue there was that there were public water supply

2   wells to the west of the Aerojet site that became contaminated

3   with perchlorate in particular.

4        Q      And how long have you been practicing?

11:16AM   5        A      I have been practicing for over 40 years.

6        Q      And can you tell us what your -- the scope of

7   your engagement was for -- or is for Santa Clarita Valley

8   Water?

9        A      Yes.  I was asked to review existing

11:16AM   10  hydrogeological reports, site investigation reports, and site

11  data for two facilities in particular, the Whittaker Bermite

12  site in Santa Clarita and also the Saugus Industrial Center

13  site, also in Santa Clarita.

14       Q      Were you asked to perform any other duties with

11:16AM   15  regards to expert analysis after you completed your assessment

16  of the sources of contamination in plaintiff's wells?

17       A      Well, the first aspect of that scope of work was

18  to produce an expert report where I formulated five different

19  opinions about the nature and extent of contamination on the

11:17AM   20  two sites and the migration of contamination from those sites

21  offsite or, in particular, from the Whittaker site to the --

22  the Santa Clarita Water Agency water supply wells.

23              Then in addition to that, after that report was

24  submitted, I was asked to prepare a rebuttal report to the

11:17AM   25  expert reports that were provided by two Whittaker experts.

1    Q       Okay.  And you were asked to look at two sites.

2    What was your scope of work for the Whittaker site?

3    A       For the Whittaker site, I was really focused on

4    looking at groundwater flow direction and the migration pathway

11:17AM   5    for contaminants from the Whittaker site to offsite locations

6    and, in particular, the SCV wells.  I also was looking at

7    groundwater velocity.  And I was looking at contaminant

8    migration and travel time from the Whittaker site to the

9    Santa Clarita wells.

11:18AM   10    Q       Okay.  You mentioned groundwater velocity.  Is

11    groundwater flow also important for your analysis?

12    A       Yes.  I started with groundwater flow direction,

13    and groundwater flow direction -- sorry.

14    Q       Go ahead.

11:18AM   15    A       Continue?

16    Q       And what did you -- what did you do with regards

17    to groundwater flow direction?

18    A       With regards to groundwater flow direction,

19    groundwater flow direction is determined typically by looking

11:18AM   20    at groundwater elevation contour maps.  And the flow direction

21    on those maps is indicated by a direction of flow that's

22    perpendicular to the orientation of the contour.  So the

23    contours are arranged like this.  The flow direction is like

24    that.

11:18AM   25                And so what I did was I looked at the general

          1    pattern of groundwater flow directions and also relied on other

          2    consultants.

          3                When you look at a number of those kinds of

          4    sites, you see patterns emerging.  So oftentimes, the

11:19AM   5    groundwater flow direction is represented by an arrow when

          6    you're pointing in a representative direction of flow from a

          7    particular site.

          8         Q     And did you do any specific analysis as to

          9    groundwater flow directions from source areas at the Whittaker

11:19AM  10    site?

         11         A     I did.

         12                Do I have exhibits available here?

         13                THE COURT:  They will be presented to you.

         14                THE WITNESS:  Okay.  I think there is an exhibit

11:19AM  15    that goes with that question.

         16                MR. GEE:  Yes.  I would like to publish

         17    Exhibit 413.64.  Exhibit 413 is stipulated.

         18                (Marked for identification and received

         19                into evidence Exhibit No. 413.)

11:20AM  20                THE WITNESS:  Can everybody see that?

         21                THE COURT:  It's on the screen.  It should be

         22    before you.

         23                THE WITNESS:  I see.

         24                So this is an example of what I mean.  You can

11:20AM  25    see, this is from the AECOM remedial action plan report from

2014.  And you can see how they represented the groundwater

flow directions here as blue arrows, basically pointing to the

north and west.  You can see they are oriented parallel to

these faults that are here.  I will try to not make too big of

a mess on that.  And then they are also parallel to the OU-4

and OU-5 boundary in this area.

                    And so those are the flow directions to the north

and west.

                    And so the next thing I looked at was the

contaminated source areas.  If I can have that exhibit, please.

                    MR. GEE:  I would like to publish Exhibit 171.1

which was previously admitted.

                    THE WITNESS:  So keep in mind, the two blue flow

arrows we were just looking at.  This is a map of contaminated

soil areas at the Whittaker Bermite site.  And the green

patches are areas that are impacted with VOCs, and the pink

areas are areas that are impacted with perchlorate.  And you

can see that in many cases, the two pink and green areas

overlap.

                    But what's important here is that if you look at

the groundwater flow direction, remember the arrows from the

last slide --

                    MR. BLUM:  Your Honor, I don't think there is a

question pending.

                    THE COURT:  Correct.

1           So please make sure that you're just responding

2      to the questions.  He will prompt you so that you can then

3      continue.

4           THE WITNESS:  Okay.

11:21AM    5           THE COURT:  Ask your next question, please.

6           Q      BY MR. GEE:  Mr. -- Dr. Trudell, you mentioned

7      you looked at groundwater flow directions from the impacted

8      sites.  What did you find?

9           A      What I found was that, if you look at the -- if

11:21AM   10      you take the groundwater flow arrows from the previous slide

11      and plot those, starting at the source -- the main source areas

12      over here and over here, those flow directions take

13      contamination from those source areas -- this is called the

14      Hula Bowl here.  This is called the burn pit area here.  You

11:22AM   15      may have heard some of those terms before.

16           But basically, the groundwater flow direction

17      from those source areas takes contamination across the northern

18      boundary of OU-4, right about in this area here.

19           Q      And from the -- from OU-4, does the groundwater

11:22AM   20      direction continue in the same path?

21           A      Sir, could you repeat that, please?

22           Q      From OU-4, does the groundwater flow direction

23      continue to head in the same direction?

24           A      It generally heads in the same direction.  As I

11:22AM   25      mentioned in the previous slide, there are faults that direct

the groundwater flow to the north and west.  Groundwater -- the

faults are barriers to groundwater flow.  So groundwater

generally can't get across the fault, so it ends up going

parallel to the fault.

So it continues to the north and west and then

gets captured by the Saugus wells.

Q    Dr. Trudell, as I mentioned earlier, the

proceedings is being recorded by a court reporter.  And if you

would slow down when you're speaking, that would help.

A    I apologize.

Q    Would you like to take a look at the prior slide

to show where the groundwater faults are?

A    Certainly.  If we could go back to the previous

exhibit.

So again, I pointed out the flow arrows, here and

here.  These are the faults.  So you can see the orientation of

the faults.  It's the San Gabriel fault and Hosgri fault.

These are actually various branches of the San Gabriel fault.

But you can see how they go off to the north and west.

And then we have here the Jose letter fault which

has got a more westerly orientation.  So as groundwater moves

from the source areas here off in this boundary, then it starts

to bend around because, again, it doesn't want to cross that

Hosgri fault.

Q    And, Dr. Trudell, you mentioned that groundwater

1  flow -- groundwater velocity is important.  What can you tell

2  us about the groundwater velocity?  And how do you determine

3  groundwater velocity?

4      A    Well, groundwater velocity is something that you

5  can't measure, but you can calculate it if you have values of

6  three different parameters.  The three factors that go into

7  calculating groundwater velocity are the hydraulic gradient,

8  which is the steepness of the water table that you get from the

9  groundwater elevation map.  It also depends on the permeability

10  of the soil, which is how easy it is for water to move through

11  the soil material.  For example --

12      Q    I'm sorry.  Go ahead.

13      A    For example, sandy soils are permeable.  Water

14  moves through relatively easily.  If you think you go to the

15  beach and the wave washes up on the shore, that water

16  infiltrates into the sand quite readily, compared to if you're

17  watering your garden where you have more silt and clay in the

18  soil, less permeable, and that water tends to pond up and takes

19  a while to infiltrate.

20      So that kind of gives you a picture of the

21  difference between a sandy soil that is permeable or high

22  permeability and the clay soil that is less permeable.

23      Q    What is the next factor that you consider in

24  determining groundwater velocity?

25      A    The last one is called porosity.  So it is how

1   much of the soil material is occupied by open pore space as

2   opposed to solid grains.  The water can only flow through the

3   open pore spaces, so you need that factor to calculate the

4   groundwater velocity.  That's the portion of material that is

11:26AM   5   actually flowing water is through the pore space.

6          So those three factors:  The gradient,

7   permeability, and the porosity allow you to calculate

8   groundwater velocity.

9       Q    Once you have the values for these three factors,

11:26AM   10   what do you do with them?

11       A    Well, you calculate the groundwater velocity

12   based on the best site data that you have.  In this case, we

13   are using field measured groundwater elevation data.  We are

14   using permeability data that was tested onsite from pumping

11:26AM   15   tests in production wells or extraction wells.  Porosity we

16   normally estimate because it varies over a fairly narrow range,

17   from about .1 to .35.  So that's typically an estimated value.

18   But the two key parameters, gradient and hydraulic conductivity

19   are field measured in my calculations.

11:26AM   20       Q    Once you have groundwater velocity, what do you

21   do with that information?

22       A    Well, that tells you how fast the groundwater is

23   moving on average.  And then if you know how far the

24   groundwater is moving from, say, a source area, for example, on

11:27AM   25   the Whittaker site to a resector, for example, one of the

1   Saugus water supply wells, once you know the distance and the

2   velocity, you can calculate the travel time, how long it takes

3   for the groundwater to get from the source to the well.

4        Q      Okay.  And again, Dr. Trudell, I'm reminding you

11:27AM   5   to slow down in your speech because some of this material is

6   fairly complex.

7               Is groundwater velocity impacted by groundwater

8   pumping?

9        A      It can be.  Typically when a large production

11:27AM  10   well is pumping, it creates a low area, the water level in the

11   vicinity of the well decreases which causes the gradient to

12   increase which causes the velocity to increase because the

13   gradient is a component of the velocity calculation.  So that's

14   what happens -- groundwater speeds up as it gets close to a

11:28AM  15   production well that is pumping.

16        Q      Okay.  And can groundwater pumping impact the

17   movement of contaminants in the groundwater?

18        A      Well, it can in the same way that it affects

19   groundwater velocity because the movement of contaminants is

11:28AM  20   directly related to the velocity of the groundwater.

21        Q      Does the groundwater pumping have an impact on

22   contaminant flow on the other side of the groundwater pump?

23        A      Well, the groundwater pumping tends to capture

24   water that's coming from the upgradient direction and also

11:28AM  25   captures contamination that's in that water from the upgradient

1051

```
         1   direction.  And then it prevents that groundwater and that
         2   contamination from migrating past the production wells.  It
         3   interferes with the natural movement of groundwater past those
         4   wells.
11:29AM  5            So it becomes basically a hydraulic barrier.  The
         6   contamination and the groundwater can't get past the production
         7   wells or pumping wells.
         8        Q     And the hydraulic barrier, is that a concept
         9   that's used in contamination containment?
11:29AM 10        A     Yeah.  It's used all the time.  That's the basic
        11   principle of, say, an interceptor well.  You put in a well that
        12   is designed to capture contamination and keep it from spreading
        13   offsite.
        14        Q     Okay.  And once you evaluated the direction and
11:29AM 15   velocity of groundwater flow from the VOC sources onto the
        16   Whittaker Bermite site, you indicated that you did some other
        17   calculations with this information.  What calculations did you
        18   do?
        19        A     Well, when you have the groundwater velocity,
11:29AM 20   that's the average velocity that the groundwater is moving.
        21   Most contaminants don't move as quickly as the groundwater.
        22   They tend to get absorbed by the soil material.  And so they
        23   travel slower than the average groundwater velocity, on
        24   average.
11:30AM 25            That process is called retardation because the
```

1052

1    contaminants -- the movement of contaminants is retarded

2    compared to the movement of the groundwater.

3              And so I looked at -- I looked at the retardation

4    of the three main contaminants we are concerned about --

11:30AM  5    perchlorate, trichloroethylene, or TCE, and perchloroethylene,

6    or PCE.

7        Q    And you used these calculations to determine how

8    far or how long it takes contaminants to migrate from the

9    Whittaker site.  Was that part of your study?

11:30AM 10       A    That's right.  So the average -- at the average

11   groundwater velocity, it's above 5500 feet from the Hula Bowl

12   source area, which was the one that's over here, and then

13   the --

14              Could we maybe go to the other exhibit, please?

11:31AM 15              So it's about 5500 feet from this source area

16   here.

17              THE COURT:  This is Exhibit 171.

18              Mr. Gee, make sure you are doing that, please.

19              MR. GEE:  Yes.

11:31AM 20       Q    You can continue.

21       A    And so this is the Saugus 2 well here.  So this

22   distance is about 5500 feet from the well to that source area.

23              And so at the average groundwater velocity, the

24   travel time to get from the Hula Bowl source area to the

11:31AM 25   Saugus --

1    MR. BLUM:  Your Honor, this is beyond the scope

2    of his report.

3              THE COURT:  Is it, Mr. Gee?

4              MR. GEE:  No, it's not.

11:31AM    5    THE COURT:  Continue, please.

6              THE WITNESS:  So that's about 5500 feet and at

7    the average groundwater velocity would take about 8.7 years to

8    travel that distance.

9         Q    BY MR. GEE:  And you mentioned retardation.  Does

11:32AM   10   the contaminants flow at the same rate?

11        A    No.  They flow at a slower rate because of this

12   process of being absorbed by the aquifer solid particles.

13             So I calculated retardation factors for the three

14   constituents.  The lowest retardation factor you can have is 1.

11:32AM   15   That's a material that is not retarded at all.  Perchlorate has

16   a retardation factor of 1.01, so it travels at 99 percent the

17   speed of the groundwater.

18        Q    Okay.  Maybe I should ask a foundation question.

19             Retardation factor compares -- what does

11:33AM   20   retardation factor compare?  Is there a baseline for that?

21        A    Yes.  It's -- it's compared to the velocity of

22   the groundwater.  So it's the velocity of the contaminant

23   compared to the velocity of groundwater.  So the groundwater --

24   when the retardation factor is 1, that means that the

11:33AM   25   contaminant moves at the same velocity as the groundwater.

1    If the retardation factor is 2, it means the

2  contaminant travels at half the speed of groundwater.  If the

3  retardation factor is 3, it would travel at one-third the speed

4  of the groundwater.

11:33AM  5    Q    There are three contaminants that are of concern

6  here.  What was the retardation factor for perchlorate?

7    A    The retardation factor for perchlorate that I

8  calculated was 1.01.  So it travels at 99 percent of the speed

9  of groundwater.  As I said, the lowest retardation factor you

11:34AM  10  can have is 1.  That is the speed of the groundwater.  So, you

11  know, it travels at 99 percent of the speed of groundwater.

12    Q    And what was the retardation for TCE?

13    A    For TCE, the retardation factor was 2.6.  So that

14  means that it travels at about 40 percent of the velocity of

11:34AM  15  groundwater, 1 over 2.6.  And -- yeah.  So it travels about

16  40 percent of the speed of groundwater.

17    Q    And the last chemical of concern is PCE.  Did you

18  calculate a retardation factor for PCE?

19    A    I did.  I calculated a retardation factor of 5.5

11:34AM  20  for TCE, which means that it travels about 18 percent of the

21  velocity of groundwater.  So that's -- again, 1 over 5.5 is

22  18 percent.

23    Q    Okay.  And when you -- so can you summarize from

24  fastest to slowest how -- the chemicals in order of travel

11:35AM  25  speed?

1    A    Well, perchlorate travels the fastest, TCE is the

2 second fastest at 40 percent of the speed of groundwater, and

3 then PCE is the slowest.  And so that relates to two different

4 things.  How far the contaminants -- the three contaminants

11:35AM  5 will travel in a given period of time and also how long it will

6 take them, what is the travel time from the source of the

7 contaminant to the receptor well.

8        So that means that perchlorate travels the

9 fastest, TCE is next, then PCE.  It also means that PCE or

11:36AM  10 perchlorate will arrive at the receptor well first, then

11 sometime later TCE will arrive, and then sometime after that

12 PCE will arrive.

13    Q    And can you explain why it is important to know

14 if a chemical moves more slowly than the groundwater?

11:36AM  15    A    Well, the travel time relates to how much time is

16 available since the site was in operation and the wastes

17 were -- hazardous materials were disposed, that time, and when

18 the contamination was identified in the wells.

19        So as I said earlier, the groundwater takes

11:36AM  20 8.7 years to go from the Hula Bowl source here to the Saugus 2

21 well.  The perchlorate takes slightly longer than that.  I

22 think it's 8.8 years.  TCE would take about 19 years to travel

23 that same distance.  And then I believe for PCE, it's closer to

24 30 years -- or, no.  It's 48 years.  Sorry.

11:37AM  25    Q    Okay.  And let's break this down a little bit.

1    Does all the TCE in, for example, the Hula Bowl move as fast as

2    other TCE molecules in the Hula Bowl?  What I'm asking is:  Do

3    they all move at the same pace?

4         A        Contaminants like VOCs and perchlorate, if they

11:37AM    5    are released at the same site at the same time and arrive at

6    the water table at about the same time, they will follow pretty

7    much the same flow path.  And they will move, you know, in that

8    sequence of perchlorate first, followed by TCE, followed by

9    PCE.

11:38AM    10             So, in other words, the TCE from that source will

11   follow the same flow path and take about the same length of

12   time to get there.

13        Q        Okay.  So my question is that, if you have a

14   cluster of -- 100 ppm of TCE at the Hula Bowl, will all hundred

11:38AM    15   ppm arrive at the Saugus 1 at the same time?

16        A        On average, it will, but it doesn't move through

17   the aquifer as a vertical front of contamination.  A process

18   called dispersion causes that plume to spread out.  So, you

19   know, instead of a vertical front like this, you have a plume

11:38AM    20   that is spread out by dispersion.  So you have some low

21   concentrations that arrive ahead of the main front of the

22   plume, and then you have some higher concentrations that arrive

23   later.

24             And so the low concentrations that arrive first

11:39AM    25   we call the first arrival.  And that can shave a couple years

1    up to maybe -- up to more than ten years off of the travel

2    time.

3         Q       Sorry, Dr. Trudell.  Let me ask the questions.

4         A       Sorry.

11:39AM  5         Q       And so is there a way to determine when the first

6    detection will arrive at a production well?

7         A       It's possible to calculate that, but it's based

8    on a large number of assumptions.  So you can do it on a

9    theoretical basis, but it's hard to calculate that on a

11:39AM  10   realistic or practical basis.

11              So you can see the pattern.  You can see if

12   perchlorate arrived first at a well, and you can see the TCE

13   arrive and then you can see the PCE arrive.  But it's difficult

14   to calculate that first arrival time exactly.

11:40AM  15        Q       Okay.  In general, how much faster is the first

16   arrival compared to, let's say, the average bulk rate of a

17   contaminant?

18        A       Well, for perchlorate, for example, the first

19   arrival -- by first arrival, we usually say it is a percentage

11:40AM  20   of whatever the source concentration was.  So in your example,

21   if it was 100, then we will say the first arrival is maybe,

22   say, 5 percent of that.  So it would be 5 micrograms per liter.

23              In the case of perchlorate, you go from 8.8 years

24   of the average travel time to about 7.8 years, which is the

11:40AM  25   first arrival.

1058

1      For PCE, it takes off a couple years as well.  So

2  instead of 19 years, you have, I think, 17-point something.

3  For PCE, it actually spreads out even further, and you go from

4  48 years to around 25 years.

11:41AM  5      Q      Okay.  So once you determine that perchlorate and

6  VOCs were released at the site at the same time, what did you

7  do next in your analysis?

8      A      I looked at the -- I calculated the dispersion of

9  that plume from the source area to the Saugus 2 well.  And

11:41AM  10  that's the -- the -- the created graphs that are in my expert

11  report that show that process.  And that was the -- that was

12  the next thing I did.

13      Q      And is there a method -- you mentioned

14  dispersion.  Is there a method to calculate dispersion?

11:41AM  15      A      Yes, there is.  There's quite a few, actually.

16  The first calculations were done back in the early 1960s where

17  they solved the equation that allowed you to do that

18  calculation.  And I used one of the first analytical solutions

19  of it, it's called -- or the equation to calculate the

11:42AM  20  dispersion in two different ways.

21      One is the dispersion -- the arrival of the

22  contaminant plume at a specific location.  So I looked at the

23  arrival of the contaminant plumes, the three plumes, a distance

24  of 5,500 feet.  So that approximates the first arrival and also

11:42AM  25  the average arrival time for the three contaminants.

1          The other way you can look at it is to look at
2     the shape of the plume over distance at some point in time.  So
3     I looked at how far the three -- how far the three plumes would
4     extend after 20 years of travel.  And so, you know, you see the
11:42AM  5     same general pattern.  You see the perchlorate plume has moved
6     the farthest, the TCE plume intermediate, and then the PCE
7     plume has moved the least from the source area.
8          Q     Okay.  And could you actually confirm the
9     dispersion rate based on the data that is currently available
11:43AM  10    from the Whittaker site?
11         A     Well, you have to make a number of assumptions.
12    Whittaker didn't collect data that would make it readily
13    calculate -- easily calculated, the dispersion, that is.  There
14    are parameters that play an important role in dispersion that
11:43AM  15    need to be measured from field samples, and that data was never
16    collected.
17         Q     And what data would be -- would be helpful in
18    determining dispersion?
19         A     Well, you would want to have the fraction of
11:43AM  20    organic carbon.  So the organic carbon is the soil material
21    that actually absorbs the materials.  It is usually expressed
22    as a percentage or as a fraction.
23              You would also want to have the porosity because
24    the porosity comes into play with this and the bulk density.
11:44AM  25    So those are really the three things.  Porosity and bulk

1   density would need to be measured in an undisturbed soil

2   sample.

3        Q       Okay.  And did you -- did you retain conclusions

4   in terms of whether or not contamination from the Whittaker

11:44AM   5   site could reach the impacted Saugus wells?

6                MR. BLUM:  Objection, Your Honor.  Vague.

7                THE COURT:  Rephrase it, please.

8        Q       BY MR. GEE:  Did you make any conclusions as to

9   whether any of the contaminants from the Whittaker site could

11:44AM   10   reach Saugus 1?

11        A       Yes.  My conclusion was that both VOCs and

12   perchlorate from the Whittaker site would reach the Saugus

13   wells, both Saugus wells, 1 and 2.  And that's considering that

14   there's over 50 years of time available for these contaminants

11:45AM   15   to travel, and the travel times are all substantially less than

16   50 years.

17        Q       Okay.  You mentioned that pumping can influence

18   the rate of travel for contaminants.  Did that weigh into

19   your -- into your evaluation?

11:45AM   20        A       Not really.  Doing the velocity calculation,

21   that's the core of this work.  The hydraulic gradient is built

22   into that calculation.  So I don't look specifically at the

23   role of pumping, but the hydraulic gradient usually includes

24   the effects of pumping, if wells are pumping.

11:45AM   25        Q       Okay.  And you mentioned earlier that pumping

supply wells can act as a barrier.  What did you mean by that?

A       It means the contamination is captured by the pumping well, and it's difficult for it to get past the pumping well.  So from the upgrading direction, a pumping well captures contamination.  In the downgradient of the pumping well, very little is captured typically.

Q       Okay.  So if contaminants were released at the same time and re -- and reached one of these barrier wells, would the contamination no longer migrate past the barrier wells?

A       If the wells are pumped continuously, I would expect that to happen.  In the case of this site, the Saugus wells were shut down for 13 years.  So they pumped up until 1997.  Then they were shut down for 13 years because of the perchlorate contamination while the system for treatment was built.  Then they restarted in 2010.

Once they restarted, then it would be difficult for contamination to get past them.  For the 13-year period they were shut down, there was nothing stopping contamination from moving past those wells.

Q       Okay.  And once they moved past the Saugus 1 and Saugus 2 wells, where would the contamination flow to?

A       Well, it would continue flowing to the west and northwest.  And so that would take the contamination towards the Valencia V-201 and 205 wells.

1    Q      Dr. Trudell, taking a look at Exhibit 171.1, are

2    there any VOC and perchlorate source areas throughout that --

3    what's called OU-4?

4    A      Well, the only source areas that are actually in

11:48AM   5    OU-4, you can see there are a couple little spots of

6    perchlorate here and here.  The main source area in OU-4 is the

7    Hula Bowl.  But that's VOCs.  These are small perchlorate

8    sources.  From the middle of OU-4 -- or I guess from about here

9    westward, there are no -- there are no VOC sources in OU-4.

11:48AM  10    Q      Okay.  So what was the groundwater flow direction

11   in OU-4 -- around OU-4?  Was that the same as what you showed

12   earlier?

13            MR. BLUM:  Vague as to time.

14            THE COURT:  Sustained.

11:49AM  15    Q      BY MR. GEE:  At the time you did your analysis,

16   what was the flow direction in the -- in and around the OU-4

17   operating unit?  Or was it the same as you previously showed

18   from OU-3?

19    A      Yes.  So that figure I showed previously, the

11:49AM  20   AMEC 2014, that was one of the references I used for my review.

21   But there are also a number of groundwater monitoring reports

22   that showed the flow direction in the western part of OU-4 is

23   more -- has a more westerly component.  We're not seeing the

24   effect of those faults in the western part of OU-4.

11:50AM  25            And also, you're seeing the influence of pumping

1    that helps to move groundwater flow further to the west as

2    opposed to the north and west.

3        Q       And you earlier mentioned that the groundwater

4    flow direction from the major source areas flow to the north

11:50AM  5    of -- north boundary of OU-4.  Would you expect any of that to

6    flow to the west boundary of OU-4?

7        A       I wouldn't expect so, no.  Once it escapes OU-4

8    across the north boundary, like so, then because of the effect

9    of the faults and the pumping of the wells, it will move over

11:50AM  10   like that.  I wouldn't expect it to circle back and come

11   across -- this is the western boundary of OU-4.  I wouldn't

12   expect it to go that way.

13       Q       So let's move over to the SIC site.  What was

14   the -- what was the scope of your assignment for the SIC site?

11:51AM  15       A       For the SIC site, I was looking -- of course,

16   reviewing existing reports, feasibility studies, review

17   investigations, groundwater monitoring reports.  And I was

18   primarily focused on the potential pathways of migration from

19   that -- the SIC site towards the Saugus wells.  And also, I was

11:51AM  20   primarily looking at the nature of the contamination at the SIC

21   site and whether there was evidence that that contamination had

22   migrated offsite towards the -- to the west toward the Saugus

23   wells.

24       Q       Okay.  So breaking that down, did you look at

11:52AM  25   hydrogeological factors that would allow contaminants to flow

1064

```
 1    from the SIC site to the Saugus wells?

 2         A     I did.  There are a number of wells that are

 3    offsite from the SIC property.  And there are wells that are

 4    completed at various depths.

 5              And most of the contamination from that SIC site

 6    is in the shallow alluvial aquifer.  Either that or the

 7    shallowest Saugus aquifer unit, which is called S1.  So S1 is

 8    the shallowest.  But the monitoring well data indicated that

 9    there was no migration of VOCs or of TCE or PCE into the deeper

10    Saugus units, Saugus 3 and Saugus 5, at the nearest monitoring

11    well group closest to the Saugus wells.

12              So from that, I concluded that there is no

13    hydraulic connection between the shallow contamination and the

14    zones that the production wells are pumping from, mainly

15    Saugus 5 and 7.

16         Q     Okay.  And is there anything about the Saugus 1

17    well that would prevent contamination in the upper aquifers

18    from contaminating the Saugus formation source?

19         A     Well, the Saugus 1 unit is the shallowest Saugus

20    unit.  It's underlined by Saugus 2, which is a low permeability

21    clay unit.  The way that numbering works is that the odd

22    numbers are permeable aquifers.  The even numbers are low

23    permeability clay zones.  So any contamination in Saugus 1

24    doesn't seem to go through the Saugus 2 clay unit.

25         Q     Did you have -- is there enough information about
```

11:52AM (line 5)
11:52AM (line 10)
11:53AM (line 15)
11:53AM (line 20)
11:54AM (line 25)

1   the hydrogeological features around the Saugus industrial

2   center to allow you to -- to make a fully -- fully informed

3   hydrogeological assessment of the -- of the area?

4       A       Well, it's -- it would be good to have additional

5   monitoring well data or monitoring well locations.  So, you

6   know, as I said, there are a small number of offsite wells, but

7   there could be more -- they only have, for example, three

8   Saugus zone monitoring wells on the SIC property.  That's

9   pretty much the minimal number that you can have.  It would be

10   good to have additional wells so we could get a better idea

11   what the flow direction is and what the contaminant migration

12   pathway might be.

13       Q       And, Dr. Trudell, where did you get the

14   information -- where did you get the information to do your

15   evaluation for that Saugus Industrial Center site?

16       A       Well, as I mentioned previously, I used mainly

17   existing reports, remedial investigation report, feasibility

18   study report, and groundwater monitoring reports.  So

19   primarily, information from reports that are on file with

20   EnviroStor.  That's the DTSC, Department of Toxic Substances

21   Control, state regulator, has a repository for reports from the

22   SIC site and also from the Whittaker site and just about every

23   other contaminated site.

24       Q       Okay.  Dr. Trudell, you mentioned that you not

25   only did a hydrogeological assessment, but you took a look at

contaminants at the SIC site.  What did you do with that information?

A       Well, at the SIC site, there is, I guess, two things going on.  Most of their operations and waste disposal

11:56AM   practices were in the central and eastern part of that site.

