1               **UNITED STATES DISTRICT COURT**

2        **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3     **HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE**

4

5  **SANTA CLARITA VALLEY WATER AGENCY,**    )
                                       )

6                **Plaintiff,**       )
                                       )

7     **v.**                      )         **Case No.**
                                 )  **CV 18-6825 SB (RAOx)**

8  **WHITTAKER CORPORATION, et al.,**     )
                                     )      **Volume 10**

9               **Defendants.**    )  **(Pages 1091 - 1142)**
    _____)

10

11       **REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS**
              **TRIAL DAY 5:  P.M. SESSION**

12          **TUESDAY, NOVEMBER 23, 2021**
                   **1:02 P.M.**

13          **LOS ANGELES, CALIFORNIA**

14

15

16

17

18

19

20

21

22    _____

23    **MYRA L. PONCE, CSR 11544, CRR, RPR, RMR, RDR**
         FEDERAL OFFICIAL COURT REPORTER

24        350 WEST 1ST STREET, ROOM 4455
        LOS ANGELES, CALIFORNIA  90012

25           (213) 894-2305

1    **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4        NOSSAMAN, LLP
         BY:  BYRON P. GEE
5        BY:  RAVEN MCGUANE
         BY:  PATRICK J. RICHARD
6        BY:  FRED FUDACZ
              Attorneys at Law
7        777 South Figueroa Street, 34th Floor
         Los Angeles, California  90017
8        (213) 612-7800

9        NOSSAMAN, LLP
         BY:  ILSE CHANDALAR SCOTT
10            Attorney at Law
         50 California Street, 34th Floor
11       San Francisco, California  94111
         (415) 398-3600
12

13
     **FOR THE DEFENDANT WHITTAKER CORPORATION:**
14
         EDLIN, GALLAGHER, HUIE & BLUM
15       BY:  MICHAEL E. GALLAGHER, JR.
         BY:  FRED M. BLUM
16       BY:  DANIEL ERIC TROWBRIDGE
              Attorneys at Law
17       500 Washington Street, Suite 700
         San Francisco, California  94111
18       (415) 397-9006

19

20   **ALSO PRESENT:**

21       MATT STONE
         SCOTT FRYER
22       RON BEATON
         ERIC LARDIERE
23

24

25

**UNITED STATES DISTRICT COURT**

1                     **INDEX OF WITNESSES**

2

3  PLAINTIFF'S WITNESSES                                        PAGE

4  TRUDELL, Ph.D., Mark

5     Cross-Examination (Resumed) by Mr. Blum       1095
     Redirect Examination by Mr. Gee              1134

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1

**INDEX OF EXHIBITS**

2

FOR
EVIDENCE

3   NUMBER   DESCRIPTION _____   PG.

4                           (NONE OFFERED.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

|        |    |                                                           |
|--------|----|-----------------------------------------------------------|
|        | 1  | TUESDAY, NOVEMBER 23, 2021; 1:02 P.M.                     |
|        | 2  | LOS ANGELES, CALIFORNIA                                   |
|        | 3  | -oOo-                                                     |
|        | 4  | (In the presence of the jury:)                           |
| 12:59PM| 5  | THE COURT:  We remain on the record in the trial         |
|        | 6  | matter with all who were present previously, including the |
|        | 7  | witness.                                                  |
|        | 8  | And, Dr. Trudell, you understand you remain under        |
|        | 9  | oath?                                                     |
| 01:02PM| 10 | THE WITNESS:  Yes.                                        |
|        | 11 | THE COURT:  You may continue with your                   |
|        | 12 | cross-examination, Mr. Blum.                              |
|        | 13 | MR. BLUM:  Thank you, Your Honor.                        |
|        | 14 | **MARK TRUDELL, Ph.D.,**                                 |
| 01:02PM| 15 | **PLAINTIFF'S WITNESS, PREVIOUSLY SWORN, TESTIFIED AS FOLLOWS:** |
|        | 16 | **CROSS-EXAMINATION (RESUMED)**                          |
|        | 17 | BY MR. BLUM:                                             |
|        | 18 | Q.   Dr. Trudell, do you recall during the direct        |
|        | 19 | examination of Mr. Gee that at one point you told him that |
| 01:02PM| 20 | there was an exhibit that went with the question?        |
|        | 21 | A.   Yes.                                                |
|        | 22 | Q.   How did you know that?                              |
|        | 23 | A.   Because I practiced.                                |
|        | 24 | Q.   Who did you practice with?                          |
| 01:02PM| 25 | A.   I practiced -- I mainly read on my own.             |

         1        Q.    Well, how did you know that a question that Mr. Gee

         2   was asking referred to an exhibit that he knew what -- and that

         3   he knew what exhibit that was?

         4        A.    I imagine he practiced too.

01:03PM  5        Q.    He practiced -- did you practice together?

         6        A.    Not really, no.

         7        Q.    Well, how did he know what exhibit you were

         8   referring to, then?

         9              MR. GEE:  Objection.  Calls for speculation.

01:03PM 10              THE COURT:  Sustained.

        11        Q.    (BY MR. BLUM:)  Did you -- did you have any

        12   understanding that he would know what exhibit you were

        13   referring to?

        14        A.    Well, I -- I chose the figures, the graphics, but I

01:03PM 15   didn't assign the exhibit numbers.  So I -- I can't tell you

        16   what the exhibit numbers are, but I -- I understand what the

        17   figure is because I came up with it.

        18              THE COURT:  Please speak into the microphone,

        19   please.

01:03PM 20              THE WITNESS:  Sorry.

        21              THE COURT:  Thank you.

        22        Q.    (BY MR. BLUM:)  In other words, your direct

        23   examination was rehearsed?

        24        A.    I'm not sure what you mean by --

01:03PM 25              MR. GEE:  Objection.  Assumes facts not in evidence.

1        THE WITNESS:  -- rehearsed.

2    Q.    (BY MR. BLUM:)  That's all right.  I'll withdraw the

3  question.

4    A.    All right.

01:03PM  5    Q.    If we can go back, please, to Figure 3 from the

6  report, please -- the report is -- is Exhibit 1310.

7    A.    Yes.  Okay.  I have it.

8    Q.    Now, I want to ask this question directly.  If you

9  see the dark blue line, okay -- do you see it, sir?

01:04PM 10    A.    Yes.

11    Q.    Does that represent a flow direction?

12    A.    It's called a flow direction, so I believe it

13  represents a flow direction.

14    Q.    Is that the same thing as a pathway?

01:04PM 15    A.    No.  It's a flow direction, yeah.

16    Q.    What's the difference?

17    A.    The flow direction identifies the velocity -- let me

18  rephrase this.  The flow direction indicates the direction that

19  groundwater is flowing, but it doesn't tell you where it's

01:04PM 20  flowing to or where it's flowing from.  So the pathway starts

21  at a location and then follows the groundwater flow direction

22  from a source to a receptor or from Location A to Location B.

23    Q.    Now, when you -- when we talk about a pathway, when

24  water -- when water flows through the subsurface, it spreads

01:05PM 25  out laterally; correct?

```
 1         A.    I'm not sure I understand that question.  When water

 2    spreads out?

 3         Q.    Are you finished?

 4         A.    Yes.  I don't understand the question, I'm sorry.

 5         Q.    It moves not only from a high elevation to a low

 6    elevation, but it also spreads in a lateral direction; correct?

 7               THE COURT:  "It" being water?

 8               MR. BLUM:  Water, yes, sir.

 9               THE WITNESS:  I -- I've never heard that kind of

10    explanation before.  It's not something I'm familiar with in

11    terms of hydrogeology, so I don't know where you came up with

12    that.

13         Q.    (BY MR. BLUM:)  Would you agree with me that the

14    flow direction described in Figure -- I think it's 4 -- or I'm

15    sorry, it's Figure 3 of your report, the flow direction goes

16    through the western boundary of OU-4.  And I'm going to circle

17    it for you.

18               THE COURT:  And while you're doing that, this is

19    Exhibit 1310, Figure 3.

20         Q.    (BY MR. BLUM:)  See -- do you see the circle with

21    the red line?

22         A.    Yes.

23         Q.    That line represents the western boundary of OU-4.

24    Would you agree with me?

25         A.    The line represents the western boundary of OU-4,
```

01:05PM (line 5)
01:05PM (line 10)
01:06PM (line 15)
01:06PM (line 20)
01:06PM (line 25)

1    I'd agree with that.

2        Q.    Right.  And the flow direction that's marked in the

3    dark blue line would flow right through that western boundary,

4    would it not?

01:07PM    5        A.    Well, that -- as I mentioned before when we looked

6    at this figure, that flow direction could be moved anywhere up

7    and down these lines.  And so you could have it going, you

8    know, through the north boundary, it could go through the west

9    boundary, it could bypass altogether and go south through the

01:07PM    10   west boundary.

11            So, you know, there's two points to make here.

12   Number one is that that's not a unique groundwater flow

13   direction.  It's not the only flow direction on the whole map.

14   But the other point is that that flow direction is coming from

01:07PM    15   other areas that aren't really contaminated.

16       Q.    My question is:  As drawn in Figure 3 of your

17   report, the flow direction that's represented by the dark blue

18   line flows directly through the western edge of OU-4?

19       A.    The arrow does.

01:07PM    20       Q.    Thank you.

21            And that flow direction is different than the one

22   you drew with -- to the jury in your direct; correct?

23       A.    No.  It's not really.  It's the -- almost exactly

24   the same orientation, if you look at where it is relative to,

01:08PM    25   say, the 12:00 o'clock position, it's probably at -- what? --

                    1    about 10:00 o'clock, which is northwest.  And it's almost

                    2    exactly the same orientation as the flow lines I -- I drew.

                    3    It's just that there -- it starts at a different place.

                    4            Like I said, you could draw that same flow direction

        01:08PM    5    anywhere on this figure between those -- those two lines and

                    6    you could apply it to that location or that portion of the map

                    7    area.

                    8        Q.   Now, I want to move on to a different -- by the way,

                    9    the -- the pathway that you showed the jury in the direct, is

        01:08PM   10    it anywhere in any of the figures in your report?

                   11        A.   Um, it's inferred and, you know, it would be

                   12    inferred from this.  The actual flow direction is in the -- the

                   13    CH2M Hill report.  I think it's Figure 5-1.  So that's one of

                   14    my figures that I've used.

        01:09PM   15        Q.   That's not my question, though.

                   16            My question is:  Can you show me a figure in your

                   17    report where you visually illustrate the same flow direction

                   18    that you showed the jury or your rebuttal report, for that

                   19    matter?

        01:09PM   20        A.   Let me just check, please.

                   21            Yes.  So in my rebuttal report, it's 194.1.

                   22    Exhibit 194.1.  Where is that?  Sorry.  That's not my rebuttal

                   23    report.  One second, please.

                   24            I'm not sure I have a copy of my rebuttal report

        01:10PM   25    here.

1    Q.    All right.  Okay.  Then let's move on, then.

2          Now, you said that the -- did you actually -- you

3    said that the soil data that was gathered by Whittaker didn't

4    have sufficient -- hadn't done sufficient testing to determine

5    travel time through the soil; correct?

6    A.    Yes.  I -- I did agree with that.

7    Q.    Does that mean you actually reviewed the actual

8    tables that made up the soil data reports?

9    A.    I looked primarily at the remedial investigation

10   report for OU-7 -- or for OUs 2 to 6, rather.

11   Q.    Okay.  That wasn't my question, though.

12         My question is:  Did you actually look at the tables

13   that -- that would include the soil data?

14   A.    I looked at some of them, yes.

15   Q.    Okay.  Didn't you testify differently to that in

16   your deposition?

17   A.    Um, I don't recall.

18   Q.    We can go to page 26, line 8 through 19.

19         THE COURT:  You may proceed.

20         MR. BLUM:  *"QUESTION:  Did you review any*

21   *data for soil sampling on site on the Whittaker site?*

22         *"ANSWER:  Not specifically.  No.*

23         *"QUESTION:  What does 'not specifically' mean?*

24         *"ANSWER:  Well, I've looked at maps of soil*

25   *contamination some consider.  I'm not sure if you*

*consider that data.  But I don't recall looking at,*

*say, tables of soil concentrations at bore holes.*

*I did not do that.*

    *"QUESTION:  All right.  How about soil gas*

01:12PM *data?*

    *"ANSWER:  Again, I recall reading sections*

*about that, but I don't recall reviewing specific*

*data."*

    Q.    (BY MR. BLUM:)  Is that the truth when you testified

01:12PM to that in your deposition?

    A.    It was true at the time, yes.

    Q.    So is this after your deposition that you looked at

this data?

    A.    Um, it may have been.  It may have been.

01:12PM     Q.    So you looked at new information that -- that you're

relying upon in your testimony today after your report was

filed and after your deposition was taken?

    A.    I looked at some reports, and I looked at some data.

    Q.    And you looked at the soil data after your

01:12PM deposition and after your report was filed; correct?

    A.    Again, I didn't look at the -- the soil data in any

detail.  I scanned through to see what constituents that the --

they were measuring, but most of that is written in the text.

So you don't need to -- you don't need to -- to look at the

01:13PM tables to see what they were testing for.

1103

1    Q.    The question, though, sir, is:  After your

2  deposition and after your report was written, did you look at

3  additional information that you relied upon in answering the

4  questions about whether or not there was enough data to do the

01:13PM  5  analysis of movement through soil?

6              MR. GEE:  Objection.  Asked and answered.

7              THE COURT:  Sustained.

8    Q.    (BY MR. BLUM:)  All right.  Now, the -- I want to

9  move on specifically to these equations.  Right.

01:13PM  10             Is it correct that the equations that you did and

11  the answers that you obtained, you were only looking to see

12  what could have happened, not necessarily what did happen?

13    A.    I'm not sure that I understand which equations

14  you're referring to.

01:14PM  15    Q.    Figures 8 -- Figures 9 and 10.

16    A.    So that's the -- the solute transport equation.

17    Q.    Do you remember the question?

18    A.    These are -- these are theoretical equations.

19  They're meant to be illustrative.  They're not meant to be

01:14PM  20  definitive in terms of representing exactly what is happening

21  in terms of that specific -- any specific location or site

22  except that I used site specific data.

23    Q.    All right.  But my question was:  What you were

24  seeking to determine was what could have been the travel times,

01:14PM  25  not what were the travel times?

**UNITED STATES DISTRICT COURT**

1   A.   Well, the travel times were estimated, um, based on

2   the data that I had available.  And I think the travel times

3   are -- are reasonable estimates of that.  They are estimates.

4   And so I think, you know, you may be confusing, you know, an

01:15PM   5   estimate of a -- of a travel time versus -- you know, nobody

6   can go and actually measure, physically measure travel time.

7        So, you know, that was -- I -- I didn't -- I used

8   what I believe was a reasonable estimate of the groundwater

9   velocity and the travel time based on my professional

01:15PM   10  experience.

11   Q.   All right.  I want to talk -- I want to move back to

12   pathways.

13        Now, isn't it correct, sir, that the perchlorate and

14   the VOCs migrated on exactly the same groundwater pathway?

01:15PM   15   A.   Well, they -- that is correct.  It's something that

16   I said in my report, but it's subject to three -- three

17   underlying conditions or assumptions.  Number one, the two

18   contaminants have to come from the same source.  Number two,

19   they have to be released at the same time.  And number --

01:16PM   20  number three is that they have to reach the water table at the

21   same time and in the same place.

22        So in that case, yes, they traveled for at least

23   some distance exactly the same flow path.

24   Q.   Define for me the word "exactly."

01:16PM   25   A.   It means precisely.

**UNITED STATES DISTRICT COURT**

1     Q.    Okay.  In your report, when you use the word

2  "exactly" the same pathway, did you qualify it the way you just

3  did here?

4     A.    I don't believe I did, but I don't really need to

01:16PM  5  because, um, it's -- it's a pretty well established

6  hydrogeological principle that water and contaminants travel

7  together and the two contaminants will travel along the path of

8  the groundwater flowing.  It's -- the single biggest driver of

9  contaminant migration is groundwater flow and groundwater

01:17PM  10  velocity.

11     Q.    My question, though, was:  In your report, did you

12  qualify the term that they moved exactly in the same pathway --

13          THE COURT:  And, Counsel, you could ask another

14  question.  The answer is no.  He said no.

01:17PM  15     Q.    (BY MR. BLUM:)  All right.  Sir, so it would be

16  correct if they moved on exactly the same pathway and if we

17  find both VOCs in S-1 and S-2 and perchlorate and the source of

18  those VOCs is Whittaker, that we should see both perchlorate

19  and VOCs in the -- in the wells in between since they're on the

01:17PM  20  same pathway and they had -- they found the same location?

21     A.    Which wells are you referring to?

22     Q.    Well, for instance, if the groundwater flow

23  direction flowed through OU-4, the western edge, and shouldn't

24  we then find both VOCs and perchlorate at the western edge of

01:18PM  25  OU-4?

**UNITED STATES DISTRICT COURT**

1    A.   I wouldn't expect to because the primary direction

2    of migration from the source areas is to the north and west,

3    which takes them over the north boundary.  The western

4    boundary, there are -- first of all, there's no sources of VOCs

01:18PM  5    in the western part of OU-4.  Um, and the source areas are all

6    in the east.