The SIC property -- first of all, it's not that big -- it's only 32 acres -- compared to Whittaker's 900-plus acres.  But it was a PVC manufacturer.  So PVC is plastic that most people are familiar with, stands for polyvinylchloride.

11:56AM        And so the vinyl chloride part of PVC is the main source material that they use to make the PVC.  So they used a lot of vinyl chloride to clean the equipment.  They used another chemical called 1,2-DCA, 1,2-dichloroethane.  And those two contaminants are present in very high concentrations across

11:57AM   the central and eastern part of the SIC site.

Q       When you say present in high concentration, is that in the groundwater?

A       Yes.

Q       Okay.  And then -- and then what -- what did

11:57AM   that -- what did you do with that, once you found out what the contaminants were at the SIC site?

A       Well, those two contaminants are relatively unique to the SIC property because they use such large quantities and they didn't use much in the way of other

11:57AM   chemicals.

1      So they're the two I would consider indicator

2 chemicals that you could use to fingerprint offsite migration

3 of groundwater from the SIC site to an adjacent monitoring well

4 or to a production well.  So those were the two chemicals that

11:58AM  5 would give you a clear indication that contamination was coming

6 from the SIC site because those chemicals are both pretty

7 mobile in terms of, like, a retardation factor, the retardation

8 process.  They move pretty quickly.  They move faster than most

9 other -- move faster than TCE or PCE, for example.

11:58AM  10     Q     And was there a tracer chemical or a chemical

11 that -- from the Whittaker site that you could use to determine

12 whether or not contamination from the Whittaker site, likewise,

13 migrated to other wells?

14     A     Well, you know, the clearest one is perchlorate.

11:58AM  15 There aren't really any other sources of perchlorate anywhere

16 in the area.  So if you see perchlorate, that's a -- that's a

17 dead giveaway that there's contamination from the Whittaker

18 site.

19          There are other sources, perhaps, of -- TCE is

11:58AM  20 more widespread, but the perchlorate is -- and the TCE combined

21 is very strong evidence that that contamination came from the

22 Whittaker site.

23     Q     Okay.  And you mentioned for the SIC site that

24 the SIC site overlays some of the shallower aquifers.  What

11:59AM  25 aquifers does the Whittaker site overlay?

 1      A       The Whittaker site overlays the Saugus formation.

 2   So you have -- in some of the higher elevations, you have a --

 3   a layer of tier deposits which are quite coarse, mainly dry

 4   deposits.  And then you have directly underlying that is the

11:59AM  5   Saugus formation.  And that's the main unit that is

 6   contaminated under the Whittaker property in the Saugus

 7   formation.

 8      Q       Okay.  And when you looked at the contaminants in

 9   the Saugus 1 well, for instance, did you reach any conclusions

11:59AM 10   regarding the source?

11      A       Well, because that well is impacted with both

12   perchlorate and VOCs, primarily TCE, I concluded that it was

13   more likely than not coming from the Whittaker site.

14      Q       And did you reach any conclusions about whether

12:00PM 15   SIC is the source of contamination found in the Saugus 1 well?

16      A       Well, as I was saying, the main indicator

17   chemicals, the fingerprinting chemicals for the SIC site, vinyl

18   chloride and 1,2-DCA are not found anywhere offsite from the

19   SIC site.  So that tells me that there's been no offsite

12:00PM 20   migration of contamination from the SIC site itself.

21      Q       Okay.  And did you do the same analysis for

22   Saugus 2, comparing chemical concentration?

23      A       Sorry.  Yeah.  I wasn't quite sure the root of

24   that question.

12:00PM 25              Yes.  Saugus 2 has the same indicator chemicals.

1   It has TCE and perchlorate both indicating a Whittaker source.

2   And so I concluded that it was, more likely than not,

3   contamination in Saugus 2 was also from the Whittaker site.

4        Q        And did you conduct any other analysis or -- were

12:01PM  5   those the only two analyses, chemical and hydrogeological

6   analysis, that you conducted from the different sites?

7        A        Well, I looked at other wells, the V-201 and

8   V-205 wells.  I looked at some of the timing of those

9   chemicals, but that was the -- that was the core of my

12:01PM 10   analysis.

11        Q        Okay.  And speaking of the V-201 wells, did you

12   reach any conclusions as to whether contamination from the

13   Whittaker Bermite site had sufficient time to reach the V-201

14   well?

12:01PM 15        A        Yeah.  If you -- if you -- if you do that travel

16   time calculation and just change the distance, it goes from

17   5,500 feet to maybe 10,000 feet, then there's -- there's still

18   plenty of time for even the retarded chemicals, at least TCE,

19   to get to the Valencia wells.  They're not that much further,

12:02PM 20   and there's plenty of travel time available when you consider

21   how old the Whittaker site is.

22             It was at least 50 years in operation up to 75

23   years.  So, you know, we don't know exactly when the

24   contamination was or when the chemicals were disposed of at

12:02PM 25   that site, but we know it could have been any time in that time

period.  So there's plenty of time for contaminants to get to the Valencia wells.

Q       What about V-205?  Was there sufficient time for contamination from the Whittaker site -- VOC contamination from the Whittaker site to reach V-205?

A       Yes.  I think so.

Q       Okay.  And you used the same method for making that determination?

A       Again, looking at travel distance and groundwater velocity and then velocity of the retarded chemicals, you can reach that same conclusion.  Again, coupled with the observation of TCE and perchlorate, little concentrations, albeit, but present in the Valencia wells.

Q       It sounds like we have covered the scope of your assignment.  Was there anything else that you were asked to review that I have not -- we have not covered today?

MR. BLUM:  Vague, Your Honor.

THE COURT:  Sustained.  Objection is sustained.

Are you done with your direct examination?

MR. GEE:  Yes, I am, Your Honor.

THE COURT:  Cross-examination.

**CROSS-EXAMINATION**

BY MR. BLUM:

Q       Dr. Trudell -- excuse me -- are you testifying today for free?

1071

1       A       No.   I'm being paid.

2       Q       How much have you been paid in total?

3       A       Oh, I don't know.   I'm not the accountant on the

4   project.   So I don't keep track of that.   I get paid by the

12:04PM   5   hour.

6       Q       Okay.   Now, the Whittaker site, manufacturing on

7   the site has been going on for about 75 years; correct?

8       A       I believe that's true, yes.

9       Q       What your opinion is is that there is sufficient

12:05PM  10   time for contaminants that originated on the site sometime

11   within the 75 years to have reached the wells we are talking

12   about; correct?

13       A       That's correct, yes.

14       Q       And you're not pinpointing when those

12:05PM  15   contaminants actually left the site, are you?

16       A       Well, I know from the groundwater velocity

17   calculation how long it takes to get from a source area to the

18   boundary of the site and then move offsite.   So that gives you

19   a window.   And it may well be -- because we don't have the

12:05PM  20   records from Whittaker of what was disposed and when it was

21   disposed, you know, those records don't exist.   So we have to

22   estimate from the travel time if there's enough time for

23   contamination to move offsite.

24       Q       Now, as to the travel time, are your

12:06PM  25   calculations -- they're contained in figures 9 and 10 of your

1    report; correct?

2         A        Primarily, yes.

3         Q        Those travel times, are those supposed to

4    represent actual travel times that in reality happened?

12:06PM  5         A        Well, those are a representation of the process

6    of dispersion.  So the actual travel time, if you want the

7    dispersion component, that first arrival, you need to do a

8    calculation like that.  But that was -- those were meant to be

9    illustrative of the process of dispersion and not necessarily

12:06PM  10   representative of the actual migration of contamination.

11        Q        In your report and in your deposition, don't you

12   describe these calculations as purely theoretical?

13        A        Well, the formula is theoretical.  But I'm using

14   all site data.  I'm using the groundwater velocity from the

12:07PM  15   site and the groundwater flow directions, the distance from the

16   source to the wells.  So, you know, any -- it's based in the

17   characteristics and data we got from the Whittaker site.  But

18   the actual calculation is a theoretical calculation.

19        Q        Since the equation is theoretical, doesn't it

12:07PM  20   mean the results are theoretical?

21        A        I wouldn't necessarily say the results are

22   theoretical.  They're illustrative of the process of dispersion

23   which is, you know, an important process.  And they illustrate

24   the fact that there's a first arrival of contamination that is

12:07PM  25   expected in advance of the average concentration that comes

1       later.

2               Q       In your deposition, do you recall being asked

3       whether or not these results of the equations actually

4       represent what actually occurred?

5               A       I don't think I recall that.

6               Q       Let's go to your -- do you have your report in

7       front of you?

8               A       Yes.

9               Q       All right.  Can you go to page -- excuse me -- 14

10      of your report, please?

11              A       Sorry.  What page number was that?

12              Q       14.

13              A       Okay.  Okay.  I'm there.

14              Q       Now, that's where figure 9 is; correct?

15              A       Yes.

16              Q       Now, are you testifying that, for instance, in

17      the -- let's take a look at perchlorate average distance and

18      travel time.  That's shown in -- is that shown in figure 9?

19              A       Travel distance is shown in figure 9, and travel

20      time is shown in figure 10.

21              Q       All right.  So let's deal with figure 10 which is

22      on page 15.

23                      Is it your testimony that in reality it would

24      take 40.7 years for the, what do you call it, for the first

25      sign of perchlorate to go from the point of release to it being

1    seen in one of the -- in the wells?

2         A      I think that number you referenced is for PCE.

3         Q      I'm sorry.  Is that -- then let me re-ask the

4    question.

12:09PM    5         Is it your testimony that, if we could actually

6    trace the movement of the PCE from the point that it hits the

7    water until it finds itself in one of the Saugus wells, it

8    would be 40.7 years?

9              MR. GEE:  Objection.  Misstates the testimony.

12:09PM   10              THE COURT:  Overruled.

11              THE WITNESS:  It would be on that order.

12         Q      BY MR. BLUM:  What does that mean?

13         A      It would be -- again, because we're using the

14   actual -- using groundwater velocity that's based on field

12:10PM   15   measured parameters of -- because we are using a groundwater

16   velocity that's based on field measured parameters of hydraulic

17   gradient and hydraulic conductivity that we think that's a --

18   that's a reasonable estimate.  But there's definitely a plus or

19   minus on the -- I wouldn't say 40.7 is the actual number, but

12:10PM   20   it's going to -- it's not 400, and it's not 4.  So, you know,

21   it's perhaps a high level estimate but not necessarily a

22   precise estimate.

23         Q      Do you know what a confidence interval is?

24         A      Yes.

12:10PM   25         Q      Now, we've all seen polls, political polls, and

1075

```
 1    when it says so and so has a positivity rating of 40 percent
 2    plus or minus 5, the confidence interval is a plus or minus 5;
 3    right?
 4            A      I think that's a reasonable way of putting that.
 5            Q      That is what statisticians use when they're
 6    trying to be precise in determining what a number is; correct?
 7            A      I believe so.
 8            Q      What is your confidence interval?
 9            A      Well, this is a different kind of analysis
10    because it's not based on a large population of data that
11    allows you to develop a confidence interval.  It's based on
12    individual values of groundwater velocity, retardation factors,
13    and it -- you know, it's not really necessary to put a
14    confidence interval in that because in hydrogeology you can
15    have a wide range, but it does illustrate the process of
16    dispersion and it gives a reasonable estimate.  I mean, it's an
17    estimate.  I'm not saying it is precisely this.  I'm saying
18    this is an estimate of travel time.  This is an estimate of
19    groundwater velocity.
20            Q      Could it be 80 years?  120 years for PCE?
21            A      I would say for PCE it could possibly be a factor
22    of 2 different.
23            Q      So 80 meaning -- 40.7 means it's -- what does it
24    mean when you say factor of 2?
25            A      Well, it means it could be 40; it could be 20.
```

12:11PM (line 5)
12:11PM (line 10)
12:11PM (line 15)
12:12PM (line 20)
12:12PM (line 25)

1    Q    Or it could be 80.

2    A    Or it could be 80.  Yeah.  So it could be 20, 40,

3    or 80.

4    Q    When you do a confidence interval, what it really

12:12PM  5    means is it can be anywhere within that range with equal

6    probability; correct?

7    A    Not really equal probability.  I would say that

8    something approaching the mean is probably the most reliable.

9    And then the fringe values, if you think of a bell curve, you

12:12PM  10    know, you have -- sorry -- you have a lot of values in the

11    center of the bell curve, and then you have a few number of

12    values that are on the extremes higher and lower.  So that is

13    where we have an average or a mean.

14    Q    But you did not have the statistical analysis,

12:13PM  15    did you?  We don't know the bell curve.  We don't know the plus

16    or minuses.  We don't know what the outliers are.  This is a

17    statistical analysis you didn't do.

18    A    I didn't take a statistical approach to analyze

19    this data.  It's called a deterministic approach, and so you're

12:13PM  20    using the site data and the values you have measured to

21    determine what a reasonable estimate of groundwater velocity

22    and travel times are.

23    Q    Now, what's the plus or minus for the perchlorate

24    of 7.5 years?

12:13PM  25    A    Again, it's -- it falls into the same realm.

1   It's the same level of certainty and uncertainty for all three

2   constituents.

3        Q      Now, would it be correct, since you didn't do any

4   statistical analysis, that, when you say it's plus or minus

12:13PM   5   whatever, you're just guessing what the plus or minus is?

6        A      Well, you know, we don't have as much data -- you

7   would have to have a lot of data, and Whittaker wasn't

8   collecting data for a long period of time or from a large

9   number of locations.  If there was enough data available, I

12:14PM  10   could do a more rigorous analysis.  With the data we've got and

11   especially when the sources were used, when the wastes were

12   released and disposed, you know, there are a number of

13   uncertainty factors mostly related to the information that was

14   collected by Whittaker and what was available for me to work

12:14PM  15   with.

16        Q      Regardless of who you believe should have had the

17   data, because of the lack of data, you're guessing whether it's

18   plus or minus 2, plus or minus 3, or even more than that; isn't

19   that right?

12:14PM  20        A      Well, what I'm doing is using my professional

21   judgment to come up with an estimate.  So I don't consider that

22   to be guessing.  I have 40 years plus of experience, and you

23   know, I've got a very good sense of what's a reasonable number

24   to expect, and I usually check the field observations against

12:15PM  25   my calculations.

```
 1              And if you look at the perchlorate plume, the

 2    extent of the perchlorate plume and the extent of the TCE plume

 3    that's been mapped, I think that's a -- one of our exhibits.

 4    But you will see that actually the -- remember I said the

 5    perchlorate travels at 100 percent of the --

 6              MR. BLUM:  Your Honor, this is well beyond.

 7              THE COURT:  Let him finish his answer.

 8              THE WITNESS:  So the TCE plume has migrated to

 9    about 40 percent of the length of the perchlorate plume which

10    is kind of a validation or ground truthing of the estimate that

11    says, you know, the retardation factor and the velocity

12    calculations are in a reasonable range.

13         Q    BY MR. BLUM:  Did you calibrate your equation and

14    the numbers you had with the actual ground truth?

15         A    I didn't -- calibration is not the right word.  I

16    used -- I did a comparison.  So I did the calculations using

17    the theoretical equation independently, and then I just checked

18    the field data to see if those numbers made sense.

19         Q    Isn't the reason you didn't calibrate it with the

20    ground truth was because this equation was never intended to

21    replicate what actually occurred?

22         A    Well --

23         Q    Yes or no question, sir.

24         A    The equation is meant to represent the process,

25    and the process is, I believe, fairly represented by the
```

12:15PM (lines 5)
12:15PM (lines 10)
12:15PM (lines 15)
12:16PM (lines 20)
12:16PM (lines 25)

```
         1   equation.  And you have to realize that it is a theoretical

         2   equation but it's based on field data.  So it's not just a wild

         3   guess.  It's an estimate based on professional judgment and

         4   field data and, you know, fundamental principles of

12:16PM  5   hydrogeology that allow you to calculate a groundwater

         6   velocity, travel time, travel distance.

         7            So, you know, it's -- that's how I feel about it.

         8   I think it's a sound estimate based on professional judgment

         9   and field data.

12:17PM 10        Q    Can we go to your deposition page 102, line 19,

        11   to 113 {sic}, line 12.

        12        A    Do I have my deposition?

        13            THE COURT:  Has it been presented to the Court?

        14   If not --

12:17PM 15            MR. BLUM:  I believe it has, Your Honor.

        16            THE COURT:  Can I have it, please?

        17            THE WITNESS:  I think my deposition transcript is

        18   249 pages.

        19            THE COURT:  One second, please.

12:17PM 20            THE WITNESS:  Sorry.  So I don't think it fits in

        21   this binder.

        22            THE COURT:  Let's go ahead and move on, Mr. Blum.

        23   We're not going to wait for this.

        24            MR. BLUM:  All right.

12:17PM 25        Q    Sir, you calculated the time it would take to get
```

1    to once the contamination got to the groundwater; correct?

2         A    Could you repeat that question?

3         Q    You calculated the time it took once the

4    contamination got to the groundwater to the time it would take

12:18PM   5    to get to similar wells in question; correct?

6         A    I missed that word just before contamination.

7    The something --

8         Q    The calculations you did is only the time it took

9    to travel in the groundwater; correct?

12:18PM   10         A    That's correct, yes.

11         Q    You did not take into account the fact it's got

12    to travel through soil to get to the groundwater, did you?

13         A    Well, the --

14         Q    It's a yes or no.  Did you take that into

12:18PM   15    account?

16         A    The length of time it would take to get through

17    the --

18         Q    Did you take it into account?

19              THE COURT:  Mr. Blum.

12:18PM   20              MR. BLUM:  I apologize, Your Honor.

21         Q    Dr. Trudell --

22              THE COURT:  Mr. Blum, I'm going to allow him to

23    answer the question, and please do not do what you have just

24    done.

12:19PM   25              MR. BLUM:  I apologize, Your Honor.

1          THE WITNESS:  There was no need to take that into

2     account because the length of time is trivial.  It is in all

3     likelihood less than a year.

4          MR. BLUM:  Your Honor, this is not within his

12:19PM 5     report.  He's going beyond his opinions now.

6          THE COURT:  Ask your next question, please.

7     Q     BY MR. BLUM:  You did not take it into account,

8     did you?

9     A     I did not need to take it into account.

12:19PM 10         THE COURT:  You have answered the question.

11    Let's go on to something else.

12    Q     BY MR. BLUM:  The fact is it would be impossible

13    for you to determine how long it would take to move from the

14    surface to the groundwater because of the number of unknown

12:19PM 15    variables.

16              Isn't that true?

17    A     That's not true.  There are a number of variables

18    and unsaturated flow.  Many of them can be estimated.  In order

19    to do an accurate calculation, you would need to collect field

12:19PM 20    data.  And Whittaker didn't collect any of the appropriate

21    field data, undisturbed soil samples, and submit them for the

22    appropriate laboratory testing in order to do the more

23    sophisticated calculation.

24              So it's possible -- just to look at the hydraulic

12:20PM 25    conductivity, for example, 125 feet per day --

```
 1              THE COURT:  Dr. Trudell -- I am going to strike

 2   his answer other than, "That's not true."

 3              Now you can ask your next question.

 4      Q      BY MR. BLUM:  Sir, did you find enough data for

 5   you to make a determination how long it would take to move from

 6   the surface where a spill occurred all the way down to the

 7   groundwater through the soil?

 8      A      There is enough data to provide a high-level

 9   estimate.  There's not enough data, because Whittaker didn't

10   collect the data, to do the more detailed calculation which

11   requires not only the laboratory testing of the soil samples

12   but also requires a computer model to do that calculation.

13      Q      And last question in this area.

14              Define for the jury what a theoretical equation

15   is.

16      A      Theoretical equation is an equation that's based

17   on fundamental principles of, in this case, the transport

18   equation for solute transport.  And it's an analytical

19   solution, so it is an exact solution of that equation, and it

20   requires a certain number of parameters to be able to complete

21   the calculation.  For those parameters I used field values.

22      Q      What is the difference between a theoretical

23   equation and just an equation?

24      A      I'm not sure there is a difference really.  You

25   know, some -- some equations are empirical.  In other words,
```

12:20PM    5

12:20PM    10

12:21PM    15

12:21PM    20

12:21PM    25

        1   they're based on laboratory measurements, and then you fit a

        2   line, you observe data, and then, you know, you establish what

        3   the relationship is between, you know, factor A and factor B.

        4                Theoretical equation starts with fundamental

12:22PM 5   principles, you know, conservation of mass and things like that

        6   and then builds up an equation that represents the flow of

        7   contaminants in water or the movement of water through soil and

        8   then produces either an approximate or an exact solution of

        9   that theoretical equation.

12:22PM 10       Q       What was the average groundwater velocity you

       11   used per day?

       12       A       I used 630 feet per year.  I'm not sure what that

       13   is in feet per day.  I think it's around 1.7 or something like

       14   that.

12:22PM 15       Q       All right.  Now, in your -- if we can put up

       16   Exhibit 413.64.

       17                Let me move on.

       18                Doctor, do you recall the lines you drew that

       19   showed the pathways in which you believe the VOCs and the

12:23PM 20   perchlorate moved, the ones you showed to the jury?

       21       A       Yes.

       22       Q       Okay.  Now, did you calculate what was the

       23   lateral extent of that plume?

       24       A       Of which plume?

12:23PM 25       Q       Of the one you drew.

1    A        That wasn't a plume.  That was the flow line.

2    Q        What was the lateral extent of the flow line?

3    How far did it move north and south?

4    A        I would estimate it's probably about 10,000 feet

12:24PM  5    plus or minus.

6    Q        Okay.  Did you draw it out?

7    A        Not in that sense.

8    Q        Now, is that pathway -- how long did that

9    pathway -- how long did that pathway exist?

12:24PM  10   A        I don't see any reason why it wouldn't exist for

11   an extended period of time.

12   Q        What does that mean?

13   A        Pardon me?

14   Q        What does extended mean?

12:24PM  15   A        Decades.

16   Q        Okay.  So did you have -- did you have maps in

17   your report where you showed different pathways?

18   A        No, I didn't.  I had -- I had done just a

19   transect.  I did a straight line measurement from the Hula Bowl

12:24PM  20   source areas to the Saugus 2 wells.  So everything scales.  So

21   if the distance is twice as far, the travel time is twice as

22   long.  So, you know, it's pretty straightforward.  And, you

23   know, depending how exactly you draw the path line, you know,

24   you may have -- maybe you come up with a different distance,

12:25PM  25   but the travel time scales.

1    Q    My question was did you have diagrams as figures

2    in your report where you showed pathways?

3    A    My report shows and discusses the distances and

4    the velocities.  It doesn't necessarily speak to the pathways,

12:25PM    5    I don't believe.

6    Q    Can you look at figure 3 in your report.

7         Your Honor, may I show it just for demonstrative

8    purposes?

9         THE COURT:  Yes.

12:25PM    10        THE WITNESS:  Okay.  I have it.

11   Q    BY MR. BLUM:  All right.  Does that show arrows

12   that represent pathways?

13   A    It shows -- has arrows that represent groundwater

14   flow directions.

12:26PM    15   Q    Is that a pathway?

16   A    It's part of a pathway.  It can be.

17   Q    Is it the same pathway you drew for the jury?

18   A    It's very similar.  The -- the -- those arrows

19   are in the orientation of, particularly the black one on that

12:26PM    20   figure or the darker one, this one here, it's almost exactly

21   the same orientation.  They have just started it -- drawing it

22   down here.  And when I was drawing it, I started drawing it up

23   at the Hula Bowl source area.  Same line going that way.

24   Q    All right.  The one -- now, what year is this

12:26PM    25   for?

1    A    I can't quite make it out on this screen.  One

2    second.

3    Q    Doesn't it say 2003 and 2004?

4    A    2003 and 2004.  That's right.

12:27PM  5    Q    Now, the blue line, the dark blue line, that runs

6    right through the western edge of OU-4, doesn't it?

7    A    The line does, but that's not the -- you can draw

8    that same line anywhere along that contour.  So -- and it would

9    be just as valid.

12:27PM  10    Q    Isn't there a legend that describes just what

11    that blue line is?

12    A    Not that I can see.

13    Q    See where it says, "surface elevation"?

14    THE COURT:  To the bottom left.

12:27PM  15    THE WITNESS:  Geometric surface elevation, yes.

16    Q    BY MR. BLUM:  It says March of 2004; correct?

17    A    Yes.

18    Q    And so -- and that's different from the one in

19    2003; correct?

12:27PM  20    A    There's a slight difference, yes.  Groundwater

21    flow direction isn't always the same.  It does vary --

22    Q    So when you said it's the one -- the one you drew

23    was the same for ten years, is that still your testimony?

24    A    I believe it's representative.  I have seen that

12:28PM  25    flow direction represented in many of the AECOM reports.  I've

```
  1   seen it represents in the CH2M Hill reports.  I've seen it

  2   represented in the U.S. Army Corps of Engineer reports.  They

  3   spent a long period of time.  So I'm pretty confident that that

  4   is a reasonable estimation of the groundwater flow direction.

  5            You know, it's a generalized flow direction.  So

  6   it's not necessarily a specific flow direction, but it's

  7   generalized.

  8        Q    So let's go to figure 4.  Now, what's figure 4?

  9        A    So figure 4 is -- the one we just looked at was

 10   for that hydrostratigraphic unit, unit S3.  So that's the

 11   highly contaminated unit at the Whittaker site.  Figure 4 is

 12   for the deeper unit.  That's S7 or -8.  S8.  So that's the

 13   deepest of the Saugus units.

 14            So the deeper you go, the more effluence you get

 15   from the pumping of the water supply wells that are to the west

 16   of the site because they're S5 through S8 or S7.  So that's why

 17   you see that more effluence flow to the west and the deeper

 18   units.

 19            THE COURT:  Mr. Blum, we're going to take care of

 20   a break at this time.  It's now 12:30.  We're going to break

 21   until 1:00 o'clock.

 22            Please remember, do not speak to anyone about the

 23   case, the people, or subject matter involved.  Continue to keep

 24   an open mind, and we are in recess until 1:00 o'clock.

 25   ///
```

```
 1            (The following proceedings were held in

 2         open court outside the presence of the jury:)

 3            THE COURT:  Please be seated.  Dr. Trudell, we're

 4   outside the presence of the jury.  I'm going to ask you,

 5   please, to do your best to listen to the question that is asked

 6   of you and answer only the question that is asked of you.

 7            THE WITNESS:  Okay.

 8            THE COURT:  You will have an opportunity to speak

 9   with Mr. Gee again if he wishes to have you explain things, but

10   please do listen to the questions asked.

11            And I'm going to ask Mr. Gee to speak with the

12   doctor during the break to flesh out if he has concerns or

13   questions about what the Court is asking him to do.

14            You may step down, please, and go outside the

15   courtroom door.  Thank you, sir.

16            THE WITNESS:  Leave my binder here?

17            THE COURT:  You can.

18            With regard to depositions, if I do not have the

19   deposition at the point in time where you're seeking to use it,

20   I'm not going to permit you to use it just so that everyone

21   knows.  I haven't been regularly getting the depositions on a

22   timely basis.  It doesn't mean you can't use it.  It just means

23   you may not be able to use it at the point in time you wish to.

24   I now have it.  Mr. Blum, you are free when he returns if you

25   wish to use the deposition.
```

1      With regard to demeanor, Mr. Blum --

2           MR. BLUM:  Your Honor, I was wrong, and I really

3  apologize to the Court.

4           THE COURT:  And just for what it's worth, I mean,

12:32PM  5  I don't know if the transcript can actually capture it, but

6  there is a level of upset and anger that comes across that

7  really distracts from the focus of the substance of what you're

8  trying to do.  I understand that we all have our own mannerisms

9  and the like, and it's hard to break them at certain points.

12:32PM  10  But if you can try to be more mindful of it, I think that you

11  might find the process ultimately more productive as well.

12           We are in recess until 1:00 o'clock.

13           MR. BLUM:  Thank you, Your Honor.

14           THE COURT:  Thank you.

15           (A recess was taken at 12:32 p.m.)

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OFFICIAL REPORTER

        I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

THE UNITED STATES.

                DATED THIS  23RD  DAY OF NOVEMBER, 2021.