7         And so the -- I don't -- I consider the line of

8    wells in the western OU-4s delineation wells.  They tell you

9    where the contamination is not.  They don't tell you where the

01:18PM  10   contamination is.

11   Q.   Those three --

12        MR. BLUM:  Can we put back up the last -- yeah,

13   Figure 3 from the -- right.

14   Q.   (BY MR. BLUM:)  So if we look at those --

01:18PM  15        MR. BLUM:  The figure, let's say -- that's fine.

16   And again, I want to deal -- if we can blow up this area, Rick.

17   Q.   (BY MR. BLUM:)  If we, again, look at this line,

18   which is the western edge, there's three wells on that edge;

19   correct?

01:19PM  20   A.   Yes.

21   Q.   And isn't it correct that consistently in those

22   wells perchlorate was found?

23   A.   I believe that's correct, yes.

24   Q.   And rarely were VOCs found; correct?

01:19PM  25   A.   Well, the -- the perchlorate --

|    |    |
|----|----|
|    | 1  | THE COURT:  Just answer the question yes or no, |
|    | 2  | please, if you can. |
|    | 3  | THE WITNESS:  Could you repeat the question, please? |
|    | 4  | Q.   (BY MR. BLUM:)  Isn't it true, sir -- you get the -- |
| 01:19PM | 5 | that -- there was isolated hits of VOCs but consistent hits of |

                    THE COURT:  Just answer the question yes or no,

     please, if you can.

                    THE WITNESS:  Could you repeat the question, please?

          Q.   (BY MR. BLUM:)  Isn't it true, sir -- you get the --

     that -- there was isolated hits of VOCs but consistent hits of

     perchlorate in those three wells?

          A.   Yes.

          Q.   Okay.  And so clearly, the groundwater flow was

     taking contaminated water that contained perchlorate through

     those wells; correct?

          A.   It's correct because it's from different sources.

          Q.   And that perchlorate, did it find its way to

     Saugus -- to one of the Saugus 2 or Saugus 1 wells?

          A.   It may have.

          Q.   Okay.  And that VOCs which traveled on exactly the

     same pathway that the perchlorate that was found in those wells

     traveled was only found in isolated incidences in those three

     border wells; correct?

          A.   No.  It's not correct because, as I said, they have

     to come from the -- the same source at the same time and reach

     the water table together for them to travel along the same

     path.

                    You have, in this case, numerous sources of

     perchlorate on the Whittaker site that are associated with

     VOCs.  VOCs are almost always associated with perchlorate.  But

1 that's why the -- the perchlorate plume is so wide because it's

2 got perchlorate sources all across the Whittaker site and not

3 just where there are VOCs.

4        Q.    Is there any way to know when a molecule of

01:21PM  5 perchlorate versus a molecule of VOCs hit the groundwater and

6 whether it was at the same time?

7        A.    There's many ways that you can do that, and the best

8 way to do that is with monitoring wells and/or soil borings.

9        Q.    Well, since we're dealing with a facility that, for

01:21PM 10 instance, one expert said was -- was manufacturing fireworks in

11 the '30s that used perchlorate, do -- do we -- can we

12 distinguish between those molecules of perchlorate versus

13 molecules that occurred when Bermite was operating the site in

14 the '40s, '50s, and '60s versus a molecule that occurred when

01:22PM 15 Whittaker was operating the site in the '70s?

16        A.    There are some techniques that can be applied that

17 can help identify the source of the perchlorate in terms of

18 whether it's a manufactured source, a natural source, or

19 agricultural source.

01:22PM 20        Q.    None of that was done, was it?

21        A.    I don't know if Whittaker did that or not.

22        Q.    You have seen no data that says that was done;

23 correct?

24        A.    I have not seen any data with respect to -- I'm

01:22PM 25 talking about isotopes, isotopic analysis of perchlorate.

**UNITED STATES DISTRICT COURT**

1    Q.    And, for instance, you can do -- that's called

2  fingerprinting; correct?  Colloquial words are fingerprinting;

3  right?

4    A.    Well, not really.  It's the source identification

01:22PM  5  more than fingerprinting.  Lots of sources can have the same --

6  the same isotopic signature, but it doesn't define a unique

7  source.

8    Q.    And you can do that same analysis for VOCs; right?

9  Isotopic fingerprinting.

01:22PM  10    A.    That's not commonly done.  So I -- yeah.  Not

11  isotopic fingerprinting, but people mostly use ratios of

12  concentrations and things like that.

13    Q.    Well, for instance, can we distinguish between a

14  molecule of VOCs that might have been used in pre-World War II

01:23PM  15  or in World War I to clean out things for -- that were used in

16  World War II versus the Korean war versus the Vietnam War?

17    A.    I would say generally no.

18    Q.    So when we're dealing with VOCs in this case and

19  we're dealing with perchlorate, there's no way to know whose

01:23PM  20  perchlorate it was; correct?

21    A.    You mean, who the owner of it or the generator?

22    Q.    Well, when we're looking at something in the

23  groundwater --

24    A.    Yes.

01:23PM  25    Q.    -- is there a way to determine, yeah, that molecule

```
 1    was put there by something that Halifax did or Bermite did or

 2    Whittaker did?  There's no way to do that; correct?

 3         A.    When you -- when you say -- when you said whose

 4    perchlorate it is, are you talking about the -- the -- the

 5    "who" is one of those companies that they -- they were the

 6    source of releasing the perchlorate?

 7         Q.    Yeah.

 8         A.    Um, then I would say in general, unless you've done

 9    something like an isotopic -- you can't tell who owned it.  You

10    can tell what the nature of the source was, as I said, was it

11    electrolytic?  Was it agricultural?  Was it naturally

12    occurring?  But you can't tell whose -- whose perchlorate it

13    was.

14         Q.    Or VOCs; correct?

15         A.    Or VOCs, yes.

16         Q.    None of that analysis that you just talked about has

17    been done that you -- you don't know if any of that's been done

18    in this case?

19         A.    I don't believe it has been.  I haven't -- I've

20    never seen --

21         Q.    Right.

22         A.    -- anything on that.

23         Q.    Sir, what does the term "reasonable degree of

24    scientific certainty" mean to you?

25         A.    To me, reasonable degree of scientific certainty
```

**UNITED STATES DISTRICT COURT**

```
     1    implies a level of certainty, if you will, in an analysis that

     2    typically has a fairly high probability of being right.  So I

     3    would say for me, a reasonable degree of scientific certainty

     4    is something where you feel about 70 to 90 or 95 percent

01:25PM   5    confident in the result.

     6         Q.   Okay.  And in your -- the opinions that were in your

     7    two reports were to a reasonable degree of scientific

     8    certainty, were they not?

     9         A.   No, they weren't.  They were -- more likely than not

01:25PM  10    was the threshold that was used for my report.

    11         Q.   Well, if I -- if I tell you that you said in your

    12    rebuttal report on page 1, "The opinion I express herein

    13    supplement and do not change the opinions I set forth in my

    14    August 3, 2020, expert report.  My opinions are to a reasonable

01:25PM  15    degree of scientific certainty," would you change your last

    16    answer?

    17         A.   Um, I would say that was probably misstated in terms

    18    of that degree of scientific certainty because the scientific

    19    certainty in that case was actually more likely than not.

01:26PM  20         Q.   Okay.  Does that mean -- when you did your report --

    21    you recall we went over the report in your deposition and I

    22    asked you was there anything you wanted to change in it?

    23         A.   Um, I -- I think I recall that, yeah.

    24         Q.   And you didn't -- you looked at the reports, and you

01:26PM  25    said there's nothing you wanted to change?
```

**UNITED STATES DISTRICT COURT**

    1        A.    I believe so.

    2        Q.    Now, sir, are you saying now -- let's see -- almost

    3   a year after your deposition, that you're -- what you said in

    4   your report was wrong?

01:26PM    5        A.    Well, I was -- in all likelihood, when I used that

    6   expression, um, I was looking at the degree of scientific

    7   certainty in maybe a broader sense to include the more likely

    8   than not end member of that.

    9        Q.    So when you use the terms "reasonable degree of

01:27PM   10   scientific certainty," it -- it's inclusive of more likely than

   11   not; correct?

   12        A.    When I used it in that case, it was, yes.

   13        Q.    Well, when you generally use it, did you -- did you

   14   use it in this case differently than you normally use the term?

01:27PM   15        A.    Well, the -- the, uh -- when you say it's more

   16   likely than not, let's say that represents a 51 percent

   17   threshold of certainty.  Now, if -- that's kind of the lower

   18   limit of -- of certainty for more likely than not.  But it

   19   could be -- if I had a 70 or 90 percent certainty, it would

01:27PM   20   still be more likely than not.

   21        Q.    Let me see if I can get specific.

   22              Would you agree with me that you could not testify

   23   to a reasonable degree of scientific certainty that Whittaker

   24   is the source of the VOCs in Well V-205?

01:28PM   25        A.    I would say that in case -- in the case of Well 205,

 1    it's more likely than not that Whittaker is the source.

 2        Q.    Okay.  Now, did you ever state in your report that,

 3    based on a more likely than not standard, that Whittaker was

 4    the source of V-205?

 5        A.    I don't know if I said that in the report or not.  I

 6    don't recall.

 7        Q.    Okay.  If I told you that I've read the report

 8    dozens of times and I never --

 9            THE COURT:  Hold on.  No testifying from counsel.

10            And the jury is to disregard and not take what he is

11    suggesting as being truthful.

12        Q.    (BY MR. BLUM:)  Sir, would you agree with me that

13    you could not testify to a reasonable degree of scientific

14    certainty that Whittaker is the source of the VOCs in V-201?

15        A.    As I said, I would testify that it's more likely

16    than not the source of VOCs in Well 201.

17        Q.    Now, do you recall those questions in your

18    deposition?

19        A.    Yes.

20        Q.    When you were -- when you were saying that you could

21    not testify to a reasonable degree of scientific certainty that

22    Whittaker was not the source of V01 -- of the TCE in 201 or

23    205, did the definition of reasonable degree of scientific

24    certainty include more likely than not?

25        A.    Well, that was -- that term was never defined in the

01:28PM (line 5)
01:28PM (line 10)
01:29PM (line 15)
01:29PM (line 20)
01:29PM (line 25)

1    deposition.  Um, and I used my own interpretation of that as --

2    as representing a higher standard than more likely than not.

3        Q.    And that was different from what you thought the

4    term meant when you used it in your report; right?

01:29PM  5        A.    It could possibly be different, yeah.

6        Q.    How many definitions are there of reasonable degree

7    of scientific certainty?

8        A.    Oh, I have no idea.

9        Q.    How many definitions do you have?

01:30PM  10       A.    Well, like I say, it includes, um -- in my opinion

11   or in my thinking, the threshold is a relatively -- is a higher

12   threshold for scientific certainty than it is for more likely

13   than not.

14       Q.    Now, you -- let's move to Saugus 2 wells.

01:30PM  15            Now, one of the things -- one of the contaminants in

16   the Saugus 2 wells is PCE; correct?

17       A.    Uh, I believe there are some PCE in Saugus 2.

18       Q.    All right.  And --

19            MR. BLUM:  Actually, can we put up 158?

01:30PM  20            Okay.  What -- can you blow up where Saugus 1 and

21   Saugus 2 are, please.

22       Q.    (BY MR. BLUM:)  Now, between these two wells, which

23   one is closest to the Whittaker site?

24       A.    Uh, Saugus 2.

01:31PM  25       Q.    Now, what's -- what has more -- in terms of the

1   percentage of -- of water that contains PCE, is that greater in

2   Saugus 1 or Saugus 2?

3          A.    I don't recall.

4          Q.    Well -- hold on a second, please.

01:31PM   5          Isn't it true that there's five times greater

6   frequency of PCE detection for Saugus 1 than Saugus 2?

7          A.    Um, do you have a reference for that?

8          Q.    Yeah.  If we can go to your deposition, lines --

9   page 219, lines 15 through 19.

01:32PM  10          THE COURT:  Mr. Blum, are you using this to refresh

11   his recollection?

12          MR. BLUM:  Well, let me see if I can -- let me

13   withdraw the question, Your Honor, and let me ask a different

14   one.

01:32PM  15          Q.    (BY MR. BLUM:)  Sir, isn't it correct that you

16   cannot determine whether or not there is a separate source of

17   PCE that is detected in Saugus 2 because you cannot explain why

18   there is five times more PCE found in Saugus 1 than there is in

19   Saugus 2?

01:33PM  20          A.    Could you restate that question?

21          Q.    Isn't it correct, sir, that the reason why you

22   believe there may be a unique source of PCE in Saugus 2

23   independent of Whittaker is because there is five times more

24   PCE found in Saugus 1 than there is in Saugus 2?

01:33PM  25          A.    Well, that assumes that the groundwater flow path,

|   | um, is the same for both wells and their sources are the same, |
|---|---|
| 1 | |
| 2 | um, or different.  And all I'm -- what I'm -- what I would say |
| 3 | in response to that is groundwater can flow in different flow |
| 4 | paths to each of the two wells.  And depending on where that -- |

01:33PM  5  that groundwater flow is sourced, it may contain in it

6  different chemicals at different concentrations.

7          So as we were saying about the groundwater flow

8  arrow, it doesn't represent a uniform direction for the entire

9  site.  So groundwater flow can vary in space, it can vary in

01:34PM  10  time, and it can vary depending on where the source is and what

11  the nature of the source is.

12      Q.    Does that mean your answer was no?

13      A.    "No," in terms of what?

14          MR. BLUM:  Your Honor, I'd like to refer to

01:34PM  15  page 219, lines 15 through 19.

16          THE COURT:  I'll allow it.

17          MR. BLUM:  You can --

18          (Videotaped deposition was played:)

19      Q.    "*One of the reasons why there is more than*

01:34PM  20  *five times greater frequency of PCE detection for*

21  *Saugus 1 than Saugus 2 be that there is a source of*

22  *PCE that is unique to Saugus 1?*

23      A.    *"Um, I would say that's a possibility."*

24      Q.    (BY MR. BLUM:)  Would you agree today that there's a

01:35PM  25  possibility that there is a source of PCE unique to Saugus 1?

**UNITED STATES DISTRICT COURT**

```
 1              A.    Again, I would say that it's more likely than not,
 2       um, coming from the Whittaker site because the Saugus 2 also
 3       has perchlorate and TCE.  And the PCE -- when I say "more
 4       likely than not," that's a 51 percent likelihood that the
 5       source is Whittaker but it also opens the door that there's
 6       49 percent chance that that's not the right explanation.
 7              Q.    Okay.  Would you agree that there is a possibility,
 8       at least, that there is a source of PCE that is contaminating
 9       Saugus 1 independent of Whittaker?
10              A.    Possibility?
11              Q.    Yeah.
12              A.    Perhaps.  Likely -- likelihood?  I would say not
13       likely.
14              Q.    So when you say -- so there is a possibility;
15       correct?
16              A.    Remote possibility probably, yes.
17              Q.    You didn't say remote possibility --
18                    THE COURT:  All right.  We're arguing now.
19                    MR. BLUM:  All right, Your Honor.  I'll move on.
20              Q.    (BY MR. BLUM:)  All right.  Now, when you were asked
21       whether or not there was -- whether you would testify to a
22       reasonable degree of scientific certainty whether the VOCs
23       found in Saugus 2 were from the site, you said you could not;
24       isn't that correct?
25              A.    Um, I would say in response to that, that, again, my
```

01:35PM

01:35PM

01:36PM

01:36PM

01:36PM

1    standard was more likely than not.  So I would not apply that

2    threshold of higher level of certainty to that particular

3    situation.

4        Q.    But my question is:  Can you testify to a reasonable

01:36PM   5    degree of scientific certainty that the VOCs found in Saugus 2

6    originated at the Bermite site?

7        A.    I can -- I can -- I can testify to that -- it's more

8    likely than not the Bermite site is the source of those

9    chemicals in Saugus 2.

01:37PM  10        Q.    Page 228, line 22, through 229, line 15.

11            MR. GEE:  Objection.  Improper impeachment.

12            THE COURT:  Overruled.  You may play it.

13            (Videotaped deposition was played:)

14        Q.    "*Can you testify right now to a reasonable*

01:37PM  15    *degree of scientific certainty that the VOCs found*

16    *in Saugus 2 originated at the Bermite site?*

17        A.    "*Again, I haven't looked at that in detail.*

18    *But certainly there's potential for that to happen.*

19    *whether or not, you know, it's beyond a scientific*

01:38PM  20    *degree of reasonable certainty, I couldn't say that*

21    *at this time.*"

22            MR. BLUM:  Keep going.

23        Q.    (BY MR. BLUM:)  Okay.  Now, if it's not the Bermite

24    site, what's the source?  If you can't testify to a reasonable

01:38PM  25    degree of certainty that it's the Bermite site, what's the

1    source?

2         A.    That's not for me to determine.  That's for someone

3    else to determine.  It's probably up to you to determine that

4    or for Whittaker to determine that.