                /S/ MIRANDA ALGORRI

                _____
                MIRANDA ALGORRI, CSR NO. 12743, CRR
                FEDERAL OFFICIAL COURT REPORTER

## '

**'05** [1] - 1012:1
**'11** [1] - 1007:6
**'84** [3] - 996:8, 1025:19, 1027:17
**'87** [2] - 1027:5, 1027:19
**'88** [1] - 1027:19
**'89** [1] - 1027:19
**'92** [6] - 996:8, 1025:20, 1027:17, 1027:21, 1027:22
**'97** [1] - 1012:1

## /

**/S** [1] - 1090:18

## 1

**1** [25] - 986:7, 998:22, 1005:20, 1006:4, 1007:13, 1011:24, 1013:3, 1016:15, 1032:22, 1033:3, 1049:17, 1053:14, 1053:24, 1054:10, 1054:15, 1054:21, 1056:15, 1060:10, 1060:13, 1061:21, 1064:16, 1064:19, 1064:23, 1068:9, 1068:15
**1,2-DCA** [2] - 1066:13, 1068:18
**1,2-DICHLOROETHANE** [1] - 1066:13
**1.01** [4] - 1053:16, 1054:8
**1.7** [3] - 1024:20, 1024:24, 1083:13
**10** [3] - 1071:25, 1073:20, 1073:21
**10,000** [2] - 1069:17, 1084:4
**100** [5] - 1014:9, 1023:7, 1056:14, 1057:21, 1078:5
**1017** [1] - 984:5
**102** [1] - 1079:10
**1032** [1] - 984:6
**1036** [19] - 984:8, 985:4, 985:5, 985:6, 985:7, 985:8, 985:10, 985:11, 985:12, 985:13
**1039** [1] - 984:11
**1044** [2] - 985:9

**1070** [1] - 984:11
**1090** [1] - 982:8
**10:30** [1] - 1037:1
**10:31** [1] - 1037:13
**10:45** [2] - 1037:5, 1037:11
**11-MEMBER** [1] - 991:24
**113** [1] - 1079:11
**12** [1] - 1079:11
**120** [1] - 1075:20
**125** [1] - 1081:25
**12743** [2] - 982:23, 1090:19
**12:30** [1] - 1087:20
**12:32** [1] - 1089:15
**13** [2] - 1061:13, 1061:14
**13-YEAR** [1] - 1061:18
**14** [2] - 1073:9, 1073:12
**15** [2] - 1037:1, 1073:22
**157** [1] - 1007:25
**16** [1] - 1040:20
**17-POINT** [1] - 1058:2
**171** [1] - 1052:17
**171.1** [2] - 1045:11, 1062:1
**18** [2] - 1054:20, 1054:22
**18-06825-SB** [1] - 982:7
**18-6825-SB** [1] - 986:8
**19** [3] - 1055:22, 1058:2, 1079:10
**1960S** [1] - 1058:16
**1975** [1] - 1040:8
**1980** [2] - 1040:6, 1040:20
**1980S** [1] - 997:7
**1984** [1] - 991:17
**1988** [1] - 1027:5
**1990S** [1] - 997:8
**1992** [4] - 991:17, 997:5, 998:12, 1027:22
**1994** [1] - 1040:4
**1996** [2] - 1041:4, 1041:8
**1997** [11] - 999:14, 1000:20, 1000:21, 1001:4, 1001:9, 1004:8, 1004:16, 1026:20, 1026:21, 1030:19, 1061:14
**1:00** [3] - 1087:21, 1087:24, 1089:12
**1ST** [1] - 982:24

## 2

**2** [24] - 998:23, 1005:21, 1006:4, 1007:13, 1011:24, 1013:4, 1016:15, 1032:23, 1033:3, 1052:21, 1054:1, 1055:20, 1058:9, 1060:13, 1061:22, 1064:20, 1064:24, 1068:22, 1068:25, 1069:3, 1075:22, 1075:24, 1077:18, 1084:20
**2.6** [2] - 1054:13, 1054:15
**20** [3] - 1059:4, 1075:25, 1076:2
**200** [2] - 992:22, 1015:7
**2000** [7] - 1000:3, 1001:2, 1001:5, 1001:9, 1009:9, 1009:21, 1028:4
**2000S** [1] - 1041:18
**2002** [3] - 991:15, 999:8, 1028:1
**2003** [4] - 1029:19, 1086:3, 1086:4, 1086:19
**2004** [5] - 1041:8, 1041:11, 1086:3, 1086:4, 1086:16
**2007** [14] - 1003:7, 1004:8, 1006:15, 1007:5, 1013:14, 1029:17, 1030:13, 1030:15, 1030:16, 1030:17, 1030:22, 1031:1, 1031:5, 1041:6
**201** [2] - 1022:13, 1022:18
**2010** [3] - 1007:6, 1008:23, 1061:16
**2011** [1] - 1008:23
**2012** [1] - 1014:1
**2014** [4] - 1009:19, 1012:11, 1045:1, 1062:20
**2015** [2] - 991:15, 1015:20
**2016** [1] - 991:16
**202** [3] - 985:4, 1036:3, 1036:6
**2021** [3] - 982:14, 1090:15
**205** [5] - 985:5, 1024:12, 1036:3,

1036:6, 1061:25
**206** [3] - 985:6, 1036:3, 1036:6
**210** [3] - 985:7, 1036:3, 1036:7
**213** [3] - 985:8, 1036:3, 1036:7
**23** [3] - 982:14, 986:1, 1012:11
**23RD** [2] - 1009:25, 1012:14
**23RD** [1] - 1090:15
**249** [1] - 1079:18
**24TH** [1] - 1012:15
**25** [1] - 1058:4
**28** [1] - 1090:8

## 3

**3** [4] - 1054:3, 1064:10, 1077:18, 1085:6
**30** [1] - 1055:24
**32** [1] - 1066:7
**34TH** [2] - 983:7, 983:10
**35** [1] - 1049:17
**350** [1] - 982:24

## 4

**4** [5] - 1074:20, 1087:8, 1087:9, 1087:11
**40** [9] - 1042:5, 1054:14, 1054:16, 1055:2, 1075:1, 1075:25, 1076:2, 1077:22, 1078:9
**40.7** [4] - 1073:24, 1074:8, 1074:19, 1075:23
**400** [1] - 1074:20
**413** [3] - 985:9, 1044:17, 1044:19
**413.64** [2] - 1044:17, 1083:16
**444** [3] - 985:10, 1036:4, 1036:7
**445** [3] - 985:11, 1036:3, 1036:7
**4455** [1] - 982:24
**448** [3] - 985:12, 1036:3, 1036:7
**449** [3] - 985:13, 1036:3, 1036:7
**48** [2] - 1055:24, 1058:4

## 5

**5** [10] - 982:13, 995:3, 995:6, 1030:1, 1057:22, 1064:10, 1064:15, 1075:2
**5,000** [2] - 995:7, 995:11
**5,500** [2] - 1058:24, 1069:17
**5.5** [2] - 1054:19, 1054:21
**50** [4] - 983:10, 1060:14, 1060:16, 1069:22
**500** [1] - 983:15
**5500** [4] - 1052:11, 1052:15, 1052:22, 1053:6

## 6

**630** [1] - 1083:12

## 7

**7** [6] - 986:20, 987:11, 987:13, 988:1, 989:23, 1064:15
**7.5** [1] - 1076:24
**7.8** [1] - 1057:24
**700** [1] - 983:16
**75** [3] - 1069:22, 1071:7, 1071:11
**753** [1] - 1090:8
**777** [1] - 983:6

## 8

**8** [2] - 989:25, 1087:12
**8.7** [2] - 1053:7, 1055:20
**8.8** [2] - 1055:22, 1057:23
**80** [5] - 1075:20, 1075:23, 1076:1, 1076:2, 1076:3
**8:28** [2] - 982:14, 986:1

## 9

**9** [5] - 982:8, 1071:25, 1073:14, 1073:18, 1073:19
**900-PLUS** [1] - 1066:7
**90012** [1] - 982:25
**90017** [1] - 983:7
**94111** [2] - 983:11, 983:16

**95** [1] - 995:16
**97-005** [3] - 1021:23, 1021:25, 1022:14
**982** [1] - 982:8
**99** [3] - 1053:16, 1054:8, 1054:11
**991** [1] - 984:5

# A

**A.M** [1] - 1037:13
**A.M** [2] - 982:14, 986:1
**ABANDONED** [2] - 1015:1, 1016:2
**ABANDONMENT** [1] - 1015:14
**ABERCROMBIE** [1] - 1020:20
**ABILITY** [1] - 1017:5
**ABINGDON** [1] - 1041:8
**ABLE** [6] - 1006:23, 1006:25, 1010:20, 1013:23, 1082:20, 1088:23
**ABOVE** [1] - 1090:11
**ABOVE-ENTITLED** [1] - 1090:11
**ABSOLUTELY** [1] - 999:19
**ABSORBED** [3] - 1041:6, 1051:22, 1053:12
**ABSORBS** [1] - 1059:21
**ABUNDANCE** [1] - 987:7
**ACCELERATE** [1] - 1017:4
**ACCOMPLISH** [1] - 1005:18
**ACCOUNT** [6] - 1080:11, 1080:15, 1080:18, 1081:2, 1081:7, 1081:9
**ACCOUNTABLE** [1] - 1031:25
**ACCOUNTANT** [1] - 1071:3
**ACCURATE** [2] - 1020:3, 1081:19
**ACHIEVE** [2] - 1021:17, 1023:5
**ACQUIRE** [1] - 1006:22
**ACQUIRED** [1] - 1028:24
**ACQUIRING** [1] - 1028:24
**ACRE** [3] - 995:5,

995:8, 995:11
**ACRE-FEET** [3] - 995:5, 995:8, 995:11
**ACRES** [2] - 1066:7, 1066:8
**ACT** [1] - 1061:1
**ACTION** [1] - 985:9
**ACTION** [1] - 1044:25
**ACTIVITIES** [2] - 1004:9, 1004:15
**ACTON** [1] - 1026:5
**ACTON-MICKELSON** [1] - 1026:5
**ACTUAL** [7] - 1072:4, 1072:6, 1072:10, 1072:18, 1074:14, 1074:19, 1078:14
**ADDITION** [1] - 1007:1, 1042:23
**ADDITIONAL** [12] - 993:3, 993:6, 1003:2, 1003:3, 1003:15, 1005:4, 1006:10, 1019:3, 1021:2, 1030:6, 1064:5, 1065:10
**ADDRESS** [4] - 995:17, 995:24, 1010:3, 1017:5
**ADDRESSED** [1] - 1013:14
**ADDRESSING** [3] - 992:8, 1004:18, 1009:21
**ADEQUATE** [1] - 992:7
**ADJACENT** [1] - 1067:3
**ADMISSIBILITY** [1] - 1036:1
**ADMITTED** [1] - 1045:12
**ADVANCE** [1] - 1072:25
**ADVISOR** [1] - 991:16
**AECOM** [2] - 1044:25, 1086:25
**AEROJET** [2] - 1041:20, 1042:2
**AEROJET-GENERAL** [1] - 1041:20
**AFFAIR** [1] - 988:9
**AFFECT** [1] - 1002:23
**AFFECTS** [1] - 1050:18
**AGENCIES** [6] - 993:10, 993:11, 996:23, 1005:8, 1011:15, 1014:2

**AGENCY** [1] - 982:5
**AGENCY** [41] - 992:2, 992:12, 994:23, 995:7, 998:20, 999:5, 1000:1, 1000:12, 1000:16, 1001:10, 1002:15, 1002:16, 1002:25, 1003:24, 1004:3, 1004:9, 1004:22, 1005:1, 1006:18, 1006:21, 1009:7, 1011:15, 1011:23, 1013:7, 1013:12, 1013:23, 1014:20, 1016:11, 1016:16, 1017:23, 1021:14, 1023:4, 1025:3, 1028:10, 1029:20, 1031:14, 1031:20, 1033:23, 1040:21
**AGENCY** [19] - 986:8, 989:14, 991:15, 991:21, 993:9, 993:12, 994:9, 996:2, 998:13, 998:18, 998:24, 999:8, 1000:25, 1017:3, 1028:1, 1029:14, 1029:16, 1042:22
**AGENCY'S** [1] - 992:17
**AGENCY'S** [10] - 993:21, 995:4, 1003:9, 1003:11, 1004:7, 1004:15, 1006:3, 1009:5, 1011:1, 1024:10
**AGGRAVATE** [1] - 1011:21
**AGREE** [2] - 1025:10, 1026:20
**AGREED** [5] - 1008:17, 1031:19, 1035:5, 1035:20, 1036:1
**AGREEMENT** [26] - 1003:10, 1006:16, 1007:5, 1007:7, 1007:22, 1008:15, 1008:17, 1008:22, 1009:10, 1009:21, 1010:7, 1010:11, 1010:12, 1013:1, 1013:15, 1029:9, 1029:18, 1029:19, 1029:22, 1030:8, 1030:13, 1030:14, 1030:15, 1031:9,

1031:17
**AHEAD** [7] - 989:8, 998:16, 1010:18, 1043:14, 1048:12, 1056:21, 1079:22
**AL** [2] - 982:8, 986:9
**ALBEIT** [1] - 1070:13
**ALBERTA** [2] - 1040:22
**ALGORRI** [4] - 982:23, 1090:5, 1090:18, 1090:19
**ALL-IN** [2] - 994:13, 994:20
**ALLEGEDLY** [1] - 1030:3
**ALLOCATION** [2] - 995:4, 995:6
**ALLOW** [5] - 1049:7, 1063:25, 1065:2, 1079:5, 1080:22
**ALLOWED** [3] - 1023:23, 1026:22, 1058:17
**ALLOWS** [2] - 1008:10, 1075:11
**ALLUVIAL** [1] - 1064:6
**ALLUVIUM** [1] - 992:21
**ALMOST** [3] - 992:24, 1037:22, 1085:20
**ALONE** [1] - 995:22
**ALSO** [1] - 983:18
**AMEC** [1] - 1062:20
**AMOUNT** [2] - 995:2, 1005:20
**ANALYSES** [1] - 1069:5
**ANALYSIS** [15] - 1014:22, 1042:15, 1043:11, 1044:8, 1058:7, 1062:15, 1068:21, 1069:4, 1069:6, 1069:10, 1075:9, 1076:14, 1076:17, 1077:4, 1077:10
**ANALYTICAL** [2] - 1058:18, 1082:18
**ANALYZE** [1] - 1076:18
**AND** [3] - 1090:6, 1090:9, 1090:11
**ANGELES** [1] - 983:7
**ANGELES** [3] - 982:15, 982:25, 986:2
**ANGER** [1] - 1089:6
**ANNUAL** [2] -

1024:10, 1025:8
**ANSWER** [12] - 995:25, 1004:20, 1011:10, 1018:7, 1020:20, 1021:1, 1024:8, 1024:15, 1078:7, 1080:23, 1082:2, 1088:6
**ANSWERED** [7] - 1012:6, 1016:23, 1023:15, 1032:20, 1034:13, 1034:19, 1081:10
**ANYTIME** [2] - 1011:19, 1027:11
**APOLOGIZE** [4] - 1047:10, 1080:20, 1080:25, 1089:3
**APPEAR** [3] - 990:5, 990:11, 1026:19
**APPEARANCES** [1] - 986:10
**APPEARANCES** [1] - 983:1
**APPEARING** [1] - 1036:12
**APPRECIATED** [1] - 996:19
**APPROACH** [2] - 1076:18, 1076:19
**APPROACHING** [1] - 1076:8
**APPROPRIATE** [3] - 1037:25, 1081:20, 1081:22
**APPROXIMATE** [1] - 1083:8
**APPROXIMATES** [1] - 1058:24
**APRIL** [3] - 1009:19, 1030:16, 1030:22
**AQUEDUCT** [1] - 995:18
**AQUIFER** [8] - 992:24, 1003:19, 1003:22, 1012:18, 1053:12, 1056:17, 1064:6, 1064:7
**AQUIFERS** [5] - 1027:14, 1064:17, 1064:22, 1067:24, 1067:25
**AREA** [24] - 992:12, 993:24, 994:22, 1014:8, 1015:6, 1019:2, 1041:25, 1045:6, 1046:14, 1046:18, 1049:24, 1050:10, 1052:12, 1052:15, 1052:22,

1052:24, 1058:9, 1059:7, 1062:6, 1065:3, 1067:16, 1071:17, 1082:13, 1085:23

**AREAS** [15] - 1044:9, 1045:10, 1045:15, 1045:16, 1045:17, 1045:18, 1046:11, 1046:13, 1046:17, 1047:22, 1062:2, 1062:4, 1063:4, 1084:20

**ARMY** [6] - 1005:10, 1005:12, 1005:14, 1005:16, 1087:2

**ARRANGED** [1] - 1043:23

**ARRIVAL** [13] - 1056:25, 1057:14, 1057:16, 1057:19, 1057:21, 1057:25, 1058:21, 1058:23, 1058:24, 1058:25, 1072:7, 1072:24

**ARRIVE** [12] - 1029:16, 1055:10, 1055:11, 1055:12, 1056:5, 1056:15, 1056:21, 1056:22, 1056:24, 1057:6, 1057:13

**ARRIVED** [2] - 1018:7, 1057:12

**ARROW** [1] - 1044:5

**ARROWS** [8] - 1045:2, 1045:14, 1045:21, 1046:10, 1047:15, 1085:11, 1085:13, 1085:18

**ASPECT** [1] - 1042:17

**ASSESSMENT** [4] - 1040:24, 1042:15, 1065:3, 1065:25

**ASSIGNMENT** [2] - 1063:14, 1070:15

**ASSIST** [1] - 1030:2

**ASSOCIATED** [1] - 994:11

**ASSUMPTIONS** [2] - 1057:8, 1059:11

**ATTENDED** [1] - 998:7

**AUTHORITY** [2] - 996:9, 996:10

**AVAILABLE** [12] - 997:20, 997:21, 1003:4, 1008:12, 1029:25, 1044:12, 1055:16, 1059:9, 1060:14, 1069:20,

1077:9, 1077:14

**AVERAGE** [16] - 1049:23, 1051:20, 1051:23, 1051:24, 1052:10, 1052:23, 1053:7, 1056:16, 1057:16, 1057:24, 1058:25, 1072:25, 1073:17, 1076:13, 1083:10

**AWARE** [2] - 1027:8, 1027:9

## B

**BACHELOR'S** [1] - 1040:7

**BACKGROUND** [1] - 1040:1

**BANK** [2] - 994:3, 994:20

**BANKED** [12] - 993:17, 993:19, 993:20, 993:22, 994:1, 994:7, 994:13, 994:16, 994:24, 995:9, 995:10, 995:15

**BANKING** [1] - 995:19

**BANKRUPTCY** [1] - 1029:2

**BARBARA** [3] - 996:10, 996:12, 1026:4

**BARBRO** [1] - 1032:18

**BARRIER** [5] - 1051:5, 1051:8, 1061:1, 1061:8, 1061:9

**BARRIERS** [1] - 1047:2

**BASED** [16] - 987:16, 990:10, 1004:3, 1049:12, 1057:7, 1059:9, 1072:16, 1074:14, 1074:16, 1075:10, 1075:11, 1079:2, 1079:3, 1079:8, 1082:16, 1083:1

**BASELINE** [1] - 1053:20

**BASIC** [1] - 1051:10

**BASIS** [9] - 992:8, 994:13, 994:20, 994:22, 1003:4, 1057:9, 1057:10, 1088:22

**BEACH** [1] - 1048:15

**BEAN** [1] - 985:8

**BEAR** [1] - 1025:16

**BEATON** [1] - 983:20

**BECAME** [4] - 1007:14, 1008:25, 1027:8, 1042:2

**BECOME** [2] - 999:20, 1010:24

**BECOMES** [1] - 1051:5

**BEGAN** [1] - 987:2

**BEHALF** [2] - 1026:10, 1027:2

**BELL** [4] - 1031:1, 1076:9, 1076:11, 1076:15

**BELOW** [3] - 1021:20, 1023:10, 1025:10

**BEND** [1] - 1047:23

**BERMITE** [7] - 998:9, 1006:6, 1030:4, 1042:11, 1045:15, 1051:16, 1069:13

**BEST** [4] - 1005:4, 1026:11, 1049:12, 1088:5

**BETTER** [7] - 990:1, 990:6, 1009:17, 1010:13, 1020:20, 1021:11, 1065:10

**BETWEEN** [17] - 994:14, 1001:4, 1003:24, 1004:7, 1008:8, 1018:16, 1018:17, 1019:20, 1029:9, 1029:20, 1034:10, 1034:16, 1035:21, 1048:21, 1064:13, 1082:22, 1083:3

**BEYOND** [5] - 987:8, 987:9, 1053:1, 1078:6, 1081:5

**BIG** [2] - 1045:4, 1066:7

**BILLION** [2] - 1024:20, 1024:24

**BINDER** [2] - 1079:21, 1088:16

**BIT** [10] - 990:1, 992:6, 996:18, 1000:11, 1000:14, 1004:2, 1012:3, 1015:9, 1037:9, 1055:25

**BLACK** [1] - 1085:19

**BLEND** [1] - 1023:4

**BLENDED** [5] - 1013:17, 1013:21, 1019:4, 1019:14, 1020:13

**BLENDING** [8] -

1017:1, 1020:1, 1020:15, 1020:24, 1021:2, 1022:22, 1023:9, 1034:16

**BLIND** [1] - 1015:16

**BLINDED** [1] - 1016:9

**BLISS** [1] - 997:19

**BLUE** [5] - 1045:2, 1045:13, 1086:5, 1086:11

**BLUM** [25] - 983:13, 983:14, 986:14, 988:24, 1045:23, 1053:1, 1060:6, 1062:13, 1070:17, 1070:23, 1074:12, 1078:6, 1078:13, 1079:15, 1079:24, 1080:20, 1080:25, 1081:4, 1081:7, 1081:12, 1082:4, 1085:11, 1086:16, 1089:2, 1089:13

**BLUM** [9] - 984:11, 986:14, 988:23, 1079:22, 1080:19, 1080:22, 1087:19, 1088:24, 1089:1

**BLUMENFELD** [1] - 982:3

**BOARD** [1] - 991:24

**BOB** [1] - 1004:4

**BOB'S** [1] - 1004:6

**BOTTOM** [1] - 1086:14

**BOUNDARY** [8] - 1045:6, 1046:18, 1047:22, 1063:5, 1063:6, 1063:8, 1063:11, 1071:18

**BOUQUET** [1] - 1012:20

**BOWL** [10] - 1046:14, 1052:11, 1052:24, 1055:20, 1056:1, 1056:2, 1056:14, 1062:7, 1084:19, 1085:23

**BOX** [1] - 990:3

**BRANCHES** [1] - 1047:18

**BREAK** [9] - 1037:1, 1037:17, 1038:13, 1055:25, 1087:20, 1088:12, 1089:9

**BREAKING** [2] - 1035:21, 1063:24

**BRIEFLY** [2] - 992:17, 1040:17

**BRING** [1] - 989:7

**BROADER** [1] -

1016:1

**BROUGHT** [2] - 996:11, 1007:6

**BUILDS** [1] - 1083:6

**BUILT** [3] - 992:12, 1060:21, 1061:16

**BULK** [3] - 1057:16, 1059:24, 1059:25

**BURN** [1] - 1046:14

**BUSINESSES** [1] - 1006:13

**BUTTON** [1] - 1036:10

**BY** [48] - 983:4, 983:5, 983:5, 983:6, 983:9, 983:14, 983:14, 983:15, 991:7, 991:9, 996:22, 1000:6, 1004:14, 1005:8, 1009:4, 1010:19, 1011:13, 1012:8, 1012:24, 1016:8, 1017:2, 1017:13, 1019:25, 1020:5, 1031:4, 1032:12, 1032:22, 1033:2, 1033:17, 1034:3, 1034:9, 1034:15, 1036:22, 1039:20, 1039:22, 1040:17, 1046:6, 1053:9, 1060:8, 1062:15, 1070:23, 1074:12, 1078:13, 1081:7, 1081:12, 1082:4, 1085:11, 1086:16

**BYRON** [1] - 1027:10

**BYRON** [1] - 983:4

## C

**CAL** [3] - 1031:1, 1031:4, 1031:7

**CALCULATE** [14] - 1048:5, 1049:3, 1049:7, 1049:11, 1050:2, 1054:18, 1057:7, 1057:9, 1057:14, 1058:14, 1058:19, 1059:13, 1079:5, 1083:22

**CALCULATED** [7] - 1053:13, 1054:8, 1054:19, 1058:8, 1059:13, 1079:25, 1080:3

**CALCULATING** [1] - 1048:7

**CALCULATION** [14] - 1050:13, 1058:18,

1060:20, 1060:22, 1069:16, 1071:17, 1072:8, 1072:18, 1081:19, 1081:23, 1082:10, 1082:12, 1082:21

**CALCULATIONS** [11] - 1049:19, 1051:17, 1052:7, 1058:16, 1071:25, 1072:12, 1077:25, 1078:12, 1078:16, 1080:8

**CALIBRATE** [2] - 1078:13, 1078:19

**CALIBRATION** [1] - 1078:15

**CALIFORNIA** [7] - 983:7, 983:10, 983:11, 983:16, 1040:10, 1041:12, 1041:19

**CALIFORNIA** [5] - 982:2, 982:15, 982:25, 986:2, 1090:7

**CALLED** [3] - 991:7, 1036:22, 1039:20

**CAPS** [1] - 1015:16

**CAPTURE** [3] - 1050:23, 1051:12, 1089:5

**CAPTURED** [3] - 1047:6, 1061:2, 1061:6

**CAPTURES** [2] - 1050:25, 1061:4

**CAR** [1] - 1012:20

**CARBON** [2] - 1059:20

**CARE** [1] - 1087:19

**CAREER** [2] - 1017:3, 1040:21

**CASE** [16] - 988:7, 988:13, 988:20, 989:3, 990:5, 990:13, 994:6, 1009:7, 1037:3, 1037:23, 1041:19, 1049:12, 1057:23, 1061:12, 1082:17, 1087:23

**CASE** [1] - 986:7

**CASE** [1] - 982:6

**CASES** [1] - 1045:18

**CASTAIC** [14] - 991:14, 991:21, 993:12, 994:9, 996:2, 998:13, 998:18, 998:24, 999:8, 1000:25,

1017:3, 1027:25, 1029:14, 1029:16

**CAUSES** [3] - 1050:11, 1050:12, 1056:18

**CAUSING** [1] - 989:4

**CAUTION** [1] - 987:7

**CENTER** [2] - 1065:2, 1076:11

**CENTER** [3] - 994:1, 1042:12, 1065:15

**CENTRAL** [2] - 982:2, 1090:7

**CENTRAL** [2] - 994:4, 996:9

**CENTRAL** [3] - 993:3, 1066:5, 1066:15

**CERTAIN** [8] - 995:2, 1005:20, 1006:8, 1014:5, 1033:22, 1082:20, 1089:9

**CERTAINLY** [2] - 997:16, 1047:13

**CERTAINTY** [1] - 1077:1

**CERTIFICATE** [1] - 1090:1

**CERTIFIED** [1] - 1040:11

**CERTIFY** [1] - 1090:7

**CH** [2] - 1015:9, 1024:5

**CH2M** [1] - 1087:1

**CHAIRED** [1] - 997:5

**CHALLENGE** [1] - 999:18

**CHANCE** [1] - 1010:13

**CHANCES** [1] - 989:3

**CHANDALAR** [1] - 983:9

**CHANGE** [1] - 1069:16

**CHARACTERISTICS** [1] - 1072:17

**CHARACTERIZE** [3] - 997:12, 1003:17, 1005:2

**CHECK** [2] - 1038:13, 1077:24

**CHECKED** [1] - 1078:17

**CHEMICAL** [7] - 1054:17, 1055:14, 1066:13, 1067:10, 1068:22, 1069:5

**CHEMICALS** [12] - 1054:24, 1066:25, 1067:2, 1067:4, 1067:6, 1068:17, 1068:25, 1069:9, 1069:18, 1069:24,

1070:10

**CHLORIDE** [3] - 1066:10, 1066:12, 1068:18

**CHUNK** [1] - 994:14

**CIGAR** [1] - 1032:18

**CIRCLE** [1] - 1063:10

**CLARA** [3] - 997:2, 1025:25

**CLARIFY** [2] - 1019:25, 1023:14

**CLARIFYING** [1] - 1019:22

**CLARITA** [1] - 982:5

**CLARITA** [19] - 986:8, 989:14, 991:13, 992:17, 993:9, 994:8, 998:21, 999:19, 999:21, 1001:19, 1006:5, 1032:16, 1035:22, 1042:7, 1042:12, 1042:13, 1042:22, 1043:9

**CLAY** [5] - 1048:17, 1048:22, 1064:21, 1064:23, 1064:24

**CLEAN** [1] - 1066:12

**CLEANED** [1] - 1015:11

**CLEANERS** [1] - 1015:10

**CLEANUP** [1] - 1029:6

**CLEAR** [2] - 994:7, 1067:5

**CLEAREST** [1] - 1067:14

**CLEARLY** [1] - 989:1

**CLERK** [11] - 986:7, 990:17, 990:19, 990:24, 991:3, 1038:21, 1038:25, 1039:2, 1039:9, 1039:11, 1039:15

**CLIENT** [1] - 986:15

**CLOSE** [3] - 988:2, 995:1, 1050:14

**CLOSER** [2] - 1040:13, 1055:23

**CLOSEST** [2] - 1006:6, 1064:11

**CLUSTER** [1] - 1056:14

**CO** [1] - 1006:3

**CO-LOCATED** [1] - 1006:3

**COARSE** [1] - 1068:3

**COAST** [1] - 996:9

**CODE** [1] - 1090:8

**COLLECT** [4] -

1059:12, 1081:19, 1081:20, 1082:10

**COLLECTED** [2] - 1059:16, 1077:14

**COLLECTING** [1] - 1077:8

**COMBINED** [1] - 1067:20

**COMING** [7] - 1003:16, 1014:17, 1019:4, 1030:3, 1050:24, 1067:5, 1068:13

**COMMENCED** [2] - 1036:23, 1038:8

**COMMENTARIES** [1] - 999:17

**COMMITTEE** [8] - 996:24, 997:1, 997:5, 997:10, 998:6, 998:10, 1025:25, 1026:1

**COMMITTEE** [1] - 997:2

**COMMUNICATED** [1] - 1009:12

**COMMUNICATION** [1] - 1000:2

**COMMUNICATIONS** [2] - 1000:15, 1001:7

**COMMUNITY** [1] - 992:15

**COMPANIES** [1] - 1001:22

**COMPANY** [4] - 1012:20, 1041:5, 1041:7, 1041:9

**COMPANY** [16] - 991:19, 996:3, 996:5, 996:7, 996:23, 997:7, 997:24, 998:22, 1007:15, 1007:18, 1009:8, 1010:20, 1025:17, 1025:20, 1027:17, 1041:20