01:38PM    5         I -- my conclusion was that it's more likely than

6    not the Bermite site, that's the source of those chemicals in

7    those wells.

8         Q.    Isn't the reason why the two can't be separated

9    out -- isn't it correct that the reason you can't testify to a

01:38PM   10    reasonable degree of scientific certainty that the site is the

11   source of the VOCs in Saugus 2 is because more work needs to be

12   done separating out the PCE sources from the TCE sources on the

13   Bermite site?

14        A.    Was that a question?  I'm sorry.

01:39PM   15        Q.    Yeah.  Yes, it is.

16        A.    Could you repeat the question, please?

17        Q.    Isn't it correct the reason you can't reach the

18   conclusion is because more work needs to be done to sort out in

19   terms of separating out the PCE sources from the TCE sources on

01:39PM   20   the Bermite site?

21        A.    Well, I think there could be more work done

22   evaluating sources from various parties.  And I think that

23   would be helpful to have more data and additional data to

24   characterize that.  I'm not sure it would necessarily give you

01:39PM   25   the answer you're looking for, but, you know, there could be

1    additional investigation work done.

2        Q.    And until that work is done, you're not able to

3    determine what is the source of the VOCs in Saugus 2, are you?

4        A.    Uh, I'm not able to identify any alternate source.

01:40PM   5    I said there was a -- a possibility that there might be another

6    source.  That doesn't mean it's more likely than not.  It means

7    it's possible.  So it could be a 1 percent chance, it could be

8    a 0.5 percent chance.

9            But again, if -- if I were given records from a

01:40PM   10   nearby alternate source, you tell me what the alternate source

11   is and I can tell you what the likelihood is that that's a

12   viable source for the contamination we see in that well.  With

13   no source to work with, I mean, it's just arm waving.

14           So again, I -- I stand by my conclusion that it's

01:40PM   15   more likely than not, particularly based on the perchlorate and

16   even the TCE that the source of that contamination in that well

17   is the Whittaker-Bermite site.

18           MR. BLUM:  Your Honor, page 229, lines 5 through 15.

19           THE COURT:  You may proceed.

01:41PM   20           (Videotaped deposition was played:)

21       Q.    "So if it's the Bermite site what's the

22   source?

23       A.    "I'm not saying it isn't the Bermite site.

24   That was your conclusion.  I'm saying that more work

01:41PM   25   needs to be done to sort that out in terms of

1121

1    *separating out the PCE sources from the TCE sources*

2    *on the Bermite site in the same way that we separated*

3    *the VOC sources from the perchlorate sources to see*

4    *if there are sources with significant TCE*

01:41PM   5    *concentrations that are in the capture zone of the*

6    *Saugus 2.*"

7        Q.    (BY MR. BLUM:)  Okay.  Now, I want to move on to

8    SIC.

9              MR. BLUM:  And if we can put up the SIC -- the SIC

01:41PM   10   map.

11             THE COURT:  Which exhibit?

12             MR. BLUM:  It's Exhibit 1450 for demonstrative

13   purposes only, Your Honor.

14             THE COURT:  Without objection, you may --

01:42PM   15   MR. GEE:  For demonstrative only, Your Honor?

16             THE COURT:  I'm sorry.

17             MR. GEE:  Is this for demonstrative only?

18             THE COURT:  Any objection?  It's up.

19             MR. GEE:  No.

01:42PM   20   THE COURT:  Thank you.

21             Please proceed.

22        Q.    (BY MR. BLUM:)  Can you identify where SIC is on

23   that map?

24        A.    I believe that's the red strange shaped figure

01:42PM   25   there.  Looks like an arrowhead.  It says -- it says "SIC."

```
 1        Q.    All right.  And do you see that -- am I -- that red
 2   circle I made or bad red circle I made?  Is that where Saugus 1
 3   is?
 4        A.    Well, that's labeled Saugus 1, yes.
 5        Q.    And right below it is -- oops -- Saugus 2; correct?
 6        A.    Yes.
 7        Q.    All right.  Now, would you agree with me that
 8   regardless of the amount, even if you believe the amount is
 9   negligible, that SIC is the source of contamination for
10   Saugus 1 or Saugus 2?
11        A.    I would say it's not.
12        Q.    Okay.  If we can go to your deposition, page 225,
13   lines 1 through 8.
14              THE COURT:  You may proceed.
15              (Videotaped deposition was played:)
16        Q.    "Are you concluding that SIC has contributed
17   zero VOCs to Saugus 1 or Saugus 2 or any other
18   offsite well?
19        A.    "I don't know if I would say zero.  I would
20   say negligible, if that's a fair statement.
21        Q.    "Sir, can you define what you mean by
22   'negligible'?
23        A.    "Not a meaningful quantity or concentration."
24        Q.    (BY MR. BLUM:)  What is a non-meaningful
25   concentration?
```

01:42PM (line 5)
01:43PM (line 10)
01:43PM (line 15)
01:44PM (line 20)
01:44PM (line 25)

**UNITED STATES DISTRICT COURT**

01:44PM

1        A.    There's a couple of different ways of looking at

2   that.  It can be a concentration that is below a reporting

3   limit, could be a concentration that's even below a detection

4   limit.  So, you know, there can be low concentrations that are

5   not measurable because they're below those limits.

6              And so the laboratory can reach certain thresholds

7   of low concentrations, but that doesn't mean that if they -- if

8   they find something that's not above the reporting limit, it

9   doesn't mean it's not there.

01:45PM   10        Q.    Okay.  So if, indeed, SIC is contributing even an

11   infinitesimal amount to Saugus 1 and Saugus 2, doesn't that

12   mean there has to be a pathway of migration for that to move

13   from the SIC site to the wells?

14        A.    Well, and I'm -- what I said in my report is that

01:45PM   15   there isn't a plausible pathway from the SIC site to the wells.

16        Q.    Okay.  But that wasn't my question, Doctor.

17              My question to you, Doctor, is if, as you testified

18   in your deposition under oath, SIC has contributed a negligible

19   amount, doesn't that mean that there had to be a pathway for

01:45PM   20   that negligible amount to move from the SIC site to the

21   Saugus 1 or Saugus 2 wells?

22        A.    Well, I don't know what that pathway would be.

23        Q.    The mere fact you don't know what it is doesn't mean

24   it doesn't exist, does it?

01:46PM   25        A.    Well, I mean, the data supports that there is no

pathway.

Q.   Well, does that mean you were not telling the truth at your deposition when you said that you weren't saying it was zero, that it was negligible?

01:46PM    A.   Negligible could be very, very close to zero.

Q.   Okay.  Well, even if it's .000 -- and I'll keep going with zeros and finally get to a 1, there has to be some way for that really, really, really small number to have got there.  Would you agree?

01:46PM    MR. GEE:  Objection.  Argumentative.

THE COURT:  Overruled.

THE WITNESS:  Um, I would say that there could be pathways that could introduce very small quantities, um, in those wells that are not established through the groundwater

01:46PM    system.  So there could be surface runoff, there could be atmospheric deposition, there could be various sources that could contribute a very, very small quantity like that that are not pathways that go through the groundwater system.

Q.   (BY MR. BLUM:)  Now, isn't it correct, Dr. Trudell,

01:47PM    that you stated in your report that there was a possibility that the pathway was as a result of the operation of the Saugus wells pulling contamination from the alluvium down to the well?

A.   The contamination from the alluvium goes into the Saugus 1 unit.  And then the Saugus 2 unit, which is a clay

01:47PM    unit, prevents the migration of contamination into deeper

| | |
|---|---|
| 1 | Saugus units that could be impacting the wells. |
| 2 | Q.    Does that mean you didn't say what I said in your -- |
| 3 | in your report?  I'm asking what you said in your report. |
| 4 | Didn't you say in your report that there was -- that a |
| 01:48PM  5 | possibility exists that drawdown from Saugus 1 pumping could |
| 6 | cause the western extent of the TCE plume to move downward from |
| 7 | the alluvium into the shallow Saugus formation to the west of |
| 8 | Saugus 1, at which point it would be drawn back to the east and |
| 9 | captured by the Saugus 1 well? |
| 01:48PM  10 | A.    Can you give me the page reference for that? |
| 11 | Q.    Page 20, last paragraph of your report. |
| 12 | A.    Okay.  So that's a conceptual model that was put |
| 13 | forward by -- |
| 14 | Q.    Did you say that?  I'm asking if you said it. |
| 01:48PM  15 | A.    I wrote those words. |
| 16 | Q.    Okay.  Now, what does "drawdown" mean? |
| 17 | A.    It's lowering of the groundwater level in a well |
| 18 | and -- and the aquifer adjacent to a well. |
| 19 | Q.    Okay.  Now, when something is drawn down from |
| 01:49PM  20 | Saugus 1 pumping, does that mean that the pressure that is |
| 21 | created by Saugus continually pumping water can force |
| 22 | contamination that's above the well down towards the well? |
| 23 | A.    That's a possibility, yes. |
| 24 | Q.    Okay.  And that's a possibility that existed that -- |
| 01:49PM  25 | for why there's contamination in the Saugus 1 well; correct? |

**UNITED STATES DISTRICT COURT**

```
 1          A.    Um, it's a possibility, I would say.

 2          Q.    Okay.  And isn't it true that there is -- what's the

 3    alluvium, by the way?

 4          A.    The alluvium is the loose sediment that is deposited

 5    by erosion, both from the mountains and also from the rivers.

 6          Q.    Okay.  And if we can put up AL-6 on the map.

 7                Now, are you familiar with -- this would be

 8    demonstrative 1452.

 9                Now, the square here, I'm going to circle around

10    AL-6.  That's an -- that's an alluvium well; correct?

11          A.    Yes.

12          Q.    And would you agree with me that contamination from

13    SIC has reached AL-6?

14          A.    No, I would not.

15          Q.    Okay.  And what's that based on?

16          A.    We don't see any one of -- 1,2-DCA or vinyl chloride

17    in that well.

18          Q.    Okay.

19          A.    Those are the indicator chemicals of contamination

20    from the SIC site.

21          Q.    Well, page 135 of your deposition, lines 5 through

22    8.

23                MR. GEE:  Can the deposition be read through

24    line 16?

25                MR. BLUM:  I'm going to read 5 through 8.
```

01:49PM  5
01:50PM 10
01:50PM 15
01:51PM 20
01:51PM 25

**UNITED STATES DISTRICT COURT**

1    THE COURT:  But it's going to extend through -- I'm

2    actually going to have it extend through 20, line 20.

3    MR. BLUM:  Okay.

4    *"QUESTION:  Now, the plume coming from SIC,*

01:52PM    5    *has it reached the alluvium around alluvium Well 6?*

6    *"ANSWER:  It looks like it may have.  I'd have*

7    *to double-check that.*

8    *"QUESTION:  If, indeed, there is*

9    *communication -- there is communication based on the*

01:52PM    10    *pumping at Saugus 1 between Saugus 1 and AL-6,*

11    *wouldn't that draw down contamination that has*

12    *reached AL-6 from SIC into Saugus 1?*

13    *"ANSWER:  Again, I'd have to check and see*

14    *what the concentrations were at AL-6.  I haven't*

01:52PM    15    *looked at it, that data for a while.*

16    *"QUESTION:  Have you looked at that -- right*

17    *now, as of today, have you looked at that scenario?*

18    *"ANSWER:  I have not looked at that scenario*

19    *because I didn't agree that."*

01:52PM    20    THE COURT:  "I don't agree to that."

21    MR. BLUM:  "I don't agree to that."

22    Q.    (BY MR. BLUM:)  So is it after your deposition and

23    after your report that you looked at the data and came to your

24    conclusions?

01:53PM    25    THE COURT:  Conclusions about what?

**UNITED STATES DISTRICT COURT**

1    Q.    (BY MR. BLUM:)  About whether -- whether you believe

2    that contamination from AL-6 could have been drawn down to the

3    Saugus 1 wells?

4    A.    Well, as I said in my deposition, I hadn't looked at

01:53PM  5    it at that time.

6    Q.    Have you looked at it since?

7    A.    Yes.

8    Q.    And that was -- so you're relying on data that was

9    not in your report and is -- was not subject to deposition to

01:53PM  10   change your opinion; correct?

11   A.    Well, the -- the data was available, I just hadn't

12   looked at it.

13   Q.    Right.

14         Okay.  If you can go to your report under

01:53PM  15   documents -- you outlined the documents you reviewed, show me

16   where that data was.

17         It starts on page 20 of 24 of your report under

18   References.

19   A.    Yes.  I'm just looking through the list here.

01:54PM  20        That would be the source group, 2 -- 2014.

21   Q.    The feasibility study?  So you had the data

22   available, and you didn't look at it?

23   A.    Um, I hadn't looked at it in that level of detail.

24         Let's remember, there's over 200 wells and probably

01:54PM  25   300,000 records for those wells.  You were asking me what I can

1    tell you about the concentrations in one well with one --

2    regarding one chemical.  And, you know, so I wasn't able to

3    recollect.

4        Q.    Sir, let's see if we can agree on this.  AL-6 is

01:54PM   5    contaminated with VOCs.  Do you agree with that?

6        A.    I believe it is.

7        Q.    Do you agree that it's a possibility that drawdown

8    from the operation of Saugus 1 can pull contamination from the

9    alluvium into Saugus 1?

01:55PM  10        A.    I disagree with that.

11        Q.    Even though that's what you said in your report?

12        A.    I -- what the report says, that, in order for that

13   to happen, a plume would have to migrate to the west of

14   Saugus 1, reach a point where it interconnects between the

01:55PM  15   alluvium and Saugus -- S-1 unit, and then be pulled back into

16   the well.  So that was -- that was a conceptual model from the

17   CH2M Hill 2015 VOC report.

18        Q.    Didn't you state that the pumping, quote, "could

19   cause the western extent of the TCE plume to be moved

01:55PM  20   downward"?

21        A.    If there was one there, yes.  Western extent.

22        Q.    Right.  So -- and it could move downward into the

23   alluvium into the shallow Saugus formation to the west of

24   Saugus 1; correct?

01:55PM  25        A.    That -- that's one conceptual model, yes.

1      Q.    And that -- at which point it would be drawn back to

2      the east and captured by Saugus 1 well?

3      A.    Potentially.

4      Q.    Okay.  All right.  Let's move on to the last issue

01:56PM  5    and that is the DW or mall wells.  And if we can see

6      Exhibit 1453 for demonstrative purposes only.

7            MR. BLUM:  Okay.  Try 182, then.

8      Q.    (BY MR. BLUM:)  Okay.  All right.  Sir, this is from

9      the report of Ms. Stanin.  It's Figure 25, and it's

01:57PM 10    Exhibit 182.1.

11     A.    Okay.

12     Q.    Now, I want to circle the green area, the green area

13     right there.  Do you see that?

14     A.    Yes.

01:57PM 15    Q.    Okay.  Is that near something called the DW or the

16     mall well clusters?

17     A.    I don't see DW well on this map.

18     Q.    I want you to assume for the purposes of the

19     questions that that's where the DW wells and mall well clusters

01:57PM 20    are.  Okay?

21           What's the source of the contamination at the DW

22     wells?

23     A.    Again, I don't see which -- which is the DW well.

24     It's not labeled.

01:58PM 25    Q.    What's the source of the contamination in the

|          |    |                                                                       |
|----------|----|-----------------------------------------------------------------------|
|          | 1  | blue -- I'm sorry -- in the green area that is near the top            |
|          | 2  | left-hand corner of the exhibit?                                      |
|          | 3  | A.   What's the date on this map?                                     |
|          | 4  | Q.   2019.                                                            |
| 01:58PM  | 5  | A.   2019.  Okay.                                                     |
|          | 6  | So if I had to provide an interpretation of that, I                  |
|          | 7  | would say that was probably a stranded plume of -- of VOC            |
|          | 8  | contamination that escaped capture when the Saugus wells were        |
|          | 9  | shut down and then continued to migrate downgradient.               |
| 01:58PM  | 10 | Q.   So you believe it's Whittaker?                                   |
|          | 11 | A.   Yes.                                                             |
|          | 12 | Q.   All right.  Okay.  Just a second.                               |
|          | 13 | All right.  In relation to the DW wells, what's the                 |
|          | 14 | source of the contamination?                                        |
| 01:59PM  | 15 | A.   I just answered that question, I believe.                      |
|          | 16 | Q.   All right.  We can go to page -- deposition                     |
|          | 17 | page 164, lines 6 through 11, and then 23 through page 165,          |
|          | 18 | line 13.                                                             |
|          | 19 | THE COURT:  Any objection?                                          |
| 02:00PM  | 20 | MR. GEE:  No.  No, Your Honor.                                       |
|          | 21 | THE COURT:  You may proceed.                                        |
|          | 22 | (Videotaped deposition was played:)                                 |
|          | 23 | Q.   "*Doesn't that information indicate or support*                 |
|          | 24 | *the conclusion that the source of the contamination*               |
| 02:00PM  | 25 | *is something other than the Bermite-Whittaker site?*               |

|  | 1 | A.    "In that area, I think that's probably a fair |
|  | 2 | conclusion. |
|  | 3 | Q.    "All right.  So -- |
|  | 4 | A.    "Okay.  I have 285 open. |
| 02:00PM | 5 | Q.    "All right.  You see where it says on the |
|  | 6 | left-hand side, the first page, 'DW1B'? |
|  | 7 | A.    "Yes. |
|  | 8 | Q.    "And if you go over to the area where there's |
|  | 9 | PCE and you see numbers -- I'm sorry -- TCE, 16 parts |
| 02:01PM | 10 | per billion, 10 parts per billion.  Further down, it |
|  | 11 | goes to 9.5 and 10.13 and 10.  Do you see those? |
|  | 12 | A.    "Yes, I do. |
|  | 13 | Q.    "Would you agree that, given the concentrations |
|  | 14 | that we see in V-201 and 205, that the source of PCE |
| 02:01PM | 15 | could not be the same source for V-201 and 205, just |
|  | 16 | too high? |
|  | 17 | A.    "Um, I think they are more likely from an |
|  | 18 | alternate source other than the Whittaker site." |
|  | 19 | Q.    (BY MR. BLUM:)  Was that the truth? |
| 02:01PM | 20 | A.    Um, again, for -- for that particular location, I |
|  | 21 | think we have to recognize that there can be multiple flow |
|  | 22 | paths bringing concentrations in some places higher in the |
|  | 23 | downgradient direction than they are in the upgradient |
|  | 24 | direction.  I believe that the -- again, I don't see where |
| 02:02PM | 25 | there's evidence of perchlorate, um -- or where there is not |

1    evidence of perchlorate which would indicate a Whittaker

2    source.