**COMPARE** [1] - 1053:20

**COMPARED** [6] - 1048:16, 1052:2, 1053:21, 1053:23, 1057:16, 1066:7

**COMPARES** [1] - 1053:19

**COMPARING** [1] - 1068:22

**COMPARISON** [1] - 1078:16

**COMPEL** [1] - 1001:11

**COMPELLED** [1] -

1002:10

**COMPLETE** [1] - 1082:20

**COMPLETED** [4] - 1005:15, 1007:4, 1042:15, 1064:4

**COMPLETELY** [2] - 1007:12, 1016:2

**COMPLEX** [1] - 1050:6

**COMPLIANCE** [8] - 1022:8, 1032:23, 1033:3, 1033:10, 1033:13, 1033:14, 1033:18, 1033:25

**COMPLY** [2] - 1009:20, 1013:23

**COMPONENT** [6] - 993:4, 993:5, 1050:13, 1062:23, 1072:7

**COMPOUND** [1] - 1000:4

**COMPUTER** [1] - 1082:12

**CON** [1] - 1019:5

**CONCENTRATION** [4] - 1057:20, 1066:16, 1068:22, 1072:25

**CONCENTRATIONS** [5] - 1056:21, 1056:22, 1056:24, 1066:14, 1070:12

**CONCEPT** [1] - 1051:8

**CONCEPTUAL** [1] - 1041:24

**CONCERN** [5] - 986:24, 987:14, 1014:2, 1054:5, 1054:17

**CONCERNED** [2] - 1013:12, 1052:4

**CONCERNING** [1] - 1016:3

**CONCERNS** [3] - 997:14, 997:18, 1088:12

**CONCLUDED** [4] - 1004:25, 1064:12, 1068:12, 1069:2

**CONCLUSION** [3] - 1022:24, 1060:11, 1070:11

**CONCLUSIONS** [5] - 1060:3, 1060:8, 1068:9, 1068:14, 1069:12

**CONDITION** [3] - 1013:13, 1013:16, 1016:14

CONDITIONS [2] - 995:17, 1013:11
CONDUCT [4] - 1005:9, 1005:13, 1014:20, 1069:4
CONDUCTED [1] - 1069:6
CONDUCTING [1] - 1029:5
CONDUCTIVITY [3] - 1049:18, 1074:17, 1081:25
CONFERENCE [1] - 1090:12
CONFIDENCE [6] - 1074:23, 1075:2, 1075:8, 1075:11, 1075:14, 1076:4
CONFIDENT [1] - 1087:3
CONFIRM [1] - 1059:8
CONFORMANCE [1] - 1090:12
CONGESTED [1] - 986:22
CONJUNCTION [1] - 996:12
CONNECTED [1] - 1015:2
CONNECTION [1] - 1064:13
CONSERVATION [1] - 1083:5
CONSIDER [4] - 1048:23, 1067:1, 1069:20, 1077:21
CONSIDERATION [1] - 1038:5
CONSIDERING [1] - 1060:13
CONSISTED [1] - 993:9
CONSISTENT [1] - 990:7
CONSISTS [2] - 992:20, 993:1
CONSTITUENTS [3] - 1026:15, 1053:14, 1077:2
CONSTITUTION [1] - 1019:6
CONSULTANT [7] - 997:10, 997:23, 998:2, 1026:7, 1026:10, 1026:12, 1027:2
CONSULTANT'S [1] - 1026:3
CONSULTANTS [4] - 1004:22, 1004:24,

1026:2, 1044:2
CONSULTING [4] - 998:4, 1005:4, 1005:5, 1041:4
CONTACT [1] - 987:6
CONTACTED [1] - 1004:3
CONTAIN [5] - 1002:22, 1003:13, 1005:4, 1005:21, 1013:18
CONTAINED [2] - 1013:18, 1071:25
CONTAINING [1] - 1007:9
CONTAINMENT [6] - 1002:25, 1003:1, 1003:20, 1003:21, 1011:17, 1051:9
CONTAMINANT [16] - 1002:22, 1005:3, 1011:19, 1023:18, 1023:23, 1025:10, 1043:7, 1050:22, 1053:22, 1053:25, 1054:2, 1055:7, 1057:17, 1058:22, 1058:23, 1065:11
CONTAMINANTS [29] - 1027:3, 1043:5, 1050:17, 1050:19, 1051:21, 1052:1, 1052:4, 1052:8, 1053:10, 1054:5, 1055:4, 1056:4, 1058:25, 1060:9, 1060:14, 1060:18, 1061:7, 1063:25, 1066:1, 1066:14, 1066:21, 1066:22, 1068:8, 1070:1, 1071:10, 1071:15, 1083:7
CONTAMINATED [19] - 998:14, 999:1, 1000:19, 1002:19, 1002:24, 1007:11, 1007:14, 1008:1, 1008:13, 1008:24, 1008:25, 1010:24, 1010:25, 1042:2, 1045:10, 1045:14, 1065:23, 1068:6, 1087:11
CONTAMINATING [1] - 1064:18
CONTAMINATION [82] - 997:6, 997:13, 997:15, 998:25, 999:8, 999:17,

999:21, 1000:18, 1001:12, 1001:20, 1001:23, 1002:5, 1002:21, 1003:16, 1003:18, 1004:8, 1004:19, 1005:20, 1005:22, 1007:10, 1009:5, 1009:21, 1010:3, 1011:6, 1011:22, 1015:7, 1015:10, 1017:5, 1017:15, 1026:14, 1026:15, 1027:9, 1027:11, 1030:3, 1030:18, 1031:15, 1031:25, 1042:16, 1042:19, 1042:20, 1046:13, 1046:17, 1050:25, 1051:2, 1051:6, 1051:9, 1051:12, 1055:18, 1056:17, 1060:4, 1061:2, 1061:5, 1061:9, 1061:15, 1061:18, 1061:19, 1061:22, 1061:24, 1063:20, 1063:21, 1064:5, 1064:13, 1064:17, 1064:23, 1067:5, 1067:12, 1067:17, 1067:21, 1068:15, 1068:20, 1069:3, 1069:12, 1069:24, 1070:4, 1071:23, 1072:10, 1072:24, 1080:1, 1080:4, 1080:6
CONTEXT [2] - 1021:11, 1037:9
CONTINUE [12] - 1016:7, 1019:21, 1037:3, 1038:6, 1043:15, 1046:3, 1046:20, 1046:23, 1052:20, 1053:5, 1061:23, 1087:23
CONTINUES [1] - 1047:5
CONTINUING [1] - 1037:18
CONTINUOUSLY [2] - 1035:20, 1061:11
CONTOUR [3] - 1043:20, 1043:22, 1086:8
CONTOURS [1] - 1043:23
CONTRACT [2] - 995:4, 996:16
CONTRACTED [1] -

1005:12
CONTRACTUAL [1] - 995:2
CONTRIBUTED [1] - 1006:21
CONTRIBUTION [1] - 1006:19
CONTROL [1] - 1065:21
CONVERSATION [2] - 1027:6, 1027:15
CONVERSATIONS [2] - 1004:4, 1027:1
COPY [1] - 1035:6
CORDOVA [1] - 1041:21
CORE [2] - 1060:21, 1069:9
CORPORATION [4] - 986:9, 989:14, 1035:23, 1041:20
CORPORATION [1] - 982:8
CORPS [6] - 1005:10, 1005:12, 1005:14, 1005:16, 1087:2
CORRECT [1] - 1090:9
CORRECT [46] - 994:10, 1003:7, 1010:7, 1013:5, 1017:1, 1017:20, 1017:21, 1018:3, 1020:3, 1020:7, 1020:10, 1020:16, 1020:25, 1021:5, 1021:15, 1021:18, 1022:1, 1022:3, 1022:12, 1023:6, 1023:10, 1023:24, 1025:20, 1025:21, 1028:2, 1028:4, 1029:9, 1030:16, 1030:20, 1032:1, 1032:4, 1045:25, 1071:7, 1071:12, 1071:13, 1072:1, 1073:14, 1075:6, 1076:6, 1077:3, 1080:1, 1080:5, 1080:9, 1080:10, 1086:16, 1086:19
CORRECTLY [2] - 1006:20, 1016:6
CORRESPONDS [1] - 1038:4
COST [8] - 994:11, 994:16, 994:18, 994:19, 994:21, 1006:24, 1007:2,

1007:23
COSTS [2] - 994:18, 994:20
COUNCIL [1] - 1040:22
COUNSEL [3] - 986:10, 986:11, 1031:2
COUNSEL [1] - 983:1
COUNTY [4] - 996:10, 996:12, 998:5, 1041:12
COUPLE [7] - 994:6, 1002:18, 1024:6, 1032:13, 1056:25, 1058:1, 1062:5
COUPLED [1] - 1070:11
COURSE [6] - 987:7, 1004:24, 1016:11, 1019:24, 1028:16, 1063:15
COURT [95] - 982:1, 982:24, 986:18, 988:5, 988:18, 988:23, 989:1, 989:13, 989:18, 996:17, 996:21, 998:16, 1000:5, 1004:13, 1004:17, 1004:20, 1009:3, 1010:16, 1011:9, 1012:7, 1012:10, 1016:3, 1016:7, 1016:21, 1016:24, 1017:8, 1017:10, 1018:15, 1018:22, 1019:9, 1019:12, 1019:17, 1019:21, 1019:24, 1020:4, 1023:11, 1023:15, 1031:2, 1032:6, 1032:10, 1032:20, 1033:1, 1033:12, 1033:15, 1033:21, 1034:8, 1034:14, 1034:19, 1034:24, 1035:7, 1035:11, 1035:15, 1036:8, 1036:25, 1037:8, 1037:16, 1038:10, 1038:17, 1038:20, 1039:18, 1040:13, 1040:16, 1044:13, 1044:21, 1045:25, 1046:5, 1052:17, 1053:3, 1053:5, 1060:7, 1062:14, 1070:18, 1070:21, 1074:10, 1078:7,

1079:13, 1079:16, 1079:19, 1079:22, 1080:19, 1080:22, 1081:6, 1081:10, 1082:1, 1085:9, 1086:14, 1087:19, 1088:3, 1088:8, 1088:17, 1089:4, 1089:14, 1090:6, 1090:19
**COURT** [8] - 986:6, 989:12, 1001:18, 1037:7, 1037:15, 1047:8, 1088:2
**COURT** [14] - 987:6, 987:21, 988:25, 989:19, 989:21, 990:5, 990:20, 1035:4, 1035:5, 1039:5, 1079:13, 1088:13, 1089:3
**COURT'S** [2] - 988:3, 990:7
**COURTROOM** [1] - 1088:15
**COVER** [1] - 1029:23
**COVERED** [2] - 1070:14, 1070:16
**COVID** [3] - 986:24, 987:9
**CRATER** [1] - 988:13
**CREATED** [1] - 1058:10
**CREATES** [1] - 1050:10
**CREEK** [1] - 992:22
**CROSS** [3] - 1036:17, 1047:23, 1070:21
**CROSS** [2] - 984:5, 984:11
**CROSS** [2] - 1017:12, 1070:22
**CROSS-EXAMINATION** [1] - 1070:21
**CROSS-EXAMINATION** [2] - 1017:12, 1070:22
**CROSS-EXAMINATION** [2] - 984:5, 984:11
**CROSS-EXAMINE** [1] - 1036:17
**CRR** [2] - 982:23, 1090:19
**CSR** [2] - 982:23, 1090:19
**CURRENT** [1] - 1022:16
**CURVE** [3] - 1076:9,

1076:11, 1076:15
**CUSTOMER** [2] - 1018:17, 1018:19
**CUSTOMERS** [5] - 1018:2, 1023:10, 1034:5, 1034:11, 1034:17
**CUT** [2] - 995:19, 1038:14
**CV** [2] - 982:7, 986:8

# D

**DAN** [1] - 991:6
**DAN** [3] - 984:4, 990:16, 991:2
**DANIEL** [1] - 983:15
**DARK** [1] - 1086:5
**DARKER** [1] - 1085:20
**DATA** [33] - 1042:11, 1049:12, 1049:13, 1049:14, 1059:9, 1059:12, 1059:15, 1059:17, 1064:8, 1065:5, 1072:14, 1072:17, 1075:10, 1076:19, 1076:20, 1077:6, 1077:7, 1077:8, 1077:9, 1077:10, 1077:17, 1078:18, 1079:2, 1079:4, 1079:9, 1081:20, 1081:21, 1082:4, 1082:8, 1082:9, 1082:10, 1083:2
**DATED** [1] - 1090:15
**DAY** [2] - 982:13, 1090:15
**DD** [1] - 1013:2
**DDW** [7] - 1022:13, 1022:17, 1022:21, 1022:23, 1022:25, 1033:24
**DEAD** [1] - 1067:17
**DEAL** [2] - 1022:18, 1073:21
**DECADES** [1] - 1084:15
**DECEMBER** [3] - 1009:25, 1012:11
**DECIDED** [1] - 989:21
**DECISION** [1] - 1001:18
**DECLARE** [1] - 989:5
**DECREASES** [1] - 1050:11
**DEEPER** [5] - 992:23, 1064:9, 1087:12, 1087:14, 1087:17

**DEEPEST** [1] - 1087:13
**DEFENDANT** [1] - 986:14
**DEFENDANTS** [2] - 982:9, 983:12
**DEFER** [1] - 988:24
**DEFINE** [2] - 1023:20, 1025:3, 1082:14
**DEFINED** [4] - 1005:19, 1023:19, 1023:22
**DEFINITELY** [1] - 1074:18
**DEFINITION** [1] - 1025:6
**DEGREE** [2] - 1040:4, 1040:7
**DELAY** [2] - 989:20, 1012:16
**DELAYED** [2] - 989:4, 1009:17
**DELAYS** [2] - 1009:16, 1012:16
**DELIBERATIONS** [1] - 989:3
**DELIVER** [1] - 1006:9
**DELIVERED** [4] - 994:21, 995:8, 1013:19, 1014:7
**DELIVERING** [1] - 1002:20
**DELIVERS** [2] - 994:25, 1018:25
**DELIVERY** [3] - 993:24, 995:10, 1006:13
**DEMAND** [2] - 993:7, 995:12
**DEMANDS** [3] - 992:15, 995:12, 999:6
**DEMEANOR** [1] - 1089:1
**DEMONSTRATIVE** [1] - 1085:7
**DENSITY** [2] - 1059:24, 1060:1
**DENYING** [1] - 1001:16
**DEPARTMENT** [3] - 996:13, 1002:2, 1065:20
**DEPOSITION** [22] - 1035:3, 1035:8, 1035:14, 1035:16, 1035:17, 1035:24, 1036:9, 1036:13, 1036:23, 1037:18, 1037:22, 1037:23,

1037:25, 1038:4, 1038:8, 1072:11, 1073:2, 1079:10, 1079:12, 1079:17, 1088:19, 1088:25
**DEPOSITIONS** [2] - 1088:18, 1088:21
**DEPOSITS** [2] - 1068:3, 1068:4
**DEPTHS** [1] - 1064:4
**DESCRIBE** [1] - 1072:12
**DESCRIBED** [1] - 1013:5
**DESCRIBES** [1] - 1086:10
**DESCRIBING** [1] - 1006:25
**DESCRIPTION** [1] - 985:3
**DESIGNED** [1] - 1051:12
**DETAIL** [1] - 1000:11
**DETAILED** [2] - 1020:19, 1082:10
**DETAILS** [1] - 994:2
**DETECT** [11] - 1013:20, 1016:25, 1018:1, 1019:15, 1021:15, 1021:17, 1023:5, 1033:20, 1033:22, 1033:23, 1033:24
**DETECTABLE** [1] - 1018:6
**DETECTED** [4] - 1004:7, 1013:17, 1024:3, 1024:14
**DETECTING** [1] - 1017:16
**DETECTION** [1] - 1057:6
**DETECTIONS** [3] - 1011:11, 1018:3, 1024:24
**DETERMINATION** [2] - 1070:8, 1082:5
**DETERMINE** [8] - 997:17, 1048:2, 1052:7, 1057:5, 1058:5, 1067:11, 1076:21, 1081:13
**DETERMINED** [1] - 1043:19
**DETERMINING** [3] - 1048:24, 1059:18, 1075:6
**DETERMINISTIC** [1] - 1076:19
**DEVELOP** [1] -

1075:11
**DEVELOPED** [3] - 1005:7, 1041:24, 1041:25
**DEVELOPMENT** [1] - 1041:14
**DIAGRAMS** [1] - 1085:1
**DICTATE** [1] - 999:4
**DIFFERENCE** [4] - 1048:21, 1082:22, 1082:24, 1086:20
**DIFFERENT** [13] - 998:17, 1019:7, 1019:11, 1042:18, 1048:6, 1055:3, 1058:20, 1069:6, 1075:9, 1075:22, 1084:17, 1084:24, 1086:18
**DIFFERENTLY** [2] - 1017:4, 1036:14
**DIFFICULT** [3] - 1057:13, 1061:3, 1061:17
**DIMINISHED** [1] - 989:4
**DIRECT** [2] - 991:8, 1039:21
**DIRECT** [2] - 984:5, 984:11
**DIRECT** [2] - 1046:25, 1070:19
**DIRECTION** [31] - 1043:4, 1043:12, 1043:13, 1043:17, 1043:18, 1043:19, 1043:20, 1043:21, 1043:23, 1044:5, 1044:6, 1045:21, 1046:16, 1046:20, 1046:22, 1046:23, 1046:24, 1050:24, 1051:1, 1051:14, 1061:4, 1062:10, 1062:16, 1062:22, 1063:4, 1065:11, 1086:21, 1086:25, 1087:4, 1087:5, 1087:6
**DIRECTIONS** [8] - 1044:1, 1044:9, 1045:2, 1045:7, 1046:7, 1046:12, 1072:15, 1085:14
**DIRECTLY** [2] - 1050:20, 1068:4
**DIRECTOR** [2] - 991:18, 996:10
**DIRECTORS** [1] -

991:24
**DISCOVERED** [1] - 1000:21
**DISCUSSED** [3] - 1015:9, 1022:25, 1026:16
**DISCUSSES** [1] - 1085:3
**DISCUSSING** [2] - 1016:10, 1027:3
**DISCUSSION** [2] - 998:8, 1026:12
**DISCUSSIONS** [12] - 1000:8, 1001:4, 1001:8, 1022:23, 1025:15, 1025:22, 1028:7, 1028:10, 1028:17, 1028:18
**DISPERSION** [16] - 1056:18, 1056:20, 1058:8, 1058:14, 1058:20, 1058:21, 1059:9, 1059:13, 1059:14, 1059:18, 1072:6, 1072:7, 1072:9, 1072:22, 1075:16
**DISPOSAL** [2] - 998:8, 1066:4
**DISPOSED** [6] - 998:10, 1055:17, 1069:24, 1071:20, 1071:21, 1077:12
**DISREGARD** [1] - 1010:16
**DISTANCE** [14] - 1050:1, 1052:22, 1053:8, 1055:23, 1058:23, 1059:2, 1069:16, 1070:9, 1072:15, 1073:17, 1073:19, 1079:6, 1084:21, 1084:24
**DISTANCES** [1] - 1085:3
**DISTINCTION** [1] - 1018:16
**DISTRACTS** [1] - 1089:7
**DISTRIBUTION** [9] - 1006:12, 1006:24, 1014:7, 1014:8, 1018:6, 1018:10, 1018:16, 1019:1, 1019:13
**DISTRICT** [5] - 982:1, 982:2, 982:3, 1090:6, 1090:7
**DISTRICT** [1] - 998:5
**DIVISION** [5] - 998:21,

1002:2, 1007:15, 1012:1, 1013:2
**DIVISION** [1] - 982:2
**DO** [1] - 1090:7
**DOCTOR** [2] - 1083:18, 1088:12
**DOCUMENTS** [1] - 1035:25
**DONE** [9] - 998:2, 1004:2, 1005:1, 1017:4, 1038:15, 1058:16, 1070:19, 1080:24, 1084:18
**DOOR** [4] - 1002:13, 1002:14, 1028:11, 1088:15
**DOUBLE** [1] - 1038:13
**DOUBLE-CHECK** [1] - 1038:13
**DOUBLES** [2] - 994:18, 994:21
**DOUBTING** [1] - 987:19
**DOWN** [18] - 996:18, 1003:25, 1004:8, 1004:15, 1016:24, 1019:15, 1023:13, 1034:25, 1047:9, 1050:5, 1055:25, 1061:13, 1061:14, 1061:19, 1063:24, 1082:6, 1085:22, 1088:14
**DOWNGRADIENT** [1] - 1061:5
**DOWNSTREAM** [2] - 1002:23, 1007:13
**DR** [14] - 1039:23, 1046:6, 1047:7, 1047:25, 1050:4, 1057:3, 1062:1, 1065:13, 1065:24, 1070:24, 1080:21, 1082:1, 1088:3
**DRAW** [3] - 1084:6, 1084:23, 1086:7
**DRAWING** [3] - 1085:21, 1085:22
**DREW** [4] - 1083:18, 1083:25, 1085:17, 1086:22
**DRILLED** [1] - 1007:25
**DRINKING** [4] - 1010:20, 1013:8, 1023:23, 1025:10
**DRINKING** [3] - 1002:3, 1012:2, 1013:2
**DROUGHT** [4] - 992:9,

994:4, 995:14, 995:17
**DRY** [4] - 994:6, 995:3, 995:24, 1068:3
**DTSC** [2] - 998:7, 1065:20
**DUE** [1] - 992:9
**DURING** [11] - 991:16, 993:22, 993:24, 993:25, 994:4, 994:6, 999:10, 1008:13, 1025:16, 1025:23, 1088:12
**DUTIES** [1] - 1042:14

# E

**EARLY** [5] - 997:8, 997:12, 1014:1, 1041:18, 1058:16
**EARNEST** [1] - 1002:10
**EARTH** [2] - 1040:2, 1040:4
**EARTHQUAKE** [1] - 995:18
**EASIER** [1] - 1035:19
**EASILY** [2] - 1048:14, 1059:13
**EAST** [1] - 1041:21
**EASTERN** [2] - 1066:5, 1066:15
**EASY** [1] - 1048:10
**EDGE** [1] - 1086:6
**EDITING** [1] - 1038:3
**EDLIN** [1] - 983:13
**EDMONTON** [1] - 1040:22
**EDUCATIONAL** [1] - 1039:25
**EFFECT** [4] - 1019:9, 1019:12, 1062:24, 1063:8
**EFFECTIVE** [3] - 1007:9, 1007:12, 1007:23
**EFFECTIVELY** [2] - 1002:19, 1019:14
**EFFECTS** [1] - 1060:24
**EFFLUENCE** [2] - 1087:14, 1087:17
**EFFLUENT** [4] - 1014:13, 1015:18, 1017:16, 1033:9
**EFFORT** [3] - 1005:5, 1005:13
**EITHER** [4] - 1010:4, 1012:14, 1064:6,

1083:8
**ELECTED** [1] - 989:19
**ELECTRONICALLY** [1] - 1035:6
**ELEMENT** [2] - 1003:14, 1003:15
**ELEMENTS** [1] - 992:6
**ELEVATION** [5] - 1043:20, 1048:9, 1049:13, 1086:13, 1086:15
**ELEVATIONS** [1] - 1068:2
**EMERGING** [1] - 1044:4
**EMPIRICAL** [1] - 1082:25
**EMPLOYEE** [1] - 1026:6
**END** [9] - 990:6, 1006:13, 1013:20, 1018:7, 1019:5, 1019:7, 1020:24, 1038:23
**ENDED** [3] - 989:9, 1018:18, 1029:2
**ENDS** [2] - 1020:15, 1047:3
**ENGAGE** [1] - 1028:7
**ENGAGED** [4] - 1028:6, 1028:9, 1028:10, 1031:14
**ENGAGEMENT** [3] - 1041:1, 1041:16, 1042:7
**ENGINEER** [1] - 998:4
**ENGINEER** [1] - 1087:2
**ENGINEERING** [2] - 1005:4, 1014:22
**ENGINEERS** [4] - 1005:10, 1005:12, 1005:14, 1005:16
**ENSURE** [2] - 1003:15, 1003:21
**ENSURING** [1] - 992:6
**ENTERED** [3] - 1020:12, 1030:15, 1031:9
**ENTIRE** [1] - 1038:10
**ENTITIES** [2] - 993:10, 1028:14
**ENTITLED** [1] - 1090:11
**ENTITLEMENT** [1] - 995:4
**ENTITY** [1] - 1028:13
**ENVIRONMENTAL** [3] - 999:18, 1040:23, 1041:9

**ENVIROSTOR** [1] - 1065:20
**EPA** [3] - 1031:1, 1031:4, 1031:7
**EQUAL** [2] - 1076:5, 1076:7
**EQUATION** [19] - 1058:17, 1058:19, 1072:19, 1078:13, 1078:17, 1078:20, 1078:24, 1079:1, 1079:2, 1082:14, 1082:16, 1082:18, 1082:19, 1082:23, 1083:4, 1083:6, 1083:9
**EQUATIONS** [2] - 1073:3, 1082:25
**EQUIPMENT** [2] - 1006:19, 1066:12
**ERIC** [1] - 983:15
**ERIC** [3] - 983:20, 986:16, 1012:19
**ERROR** [1] - 1015:23
**ESCAPES** [1] - 1063:7
**ESPECIALLY** [1] - 1077:11
**ESSENTIALLY** [5] - 994:17, 994:18, 1005:16, 1010:1, 1013:21
**ESTABLISH** [1] - 1083:2
**ESTIMATE** [17] - 990:7, 1049:16, 1071:22, 1074:18, 1074:21, 1074:22, 1075:16, 1075:17, 1075:18, 1076:21, 1077:21, 1078:10, 1079:3, 1079:8, 1082:9, 1084:4
**ESTIMATED** [2] - 1049:17, 1081:18
**ESTIMATION** [1] - 1087:4
**ET** [2] - 982:8, 986:9
**EVALUATED** [1] - 1051:14
**EVALUATION** [2] - 1060:19, 1065:15
**EVENT** [3] - 995:21, 1015:12, 1031:25
**EVENTS** [1] - 995:22
**EVENTUALLY** [1] - 999:15
**EVIDENCE** [1] - 985:2
**EVIDENCE** [4] - 1036:6, 1044:19, 1063:21, 1067:21

**EXACT** [2] - 1082:19, 1083:8
**EXACTLY** [7] - 1007:6, 1012:21, 1030:24, 1057:14, 1069:23, 1084:23, 1085:20
**EXAMINATION** [5] - 991:8, 1017:12, 1032:11, 1039:21, 1070:22
**EXAMINATION** [7] - 984:5, 984:5, 984:6, 984:11, 984:11, 1070:19, 1070:21
**EXAMINE** [2] - 1036:17
**EXAMPLE** [14] - 995:18, 1024:5, 1030:7, 1044:24, 1048:11, 1048:13, 1049:24, 1049:25, 1056:1, 1057:18, 1057:20, 1065:7, 1067:9, 1081:25
**EXCUSE** [5] - 987:11, 994:15, 1024:13, 1070:24, 1073:9
**EXCUSED** [2] - 989:22, 1034:24
**EXECUTED** [1] - 1007:7
**EXECUTIVE** [1] - 996:10
**EXHIBIT** [5] - 1036:2, 1044:14, 1045:10, 1047:14, 1052:14
**EXHIBIT** [8] - 1036:6, 1044:17, 1044:19, 1045:11, 1052:17, 1062:1, 1083:16
**EXHIBITS** [1] - 985:1
**EXHIBITS** [2] - 1044:12, 1078:3
**EXIST** [3] - 1071:21, 1084:9, 1084:10
**EXISTING** [4] - 1007:1, 1042:9, 1063:16, 1065:17
**EXPECT** [6] - 1061:12, 1063:5, 1063:7, 1063:10, 1063:12, 1077:24
**EXPECTED** [2] - 1025:11, 1072:25
**EXPENSIVE** [1] - 994:14
**EXPERIENCE** [3] - 988:15, 1040:18, 1077:22

**EXPERIENCED** [1] - 988:15
**EXPERT** [4] - 1042:15, 1042:18, 1042:25, 1058:10
**EXPERTS** [2] - 1022:5, 1042:25
**EXPLAIN** [4] - 1018:16, 1033:12, 1055:13, 1088:9
**EXPRESSED** [1] - 1059:21
**EXTEND** [1] - 1059:4
**EXTENDED** [2] - 1084:11, 1084:14
**EXTENT** [9] - 988:19, 990:8, 998:11, 1031:15, 1042:19, 1078:2, 1083:23, 1084:2
**EXTRACT** [1] - 995:20
**EXTRACTED** [1] - 994:4
**EXTRACTION** [2] - 994:20, 1049:15
**EXTREMELY** [5] - 993:18, 1003:5, 1022:4, 1022:6, 1022:9
**EXTREMES** [1] - 1076:12

**F**

**FACE** [1] - 991:10
**FACILITIES** [2] - 1008:7, 1042:11
**FACILITY** [9] - 1006:3, 1006:10, 1006:22, 1014:14, 1020:7, 1022:21, 1033:9, 1041:21, 1041:22
**FACT** [6] - 1002:3, 1005:11, 1033:25, 1072:24, 1080:11, 1081:12
**FACTOR** [21] - 1048:23, 1049:3, 1053:14, 1053:16, 1053:19, 1053:20, 1053:24, 1054:1, 1054:3, 1054:6, 1054:7, 1054:9, 1054:13, 1054:18, 1054:19, 1067:7, 1075:21, 1075:24, 1078:11, 1083:3
**FACTORS** [7] - 1048:6, 1049:6, 1049:9, 1053:13,