3         Q.   So the VOCs and the DW wells were from a source

4    other than Whittaker; correct?

02:02PM  5    A.   I don't know that.  I would say it's a possibility.

6    But again, I -- I would say it's more likely than not

7    Whittaker's the source of those VOCs.

8         Q.   Did you review anything between the date that you

9    rendered this opinion in your deposition, which was

02:02PM  10   September 21st, 2020, and today that you hadn't seen at the

11   time you gave your testimony under oath?

12        A.   Um, I've reviewed material but not with -- not

13   related to this particular topic.

14             I would say -- a better way of putting that is that

02:02PM  15   my conceptual model has evolved over time.  Um, and so, you

16   know, the more I think about some of these questions, the more

17   I formulate different conceptual models and somewhat different

18   opinions.

19        Q.   All right.  Doctor -- and this is the final few

02:03PM  20   questions -- when you're testifying here, are you testifying as

21   a scientist or an advocate?

22        A.   I'm a scientist.

23        Q.   And is it just a coincidence that each time you

24   changed your opinion in this case, it's been to the advantage

02:03PM  25   of the -- of the plaintiff?

UNITED STATES DISTRICT COURT

1      A.   Uh, I believe -- I don't think that's a fair

2  characterization.  I think, you know, where I said there's a

3  possibility, I basically explained what I meant by that.  And

4  so I don't think that -- or when I'm talking about degree of

02:03PM  5  scientific certainty, I tried to explain what I meant by that.

6  And when I say more likely than not, you know, I think that's,

7  again, a fair explanation and represents, you know, an

8  evolution of my thinking and an evolution of the conceptual

9  model that I'm using.

02:04PM  10            MR. BLUM:  Thank you, Your Honor.

11            THE COURT:  Mr. Gee?

12                 **REDIRECT EXAMINATION**

13  BY MR. GEE:

14      Q.   Dr. Trudell, just a couple of questions.

02:04PM  15      A.   Okay.

16      Q.   Are the equations that you used in your report

17  standard equations used by professionals in your field?

18      A.   Uh, yes.  All of them are.  Um, you pick up any

19  textbook on hydrogeology or groundwater, that kind of thing,

02:04PM  20  those equations are almost certainly in there.

21      Q.   And are the methodologies that you employed standard

22  methodologies that are accepted in your field?

23      A.   Absolutely.

24            MR. GEE:  That's all I have, Your Honor.

02:04PM  25            THE COURT:  Anything further, Mr. Blum?

```
 1              MR. BLUM:  No, sir.

 2              THE COURT:  You're excused.  Please watch your step

 3    going down.

 4              THE WITNESS:  Thank you.

 5              THE COURT:  And you have Dr. Najm?

 6              MR. RICHARD:  We do.  Yes, Your Honor.  Ready,

 7    willing, and able.

 8              THE COURT:  All right.  Let's go ahead and at least

 9    start him for a little bit.  Okay?

10              MR. RICHARD:  Very good.  I think we're retrieving

11    him now.

12              THE COURT:  And actually, ladies and gentlemen,

13    while we retrieve him, we're going to take five minutes.  So

14    it's 2:05, just a five-minute break, a comfort break.  And I'll

15    see you back here in five minutes.

16              THE COURTROOM DEPUTY:  All rise for the jury,

17    please.

18              (Out of the presence of the jury:)

19              THE COURT:  Please be seated outside the presence of

20    the jury.

21              MR. RICHARD:  Is it all right if Dr. Najm --

22              THE COURT:  Yeah.  It's fine.

23              I want to understand a little bit more about where

24    the trial is headed.  So you expect Dr. Najm will take

25    approximately how long on direct examination?
```

02:04PM (line 5)
02:05PM (line 10)
02:05PM (line 15)
02:05PM (line 20)
02:06PM (line 25)

1136

|      |    |                                                                      |
|------|----|----------------------------------------------------------------------|
|      | 1  | MR. RICHARD:  I would think 90 minutes.  I would                     |
|      | 2  | think 90 minutes, Your Honor.                                        |
|      | 3  | THE COURT:  Thank you.                                               |
|      | 4  | And on cross-examination?                                            |
| 02:06PM | 5  | MR. GALLAGHER:  Maybe a half hour.                                |

THE COURT:  All right.  And then what about -- well, let me just first ask.  Once you're done with Dr. Najm, the plaintiff intends to rest?

MR. RICHARD:  Yes, subject to verifying the exhibits that have been introduced and then that one blip on the Peloquin video where we may have missed a question.  I'll check that tonight.  But yes, Your Honor.

THE COURT:  And then tell me what we can expect in the defense case.

MR. BLUM:  Your Honor, we were told that they were resting tomorrow, so we had scheduled our witnesses to start on Monday.  We have them lined up to show up.

THE COURT:  All right.  And tell me what you anticipate once we start your case.  Give me -- give me your lineup and how long you think it's going to be.

MR. BLUM:  Well, I can tell you the first three witnesses are -- Dr. Steffey will be our lead witness, then it will be Mr. Leserman, then it will be Mr. Alvord, and then there's -- there's availability issues that I have.  But it's going to be a combination of the next three witnesses of

|     |     |
| --- | --- |
| 1 | Mr. Hokkanen, Tony -- Tony Daus.  And we may then read in a few |
| 2 | depos.  But we'll have no problem finishing within the week at |
| 3 | all. |
| 4 |           THE COURT:  What is your best estimate as to how |
| 02:07PM    5 | long it's going to take for you to present your case? |
| 6 |           MR. BLUM:  Four days.  And that's -- a lot of that's |
| 7 | dependent upon the length of cross. |
| 8 |           And, Your Honor, I have to tell you it's an educated |
| 9 | guess at this point. |
| 02:08PM   10 |           THE COURT:  All right.  Is there any purpose in |
| 11 | starting with Dr. Najm for the next 20 minutes?  Or shall we |
| 12 | start him tomorrow, in light of the fact that it's going to be |
| 13 | a total of two hours? |
| 14 |           MR. RICHARD:  Tomorrow is fine.  He did get all |
| 02:08PM   15 | dressed up for today, but I don't think he minds starting |
| 16 | tomorrow, Your Honor. |
| 17 |           THE COURT:  All right.  So that's -- we'll go ahead |
| 18 | and do that, and we'll have a short day tomorrow.  We'll break |
| 19 | early. |
| 02:08PM   20 |           MR. BLUM:  Your Honor, may I ask a logistical |
| 21 | question for the Court? |
| 22 |           THE COURT:  Yes. |
| 23 |           MR. BLUM:  I know the Court does not want me to make |
| 24 | my motion for directed verdict in front of the jury. |
| 02:08PM   25 |           THE COURT:  Yes. |

**UNITED STATES DISTRICT COURT**

|   |   |
|---|---|
| | 1 |

            MR. BLUM:  So what I would like is basically for
the -- to basically state my intent to do so --
            THE COURT:  Well, it's not really going to be a
problem because there's going to be a break between the two
cases.
            MR. BLUM:  That is fine, Your Honor.  I just don't
want to be in a position that I've waived the issue.
            THE COURT:  I don't see it as a problem in this
case, since there's going to be a fairly substantial break
between those two points.
            MR. RICHARD:  And last thing, Your Honor, before we
leave, we have not received -- I think we should be receiving
Dr. Steffey's disclosure so we can meet and confer on the
exhibit.
            THE COURT:  That will need to be done today.
            MR. RICHARD:  Thank you.
            THE COURT:  All right.  Let's go ahead and see if
the jury is ready, Mr. Cruz.  This way, we can get them going.
Okay?
            THE COURTROOM DEPUTY:  Yes.
            MR. RICHARD:  So we're not calling Dr. Najm?
            THE COURT:  Yeah.  We'll just do it tomorrow.
            MR. RICHARD:  That's fine.  I just --
            (In the presence of the jury:)
            THE COURT:  And please be seated.

1          We remain on the record now in the presence of the

2     jury.

3          And, members of the jury, the reason that I wanted a

4     break is I wanted to get information about where we are in the

02:11PM  5     trial so that I can best advise you and also make a

6     determination about tomorrow and tell you about how much time

7     likely we're going to need for tomorrow, as I was hoping and it

8     looks like we can break a bit early tomorrow.

9          So, first of all, instead of starting with Dr. Najm

02:11PM  10    who is the next witness, we're going to conclude for the day.

11    I'm going to have you back here tomorrow at 8:30, normal

12    starting time.

13         Based upon the information that I heard, it seems

14    extremely likely that we'll be done by noon, probably sooner

02:11PM  15    than noon.  Hopefully you'll be able to get out of here by no

16    later than 11:30, 12:00 o'clock so that you can get an early

17    start for your Thanksgiving holiday.

18         So please remember not to speak to anyone about the

19    case, the people, or the subject matter.  Continue to keep an

02:12PM  20    open mind.

21         And I also inquired, incidentally, to find out if

22    we're breaking early tomorrow, whether that would impact, i.e.,

23    extend the estimate that the Court gave you.  And I'm

24    satisfied, based upon the information that I received, that it

02:12PM  25    will not.

1         So the mere -- the fact that we're going to get a

2    little extra time for everyone for the Thanksgiving holiday is

3    not going to cause this to extend out on the back end -- or at

4    least that's based on the information that I have.

02:12PM   5         So with that, enjoy the rest of the evening.  We

6    will see you tomorrow at 8:30.  Thank you.

7              (Out of the presence of the jury:)

8              THE COURT:  Please be seated.  And we are outside

9    the presence of the jury.

02:13PM  10        So unless there's anything further for us to address

11   from either side -- and I'm not aware that either side has any

12   exhibit issues.  I learned that there is no exhibit issues with

13   respect to Dr. Najm.  And if there aren't any issues, we will

14   conclude.

02:13PM  15        Any issues for the plaintiff, Mr. Richard?

16             MR. RICHARD:  No, Your Honor.  Thank you.

17             THE COURT:  Any issues, Mr. Blum, for the defense?

18             MR. BLUM:  No, sir.

19             THE COURT:  All right.  And incidentally, I likely

02:13PM  20   will be addressing the jury tomorrow morning with respect to

21   the excusal of Juror No. 7.  And we are going to be doing

22   cleaning of the courtroom as well as the jury deliberation

23   room, and that will be done and we'll be ready to go tomorrow

24   morning.  So it will all be finished by then.

02:14PM  25        I do not have any information or further information

1    from Juror No. 7.  So I have no further issue or reason to be

2    concerned or to dispel any concerns.  The information that I

3    provided to you this morning is the same information that I

4    currently have.

02:14PM    5          Have a good evening, everyone, and rest of the day.

6    I'll see everyone at 8:30.  Thank you.

7          (Proceedings adjourned at 2:14 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

1        **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES    )
                              )
4    STATE OF CALIFORNIA      )

5

6            I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT

7    REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

8    CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

9    TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17            DATED THIS 24TH DAY OF NOVEMBER, 2021.

18

19

20            /S/ MYRA L. PONCE
          _____
21        MYRA L. PONCE, CSR NO. 11544, CRR, RDR
             FEDERAL OFFICIAL COURT REPORTER
22

23

24

25

**UNITED STATES DISTRICT COURT**

**'**

**'30S** [1] - 1108:11
**'40S** [1] - 1108:14
**'50S** [1] - 1108:14
**'60S** [1] - 1108:14
**'70S** [1] - 1108:15
**'DW1B'** [1] - 1132:6
**'NEGLIGIBLE'** [1] - 1122:22
**'NOT** [1] - 1101:23

**0**

**0.5** [1] - 1120:8
**000** [1] - 1124:6

**1**

**1** [35] - 1107:13, 1111:12, 1114:20, 1115:2, 1115:6, 1115:18, 1115:24, 1116:21, 1116:22, 1116:25, 1117:9, 1120:7, 1122:2, 1122:4, 1122:10, 1122:13, 1122:17, 1123:11, 1123:21, 1124:7, 1124:24, 1125:5, 1125:8, 1125:9, 1125:20, 1125:25, 1127:10, 1127:12, 1128:3, 1129:8, 1129:9, 1129:14, 1129:24, 1130:2
**1,2-DCA** [1] - 1126:16
**10** [3] - 1103:15, 1132:10, 1132:11
**10.13** [1] - 1132:11
**10:00** [1] - 1100:1
**11** [1] - 1131:17
**11:30** [1] - 1139:16
**12:00** [2] - 1099:25, 1139:16
**13** [1] - 1131:18
**1310** [2] - 1097:6, 1098:19
**135** [1] - 1126:21
**1450** [1] - 1121:12
**1452** [1] - 1126:8
**1453** [1] - 1130:6
**15** [4] - 1115:9, 1116:15, 1118:10, 1120:18
**158** [1] - 1114:19
**16** [2] - 1126:24, 1132:9
**164** [1] - 1131:17

**165** [1] - 1131:17
**182** [1] - 1130:7
**182.1** [1] - 1130:10
**19** [3] - 1101:18, 1115:9, 1116:15
**194.1** [2] - 1100:21, 1100:22
**1:02** [1] - 1095:1

**2**

**2** [29] - 1101:10, 1107:13, 1114:14, 1114:16, 1114:17, 1114:21, 1114:24, 1115:2, 1115:6, 1115:17, 1115:19, 1115:22, 1115:24, 1116:21, 1117:2, 1117:23, 1118:5, 1118:9, 1118:16, 1119:11, 1120:3, 1121:6, 1122:5, 1122:10, 1122:17, 1123:11, 1123:21, 1124:24, 1128:20
**20** [5] - 1125:11, 1127:2, 1128:17, 1137:11
**200** [1] - 1128:24
**201** [2] - 1113:16, 1113:22
**2014** [1] - 1128:20
**2015** [1] - 1129:17
**2019** [2] - 1131:4, 1131:5
**2020** [2] - 1111:14, 1133:10
**2021** [1] - 1095:1
**205** [4] - 1112:25, 1113:23, 1132:14, 1132:15
**219** [2] - 1115:9, 1116:15
**21ST** [1] - 1133:10
**22** [1] - 1118:10
**225** [1] - 1122:12
**228** [1] - 1118:10
**229** [2] - 1118:10, 1120:18
**23** [2] - 1095:1, 1131:17
**24** [1] - 1128:17
**25** [1] - 1130:9
**26** [1] - 1101:18
**285** [1] - 1132:4
**2:05** [1] - 1135:14
**2:14** [1] - 1141:7

**3**

**3** [6] - 1097:5, 1098:15, 1098:19, 1099:16, 1106:13, 1111:14
**300,000** [1] - 1128:25

**4**

**4** [1] - 1098:14
**49** [1] - 1117:6

**5**

**5** [3] - 1120:18, 1126:21, 1126:25
**5-1** [1] - 1100:13
**51** [2] - 1112:16, 1117:4

**6**

**6** [3] - 1101:10, 1127:5, 1131:17

**7**

**7** [2] - 1140:21, 1141:1
**70** [2] - 1111:4, 1112:19

**8**

**8** [5] - 1101:18, 1103:15, 1122:13, 1126:22, 1126:25
**8:30** [2] - 1139:11, 1140:6, 1141:6

**9**

**9** [1] - 1103:15
**9.5** [1] - 1132:11
**90** [4] - 1111:4, 1112:19, 1136:1, 1136:2
**95** [1] - 1111:4

**A**

**ABLE** [5] - 1120:2, 1120:4, 1129:2, 1135:7, 1139:15
**ABSOLUTELY** [1] - 1134:23
**ACCEPTED** [1] - 1134:22
**ACTUAL** [2] - 1100:12, 1101:7
**ADDITIONAL** [3] -