1063:25, 1075:12, 1077:13
**FAIR** [6] - 1018:9, 1018:13, 1021:13, 1026:25, 1027:24, 1031:16
**FAIRLY** [4] - 1037:21, 1049:16, 1050:6, 1078:25
**FALLS** [1] - 1076:25
**FAMILIAR** [6] - 993:17, 999:20, 1008:2, 1021:10, 1022:16, 1066:9
**FAR** [11] - 994:18, 1019:20, 1022:10, 1022:12, 1049:23, 1052:8, 1055:4, 1059:3, 1084:3, 1084:21
**FARMING** [1] - 996:5
**FARTHEST** [1] - 1059:6
**FASHION** [2] - 988:8, 999:3
**FAST** [3] - 1027:25, 1049:22, 1056:1
**FAST-FORWARDING** [1] - 1027:25
**FASTER** [3] - 1057:15, 1067:8, 1067:9
**FASTEST** [4] - 1054:24, 1055:1, 1055:2, 1055:9
**FAULT** [7] - 1047:3, 1047:4, 1047:17, 1047:18, 1047:20, 1047:24
**FAULTS** [8] - 1045:4, 1046:25, 1047:2, 1047:12, 1047:16, 1047:17, 1062:24, 1063:9
**FEASIBILITY** [2] - 1063:16, 1065:17
**FEATURES** [1] - 1065:1
**FEDERAL** [2] - 1005:11, 1031:7
**FEDERAL** [2] - 982:24, 1090:5, 1090:19
**FEET** [16] - 992:22, 995:5, 995:8, 995:11, 1015:7, 1052:11, 1052:15, 1052:22, 1053:6, 1058:24, 1069:17, 1081:25, 1083:12,

1083:13, 1084:4
**FELT** [1] - 1010:13
**FEMALE** [1] - 1026:4
**FEW** [7] - 995:22, 1001:7, 1018:12, 1019:20, 1041:17, 1058:15, 1076:11
**FIELD** [13] - 1049:13, 1049:19, 1059:15, 1074:14, 1074:16, 1077:24, 1078:18, 1079:2, 1079:4, 1079:9, 1081:19, 1081:21, 1082:21
**FIFTH** [1] - 993:5
**FIGUEROA** [1] - 983:6
**FIGURE** [13] - 1014:23, 1062:19, 1073:14, 1073:18, 1073:19, 1073:20, 1073:21, 1085:6, 1085:20, 1087:8, 1087:9, 1087:11
**FIGURES** [3] - 995:5, 1071:25, 1085:1
**FILE** [1] - 1065:19
**FILED** [3] - 1001:1, 1001:10, 1028:4
**FILES** [1] - 1001:21
**FILING** [1] - 1000:3
**FINAL** [1] - 1022:24
**FINE** [1] - 1020:18
**FINGERPRINT** [1] - 1067:2
**FINGERPRINTING** [1] - 1068:17
**FINISH** [2] - 1041:2, 1078:7
**FINISHED** [1] - 1038:10
**FIRST** [27] - 996:14, 1000:24, 1004:21, 1014:14, 1035:11, 1040:20, 1041:2, 1042:17, 1055:10, 1056:8, 1056:24, 1056:25, 1057:5, 1057:12, 1057:14, 1057:15, 1057:18, 1057:19, 1057:21, 1057:25, 1058:16, 1058:18, 1058:24, 1066:6, 1072:7, 1072:24, 1073:24
**FISCAL** [1] - 991:25
**FIT** [1] - 1083:1
**FITS** [1] - 1079:20
**FIVE** [1] - 1042:18
**FLAMINGO** [1] - 1015:10

**FLANGE** [1] - 1015:16
**FLESH** [1] - 1088:12
**FLOOR** [2] - 983:7, 983:10
**FLOW** [57] - 1041:25, 1043:4, 1043:11, 1043:12, 1043:13, 1043:17, 1043:18, 1043:19, 1043:20, 1043:21, 1043:23, 1044:1, 1044:5, 1044:6, 1044:9, 1045:2, 1045:7, 1045:13, 1045:21, 1046:7, 1046:10, 1046:12, 1046:16, 1046:22, 1047:1, 1047:2, 1047:15, 1048:1, 1049:2, 1050:22, 1051:15, 1053:10, 1053:11, 1056:7, 1056:11, 1061:22, 1062:10, 1062:16, 1062:22, 1063:1, 1063:4, 1063:6, 1063:25, 1065:11, 1072:15, 1081:18, 1083:6, 1084:1, 1084:2, 1085:14, 1086:21, 1086:25, 1087:4, 1087:5, 1087:6, 1087:17
**FLOWING** [2] - 1049:5, 1061:23
**FOCUS** [1] - 1089:7
**FOCUSED** [2] - 1043:3, 1063:18
**FOLLOW** [3] - 1032:14, 1056:6, 1056:11
**FOLLOW-UP** [1] - 1032:14
**FOLLOWED** [2] - 1056:8
**FOLLOWING** [5] - 986:5, 989:11, 1037:6, 1037:14, 1088:1
**FOR** [6] - 983:3, 983:12, 985:2, 1090:6
**FOREGOING** [1] - 1090:9
**FORENSIC** [1] - 1014:22
**FORGET** [1] - 1001:18
**FORM** [1] - 999:3
**FORMALLY** [1] - 1009:19

**FORMAT** [1] - 1090:11
**FORMATION** [8] - 992:23, 1000:22, 1007:18, 1008:1, 1064:18, 1068:1, 1068:5, 1068:7
**FORMER** [3] - 994:9, 1000:9, 1004:4
**FORMERLY** [1] - 998:21
**FORMULA** [1] - 1072:13
**FORMULATED** [1] - 1042:18
**FORTH** [3] - 1009:18, 1010:6
**FORWARD** [2] - 1017:5, 1038:22
**FORWARDING** [1] - 1027:25
**FOUNDATION** [3] - 1032:5, 1034:7, 1053:18
**FOUR** [5] - 999:13, 1000:21, 1007:7, 1007:20, 1008:7
**FRACTION** [2] - 1059:19, 1059:22
**FRAME** [1] - 1027:18
**FRANCISCO** [2] - 983:11, 983:16
**FRANK** [1] - 998:4
**FRED** [1] - 986:14
**FRED** [2] - 983:6, 983:14
**FREE** [3] - 1037:10, 1070:25, 1088:24
**FRESH** [2] - 991:4, 1039:16
**FRINGE** [1] - 1076:9
**FRONT** [4] - 1056:17, 1056:19, 1056:21, 1073:7
**FRUSTRATED** [1] - 1012:16
**FRYER** [2] - 983:19, 986:17
**FUDACZ** [1] - 983:6
**FULL** [1] - 1039:12
**FULLY** [3] - 1034:4, 1065:2
**FUND** [1] - 1009:11
**FUNDAMENTAL** [3] - 1079:4, 1082:17, 1083:4
**FUNDING** [9] - 1009:14, 1029:19, 1029:25, 1030:2, 1030:6, 1030:10, 1031:14, 1031:20

**G**

**GABRIEL** [2] - 1047:17, 1047:18
**GALLAGHER** [26] - 983:13, 983:14, 998:15, 1000:4, 1004:12, 1005:8, 1009:2, 1010:14, 1011:8, 1012:6, 1012:24, 1017:7, 1017:11, 1017:13, 1019:22, 1019:25, 1020:5, 1023:13, 1023:16, 1031:4, 1032:7, 1032:25, 1034:7, 1034:12, 1034:18, 1034:22
**GALLAGHER** [3] - 984:5, 986:16, 1017:10
**GARDEN** [1] - 1048:17
**GEE** [10] - 984:5, 984:6, 984:11, 986:13, 990:14, 1033:16, 1052:18, 1053:3, 1088:9, 1088:11
**GEE** [38] - 983:4, 990:15, 991:9, 996:22, 998:17, 1000:6, 1004:14, 1004:18, 1009:4, 1010:19, 1011:13, 1012:8, 1012:12, 1016:8, 1017:2, 1017:9, 1032:5, 1032:12, 1032:22, 1033:2, 1033:14, 1033:17, 1034:3, 1034:9, 1034:15, 1034:21, 1039:22, 1040:17, 1044:16, 1045:11, 1046:6, 1052:19, 1053:4, 1053:9, 1060:8, 1062:15, 1070:20, 1074:9
**GENERAL** [14] - 991:15, 991:16, 991:23, 996:1, 999:13, 1000:9, 1000:15, 1000:25, 1001:13, 1004:4, 1024:6, 1043:25, 1057:15, 1059:5
**GENERAL** [1] - 1041:20
**GENERALIZED** [2] - 1087:5, 1087:7

**GENERALLY** [5] - 992:22, 1006:1, 1024:17, 1046:24, 1047:3
**GENTLEMAN** [1] - 998:3, 1028:23
**GENTLEMEN** [1] - 989:16
**GEOLOGIST** [1] - 1040:11
**GEOLOGY** [2] - 1004:25, 1040:7
**GEOMETRIC** [1] - 1086:15
**GIVEAWAY** [1] - 1047:17
**GIVEN** [1] - 1055:5
**GLANCE** [1] - 1014:14
**GOAL** [9] - 1021:10, 1021:15, 1021:18, 1021:19, 1023:5, 1024:16, 1024:18, 1025:3, 1025:7
**GOALS** [2] - 1002:18, 1005:18
**GOD** [2] - 990:22, 1039:7
**GRAB** [1] - 1034:23
**GRADIENT** [8] - 1048:7, 1049:6, 1049:18, 1050:11, 1050:13, 1060:21, 1060:23, 1074:17
**GRAINS** [1] - 1049:2
**GRANT** [1] - 1005:11
**GRAPHS** [1] - 1058:10
**GREATEST** [1] - 999:18
**GREEN** [2] - 1045:15, 1045:18
**GROUND** [3] - 1078:10, 1078:14, 1078:20
**GROUNDWATER** [119] - 992:21, 994:15, 997:15, 999:4, 1003:3, 1019:3, 1040:23, 1041:10, 1041:13, 1041:14, 1041:25, 1043:4, 1043:7, 1043:10, 1043:11, 1043:12, 1043:13, 1043:17, 1043:18, 1043:19, 1043:20, 1044:1, 1044:5, 1044:9, 1045:1, 1045:21, 1046:7, 1046:10, 1046:16, 1046:19, 1046:22,

1047:1, 1047:2, 1047:12, 1047:21, 1047:25, 1048:1, 1048:2, 1048:3, 1048:4, 1048:7, 1048:9, 1048:24, 1049:4, 1049:8, 1049:11, 1049:13, 1049:20, 1049:22, 1049:24, 1050:3, 1050:7, 1050:14, 1050:16, 1050:17, 1050:19, 1050:20, 1050:21, 1050:22, 1050:23, 1051:1, 1051:3, 1051:6, 1051:15, 1051:19, 1051:20, 1051:21, 1051:23, 1052:2, 1052:11, 1052:23, 1053:7, 1053:17, 1053:22, 1053:23, 1053:25, 1054:2, 1054:4, 1054:9, 1054:10, 1054:11, 1054:15, 1054:16, 1054:21, 1055:2, 1055:14, 1055:19, 1062:10, 1062:21, 1063:1, 1063:3, 1063:17, 1065:18, 1066:17, 1067:3, 1070:9, 1071:16, 1072:14, 1072:15, 1074:14, 1074:15, 1075:12, 1075:19, 1076:21, 1079:5, 1080:1, 1080:4, 1080:9, 1080:12, 1081:14, 1082:7, 1083:10, 1085:13, 1086:20, 1087:4
**GROUP** [1] - 1064:11
**GROW** [1] - 993:6
**GROWING** [2] - 992:15, 999:6
**GUARANTEE** [1] - 990:9
**GUESS** [3] - 1062:8, 1066:3, 1079:3
**GUESSING** [4] - 1033:10, 1077:5, 1077:17, 1077:22

**H**

**HALF** [2] - 992:12, 1054:2
**HAND** [2] - 990:18, 1039:3

**HANDFUL** [1] - 1014:11
**HANDWRITTEN** [1] - 985:13
**HARD** [3] - 1035:6, 1057:9, 1089:9
**HAZARDOUS** [1] - 1055:17
**HEAD** [1] - 1046:23
**HEADACHE** [1] - 986:25
**HEADS** [1] - 1046:24
**HEALTH** [1] - 1002:2
**HEALTH** [6] - 1024:16, 1024:18, 1025:3, 1025:7, 1025:11
**HEALTHY** [1] - 1002:20
**HEAR** [4] - 987:22, 1035:18, 1036:2, 1036:15
**HEARD** [4] - 987:22, 992:16, 1026:18, 1046:15
**HEARING** [1] - 1036:16
**HELD** [5] - 986:5, 989:11, 1037:6, 1037:14, 1088:1
**HELD** [1] - 1090:10
**HELP** [3] - 990:22, 1039:6, 1047:9
**HELPFUL** [1] - 1059:17
**HELPS** [1] - 1063:1
**HEREBY** [1] - 1090:7
**HIGH** [6] - 999:8, 1048:21, 1066:14, 1066:16, 1074:21, 1082:8
**HIGH-LEVEL** [1] - 1082:8
**HIGHER** [8] - 1014:12, 1015:18, 1015:21, 1017:16, 1022:7, 1056:22, 1068:2, 1076:12
**HIGHEST** [1] - 1023:22
**HIGHLIGHT** [1] - 1041:17
**HIGHLY** [1] - 1087:11
**HILL** [1] - 1087:1
**HISTORY** [3] - 999:18, 999:21, 1011:19
**HIT** [1] - 1011:19
**HITS** [1] - 1074:6
**HOLD** [2] - 988:20, 1040:9
**HOLDING** [1] -

1009:13
**HONBY** [1] - 1015:2
**HONOR** [32] - 986:14, 987:24, 988:17, 988:22, 988:24, 1004:12, 1010:14, 1017:7, 1017:11, 1019:23, 1032:8, 1032:9, 1034:21, 1035:2, 1036:20, 1037:12, 1038:7, 1038:12, 1038:18, 1045:23, 1053:1, 1060:6, 1070:17, 1070:20, 1078:6, 1079:15, 1080:20, 1080:25, 1081:4, 1085:7, 1089:2, 1089:13
**HONORABLE** [1] - 982:3
**HOPEFULLY** [2] - 995:21, 1025:25
**HORN** [1] - 1004:5
**HOSGRI** [2] - 1047:17, 1047:24
**HOUR** [1] - 1071:5
**HOUSE** [1] - 1019:11
**HUIE** [1] - 983:13
**HULA** [10] - 1046:14, 1052:11, 1052:24, 1055:20, 1056:1, 1056:2, 1056:14, 1062:7, 1084:19, 1085:23
**HUNDRED** [2] - 995:5, 1056:14
**HUNDRED-THOUSAND** [1] - 995:5
**HUNDREDS** [1] - 1015:21
**HYDRAULIC** [10] - 1048:7, 1049:18, 1051:5, 1051:8, 1060:21, 1060:23, 1064:13, 1074:16, 1074:17, 1081:24
**HYDROGEOLOGIC** [2] - 1005:5, 1041:24
**HYDROGEOLOGICAL** [6] - 1042:10, 1063:25, 1065:1, 1065:3, 1065:25, 1069:5
**HYDROGEOLOGIST** [3] - 1040:12, 1040:20, 1040:21
**HYDROGEOLOGISTS** [1] - 1004:23

**HYDROGEOLOGY** [7] - 1004:25, 1005:2, 1040:3, 1040:5, 1040:23, 1075:14, 1079:5
**HYDROSTRATIGRAPHIC** [1] - 1087:10

**I**

**IDEA** [1] - 1065:10
**IDENTIFICATION** [2] - 1036:5, 1044:18
**IDENTIFICATION** [1] - 985:2
**IDENTIFIED** [2] - 1035:17, 1055:18
**IGNORANCE** [1] - 997:18
**ILLUSTRATE** [2] - 1072:23, 1075:15
**ILLUSTRATIVE** [2] - 1072:9, 1072:22
**ILSE** [1] - 983:9
**IMMEDIATELY** [6] - 1002:1, 1002:3, 1009:8, 1009:24, 1011:4, 1012:8
**IMPACT** [3] - 1027:13, 1050:16, 1050:21
**IMPACTED** [12] - 999:4, 1003:2, 1003:12, 1007:18, 1007:19, 1032:1, 1045:16, 1045:17, 1046:7, 1050:7, 1060:5, 1068:11
**IMPACTING** [1] - 1030:4
**IMPAIRED** [3] - 1022:4, 1022:6, 1022:9
**IMPERATIVE** [2] - 1003:20, 1003:22
**IMPLEMENTATION** [1] - 992:1
**IMPLEMENTED** [4] - 992:14, 993:21, 993:22, 996:11
**IMPORTANT** [13] - 992:11, 1002:21, 1002:22, 1002:25, 1003:2, 1003:5, 1011:18, 1043:11, 1045:20, 1048:1, 1055:13, 1059:14, 1072:23
**IMPORTED** [7] - 993:1, 993:3, 993:11, 993:14,

994:16, 999:5, 1014:7
**IMPOSSIBLE** [1] - 1081:12
**IMPROPERLY** [1] - 1015:14
**IN** [3] - 1090:6, 1090:10, 1090:11
**INCIDENTALLY** [1] - 987:1
**INCLINATION** [1] - 988:3
**INCLUDE** [1] - 1036:3
**INCLUDED** [2] - 1018:10, 1031:24
**INCLUDES** [2] - 1035:25, 1060:23
**INCLUDING** [1] - 1033:22
**INCOMPLETE** [1] - 1015:14
**INCREASE** [2] - 1050:12
**INDEPENDENTLY** [1] - 1078:17
**INDEX** [2] - 984:1, 985:1
**INDICATE** [2] - 987:4, 1014:15
**INDICATED** [5] - 987:10, 1001:19, 1043:21, 1051:16, 1064:8
**INDICATING** [1] - 1069:1
**INDICATION** [1] - 1067:5
**INDICATOR** [3] - 1067:1, 1068:16, 1068:25
**INDIVIDUAL** [1] - 1075:12
**INDIVIDUALS** [1] - 1032:19
**INDUSTRIAL** [1] - 1065:1
**INDUSTRIAL** [2] - 1042:12, 1065:15
**INFILTRATE** [1] - 1048:19
**INFILTRATES** [1] - 1048:16
**INFILTRATION** [1] - 1015:13
**INFLUENCE** [2] - 1060:17, 1062:25
**INFORMAL** [1] - 997:1
**INFORMATION** [20] - 987:8, 987:25, 990:6, 990:10,

997:19, 997:21, 998:3, 998:11, 1000:7, 1005:6, 1019:18, 1049:21, 1051:17, 1064:25, 1065:14, 1065:19, 1066:2, 1077:13
**INFORMED** [2] - 1005:1, 1065:2
**INFREQUENT** [1] - 995:22
**INITIAL** [3] - 997:12, 1011:1, 1011:11
**INQUIRE** [1] - 1004:23
**INSTALLED** [1] - 1006:8
**INSTALLING** [1] - 1007:1, 1007:23
**INSTANCE** [2] - 1068:9, 1073:16
**INSTANCES** [4] - 996:15, 998:1, 1018:12, 1019:19
**INSTEAD** [3] - 1035:21, 1056:19, 1058:2
**INSTRUCTION** [2] - 1035:4, 1035:6
**INSURERS** [2] - 1009:17, 1028:15
**INTEGRITY** [1] - 987:19
**INTENDED** [2] - 995:24, 1078:20
**INTENDS** [1] - 987:21
**INTENTION** [1] - 987:11
**INTERACTION** [1] - 997:23
**INTERCEPTOR** [1] - 1051:11
**INTEREST** [1] - 999:3
**INTERESTS** [1] - 998:25
**INTERFERES** [1] - 1051:3
**INTERIM** [5] - 1003:24, 1004:9, 1029:19, 1030:14, 1031:17
**INTERMEDIATE** [1] - 1059:6
**INTERVAL** [6] - 1074:23, 1075:2, 1075:8, 1075:11, 1075:14, 1076:4
**INTERVIEW** [1] - 999:10
**INVESTIGATE** [1] - 1031:14

**INVESTIGATED** [1] - 1015:8
**INVESTIGATION** [9] - 1005:9, 1005:15, 1014:21, 1016:9, 1016:12, 1030:3, 1041:10, 1042:10, 1065:17
**INVESTIGATIONS** [3] - 1040:24, 1041:13, 1063:17
**INVESTMENT** [1] - 992:20
**INVOLVE** [2] - 992:4, 1026:13
**INVOLVED** [9] - 999:25, 1000:23, 1006:1, 1006:2, 1006:7, 1022:13, 1026:14, 1037:3, 1087:23
**INVOLVEMENT** [1] - 1029:14
**INVOLVES** [2] - 992:5, 992:6
**IS** [2] - 1090:9, 1090:11
**ISOLATING** [2] - 1015:4, 1015:5
**ISSUE** [12] - 986:20, 997:6, 999:12, 1000:17, 1010:9, 1016:3, 1016:15, 1016:16, 1016:19, 1016:20, 1030:18, 1042:1
**ISSUED** [1] - 1000:13
**ISSUES** [2] - 1041:23
**ITEM** [1] - 986:7
**ITSELF** [3] - 992:25, 1068:20, 1074:7

**J**

**JEOPARDY** [1] - 988:7
**JOHN** [1] - 1036:21
**JOHN** [4] - 984:7, 1035:14, 1035:17, 1037:18
**JOINED** [1] - 989:15
**JOINING** [1] - 986:17
**JOINT** [1] - 1035:4
**JOSE** [1] - 1047:20
**JR** [2] - 982:3, 983:14
**JUDGE** [1] - 982:3
**JUDGMENT** [1] - 1002:6
**JUDGMENT** [4] - 1002:7, 1077:21,

1079:3, 1079:8
**JUDICIAL** [1] - 1010:5
**JUDICIAL** [1] - 1090:12
**JUROR** [3] - 988:3, 989:19
**JUROR** [7] - 986:20, 987:11, 987:13, 988:1, 989:22, 989:23, 989:25
**JURORS** [1] - 989:5
**JURORS** [1] - 989:17
**JURY** [21] - 986:6, 986:19, 987:3, 989:3, 989:7, 989:12, 989:15, 1010:16, 1033:12, 1035:16, 1036:12, 1036:24, 1037:7, 1037:15, 1037:20, 1038:9, 1082:14, 1083:20, 1085:17, 1088:2, 1088:4

**K**

**K-O-M-E-X** [1] - 1041:5
**KEEP** [6] - 988:3, 1037:4, 1045:13, 1051:12, 1071:4, 1087:23
**KEITH** [1] - 1020:20
**KEPT** [1] - 1016:11
**KEY** [2] - 1002:7, 1049:18
**KIND** [5] - 996:24, 1011:7, 1048:20, 1075:9, 1078:10
**KINDS** [1] - 1044:3
**KNOWING** [1] - 1032:3
**KNOWN** [1] - 1025:11
**KNOWS** [2] - 1015:23, 1088:21
**KOMEX** [1] - 1041:5

**L**

**LABORATORY** [3] - 1081:22, 1082:11, 1083:1
**LACK** [1] - 1077:17
**LACKS** [1] - 1032:5
**LADIES** [1] - 989:16
**LAKE** [14] - 991:14, 991:21, 993:12, 994:9, 996:2, 998:13, 998:18, 998:24, 999:8,

1000:25, 1017:3, 1027:25, 1029:14, 1029:16
**LAND** [2] - 1006:21, 1006:23
**LAND** [1] - 996:5
**LARDIERE** [3] - 983:20, 986:16, 1012:19
**LARGE** [6] - 1041:21, 1050:9, 1057:8, 1066:23, 1075:10, 1077:8
**LAST** [11] - 991:1, 993:5, 994:6, 995:3, 1024:24, 1032:19, 1039:12, 1045:22, 1048:25, 1054:17, 1082:13
**LATE** [1] - 1027:21
**LATELY** [1] - 1030:13
**LATERAL** [1] - 1015:2
**LATERAL** [3] - 1016:10, 1083:23, 1084:2
**LAWSUIT** [3] - 1000:3, 1001:1, 1028:3
**LAWYERS** [2] - 1036:16, 1037:24
**LAYER** [1] - 1068:3
**LEADING** [3] - 988:15, 1011:8, 1026:24
**LEAST** [6] - 989:4, 990:10, 1003:4, 1059:7, 1069:18, 1069:22
**LEAVE** [1] - 1088:16
**LEFT** [5] - 996:8, 997:5, 998:12, 1071:15, 1086:14
**LEGACY** [2] - 993:9, 993:10
**LEGAL** [1] - 1041:19
**LEGEND** [1] - 1086:10
**LENGTH** [4] - 1056:11, 1078:9, 1080:16, 1081:2
**LESS** [5] - 1014:18, 1048:18, 1048:22, 1060:15, 1081:3
**LETTER** [10] - 1009:19, 1009:25, 1010:1, 1010:2, 1012:4, 1012:5, 1012:9, 1012:10, 1012:12, 1047:20
**LETTER** [1] - 985:10
**LEVEL** [14] - 1013:20, 1019:15, 1022:7, 1022:8, 1023:18,

1023:22, 1025:10, 1026:14, 1050:10, 1074:21, 1077:1, 1082:8, 1089:6
**LEVELS** [8] - 1013:15, 1014:18, 1015:23, 1016:25, 1018:5, 1018:6, 1018:11
**LICENSES** [1] - 1040:9
**LIGHT** [1] - 995:2
**LIKELIHOOD** [1] - 1081:3
**LIKELY** [3] - 1019:10, 1068:13, 1069:2
**LIKEWISE** [1] - 1067:12
**LIMITATIONS** [1] - 1033:4
**LINE** [13] - 1079:10, 1079:11, 1083:2, 1084:1, 1084:2, 1084:19, 1084:23, 1085:23, 1086:5, 1086:7, 1086:8, 1086:11
**LINES** [2] - 995:23, 1083:18
**LIQUID** [1] - 998:9
**LIST** [1] - 1031:24
**LISTEN** [2] - 1088:5, 1088:10
**LITER** [1] - 1057:22
**LITIGATION** [3] - 999:24, 1000:24, 1001:15
**LLC** [9] - 1001:19, 1028:13, 1028:15, 1028:18, 1028:20, 1029:9, 1029:13, 1032:16
**LLP** [2] - 983:4, 983:9
**LOCATED** [1] - 1006:3
**LOCATION** [4] - 1015:8, 1018:4, 1022:22, 1058:22
**LOCATIONS** [5] - 1019:3, 1034:10, 1043:5, 1065:5, 1077:9
**LONG-TERM** [3] - 992:8, 992:10, 992:11
**LONGWINDED** [1] - 995:25
**LOOK** [19] - 1021:16, 1024:4, 1024:5, 1024:7, 1043:1, 1044:3, 1045:20, 1046:9, 1047:11,

1059:1, 1060:22, 1062:1, 1063:24, 1065:25, 1073:17, 1078:1, 1081:24, 1085:6
**LOOKED** [14] - 1030:13, 1043:25, 1045:9, 1046:7, 1052:3, 1058:8, 1058:22, 1059:3, 1068:8, 1069:7, 1069:8, 1087:9
**LOOKING** [9] - 1030:18, 1043:4, 1043:6, 1043:7, 1043:19, 1045:14, 1063:15, 1063:20, 1070:9
**LOOKS** [1] - 1038:13
**LOOSELY** [1] - 1023:3
**LOS** [1] - 983:7
**LOS** [3] - 982:15, 982:25, 986:2
**LOSE** [2] - 988:2, 989:5
**LOST** [2] - 1004:6, 1030:11
**LOW** [10] - 995:7, 1013:15, 1015:23, 1018:5, 1018:11, 1050:10, 1056:20, 1056:24, 1064:20, 1064:22
**LOWER** [1] - 1076:12
**LOWEST** [2] - 1053:14, 1054:9
**LUIS** [1] - 996:12

**M**

**M-A-S-N-A-D-A** [1] - 991:2
**MAGNITUDE** [2] - 1024:22, 1029:25
**MAIN** [7] - 1046:11, 1052:4, 1056:21, 1062:6, 1066:10, 1068:5, 1068:16
**MAJOR** [2] - 992:17, 1063:4
**MANAGEMENT** [2] - 991:25, 993:14
**MANAGER** [11] - 991:15, 991:16, 991:23, 996:2, 999:13, 1000:10, 1000:15, 1000:25, 1001:13, 1004:4, 1024:6
**MANAGING** [1] -

991:18
**MANDATED** [1] - 1009:10
**MANIFESTED** [1] - 987:13
**MANNERISMS** [1] - 1089:8
**MANUFACTURER** [1] - 1066:8
**MANUFACTURING** [2] - 1041:22, 1071:6
**MAP** [2] - 1045:14, 1048:9
**MAPPED** [1] - 1078:3
**MAPS** [3] - 1043:20, 1043:21, 1084:16
**MARCH** [1] - 1086:16
**MARK** [2] - 1039:13, 1039:19
**MARK** [3] - 984:10, 1038:19, 1039:13
**MARKED** [2] - 1036:5, 1044:18
**MASK** [1] - 991:10, 1034:23
**MASNADA** [17] - 990:16, 991:2, 991:10, 991:12, 992:3, 993:8, 996:1, 996:17, 996:22, 1011:23, 1017:2, 1017:14, 1032:13, 1032:22, 1033:17, 1034:9, 1034:15
**MASNADA** [2] - 984:4, 991:6
**MASS** [1] - 1083:5
**MASTER'S** [1] - 1040:4
**MATERIAL** [11] - 1000:13, 1000:14, 1001:7, 1048:11, 1049:1, 1049:4, 1050:5, 1051:22, 1053:15, 1059:20, 1066:11
**MATERIALS** [2] - 1055:17, 1059:21
**MATT** [2] - 983:19, 1020:21
**MATTER** [1] - 1090:11
**MATTER** [3] - 1037:3, 1037:17, 1087:23
**MAXIMUM** [1] - 1023:18
**MCGUANE** [1] - 983:5
**MCL** [16] - 1011:7, 1011:12, 1021:20, 1023:10, 1023:17, 1023:25, 1024:4,