1103:3, 1119:23, 1120:1
**ADDRESS** [1] - 1140:10
**ADDRESSING** [1] - 1140:20
**ADJACENT** [1] - 1125:18
**ADJOURNED** [1] - 1141:7
**ADVANTAGE** [1] - 1133:24
**ADVISE** [1] - 1139:5
**ADVOCATE** [1] - 1133:21
**AGREE** [18] - 1098:13, 1098:24, 1099:1, 1101:6, 1112:22, 1113:12, 1116:24, 1117:7, 1122:7, 1124:9, 1126:12, 1127:19, 1127:20, 1127:21, 1129:4, 1129:5, 1129:7, 1132:13
**AGRICULTURAL** [2] - 1108:19, 1110:11
**AHEAD** [3] - 1135:8, 1137:17, 1138:17
**AL-6** [8] - 1126:6, 1126:10, 1126:13, 1127:10, 1127:12, 1127:14, 1128:2, 1129:4
**ALLOW** [1] - 1116:16
**ALLUVIUM** [11] - 1124:22, 1124:23, 1125:7, 1126:3, 1126:4, 1126:10, 1127:5, 1129:9, 1129:15, 1129:23
**ALMOST** [5] - 1099:23, 1100:1, 1107:25, 1112:2, 1134:20
**ALTERNATE** [4] - 1120:4, 1120:10, 1132:18
**ALTOGETHER** [1] - 1099:9
**ALVORD** [1] - 1136:23
**AMOUNT** [5] - 1122:8, 1123:11, 1123:19, 1123:20
**ANALYSIS** [5] - 1103:5, 1108:25, 1109:8, 1110:16, 1111:1
**ANGELES** [1] - 1095:2
**ANSWER** [5] -

1105:14, 1107:1, 1111:16, 1116:12, 1119:25
**ANSWER** [6] - 1101:22, 1101:24, 1102:6, 1127:6, 1127:13, 1127:18
**ANSWERED** [2] - 1103:6, 1131:15
**ANSWERING** [1] - 1103:3
**ANSWERS** [1] - 1103:11
**ANTICIPATE** [1] - 1136:19
**APPLIED** [1] - 1108:16
**APPLY** [2] - 1100:6, 1118:1
**AQUIFER** [1] - 1125:18
**AREA** [7] - 1100:7, 1106:16, 1130:12, 1131:1, 1132:1, 1132:8
**AREAS** [3] - 1099:15, 1106:2, 1106:5
**ARGUING** [1] - 1117:18
**ARGUMENTATIVE** [1] - 1124:10
**ARM** [1] - 1120:13
**ARROW** [2] - 1099:19, 1116:8
**ARROWHEAD** [1] - 1121:25
**AS** [1] - 1095:15
**ASSIGN** [1] - 1096:15
**ASSOCIATED** [2] - 1107:24, 1107:25
**ASSUME** [1] - 1130:18
**ASSUMES** [2] - 1096:25, 1115:25
**ASSUMPTIONS** [1] - 1104:17
**ATMOSPHERIC** [1] - 1124:16
**AUGUST** [1] - 1111:14
**AVAILABILITY** [1] - 1136:24
**AVAILABLE** [3] - 1104:2, 1128:11, 1128:22
**AWARE** [1] - 1140:11

**B**

**BAD** [1] - 1122:2
**BASED** [9] - 1104:1, 1104:9, 1113:3, 1120:15, 1126:15,

1127:9, 1139:13, 1139:24, 1140:4
**BELOW** [4] - 1122:5, 1123:2, 1123:3, 1123:5
**BERMITE** [15] - 1108:13, 1110:1, 1118:6, 1118:8, 1118:16, 1118:23, 1118:25, 1119:6, 1119:13, 1119:20, 1120:17, 1120:21, 1120:23, 1121:2, 1131:25
**BERMITE-WHITTAKER** [1] - 1131:25
**BEST** [3] - 1108:7, 1137:4, 1139:5
**BETTER** [1] - 1133:14
**BETWEEN** [10] - 1100:5, 1105:19, 1108:12, 1109:13, 1114:22, 1127:10, 1129:14, 1133:8, 1138:4, 1138:10
**BEYOND** [1] - 1118:19
**BIGGEST** [1] - 1105:8
**BILLION** [2] - 1132:10
**BIT** [3] - 1135:9, 1135:23, 1139:8
**BLIP** [1] - 1136:10
**BLOW** [2] - 1106:16, 1114:20
**BLUE** [4] - 1097:9, 1099:3, 1099:17, 1131:1
**BLUM** [4] - 1095:12, 1115:10, 1134:25, 1140:17
**BLUM** [54] - 1095:13, 1095:17, 1096:11, 1096:22, 1097:2, 1098:8, 1098:13, 1098:20, 1101:20, 1102:9, 1103:8, 1105:15, 1106:12, 1106:14, 1106:15, 1106:17, 1107:4, 1113:12, 1114:14, 1114:22, 1115:12, 1115:15, 1116:14, 1116:17, 1116:24, 1117:19, 1117:20, 1118:22, 1118:23, 1120:18, 1121:7, 1121:9, 1121:12, 1121:22, 1122:24, 1124:19, 1126:25, 1127:3, 1127:21,

1127:22, 1128:1, 1130:7, 1130:8, 1132:19, 1134:10, 1135:1, 1136:15, 1136:21, 1137:6, 1137:20, 1137:23, 1138:1, 1138:6, 1140:18
**BORDER** [1] - 1107:18
**BORE** [1] - 1102:2
**BORINGS** [1] - 1108:8
**BOUNDARY** [9] - 1098:16, 1098:23, 1098:25, 1099:3, 1099:8, 1099:9, 1099:10, 1106:3, 1106:4
**BREAK** [7] - 1135:14, 1137:18, 1138:4, 1138:9, 1139:4, 1139:8
**BREAKING** [1] - 1139:22
**BRINGING** [1] - 1132:22
**BROADER** [1] - 1112:7
**BY** [27] - 1095:17, 1096:11, 1096:22, 1097:2, 1098:13, 1098:20, 1102:9, 1103:8, 1105:15, 1106:14, 1106:17, 1107:4, 1113:12, 1114:22, 1115:15, 1116:24, 1117:20, 1118:23, 1121:7, 1121:22, 1122:24, 1124:19, 1127:22, 1128:1, 1130:8, 1132:19, 1134:13
**BYPASS** [1] - 1099:9

# C

**CALIFORNIA** [1] - 1095:2
**CANNOT** [2] - 1115:16, 1115:17
**CAPTURE** [2] - 1121:5, 1131:8
**CAPTURED** [2] - 1125:9, 1130:2
**CASE** [15] - 1104:22, 1107:23, 1109:18, 1110:18, 1111:19, 1112:12, 1112:14, 1112:25, 1133:24, 1136:14, 1136:19,

1137:5, 1138:9, 1139:19
**CASES** [1] - 1138:5
**CERTAIN** [1] - 1123:6
**CERTAINLY** [2] - 1118:18, 1134:20
**CERTAINTY** [27] - 1110:24, 1110:25, 1111:1, 1111:3, 1111:8, 1111:15, 1111:18, 1111:19, 1112:7, 1112:10, 1112:17, 1112:18, 1112:19, 1112:23, 1113:14, 1113:21, 1113:24, 1114:7, 1114:12, 1117:22, 1118:2, 1118:5, 1118:15, 1118:20, 1118:25, 1119:10, 1134:5
**CH2M** [2] - 1100:13, 1129:17
**CHANCE** [3] - 1117:6, 1120:7, 1120:8
**CHANGE** [5] - 1111:13, 1111:15, 1111:22, 1111:25, 1128:10
**CHANGED** [1] - 1133:24
**CHARACTERIZATION** [1] - 1134:2
**CHARACTERIZE** [1] - 1119:24
**CHECK** [4] - 1100:20, 1127:7, 1127:13, 1136:11
**CHEMICAL** [1] - 1129:2
**CHEMICALS** [4] - 1116:6, 1118:9, 1119:6, 1126:19
**CHLORIDE** [1] - 1126:16
**CHOSE** [1] - 1096:14
**CIRCLE** [6] - 1098:16, 1098:20, 1122:2, 1126:9, 1130:12
**CLAY** [1] - 1124:24
**CLEAN** [1] - 1109:15
**CLEANING** [1] - 1140:22
**CLEARLY** [1] - 1107:8
**CLOSE** [1] - 1124:5
**CLOSEST** [1] - 1114:23
**CLUSTERS** [2] - 1130:16, 1130:19
**COINCIDENCE** [1] -

1133:23
**COLLOQUIAL** [1] - 1109:2
**COMBINATION** [1] - 1136:25
**COMFORT** [1] - 1135:14
**COMING** [3] - 1099:14, 1117:2, 1127:4
**COMMONLY** [1] - 1109:10
**COMMUNICATION** [2] - 1127:9
**COMPANIES** [1] - 1110:5
**CONCENTRATION** [4] - 1122:23, 1122:25, 1123:2, 1123:3
**CONCENTRATIONS** [10] - 1102:2, 1109:12, 1116:6, 1121:5, 1123:4, 1123:7, 1127:14, 1129:1, 1132:13, 1132:22
**CONCEPTUAL** [6] - 1125:12, 1129:16, 1129:25, 1133:15, 1133:17, 1134:8
**CONCERNED** [1] - 1141:2
**CONCERNS** [1] - 1141:2
**CONCLUDE** [2] - 1139:10, 1140:14
**CONCLUDING** [1] - 1122:16
**CONCLUSION** [6] - 1119:5, 1119:18, 1120:14, 1120:24, 1131:24, 1132:2
**CONCLUSIONS** [2] - 1127:24, 1127:25
**CONDITIONS** [1] - 1104:17
**CONFER** [1] - 1138:13
**CONFIDENT** [1] - 1111:5
**CONFUSING** [1] - 1104:4
**CONSIDER** [3] - 1101:25, 1102:1, 1106:7
**CONSISTENT** [1] - 1107:5
**CONSISTENTLY** [1] - 1106:21
**CONSTITUENTS** [1] - 1102:22

**CONTAIN** [1] - 1116:5
**CONTAINED** [1] - 1107:9
**CONTAINS** [1] - 1115:1
**CONTAMINANT** [1] - 1105:9
**CONTAMINANTS** [4] - 1104:18, 1105:6, 1105:7, 1114:15
**CONTAMINATED** [3] - 1099:15, 1107:9, 1129:5
**CONTAMINATING** [1] - 1117:8
**CONTAMINATION** [21] - 1101:25, 1106:9, 1106:10, 1120:12, 1120:16, 1122:9, 1124:22, 1124:23, 1124:25, 1125:22, 1125:25, 1126:12, 1126:19, 1127:11, 1128:2, 1129:8, 1130:21, 1130:25, 1131:8, 1131:14, 1131:24
**CONTINUALLY** [1] - 1125:21
**CONTINUE** [2] - 1095:11, 1139:19
**CONTINUED** [1] - 1131:9
**CONTRIBUTE** [1] - 1124:17
**CONTRIBUTED** [2] - 1122:16, 1123:18
**CONTRIBUTING** [1] - 1123:10
**COPY** [1] - 1100:24
**CORNER** [1] - 1131:2
**CORRECT** [37] - 1097:25, 1098:6, 1099:22, 1101:5, 1102:20, 1103:10, 1104:13, 1104:15, 1105:16, 1106:19, 1106:21, 1106:23, 1106:24, 1107:10, 1107:11, 1107:18, 1107:19, 1108:23, 1109:2, 1109:20, 1110:2, 1110:14, 1112:11, 1114:16, 1115:15, 1115:21, 1117:15, 1117:24, 1119:9, 1119:17, 1122:5, 1124:19, 1125:25, 1126:10, 1128:10, 1129:24,

1133:4
**COUNSEL** [1] - 1113:9
**COUNSEL** [1] - 1105:13
**COUPLE** [2] - 1123:1, 1134:14
**COURT** [55] - 1095:5, 1095:11, 1096:10, 1096:18, 1096:21, 1098:7, 1098:18, 1101:19, 1103:7, 1105:13, 1107:1, 1113:9, 1115:10, 1116:16, 1117:18, 1118:12, 1120:19, 1121:11, 1121:14, 1121:16, 1121:18, 1121:20, 1122:14, 1124:11, 1127:1, 1127:20, 1127:25, 1131:19, 1131:21, 1134:11, 1134:24, 1135:2, 1135:5, 1135:8, 1135:12, 1135:19, 1135:22, 1136:3, 1136:6, 1136:13, 1136:18, 1137:4, 1137:10, 1137:17, 1137:22, 1137:25, 1138:3, 1138:8, 1138:15, 1138:17, 1138:22, 1138:25, 1140:8, 1140:17, 1140:19
**COURT** [3] - 1137:21, 1137:23, 1139:23
**COURTROOM** [2] - 1135:16, 1138:20
**COURTROOM** [1] - 1140:22
**CREATED** [1] - 1125:21
**CROSS** [3] - 1095:12, 1136:4, 1137:7
**CROSS** [1] - 1095:16
**CROSS-EXAMINATION** [2] - 1095:12, 1136:4
**CROSS-EXAMINATION** [1] - 1095:16
**CRUZ** [1] - 1138:18

**D**

**DARK** [3] - 1097:9, 1099:3, 1099:17
**DATA** [25] - 1101:3, 1101:8, 1101:13,

1101:21, 1102:1, 1102:5, 1102:8, 1102:13, 1102:18, 1102:19, 1102:21, 1103:4, 1103:22, 1104:2, 1108:22, 1108:24, 1119:23, 1123:25, 1127:15, 1127:23, 1128:8, 1128:11, 1128:16, 1128:21
**DATE** [2] - 1131:3, 1133:8
**DAUS** [1] - 1137:1
**DAYS** [1] - 1137:6
**DEAL** [1] - 1106:16
**DEALING** [3] - 1108:9, 1109:18, 1109:19
**DEEPER** [1] - 1124:25
**DEFENSE** [2] - 1136:14, 1140:17
**DEFINE** [3] - 1104:24, 1109:6, 1122:21
**DEFINED** [1] - 1113:25
**DEFINITION** [1] - 1113:23
**DEFINITIONS** [2] - 1114:6, 1114:9
**DEFINITIVE** [1] - 1103:20
**DEGREE** [20] - 1110:23, 1110:25, 1111:3, 1111:7, 1111:15, 1111:18, 1112:6, 1112:9, 1112:23, 1113:13, 1113:21, 1113:23, 1114:6, 1117:22, 1118:5, 1118:15, 1118:20, 1118:25, 1119:10, 1134:4
**DELIBERATION** [1] - 1140:22
**DELINEATION** [1] - 1106:8
**DEMONSTRATIVE** [5] - 1121:12, 1121:15, 1121:17, 1126:8, 1130:6
**DEPENDENT** [1] - 1137:7
**DEPOS** [1] - 1137:2
**DEPOSITED** [1] - 1126:4
**DEPOSITION** [27] - 1101:16, 1102:10, 1102:12, 1102:17, 1102:20, 1103:2, 1111:21, 1112:3,

1113:18, 1114:1, 1115:8, 1116:18, 1118:13, 1120:20, 1122:12, 1122:15, 1123:18, 1124:3, 1124:16, 1126:21, 1126:23, 1127:22, 1128:4, 1128:9, 1131:16, 1131:22, 1133:9
**DEPUTY** [2] - 1135:16, 1138:20
**DESCRIBED** [1] - 1098:14
**DETAIL** [3] - 1102:22, 1118:17, 1128:23
**DETECTED** [1] - 1115:17
**DETECTION** [3] - 1115:6, 1116:20, 1123:3
**DETERMINATION** [1] - 1139:6
**DETERMINE** [9] - 1101:4, 1103:24, 1109:25, 1115:16, 1119:2, 1119:3, 1119:4, 1120:3
**DIFFERENCE** [1] - 1097:16
**DIFFERENT** [14] - 1099:21, 1100:3, 1100:8, 1107:11, 1114:3, 1114:5, 1115:13, 1116:2, 1116:3, 1116:6, 1123:1, 1133:17
**DIFFERENTLY** [2] - 1101:15, 1112:14
**DIRECT** [5] - 1095:18, 1096:22, 1099:22, 1100:9, 1135:25
**DIRECTED** [1] - 1137:24
**DIRECTION** [26] - 1097:11, 1097:12, 1097:13, 1097:15, 1097:17, 1097:18, 1097:21, 1098:6, 1098:14, 1098:15, 1099:2, 1099:6, 1099:13, 1099:14, 1099:17, 1099:21, 1100:4, 1100:12, 1100:17, 1105:23, 1106:1, 1116:8, 1132:23, 1132:24
**DIRECTLY** [2] - 1097:8, 1099:18
**DISAGREE** [1] -