1024:14, 1030:22, 1030:24, 1030:25, 1031:5, 1031:6, 1031:8, 1031:13, 1032:3

**MEAN** [12] - 1044:24, 1061:1, 1072:20, 1074:12, 1075:16, 1075:24, 1076:8, 1076:13, 1084:12, 1084:14, 1088:22, 1089:4

**MEANING** [1] - 1075:23

**MEANS** [15] - 996:24, 1003:3, 1033:13, 1033:18, 1053:24, 1054:1, 1054:14, 1054:20, 1055:8, 1055:9, 1061:2, 1075:23, 1075:25, 1076:5, 1088:22

**MEANT** [6] - 1011:14, 1012:16, 1030:2, 1030:10, 1072:8, 1078:24

**MEASURE** [1] - 1048:5

**MEASURED** [7] - 1049:13, 1049:19, 1059:15, 1060:1, 1074:15, 1074:16, 1076:20

**MEASUREMENT** [1] - 1084:19

**MEASUREMENTS** [1] - 1083:1

**MEET** [7] - 993:6, 995:11, 995:12, 999:6, 1021:14, 1021:19

**MEETING** [7] - 992:14, 996:24, 997:22, 998:2, 998:7, 1025:25, 1026:17

**MEETINGS** [2] - 998:6, 1009:13

**MEMBERS** [3] - 1035:16, 1036:11, 1037:20

**MEMO** [6] - 985:4, 985:5, 985:6, 985:7, 985:11, 985:12

**MEMORY** [1] - 1020:17

**MENTION** [1] - 986:24

**MENTIONED** [34] - 993:7, 993:8, 994:25, 996:2, 999:7, 999:16,

1000:23, 1001:25, 1002:6, 1005:18, 1005:23, 1005:25, 1006:5, 1008:6, 1011:17, 1012:23, 1016:14, 1027:10, 1027:11, 1028:14, 1037:20, 1043:10, 1046:6, 1046:25, 1047:7, 1047:25, 1053:9, 1058:13, 1060:17, 1060:25, 1063:3, 1065:16, 1065:24, 1067:23

**MERGED** [1] - 1041:6

**MESS** [1] - 1045:5

**MET** [7] - 997:9, 997:10, 997:16, 1000:9, 1026:1, 1032:19

**METER** [1] - 1019:11

**METHOD** [3] - 1058:13, 1058:14, 1070:7

**METHODOLOGY** [1] - 1026:22

**MICEVYCH** [1] - 986:13

**MICHAEL** [1] - 983:14

**MICKELSON** [1] - 1026:5

**MICROGRAMS** [1] - 1057:22

**MICROPHONE** [2] - 1018:22, 1040:14

**MIDDLE** [1] - 1062:8

**MIGHT** [6] - 995:1, 1010:5, 1014:21, 1038:14, 1065:12, 1089:11

**MIGRATE** [3] - 1003:21, 1052:8, 1061:9

**MIGRATED** [3] - 1063:22, 1067:13, 1078:8

**MIGRATING** [3] - 1003:19, 1051:2

**MIGRATION** [14] - 1002:22, 1003:13, 1005:24, 1011:22, 1015:13, 1042:20, 1043:4, 1043:8, 1063:18, 1064:9, 1065:11, 1067:2, 1068:20, 1072:10

**MILA** [1] - 1032:18

**MILLION** [1] - 1030:1

**MIND** [3] - 1037:4, 1045:13, 1087:24

**MINDFUL** [1] - 1089:10

**MINIMAL** [1] - 1065:9

**MINUS** [9] - 1074:19, 1075:2, 1076:23, 1077:4, 1077:5, 1077:18, 1084:5

**MINUSES** [1] - 1076:16

**MINUTE** [1] - 1014:15

**MINUTES** [1] - 1037:1

**MIRANDA** [4] - 982:23, 1090:5, 1090:18, 1090:19

**MIRANDAALGORRI @GMAIL.COM** [1] - 982:25

**MISPRONOUNCING** [1] - 1032:19

**MISSED** [1] - 1080:6

**MISSTATES** [1] - 1074:9

**MISTRIAL** [1] - 989:6

**MIXING** [1] - 1019:13

**MOBILE** [1] - 1067:7

**MODEL** [2] - 1042:1, 1082:12

**MODELING** [3] - 1040:24, 1041:10, 1041:14

**MODELS** [1] - 1041:24

**MOLECULES** [1] - 1056:2

**MOMENT** [2] - 986:17, 1032:7

**MONITORING** [9] - 1062:21, 1063:17, 1064:8, 1064:10, 1065:5, 1065:8, 1065:18, 1067:3

**MONTH** [2] - 1000:20, 1030:17

**MONTHLY** [2] - 1009:12, 1009:13

**MONTHS** [1] - 1024:6

**MORNING** [9] - 986:18, 986:21, 987:2, 989:16, 989:17, 1025:14, 1036:25, 1038:21, 1038:22

**MOST** [10] - 991:16, 992:25, 994:14, 1013:25, 1051:21, 1064:5, 1066:4, 1066:9, 1067:8, 1076:8

**MOSTLY** [1] - 1077:13

**MOTHER** [1] - 994:25

**MOTION** [1] - 1002:7

**MOVE** [23] - 989:25, 1010:23, 1017:4, 1040:13, 1048:10, 1051:21, 1056:1, 1056:3, 1056:7, 1056:16, 1063:1, 1063:9, 1063:13, 1067:8, 1067:9, 1071:18, 1071:23, 1079:22, 1081:13, 1082:5, 1083:17, 1084:3

**MOVED** [4] - 1059:5, 1059:7, 1061:21, 1083:20

**MOVEMENT** [7] - 1050:17, 1050:19, 1051:3, 1052:1, 1052:2, 1074:6, 1083:7

**MOVES** [4] - 1047:21, 1048:14, 1053:25, 1055:14

**MOVING** [7] - 988:3, 1012:17, 1012:18, 1049:23, 1049:24, 1051:20, 1061:20

**MR** [96] - 986:12, 986:14, 987:24, 988:17, 988:21, 988:24, 990:15, 991:9, 996:22, 998:15, 998:17, 1000:4, 1000:6, 1004:12, 1004:14, 1004:18, 1005:8, 1009:2, 1009:4, 1010:14, 1010:19, 1011:8, 1011:13, 1012:6, 1012:8, 1012:12, 1012:24, 1016:8, 1017:2, 1017:7, 1017:9, 1017:11, 1017:13, 1019:22, 1019:25, 1020:5, 1023:13, 1023:16, 1031:4, 1032:5, 1032:7, 1032:12, 1032:22, 1032:25, 1033:2, 1033:14, 1033:17, 1034:3, 1034:7, 1034:9, 1034:12, 1034:15, 1034:18, 1034:21, 1034:22, 1035:2, 1035:10, 1035:13, 1036:20, 1037:12, 1038:7, 1038:12, 1038:18, 1039:22, 1040:17,

1044:16, 1045:11, 1045:23, 1046:6, 1052:19, 1053:1, 1053:4, 1053:9, 1060:6, 1060:8, 1062:13, 1062:15, 1070:17, 1070:20, 1070:23, 1074:9, 1074:12, 1078:6, 1078:13, 1079:15, 1079:24, 1080:20, 1080:25, 1081:4, 1081:7, 1081:12, 1082:4, 1085:11, 1086:16, 1089:2, 1089:13

**MURMURINGS** [1] - 987:16

## N

**NAME** [11] - 991:1, 998:4, 1004:6, 1026:3, 1032:15, 1032:17, 1032:19, 1039:12, 1039:13

**NARROW** [1] - 1049:16

**NATURAL** [1] - 1051:3

**NATURALLY** [1] - 1012:18

**NATURE** [7] - 987:17, 992:9, 994:25, 1001:4, 1005:3, 1042:19, 1063:20

**NEAREST** [1] - 1064:10

**NECESSARILY** [5] - 1072:9, 1072:21, 1074:21, 1085:4, 1087:6

**NECESSARY** [5] - 1003:1, 1005:5, 1005:6, 1010:11, 1075:13

**NEED** [19] - 988:21, 991:4, 992:14, 999:5, 1012:21, 1012:22, 1016:8, 1016:12, 1016:21, 1034:23, 1037:8, 1039:16, 1049:3, 1059:15, 1060:1, 1072:7, 1081:1, 1081:9, 1081:19

**NEEDED** [6] - 993:25, 1005:1, 1009:20, 1013:17, 1021:17, 1022:7

**NEGOTIATE** [1] -

1002:10
**NEGOTIATIONS** [3] - 1002:8, 1002:11, 1002:14
**NEVER** [3] - 1029:8, 1059:15, 1078:20
**NEW** [3] - 1007:1, 1007:22, 1007:24
**NEWHALL** [2] - 996:5, 998:5
**NEXT** [15] - 990:14, 1010:18, 1032:21, 1035:1, 1035:11, 1038:15, 1038:17, 1045:9, 1046:5, 1048:23, 1055:9, 1058:7, 1058:12, 1081:6, 1082:3
**NO** [2] - 982:6, 1090:19
**NON** [11] - 1013:20, 1016:25, 1018:1, 1019:15, 1021:15, 1021:17, 1023:5, 1033:20, 1033:22, 1033:23, 1033:24
**NON-DETECT** [11] - 1013:20, 1016:25, 1018:1, 1019:15, 1021:15, 1021:17, 1023:5, 1033:20, 1033:22, 1033:23, 1033:24
**NORMALLY** [1] - 1049:16
**NORTH** [12] - 995:18, 1012:20, 1045:3, 1045:7, 1047:1, 1047:5, 1047:19, 1063:2, 1063:4, 1063:5, 1063:8, 1084:3
**NORTHERN** [1] - 1046:17
**NORTHWEST** [1] - 1061:24
**NOS** [1] - 1036:6
**NOSSAMAN** [2] - 983:4, 983:9
**NOTATIONS** [1] - 1001:3
**NOTE** [2] - 987:12, 989:18
**NOTES** [1] - 1032:8
**NOTHING** [4] - 990:21, 1034:22, 1039:6, 1061:19
**NOTICE** [2] - 1009:20, 1037:21
**NOTIFIED** [2] -

1002:3, 1009:9
**NOVEMBER** [3] - 982:14, 986:1, 1090:15
**NOVEMBER** [2] - 996:8, 1027:21
**NUMBER** [1] - 985:3
**NUMBER** [25] - 992:5, 996:21, 998:5, 999:11, 999:16, 1000:11, 1014:4, 1044:3, 1057:8, 1059:11, 1062:21, 1064:2, 1065:6, 1065:9, 1073:11, 1074:2, 1074:19, 1075:6, 1076:11, 1077:9, 1077:12, 1077:23, 1081:14, 1081:17, 1082:20
**NUMBERING** [1] - 1064:21
**NUMBERS** [6] - 1024:9, 1036:3, 1064:22, 1078:14, 1078:18

## O

**O'CLOCK** [3] - 1087:21, 1087:24, 1089:12
**OBISPO** [1] - 996:12
**OBJECT** [1] - 1008:20
**OBJECTION** [8] - 1008:19, 1010:14, 1017:7, 1032:5, 1034:7, 1060:6, 1070:18, 1074:9
**OBLIGATED** [1] - 1009:10
**OBLIGATION** [1] - 1010:3
**OBSERVATION** [1] - 1070:12
**OBSERVATIONS** [1] - 1077:24
**OBSERVE** [1] - 1083:2
**OBTAIN** [1] - 999:5
**OBTAINING** [1] - 1010:13
**OBVIOUS** [1] - 1037:21
**OCCASIONAL** [2] - 1014:10, 1014:11
**OCCUPIED** [1] - 1049:1
**OCCUR** [3] - 995:22, 1009:15, 1033:20

**OCCURRED** [4] - 1003:18, 1073:4, 1078:21, 1082:6
**OCCURRENCES** [1] - 1014:2
**OCCURS** [5] - 1020:1, 1020:15, 1020:24, 1021:4, 1034:16
**OCTOBER** [2] - 1031:1, 1031:5
**ODD** [1] - 1064:21
**OF** [11] - 982:2, 982:13, 983:1, 984:1, 985:1, 1090:1, 1090:7, 1090:9, 1090:12, 1090:15
**OFFICE** [2] - 1041:8, 1041:12
**OFFICIAL** [4] - 982:24, 1090:1, 1090:5, 1090:19
**OFFSITE** [14] - 997:13, 1003:17, 1003:19, 1042:21, 1043:5, 1051:13, 1063:22, 1064:3, 1065:6, 1067:2, 1068:18, 1068:19, 1071:18, 1071:23
**OFTEN** [1] - 1015:22
**OFTENTIMES** [1] - 1044:4
**OLD** [1] - 1069:21
**ONCE** [24] - 997:10, 998:2, 998:3, 1001:22, 1003:1, 1003:14, 1009:16, 1010:2, 1011:17, 1012:22, 1015:24, 1025:24, 1027:10, 1049:9, 1049:20, 1050:1, 1051:14, 1058:5, 1061:17, 1061:21, 1063:7, 1066:20, 1080:1, 1080:3
**ONE** [41] - 989:18, 996:24, 997:25, 999:14, 1002:18, 1003:11, 1006:21, 1007:20, 1009:12, 1010:1, 1013:13, 1015:20, 1020:23, 1026:1, 1026:17, 1037:19, 1038:12, 1048:25, 1049:25, 1052:12, 1054:3, 1058:18, 1058:21, 1061:8, 1062:20,

1067:14, 1074:1, 1074:7, 1078:3, 1079:19, 1083:25, 1085:19, 1085:20, 1085:24, 1086:1, 1086:18, 1086:22, 1087:9
**ONE-THIRD** [1] - 1054:3
**ONES** [1] - 1083:20
**ONGOING** [1] - 999:23
**ONLINE** [5] - 1007:6, 1007:8, 1008:7, 1008:9, 1013:1
**ONSITE** [3] - 997:13, 998:10, 1049:14
**ONTARIO** [2] - 1040:6, 1040:8
**OOO** [1] - 986:3
**OPEN** [9] - 986:6, 989:12, 1037:4, 1037:7, 1037:15, 1049:1, 1049:3, 1087:24, 1088:2
**OPERATE** [1] - 1013:8
**OPERATING** [1] - 1062:17
**OPERATION** [2] - 1055:16, 1069:22
**OPERATIONAL** [5] - 1021:10, 1021:15, 1021:18, 1021:19, 1023:5
**OPERATIONS** [3] - 991:25, 992:1, 1066:4
**OPINION** [1] - 1071:9
**OPINIONS** [2] - 1042:19, 1081:5
**OPPORTUNITY** [2] - 1036:16, 1088:8
**OPPOSED** [2] - 1049:2, 1063:2
**ORANGE** [1] - 1041:12
**ORDER** [10] - 999:6, 1005:6, 1005:18, 1024:22, 1029:24, 1037:9, 1054:24, 1074:11, 1081:18, 1081:22
**ORDERED** [1] - 1037:10
**ORDERING** [1] - 987:1
**ORGANIC** [2] - 1059:20
**ORIENTATION** [5] - 1043:22, 1047:16, 1047:21, 1085:19, 1085:21

**ORIENTED** [1] - 1045:3
**ORIGINALLY** [1] - 993:13
**ORIGINATED** [1] - 1071:10
**OTHERWISE** [5] - 989:2, 1008:12, 1011:21, 1018:11, 1037:10
**OU-3** [1] - 1062:18
**OU-4** [19] - 1045:5, 1046:18, 1046:19, 1046:22, 1062:3, 1062:5, 1062:6, 1062:8, 1062:9, 1062:11, 1062:16, 1062:22, 1062:24, 1063:5, 1063:6, 1063:7, 1063:11, 1065:6
**OU-5** [1] - 1045:6
**OUTLIERS** [1] - 1076:16
**OUTSIDE** [7] - 986:6, 986:19, 987:3, 1037:7, 1088:2, 1088:4, 1088:14
**OVERALL** [2] - 991:25, 995:12
**OVERBROAD** [2] - 1004:12, 1009:2
**OVERLAP** [1] - 1045:19
**OVERLAY** [1] - 1067:25
**OVERLAYS** [2] - 1067:24, 1068:1
**OVERRULED** [3] - 1011:9, 1012:7, 1074:10
**OWN** [3] - 998:13, 998:19, 1089:8
**OWNED** [3] - 996:4, 998:20, 998:22

## P

**P.M** [1] - 1089:15
**PACE** [3] - 987:14, 987:15, 1056:3
**PAGE** [2] - 984:3, 1090:11
**PAGE** [4] - 1073:9, 1073:11, 1073:22, 1079:10
**PAGES** [1] - 1079:18
**PAGES** [1] - 982:8
**PAID** [4] - 1008:15, 1071:1, 1071:2,

1071:4
**PARALLEL** [3] - 1045:3, 1045:5, 1047:4
**PARAMETERS** [7] - 1048:6, 1049:18, 1059:14, 1074:15, 1074:16, 1082:20, 1082:21
**PARDON** [1] - 1084:13
**PART** [18] - 992:14, 993:6, 993:14, 999:23, 1000:10, 1006:24, 1007:22, 1009:17, 1012:15, 1013:5, 1019:1, 1052:9, 1062:22, 1062:24, 1066:5, 1066:10, 1066:15, 1085:16
**PARTICIPATED** [2] - 997:3, 998:5
**PARTICLES** [1] - 1053:12
**PARTICULAR** [12] - 987:20, 999:11, 1000:17, 1002:24, 1007:24, 1008:13, 1017:19, 1042:3, 1042:11, 1042:21, 1043:6, 1044:7
**PARTICULARLY** [3] - 988:12, 992:11, 1085:19
**PARTIES** [9] - 987:12, 987:22, 988:8, 1001:20, 1035:5, 1035:16, 1035:19, 1035:25, 1036:15
**PARTIES'** [1] - 1001:15
**PARTS** [3] - 1024:20, 1024:24, 1035:17
**PARTY** [1] - 1038:4
**PAST** [11] - 995:6, 1000:15, 1051:2, 1051:3, 1051:6, 1061:3, 1061:9, 1061:18, 1061:20, 1061:21
**PATCHES** [1] - 1045:16
**PATH** [4] - 1046:20, 1056:7, 1056:11, 1084:23
**PATHWAY** [8] - 1043:4, 1065:12, 1084:8, 1084:9, 1085:15, 1085:16, 1085:17

**PATHWAYS** [6] - 1063:18, 1083:19, 1084:17, 1085:2, 1085:4, 1085:12
**PATRICK** [1] - 986:12
**PATRICK** [1] - 983:5
**PATTERN** [3] - 1044:1, 1057:11, 1059:5
**PATTERNS** [1] - 1044:4
**PAY** [2] - 1001:12, 1008:18
**PAYMENT** [2] - 1008:21, 1010:9
**PC** [1] - 1015:17
**PCE** [23] - 1015:7, 1015:10, 1016:1, 1016:4, 1052:6, 1054:17, 1054:18, 1055:3, 1055:9, 1055:12, 1055:23, 1056:9, 1057:13, 1058:1, 1058:3, 1059:6, 1064:9, 1067:9, 1074:2, 1074:6, 1075:20, 1075:21
**PELOQUIN** [6] - 1035:8, 1035:14, 1035:17, 1036:12, 1037:18, 1038:15
**PELOQUIN** [1] - 984:7
**PELOQUIN'S** [2] - 1035:20, 1035:24
**PENDING** [1] - 1045:24
**PEOLQUIN** [1] - 1036:21
**PEOPLE** [4] - 996:21, 1037:3, 1066:9, 1087:23
**PER** [7] - 1024:20, 1024:24, 1057:22, 1081:25, 1083:11, 1083:12, 1083:13
**PERCENT** [17] - 995:3, 995:6, 995:16, 1014:9, 1023:7, 1053:16, 1054:8, 1054:11, 1054:14, 1054:16, 1054:20, 1054:22, 1055:2, 1057:22, 1075:1, 1078:5, 1078:9
**PERCENTAGE** [2] - 1057:19, 1059:22
**PERCEPTION** [1] - 1010:17

**PERCHLORATE** [67] - 997:6, 998:25, 999:17, 999:21, 1000:18, 1001:23, 1002:4, 1005:22, 1006:9, 1007:10, 1007:19, 1008:1, 1009:5, 1010:24, 1011:18, 1013:15, 1014:14, 1014:17, 1020:7, 1020:9, 1026:13, 1026:19, 1026:23, 1030:18, 1030:23, 1030:25, 1031:15, 1031:25, 1032:4, 1041:23, 1042:3, 1045:17, 1052:5, 1053:15, 1054:6, 1054:7, 1055:1, 1055:8, 1055:10, 1055:21, 1056:4, 1056:8, 1057:12, 1057:18, 1057:23, 1058:5, 1059:5, 1060:12, 1061:15, 1062:2, 1062:6, 1062:7, 1067:14, 1067:15, 1067:16, 1067:20, 1068:12, 1069:1, 1070:12, 1073:17, 1073:25, 1076:23, 1078:1, 1078:2, 1078:5, 1078:9, 1083:20
**PERCHLOROETHYLENE** [1] - 1052:5
**PERFECT** [1] - 1020:22
**PERFORM** [1] - 1042:14
**PERFORMED** [1] - 1029:13
**PERHAPS** [4] - 989:25, 990:9, 1067:19, 1074:21
**PERIOD** [14] - 995:20, 996:6, 1003:23, 1004:10, 1008:8, 1008:14, 1008:25, 1027:20, 1055:5, 1061:18, 1070:1, 1077:8, 1084:11, 1087:3
**PERIODS** [2] - 994:5, 995:25
**PERMEABILITY** [6] - 1048:9, 1048:22, 1049:7, 1049:14, 1064:20, 1064:23

**PERMEABLE** [5] - 1048:13, 1048:18, 1048:21, 1048:22, 1064:22
**PERMIT** [20] - 1011:24, 1012:1, 1013:8, 1013:11, 1013:16, 1016:14, 1021:6, 1021:10, 1021:14, 1021:16, 1021:23, 1021:25, 1022:1, 1022:11, 1032:23, 1033:3, 1033:21, 1033:23, 1034:2, 1088:20
**PERMITTED** [1] - 1021:21
**PERPENDICULAR** [1] - 1043:22
**PERSON** [2] - 1026:9, 1032:15
**PERSONAL** [1] - 993:15
**PERSPECTIVE** [1] - 992:11
**PG** [2] - 985:3
**PH.D** [2] - 1039:24, 1040:2
**PH.D** [2] - 984:10, 1039:19
**PHONETIC)** [1] - 1032:18
**PHYSICALLY** [1] - 1005:17
**PICTURE** [1] - 1048:20
**PINK** [2] - 1045:16, 1045:18
**PINPOINTING** [1] - 1071:14
**PIPELINE** [4] - 1015:2, 1015:15, 1016:2
**PIPELINES** [2] - 1007:1, 1007:2
**PIPING** [6] - 1006:2, 1006:8, 1006:10, 1006:25, 1015:3, 1019:1
**PIT** [1] - 1046:14
**PLACE** [8] - 988:20, 1012:22, 1026:22, 1027:7, 1027:16, 1028:18, 1029:19, 1033:23
**PLACES** [1] - 988:7
**PLAINTIFF** [2] - 991:12, 1035:13
**PLAINTIFF** [5] - 982:6, 983:3, 991:7, 1036:22, 1039:20

**PLAINTIFF'S** [4] - 986:11, 990:4, 990:12, 1042:16
**PLAINTIFFS** [2] - 990:15, 1038:18
**PLAN** [1] - 985:9
**PLAN** [1] - 1044:25
**PLANNING** [3] - 991:25, 992:4, 992:10
**PLANT** [4] - 1013:17, 1014:17, 1014:18, 1015:19
**PLASTIC** [1] - 1066:8
**PLATE** [1] - 1001:11
**PLATFORM** [1] - 1038:23
**PLAY** [6] - 1035:8, 1035:20, 1036:10, 1037:9, 1059:14, 1059:24
**PLAYED** [2] - 1037:23, 1037:25
**PLAYING** [3] - 1035:3, 1036:24, 1038:9
**PLEASED** [1] - 987:15
**PLENTY** [3] - 1069:18, 1069:20, 1070:1
**PLOT** [1] - 1046:11
**PLUME** [24] - 1002:23, 1003:14, 1005:3, 1011:18, 1011:22, 1012:17, 1012:18, 1056:18, 1056:19, 1056:22, 1058:9, 1058:22, 1059:2, 1059:5, 1059:6, 1059:7, 1078:1, 1078:2, 1078:8, 1078:9, 1083:23, 1083:24, 1084:1
**PLUMES** [3] - 1058:23, 1059:3
**PLURAL** [1] - 1017:18
**PLUS** [11] - 1074:18, 1075:2, 1076:15, 1076:23, 1077:4, 1077:5, 1077:18, 1077:22, 1084:5
**POINT** [21] - 993:25, 999:12, 1002:8, 1015:17, 1016:13, 1020:9, 1021:1, 1026:24, 1029:25, 1032:24, 1033:4, 1033:10, 1033:13, 1033:14, 1033:18, 1033:25, 1059:2, 1073:25, 1074:6, 1088:19, 1088:23

**POINTED** [1] - 1047:15
**POINTING** [2] - 1044:6, 1045:2
**POINTS** [2] - 1018:18, 1089:9
**POLICY** [1] - 992:1
**POLITICAL** [1] - 1074:25
**POLLS** [2] - 1074:25
**POLYVINYLCHLORIDE** [1] - 1066:9
**POND** [1] - 1048:18
**POPULATION** [2] - 992:13, 1075:10
**PORE** [3] - 1049:1, 1049:3, 1049:5
**POROSITY** [6] - 1048:25, 1049:7, 1049:15, 1059:23, 1059:24, 1059:25
**PORTFOLIO** [2] - 992:20
**PORTION** [8] - 987:1, 987:2, 987:4, 989:9, 993:4, 1007:25, 1038:13, 1049:4
**PORTIONS** [2] - 1037:25, 1038:4
**POSITION** [6] - 988:18, 988:19, 996:3, 996:9, 1001:14, 1001:15
**POSITIVITY** [1] - 1075:1
**POSSIBILITY** [1] - 989:5
**POSSIBLE** [4] - 987:18, 1031:10, 1057:7, 1081:24
**POSSIBLY** [2] - 1021:2, 1075:21
**POTABLE** [1] - 1002:20
**POTENTIAL** [3] - 997:15, 1027:9, 1063:18
**POTENTIALLY** [4] - 988:12, 1001:19, 1027:13, 1030:4
**PPM** [2] - 1056:14, 1056:15
**PRACTICAL** [1] - 1057:10
**PRACTICES** [1] - 1066:5
**PRACTICING** [2] - 1042:4, 1042:5
**PRECISE** [2] - 1074:22, 1075:6

**PRECISELY** [1] - 1075:17
**PREDECESSOR** [1] - 1001:22
**PRELITIGATION** [1] - 1000:8
**PREPARE** [1] - 1042:24
**PREPARED** [3] - 1010:11, 1024:6, 1038:15
**PRESENCE** [8] - 986:6, 986:19, 987:3, 989:12, 1037:7, 1037:15, 1088:2, 1088:4
**PRESENT** [6] - 1037:17, 1041:11, 1066:14, 1066:16, 1070:13
**PRESENT** [1] - 983:18
**PRESENTED** [2] - 1044:13, 1079:13
**PRESENTING** [2] - 1037:24, 1038:5
**PRESENTLY** [1] - 1041:7
**PRESIDENT** [2] - 991:18, 997:3
**PRESS** [3] - 1000:12, 1000:13, 1036:10
**PRETTY** [6] - 1056:6, 1065:9, 1067:6, 1067:8, 1084:22, 1087:3
**PREVENT** [1] - 1064:17
**PREVENTS** [2] - 1018:18, 1051:1
**PREVIOUS** [3] - 1046:10, 1046:25, 1047:13
**PREVIOUSLY** [5] - 1023:12, 1045:12, 1062:17, 1062:19, 1065:16
**PRIMARILY** [7] - 1041:9, 1041:13, 1063:18, 1063:20, 1065:19, 1068:12, 1072:2
**PRIMARY** [1] - 991:21
**PRINCIPAL** [2] - 991:16, 993:4
**PRINCIPALLY** [4] - 992:6, 993:2, 993:23, 1013:18
**PRINCIPLE** [1] - 1051:11
**PRINCIPLES** [3] -