1129:10
**DISCLOSURE** [1] - 1138:13
**DISPEL** [1] - 1141:2
**DISREGARD** [1] - 1113:10
**DISTANCE** [1] - 1104:23
**DISTINGUISH** [2] - 1108:12, 1109:13
**DOCTOR** [2] - 1123:16, 1123:17
**DOCTOR** [1] - 1133:19
**DOCUMENTS** [1] - 1128:15
**DONE** [17] - 1101:4, 1108:20, 1108:22, 1109:10, 1110:8, 1110:17, 1119:12, 1119:18, 1119:21, 1120:1, 1120:2, 1120:25, 1136:7, 1138:15, 1139:14, 1140:23
**DOOR** [1] - 1117:5
**DOUBLE** [1] - 1127:7
**DOUBLE-CHECK** [1] - 1127:7
**DOWN** [9] - 1099:7, 1124:22, 1125:19, 1125:22, 1127:11, 1128:2, 1131:9, 1132:10, 1135:3
**DOWNGRADIENT** [1] - 1131:9, 1132:23
**DOWNWARD** [3] - 1125:6, 1129:20, 1129:22
**DOZENS** [1] - 1113:8
**DR** [14] - 1095:8, 1095:18, 1124:19, 1134:14, 1135:5, 1135:21, 1135:24, 1136:7, 1136:22, 1137:11, 1138:13, 1138:21, 1139:9, 1140:13
**DRAW** [2] - 1100:4, 1127:11
**DRAWDOWN** [3] - 1125:5, 1125:16, 1129:7
**DRAWN** [5] - 1099:16, 1125:8, 1125:19, 1128:2, 1130:1
**DRESSED** [1] - 1137:15
**DREW** [2] - 1099:22, 1100:2
**DRIVER** [1] - 1105:8

**DURING** [1] - 1095:18
**DW** [8] - 1130:5, 1130:15, 1130:17, 1130:19, 1130:21, 1130:23, 1131:13, 1133:3

**E**

**EARLY** [4] - 1137:19, 1139:8, 1139:16, 1139:22
**EAST** [3] - 1106:6, 1125:8, 1130:2
**EDGE** [5] - 1099:18, 1105:23, 1105:24, 1106:18
**EDUCATED** [1] - 1137:8
**EITHER** [2] - 1140:11
**ELECTROLYTIC** [1] - 1110:11
**ELEVATION** [2] - 1098:5, 1098:6
**EMPLOYED** [1] - 1134:21
**END** [2] - 1112:8, 1140:3
**ENJOY** [1] - 1140:5
**ENTIRE** [1] - 1116:8
**EQUATION** [1] - 1103:16
**EQUATIONS** [7] - 1103:9, 1103:10, 1103:13, 1103:18, 1134:16, 1134:17, 1134:20
**EROSION** [1] - 1126:5
**ESCAPED** [1] - 1131:8
**ESTABLISHED** [2] - 1105:5, 1124:14
**ESTIMATE** [4] - 1104:5, 1104:8, 1137:4, 1139:23
**ESTIMATED** [1] - 1104:1
**ESTIMATES** [2] - 1104:3
**EVALUATING** [1] - 1119:22
**EVENING** [2] - 1140:5, 1141:5
**EVIDENCE** [3] - 1096:25, 1132:25, 1133:1
**EVOLUTION** [2] - 1134:8
**EVOLVED** [1] - 1133:15
**EXACTLY** [10] -

1099:23, 1100:2, 1103:20, 1104:14, 1104:23, 1104:24, 1105:2, 1105:12, 1105:16, 1107:15

**EXAMINATION** [5] - 1095:12, 1095:19, 1096:23, 1135:25, 1136:4

**EXAMINATION** [2] - 1095:16, 1134:12

**EXCEPT** [1] - 1103:22

**EXCUSAL** [1] - 1140:21

**EXCUSED** [1] - 1135:2

**EXHIBIT** [6] - 1097:6, 1098:19, 1100:22, 1121:12, 1130:6, 1130:10

**EXHIBIT** [12] - 1095:20, 1096:2, 1096:3, 1096:7, 1096:12, 1096:15, 1096:16, 1121:11, 1131:2, 1138:14, 1140:12

**EXHIBITS** [1] - 1136:9

**EXIST** [1] - 1123:24

**EXISTED** [1] - 1125:24

**EXISTS** [1] - 1125:5

**EXPECT** [3] - 1106:1, 1135:24, 1136:13

**EXPERIENCE** [1] - 1104:10

**EXPERT** [2] - 1108:10, 1111:14

**EXPLAIN** [2] - 1115:17, 1134:5

**EXPLAINED** [1] - 1134:3

**EXPLANATION** [3] - 1098:10, 1117:6, 1134:7

**EXPRESS** [1] - 1111:12

**EXPRESSION** [1] - 1112:6

**EXTEND** [4] - 1127:1, 1127:2, 1139:23, 1140:3

**EXTENT** [3] - 1125:6, 1129:19, 1129:21

**EXTRA** [1] - 1140:2

**EXTREMELY** [1] - 1139:14

**F**

**FACILITY** [1] - 1108:9
**FACT** [3] - 1123:23,

1137:12, 1140:1

**FACTS** [1] - 1096:25

**FAIR** [4] - 1122:20, 1132:1, 1134:1, 1134:7

**FAIRLY** [2] - 1111:2, 1138:9

**FAMILIAR** [2] - 1098:10, 1126:7

**FEASIBILITY** [1] - 1128:21

**FEW** [2] - 1133:19, 1137:1

**FIELD** [2] - 1134:17, 1134:22

**FIGURE** [6] - 1096:17, 1099:6, 1100:5, 1100:16, 1106:15, 1121:24

**FIGURE** [8] - 1097:5, 1098:14, 1098:15, 1098:19, 1099:16, 1100:13, 1106:13, 1130:9

**FIGURES** [1] - 1135:5

**FIGURES** [4] - 1096:14, 1100:10, 1100:14, 1103:15

**FILED** [2] - 1102:17, 1102:20

**FINAL** [1] - 1133:19

**FINALLY** [1] - 1124:7

**FINE** [5] - 1106:15, 1135:22, 1137:14, 1138:6, 1138:23

**FINGERPRINTING** [5] - 1109:2, 1109:5, 1109:9, 1109:11

**FINISHED** [2] - 1098:3, 1140:24

**FINISHING** [1] - 1137:2

**FIREWORKS** [1] - 1108:10

**FIRST** [5] - 1106:4, 1132:6, 1136:7, 1136:21, 1139:9

**FIVE** [7] - 1115:5, 1115:18, 1115:23, 1116:20, 1135:13, 1135:14, 1135:15

**FIVE-MINUTE** [1] - 1135:14

**FLOW** [32] - 1097:11, 1097:12, 1097:13, 1097:15, 1097:17, 1097:18, 1097:21, 1098:14, 1098:15, 1099:2, 1099:3,

1099:6, 1099:12, 1099:13, 1099:14, 1099:17, 1099:21, 1100:2, 1100:4, 1100:12, 1100:17, 1104:23, 1105:9, 1105:22, 1107:8, 1115:25, 1116:3, 1116:5, 1116:7, 1116:9, 1132:21

**FLOWED** [1] - 1105:23

**FLOWING** [4] - 1097:19, 1097:20, 1105:8

**FLOWS** [2] - 1097:24, 1099:18

**FOLLOWS** [1] - 1095:15

**FOLLOWS** [1] - 1097:21

**FORCE** [1] - 1125:21

**FORMATION** [2] - 1125:7, 1129:23

**FORMULATE** [1] - 1133:17

**FORTH** [1] - 1111:13

**FORWARD** [1] - 1125:13

**FOUR** [1] - 1137:6

**FREQUENCY** [2] - 1115:6, 1116:20

**FRONT** [1] - 1137:24

**G**

**GALLAGHER** [1] - 1136:5

**GAS** [1] - 1102:4

**GATHERED** [1] - 1101:3

**GEE** [3] - 1095:19, 1096:1, 1134:11

**GEE** [12] - 1096:9, 1096:25, 1103:6, 1118:11, 1121:15, 1121:17, 1121:19, 1124:10, 1126:23, 1131:20, 1134:13, 1134:24

**GENERAL** [1] - 1110:8

**GENERALLY** [2] - 1109:17, 1112:13

**GENERATOR** [1] - 1109:21

**GENTLEMEN** [1] - 1135:12

**GIVEN** [2] - 1120:9, 1132:13

**GRAPHICS** [1] -

1096:14

**GREATER** [3] - 1115:1, 1115:5, 1116:20

**GREEN** [3] - 1130:12, 1131:1

**GROUNDWATER** [21] - 1097:19, 1097:21, 1099:12, 1104:8, 1104:14, 1105:8, 1105:9, 1105:22, 1107:8, 1108:5, 1109:23, 1115:25, 1116:3, 1116:5, 1116:7, 1116:9, 1124:14, 1124:18, 1125:17, 1134:19

**GROUP** [1] - 1128:20

**GUESS** [1] - 1137:9

**H**

**HALF** [1] - 1136:5

**HALIFAX** [1] - 1110:1

**HAND** [1] - 1131:2, 1132:6

**HEADED** [1] - 1135:24

**HEARD** [2] - 1098:9, 1139:13

**HELP** [1] - 1108:17

**HELPFUL** [1] - 1119:23

**HEREIN** [1] - 1111:12

**HIGH** [3] - 1098:5, 1111:2, 1132:16

**HIGHER** [4] - 1114:2, 1114:11, 1118:2, 1132:22

**HILL** [2] - 1100:13, 1129:17

**HIT** [1] - 1108:5

**HITS** [2] - 1107:5

**HOKKANEN** [1] - 1137:1

**HOLD** [2] - 1113:9, 1115:4

**HOLES** [1] - 1102:2

**HOLIDAY** [2] - 1139:17, 1140:2

**HONOR** [20] - 1095:13, 1115:13, 1116:14, 1117:19, 1120:18, 1121:13, 1121:15, 1131:20, 1134:10, 1134:24, 1135:6, 1136:2, 1136:12, 1136:15, 1137:8, 1137:16, 1137:20, 1138:6, 1138:11, 1140:16

1096:14

**HOPEFULLY** [1] - 1139:15

**HOPING** [1] - 1139:7

**HOUR** [1] - 1136:5

**HOURS** [1] - 1137:13

**HYDROGEOLOGICAL** [1] - 1105:6

**HYDROGEOLOGY** [2] - 1098:11, 1134:19

**I**

**I.E** [1] - 1139:22

**IDEA** [1] - 1114:8

**IDENTIFICATION** [1] - 1109:4

**IDENTIFIES** [1] - 1097:17

**IDENTIFY** [3] - 1108:17, 1120:4, 1121:22

**II** [2] - 1109:14, 1109:16

**ILLUSTRATE** [1] - 1100:17

**ILLUSTRATIVE** [1] - 1103:19

**IMAGINE** [1] - 1096:4

**IMPACT** [1] - 1139:22

**IMPACTING** [1] - 1125:1

**IMPEACHMENT** [1] - 1118:11

**IMPLIES** [1] - 1111:1

**IMPROPER** [1] - 1118:11

**INCIDENCES** [1] - 1107:17

**INCIDENTALLY** [2] - 1139:21, 1140:19

**INCLUDE** [3] - 1101:13, 1112:7, 1113:24

**INCLUDES** [1] - 1114:10

**INCLUDING** [1] - 1095:6

**INCLUSIVE** [1] - 1112:10

**INDEED** [2] - 1123:10, 1127:8

**INDEPENDENT** [2] - 1115:23, 1117:9

**INDICATE** [2] - 1131:23, 1133:1

**INDICATES** [1] - 1097:18

**INDICATOR** [1] - 1126:19

**INFERRED** [2] -

1100:11, 1100:12
**INFINITESIMAL** [1] -
1123:11
**INFORMATION** [11] -
1102:15, 1103:3,
1131:23, 1139:4,
1139:13, 1139:24,
1140:4, 1140:25,
1141:2, 1141:3
**INQUIRED** [1] -
1139:21
**INSTANCE** [4] -
1105:22, 1108:10,
1109:1, 1109:13
**INSTEAD** [1] - 1139:9
**INTENDS** [1] - 1136:8
**INTENT** [1] - 1138:2
**INTERCONNECTS** [1]
- 1129:14
**INTERPRETATION** [2]
- 1114:1, 1131:6
**INTRODUCE** [1] -
1124:13
**INTRODUCED** [1] -
1136:10
**INVESTIGATION** [2] -
1101:9, 1120:1
**ISOLATED** [2] -
1107:5, 1107:17
**ISOTOPES** [1] -
1108:25
**ISOTOPIC** [5] -
1108:25, 1109:6,
1109:9, 1109:11,
1110:9
**ISSUE** [3] - 1130:4,
1138:7, 1141:1
**ISSUES** [6] - 1136:24,
1140:12, 1140:13,
1140:15, 1140:17

## J

**JUROR** [2] - 1140:21,
1141:1
**JURY** [17] - 1095:4,
1099:22, 1100:9,
1100:18, 1113:10,
1135:16, 1135:18,
1135:20, 1137:24,
1138:18, 1138:24,
1139:2, 1139:3,
1140:7, 1140:9,
1140:20, 1140:22

## K

**KEEP** [3] - 1118:22,
1124:6, 1139:19
**KIND** [3] - 1098:9,

1112:17, 1134:19
**KOREAN** [1] - 1109:16

## L

**LABELED** [2] -
1122:4, 1130:24
**LABORATORY** [1] -
1123:6
**LADIES** [1] - 1135:12
**LAST** [5] - 1106:12,
1111:15, 1125:11,
1130:4, 1138:11
**LATERAL** [1] - 1098:6
**LATERALLY** [1] -
1097:25
**LEAD** [1] - 1136:22
**LEARNED** [1] -
1140:12
**LEAST** [4] - 1104:22,
1117:8, 1135:8,
1140:4
**LEAVE** [1] - 1138:12
**LEFT** [2] - 1131:2,
1132:6
**LEFT-HAND** [2] -
1131:2, 1132:6
**LENGTH** [1] - 1137:7
**LESERMAN** [1] -
1136:23
**LEVEL** [4] - 1111:1,
1118:2, 1125:17,
1128:23
**LIGHT** [1] - 1137:12
**LIKELIHOOD** [4] -
1112:5, 1117:4,
1117:12, 1120:11
**LIKELY** [28] - 1111:9,
1111:19, 1112:7,
1112:10, 1112:16,
1112:18, 1112:20,
1113:1, 1113:3,
1113:15, 1113:24,
1114:2, 1114:12,
1117:1, 1117:4,
1117:12, 1117:13,
1118:1, 1118:8,
1119:5, 1120:6,
1120:15, 1132:17,
1133:6, 1134:6,
1139:7, 1139:14,
1140:19
**LIMIT** [4] - 1112:18,
1123:3, 1123:4,
1123:8
**LIMITS** [1] - 1123:5
**LINE** [14] - 1097:9,
1098:21, 1098:23,
1098:25, 1099:3,
1099:18, 1101:18,

1106:7, 1106:17,
1118:10, 1126:24,
1127:2, 1131:18
**LINED** [1] - 1136:17
**LINES** [10] - 1099:7,
1100:2, 1100:5,
1115:8, 1115:9,
1116:15, 1120:18,
1122:13, 1126:21,
1131:17
**LINEUP** [1] - 1136:20
**LIST** [1] - 1128:19
**LOCATION** [5] -
1097:21, 1100:6,
1103:21, 1105:20,
1132:20
**LOCATION** [2] -
1097:22
**LOGISTICAL** [1] -
1137:20
**LOOK** [8] - 1099:24,
1101:12, 1102:21,
1102:24, 1103:2,
1106:14, 1106:17,
1128:22
**LOOKED** [20] -
1099:5, 1101:9,
1101:14, 1101:24,
1102:12, 1102:15,
1102:18, 1102:19,
1111:24, 1118:17,
1127:15, 1127:16,
1127:17, 1127:18,
1127:23, 1128:4,
1128:6, 1128:12,
1128:23
**LOOKING** [7] -
1102:1, 1103:11,
1109:22, 1112:6,
1119:25, 1123:1,
1128:19
**LOOKS** [3] - 1121:25,
1127:6, 1139:8
**LOOSE** [1] - 1126:4
**LOS** [1] - 1095:2
**LOW** [3] - 1098:5,
1123:4, 1123:7
**LOWER** [1] - 1112:17
**LOWERING** [1] -
1125:17

## M

**MALL** [3] - 1130:5,
1130:16, 1130:19
**MANUFACTURED** [1]
- 1108:18
**MANUFACTURING** [1]
- 1108:10
**MAP** [7] - 1099:13,

1100:6, 1121:10,
1121:23, 1126:6,
1130:17, 1131:3
**MAPS** [1] - 1101:24
**MARK** [1] - 1095:14
**MARKED** [1] - 1099:2
**MATERIAL** [1] -
1133:12
**MATTER** [3] - 1095:6,
1100:19, 1139:19
**MEAN** [20] - 1096:24,
1101:7, 1101:23,
1109:21, 1110:24,
1111:20, 1116:12,
1120:6, 1120:13,
1122:21, 1123:7,
1123:9, 1123:12,
1123:19, 1123:23,
1123:25, 1124:2,
1125:2, 1125:16,
1125:20
**MEANINGFUL** [2] -
1122:23, 1122:24
**MEANS** [2] - 1104:25,
1120:6
**MEANT** [5] - 1103:19,
1114:4, 1134:3,
1134:5
**MEASURABLE** [1] -
1123:5
**MEASURE** [2] -
1104:6
**MEASURING** [1] -
1102:23
**MEET** [1] - 1138:13
**MEMBER** [1] - 1112:8
**MEMBERS** [1] -
1139:3
**MENTIONED** [1] -
1099:5
**MERE** [2] - 1123:23,
1140:1
**METHODOLOGIES**
[2] - 1134:21,
1134:22
**MICROPHONE** [1] -
1096:18
**MIGHT** [2] - 1109:14,
1120:5
**MIGRATE** [2] -
1129:13, 1131:9
**MIGRATED** [1] -
1104:14
**MIGRATION** [4] -
1105:9, 1106:2,
1123:12, 1124:25
**MIND** [1] - 1139:20
**MINDS** [1] - 1137:15
**MINUTE** [1] - 1135:14
**MINUTES** [5] -