1079:4, 1082:17, 1083:5
**PRIORITY** [1] - 999:9
**PROBABILITY** [2] - 1076:6, 1076:7
**PROCEED** [12] - 987:11, 988:8, 988:21, 989:2, 989:7, 989:19, 990:12, 1020:4, 1035:15, 1036:9, 1036:19, 1039:18
**PROCEEDING** [1] - 987:5
**PROCEEDINGS** [9] - 986:5, 989:10, 989:11, 989:20, 1029:3, 1037:6, 1037:14, 1047:8, 1088:1
**PROCEEDINGS** [1] - 1090:10
**PROCESS** [14] - 1020:2, 1051:25, 1053:12, 1056:17, 1058:11, 1067:8, 1072:5, 1072:9, 1072:22, 1072:23, 1075:15, 1078:24, 1078:25, 1089:11
**PRODUCE** [1] - 1042:18
**PRODUCES** [1] - 1083:8
**PRODUCING** [1] - 1012:17
**PRODUCTION** [10] - 998:14, 998:19, 1049:15, 1050:9, 1050:15, 1051:2, 1051:6, 1057:6, 1064:14, 1067:4
**PRODUCTIVE** [1] - 1089:11
**PROFESSIONAL** [7] - 1040:9, 1040:11, 1040:18, 1040:19, 1077:20, 1079:3, 1079:8
**PROGRAMS** [2] - 993:20, 994:17
**PROJECT** [15] - 1005:19, 1005:25, 1006:1, 1006:2, 1006:7, 1006:15, 1006:19, 1007:3, 1007:5, 1007:8, 1007:9, 1013:5, 1013:23, 1041:18, 1071:4

**PROJECT** [4] - 993:2, 993:13, 993:23, 996:16
**PROJECTS** [3] - 1005:18, 1040:25, 1041:15
**PROMPT** [1] - 1046:2
**PROPERTY** [5] - 1064:3, 1065:8, 1066:6, 1066:23, 1068:6
**PROPOSE** [1] - 1035:3
**PROSPECTIVE** [1] - 989:22
**PROVIDE** [4] - 1030:10, 1031:20, 1039:25, 1082:8
**PROVIDED** [7] - 1005:17, 1017:25, 1018:2, 1024:9, 1030:6, 1031:18, 1035:4, 1042:25
**PROVIDES** [1] - 1025:3
**PROVIDING** [2] - 1023:9, 1031:14
**PROXIMITY** [1] - 1006:6
**PUBLIC** [5] - 1024:16, 1024:18, 1025:3, 1025:6, 1042:1
**PUBLICLY** [1] - 999:16
**PUBLISH** [2] - 1044:16, 1045:11
**PULL** [1] - 1020:5
**PUMP** [2] - 1006:3, 1050:22
**PUMPED** [2] - 1061:11, 1061:13
**PUMPING** [22] - 1006:7, 1049:14, 1050:8, 1050:10, 1050:15, 1050:16, 1050:21, 1050:23, 1051:7, 1060:17, 1060:23, 1060:24, 1060:25, 1061:3, 1061:4, 1061:5, 1062:25, 1063:9, 1064:14, 1087:15
**PURCHASED** [5] - 994:8, 999:5, 1008:11, 1013:19, 1029:4
**PURELY** [1] - 1072:12
**PURPOSE** [6] - 988:12, 995:21, 1003:9, 1003:10,

1003:11, 1005:11
**PURPOSES** [1] - 1085:8
**PURSUANT** [1] - 1090:8
**PURSUE** [2] - 1010:5, 1010:6
**PURVEYORS** [1] - 997:1
**PUT** [11] - 994:3, 1006:11, 1008:10, 1013:1, 1013:2, 1021:11, 1021:21, 1026:22, 1051:11, 1075:13, 1083:15
**PUTTING** [2] - 1009:19, 1075:4
**PVC** [4] - 1066:8, 1066:10, 1066:11

### Q

**QUALITY** [3] - 1024:10, 1025:2, 1025:8
**QUANTITIES** [1] - 1066:24
**QUESTIONS** [8] - 986:23, 999:11, 1019:23, 1032:14, 1046:2, 1057:3, 1088:10, 1088:13
**QUICK** [1] - 1032:13
**QUICKLY** [2] - 1051:21, 1067:8
**QUITE** [11] - 992:5, 999:15, 1000:11, 1000:14, 1001:7, 1004:2, 1048:16, 1058:15, 1068:3, 1068:23, 1086:1

### R

**RADAR** [1] - 1026:19
**RAISE** [2] - 990:17, 1039:2
**RANCHO** [1] - 1041:21
**RANGE** [4] - 1049:16, 1075:15, 1076:5, 1078:12
**RAPIDLY** [1] - 999:15
**RATE** [6] - 1006:8, 1053:10, 1053:11, 1057:16, 1059:9, 1060:18
**RATHER** [2] - 989:20, 1007:23
**RATING** [1] - 1075:1

**RAVEN** [1] - 983:5
**RE** [3] - 1030:7, 1061:8, 1074:3
**RE-ASK** [1] - 1074:3
**RE-SITING** [1] - 1030:7
**REACH** [9] - 1060:5, 1060:10, 1060:12, 1068:9, 1068:14, 1069:12, 1069:13, 1070:5, 1070:11
**REACHED** [4] - 1003:6, 1003:25, 1061:8, 1071:11
**REACHES** [1] - 1020:24
**READ** [3] - 1000:12, 1001:21, 1025:9
**READILY** [2] - 1048:16, 1059:12
**READING** [3] - 1001:7, 1015:21, 1033:19
**READINGS** [10] - 1014:4, 1014:5, 1014:10, 1014:11, 1014:12, 1014:25, 1015:18
**READY** [1] - 1035:8
**REAL** [1] - 997:17
**REALISTIC** [1] - 1057:10
**REALITY** [2] - 1072:4, 1073:23
**REALIZE** [1] - 1079:1
**REALLY** [15] - 987:16, 997:9, 997:25, 999:14, 1016:12, 1043:3, 1059:25, 1060:20, 1067:15, 1075:13, 1076:4, 1076:7, 1082:24, 1089:2, 1089:7
**REALM** [1] - 1076:25
**REALTIME** [1] - 1090:5
**REARRANGE** [1] - 990:2
**REASON** [2] - 1078:19, 1084:10
**REASONABLE** [7] - 1074:18, 1075:4, 1075:16, 1076:21, 1077:23, 1078:12, 1087:4
**REASONS** [1] - 1012:22
**REBUTTAL** [1] - 1042:24
**RECEIVE** [1] - 1015:17

**RECEIVED** [4] - 990:10, 1014:4, 1036:5, 1044:18
**RECENTLY** [1] - 990:10
**RECEPTOR** [2] - 1055:7, 1055:10
**RECESS** [4] - 1037:13, 1087:24, 1089:12, 1089:15
**RECOGNIZED** [1] - 999:15
**RECOLLECTION** [1] - 998:6
**RECOMMENDATION** [1] - 1022:17
**RECORD** [4] - 989:13, 990:25, 1037:16, 1039:11
**RECORDED** [1] - 1047:8
**RECORDS** [2] - 1071:20, 1071:21
**RECOVER** [2] - 988:1, 988:6
**RECOVERS** [2] - 988:20
**RECURRENT** [1] - 988:9
**RECYCLED** [1] - 993:5
**REDIRECT** [2] - 1032:10, 1032:11
**REDIRECT** [1] - 984:6
**REDUCE** [1] - 1007:2
**REFER** [2] - 992:19, 1021:9
**REFERENCE** [1] - 1036:2
**REFERENCED** [2] - 1032:16, 1074:2
**REFERENCES** [2] - 1035:25, 1062:20
**REFLECTING** [1] - 1017:2
**REFRESH** [1] - 1020:17
**REGARD** [2] - 1088:18, 1089:1
**REGARDING** [6] - 997:15, 998:25, 1000:7, 1008:21, 1035:4, 1068:10
**REGARDLESS** [1] - 1077:16
**REGARDS** [4] - 992:10, 1042:15, 1043:16, 1043:18
**REGIONAL** [2] - 993:12, 999:2

**REGISTERED** [1] - 1040:10
**REGULARLY** [1] - 1088:21
**REGULATIONS** [1] - 1090:12
**REGULATOR** [1] - 1065:21
**REGULATORY** [3] - 1022:7, 1022:8, 1023:20
**REJOIN** [1] - 1027:25
**RELATED** [3] - 1013:13, 1050:20, 1077:13
**RELATES** [2] - 1055:3, 1055:15
**RELATING** [2] - 999:11
**RELATIONSHIP** [1] - 1083:3
**RELATIVELY** [2] - 1048:14, 1066:22
**RELEASE** [1] - 1073:25
**RELEASED** [4] - 1056:5, 1058:6, 1061:7, 1077:12
**RELEASES** [2] - 1000:12, 1000:13
**RELEVANCE** [1] - 1010:15
**RELIABLE** [1] - 1076:8
**RELIED** [1] - 1044:1
**REMAIN** [3] - 989:13, 990:4, 1037:16
**REMEDIAL** [2] - 1044:25, 1065:17
**REMEDIAL** [1] - 985:9
**REMEDIATE** [2] - 1002:20, 1003:12
**REMEDIATED** [2] - 1003:5, 1006:11
**REMEDIATING** [1] - 1001:12
**REMEDIATION** [1] - 1041:14
**REMEDIES** [1] - 1010:6
**REMEDY** [6] - 1005:6, 1008:9, 1009:11, 1010:5, 1012:22, 1022:25
**REMEMBER** [30] - 993:20, 1007:6, 1009:25, 1012:13, 1012:14, 1012:15, 1012:20, 1016:5, 1022:23, 1025:24,

1026:3, 1026:6, 1026:7, 1026:16, 1027:21, 1028:20, 1028:21, 1030:17, 1030:24, 1031:6, 1031:7, 1032:15, 1032:17, 1036:11, 1037:2, 1045:21, 1078:4, 1087:22
**REMIND** [2] - 1025:19, 1036:11
**REMINDING** [1] - 1050:4
**REMOVE** [1] - 991:10
**REPEAT** [3] - 1016:21, 1046:21, 1080:2
**REPHRASE** [3] - 998:16, 1009:3, 1060:7
**REPLACED** [3] - 1007:21, 1007:25, 1015:15
**REPLACEMENT** [11] - 1008:2, 1008:5, 1008:6, 1008:11, 1008:16, 1008:18, 1008:21, 1030:7, 1030:11, 1031:20, 1031:22
**REPLICATE** [1] - 1078:21
**REPORT** [3] - 985:8, 985:11, 985:13
**REPORT** [23] - 1015:9, 1024:5, 1024:7, 1024:10, 1025:2, 1025:8, 1042:18, 1042:23, 1042:24, 1044:25, 1053:2, 1058:11, 1065:17, 1065:18, 1072:1, 1072:11, 1073:6, 1073:10, 1081:5, 1084:17, 1085:2, 1085:3, 1085:6
**REPORTED** [2] - 991:23, 998:10
**REPORTED** [1] - 1090:10
**REPORTER** [1] - 1047:8
**REPORTER** [4] - 982:24, 1090:1, 1090:6, 1090:19
**REPORTER'S** [1] - 982:13
**REPORTING** [1] - 998:2
**REPORTS** [15] - 1000:11, 1024:5,

1042:10, 1042:25, 1062:21, 1063:16, 1063:17, 1065:17, 1065:18, 1065:19, 1065:21, 1086:25, 1087:1, 1087:2
**REPOSITORY** [1] - 1065:21
**REPRESENT** [5] - 1072:4, 1073:4, 1078:24, 1085:12, 1085:13
**REPRESENTATION** [1] - 1072:5
**REPRESENTATIVE** [5] - 986:15, 1034:4, 1044:6, 1072:10, 1086:24
**REPRESENTED** [6] - 1026:9, 1044:5, 1045:1, 1078:25, 1086:25, 1087:2
**REPRESENTS** [2] - 1083:6, 1087:1
**REQUESTED** [2] - 1035:21, 1035:22
**REQUIRED** [2] - 1022:8, 1023:3
**REQUIREMENT** [4] - 1013:24, 1016:24, 1033:22, 1033:23
**REQUIRES** [4] - 1021:14, 1082:11, 1082:12, 1082:20
**REQUIRING** [1] - 1022:21
**RESEARCH** [1] - 1040:21
**RESEARCH** [1] - 1040:22
**RESECTOR** [1] - 1049:25
**RESIDENCES** [1] - 1006:14
**RESOURCE** [4] - 991:25, 992:3, 992:5, 1041:13
**RESOURCES** [1] - 996:13
**RESPECT** [3] - 986:20, 1004:17, 1004:18
**RESPOND** [2] - 1012:4, 1012:8
**RESPONDING** [1] - 1046:1
**RESPONSE** [3] - 1009:5, 1009:23, 1011:2
**RESPONSIBILITIES**

[2] - 991:22, 1000:10
**RESPONSIBILITY** [2]
- 993:15, 1001:17
**RESPONSIBLE** [4] -
991:24, 993:11,
1001:20, 1029:5
**RESTARTED** [2] -
1061:16, 1061:17
**RESTING** [1] - 988:2
**RESTORE** [2] -
1002:19, 1003:12
**RESULT** [3] - 1006:15,
1016:1, 1022:8
**RESULTS** [3] -
1072:20, 1072:21,
1073:3
**RESUME** [2] - 988:2,
1037:19
**RETAILERS** [3] -
997:4, 1001:10,
1004:23
**RETAIN** [1] - 1060:3
**RETARDATION** [22] -
1051:25, 1052:3,
1053:9, 1053:13,
1053:14, 1053:16,
1053:19, 1053:20,
1053:24, 1054:1,
1054:3, 1054:6,
1054:7, 1054:9,
1054:12, 1054:13,
1054:18, 1054:19,
1067:7, 1075:12,
1078:11
**RETARDED** [4] -
1052:1, 1053:15,
1069:18, 1070:10
**RETEST** [1] - 1014:24
**RETIRED** [3] - 991:17,
1016:17, 1024:7
**RETURN** [1] - 999:9
**RETURNED** [3] -
998:18, 998:20,
999:7
**RETURNS** [1] -
1088:24
**REVIEW** [5] - 1032:8,
1042:9, 1062:20,
1063:16, 1070:16
**REVIEWED** [1] -
1000:13
**REVIEWING** [1] -
1063:16
**RICHARD** [13] - 983:5,
986:12, 987:24,
988:17, 988:21,
1035:2, 1035:10,
1035:13, 1036:20,
1037:12, 1038:7,
1038:12, 1038:18

**RICHARD** [5] - 986:12,
987:23, 988:5,
1035:1, 1036:8
**RIGOROUS** [1] -
1077:10
**RING** [1] - 1031:1
**RIO** [1] - 1006:3
**RISK** [2] - 1025:11,
1040:24
**RIVER** [1] - 992:22
**RIVER** [1] - 1025:25
**ROADMAP** [1] -
1005:17
**ROCKET** [1] - 1041:22
**ROLE** [3] - 991:20,
1059:14, 1060:23
**RON** [1] - 983:20
**ROOM** [1] - 989:25
**ROOT** [1] - 1068:23
**ROUGHLY** [3] -
994:17, 994:21,
1008:7
**ROUND** [1] - 995:5
**RPR** [1] - 982:23
**RULING** [1] - 1002:7
**RUN** [1] - 1020:6
**RUNNING** [1] - 990:11
**RUNS** [1] - 1086:5

## S

**S1** [11] - 1017:16,
1020:5, 1021:6,
1021:24, 1022:10,
1022:20, 1023:4,
1024:3, 1024:23,
1064:7
**S2** [9] - 1017:17,
1020:6, 1021:7,
1021:24, 1022:10,
1022:20, 1023:4,
1024:4, 1024:23
**S3** [1] - 1087:10
**S5** [1] - 1087:16
**S7** [2] - 1087:12,
1087:16
**S8** [2] - 1087:12,
1087:16
**SACRAMENTO** [1] -
1041:21
**SAMPLE** [1] - 1060:2
**SAMPLES** [3] -
1059:15, 1081:21,
1082:11
**SAMPLING** [1] -
1015:23
**SAN** [5] - 983:11,
983:16, 996:12,
1047:17, 1047:18
**SAND** [1] - 1048:16

**SANDY** [2] - 1048:13,
1048:21
**SANTA** [24] - 986:8,
989:14, 991:13,
992:17, 993:9,
994:8, 996:10,
996:12, 997:2,
998:21, 999:19,
999:21, 1001:19,
1006:5, 1025:25,
1032:16, 1035:22,
1042:7, 1042:12,
1042:13, 1042:22,
1043:9
**SANTA** [1] - 982:5
**SAUGUS** [69] -
992:23, 998:22,
998:23, 1000:21,
1005:20, 1005:21,
1006:4, 1006:9,
1007:13, 1007:18,
1007:25, 1011:24,
1013:3, 1013:4,
1014:13, 1016:15,
1020:6, 1032:22,
1032:23, 1033:3,
1042:12, 1047:6,
1050:1, 1052:21,
1052:25, 1055:20,
1056:15, 1058:9,
1060:5, 1060:10,
1060:12, 1060:13,
1061:12, 1061:21,
1061:22, 1063:19,
1063:22, 1064:1,
1064:7, 1064:10,
1064:11, 1064:15,
1064:16, 1064:18,
1064:19, 1064:20,
1064:23, 1064:24,
1065:1, 1065:8,
1065:15, 1068:1,
1068:5, 1068:6,
1068:9, 1068:15,
1068:22, 1068:25,
1069:3, 1074:7,
1084:20, 1087:13
**SAVING** [1] - 1006:24
**SAW** [1] - 1014:19
**SC** [7] - 1028:13,
1028:15, 1028:18,
1028:20, 1029:9,
1029:13
**SC1** [6] - 1014:6,
1014:17, 1014:19,
1015:3, 1015:5,
1017:19
**SCALES** [2] - 1084:20,
1084:25
**SCIENCES** [2] -

1040:2, 1040:4
**SCOPE** [7] - 1031:15,
1042:6, 1042:17,
1043:2, 1053:1,
1063:14, 1070:14
**SCOTT** [1] - 983:9
**SCOTT** [3] - 983:19,
986:13, 986:17
**SCREEN** [3] -
1036:12, 1044:21,
1056:1
**SCV** [1] - 1043:6
**SEA** [1] - 992:24
**SEALED** [2] - 987:1,
989:9
**SEALING** [1] - 987:4
**SEAT** [1] - 990:1
**SEATED** [5] - 990:24,
1038:25, 1039:1,
1039:9, 1088:3
**SECOND** [5] - 1012:4,
1012:10, 1055:2,
1079:19, 1086:2
**SECONDLY** [1] -
1002:21
**SECTION** [1] - 1015:1
**SECTION** [1] - 1090:8
**SEE** [33] - 986:23,
988:19, 997:17,
1014:24, 1030:8,
1030:12, 1034:2,
1036:18, 1037:5,
1038:2, 1044:4,
1044:20, 1044:23,
1044:25, 1045:1,
1045:3, 1045:18,
1047:16, 1047:19,
1057:11, 1057:12,
1057:13, 1059:4,
1059:5, 1062:5,
1067:16, 1078:4,
1078:18, 1084:10,
1086:12, 1086:13,
1087:17
**SEEING** [5] - 1014:19,
1030:19, 1036:18,
1062:23, 1062:25
**SEEKING** [2] -
1002:16, 1088:19
**SEEM** [2] - 1014:14,
1064:24
**SELL** [3] - 1017:23,
1017:24, 1021:21
**SENSE** [6] - 988:1,
997:18, 999:3,
1077:23, 1078:18,
1084:7
**SENT** [3] - 1009:25,
1010:1, 1012:4
**SEPARATE** [3] -

1007:24, 1010:10,
1010:12
**SEQUENCE** [1] -
1056:8
**SERIOUSLY** [2] -
989:3, 1027:12
**SERVE** [2] - 988:11,
1005:21
**SERVED** [4] - 991:15,
991:17, 1034:5,
1034:17
**SERVICE** [19] -
992:12, 993:24,
994:22, 999:13,
1000:22, 1001:9,
1002:2, 1002:4,
1002:20, 1003:13,
1007:21, 1008:9,
1008:10, 1009:8,
1011:4, 1011:16,
1011:21, 1013:2,
1019:2
**SERVICES** [1] -
1002:2
**SET** [8] - 1010:6,
1030:22, 1030:24,
1030:25, 1031:4,
1031:6, 1031:8,
1032:4
**SETTLE** [1] - 1031:19
**SETTLEMENT** [23] -
1001:3, 1002:8,
1002:11, 1002:14,
1002:16, 1002:17,
1003:6, 1003:10,
1003:25, 1006:16,
1007:22, 1008:15,
1008:17, 1009:10,
1009:21, 1028:7,
1028:9, 1028:10,
1029:17, 1029:18,
1030:15, 1031:9,
1031:17
**SETTLING** [1] -
1010:8
**SEVEN** [1] - 1003:23
**SEVERAL** [1] -
1041:17
**SHALL** [4] - 990:20,
990:21, 1039:5
**SHALLOW** [4] -
992:21, 1015:11,
1064:6, 1064:13
**SHALLOWER** [1] -
1067:24
**SHALLOWEST** [3] -
1064:7, 1064:8,
1064:19
**SHAME** [1] - 988:2
**SHAPE** [1] - 1059:2

**SHAVE** [1] - 1056:25
**SHEE** [1] - 1004:5
**SHEEHORN** [2] - 1004:4, 1004:5
**SHOES** [1] - 1000:24
**SHORE** [1] - 1048:15
**SHORT** [2] - 989:18, 992:8
**SHORT-TERM** [1] - 992:8
**SHORTFALLS** [2] - 992:9, 994:5
**SHORTLY** [1] - 1002:11
**SHOW** [4] - 1047:12, 1058:11, 1085:7, 1085:11
**SHOWED** [8] - 1062:11, 1062:17, 1062:19, 1062:22, 1083:19, 1083:20, 1084:17, 1085:2
**SHOWN** [4] - 1073:18, 1073:19, 1073:20
**SHOWS** [2] - 1085:3, 1085:13
**SHUT** [7] - 1003:25, 1004:8, 1004:15, 1023:13, 1061:13, 1061:14, 1061:19
**SHUTTING** [1] - 1002:1
**SIC** [1] - 1079:11
**SIC** [24] - 1063:13, 1063:14, 1063:15, 1063:19, 1063:20, 1064:1, 1064:3, 1064:5, 1065:8, 1065:22, 1066:1, 1066:3, 1066:6, 1066:15, 1066:21, 1066:23, 1067:3, 1067:6, 1067:22, 1067:24, 1068:15, 1068:17, 1068:19, 1068:20
**SICK** [1] - 986:21
**SIDE** [1] - 1050:22
**SIERRAS** [1] - 995:7
**SIGN** [1] - 1073:25
**SIGNED** [2] - 1008:22, 1009:19
**SIGNIFICANT** [1] - 1006:23
**SILT** [1] - 1048:17
**SIMILAR** [4] - 1041:1, 1041:16, 1080:5, 1085:18
**SIMPLY** [2] - 997:19, 997:20

**SINGLE** [1] - 999:18
**SIT** [3] - 1021:3, 1023:2, 1029:12
**SITE** [88] - 998:9, 1003:16, 1006:6, 1007:10, 1017:6, 1026:15, 1027:10, 1028:25, 1029:4, 1029:6, 1029:13, 1030:4, 1040:24, 1041:9, 1041:13, 1041:14, 1042:2, 1042:10, 1042:12, 1042:13, 1042:21, 1043:2, 1043:3, 1043:5, 1043:8, 1044:7, 1044:10, 1045:15, 1049:12, 1049:25, 1051:16, 1052:9, 1055:16, 1056:5, 1058:6, 1059:10, 1060:5, 1060:9, 1060:12, 1061:12, 1063:13, 1063:14, 1063:15, 1063:19, 1063:21, 1064:1, 1064:5, 1065:15, 1065:22, 1065:23, 1066:1, 1066:3, 1066:5, 1066:15, 1066:21, 1067:3, 1067:6, 1067:11, 1067:12, 1067:18, 1067:22, 1067:23, 1067:24, 1067:25, 1068:1, 1068:13, 1068:17, 1068:19, 1068:20, 1069:3, 1069:13, 1069:21, 1069:25, 1070:4, 1070:5, 1071:6, 1071:7, 1071:10, 1071:15, 1071:18, 1072:14, 1072:15, 1072:17, 1076:20, 1087:11, 1087:16
**SITES** [7] - 998:8, 1042:20, 1043:1, 1044:4, 1046:8, 1069:6
**SITING** [1] - 1030:7
**SKIPPING** [2] - 1037:22, 1038:2
**SLEEP** [1] - 986:22
**SLIDE** [4] - 1045:22, 1046:10, 1046:25, 1047:11
**SLIGHT** [2] - 986:25, 1086:20

**SLIGHTLY** [1] - 1055:21
**SLOW** [3] - 996:17, 1047:9, 1050:5
**SLOWER** [2] - 1051:23, 1053:11
**SLOWEST** [2] - 1054:24, 1055:3
**SLOWLY** [1] - 1055:14
**SMALL** [2] - 1062:7, 1065:6
**SNOWPACK** [1] - 995:7
**SOIL** [15] - 1045:15, 1048:10, 1048:11, 1048:18, 1048:21, 1048:22, 1049:1, 1051:22, 1059:20, 1060:1, 1080:12, 1081:21, 1082:7, 1082:11, 1083:7
**SOILS** [1] - 1048:13
**SOLD** [1] - 1017:21
**SOLEMNLY** [2] - 990:19, 1039:4
**SOLID** [2] - 1049:2, 1053:12
**SOLUTE** [1] - 1082:18
**SOLUTION** [3] - 1082:19, 1083:8
**SOLUTIONS** [1] - 1058:18
**SOLVED** [1] - 1058:17
**SOMEONE** [3] - 987:13, 987:14, 1026:5
**SOMETIME** [4] - 1010:25, 1055:11, 1071:10
**SOMETIMES** [2] - 1014:24, 1014:25
**SOPHISTICATED** [1] - 1081:23
**SORRY** [20] - 995:25, 996:20, 1000:6, 1011:5, 1011:14, 1017:25, 1018:24, 1027:16, 1033:11, 1041:3, 1043:13, 1048:12, 1055:24, 1057:3, 1057:4, 1068:23, 1073:11, 1074:3, 1076:10, 1079:20
**SORT** [3] - 993:9, 1002:20, 1029:19
**SOUND** [3] - 1020:3, 1025:12, 1079:8
**SOUNDS** [2] - 1024:22, 1070:14

**SOURCE** [37] - 1014:15, 1015:25, 1022:4, 1022:6, 1022:9, 1044:9, 1045:10, 1046:11, 1046:13, 1046:17, 1047:22, 1049:24, 1050:3, 1052:12, 1052:15, 1052:22, 1052:24, 1055:6, 1055:20, 1056:10, 1057:20, 1058:9, 1059:7, 1062:2, 1062:4, 1062:6, 1063:4, 1064:18, 1066:11, 1068:10, 1068:15, 1069:1, 1071:17, 1072:16, 1084:20, 1085:23
**SOURCES** [12] - 992:18, 992:21, 1019:13, 1019:14, 1020:13, 1042:16, 1051:15, 1062:8, 1062:9, 1067:15, 1067:19, 1077:11
**SOUTH** [1] - 1084:3
**SOUTH** [1] - 983:6
**SOUTHERN** [1] - 1041:19
**SPACE** [3] - 990:3, 1049:1, 1049:5
**SPACES** [1] - 1049:3
**SPACING** [1] - 990:1
**SPEAKING** [3] - 996:18, 1047:9, 1069:11
**SPECIALIZING** [2] - 1040:3, 1040:5
**SPECIFIC** [4] - 1026:15, 1044:8, 1058:22, 1087:6
**SPECIFICALLY** [3] - 991:14, 1027:14, 1060:22
**SPECIFICS** [1] - 1029:24
**SPECULATE** [1] - 989:21
**SPECULATING** [1] - 1033:10
**SPECULATION** [2] - 1034:12, 1034:18
**SPEECH** [1] - 1050:5
**SPEED** [10] - 999:15, 1053:17, 1054:2, 1054:3, 1054:8, 1054:10, 1054:11, 1054:16, 1054:25, 1055:2

**SPEEDS** [1] - 1050:14
**SPELL** [2] - 991:1, 1039:12
**SPELLING** [1] - 1004:6
**SPENT** [2] - 1040:20, 1087:3
**SPILL** [1] - 1082:6
**SPOTS** [1] - 1062:5
**SPREAD** [2] - 1056:18, 1056:20
**SPREADING** [1] - 1051:12
**SPREADS** [1] - 1058:3
**SPTF** [4] - 1021:24, 1022:10, 1022:20, 1023:4
**STAFF** [4] - 1000:16, 1004:5, 1014:22
**STAGES** [2] - 997:12
**STAND** [3] - 987:17, 1036:14, 1039:2
**STANDARDS** [1] - 1011:7
**STANDS** [2] - 1023:17, 1066:9
**STANLEY** [1] - 982:3
**START** [3] - 988:13, 1002:11, 1009:6
**STARTED** [8] - 999:12, 1013:22, 1030:19, 1040:19, 1041:4, 1043:12, 1085:21, 1085:22
**STARTING** [2] - 986:10, 1046:11
**STARTS** [2] - 1047:22, 1083:4
**STATE** [11] - 993:2, 993:13, 993:23, 994:15, 994:19, 994:21, 995:1, 995:19, 996:11, 996:15, 1014:9
**STATE** [8] - 986:10, 990:25, 993:4, 994:5, 1019:3, 1039:12, 1040:10, 1065:21
**STATEMENT** [1] - 1031:16
**STATES** [4] - 982:1, 1090:6, 1090:8, 1090:13
**STATING** [2] - 1010:1, 1010:2
**STATION** [1] - 1006:4
**STATISTICAL** [1] - 1076:14, 1076:17, 1076:18, 1077:4