1135:13, 1135:15,
1136:1, 1136:2,
1137:11
**MISSED** [1] - 1136:11
**MISSTATED** [1] -
1111:17
**MODEL** [5] - 1125:12,
1129:16, 1129:25,
1133:15, 1134:9
**MODELS** [1] - 1133:17
**MOLECULE** [5] -
1108:4, 1108:5,
1108:14, 1109:14,
1109:25
**MOLECULES** [2] -
1108:12, 1108:13
**MONDAY** [1] -
1136:17
**MONITORING** [1] -
1108:8
**MORNING** [3] -
1140:20, 1140:24,
1141:3
**MOST** [1] - 1102:23
**MOSTLY** [1] - 1109:11
**MOTION** [1] - 1137:24
**MOUNTAINS** [1] -
1126:5
**MOVE** [12] - 1100:8,
1101:1, 1103:9,
1104:11, 1114:14,
1117:19, 1121:7,
1123:12, 1123:20,
1125:6, 1129:22,
1130:4
**MOVED** [4] - 1099:6,
1105:12, 1105:16,
1129:19
**MOVEMENT** [1] -
1103:5
**MOVES** [1] - 1098:5
**MR** [78] - 1095:13,
1095:17, 1096:9,
1096:11, 1096:22,
1096:25, 1097:2,
1098:8, 1098:13,
1098:20, 1101:20,
1102:9, 1103:6,
1103:8, 1105:15,
1106:12, 1106:14,
1106:15, 1106:17,
1107:4, 1113:12,
1114:19, 1114:22,
1115:12, 1115:15,
1116:14, 1116:17,
1116:24, 1117:19,
1117:20, 1118:11,
1118:18, 1118:23,
1120:18, 1121:7,
1121:9, 1121:12,

1121:15, 1121:17, 1121:19, 1121:22, 1122:24, 1124:10, 1124:19, 1126:23, 1126:25, 1127:3, 1127:21, 1127:22, 1128:1, 1130:7, 1130:8, 1131:20, 1132:19, 1134:10, 1134:13, 1134:24, 1135:1, 1135:6, 1135:10, 1135:21, 1136:1, 1136:5, 1136:9, 1136:15, 1136:21, 1137:6, 1137:14, 1137:20, 1137:23, 1138:1, 1138:6, 1138:11, 1138:16, 1138:21, 1138:23, 1140:16, 1140:18

**MULTIPLE** [1] - 1132:21

**N**

**NAJM** [8] - 1135:5, 1135:21, 1135:24, 1136:7, 1137:11, 1138:21, 1139:9, 1140:13
**NATURAL** [1] - 1108:18
**NATURALLY** [1] - 1110:11
**NATURE** [2] - 1110:10, 1116:11
**NEAR** [2] - 1130:15, 1131:1
**NEARBY** [1] - 1120:10
**NECESSARILY** [2] - 1103:12, 1119:24
**NEED** [5] - 1102:24, 1105:4, 1138:15, 1139:7
**NEEDS** [3] - 1119:11, 1119:18, 1120:25
**NEGLIGIBLE** [6] - 1122:9, 1122:20, 1123:18, 1123:20, 1124:4, 1124:5
**NEVER** [4] - 1098:9, 1110:20, 1113:8, 1113:25
**NEW** [1] - 1102:15
**NEXT** [3] - 1136:25, 1137:11, 1139:10
**NOBODY** [1] - 1104:5
**NON** [1] - 1122:24
**NON-MEANINGFUL**

[1] - 1122:24
**NONE** [2] - 1108:20, 1110:16
**NOON** [2] - 1139:14, 1139:15
**NORMAL** [1] - 1139:11
**NORMALLY** [1] - 1112:14
**NORTH** [3] - 1099:8, 1106:2, 1106:3
**NORTHWEST** [1] - 1100:1
**NOTHING** [1] - 1111:25
**NOVEMBER** [1] - 1095:1
**NUMBER** [6] - 1099:12, 1104:17, 1104:18, 1104:19, 1104:20, 1124:8
**NUMBERS** [3] - 1096:15, 1096:16, 1132:9
**NUMEROUS** [1] - 1107:23

**O**

**O'CLOCK** [3] - 1099:25, 1100:1, 1139:16
**OATH** [3] - 1095:9, 1123:18, 1133:11
**OBJECTION** [8] - 1096:9, 1096:25, 1103:6, 1118:11, 1121:14, 1121:18, 1124:10, 1131:19
**OBTAINED** [1] - 1103:11
**OCCURRED** [2] - 1108:13, 1108:14
**OCCURRING** [1] - 1110:12
**OFFSITE** [1] - 1122:18
**ONCE** [2] - 1136:7, 1136:19
**ONE** [21] - 1095:19, 1099:12, 1099:21, 1100:13, 1100:23, 1104:17, 1107:13, 1108:10, 1110:5, 1114:15, 1114:23, 1115:14, 1116:19, 1126:16, 1129:1, 1129:2, 1129:21, 1129:25, 1136:10
**OOO** [1] - 1095:3
**OOPS** [1] - 1122:5

**OPEN** [2] - 1132:4, 1139:20
**OPENS** [1] - 1117:5
**OPERATING** [2] - 1108:13, 1108:15
**OPERATION** [2] - 1124:21, 1129:8
**OPINION** [5] - 1111:12, 1114:10, 1128:10, 1133:9, 1133:24
**OPINIONS** [4] - 1111:6, 1111:13, 1111:14, 1133:18
**ORDER** [1] - 1129:12
**ORIENTATION** [1] - 1099:24, 1100:2
**ORIGINATED** [2] - 1118:6, 1118:16
**OU-4** [7] - 1098:16, 1098:23, 1098:25, 1099:18, 1105:23, 1105:25, 1106:5
**OU-4S** [1] - 1106:8
**OU-7** [1] - 1101:10
**OUS** [1] - 1101:10
**OUTLINED** [1] - 1128:15
**OUTSIDE** [2] - 1135:19, 1140:8
**OVERRULED** [2] - 1118:12, 1124:11
**OWN** [2] - 1095:25, 1114:1
**OWNED** [1] - 1110:9
**OWNER** [1] - 1109:21

**P**

**P.M** [1] - 1095:1
**P.M** [1] - 1141:7
**PAGE** [15] - 1101:18, 1111:12, 1115:9, 1116:15, 1118:10, 1120:18, 1122:12, 1125:10, 1125:11, 1126:21, 1128:17, 1131:16, 1131:17, 1132:6
**PARAGRAPH** [1] - 1125:11
**PART** [1] - 1106:5
**PARTICULAR** [3] - 1118:2, 1132:20, 1133:13
**PARTICULARLY** [1] - 1120:15
**PARTIES** [1] - 1119:22
**PARTS** [2] - 1132:9, 1132:10

**PATH** [4] - 1104:23, 1105:7, 1107:22, 1115:25
**PATHS** [2] - 1116:4, 1132:22
**PATHWAY** [16] - 1097:14, 1097:20, 1097:23, 1100:9, 1104:14, 1105:2, 1105:12, 1105:16, 1105:20, 1107:16, 1123:12, 1123:15, 1123:19, 1123:22, 1124:1, 1124:21
**PATHWAYS** [3] - 1104:12, 1124:13, 1124:18
**PCE** [18] - 1114:16, 1114:17, 1115:1, 1115:6, 1115:17, 1115:18, 1115:22, 1115:24, 1116:20, 1116:22, 1116:25, 1117:3, 1117:8, 1119:12, 1119:19, 1121:1, 1132:9, 1132:14
**PELOQUIN** [1] - 1136:11
**PEOPLE** [2] - 1109:11, 1139:19
**PER** [2] - 1132:10
**PERCENT** [7] - 1111:4, 1112:16, 1112:19, 1117:4, 1117:6, 1120:7, 1120:8
**PERCENTAGE** [1] - 1115:1
**PERCHLORATE** [29] - 1104:13, 1105:17, 1105:18, 1105:24, 1106:22, 1106:25, 1107:6, 1107:9, 1107:12, 1107:16, 1107:24, 1107:25, 1108:1, 1108:2, 1108:5, 1108:11, 1108:12, 1108:17, 1108:25, 1109:19, 1109:20, 1110:4, 1110:6, 1110:12, 1117:3, 1120:15, 1121:3, 1132:25, 1133:1
**PERHAPS** [1] - 1117:12
**PH.D** [1] - 1095:14
**PHYSICALLY** [1] - 1104:6

**PICK** [1] - 1134:18
**PLACE** [2] - 1100:3, 1104:21
**PLACES** [1] - 1132:22
**PLAINTIFF** [3] - 1133:25, 1136:8, 1140:15
**PLAINTIFF'S** [1] - 1095:15
**PLAUSIBLE** [1] - 1123:15
**PLAY** [1] - 1118:12
**PLAYED** [5] - 1116:18, 1118:13, 1120:20, 1122:15, 1131:22
**PLUME** [6] - 1108:1, 1125:6, 1127:4, 1129:13, 1129:19, 1131:7
**POINT** [6] - 1095:19, 1099:14, 1125:8, 1129:14, 1130:1, 1137:9
**POINTS** [2] - 1099:11, 1138:10
**PORTION** [1] - 1100:6
**POSITION** [2] - 1099:25, 1138:7
**POSSIBILITY** [16] - 1116:23, 1116:25, 1117:7, 1117:10, 1117:14, 1117:16, 1117:17, 1120:5, 1124:20, 1125:5, 1125:23, 1125:24, 1126:1, 1129:7, 1133:5, 1134:3
**POSSIBLE** [1] - 1120:7
**POSSIBLY** [1] - 1114:5
**POTENTIAL** [1] - 1118:18
**POTENTIALLY** [1] - 1130:3
**PRACTICE** [2] - 1095:24, 1096:5
**PRACTICED** [4] - 1095:23, 1095:25, 1096:4, 1096:5
**PRE** [1] - 1109:14
**PRE-WORLD** [1] - 1109:14
**PRECISELY** [1] - 1104:25
**PRESENCE** [7] - 1095:4, 1135:18, 1135:19, 1138:24, 1139:1, 1140:7, 1140:9

**PRESENT** [2] - 1095:6, 1137:5
**PRESSURE** [1] - 1125:20
**PRETTY** [1] - 1105:5
**PREVENTS** [1] - 1124:25
**PREVIOUSLY** [1] - 1095:6
**PREVIOUSLY** [1] - 1095:15
**PRIMARILY** [1] - 1101:9
**PRIMARY** [1] - 1106:1
**PRINCIPLE** [1] - 1105:6
**PROBABILITY** [1] - 1111:2
**PROBLEM** [3] - 1137:2, 1138:4, 1138:8
**PROCEED** [5] - 1101:19, 1120:19, 1121:21, 1122:14, 1131:21
**PROCEEDINGS** [1] - 1141:7
**PROFESSIONAL** [1] - 1104:9
**PROFESSIONALS** [1] - 1134:17
**PROVIDE** [1] - 1131:6
**PROVIDED** [1] - 1141:3
**PULL** [1] - 1129:8
**PULLED** [1] - 1129:15
**PULLING** [1] - 1124:22
**PUMPING** [5] - 1125:5, 1125:20, 1125:21, 1127:10, 1129:18
**PURPOSE** [1] - 1137:10
**PURPOSES** [3] - 1121:13, 1130:6, 1130:18
**PUT** [6] - 1106:12, 1110:1, 1114:19, 1121:9, 1125:12, 1126:6
**PUTTING** [1] - 1133:14

## Q

**QUALIFY** [2] - 1105:2, 1105:12
**QUANTITIES** [1] - 1124:13
**QUANTITY** [2] - 1122:23, 1124:17
**QUESTION** [6] - 1101:20, 1101:23, 1102:4, 1127:4, 1127:8, 1127:16
**QUESTIONS** [6] - 1103:4, 1113:17, 1130:19, 1133:16, 1133:20, 1134:14
**QUOTE** [1] - 1129:18

## R

**RARELY** [1] - 1106:24
**RATHER** [1] - 1101:10
**RATIOS** [1] - 1109:11
**REACH** [5] - 1104:20, 1107:20, 1119:17, 1123:6, 1129:14
**REACHED** [3] - 1126:13, 1127:5, 1127:12
**READ** [5] - 1095:25, 1113:7, 1126:23, 1126:25, 1137:1
**READING** [1] - 1102:6
**READY** [3] - 1135:6, 1138:18, 1140:23
**REALLY** [9] - 1096:6, 1099:15, 1099:23, 1105:4, 1109:4, 1124:8, 1138:3
**REASON** [6] - 1115:21, 1119:8, 1119:9, 1119:17, 1139:3, 1141:1
**REASONABLE** [19] - 1104:3, 1104:8, 1110:23, 1110:25, 1111:3, 1111:7, 1111:14, 1112:9, 1112:23, 1113:13, 1113:21, 1113:23, 1114:6, 1117:22, 1118:4, 1118:14, 1118:20, 1118:24, 1119:10
**REASONS** [1] - 1116:19
**REBUTTAL** [5] - 1100:18, 1100:21, 1100:22, 1100:24, 1111:12
**RECEIVED** [2] - 1138:12, 1139:24
**RECEIVING** [1] - 1138:12
**RECEPTOR** [1] - 1097:22
**RECOGNIZE** [1] - 1132:21
**RECOLLECT** [1] - 1129:3
**RECOLLECTION** [1] - 1115:11
**RECORD** [2] - 1095:5, 1139:1
**RECORDS** [2] - 1120:9, 1128:25
**RED** [4] - 1098:21, 1121:24, 1122:1, 1122:2
**REDIRECT** [1] - 1134:12
**REFER** [1] - 1116:14
**REFERENCE** [2] - 1115:7, 1125:10
**REFERENCES** [1] - 1128:18
**REFERRED** [1] - 1096:2
**REFERRING** [4] - 1096:8, 1096:13, 1103:14, 1105:21
**REFRESH** [1] - 1115:10
**REGARDING** [1] - 1129:2
**REGARDLESS** [1] - 1122:8
**REHEARSED** [2] - 1096:23, 1097:1
**RELATED** [1] - 1133:13
**RELATION** [1] - 1131:13
**RELATIVE** [1] - 1099:24
**RELATIVELY** [1] - 1114:11
**RELEASED** [1] - 1104:19
**RELEASING** [1] - 1110:6
**RELIED** [1] - 1103:3
**RELYING** [2] - 1102:16, 1128:8
**REMAIN** [3] - 1095:5, 1095:8, 1139:1
**REMEDIAL** [1] - 1101:9
**REMEMBER** [3] - 1103:17, 1128:24, 1139:18
**REMOTE** [2] - 1117:16, 1117:17
**RENDERED** [1] - 1133:9
**REPEAT** [2] - 1107:3,
1119:16
**REPHRASE** [1] - 1097:18
**REPORT** [43] - 1097:6, 1098:15, 1099:17, 1100:10, 1100:13, 1100:17, 1100:18, 1100:21, 1100:23, 1100:24, 1101:10, 1102:16, 1102:20, 1103:2, 1104:16, 1105:1, 1105:11, 1111:10, 1111:12, 1111:14, 1111:20, 1111:21, 1112:4, 1113:2, 1113:5, 1113:7, 1114:4, 1123:14, 1124:20, 1125:3, 1125:4, 1125:11, 1127:23, 1128:9, 1128:14, 1128:17, 1129:11, 1129:12, 1129:17, 1130:9, 1134:16
**REPORTING** [2] - 1123:2, 1123:8
**REPORTS** [4] - 1101:8, 1102:18, 1111:7, 1111:24
**REPRESENT** [2] - 1097:11, 1116:8
**REPRESENTED** [1] - 1099:17
**REPRESENTING** [2] - 1103:20, 1114:2
**REPRESENTS** [5] - 1097:13, 1098:23, 1098:25, 1112:16, 1134:7
**RESPECT** [3] - 1108:24, 1140:13, 1140:20
**RESPONSE** [2] - 1116:3, 1117:25
**REST** [3] - 1136:8, 1140:5, 1141:5
**RESTATE** [1] - 1115:20
**RESTING** [1] - 1136:16
**RESULT** [2] - 1111:5, 1124:21
**RESUMED** [1] - 1095:16
**RETRIEVE** [1] - 1135:13
**RETRIEVING** [1] - 1135:10
**REVIEW** [2] - 1101:20, 1133:8
**REVIEWED** [3] - 1101:7, 1128:15, 1133:12
**REVIEWING** [1] - 1102:7
**RICHARD** [1] - 1140:15
**RICHARD** [11] - 1135:6, 1135:10, 1135:21, 1136:1, 1136:9, 1137:14, 1138:11, 1138:16, 1138:21, 1138:23, 1140:16
**RICK** [1] - 1106:16
**RISE** [1] - 1135:16
**RIVERS** [1] - 1126:5
**ROOM** [1] - 1140:23
**RUNOFF** [1] - 1124:15