**STATISTICIANS** [1] - 1075:5
**STEEPNESS** [1] - 1048:8
**STEINER** [1] - 998:4
**STENOGRAPHICALLY** [1] - 1090:10
**STEP** [4] - 1001:11, 1028:19, 1034:25, 1088:14
**STEPPED** [2] - 1000:24, 1001:13
**STILL** [11] - 1016:15, 1016:16, 1017:21, 1017:25, 1018:2, 1021:21, 1023:8, 1023:9, 1024:6, 1069:17, 1086:23
**STIPULATED** [2] - 1036:1, 1044:17
**STONE** [2] - 983:19, 986:13
**STOP** [1] - 990:17
**STOPPED** [1] - 987:4
**STOPPING** [1] - 1061:19
**STORE** [1] - 994:19
**STORING** [1] - 994:11
**STRAIGHT** [1] - 1084:19
**STRAIGHTFORWARD** [1] - 1084:22
**STREET** [1] - 982:24
**STREET** [3] - 983:6, 983:10, 983:15
**STRESSED** [1] - 987:19
**STRIKE** [2] - 1011:5, 1082:1
**STRONG** [1] - 1067:21
**STRONGER** [1] - 1010:2
**STRUCTURE** [1] - 1014:6
**STUDIES** [2] - 1040:23, 1063:16
**STUDY** [2] - 1052:9, 1065:18
**SUBJECT** [3] - 1021:25, 1037:3, 1087:23
**SUBMIT** [1] - 1081:21
**SUBMITTALS** [1] - 1022:13
**SUBMITTED** [1] - 1042:24
**SUBSIDIARY** [1] - 996:4
**SUBSTANCE** [1] - 1089:7

**SUBSTANCES** [1] - 1065:20
**SUBSTANTIALLY** [2] - 989:4, 1060:15
**SUFFICIENT** [4] - 992:7, 1069:13, 1070:3, 1071:9
**SUGGEST** [1] - 987:8
**SUIT** [1] - 1001:10
**SUITE** [1] - 983:16
**SUITE** [1] - 982:24
**SUMMARIZE** [1] - 1054:23
**SUMMARY** [3] - 1001:17, 1001:18, 1002:7
**SUMMARY** [1] - 1002:6
**SUPPLEMENT** [2] - 995:10, 995:11
**SUPPLIED** [1] - 1034:11
**SUPPLIER** [1] - 999:2
**SUPPLIERS** [2] - 1002:10, 1026:23
**SUPPLIES** [6] - 992:7, 992:14, 994:15, 995:19, 999:4, 1030:11
**SUPPLY** [23] - 992:18, 992:19, 993:1, 993:25, 994:5, 994:15, 994:16, 995:1, 995:19, 1003:3, 1010:21, 1011:24, 1013:7, 1013:9, 1014:7, 1030:19, 1033:2, 1042:1, 1042:22, 1050:1, 1061:1, 1087:15
**SUPPOSED** [2] - 1029:23, 1072:3
**SUPPOSEDLY** [1] - 1015:4
**SURFACE** [4] - 1081:14, 1082:6, 1086:13, 1086:15
**SUSPECT** [1] - 1036:2
**SUSPECTED** [1] - 1015:12
**SUSTAINED** [12] - 1000:5, 1004:13, 1010:16, 1017:8, 1032:6, 1033:1, 1034:8, 1034:14, 1034:20, 1062:14, 1070:18
**SWEAR** [3] - 990:19, 1039:4, 1039:8

**SWORN** [1] - 991:7, 1039:20
**SWORN** [2] - 990:18, 1039:3
**SYSTEM** [18] - 992:23, 1006:12, 1006:25, 1007:24, 1014:8, 1014:16, 1015:3, 1015:5, 1018:6, 1018:11, 1018:17, 1019:1, 1019:4, 1019:14, 1020:12, 1021:20, 1021:22, 1061:15

## T

**T-R-U-D-E-L-L** [1] - 1039:14
**TABLE** [2] - 1048:8, 1056:6
**TCE** [30] - 1023:25, 1024:3, 1024:13, 1024:18, 1024:25, 1052:5, 1054:12, 1054:13, 1054:20, 1055:1, 1055:9, 1055:11, 1055:22, 1056:1, 1056:2, 1056:8, 1056:10, 1056:14, 1057:12, 1059:6, 1064:9, 1067:9, 1067:19, 1067:20, 1068:12, 1069:1, 1069:18, 1070:12, 1078:2, 1078:8
**TEMPORARY** [1] - 1003:4
**TEN** [2] - 1057:1, 1086:23
**TEND** [1] - 1051:22
**TENDS** [2] - 1048:18, 1050:23
**TENURE** [1] - 993:22
**TERM** [12] - 992:8, 992:10, 992:11, 993:17, 1001:18, 1008:2, 1016:1, 1021:10, 1023:3, 1023:17, 1033:18
**TERMINOLOGY** [1] - 1002:1
**TERMS** [6] - 1006:19, 1009:9, 1022:17, 1046:15, 1060:4, 1067:7
**TEST** [2] - 1026:23, 1033:24
**TESTED** [1] - 1049:14

**TESTIFIED** [2] - 1028:6, 1029:17
**TESTIFY** [1] - 1031:2
**TESTIFYING** [2] - 1070:24, 1073:16
**TESTIMONY** [13] - 984:8, 990:20, 992:16, 1035:20, 1035:21, 1035:22, 1035:24, 1036:13, 1039:4, 1073:23, 1074:5, 1074:9, 1086:23
**TESTING** [7] - 1016:11, 1026:22, 1033:8, 1033:9, 1041:22, 1081:22, 1082:11
**TESTS** [2] - 1015:21, 1049:15
**THAT** [1] - 1090:7, 1090:8, 1090:11
**THE** [154] - 983:3, 983:12, 986:7, 986:18, 988:5, 988:18, 988:23, 989:1, 989:13, 989:17, 989:18, 990:17, 990:19, 990:23, 990:24, 991:2, 991:3, 991:5, 991:7, 996:17, 996:20, 996:21, 998:16, 1000:5, 1004:13, 1004:17, 1004:20, 1004:21, 1009:3, 1010:16, 1011:9, 1011:11, 1012:7, 1012:10, 1012:13, 1016:3, 1016:5, 1016:7, 1016:21, 1016:23, 1016:24, 1017:1, 1017:8, 1017:10, 1018:15, 1018:20, 1018:22, 1018:24, 1019:9, 1019:10, 1019:12, 1019:16, 1019:17, 1019:19, 1019:21, 1019:24, 1020:4, 1023:11, 1023:15, 1031:2, 1032:6, 1032:10, 1032:20, 1033:1, 1033:12, 1033:15, 1033:21, 1034:1, 1034:8, 1034:14, 1034:19, 1034:24, 1035:7, 1035:11, 1035:15, 1036:8,

1036:22, 1036:25, 1037:8, 1037:16, 1038:10, 1038:17, 1038:20, 1038:21, 1038:24, 1038:25, 1039:1, 1039:2, 1039:8, 1039:9, 1039:10, 1039:11, 1039:13, 1039:15, 1039:17, 1039:18, 1039:20, 1040:13, 1040:15, 1040:16, 1044:13, 1044:14, 1044:20, 1044:21, 1044:23, 1045:13, 1045:25, 1046:4, 1046:5, 1052:17, 1053:3, 1053:5, 1053:6, 1060:7, 1062:14, 1070:18, 1070:21, 1074:10, 1074:11, 1078:7, 1078:8, 1079:13, 1079:16, 1079:17, 1079:19, 1079:20, 1079:22, 1080:19, 1080:22, 1081:1, 1081:6, 1081:10, 1082:1, 1085:9, 1085:10, 1086:14, 1086:15, 1087:19, 1088:3, 1088:7, 1088:8, 1088:16, 1088:17, 1089:4, 1089:14, 1090:6, 1090:7, 1090:8, 1090:9, 1090:10, 1090:11, 1090:12, 1090:13
**THEORETICAL** [14] - 1057:9, 1072:12, 1072:13, 1072:18, 1072:19, 1072:20, 1072:22, 1078:17, 1079:1, 1082:14, 1082:16, 1082:22, 1083:4, 1083:9
**THEREAFTER** [1] - 1002:12
**THIRD** [3] - 1003:14, 1003:15, 1054:3
**THIS** [1] - 1090:15
**THOUSAND** [1] - 995:5
**THREE** [17] - 1001:10, 1009:17, 1048:6, 1049:6, 1049:9, 1052:4, 1053:13, 1054:5, 1055:4, 1058:23, 1058:25,

1059:3, 1059:25, 1065:7, 1077:1
**THRESHOLD** [1] - 1023:21
**THROUGHOUT** [2] - 1019:2, 1062:2
**TIER** [1] - 1068:3
**TIMELY** [1] - 1088:22
**TIMING** [1] - 1069:8
**TITLE** [1] - 1026:1
**TITLE** [1] - 1090:8
**TO** [2] - 982:8, 1090:8
**TODAY** [5] - 1021:3, 1023:2, 1029:13, 1070:16, 1070:25
**TOM** [2] - 1023:25, 1024:13
**TOOK** [10] - 1006:11, 1008:7, 1009:8, 1011:4, 1014:23, 1027:12, 1029:19, 1065:25, 1080:3, 1080:8
**TOTAL** [1] - 1071:2
**TOWARD** [1] - 1063:22
**TOWARDS** [3] - 1061:24, 1063:19, 1063:22
**TOXIC** [1] - 1065:20
**TRACE** [1] - 1074:6
**TRACER** [1] - 1067:10
**TRACING** [1] - 987:6
**TRACK** [2] - 990:7, 1071:4
**TRANSCRIPT** [3] - 982:13, 1090:9, 1090:11
**TRANSCRIPT** [3] - 987:2, 1079:17, 1089:5
**TRANSECT** [1] - 1084:19
**TRANSFER** [1] - 1000:10
**TRANSPORT** [3] - 1041:25, 1082:17, 1082:18
**TRAVEL** [36] - 1043:8, 1050:2, 1051:23, 1052:24, 1053:8, 1054:3, 1054:24, 1055:5, 1055:6, 1055:15, 1055:22, 1057:1, 1057:24, 1059:4, 1060:15, 1060:18, 1069:15, 1069:20, 1070:9, 1071:22, 1071:24, 1072:3, 1072:4,

1072:6, 1073:18, 1073:19, 1075:18, 1076:22, 1079:6, 1080:9, 1080:12, 1084:21, 1084:25
**TRAVELS** [10] - 1053:16, 1054:2, 1054:8, 1054:11, 1054:14, 1054:15, 1054:20, 1055:1, 1055:8, 1078:5
**TREAT** [2] - 1005:19, 1007:11
**TREATED** [4] - 1006:11, 1010:20, 1020:9, 1036:13
**TREATMENT** [15] - 1006:2, 1006:9, 1006:10, 1006:21, 1007:24, 1010:9, 1014:14, 1014:17, 1015:19, 1020:7, 1022:20, 1022:24, 1023:3, 1033:9, 1061:15
**TREATMENTS** [1] - 1022:21
**TREATS** [1] - 1008:9
**TRIAL** [10] - 987:12, 987:14, 987:15, 987:20, 988:7, 988:16, 1026:18, 1036:1, 1036:16, 1037:16
**TRIAL** [1] - 982:13
**TRICHLOROETHYL ENE** [1] - 1052:5
**TRIED** [1] - 1028:7
**TRIVIAL** [1] - 1081:2
**TROWBRIDGE** [1] - 983:15
**TROWBRIDGE** [1] - 986:16
**TRUDELL** [16] - 1038:19, 1039:14, 1039:23, 1046:6, 1047:7, 1047:25, 1054:4, 1057:3, 1062:1, 1065:13, 1065:24, 1070:24, 1080:21, 1082:1, 1088:3
**TRUDELL** [2] - 984:10, 1039:19
**TRUE** [1] - 1090:9
**TRUE** [4] - 1071:8, 1081:16, 1081:17, 1082:2
**TRUTH** [8] - 990:21, 1039:6, 1078:14,

1078:20
**TRUTHING** [1] - 1078:10
**TRY** [4] - 1037:23, 1037:24, 1045:4, 1089:10
**TRYING** [4] - 997:12, 1032:17, 1075:6, 1089:8
**TUESDAY** [2] - 982:14, 986:1
**TURNED** [1] - 1015:1
**TURNING** [1] - 1002:7
**TURNOUT** [19] - 1014:6, 1014:9, 1014:12, 1014:19, 1015:3, 1016:4, 1017:18, 1017:19, 1018:21, 1018:25, 1019:8, 1020:23, 1033:8, 1033:24, 1033:25, 1034:4, 1034:10, 1034:16
**TURNOUTS** [6] - 1017:15, 1017:18, 1020:16, 1032:24
**TWICE** [3] - 997:10, 1084:21
**TWO** [29] - 992:20, 996:14, 998:1, 998:22, 999:1, 1006:4, 1006:7, 1007:13, 1008:24, 1013:4, 1018:18, 1028:14, 1042:11, 1042:20, 1042:25, 1043:1, 1045:13, 1045:18, 1049:18, 1055:3, 1058:20, 1066:3, 1066:14, 1066:22, 1067:1, 1067:4, 1069:5
**TYPE** [3] - 996:24, 1014:20, 1040:24
**TYPICALLY** [4] - 1043:19, 1049:17, 1050:9, 1061:6

**U**

**U.S** [2] - 982:3, 1087:2
**ULTIMATE** [2] - 1006:13, 1022:25
**ULTIMATELY** [15] - 999:24, 1003:6, 1005:7, 1006:12, 1007:21, 1009:18, 1010:8, 1010:19, 1011:23, 1013:1, 1013:7, 1018:7,

1019:4, 1031:19, 1089:11
**UNCERTAINTY** [2] - 1077:1, 1077:13
**UNDER** [11] - 1008:15, 1008:17, 1009:9, 1009:20, 1010:7, 1011:12, 1021:23, 1022:13, 1033:2, 1068:6
**UNDERGO** [1] - 1004:9
**UNDERGROUND** [1] - 992:24
**UNDERLIES** [2] - 992:22, 992:25
**UNDERLINED** [1] - 1064:20
**UNDERLYING** [1] - 1068:4
**UNDERSTOOD** [1] - 1004:24
**UNDISTURBED** [2] - 1060:1, 1081:21
**UNEXPECTED** [1] - 988:10
**UNIQUE** [1] - 1066:23
**UNIT** [11] - 1062:17, 1064:7, 1064:19, 1064:20, 1064:21, 1064:24, 1068:5, 1087:10, 1087:11, 1087:12
**UNITED** [4] - 982:1, 1090:6, 1090:8, 1090:13
**UNITS** [3] - 1064:10, 1087:13, 1087:18
**UNIVERSITY** [3] - 1040:3, 1040:5, 1040:7
**UNKNOWN** [1] - 1081:14
**UNSATURATED** [1] - 1081:18
**UNUSUAL** [2] - 988:10, 1014:2
**UP** [32] - 986:22, 988:15, 994:5, 998:12, 999:15, 1001:9, 1001:11, 1008:12, 1010:8, 1015:11, 1018:18, 1020:15, 1026:24, 1029:2, 1032:14, 1035:21, 1037:8, 1038:23, 1039:2, 1047:3, 1048:15, 1048:18, 1050:14, 1057:1, 1061:13,

1069:22, 1077:21, 1083:6, 1083:15, 1084:24, 1085:22
**UPGRADIENT** [1] - 1050:24, 1050:25
**UPGRADING** [1] - 1061:4
**UPPER** [2] - 997:2, 1025:24
**UPPER** [1] - 1064:17
**UPSET** [1] - 1089:6
**UPSTREAM** [1] - 1014:8
**USEFUL** [1] - 988:12
**USER** [5] - 1013:20, 1018:7, 1019:5, 1019:7, 1020:25
**USERS** [1] - 1006:13
**UTILIZE** [1] - 1007:1, 1010:20
**UTILIZING** [1] - 1006:8

**V**

**V-157** [1] - 1007:20
**V-201** [18] - 1007:14, 1009:5, 1009:6, 1009:7, 1009:11, 1009:22, 1010:9, 1010:25, 1011:12, 1011:14, 1012:3, 1013:1, 1024:12, 1024:23, 1061:25, 1069:7, 1069:11, 1069:13
**V-205** [10] - 1007:14, 1010:23, 1010:24, 1011:6, 1011:13, 1011:14, 1024:23, 1069:8, 1070:3, 1070:5
**VAGUE** [9] - 998:15, 1000:4, 1004:12, 1009:2, 1032:25, 1034:14, 1060:6, 1062:13, 1070:17
**VAGUELY** [1] - 998:1
**VALENCIA** [21] - 991:18, 996:3, 996:4, 996:7, 996:23, 997:3, 997:7, 997:24, 1007:15, 1007:17, 1009:7, 1010:19, 1011:3, 1025:17, 1025:20, 1027:17, 1061:25, 1069:19, 1070:2, 1070:13
**VALID** [1] - 1086:9

**VALIDATION** [1] -
1078:10
**VALLEY** [12] - 986:8,
989:14, 991:13,
992:17, 993:9,
994:1, 994:4, 994:8,
999:19, 999:22,
1035:22, 1042:7
**VALLEY** [10] - 992:7,
992:23, 992:25,
993:3, 995:12,
995:13, 998:12,
1001:10, 1003:20,
1006:14
**VALLEY** [1] - 982:5
**VALUE** [1] - 1049:17
**VALUES** [8] - 1048:5,
1049:9, 1075:12,
1076:9, 1076:10,
1076:12, 1076:20,
1082:21
**VALVE** [3] - 1015:4,
1015:7, 1015:15
**VARIABLES** [2] -
1081:15, 1081:17
**VARIES** [1] - 1049:16
**VARIETY** [1] - 1040:23
**VARIOUS** [4] -
1004:22, 1032:24,
1047:18, 1064:4
**VARY** [2] - 994:17,
1086:21
**VELOCITIES** [1] -
1085:4
**VELOCITY** [44] -
1043:7, 1043:10,
1048:1, 1048:2,
1048:3, 1048:4,
1048:7, 1048:24,
1049:4, 1049:8,
1049:11, 1049:20,
1050:2, 1050:7,
1050:12, 1050:13,
1050:19, 1050:20,
1051:15, 1051:19,
1051:20, 1051:23,
1052:11, 1052:23,
1053:7, 1053:21,
1053:22, 1053:23,
1053:25, 1054:14,
1054:21, 1060:20,
1070:10, 1071:16,
1072:14, 1074:14,
1074:16, 1075:12,
1075:19, 1076:21,
1078:11, 1079:6,
1083:10
**VERBAL** [2] -
1000:14, 1001:6
**VERSED** [1] - 1004:24

**VERSUS** [3] - 986:8,
989:14, 1041:20
**VERTICAL** [2] -
1056:17, 1056:19
**VIA** [1] - 1035:14
**VICE** [1] - 991:18
**VICINITY** [2] - 1014:6,
1050:11
**VIDEO** [13] - 984:8,
1035:3, 1035:5,
1035:9, 1035:14,
1035:16, 1035:20,
1036:13, 1036:23,
1037:8, 1037:23,
1038:8, 1038:11
**VIDEOTAPE** [1] -
1036:18
**VIDEOTAPED** [2] -
1035:17, 1037:18
**VIEW** [5] - 987:13,
988:7, 988:10, 989:2
**VINYL** [3] - 1066:10,
1066:12, 1068:17
**VIRTUALLY** [1] -
995:16
**VISTA** [1] - 1006:3
**VITALLY** [1] - 1011:18
**VIVIDLY** [1] - 1012:15
**VOC** [13] - 1013:14,
1016:3, 1018:3,
1018:5, 1024:13,
1033:4, 1041:23,
1051:15, 1062:2,
1062:9, 1070:4
**VOCS** [28] - 1013:14,
1013:16, 1013:18,
1013:20, 1014:16,
1015:9, 1015:25,
1016:1, 1017:22,
1018:11, 1021:15,
1021:20, 1022:18,
1022:22, 1023:5,
1023:8, 1027:3,
1032:24, 1045:16,
1056:4, 1058:6,
1060:11, 1062:7,
1064:9, 1068:12,
1083:19
**VOLUME** [1] - 982:8
**VS** [1] - 982:7

# W

**WAIT** [3] - 988:19,
1014:15, 1079:23
**WALK** [2] - 1020:2,
1038:23
**WALKED** [3] -
1002:13, 1002:14,
1028:11

**WANTS** [1] - 988:25
**WAS** [2] - 991:7,
1039:20
**WASHES** [1] -
1048:15
**WASHINGTON** [1] -
983:15
**WASTE** [2] - 998:9,
1066:4
**WASTES** [2] -
1055:16, 1077:11
**WATCH** [1] - 1034:25
**WATER** [1] - 982:5
**WATER** [51] - 986:8,
989:14, 991:13,
991:14, 991:18,
991:21, 992:17,
993:2, 993:9,
993:12, 993:13,
994:8, 994:9, 996:2,
996:3, 996:7, 996:9,
996:13, 996:15,
996:23, 997:2,
997:4, 997:7,
997:24, 998:5,
998:13, 998:18,
998:21, 998:22,
998:24, 999:8,
1000:25, 1002:3,
1007:15, 1007:18,
1009:7, 1010:20,
1012:2, 1013:2,
1017:3, 1025:17,
1025:20, 1027:17,
1027:25, 1029:14,
1029:16, 1035:22,
1041:19, 1042:8,
1042:22
**WATER** [144] - 991:4,
991:25, 992:1,
992:3, 992:5, 992:7,
992:13, 992:18,
992:19, 993:1,
993:2, 993:3, 993:4,
993:6, 993:10,
993:11, 993:13,
993:14, 993:17,
993:19, 993:20,
993:22, 993:23,
994:3, 994:4, 994:5,
994:7, 994:8,
994:12, 994:13,
994:14, 994:15,
994:16, 994:19,
994:21, 994:24,
995:1, 995:8, 995:9,
995:10, 995:12,
995:15, 995:19,
995:20, 996:11,
996:23, 998:19,

999:5, 1001:22,
1002:10, 1002:15,
1002:16, 1002:20,
1003:9, 1003:11,
1003:24, 1004:7,
1004:9, 1004:15,
1005:8, 1006:11,
1006:18, 1007:11,
1008:3, 1008:5,
1008:6, 1008:9,
1008:11, 1008:12,
1008:16, 1008:18,
1008:21, 1009:4,
1010:20, 1010:21,
1011:24, 1013:7,
1013:8, 1013:17,
1013:19, 1014:7,
1014:9, 1017:21,
1018:2, 1018:4,
1018:10, 1018:20,
1018:25, 1019:3,
1019:5, 1019:6,
1020:5, 1020:6,
1020:13, 1021:20,
1021:21, 1022:18,
1023:4, 1023:8,
1023:9, 1023:23,
1024:10, 1025:2,
1025:8, 1025:10,
1026:22, 1030:11,
1030:19, 1031:22,
1033:2, 1034:4,
1034:11, 1034:16,
1034:17, 1039:16,
1042:1, 1042:22,
1048:8, 1048:10,
1048:13, 1048:15,
1048:18, 1049:2,
1049:5, 1050:1,
1050:10, 1050:24,
1050:25, 1056:6,
1074:7, 1083:7,
1087:15
**WATERING** [1] -
1048:17
**WATERLOO** [2] -
1040:3, 1040:5
**WAVE** [1] - 1048:15
**WAYS** [1] - 1058:20
**WEIGH** [1] - 1060:18
**WELL-VERSED** [1] -
1004:24
**WELLS** [104] - 998:14,
998:19, 998:22,
999:1, 999:13,
1000:19, 1000:21,
1000:22, 1001:8,
1001:24, 1001:25,
1002:4, 1002:19,
1002:23, 1002:24,

1003:2, 1003:4,
1003:12, 1003:16,
1003:25, 1004:8,
1004:15, 1005:21,
1006:4, 1006:5,
1006:7, 1007:13,
1007:16, 1007:20,
1008:8, 1008:24,
1011:20, 1011:25,
1012:17, 1013:4,
1013:8, 1013:9,
1024:14, 1024:25,
1027:13, 1030:4,
1030:7, 1030:19,
1031:20, 1031:24,
1032:1, 1033:3,
1042:2, 1042:16,
1042:22, 1043:6,
1043:9, 1047:6,
1049:15, 1050:1,
1051:2, 1051:4,
1051:7, 1055:18,
1060:5, 1060:13,
1060:24, 1061:1,
1061:8, 1061:10,
1061:11, 1061:13,
1061:20, 1061:22,
1061:25, 1063:9,
1063:19, 1063:23,
1064:1, 1064:2,
1064:3, 1064:11,
1064:14, 1065:6,
1065:8, 1065:10,
1067:13, 1069:7,
1069:8, 1069:11,
1069:19, 1070:2,
1070:13, 1071:11,
1072:16, 1074:1,
1074:7, 1080:5,
1084:20, 1087:15
**WEST** [13] - 1042:2,
1045:3, 1045:8,
1047:1, 1047:5,
1047:19, 1061:23,
1063:1, 1063:2,
1063:6, 1063:22,
1087:15, 1087:17
**WEST** [1] - 982:24
**WESTERLY** [2] -
1047:21, 1062:23
**WESTERN** [1] - 982:2
**WESTERN** [4] -
1062:22, 1062:24,
1063:11, 1086:6
**WESTWARD** [1] -
1062:9
**WET** [1] - 993:24
**WHITTAKER** [82] -
986:9, 986:15,
989:14, 997:11,

997:22, 997:23, 998:9, 998:14, 1000:2, 1000:8, 1001:1, 1001:11, 1001:19, 1002:8, 1004:1, 1006:6, 1007:10, 1008:18, 1008:20, 1009:9, 1009:12, 1009:17, 1009:19, 1010:12, 1010:17, 1012:4, 1017:6, 1025:15, 1025:23, 1025:24, 1026:7, 1026:10, 1027:2, 1028:8, 1028:11, 1028:12, 1028:15, 1029:9, 1029:20, 1031:13, 1031:19, 1035:23, 1042:11, 1042:21, 1042:25, 1043:2, 1043:3, 1043:5, 1043:8, 1044:9, 1045:15, 1049:25, 1051:16, 1052:9, 1059:10, 1059:12, 1060:4, 1060:9, 1060:12, 1065:22, 1067:11, 1067:12, 1067:17, 1067:22, 1067:25, 1068:1, 1068:6, 1068:13, 1069:1, 1069:3, 1069:13, 1069:21, 1070:4, 1070:5, 1071:6, 1071:20, 1072:17, 1077:7, 1077:14, 1081:20, 1082:9, 1087:11

**WHITTAKER** [1] - 982:8

**WHITTAKER'S** [2] - 1001:14, 1066:7

**WHOLE** [2] - 990:21, 1039:6

**WHOLESALER** [1] - 993:13

**WHOLLY** [1] - 996:4

**WHOLLY-OWNED** [1] - 996:4

**WIDE** [1] - 1075:15

**WIDESPREAD** [1] - 1067:20

**WILD** [1] - 1079:2

**WIND** [1] - 1010:8

**WINDOW** [1] - 1071:19

**WINDSOR** [1] - 1040:7

**WISH** [4] - 987:22, 988:8, 1088:23,

1088:25

**WISHES** [1] - 1088:9

**WITH** [1] - 1090:12

**WITNESS** [9] - 990:14, 1033:15, 1035:1, 1035:12, 1036:14, 1036:17, 1038:16, 1038:17, 1038:23

**WITNESS** [38] - 990:23, 991:2, 991:5, 996:20, 1004:21, 1011:11, 1012:13, 1016:5, 1016:23, 1017:1, 1018:20, 1018:24, 1019:10, 1019:16, 1019:19, 1034:1, 1038:24, 1039:1, 1039:8, 1039:10, 1039:13, 1039:17, 1040:15, 1044:14, 1044:20, 1044:23, 1045:13, 1046:4, 1053:6, 1074:11, 1078:8, 1079:17, 1079:20, 1081:1, 1085:10, 1086:15, 1088:7, 1088:16

**WITNESS'S** [1] - 1010:17

**WITNESSES** [1] - 987:17

**WITNESSES** [2] - 984:1, 984:3

**WOKE** [1] - 986:22

**WONDERING** [1] - 990:8

**WORD** [4] - 1010:6, 1010:7, 1078:15, 1080:6

**WORDS** [5] - 1001:11, 1021:19, 1033:21, 1056:10, 1082:25

**WORKS** [1] - 1064:21

**WORLEY** [3] - 1041:6, 1041:7, 1041:12

**WORTH** [1] - 1089:4

**WRITTEN** [1] - 1000:14

## Y

**YEAR** [7] - 995:3, 995:6, 1009:24, 1010:10, 1081:3, 1083:12, 1085:24

**YEARS** [42] - 993:25, 994:6, 995:2, 995:3, 1003:23, 1007:7, 1008:7, 1009:18,

1025:19, 1040:20, 1042:5, 1053:7, 1055:20, 1055:22, 1055:24, 1056:25, 1057:1, 1057:23, 1057:24, 1058:1, 1058:2, 1058:4, 1059:4, 1060:14, 1060:16, 1061:13, 1061:14, 1069:22, 1069:23, 1071:7, 1071:11, 1073:24, 1074:8, 1075:20, 1076:24, 1077:22, 1086:23

## Z

**ZONE** [1] - 1065:8

**ZONES** [2] - 1064:14, 1064:23