## S

**S-1** [2] - 1105:17, 1129:15
**S-2** [1] - 1105:17
**SAMPLING** [1] - 1101:21
**SATISFIED** [1] - 1139:24
**SAUGUS** [66] - 1107:13, 1114:14, 1114:16, 1114:17, 1114:20, 1114:21, 1114:24, 1115:2, 1115:6, 1115:17, 1115:18, 1115:19, 1115:22, 1115:24, 1116:21, 1116:22, 1116:25, 1117:2, 1117:9, 1117:23, 1118:5, 1118:9, 1118:16, 1119:11, 1120:3, 1121:6, 1122:2, 1122:4, 1122:5, 1122:10, 1122:17, 1123:11, 1123:21, 1124:21, 1124:24, 1125:1, 1125:5, 1125:7, 1125:8, 1125:9, 1125:20, 1125:21, 1125:25, 1127:10, 1127:12, 1128:3, 1129:8, 1129:9, 1129:14, 1129:15, 1129:23, 1129:24, 1130:2, 1131:8
**SCANNED** [1] - 1102:22
**SCENARIO** [2] -

**UNITED  STATES  DISTRICT  COURT**

1127:17, 1127:18
**SCHEDULED** [1] -
1136:16
**SCIENTIFIC** [21] -
1110:24, 1110:25,
1111:3, 1111:7,
1111:15, 1111:18,
1112:6, 1112:10,
1112:23, 1113:13,
1113:21, 1113:23,
1114:7, 1114:12,
1117:22, 1118:5,
1118:15, 1118:19,
1119:10, 1134:5
**SCIENTIST** [2] -
1133:21, 1133:22
**SEATED** [3] - 1135:19,
1138:25, 1140:8
**SECOND** [3] -
1100:23, 1115:4,
1131:12
**SECTIONS** [1] -
1102:6
**SEDIMENT** [1] -
1126:4
**SEE** [31] - 1097:9,
1098:20, 1102:22,
1102:25, 1103:11,
1105:18, 1112:2,
1112:21, 1115:12,
1120:12, 1121:3,
1122:1, 1126:16,
1127:13, 1129:4,
1130:5, 1130:13,
1130:17, 1130:23,
1132:5, 1132:9,
1132:11, 1132:14,
1132:24, 1135:15,
1138:8, 1138:17,
1140:6, 1141:6
**SEEKING** [1] -
1103:24
**SENSE** [1] - 1112:7
**SEPARATE** [1] -
1115:16
**SEPARATED** [2] -
1119:8, 1121:2
**SEPARATING** [3] -
1119:12, 1119:19,
1121:1
**SEPTEMBER** [1] -
1133:10
**SET** [1] - 1111:13
**SHALL** [1] - 1137:11
**SHALLOW** [2] -
1125:7, 1129:23
**SHAPED** [1] - 1121:24
**SHORT** [1] - 1137:18
**SHOW** [3] - 1100:16,
1128:15, 1136:17

**SHOWED** [2] - 1100:9,
1100:18
**SHUT** [1] - 1131:9
**SIC** [16] - 1121:8,
1121:9, 1121:22,
1121:25, 1122:9,
1122:16, 1123:10,
1123:13, 1123:15,
1123:18, 1123:20,
1126:13, 1126:20,
1127:4, 1127:12
**SIDE** [3] - 1132:6,
1140:11
**SIGNATURE** [1] -
1109:6
**SIGNIFICANT** [1] -
1121:4
**SINGLE** [1] - 1105:8
**SITE** [31] - 1101:21,
1103:21, 1103:22,
1107:24, 1108:2,
1108:13, 1108:15,
1114:23, 1116:9,
1117:2, 1117:23,
1118:6, 1118:8,
1118:16, 1118:24,
1118:25, 1119:6,
1119:10, 1119:13,
1119:20, 1120:17,
1120:21, 1120:23,
1121:2, 1123:13,
1123:15, 1123:20,
1126:20, 1131:25,
1132:18
**SITUATION** [1] -
1118:3
**SMALL** [3] - 1124:8,
1124:13, 1124:17
**SOIL** [12] - 1101:3,
1101:5, 1101:8,
1101:13, 1101:21,
1101:24, 1102:2,
1102:4, 1102:19,
1102:21, 1103:5,
1108:8
**SOLUTE** [1] - 1103:16
**SOMEONE** [1] -
1119:2
**SOMEWHAT** [1] -
1133:17
**SOONER** [1] -
1139:14
**SORRY** [8] - 1096:20,
1098:4, 1098:15,
1100:22, 1119:14,
1121:16, 1131:1,
1132:9
**SORT** [2] - 1119:18,
1120:25
**SOURCE** [54] -

1097:22, 1104:18,
1105:17, 1106:2,
1106:5, 1107:20,
1108:17, 1108:18,
1108:19, 1109:4,
1109:7, 1110:6,
1110:10, 1112:24,
1113:1, 1113:4,
1113:14, 1113:16,
1113:22, 1115:16,
1115:22, 1116:10,
1116:11, 1116:21,
1116:25, 1117:5,
1117:8, 1118:8,
1118:24, 1119:1,
1119:6, 1119:11,
1120:3, 1120:4,
1120:6, 1120:10,
1120:12, 1120:13,
1120:16, 1120:22,
1122:9, 1128:20,
1130:21, 1130:25,
1131:14, 1131:24,
1132:14, 1132:15,
1132:18, 1133:2,
1133:3, 1133:7
**SOURCED** [1] -
1116:5
**SOURCES** [17] -
1106:4, 1107:11,
1107:23, 1108:2,
1109:5, 1116:1,
1119:12, 1119:19,
1119:22, 1121:1,
1121:3, 1121:4,
1124:16
**SOUTH** [1] - 1099:9
**SPACE** [1] - 1116:9
**SPECIFIC** [5] -
1102:7, 1103:21,
1103:22, 1112:21
**SPECIFICALLY** [2] -
1101:22, 1103:9
**SPECIFICALLY'** [1] -
1101:23
**SPECULATION** [1] -
1096:9
**SPREADS** [3] -
1097:24, 1098:2,
1098:6
**SQUARE** [1] - 1126:9
**STAND** [1] - 1120:14
**STANDARD** [5] -
1113:3, 1114:2,
1118:1, 1134:17,
1134:21
**STANIN** [1] - 1130:9
**START** [5] - 1135:9,
1136:16, 1136:19,
1137:12, 1139:17

**STARTING** [4] -
1137:11, 1137:15,
1139:9, 1139:12
**STARTS** [3] - 1097:20,
1100:3, 1128:17
**STATE** [3] - 1113:2,
1129:18, 1138:2
**STATEMENT** [1] -
1122:20
**STEFFEY** [1] -
1136:22
**STEFFEY'S** [1] -
1138:13
**STEP** [1] - 1135:2
**STILL** [1] - 1112:20
**STRANDED** [1] -
1131:7
**STRANGE** [1] -
1121:24
**STUDY** [1] - 1128:21
**SUBJECT** [4] -
1104:16, 1128:9,
1136:9, 1139:19
**SUBSTANTIAL** [1] -
1138:9
**SUBSURFACE** [1] -
1097:24
**SUFFICIENT** [1] -
1101:4
**SUGGESTING** [1] -
1113:11
**SUPPLEMENT** [1] -
1111:13
**SUPPORT** [1] -
1131:23
**SUPPORTS** [1] -
1123:25
**SURFACE** [1] -
1124:15
**SUSTAINED** [2] -
1096:10, 1103:7
**SWORN** [1] - 1095:15
**SYSTEM** [2] -
1124:15, 1124:18

# T

**TABLE** [2] - 1104:20,
1107:21
**TABLES** [4] - 1101:8,
1101:12, 1102:2,
1102:25
**TCE** [10] - 1113:22,
1117:3, 1119:12,
1119:19, 1120:16,
1121:1, 1121:4,
1125:6, 1129:19,
1132:9
**TECHNIQUES** [1] -
1108:16

**TERM** [5] - 1105:12,
1110:23, 1112:14,
1113:25, 1114:4
**TERMS** [10] - 1098:11,
1103:20, 1103:21,
1108:17, 1111:17,
1112:9, 1114:25,
1116:13, 1119:19,
1120:25
**TESTIFIED** [2] -
1102:9, 1123:17
**TESTIFIED** [1] -
1095:15
**TESTIFY** [11] -
1101:15, 1112:22,
1113:13, 1113:15,
1113:21, 1117:21,
1118:4, 1118:7,
1118:14, 1118:24,
1119:9
**TESTIFYING** [3] -
1113:9, 1133:20
**TESTIMONY** [2] -
1102:16, 1133:11
**TESTING** [2] - 1101:4,
1102:25
**TEXT** [1] - 1102:23
**TEXTBOOK** [1] -
1134:19
**THANKSGIVING** [2] -
1139:17, 1140:2
**THE** [64] - 1095:5,
1095:10, 1095:11,
1096:10, 1096:18,
1096:20, 1096:21,
1097:1, 1098:7,
1098:9, 1098:18,
1101:19, 1103:7,
1105:13, 1107:1,
1107:3, 1113:9,
1115:10, 1116:16,
1117:18, 1118:12,
1120:19, 1121:11,
1121:14, 1121:16,
1121:18, 1121:20,
1122:14, 1124:11,
1124:12, 1127:1,
1127:20, 1127:25,
1131:19, 1131:21,
1134:11, 1134:25,
1135:2, 1135:4,
1135:5, 1135:8,
1135:12, 1135:16,
1135:19, 1135:22,
1136:3, 1136:6,
1136:13, 1136:18,
1137:4, 1137:10,
1137:17, 1137:22,
1137:25, 1138:3,
1138:8, 1138:15,

1138:17, 1138:20, 1138:22, 1138:25, 1140:8, 1140:17, 1140:19
**THEORETICAL** [1] - 1103:18
**THINKING** [2] - 1114:11, 1134:8
**THREE** [9] - 1104:16, 1104:20, 1106:11, 1106:18, 1107:6, 1107:17, 1136:21, 1136:25
**THRESHOLD** [5] - 1111:10, 1112:17, 1114:11, 1114:12, 1118:2
**THRESHOLDS** [1] - 1123:6
**TODAY** [6] - 1102:16, 1116:24, 1127:17, 1133:10, 1137:15, 1138:15
**TOGETHER** [3] - 1096:5, 1105:7, 1107:21
**TOMORROW** [14] - 1136:16, 1137:12, 1137:14, 1137:16, 1137:18, 1138:22, 1139:6, 1139:7, 1139:8, 1139:11, 1139:22, 1140:6, 1140:20, 1140:23
**TONIGHT** [1] - 1136:12
**TONY** [2] - 1137:1
**TOP** [1] - 1131:1
**TOPIC** [1] - 1133:13
**TOTAL** [1] - 1137:13
**TOWARDS** [1] - 1125:22
**TRANSPORT** [1] - 1103:16
**TRAVEL** [11] - 1101:5, 1103:24, 1103:25, 1104:1, 1104:2, 1104:5, 1104:6, 1104:9, 1105:6, 1105:7, 1107:21
**TRAVELED** [3] - 1104:22, 1107:15, 1107:17
**TRIAL** [3] - 1095:5, 1135:24, 1139:5
**TRIED** [1] - 1134:5
**TRUDELL** [4] - 1095:8, 1095:18, 1124:19, 1134:14
**TRUDELL** [1] -

1095:14
**TRUE** [4] - 1102:11, 1107:4, 1115:5, 1126:2
**TRUTH** [3] - 1102:9, 1124:2, 1132:19
**TRUTHFUL** [1] - 1113:11
**TRY** [1] - 1130:7
**TUESDAY** [1] - 1095:1
**TWO** [2] - 1099:11, 1100:5, 1104:17, 1104:18, 1105:7, 1111:7, 1114:22, 1116:4, 1119:8, 1137:13, 1138:4, 1138:10
**TYPICALLY** [1] - 1111:2

## U

**UNDER** [5] - 1095:8, 1123:18, 1128:14, 1128:17, 1133:11
**UNDERLYING** [1] - 1104:17
**UNIFORM** [1] - 1116:8
**UNIQUE** [5] - 1099:12, 1109:6, 1115:22, 1116:22, 1116:25
**UNIT** [4] - 1124:24, 1124:25, 1129:15
**UNITS** [1] - 1125:1
**UNLESS** [2] - 1110:8, 1140:10
**UP** [16] - 1096:17, 1098:11, 1099:6, 1101:8, 1106:12, 1106:16, 1114:19, 1114:20, 1119:3, 1121:9, 1121:18, 1126:6, 1134:18, 1136:17, 1137:15
**UPGRADIENT** [1] - 1132:23

## V

**V-201** [3] - 1113:14, 1132:14, 1132:15
**V-205** [2] - 1112:24, 1113:4
**V01** [1] - 1113:22
**VARIOUS** [2] - 1119:22, 1124:16
**VARY** [3] - 1116:9, 1116:10
**VELOCITY** [3] - 1097:17, 1104:9,

1105:10
**VERDICT** [1] - 1137:24
**VERIFYING** [1] - 1136:9
**VERSUS** [6] - 1104:5, 1108:5, 1108:12, 1108:14, 1109:16
**VIABLE** [1] - 1120:12
**VIDEO** [1] - 1136:11
**VIDEOTAPED** [5] - 1116:18, 1118:13, 1120:20, 1122:15, 1131:22
**VIETNAM** [1] - 1109:16
**VINYL** [1] - 1126:16
**VISUALLY** [1] - 1100:17
**VOC** [3] - 1121:3, 1129:17, 1131:7
**VOCS** [30] - 1104:14, 1105:17, 1105:18, 1105:19, 1105:24, 1106:4, 1106:24, 1107:5, 1107:15, 1107:25, 1108:3, 1108:5, 1109:8, 1109:14, 1109:18, 1110:14, 1110:15, 1112:24, 1113:14, 1113:16, 1117:22, 1118:5, 1118:15, 1119:11, 1120:3, 1122:17, 1129:5, 1133:3, 1133:7

## W

**WAIVED** [1] - 1138:7
**WAR** [4] - 1109:14, 1109:15, 1109:16
**WAR** [1] - 1109:16
**WATCH** [1] - 1135:2
**WATER** [11] - 1097:24, 1098:1, 1098:7, 1098:8, 1104:20, 1105:6, 1107:9, 1107:21, 1115:1, 1125:21
**WAVING** [1] - 1120:13
**WAYS** [2] - 1108:7, 1123:1
**WEEK** [1] - 1137:2
**WELLS** [33] - 1105:19, 1105:21, 1106:8, 1106:18, 1106:22, 1107:6, 1107:10, 1107:13, 1107:16, 1107:18, 1108:8,

1114:14, 1114:16, 1114:22, 1116:1, 1116:4, 1119:7, 1123:13, 1123:15, 1123:21, 1124:14, 1124:22, 1125:1, 1128:3, 1128:24, 1128:25, 1130:5, 1130:19, 1130:22, 1131:8, 1131:13, 1133:3
**WEST** [6] - 1099:8, 1099:10, 1106:2, 1125:7, 1129:13, 1129:23
**WESTERN** [14] - 1098:16, 1098:23, 1098:25, 1099:3, 1099:18, 1105:23, 1105:24, 1106:3, 1106:5, 1106:8, 1106:18, 1125:6, 1129:19, 1129:21
**WHITTAKER** [25] - 1101:3, 1101:21, 1105:18, 1107:24, 1108:2, 1108:15, 1108:21, 1110:2, 1112:23, 1113:1, 1113:3, 1113:14, 1113:22, 1114:23, 1115:23, 1117:2, 1117:5, 1117:9, 1119:4, 1120:17, 1131:10, 1131:25, 1132:18, 1133:1, 1133:4
**WHITTAKER'S** [1] - 1133:7
**WHITTAKER-BERMITE** [1] - 1120:17
**WHOLE** [1] - 1099:13
**WIDE** [1] - 1108:1
**WILLING** [1] - 1135:7
**WITHDRAW** [2] - 1097:2, 1115:13
**WITNESS** [3] - 1095:7, 1136:22, 1139:10
**WITNESS** [8] - 1095:10, 1095:15, 1096:20, 1097:1, 1098:9, 1107:3, 1124:12, 1135:4
**WITNESSES** [3] - 1136:16, 1136:22, 1136:25
**WORD** [2] - 1104:24, 1105:1
**WORDS** [3] - 1096:22,

1109:2, 1125:15
**WORLD** [3] - 1109:14, 1109:15, 1109:16
**WRITTEN** [2] - 1102:23, 1103:2
**WROTE** [1] - 1125:15

## Y

**YEAR** [1] - 1112:3

## Z

**ZERO** [4] - 1122:17, 1122:19, 1124:4, 1124:5
**ZEROS** [1] - 1124:7
**ZONE** [1] - 1121:5