1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3    HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE

4

5   SANTA CLARITA VALLEY WATER AGENCY,      )
                                            )
6                   PLAINTIFF,              )CASE NO.
                                            )
7            vs.                            )CV 18-06825-SB
                                            )
8   WHITTAKER CORPORATION, et al.,          )VOLUME 14
                                            )PAGES 1514 TO 1673
9                   DEFENDANTS.             )
    _____)

10

11

12

13                  REPORTER'S TRANSCRIPT OF
                         TRIAL DAY 8
14              TUESDAY, NOVEMBER 30, 2021
                         8:26 A.M.
15               LOS ANGELES, CALIFORNIA

16

17

18

19

20

21

22

23   _____

24        MIRANDA ALGORRI, CSR 12743, RPR, CRR
              FEDERAL OFFICIAL COURT REPORTER
              350 WEST 1ST STREET, SUITE 4455
25            LOS ANGELES, CALIFORNIA 90012
                MIRANDAALGORRI@GMAIL.COM

| | |
|---|---|
| 1 | **APPEARANCES OF COUNSEL:** |
| 2 | |
| 3 | **FOR THE PLAINTIFF:** |
| 4 | NOSSAMAN, LLP |
| | BY:  BYRON P. GEE |
| 5 | BY:  RAVEN MCGUANE |
| | BY:  PATRICK J. RICHARD |
| 6 | BY:  FRED FUDACZ |
| | 777 South Figueroa Street |
| 7 | 34th Floor |
| | Los Angeles, California 90017 |
| 8 | |
| 9 | NOSSAMAN, LLP |
| | BY:  ILSE CHANDALAR SCOTT |
| 10 | 50 California Street |
| | 34th Floor |
| 11 | San Francisco, California 94111 |
| 12 | |
| | **FOR THE DEFENDANTS:** |
| 13 | |
| | EDLIN GALLAGHER HUIE & BLUM |
| 14 | BY:  MICHAEL E. GALLAGHER, JR. |
| | BY:  FRED M. BLUM |
| 15 | BY:  DANIEL ERIC TROWBRIDGE |
| | 500 Washington Street |
| 16 | Suite 700 |
| | San Francisco, California 94111 |
| 17 | |
| 18 | **ALSO PRESENT:** |
| 19 | Matt Stone |
| | Scott Fryer |
| 20 | Ron Beaton |
| | Eric Lardiere |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

1                           **INDEX OF WITNESSES**

2

3   **WITNESSES**                                                **PAGE**

4   LESERMAN, James

5         Direct examination resumed by Mr. Blum    1524
          Cross-examination by Mr. Gee            1527
6         Redirect examination by Mr. Blum       1530

7

8   DAUS, Anthony

9         Direct examination by Mr. Gallagher     1533
          Cross-examination by Mr. Gee            1565
10        Redirect examination by Mr. Gallagher   1590
          Recross-examination by Mr. Gee         1600
11

12   HOKKANEN, Gary

13         Direct examination by Mr. Blum          1606
          Cross-examination by Mr. Richard       1658

14

15

16

17

18

19

20

21

22

23

24

25

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 101 | E-mail | 1528 | 1528 |
| 1316 | Letter | 1591 | 1591 |
| 1317 | Letter | 1592 | 1592 |
| 1390 | Letter | 1593 | 1593 |
| 1411 | Document | 1536 | 1536 |
| 1419 | E-mail | 1523 | 1523 |
| 1424 | Report | 1594 | 1594 |
| 1425 | Approval of RACR | 1597 | 1597 |
| 1426 | Approval of RACR | 1597 | 1597 |

**TUESDAY, NOVEMBER 30, 2021; 8:26 A.M.**

**LOS ANGELES, CALIFORNIA**

**-oOo-**

(The following proceedings were held in open court outside the presence of the jury:)

THE CLERK:  Calling Item No. 3, Case No. CV 18-06825-SB, Santa Clarita Valley Water Agency versus Whittaker Corporation, et al.

Counsel, please state your appearances, starting with plaintiff's counsel.

MR. RICHARD:  Good morning.  Patrick Richard for plaintiff.  And with me is Ms. McGuane, Mr. Gee, our client representative, Mr. Stone, and Ms. Micevych.

THE COURT:  Good morning.

MR. BLUM:  Good morning, Your Honor.  Fred Blum for defendant.  With me is Mr. Trowbridge, Mr. Gallagher, and the client representative, Eric Lardiere.

THE COURT:  Good morning.  We are outside the presence of the jury.  We will bring in the jury momentarily.

Just a couple of very quick points.  I did receive the e-mail essentially objecting to Mr. Hokkanen's opinion regarding alternative or other sources.  The most that the Court is going to be able to do at this point is to direct counsel for Whittaker not to elicit an opinion concerning other

```
 1   sources without first providing the methodology and work done

 2   by Mr. Hokkanen.

 3              I do have some questions as to whether or not

 4   there is going to be a sufficient foundation.  So I will listen

 5   to determine whether there is.

 6              That, I think, is the most that I really can do,

 7   Mr. Richard.  Although, I will tell you that I do think you may

 8   be reading too much into the Court's ruling with regard to

 9   other sources.  I have seen that appear from time to time in

10   objections.  And it doesn't mean that the Court rejects every

11   time you make reference to it, but I think you're making

12   excessive reference to it.

13              I especially was focused on -- I think it was

14   Mr. Shoup, S-h-o-u-p, if I'm spelling it correctly, and his

15   report and aspects of the report that the Court ruled upon.

16   And then Mr. Hokkanen relied in part, it seemed, I think on

17   Opinion 8, maybe it's Opinion 9, one of those two opinions,

18   it's 8, on the Shoup report.  And I simply indicated, as I

19   recall, that whatever the Court's ruling was for Shoup would

20   essentially apply to Hokkanen.

21              That doesn't relieve Whittaker from its

22   obligation to establish a foundation for an opinion.

23              Do you wish to be heard at this time?

24              MR. RICHARD:  Just that the issue isn't just --

25   it's about going beyond the opinions in his report, Your Honor.
```

1  And so I think Your Honor set up the best we can do on that.

2  And I'll, if needed, object if I feel he's going beyond the

3  opinions in his report.

4  THE COURT:  I am going to admonish -- maybe a

08:29AM  5  little bit too strong a word -- but of that nature, Mr. Blum,

6  that you do not go outside the scope of the report.

7  As counsel is probably aware, despite the fact

8  that I have seen these reports from time to time, I don't have

9  a photographic memory that I can simply capture everything that

08:29AM  10  was stated in the report.  But if I find out that counsel

11  represents to me that they have stayed within the scope of the

12  report and they have not, we will have an OSC.  And I will

13  consider not only sanctioning counsel but also striking

14  testimony in a fairly strong worded way before the jury.

08:29AM  15  MR. BLUM:  No problem.

16  THE COURT:  And that applies to both sides.  Both

17  sides, I think, have been representing to the Court when

18  something is in and outside the reports.  I know Mr. Gee has

19  been candid in doing that.  And I expect candor from all sides.

08:30AM  20  With regard to the Durant deposition, you're

21  going to have to fill your time until we get to that.  So I

22  have not yet had a chance to completely go through the

23  materials.  I won't go into detail.  But I didn't get all the

24  materials at the same time.

08:30AM  25  So I was looking at exhibits last night, only to

1  see early this morning that there's testimony as well that's

2  being objected to, separate and apart from the exhibits.

3          So please make sure, Mr. Blum, that you have

4  witnesses available to fill the time.  I don't know that we

08:30AM  5  will get to the video today, as I don't know that I'm going to

6  be able to give you a ruling by the end of today.

7          MR. BLUM:  Your Honor, we're fine.  We have

8  witnesses.  We have three witnesses for today in addition to

9  Mr. Leserman.

08:31AM  10         THE COURT:  All right.  Then let's go ahead and

11  proceed.  Let's have Mr. Leserman -- is he here in the

12  courtroom?  I don't see him.

13         MR. BLUM:  Your Honor, may I ask one question

14  before we start?

08:31AM  15         THE COURT:  Yes.  It appears we have a few

16  minutes, as one juror is arriving shortly.  Yes?

17         MR. BLUM:  A couple things.  Mr. Richard and I

18  talked this morning about the jury instruction on successor.  I

19  think we have a conceptual agreement.  We're going to try to

08:31AM  20  wordsmith it at lunch today.

21         THE COURT:  All right.

22         MR. BLUM:  As to the JMOL, the plaintiffs cited

23  in their opposition we got -- I think it was last night.  And

24  frankly -- to be frank, Mr. Trowbridge is the one who read it.

08:31AM  25  I was preparing for today.  And they cite to testimony of

1    Mr. Alvord to prove the issue of ownership, which was done

2    after we filed our motion because -- now, I'm going to make an

3    assumption, Your Honor, that you're going to allow it to be

4    considered for the JMOL.  We would object.  But based on your

08:32AM   5    prior rulings, I assume you're going to overrule my objection.

6            THE COURT:  I am going to overrule it.  As I

7    suggested with Mr. Leserman, unless I really see prejudice, I'm

8    not going to be inclined to make a client essentially pay for a

9    client's readily correctible omission.  And this would fall

08:32AM   10   within that category.

11           So unless you can claim to the Court that you

12   have prejudice, other than, of course, the prejudice of the

13   fact that now there's that evidence, the Court is going to

14   overrule the objection.

08:32AM   15           MR. BLUM:  And, Your Honor, again, that's what I

16   expected the Court to do.  But what I would ask the Court is,

17   if we can file no more than a three-page pleading tomorrow

18   about why the claimed interest isn't sufficient in the case.

19           THE COURT:  I will allow it.

08:33AM   20           MR. BLUM:  Thank you, Your Honor.

21           THE COURT:  All right.  I guess we're going to

22   take a minute or two break, and we will bring the jury in as

23   soon as the last juror has arrived.  Please do remain in the

24   courtroom so we can get started as soon as all eight have

08:33AM   25   assembled.

1523

1     We will be in brief recess.

2     (A recess was taken at 8:33 a.m.)

3     (The following proceedings were held in

4     open court in the presence of the jury:)

08:40AM   5     THE COURT:  We are on the record in Santa Clarita

6     Valley Water Agency versus Whittaker Corporation.  We are now

7     joined by the jury, in addition to having all counsel present.

8     Good morning, ladies and gentlemen.

9     THE JURY:  Good morning.

08:40AM   10    THE COURT:  And we also have Mr. Leserman who is

11    on the stand.

12    And, Mr. Leserman, you understand that you remain

13    under oath?

14    THE WITNESS:  I do.

08:40AM   15    THE COURT:  Members of the jury, you may recall

16    that Mr. Blum had completed his direct examination yesterday,

17    except he omitted a few questions that he wanted to ask.  So I

18    have allowed him to continue with his direct examination, and

19    then we will shortly move to Mr. Gee with cross-examination.

08:40AM   20    Mr. Blum.

21    MR. BLUM:  Thank you, Your Honor.  If you could

22    pull up Exhibit 1419, which has been stipulated into admission.

23    (Marked for identification and received

24    into evidence Exhibit No. 1419.)

25    ///

**JAMES LESERMAN,**

**CALLED BY THE DEFENDANT, WAS PREVIOUSLY SWORN.**

**DIRECT EXAMINATION (RESUMED)**

BY MR. BLUM:

08:40AM

Q     Mr. Leserman, do you see the exhibit on your
screen?

A     Yes, I do.

Q     You're the author of this e-mail; correct?

A     Yes.

08:41AM

Q     Who is Matt Stone?

A     He is the general manager of the Santa Clarita
Valley Water Agency.

Q     He is the person sitting at plaintiff's counsel
table closest to you?

08:41AM

A     Yes.

Q     And he's your boss; right?

A     Yes.

THE COURT:  And, Mr. Leserman, if you would like,
you can remove your mask while you're testifying.  Thank you.

08:41AM

Q     BY MR. BLUM:  Now, the e-mail says that you were
sending him a summary of the major VOCs over the past five
years.  And these were VOCs that were found in the turnouts;
correct?

A     Yes, they are.

08:41AM

Q     Why did you send those to him?

1      A      I don't recall.

2      Q      Do you recall whether he asked you to send the

3   information to him?

4      A      No.

08:41AM   5      Q      Are you -- do you know whether or not Mr. Stone

6   has a Master's degree in chemical engineering?

7      A      I don't know.

8      Q      Do you find that he's knowledgeable about the

9   processes that the water agency uses to distribute its water?

08:42AM   10      A      I believe so.

11      Q      All right.  Now, the chart that you sent, what is

12   the chart?

13      A      It shows the range, the minimum, the maximum, the

14   average TCE and PCE concentrations in micrograms per liter for

08:42AM   15   the Saugus well 1, Saugus 2 well, the effluent from the Saugus

16   plant, and the five turnouts that are part of the monitoring

17   program.

18      Q      All right.  The effluent, can you tell me what

19   the average was for PCE?  And that is right there.

08:43AM   20      A      For the effluent, .6 micrograms per liter.

21      Q      It's right near the detection limit; correct?

22      A      Yes.  The detection limit is 0.5.

23      Q      Now, for turnout SC-1, what was the average

24   concentration during those -- I guess it's a five-year period

08:43AM   25   of PCE for SC-1?

1     A       It says 6.

2     Q       Okay.  Thank you.

3     A       I have some doubts that it's correct.

4     Q       When you sent the -- when you send e-mails to

08:43AM  5  your boss, do you usually make sure the information is correct?

6     A       Like I say, I doubt the results.  If I had to do

7  it over again, I suspect there would be a lower number.

8     Q       Well, when you sent this information to Mr. Stone

9  in 2016, did you believe it to be correct?

08:43AM 10    A       I don't know what I was thinking in 2016.

11    Q       Well, Mr. Leserman, would you ever send

12  information to your boss that you knew was not correct?

13    A       Not knowingly, but I -- I make mistakes.

14    Q       Well, let's take a look at another hit, and that

08:44AM 15  would be for SC-2.  What's the average for SC-2 for PCE?

16    A       It says 1.2.

17    Q       That's twice as much as you report to be the

18  average in the effluent tank; correct?

19    A       Yes.

08:44AM 20    Q       Now, were you wrong on that one too?

21    A       Looking at it now, I probably was.

22    Q       But you sent it to your boss anyway?

23    A       It was sent, yes.

24            MR. BLUM:  All right.  That's it, Your Honor.

08:44AM 25            THE COURT:  All right.  Mr. Gee.

**CROSS-EXAMINATION**

1

BY MR. GEE:

2

3        Q        Good morning, Mr. Leserman.

4        A        Good morning.

08:45AM    5        Q        I'd like to display Exhibit 1419, which is the

6   one that was just displayed.

7                  Mr. Leserman, the information -- the e-mail is

8   dated 2016; is that correct?

9        A        Yes.

08:45AM    10       Q        And does it contain information from 2011 -- or

11  2012?  I'm sorry.  Does it contain information from 2012?

12       A        Yes.

13       Q        And wasn't there -- didn't you do an evaluation

14  of turnout anomalies that you testified to earlier?

08:45AM    15       A        Yes.

16       Q        And did that -- does this information include

17  those anomalies?

18       A        It does, yes.

19       Q        Okay.  And the information that you present to

08:45AM    20  Mr. Stone, you wouldn't intentionally present him bad

21  information, would you?

22       A        No.

23       Q        Okay.  Thank you.

24                 I'd like to display Exhibit 101, which was

08:46AM    25  stipulated and displayed yesterday.

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 1  | (Marked for identification and received                |
|       | 2  | into evidence Exhibit No. 101.)                         |
|       | 3  | Q      BY MR. GEE:  Mr. Leserman, do you remember that  |
|       | 4  | you discussed this -- this -- this exhibit yesterday?   |
| 08:46AM | 5  | MR. BLUM:  Your Honor, is this admitted into         |
|       | 6  | evidence?                                               |
|       | 7  | THE COURT:  It hadn't been previously, but you         |
|       | 8  | said this was stipulated to?                            |
|       | 9  | MR. GEE:  Yes.                                          |
| 08:46AM | 10 | MR. BLUM:  Okay.                                      |
|       | 11 | THE COURT:  All right.  You can present it.            |
|       | 12 | MR. GEE:  Let's turn to page 2 of the exhibit.        |
|       | 13 | Q      Mr. Leserman, do you see the subject matter of  |
|       | 14 | the letter?                                             |
| 08:46AM | 15 | A      Yes.                                           |
|       | 16 | Q      What is Proposition 1 funding?                  |
|       | 17 | A      Proposition 1 was a bond issue put before the  |
|       | 18 | voters in November of 2014, and it -- the purpose of it was to |
|       | 19 | fund various water supply infrastructure and water quality |
| 08:47AM | 20 | projects.                                             |
|       | 21 | Q      And when did you request this funding initially? |
|       | 22 | A      We submitted a pre-application in 2016.         |
|       | 23 | Q      And what project were you proposing in this --  |
|       | 24 | for this funding?                                       |
| 08:47AM | 25 | A      For VOC treatment of the flow from the Saugus 1 |

```
         1    and 2 wells.
         2         Q      And is that the same Saugus 1 and 2 VOC treatment
         3    project that is the subject of this litigation?
         4         A      Yes.
08:47AM  5         Q      And going back to page 1, why were you writing
         6    this e-mail to Mr. -- I'm sorry.
         7                Why were you writing this e-mail to
         8    Mr. Jeff O'Keefe?
         9         A      Jeff is the director of the Los Angeles area
08:48AM  10   offices of the Division of Drinking Water, and we were trying
         11   to solicit his support in perhaps appealing the denial of the
         12   pre-application.
         13        Q      Okay.  And who was it that first suggested that
         14   the agency apply for Prop 1 funding for VOC treatment of
08:48AM  15   Saugus 1 and Saugus 2?
         16                MR. BLUM:  Objection.  Hearsay.
         17                THE COURT:  Sustained.
         18        Q      BY MR. GEE:  Mr. Leserman, did you originally
         19   raise prop 1 funding for Saugus 1 and Saugus 2?
08:49AM  20        A      The idea was brought to me by the staff at DDW.
         21   They strongly recommended that we apply for the --
         22                MR. BLUM:  Your Honor, this is hearsay and I move
         23   to strike.
         24                THE COURT:  I'm going to overrule it.  And it's
08:49AM  25   not being offered and should not be considered for the truth of
```

1    the matter but should be considered or can be considered by the

2    members of the jury with respect to understanding the

3    motivations of the water agency.

4        Q    BY MR. GEE:  Okay.  Mr. Leserman, I just have one

08:49AM  5   other topic to cover.

6            Yesterday you indicated that you worked at

7    various water entities; is that correct?

8        A    Yes.

9        Q    And yesterday we discussed taking confirmation

08:49AM 10   samples for uncharacteristic samples.  Do you recall that?

11       A    Yes.

12       Q    Is SCV Water the only water entity that runs

13   confirmation samples following an uncharacteristic sampling

14   result, in your experience?

08:50AM 15       A    No.  In my experience, it's standard practice to

16   get a confirmation sample on anything that's unusable.

17           MR. GEE:  That's all I have for Mr. Leserman.

18   Thank you very much.

19           THE COURT:  Mr. Blum.

08:50AM 20                   **REDIRECT EXAMINATION**

21   BY MR. BLUM:

22       Q    Mr. Leserman, define "confirmation sample."

23       A    It's a repeat sample.

24       Q    It's an extra sample; correct?

08:50AM 25       A    Extra, additional.  Yeah.

1    Q        And what the district does, they don't take an

2    extra sample.  They just wait until the next scheduled sampling

3    event; correct?

4    A        That's up to our lab.  I can't answer that.

08:51AM    5    Q        So you can't say whether or not there's actually

6    an additional sample taken or whether you just wait until the

7    next scheduled sampling event, can you?

8    A        The samples are taken so frequently that, by the

9    time the need for a confirmation sample would arise, it could

08:51AM   10    very well be appropriate that the next scheduled sample could

11    serve as a confirmation sample.  But again, I'm not involved

12    with that, so I can't tell you for certain.

13    Q        How long does it take to get a sample -- a sample

14    on spec?

08:51AM   15    A        It's generally -- and again, I'm not working in

16    the lab.  But on the order of a few days to get a VOC sample.

17    Q        Just two or three days?

18    A        I'm not sure.

19    Q        Is it less than a week?

08:52AM   20             THE COURT:  Do you know?

21    Q        BY MR. BLUM:  Do you know?

22    A        It probably is.

23    Q        So -- and isn't it true that you can actually

24    order your lab to do a rush job and get you one back in a day

08:52AM   25    or two?

```
 1        A       I don't know.

 2                MR. BLUM:  Thank you, Your Honor.

 3                THE COURT:  You're excused, sir.  Please watch

 4   your step going down.

 5                THE WITNESS:  Thank you.

 6                THE COURT:  And we remain in the defense case.

 7   Mr. Blum, your next witness.

 8                MR. BLUM:  Your Honor, it's Mr. Gallagher's

 9   witness.

10                MR. GALLAGHER:  Your Honor, the defense would

11   call Tony Daus.  Let me just step outside and find him.

12                THE COURT:  All right.

13                THE CLERK:  Good morning, sir.  Would you please

14   come forward.  Would you please walk around and get up on the

15   witness platform here.

16                Would you please raise your right hand to be

17   sworn.

18                Do you solemnly swear that the testimony you

19   shall give in the cause now before this Court shall be the

20   truth, the whole truth, and nothing but the truth, so help you

21   God?

22                THE WITNESS:  I do.

23                THE CLERK:  Thank you.  Please be seated.

24                Sir, for the record, would you please state your

25   name and then spell your last name.
```

08:52AM (line 5)
08:52AM (line 10)
08:53AM (line 15)
08:53AM (line 20)
08:53AM (line 25)

1    THE WITNESS:  My name is Anthony Daus, D-a-u-s.

2    THE CLERK:  Thank you.

3    THE COURT:  And, Mr. Daus, if you would please

4    remove your mask while you're testifying and do make sure you

08:54AM    5    are speaking into the microphone, similarly to what you are

6    observing me do, please.

7    THE WITNESS:  Yes, Your Honor.

8    THE COURT:  You may proceed.

9    MR. GALLAGHER:  Thank you, Your Honor.

08:54AM   10                    **ANTHONY DAUS,**

11            **CALLED BY THE DEFENDANT, WAS SWORN.**

12                    **DIRECT EXAMINATION**

13   BY MR. GALLAGHER:

14   Q    Mr. Daus, you understand you were retained by

08:54AM   15   Whittaker in this matter to provide certain opinions; correct?

16   A    Yes.

17   Q    Generally speaking, can you describe the opinions

18   you provided or are going to provide in this matter?

19   A    I was asked to analyze data, onsite data

08:54AM   20   regarding remediation activities that were performed under

21   Whittaker's purview and the efficacy of the groundwater remedy

22   that has been implemented at the site.

23   Q    And before I get into your qualifications as to

24   why you are able to render these opinions, can you tell me why

08:54AM   25   that is important in the overall analysis in this case?

1    A    Well, it's important to understand the extent of

2  the VOC plume, the contaminant plume, and the procedures and

3  methods that were used to develop the remediation system and to

4  implement the remediation system to essentially capture this --

08:55AM  5  this release of contamination.

6    Q    And for our benefit here, would you just give us

7  a little bit of your background, training, and experience as to

8  why you are qualified to render such opinions?

9    A    Yes.  I have an undergraduate degree in geology

08:55AM  10  from the University of Missouri.  That's where I got my first

11  taste of doing groundwater work, groundwater investigation work

12  on one of the old Manhattan project sites.  I graduated in

13  1981.  From there, I went to the University of Waterloo in

14  Canada.  And people ask me why I went there.  It was regarded

08:55AM  15  as the premier school for contaminant hydrogeology.  And that

16  was what I wanted to study.

17    During that period, I took a variety of classes,

18  of course, and studied and wrote a thesis on the fate and

19  transport, the migration of contamination in groundwater.  I

08:56AM  20  finished my master's degree in 1983 and subsequently moved to

21  California.  Upon finishing my master's degree, I was awarded

22  the Pearson Medal for excellence in graduate research.

23    In coming to California, I began working on

24  Superfund sites and large groundwater contamination projects.

08:56AM  25  My first project was in the Salinas Valley.  It was a -- a

contaminated groundwater project.  The contaminants included

TCE as well as other compounds.

Q      Quick question, not to interrupt.  But you

mentioned the term "fate and transport."  Can you explain a

08:56AM    little bit as to what you mean by that?

A      Fate and transport is when these chemicals are

released into the environment, how do they behave?  Where do

they go?  How fast do they move?  Can we understand and

evaluate their migration?  And my focus was in the subsurface

08:57AM    so in soil and groundwater.

Q      You can continue with your work experience.

A      So in 1988, I moved from Northern California to

Southern California, continued to work on groundwater projects,

remediation -- the investigation and remediation of those

08:57AM    projects, both in -- here in the U.S. as well as overseas.  I

worked on some of the largest groundwater plumes in

Southern California as well as those in Brazil.  I have worked

on projects in Guam, Europe.

So I have had a fair amount of experience, both

08:57AM    here in California and throughout the U.S. and overseas.

Q      In terms of preparing for this case, did you

review any materials and can you elaborate on what you

reviewed?

A      I reviewed a large list of documents that stretch

08:58AM    back to the mid 1980s.  And probably one of the key documents

1536

1   that I looked at was the 1997 Acton-Mickelson report.  That

2   basically summarized the site conditions and the history of the

3   site up through that period.

4                   MR. GALLAGHER:  If I may, Your Honor, it's

08:58AM   5   stipulated, publishing 1411.

6                   THE COURT:  Very well.

7             (Marked for identification and received

8             into evidence Exhibit No. 1411.)

9        Q      BY MR. GALLAGHER:  Is this one of the documents

08:58AM   10  you reviewed that you just mentioned?

11       A      Yes.  There are multiple volumes to this

12  document.  I believe there's six volumes.

13       Q      What else did you do in terms of preparing for --

14  to render your opinions today?

08:58AM   15       A      Well, there are naturally a number of documents

16  after this and before this.  So there was a 1994 consent order

17  that -- this was prepared under that consent order.  And then

18  the next major order was the Imminent and Substantial

19  Endangerment Order.  That was 2002.  That precipitated a large

08:59AM   20  amount of investigation and remediation work.

21       Q      And the company you currently work for is?

22       A      I currently work for GSI, GSI Environmental.

23       Q      And do you have other colleagues that are

24  familiar or work on the Whittaker site?

08:59AM   25       A      Yes.

1    Q    And they are?

2    A    Dr. Hassan Amini, Miae Jeon.  She's a PE, and

3    she's the project manager.

4         THE COURT:  Please make sure you give spellings

08:59AM  5    with these names.

6    Q    BY MR. GALLAGHER:  Would you spell Miae's name?

7    A    Miae is M-i-a-e.  Jeon is J-e-o-n.  Dr. Amini

8    is -- first name is H-a-s-s-a-n.  Last name is Amini,

9    A-m-i-n-i.  And there's a number of other staff that worked on

09:00AM  10   the project as well.

11   Q    And who is -- can you describe Hassan Amini's

12   role in this -- at this site, if you know?

13   A    Dr. Amini is essentially a program manager.  So

14   he helps direct other consultants who are working on the

09:00AM  15   project.  There's a number of sub consultants working on

16   different aspects of the project.  And Miae is the task

17   manager.  So she helps Dr. Amini keep track of different

18   deliverables and helps implement various work tasks.

19   Q    I understand for purposes of today you prepared a

09:00AM  20   slide deck to assist us in understanding the work you have done

21   and your opinions.  Did you prepare that?

22   A    Yes.

23   Q    And you brought it with you today?

24   A    Yes.  I think you have a copy of it.

09:01AM  25   Q    Without any objection, we are going to publish

1        that deck.

2                    THE COURT:  Let me hear the number, please, of

3        the exhibit if you are marking it or have marked it as an

4        exhibit.  And you are representing that it's been stipulated to

09:01AM  5        and you have provided it to the other side?

6                    MR. GALLAGHER:  We have and it has.

7                    MR. GEE:  We have seen it.

8                    You plan on just displaying it and not entering

9        it into evidence?

09:01AM 10                    MR. GALLAGHER:  That's correct.

11                    MR. GEE:  We have no objections.

12                    THE COURT:  It still needs to be identified.

13                    MR. GALLAGHER:  Yes.  And I don't know -- it's

14        next in line.

09:01AM 15                    THE COURT:  We can come back to that.  But please

16        make sure that counsel is prepared.

17                    MR. GALLAGHER:  For sure.  Thank you.

18        Q        Do you see it there, Mr. Daus?

19        A        I do.

09:01AM 20        Q        What I'd like to do is just run through some

21        of -- well, why don't you tell me what you did to prepare this

22        and we can go from there.

23        A        I reviewed a large number of documents and

24        prepared my opinions based on my review within the scope of my

09:02AM 25        charge, which was to look at the onsite remedies and

1    particularly the groundwater remedy.

2        Q    And I understand you prepared some background

3    information to better understand these concepts; correct?

4        A    Yes.  The slide deck is broken up into two

09:02AM  5    significant bits.  So the first bit is sort of a Hydrogeology

6    101 to help everyone understand some of the terminology that

7    typically gets used in these kinds of projects.  And then I

8    will go into the opinions and the bases for those.

9        Q    So I will jump ahead, and you tell me when to

09:02AM  10   pause.

11            We talked about the scope of your investigation.

12   Is that a fair summary here?

13       A    Yes.  That's a fair summary.

14            So really two primary areas, evaluate the

09:03AM  15   groundwater remedial activities undertaken by

16   Whittaker Corporation at the former Bermite facility in

17   Santa Clarita, California, and provide an analysis regarding

18   the effectiveness of the onsite groundwater-related activities

19   and investigation and remedial activities done onsite.

09:03AM  20            THE COURT:  Please, when you're reading, slow

21   down so the court reporter is able to copy down what you are

22   saying.

23            THE WITNESS:  Yes, Your Honor.

24            THE COURT:  Thank you.

09:03AM  25       Q    BY MR. GALLAGHER:  I'm going to jump ahead to the

Hydrogeology 101 that we just discussed.  So you want to walk

us through -- this comes after --

    A    Sure.  I'm going to cover 11 general areas in

Hydrogeology 101.  And I will have slides for each of these.  I

don't think I need to read each of them.  I think they will be

self-explanatory.

    So the first slide is a cross section.  So a

cross section is a look at the ground -- if I were to cut the

ground away, for example, if you're driving down the freeway

and you see a large road cut, it shows you the geology, it

shows you the layers.  This is a cross section.  And that would

be similar to that road cut.

    So the ground surface is the top -- the brown

colored area.  We see a disposal area and there's some trees to

give you some perspective.

    So as you go down through the unsaturated zone,

the unsaturated zone is where the pores are not filled

completely with water.

    Q    So just to jump in, so why is this such an

important aspect of what we are doing when we are looking at

the site?

    A    The primary charge that I had was to look at the

efficacy of the groundwater remedy.  So the groundwater has

been impacted, and Whittaker undertook steps to mitigate that

particular contamination.  So it's the key -- one of the key

1    parts of the overall project.

2              So how does groundwater flow?  It basically goes

3    from higher elevation to lower elevation or from higher head to

4    lower head.  And this shows on the left-hand side a higher

09:05AM   5    water level flows to the lower water level.  Precipitation

6    rains down on the ground and that percolates into the ground,

7    forming the groundwater body.

8         Q    And what impact does the soil have in terms of

9    movement of contaminants?

09:05AM  10         A    The soil is pretty important, obviously.  So

11   groundwater flow is faster in sand and slower in clay, as is

12   kind of readily obvious.  I think you line a pond with clay to

13   hold the water up.  Whereas, at sand, if you're at the beach,

14   you see the water flows in and out of the sand relatively

09:05AM  15   easily.  That has to do with the permeability.  That's the

16   property of the soil that is a -- that gives me an idea of how

17   fast water will flow through that soil.

18         Q    What impact have -- well, I take that back.

19              Have you looked at the cross sections underneath

09:06AM  20   the site as part of your analysis?

21         A    Yes.  The cross sections consist of layers of

22   these course and fine grain or these more fine grain sediments

23   that are lower permeability and the sandy zones, which are

24   higher permeability.

09:06AM  25              So this is a cross section at the site.  It's a

conceptual diagram, "conceptual" meaning that it's -- it's

provided as an exhibit to show the general characteristics of

the subsurface conditions.  And it's built like a layered cake.

So if you think of the icing as the fine grain material, that

09:06AM    would be in brown.  That would be a lower permeability zone.

And the lighter color would be sort of the cake part of the

layered cake and that's the sand.  That's where water flows

more freely.

        Q     Are we focused on any particular segment of the

09:07AM  subsurface at the Whittaker site?

        A     Based on detailed analysis of subsurface

conditions, we understand that S, which stands for Saugus, 3A

is the most permeable of those zones which are impacted with

the contamination.  S3A is near the top of the cross section.

09:07AM  That's two or three layers down.

        Q     When we are talking about a groundwater plume,

can you elaborate on what that means?  How does it operate,

et cetera?

        A     Groundwater plume originates -- at least in this

09:07AM  case originates from a source, and that's a defined area where

contaminants or chemicals were released to the soil.  Those

contaminants or chemicals migrate through the soil down under

gravity to the water table where they dissolve into the

groundwater and create a groundwater plume.

09:08AM        Q     Do contaminants move in a straight line?  Have

1  you heard of this concept?  Or how does it move in the

2  subsurface?

3       A      Well, the contaminants follow the most permeable

4  pathway, but it moves under the influence of groundwater -- of

09:08AM  5  the groundwater elevations.  That gives you an idea of the

6  direction.  But importantly, it also follows the area of

7  highest permeability.

8       Q      So when you say "permeability," does it just go

9  where the path of least resistance is?

09:08AM  10      A      Yes.  That's one way to summarize it.  Under the

11  motive force of groundwater, it will follow that path of least

12  resistance.

13      Q      Now, I have also heard in terms of natural

14  attenuation, absorption, things like that.  How is that

09:08AM  15  relevant here when we're talking about VOCs?

16      A      Well, these are factors that affect the

17  groundwater plume, the dissolved plume.  And there's a number

18  of different natural attenuation processes.  So natural

19  attenuation affects the rate of plume migration.  Some

09:09AM  20  compounds are attenuated rather quickly and some are not.  Some

21  move very, very quickly.

22              So one of the first ones is called dispersion and

23  dilution.  And that's simply the mixing of the plume with

24  cleaner water.  So that takes the contamination levels down to

09:09AM  25  lower levels, and that really affects any contaminant that is

1       released to the groundwater.

2           Q       What are other ways natural attenuation occurs?

3           A       Well, if we click to the next slide.  There are

4       chemical reactions that can occur in the subsurface, whereby

09:09AM  5      these chemicals -- there's a little inset too.  And it shows a

6       typical organic compound that is in the groundwater.  And there

7       are -- there are non-biological reactions that will occur to

8       break those compounds down.

9           Q       What else can occur in the subsurface?

09:10AM  10         A       Click to the next slide.

11              There's one called biodegradation.

12      Biodegradation are the presence of little bugs.  And you can

13      see the green little bug in that blowup of the soil.  And it

14      will eat the -- eat certain compounds.  And it will eat certain

09:10AM  15      compounds or certain chemicals faster or more effectively than

16      others.

17          Q       And we talked about absorption and retardation.

18      And that is relevant here, I believe; correct?

19          A       Yes.  That is certainly a relevant attenuation

09:10AM  20      mechanism.

21          Q       Can you explain a little bit about what what

22      means?

23          A       Absorption and retardation, it's really about how

24      sticky the chemical is.  So when these chemicals dissolve, they

09:10AM  25      have certain -- certain attributes.  And within a -- within the

1545

```
 1   soil, certain chemicals will absorb to the soil particles or

 2   clear organic matter in the soil particles and some will not.

 3   And each chemical has its own specific retardation coefficient.

 4        Q      And you have an understanding generally of the

 5   two major groups of chemicals -- I say "groups" -- that are at

 6   issue with the site; correct?

 7        A      Yes.

 8        Q      And those are?

 9        A      One are chlorinated solvents, TCE primarily and

10   to a lesser degree PCE.

11        Q      And we refer to those generally as VOCs or

12   volatile organic compounds.  Does that make sense?  Do you

13   understand that?

14        A      Yes.  And I will use the term VOCs.  So it's

15   volatile organic compounds.  That includes TCE and PCE.

16        Q      And what's the other chemical?

17        A      The other chemical is perchlorate, which is a

18   salt.  And so it's very different than an organic compound like

19   VOC.

20        Q      And can you explain for us the differences in

21   terms of how the two chemicals, VOCs versus perchlorate, move

22   in the subsurface?

23        A      Sure.  The next slide, I think, talks a little

24   bit to that.

25               So PCE is a -- is an organic chemical, as I said.
```

1546

```
 1    And it doesn't really like water.  It's called hydrophobicity.
 2    It's hydrophobic.  And PCE is more hydrophobic or likes water
 3    less than TCE.  So if it has an opportunity to glom onto an
 4    organic, a little bit of organic matter that's on a sand grain,
 5    it will do that readily.  And PCE will do that more readily
 6    than TCE.
 7              So it has -- that will retard -- or as that
 8    chemical attaches to the soil, it slows down that plume.  So
 9    that plume doesn't advance as quickly.
10    Q       So in terms of timing, are you saying that
11    perchlorate moves faster than the VOCs in the subsurface?
12    A       Right.  So when we get to perchlorate -- and
13    that's an anion.  And an anion would be something like
14    chloride.  That tends to have a very low stickiness.  In fact,
15    it's barely sticky at all and moves very, very quickly.  Moves
16    almost with the speed of groundwater itself.
17    Q       I think you prepared a slide just to -- a
18    demonstrative to show the differences between the movement and
19    the subsurface, did you not?
20    A       Yes.
21    Q       Is this that slide?  Can you explain it to us?
22    A       So this is a demonstrative that shows how fast
23    different contaminants travel.  And I have plotted in a
24    conceptual way three different plumes -- a perchlorate plume, a
25    PCE plume, and a TCE plume.  All three were released from a
```

09:12AM (line 5)
09:12AM (line 10)
09:12AM (line 15)
09:13AM (line 20)
09:13AM (line 25)

1       source area.

2                   They intercepted groundwater, which is moving

3       from left to right.  So the PCE and TCE are more sticky than

4       perchlorate.  That means they're going to stick to the soil.

09:13AM    5    They're not going to migrate as fast; whereas, the perchlorate

6       is quite mobile.  It's not sticky at all, and it moves very,

7       very quickly.

8                   So what that means is that, depending on where I

9       place a monitoring well, I can detect different compounds.  And

09:13AM    10   part of that may be due to the relative mobility or how fast

11      those different compounds travel.

12      Q       There's also been this concept of delineation

13      discussed.  Can you explain to us what you mean by delineation

14      or what is meant by delineation?

09:14AM    15   A       Delineation is a scientific process whereby we

16      install monitoring wells and we identify where the groundwater

17      is impacted.  And it's an iterative process.

18                  So we put in some wells, we get readings, then we

19      put in additional wells based on that information.  We know

09:14AM    20   groundwater flow direction.  And then we add additional wells

21      to that to try and understand what the extent of that plume is

22      of that -- of that groundwater contamination.

23                  And then we attempt to -- or we draw a line.  We

24      infer between a dirty location or a non-detected location and

09:14AM    25   an area where it has a detected compound.  And we use different

1548

1    methods to infer where that line would be -- would be located.

2    And that is the process of delineation.

3        Q       And this is not something new.  This has been

4    done for some time now?

09:15AM  5        A       This has been done for many, many decades.

6        Q       Is this the standard way of delineating a

7    groundwater plume?

8        A       Yes.  It is an iterative process, as I mentioned.

9    Because we are looking in the ground, so we have to put the

09:15AM 10   well in, get the detection -- or get the result.  And then from

11   that and based on the groundwater flow directions, we decide

12   where we need to put additional wells.

13       Q       So you're saying it's not an overnight process?

14       A       No, it's not.  Not at all.

09:15AM 15       Q       And what's the -- is there an average time it

16   takes to delineate a groundwater plume?

17       A       Really depends on the complexity of the sites.

18   It's very site specific.

19       Q       Can you explain to us the concept of soil vapor

09:15AM 20   extraction and how that works?

21       A       So soil vapor extraction is a well-known remedy

22   or cleanup technology for soil.  So if we go back to our cross

23   section and the disposal area, VOCs may have been disposed

24   there at some time in the past.  And we found that over the

09:16AM 25   years, back in the '80s, we found that, if we were to put a

```
 1   vacuum in the soil, much like a vacuum cleaner, and we draw air

 2   through that impacted soil, these volatile organic compounds,

 3   much like gasoline, will -- will entrain themselves, will go

 4   into the air, and I can remove them from the soil using this

 5   vacuum that is applied to a well.

 6        Q    Groundwater extraction -- extraction, excuse me,

 7   also a term we have discussed, a process that has been

 8   implemented.  Can you describe to us for the benefit of us what

 9   that means, how that works?

10        A    Groundwater extraction is one of the groundwater

11   remedies or a way to clean up groundwater that basically stops

12   the plume from advancing.  And the way it does that is you

13   place a well within the plume, much like in this cross section

14   that we have been looking at, you pump the water from that

15   well.  That draws contamination into the well and creates its

16   own flow path.

17             So the groundwater is going to flow into those

18   wells, and it's going to be removed.  And then it's going to

19   run through a treatment facility where those contaminants will

20   be removed from the water.  Then the water is discharged.

21        Q    And I think you mentioned it can -- groundwater

22   extraction -- influence the groundwater flow; correct?

23        A    Absolutely.

24        Q    Are we able to measure that in any discernable

25   way or can you explain?
```

```
 1        A       Yes.  The primary way that we measure that

 2   extraction is we look at the groundwater elevations.  So the

 3   panel on the left shows a typical conceptual diagram of a

 4   groundwater flow diagram.  It shows flow going from 100 feet to

 5   94 feet.  So this is a -- this is a -- a head measurement.

 6   It's a groundwater contour map.

 7                So this is the line -- these contour maps show

 8   the line of equal elevation of the -- of the groundwater in the

 9   subsurface.  And the blue arrow shows the direction of flow.

10        Q       So, in other words, we're looking at this from

11   a -- if I can put it simply, groundwater flowing downhill?

12        A       It's basically a slope.

13        Q       And now with groundwater extraction, how does

14   that influence things?

15        A       So I have -- I have placed a groundwater

16   extraction well within that same panel, that same left-hand

17   panel.  And here I add a groundwater extraction well.  And I

18   pump the groundwater.  So it draws the water into the well and

19   extracts it for -- for treatment.

20        Q       I want to jump ahead a little bit because I think

21   that covers the 101.  Let's talk about your opinions now.

22                Can you describe -- or can you articulate your

23   first opinion as it relates to containment?

24        A       I have a -- that the plume was sufficiently

25   delineated in order to implement the remedy, the groundwater
```

1    pump and treat remedy.

2         Q       And what did you do to come to that conclusion?

3         A       I looked at the groundwater data and the

4    groundwater flow directions in their -- in their totality.  So

09:19AM   5    we look at both the historical and current groundwater

6    conditions.  And I evaluated whether there was sufficient

7    information available to implement the -- implement the

8    groundwater remedy.  And I felt that there was.

9         Q       Did you look -- in the materials relied on, did

09:19AM  10    you find any references to plume maps, et cetera?

11        A       There are a number of different plume maps.  And

12    in the groundwater monitoring ports, there's distributions of

13    chemicals that shows at each location what the detection was

14    in -- of those particular chemicals at that location.

09:19AM  15        Q       And in your review of those flow maps, did you

16    come to any conclusions as it relates to the extent of the VOC

17    plume?

18        A       The VOC plume in OU-3 and 4 has not left OU-4.

19    That particular plume migrates from OU-3 over to OU-4 and has

09:20AM  20    not -- has not left OU-4, the VOC plume.

21                Now, the perchlorate plume, unfortunately, has

22    migrated well beyond the -- the -- the definition of OU-4, the

23    boundaries of OU-4.

24        Q       In terms of this slide that we have up in front

09:20AM  25    of us, what is the import of the slide?

1    A        This establishes what we call operable units.

2  And this is a management tool that's done for large sites in

3  order to make it more easy to manage.  Oftentimes, these

4  operable units have different properties or different sorts of

09:20AM  5  sources.  And it's really a management tool.

6    Q        I know we discussed briefly Saugus 3A.  Why is

7  that so important in your analysis?

8    A        Again, Saugus 3A carries the greatest amount of

9  water.  It flows the fastest, and it carries most of the mass

09:21AM  10  of the -- of VOCs and of perchlorate.  So it's a -- it's the

11  area that has the highest levels of contamination and the

12  greatest flow.

13            And I think the -- we talked about permeability.

14  The permeability of Saugus 3A is about twice as much or twice

09:21AM  15  as high as Saugus 3C, which is the next aquifer zone, the next

16  sandy zone below that.

17    Q        So in terms of containment, what did Whittaker do

18  to contain the groundwater and the VOC plume?

19    A        Whittaker installed groundwater extraction wells

09:21AM  20  in S-3A and in S-3C.  And I will focus mostly on S-3A or Saugus

21  3A.  As I said, that's where the plume is its greatest, both in

22  concentration and extent.  And it has the highest permeability,

23  which pretty much goes hand-in-hand.

24            So this figure shows the operate -- and it's 3

09:22AM  25  and 4, an outline of the site that's in the dash.  And it shows

1553

1    the detections of perchlorate, PCE, and TCE that were found in

2    those wells at that particular time.  And I believe this is the

3    third quarter -- or it's September 2019 data.

4         Q    And what was done to then assess and evaluate the

09:22AM   5    groundwater remedy at the site?

6         A    There was a feasibility study that was prepared

7    that evaluated all the different potential remedies that went

8    out for public review.  And then a RAP was prepared, a remedial

9    action plan.  From that remedial action plan, groundwater

09:23AM  10    extraction wells were installed and pilot tested.  They were

11    pilot tested to see if they would be effective.  Mainly pilot

12    tested of the treatment system as well to make sure that it

13    could treat the groundwater that was being drawn from the

14    wells.

09:23AM  15         Q    So the pilot test is simply confirming are these

16    wells working as expected and intended; right?

17         A    More than that, I think, is:  Does the remedy --

18    will the remedy perform as expected?  And if it won't, can we

19    make adjustments to it to make it work better?

09:23AM  20         Q    And is that standard course when you are

21    implementing a remedy such as this?

22         A    It is when you are implementing a remedy for

23    large sites.  There are some things that don't require a pilot

24    test that are more, I would say, stock-in-trade that are very,

09:23AM  25    very well-known.  But something this big and complicated, this

1554

1       complex would require a pilot test.

2            Q       And for this depiction, this slide here, can you

3       explain to us what the significance between the colored dots

4       are?  And it looks like concepts of delineation are being set

09:24AM  5      forth as well.

6            A       So we have the map that we showed on the prior

7       slide, and I have identified and color coded wells.  So I don't

8       have extraction wells located on this.  It will come up on the

9       next figure.

09:24AM 10            But this shows the groundwater detections greater

11       than the MCL, the maximum contaminant level -- you probably

12       heard about that so far in this trial, what the MCL is -- and

13       groundwater that's detected below the MCL, which is a yellow

14       dot.  And then the green dots are non-detection, and this is

09:24AM 15      for this particular round of monitoring.

16            Q       In this green dash line that you have depicted

17       there, is that your effort at delineating the plume or

18       Whittaker's effort at delineating the plume?

19            A       That would be my effort at delineating the plume

09:24AM 20      based on those data from September 2019.

21            Q       I think you mentioned extraction wells were

22       installed as a result?

23            A       Yes.  So here, we see the blue boxes with the

24       yellow circle -- the yellow highlight around them, and those

09:25AM 25      are the extraction wells that were installed to arrest the

1    plume from potentially moving off -- offsite towards Saugus 1

2    and 2.

3         Q       And based on your review of the data, do you

4    agree with the locations of those extraction wells?

09:25AM  5         A       The extraction wells appear to be performing as

6    they were -- as they were intended.  They are -- they are

7    removing the groundwater, and they have controlled groundwater

8    flow directions onsite.

9         Q       What effect does groundwater extraction and the

09:25AM  10   rate of pumping have on your ability to contain a plume?

11        A       The groundwater must be extracted at a rate

12   sufficient to create that zone of capture that I mentioned

13   earlier and to draw the water into the well.  So it's really

14   often called the hydraulic containment or groundwater

09:26AM  15   containment.

16               So essentially, it stops the plume from any

17   forward advancement beyond its current position.

18        Q       And are these groundwater extraction wells, can

19   you adjust the pump rate?

09:26AM  20        A       The groundwater extractions can be adjusted.

21   There may be a limit -- there is always a limit that's defined

22   by the permeability and potentially by the construction of the

23   well as to how much water can be removed from a particular

24   well.

09:26AM  25        Q       And is that a process that evolves, in other

1    words, you see what the results are and, if you need to make

2    adjustments, you can?  Is that something that happens?

3         A       We can certainly make adjustments to pumping

4    rates if we have the capacity within the wells.  I believe

09:26AM  5   these wells have that capacity.  Also, if additional wells are

6    required due to some effect that's being observed in the data,

7    additional wells could be installed if they are needed at a

8    later time.

9              So this is a very data driven process.  It is a

09:26AM 10   very well established scientific data driven process whereby we

11   take measurements, we evaluate those measurements in the

12   context of the objective.  And if it's meeting the objective,

13   then we continue to monitor because these things are not static

14   in time.  Things change over time.

09:27AM 15        Q       We talked a lot about 3A.  I know there's also

16   been reference to 3C aquifer.  Can you explain to us the

17   significance of 3C and how that factors in?

18        A       Well, 3C also has extraction wells.  3C is a much

19   lower permeability and the plume is much smaller.  There's --

09:27AM 20   there's -- it has a much smaller footprint than in 3A.

21        Q       The extraction wells that were put in by

22   Whittaker, they impact both aquifers -- right? -- 3A and 3C I

23   believe is what you just said?

24        A       There are wells that impact 3A, and there are

09:27AM 25   some wells that are screened in 3C.

1    Q       Well, is it -- what's your understanding of the

2    regulatory agencies and their involvement in this process?

3    A       The regulatory agencies in this case, the

4    Department of Toxic Substances Control, is a fundamental part

09:28AM  5    of the process.  So the -- the agency's review and comment on

6    the activities that are proposed by the responsible party, in

7    this case Whittaker.  And oftentimes the water agency does not

8    agree with the actions being taken or they do agree or they

9    offer comments that -- something additional may be needed.

09:28AM 10           So it's a -- it's a back and forth.  And it's

11   part of the process of review, analyze, and make sure that --

12   that things are being done in a way that satisfies the State of

13   California, in this case the Department of Toxic Substances

14   Control.

09:28AM 15   Q       Going back to what we were just discussing about

16   the extraction wells, can you describe what this demonstrative

17   depicts?

18   A       This demonstrative is a histogram or a bar

19   chart -- sometimes called a bar chart -- that shows the amount

09:28AM 20   of pumping on the left.  Monthly totalizer refers to the amount

21   of water that's being extracted.  So the yellow are the S-3A

22   wells.  And I list the wells at the bottom that are being

23   pumped.  The blue represent the S-3C, or Saugus 3C, wells.  So

24   it's much lower pumping, fewer wells because the plume is not

09:29AM 25   very large in S-3C.  Most of the pumping and most of the impact

1    is in S-3A, and this reflects that.

2        Q       Did you analyze the impact the extraction wells

3    were having on groundwater flow?

4        A       Yes, I did.

09:29AM    5        Q       And I believe you have a slide on it.  What does

6    this demonstrative depict in terms of groundwater contours in

7    3A?

8        A       This is an August 2017 groundwater contour map.

9    It shows the elevation of groundwater and its direction of

09:29AM   10    flow.  The direction of flow is the blue arrow that has the

11    yellow outline.  Those wells in blue are -- in sort of green

12    shading are extraction wells.  The wells that are not shaded

13    are monitoring wells.  And we see the site boundary in OU-4.

14        Q       And you analyze, once the groundwater extraction

09:30AM   15    took place, the impact on groundwater contours; correct?

16        A       Yes.  And this was at the beginning stages of

17    groundwater extraction.

18        Q       And does this slide depict the impact on the

19    groundwater extraction in 3A?

09:30AM   20        A       Right.  This is the 2019 September water level

21    elevation contours.  And it shows a drawdown around those

22    extraction wells, and it depicts a zone of capture.  The

23    groundwater is being captured.  And this is -- and it shows a

24    reversal in groundwater flow.

09:30AM   25                So what that means is that -- whereas the slope

1    before in OU-4 was going towards the offsite or towards

2    Saugus 1 and 2, pumping from these wells has resulted in a

3    reversal of that flow towards the wells.

4         Q       Of course, you analyze and part of your opinions

09:31AM  5    focus on the effectiveness of the groundwater remedy.  Did you

6    perform that analysis?

7         A       Yes.  This is part of that analysis.

8              So looking at the groundwater elevations and

9    establishing the direction of flow -- since the groundwater

09:31AM  10   will respond quicker than the concentration levels, the

11   groundwater elevations and the analysis of those elevations is

12   one of the first things that we look at in evaluating the

13   effectiveness of a groundwater pump and treat remedy.

14        Q       Part of that analysis, it looks like, involved a

09:31AM  15   number of factors.  And I believe this slide depicts it.  Can

16   you explain what was done, then, in your analysis?

17        A       Here, I basically took those groundwater flow

18   directions and I placed them on the contaminant distribution

19   map for S-3A, Saugus 3A.  And it shows that groundwater flow

09:31AM  20   directions are moving from the wells that were non-detect or

21   green dots towards OU-4, towards those extraction wells within

22   OU-4.  So it shows I'm collecting that groundwater under OU-4.

23        Q       I know you have another opinion on delineation of

24   the VOC plumes.  What is that opinion?

09:32AM  25        A       That the plume was sufficiently delineated to

1560

```
 1    implement the approved groundwater remedy.

 2         Q       And in terms of that analysis, what did you focus

 3    on?

 4         A       I focused on the groundwater quality data.  I

 5    focused on groundwater flow direction.  So some of the totality

 6    of the data, both over time and at the -- at the -- at the

 7    current time, at the present time.

 8         Q       Did you look at the site in terms of former areas

 9    of activity and sources of contamination?

10         A       I looked at where those sources were, where the

11    major sources were.

12         Q       And does this slide depict some of the areas you

13    focused in on in terms of source areas at the site?

14         A       Yes.  So there's two or three areas that seem to

15    have the greatest amount of mass.  Area 14, I believe, had the

16    highest mass that was extracted with the soil vapor extraction

17    system.

18         Q       Do you know when that soil vapor extraction

19    system was implemented at the site?

20         A       I believe it ran through 2018 or maybe 2015.

21         Q       Do you know when it first started?

22         A       2003 maybe.

23         Q       In terms of the data, you looked at the data post

24    groundwater extraction efforts; correct?

25         A       I looked at the data during groundwater
```

1    extractions.  So it's going on right now.

2         Q    And what could you glean from that information?

3    And I believe this slide depicts some of that.

4         A    This slide basically shows the groundwater

09:33AM  5   concentrations in September 2019, and it shows that the sentry

6    wells -- I often call them a sentry well, but that's in the

7    yellow circle that's around the green.  That basically tells

8    me -- it's an indicator well that shows whether the remedy is

9    working.  So it's another level of measurement.

09:34AM  10            So we look at groundwater elevations.  And we

11   also look to see if the contamination is migrating beyond our

12   containment area.  So how we captured the plume is a two-level

13   process, both with groundwater elevations, which is one

14   independent measure, and then groundwater concentrations, which

09:34AM  15  is a second independent measure.

16        Q    How do you determine how many monitoring wells

17   should be put in in any given situation?

18        A    It's an iterative process that is based on

19   groundwater flow directions and is based on the results of

09:34AM  20  investigation.  So all of these investigations start in a

21   similar way.  We install one or two wells.  We install several

22   more wells, understand what the concentrations are.

23        A    You need at least three or more in order to get a

24   groundwater flow direction.  And based on that flow direction,

09:34AM  25  we install additional wells.  This process continues until you

1562

```
 1    have an adequate body of information, adequate knowledge to

 2    understand the plume behavior and the distribution of -- of

 3    contamination in the subsurface.  That can often take multiple

 4    iterations.

 5         Q    We have also heard the term "sentry wells."  What

 6    are they?  What's their purpose?

 7         A    I often call them a sentry well.  It's much like

 8    a military term, a sentry.  It's kind of a guard well.  We are

 9    using those wells to measure whether our -- our remedy is

10    working or not.

11         Q    And does Whittaker have sentry wells installed at

12    or near the site?

13         A    Yeah.  I would say that the three wells in OU-4

14    near the edge act as sentry wells.  And to some extent, the

15    wells that are offsite and to the east of or the west of OU-3.

16    But the primary sentry wells would be RNW08B, PZ09B, and the MP

17    well set.

18         Q    And I believe you analyzed the data collected

19    from those wells; correct?

20         A    Yes.  I have looked at that data over time and in

21    the most recent results in 2019.

22         Q    And does -- does this slide depict that analysis?

23         A    Yes.  This is a kymograph.  And a kymograph is

24    simply a groundwater concentration over time.  And what I

25    plotted are the perchlorate results, which are in yellow.  The
```

```
 1    PCE and TCE results.  PCE is in green and trichloroethylene, or

 2    TCE, is in blue.  And sometimes they overlap.  So when they

 3    overlap, one will hide the other.

 4              But in general, it shows that in my OU-4 wells on

 5    the left-hand side, we see RNW08B, PZ09B, and MP102.  These are

 6    all wells that are screened in the Saugus 3A.  And we see in

 7    those wells that a general contamination has been non-detected.

 8    There have been one or two instances where a very low detection

 9    has been found, but they have been ND over time.

10         Q     In terms of and based on your analysis, has there

11    been sufficient delineation of the VOC plume at the site?

12         A     Yes.

13         Q     And in your opinion, has that VOC plume left the

14    site?

15         A     No.

16         Q     And the basis of that is your analysis of the

17    groundwater flow and groundwater extraction systems and sentry

18    wells?

19         A     The groundwater data at the sentry wells,

20    certainly, and the continued operation of the groundwater

21    extraction system.

22         Q     Now, with respect to working with the DTSC, do

23    you know what the current status is of the remedy, the

24    groundwater remedy?

25         A     I believe we're in Year 4 of -- since the remedy
```

09:36AM (line 5)
09:37AM (line 10)
09:37AM (line 15)
09:37AM (line 20)
09:37AM (line 25)

1  has been installed.  I believe there's a five-year review

2  coming up next year.  It's going to be a continuous process for

3  the long haul for -- for many years of monitoring, groundwater

4  data, and reporting those data and looking to make sure --

09:38AM  5  evaluating to make sure that those results continue to confirm

6  that the remedy is doing its job.

7       Q       And taking a step back, we talked about various

8  OUs at the site, OU-1 through 7.  Is that fair?

9       A       There's seven OUs.  OU-7 is the groundwater

09:38AM  10  operable unit.  The other six have to do with soil.

11       Q       And in terms of the efforts in addressing the

12  contamination, the soil, do you know what the current status is

13  as it relates to the DTSC?

14       A       I think the remediation of the soil has been

09:38AM  15  completed and the Department of Toxic Substances Control has

16  agreed that the -- that the work has been -- that the work has

17  been -- that the soil remedy work has been done.

18       Q       And in terms of when they agree that it's been

19  done, that's not it; right?  They don't pack up their bags and

09:38AM  20  leave; correct?

21       A       It's always subject to additional data or if

22  there's additional findings that suggest something else has to

23  be done, then that's certainly an option.

24       Q       And the efforts that are currently still ongoing

09:39AM  25  at the site, do you know what they are?

1       A       The current efforts are mostly focused on

2   groundwater remedy.  And that includes the groundwater pump and

3   treat and OU-4 as well as additional work being done in the

4   Metrolink area.

09:39AM   5       Q       Now, you have provided other opinions as it

6   relates to the offsite migration as it relates to the Metrolink

7   area.  Do you recall that?

8       A       Yes.

9       Q       And what's your opinion as to the efforts being

09:39AM   10  done up there?

11      A       So far, the efforts seem to be effective in

12  reducing concentrations and -- but we're -- it's too early to

13  tell.  We are still in a monitoring program.

14              MR. GALLAGHER:  Nothing further at this time,

09:39AM   15  Your Honor.

16              THE COURT:  Mr. Gee.

17                      **CROSS-EXAMINATION**

18  BY MR. GEE:

19      Q       Good morning, Mr. Daus.

09:40AM   20      A       Good morning.

21      Q       It is Mr. Daus; is that correct?

22      A       Yes, sir.

23      Q       Mr. Daus, I have a few questions.

24              You said that the characterization of a

09:40AM   25  groundwater plume is an iterative process; is that right?

1566

1      A      Yes.  Typically it is.

2      Q      Do you know when the Whittaker-Bermite site shut

3   down?

4      A      I believe it was 1984.

09:40AM  5      Q      Okay.  And in 1984 -- when did -- to your

6   knowledge, when did the iterative process for the

7   containment -- or the groundwater evaluation start?

8      A      I believe there was groundwater samples taken

9   from an onsite production well in the mid '80s.  I can't recall

09:41AM  10   the exact year.  '85 or '86.  The -- Whittaker was required to

11   do a groundwater investigation several years after that, to

12   start doing the groundwater investigation.  So probably, in

13   earnest, in the late '80s through the '90s.

14      Q      Okay.  And you mentioned that -- that usually the

09:41AM  15   DTSC oversees and approves these programs with the regulated

16   entities; is that correct?

17      A      Yes.

18      Q      And you mentioned that there was a consent order

19   in 1994.  Do you remember that?

09:41AM  20      A      I believe that was the year 1994, yes.

21      Q      Okay.  And the consent order was a -- does the

22   consent order require that the regulated entity and the

23   regulator agree on a plan?

24      A      That's part of the consent order, yeah.  It's a

09:42AM  25   mutually kind of agreed-upon scope of the work.

1    Q        And so Whittaker and DTSC -- or I think it might

2    have been DHS at the time -- agreed back in 1994 to a cleanup

3    plan?

4    A        They agreed to certain steps, undertake certain

09:42AM    5    steps, yes.

6    Q        Okay.  And the certain steps goes all the way up

7    through cleanup, doesn't it?

8    A        It should, yes, the consent order does.

9    Q        Okay.  And when did Whittaker get their closure

09:42AM   10    on some of their OU-2 through 6 soil remediation?

11    A        I believe the first one may have been in 2002,

12    and it was a soil remedy.  And then the other ones were more

13    recent.  I think I have it in my slide dec.  But I believe they

14    were in the last several years, last two years or something.

09:43AM   15    Q        Between 2015 and 2019, does that sound about

16    right?

17    A        That's probably about right.

18    Q        Okay.  So the soil remediation took place or was

19    completed some 21 years after the order came out.  Is that

09:43AM   20    typical, in your experience?

21    A        Well, there were a number of different soil

22    remedies that were required.  There was some excavation.  There

23    was soil vapor extraction, as we mentioned before.  And -- so

24    it's a -- that also is an iterative process.

09:43AM   25    Q        Okay.  Are you familiar with a 2002 Imminent and

1   Substantial Endangerment Order?

2       A       Yes.

3       Q       What's the difference between a consent order and

4   an Imminent and Substantial Endangerment Order in terms of

09:43AM   5   whether the parties agree or not?

6                   MR. GALLAGHER:  Lacks foundation.  Calls for a

7   legal conclusion.  Vague.

8                   THE COURT:  Do you know the answer to that

9   question?

09:43AM  10                   THE WITNESS:  I don't off the top of my head,

11  Your Honor.

12                   THE COURT:  Okay.

13      Q       BY MR. GEE:  Does a -- does Whittaker need to

14  agree to having an Imminent and Substantial Endangerment Order

09:44AM  15  issued to them?

16                   MR. GALLAGHER:  Lacks foundation.  Calls for

17  speculation.

18                   THE COURT:  Do you know the answer to that

19  question?  Are you familiar with an Imminent and Substantial

09:44AM  20  Endangerment Order?

21                   THE WITNESS:  Yes, I am, Your Honor.

22                   THE COURT:  And approximately, throughout your

23  career, how often have you confronted these orders?

24                   THE WITNESS:  Oh, I've confronted about half a

09:44AM  25  dozen instances, maybe more, maybe eight.

```
 1              THE COURT:  And are you familiar with the process
 2   in terms of their issuance?
 3              THE WITNESS:  Yes.  Sometimes the responsible
 4   party can have input on that order so they can be -- it will be
 5   a little bit back and forth.
 6              THE COURT:  Ultimately, do you know whether it is
 7   issued unilaterally or is it by consent or do you not know?
 8              THE WITNESS:  No.  It's usually issued
 9   unilaterally by the regulator.
10              THE COURT:  All right.  Please proceed.
11              MR. GEE:  All right.
12         Q    And so, in 2002, Whittaker was actually given an
13   order -- a unilateral order to conduct cleanup activities at
14   the Whittaker-Bermite site.  Is that your understanding?
15         A    It was -- 2002 was the order, yes.
16         Q    Okay.  Mr. Daus, you mentioned fate and transport
17   as being a primary mechanism for site cleanups.
18         A    It's one of the factors you consider when
19   developing your understanding of subsurface conditions, and
20   then that ultimately leads to development of the remedy of the
21   site cleanup.
22         Q    Okay.  And in order to determine which direction
23   the groundwater flows, do you need monitoring wells?
24         A    Yes.
25         Q    And you mentioned that a monitoring well was
```

09:44AM  5

09:44AM  10

09:45AM  15

09:45AM  20

09:45AM  25

```
 1    installed in 1987.
 2         A     I think there was a plan to install monitoring
 3    wells.  I don't recall the exact date that the monitoring well
 4    was installed, the first wells.
 5              MR. GEE:  Can you --
 6         Q     I'm going to display Exhibit 168, which has been
 7    stipulated and admitted.
 8              Okay.  We will come back to that.
 9              And so -- so -- so when do you believe that
10    Whittaker had enough information to actually map the contour
11    lines for -- at the Whittaker Bermite site?
12         A     When did they have enough information?  I believe
13    they had sufficient information to develop the RAP and the
14    feasibility study, would have been late -- early 2000s.  And
15    then there was additional work that was done -- not 2000.
16    About 2000 -- it would have been late 2000s.  That's when
17    the -- when the feasibility study and the RAP were prepared.
18         Q     Okay.  So that was roughly about 15 years after
19    the site shut down or maybe a little longer?
20         A     More or less.
21         Q     Okay.  And does it usually take that long to --
22    to characterize a -- a groundwater plume?
23         A     Certainly can.  Some of the large Superfund
24    sites.  In Los Angeles, it's taken them many years to do that.
25         Q     Okay.  Have you reviewed the history of the
```

1    installation of monitoring wells at the site?

2         A    I have looked at when they were installed, yes.

3    I have tables for that.

4         Q    Okay.  And was the vast majority of the -- the

09:48AM   5    groundwater monitors installed after -- after 2002?

6         A    The large majority of them were installed after

7    2002, yes.

8         Q    Okay.  And so it's fair to say -- is it fair to

9    say that the groundwater characterization started, in earnest,

09:48AM  10    after 2002?

11         A    No.  I think it started earlier than that.  It's

12    quite a depth to water.  So there was some initial work done to

13    identify what the contaminants were in groundwater.  But the

14    level investigation ramped up significantly after 2002.

09:49AM  15         Q    Okay.  Mr. Daus, you have done a lot of site

16    investigations, have you not?

17         A    Yes, I have.

18         Q    And are you familiar with -- with the EPA goals

19    under CERCLA for groundwater cleanup?

09:49AM  20              MR. GALLAGHER:  Objection.  Beyond the scope.

21              THE COURT:  Overruled.

22              THE WITNESS:  You will have to be more specific.

23         Q    BY MR. GEE:  Okay.  Mr. Daus, does the EPA have

24    guidelines articulated in the -- the regulations for the

09:49AM  25    cleanup objectives for groundwater?

1572

1     A     The cleanup objectives are typically defined in

2   the feasibility study in the RAP.  It's all part of the -- of

3   the CERCLA process.  So under the NCP, they have specific, you

4   know, ways of doing things that are outlined in that document.

09:50AM   5     Q     Okay.  And are you familiar with the 40 CFR,

6   Section 300, that sequence?

7     A     Yes.  I have looked at that quite a bit.

8     Q     Okay.  And in there, there is a -- a goal for

9   groundwater remediation that basically states that EPA expects

09:50AM   10   to return usable groundwater to the beneficial use whenever

11   practicable within a time frame that is reasonable and given

12   the particular circumstances of the site.  Does that sound

13   familiar to you?

14     A     It sounds familiar, yes.

09:50AM   15     Q     Okay.  And what is the beneficial use for

16   groundwater near -- near the Whittaker site, if you know?

17     A     It's -- it can be used as drinking water.

18     Q     Okay.  And so are you aware that the -- that DDW

19   has determined that the groundwater near the Whittaker-Bermite

09:51AM   20   site is an extremely impaired source?

21     A     I haven't evaluated that particular issue.

22     Q     But are you aware of that?

23     A     Only from kind of hearsay, but I'm not familiar

24   with that -- with the documentation.

09:51AM   25     Q     Okay.  Are you familiar with the 97-005?

1    A    Yes, I am.

2    Q    Okay.  And on the 97-005, the Department of

3  Drinking Water can set the drinking water standards below the

4  MCL.  Is that your understanding?

09:51AM  5         MR. GALLAGHER:  Your Honor, beyond the scope.

6         THE COURT:  One second, please.

7         Sustained.

8    Q    BY MR. GEE:  What's the purpose of 97-005?

9         MR. GALLAGHER:  Same objection, Your Honor.

09:51AM  10        THE COURT:  Have you considered 97-005 at all in

11  connection with the work you have done?

12        THE WITNESS:  No, I have not, Your Honor.

13   Q    MR. GEE:  Okay.  In order to come up with a site

14  remedy, do you need to know what the applicable standards for a

09:52AM  15  drinking water source is?

16   A    The standard would be an appropriate -- the

17  appropriate consideration, yes.

18   Q    Okay.  And when you evaluated the -- the -- your

19  containment, did you stop at 5 parts per million for TCE and

09:52AM  20  PCE?

21   A    5 parts per billion?

22   Q    I'm sorry.  Strike that.

23        Did you -- did you stop at 5 parts per billion

24  for your evaluation?

09:52AM  25   A    I looked at the groundwater qualities from the

1574

1    sentry wells, as I mentioned, and they were ND or sporadic,

2    very low detect.  So I considered it as an ND would be my line

3    of delineation.

4         Q    And so, Mr. Daus, you mentioned that you -- your

09:53AM  5    evaluation looked at contamination capture from OU-3 and 4, I

6    believe you said, for contamination capture; is that correct?

7         A    I looked at that.  I also looked at the other

8    operable units that have a groundwater impact.

9         Q    Okay.  And did you do any evaluations as to

09:53AM 10    the -- the plausible path -- or the pathways between the

11    contaminated source and the impacted wells?

12         A    I didn't extend my analysis beyond the site.

13         Q    Okay.  And you only evaluated data -- I believe

14    you indicated in your deposition -- on site and in close

09:54AM 15    proximity to the site; is that correct?

16         A    Yes.  That would be reasonable, yeah.

17         Q    Okay.  I would like you to assume that the

18    Department of Drinking Water requires water to be served from a

19    severely impaired site to be .5 ppb, parts per billion.  Did

09:54AM 20    your evaluation look at the offsite levels for groundwater down

21    to that level?

22              MR. GALLAGHER:  Incomplete hypothetical.  Outside

23    the scope.

24              THE COURT:  I'm going to strike the first part of

09:55AM 25    his question.  And you can answer the second.

1          Did your evaluation look at the offsite levels

2    from water down to that level?

3          THE WITNESS:  It did not look at the offsite

4    contamination other than the several wells that were in close

09:55AM   5    proximity to the site.  So it didn't really extend offsite.  I

6    think that's another expert's area that he's going to have

7    opinions about.

8          Q    BY MR. GEE:  And you mentioned that the three

9    wells to the -- on the western side of the Whittaker site is --

09:55AM   10   is it your opinion that the groundwater extraction program

11   is -- is causing those groundwater monitoring wells to have

12   zero or non-detect reading?

13         A    I think -- I'm sorry.

14         THE COURT:  Did you object?

09:56AM   15        MR. GALLAGHER:  I'm sorry, Your Honor.  It's

16   vague.

17         THE COURT:  Overruled.

18         You can answer.

19         THE WITNESS:  I'm not quite sure where you're

09:56AM   20   going -- or I'm sorry, what the question is.  Is the question

21   did the groundwater extraction system cause those wells to be

22   ND?

23         Q    BY MR. GEE:  Yes.

24         A    They were ND before the groundwater extraction

09:56AM   25   system was installed.

1576

1    Q      Okay.  So in terms of them being not an ND, even

2  before the extraction process, did those wells play into your

3  evaluation as to whether the extraction process is effective?

4    A      Well, other than there were a few sporadic hits,

09:56AM  5  I believe, in NP-1.  But the effectiveness of the extraction

6  process is really more focused -- I think those wells continue

7  to be ND, which is a very good sign.

8          But the groundwater extraction itself, the

9  primary factor that I looked at in creating the inward

09:57AM  10  groundwater flow was what I -- was what I was focused on.  So

11  that capture was -- was being -- being completed or was being

12  done by those extraction wells.

13    Q      Okay.  And so you have no opinion as to -- do you

14  have an opinion as to whether the contamination from the

09:57AM  15  Whittaker-Bermite site could be the source of VOC contamination

16  found in the Santa Clarita Valley Water Agency's extraction

17  wells that are the subject of this litigation?

18    A      I don't believe the VOCs have left the site, that

19  the plume itself still remains on the site as being -- as being

09:57AM  20  captured.

21    Q      And that's based on data that you have reviewed

22  since 2002 or -- that's based on the monitoring wells that you

23  have evaluated on the site; is that correct?

24    A      The monitoring wells and groundwater flow

09:58AM  25  direction.  Sort of the totality of data.

1577

1   Q       Okay.  So you did evaluate -- you did evaluate

2   groundwater flow directions, did you not?

3   A       Well, it's part of the analysis.  You look at all

4   of the data, both groundwater flow and groundwater

09:58AM   5   concentrations.

6   Q       Okay.  And so do you agree with the -- the

7   concept that groundwater flows perpendicularly to the

8   direction -- to the contour lines -- contour elevation lines?

9   A       I think in -- in general, that is true.

09:58AM   10   Q       Okay.  And so -- and you did take a look at

11   groundwater contour lines, both to the north and south of the

12   Whittaker -- both to the north and south of those three

13   extraction wells that you cited on the west side of the

14   Whittaker-Bermite site?

09:59AM   15   A       I looked at those groundwater flow directions

16   near the three sentry wells that are downgradient of the

17   extraction wells.

18   Q       Okay.  So you looked at the groundwater flow to

19   the north and south of those three extraction wells?

09:59AM   20   A       I focused mainly on the onsite groundwater flow

21   directions.

22   Q       Okay.

23   A       Of the three onsite sentry wells?  Sorry, I think

24   I misunderstood.

09:59AM   25   Q       Yeah.  You called the three wells on the west

```
 1   side sentry wells.

 2        A      Yes.  Yes.  I thought you may have said three

 3   extraction wells.  I apologize.

 4        Q      All right.  Now, have you evaluated the

 5   groundwater flow direction from all of the source areas to --

 6   or all the source areas at the site?

 7        A      I looked at the primary ones in OU-3 and 4 and

 8   certainly those in OU-5 and the Metrolink station.  So the

 9   primary sources in OU-3 and 4 are to the east around OU-3, on

10   the eastern end of OU-3.

11        Q      Okay.  And what about OU-2?

12        A      OU-2 -- I have to look at a map for the different

13   OUs.  It would help me kind of --

14        Q      That's an OU to the -- primarily to the south.

15        A      Right.  To the south of OU-3.

16        Q      Yeah.

17        A      Yeah.

18        Q      And was there a -- an area called the East Fork

19   landfill?  Do you recognize that name?

20        A      It may be called a different area.  If you have a

21   map, I can take a look at it.

22             MR. GEE:  I believe it's Exhibit 171.  This was

23   admitted and previously displayed.

24        Q      So do you see -- do you see all these -- the

25   areas where we have VOC plumes in green at the site?
```

```
 1        A      I do.
 2        Q      And there's some rather large green spots in
 3   OU-2.  Do you see those?
 4        A      I see that, yes.
 5        Q      And did you -- did you evaluate whether those
 6   green spots were -- had been leaving the site at all?
 7        A      The direction that the contamination was
 8   migrating.  I did look at the groundwater quality data that
 9   would have been to the west of that.
10        Q      And how many wells did you look at to the west of
11   the -- of OU-2?
12        A      There's CW-22, and then there's an offsite well.
13   I believe it's OSMW-1.  That's to the west of that.
14        Q      So two wells?
15        A      And there's some other wells that are in kind of
16   in between OU-3 and 2.  So there's a -- there's a map that
17   has -- that has other wells located on it.  If we look at that,
18   we can identify each one.  But I think 22 which was pretty
19   close to the boundary and downgradient of the large circular
20   green area of OU-2.
21        Q      Okay.  Did you look at how many monitoring wells
22   is actually located offsite of the Whittaker-Bermite site?
23        A      No.  I didn't count them up.
24        Q      But you're familiar with their -- their
25   locations?
```

10:01AM
10:02AM
10:02AM
10:02AM
10:02AM
10:03AM

1    A    Um, I'm familiar with the ones that I looked at

2 specific to the onsite containment but not to any large degree,

3 no.

4    Q    Okay.  And did you -- let me ask the question in

10:03AM    5 a different fashion.

6         Did you evaluate whether or not VOCs could

7 migrate offsite from the multiple sources of VOC contamination

8 at the site?

9    A    I looked at the configuration of the plume and

10:03AM   10 the plume characteristics.  And based on that, I drew my -- my

11 conclusions.

12   Q    Okay.  In one of your displays -- and I don't

13 have the PowerPoint before me -- you actually drew a yellow

14 circle around Saugus 1 and Saugus 2 when it came to VOC

10:04AM   15 concentrations that indicated that the VOC concentrations were

16 above the detection level.  Do you recall that?

17   A    I think I just labeled those with yellow to

18 highlight them.  I don't think it was -- that was the intent.

19   Q    Okay.  And are you aware as to whether or not

10:04AM   20 Saugus 1 and Saugus 2 has VOC concentrations that are above the

21 detection level?

22   A    I have not looked at that.

23   Q    Okay.  I'd like to display Exhibit 1 -- before we

24 do that, Mr. Daus, the -- you indicated that the extraction

10:05AM   25 system began operation in 2018; is that right?

            1          A      2017.  It started in 2017 and ramped up over

            2   time.

            3          Q      Okay.  And would the groundwater contours in a

            4   2019 map for OU-3A reflect the effluence of the groundwater

10:05AM     5   extraction wells?

            6          A      Yes.

            7          Q      Okay.  I would like to display Exhibit 190, which

            8   has been previously displayed and entered as an exhibit.

            9                 Mr. Hokkanen -- I'm sorry.  I'm getting ahead of

10:05AM    10   myself.

           11                 Mr. Daus, have you seen this before during your

           12   deposition?

           13          A      I believe I've seen this figure before, yes.

           14          Q      And the pink lines actually show perchlorate

10:06AM    15   contamination, which is one of the contaminants that you

           16   indicated flows at a quicker rate than TCE and PCE

           17   contamination?

           18          A      Yes, it does.

           19          Q      And this drawing or this figure is somewhat

10:06AM    20   consistent with your testimony that the wells -- the sentry

           21   wells on the west side of the -- of the site have little or no

           22   detection of perchlorate, as well as your TCE and PCE

           23   contaminants.  Is that -- is that -- does that appear to be

           24   what's reflected here?

10:06AM    25          A      Well, that's the way this figure is drawn.  I'd

```
        1    have to go and look at the data for perchlorate.  I wasn't as

        2    focused on that as I was on the VOCs.

        3        Q    Okay.  Here, we see some contour lines that

        4    actually point in the direction -- I'm sorry -- the direction

10:07AM 5    that goes to the -- goes west -- southwest of the

        6    Whittaker-Bermite site.  Do you see that flow direction here?

        7        A    I see that one that's drawn there, yes.

        8        Q    And the information that this was derived from

        9    was from -- it looks like an AECOM report.  Do you know who

10:07AM 10   AECOM is?

       11        A    I do.

       12        Q    Are they a reputable consulting firm?

       13        A    They do consulting work.  They are -- I think

       14   they do -- do good work.  I think they have a good reputation.

10:08AM 15       Q    And do you know whether or not AECOM does work --

       16   or does work for the Whittaker Corporation?

       17        A    They do work for Whittaker, yes.

       18        Q    And they do work in the field of groundwater

       19   evaluations, do they not?

10:08AM 20       A    They do groundwater work, yes.

       21        Q    Okay.  And so do you have any reason to doubt

       22   that their work would be credible?

       23        A    I have problems with their contouring that they

       24   have done on their contour maps, and I have expressed that

10:08AM 25   in -- I have shown that in my -- in my expert report.  So I
```

1    don't believe that they have accurately or -- done the

2    contouring.

3         Q       You mentioned some -- some -- that there were

4    some issues that you disagreed with.  With the data that you

10:09AM  5    disagreed with, would that impact -- would that have a

6    significant impact as to the groundwater contours?

7         A       They would on this map, yes.

8         Q       And what -- as your -- the issues that you

9    raised, are they to the -- all the contour lines or just

10:09AM  10    specific contour lines?

11        A       A large number of them onsite.  Not the ones

12    offsite.  The ones onsite, on OU-4, I have strong disagreement

13    with them about those.

14        Q       Okay.  And your showing disagreement is based

10:09AM  15    on -- what's the basis of your disagreement?

16        A       They didn't accurately plot the contours.

17                If you show me the original map that AECOM used,

18    I can demonstrate that.  From which I think Todd derived this

19    map, I can show you where there's error.

10:10AM  20        Q       Okay.  And did you yourself draw a contour map in

21    your report along the northern border of OU -- I believe that's

22    OU-4?

23        A       I did.

24        Q       And I guess I recall some of the sites that you

10:10AM  25    presented that stopped at the wells on -- on the west end --

1    west side.  What disagreement did you have with the groundwater

2    flow direction shown here?

3         A       They don't show the groundwater capture that's

4    being -- that's being resulting -- or that's resulting from the

5    groundwater extraction.

6         Q       And, for example, this -- this graphic was

7    generated in 2019.  Didn't you indicate that a 2019 contour

8    line map would reflect the pumping of your extraction system?

9         A       Yes, it would, but this map does not reflect

10   that.

11        Q       And why not?

12        A       It doesn't accurately present the contours.

13               If we go back to the original AECOM map that

14   shows the data -- this doesn't show the actual data at the

15   wells.  It simply shows the interpreted contour lines that

16   AECOM prepared.  So if we go back to that original map, I can

17   show you exactly what I'm talking about.

18        Q       Well, yeah.  Unfortunately, I don't have that at

19   the tip of my fingers.

20               But did you evaluate the perchlorate plume at

21   all?

22        A       It wasn't the focus of my analysis.  It was

23   mostly on the VOCs.

24        Q       But wouldn't you -- since perchlorate is one of

25   the contaminants at the Whittaker-Bermite site, wouldn't you

1   want to take a look at the flow migration of perchlorate to

2   determine whether or not the VOCs would -- would go in a

3   similar path?

4          A       And I did plot the -- the perchlorate data, but I

10:12AM   5   didn't really focus on that as I did on the VOCs.  There was --

6   this is mostly a VOC -- pardon me -- a VOC containment issue is

7   what I looked at.

8          Q       Okay.  There are some opinions by some of the

9   other -- the three other hydrogeologists that are our experts

10:12AM  10   in this case.

11             The first opinion is that perchlorate and VOCs

12   are generally located in the same source areas at the

13   Whittaker-Bermite site.  Do you agree with that?

14          A       I think we see some correlation of those, yes.

10:12AM  15          Q       Okay.  And another opinion that the experts share

16   is that generally perchlorate and VOC contamination will flow

17   in the same general flow paths.  Do you agree with that?

18          A       They will follow groundwater flow directions to a

19   degree.  Remember, you have to layer on top of that the --

10:13AM  20   the -- the hydraulic conductivity and the geologic conditions.

21          Q       Okay.  Mr. Daus, you earlier mentioned, you know,

22   soil vapor extractions conducted at the Whittaker-Bermite site;

23   is that correct?

24          A       Yes.

10:13AM  25          Q       And that was done by CDM Smith.  Do you know?

1586

```
 1        A      I think they did part of it.  I believe there may
 2   have been -- I don't know exactly who the different contractors
 3   were.  But CDM Smith did a fair amount of it, yes.
 4        Q      Okay.  And do you know how much VOCs that they
 5   found in the soil beneath the different -- at the
 6   Whittaker-Bermite site?
 7                   MR. GALLAGHER:  Outside the scope, Your Honor.
 8                   THE COURT:  Outside the scope of what?
 9                   MR. GALLAGHER:  His expert report and his prior
10   testimony.
11                   THE COURT:  Is that correct, Counsel?
12                   MR. GEE:  I'm not sure.  He did discuss VOC
13   contamination in the soil and the remediation.
14                   THE COURT:  I'm going to allow it.
15                   THE WITNESS:  I have a table that summarizes the
16   amount of VOCs that were extracted with the SVE, but I didn't
17   review the -- any prior estimates of mass.
18        Q      BY MR. GEE:  And how much VOCs were extracted?
19   Do you know?
20        A      I'd have to add them up, but it's in table --
21   maybe Table 1 of my expert report.
22        Q      Okay.  Would -- would the extraction of
23   approximately -- of -- do you know if it was more than
24   100,000 pounds?
25        A      Off the top of my head, I would say it's probably
```

10:14AM (lines 5)
10:14AM (line 10)
10:14AM (line 15)
10:14AM (line 20)
10:15AM (line 25)

1   less than 100,000 pounds or in that neck of the woods.  That's

2   certainly possible.

3        Q        Okay.  Do you know if there's any VOCs left over,

4   remaining in the soil at the Whittaker-Bermite site?

10:15AM   5        A        I suspect that there are some pockets of VOCs

6   that may be left.

7        Q        Okay.  And what happens to those VOCs that are

8   left in the soil?  Do they just -- do they migrate anywhere?

9        A        They'll volatilize over time.  Pardon my

10:15AM   10  Canadian.  They will volatilize over time.

11        Q        Okay.  And so the VOCs that are just above the

12  groundwater will volatilize too?

13        A        They will slowly volatilize and create a vapor

14  plume or vapor -- they will generate vapors.

10:15AM   15        Q        Okay.  Will any of that go into the groundwater?

16        A        It's certainly possible, yes, depending on how

17  high they are and where they are in the soil.

18        Q        And did you consider the possibility that VOCs in

19  the soil will migrate down into the groundwater in your

10:16AM   20  evaluation?

21        A        The groundwater containment system should contain

22  any VOCs, any residual VOC that may be associated with the

23  source.

24        Q        Okay.  And you mentioned that the VOC -- again,

10:16AM   25  the system started up in 2017.  And you mentioned that the

1588

1    Whittaker-Bermite site shut down in 1984.  So we're looking at

2    approximately 34 years between the shutdown of the site and --

3    and the -- and the startup of the groundwater extraction

4    system.

10:16AM    5    Do you have enough information to determine what

6    may have left the site prior to all the soil vapor extraction

7    and groundwater monitoring that started up in 2002?

8    A    I think based on the plume, the mechanics, how

9    the plume migrates and the plume distribution, yes.

10:17AM   10    Q    Okay.  And you mentioned that the sentry wells on

11    the west side of the Whittaker site shows very low readings of

12    VOCs.  And apparently it seems to, according to this drawing,

13    have fairly low concentrations of perchlorate.

14    Do you have enough information along the northern

10:17AM   15    border of OU-3 to make a determination as to whether or not

16    VOCs could be migrating off the northern portion of the

17    Whittaker-Bermite site?

18    A    I believe you meant OU-4.

19    Q    I'm sorry.  OU-4.

10:17AM   20    A    Well, there's a well up there, CW-01, that is

21    screened NSW -- or N Saugus 3A that has been ND for VOCs.  It's

22    had low detections for perchlorate.  And that falls, oh, just

23    along -- pretty much along that green flow arrow.  So

24    unfortunately, this map doesn't show that offsite well.

10:18AM   25    Q    Okay.  But there is perchlorate in that well?

1       A       Low levels, yes, I believe so.

2       Q       Like there's low levels in the sentry well site

3   that you have identified.

4       A       Yes.  And you have to look at the -- I think I

10:18AM   5   have the kymographs plotted as well for those wells.  So we can

6   look at the perchlorate over time in all of those wells.

7       Q       Okay.  My last set of questions is:  Did you look

8   as to whether or not the onsite extraction system would have an

9   impact on contamination that has already reached Saugus 1 and

10:19AM   10   Saugus 2?

11      A       I didn't look at any impacts that far offsite.  I

12  really was focused on the onsite containment.  So I didn't

13  consider Saugus 1 and 2 in my analysis.

14              MR. GEE:  Okay.  That's all I have.

10:19AM  15              THE COURT:  Let me just -- before you have

16  redirect, Mr. Gallagher, I do want to ask just -- when you say

17  that perchlorate and VOCs are generally located in the same

18  source areas at the Whittaker-Bermite site, just explain to the

19  jury, please, what you mean by that.

10:19AM  20              THE WITNESS:  What I mean by that?  Well, there

21  are some disposal areas where I think they are co-located.  I

22  believe it's Area 14 is one, for example, or there may have

23  been areas where they were -- where the waste was disposed at

24  the same location.

10:19AM  25              THE COURT:  Thank you.

1    All right.  Mr. Gallagher, redirect.

2    MR. GALLAGHER:  Thank you, Your Honor.

3    Can we pull up Exhibit 190.

4                    **REDIRECT EXAMINATION**

10:20AM  5    BY MR. GALLAGHER:

6    Q    I would like to show you Exhibit 190.  It's

7    already been shown to you.  And you mentioned there is an

8    original map.  I would like to, before we do, make sure it's

9    okay, Exhibit 392, page 98.  I don't know if that's been

10:20AM  10   stipulated to, but I believe that's the original map.

11   A    Counsel, I think this is the third quarter one

12   that you have.  I think the one that was shown may have been

13   the second quarter.  May have been May, June.

14   Q    I will try to find that.  Do you recall if it was

10:20AM  15   on your slides?

16   A    No.  I had the September one on my slides.

17   Q    We will get back to that, see if we can find it.

18   You recall Mr. Gee asking you a number of

19   questions about the status of various activities as it relates

10:21AM  20   to DTSC and whether or not certain things have been, for lack

21   of a better term, closed.  Do you recall that?

22   A    Yes.

23   Q    All right.  Can we show Exhibit 13 -- I'd like to

24   show Exhibit 1316.

10:21AM  25   MR. GALLAGHER:  And there's a series of documents

1      that I'd like to show the witness that identifies the various

2      closure activities at the site.

3                    THE COURT:  And please do indicate whether, when

4      you're introducing something new, if it has been stipulated to.

10:21AM  5                    MR. GALLAGHER:  I believe it has.  I just want to

6      confirm because it just came up.

7                    Any objection?

8                    MR. GEE:  No.  It's stipulated, Counsel.

9                    MR. GALLAGHER:  All right.  Just making sure.

10:21AM  10                (Marked for identification and received

11                into evidence Exhibit No. 1316.)

12                    MR. GALLAGHER:  Can we show 1316, please?

13      Q      Do you see this document?

14      A      I do.

10:22AM  15      Q      Do you recognize this document as part of your

16      review in preparing for your opinions today?

17      A      Yes, I do.

18      Q      Okay.  And can you describe for us what it is?

19      A      This is a letter to Dr. Amini, who I mentioned

10:22AM  20      earlier, that essentially gives the approval of the remedial

21      action completion report.  So they prepared a report that

22      essentially says we have completed the remedial actions that we

23      had specified to do under the RAP, four operable units, 2

24      through 6.

10:22AM  25              Q      And the significance of this I believe we

1592

1   discussed, but if you could briefly summarize what this means.

2        A        This basically means that what the -- that the

3   work that was done was completed and that no further work is

4   required at this time.

10:22AM  5              MR. GALLAGHER:  Next exhibit is 1317.  It has

6   been stipulated to.

7              (Marked for identification and received

8              into evidence Exhibit No. 1317.)

9              MR. GEE:  Counsel, I believe it's for ID only.

10:23AM  10             MR. GALLAGHER:  It was stipulated to.

11             THE COURT:  Is there an objection, Mr. Gee?

12             MR. GEE:  No.  This is fine.

13             THE COURT:  All right.  1317 will be received

14   without objection.

10:23AM  15             MR. GALLAGHER:  Thank you.

16        Q        And do you recognize this document?

17        A        I do.

18        Q        And did you look at it as part of your review for

19   your opinions today?

10:23AM  20        A        I did.

21        Q        What is the import of this document?

22        A        It basically specifies that the remedy

23   implementation is complete in operable Unit 7.  That was the

24   permeable reactive zone.  And operable Unit 7 -- this part of

10:23AM  25   operable Unit 7 is the northern alluvium, so it is in that

1    Metrolink area.

2        Q     And the significance of this in terms of DTSC

3    oversight, do you have an understanding?

4        A     DTSC has stated that the work that was proposed

10:23AM   5    has been completed.

6              MR. GALLAGHER:  And the next exhibit that has

7    been stipulated to is 1390.

8              (Marked for identification and received

9              into evidence Exhibit No. 1390.)

10:24AM  10              MR. GEE:  We had an objection, but it's fine for

11   you to bring it up.  I think we might have withdrawn it.

12              THE COURT:  It will be received.

13        Q     BY MR. GALLAGHER:  And do you recognize this

14   document?

10:24AM  15        A     Yes.

16        Q     And did you look at this document as part of your

17   preparation for your opinions today?

18        A     I did look at this document, yes.

19        Q     And what's the import of this document, if any,

10:24AM  20   as part of your analysis?

21        A     It's basically a soil vapor extraction progress

22   report.

23        Q     Any significant takeaways or any import to it in

24   terms of your analysis?

10:24AM  25        A     I'd have to look at the document a little more

1594

1      closely.

2           Q      Do you know if it indicated the success or

3      otherwise of the extraction system?

4           A      This would be the right -- the right time frame

5      for that, yes.  It would form for the -- part of the basis for

6      that remedy completion report.

7           Q      And do you know if the soil vapor extraction

8      system continues, as we sit here today?

9           A      I believe they're done.

10                MR. GALLAGHER:  And we will move on to the next

11     exhibit, Exhibit 1424, which has been stipulated to as well.

12                (Marked for identification and received

13                into evidence Exhibit No. 1424.)

14                THE COURT:  Before you move on, could you

15     explain, if you know, the scope of the -- the soil vapor

16     extraction remedy.  Was it across the site and only across the

17     site?

18                THE WITNESS:  It would have been in areas that

19     were identified as source areas.  So it's a method for

20     extracting or cleaning up sources above the water table for

21     VOCs.

22                THE COURT:  All right.  Let me just start with

23     maybe a slightly different question.

24                Was the soil vapor extraction remedy implemented,

25     as far as you know, on any location outside the

 1    Whittaker-Bermite site?

 2                    THE WITNESS:  I believe they're only onsite.

 3                    THE COURT:  And so this was just where in

 4    operable Units 1 through 6 where it was called for in a sense

 5    and approved?

 6                    THE WITNESS:  It was -- it would have been

 7    identified in the remedial action plan as well as the goals,

 8    and those goals are particularly to protect human health and

 9    and environment.

10                    THE COURT:  All right.  You can continue.

11                    MR. GALLAGHER:  Yes, Your Honor.

12                    Next exhibit is 1424.  It was stipulated to.

13                    MR. GEE:  Yeah, it's stipulated, Counsel.

14                    MR. GALLAGHER:  Thank you.

15        Q      Have you reviewed this document as part of your

16    preparation for today's opinions?

17        A      I have looked at this document, yes.

18        Q      And can you tell us what the import of it is?

19        A      It's essentially the draft soil remediation

20    closure report.  It's a comment letter back from DTSC.

21        Q      Do you know when the remediation began in OU-1?

22        A      I can't recall off the top of my head, no.

23        Q      Do you know if it was in the 1990s?

24        A      There's been remediation done at many of these

25    different levels, either soil excavation in some way, shape, or

1       form, so that wouldn't -- that wouldn't surprise me that it's

2       in the mid '90s, in that neck of the woods.

3            Q       Do you know if the DTSC has any involvement

4       following this letter of June 2010 in terms of monitoring

10:27AM  5       activities otherwise with OU-1 and the soil?

6            A       I believe that they're done with the soil -- with

7       the soil remedy.  All the work has been done.

8                    MR. GALLAGHER:  Next exhibit I'd like to show you

9       is 1425.  It was stipulated to.

10:28AM 10                    MR. GEE:  Yes.  It was stipulated to.

11                    THE COURT:  Is there an objection to 1425?  And I

12      would appreciate counsel not communicating with each other.  I

13      just simply need to know whether it's stipulated to or whether

14      there's an objection so, when it's identified, Mr. Gee, either

10:28AM 15      say "objection" or it's going to get received.

16                    MR. GEE:  Yes, Your Honor.  We have these large

17      tables of exhibits.  So sometimes it takes a few minutes to --

18                    THE COURT:  I do understand.  Just ask for a

19      moment if you need.  I'm just trying to move this along

10:28AM 20      consistent with your ability to properly review.

21                    Is there an objection to 1425?

22                    MR. GEE:  No.

23                    THE COURT:  It will be received.

24                    MR. GALLAGHER:  Thank you, Your Honor.

10:28AM 25      ///

```
 1              (Marked for identification and received
 2              into evidence Exhibit No. 1425.)
 3         Q         BY MR. GALLAGHER:  Have you seen this document
 4    before?
 5         A         I have.
 6         Q         And what is it?
 7         A         It's the approval of the remedial action
 8    completion report, sometimes called a RACR for operable unit 1.
 9         Q         And what's the import for having an approval of a
10    completion report or RACR?
11         A         It basically says you have done everything you
12    have specified in your RAP, in your remedial action plan.
13              MR. GALLAGHER:  And the last exhibit is 1426.  I
14    do believe it was stipulated to, but I'd like to confirm.
15              MR. GEE:  We are fine with that.
16              THE COURT:  It will be received.
17              MR. GALLAGHER:  Thank you, Your Honor.
18              (Marked for identification and received
19              into evidence Exhibit No. 1426.)
20              MR. GALLAGHER:  This is the last document in the
21    series.
22         Q         Do you have an understanding as to what this
23    document is?
24         A         Again, it's similar to the last one.  It's the
25    approval of the RACR or the remedial action completion report
```

1598

1    for operable units 2 through 6.

2         Q    And these completion reports that you just

3    reviewed or approvals of these completion reports that you just

4    reviewed, they're for OU-1 through -6; correct?

10:29AM   5    A    Yes.

6         Q    And I think it also touched on OU-7; correct?

7         A    And parts of OU-7, yes.

8         Q    Moving on, I believe Mr. Gee started to address

9    the concept of a detached plume.  Do you recall that

10:30AM  10   discussion?

11        A    Yes.

12        Q    Okay.  Do you have an opinion as to whether or

13   not there's a de -- evidence of a detached plume at the site or

14   offsite?

10:30AM  15        A    I see no evidence of a detached plume nor the

16   conditions that would create a detached plume.

17        Q    And for the benefit of all of us, can you just

18   describe what the concept of a detached plume is?

19        A    So a detached plume would be a pulse or a slug of

10:30AM  20   contamination that is released to the groundwater that moves

21   out ahead of the source area, is cut off from the source, and

22   continues to move such that there is a separate entity or a

23   separate plume that's detached from the source.  And it would

24   require very specific conditions for that to actually occur.

10:30AM  25   So you would have to separate the source from the rest of the

1599

1    plume.  That just wasn't done.

2         Q      And how do you know that as you sit here?  What

3    data or evidence is there that there is no such detached plume?

4         A      Well, I would look for the -- the separation of

10:31AM  5    the source area from the rest of the plume that the -- you have

6    to remember these compounds are very sticky, PCE and TCE.  They

7    stick to the soil very, very well.  They will kind of linger in

8    the soil.  It's a long-term process to get those out of the

9    soil, particularly in the groundwater.  And so they don't --

10:31AM 10   they don't just flush through the soil easily.  And I don't see

11   the conditions that would have resulted in that source area to

12   be separated from the plume that would originate from that

13   source area.

14        Q      In other words, you don't truly see a detached

10:31AM 15   plume.  Are you saying, then, that you're going to see evidence

16   of connecting two plumes?

17        A      Yes.  There should be a trail.  There should be

18   a -- for lack of a better word, there should be a pathway that

19   should be evident from the source to the plume that originates

10:32AM 20   from that source.

21        Q      And is that due to the nature of VOCs?

22        A      Due to the nature of the VOCs and due to the

23   nature of the work that's been done and of the geology itself.

24   So it's a total package.

10:32AM 25        Q      Going back to -- can we pull up Exhibit 171?  No.

| | |
|---|---|
| 1 | Sorry.  Strike that.  190.  It's admitted and stipulated to. |
| 2 | Turning back to this quickly, and then we will |
| 3 | wrap this up.  This map was prepared by whom? |
| 4 | A     It looks like it was prepared by |
| 10:32AM 5 | Todd Groundwater. |
| 6 | Q     Okay.  In September 2020? |
| 7 | A     It's dated September 2020 based on the May, June |
| 8 | 2019.  Let me back up for a second.  It's very interesting. |
| 9 | You don't see a detached plume in this representation.  There's |
| 10:32AM 10 | no detached plume. |
| 11 | Q     That was going to be my question.  Do you also |
| 12 | see that the VOC plume, specifically TCE, has been delineated? |
| 13 | A     This is the perchlorate and TCE map.  It appears |
| 14 | that they have drawn a -- a plume, yeah. |
| 10:33AM 15 | Q     And even with their interpretation of the TCE |
| 16 | plume, is that plume still within the western boundary of the |
| 17 | site? |
| 18 | A     Certainly the TCE plume is, yes. |
| 19 | MR. GALLAGHER:  Nothing further. |
| 10:33AM 20 | THE COURT:  Mr. Gee. |
| 21 | **RECROSS-EXAMINATION** |
| 22 | BY MR. GEE: |
| 23 | Q     Mr. Daus, I believe counsel asked you whether |
| 24 | there was evidence of a detached plume both onsite and offsite. |
| 10:33AM 25 | Do you recall that? |

1      A       He said, is there evidence of a detached plume

2   offsite?

3      Q       And your evaluation, though, I believe you

4   testified that you only considered onsite and the immediate --

10:33AM   5   the area immediately next to the onsite; is that correct?

6      A       Yes.  I looked at the plume definition, the plume

7   delineation, and it shows what the delineation of that plume

8   is, whether it's a TCE plume.

9      Q       And you didn't look at any evidence of a detached

10:34AM  10   plume, for instance, beyond Saugus 1 and Saugus 2; is that

11   correct?

12      A       I looked at the evidence onsite for a detached

13   plume and did not see that either in the monitoring data, at

14   sentry wells, or in the work that was conducted on the site.  A

10:34AM  15   detached plume is a very rare circumstance.  It's often been

16   cited as a potential to explain something that people have a

17   hard time trying to understand.

18          It's a -- it requires very specific conditions.

19   It requires that the source be remediated faster than the

10:34AM  20   groundwater plume such that I have this plume that's

21   disconnected.  I have clean water behind this plume that's

22   migrated off the -- off the -- off the source area and kind of

23   away from the source area.  It's a -- it's, like I said, it's a

24   very rare kind of an occurrence.

10:35AM  25      Q       Okay.  And counsel read to you some completion

1602

1       reports.  Do you recall that?

2            A       Yes.

3            Q       And basically the completion report indicates

4       that the regulated entity has done what it said it was going to

10:35AM  5       do in its cleanup plan; is that correct?

6            A       It's the completion of the remediation action

7       plan, yes.

8            Q       And you testified earlier that there remains some

9       VOCs in the soil beneath the site.

10:35AM 10           A       No.  I said there could.  Oftentimes, the

11      remediation is not 100 percent complete, but it's complete

12      enough to protect groundwater and human health and the

13      environment.

14           Q       But wouldn't another interpretation of -- let me

10:35AM 15      back up.

16                   Do you know what a risk-based closure is?

17           A       A risk-based closure is along those lines, yes.

18           Q       And that's a common concept, isn't it, for site

19      cleanups?

10:35AM 20           A       Yes, it is.

21           Q       Does a risk-based closure mean there is no risk

22      after cleanup?

23           A       It means that it meets the acceptable threshold

24      for risks.

10:36AM 25           Q       Okay.  And in certain circumstances, isn't the

1  risk of the remedy greater than leaving the contamination in

2  place?

3        A       In certain circumstances is the risk of the

4  remedy greater than leaving?  I think I'd have to think about

10:36AM  5  that particular condition.  I think it really depends on a

6  site-specific condition.  For example, if I had a spill in a

7  creek, sometimes the oil, they would leave it in place because

8  the remedy would be to tear up the creek, and they don't want

9  to do that.  So it depends on the contaminant and depends on

10:36AM  10  the specific application.

11        Q       And do you -- you reviewed the site conditions as

12  part of your work, did you not?

13        A       I looked at the site conditions, yes.

14        Q       And do you know how far it is from the surface of

10:36AM  15  the site -- for example, in area 14, do you know what the

16  distance is from the soil at the site down to groundwater?

17        A       From the surface of the site to groundwater, I

18  don't recall the exact depth.

19        Q       But approximately -- do you have an approximate

10:37AM  20  estimate?

21        A       Not without looking at my documents.

22        Q       Okay.  What about in the Burn Valley area?  Do

23  you have an approximate estimate of the distance between the

24  surface and groundwater?

10:37AM  25        A       Same answer.  I'd have to look at my documents.

1    Q      All right.  Well, would it be -- would it be more

2    than 100 feet?

3    A      I believe it's more than 100 feet, yes.

4    Q      Okay.  So in certain circumstances, would it be

5    more risky to excavate soil down to 100 feet to remove some

6    contamination than to actually remediate it?

7    A      Well, that's the beauty of soil vapor extraction.

8    I don't have to excavate it.  I can remove it using these vapor

9    extraction wells.

10   Q      Okay.  So you don't recall what -- what level of

11   VOCs are remaining in the soil, and you have no opinion on

12   that.

13   A      I would have to look at the documents.

14   Q      Okay.  All right.  But without looking at it, as

15   you sit here today, you do not remember what those numbers are?

16   A      I don't recall what the numbers are, what the

17   final closure numbers.

18          MR. GEE:  Okay.  That's all I have.

19          THE COURT:  If you have more than a minute, we're

20   going to break.

21          MR. GALLAGHER:  I'm done.  I just wanted to give

22   you the exhibit number for the slide deck that was presented.

23   It is 1457.

24          THE COURT:  All right.  You have no further

25   questions for this witness?

1          You are free to leave, sir.  Thank you.

2          We are going to take our morning break.  It's now

3     almost 10:40.  We will break until 10:55.

4          Please remember, don't speak to anyone about the

10:39AM    5     case, the people, or the subject matter involved.  Continue to

6     keep an open mind.  See you back here in 15 minutes.

7              (The following proceedings were held in

8               open court outside the presence of the jury:)

9          THE COURT:  We are in recess.

10:54AM   10              (The following proceedings were held in

11               open court in the presence of the jury:)

12          THE COURT:  We are back on the record in the

13     trial matter.  We are still in the defense case.

14          Mr. Blum, your next witness.

10:58AM   15          MR. BLUM:  Yes, Your Honor.  Whittaker will call

16     Gary Hokkanen.

17          THE COURT:  All right.

18          THE CLERK:  Good morning, sir.  Would you please

19     walk all the way around.  Sir, please raise your right hand.

10:58AM   20          Do you solemnly swear that the testimony you

21     shall give in the cause now before this Court shall be the

22     truth, the whole truth, and nothing but the truth, so help you

23     God?

24          THE WITNESS:  Yes.

10:58AM   25          THE CLERK:  Thank you.  Please be seated.

1       MR. BLUM:  Your Honor, the entirety of

2  Mr. Hokkanen's slide deck is for demonstrative purposes only,

3  and it will be Exhibit 1458.

4       THE COURT:  Very well.

10:58AM   5       THE CLERK:  Sir, for the record, would you please

6  state your name and spell your last name.

7       THE WITNESS:  Yes.  Gary Hokkanen,

8  H-o-k-k-a-n-e-n.

9       THE COURT:  Mr. Blum.

10:58AM  10                    **GARY HOKKANEN,**

11            **CALLED BY THE DEFENDANT, WAS SWORN.**

12                    **DIRECT EXAMINATION**

13  BY MR. BLUM:

14       Q     Mr. Hokkanen, what is your profession?

10:59AM  15       A     I am a principal hydrogeologist.

16       Q     And what is hydrogeology?

17       A     Hydrogeology generally is the study of the

18  movement of groundwater, and I specialized in the contaminant

19  transport, how chemicals move in groundwater, what affects

10:59AM  20  them, how they move, that sort of thing.

21       Q     Is that in your industry called fate and

22  transport?

23       A     Fate and transport of chemicals in groundwater,

24  yes.

10:59AM  25       Q     And what education do you have in that regard?

```
         1      A      Well, I started out with a Bachelor's degree in

         2  civil engineering.  I specialized in environmental engineering

         3  at the University of Minnesota.  I graduated in 1980.  And I

         4  then have a Master's degree from the University of Waterloo,

10:59AM  5  studied groundwater and contaminant transport, fate and

         6  transport of chemicals.

         7      Q      The University of Waterloo is in Canada?

         8      A      In Ontario, Canada, yes.

         9      Q      Why the University of Waterloo?

11:00AM 10      A      Well, after my Bachelor's, I went to work for the

        11  U.S. Environmental Protection Agency in 1980, spring of '80.

        12  And for two years I worked on what's called the

        13  Superfund Program.  What we did is try to identify contaminated

        14  sites and put them -- the worst ones on the national priority

11:00AM 15  list.  These are the worst contaminated sites in the country.

        16  I got very interested in this new field, got interested in the

        17  groundwater aspect.  And Waterloo at the time and, quite

        18  frankly, still is sort of the premier groundwater and

        19  contaminant transport program in the world.

11:00AM 20      Q      Are you familiar with somebody named John Cherry?

        21      A      John Cherry was on my advisory committee, yes.

        22      Q      Who is Mr. -- I guess it's Dr. Cherry.  Who is

        23  he?

        24      A      Dr. Cherry is one of the most well-known

11:00AM 25  hydrogeologists in the world.  He's written a seminal book.  He
```

1    led the program at Waterloo for a number of years.  Very

2    prominent hydrogeologist.

3            Q       Did you study under him?

4            A       I did, yes.

11:01AM    5    Q       And when did you leave Waterloo?

6            A       1984.

7            Q       What did you do then?

8            A       Went into consulting.  Worked for a number of

9    different firms investigating and remediating contaminated

11:01AM    10   sites, primarily focusing on groundwater although I did a

11   number of soil investigations and remediations.  The majority

12   of these sites were chlorinated solvent sites, chemicals like

13   TCE and PCE.

14           Q       What kind of different sites did you work on?

11:01AM    15   VOC sites.

16           A       Well, these -- these TCE and PCE are extremely

17   widely used chemicals.  They're great solvents.  They're used

18   in a wide variety of industries.  They're used at gas stations.

19   PCE is used or was used at dry cleaners all over the country.

11:01AM    20   So quite a few businesses and industries used these chlorinated

21   solvents, contaminated soil and groundwater, and then that's

22   where I got involved.

23           Q       And how many different VOC sites have you worked

24   on?

11:02AM    25   A       Well, I have been doing this about 40 years, and

```
          1    it's somewhere over 100.  I haven't really added up.  Some I

          2    worked on for years and years.  Others I advised on in short

          3    periods of time.  Quite a few.

          4         Q      And at some point did you start testifying in

11:02AM   5    courts?

          6         A      Yes, I did.  It was 12, 14 years ago or so.  I

          7    started this sort of this expert testimony, yes.

          8         Q      How many times have you testified in court?

          9         A      Well, I have been deposed over 20 times.  In

11:02AM  10    trials four or five times.

         11         Q      In each of those cases were -- did the Court

         12    declare you to be an expert in hydrogeology?

         13         A      Yes.

         14         Q      All right.

11:02AM  15                THE COURT:  And, counsel, I'm going to strike the

         16    answer without a foundation.  Courts typically don't make, at

         17    least not this Court, doesn't typically make that type of

         18    finding.  I will strike the answer.  If you want to establish a

         19    foundation, you can.

11:03AM  20                MR. BLUM:  No.  It's okay.

         21         Q      When did you start working in this case?

         22         A      Summer of 2019.

         23         Q      And what was your assignment at the time?

         24         A      My assignment was to start to review data,

11:03AM  25    groundwater flow and water quality data that had been collected
```

1610

1    at the Bermite site and offsite, trying to identify if

2    contaminants, primarily VOCs, from the Bermite site had

3    impacted production wells.

4                MR. BLUM:  All right.  If we can see Exhibit 158,

11:03AM  5    please.

6         Q        The production wells, do you see those wells,

7    what you call production wells on this map?

8         A        Yes.  These are the ones with the yellow and red

9    circles.

11:04AM 10        Q        And is V-157 a production well you looked at?

11        A        V-157 was shut down, I think abandoned, by the

12    time I got involved.

13        Q        Okay.  So can you tell the jury which -- which

14    wells you looked at in relation to production wells?

11:04AM 15        A        I focused quite a bit on Saugus 1 and 2, these

16    two wells here.  V-201 and V-205, I have spent some time

17    looking at the data from Q2 up here and then also to a certain

18    extent these two wells, NC-11 and NC-13.

19        Q        Did you also look at groundwater onsite data?

11:04AM 20        A        Quite a bit of data, yes.

21        Q        Now, how important is data to a hydrogeologist?

22        A        Data is the primary thing we use to understand

23    groundwater flow, contaminant transport, how chemicals move,

24    where they move, how far they have moved.  And we go to the

11:05AM 25    trouble of installing and constructing groundwater monitoring

wells, collecting water levels to help tell us where

groundwater is moving.  And then we collect water samples, get

them analyzed by an analytical lab to tell us where

contaminants are, what concentrations they are, and also where

11:05AM   contaminants aren't which is very important in understanding

the size and breadth of these plumes, these areas of

contamination that we're looking at.

Q      And how much data in this case did you look at?

A      There's a lot of data in this case.  It's a large

11:05AM   area.  I have looked at data over 10 to 15 years from over

200 monitoring wells in this area.

Q      Okay.  And even though you're employed here as an

expert, do you consider yourself a scientist?

A      Very much so.

11:06AM   Q      Can you explain why that is true?

A      Well, I try to solve complicated subsurface

problems.  I collect or have people collect for me data or look

at data that's already been collected and try to understand

what's going on in the subsurface, where groundwater is moving,

11:06AM   where contaminants are, where they started, where they're

going, how far they have gone, that sort of thing.

Q      Okay.  Mr. Hokkanen, as a scientist what role

does humility play in what you do?

MR. RICHARD:  Objection.  I'm not sure I heard it

11:06AM   correctly.  But I will object as vague.

```
 1                    THE COURT:  Sustained.  Ask a different question.

 2         Q     BY MR. BLUM:  As a scientist, do you have to be

 3    able to say "I don't know" in answer?

 4         A     Well, I deal with the subsurface.  I can't see

 5    it.  I can't touch it which is, to me, quite interesting and

 6    challenging.  I collect a lot of different data and draw

 7    conclusions from those data.  I don't know everything going on

 8    in the subsurface.  I collect data and then draw conclusions

 9    from that.

10                    MR. BLUM:  If we could put up to start Exhibit --

11    I think it's 190.

12         Q     Now, have you seen Exhibit 190, Mr. Hokkanen?

13         A     Yes, I have.

14         Q     And what is it?

15         A     This is a representation -- it contains a lot of

16    information.  It's a representation of data collected in the

17    second quarter of 2019.

18         Q     And is this just -- is this data from one source

19    or from multiple sources?

20         A     Well, it's data from a number of monitoring

21    wells, both water level data and water quality data.  It is

22    collected basically over a few days, very short period of time.

23    So it represents essentially a snapshot of time.

24         Q     Okay.  Now, do you see the green line?

25         A     There's two of them, yes.
```

11:06AM (line 5)
11:07AM (line 10)
11:07AM (line 15)
11:07AM (line 20)
11:08AM (line 25)

1    Q      The one on top.

2    A      Yes.

3    Q      Do you know what that's supposed to represent?

4    A      What the legend says, it represents perchlorate

11:08AM  5  and TCE migration pathway.

6    Q      Okay.  And in your opinion, is that a pathway for

7    the movement of VOCs?

8    A      The data doesn't show that that's a pathway, no.

9    Q      And what data are you relying upon?

11:08AM  10  A      Relying on water quality data and also

11   groundwater water levels that we determine which way

12   groundwater is flowing.  And you can see that on this figure in

13   the blue lines.

14   Q      And what specifically are you talking about?

11:08AM  15  A      The blue lines -- and here's a few of them

16   here -- these represent equal elevations of water level in the

17   ground.  Groundwater flows perpendicular, essentially -- I like

18   to say groundwater flows downhill.  So groundwater essentially

19   flows perpendicular to those blue lines.

11:09AM  20  Q      How does that affect your opinion as to whether

21   the upper green line is accurate?

22   A      Well, the upper green line seems to take a bit of

23   a -- sort of a route not along the groundwater flow direction.

24   And I'd like to point out that these two green lines -- we're

11:09AM  25  missing a number of lines.  Groundwater doesn't flow just along

1614

```
 1    two green lines.  Groundwater is flowing along this whole area.

 2    So there are a number of lines where groundwater is flowing all

 3    through this area.

 4         Q    But all perpendicular to the blue lines; correct?

 5         A    And the blue lines, again, it's subsurface.  It's

 6    like a hill at the surface.  It's the topography of the water

 7    table essentially.  So groundwater flows downhill basically.

 8         Q    And the blue lines, are they called contour

 9    lines?

10         A    They are contouring the water level, yes.

11         Q    Okay.  Now, if we take a look at the -- again,

12    the upper green line, is there any well data along that line

13    that is inconsistent or consistent with that being a pathway

14    for movement of VOCs?

15         A    Yes, there is.  There are two well nests.

16    There's one right up in here somewhere.  I don't have the exact

17    location.  And then there's a very important well nest right

18    here.

19              And what a well nest is are multiple wells

20    screened at different depths at basically the same location.

21    And there -- this is representing, just to go back and look at

22    the legend down here, this is representing one of the layers in

23    this Saugus formation, representing Saugus 3A.  There is a

24    well, Saugus 3A well essentially right here, and there is a

25    well, Saugus 3A well there.
```

11:09AM (line 5)
11:10AM (line 10)
11:10AM (line 15)
11:10AM (line 20)
11:11AM (line 25)

1          Now, I also want to point out that the wells here

2   are 500 feet east of Saugus 1.  Those wells were specifically

3   put in to detect any contaminants moving toward Saugus 1 from

4   the east.  They're what we call sentry wells.  They're

5   essentially guarding sort of the east side of Saugus 1.  The

6   well that is screened in Saugus 3A has never detected TCE or

7   PCE.

8          Q       How about the one below that, the one that is I

9   think at the 1030 contour?

10         A       This one here has also not detected TCE or PCE.

11         Q       In the 3A aquifer; correct?

12         A       In 3A, yes.

13         Q       Why is that significant?

14         A       Well, if there was VOCs, TCE or PCE moving in

15   this direction, you would see detections of TCE and/or PCE in

16   those wells, and we don't.

17         Q       Is that a general way that hydrogeologists look

18   to find pathways?

19         A       Yes.  There are a couple of ways.  The best way

20   to do it is with water quality data.  It's fairly simple.  We

21   start putting wells in and measuring water quality near where a

22   release occurred.  And then we start moving in a downgradient

23   direction where the contaminants are moving.  We keep putting

24   wells in and measuring the water quality until we don't see it

25   anymore.  And where you start getting non-detects, that's

1       basically the edge of the problem.

2              Q       So sort of like each well is just like bread

3       crumbs if the TCE was there?

4              A       If you keep seeing TCE, you're in the middle of

11:12AM   5   an impacted area that we call a plume.  When you start not

6       seeing it anymore, then you're beyond that area.

7              Q       Now, does this map which was figure 2 from

8       Ms. Stanin, does it show a contour line for TCE?

9              A       Yes, it does.  The edge of the area that's been

11:13AM  10   impacted by TCE is -- it's hard to see on the original figure.

11      I'm drawing it.  This is what's been drawn as the edge of the

12      TCE area.

13             Q       It's not going offsite, is it?

14             A       It's moving in the northwest direction as

11:13AM  15   perchlorate has towards Saugus 1 and 2, but this is the extent

16      of -- it hasn't gone beyond that border, no.

17             Q       In the entirety of the documents you have

18      reviewed, have you seen any environmental professional draw a

19      contour line for VOCs that would include Saugus 1 or Saugus 2?

11:13AM  20             A       I have -- there are a lot of data.  Data goes

21      back about 15 years or so.  And the TCE area of contamination,

22      this plume, is generally what you see here on this figure.

23             Q       Okay.  All right.  Let's move on.

24             So looking at all the data you did, did you form

11:14AM  25   an opinion as to whether or not the site, the Whittaker-Bermite

1    site, is the source of any contamination in either Saugus 1,

2    Saugus 2, V-201, or V-205?

3        A       Yes, I have.

4        Q       What is your opinion?

11:14AM 5        A       As I testified to earlier, I have looked at data

6    from over 200 wells over 10 to 15 years.  I have looked at the

7    water -- general groundwater direction.  My conclusion was that

8    VOCs, including TCE and PCE, have not migrated to the

9    Saugus 1, 2, 201, 205.

11:14AM 10       Q       All righty.  Let's take a look at -- all right.

11               Now, the first -- the second slide, what is it?

12       A       This is a figure from, I believe, Ms. Stanin's

13   expert report.

14       Q       Okay.  And what do you understand it to be?

11:15AM 15       A       She was representing plausible pathways for VOC

16   migration from the Bermite site.

17       Q       All right.  Now, I want to focus on this pathway,

18   on the one where -- do you see the one where the red dotted

19   line is?

11:15AM 20       A       Yes.

21       Q       And look at the one right above it.

22       A       Yes.

23       Q       Okay.  Now, that's drawn very narrowly; correct?

24   Not much width to it; correct?

11:15AM 25       A       Very narrow, yes.

```
 1          Q       Do pathways -- is that how pathways really react
 2   in the subsurface?
 3          A       I have investigated and studied plumes for
 4   decades now, and no.  The answer is no.  The movement of
 5   chemicals in groundwater don't move along a narrow line.
 6   They -- they tend to widen actually from the release point.  So
 7   you have a release.  As they continue to migrate downgradient
 8   dissolved in the groundwater, these areas of contamination --
 9   these plumes tend to widen with time.
10          Q       And what's dispersion?
11          A       Dispersion is actually related to your last
12   question.  It's essentially the lateral migration of
13   contaminants as the dissolved chemicals move in and around --
14   with the groundwater in and around the soil particles.
15   Groundwater doesn't move in a straight line.  The groundwater
16   exists within sands, gravels, clays, that sort of thing.  So
17   the water has to move in and around all these particles, and
18   the chemicals do the same thing.
19          Q       Let's talk about aquifers.  Is aquifer like a
20   river you would see above ground?
21          A       No.  The water exists between -- in the pore
22   spaces, the empty spaces between all the soil particles.
23          Q       Okay.  And I want to show you the -- take a look
24   at what's going on in -- this is an example of dispersion?
25          A       Yes.  As you can see, the yellow lines represent
```

11:15AM (line 5)
11:16AM (line 10)
11:16AM (line 15)
11:17AM (line 20)
11:17AM (line 25)

1    the pathways that groundwater will take as it has to go in and

2    around the soil particles.  Dissolved chemicals follow along

3    with the groundwater.

4              So as you can see here, some of these -- some of

11:17AM  5    these wiggly lines, what we call tortuous pathways, move

6    laterally.  They move -- move to the side of the general

7    groundwater flow direction.  As you can see with distance, the

8    contaminants move to the side, so the plume gets wider.

9         Q    In other words, it sort of expands out like an

11:17AM  10   upside-down pyramid?

11        A    Something like that, yes.

12        Q    And is that what you generally see in the

13   subsurface?

14        A    We do.  As a matter of fact, dispersion was a key

11:18AM  15   subject of my Master's thesis back at Waterloo.  It's a

16   well-established principle.  And yes, we see it in the plumes

17   that we investigate.

18              MR. BLUM:  Now, if we can quickly put up 190

19   again.  Actually, yes.  Put up 190, please.

11:18AM  20        Q    Now, the plume map which is Exhibit 190, is it

21   from a specific time frame?

22        A    Yes.  It's from the second quarter of 2019.

23        Q    Right.  And you said I think it's based on two to

24   three days of monitoring?

11:18AM  25        A    There's quite a few wells.  You can't sample them

1    all in one day, so it takes several days to sample all the

2    wells, yes.

3        Q        And is the pink -- I guess it's pink.  Is that

4    called a plume?

11:18AM  5        A        Yeah.  It's the area that -- in this case,

6    perchlorate has been detected in wells, and that area we call

7    plume.

8        Q        And is this the only -- was May, June 2019 the

9    only plume map that was created?

11:19AM  10        A        No.  There's been a number of them in years prior

11    to 2019, and they don't look like this.

12        Q        Pathways change over time?

13        A        Pathways change, yes.  And this particular

14    figure -- I should have mentioned this earlier.  What we do

11:19AM  15    when we draw these pink lines is we -- we're true to the data.

16    So we draw the lines based on the data we collect during that

17    period of time.  That particular drawing was drawn because one

18    of the wells on the border, the western border of OU-4, was a

19    non-detect.  It has never been non-detect before.

11:19AM  20        Q        Non-detect for perchlorate?

21        A        For perchlorate, yes.

22        Q        Now, Mr. Hokkanen, as the plume direction

23    changes, what impact does that have on where contaminants go?

24        A        Yes.  Well, where the groundwater flow direction

11:20AM  25    changes with time and based on water levels that, again, have

1   been collected over 15 years or so, the groundwater does change

2   a bit depending on the time of the year, rainfall events, rainy

3   season in this area.  So sometimes it's moving straight,

4   straight northwest, sometimes a little bit more north,

11:20AM   5   sometimes a little more west.

6            And what happens, because the groundwater flow

7   direction changes, the contaminants follow because they're

8   dissolved in the groundwater.  It tends to smear the plume and,

9   again, make it wider as it travels downgradient as that

11:20AM   10   direction changes.

11            MR. BLUM:  Okay.  And if we can look at the

12   demonstrative.

13      Q    So flow direction, if it starts out straight, it

14   can go to the left; correct?

11:20AM   15      A    Yes.  And as you can see, now you have

16   contaminants moving more to the northwest up there.  And so as

17   the groundwater direction changes, the dissolved chemicals

18   follow.

19      Q    And then if we move to the right?

11:21AM   20      A    Same thing.

21      Q    And back to the left and back to the right.  And

22   at the end, what do you have?

23      A    Again, you get a wider plume.  So between

24   dispersion and the changing groundwater flow direction, plumes

11:21AM   25   tend to widen as they move in a downgradient direction.

1           MR. BLUM:  All right.  If we can go back, please,

2     to Exhibit 190.

3           Q     Okay.  So if we go back to the second

4     demonstrative, and I want you to focus on this area right

11:21AM  5     there.  You see where the line -- the blue line drawn by

6     Ms. Stanin is above the red checkered line?

7           A     Yes.

8           Q     And it's right next to a well; correct?

9           A     Yes.  There's a series of wells at that point.

11:22AM 10           Q     If -- do you have an opinion as to whether or

11     not, if that pathway is correct, whether flows along that

12     pathway would have impacted the well it circled?

13           A     Well, as I testified to earlier, contaminants

14     don't move along a narrow line like that.  Particularly, given

11:22AM 15     the distance from the site, you would have a relatively wide

16     plume at that point.  And if that is, indeed, a flow path of

17     contaminants, you would see it in that well nest.

18           Q     And that well nest consistently has detections of

19     perchlorate in it; correct?

11:22AM 20           A     Yes.

21           Q     And how about VOCs?

22           A     Rarely.

23           Q     And if we take a look at the well above it, same

24     thing?  Almost always perchlorate, rarely VOCs?

11:23AM 25           A     Yes.

1    Q        And the well above that?

2    A        You see perchlorate in that well a little bit

3    less than the one below it, but you do see perchlorate in that

4    well.  And again, almost never the VOCs.

11:23AM  5    Q        What does that lead you to believe?

6    A        That perchlorate is moving through that area and

7    the VOCs aren't.

8    Q        And if we -- and I want you to look at this

9    pathway, the arrow right there.  What does that tell you?

11:23AM  10    A        Well, that blue arrow shows that, again, that's

11    based on the groundwater flow map that we looked at earlier.

12    That groundwater and the dissolved chemicals in it would move

13    through that area.

14    Q        All right.  Now, these red dots right there,

11:23AM  15    those are VOC detections; correct?

16    A        Yes.

17    Q        Based on the pathways drawn by Ms. Stanin, if

18    VOCs are exiting the Whittaker site and moving toward Saugus 1

19    and Saugus 2, what would you expect to see in the border --

11:24AM  20    those three border wells we talked about?

21    A        Well, the red wells consistently show detections

22    of TCE.  And because they consistently show detections, they're

23    within the plume.  What we should see in the wells that are

24    shown as green on the western border of the property, we should

11:24AM  25    consistently see the same thing.  We should see TCE

1624

| | |
|---|---|
| 1 | consistently in those wells. |
| 2 | Q        And we don't. |
| 3 | A        And we don't. |
| 4 | Q        What does that mean? |
| 11:24AM 5 | A        There's not a plume moving through that area. |
| 6 | Q        All righty.  Let's look at some plume maps. |
| 7 | Before we move there, quickly, can you just |
| 8 | explain the difference between 3A and 3C? |
| 9 | A        Yes.  There are different layers in this in |
| 11:25AM 10 | what's called the Saugus formation.  There's distinct layers |
| 11 | where groundwater flows, and they're actually separated by |
| 12 | layers that groundwater moves very slowly through.  We call |
| 13 | those aqua codes or aquitards. |
| 14 | So Saugus 3 in this case, which is where most of |
| 11:25AM 15 | the contamination we see under the Bermite site, Saugus 3 is |
| 16 | split up into three different layers -- Saugus 3A, Saugus 3B, |
| 17 | and Saugus 3C. |
| 18 | Q        Is Saugus 3A important here? |
| 19 | A        Saugus 3A, we see the highest concentrations of |
| 11:25AM 20 | VOCs in Saugus 3A under the Bermite site, yes. |
| 21 | Q        All righty.  And which are -- in your mind, which |
| 22 | are the most important of the different layers for our |
| 23 | purposes? |
| 24 | A        Again, Saugus 3A has the highest concentrations. |
| 11:26AM 25 | It tends to have the faster groundwater flow in general. |

1    Saugus 3C is also impacted, generally not as much as Saugus 3A.

2    They're both important.  But the highest concentrations we see

3    in Saugus 3A.

4            Q      Let's move on.

11:26AM  5            This we saw before, but this doesn't have the

6    green lines; correct?

7            A      The dotted green lines?

8            Q      The green lines that show pathways put in by

9    Ms. Stanin.

11:26AM  10            A      No, it does not.  Sorry.

11            Q      All right.  And this is what the plume looked

12    like between -- in May of 2019?

13            A      Based on the data collected that month, yes.

14            Q      Specifically 3A; correct?

11:27AM  15            A      This is the 3A map, yes.

16            Q      Okay.  Now, you said that the plume -- one of the

17    significant parts of drawing the plume was the absence of

18    perchlorate in that well; correct?

19            A      Yes.

11:27AM  20            Q      How would that affect how the plume was drawn?

21            A      Well, the outer contour line, I believe this

22    outer pink area, goes down to 6, and so you can include the

23    non-detect.  So they went around it like this.  So that's why

24    you get this shape up here like this.  This well right here.

11:27AM  25            Q      Now, are these maps sort of a snapshot in time?

1    A    Yes.  As I testified to earlier, this is data

2    collected over a few days.

3    Q    All right.  Now, this is in 2019.  Let's look at

4    3A for perchlorate.  When was -- when is this map?

11:28AM  5    A    This is -- again, they're all second quarter.

6    They drew these plume maps just in data from the second quarter

7    of each year.  So this is from 2014.  And here you see the

8    outer edge as it's drawn here of the perchlorate as I have

9    drawn.

11:28AM  10   Q    No finger; right?

11   A    No finger, no.  And primarily because all of

12   these wells over here show perchlorate.  Saugus 2 and Saugus 1

13   also show perchlorate.  So the perchlorate plume as it's been

14   drawn over the years basically looks like this or something

11:28AM  15   similar to this.

16   Q    All right.  Let's take a -- this is 2015.  I want

17   to go through these quick.

18   A    Yes.

19   Q    Can you just draw for the jury the perchlorate

11:28AM  20   plume?

21   A    Again, the outer edge is drawn on this map as

22   something like this.

23   Q    All right.  Let's go to the next one.  This is

24   2016.

11:29AM  25   A    Now, here they have drawn the line like this.

|   |   |
|---|---|
| 1 | There is an outer line that's out here like this. |
| 2 | Q      All right. |
| 3 | THE COURT:  What does that mean that there's an |
| 4 | outer line? |
| 5 | THE WITNESS:  If you look at this outer line, |
| 6 | there's question marks.  So sometimes we will draw the plume |
| 7 | lines that aren't -- we're not sure of.  So we will draw the |
| 8 | line based on some data, but we will put question marks because |
| 9 | we're not quite sure. |
| 10 | Q      BY MR. BLUM:  This is sort of recognizing what |
| 11 | you don't know? |
| 12 | A      Yes. |
| 13 | Q      All right.  And then we have -- this is for 2017. |
| 14 | A      And, again, this is -- the basic outer edge of |
| 15 | the perchlorate plume is drawn on this figure. |
| 16 | Q      All right.  And last I think -- last one or |
| 17 | second to the last, this is 2018? |
| 18 | A      This one goes out here and beyond the figure. |
| 19 | Q      Which would include the three wells; correct? |
| 20 | The border wells we talked about? |
| 21 | A      The three locations.  Again, there's 16 wells in |
| 22 | those three locations. |
| 23 | Q      So when I say three wells, I was wrong. |
| 24 | A      Yes.  There's 16 wells along that border. |
| 25 | Q      Okay.  There's three well clusters; correct? |

11:29AM (line 5)
11:29AM (line 10)
11:30AM (line 15)
11:30AM (line 20)
11:30AM (line 25)

1628

```
 1         A       Correct.

 2         Q       Each well cluster has what?  Three or four

 3  different wells?

 4         A       One of them has 3, one of them has 2, and the

 5  other has 11.

 6         Q       Which one has 11?

 7         A       This is the one at the southern corner down here.

 8         Q       And the last -- is it the last?  Okay.  This

 9  is -- yeah.  This is 2019.  This is the one where -- that

10  Ms. Stanin showed us; correct?

11         A       Yes.

12         Q       So is -- does the 2019 contour represent what the

13  contours were for the preceding years?

14         A       No.  And, again, it's just based on this one

15  non-detect.

16         Q       So we couldn't look at the 2019 contour as

17  representative of what's been going on at the site for -- at

18  least since 2014; correct?

19         A       Yes.  That's what we just saw.

20         Q       So as a hydrogeologist, how do you integrate all

21  this data?

22         A       Well, with a lot of data, you have to integrate

23  it all.  You can't ignore data.  You can't say, well, that

24  doesn't fit my hypothesis.  We look at all of the data and draw

25  conclusions based on all of the data.
```

1    Q    Would it be from a scientific point of view, in

2  your opinion, would it be proper just to look at, for instance,

3  the contour maps for 2019 and say that this is the way it's

4  always been?

11:32AM  5    A    No.  That's not how I was taught.  I have never

6  practiced that way.

7    Q    And why is that wrong?

8    A    Well, again, if we were applying data and science

9  to draw conclusions, you use all the data that's available to

11:32AM  10  you, and then you use good science to try to draw conclusions

11  about what that data means.

12    Q    Now, if we take a look at 3C -- and I just want

13  to go through them quick.  This is for 2014, '15, '16, '17,

14  '18, and '19; right?

11:33AM  15    A    Yes.

16    Q    Do all of them include the three well clusters at

17  the western boundary of OU-4?

18    A    Yes.

19    Q    All right.  Now, this is -- this is for May 2019;

11:33AM  20  correct?

21    A    Yes.

22    Q    And that's the same -- that is the same period

23  that -- the one that we looked at that Ms. Stanin used;

24  correct?

11:33AM  25    A    Same period, yes.

1    Q    Why is this different?  Isn't it the same

2  aquifer?

3    A    Well, this is aquifer layer Saugus 3C.  The one

4  we looked at before was 3A.

11:33AM  5    Q    All right.  Now, on this one, can you show the

6  outward contours of the perchlorate plume?

7    A    The outer one is shown like this.  It goes,

8  again, beyond the screen.

9    Q    Is it unusual for different layers to have

11:33AM  10  different contours?

11    A    No.  Not at all.  Groundwater flow within these

12  two layers, 3A and 3C, are a bit different.  So the chemicals

13  are moving differently in these two layers.

14    Q    So what we have to -- do we have -- to know

11:34AM  15  what's going on, do we have to look at basically the saturated

16  zone or the water-bearing zones within a three-dimensional

17  aspect?

18    A    Yes.  That's why all these figures are separated

19  by whatever layer it represents.  In this case we have been

11:34AM  20  looking at 3A and 3C, yes.

21    THE COURT:  Is it just saturation that accounts

22  for differences, or are there other factors such as

23  permeability?

24    THE WITNESS:  Permeability is one.  If there's

11:34AM  25  pumping wells, as there are in this area, sometimes there's

```
 1   more pumping and more effluence in the different layers.  So
 2   that could also change the flow direction, yes.
 3                THE COURT:  Are those the three principal factors
 4   that you would take into account?
 5                THE WITNESS:  Also, there's some movement between
 6   the layers, between these aqua codes or aquitards.  That's also
 7   a factor.  So there's a number of factors that account for the
 8   differences.
 9        Q    BY MR. BLUM:  Now, in determining sources of
10   whether or not, for instance, Saugus 2 has been contaminated by
11   VOCs from the site, is this three-dimensional aspect important?
12        A    Very much so, yes.
13        Q    Why?
14        A    Well, the wells are drawing from a lot of
15   different layers.  And so knowing where the contaminants are
16   helps to tell you, you know, what the wells are drawing from,
17   what layers they're drawing from and what effluence there is.
18        Q    So when you're matching things up, not only do
19   you have to match, for instance, it's within the flow path, you
20   would have to match up what would be I guess the horizontal
21   aspect, you also have to match up the lateral aspect also.
22        A    The vertical, yes.
23        Q    I'm sorry.  Vertical.
24             Is that what you did?
25        A    Yes.
```

1    Q      And as it relates to whether or not the site is

2    the source at Saugus 1 or Saugus 2, when you were matching

3    these things up, what was your conclusion?

4    A      Well, again, I looked at all of the data.  I

11:36AM 5    looked at the data in all of the different layers.  Based on my

6    review and analysis of all of that data, that was the

7    conclusion I came to.

8    Q      How about for V-201 and V-205?

9    A      My conclusion was the same as Saugus 1 and 2,

11:36AM 10   that the Bermite site was not the source, that there were some

11   other unknown sources.  I don't know what they are, but my

12   conclusion was is it wasn't the Bermite site.

13   Q      Okay.  Let's move on to VOC plumes.  Sorry.  TCE

14   plumes.

11:36AM 15          Now, what is the -- which I think is -- what's

16   slide 22?  What's that of in front of you?

17   A      This is showing, again, the second quarter, and

18   this time 2014.  This is representing the plume area, the

19   contaminated area for TCE and Saugus 3A.

11:37AM 20   Q      And can you draw where that is?

21   A      The outer edge, something like that.  I missed

22   the line a little bit, but it's something like that.

23   Q      All righty.  If we go to the next year.

24   A      Very similar.

11:37AM 25   Q      All right.  Let's go to the next year.

1633

```
 1        A       Again, it doesn't appear that this plume is

 2   moving that fast.

 3        Q       And this is the next year.

 4        A       2017.  Very, very similar.

 5        Q       Okay.  And 2018.

 6        A       2018 is a bit different.  Within this area it's

 7   very similar.  However, there was a detection down here in one

 8   of these wells.  I think it was 5 parts per billion.  So the

 9   line got drawn -- for that particular second quarter of 2018,

10   it got drawn down in that area.

11        Q       And was that -- was that consistent before and

12   after of VOCs in that well?

13        A       No.  I have looked at the data in that well and

14   other wells in that area, and TCE has been detected once or

15   twice in those wells over the years.

16        Q       How many different samples have been taken from

17   those wells?

18        A       Anywhere from 30 to 60 times those wells have

19   been sampled, and TCE has been detected a couple times.

20        Q       What is the significance of that?

21        A       Similar to what I talked about before along the

22   well nest along the western border of OU-4, if TCE were moving

23   through that area, if the plume was in that area, you would

24   consistently see TCE detections.

25        Q       Well, what's the source of the TCE that was found
```

11:37AM   5

11:38AM   10

11:38AM   15

11:38AM   20

11:39AM   25

1       there?

2              A       It's a bit of an unknown.  It could be a local

3       spill of some kind in these areas.  It could be

4       cross-contamination from sampling, the equipment we use to

11:39AM  5      sample wells.  I'm not quite sure.

6              Q       Now, 5 parts per billion, is there any way that

7       we could describe that so we can understand how large or small

8       that is?

9              A       Yeah.  It's hard to get a perspective on parts

11:39AM 10      per billion.  It's basically one molecule of -- 5 molecules of

11      TCE to a billion molecules of water.  It's something along the

12      lines of a drop of TCE in an olympic-sized pool.  I have heard

13      that used before.  It's very small.

14             Q       So, for instance, if you had 1 million red

11:40AM 15      marbles -- if you had -- 5 of those marbles would be PCE.

16             A       In 5 billion, yes.

17             Q       Yes.  Okay.  Let's go now to the next year.

18      All righty.  This is 2000 --

19             A       2019.

11:40AM 20             Q       And again?

21             A       Very similar to what we have seen in other years.

22      And you can see down here, again, these are non-detects.

23             Q       All right.  Now, if we look at 3C, we find the

24      plumes a little different; right?

11:40AM 25             A       Yes.  This is, again, the layer below 3A.  We see

1    a very small area that is impacted with TCE.

2            Q       And I'm just going to go through them.  Okay.

3                    So that's, again, 20 --

4            A       '15.

11:41AM   5  Q       '16, '17, '18, '19; right?

6            A       All very similar, yes.

7            Q       All right.  Now, what is the 35th slide here?

8    Can you explain it to us?

9            A       This is another figure from Ms. Stanin's expert

11:41AM  10  report, and this is from May of 2019, and it shows -- one, it

11   shows the blue contour lines that we have discussed before.

12   And you can see the arrow here in this area.  Groundwater is

13   flowing to the southwest.  And it also shows the -- this area

14   of TCE impact, and then there's a small area up here that TCE

11:41AM  15  has also been detected in monitoring wells.

16           Q       Is -- if we refer to what's up here as "A" and at

17   the right-hand corner as "B," are these two connected?

18           A       No.  And there's a very fundamental reason.  TCE

19   and PCE have an interesting characteristic.  As they migrate

11:42AM  20  through the ground in groundwater, some of the chemical sticks

21   to the aquifer material.  So some of it continues to migrate

22   with the groundwater.  Some of it sticks to the aquifer

23   material.  So it basically leaves a trace.  It leaves a path.

24   So having two distinct areas like this, we don't see that in

11:42AM  25  TCE plumes.  What this tells me is that there's some separate

```
 1    source up here for "A."

 2            Q       And did you read the report of Dr. Trudell?

 3            A       Yes.

 4            Q       Did you consider it?

 5            A       Yes.

 6            Q       What did Dr. Trudell say in his report about

 7    whether these two plumes are connected?

 8            A       I think he basically said the same thing.

 9            Q       He agreed with you?

10            A       Yes.

11            Q       Okay.  Now, have you heard of a term called

12    "preferential adherence"?

13            A       Yes.

14            Q       What does preferential adherence mean?

15            A       Well, adherence is -- again, there are different

16    words that we use.  It's absorption.  It's basically these

17    chemicals sticking to soil particles.  So they preferentially

18    stick to the soil particles.

19            Q       So what it means is, given the choice between

20    going with water or sticking with soil, VOCs choose soil?

21            A       Well, they choose both.  Basically there's an

22    equilibrium between the soil and the soil particles.  So some

23    stays in the water, and some sticks to the soil.

24            Q       All right.  And because of that, you would expect

25    to see evidence supporting the movement from B to A; correct?
```

11:42AM (line 5)
11:43AM (line 10)
11:43AM (line 15)
11:43AM (line 20)
11:43AM (line 25)

1    A      Yes.  And let me just briefly further explain.

2    Since some of the TCE, for example, sticks to the soil, if you

3    then lower the concentration -- there's an equilibrium as I

4    just testified to.  If you lower the concentration in the

11:44AM   5    water, then some of the chemical moves off of the soil back

6    into the water to try to re-establish that equilibrium.  So you

7    will see detections of TCE in the water where TCE has migrated

8    through and some of it has absorbed to the soil.

9    Q      So if you have TCE and water that's flowing past

11:44AM   10   particles that have TCE on it, if the TCE in the water gets too

11   low, the soil particles can say, oh, good.  I'm going to now

12   move to the water.

13   A      Yeah.  So, for example, if you had clean water

14   move through an area with TCE absorbed to the soil particles,

11:44AM   15   some of that TCE would come back off and redissolve into the

16   water.

17   Q      And you don't see that?

18   A      Don't see that here.

19   Q      All right.  Now, I want to move on and talk

11:45AM   20   about -- by the way, what's the source of A?

21   A      I'm not sure.  I'm not sure what the source is.

22   Q      As a scientist, what do you do?  You have a

23   source that you -- or some contamination, and because you don't

24   know the source, you just assume it comes from Whittaker?

11:45AM   25   A      Well, what we typically do is we try to go and

```
        1    find the source.  We look at potential sources.  People, for

        2    example, that have used TCE, we collect samples and see if,

        3    indeed, they have released TCE, and they may be the source.

        4         Q       And have you had situations where, no matter how

11:45AM 5    hard you look, you can't find it?

        6         A       Sometimes it's very hard to find, yes.

        7         Q       So if you've done all that and you can't find it,

        8    is it proper just to say, well, the only source I know is

        9    Whittaker; therefore, it has to be Whittaker?

11:46AM 10               MR. RICHARD:  Objection.  Argumentative.

       11               THE COURT:  Sustained.

       12         Q       BY MR. BLUM:  Just because you don't know the

       13   source, can you conclude it's Whittaker?

       14               MR. RICHARD:  Objection.

11:46AM 15               THE COURT:  Sustained.

       16         Q       BY MR. BLUM:  Is there any basis that you know of

       17   to conclude that the source of the VOCs in area A is Whittaker?

       18         A       Again, I did a long thorough analysis of the

       19   data, and my conclusion was, no, it's not the source.

11:46AM 20         Q       All righty.  Now, V-201 and 205, these are two of

       21   the wells that you looked into as to who was the -- whether

       22   Whittaker -- or the site is the source; correct?

       23         A       Yes.

       24         Q       How close are they to A?

11:46AM 25         A       They're relatively close.  A is based on some
```

1639

```
        1    monitoring wells that have been constructed in that area.

        2        Q      And are these wells called the mall wells or

        3    DW wells?

        4        A      There's the library wells.  There's the mall

11:46AM 5    wells, DW wells.  There's a number of them in that area, yes.

        6        Q      By the way, how high do we find the

        7    concentrations of TCE in the A area?

        8        A      I think the highest that we have seen is about

        9    15 parts per billion.

11:47AM 10       Q      Okay.  Let's go to the next one in order.

       11               Now, what is -- what do we find in the next

       12    slide, slide 36?

       13       A      This is a representation of some computer

       14    modeling that was done looking at what we call the capture zone

11:47AM 15    for -- I believe this is 205.  It's really small on my screen.

       16       Q      Let's see if we can blow it up.

       17       A      This was looking at where water at 205 pumps

       18    where -- where the water comes from that comes out of the well.

       19       Q      Okay.

11:48AM 20      A      It says 201 on the side.  It's so small I can't

       21    see it.

       22       Q      Now, if it's a capture zone for 201, what does

       23    that mean?

       24       A      What a capture zone means is, when we pump a

11:48AM 25    well, the water has to come from somewhere.  So what a capture
```

1640

1    zone is is where the well is essentially capturing water from

2    in the subsurface.

3        Q      So would -- like if we analogize it to a vacuum

4    cleaner, it would be the area that the vacuum cleaner is

11:48AM  5   sucking into the machine; correct?

6        A      Same thing, yes.

7        Q      When you look at capture zones, do you look at

8    them over a certain period of time?

9        A      That's one way to do it, yes.

11:48AM  10      Q      And how long has V-201 been pumping?

11       A      I think it pumped for 10 or more years, and then

12   it hasn't been pumping for a while.

13       Q      Okay.  And if we blow this up, the line that I'm

14   going to draw, is that -- what does the "2" mean there?

11:49AM  15      A      What they were representing here is, as 201 is

16   pumping, within two years, where does the water come from that

17   goes to that well?  So within that oblong shape, that's where

18   the water came from within two years based on this model.

19       Q      And here where it says "mall well," is that in

11:49AM  20   area A?

21       A      Yes.

22       Q      So what would be the effect of V-01 {sic} pumping

23   for ten years in relation to the contamination in A?

24       A      Well, within two years, water that's at mall well

11:49AM  25   and that area would go to and enter V-201.

1641

1    Q       What does that mean enter -- if VOCs are in that

2    area, does that mean VOCs will be found in 201?

3    A       You could then detect VOCs in 201, yes.

4    Q       All right.  Let's move on.

11:50AM   5           What is the next slide which is No. 37?

6    A       This is another figure from Ms. Stanin's expert

7    report, and this shows, I believe, some modeling that's been

8    done to represent flow lines where groundwater is flowing while

9    some of these production wells are pumping.

11:50AM   10   Q       And what does it tell you about where Saugus 2 is

11   drawing from?

12   A       Well, it specifically shows that part of the

13   water that Saugus 2 is drawing from comes from the area that

14   you have just drawn the red circle.

11:51AM   15   Q       And, generally, again, it deals with the three

16   well clusters on the western edge of OU-4; correct?

17   A       Yes.

18   Q       All right.  Now I want to move and talk about

19   those clusters.  For a lack of better word, I'm going to refer

11:51AM   20   to them as the border wells.

21           Is that okay?

22   A       Yes.

23   Q       Now, what is the next exhibit?

24   A       This shows concentrations of perchlorate and PCE

11:51AM   25   and TCE in wells -- I believe this is unit Saugus 1.

1    Q      And just to be clear, I want to -- the next bunch

2  of questions is just going to focus on what the border wells

3  are.  Okay?

4    A      Yes.

11:52AM    5    Q      This is, again -- these are the three border

6  wells; correct?

7    A      These are the three locations, yes.

8    Q      Clusters.  All righty.

9            In your opinion, does the -- if we looked at the

11:52AM    10 lateral extent of these pathways, would these flow through the

11 border wells?

12   A      That was the conclusion I came to, yes.

13   Q      All right.  What is the next exhibit in order?

14 I'm not sure -- the next slide in order.

11:52AM    15   A      This is another figure from Ms. Stanin.  I don't

16 know if this is her expert report or rebuttal report.  One of

17 the two.

18   Q      Okay.  Now, did you take a further in-depth look

19 in terms of the prevalence of TCE and RMW-8, PZ-09, and MP-01?

11:52AM    20   A      Yes.  I looked at all of the data available over

21 the years for those three locations, yes.

22   Q      And in terms of the occurrence of TCE, was it --

23 let me back up.

24           Within those -- that year, those periods, how

11:53AM    25 many different testing periods was that?

1    A    It varies by these different well clusters, but

2    it's anywhere from 30 to 50 times these wells have been

3    sampled.

4    Q    Okay.  And if we take a look at it, in 2004

11:53AM  5    dealing with all of the wells, what was the occurence of VOCs

6    during the entire year?

7    A    We see one detection down in Saugus 5.  This .41,

8    this is actually below the detection limit of .5.  So it's very

9    low.

11:53AM  10    Q    Zero in Saugus 3; correct?

11    A    Yes.

12    Q    And when is the next time we find a detection?

13    A    Well, we have to jump all the way up to 2013,

14    nine years, and we finally see TCE show up again.

11:54AM  15    Q    And where do we find it?

16    A    We find it in -- it shows up in PZ-9, and again,

17    I think in the MP-1 well.

18    Q    All right.  When is the next time we see any TCE?

19    A    2015 we see it once at 1 part per billion in

11:54AM  20    Saugus 3A.  None of the other wells showed TCE.

21    Q    All right.  And then how about 2019?

22    A    See it twice.  We see it in Saugus 1 which is

23    above Saugus 3A and then down in Saugus 3C again.

24    Q    What can you conclude by basically going over

11:55AM  25    the -- when we find it or the prevalence of TCE in these three

1    border wells or well clusters?

2        A      Yeah.  And I think I have discussed this before.

3    If a TCE plume -- if the area of contamination coming from the

4    Bermite site was moving toward Saugus 1 and 2, we would see

11:55AM  5    consistent detections primarily in Saugus 3A and 3C.  And we

6    don't.  It's -- we see a few detections.

7        Q      Is this a close call in your mind?

8        A      No.  Not even close, no.

9        Q      All right.  I just want to -- you talked about

11:55AM  10   data, and I wanted to show the jury some of the data we looked

11   at.  This is for RMW-08.  That's the well at the top; correct?

12       A      On the north side, yes.

13       Q      All right.  And what do we see here?

14       A      One detection in 2013.

11:55AM  15       Q      What's the -- I mean, this is the data you relied

16   upon; correct?

17       A      Yes.  Every other sampling event TCE wasn't

18   detected.

19       Q      All righty.  Here are the samples.  Again.

11:56AM  20   Again.  Again.  That's the only TCE that was found in that

21   well; correct?

22       A      Pretty rare.

23       Q      Given all those samples; correct?

24       A      Yes.

11:56AM  25       Q      All right.  Now, what is 1,1-DCE?

1       A       1,1-DCE, the full name is dichloroethylene which

2   means there's two chlorines on the molecule.  It is essentially

3   a breakdown product primarily of TCA.  It can be a breakdown

4   product of TCE.  But more regularly we see it as a breakdown

11:56AM   5   product of TCA which is tetrachloroethane.

6       Q       All right.  And we find some of it at the site;

7   correct?

8       A       We find that chemical TCA up in the northern

9   alluvium area up here.  We really don't see it on the main part

11:57AM   10   of the site.

11       Q       Is there any evidence that TCE has migrated from

12   the site to any of the production of the four wells we are

13   dealing with?

14       A       Well, as you can see on this figure, the white

11:57AM   15   dots are basically non-detects.  So you do see some TCE down in

16   this area here.  All the white dots show that it's -- it's on

17   the east side of the site and not on the west side toward

18   Saugus 1 and 2.

19       Q       Do we find DCE in Saugus 1 or 2?

11:57AM   20       A       We do.  We find DCE, low concentrations, but it's

21   detected in those two production wells, yes.

22       Q       Is the Bermite-Whittaker site the source of that

23   DCE?

24       A       Based on the data, no.

11:57AM   25       Q       What is the source?

1    A       Again, I'm not sure.  I don't know what the

2  source is.

3    Q       So what does that tell you in terms of possible

4  sources of DCE?

11:58AM  5    A       Well, what this data, as we went over, is telling

6  me, that the Bermite site isn't the source.  There is another

7  source or sources out there.  And again, TCA, TCE, PCE were

8  commonly used.  Where it came from, I'm not sure.

9    Q       Based on your professional experience, is it

11:58AM  10  common to find sites that use TCA that also use TCE?

11    A       I have seen that, yes.

12    Q       Could you exclude the fact that the TCE found in

13  the Saugus wells is from the same location that has caused the

14  DCE contamination?

11:58AM  15    A       I can't exclude it.  Again, I'm not sure where

16  the source is coming from.

17    Q       All right.  Let's talk about chloroform.  What's

18  chloroform?

19    A       Chloroform is a chemical used in various

11:59AM  20  industries for different purposes than the solvents we have

21  been talking about.  And it's -- we run into it from time to

22  time in the subsurface.  It's not as common as these VOCs are,

23  but we do see it from time to time.

24    Q       Is the site the source -- let me back up.

11:59AM  25            Was chloroform found in the Saugus 1 or Saugus 2

1  wells?

2       A       Yes.  I believe it has been, yes.

3       Q       How about V-201 or 205?

4       A       I'm thinking about the data.  I don't know if

11:59AM  5  it's been seen in those two wells.  I know Saugus 1 and 2 it's

6  definitely been detected.

7       Q       Is the site the source of the chloroform in

8  Saugus 1 or 2 wells?

9       A       Well, I have, again, looked at chloroform data

11:59AM 10  for the Bermite site.  And, no, the data doesn't show it's a

11  source.  And this figure tends to show that.  Again, the white

12  dots representing chloroform in monitoring wells on the west

13  side of the Bermite site are non-detect.  There is some

14  chloroform detections, but not near the Saugus production

12:00PM 15  wells.

16       Q       And the western area, that's the circle I just

17  drew; correct?

18       A       Yes.

19       Q       If chloroform was coming from the Bermite site to

12:00PM 20  the Saugus wells, would you expect to see concentrations in the

21  area that I just circled?

22       A       Yes.

23       Q       What is the source of the chloroform found in the

24  Saugus wells?

12:00PM 25       A       Well, it looks like it might be coming from this

1    area here.  We see perchlorate in alluvium wells in that area.

2    Excuse me.  Chloroform.  Not perchlorate.  Chloroform.

3         Q      Is that area called SIC?

4         A      There is a facility there that is actually

5    outlined in red.  That is the -- what we call the SIC site,

6    yes.

7         Q      All right.  We're going to get to that in a

8    moment, but I want to talk about this.

9                Have you looked at the distance that it is at the

10   Whittaker site, Whittaker-Bermite site from the surface down to

11   the groundwater?

12        A      Yes, I have.

13        Q      Does it vary?

14        A      It varies a lot, yes.

15        Q      For instance, in OU-1B, is it up to 700 feet?

16        A      It actually -- the water table is 700 feet in

17   that location, yes.

18        Q      How about OU-3?

19        A      It's not as deep.  It's 300 feet.  It varies a

20   bit.  2- to 400 feet or so, but it's several hundred feet.

21        Q      Have you looked at the opinions of Dr. Trudell

22   and Ms. Stanin as to travel times that it would take to go from

23   the Bermite site to the four wells in question?

24        A      Yes, I have.

25        Q      Do they take into account the amount of time it

1    would take to travel through the soil to the groundwater?

2         A        I don't believe they did a column for that, no.

3         Q        Is that significant?

4         A        It is significant because, particularly in a

12:02PM  5    semi-arid environment like this, water and contaminants

6    dissolved in the water take a long time to move hundreds of

7    feet.  This is the area we call the unsaturated zone.

8    Essentially it's not filled with water.  There is some water in

9    this area above the water table.  It takes a long time for that

12:02PM  10   water to slowly move from the surface down to the water table.

11        Q        And how long would it take?

12        A        No one has really measured it at this site.  It

13   could take up to decades actually if it's 700 feet or 500 feet.

14   It could take a long time.

12:02PM  15        Q        Without knowing that, can you determine how long

16   it would have taken for spills on the surface to have reached

17   either Saugus 1 or Saugus 2?

18        A        Well, if you're trying to do that calculation,

19   this is something that you would have to include in that

12:03PM  20   calculation, yes.

21        Q        Okay.  Now, the calculation, as it relates to the

22   movement through the groundwater, you have reviewed the

23   opinions of plaintiff's experts; right?

24        A        Yes.

12:03PM  25        Q        What is your opinion as to those opinions?

1        A        Well, calculating the groundwater velocity and

2   then the transport in the velocity is subject to some

3   uncertainty.  For example, one of the key parameters that we

4   do -- that we use to calculate how fast groundwater is moving

5   is something called hydraulic conductivity.  It is basically

6   the ability of the subsurface to have water move through it.

7   Clay, water doesn't move through very easily.  Gravel, water

8   moves through it very readily.

9        Hydraulic conductivity has been measured in this

10  big area all over.  It varies probably by three to four orders

11  of magnitude.  So there's a lot of variability.  Calculating

12  one groundwater velocity for this large area, you have to lump

13  all the hydraulic conductivity values into one value.  It

14  doesn't represent really what's going on in the subsurface.

15       Q        Why not just average them?

16       A        Well, an average you don't know -- you're

17  basically lumping all these values together.  You don't know,

18  for example, if predominantly it has a lower hydraulic

19  conductivity or a higher hydraulic conductivity.  There's just

20  not enough data to determine that.

21       Q        Is this one of the areas as a scientist you need

22  to say, I don't know?

23       A        Well, we tend to try to measure -- well, we tend

24  to try to calculate groundwater velocity.  The key is that

25  there is uncertainty to it.  When you're trying to determine

12:03PM (line 5)
12:04PM (line 10)
12:04PM (line 15)
12:04PM (line 20)
12:05PM (line 25)

 1   how far contaminants have traveled, that's one way to do it.

 2   You try to calculate with the uncertainty, groundwater

 3   velocity, retardation coefficients.  There's a lot of unknowns

 4   in these variables.

12:05PM   5            An easier, better way to do it is to construct

 6   monitoring wells and actually see where the contaminants are

 7   and where they aren't.

 8        Q       Is that what you did?

 9        A       I looked at all the data, and that's basically

12:05PM  10   what I made my conclusions on, yes.

 11       Q       All right.  Let's go to SIC.  We looked at this

 12   before.  This is generally the location of SIC; correct?

 13       A       The red outline is what we call the SIC site,

 14   yes.

12:05PM  15       Q       All right.  And what does it show us?

 16       A       This, again, is the SIC site outlined in red, and

 17   we see the Saugus 1 production well and Saugus 2 production

 18   well.  The distance from the SIC site to Saugus 1, I think, is

 19   about 800 feet.

12:06PM  20       Q       How about Saugus 2?

 21       A       Saugus 2 is about the same, maybe slightly less,

 22   but it's relatively close.

 23       Q       Now, are there any significant geological

 24   formations that affect your opinion as to whether or not SIC

12:06PM  25   could be the source of contamination?

```
 1         A       Yes.  I looked at the geology.  The SIC site

 2   happens to be located right within essentially a fault zone.

 3   The San Gabriel fault is a major fault in this area.  What the

 4   geologists over the years have determined is that this faulting

 5   has caused the Saugus formation to dip upwards severely.  Right

 6   under the SIC site it dips at a 60-degree angle to horizontal

 7   very steeply.

 8         Q       What does that mean?

 9         A       Well, what that means, in addition, the work

10   that's been done at the SIC site, the Saugus formation is very

11   shallow under the SIC site meaning the alluvium material that

12   you see here in gray is very, very thin.  And so the Saugus

13   formation is fairly shallow under the SIC site.  As a matter of

14   fact, about half the wells are screened within the Saugus

15   formation.

16              So the layers of the Saugus formation are right

17   underneath the SIC site.  We don't -- nobody has determined

18   exactly which ones.  Are they 3A or 5.  We don't exactly know.

19   What we do know is that it dips severely right at the SIC site.

20         Q       Does that mean it would be easier for the

21   contamination to reach the Saugus formation?

22         A       Yes.  And one thing I forgot to mention is that

23   the dipping of these layers is towards the southwest, and

24   that's where the Saugus 1 and Saugus 2 wells are.

25         Q       All right.  Now, you talked about alluvium wells.
```

12:06PM (line 5)
12:07PM (line 10)
12:07PM (line 15)
12:07PM (line 20)
12:08PM (line 25)

1653

```
 1   Is there any significance to AL-6 or -12?

 2        A        Well, AL-6 and -12 are located adjacent to the

 3   two production wells, Saugus 1 and 2.  As you can see, AL-6 is

 4   next to Saugus 2.  AL-12 is next to Saugus 1.  Now, they are

 5   alluvial wells meaning they are shallow wells.  What we see in

 6   these two wells are detections of TCE and chloroform, and we

 7   see detections of TCE and chloroform on the western side of the

 8   SIC site and also in wells across the street between the SIC

 9   site and Saugus 1.  And so my conclusion was that the TCE and

10   the chloroform are from the SIC site.

11        Q        Now, Mr. Hokkanen, have you reviewed something

12   called the source report in relation to SIC?

13        A        Yes.

14        Q        Does it talk at all about AL-6?

15        A        The source report, this is the CH2M Hill report

16   from 2015?

17        Q        No.  The source report is the one that was done

18   by SIC.

19        A        Oh, the feasibility study.  Is that what you're

20   talking about?  No.  That was just related to the site itself.

21   They're not offsite wells that were identified.

22        Q        Okay.  So you mentioned something about -- I

23   almost forgot about this.

24                 What does the next slide, 59, tell you?

25        A        Well, SIC, their consultants have constructed a
```

12:08PM (line 5)
12:08PM (line 10)
12:09PM (line 15)
12:09PM (line 20)
12:09PM (line 25)

        1    series of wells.  I believe there's about 16 wells out here.

        2    And like on the Bermite site, they have measured water levels,

        3    and they have collected water samples and had them analyzed to

        4    determine water quality.  This is a figure from 2000 -- again,

12:10PM 5    I can't really read the year.  This is essentially a water

        6    table map.  We talked about contouring the water elevations.

        7    And that's what these lines are.  These are basically equal

        8    elevations.

        9              Now, as I mentioned, water flows from a high

12:10PM 10   elevation to a low elevation.  It flows downhill.  And what

        11   this -- this is a higher elevation than this one.  So

        12   essentially water is flowing this way and also this way.  And

        13   so right within the SIC site, we have some of the groundwater

        14   flowing to the northeast and some of it flowing west to the

12:10PM 15   southwest.

        16        Q    This is why you look at data, isn't it?

        17        A    Yes.  This is why we take a careful look at the

        18   data, yes.

        19        Q    Have you seen the different flow directions when

12:10PM 20   you look at contaminants?

        21        A    Well, you match up the flow directions with what

        22   you see in the water quality.  What we see briefly is we see

        23   TCE and chloroform on the west side of the SIC property.  We

        24   also see it across the street here.  And we also see it in the

12:11PM 25   shallow AL12 -- sorry.  Getting ahead of you.

1    Q    So how about DCA?  What is DCA?

2    A    DCA is another VOC.  It's dichloroethane.

3    Q    And do we find it in Saugus 1 or 2?

4    A    No, we don't.

12:11PM  5    Q    But we find it on the SIC site, don't we?

6    A    We find it in fairly high concentrations, yes.

7    Q    Doesn't that mean that the SIC site can't be the

8    source since we don't find any DCA in 1 and 2?

9    A    Not necessarily, no.  If you see -- if you see

12:11PM  10   other chemicals from the site, that may be an indicator it may

11   be the source.

12   Q    Now, what's the significance of all of the high

13   numbers of DCA on the top and basically non-detects on the

14   bottom?

12:12PM  15   A    Well, if you remember the groundwater flow map we

16   looked at, what we saw was that on the east side of the SIC

17   site, groundwater was flowing this way, and on the west side it

18   was flowing this way.

19        Now, that correlates with what we see also in

12:12PM  20   monitoring wells because we see chloroform and TCE in the same

21   direction that groundwater is shown flowing on the flow map.

22   Q    How about if we look at another chemical.  Let's

23   take a look at chloroform.  Do we find chloroform in Saugus 1

24   or 2?

12:12PM  25   A    Yes, we do.

```
 1          Q       Do we find it on the SIC site?

 2          A       We find it primarily, again, on the western side.

 3   You can see the wells in this area detect chloroform and also

 4   across the street.  But on the east side of the site we don't

 5   see the chloroform.

 6          Q       All right.  How about TCE?

 7          A       TCE we see in a number of areas of the site.

 8   Some of the highest concentrations we see over on the western

 9   side.  We do see some on the eastern side also.  But there's

10   quite a bit of it on the western side of the site.

11          Q       I think this is the last one.  Nope.

12                  Is there -- in your work in this case, did you

13   find any indication that -- that there were businesses on the

14   SIC site that used VOCs?

15          A       Yes.  They used -- basically the SIC business was

16   making PVC.

17          Q       Does that use solvents?

18          A       Well, one of the EPA reports stated that they

19   used over 50 million pounds of VOCs a year.

20          Q       How many years did it operate?

21          A       Decades.  30, 40 years, something like that I

22   think.  Long time.

23          Q       So we're talking over a half a billion pounds?

24          A       Well, to make PVC you need a lot of VOCs.

25          Q       Which would include TCE?
```

```
 1        A       I remember I think it may have been the same EPA
 2   report.  They said in 1988 they used 300,000 pounds of TCE.
 3        Q       Last issue I want to talk about V-201 and V-205.
 4                If we can put up 158.
 5                Is the sequence of events about when PCE -- I'm
 6   sorry -- when TCE was found at those two wells relevant to you?
 7        A       Very important, yes.
 8        Q       Why?
 9        A       Well, V-201 is, as you can see, is closer to the
10   Bermite site than V-205.  V-205 is about -- a little less than
11   a half a mile west of V-201.  So anything migrating from the
12   east to the west would be detected in V-201 before it would be
13   detected in V-205.
14        Q       Why is that important?
15        A       Why is that important?
16        Q       Yeah.
17        A       Well, if -- if detections of a chemical show up
18   in the further well first and secondly in the closer well, it
19   would tell you that the source isn't from the east.  It's got
20   to be from somewhere else.
21        Q       Do you know what the source is?
22        A       Well, TCE has been detected in both of those
23   wells, and no, I don't know the source.
24        Q       But do you have an opinion as to whether it is
25   the Bermite site?
```

12:14PM (line 5)
12:15PM (line 10)
12:15PM (line 15)
12:15PM (line 20)
12:15PM (line 25)

1       A       Well, TCE was detected in 205 before it was

2   detected in 201.  So what that tells me from a transport

3   standpoint, it's not coming from the east.  Bermite is to the

4   east.  So my conclusion was it's not coming from Bermite.

12:16PM   5                   MR. BLUM:  Thank you, Mr. Hokkanen.  That's all.

6                   THE COURT:  Mr. Richard.

7                   MR. RICHARD:  Yes, Your Honor.  Thank you.

8                        **CROSS-EXAMINATION**

9   BY MR. RICHARD:

12:17PM   10      Q       Mr. Hokkanen, I would like to ask you -- you said

11  you reviewed the report or reports of Ms. Stanin; is that

12  right?

13      A       Yes.

14      Q       And there are a number of principles and data

12:17PM   15  points that you agree on; correct?

16      A       I'm not sure which ones you are referring to, but

17  I believe there are some, yes.

18      Q       Let's start with groundwater flow direction.  I

19  think you testified to this.

12:17PM   20                   You would agree that groundwater flow direction

21  is generally perpendicular to the contour lines you talked

22  about?

23      A       Generally perpendicular.  That's why we measure

24  water levels, yes.

12:17PM   25      Q       Would you agree that those elevation contour

1    lines can provide helpful information when considering not just

2    groundwater flow but the flow of the contaminants in the

3    groundwater?

4         A    That's part of the analysis, yes.

12:18PM    5         Q    And you have represented that in this case in --

6    I think it's figure 15.  It's Exhibit 1046.120.  If we could

7    pull that up.

8              This is -- the report is subject to a -- the

9    figures are subject to stipulation.

12:18PM    10             MR. BLUM:  No objection as to identification

11   purposes only, Your Honor.

12             THE COURT:  With the figures?

13             MR. BLUM:  Yes, Your Honor.

14             MR. RICHARD:  Yes, Your Honor.

12:18PM    15             MR. BLUM:  They can be shown but not entered into

16   evidence.

17             THE COURT:  All right.

18             MR. RICHARD:  All right.  If we could just

19   enlarge where we see all the blue lines.

12:18PM    20        Q    So what we are looking at here, this is a report

21   that -- you used the AECOM report for a certain period of time;

22   is that right?

23        A    Yes.

24        Q    So this is what?  One three-month period?

12:19PM    25        A    This is -- well, the legend is gone now.  I can't

1660

1    remember.  I think it may have been the third quarter of '19.

2    So water levels again are measured over -- third quarter of

3    '19.

4         Q    Right.

5         A    Water levels are measured over a few days, I

6    believe.

7         Q    Okay.  And so my question is AECOM, those were

8    folks working for Whittaker; is that right?

9         A    I believe that's correct, yes.

10        Q    And you -- and they prepared these reports with

11   these contour lines every quarter for quite a few years?

12        A    Quite a few years, yeah.

13        Q    And so if we're looking at these contour lines,

14   you have a blue arrow, a couple blue arrows.

15             Do you see that?

16        A    Actually, those aren't my blue arrows.  I think

17   those are AECOM's.

18        Q    That was going to be my question.

19             And has AECOM drawn those blue arrows correctly,

20   in your view?

21        A    In those two locations, they appear to be pretty

22   correct, yes.

23        Q    And that's because they are perpendicular to the

24   contour lines that have been drawn?

25        A    Yes.

1    Q    And I wanted to ask you.  You were shown very

2    quickly a lot of AECOM maps, some of which had contour lines,

3    others of which had dotted lines for the interpretation of a

4    potential plume.  Would it be fair to say, when you see maps

12:20PM  5    with plumes drawn, that's an interpretation of whoever is

6    preparing that map at that particular time?

7    A    It's an interpretation based on the data, yes.

8    Q    Okay.  Would you agree that -- I think you

9    touched on a couple of these -- that there are other factors

12:20PM  10   that can influence groundwater flow direction over time and one

11   of those factors is if there are pumping wells?

12   A    There are a number of factors -- pumping wells,

13   time of the year, rainfall events, a number of factors, yes.

14   Q    And one of the other factors you mentioned are

12:21PM  15   fault lines.

16        Is that fair?

17   A    I don't think I mentioned fault lines as a factor

18   for groundwater flow, but they can be.

19   Q    Okay.  Here in this figure 15, this is a figure

12:21PM  20   you used and included in your report in this case; correct?

21   A    Yes.

22   Q    And so do we see fault lines in OU-5, for

23   example?

24   A    Yeah.  That's the -- I mentioned the San Gabriel

12:21PM  25   fault previously, and that's, I believe, the one you're

1   referring to.

2        Q      And so is it correct that fault lines can act as

3   a barrier or semi-barrier, partial barrier, when it comes to

4   groundwater flow?

12:21PM   5        A      They can, yes.

6        Q      And so -- and when groundwater hits a fault, you

7   would expect it to travel, in general, the same direction as

8   that fault?

9        A      It depends.  For example, the San Gabriel fault

12:22PM  10   groundwater is moving -- can't move across it.  There's been a

11   lot of study of the San Gabriel fault.  Water doesn't appear to

12   move across it.  So where exactly water flows, it can move

13   perpendicular to that.  It depends on what's going on

14   hydraulically in that area.

12:22PM  15        Q      Okay.  In at least some instances you would agree

16   with Ms. Stanin that, depending on the level and the nature of

17   the fault, that water -- it could influence the direction of --

18   the direction of the groundwater flow.

19        A      It could.

12:22PM  20             THE COURT:  Did you indicate it would flow

21   potentially perpendicular or parallel to the fault line?

22             THE WITNESS:  Well, some faults water won't move

23   across the fault.  Some faults water does move across the

24   fault.

12:22PM  25             THE COURT:  How about this fault line?

1663

1       THE WITNESS:  San Gabriel fault is widely

2  acknowledged as being a barrier to groundwater flow.

3       THE COURT:  If there is contamination that is in

4  the groundwater along the fault, where would you expect it to

12:23PM    5  flow?

6       THE WITNESS:  Well, it wouldn't flow to the other

7  side of the fault.

8       THE COURT:  That's clear.

9       THE WITNESS:  Yeah.

12:23PM   10       THE COURT:  But where would it flow?  Not where

11  wouldn't it flow.  And I appreciate the help.

12       THE WITNESS:  Well, for example, if the general

13  groundwater flows to the northwest, it would continue flowing

14  to the northwest.

12:23PM   15       THE COURT:  All right.  Thank you.

16       Q       BY MR. RICHARD:  In your report, sir, you

17  observed that the general direction of the groundwater flow

18  across this area of the Bermite-Whittaker site is to the north,

19  northwest; correct?

12:23PM   20       A       Generally to the northwest, yeah.

21       Q       Okay.  With respect to the layers of the Saugus

22  formation beneath the Whittaker site, would you agree that the

23  formation dips to the northwest?

24       A       It generally dips to the northwest, northwest is

12:24PM   25  my understanding.

1    Q    Okay.  And that's something you observed in your

2  report as well?

3    A    I believe so, yes.

4    Q    In this figure 15, if we -- there's no -- can I

12:24PM  5  draw on this?

6         If we were to draw a line there, is my red line

7  generally in the northwest direction?

8    A    Yes.

9    Q    Okay.  And you mentioned -- I want to find my

12:24PM  10  notes on this.

11         You mentioned groundwater velocity.  Do you

12  recall that in questions you were just asked a minute ago?

13    A    Yes.

14    Q    And you said something to the effect that

12:24PM  15  something we -- we tend to try to calculate groundwater

16  velocity.

17         Do you recall that?

18    A    Yes.

19    Q    And that's something that folks in your line of

12:24PM  20  work do, and there's a formula for that; right?

21    A    Yes.

22    Q    And you would agree that, although there's a

23  formula, it can -- the groundwater velocity is an estimate.  It

24  can vary?

12:25PM  25    A    It can vary quite a bit sometimes.  But yes, it

1    varies.

2         Q      And is part of the groundwater velocity

3    calculation based -- can that be based on field data from pumps

4    in the field or from wells in the field?

12:25PM  5    A      Yes.

6         Q      Okay.  And in this case, you did not attempt to

7    calculate groundwater velocity for any of the Saugus formation

8    HSUs below the Whittaker-Bermite site; is that correct?  At

9    least as of the time of your report and deposition.

12:25PM  10   A      That's correct.

11        Q      Would it be too general of a statement to say

12   that the four wells at issue in this case, the wells that the

13   water agency uses or would like to use for drinking water,

14   those are generally downgradient of the Whittaker site?

12:26PM  15   A      Generally they are downgradient, yes.

16        Q      And would you say that you conducted a site

17   assessment of the Whittaker site?

18        A      How do you define a site assessment?

19        Q      Well, that's a good question.

12:26PM  20        In your line of work, are you familiar with

21   something called a site assessment?  Or when you were with the

22   EPA, did you learn there was something called a site

23   assessment?

24        A      There are different forms of site assessments,

12:26PM  25   yes.

```
 1        Q        Okay.  How would you describe the form of site

 2   assessment you did in this case?

 3        A        The assessment that I did was I used the existing

 4   data that's been generated over quite a few years to draw

 5   conclusions about the question that I was asked to look at.

 6        Q        One of the things you looked at was something

 7   called source areas; right?

 8        A        Yes.

 9        Q        And so you actually in your report include a

10   description of some of the history of, as you understand it, of

11   the Whittaker site; correct?

12        A        I think I had a brief history of the Whittaker

13   site, yes.

14        Q        Well, you cite and discuss, for example, reports

15   prepared by Wenk & Associates, Inc.?

16        A        Yes.

17        Q        And you say that the first investigation of the

18   Whittaker site -- the first investigations were in 1986 or '87

19   by Wenk.

20                 Do you recall that?

21        A        That's my understanding, yes.

22        Q        And, by the way, source area, is that where -- in

23   your terminology, that's where release of contaminants to the

24   environment occurred?

25        A        That's correct.
```

12:26PM (line 5)
12:26PM (line 10)
12:27PM (line 15)
12:27PM (line 20)
12:27PM (line 25)

1667

```
 1        Q        Okay.  And is it fair to say there were numerous

 2   source areas for both perchlorate and TCE and PCE at the almost

 3   thousand-acre Whittaker site?

 4        A        Yeah.  There was quite a bit of sampling done to

 5   try to determine where the source areas were.  There were quite

 6   a number of them.  And they tended to be -- the perchlorate and

 7   VOC source areas tended to be the same ones.

 8        Q        Getting back to the -- what you described as the

 9   first investigations of the Whittaker site, weren't there

10   actually -- didn't Whittaker actually hire a geologist five

11   years before the Whittaker report you are referring to?

12        A        And who is that?  I'm sorry.  I'm not familiar

13   with that.  Is that Slade?

14        Q        Well, you've heard of someone called

15   Richard Slade?

16        A        Yes.

17        Q        Have you heard of someone called Bob Bean or

18   Robert Bean?

19        A        No.

20        Q        Do you know if Mr. -- so it's fair to say you

21   didn't see any report in your work in this case when you were

22   looking at the history of the Whittaker site, you didn't see

23   any report by any geologist hired by Whittaker in 1982?

24        A        I don't believe so, no.

25        Q        And in your experience, again -- you spent a
```

12:27PM      5

12:28PM     10

12:28PM     15

12:28PM     20

12:28PM     25

couple years with the EPA before you became a consultant.  Is

it sometimes helpful to understand, look at historical

documents, as to where, especially for a site that's large and

operated for many decades, look at historic records to see

12:29PM 5 where solvents and chemical wastes were disposed of at the

site?

      A    It can be part of a site assessment, yes.

      Q    Okay.  Is that one of the reasons you looked at

the Wenk reports in this case, to get a sense of that?

12:29PM 10       A    No.

      Q    Is it fair to say you did not look at any records

in this case to try to get a sense of where the source areas

were based on historic uses and disposal practices?

      A    No.  I used the -- primarily I think it was CDM

12:29PM 15 who did a lot of soil sampling, soil gas sampling to try to

determine where the source areas were.  I -- that was -- that

was what I used in my expert report.

      Q    Right.  So -- when you say CDM, you're talking

about CDM Smith?

12:30PM 20       A    Yes.

      Q    They're the folks who prepared a number of

reports regarding their efforts to identify and extract TCE,

PCE, and other VOCs from the site?

      A    Yes.

12:30PM 25       Q    Okay.  And you reviewed those reports?

```
 1        A      Yes.
 2        Q      And is it fair to say you reviewed the Wenk
 3   reports that you cite and discuss in your expert report?
 4        A      I believe I did, yes.
 5               MR. RICHARD:  How are we doing on time,
 6   Your Honor?
 7               THE COURT:  We will go ahead and take our break
 8   at this point.
 9               So, ladies and gentlemen, it is now 12:30.  We
10   will break until 1:00 o'clock.
11               Please remember, don't speak to anyone about the
12   case, the people, or the subject matter.  Keep an open mind.
13   Enjoy the 30-minute break.  We will see you at 1:00 o'clock.
14               (The following proceedings were held in
15               open court outside the presence of the jury:)
16               THE COURT:  Please be seated.  We're outside the
17   presence of the jury.
18               Just briefly, Mr. Blum, tell me after
19   Mr. Hokkanen who will you call next?
20               MR. BLUM:  Tim Simpson will be our next witness.
21   And we actually believe we will be resting tomorrow.
22               THE COURT:  All right.  And so you have --
23               MR. BLUM:  With the caveat that I need to talk to
24   the Court about.
25               THE COURT:  You still need to speak in a
```

12:30PM (line 5)
12:30PM (line 10)
12:31PM (line 15)
12:31PM (line 20)
12:31PM (line 25)

```
 1    microphone.  I can't hear you.

 2                MR. BLUM:  Sorry.  We will be resting tomorrow

 3    with a single caveat that I need to discuss with the Court.

 4                THE COURT:  Who are the deponents who will be

 5    testifying in your case other than Ms. Durant?

 6                MR. BLUM:  It would be Mr. Simmons, Jisa, and

 7    Luce.  Just those three, Your Honor.  And they should be very

 8    short.

 9                THE COURT:  And do I have all of the

10    designations, cross-designations, as well as the objections for

11    all of these deponents?

12                MR. BLUM:  Your Honor, you do.  But we have

13    greatly reduced the numbers.  And I believe, based on

14    discussions with plaintiff, that we will be able to give you

15    the transcript without any objections from anybody.

16                THE COURT:  And that applies to which of these

17    four --

18                MR. BLUM:  All four.  It's only -- not Ms. Durant

19    but the other three, Your Honor.

20                THE COURT:  All right.  And with Ms. Durant, just

21    as a basic proposition, do you agree or disagree that you're

22    not permitted to introduce basis -- basis evidence that is

23    relied upon by an expert other than indicating what the expert

24    relied upon?

25                MR. BLUM:  I believe we are in this instance
```

12:31PM (line 5)
12:32PM (line 10)
12:32PM (line 15)
12:32PM (line 20)
12:33PM (line 25)

1    because she was acting for the water agency in filing that

2    report and it becomes adoptive admissions.  And we can -- we

3    can inquire as to the basis behind those admissions.

4              THE COURT:  So, in other words, you're not

12:33PM    5    attempting to introduce what otherwise would be hearsay

6    evidence but in -- in connection with Ms. Durant.  You're

7    claiming that it is -- well, actually, you are, but you're

8    claiming under federal law that it is an exception to the

9    hearsay rule.

12:33PM    10             MR. BLUM:  Yes, Your Honor.

11             THE COURT:  And that is the sole basis upon which

12   you're seeking to admit that evidence that is otherwise

13   hearsay?

14             MR. BLUM:  Well, Your Honor, I can't say that a

12:33PM    15   blanket statement for every objection of hearsay, but

16   generally, yes.

17             THE COURT:  And was Ms. Durant designated an

18   expert in this case?

19             MR. BLUM:  She was a -- I believe she was a

12:34PM    20   non -- a non-retained expert from plaintiff, but I'm stretching

21   my recollection.

22             THE COURT:  All right.  Mr. Richard, is

23   Ms. Durant an expert?

24             MR. RICHARD:  No, Your Honor.  She's -- she was a

12:34PM    25   consultant.  There's been some testimony about her, but she is

1    not a retained expert.  So no.  Those rules would not apply.

2            THE COURT:  All right.  So how is it that you

3    intend to introduce this evidence because I haven't reviewed

4    all of the controverted designations, but it does appear to me

12:34PM   5    that she's being used as an expert in the case.

6            MR. BLUM:  Your Honor, I don't think she is.  I

7    think she's used as a consultant who wrote a report which was

8    approved by Mr. Alvord which he testified to.

9            THE COURT:  All right.  And I don't want chew up

12:34PM   10   too much since we only have 30 minutes and I would like to let

11   you all go.

12            But would you agree or disagree that the dividing

13   line in that regard is that, if you're asking questions about

14   the report to which she has knowledge and she's telling you

12:35PM   15   about the report, that's one thing.  If you ask her about

16   opinions, that's a separate thing.

17            MR. BLUM:  That would be one -- that could be one

18   dividing line, Your Honor.

19            THE COURT:  That's helpful as I look through

12:35PM   20   this.  Thank you.

21            We're in recess until 1:00 o'clock.  Thank you.

22            (A recess was taken at 12:35 p.m.)

23

24

25

```
 1                    CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5            I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

 6   COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

 7   THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

 8   PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

 9   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15                    DATED THIS  30TH  DAY OF NOVEMBER, 2021.

16

17

18                    /S/ MIRANDA ALGORRI

19                    _____
                      MIRANDA ALGORRI, CSR NO. 12743, CRR
20                    FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25
```

**'** 1645:1

**1.2** [1] - 1526:16

**'15** [2] - 1629:13, 1635:4

**'16** [2] - 1629:13, 1635:5

**'17** [2] - 1629:13, 1635:5

**'18** [1] - 1629:14, 1635:5

**'19** [4] - 1629:14, 1635:5, 1660:1, 1660:3

**'80** [1] - 1607:11

**'80S** [3] - 1548:25, 1566:9, 1566:13

**'85** [1] - 1566:10

**'86** [1] - 1566:10

**'87** [1] - 1666:18

**'90S** [2] - 1566:13, 1596:2

---

### /

**/S** [1] - 1673:18

---

### 0

**0.5** [1] - 1525:22

---

### 1

**1** [53] - 1525:15, 1528:16, 1528:17, 1528:25, 1529:2, 1529:5, 1529:14, 1529:15, 1529:19, 1555:1, 1559:2, 1580:14, 1580:20, 1580:23, 1586:21, 1589:9, 1589:13, 1595:4, 1597:8, 1601:10, 1610:15, 1615:2, 1615:3, 1615:5, 1616:15, 1616:19, 1617:1, 1617:9, 1623:18, 1626:12, 1632:2, 1632:9, 1634:14, 1641:25, 1643:19, 1643:22, 1644:4, 1645:18, 1645:19, 1646:25, 1647:5, 1647:8, 1649:17, 1651:17, 1651:18, 1652:24, 1653:3, 1653:4, 1653:9, 1655:3, 1655:8, 1655:23

**1,1-DCE** [2] - 1644:25,

**10** [3] - 1611:10, 1617:6, 1640:11

**100** [6] - 1550:4, 1602:11, 1604:2, 1604:3, 1604:5, 1609:1

**100,000** [2] - 1586:24, 1587:1

**101** [7] - 1517:4, 1527:24, 1528:2, 1539:6, 1540:1, 1540:4, 1550:21

**1030** [1] - 1615:9

**1046.120** [1] - 1659:6

**10:40** [1] - 1605:3

**10:55** [1] - 1605:3

**11** [3] - 1540:3, 1628:5, 1628:6

**12** [3] - 1609:6, 1653:1, 1653:2

**12743** [2] - 1514:23, 1673:19

**12:30** [1] - 1669:9

**12:35** [1] - 1672:22

**13** [1] - 1590:23

**1316** [4] - 1517:5, 1590:24, 1591:11, 1591:12

**1317** [4] - 1517:6, 1592:5, 1592:8, 1592:13

**1390** [3] - 1517:7, 1593:7, 1593:9

**14** [5] - 1514:8, 1560:15, 1589:22, 1603:15, 1609:6

**1411** [3] - 1517:8, 1536:5, 1536:8

**1419** [4] - 1517:9, 1523:22, 1523:24, 1527:5

**1424** [4] - 1517:10, 1594:11, 1594:13, 1595:12

**1425** [5] - 1517:11, 1596:9, 1596:11, 1596:21, 1597:2

**1426** [3] - 1517:12, 1597:13, 1597:19

**1457** [1] - 1604:23

**1458** [1] - 1606:3

**15** [10] - 1570:18, 1605:6, 1611:10, 1616:21, 1617:6, 1621:1, 1639:9, 1659:6, 1661:19, 1664:4

**1514** [1] - 1514:8

**1523** [2] - 1517:9

**1524** [1] - 1516:5

**1527** [1] - 1516:5

**1528** [2] - 1517:4

**1530** [1] - 1516:6

**1533** [1] - 1516:9

**1536** [2] - 1517:8

**1565** [1] - 1516:9

**158** [2] - 1610:4, 1657:4

**1590** [1] - 1516:10

**1591** [2] - 1517:5

**1592** [1] - 1517:6

**1593** [2] - 1517:7

**1594** [2] - 1517:10

**1597** [4] - 1517:11, 1517:12

**16** [3] - 1627:21, 1627:24, 1654:1

**1600** [1] - 1516:10

**1606** [1] - 1516:13

**1658** [1] - 1516:13

**1673** [1] - 1514:8

**168** [1] - 1570:6

**171** [2] - 1578:22, 1599:25

**18-06825-SB** [2] - 1514:7, 1518:8

**190** [10] - 1581:7, 1590:3, 1590:6, 1600:1, 1612:11, 1612:12, 1619:18, 1619:19, 1619:20, 1622:2

**1980** [2] - 1607:3, 1607:11

**1980S** [1] - 1535:25

**1981** [1] - 1534:13

**1982** [1] - 1667:23

**1983** [1] - 1534:20

**1984** [4] - 1566:4, 1566:5, 1588:1, 1608:6

**1986** [1] - 1666:18

**1987** [1] - 1570:1

**1988** [2] - 1535:12, 1657:2

**1990S** [1] - 1595:23

**1994** [4] - 1536:16, 1566:19, 1566:20, 1567:2

**1997** [1] - 1536:1

**1:00** [3] - 1669:10, 1669:13, 1672:21

**1ST** [1] - 1514:24

---

### 2

**2** [48] - 1525:15, 1528:12, 1529:1,

**1529:2**, 1529:15, 1529:19, 1555:2, 1559:2, 1579:16, 1580:14, 1580:20, 1589:10, 1589:13, 1591:23, 1598:1, 1601:10, 1610:15, 1616:7, 1616:15, 1616:19, 1617:2, 1617:9, 1623:19, 1626:12, 1628:4, 1631:10, 1632:2, 1632:9, 1640:14, 1641:10, 1641:13, 1644:4, 1645:18, 1645:19, 1646:25, 1647:5, 1647:8, 1648:20, 1649:17, 1651:17, 1651:20, 1651:21, 1652:24, 1653:3, 1653:4, 1655:3, 1655:8, 1655:24

**20** [2] - 1609:9, 1635:3

**200** [2] - 1611:11, 1617:6

**2000** [4] - 1570:15, 1570:16, 1634:18, 1654:4

**2000S** [2] - 1570:14, 1570:16

**2002** [11] - 1536:19, 1567:11, 1567:25, 1569:12, 1569:15, 1571:5, 1571:7, 1571:10, 1571:14, 1576:22, 1588:7

**2003** [1] - 1570:22

**2004** [1] - 1643:4

**201** [7] - 1617:9, 1639:20, 1639:22, 1640:15, 1641:2, 1641:3, 1658:2

**2010** [1] - 1596:4

**2011** [1] - 1527:10

**2012** [2] - 1527:11

**2013** [2] - 1643:13, 1644:14

**2014** [5] - 1528:18, 1626:7, 1628:18, 1629:13, 1632:18

**2015** [5] - 1560:20, 1567:15, 1626:16, 1643:19, 1653:16

**2016** [5] - 1526:9, 1526:10, 1527:8, 1528:22, 1626:24

**2017** [6] - 1558:8, 1581:1, 1587:25, 1627:13, 1633:4

**2018** [6] - 1560:20, 1580:25, 1627:17, 1633:5, 1633:6, 1633:9

**2019** [25] - 1553:3, 1554:20, 1558:20, 1561:5, 1562:21, 1567:15, 1581:4, 1584:7, 1600:8, 1609:22, 1612:17, 1619:22, 1620:8, 1620:11, 1625:12, 1626:3, 1628:9, 1628:12, 1628:16, 1629:3, 1629:19, 1634:19, 1635:10, 1643:21

**2020** [2] - 1600:6, 1600:7

**2021** [3] - 1514:14, 1518:1, 1673:15

**205** [6] - 1617:9, 1638:20, 1639:15, 1639:17, 1647:3, 1658:1

**21** [1] - 1567:19

**22** [2] - 1579:18, 1632:16

**28** [1] - 1673:8

---

### 3

**3** [6] - 1518:7, 1552:24, 1624:14, 1624:15, 1628:4, 1643:10

**30** [6] - 1514:14, 1518:1, 1633:18, 1643:2, 1656:21, 1672:10

**30-MINUTE** [1] - 1669:13

**300** [2] - 1572:6, 1648:19

**300,000** [1] - 1657:2

**30TH** [1] - 1673:15

**34** [1] - 1588:2

**34TH** [2] - 1515:7, 1515:10

**350** [1] - 1514:24

**35TH** [1] - 1635:7

**36** [1] - 1639:12

**37** [1] - 1641:5

**392** [1] - 1590:9

**3A** [40] - 1542:12, 1552:6, 1552:8, 1552:14, 1552:21, 1556:15, 1556:20, 1556:22, 1556:24, 1558:7, 1558:19,

1559:19, 1563:6, 1588:21, 1614:23, 1614:24, 1614:25, 1615:6, 1615:11, 1615:12, 1624:8, 1624:16, 1624:18, 1624:19, 1624:20, 1624:24, 1625:1, 1625:3, 1625:14, 1625:15, 1626:4, 1630:4, 1630:12, 1630:20, 1632:19, 1634:25, 1643:20, 1643:23, 1644:5, 1652:18
**3B** [1] - 1624:16
**3C** [18] - 1552:15, 1556:16, 1556:17, 1556:18, 1556:22, 1556:25, 1557:23, 1624:8, 1624:17, 1625:1, 1629:12, 1630:3, 1630:12, 1630:20, 1634:23, 1643:23, 1644:5

## 4

**4** [6] - 1551:18, 1552:25, 1563:25, 1574:5, 1578:7, 1578:9
**40** [3] - 1572:5, 1608:25, 1656:21
**400** [1] - 1648:20
**41** [1] - 1643:7
**4455** [1] - 1514:24

## 5

**5** [12] - 1573:19, 1573:21, 1573:23, 1574:19, 1633:8, 1634:6, 1634:10, 1634:15, 1634:16, 1643:7, 1643:8, 1652:18
**50** [3] - 1515:10, 1643:2, 1656:19
**500** [3] - 1515:15, 1615:2, 1649:13
**59** [1] - 1653:24

## 6

**6** [8] - 1525:20, 1526:1, 1567:10, 1591:24, 1595:4, 1598:1, 1598:4, 1625:22
**60** [1] - 1633:18

**60-DEGREE** [1] - 1652:6

## 7

**7** [4] - 1564:8, 1592:23, 1592:24, 1592:25
**700** [4] - 1515:16, 1648:15, 1648:16, 1649:13
**753** [1] - 1673:8
**777** [1] - 1515:6

## 8

**8** [3] - 1514:13, 1519:17, 1519:18
**800** [1] - 1651:19
**8:26** [2] - 1514:14, 1518:1
**8:33** [1] - 1523:2

## 9

**9** [1] - 1519:17
**90012** [1] - 1514:25
**90017** [1] - 1515:7
**94** [1] - 1550:5
**94111** [2] - 1515:11, 1515:16
**97-005** [4] - 1572:25, 1573:2, 1573:8, 1573:10
**98** [1] - 1590:9

## A

**A-M-I-N-I** [1] - 1537:9
**A.M** [1] - 1523:2
**A.M** [2] - 1514:14, 1518:1
**ABANDONED** [1] - 1610:11
**ABILITY** [3] - 1555:10, 1596:20, 1650:6
**ABLE** [7] - 1518:24, 1521:6, 1533:24, 1539:21, 1549:24, 1612:3, 1670:14
**ABOVE** [1] - 1673:11
**ABOVE-ENTITLED** [1] - 1673:11
**ABSENCE** [1] - 1625:17
**ABSOLUTELY** [1] - 1549:23
**ABSORB** [1] - 1545:1
**ABSORBED** [2] - 1637:8, 1637:14

**ABSORPTION** [4] - 1543:14, 1544:17, 1544:23, 1636:16
**ACCEPTABLE** [1] - 1602:23
**ACCORDING** [1] - 1588:12
**ACCOUNT** [3] - 1631:4, 1631:7, 1648:25
**ACCOUNTS** [1] - 1630:21
**ACCURATE** [1] - 1613:21
**ACCURATELY** [3] - 1583:1, 1583:16, 1584:12
**ACKNOWLEDGED** [1] - 1663:2
**ACRE** [1] - 1667:3
**ACT** [2] - 1562:14, 1662:2
**ACTING** [1] - 1671:1
**ACTION** [8] - 1553:9, 1591:21, 1595:7, 1597:7, 1597:12, 1597:25, 1602:6
**ACTIONS** [2] - 1557:8, 1591:22
**ACTIVITIES** [9] - 1533:20, 1539:15, 1539:18, 1539:19, 1557:6, 1569:13, 1590:19, 1591:2, 1596:5
**ACTIVITY** [1] - 1560:9
**ACTON** [1] - 1536:1
**ACTON-MICKELSON** [1] - 1536:1
**ACTUAL** [1] - 1584:14
**ADD** [3] - 1547:20, 1550:17, 1586:20
**ADDED** [1] - 1609:1
**ADDITION** [3] - 1521:8, 1523:7, 1652:9
**ADDITIONAL** [13] - 1530:25, 1531:6, 1547:19, 1547:20, 1548:12, 1556:5, 1556:7, 1557:9, 1561:25, 1564:21, 1564:22, 1565:3, 1570:15
**ADDRESS** [1] - 1598:8
**ADDRESSING** [1] - 1564:11
**ADEQUATE** [2] - 1562:1
**ADHERENCE** [3] -

1636:12, 1636:14, 1636:15
**ADJACENT** [1] - 1653:2
**ADJUST** [1] - 1555:19
**ADJUSTED** [1] - 1555:20
**ADJUSTMENTS** [3] - 1553:19, 1556:2, 1556:3
**ADMISSION** [1] - 1523:22
**ADMISSIONS** [2] - 1671:2, 1671:3
**ADMIT** [1] - 1671:12
**ADMITTED** [4] - 1528:5, 1570:7, 1578:23, 1600:1
**ADMONISH** [1] - 1520:4
**ADOPTIVE** [1] - 1671:2
**ADVANCE** [1] - 1546:9
**ADVANCEMENT** [1] - 1555:17
**ADVANCING** [1] - 1549:12
**ADVISED** [1] - 1609:2
**ADVISORY** [1] - 1607:21
**AECOM** [10] - 1582:9, 1582:10, 1582:15, 1583:17, 1584:13, 1584:16, 1659:21, 1660:7, 1660:19, 1661:2
**AECOM'S** [1] - 1660:17
**AFFECT** [4] - 1543:16, 1613:20, 1625:20, 1651:24
**AFFECTS** [3] - 1543:19, 1543:25, 1606:19
**AGENCIES** [2] - 1557:2, 1557:3
**AGENCY** [1] - 1514:5
**AGENCY** [6] - 1525:9, 1529:14, 1530:3, 1557:7, 1665:13, 1671:1
**AGENCY** [4] - 1518:8, 1523:6, 1524:12, 1607:11
**AGENCY'S** [1] - 1576:16
**AGENCY'S** [1] - 1557:5
**AGO** [2] - 1609:6,

1664:12
**AGREE** [19] - 1555:4, 1557:8, 1564:18, 1566:23, 1568:5, 1568:14, 1577:6, 1585:13, 1585:17, 1658:15, 1658:20, 1658:25, 1661:8, 1662:15, 1663:22, 1664:22, 1670:21, 1672:12
**AGREED** [5] - 1564:16, 1566:25, 1567:2, 1567:4, 1636:9
**AGREED-UPON** [1] - 1566:25
**AGREEMENT** [1] - 1521:19
**AHEAD** [8] - 1521:10, 1539:9, 1539:25, 1550:20, 1581:9, 1598:21, 1654:25, 1669:7
**AIR** [2] - 1549:1, 1549:4
**AL** [2] - 1514:8, 1518:9
**AL-12** [1] - 1653:4
**AL-6** [4] - 1653:1, 1653:2, 1653:3, 1653:14
**AL12** [1] - 1654:25
**ALGORRI** [4] - 1514:23, 1673:5, 1673:18, 1673:19
**ALLOW** [3] - 1522:3, 1522:19, 1586:14
**ALLOWED** [1] - 1523:18
**ALLUVIAL** [1] - 1653:5
**ALLUVIUM** [5] - 1592:25, 1645:9, 1648:1, 1652:11, 1652:25
**ALMOST** [6] - 1546:16, 1605:3, 1622:24, 1623:4, 1653:23, 1667:2
**ALSO** [1] - 1515:18
**ALTERNATIVE** [1] - 1518:23
**ALVORD** [2] - 1522:1, 1672:8
**AMINI** [6] - 1537:2, 1537:7, 1537:8, 1537:13, 1537:17, 1591:19
**AMINI'S** [1] - 1537:11

**AMOUNT** [9] - 1535:19, 1536:20, 1552:8, 1557:19, 1557:20, 1560:15, 1586:3, 1586:16, 1648:25

**ANALOGIZE** [1] - 1640:3

**ANALYSIS** [23] - 1533:25, 1539:17, 1541:20, 1542:11, 1552:7, 1559:6, 1559:7, 1559:11, 1559:14, 1559:16, 1560:2, 1562:22, 1563:10, 1563:16, 1574:12, 1577:3, 1584:22, 1589:13, 1593:20, 1593:24, 1632:6, 1638:18, 1659:4

**ANALYTICAL** [1] - 1611:3

**ANALYZE** [5] - 1533:19, 1557:11, 1558:2, 1558:14, 1559:4

**ANALYZED** [3] - 1562:18, 1611:3, 1654:3

**AND** [3] - 1673:6, 1673:9, 1673:11

**ANGELES** [3] - 1515:7, 1529:9, 1570:24

**ANGELES** [3] - 1514:15, 1514:25, 1518:2

**ANGLE** [1] - 1652:6

**ANION** [2] - 1546:13

**ANOMALIES** [2] - 1527:14, 1527:17

**ANSWER** [10] - 1531:4, 1568:8, 1568:18, 1574:25, 1575:18, 1603:25, 1609:16, 1609:18, 1612:3, 1618:4

**ANTHONY** [2] - 1516:8, 1533:1

**ANTHONY** [1] - 1533:10

**ANYWAY** [1] - 1526:22

**APART** [1] - 1521:2

**APOLOGIZE** [1] - 1578:3

**APPEALING** [1] - 1529:11

**APPEAR** [7] - 1519:9,

---

1555:5, 1581:23, 1633:1, 1660:21, 1662:11, 1672:4

**APPEARANCES** [1] - 1515:1

**APPEARANCES** [1] - 1518:10

**APPLICABLE** [1] - 1573:14

**APPLICATION** [3] - 1528:22, 1529:12, 1603:10

**APPLIED** [1] - 1549:5

**APPLIES** [2] - 1520:16, 1670:16

**APPLY** [4] - 1519:20, 1529:14, 1529:21, 1672:1

**APPLYING** [1] - 1629:8

**APPRECIATE** [2] - 1596:12, 1663:11

**APPROPRIATE** [3] - 1531:10, 1573:16, 1573:17

**APPROVAL** [4] - 1591:20, 1597:7, 1597:9, 1597:25

**APPROVAL** [2] - 1517:11, 1517:12

**APPROVALS** [1] - 1598:3

**APPROVED** [3] - 1560:1, 1595:5, 1672:8

**APPROVES** [1] - 1566:15

**APPROXIMATE** [2] - 1603:19, 1603:23

**AQUA** [2] - 1624:13, 1631:6

**AQUIFER** [8] - 1552:15, 1556:16, 1615:11, 1618:19, 1630:2, 1630:3, 1635:21, 1635:22

**AQUIFERS** [2] - 1556:22, 1618:19

**AQUITARDS** [2] - 1624:13, 1631:6

**AREA** [1] - 1589:22

**AREA** [83] - 1529:9, 1540:14, 1542:20, 1543:6, 1547:1, 1547:25, 1548:23, 1552:11, 1560:15, 1561:12, 1565:4, 1565:7, 1575:6, 1578:18, 1578:20, 1579:20, 1593:1,

---

1598:21, 1599:5, 1599:11, 1599:13, 1601:5, 1601:22, 1601:23, 1603:15, 1603:22, 1611:10, 1611:11, 1614:1, 1614:3, 1616:5, 1616:6, 1616:9, 1616:12, 1616:21, 1620:5, 1620:6, 1621:3, 1622:4, 1623:6, 1623:13, 1624:5, 1625:22, 1630:25, 1632:18, 1632:19, 1633:6, 1633:10, 1633:14, 1633:23, 1635:1, 1635:12, 1635:13, 1635:14, 1637:14, 1638:17, 1639:1, 1639:5, 1639:7, 1640:4, 1640:20, 1640:25, 1641:2, 1641:13, 1644:3, 1645:9, 1645:16, 1647:16, 1647:21, 1648:1, 1648:3, 1649:7, 1649:9, 1650:10, 1650:12, 1652:3, 1656:3, 1662:14, 1663:18, 1666:22

**AREAS** [27] - 1539:14, 1540:3, 1560:8, 1560:12, 1560:13, 1560:14, 1578:5, 1578:6, 1578:25, 1585:12, 1589:18, 1589:21, 1589:23, 1594:18, 1594:19, 1611:6, 1618:8, 1634:3, 1635:24, 1650:21, 1656:7, 1666:7, 1667:2, 1667:5, 1667:7, 1668:12, 1668:16

**ARGUMENTATIVE** [1] - 1638:10

**ARID** [1] - 1649:5

**ARISE** [1] - 1531:9

**ARREST** [1] - 1554:25

**ARRIVED** [1] - 1522:23

**ARRIVING** [1] - 1521:16

**ARROW** [7] - 1550:9, 1558:10, 1588:23, 1623:9, 1623:10, 1635:12, 1660:14

**ARROWS** [3] -

---

1660:14, 1660:16, 1660:19

**ARTICULATE** [1] - 1550:22

**ARTICULATED** [1] - 1571:24

**ASPECT** [6] - 1540:20, 1607:17, 1630:17, 1631:11, 1631:21

**ASPECTS** [2] - 1519:15, 1537:16

**ASSEMBLED** [1] - 1522:25

**ASSESS** [1] - 1553:4

**ASSESSMENT** [7] - 1665:17, 1665:18, 1665:21, 1665:23, 1666:2, 1666:3, 1668:7

**ASSESSMENTS** [1] - 1665:24

**ASSIGNMENT** [2] - 1609:23, 1609:24

**ASSIST** [1] - 1537:20

**ASSOCIATED** [1] - 1587:22

**ASSOCIATES** [1] - 1666:15

**ASSUME** [3] - 1522:5, 1574:17, 1637:24

**ASSUMPTION** [1] - 1522:3

**ATTACHES** [1] - 1546:8

**ATTEMPT** [2] - 1547:23, 1665:6

**ATTEMPTING** [1] - 1671:5

**ATTENUATED** [1] - 1543:20

**ATTENUATION** [5] - 1543:14, 1543:18, 1543:19, 1544:2, 1544:19

**ATTRIBUTES** [1] - 1544:25

**AUGUST** [1] - 1558:8

**AUTHOR** [1] - 1524:8

**AVAILABLE** [4] - 1521:4, 1551:7, 1629:9, 1642:20

**AVERAGE** [8] - 1525:14, 1525:19, 1525:23, 1526:15, 1526:18, 1548:15, 1650:15, 1650:16

**AWARDED** [1] - 1534:21

**AWARE** [4] - 1520:7, 1572:18, 1572:22,

---

1580:19

# B

**BACHELOR'S** [2] - 1607:1, 1607:10

**BACKGROUND** [2] - 1534:7, 1539:2

**BAD** [1] - 1527:20

**BAGS** [1] - 1564:19

**BAR** [2] - 1557:18, 1557:19

**BARELY** [1] - 1546:15

**BARRIER** [4] - 1662:3, 1663:2

**BASED** [39] - 1522:4, 1538:24, 1542:11, 1547:19, 1548:11, 1554:20, 1555:3, 1561:18, 1561:19, 1561:24, 1563:10, 1576:21, 1576:22, 1580:10, 1583:14, 1588:8, 1600:7, 1602:16, 1602:17, 1602:21, 1619:23, 1620:16, 1620:25, 1623:11, 1623:17, 1625:13, 1627:8, 1628:14, 1628:25, 1632:5, 1638:25, 1640:18, 1645:24, 1646:9, 1661:7, 1665:3, 1668:13, 1670:13

**BASES** [1] - 1539:8

**BASIC** [2] - 1627:14, 1670:21

**BASIS** [8] - 1563:16, 1583:15, 1594:5, 1638:16, 1670:22, 1671:3, 1671:11

**BEACH** [1] - 1541:13

**BEAN** [2] - 1667:17, 1667:18

**BEARING** [1] - 1630:16

**BEATON** [1] - 1515:20

**BEAUTY** [1] - 1604:7

**BECAME** [1] - 1668:1

**BECOMES** [1] - 1671:2

**BEGAN** [3] - 1534:23, 1580:25, 1595:21

**BEGINNING** [1] - 1558:16

**BEHAVE** [1] - 1535:7

**BEHAVIOR** [1] - 1562:2

**BEHIND** [1] - 1601:21,

1671:3
**BELOW** [8] - 1552:16, 1554:13, 1573:3, 1615:8, 1623:3, 1634:25, 1643:8, 1665:8
**BENEATH** [3] - 1586:5, 1602:9, 1663:22
**BENEFICIAL** [2] - 1572:10, 1572:15
**BENEFIT** [3] - 1534:6, 1549:8, 1598:17
**BERMITE** [41] - 1539:16, 1566:2, 1569:14, 1570:11, 1572:19, 1576:15, 1577:14, 1579:22, 1582:6, 1584:25, 1585:13, 1585:22, 1586:6, 1587:4, 1588:1, 1588:17, 1589:18, 1595:1, 1610:1, 1610:2, 1616:25, 1617:16, 1624:15, 1624:20, 1632:10, 1632:12, 1644:4, 1645:22, 1646:6, 1647:10, 1647:13, 1647:19, 1648:10, 1648:23, 1654:2, 1657:10, 1657:25, 1658:3, 1658:4, 1663:18, 1665:8
**BERMITE-WHITTAKER** [2] - 1645:22, 1663:18
**BEST** [2] - 1520:1, 1615:19
**BETTER** [6] - 1539:3, 1553:19, 1590:21, 1599:18, 1641:19, 1651:5
**BETWEEN** [19] - 1546:18, 1547:24, 1554:3, 1567:15, 1568:3, 1574:10, 1579:16, 1588:2, 1603:23, 1618:21, 1618:22, 1621:23, 1624:8, 1625:12, 1631:5, 1631:6, 1636:19, 1636:22, 1653:8
**BEYOND** [13] - 1519:25, 1520:2, 1551:22, 1555:17, 1561:11, 1571:20, 1573:5, 1574:12,

1601:10, 1616:6, 1616:16, 1627:18, 1630:8
**BIG** [2] - 1553:25, 1650:10
**BILLION** [11] - 1573:21, 1573:23, 1574:19, 1633:8, 1634:6, 1634:10, 1634:11, 1634:16, 1639:9, 1643:19, 1656:23
**BIODEGRADATION** [2] - 1544:11, 1544:12
**BIOLOGICAL** [1] - 1544:7
**BIT** [24] - 1520:5, 1534:7, 1535:5, 1539:5, 1544:21, 1545:24, 1546:4, 1550:20, 1569:5, 1572:7, 1610:15, 1610:20, 1613:22, 1621:2, 1621:4, 1623:2, 1630:12, 1632:22, 1633:6, 1634:2, 1648:20, 1656:10, 1664:25, 1667:4
**BITS** [1] - 1539:5
**BLANKET** [1] - 1671:15
**BLOW** [2] - 1639:16, 1640:13
**BLOWUP** [1] - 1544:13
**BLUE** [20] - 1550:9, 1554:23, 1557:23, 1558:10, 1558:11, 1563:2, 1613:13, 1613:15, 1613:19, 1614:4, 1614:5, 1614:8, 1622:5, 1623:10, 1635:11, 1659:19, 1660:14, 1660:16, 1660:19
**BLUM** [52] - 1515:13, 1515:14, 1518:16, 1520:15, 1521:7, 1521:13, 1521:17, 1521:22, 1522:15, 1522:20, 1523:21, 1524:4, 1524:20, 1526:24, 1528:5, 1528:10, 1529:16, 1529:22, 1530:21, 1531:21, 1532:2, 1532:8, 1605:25, 1606:1, 1606:13,

1609:20, 1610:4, 1612:2, 1612:10, 1619:18, 1621:11, 1622:1, 1627:10, 1631:9, 1638:12, 1638:16, 1658:5, 1659:10, 1659:13, 1659:15, 1669:20, 1669:23, 1670:2, 1670:6, 1670:12, 1670:18, 1670:25, 1671:10, 1671:14, 1671:19, 1672:6, 1672:17
**BLUM** [13] - 1516:5, 1516:6, 1516:13, 1518:16, 1520:5, 1521:3, 1523:16, 1523:20, 1530:19, 1532:7, 1605:14, 1606:9, 1669:18
**BLUMENFELD** [1] - 1514:3
**BOB** [1] - 1667:17
**BODY** [2] - 1541:7, 1562:1
**BOND** [1] - 1528:17
**BOOK** [1] - 1607:25
**BORDER** [16] - 1583:21, 1588:15, 1616:16, 1620:18, 1623:19, 1623:20, 1623:24, 1627:20, 1627:24, 1633:22, 1641:20, 1642:2, 1642:5, 1642:11, 1644:1
**BOSS** [4] - 1524:16, 1526:5, 1526:12, 1526:22
**BOTTOM** [2] - 1557:22, 1655:14
**BOUNDARIES** [1] - 1551:23
**BOUNDARY** [4] - 1558:13, 1579:19, 1600:16, 1629:17
**BOXES** [1] - 1554:23
**BRAZIL** [1] - 1535:17
**BREAD** [1] - 1616:2
**BREADTH** [1] - 1611:6
**BREAK** [8] - 1522:22, 1544:8, 1604:20, 1605:2, 1605:3, 1669:7, 1669:10, 1669:13
**BREAKDOWN** [3] - 1645:3, 1645:4
**BRIEF** [2] - 1523:1, 1666:12

**BRIEFLY** [5] - 1552:6, 1592:1, 1637:1, 1654:22, 1669:18
**BRING** [3] - 1518:20, 1522:22, 1593:11
**BROKEN** [1] - 1539:4
**BROUGHT** [2] - 1529:20, 1537:23
**BROWN** [2] - 1540:13, 1542:5
**BUG** [1] - 1544:13
**BUGS** [1] - 1544:12
**BUILT** [1] - 1542:3
**BUNCH** [1] - 1642:1
**BURN** [1] - 1603:22
**BUSINESS** [1] - 1656:15
**BUSINESSES** [2] - 1608:20, 1656:13
**BY** [42] - 1515:4, 1515:5, 1515:5, 1515:6, 1515:9, 1515:14, 1515:14, 1515:15, 1524:2, 1524:4, 1524:20, 1527:2, 1528:3, 1529:18, 1530:4, 1530:21, 1531:21, 1533:11, 1533:13, 1536:9, 1537:6, 1539:25, 1565:18, 1568:13, 1571:23, 1573:8, 1575:8, 1575:23, 1586:18, 1590:5, 1593:13, 1597:3, 1600:22, 1606:11, 1606:13, 1612:2, 1627:10, 1631:9, 1638:12, 1638:16, 1658:9, 1663:16
**BYRON** [1] - 1515:4

# C

**CAKE** [3] - 1542:3, 1542:6, 1542:7
**CALCULATE** [5] - 1650:4, 1650:24, 1651:2, 1664:15, 1665:7
**CALCULATING** [2] - 1650:1, 1650:11
**CALCULATION** [4] - 1649:18, 1649:20, 1649:21, 1665:3
**CALIFORNIA** [12] - 1515:7, 1515:10, 1515:11, 1515:16, 1534:21, 1534:23,

1535:12, 1535:13, 1535:17, 1535:20, 1539:17, 1557:13
**CALIFORNIA** [5] - 1514:2, 1514:15, 1514:25, 1518:2, 1673:7
**CALLED** [3] - 1524:2, 1533:11, 1606:11
**CANADA** [3] - 1534:14, 1607:7, 1607:8
**CANADIAN** [1] - 1587:10
**CANDID** [1] - 1520:19
**CANDOR** [1] - 1520:19
**CAPACITY** [2] - 1556:4, 1556:5
**CAPTURE** [13] - 1520:9, 1534:4, 1555:12, 1558:22, 1574:5, 1574:6, 1576:11, 1584:3, 1639:14, 1639:22, 1639:24, 1639:25, 1640:7
**CAPTURED** [3] - 1558:23, 1561:12, 1576:20
**CAPTURING** [1] - 1640:1
**CAREER** [1] - 1568:23
**CAREFUL** [1] - 1654:17
**CARRIES** [1] - 1552:8, 1552:9
**CASE** [30] - 1522:18, 1532:6, 1533:25, 1535:21, 1542:20, 1557:3, 1557:7, 1557:13, 1585:10, 1605:5, 1605:13, 1609:21, 1611:8, 1611:9, 1620:5, 1624:14, 1630:19, 1656:12, 1659:5, 1661:20, 1665:6, 1665:12, 1666:2, 1667:21, 1668:9, 1668:12, 1669:12, 1670:5, 1671:18, 1672:5
**CASE** [1] - 1514:6
**CASE** [1] - 1518:7
**CASES** [1] - 1609:11
**CATEGORY** [1] - 1522:10
**CAUSED** [2] - 1646:13, 1652:5

CAUSING [1] - 1575:11
CAVEAT [2] - 1669:23, 1670:3
CDM [5] - 1585:25, 1586:3, 1668:14, 1668:18, 1668:19
CENTRAL [2] - 1514:2, 1673:7
CERCLA [2] - 1571:19, 1572:3
CERTAIN [18] - 1531:12, 1533:15, 1544:14, 1544:15, 1544:25, 1545:1, 1567:4, 1567:6, 1590:20, 1602:25, 1603:3, 1604:4, 1610:17, 1640:8, 1659:21
CERTAINLY [9] - 1544:19, 1556:3, 1563:20, 1564:23, 1570:23, 1578:8, 1587:2, 1587:16, 1600:18
CERTIFICATE [1] - 1673:1
CERTIFY [1] - 1673:7
CETERA [2] - 1542:18, 1551:10
CFR [1] - 1572:5
CH2M [1] - 1653:15
CHALLENGING [1] - 1612:6
CHANCE [1] - 1520:22
CHANDALAR [1] - 1515:9
CHANGE [5] - 1556:14, 1620:12, 1620:13, 1621:1, 1631:2
CHANGES [5] - 1620:23, 1620:25, 1621:7, 1621:10, 1621:17
CHANGING [1] - 1621:24
CHARACTERISTIC [1] - 1635:19
CHARACTERISTICS [2] - 1542:2, 1580:10
CHARACTERIZATION [2] - 1565:24, 1571:9
CHARACTERIZE [1] - 1570:22
CHARGE [2] - 1538:25, 1540:22
CHART [4] - 1525:11,

1525:12, 1557:19
CHECKERED [1] - 1622:6
CHEMICAL [15] - 1525:6, 1544:4, 1544:24, 1545:3, 1545:16, 1545:17, 1545:25, 1546:8, 1635:20, 1637:5, 1645:8, 1646:19, 1655:22, 1657:17, 1668:5
CHEMICALS [26] - 1535:6, 1542:21, 1542:22, 1544:5, 1544:15, 1544:24, 1545:1, 1545:5, 1545:21, 1551:13, 1551:14, 1606:19, 1606:23, 1607:6, 1608:12, 1608:17, 1610:23, 1618:5, 1618:13, 1618:18, 1619:2, 1621:17, 1623:12, 1630:12, 1636:17, 1655:10
CHERRY [2] - 1607:20, 1607:21
CHERRY [2] - 1607:22, 1607:24
CHEW [1] - 1672:9
CHLORIDE [1] - 1546:14
CHLORINATED [3] - 1545:9, 1608:12, 1608:20
CHLORINES [1] - 1645:2
CHLOROFORM [21] - 1646:17, 1646:18, 1646:19, 1646:25, 1647:7, 1647:9, 1647:12, 1647:14, 1647:19, 1647:23, 1648:2, 1653:6, 1653:7, 1653:10, 1654:23, 1655:20, 1655:23, 1656:3, 1656:5
CHOICE [1] - 1636:19
CHOOSE [2] - 1636:20, 1636:21
CIRCLE [5] - 1554:24, 1561:7, 1580:14, 1641:14, 1647:16
CIRCLED [2] - 1622:12, 1647:21
CIRCLES [1] - 1610:9
CIRCULAR [1] - 1579:19

CIRCUMSTANCE [1] - 1601:15
CIRCUMSTANCES [4] - 1572:12, 1602:25, 1603:3, 1604:4
CITE [3] - 1521:25, 1666:14, 1669:3
CITED [3] - 1521:22, 1577:13, 1601:16
CIVIL [1] - 1607:2
CLAIM [1] - 1522:11
CLAIMED [1] - 1522:18
CLAIMING [2] - 1671:7, 1671:8
CLARITA [1] - 1514:5
CLARITA [5] - 1518:8, 1523:5, 1524:11, 1539:17, 1576:16
CLASSES [1] - 1534:17
CLAY [3] - 1541:11, 1541:12, 1650:7
CLAYS [1] - 1618:16
CLEAN [3] - 1549:11, 1601:21, 1637:13
CLEANER [4] - 1543:24, 1549:1, 1640:4
CLEANERS [1] - 1608:19
CLEANING [1] - 1594:20
CLEANUP [10] - 1548:22, 1567:2, 1567:7, 1569:13, 1569:21, 1571:19, 1571:25, 1572:1, 1602:5, 1602:22
CLEANUPS [2] - 1569:17, 1602:19
CLEAR [3] - 1545:2, 1642:1, 1663:8
CLERK [7] - 1518:7, 1532:13, 1532:23, 1533:2, 1605:18, 1605:25, 1606:5
CLICK [2] - 1544:3, 1544:10
CLIENT [3] - 1518:13, 1518:18, 1522:8
CLIENT'S [1] - 1522:9
CLOSE [8] - 1574:14, 1575:4, 1579:19, 1638:24, 1638:25, 1644:7, 1644:8, 1651:22
CLOSED [1] - 1590:21
CLOSELY [1] - 1594:1
CLOSER [2] - 1657:9,

1657:18
CLOSEST [1] - 1524:14
CLOSURE [7] - 1567:9, 1591:2, 1595:20, 1602:16, 1602:17, 1602:21, 1604:17
CLUSTER [1] - 1628:2
CLUSTERS [7] - 1627:25, 1629:16, 1641:16, 1641:19, 1642:8, 1643:1, 1644:1
CO [1] - 1589:21
CO-LOCATED [1] - 1589:21
CODE [1] - 1673:8
CODED [1] - 1554:7
CODES [2] - 1624:13, 1631:6
COEFFICIENT [1] - 1545:3
COEFFICIENTS [1] - 1651:3
COLLEAGUES [1] - 1536:23
COLLECT [7] - 1611:2, 1611:17, 1612:6, 1612:8, 1620:16, 1638:2
COLLECTED [9] - 1562:18, 1609:25, 1611:18, 1612:16, 1612:22, 1621:1, 1625:13, 1626:2, 1654:3
COLLECTING [2] - 1559:22, 1611:1
COLOR [2] - 1542:6, 1554:7
COLORED [2] - 1540:14, 1554:3
COLUMN [1] - 1649:2
COMING [8] - 1534:23, 1564:2, 1644:3, 1646:16, 1647:19, 1647:25, 1658:3, 1658:4
COMMENT [2] - 1557:5, 1595:20
COMMENTS [1] - 1557:9
COMMITTEE [1] - 1607:21
COMMON [3] - 1602:18, 1646:10, 1646:22
COMMONLY [1] - 1646:8

COMMUNICATING [1] - 1596:12
COMPANY [1] - 1536:21
COMPLETE [3] - 1592:23, 1602:11
COMPLETED [7] - 1523:16, 1564:15, 1567:19, 1576:11, 1591:22, 1592:3, 1593:5
COMPLETELY [2] - 1520:22, 1540:18
COMPLETION [10] - 1591:21, 1594:6, 1597:8, 1597:10, 1597:25, 1598:2, 1598:3, 1601:25, 1602:3, 1602:6
COMPLEX [1] - 1554:1
COMPLEXITY [1] - 1548:17
COMPLICATED [2] - 1553:25, 1611:16
COMPOUND [3] - 1544:6, 1545:18, 1547:25
COMPOUNDS [11] - 1535:2, 1543:20, 1544:8, 1544:14, 1544:15, 1545:12, 1545:15, 1547:9, 1547:11, 1549:2, 1599:6
COMPUTER [1] - 1639:13
CONCENTRATION [6] - 1525:24, 1552:22, 1559:10, 1562:24, 1637:3, 1637:4
CONCENTRATIONS [20] - 1525:14, 1561:5, 1561:14, 1561:22, 1565:12, 1577:5, 1580:15, 1580:20, 1588:13, 1611:4, 1624:19, 1624:24, 1625:2, 1639:7, 1641:24, 1645:20, 1647:20, 1655:6, 1656:8
CONCEPT [7] - 1543:1, 1547:12, 1548:19, 1577:7, 1598:9, 1598:18, 1602:18
CONCEPTS [2] - 1539:3, 1554:4
CONCEPTUAL [5] -

1521:19, 1542:1, 1546:24, 1550:3
**CONCERNING** [1] - 1518:25
**CONCLUDE** [3] - 1638:13, 1638:17, 1643:24
**CONCLUSION** [11] - 1551:2, 1568:7, 1617:7, 1632:3, 1632:7, 1632:9, 1632:12, 1638:19, 1642:12, 1653:9, 1658:4
**CONCLUSIONS** [9] - 1551:16, 1580:11, 1612:7, 1612:8, 1628:25, 1629:9, 1629:10, 1651:10, 1666:5
**CONDITION** [2] - 1603:5, 1603:6
**CONDITIONS** [12] - 1536:2, 1542:3, 1542:12, 1551:6, 1569:19, 1585:20, 1598:16, 1598:24, 1599:11, 1601:18, 1603:11, 1603:13
**CONDUCT** [1] - 1569:13
**CONDUCTED** [3] - 1585:22, 1601:14, 1665:16
**CONDUCTIVITY** [6] - 1585:20, 1650:5, 1650:9, 1650:13, 1650:19
**CONFERENCE** [1] - 1673:12
**CONFIGURATION** [1] - 1580:9
**CONFIRM** [3] - 1564:5, 1591:6, 1597:14
**CONFIRMATION** [6] - 1530:9, 1530:13, 1530:16, 1530:22, 1531:9, 1531:11
**CONFIRMING** [1] - 1553:15
**CONFORMANCE** [1] - 1673:12
**CONFRONTED** [2] - 1568:23, 1568:24
**CONNECTED** [2] - 1635:17, 1636:7
**CONNECTING** [1] - 1599:16
**CONNECTION** [2] -

1573:11, 1671:6
**CONSENT** [9] - 1536:16, 1536:17, 1566:18, 1566:21, 1566:22, 1566:24, 1567:8, 1568:3, 1569:7
**CONSIDER** [6] - 1520:13, 1569:18, 1587:18, 1589:13, 1611:13, 1636:4
**CONSIDERATION** [1] - 1573:17
**CONSIDERED** [7] - 1522:4, 1529:25, 1530:1, 1573:10, 1574:2, 1601:4
**CONSIDERING** [1] - 1659:1
**CONSIST** [1] - 1541:21
**CONSISTENT** [5] - 1581:20, 1596:20, 1614:13, 1633:11, 1644:5
**CONSISTENTLY** [6] - 1622:18, 1623:21, 1623:22, 1623:25, 1624:1, 1633:24
**CONSTRUCT** [1] - 1651:5
**CONSTRUCTED** [2] - 1639:1, 1653:25
**CONSTRUCTING** [1] - 1610:25
**CONSTRUCTION** [1] - 1555:22
**CONSULTANT** [3] - 1668:1, 1671:25, 1672:7
**CONSULTANTS** [3] - 1537:14, 1537:15, 1653:25
**CONSULTING** [3] - 1582:12, 1582:13, 1608:8
**CONTAIN** [5] - 1527:10, 1527:11, 1552:18, 1555:10, 1587:21
**CONTAINMENT** [11] - 1550:23, 1552:17, 1555:14, 1555:15, 1561:12, 1566:7, 1573:19, 1580:2, 1585:6, 1587:21, 1589:12
**CONTAINS** [1] - 1612:15
**CONTAMINANT** [10] -

1534:2, 1534:15, 1543:25, 1554:11, 1559:18, 1603:9, 1606:18, 1607:5, 1607:19, 1610:23
**CONTAMINANTS** [32] - 1535:1, 1541:9, 1542:21, 1542:22, 1542:25, 1543:3, 1546:23, 1549:19, 1571:13, 1581:15, 1581:23, 1584:25, 1610:2, 1611:4, 1611:5, 1611:20, 1615:3, 1615:23, 1618:13, 1619:8, 1620:23, 1621:7, 1621:16, 1622:13, 1622:17, 1631:15, 1649:5, 1651:1, 1651:6, 1654:20, 1659:2, 1666:23
**CONTAMINATED** [8] - 1535:1, 1574:11, 1607:13, 1607:15, 1608:9, 1608:21, 1631:10, 1632:19
**CONTAMINATION** [42] - 1534:5, 1534:19, 1534:24, 1540:25, 1542:14, 1543:24, 1547:22, 1549:15, 1552:11, 1560:9, 1561:11, 1562:3, 1563:7, 1564:12, 1574:5, 1574:6, 1575:4, 1576:14, 1576:15, 1579:7, 1580:7, 1581:15, 1581:17, 1585:16, 1586:13, 1589:9, 1598:20, 1603:1, 1604:6, 1611:7, 1616:21, 1617:1, 1618:8, 1624:15, 1634:4, 1637:23, 1640:23, 1644:3, 1646:14, 1651:25, 1652:21, 1663:3
**CONTEXT** [1] - 1556:12
**CONTINUE** [9] - 1523:18, 1535:11, 1556:13, 1564:5, 1576:6, 1595:10, 1605:5, 1618:7, 1663:13
**CONTINUED** [2] - 1535:13, 1563:20

**CONTINUES** [4] - 1561:25, 1594:8, 1598:22, 1635:21
**CONTINUOUS** [1] - 1564:2
**CONTOUR** [29] - 1550:6, 1550:7, 1558:8, 1570:10, 1577:8, 1577:11, 1582:3, 1582:24, 1583:9, 1583:10, 1583:20, 1584:7, 1584:15, 1614:8, 1615:9, 1616:8, 1616:19, 1625:21, 1628:12, 1628:16, 1629:3, 1635:11, 1658:21, 1658:25, 1660:11, 1660:13, 1660:24, 1661:2
**CONTOURING** [4] - 1582:23, 1583:2, 1614:10, 1654:6
**CONTOURS** [10] - 1558:6, 1558:15, 1558:21, 1581:3, 1583:6, 1583:16, 1584:12, 1628:13, 1630:6, 1630:10
**CONTRACTORS** [1] - 1586:2
**CONTROL** [3] - 1557:4, 1557:14, 1564:15
**CONTROLLED** [1] - 1555:7
**CONTROVERTED** [1] - 1672:4
**COPY** [2] - 1537:24, 1539:21
**CORNER** [2] - 1628:7, 1635:17
**CORPORATION** [4] - 1518:9, 1523:6, 1539:16, 1582:16
**CORPORATION** [1] - 1514:8
**CORRECT** [1] - 1673:9
**CORRECT** [76] - 1524:8, 1524:23, 1525:21, 1526:3, 1526:5, 1526:9, 1526:12, 1526:18, 1527:8, 1530:7, 1530:24, 1531:3, 1533:15, 1538:10, 1539:3, 1544:18, 1545:6, 1549:22, 1558:15, 1560:24,

1562:19, 1564:20, 1565:21, 1566:16, 1574:6, 1574:15, 1576:23, 1585:23, 1586:11, 1598:4, 1598:6, 1601:5, 1601:11, 1602:5, 1614:4, 1615:11, 1617:23, 1617:24, 1621:14, 1622:8, 1622:11, 1622:19, 1623:15, 1625:6, 1625:14, 1625:18, 1627:19, 1627:25, 1628:1, 1628:10, 1628:18, 1629:20, 1629:24, 1636:25, 1638:22, 1640:5, 1641:16, 1642:6, 1643:10, 1644:11, 1644:16, 1644:21, 1644:23, 1645:7, 1647:17, 1651:12, 1658:15, 1660:9, 1660:22, 1661:20, 1662:2, 1663:19, 1665:8, 1665:10, 1666:11, 1666:25
**CORRECTIBLE** [1] - 1522:9
**CORRECTLY** [3] - 1519:14, 1611:25, 1660:19
**CORRELATES** [1] - 1655:19
**CORRELATION** [1] - 1585:14
**COUNSEL** [1] - 1515:1
**COUNSEL** [15] - 1518:10, 1518:11, 1518:25, 1520:7, 1520:10, 1520:13, 1523:7, 1524:13, 1538:16, 1590:11, 1592:9, 1596:12, 1600:23, 1601:25, 1609:15
**COUNSEL** [3] - 1586:11, 1591:8, 1595:13
**COUNT** [1] - 1579:23
**COUNTRY** [2] - 1607:15, 1608:19
**COUPLE** [7] - 1518:21, 1521:17, 1615:19, 1633:19, 1660:14, 1661:9, 1668:1
**COURSE** [5] -

1522:12, 1534:18, 1541:22, 1553:20, 1559:4

**COURT** [108] - 1514:1, 1514:24, 1518:15, 1518:19, 1520:4, 1520:16, 1521:10, 1521:15, 1521:21, 1522:6, 1522:19, 1522:21, 1523:5, 1523:10, 1523:15, 1524:18, 1526:25, 1528:7, 1528:11, 1529:17, 1529:24, 1530:19, 1531:20, 1532:3, 1532:6, 1532:12, 1533:3, 1533:8, 1536:6, 1537:4, 1538:2, 1538:12, 1538:15, 1539:20, 1539:24, 1565:16, 1568:8, 1568:12, 1568:18, 1568:22, 1569:1, 1569:6, 1569:10, 1571:21, 1573:6, 1573:10, 1574:24, 1575:14, 1575:17, 1586:8, 1586:11, 1586:14, 1589:15, 1589:25, 1591:3, 1592:11, 1592:13, 1593:12, 1594:14, 1594:22, 1595:3, 1595:10, 1596:11, 1596:18, 1596:23, 1597:16, 1600:20, 1604:19, 1604:24, 1605:9, 1605:12, 1605:17, 1606:4, 1606:9, 1609:15, 1612:1, 1627:3, 1630:21, 1631:3, 1638:11, 1638:15, 1658:6, 1659:12, 1659:17, 1662:20, 1662:25, 1663:3, 1663:8, 1663:10, 1663:15, 1669:7, 1669:16, 1669:22, 1669:25, 1670:4, 1670:9, 1670:16, 1670:20, 1671:4, 1671:11, 1671:17, 1671:22, 1672:2, 1672:9, 1672:19, 1673:6, 1673:19

**COURT** [14] - 1518:24, 1519:10, 1519:15, 1520:17, 1522:11, 1522:13, 1522:16,

1532:19, 1605:21, 1609:11, 1609:17, 1669:24, 1670:3

**COURT** [7] - 1518:6, 1523:4, 1539:21, 1605:8, 1605:11, 1609:8, 1669:15

**COURT'S** [2] - 1519:8, 1519:19

**COURTROOM** [2] - 1521:12, 1522:24

**COURTS** [2] - 1609:5, 1609:16

**COVER** [2] - 1530:5, 1540:3

**COVERS** [1] - 1550:21

**CREATE** [4] - 1542:24, 1555:12, 1587:13, 1598:16

**CREATED** [1] - 1620:9

**CREATES** [1] - 1549:15

**CREATING** [1] - 1576:9

**CREDIBLE** [1] - 1582:22

**CREEK** [2] - 1603:7, 1603:8

**CROSS** [3] - 1527:1, 1565:17, 1658:8

**CROSS** [12] - 1523:19, 1540:7, 1540:8, 1540:11, 1541:19, 1541:21, 1541:25, 1542:14, 1548:22, 1549:13, 1634:4, 1670:10

**CROSS** [3] - 1516:5, 1516:9, 1516:13

**CROSS-CONTAMINATION** [1] - 1634:4

**CROSS-DESIGNATIONS** [1] - 1670:10

**CROSS-EXAMINATION** [3] - 1527:1, 1565:17, 1658:8

**CROSS-EXAMINATION** [3] - 1516:5, 1516:9, 1516:13

**CROSS-EXAMINATION** [1] - 1523:19

**CRR** [2] - 1514:23, 1673:19

**CRUMBS** [1] - 1616:3

**CSR** [2] - 1514:23,

1673:19

**CURRENT** [6] - 1551:5, 1555:17, 1560:7, 1563:23, 1564:12, 1565:1

**CUT** [4] - 1540:8, 1540:10, 1540:12, 1598:21

**CV** [2] - 1514:7, 1518:8

**CW-01** [1] - 1588:20

**CW-22** [1] - 1579:12

# D

**D-A-U-S** [1] - 1533:1

**DANIEL** [1] - 1515:15

**DASH** [2] - 1552:25, 1554:16

**DATA** [97] - 1533:19, 1551:3, 1553:3, 1554:20, 1555:3, 1556:6, 1556:9, 1556:10, 1560:4, 1560:6, 1560:23, 1560:25, 1562:18, 1562:20, 1563:19, 1564:4, 1564:21, 1574:13, 1576:21, 1576:25, 1577:4, 1579:8, 1582:1, 1583:4, 1584:14, 1585:4, 1599:3, 1601:13, 1609:24, 1609:25, 1610:17, 1610:19, 1610:20, 1610:21, 1610:22, 1611:8, 1611:9, 1611:10, 1611:17, 1611:18, 1612:6, 1612:7, 1612:8, 1612:16, 1612:18, 1612:20, 1612:21, 1613:8, 1613:9, 1613:10, 1614:12, 1615:20, 1616:20, 1616:24, 1617:5, 1620:15, 1620:16, 1625:13, 1626:1, 1626:6, 1627:8, 1628:21, 1628:22, 1628:23, 1628:24, 1628:25, 1629:8, 1629:9, 1629:11, 1632:4, 1632:5, 1632:6, 1633:13, 1638:19, 1642:20, 1644:10, 1644:15, 1645:24, 1646:5, 1647:4, 1647:9,

1647:10, 1650:20, 1651:9, 1654:16, 1654:18, 1658:14, 1661:7, 1665:3, 1666:4

**DATE** [1] - 1570:3

**DATED** [1] - 1673:15

**DATED** [2] - 1527:8, 1600:7

**DAUS** [1] - 1516:8

**DAUS** [16] - 1532:11, 1533:1, 1533:3, 1533:14, 1538:18, 1565:19, 1565:21, 1565:23, 1569:16, 1571:15, 1571:23, 1574:4, 1580:24, 1581:11, 1585:21, 1600:23

**DAUS** [1] - 1533:10

**DAY** [2] - 1514:13, 1673:15

**DAYS** [7] - 1531:16, 1531:17, 1612:22, 1619:24, 1620:1, 1626:2, 1660:5

**DCA** [5] - 1655:1, 1655:2, 1655:8, 1655:13

**DCE** [5] - 1645:19, 1645:20, 1645:23, 1646:4, 1646:14

**DDW** [2] - 1529:20, 1572:18

**DE** [1] - 1598:13

**DEAL** [1] - 1612:4

**DEALING** [2] - 1643:5, 1645:13

**DEALS** [1] - 1641:15

**DEC** [1] - 1567:13

**DECADES** [5] - 1548:5, 1618:4, 1649:13, 1656:21, 1668:4

**DECIDE** [1] - 1548:11

**DECK** [5] - 1537:20, 1538:1, 1539:4, 1604:22, 1606:2

**DECLARE** [1] - 1609:12

**DEEP** [1] - 1648:19

**DEFENDANT** [3] - 1524:2, 1533:11, 1606:11

**DEFENDANT** [1] - 1518:17

**DEFENDANTS** [2] - 1514:9, 1515:12

**DEFENSE** [3] - 1532:6, 1532:10,

1605:13

**DEFINE** [2] - 1530:22, 1665:18

**DEFINED** [3] - 1542:20, 1555:21, 1572:1

**DEFINITELY** [1] - 1647:6

**DEFINITION** [2] - 1551:22, 1601:6

**DEGREE** [9] - 1525:6, 1534:9, 1534:20, 1534:21, 1545:10, 1580:2, 1585:19, 1607:1, 1607:4

**DELINEATE** [1] - 1548:16

**DELINEATED** [2] - 1550:25, 1559:25, 1600:12

**DELINEATING** [4] - 1548:6, 1554:17, 1554:18, 1554:19

**DELINEATION** [11] - 1547:12, 1547:13, 1547:14, 1547:15, 1548:2, 1554:4, 1559:23, 1563:11, 1574:3, 1601:7

**DELIVERABLES** [1] - 1537:18

**DEMONSTRATE** [1] - 1583:18

**DEMONSTRATIVE** [8] - 1546:18, 1546:22, 1557:16, 1557:18, 1558:6, 1606:2, 1621:12, 1622:4

**DENIAL** [1] - 1529:11

**DEPARTMENT** [5] - 1557:4, 1557:13, 1564:15, 1573:2, 1574:18

**DEPICT** [4] - 1558:6, 1558:18, 1560:12, 1562:22

**DEPICTED** [1] - 1554:16

**DEPICTION** [1] - 1554:2

**DEPICTS** [4] - 1557:17, 1558:22, 1559:15, 1561:3

**DEPONENTS** [2] - 1670:4, 1670:11

**DEPOSED** [1] - 1609:9

**DEPOSITION** [4] - 1520:20, 1574:14, 1581:12, 1665:9

DEPTH [3] - 1571:12, 1603:18, 1642:18
DEPTHS [1] - 1614:20
DERIVED [2] - 1582:8, 1583:18
DESCRIBE [9] - 1533:17, 1537:11, 1549:8, 1550:22, 1557:16, 1591:18, 1598:18, 1634:7, 1666:1
DESCRIBED [1] - 1667:8
DESCRIPTION [1] - 1517:3
DESCRIPTION [1] - 1666:10
DESIGNATED [1] - 1671:17
DESIGNATIONS [3] - 1670:10, 1672:4
DESPITE [1] - 1520:7
DETACHED [16] - 1598:9, 1598:13, 1598:15, 1598:16, 1598:18, 1598:19, 1598:23, 1599:3, 1599:14, 1600:9, 1600:10, 1600:24, 1601:1, 1601:9, 1601:12, 1601:15
DETAIL [1] - 1520:23
DETAILED [1] - 1542:11
DETECT [13] - 1547:9, 1559:20, 1574:2, 1575:12, 1615:3, 1620:19, 1620:20, 1625:23, 1628:15, 1641:3, 1647:13, 1656:3
DETECTED [18] - 1547:24, 1547:25, 1554:13, 1563:7, 1615:6, 1615:10, 1620:6, 1633:14, 1633:19, 1635:15, 1644:18, 1645:21, 1647:6, 1657:12, 1657:13, 1657:22, 1658:1, 1658:2
DETECTION [14] - 1525:21, 1525:22, 1548:10, 1551:13, 1554:14, 1563:8, 1580:16, 1580:21, 1581:22, 1633:7, 1643:7, 1643:8, 1643:12, 1644:14
DETECTIONS [16] -

1553:1, 1554:10, 1588:22, 1615:15, 1622:18, 1623:15, 1623:21, 1623:22, 1633:24, 1637:7, 1644:5, 1644:6, 1647:14, 1653:6, 1653:7, 1657:17
DETECTS [4] - 1615:25, 1634:22, 1645:15, 1655:13
DETERMINATION [1] - 1588:15
DETERMINE [12] - 1519:5, 1561:16, 1569:22, 1585:2, 1588:5, 1613:11, 1649:15, 1650:20, 1650:25, 1654:4, 1667:5, 1668:16
DETERMINED [3] - 1572:19, 1652:4, 1652:17
DETERMINING [1] - 1631:9
DEVELOP [2] - 1534:3, 1570:13
DEVELOPING [1] - 1569:19
DEVELOPMENT [1] - 1569:20
DHS [1] - 1567:2
DIAGRAM [3] - 1542:1, 1550:3, 1550:4
DICHLOROETHANE [1] - 1655:2
DICHLOROETHYLE NE [1] - 1645:1
DIFFERENCE [2] - 1568:3, 1624:8
DIFFERENCES [4] - 1545:20, 1546:18, 1630:22, 1631:8
DIFFERENT [47] - 1537:16, 1537:17, 1543:18, 1545:18, 1546:23, 1546:24, 1547:9, 1547:11, 1547:25, 1551:11, 1552:4, 1553:7, 1567:21, 1578:12, 1578:20, 1580:5, 1586:2, 1586:5, 1594:23, 1595:25, 1608:9, 1608:14, 1608:23, 1612:1, 1612:6, 1614:20, 1624:9, 1624:16, 1624:22, 1628:3,

1630:1, 1630:9, 1630:10, 1630:12, 1631:1, 1631:15, 1632:5, 1633:6, 1633:16, 1634:24, 1636:15, 1642:25, 1643:1, 1646:20, 1654:19, 1665:24
DIFFERENTLY [1] - 1630:13
DILUTION [1] - 1543:23
DIMENSIONAL [2] - 1630:16, 1631:11
DIP [1] - 1652:5
DIPPING [1] - 1652:23
DIPS [4] - 1652:6, 1652:19, 1663:23, 1663:24
DIRECT [3] - 1524:3, 1533:12, 1606:12
DIRECT [4] - 1518:24, 1523:16, 1523:18, 1537:14
DIRECT [3] - 1516:5, 1516:9, 1516:13
DIRECTION [42] - 1543:6, 1547:20, 1550:9, 1558:9, 1558:10, 1559:9, 1560:5, 1561:24, 1569:22, 1576:25, 1577:8, 1578:5, 1579:7, 1582:4, 1582:6, 1584:2, 1613:23, 1615:15, 1615:23, 1616:14, 1617:7, 1619:7, 1620:22, 1620:24, 1621:7, 1621:10, 1621:13, 1621:17, 1621:24, 1621:25, 1631:2, 1655:21, 1658:18, 1658:20, 1661:10, 1662:7, 1662:17, 1662:18, 1663:17, 1664:7
DIRECTIONS [12] - 1548:11, 1551:4, 1555:8, 1559:18, 1559:20, 1561:19, 1577:2, 1577:15, 1577:21, 1585:18, 1654:19, 1654:21
DIRECTOR [1] - 1529:9
DIRTY [1] - 1547:24
DISAGREE [1] - 1670:21, 1672:12
DISAGREED [2] -

1583:4, 1583:5
DISAGREEMENT [4] - 1583:12, 1583:14, 1583:15, 1584:1
DISCERNABLE [1] - 1549:24
DISCHARGED [1] - 1549:20
DISCONNECTED [1] - 1601:21
DISCUSS [4] - 1586:12, 1666:14, 1669:3, 1670:3
DISCUSSED [9] - 1528:4, 1530:9, 1540:1, 1547:13, 1549:7, 1552:6, 1592:1, 1635:11, 1644:2
DISCUSSING [1] - 1557:15
DISCUSSION [1] - 1598:10
DISCUSSIONS [1] - 1670:14
DISPERSION [6] - 1543:22, 1618:10, 1618:11, 1618:24, 1619:14, 1621:24
DISPLAY [5] - 1527:5, 1527:24, 1570:6, 1580:23, 1581:7
DISPLAYED [4] - 1527:6, 1527:25, 1578:23, 1581:8
DISPLAYING [1] - 1538:8
DISPLAYS [1] - 1580:12
DISPOSAL [4] - 1540:14, 1548:23, 1589:21, 1668:13
DISPOSED [3] - 1548:23, 1589:23, 1668:5
DISSOLVE [2] - 1542:23, 1544:24
DISSOLVED [8] - 1543:17, 1618:8, 1618:13, 1619:2, 1621:8, 1621:17, 1623:12, 1649:6
DISTANCE [4] - 1603:16, 1603:23, 1619:7, 1622:15, 1648:9, 1651:18
DISTINCT [2] - 1624:10, 1635:24
DISTRIBUTE [1] - 1525:9

DISTRIBUTION [3] - 1559:18, 1562:2, 1588:9
DISTRIBUTIONS [1] - 1551:12
DISTRICT [5] - 1514:1, 1514:2, 1514:3, 1673:6, 1673:7
DISTRICT [1] - 1531:2
DIVIDING [2] - 1672:12, 1672:18
DIVISION [1] - 1529:10
DIVISION [1] - 1514:2
DO [1] - 1673:7
DOCUMENT [1] - 1517:8
DOCUMENT [16] - 1536:12, 1572:4, 1591:13, 1591:15, 1592:16, 1592:21, 1593:14, 1593:16, 1593:18, 1593:19, 1593:25, 1595:15, 1595:17, 1597:3, 1597:20, 1597:23
DOCUMENTATION [1] - 1572:24
DOCUMENTS [11] - 1535:24, 1535:25, 1536:9, 1536:15, 1538:23, 1590:25, 1603:21, 1603:25, 1604:13, 1616:17, 1668:3
DONE [39] - 1519:1, 1522:1, 1537:20, 1539:19, 1548:4, 1548:5, 1552:2, 1553:4, 1557:12, 1559:16, 1564:17, 1564:19, 1564:23, 1565:3, 1565:10, 1570:15, 1571:12, 1571:15, 1573:11, 1576:12, 1582:24, 1583:1, 1585:25, 1592:3, 1594:9, 1595:24, 1596:6, 1596:7, 1597:11, 1599:1, 1599:23, 1602:4, 1604:21, 1638:7, 1639:14, 1641:8, 1652:10, 1653:17, 1667:4
DOT [1] - 1554:14
DOTS [7] - 1554:3, 1554:14, 1559:21, 1623:14, 1645:15, 1645:16, 1647:12

DOTTED [3] - 1617:18, 1625:7, 1661:3
DOUBT [2] - 1526:6, 1582:21
DOUBTS [1] - 1526:3
DOWN [32] - 1532:4, 1539:21, 1540:9, 1540:16, 1541:6, 1542:15, 1542:22, 1543:24, 1544:8, 1546:8, 1566:3, 1570:19, 1574:20, 1575:2, 1587:19, 1588:1, 1603:16, 1604:5, 1610:11, 1614:22, 1619:10, 1625:22, 1628:7, 1633:7, 1633:10, 1634:22, 1643:7, 1643:23, 1645:15, 1648:10, 1649:10
DOWNGRADIENT [8] - 1577:16, 1579:19, 1615:22, 1618:7, 1621:9, 1621:25, 1665:14, 1665:15
DOWNHILL [4] - 1550:11, 1613:18, 1614:7, 1654:10
DOZEN [1] - 1568:25
DR [10] - 1537:2, 1537:7, 1537:13, 1537:17, 1591:19, 1607:22, 1607:24, 1636:2, 1636:6, 1648:21
DRAFT [1] - 1595:19
DRAW [20] - 1547:23, 1549:1, 1555:13, 1583:20, 1612:6, 1612:8, 1616:18, 1620:15, 1620:16, 1626:19, 1627:6, 1627:7, 1628:24, 1629:9, 1629:10, 1632:20, 1640:14, 1664:5, 1664:6, 1666:4
DRAWDOWN [1] - 1558:21
DRAWING [10] - 1581:19, 1588:12, 1616:11, 1620:17, 1625:17, 1631:14, 1631:16, 1631:17, 1641:11, 1641:13
DRAWN [22] - 1553:13, 1581:25, 1582:7, 1600:14,

1616:11, 1617:23, 1620:17, 1622:5, 1623:17, 1625:20, 1626:8, 1626:9, 1626:14, 1626:21, 1626:25, 1627:15, 1633:9, 1633:10, 1641:14, 1660:19, 1660:24, 1661:5
DRAWS [2] - 1549:15, 1550:18
DREW [4] - 1580:10, 1580:13, 1626:6, 1647:17
DRINKING [4] - 1572:17, 1573:3, 1573:15, 1665:13
DRINKING [3] - 1529:10, 1573:3, 1574:18
DRIVEN [2] - 1556:9, 1556:10
DRIVING [1] - 1540:9
DROP [1] - 1634:12
DRY [1] - 1608:19
DTSC [9] - 1563:22, 1564:13, 1566:15, 1567:1, 1590:20, 1593:2, 1593:4, 1595:20, 1596:3
DUE [5] - 1547:10, 1556:6, 1599:21, 1599:22
DURANT [7] - 1520:20, 1670:5, 1670:18, 1670:20, 1671:6, 1671:17, 1671:23
DURING [6] - 1525:24, 1534:17, 1560:25, 1581:11, 1620:16, 1643:6
DW [2] - 1639:3, 1639:5

**E**

E-MAIL [2] - 1517:4, 1517:9
E-MAIL [4] - 1518:22, 1524:8, 1524:20, 1527:7, 1529:6, 1529:7
E-MAILS [1] - 1526:4
EARLY [3] - 1521:1, 1565:12, 1570:14
EARNEST [2] - 1566:13, 1571:9
EASIER [2] - 1651:5, 1652:20

EASILY [3] - 1541:15, 1599:10, 1650:7
EAST [1] - 1578:18
EAST [12] - 1562:15, 1578:9, 1615:2, 1615:4, 1615:5, 1645:17, 1655:16, 1656:4, 1657:12, 1657:19, 1658:3, 1658:4
EASTERN [2] - 1578:10, 1656:9
EASY [1] - 1552:3
EAT [3] - 1544:14
EDGE [9] - 1562:14, 1616:1, 1616:9, 1616:11, 1626:8, 1626:21, 1627:14, 1632:21, 1641:16
EDLIN [1] - 1515:13
EDUCATION [1] - 1606:25
EFFECT [4] - 1555:9, 1556:6, 1640:22, 1664:14
EFFECTIVE [3] - 1553:11, 1565:11, 1576:3
EFFECTIVELY [1] - 1544:15
EFFECTIVENESS [4] - 1539:18, 1559:5, 1559:13, 1576:5
EFFICACY [2] - 1533:21, 1540:23
EFFLUENCE [3] - 1581:4, 1631:1, 1631:17
EFFLUENT [4] - 1525:15, 1525:18, 1525:20, 1526:18
EFFORT [3] - 1554:17, 1554:18, 1554:19
EFFORTS [7] - 1560:24, 1564:11, 1564:24, 1565:1, 1565:9, 1565:11, 1668:22
EIGHT [2] - 1522:24, 1568:25
EITHER [5] - 1595:25, 1596:14, 1601:13, 1617:1, 1649:17
ELABORATE [2] - 1535:22, 1542:17
ELEVATION [10] - 1541:3, 1550:8, 1558:9, 1558:21, 1577:8, 1654:10, 1654:11, 1658:25

ELEVATIONS [10] - 1543:5, 1550:2, 1559:8, 1559:11, 1561:10, 1561:13, 1613:16, 1654:6, 1654:8
ELICIT [1] - 1518:25
EMPLOYED [1] - 1611:12
EMPTY [1] - 1618:22
END [4] - 1521:6, 1578:10, 1583:25, 1621:22
ENDANGERMENT [5] - 1536:19, 1568:1, 1568:4, 1568:14, 1568:20
ENGINEERING [3] - 1525:6, 1607:2
ENJOY [1] - 1669:13
ENLARGE [1] - 1659:19
ENTER [2] - 1640:25, 1641:1
ENTERED [2] - 1581:8, 1659:15
ENTERING [1] - 1538:8
ENTIRE [1] - 1643:6
ENTIRETY [2] - 1606:1, 1616:17
ENTITIES [2] - 1530:7, 1566:16
ENTITLED [1] - 1673:11
ENTITY [4] - 1530:12, 1566:22, 1598:22, 1602:4
ENTRAIN [1] - 1549:3
ENVIRONMENT [5] - 1535:7, 1595:9, 1602:13, 1649:5, 1666:24
ENVIRONMENTAL [2] - 1536:22, 1607:11
ENVIRONMENTAL [2] - 1607:2, 1616:18
EPA [7] - 1571:18, 1571:23, 1572:9, 1656:18, 1657:1, 1665:22, 1668:1
EQUAL [3] - 1550:8, 1613:16, 1654:7
EQUILIBRIUM [3] - 1636:22, 1637:3, 1637:6
EQUIPMENT [1] - 1634:4
ERIC [1] - 1515:15
ERIC [2] - 1515:20,

1518:18
ERROR [1] - 1583:19
ESPECIALLY [2] - 1519:13, 1668:3
ESSENTIALLY [22] - 1518:22, 1519:20, 1522:8, 1534:4, 1537:13, 1555:16, 1591:20, 1591:22, 1595:19, 1612:23, 1613:17, 1613:18, 1614:7, 1614:24, 1615:5, 1618:12, 1640:1, 1645:2, 1649:8, 1652:2, 1654:5, 1654:12
ESTABLISH [3] - 1519:22, 1609:18, 1637:6
ESTABLISHED [2] - 1556:10, 1619:16
ESTABLISHES [1] - 1552:1
ESTABLISHING [1] - 1559:9
ESTIMATE [3] - 1603:20, 1603:23, 1664:23
ESTIMATES [1] - 1586:17
ET [4] - 1514:8, 1518:9, 1542:18, 1551:10
EUROPE [1] - 1535:18
EVALUATE [9] - 1535:9, 1539:14, 1553:4, 1556:11, 1577:1, 1579:5, 1580:6, 1584:20
EVALUATED [7] - 1551:6, 1553:7, 1572:21, 1573:18, 1574:13, 1576:23, 1578:4
EVALUATING [2] - 1559:12, 1564:5
EVALUATION [9] - 1527:13, 1566:7, 1573:24, 1574:5, 1574:20, 1575:1, 1576:3, 1587:20, 1601:3
EVALUATIONS [2] - 1574:9, 1582:19
EVENT [3] - 1531:3, 1531:7, 1644:17
EVENTS [3] - 1621:2, 1657:5, 1661:13
EVIDENCE [27] - 1522:13, 1523:24,

1528:2, 1528:6, 1536:8, 1538:9, 1591:11, 1592:8, 1593:9, 1594:13, 1597:2, 1597:19, 1598:13, 1598:15, 1599:3, 1599:15, 1600:24, 1601:1, 1601:9, 1601:12, 1636:25, 1645:11, 1659:16, 1670:22, 1671:6, 1671:12, 1672:3

**EVIDENCE** [1] - 1517:2

**EVIDENT** [1] - 1599:19

**EVOLVES** [1] - 1555:25

**EXACT** [4] - 1566:10, 1570:3, 1603:18, 1614:16

**EXACTLY** [5] - 1584:17, 1586:2, 1652:18, 1662:12

**EXAMINATION** [9] - 1524:3, 1527:1, 1530:20, 1533:12, 1565:17, 1590:4, 1600:21, 1606:12, 1658:8

**EXAMINATION** [12] - 1516:5, 1516:5, 1516:6, 1516:9, 1516:9, 1516:10, 1516:10, 1516:13, 1516:13, 1523:16, 1523:18, 1523:19

**EXAMPLE** [15] - 1540:9, 1584:6, 1589:22, 1603:6, 1603:15, 1618:24, 1637:2, 1637:13, 1638:2, 1650:3, 1650:18, 1661:23, 1662:9, 1663:12, 1666:14

**EXCAVATE** [2] - 1604:5, 1604:8

**EXCAVATION** [2] - 1567:22, 1595:25

**EXCELLENCE** [1] - 1534:22

**EXCEPT** [1] - 1523:17

**EXCEPTION** [1] - 1671:8

**EXCESSIVE** [1] - 1519:12

**EXCLUDE** [2] - 1646:12, 1646:15

**EXCUSE** [2] - 1549:6,

1648:2

**EXCUSED** [1] - 1532:3

**EXHIBIT** [30] - 1523:22, 1523:24, 1527:5, 1527:24, 1528:2, 1536:8, 1570:6, 1578:22, 1580:23, 1581:7, 1590:3, 1590:6, 1590:9, 1590:23, 1590:24, 1591:11, 1592:8, 1593:9, 1594:11, 1594:13, 1597:2, 1597:19, 1599:25, 1606:3, 1610:4, 1612:10, 1612:12, 1619:20, 1622:2, 1659:6

**EXHIBIT** [16] - 1524:5, 1528:4, 1528:12, 1538:3, 1538:4, 1542:2, 1581:8, 1592:5, 1593:6, 1594:11, 1595:12, 1596:8, 1597:13, 1604:22, 1641:23, 1642:13

**EXHIBITS** [3] - 1520:25, 1521:2, 1596:17

**EXHIBITS** [1] - 1517:1

**EXISTING** [1] - 1666:3

**EXISTS** [2] - 1618:16, 1618:21

**EXITING** [1] - 1623:18

**EXPANDS** [1] - 1619:9

**EXPECT** [6] - 1520:19, 1623:19, 1636:24, 1647:20, 1662:7, 1663:4

**EXPECTED** [3] - 1522:16, 1553:16, 1553:18

**EXPECTS** [1] - 1572:9

**EXPERIENCE** [8] - 1530:14, 1530:15, 1534:7, 1535:11, 1535:19, 1567:20, 1646:9, 1667:25

**EXPERT** [19] - 1582:25, 1586:9, 1586:21, 1609:7, 1609:12, 1611:13, 1617:13, 1635:9, 1641:6, 1642:16, 1668:17, 1669:3, 1670:23, 1671:18, 1671:20, 1671:23, 1672:1, 1672:5

**EXPERT'S** [1] - 1575:6

**EXPERTS** [3] - 1585:9, 1585:15, 1649:23

**EXPLAIN** [17] - 1535:4, 1544:21, 1545:20, 1546:21, 1547:13, 1548:19, 1549:25, 1554:3, 1556:16, 1559:16, 1589:18, 1594:15, 1601:16, 1611:15, 1624:8, 1635:8, 1637:1

**EXPLANATORY** [1] - 1540:6

**EXPRESSED** [1] - 1582:24

**EXTEND** [2] - 1574:12, 1575:5

**EXTENT** [8] - 1534:1, 1547:21, 1551:16, 1552:22, 1562:14, 1610:18, 1616:15, 1642:10

**EXTRA** [3] - 1530:24, 1530:25, 1531:2

**EXTRACT** [1] - 1668:22

**EXTRACTED** [5] - 1555:11, 1557:21, 1560:16, 1586:16, 1586:18

**EXTRACTING** [1] - 1594:20

**EXTRACTION** [63] - 1548:20, 1548:21, 1549:6, 1549:10, 1549:22, 1550:2, 1550:13, 1550:16, 1550:17, 1552:19, 1553:10, 1554:8, 1554:21, 1554:25, 1555:4, 1555:5, 1555:9, 1555:18, 1556:18, 1556:21, 1557:16, 1558:2, 1558:12, 1558:14, 1558:17, 1558:19, 1558:22, 1559:21, 1560:16, 1560:18, 1560:24, 1563:17, 1563:21, 1567:23, 1575:10, 1575:21, 1575:24, 1576:2, 1576:3, 1576:5, 1576:8, 1576:12, 1576:16, 1577:13, 1577:17, 1577:19, 1578:3, 1580:24, 1581:5, 1584:5,

1584:8, 1586:22, 1588:3, 1588:6, 1589:8, 1593:21, 1594:3, 1594:7, 1594:16, 1594:24, 1604:7, 1604:9

**EXTRACTIONS** [3] - 1555:20, 1561:1, 1585:22

**EXTRACTS** [1] - 1550:19

**EXTREMELY** [2] - 1572:20, 1608:16

---

# F

**FACILITY** [3] - 1539:16, 1549:19, 1648:4

**FACT** [6] - 1520:7, 1522:13, 1546:14, 1619:14, 1646:12, 1652:14

**FACTOR** [3] - 1576:9, 1631:7, 1661:17

**FACTORS** [12] - 1543:16, 1556:17, 1559:15, 1569:18, 1630:22, 1631:3, 1631:7, 1661:9, 1661:11, 1661:12, 1661:13, 1661:14

**FAIR** [13] - 1535:19, 1539:12, 1539:13, 1564:8, 1571:8, 1586:3, 1661:4, 1661:16, 1667:1, 1667:20, 1668:11, 1669:2

**FAIRLY** [5] - 1520:14, 1588:13, 1615:20, 1652:13, 1655:6

**FALL** [1] - 1522:9

**FALLS** [1] - 1588:22

**FAMILIAR** [15] - 1536:24, 1567:25, 1568:19, 1569:1, 1571:18, 1572:5, 1572:13, 1572:14, 1572:23, 1572:25, 1579:24, 1580:1, 1607:20, 1665:20, 1667:12

**FAR** [8] - 1554:12, 1565:11, 1589:11, 1594:25, 1603:14, 1610:24, 1611:21, 1651:1

**FASHION** [1] - 1580:5

**FAST** [7] - 1535:8,

1541:17, 1546:22, 1547:5, 1547:10, 1633:2, 1650:4

**FASTER** [5] - 1541:11, 1544:15, 1546:11, 1601:19, 1624:25

**FASTEST** [1] - 1552:9

**FATE** [7] - 1534:18, 1535:4, 1535:6, 1569:16, 1606:21, 1606:23, 1607:5

**FAULT** [20] - 1652:2, 1652:3, 1661:15, 1661:17, 1661:22, 1661:25, 1662:2, 1662:6, 1662:8, 1662:9, 1662:11, 1662:17, 1662:21, 1662:23, 1662:24, 1662:25, 1663:1, 1663:4, 1663:7

**FAULTING** [1] - 1652:4

**FAULTS** [2] - 1662:22, 1662:23

**FEASIBILITY** [5] - 1553:6, 1570:14, 1570:17, 1572:2, 1653:19

**FEDERAL** [3] - 1514:24, 1673:5, 1673:19

**FEDERAL** [1] - 1671:8

**FEET** [15] - 1550:4, 1550:5, 1604:2, 1604:3, 1604:5, 1615:2, 1648:15, 1648:16, 1648:19, 1648:20, 1649:7, 1649:13, 1651:19

**FELT** [1] - 1551:8

**FEW** [17] - 1521:15, 1523:17, 1531:16, 1565:23, 1576:4, 1596:17, 1608:20, 1609:3, 1612:22, 1613:15, 1619:25, 1626:2, 1644:6, 1660:5, 1660:11, 1660:12, 1666:4

**FEWER** [1] - 1557:24

**FIELD** [5] - 1582:18, 1607:16, 1665:3, 1665:4

**FIGUEROA** [1] - 1515:6

**FIGURE** [23] - 1552:24, 1554:9, 1581:13, 1581:19, 1581:25, 1613:12,

1616:7, 1616:10, 1616:22, 1617:12, 1620:14, 1627:15, 1627:18, 1635:9, 1641:6, 1642:15, 1645:14, 1647:11, 1654:4, 1659:6, 1661:19, 1664:4

**FIGURES** [3] - 1630:18, 1659:9, 1659:12

**FILE** [1] - 1522:17

**FILED** [1] - 1522:2

**FILING** [1] - 1671:1

**FILL** [2] - 1520:21, 1521:4

**FILLED** [2] - 1540:17, 1649:8

**FINAL** [1] - 1604:17

**FINALLY** [1] - 1643:14

**FINDINGS** [1] - 1564:22

**FINE** [7] - 1521:7, 1541:22, 1542:4, 1592:12, 1593:10, 1597:15

**FINGER** [2] - 1626:10, 1626:11

**FINGERS** [1] - 1584:19

**FINISHED** [1] - 1534:20

**FINISHING** [1] - 1534:21

**FIRM** [1] - 1582:12

**FIRMS** [1] - 1608:9

**FIRST** [20] - 1519:1, 1529:13, 1534:10, 1534:25, 1537:8, 1539:5, 1540:7, 1543:22, 1550:23, 1559:12, 1560:21, 1567:11, 1570:4, 1574:24, 1585:11, 1617:11, 1657:18, 1666:17, 1666:18, 1667:9

**FIT** [1] - 1628:24

**FIVE** [6] - 1524:21, 1525:16, 1525:24, 1564:1, 1609:10, 1667:10

**FIVE-YEAR** [2] - 1525:24, 1564:1

**FLOOR** [2] - 1515:7, 1515:10

**FLOW** [80] - 1528:25, 1541:2, 1541:11, 1541:17, 1547:20, 1548:11, 1549:16,

1549:17, 1549:22, 1550:4, 1550:9, 1551:4, 1551:15, 1552:12, 1555:8, 1558:3, 1558:10, 1558:24, 1559:3, 1559:9, 1559:17, 1559:19, 1560:5, 1561:19, 1561:24, 1563:17, 1576:10, 1576:24, 1577:2, 1577:4, 1577:15, 1577:18, 1577:20, 1578:5, 1582:6, 1584:2, 1585:1, 1585:16, 1585:17, 1585:18, 1588:23, 1609:25, 1610:23, 1613:23, 1613:25, 1619:7, 1620:24, 1621:6, 1621:13, 1621:24, 1622:16, 1623:11, 1624:25, 1630:11, 1631:2, 1631:19, 1641:8, 1642:10, 1654:19, 1654:21, 1655:15, 1655:21, 1658:18, 1658:20, 1659:2, 1661:10, 1661:18, 1662:4, 1662:18, 1662:20, 1663:2, 1663:5, 1663:6, 1663:10, 1663:11, 1663:17

**FLOWING** [14] - 1550:11, 1613:12, 1614:1, 1614:2, 1635:13, 1637:9, 1641:8, 1654:12, 1654:14, 1655:17, 1655:18, 1655:21, 1663:13

**FLOWS** [17] - 1541:5, 1541:14, 1542:7, 1552:9, 1569:23, 1577:7, 1581:16, 1613:17, 1613:18, 1613:19, 1614:7, 1622:11, 1624:11, 1654:9, 1654:10, 1662:12, 1663:13

**FLUSH** [1] - 1599:10

**FOCUS** [9] - 1535:9, 1552:20, 1559:5, 1560:2, 1584:22, 1585:5, 1617:17, 1622:4, 1642:2

**FOCUSED** [12] - 1519:13, 1542:9,

1560:4, 1560:5, 1560:13, 1565:1, 1576:6, 1576:10, 1577:20, 1582:2, 1589:12, 1610:15

**FOCUSING** [1] - 1608:10

**FOLKS** [3] - 1660:8, 1664:19, 1668:21

**FOLLOW** [6] - 1543:3, 1543:11, 1585:18, 1619:2, 1621:7, 1621:18

**FOLLOWING** [7] - 1518:5, 1523:3, 1530:13, 1596:4, 1605:7, 1605:10, 1669:14

**FOLLOWS** [1] - 1543:6

**FOOTPRINT** [1] - 1556:20

**FOR** [6] - 1515:3, 1515:12, 1517:2, 1673:6

**FORCE** [1] - 1543:11

**FOREGOING** [1] - 1673:9

**FORGOT** [2] - 1652:22, 1653:23

**FORK** [1] - 1578:18

**FORM** [4] - 1594:5, 1596:1, 1616:24, 1666:1

**FORMAT** [1] - 1673:11

**FORMATION** [11] - 1614:23, 1624:10, 1652:5, 1652:10, 1652:13, 1652:15, 1652:16, 1652:21, 1663:22, 1663:23, 1665:7

**FORMATIONS** [1] - 1651:24

**FORMER** [2] - 1539:16, 1560:8

**FORMING** [1] - 1541:7

**FORMS** [1] - 1665:24

**FORMULA** [2] - 1664:20, 1664:23

**FORTH** [3] - 1554:5, 1557:10, 1569:5

**FORWARD** [2] - 1532:14, 1555:17

**FOUNDATION** [6] - 1519:4, 1519:22, 1568:6, 1568:16, 1609:16, 1609:19

**FOUR** [9] - 1591:23, 1609:10, 1628:2,

1645:12, 1648:23, 1650:10, 1665:12, 1670:17, 1670:18

**FRAME** [3] - 1572:11, 1594:4, 1619:21

**FRANCISCO** [2] - 1515:11, 1515:16

**FRANK** [1] - 1521:24

**FRANKLY** [2] - 1521:24, 1607:18

**FRED** [1] - 1518:16

**FRED** [2] - 1515:6, 1515:14

**FREE** [1] - 1605:1

**FREELY** [1] - 1542:8

**FREEWAY** [1] - 1540:9

**FREQUENTLY** [1] - 1531:8

**FRONT** [2] - 1551:24, 1632:16

**FRYER** [1] - 1515:19

**FUDACZ** [1] - 1515:6

**FULL** [1] - 1645:1

**FUND** [1] - 1528:19

**FUNDAMENTAL** [2] - 1557:4, 1635:18

**FUNDING** [5] - 1528:16, 1528:21, 1528:24, 1529:14, 1529:19

## G

**GABRIEL** [5] - 1652:3, 1661:24, 1662:9, 1662:11, 1663:1

**GALLAGHER** [45] - 1515:13, 1515:14, 1532:10, 1533:9, 1533:13, 1536:4, 1536:9, 1537:6, 1538:6, 1538:10, 1538:13, 1538:17, 1539:25, 1565:14, 1568:6, 1568:16, 1571:20, 1573:5, 1573:9, 1574:22, 1575:15, 1586:7, 1586:9, 1590:2, 1590:5, 1590:25, 1591:5, 1591:9, 1591:12, 1592:5, 1592:10, 1592:15, 1593:6, 1593:13, 1594:10, 1595:11, 1595:14, 1596:8, 1596:24, 1597:3, 1597:13, 1597:17, 1597:20, 1600:19,

1604:21

**GALLAGHER** [5] - 1516:9, 1516:10, 1518:17, 1589:16, 1590:1

**GALLAGHER'S** [1] - 1532:8

**GARY** [1] - 1606:10

**GARY** [3] - 1516:12, 1605:16, 1606:7

**GAS** [2] - 1608:18, 1668:15

**GASOLINE** [1] - 1549:3

**GEE** [13] - 1516:5, 1516:9, 1516:10, 1518:13, 1520:18, 1523:19, 1526:25, 1565:16, 1590:18, 1592:11, 1596:14, 1598:8, 1600:20

**GEE** [34] - 1515:4, 1527:2, 1528:3, 1528:9, 1528:12, 1529:18, 1530:4, 1530:17, 1538:7, 1538:11, 1565:18, 1568:13, 1569:11, 1570:5, 1571:23, 1573:8, 1573:13, 1575:8, 1575:23, 1578:22, 1586:12, 1586:18, 1589:14, 1591:8, 1592:9, 1592:12, 1593:10, 1595:13, 1596:10, 1596:16, 1596:22, 1597:15, 1600:22, 1604:18

**GENERAL** [15] - 1524:11, 1540:3, 1542:2, 1563:4, 1563:7, 1577:9, 1585:17, 1615:17, 1617:7, 1619:6, 1624:25, 1662:7, 1663:12, 1663:17, 1665:11

**GENERALLY** [21] - 1531:15, 1533:17, 1545:4, 1545:11, 1585:12, 1585:16, 1589:17, 1606:17, 1616:22, 1619:12, 1625:1, 1641:15, 1651:12, 1658:21, 1658:23, 1663:20, 1663:24, 1664:7, 1665:14, 1665:15, 1671:16

**GENERATE** [1] - 1587:14

**GENERATED** [2] - 1584:7, 1666:4

**GENTLEMEN** [2] - 1523:8, 1669:9

**GEOLOGIC** [1] - 1585:20

**GEOLOGICAL** [1] - 1651:23

**GEOLOGIST** [2] - 1667:10, 1667:23

**GEOLOGISTS** [1] - 1652:4

**GEOLOGY** [4] - 1534:9, 1540:10, 1599:23, 1652:1

**GIVEN** [6] - 1561:17, 1569:12, 1572:11, 1622:14, 1636:19, 1644:23

**GLEAN** [1] - 1561:2

**GLOM** [1] - 1546:3

**GOAL** [1] - 1572:8

**GOALS** [3] - 1571:18, 1595:7, 1595:8

**GOD** [2] - 1532:21, 1605:23

**GRADUATE** [1] - 1534:22

**GRADUATED** [2] - 1534:12, 1607:3

**GRAIN** [4] - 1541:22, 1542:4, 1546:4

**GRAPHIC** [1] - 1584:6

**GRAVEL** [1] - 1650:7

**GRAVELS** [1] - 1618:16

**GRAVITY** [1] - 1542:23

**GRAY** [1] - 1652:12

**GREAT** [1] - 1608:17

**GREATER** [3] - 1554:10, 1603:1, 1603:4

**GREATEST** [4] - 1552:8, 1552:12, 1552:21, 1560:15

**GREATLY** [1] - 1670:13

**GREEN** [22] - 1544:13, 1554:14, 1554:16, 1558:11, 1559:21, 1561:7, 1563:1, 1578:25, 1579:2, 1579:6, 1579:20, 1588:23, 1612:24, 1613:21, 1613:22, 1613:24, 1614:1, 1614:12, 1623:24,

1625:6, 1625:7, 1625:8

**GROUND** [9] - 1540:8, 1540:9, 1540:13, 1541:6, 1548:9, 1613:17, 1618:20, 1635:20

**GROUNDWATER** [1] - 1600:5

**GROUNDWATER** [248] - 1533:21, 1534:11, 1534:19, 1534:24, 1535:1, 1535:10, 1535:13, 1535:16, 1539:1, 1539:15, 1539:18, 1540:23, 1541:2, 1541:7, 1541:11, 1542:16, 1542:19, 1542:24, 1543:4, 1543:5, 1543:11, 1543:17, 1544:1, 1544:6, 1546:16, 1547:2, 1547:16, 1547:20, 1547:22, 1548:7, 1548:11, 1548:16, 1549:6, 1549:10, 1549:11, 1549:17, 1549:21, 1549:22, 1550:2, 1550:4, 1550:6, 1550:8, 1550:11, 1550:13, 1550:15, 1550:17, 1550:18, 1550:25, 1551:3, 1551:4, 1551:5, 1551:8, 1551:12, 1552:18, 1552:19, 1553:5, 1553:9, 1553:13, 1554:10, 1554:13, 1555:7, 1555:9, 1555:11, 1555:14, 1555:18, 1555:20, 1558:3, 1558:6, 1558:8, 1558:9, 1558:14, 1558:15, 1558:17, 1558:19, 1558:23, 1558:24, 1559:5, 1559:8, 1559:9, 1559:11, 1559:13, 1559:17, 1559:19, 1559:22, 1560:1, 1560:4, 1560:5, 1560:24, 1560:25, 1561:4, 1561:10, 1561:13, 1561:14, 1561:19, 1561:24, 1562:24, 1563:17, 1563:19, 1563:20, 1563:24, 1564:3,

1564:9, 1565:2, 1565:25, 1566:7, 1566:8, 1566:11, 1566:12, 1569:23, 1570:22, 1571:5, 1571:9, 1571:13, 1571:19, 1571:25, 1572:9, 1572:10, 1572:16, 1572:19, 1573:25, 1574:8, 1574:20, 1575:10, 1575:11, 1575:21, 1575:24, 1576:8, 1576:10, 1576:24, 1577:2, 1577:4, 1577:7, 1577:11, 1577:15, 1577:18, 1577:20, 1578:5, 1579:8, 1581:3, 1581:4, 1582:18, 1582:20, 1583:6, 1584:1, 1584:3, 1584:5, 1585:18, 1587:12, 1587:15, 1587:19, 1587:21, 1588:3, 1588:7, 1598:20, 1599:9, 1601:20, 1602:12, 1603:16, 1603:17, 1603:24, 1606:18, 1606:19, 1606:23, 1607:5, 1607:17, 1607:18, 1608:10, 1608:21, 1609:25, 1610:19, 1610:23, 1610:25, 1611:2, 1611:19, 1613:11, 1613:12, 1613:17, 1613:18, 1613:23, 1613:25, 1614:1, 1614:2, 1614:7, 1617:7, 1618:5, 1618:8, 1618:14, 1618:15, 1619:1, 1619:3, 1619:7, 1620:24, 1621:1, 1621:6, 1621:8, 1621:17, 1621:24, 1623:11, 1623:12, 1624:11, 1624:12, 1624:25, 1630:11, 1635:12, 1635:20, 1635:22, 1641:8, 1648:11, 1649:1, 1649:22, 1650:1, 1650:4, 1650:12, 1650:24, 1651:2, 1654:13, 1655:15, 1655:17, 1655:21, 1658:18, 1658:20, 1659:2, 1659:3,

1661:10, 1661:18, 1662:4, 1662:6, 1662:10, 1662:18, 1663:2, 1663:4, 1663:13, 1663:17, 1664:11, 1664:15, 1664:23, 1665:2, 1665:7

**GROUNDWATER-RELATED** [1] - 1539:18

**GROUPS** [2] - 1545:5

**GSI** [2] - 1536:22

**GUAM** [1] - 1535:18

**GUARD** [1] - 1562:8

**GUARDING** [1] - 1615:5

**GUESS** [6] - 1522:21, 1525:24, 1583:24, 1607:22, 1620:3, 1631:20

**GUIDELINES** [1] - 1571:24

# H

**H-A-S-S-A-N** [1] - 1537:8

**H-O-K-K-A-N-E-N** [1] - 1606:8

**HALF** [4] - 1568:24, 1652:14, 1656:23, 1657:11

**HAND** [8] - 1532:16, 1541:4, 1550:16, 1552:23, 1563:5, 1605:19, 1635:17

**HAND-IN-HAND** [1] - 1552:23

**HARD** [5] - 1601:17, 1616:10, 1634:9, 1638:5, 1638:6

**HASSAN** [2] - 1537:2, 1537:11

**HAUL** [1] - 1564:3

**HEAD** [6] - 1541:3, 1541:4, 1550:5, 1568:10, 1586:25, 1595:22

**HEALTH** [2] - 1595:8, 1602:12

**HEAR** [2] - 1538:2, 1670:1

**HEARD** [10] - 1519:23, 1543:1, 1543:13, 1554:12, 1562:5, 1611:24, 1634:12, 1636:11, 1667:14, 1667:17

**HEARSAY** [7] -

1529:16, 1529:22, 1572:23, 1671:5, 1671:9, 1671:13, 1671:15

**HELD** [5] - 1518:5, 1523:3, 1605:7, 1605:10, 1669:14

**HELD** [1] - 1673:10

**HELP** [6] - 1532:20, 1539:6, 1578:13, 1605:22, 1611:1, 1663:11

**HELPFUL** [3] - 1659:1, 1668:2, 1672:19

**HELPS** [4] - 1537:14, 1537:17, 1537:18, 1631:16

**HEREBY** [1] - 1673:7

**HIDE** [1] - 1563:3

**HIGH** [6] - 1552:15, 1587:17, 1639:6, 1654:9, 1655:6, 1655:12

**HIGHER** [6] - 1541:3, 1541:4, 1541:24, 1650:19, 1654:11

**HIGHEST** [9] - 1543:7, 1552:11, 1552:22, 1560:16, 1624:19, 1624:24, 1625:2, 1639:8, 1656:8

**HIGHLIGHT** [2] - 1554:24, 1580:18

**HILL** [1] - 1614:6

**HILL** [1] - 1653:15

**HIRE** [1] - 1667:10

**HIRED** [1] - 1667:23

**HISTOGRAM** [1] - 1557:18

**HISTORIC** [2] - 1668:4, 1668:13

**HISTORICAL** [2] - 1551:5, 1668:2

**HISTORY** [5] - 1536:2, 1570:25, 1666:10, 1666:12, 1667:22

**HIT** [1] - 1526:14

**HITS** [2] - 1576:4, 1662:6

**HOKKANEN** [2] - 1516:12, 1606:10

**HOKKANEN** [14] - 1519:2, 1519:16, 1519:20, 1581:9, 1605:16, 1606:7, 1606:14, 1611:22, 1612:12, 1620:22, 1653:11, 1658:5, 1658:10, 1669:19

HOKKANEN'S [2] - 1518:22, 1606:2
HOLD [1] - 1541:13
HONOR [47] - 1518:16, 1519:25, 1520:1, 1521:7, 1521:13, 1522:3, 1522:15, 1522:20, 1523:21, 1526:24, 1528:5, 1529:22, 1532:2, 1532:8, 1532:10, 1533:7, 1533:9, 1536:4, 1539:23, 1565:15, 1568:11, 1568:21, 1573:5, 1573:9, 1573:12, 1575:15, 1586:7, 1590:2, 1595:11, 1596:16, 1596:24, 1597:17, 1605:15, 1606:1, 1658:7, 1659:11, 1659:13, 1659:14, 1669:6, 1670:7, 1670:12, 1670:19, 1671:10, 1671:14, 1671:24, 1672:6, 1672:18
HONORABLE [1] - 1514:3
HORIZONTAL [2] - 1631:20, 1652:6
HSUS [1] - 1665:8
HUIE [1] - 1515:13
HUMAN [2] - 1595:8, 1602:12
HUMILITY [1] - 1611:23
HUNDRED [1] - 1648:20
HUNDREDS [1] - 1649:6
HYDRAULIC [7] - 1555:14, 1585:20, 1650:5, 1650:9, 1650:13, 1650:18, 1650:19
HYDRAULICALLY [1] - 1662:14
HYDROGEOLOGIST [4] - 1606:15, 1608:2, 1610:21, 1628:20
HYDROGEOLOGISTS [3] - 1585:9, 1607:25, 1615:17
HYDROGEOLOGY [4] - 1534:15, 1606:16, 1606:17, 1606:12
HYDROGEOLOGY [3] - 1539:5, 1540:1,

1540:4
HYDROPHOBIC [2] - 1546:2
HYDROPHOBICITY [1] - 1546:1
HYPOTHESIS [1] - 1628:24
HYPOTHETICAL [1] - 1574:22

I

ICING [1] - 1542:4
ID [1] - 1592:9
IDEA [3] - 1529:20, 1541:16, 1543:5
IDENTIFICATION [10] - 1523:23, 1528:1, 1536:7, 1591:10, 1592:7, 1593:8, 1594:12, 1597:1, 1597:18, 1659:10
IDENTIFICATION [1] - 1517:2
IDENTIFIED [7] - 1538:12, 1534:7, 1589:3, 1594:19, 1595:7, 1596:14, 1653:21
IDENTIFIES [1] - 1591:1
IDENTIFY [6] - 1547:16, 1571:13, 1579:18, 1607:13, 1610:1, 1668:22
IGNORE [1] - 1628:23
ILSE [1] - 1515:9
IMMEDIATE [1] - 1601:4
IMMEDIATELY [1] - 1601:5
IMMINENT [5] - 1536:18, 1567:25, 1568:4, 1568:14, 1568:19
IMPACT [14] - 1541:8, 1541:18, 1556:22, 1556:24, 1557:25, 1558:2, 1558:15, 1558:18, 1574:8, 1583:5, 1583:6, 1589:9, 1620:23, 1635:14
IMPACTED [11] - 1540:24, 1542:13, 1547:17, 1549:2, 1574:11, 1610:3, 1616:5, 1616:10, 1622:12, 1625:1, 1635:1

IMPACTS [1] - 1589:11
IMPAIRED [2] - 1572:20, 1574:19
IMPLEMENT [6] - 1534:4, 1537:18, 1550:25, 1551:7, 1560:1
IMPLEMENTATION [1] - 1592:23
IMPLEMENTED [4] - 1533:22, 1549:8, 1560:19, 1594:24
IMPLEMENTING [2] - 1553:21, 1553:22
IMPORT [6] - 1551:25, 1592:21, 1593:19, 1593:23, 1595:18, 1597:9
IMPORTANT [15] - 1533:25, 1534:1, 1540:20, 1541:10, 1552:7, 1610:21, 1611:5, 1614:17, 1624:18, 1624:22, 1625:2, 1631:11, 1657:7, 1657:14, 1657:15
IMPORTANTLY [1] - 1543:6
IN [3] - 1673:6, 1673:10, 1673:11
IN-DEPTH [1] - 1642:18
INC [1] - 1666:15
INCLINED [1] - 1522:8
INCLUDE [8] - 1527:16, 1616:19, 1625:22, 1627:19, 1629:16, 1649:19, 1656:25, 1666:9
INCLUDED [2] - 1535:1, 1661:20
INCLUDES [2] - 1545:15, 1565:2
INCLUDING [1] - 1617:8
INCOMPLETE [1] - 1574:22
INCONSISTENT [1] - 1614:13
INDEED [2] - 1622:16, 1638:3
INDEPENDENT [2] - 1561:14, 1561:15
INDEX [2] - 1516:1, 1517:1
INDICATE [3] - 1584:7, 1591:3, 1662:20

INDICATED [7] - 1519:18, 1530:6, 1574:14, 1580:15, 1580:24, 1581:16, 1594:2
INDICATES [1] - 1602:3
INDICATING [1] - 1670:23
INDICATION [1] - 1656:13
INDICATOR [2] - 1561:8, 1655:10
INDUSTRIES [3] - 1608:18, 1608:20, 1646:20
INDUSTRY [1] - 1606:21
INFER [2] - 1547:24, 1548:1
INFLUENCE [5] - 1543:4, 1549:22, 1550:14, 1661:10, 1662:17
INFORMATION [23] - 1525:3, 1526:5, 1526:8, 1526:12, 1527:7, 1527:10, 1527:11, 1527:16, 1527:19, 1527:21, 1539:3, 1547:19, 1551:7, 1561:2, 1562:1, 1570:10, 1570:12, 1570:13, 1582:8, 1588:5, 1588:14, 1612:16, 1659:1
INFRASTRUCTURE [1] - 1528:19
INITIAL [1] - 1571:12
INPUT [1] - 1569:4
INQUIRE [1] - 1671:3
INSET [1] - 1544:5
INSTALL [5] - 1547:16, 1561:21, 1561:25, 1570:2
INSTALLATION [1] - 1571:1
INSTALLED [13] - 1552:19, 1553:10, 1554:22, 1554:25, 1556:7, 1562:11, 1564:1, 1570:1, 1570:4, 1571:2, 1571:5, 1571:6, 1575:25
INSTALLING [1] - 1610:25
INSTANCE [7] - 1601:10, 1629:2,

1631:10, 1631:19, 1634:14, 1648:15, 1670:25
INSTANCES [3] - 1563:8, 1568:25, 1662:15
INSTRUCTION [1] - 1521:18
INTEGRATE [2] - 1628:20, 1628:22
INTEND [1] - 1672:3
INTENDED [2] - 1553:16, 1555:6
INTENT [1] - 1580:18
INTENTIONALLY [1] - 1527:20
INTERCEPTED [1] - 1547:2
INTEREST [1] - 1522:18
INTERESTED [2] - 1607:16
INTERESTING [3] - 1600:8, 1612:5, 1635:19
INTERPRETATION [5] - 1600:15, 1602:14, 1661:3, 1661:5, 1661:7
INTERPRETED [1] - 1584:15
INTERRUPT [1] - 1535:3
INTRODUCE [3] - 1670:22, 1671:5, 1672:3
INTRODUCING [1] - 1591:4
INVESTIGATE [1] - 1619:17
INVESTIGATED [1] - 1618:3
INVESTIGATING [1] - 1608:9
INVESTIGATION [10] - 1534:11, 1535:14, 1536:20, 1539:11, 1539:19, 1561:20, 1566:11, 1566:12, 1571:14, 1666:17
INVESTIGATIONS [5] - 1561:20, 1571:16, 1608:11, 1666:18, 1667:9
INVOLVED [5] - 1531:11, 1559:14, 1605:5, 1608:22, 1610:12
INVOLVEMENT [2] - 1557:2, 1596:3

INWARD [1] - 1576:9
IS [2] - 1673:9, 1673:11
ISSUANCE [1] - 1569:2
ISSUE [8] - 1519:24, 1522:1, 1528:17, 1545:6, 1572:21, 1585:6, 1657:3, 1665:12
ISSUED [3] - 1568:15, 1569:7, 1569:8
ISSUES [2] - 1583:4, 1583:8
ITEM [1] - 1518:7
ITERATIONS [1] - 1562:4
ITERATIVE [6] - 1547:17, 1548:8, 1561:18, 1565:25, 1566:6, 1567:24
ITSELF [5] - 1546:16, 1576:8, 1576:19, 1599:23, 1653:20

## J

J-E-O-N [1] - 1537:7
JAMES [1] - 1516:4
JAMES [1] - 1524:1
JEFF [2] - 1529:8, 1529:9
JEON [2] - 1537:2, 1537:7
JISA [1] - 1670:6
JMOL [2] - 1521:22, 1522:4
JOB [2] - 1531:24, 1564:6
JOHN [2] - 1607:20, 1607:21
JOINED [1] - 1523:7
JR [2] - 1514:3, 1515:14
JUDGE [1] - 1514:3
JUDICIAL [1] - 1673:12
JUMP [5] - 1539:9, 1539:25, 1540:19, 1550:20, 1643:13
JUNE [4] - 1590:13, 1596:4, 1600:7, 1620:8
JUROR [2] - 1521:16, 1522:23
JURY [18] - 1518:6, 1518:20, 1520:14, 1521:18, 1522:22, 1523:4, 1523:7, 1523:15, 1530:2,

1589:19, 1605:8, 1605:11, 1610:13, 1626:19, 1644:10, 1669:15, 1669:17
JURY [1] - 1523:9

## K

KEEP [5] - 1537:17, 1605:6, 1615:23, 1616:4, 1669:12
KEY [6] - 1535:25, 1540:25, 1619:14, 1650:3, 1650:24
KIND [11] - 1541:12, 1562:8, 1566:25, 1572:23, 1578:13, 1579:15, 1599:7, 1601:22, 1601:24, 1608:14, 1634:3
KINDS [1] - 1539:7
KNOWING [2] - 1631:15, 1649:15
KNOWINGLY [1] - 1526:13
KNOWLEDGE [3] - 1562:1, 1566:6, 1672:14
KNOWLEDGEABLE [1] - 1525:8
KNOWN [3] - 1548:21, 1553:25, 1607:24
KYMOGRAPH [2] - 1562:23
KYMOGRAPHS [1] - 1589:5

## L

LAB [4] - 1531:4, 1531:16, 1531:24, 1611:3
LABELED [1] - 1580:17
LACK [3] - 1590:20, 1599:18, 1641:19
LACKS [2] - 1568:6, 1568:16
LADIES [2] - 1523:8, 1669:9
LANDFILL [1] - 1578:19
LARDIERE [2] - 1515:20, 1518:18
LARGE [19] - 1534:24, 1535:24, 1536:19, 1538:23, 1540:10, 1552:2, 1553:23, 1557:25, 1570:23, 1571:6, 1579:2,

1579:19, 1580:2, 1583:11, 1596:16, 1611:9, 1634:7, 1650:12, 1668:3
LARGEST [1] - 1535:16
LAST [20] - 1520:25, 1521:23, 1522:23, 1532:25, 1537:8, 1567:14, 1589:7, 1597:13, 1597:20, 1597:24, 1606:6, 1618:11, 1627:16, 1627:17, 1628:8, 1656:11, 1657:3
LATE [3] - 1566:13, 1570:14, 1570:16
LATERAL [3] - 1618:12, 1631:21, 1642:10
LATERALLY [1] - 1619:6
LAW [1] - 1671:8
LAYER [4] - 1585:19, 1630:3, 1630:19, 1634:25
LAYERED [2] - 1542:3, 1542:7
LAYERS [20] - 1540:11, 1541:21, 1542:15, 1614:22, 1624:9, 1624:10, 1624:12, 1624:16, 1624:22, 1630:9, 1630:12, 1630:13, 1631:1, 1631:6, 1631:15, 1631:17, 1632:5, 1652:16, 1652:23, 1663:21
LEAD [1] - 1623:5
LEADS [1] - 1569:20
LEARN [1] - 1665:22
LEAST [3] - 1542:19, 1543:9, 1543:11, 1561:23, 1609:17, 1628:18, 1662:15, 1665:9
LEAVE [4] - 1564:20, 1603:7, 1605:1, 1608:5
LEAVES [1] - 1635:23
LEAVING [3] - 1579:6, 1603:1, 1603:4
LED [1] - 1608:1
LEFT [16] - 1541:4, 1547:3, 1550:3, 1550:16, 1551:18, 1551:20, 1557:20, 1563:5, 1563:13, 1576:18, 1587:3,

1587:6, 1587:8, 1588:6, 1621:14, 1621:21
LEFT-HAND [3] - 1541:4, 1550:16, 1563:5
LEGAL [1] - 1568:7
LEGEND [3] - 1613:4, 1614:22, 1659:25
LESERMAN [2] - 1516:4, 1524:1
LESERMAN [16] - 1521:9, 1521:11, 1522:7, 1523:10, 1523:12, 1524:5, 1524:18, 1526:11, 1527:3, 1527:7, 1528:3, 1528:13, 1529:18, 1530:4, 1530:17, 1530:22
LESS [7] - 1531:19, 1546:3, 1570:20, 1587:1, 1623:3, 1651:21, 1657:10
LESSER [1] - 1545:10
LETTER [3] - 1517:5, 1517:6, 1517:7
LETTER [4] - 1524:18, 1591:19, 1595:20, 1596:4
LEVEL [6] - 1541:5, 1554:11, 1558:20, 1561:9, 1561:12, 1571:14, 1574:21, 1575:2, 1580:16, 1580:21, 1604:10, 1612:21, 1613:16, 1614:10, 1662:16
LEVELS [16] - 1543:24, 1543:25, 1552:11, 1559:10, 1574:20, 1575:1, 1589:1, 1589:2, 1595:25, 1611:1, 1613:11, 1620:25, 1654:2, 1658:24, 1660:2, 1660:5
LIBRARY [1] - 1639:4
LIGHTER [1] - 1542:6
LIMIT [5] - 1525:21, 1525:22, 1555:21, 1643:8
LINE [41] - 1538:14, 1541:12, 1542:25, 1547:23, 1548:1, 1550:7, 1550:8, 1554:16, 1574:2, 1584:8, 1612:24, 1613:21, 1613:22, 1614:12, 1616:8,

1616:19, 1617:19, 1618:5, 1618:15, 1622:5, 1622:6, 1622:14, 1625:21, 1626:25, 1627:1, 1627:4, 1627:5, 1627:8, 1632:22, 1633:9, 1640:13, 1662:21, 1662:25, 1664:6, 1664:19, 1665:20, 1672:13, 1672:18
LINES [45] - 1570:11, 1577:8, 1577:11, 1581:14, 1582:3, 1583:9, 1583:10, 1584:15, 1602:17, 1613:13, 1613:15, 1613:19, 1613:24, 1613:25, 1614:1, 1614:2, 1614:4, 1614:5, 1614:8, 1614:9, 1618:25, 1619:5, 1620:15, 1620:16, 1625:6, 1625:7, 1625:8, 1627:7, 1634:12, 1635:11, 1641:8, 1654:7, 1658:21, 1659:1, 1659:19, 1660:11, 1660:13, 1660:24, 1661:2, 1661:3, 1661:15, 1661:17, 1661:22, 1662:2
LINGER [1] - 1599:7
LIST [3] - 1535:24, 1557:22, 1607:15
LISTEN [1] - 1519:4
LITER [2] - 1525:14, 1525:20
LITIGATION [2] - 1529:3, 1576:17
LLP [2] - 1515:4, 1515:9
LOCAL [1] - 1634:2
LOCATED [9] - 1548:1, 1554:8, 1579:17, 1579:22, 1585:12, 1589:17, 1589:21, 1652:2, 1653:2
LOCATION [11] - 1547:24, 1551:13, 1551:14, 1589:24, 1594:25, 1614:17, 1614:20, 1646:13, 1648:17, 1651:12
LOCATIONS [7] - 1555:4, 1579:25,

1627:21, 1627:22, 1642:7, 1642:21, 1660:21
**LONG-TERM** [1] - 1599:8
**LOOK** [74] - 1526:14, 1538:25, 1540:8, 1540:22, 1550:2, 1551:5, 1551:9, 1559:12, 1560:8, 1561:10, 1561:11, 1574:20, 1575:1, 1575:3, 1577:3, 1577:10, 1578:12, 1578:21, 1579:8, 1579:10, 1579:17, 1579:21, 1582:1, 1585:1, 1589:4, 1589:6, 1589:7, 1589:11, 1592:18, 1593:16, 1593:18, 1593:25, 1599:4, 1601:9, 1603:25, 1604:13, 1610:19, 1611:8, 1611:17, 1614:11, 1614:21, 1615:17, 1617:10, 1617:21, 1618:23, 1620:11, 1621:11, 1622:23, 1623:8, 1624:6, 1626:3, 1627:5, 1628:16, 1628:24, 1629:2, 1629:12, 1630:15, 1634:23, 1638:1, 1638:5, 1640:7, 1642:18, 1643:4, 1654:16, 1654:17, 1654:20, 1655:22, 1655:23, 1666:5, 1668:2, 1668:4, 1668:11, 1672:19
**LOOKED** [50] - 1536:1, 1541:19, 1551:3, 1560:10, 1560:23, 1560:25, 1562:20, 1571:2, 1572:7, 1573:25, 1574:5, 1574:7, 1576:9, 1577:15, 1577:18, 1578:7, 1580:1, 1580:9, 1580:22, 1585:7, 1595:17, 1601:6, 1601:12, 1603:13, 1610:10, 1610:14, 1611:10, 1617:5, 1617:6, 1623:11, 1625:11, 1629:23, 1630:4, 1632:4, 1632:5, 1633:13,

1638:21, 1642:9, 1642:20, 1644:10, 1647:9, 1648:9, 1648:21, 1651:9, 1651:11, 1652:1, 1655:16, 1666:6, 1668:8
**LOOKING** [20] - 1520:25, 1526:21, 1540:20, 1548:9, 1549:14, 1550:10, 1559:8, 1564:4, 1588:1, 1603:21, 1604:14, 1610:17, 1611:7, 1616:24, 1630:20, 1639:14, 1639:17, 1659:20, 1660:13, 1667:22
**LOOKS** [6] - 1554:4, 1559:14, 1582:9, 1600:4, 1626:14, 1647:25
**LOS** [3] - 1515:7, 1529:9, 1570:24
**LOS** [3] - 1514:15, 1514:25, 1518:2
**LOW** [12] - 1546:14, 1563:8, 1574:2, 1588:11, 1588:13, 1588:22, 1589:1, 1589:2, 1637:11, 1643:9, 1645:20, 1654:10
**LOWER** [12] - 1526:7, 1541:3, 1541:4, 1541:5, 1541:23, 1542:5, 1543:25, 1556:19, 1557:24, 1637:3, 1637:4, 1650:18
**LUCE** [1] - 1670:7
**LUMP** [1] - 1650:12
**LUMPING** [1] - 1650:17
**LUNCH** [1] - 1521:20

**M**

**M-I-A-E** [1] - 1537:7
**MACHINE** [1] - 1640:5
**MAGNITUDE** [1] - 1650:11
**MAIL** [8] - 1517:4, 1517:9, 1518:22, 1524:8, 1524:20, 1527:7, 1529:6, 1529:7
**MAILS** [1] - 1526:4
**MAIN** [1] - 1645:9
**MAJOR** [5] - 1524:21,

1536:18, 1545:5, 1560:11, 1652:3
**MAJORITY** [3] - 1571:4, 1571:6, 1608:11
**MALL** [4] - 1639:2, 1639:4, 1640:19, 1640:24
**MANAGE** [1] - 1552:3
**MANAGEMENT** [2] - 1552:2, 1552:5
**MANAGER** [4] - 1524:11, 1537:3, 1537:13, 1537:17
**MANHATTAN** [1] - 1534:12
**MAP** [34] - 1550:6, 1554:6, 1558:8, 1559:19, 1570:10, 1578:12, 1578:21, 1579:16, 1581:4, 1583:7, 1583:17, 1583:19, 1583:20, 1584:8, 1584:9, 1584:13, 1584:16, 1588:24, 1590:8, 1590:10, 1600:3, 1600:13, 1610:7, 1616:7, 1619:20, 1620:9, 1623:11, 1625:15, 1626:4, 1626:21, 1654:6, 1655:15, 1655:21, 1661:6
**MAPS** [11] - 1550:7, 1551:10, 1551:11, 1551:15, 1582:24, 1624:6, 1625:25, 1626:6, 1629:3, 1661:2, 1661:4
**MARBLES** [2] - 1634:15
**MARKED** [1] - 1538:3
**MARKED** [9] - 1523:23, 1528:1, 1536:7, 1591:10, 1592:7, 1593:8, 1594:12, 1597:1, 1597:18
**MARKING** [1] - 1538:3
**MARKS** [2] - 1627:6, 1627:8
**MASK** [2] - 1524:19, 1533:4
**MASS** [4] - 1552:9, 1560:15, 1560:16, 1586:17
**MASTER'S** [2] - 1534:20, 1534:21
**MASTER'S** [3] -

1525:6, 1607:4, 1619:15
**MATCH** [4] - 1631:19, 1631:20, 1631:21, 1654:21
**MATCHING** [2] - 1631:18, 1632:2
**MATERIAL** [4] - 1542:4, 1635:21, 1635:23, 1652:11
**MATERIALS** [4] - 1520:23, 1520:24, 1535:22, 1551:9
**MATT** [2] - 1515:19, 1524:10
**MATTER** [12] - 1528:13, 1530:1, 1533:15, 1533:18, 1545:2, 1546:4, 1605:5, 1605:13, 1619:14, 1638:4, 1652:13, 1669:12
**MATTER** [1] - 1673:11
**MAXIMUM** [2] - 1525:13, 1554:11
**MCGUANE** [1] - 1518:13
**MCGUANE** [1] - 1515:5
**MCL** [4] - 1554:11, 1554:12, 1554:13, 1573:4
**MEAN** [17] - 1519:10, 1535:5, 1547:13, 1589:19, 1589:20, 1602:21, 1624:4, 1627:3, 1636:14, 1639:23, 1640:14, 1641:1, 1641:2, 1644:15, 1652:8, 1652:20, 1655:7
**MEANING** [3] - 1542:1, 1652:11, 1653:5
**MEANS** [14] - 1542:17, 1544:22, 1547:4, 1547:8, 1549:9, 1558:25, 1592:1, 1592:2, 1602:23, 1629:11, 1636:19, 1639:24, 1645:2, 1652:9
**MEANT** [2] - 1547:14, 1588:18
**MEASURE** [7] - 1549:24, 1550:1, 1561:14, 1561:15, 1562:9, 1650:23, 1658:23
**MEASURED** [5] -

1649:12, 1650:9, 1654:2, 1660:2, 1660:5
**MEASUREMENT** [2] - 1550:5, 1561:9
**MEASUREMENTS** [2] - 1556:11
**MEASURING** [2] - 1615:21, 1615:24
**MECHANICS** [1] - 1588:8
**MECHANISM** [2] - 1544:20, 1569:17
**MEDAL** [1] - 1534:22
**MEETING** [1] - 1556:12
**MEETS** [1] - 1602:23
**MEMBERS** [2] - 1523:15, 1530:2
**MEMORY** [1] - 1520:9
**MENTION** [1] - 1652:22
**MENTIONED** [29] - 1535:4, 1536:10, 1548:8, 1549:21, 1554:21, 1555:12, 1566:14, 1566:18, 1567:23, 1569:16, 1569:25, 1574:1, 1574:4, 1575:8, 1583:3, 1585:21, 1587:24, 1587:25, 1588:10, 1590:7, 1591:19, 1620:14, 1653:22, 1654:9, 1661:14, 1661:17, 1661:24, 1664:9, 1664:11
**METHOD** [1] - 1594:19
**METHODOLOGY** [1] - 1519:1
**METHODS** [2] - 1534:3, 1548:1
**METROLINK** [4] - 1565:4, 1565:6, 1578:8, 1593:1
**MIAE** [3] - 1537:2, 1537:7, 1537:16
**MIAE'S** [1] - 1537:6
**MICEVYCH** [1] - 1518:14
**MICHAEL** [1] - 1515:14
**MICKELSON** [1] - 1536:1
**MICROGRAMS** [2] - 1525:14, 1525:20
**MICROPHONE** [2] - 1533:5, 1670:1
**MID** [3] - 1535:25,

1566:9, 1596:2
**MIDDLE** [1] - 1616:4
**MIGHT** [3] - 1567:1, 1593:11, 1647:25
**MIGRATE** [8] - 1542:22, 1547:5, 1580:7, 1587:8, 1587:19, 1618:7, 1635:19, 1635:21
**MIGRATED** [5] - 1551:22, 1601:22, 1617:8, 1637:7, 1645:11
**MIGRATES** [2] - 1551:19, 1588:9
**MIGRATING** [4] - 1561:11, 1579:8, 1588:16, 1657:11
**MIGRATION** [8] - 1534:19, 1535:9, 1543:19, 1565:6, 1585:1, 1613:5, 1617:16, 1618:12
**MILE** [1] - 1657:11
**MILITARY** [1] - 1562:8
**MILLION** [3] - 1573:19, 1634:14, 1656:19
**MIND** [4] - 1605:6, 1624:21, 1644:7, 1669:12
**MINIMUM** [1] - 1525:13
**MINNESOTA** [1] - 1607:3
**MINUTE** [3] - 1522:22, 1604:19, 1664:12
**MINUTES** [4] - 1521:16, 1596:17, 1605:6, 1672:10
**MIRANDA** [4] - 1514:23, 1673:5, 1673:18, 1673:19
**MIRANDAALGORRI @GMAIL.COM** [1] - 1514:25
**MISSED** [1] - 1632:21
**MISSING** [1] - 1613:25
**MISSOURI** [1] - 1534:10
**MISTAKES** [1] - 1526:13
**MISUNDERSTOOD** [1] - 1577:24
**MITIGATE** [1] - 1540:24
**MIXING** [1] - 1543:23
**MOBILE** [1] - 1547:6
**MOBILITY** [1] - 1547:10

**MODEL** [1] - 1640:18
**MODELING** [2] - 1639:14, 1641:7
**MOLECULE** [2] - 1634:10, 1645:2
**MOLECULES** [2] - 1634:10, 1634:11
**MOMENT** [2] - 1596:19, 1648:8
**MOMENTARILY** [1] - 1518:20
**MONITOR** [1] - 1556:13
**MONITORING** [30] - 1525:16, 1547:9, 1547:16, 1551:12, 1554:15, 1558:13, 1561:16, 1564:3, 1565:13, 1569:23, 1569:25, 1570:2, 1570:3, 1571:1, 1575:11, 1576:22, 1576:24, 1579:21, 1588:7, 1596:4, 1601:13, 1610:25, 1611:11, 1612:20, 1619:24, 1635:15, 1639:1, 1647:12, 1651:6, 1655:20
**MONITORS** [1] - 1571:5
**MONTH** [2] - 1625:13, 1659:24
**MONTHLY** [1] - 1557:20
**MORNING** [15] - 1518:12, 1518:15, 1518:16, 1519:19, 1521:1, 1521:18, 1523:8, 1523:9, 1527:3, 1527:4, 1532:13, 1565:19, 1565:20, 1605:2, 1605:18
**MOST** [11] - 1518:23, 1519:6, 1542:13, 1543:3, 1552:9, 1557:25, 1562:21, 1607:24, 1624:14, 1624:22
**MOSTLY** [4] - 1552:20, 1565:1, 1584:23, 1585:6
**MOTION** [1] - 1522:2
**MOTIVATIONS** [1] - 1530:3
**MOTIVE** [1] - 1543:11
**MOVE** [45] - 1523:19, 1529:22, 1535:8, 1542:25, 1543:1,

1543:21, 1545:21, 1594:10, 1594:14, 1596:19, 1598:22, 1606:19, 1606:20, 1610:23, 1610:24, 1616:23, 1618:5, 1618:13, 1618:15, 1618:17, 1619:5, 1619:6, 1619:8, 1621:19, 1621:25, 1622:14, 1623:12, 1624:7, 1625:4, 1632:13, 1637:12, 1637:14, 1637:19, 1641:4, 1641:18, 1649:6, 1649:10, 1650:6, 1650:7, 1662:10, 1662:12, 1662:22, 1662:23
**MOVED** [3] - 1534:20, 1535:12, 1610:24
**MOVEMENT** [9] - 1541:9, 1546:18, 1606:18, 1613:7, 1614:14, 1618:4, 1631:5, 1636:25, 1649:22
**MOVES** [9] - 1543:4, 1546:11, 1546:15, 1547:6, 1598:20, 1624:12, 1637:5, 1650:8
**MOVING** [22] - 1547:2, 1555:1, 1559:20, 1598:8, 1611:2, 1611:19, 1615:3, 1615:14, 1615:22, 1615:23, 1616:14, 1621:3, 1621:16, 1623:6, 1623:18, 1624:5, 1630:13, 1633:2, 1633:22, 1644:4, 1650:4, 1662:10
**MP** [1] - 1562:16
**MP-01** [1] - 1642:19
**MP-1** [1] - 1643:17
**MP102** [1] - 1563:5
**MR** [138] - 1518:12, 1518:16, 1519:24, 1520:15, 1521:7, 1521:13, 1521:17, 1521:22, 1522:15, 1522:20, 1523:21, 1524:4, 1524:20, 1526:24, 1527:2, 1528:3, 1528:5, 1528:9, 1528:10, 1528:12, 1529:16, 1529:18, 1529:22,

1530:4, 1530:17, 1530:21, 1531:21, 1532:2, 1532:8, 1532:10, 1533:9, 1533:13, 1536:4, 1536:9, 1537:6, 1538:6, 1538:7, 1538:10, 1538:11, 1538:13, 1538:17, 1539:25, 1565:14, 1565:18, 1568:6, 1568:13, 1568:16, 1569:11, 1570:5, 1571:20, 1571:23, 1573:5, 1573:8, 1573:9, 1573:13, 1574:22, 1575:8, 1575:15, 1575:23, 1578:22, 1586:7, 1586:9, 1586:12, 1586:18, 1589:14, 1590:2, 1590:5, 1590:25, 1591:5, 1591:8, 1591:9, 1591:12, 1592:5, 1592:9, 1592:10, 1592:12, 1592:15, 1593:6, 1593:10, 1593:13, 1594:10, 1595:11, 1595:13, 1595:14, 1596:8, 1596:10, 1596:16, 1596:22, 1596:24, 1597:3, 1597:13, 1597:15, 1597:17, 1597:20, 1600:19, 1600:22, 1604:18, 1604:21, 1605:15, 1606:1, 1606:13, 1609:20, 1610:4, 1611:24, 1612:2, 1612:10, 1619:18, 1621:11, 1622:1, 1627:10, 1631:9, 1638:10, 1638:12, 1638:14, 1638:16, 1658:5, 1658:7, 1658:9, 1659:10, 1659:13, 1659:14, 1659:15, 1659:18, 1663:16, 1669:5, 1669:20, 1669:23, 1670:2, 1670:6, 1670:12, 1670:18, 1670:25, 1671:10, 1671:14, 1671:19, 1671:24, 1672:6, 1672:17
**MULTIPLE** [5] - 1536:11, 1562:3, 1580:7, 1612:19,

1614:19
**MUST** [1] - 1555:11
**MUTUALLY** [1] - 1566:25

## N

**NAME** [10] - 1532:25, 1533:1, 1537:6, 1537:8, 1578:19, 1606:6, 1645:1
**NAMED** [1] - 1607:20
**NAMES** [1] - 1537:5
**NARROW** [3] - 1617:25, 1618:5, 1622:14
**NARROWLY** [1] - 1617:23
**NATIONAL** [1] - 1607:14
**NATURAL** [4] - 1543:13, 1543:18, 1544:2
**NATURALLY** [1] - 1536:15
**NATURE** [5] - 1520:5, 1599:21, 1599:22, 1599:23, 1662:16
**NC-11** [1] - 1610:18
**NC-13** [1] - 1610:18
**NCP** [1] - 1572:3
**ND** [8] - 1563:9, 1574:1, 1574:2, 1575:22, 1575:24, 1576:1, 1576:7, 1588:21
**NEAR** [10] - 1525:21, 1542:14, 1562:12, 1562:14, 1572:16, 1572:19, 1577:16, 1615:21, 1647:14
**NECESSARILY** [1] - 1655:9
**NECK** [2] - 1587:1, 1596:2
**NEED** [15] - 1531:9, 1540:5, 1548:12, 1556:1, 1561:23, 1568:13, 1569:23, 1573:14, 1596:13, 1596:19, 1650:21, 1656:24, 1669:23, 1669:25, 1670:3
**NEEDED** [3] - 1520:2, 1556:7, 1557:9
**NEEDS** [1] - 1538:12
**NEST** [5] - 1614:17, 1614:19, 1622:17, 1622:18, 1633:22
**NESTS** [1] - 1614:15

**NEVER** [4] - 1615:6, 1620:19, 1623:4, 1629:5
**NEW** [3] - 1548:3, 1591:4, 1607:16
**NEXT** [40] - 1531:2, 1531:7, 1531:10, 1532:7, 1536:18, 1538:14, 1544:3, 1544:10, 1545:23, 1552:15, 1554:9, 1564:2, 1592:5, 1593:6, 1594:10, 1595:12, 1596:8, 1601:5, 1605:14, 1622:8, 1626:23, 1632:23, 1632:25, 1633:3, 1634:17, 1639:10, 1639:11, 1641:5, 1641:23, 1642:1, 1642:13, 1642:14, 1643:12, 1643:18, 1653:4, 1653:24, 1669:19, 1669:20
**NIGHT** [2] - 1520:25, 1521:23
**NINE** [1] - 1643:14
**NO** [2] - 1514:6, 1673:19
**NOBODY** [1] - 1652:17
**NON** [18] - 1544:7, 1547:24, 1554:14, 1559:20, 1563:7, 1575:12, 1615:25, 1620:19, 1620:20, 1625:23, 1628:15, 1634:22, 1645:15, 1647:13, 1655:13, 1671:20
**NON-BIOLOGICAL** [1] - 1544:7
**NON-DETECT** [8] - 1559:20, 1575:12, 1620:19, 1620:20, 1625:23, 1628:15, 1647:13
**NON-DETECTED** [2] - 1547:24, 1563:7
**NON-DETECTION** [1] - 1554:14
**NON-DETECTS** [4] - 1615:25, 1634:22, 1645:15, 1655:13
**NON-RETAINED** [1] - 1671:20
**NONE** [1] - 1643:20
**NORTH** [6] - 1577:11, 1577:12, 1577:19,

1621:4, 1644:12, 1663:18
**NORTHEAST** [1] - 1654:14
**NORTHERN** [5] - 1583:21, 1588:14, 1588:16, 1592:25, 1645:8
**NORTHERN** [1] - 1535:12
**NORTHWEST** [11] - 1616:14, 1621:4, 1621:16, 1663:13, 1663:14, 1663:19, 1663:20, 1663:23, 1663:24, 1664:7
**NOSSAMAN** [2] - 1515:4, 1515:9
**NOTES** [1] - 1664:10
**NOTHING** [4] - 1532:20, 1565:14, 1600:19, 1605:22
**NOVEMBER** [3] - 1514:14, 1518:1, 1673:15
**NOVEMBER** [1] - 1528:18
**NP-1** [1] - 1576:5
**NSW** [1] - 1588:21
**NUMBER** [1] - 1517:3
**NUMBER** [28] - 1526:7, 1536:15, 1537:9, 1537:15, 1538:2, 1538:23, 1543:17, 1551:11, 1559:15, 1567:21, 1583:11, 1590:18, 1604:22, 1608:1, 1608:8, 1608:11, 1612:20, 1613:25, 1614:2, 1620:10, 1631:7, 1639:5, 1656:7, 1658:14, 1661:12, 1661:13, 1667:6, 1668:21
**NUMBERS** [5] - 1604:15, 1604:16, 1604:17, 1655:13, 1670:13
**NUMEROUS** [1] - 1667:1

**O**

**O'CLOCK** [3] - 1669:10, 1669:13, 1672:21
**O'KEEFE** [1] - 1529:8
**OATH** [1] - 1523:13
**OBJECT** [4] - 1520:2,

1522:4, 1575:14, 1611:25
**OBJECTED** [1] - 1521:2
**OBJECTING** [1] - 1518:22
**OBJECTION** [19] - 1522:5, 1522:14, 1529:16, 1537:25, 1571:20, 1573:9, 1591:7, 1592:11, 1592:14, 1593:10, 1596:11, 1596:14, 1596:15, 1596:21, 1611:24, 1638:10, 1638:14, 1659:10, 1671:15
**OBJECTIONS** [4] - 1519:10, 1538:11, 1670:10, 1670:15
**OBJECTIVE** [2] - 1556:12
**OBJECTIVES** [2] - 1571:25, 1572:1
**OBLIGATION** [1] - 1519:22
**OBLONG** [1] - 1640:17
**OBSERVED** [3] - 1556:6, 1663:17, 1664:1
**OBSERVING** [1] - 1533:6
**OBVIOUS** [1] - 1541:12
**OBVIOUSLY** [1] - 1541:10
**OCCUR** [4] - 1544:4, 1544:7, 1544:9, 1598:24
**OCCURENCE** [1] - 1643:5
**OCCURRED** [2] - 1615:22, 1666:24
**OCCURRENCE** [2] - 1601:24, 1642:22
**OCCURS** [1] - 1544:2
**OF** [11] - 1514:2, 1514:13, 1515:1, 1516:1, 1517:1, 1673:1, 1673:7, 1673:9, 1673:12, 1673:15
**OFFER** [1] - 1557:9
**OFFERED** [1] - 1529:25
**OFFICES** [1] - 1529:10
**OFFICIAL** [4] - 1514:24, 1673:1,

1673:5, 1673:19
**OFFSITE** [20] - 1555:1, 1559:1, 1562:15, 1565:6, 1574:20, 1575:1, 1575:3, 1575:5, 1579:12, 1579:22, 1580:7, 1583:12, 1588:24, 1589:11, 1598:14, 1600:24, 1601:2, 1610:1, 1616:13, 1653:21
**OFTEN** [6] - 1555:14, 1561:6, 1562:3, 1562:7, 1568:23, 1601:15
**OFTENTIMES** [3] - 1552:3, 1557:7, 1602:10
**OIL** [1] - 1603:7
**OLD** [1] - 1534:12
**OLYMPIC** [1] - 1634:12
**OLYMPIC-SIZED** [1] - 1634:12
**OMISSION** [1] - 1522:9
**OMITTED** [1] - 1523:17
**ONCE** [3] - 1558:14, 1633:14, 1643:19
**ONE** [92] - 1519:17, 1521:13, 1521:16, 1521:24, 1526:20, 1527:6, 1530:4, 1531:24, 1534:12, 1535:25, 1536:9, 1540:25, 1543:10, 1543:22, 1544:11, 1545:9, 1549:10, 1559:12, 1561:13, 1561:21, 1563:3, 1563:8, 1567:11, 1569:18, 1573:6, 1579:18, 1580:12, 1581:15, 1582:7, 1584:24, 1589:22, 1590:11, 1590:12, 1590:16, 1597:24, 1607:24, 1612:18, 1613:1, 1614:16, 1614:22, 1615:8, 1615:10, 1617:18, 1617:21, 1620:1, 1620:17, 1623:3, 1625:16, 1626:23, 1627:16, 1627:18, 1628:4, 1628:6, 1628:7, 1628:9, 1628:14, 1629:23,

1630:3, 1630:5, 1630:7, 1630:24, 1633:7, 1634:10, 1635:10, 1639:10, 1640:9, 1642:16, 1643:7, 1644:14, 1649:12, 1650:3, 1650:12, 1650:13, 1650:21, 1651:1, 1652:22, 1653:17, 1654:11, 1656:11, 1656:18, 1659:24, 1661:10, 1661:14, 1661:25, 1666:6, 1668:8, 1672:15, 1672:17
**ONES** [11] - 1543:22, 1567:12, 1578:7, 1580:1, 1583:11, 1583:12, 1607:14, 1610:8, 1652:18, 1658:16, 1667:7
**ONGOING** [1] - 1564:24
**ONSITE** [19] - 1533:19, 1538:25, 1539:18, 1539:19, 1555:8, 1566:9, 1577:20, 1577:23, 1580:2, 1583:11, 1583:12, 1589:8, 1589:12, 1595:2, 1600:24, 1601:4, 1601:5, 1601:12, 1610:19
**ONTARIO** [1] - 1607:8
**OOO** [1] - 1518:3
**OPEN** [7] - 1518:6, 1523:4, 1605:6, 1605:8, 1605:11, 1669:12, 1669:15
**OPERABLE** [11] - 1552:1, 1552:4, 1564:10, 1574:8, 1591:23, 1592:23, 1592:24, 1592:25, 1595:4, 1597:8, 1598:1
**OPERATE** [3] - 1542:17, 1552:24, 1656:20
**OPERATED** [1] - 1668:4
**OPERATION** [2] - 1563:20, 1580:25
**OPINION** [25] - 1518:23, 1518:25, 1519:22, 1550:23, 1559:23, 1559:24, 1563:13, 1565:9,

1575:10, 1576:13, 1576:14, 1585:11, 1585:15, 1598:12, 1604:11, 1613:6, 1613:20, 1616:25, 1617:4, 1622:10, 1629:2, 1642:9, 1649:25, 1651:24, 1657:24
**OPINION** [2] - 1519:17
**OPINIONS** [24] - 1519:17, 1519:25, 1520:3, 1533:15, 1533:17, 1533:24, 1534:8, 1536:14, 1537:21, 1538:24, 1539:8, 1550:21, 1559:4, 1565:5, 1575:7, 1585:8, 1591:16, 1592:19, 1593:17, 1595:16, 1648:21, 1649:23, 1649:25, 1672:16
**OPPORTUNITY** [1] - 1546:3
**OPPOSITION** [1] - 1521:23
**OPTION** [1] - 1564:23
**ORDER** [5] - 1536:19, 1568:1, 1568:4, 1568:14, 1568:20
**ORDER** [24] - 1531:16, 1531:24, 1536:16, 1536:17, 1536:18, 1550:25, 1552:3, 1561:23, 1566:18, 1566:21, 1566:22, 1566:24, 1567:8, 1567:19, 1568:3, 1569:4, 1569:13, 1569:15, 1569:22, 1573:13, 1639:10, 1642:13, 1642:14
**ORDERS** [2] - 1568:23, 1650:10
**ORGANIC** [9] - 1544:6, 1545:2, 1545:12, 1545:15, 1545:18, 1545:25, 1546:4, 1549:2
**ORIGINAL** [6] - 1583:17, 1584:13, 1584:16, 1590:8, 1590:10, 1616:10
**ORIGINALLY** [1] - 1529:18
**ORIGINATE** [1] - 1599:12
**ORIGINATES** [3] - 1542:19, 1542:20,

1599:19
**OSC** [1] - 1520:12
**OSMW-1** [1] - 1579:13
**OTHERWISE** [4] - 1594:3, 1596:5, 1671:5, 1671:12
**OU** [2] - 1578:14, 1583:21
**OU-1** [4] - 1564:8, 1595:21, 1596:5, 1598:4
**OU-1B** [1] - 1648:15
**OU-2** [6] - 1567:10, 1578:11, 1578:12, 1579:3, 1579:11, 1579:20
**OU-3** [12] - 1551:18, 1551:19, 1562:15, 1574:5, 1578:7, 1578:9, 1578:10, 1578:15, 1579:16, 1588:15, 1648:18
**OU-3A** [1] - 1581:4
**OU-4** [21] - 1551:18, 1551:19, 1551:20, 1551:22, 1551:23, 1558:13, 1559:1, 1559:21, 1559:22, 1562:13, 1563:4, 1565:3, 1583:12, 1583:22, 1588:18, 1588:19, 1620:18, 1629:17, 1633:22, 1641:16
**OU-5** [2] - 1578:8, 1661:22
**OU-7** [3] - 1564:9, 1598:6, 1598:7
**OUS** [3] - 1564:8, 1564:9, 1578:13
**OUTER** [10] - 1625:21, 1625:22, 1626:8, 1626:21, 1627:1, 1627:4, 1627:5, 1627:14, 1630:7, 1632:21
**OUTLINE** [3] - 1552:25, 1558:11, 1651:13
**OUTLINED** [3] - 1572:4, 1648:5, 1651:16
**OUTSIDE** [12] - 1518:6, 1518:19, 1520:6, 1520:18, 1532:11, 1574:22, 1586:7, 1586:8, 1594:25, 1605:8, 1669:15, 1669:16
**OUTWARD** [1] -

1630:6
**OVERALL** [2] - 1533:25, 1541:1
**OVERLAP** [2] - 1563:2, 1563:3
**OVERNIGHT** [1] - 1548:13
**OVERRULE** [1] - 1522:5, 1522:6, 1522:14, 1529:24
**OVERRULED** [2] - 1571:21, 1575:17
**OVERSEAS** [2] - 1535:15, 1535:20
**OVERSEES** [1] - 1566:15
**OVERSIGHT** [1] - 1593:3
**OWN** [2] - 1545:3, 1549:16
**OWNERSHIP** [1] - 1522:1

## P

**P.M** [1] - 1672:22
**PACK** [1] - 1564:19
**PACKAGE** [1] - 1599:24
**PAGE** [2] - 1516:3, 1673:11
**PAGE** [4] - 1522:17, 1528:12, 1529:5, 1590:9
**PAGES** [1] - 1514:8
**PANEL** [3] - 1550:3, 1550:16, 1550:17
**PARALLEL** [1] - 1662:21
**PARAMETERS** [1] - 1650:3
**PARDON** [2] - 1585:6, 1587:9
**PART** [29] - 1519:16, 1525:16, 1541:20, 1542:6, 1547:10, 1557:4, 1557:11, 1559:4, 1559:7, 1559:14, 1566:24, 1572:2, 1574:24, 1577:3, 1586:1, 1591:15, 1592:18, 1592:24, 1593:16, 1593:20, 1594:5, 1595:15, 1603:12, 1641:12, 1643:19, 1645:9, 1659:4, 1665:2, 1668:7
**PARTIAL** [1] - 1662:3
**PARTICLES** [12] -

1545:1, 1545:2, 1618:14, 1618:17, 1618:22, 1619:2, 1636:17, 1636:18, 1636:22, 1637:10, 1637:11, 1637:14
**PARTICULAR** [14] - 1540:25, 1542:9, 1551:14, 1551:19, 1553:2, 1554:15, 1555:23, 1572:12, 1572:21, 1603:5, 1620:13, 1620:17, 1633:9, 1661:6
**PARTICULARLY** [5] - 1539:1, 1595:8, 1599:9, 1622:14, 1649:4
**PARTIES** [1] - 1568:5
**PARTS** [11] - 1541:1, 1573:19, 1573:21, 1573:23, 1574:19, 1598:7, 1625:17, 1633:8, 1634:6, 1634:9, 1639:9
**PARTY** [2] - 1557:6, 1569:4
**PAST** [3] - 1524:21, 1548:24, 1637:9
**PATH** [8] - 1543:9, 1543:11, 1549:16, 1574:10, 1585:3, 1622:16, 1631:19, 1635:23
**PATHS** [1] - 1585:17
**PATHWAY** [10] - 1543:4, 1599:18, 1613:5, 1613:6, 1613:8, 1614:13, 1617:17, 1622:11, 1622:12, 1623:9
**PATHWAYS** [12] - 1574:10, 1615:18, 1617:15, 1618:1, 1619:1, 1619:5, 1620:12, 1620:13, 1623:17, 1625:8, 1642:10
**PATRICK** [1] - 1518:12
**PATRICK** [1] - 1515:5
**PAUSE** [1] - 1539:10
**PAY** [1] - 1522:8
**PCE** [33] - 1525:14, 1525:19, 1525:25, 1526:15, 1545:10, 1545:15, 1545:25, 1546:2, 1546:5, 1546:25, 1547:3, 1553:1, 1563:1,

1573:20, 1581:16, 1581:22, 1599:6, 1608:13, 1608:16, 1608:19, 1615:7, 1615:10, 1615:14, 1615:15, 1617:8, 1634:15, 1635:19, 1641:24, 1646:7, 1657:5, 1667:2, 1668:23
**PE** [1] - 1537:2
**PEARSON** [1] - 1534:22
**PEOPLE** [6] - 1534:14, 1601:16, 1605:5, 1611:17, 1638:1, 1669:12
**PER** [11] - 1525:14, 1525:20, 1573:19, 1573:21, 1573:23, 1574:19, 1633:8, 1634:6, 1634:10, 1639:9, 1643:19
**PERCENT** [1] - 1602:11
**PERCHLORATE** [50] - 1545:17, 1545:21, 1546:11, 1546:12, 1546:24, 1547:4, 1547:5, 1551:21, 1552:10, 1553:1, 1562:25, 1581:14, 1581:22, 1582:1, 1584:20, 1584:24, 1585:1, 1585:4, 1585:11, 1585:16, 1588:13, 1588:22, 1588:25, 1589:6, 1589:17, 1600:13, 1613:4, 1616:15, 1620:6, 1620:20, 1620:21, 1622:19, 1622:24, 1623:2, 1623:3, 1623:6, 1625:18, 1626:4, 1626:8, 1626:12, 1626:13, 1626:19, 1627:15, 1630:6, 1641:24, 1648:1, 1648:2, 1667:2, 1667:6
**PERCOLATES** [1] - 1541:6
**PERFORM** [2] - 1553:18, 1559:6
**PERFORMED** [1] - 1533:20
**PERFORMING** [1] - 1555:5
**PERHAPS** [1] -

1529:11
**PERIOD** [10] - 1525:24, 1534:17, 1536:3, 1612:22, 1620:17, 1629:22, 1629:25, 1640:8, 1659:21, 1659:24
**PERIODS** [3] - 1609:3, 1642:24, 1642:25
**PERMEABILITY** [13] - 1541:15, 1541:23, 1541:24, 1542:5, 1543:7, 1543:8, 1552:13, 1552:14, 1552:22, 1555:22, 1556:19, 1630:23, 1630:24
**PERMEABLE** [3] - 1542:13, 1543:3, 1592:24
**PERMITTED** [1] - 1670:22
**PERPENDICULAR** [8] - 1613:17, 1613:19, 1614:4, 1658:21, 1658:23, 1660:23, 1662:13, 1662:21
**PERPENDICULARLY** [1] - 1577:7
**PERSON** [1] - 1524:13
**PERSPECTIVE** [2] - 1540:15, 1634:9
**PG** [2] - 1517:3
**PHOTOGRAPHIC** [1] - 1520:9
**PILOT** [6] - 1553:10, 1553:11, 1553:15, 1553:23, 1554:1
**PINK** [5] - 1581:14, 1620:3, 1620:15, 1625:22
**PLACE** [6] - 1547:9, 1549:13, 1558:15, 1567:18, 1603:2, 1603:7
**PLACED** [2] - 1550:15, 1559:18
**PLAINTIFF** [2] - 1514:6, 1515:3
**PLAINTIFF** [3] - 1518:13, 1670:14, 1671:20
**PLAINTIFF'S** [3] - 1518:11, 1524:13, 1649:23
**PLAINTIFFS** [1] - 1521:22
**PLAN** [10] - 1538:8, 1553:9, 1566:23, 1567:3, 1570:2,

1595:7, 1597:12, 1602:5, 1602:7
**PLANT** [1] - 1525:16
**PLATFORM** [1] - 1532:15
**PLAUSIBLE** [2] - 1574:10, 1617:15
**PLAY** [2] - 1576:2, 1611:23
**PLEADING** [1] - 1522:17
**PLOT** [2] - 1583:16, 1585:4
**PLOTTED** [3] - 1546:23, 1562:25, 1589:5
**PLUME** [113] - 1534:2, 1542:16, 1542:19, 1542:24, 1543:17, 1543:19, 1543:23, 1546:8, 1546:9, 1546:24, 1546:25, 1547:21, 1548:7, 1548:16, 1549:12, 1549:13, 1550:24, 1551:10, 1551:11, 1551:17, 1551:18, 1551:19, 1551:20, 1551:21, 1552:18, 1552:21, 1554:17, 1554:18, 1554:19, 1555:1, 1555:10, 1555:16, 1556:19, 1557:24, 1559:25, 1561:12, 1562:2, 1563:11, 1563:13, 1565:25, 1570:22, 1576:19, 1580:9, 1580:10, 1584:20, 1587:14, 1588:8, 1588:9, 1598:9, 1598:13, 1598:15, 1598:16, 1598:18, 1598:19, 1598:23, 1599:1, 1599:3, 1599:5, 1599:12, 1599:15, 1599:19, 1600:9, 1600:10, 1600:12, 1600:14, 1600:16, 1600:18, 1600:24, 1601:1, 1601:6, 1601:7, 1601:8, 1601:10, 1601:13, 1601:15, 1601:20, 1601:21, 1616:5, 1616:22, 1619:8, 1619:20, 1620:4, 1620:7, 1620:9, 1620:22, 1621:8, 1621:23,

1622:16, 1623:23, 1624:5, 1624:6, 1625:11, 1625:16, 1625:17, 1625:20, 1626:6, 1626:13, 1626:20, 1627:6, 1627:15, 1630:6, 1632:18, 1633:1, 1633:23, 1644:3, 1661:4
**PLUMES** [16] - 1535:16, 1546:24, 1559:24, 1578:25, 1599:16, 1611:6, 1618:3, 1618:9, 1619:16, 1621:24, 1632:13, 1632:14, 1634:24, 1635:25, 1636:7, 1661:5
**POCKETS** [1] - 1587:5
**POINT** [10] - 1518:24, 1582:4, 1609:4, 1613:24, 1615:1, 1618:6, 1622:9, 1622:16, 1629:1, 1669:8
**POINTS** [2] - 1518:21, 1658:15
**POND** [1] - 1541:12
**POOL** [1] - 1634:12
**PORE** [1] - 1618:21
**PORES** [1] - 1540:17
**PORTION** [1] - 1588:16
**PORTS** [1] - 1551:12
**POSITION** [1] - 1555:17
**POSSIBILITY** [1] - 1587:18
**POSSIBLE** [3] - 1587:2, 1587:16, 1646:3
**POST** [1] - 1560:23
**POTENTIAL** [4] - 1553:7, 1601:16, 1638:1, 1661:4
**POTENTIALLY** [3] - 1555:1, 1555:22, 1662:21
**POUNDS** [5] - 1586:24, 1587:1, 1656:19, 1656:23, 1657:2
**POWERPOINT** [1] - 1580:13
**PPB** [1] - 1574:19
**PRACTICABLE** [1] - 1572:11
**PRACTICE** [1] - 1530:15

**PRACTICED** [1] - 1629:6
**PRACTICES** [1] - 1668:13
**PRE** [2] - 1528:22, 1529:12
**PRE-APPLICATION** [2] - 1528:22, 1529:12
**PRECEDING** [1] - 1628:13
**PRECIPITATED** [1] - 1536:19
**PRECIPITATION** [1] - 1541:5
**PREDOMINANTLY** [1] - 1650:18
**PREFERENTIAL** [2] - 1636:12, 1636:14
**PREFERENTIALLY** [1] - 1636:17
**PREJUDICE** [3] - 1522:7, 1522:12
**PREMIER** [2] - 1534:15, 1607:18
**PREPARATION** [2] - 1593:17, 1595:16
**PREPARE** [2] - 1537:21, 1538:21
**PREPARED** [16] - 1536:17, 1537:19, 1538:16, 1538:24, 1539:2, 1546:17, 1553:6, 1553:8, 1570:17, 1584:16, 1591:21, 1600:3, 1600:4, 1660:10, 1666:15, 1668:21
**PREPARING** [5] - 1521:25, 1535:21, 1536:13, 1591:16, 1661:6
**PRESENCE** [8] - 1518:6, 1518:20, 1523:4, 1544:12, 1605:8, 1605:11, 1669:15, 1669:17
**PRESENT** [1] - 1515:18
**PRESENT** [6] - 1523:7, 1527:19, 1527:20, 1528:11, 1560:7, 1584:12
**PRESENTED** [2] - 1583:25, 1604:22
**PRETTY** [6] - 1541:10, 1552:23, 1579:18, 1588:23, 1644:22, 1660:21
**PREVALENCE** [2] -

1642:19, 1643:25
**PREVIOUSLY** [1] - 1524:2
**PREVIOUSLY** [4] - 1528:7, 1578:23, 1581:8, 1661:25
**PRIMARILY** [9] - 1545:9, 1578:14, 1608:10, 1610:2, 1626:11, 1644:5, 1645:3, 1656:2, 1668:14
**PRIMARY** [9] - 1539:14, 1540:22, 1550:1, 1562:16, 1569:17, 1576:9, 1578:7, 1578:9, 1610:22
**PRINCIPAL** [2] - 1606:15, 1631:3
**PRINCIPLE** [1] - 1619:16
**PRINCIPLES** [1] - 1658:14
**PRIORITY** [1] - 1607:14
**PROBLEM** [2] - 1520:15, 1616:1
**PROBLEMS** [2] - 1582:23, 1611:17
**PROCEDURES** [1] - 1534:2
**PROCEED** [3] - 1521:11, 1533:8, 1569:10
**PROCEEDINGS** [1] - 1673:10
**PROCEEDINGS** [5] - 1518:5, 1523:3, 1605:7, 1605:10, 1669:14
**PROCESS** [25] - 1547:15, 1547:17, 1548:2, 1548:8, 1548:13, 1549:7, 1555:25, 1556:9, 1556:10, 1557:2, 1557:5, 1557:11, 1561:13, 1561:18, 1561:25, 1564:2, 1565:25, 1566:6, 1567:24, 1569:1, 1572:3, 1576:2, 1576:3, 1576:6, 1599:8
**PROCESSES** [2] - 1525:9, 1543:18
**PRODUCT** [3] - 1645:3, 1645:4, 1645:5

**PRODUCTION** [13] - 1566:9, 1610:3, 1610:6, 1610:7, 1610:10, 1610:14, 1641:9, 1645:12, 1645:21, 1647:14, 1651:17, 1653:3

**PROFESSION** [1] - 1606:14

**PROFESSIONAL** [2] - 1616:18, 1646:9

**PROGRAM** [1] - 1607:13

**PROGRAM** [6] - 1525:17, 1537:13, 1565:13, 1575:10, 1607:19, 1608:1

**PROGRAMS** [1] - 1566:15

**PROGRESS** [1] - 1593:21

**PROJECT** [10] - 1528:23, 1529:3, 1534:12, 1534:25, 1535:1, 1537:3, 1537:10, 1537:15, 1537:16, 1541:1

**PROJECTS** [6] - 1528:20, 1534:24, 1535:13, 1535:15, 1535:18, 1539:7

**PROMINENT** [1] - 1608:2

**PROP** [1] - 1529:14

**PROP** [1] - 1529:19

**PROPER** [2] - 1629:2, 1638:8

**PROPERLY** [1] - 1596:20

**PROPERTIES** [1] - 1552:4

**PROPERTY** [3] - 1541:16, 1623:24, 1654:23

**PROPOSED** [2] - 1557:6, 1593:4

**PROPOSING** [1] - 1528:23

**PROPOSITION** [1] - 1528:16

**PROPOSITION** [2] - 1528:17, 1670:21

**PROTECT** [2] - 1595:8, 1602:12

**PROTECTION** [1] - 1607:11

**PROVE** [1] - 1522:1

**PROVIDE** [4] - 1533:15, 1533:18, 1539:17, 1659:1

**PROVIDED** [4] - 1533:18, 1538:5, 1542:2, 1565:5

**PROVIDING** [1] - 1519:1

**PROXIMITY** [2] - 1574:15, 1575:5

**PUBLIC** [1] - 1553:8

**PUBLISH** [1] - 1537:25

**PUBLISHING** [1] - 1536:5

**PULL** [4] - 1523:22, 1590:3, 1599:25, 1659:7

**PULSE** [1] - 1598:19

**PUMP** [7] - 1549:14, 1550:18, 1551:1, 1555:19, 1559:13, 1565:2, 1639:24

**PUMPED** [2] - 1557:23, 1640:11

**PUMPING** [16] - 1555:10, 1556:3, 1557:20, 1557:24, 1557:25, 1559:2, 1584:8, 1630:25, 1631:1, 1640:10, 1640:12, 1640:16, 1640:22, 1641:9, 1661:11, 1661:12

**PUMPS** [2] - 1639:17, 1665:3

**PURPOSE** [3] - 1528:18, 1562:6, 1573:8

**PURPOSES** [5] - 1537:19, 1606:2, 1624:23, 1646:20, 1659:11

**PURSUANT** [1] - 1673:8

**PURVIEW** [1] - 1533:21

**PUT** [17] - 1528:17, 1547:18, 1547:19, 1548:9, 1548:12, 1548:25, 1550:11, 1556:21, 1561:17, 1607:14, 1612:10, 1615:3, 1619:18, 1619:19, 1625:8, 1627:8, 1657:4

**PUTTING** [2] - 1615:21, 1615:23

**PVC** [2] - 1656:16, 1656:24

**PYRAMID** [1] - 1619:10

**PZ-09** [1] - 1642:19

**PZ-9** [1] - 1643:16

**PZ09B** [2] - 1562:16, 1563:5

**Q**

**Q2** [1] - 1610:17

**QUALIFICATIONS** [1] - 1533:23

**QUALIFIED** [1] - 1534:8

**QUALITIES** [1] - 1573:25

**QUALITY** [11] - 1528:19, 1560:4, 1579:8, 1609:25, 1612:21, 1613:10, 1615:20, 1615:21, 1615:24, 1654:4, 1654:22

**QUARTER** [12] - 1553:3, 1590:11, 1590:13, 1612:17, 1619:22, 1626:5, 1626:6, 1632:17, 1633:9, 1660:1, 1660:2, 1660:11

**QUESTIONS** [9] - 1519:3, 1523:17, 1565:23, 1589:7, 1590:19, 1604:25, 1642:2, 1664:12, 1672:13

**QUICK** [4] - 1518:21, 1535:3, 1626:17, 1629:13

**QUICKER** [2] - 1559:10, 1581:16

**QUICKLY** [9] - 1543:20, 1543:21, 1546:9, 1546:15, 1547:7, 1600:2, 1619:18, 1624:7, 1661:2

**QUITE** [20] - 1547:6, 1571:12, 1572:7, 1575:19, 1607:17, 1608:20, 1609:3, 1610:15, 1610:20, 1612:5, 1619:25, 1627:9, 1634:5, 1656:10, 1660:11, 1660:12, 1664:25, 1666:4, 1667:4, 1667:5

**R**

**RACR** [5] - 1517:11, 1517:12, 1597:8,

1597:10, 1597:25

**RAINFALL** [2] - 1621:2, 1661:13

**RAINS** [1] - 1541:6

**RAINY** [1] - 1621:2

**RAISE** [3] - 1529:19, 1532:16, 1605:19

**RAISED** [1] - 1583:9

**RAMPED** [2] - 1571:14, 1581:1

**RAN** [1] - 1560:20

**RANGE** [1] - 1525:13

**RAP** [6] - 1553:8, 1570:13, 1570:17, 1572:2, 1591:23, 1597:12

**RARE** [3] - 1601:15, 1601:24, 1644:22

**RARELY** [2] - 1622:22, 1622:24

**RATE** [5] - 1543:19, 1555:10, 1555:11, 1555:19, 1581:16

**RATES** [1] - 1556:4

**RATHER** [2] - 1543:20, 1579:2

**RAVEN** [1] - 1515:5

**RE** [1] - 1637:6

**RE-ESTABLISH** [1] - 1637:6

**REACH** [1] - 1652:21

**REACHED** [2] - 1589:9, 1649:16

**REACT** [1] - 1618:1

**REACTIONS** [2] - 1544:4, 1544:7

**REACTIVE** [1] - 1592:24

**READ** [5] - 1521:24, 1540:5, 1601:25, 1636:2, 1654:5

**READILY** [5] - 1522:9, 1541:12, 1546:5, 1650:8

**READING** [3] - 1519:8, 1539:20, 1575:12

**READINGS** [2] - 1547:18, 1588:11

**REALLY** [21] - 1519:6, 1522:7, 1539:14, 1543:25, 1544:23, 1546:1, 1548:17, 1552:5, 1555:13, 1575:5, 1576:6, 1585:5, 1589:12, 1603:5, 1609:1, 1618:1, 1639:15, 1645:9, 1649:12, 1650:14, 1654:5

**REALTIME** [1] -

1673:5

**REASON** [2] - 1582:21, 1635:18

**REASONABLE** [2] - 1572:11, 1574:16

**REASONS** [1] - 1668:8

**REBUTTAL** [1] - 1642:16

**RECEIVE** [1] - 1518:22

**RECEIVED** [14] - 1523:23, 1528:1, 1536:7, 1591:10, 1592:7, 1592:13, 1593:8, 1593:12, 1594:12, 1596:15, 1596:23, 1597:1, 1597:16, 1597:18

**RECENT** [2] - 1562:21, 1567:13

**RECESS** [5] - 1523:1, 1523:2, 1605:9, 1672:21, 1672:22

**RECOGNIZE** [4] - 1578:19, 1591:15, 1592:16, 1593:13

**RECOGNIZING** [1] - 1627:10

**RECOLLECTION** [1] - 1671:21

**RECOMMENDED** [1] - 1529:21

**RECORD** [4] - 1523:5, 1532:24, 1605:12, 1606:5

**RECORDS** [2] - 1668:4, 1668:11

**RECROSS** [1] - 1600:21

**RECROSS** [1] - 1516:10

**RECROSS-EXAMINATION** [1] - 1600:21

**RECROSS-EXAMINATION** [1] - 1516:10

**RED** [11] - 1610:8, 1617:18, 1622:6, 1623:14, 1623:21, 1634:14, 1641:14, 1648:5, 1651:13, 1651:16, 1664:6

**REDIRECT** [2] - 1516:6, 1516:10

**REDIRECT** [4] - 1530:20, 1589:16, 1590:1, 1590:4

**REDISSOLVE** [1] -

1637:15
**REDUCED** [1] - 1670:13
**REDUCING** [1] - 1565:12
**REFER** [3] - 1545:11, 1635:16, 1641:19
**REFERENCE** [3] - 1519:11, 1519:12, 1556:16
**REFERENCES** [1] - 1551:10
**REFERRING** [3] - 1658:16, 1662:1, 1667:11
**REFERS** [1] - 1557:20
**REFLECT** [3] - 1581:4, 1584:8, 1584:9
**REFLECTED** [1] - 1581:24
**REFLECTS** [1] - 1558:1
**REGARD** [4] - 1519:8, 1520:20, 1606:25, 1672:13
**REGARDED** [1] - 1534:14
**REGARDING** [4] - 1518:23, 1533:20, 1539:17, 1668:22
**REGULARLY** [1] - 1645:4
**REGULATED** [3] - 1566:15, 1566:22, 1602:4
**REGULATIONS** [1] - 1673:12
**REGULATIONS** [1] - 1571:24
**REGULATOR** [2] - 1566:23, 1569:9
**REGULATORY** [2] - 1557:2, 1557:3
**REJECTS** [1] - 1519:10
**RELATED** [3] - 1539:18, 1618:11, 1653:20
**RELATES** [8] - 1550:23, 1551:16, 1564:13, 1565:6, 1590:19, 1632:1, 1649:21
**RELATION** [3] - 1610:14, 1640:23, 1653:12
**RELATIVE** [1] - 1547:10
**RELATIVELY** [4] - 1541:14, 1622:15,

1638:25, 1651:22
**RELEASE** [5] - 1534:5, 1615:22, 1618:6, 1618:7, 1666:23
**RELEASED** [6] - 1535:7, 1542:21, 1544:1, 1546:25, 1598:20, 1638:3
**RELEVANT** [4] - 1543:15, 1544:18, 1544:19, 1657:6
**RELIED** [5] - 1519:16, 1551:9, 1644:15, 1670:23, 1670:24
**RELIEVE** [1] - 1519:21
**RELYING** [2] - 1613:9, 1613:10
**REMAIN** [3] - 1522:23, 1523:12, 1532:6
**REMAINING** [2] - 1587:4, 1604:11
**REMAINS** [2] - 1576:19, 1602:8
**REMEDIAL** [10] - 1539:15, 1539:19, 1553:8, 1553:9, 1591:20, 1591:22, 1595:7, 1597:7, 1597:12, 1597:25
**REMEDIATE** [1] - 1604:6
**REMEDIATED** [1] - 1601:19
**REMEDIATING** [1] - 1608:9
**REMEDIATION** [16] - 1533:20, 1534:3, 1534:4, 1535:14, 1536:20, 1564:14, 1567:10, 1567:18, 1572:9, 1586:13, 1595:19, 1595:21, 1595:24, 1602:6, 1602:11
**REMEDIATIONS** [1] - 1608:11
**REMEDIES** [4] - 1538:25, 1549:11, 1553:7, 1567:22
**REMEDY** [34] - 1533:21, 1539:1, 1540:23, 1548:21, 1550:25, 1551:1, 1551:8, 1553:5, 1553:17, 1553:18, 1553:21, 1553:22, 1559:5, 1559:13, 1560:1, 1561:8, 1562:9, 1563:23,

1563:24, 1563:25, 1564:6, 1564:17, 1565:2, 1567:12, 1569:20, 1573:14, 1592:22, 1594:6, 1594:16, 1594:24, 1596:7, 1603:1, 1603:4, 1603:8
**REMEMBER** [10] - 1528:3, 1566:19, 1585:19, 1599:6, 1604:15, 1605:4, 1655:15, 1657:1, 1660:1, 1669:11
**REMOVE** [5] - 1524:19, 1533:4, 1549:4, 1604:5, 1604:8
**REMOVED** [3] - 1549:18, 1549:20, 1555:23
**REMOVING** [1] - 1555:7
**RENDER** [3] - 1533:24, 1534:8, 1536:14
**REPEAT** [1] - 1530:23
**REPORT** [54] - 1519:15, 1519:18, 1519:25, 1520:3, 1520:6, 1520:10, 1520:12, 1526:17, 1536:1, 1582:9, 1582:25, 1583:21, 1586:9, 1586:21, 1591:21, 1593:22, 1594:6, 1595:20, 1597:8, 1597:10, 1597:25, 1602:3, 1617:13, 1635:10, 1636:2, 1636:6, 1641:7, 1642:16, 1653:12, 1653:15, 1653:17, 1657:2, 1658:11, 1659:8, 1659:20, 1659:21, 1661:20, 1663:16, 1664:2, 1665:9, 1666:9, 1667:11, 1667:21, 1667:23, 1668:17, 1669:3, 1671:2, 1672:7, 1672:14, 1672:15
**REPORT** [1] - 1517:10
**REPORTED** [1] - 1673:10
**REPORTER** [1] - 1539:21
**REPORTER** [4] - 1514:24, 1673:1,

1673:6, 1673:19
**REPORTER'S** [1] - 1514:13
**REPORTING** [1] - 1564:4
**REPORTS** [13] - 1520:8, 1520:18, 1598:2, 1598:3, 1602:1, 1656:18, 1658:11, 1660:10, 1666:14, 1668:9, 1668:22, 1668:25, 1669:3
**REPRESENT** [7] - 1557:23, 1613:3, 1613:16, 1618:25, 1628:12, 1641:8, 1650:14
**REPRESENTATION** [4] - 1600:9, 1612:15, 1612:16, 1639:13
**REPRESENTATIVE** [3] - 1518:14, 1518:18, 1628:17
**REPRESENTED** [1] - 1659:5
**REPRESENTING** [9] - 1520:17, 1538:4, 1614:21, 1614:22, 1614:23, 1617:15, 1632:18, 1640:15, 1647:12
**REPRESENTS** [4] - 1520:11, 1612:23, 1613:4, 1630:19
**REPUTABLE** [1] - 1582:12
**REPUTATION** [1] - 1582:14
**REQUEST** [1] - 1528:21
**REQUIRE** [4] - 1553:23, 1554:1, 1566:22, 1598:24
**REQUIRED** [4] - 1556:6, 1566:10, 1567:22, 1592:4
**REQUIRES** [3] - 1574:18, 1601:18, 1601:19
**RESEARCH** [1] - 1534:22
**RESIDUAL** [1] - 1587:22
**RESISTANCE** [2] - 1543:9, 1543:12
**RESPECT** [3] - 1530:2, 1563:22, 1663:21
**RESPOND** [1] -

1559:10
**RESPONSIBLE** [2] - 1557:6, 1569:3
**REST** [2] - 1598:25, 1599:5
**RESTING** [2] - 1669:21, 1670:2
**RESULT** [3] - 1530:14, 1548:10, 1554:22
**RESULTED** [2] - 1559:2, 1599:11
**RESULTING** [2] - 1584:4
**RESULTS** [7] - 1526:6, 1556:1, 1561:19, 1562:21, 1562:25, 1563:1, 1564:5
**RESUMED** [1] - 1524:3
**RESUMED** [1] - 1516:5
**RETAINED** [3] - 1533:14, 1671:20, 1672:1
**RETARD** [1] - 1546:7
**RETARDATION** [4] - 1544:17, 1544:23, 1545:3, 1651:3
**RETURN** [1] - 1572:10
**REVERSAL** [2] - 1558:24, 1559:3
**REVIEW** [14] - 1535:22, 1538:24, 1551:15, 1553:8, 1555:3, 1557:5, 1557:11, 1564:1, 1586:17, 1591:16, 1592:18, 1596:20, 1609:24, 1632:6
**REVIEWED** [17] - 1535:23, 1535:24, 1536:10, 1538:23, 1570:25, 1576:21, 1595:15, 1598:3, 1598:4, 1603:11, 1616:18, 1649:22, 1653:11, 1658:11, 1668:25, 1669:2, 1672:3
**RICHARD** [13] - 1515:5, 1518:12, 1519:24, 1611:24, 1638:10, 1638:14, 1658:7, 1658:9, 1659:14, 1659:18, 1663:16, 1669:5, 1671:24
**RICHARD** [1] - 1516:13, 1518:12,

1519:7, 1521:17, 1658:6, 1667:15, 1671:22
**RIGHT-HAND** [1] - 1635:17
**RIGHTY** [8] - 1617:10, 1624:6, 1624:21, 1632:23, 1634:18, 1638:20, 1642:8, 1644:19
**RISK** [6] - 1602:16, 1602:17, 1602:21, 1603:1, 1603:3
**RISK-BASED** [3] - 1602:16, 1602:17, 1602:21
**RISKS** [1] - 1602:24
**RISKY** [1] - 1604:5
**RIVER** [1] - 1618:20
**RMW-08** [1] - 1644:11
**RMW-8** [1] - 1642:19
**RNW08B** [2] - 1562:16, 1563:5
**ROAD** [2] - 1540:10, 1540:12
**ROBERT** [1] - 1667:18
**ROLE** [2] - 1537:12, 1611:22
**RON** [1] - 1515:20
**ROUGHLY** [1] - 1570:18
**ROUND** [1] - 1554:15
**ROUTE** [1] - 1613:23
**RPR** [1] - 1514:23
**RULE** [1] - 1671:9
**RULED** [1] - 1519:15
**RULES** [1] - 1672:1
**RULING** [3] - 1519:8, 1519:19, 1521:6
**RULINGS** [1] - 1522:5
**RUN** [3] - 1538:20, 1549:19, 1646:21
**RUNS** [1] - 1530:12
**RUSH** [1] - 1531:24

**S**

**S-3A** [5] - 1552:20, 1557:21, 1558:1, 1559:19
**S-3C** [3] - 1552:20, 1557:23, 1557:25
**S3A** [1] - 1542:14
**SALINAS** [1] - 1534:25
**SALT** [1] - 1545:18
**SAMPLE** [15] - 1530:16, 1530:22, 1530:23, 1530:24, 1531:2, 1531:6,

1531:9, 1531:10, 1531:11, 1531:13, 1531:16, 1619:25, 1620:1, 1634:5
**SAMPLED** [2] - 1633:19, 1643:3
**SAMPLES** [11] - 1530:10, 1530:13, 1531:8, 1566:8, 1611:2, 1633:16, 1638:2, 1644:19, 1644:23, 1654:3
**SAMPLING** [8] - 1530:13, 1531:2, 1531:7, 1634:4, 1644:17, 1667:4, 1668:15
**SAN** [7] - 1515:11, 1515:16, 1652:3, 1661:24, 1662:9, 1662:11, 1663:1
**SANCTIONING** [1] - 1520:13
**SAND** [5] - 1541:11, 1541:13, 1541:14, 1542:7, 1546:4
**SANDS** [1] - 1618:16
**SANDY** [2] - 1541:23, 1552:16
**SANTA** [5] - 1518:8, 1523:5, 1524:11, 1539:17, 1576:16
**SANTA** [1] - 1514:5
**SATISFIES** [1] - 1557:12
**SATURATED** [1] - 1630:15
**SATURATION** [1] - 1630:21
**SAUGUS** [112] - 1525:15, 1528:25, 1529:2, 1529:15, 1529:19, 1542:12, 1552:6, 1552:8, 1552:14, 1552:15, 1552:20, 1555:1, 1557:23, 1559:2, 1559:19, 1563:6, 1580:14, 1580:20, 1588:21, 1589:9, 1589:10, 1589:13, 1601:10, 1610:15, 1614:23, 1614:24, 1614:25, 1615:2, 1615:3, 1615:5, 1615:6, 1616:15, 1616:19, 1617:1, 1617:2, 1617:9, 1623:18, 1623:19, 1624:10, 1624:14,

1624:15, 1624:16, 1624:17, 1624:18, 1624:19, 1624:20, 1624:24, 1625:1, 1625:3, 1626:12, 1630:3, 1631:10, 1632:2, 1632:9, 1632:19, 1641:10, 1641:13, 1641:25, 1643:7, 1643:10, 1643:20, 1643:22, 1643:23, 1644:4, 1644:5, 1645:18, 1645:19, 1646:13, 1646:25, 1647:5, 1647:8, 1647:14, 1647:20, 1647:24, 1649:17, 1651:17, 1651:18, 1651:20, 1651:21, 1652:5, 1652:10, 1652:12, 1652:14, 1652:16, 1652:21, 1652:24, 1653:3, 1653:4, 1653:9, 1655:3, 1655:23, 1663:21, 1665:7
**SAW** [3] - 1625:5, 1628:19, 1655:16
**SC-1** [2] - 1525:23, 1525:25
**SC-2** [2] - 1526:15
**SCHEDULED** [3] - 1531:2, 1531:7, 1531:10
**SCHOOL** [1] - 1534:15
**SCIENCE** [2] - 1629:8, 1629:10
**SCIENTIFIC** [3] - 1547:15, 1556:10, 1629:1
**SCIENTIST** [5] - 1611:13, 1611:22, 1612:2, 1637:22, 1650:21
**SCOPE** [11] - 1520:6, 1520:11, 1538:24, 1539:11, 1566:25, 1571:20, 1573:5, 1574:23, 1586:7, 1586:8, 1594:15
**SCOTT** [1] - 1515:9
**SCOTT** [1] - 1515:19
**SCREEN** [3] - 1524:6, 1630:8, 1639:15
**SCREENED** [6] - 1556:25, 1563:6, 1588:21, 1614:20, 1615:6, 1652:14
**SCV** [1] - 1530:12

**SEASON** [1] - 1621:3
**SEATED** [3] - 1532:23, 1605:25, 1669:16
**SECOND** [14] - 1561:15, 1573:6, 1574:25, 1590:13, 1600:8, 1612:17, 1617:11, 1619:22, 1622:3, 1626:5, 1626:6, 1627:17, 1632:17, 1633:9
**SECONDLY** [1] - 1657:18
**SECTION** [1] - 1673:8
**SECTION** [7] - 1572:6
**SECTION** [7] - 1540:7, 1540:8, 1540:11, 1541:25, 1542:14, 1548:23, 1549:13
**SECTIONS** [2] - 1541:19, 1541:21
**SEDIMENTS** [1] - 1541:22
**SEE** [121] - 1521:1, 1521:12, 1522:7, 1524:5, 1528:13, 1538:18, 1540:10, 1540:14, 1541:14, 1544:13, 1553:11, 1554:23, 1556:1, 1558:13, 1561:11, 1563:5, 1563:6, 1578:24, 1579:3, 1579:4, 1582:3, 1582:6, 1582:7, 1585:14, 1590:17, 1591:13, 1598:15, 1599:10, 1599:14, 1599:15, 1600:9, 1600:12, 1601:13, 1605:6, 1610:4, 1610:6, 1612:4, 1612:24, 1613:12, 1615:15, 1615:24, 1616:10, 1616:22, 1617:18, 1618:20, 1618:25, 1619:4, 1619:7, 1619:12, 1619:16, 1621:15, 1622:5, 1622:17, 1623:2, 1623:3, 1623:19, 1623:23, 1623:25, 1624:15, 1624:19, 1625:2, 1626:7, 1633:24, 1634:22, 1634:25, 1635:12, 1635:24, 1636:25, 1637:7, 1637:17, 1637:18, 1638:2, 1639:16,

1639:21, 1643:7, 1643:14, 1643:18, 1643:19, 1643:22, 1644:4, 1644:6, 1644:13, 1645:4, 1645:9, 1645:14, 1645:15, 1646:23, 1647:20, 1648:1, 1651:6, 1651:17, 1652:12, 1653:3, 1653:5, 1653:7, 1654:22, 1654:24, 1655:9, 1655:19, 1655:20, 1656:3, 1656:5, 1656:7, 1656:8, 1656:9, 1657:9, 1659:19, 1660:15, 1661:4, 1661:22, 1667:21, 1667:22, 1668:4, 1669:13
**SEEING** [2] - 1616:4, 1616:6
**SEEKING** [1] - 1671:12
**SEEM** [2] - 1560:14, 1565:11
**SEGMENT** [1] - 1542:9
**SELF** [1] - 1540:6
**SELF-EXPLANATORY** [1] - 1540:6
**SEMI** [2] - 1649:5, 1662:3
**SEMI-ARID** [1] - 1649:5
**SEMI-BARRIER** [1] - 1662:3
**SEMINAL** [1] - 1607:25
**SEND** [4] - 1524:25, 1525:2, 1526:4, 1526:11
**SENDING** [1] - 1524:21
**SENSE** [4] - 1545:12, 1595:4, 1668:9, 1668:12
**SENT** [5] - 1525:11, 1526:4, 1526:8, 1526:22, 1526:23
**SENTRY** [19] - 1561:5, 1561:6, 1562:5, 1562:7, 1562:8, 1562:11, 1562:14, 1562:16, 1563:17, 1563:19, 1574:1, 1577:16, 1577:23, 1578:1, 1581:20,

1588:10, 1589:2, 1601:14, 1615:4
**SEPARATE** [6] - 1521:2, 1598:22, 1598:23, 1598:25, 1635:25, 1672:16
**SEPARATED** [3] - 1599:12, 1624:11, 1630:18
**SEPARATION** [1] - 1599:4
**SEPTEMBER** [7] - 1553:3, 1554:20, 1558:20, 1561:5, 1590:16, 1600:6, 1600:7
**SEQUENCE** [2] - 1572:6, 1657:5
**SERIES** [4] - 1590:25, 1597:21, 1622:9, 1654:1
**SERVE** [1] - 1531:11
**SERVED** [1] - 1574:18
**SET** [5] - 1520:1, 1554:4, 1562:17, 1573:3, 1589:7
**SEVEN** [1] - 1564:9
**SEVERAL** [6] - 1561:21, 1566:11, 1567:14, 1575:4, 1620:1, 1648:20
**SEVERELY** [3] - 1574:19, 1652:5, 1652:19
**SHADED** [1] - 1558:12
**SHADING** [1] - 1558:12
**SHALL** [4] - 1532:19, 1605:21
**SHALLOW** [4] - 1652:11, 1652:13, 1653:5, 1654:25
**SHAPE** [3] - 1595:25, 1625:24, 1640:17
**SHARE** [1] - 1585:15
**SHORT** [3] - 1609:2, 1612:22, 1670:8
**SHORTLY** [2] - 1521:16, 1523:19
**SHOUP** [3] - 1519:14, 1519:18, 1519:19
**SHOUP** [1] - 1519:14
**SHOW** [32] - 1542:2, 1546:18, 1550:7, 1581:14, 1583:17, 1583:19, 1584:3, 1584:14, 1584:17, 1588:24, 1590:6, 1590:23, 1590:24, 1591:1, 1591:12,

1596:8, 1613:8, 1616:8, 1618:23, 1623:21, 1623:22, 1625:8, 1626:12, 1626:13, 1630:5, 1643:14, 1644:10, 1645:16, 1647:10, 1647:11, 1651:15, 1657:17
**SHOWED** [3] - 1554:6, 1628:10, 1643:20
**SHOWING** [2] - 1583:14, 1632:17
**SHOWN** [9] - 1582:25, 1584:2, 1590:7, 1590:12, 1623:24, 1630:7, 1655:21, 1659:15, 1661:1
**SHOWS** [35] - 1525:13, 1540:10, 1540:11, 1544:1, 1544:5, 1546:22, 1550:3, 1550:4, 1550:9, 1551:13, 1552:24, 1552:25, 1554:10, 1557:19, 1558:9, 1558:21, 1558:23, 1559:19, 1559:22, 1561:4, 1561:5, 1561:8, 1563:4, 1584:14, 1584:15, 1588:11, 1601:7, 1623:10, 1635:10, 1635:11, 1635:13, 1641:7, 1641:12, 1641:24, 1643:16
**SHUT** [1] - 1566:2, 1570:19, 1588:1, 1610:11
**SHUTDOWN** [1] - 1588:2
**SIC** [29] - 1648:3, 1648:5, 1651:11, 1651:12, 1651:13, 1651:16, 1651:18, 1651:24, 1652:1, 1652:6, 1652:10, 1652:11, 1652:13, 1652:17, 1652:19, 1653:8, 1653:10, 1653:12, 1653:18, 1653:25, 1654:13, 1654:23, 1655:5, 1655:7, 1655:16, 1656:1, 1656:14, 1656:15
**SIC** [1] - 1640:22
**SIDE** [27] - 1538:5, 1541:4, 1563:5,

1575:9, 1577:13, 1578:1, 1581:21, 1584:1, 1588:11, 1615:5, 1619:6, 1619:8, 1639:20, 1644:12, 1645:17, 1647:13, 1653:7, 1654:23, 1655:16, 1655:17, 1656:2, 1656:4, 1656:9, 1656:10, 1663:7
**SIDES** [3] - 1520:16, 1520:17, 1520:19
**SIGN** [1] - 1576:7
**SIGNIFICANCE** [7] - 1554:3, 1556:17, 1591:25, 1593:2, 1633:20, 1653:1, 1655:12
**SIGNIFICANT** [8] - 1539:5, 1583:6, 1593:23, 1615:13, 1625:17, 1649:3, 1649:4, 1651:23
**SIGNIFICANTLY** [1] - 1571:14
**SIMILAR** [11] - 1540:12, 1561:21, 1585:3, 1597:24, 1626:15, 1632:24, 1633:4, 1633:7, 1633:21, 1634:21, 1635:6
**SIMILARLY** [1] - 1533:5
**SIMMONS** [1] - 1670:6
**SIMPLE** [1] - 1615:20
**SIMPLY** [8] - 1519:18, 1520:9, 1543:23, 1550:11, 1553:15, 1562:24, 1584:15, 1596:13
**SIMPSON** [1] - 1669:20
**SINGLE** [1] - 1670:3
**SIT** [3] - 1594:8, 1599:2, 1604:15
**SITE** [159] - 1533:22, 1536:2, 1536:3, 1536:24, 1537:12, 1540:21, 1541:20, 1541:25, 1542:10, 1545:6, 1548:18, 1552:25, 1553:5, 1558:13, 1560:8, 1560:13, 1560:19, 1562:12, 1563:11, 1563:14, 1564:8, 1564:25, 1566:2, 1569:14, 1569:17,

1569:21, 1570:11, 1570:19, 1571:1, 1571:15, 1572:12, 1572:16, 1572:20, 1573:13, 1574:12, 1574:14, 1574:15, 1574:19, 1575:5, 1575:9, 1576:15, 1576:18, 1576:19, 1576:23, 1577:14, 1578:6, 1578:25, 1579:6, 1579:22, 1580:8, 1581:21, 1582:6, 1584:25, 1585:13, 1585:22, 1586:6, 1587:4, 1588:1, 1588:2, 1588:6, 1588:11, 1588:17, 1589:2, 1589:18, 1591:2, 1594:16, 1594:17, 1595:1, 1598:13, 1600:17, 1601:14, 1602:9, 1602:18, 1603:6, 1603:11, 1603:13, 1603:15, 1603:16, 1603:17, 1610:1, 1610:2, 1616:25, 1617:1, 1617:16, 1622:15, 1623:18, 1624:15, 1624:20, 1628:17, 1631:11, 1632:1, 1632:10, 1632:12, 1638:22, 1644:4, 1645:6, 1645:10, 1645:12, 1645:17, 1645:22, 1646:6, 1646:24, 1647:7, 1647:10, 1647:13, 1647:19, 1648:5, 1648:10, 1648:23, 1649:12, 1651:13, 1651:16, 1651:18, 1652:1, 1652:6, 1652:10, 1652:11, 1652:13, 1652:17, 1652:19, 1653:8, 1653:9, 1653:10, 1653:20, 1654:2, 1654:13, 1655:5, 1655:7, 1655:10, 1655:17, 1656:1, 1656:4, 1656:7, 1656:10, 1656:14, 1657:10, 1657:25, 1663:18, 1663:22, 1665:8, 1665:14, 1665:16, 1665:17, 1665:18, 1665:21, 1665:22, 1665:24,

1666:1, 1666:11, 1666:13, 1666:18, 1667:3, 1667:9, 1667:22, 1668:3, 1668:6, 1668:7, 1668:23
**SITE-SPECIFIC** [1] - 1603:6
**SITES** [16] - 1534:12, 1534:24, 1548:17, 1552:2, 1553:23, 1570:24, 1583:24, 1607:14, 1607:15, 1608:10, 1608:12, 1608:14, 1608:15, 1608:23, 1646:10
**SITTING** [1] - 1524:13
**SITUATION** [1] - 1561:17
**SITUATIONS** [1] - 1638:4
**SIX** [2] - 1536:12, 1564:10
**SIZE** [1] - 1611:6
**SIZED** [1] - 1634:12
**SLADE** [2] - 1667:13, 1667:15
**SLIDE** [30] - 1537:20, 1539:4, 1540:7, 1544:3, 1544:10, 1545:23, 1546:17, 1546:21, 1551:24, 1551:25, 1554:2, 1554:7, 1558:5, 1558:18, 1559:15, 1560:12, 1561:3, 1561:4, 1562:22, 1567:13, 1604:22, 1606:2, 1617:11, 1632:16, 1635:7, 1639:12, 1641:5, 1642:14, 1653:24
**SLIDES** [3] - 1540:4, 1590:15, 1590:16
**SLIGHTLY** [2] - 1594:23, 1651:21
**SLOPE** [2] - 1550:12, 1558:25
**SLOW** [1] - 1539:20
**SLOWER** [1] - 1541:11
**SLOWLY** [3] - 1587:13, 1624:12, 1649:10
**SLOWS** [1] - 1546:8
**SLUG** [1] - 1598:19
**SMALL** [6] - 1634:7, 1634:13, 1635:1, 1635:14, 1639:15, 1639:20

**SMALLER** [2] - 1556:19, 1556:20
**SMEAR** [1] - 1621:8
**SMITH** [3] - 1585:25, 1586:3, 1668:19
**SNAPSHOT** [2] - 1612:23, 1625:25
**SOIL** [76] - 1535:10, 1541:8, 1541:10, 1541:16, 1541:17, 1542:21, 1542:22, 1544:13, 1545:1, 1545:2, 1546:8, 1547:4, 1548:19, 1548:21, 1548:22, 1549:1, 1549:2, 1549:4, 1560:16, 1560:18, 1564:10, 1564:12, 1564:14, 1564:17, 1567:10, 1567:12, 1567:18, 1567:21, 1567:23, 1585:22, 1586:5, 1586:13, 1587:4, 1587:8, 1587:17, 1587:19, 1588:6, 1593:21, 1594:7, 1594:15, 1594:24, 1595:19, 1595:25, 1596:5, 1596:6, 1596:7, 1599:7, 1599:8, 1599:9, 1599:10, 1602:9, 1603:16, 1604:5, 1604:7, 1604:11, 1608:11, 1608:21, 1619:2, 1636:17, 1636:18, 1636:20, 1636:22, 1636:23, 1637:2, 1637:5, 1637:8, 1637:11, 1637:14, 1649:1, 1668:15
**SOLE** [1] - 1671:11
**SOLEMNLY** [2] - 1532:18, 1605:20
**SOLICIT** [1] - 1529:11
**SOLVE** [1] - 1611:16
**SOLVENT** [1] - 1608:12
**SOLVENTS** [6] - 1545:9, 1608:17, 1608:21, 1646:20, 1656:17, 1668:5
**SOMEONE** [2] - 1667:14, 1667:17
**SOMETIMES** [14] - 1557:19, 1563:2, 1569:3, 1596:17,

1597:8, 1603:7, 1621:3, 1621:4, 1621:5, 1627:6, 1630:25, 1638:6, 1664:25, 1668:2
**SOMEWHAT** [1] - 1581:19
**SOMEWHERE** [4] - 1609:1, 1614:16, 1639:25, 1657:20
**SOON** [2] - 1522:23, 1522:24
**SORRY** [18] - 1527:11, 1529:6, 1573:22, 1575:13, 1575:15, 1575:20, 1577:23, 1581:9, 1582:4, 1588:19, 1600:1, 1625:10, 1631:23, 1632:13, 1654:25, 1657:6, 1667:12, 1670:2
**SORT** [15] - 1539:5, 1542:6, 1558:11, 1576:25, 1606:20, 1607:18, 1609:7, 1611:21, 1613:23, 1615:5, 1616:2, 1618:16, 1619:9, 1625:25, 1627:10
**SORTS** [1] - 1552:4
**SOUND** [2] - 1567:15, 1572:12
**SOUNDS** [1] - 1572:14
**SOURCE** [68] - 1542:20, 1547:1, 1560:13, 1572:20, 1573:15, 1574:11, 1576:15, 1578:5, 1578:6, 1585:12, 1587:23, 1589:18, 1594:19, 1598:21, 1598:23, 1598:25, 1599:5, 1599:11, 1599:13, 1599:19, 1599:20, 1601:19, 1601:22, 1601:23, 1612:18, 1617:1, 1632:2, 1632:10, 1633:25, 1636:1, 1637:20, 1637:21, 1637:23, 1637:24, 1638:1, 1638:3, 1638:8, 1638:13, 1638:17, 1638:19, 1638:22, 1645:22, 1645:25, 1646:2, 1646:6, 1646:7, 1646:16, 1646:24, 1647:7, 1647:11,

1647:23, 1651:25, 1653:12, 1653:15, 1653:17, 1655:8, 1655:11, 1657:19, 1657:21, 1657:23, 1666:7, 1666:22, 1667:2, 1667:5, 1667:7, 1668:12, 1668:16
**SOURCES** [16] - 1518:23, 1519:1, 1519:9, 1552:5, 1560:9, 1560:10, 1560:11, 1578:9, 1580:7, 1594:20, 1612:19, 1631:9, 1632:11, 1638:1, 1646:4, 1646:7
**SOUTH** [1] - 1515:6
**SOUTH** [5] - 1577:11, 1577:12, 1577:19, 1578:14, 1578:15
**SOUTHERN** [2] - 1535:13, 1535:17
**SOUTHERN** [1] - 1628:7
**SOUTHWEST** [4] - 1582:5, 1635:13, 1652:23, 1654:15
**SPACES** [2] - 1618:22
**SPEAKING** [2] - 1533:5, 1533:17
**SPEC** [1] - 1531:14
**SPECIALIZED** [2] - 1606:18, 1607:2
**SPECIFIC** [11] - 1545:3, 1548:18, 1571:22, 1572:3, 1580:2, 1583:10, 1598:24, 1601:18, 1603:6, 1603:10, 1619:21
**SPECIFICALLY** [5] - 1600:12, 1613:14, 1615:2, 1625:14, 1641:12
**SPECIFIED** [2] - 1591:23, 1597:12
**SPECIFIES** [1] - 1592:22
**SPECULATION** [1] - 1568:17
**SPEED** [1] - 1546:16
**SPELL** [3] - 1532:25, 1537:6, 1606:6
**SPELLING** [1] - 1519:14
**SPELLINGS** [1] - 1537:4
**SPENT** [2] - 1610:16,

1667:25
**SPILL** [2] - 1603:6, 1634:3
**SPILLS** [1] - 1649:16
**SPLIT** [1] - 1624:16
**SPORADIC** [2] - 1574:1, 1576:4
**SPOTS** [2] - 1579:2, 1579:6
**SPRING** [1] - 1607:11
**STAFF** [2] - 1529:20, 1537:9
**STAGES** [1] - 1558:16
**STAND** [1] - 1523:11
**STANDARD** [4] - 1530:15, 1548:6, 1553:20, 1573:16
**STANDARDS** [2] - 1573:3, 1573:14
**STANDPOINT** [1] - 1658:3
**STANDS** [1] - 1542:12
**STANIN** [10] - 1616:8, 1622:6, 1623:17, 1625:9, 1628:10, 1629:23, 1642:15, 1648:22, 1658:11, 1662:16
**STANIN'S** [3] - 1617:12, 1635:9, 1641:6
**STANLEY** [1] - 1514:3
**START** [14] - 1521:14, 1561:20, 1566:7, 1566:12, 1594:22, 1609:4, 1609:21, 1609:24, 1612:10, 1615:21, 1615:22, 1615:25, 1616:5, 1658:18
**STARTED** [11] - 1522:24, 1560:21, 1571:9, 1571:11, 1581:1, 1587:25, 1588:7, 1598:8, 1607:1, 1609:7, 1611:20
**STARTING** [1] - 1518:10
**STARTS** [1] - 1621:13
**STARTUP** [1] - 1588:3
**STATE** [1] - 1557:12
**STATE** [3] - 1518:10, 1532:24, 1606:6
**STATEMENT** [2] - 1665:11, 1671:15
**STATES** [1] - 1572:9
**STATES** [4] - 1514:1, 1673:6, 1673:8, 1673:13

**STATIC** [1] - 1556:13
**STATION** [1] - 1578:8
**STATIONS** [1] - 1608:18
**STATUS** [3] - 1563:23, 1564:12, 1590:19
**STAYED** [1] - 1520:11
**STAYS** [1] - 1636:23
**STEEPLY** [1] - 1652:7
**STENOGRAPHICALLY** [1] - 1673:10
**STEP** [3] - 1532:4, 1532:11, 1564:7
**STEPS** [4] - 1540:24, 1567:4, 1567:5, 1567:6
**STICK** [3] - 1547:4, 1599:7, 1636:18
**STICKINESS** [1] - 1546:14
**STICKING** [2] - 1636:17, 1636:20
**STICKS** [4] - 1635:20, 1635:22, 1636:23, 1637:2
**STICKY** [5] - 1544:24, 1546:15, 1547:3, 1547:6, 1599:6
**STILL** [8] - 1538:12, 1564:24, 1565:13, 1576:19, 1600:16, 1605:13, 1607:18, 1669:25
**STIPULATED** [20] - 1523:22, 1527:25, 1528:8, 1536:5, 1538:4, 1570:7, 1590:10, 1591:4, 1591:8, 1592:6, 1592:10, 1593:7, 1594:11, 1595:12, 1595:13, 1596:9, 1596:10, 1596:13, 1597:14, 1600:1
**STIPULATION** [1] - 1659:9
**STOCK** [1] - 1553:24
**STOCK-IN-TRADE** [1] - 1553:24
**STONE** [1] - 1515:19, 1524:10
**STONE** [4] - 1518:14, 1525:5, 1526:8, 1527:20
**STOP** [2] - 1573:19, 1573:23
**STOPPED** [1] - 1583:25
**STOPS** [2] - 1549:11, 1555:16

**STRAIGHT** [5] - 1542:25, 1618:15, 1621:3, 1621:4, 1621:13
**STREET** [1] - 1514:24
**STREET** [3] - 1653:8, 1654:24, 1656:4
**STREET** [3] - 1515:6, 1515:10, 1515:15
**STRETCH** [1] - 1535:24
**STRETCHING** [1] - 1671:20
**STRIKE** [6] - 1529:23, 1573:22, 1574:24, 1600:1, 1609:15, 1609:18
**STRIKING** [1] - 1520:13
**STRONG** [3] - 1520:5, 1520:14, 1583:12
**STRONGLY** [1] - 1529:21
**STUDIED** [3] - 1534:18, 1607:5, 1618:3
**STUDY** [9] - 1534:16, 1553:6, 1570:14, 1570:17, 1572:2, 1606:17, 1608:3, 1653:19, 1662:11
**SUB** [1] - 1537:15
**SUBJECT** [10] - 1528:13, 1529:3, 1564:21, 1576:17, 1605:5, 1619:15, 1650:2, 1659:8, 1659:9, 1669:12
**SUBMITTED** [1] - 1528:22
**SUBSEQUENTLY** [1] - 1534:20
**SUBSTANCES** [3] - 1557:4, 1557:13, 1564:15
**SUBSTANTIAL** [5] - 1536:18, 1568:1, 1568:4, 1568:14, 1568:19
**SUBSURFACE** [24] - 1535:9, 1542:3, 1542:10, 1542:11, 1543:2, 1544:4, 1544:9, 1545:22, 1546:11, 1546:19, 1550:9, 1562:3, 1569:19, 1611:16, 1611:19, 1612:4, 1612:8, 1614:5, 1618:2, 1619:13,

1640:2, 1646:22, 1650:6, 1650:14
**SUCCESS** [1] - 1594:2
**SUCCESSOR** [1] - 1521:18
**SUCKING** [1] - 1640:5
**SUFFICIENT** [6] - 1519:4, 1522:18, 1551:6, 1555:12, 1563:11, 1570:13
**SUFFICIENTLY** [2] - 1550:24, 1559:25
**SUGGEST** [1] - 1564:22
**SUGGESTED** [2] - 1522:7, 1529:13
**SUITE** [1] - 1515:16
**SUITE** [1] - 1514:24
**SUMMARIZE** [2] - 1543:10, 1592:1
**SUMMARIZED** [1] - 1536:2
**SUMMARIZES** [1] - 1586:15
**SUMMARY** [3] - 1524:21, 1539:12, 1539:13
**SUMMER** [1] - 1609:22
**SUPERFUND** [3] - 1534:24, 1570:23, 1607:13
**SUPPLY** [1] - 1528:19
**SUPPORT** [1] - 1529:11
**SUPPORTING** [1] - 1636:25
**SUPPOSED** [1] - 1613:3
**SURFACE** [8] - 1540:13, 1603:14, 1603:17, 1603:24, 1614:6, 1648:10, 1649:10, 1649:16
**SURPRISE** [1] - 1596:1
**SUSPECT** [2] - 1526:7, 1587:5
**SUSTAINED** [5] - 1529:17, 1573:7, 1612:1, 1638:11, 1638:15
**SVE** [1] - 1586:16
**SWEAR** [2] - 1532:18, 1605:20
**SWORN** [3] - 1524:2, 1533:11, 1606:11
**SWORN** [1] - 1532:17
**SYSTEM** [16] - 1534:3, 1534:4, 1553:12,

1560:17, 1560:19, 1563:21, 1575:21, 1575:25, 1580:25, 1584:8, 1587:21, 1587:25, 1588:4, 1589:8, 1594:3, 1594:8
**SYSTEMS** [1] - 1563:17

## T

**TABLE** [1] - 1586:21
**TABLE** [10] - 1524:14, 1542:23, 1586:15, 1586:20, 1594:20, 1614:7, 1648:16, 1649:9, 1649:10, 1654:6
**TABLES** [2] - 1571:3, 1596:17
**TAKEAWAYS** [1] - 1593:23
**TALKS** [1] - 1545:23
**TANK** [1] - 1526:18
**TASK** [1] - 1537:16
**TASKS** [1] - 1537:18
**TASTE** [1] - 1534:11
**TAUGHT** [1] - 1629:5
**TCA** [5] - 1645:3, 1645:5, 1645:8, 1646:7, 1646:10
**TCE** [91] - 1525:14, 1535:2, 1545:9, 1545:15, 1546:3, 1546:6, 1546:25, 1547:3, 1553:1, 1563:1, 1563:2, 1573:19, 1581:16, 1581:22, 1599:6, 1600:12, 1600:13, 1600:15, 1600:18, 1601:8, 1608:13, 1608:16, 1613:5, 1615:6, 1615:10, 1615:14, 1615:15, 1616:3, 1616:4, 1616:8, 1616:10, 1616:12, 1616:21, 1617:8, 1623:22, 1623:25, 1632:13, 1632:19, 1633:14, 1633:19, 1633:22, 1633:24, 1633:25, 1634:11, 1634:12, 1635:1, 1635:14, 1635:18, 1635:25, 1637:2, 1637:7, 1637:9, 1637:10, 1637:14, 1637:15,

1638:2, 1638:3, 1639:7, 1641:25, 1642:19, 1642:22, 1643:14, 1643:18, 1643:20, 1643:25, 1644:3, 1644:17, 1644:20, 1645:4, 1645:11, 1645:15, 1646:7, 1646:10, 1646:12, 1653:6, 1653:7, 1653:9, 1654:23, 1655:20, 1656:6, 1656:7, 1656:25, 1657:2, 1657:6, 1657:22, 1658:1, 1667:2, 1668:22
**TEAR** [1] - 1603:8
**TECHNOLOGY** [1] - 1548:22
**TEN** [1] - 1640:23
**TEND** [6] - 1618:6, 1618:9, 1621:25, 1650:23, 1664:15
**TENDED** [2] - 1667:6, 1667:7
**TENDS** [4] - 1546:14, 1621:8, 1624:25, 1647:11
**TERM** [8] - 1535:4, 1545:14, 1549:7, 1562:5, 1562:8, 1590:21, 1599:8, 1636:11
**TERMINOLOGY** [2] - 1539:6, 1666:23
**TERMS** [25] - 1535:21, 1536:13, 1541:8, 1543:13, 1545:21, 1546:10, 1551:24, 1552:17, 1558:6, 1560:2, 1560:8, 1560:13, 1560:23, 1563:10, 1564:11, 1564:18, 1568:4, 1569:2, 1576:1, 1593:2, 1593:24, 1596:4, 1642:19, 1642:22, 1646:3
**TEST** [3] - 1553:15, 1553:24, 1554:1
**TESTED** [3] - 1553:10, 1553:11, 1553:12
**TESTIFIED** [10] - 1527:14, 1601:4, 1602:8, 1609:8, 1617:5, 1622:13, 1626:1, 1637:4, 1658:19, 1672:8
**TESTIFYING** [4] -

1524:19, 1533:4, 1609:4, 1670:5
**TESTIMONY** [7] - 1520:14, 1521:1, 1521:25, 1532:18, 1581:20, 1586:10, 1605:20, 1609:7, 1671:25
**TESTING** [1] - 1642:25
**TETRACHLOROETH ANE** [1] - 1645:5
**THAT** [3] - 1673:7, 1673:8, 1673:11
**THE** [155] - 1515:3, 1515:12, 1518:7, 1518:15, 1518:19, 1520:4, 1520:16, 1521:10, 1521:15, 1521:21, 1522:6, 1522:19, 1522:21, 1523:5, 1523:9, 1523:10, 1523:14, 1523:15, 1524:2, 1524:18, 1526:25, 1528:7, 1528:11, 1529:17, 1529:24, 1530:19, 1531:20, 1532:3, 1532:5, 1532:6, 1532:12, 1532:13, 1532:22, 1532:23, 1533:1, 1533:2, 1533:3, 1533:7, 1533:8, 1533:11, 1536:6, 1537:4, 1538:2, 1538:12, 1538:15, 1539:20, 1539:23, 1539:24, 1565:16, 1568:8, 1568:10, 1568:12, 1568:18, 1568:21, 1568:22, 1568:24, 1569:1, 1569:3, 1569:6, 1569:8, 1569:10, 1571:21, 1571:22, 1573:6, 1573:10, 1573:12, 1574:24, 1575:3, 1575:14, 1575:17, 1575:19, 1586:8, 1586:11, 1586:14, 1586:15, 1589:15, 1589:20, 1589:25, 1591:3, 1592:11, 1592:13, 1593:12, 1594:14, 1594:18, 1594:22, 1595:2, 1595:3, 1595:6, 1595:10, 1596:11, 1596:18, 1596:23, 1597:16,

1600:20, 1604:19, 1604:24, 1605:9, 1605:12, 1605:17, 1605:18, 1605:24, 1605:25, 1606:4, 1606:5, 1606:7, 1606:9, 1606:11, 1609:15, 1612:1, 1627:3, 1627:5, 1630:21, 1630:24, 1631:3, 1631:5, 1638:11, 1638:15, 1658:6, 1659:12, 1659:17, 1662:20, 1662:22, 1662:25, 1663:1, 1663:3, 1663:6, 1663:8, 1663:9, 1663:10, 1663:12, 1663:15, 1669:7, 1669:16, 1669:22, 1669:25, 1670:4, 1670:9, 1670:16, 1670:20, 1671:4, 1671:11, 1671:17, 1671:22, 1672:2, 1672:9, 1672:19, 1673:6, 1673:7, 1673:8, 1673:9, 1673:10, 1673:11, 1673:12, 1673:13

**THEMSELVES** [1] - 1549:3

**THEREFORE** [1] - 1638:9

**THESIS** [2] - 1534:18, 1619:15

**THIN** [1] - 1652:12

**THINKING** [2] - 1526:10, 1647:4

**THIRD** [4] - 1553:3, 1590:11, 1660:1, 1660:2

**THIS** [1] - 1673:15

**THOROUGH** [1] - 1638:18

**THOUSAND** [1] - 1667:3

**THOUSAND-ACRE** [1] - 1667:3

**THREE** [39] - 1521:8, 1522:17, 1531:17, 1542:15, 1546:24, 1546:25, 1560:14, 1561:23, 1562:13, 1575:8, 1577:12, 1577:16, 1577:19, 1577:23, 1577:25, 1578:2, 1585:9, 1619:24, 1623:20,

1624:16, 1627:19, 1627:21, 1627:22, 1627:23, 1627:25, 1628:2, 1629:16, 1630:16, 1631:3, 1631:11, 1641:15, 1642:5, 1642:7, 1642:21, 1643:25, 1650:10, 1659:24, 1670:7, 1670:19

**THREE-DIMENSIONAL** [2] - 1630:16, 1631:11

**THREE-MONTH** [1] - 1659:24

**THREE-PAGE** [1] - 1522:17

**THRESHOLD** [1] - 1602:23

**THROUGHOUT** [2] - 1535:20, 1568:22

**TIM** [1] - 1669:20

**TIMING** [1] - 1546:10

**TIP** [1] - 1584:19

**TITLE** [1] - 1673:8

**TO** [2] - 1514:8, 1673:8

**TODAY** [13] - 1521:5, 1521:6, 1521:8, 1521:20, 1521:25, 1536:14, 1537:19, 1537:23, 1591:16, 1592:19, 1593:17, 1594:8, 1604:15

**TODAY'S** [1] - 1595:16

**TODD** [2] - 1583:18, 1600:5

**TOGETHER** [1] - 1650:17

**TOMORROW** [3] - 1522:17, 1669:21, 1670:2

**TONY** [1] - 1532:11

**TOOK** [4] - 1534:17, 1558:15, 1559:17, 1567:18

**TOOL** [2] - 1552:2, 1552:5

**TOP** [9] - 1540:13, 1542:14, 1568:10, 1585:19, 1586:25, 1595:22, 1613:1, 1644:11, 1655:13

**TOPIC** [1] - 1530:5

**TOPOGRAPHY** [1] - 1614:6

**TORTUOUS** [1] - 1619:5

**TOTAL** [1] - 1599:24

**TOTALITY** [3] - 1551:4, 1560:5, 1576:25

**TOTALIZER** [1] - 1557:20

**TOUCH** [1] - 1612:5

**TOUCHED** [2] - 1598:6, 1661:9

**TOWARD** [4] - 1615:3, 1623:18, 1644:4, 1645:17

**TOWARDS** [8] - 1555:1, 1559:1, 1559:3, 1559:21, 1616:15, 1652:23

**TOXIC** [3] - 1557:4, 1557:13, 1564:15

**TRACE** [1] - 1573:22

**TRACK** [1] - 1537:17

**TRADE** [1] - 1553:24

**TRAIL** [1] - 1599:17

**TRAINING** [1] - 1534:7

**TRANSCRIPT** [1] - 1670:15

**TRANSCRIPT** [3] - 1514:13, 1673:9, 1673:11

**TRANSPORT** [13] - 1534:19, 1535:4, 1535:6, 1569:16, 1606:19, 1606:22, 1606:23, 1607:5, 1607:6, 1607:19, 1610:23, 1650:2, 1658:2

**TRAVEL** [5] - 1546:23, 1547:11, 1648:22, 1649:1, 1662:7

**TRAVELED** [1] - 1651:1

**TRAVELS** [1] - 1621:9

**TREAT** [4] - 1551:1, 1553:13, 1559:13, 1565:3

**TREATMENT** [6] - 1528:25, 1529:2, 1529:14, 1549:19, 1550:19, 1553:12

**TREES** [1] - 1540:14

**TRIAL** [1] - 1514:13

**TRIAL** [2] - 1554:12, 1605:13

**TRIALS** [1] - 1609:10

**TRICHLOROETHYL ENE** [1] - 1563:1

**TROUBLE** [1] - 1610:25

**TROWBRIDGE** [2] - 1518:17, 1521:24

**TROWBRIDGE** [1] -

1515:15

**TRUDELL** [3] - 1636:2, 1636:6, 1648:21

**TRUE** [1] - 1673:9

**TRUE** [4] - 1531:23, 1577:9, 1611:15, 1620:15

**TRULY** [1] - 1599:14

**TRUTH** [7] - 1529:25, 1532:20, 1605:22

**TRY** [16] - 1521:19, 1547:21, 1590:14, 1607:13, 1611:16, 1611:18, 1629:10, 1637:6, 1637:25, 1650:23, 1650:24, 1651:2, 1664:15, 1667:5, 1668:12, 1668:15

**TRYING** [6] - 1529:10, 1596:19, 1601:17, 1610:1, 1649:18, 1650:25

**TUESDAY** [2] - 1514:14, 1518:1

**TURN** [1] - 1528:12

**TURNING** [1] - 1600:2

**TURNOUT** [2] - 1525:23, 1527:14

**TURNOUTS** [2] - 1524:22, 1525:16

**TWICE** [5] - 1526:17, 1552:14, 1633:15, 1643:22

**TWO** [41] - 1519:17, 1522:22, 1531:17, 1531:25, 1539:4, 1539:14, 1542:15, 1545:5, 1545:21, 1560:14, 1561:12, 1561:21, 1563:8, 1567:14, 1579:14, 1599:16, 1607:12, 1610:16, 1610:18, 1612:25, 1613:24, 1614:1, 1614:15, 1619:23, 1630:12, 1630:13, 1635:17, 1635:24, 1636:7, 1638:20, 1640:16, 1640:18, 1640:24, 1642:17, 1645:2, 1645:21, 1647:5, 1653:3, 1653:6, 1657:6, 1660:21

**TWO-LEVEL** [1] - 1561:12

**TYPE** [1] - 1609:17

**TYPICAL** [3] - 1544:6,

1550:3, 1567:20

**TYPICALLY** [6] - 1539:7, 1566:1, 1572:1, 1609:16, 1609:17, 1637:25

---

**U**

---

**U.S** [4] - 1514:3, 1535:15, 1535:20, 1607:11

**ULTIMATELY** [2] - 1569:6, 1569:20

**UNCERTAINTY** [3] - 1650:3, 1650:25, 1651:2

**UNCHARACTERISTI C** [2] - 1530:10, 1530:13

**UNDER** [17] - 1523:13, 1533:20, 1536:17, 1542:22, 1543:4, 1543:10, 1559:22, 1571:19, 1572:3, 1591:23, 1608:3, 1624:15, 1624:20, 1652:6, 1652:11, 1652:13, 1671:8

**UNDERGRADUATE** [1] - 1534:9

**UNDERNEATH** [2] - 1541:19, 1652:17

**UNDERTAKE** [1] - 1567:4

**UNDERTAKEN** [1] - 1539:15

**UNDERTOOK** [1] - 1540:24

**UNFORTUNATELY** [3] - 1551:21, 1584:18, 1588:24

**UNILATERAL** [1] - 1569:13

**UNILATERALLY** [2] - 1569:7, 1569:9

**UNIT** [3] - 1592:23, 1592:24, 1592:25

**UNIT** [3] - 1564:10, 1597:8, 1641:25

**UNITED** [4] - 1514:1, 1673:6, 1673:8, 1673:13

**UNITS** [5] - 1552:1, 1552:4, 1574:8, 1591:23, 1598:1

**UNITS** [1] - 1595:4

**UNIVERSITY** [6] - 1534:10, 1534:13, 1607:3, 1607:4, 1607:7, 1607:9

**UNKNOWN** [2] - 1632:11, 1634:2
**UNKNOWNS** [1] - 1651:3
**UNLESS** [2] - 1522:7, 1522:11
**UNSATURATED** [3] - 1540:16, 1540:17, 1649:7
**UNUSABLE** [1] - 1530:16
**UNUSUAL** [1] - 1630:9
**UP** [63] - 1520:1, 1523:22, 1531:4, 1532:14, 1536:3, 1539:4, 1541:13, 1549:11, 1551:24, 1554:8, 1564:2, 1564:19, 1565:10, 1567:6, 1571:14, 1573:13, 1579:23, 1581:1, 1586:20, 1587:25, 1588:7, 1588:20, 1590:3, 1591:6, 1593:11, 1594:20, 1599:25, 1600:3, 1600:8, 1602:15, 1603:8, 1609:1, 1610:17, 1612:10, 1614:16, 1618:18, 1619:19, 1621:16, 1624:16, 1625:24, 1631:18, 1631:20, 1631:21, 1632:3, 1635:14, 1635:16, 1636:1, 1639:16, 1640:13, 1642:23, 1643:13, 1643:14, 1643:16, 1645:8, 1645:9, 1646:24, 1648:15, 1649:13, 1654:21, 1657:4, 1657:17, 1659:7, 1672:9
**UPPER** [3] - 1613:21, 1613:22, 1614:12
**UPSIDE** [1] - 1619:10
**UPSIDE-DOWN** [1] - 1619:10
**UPWARDS** [1] - 1652:5
**USABLE** [1] - 1572:10
**USES** [3] - 1525:9, 1665:13, 1668:13

## V

**V-01** [1] - 1640:22
**V-157** [2] - 1610:10, 1610:11

**V-201** [11] - 1610:16, 1617:2, 1632:8, 1638:20, 1640:10, 1640:25, 1647:3, 1657:3, 1657:9, 1657:11, 1657:12
**V-205** [7] - 1610:16, 1617:2, 1632:8, 1657:3, 1657:10, 1657:13
**VACUUM** [5] - 1549:1, 1549:5, 1640:3, 1640:4
**VAGUE** [1] - 1568:7, 1575:16, 1611:25
**VALLEY** [1] - 1514:5
**VALLEY** [6] - 1518:8, 1523:6, 1524:12, 1534:25, 1576:16, 1603:22
**VALUE** [1] - 1650:13
**VALUES** [2] - 1650:13, 1650:17
**VAPOR** [15] - 1548:19, 1548:21, 1560:16, 1560:18, 1567:23, 1585:22, 1587:13, 1587:14, 1588:6, 1593:21, 1594:7, 1594:15, 1594:24, 1604:7, 1604:8
**VAPORS** [1] - 1587:14
**VARIABILITY** [1] - 1650:11
**VARIABLES** [1] - 1651:4
**VARIES** [5] - 1643:1, 1648:14, 1648:19, 1650:10, 1665:1
**VARIETY** [2] - 1534:17, 1608:18
**VARIOUS** [7] - 1528:19, 1530:7, 1537:18, 1564:7, 1590:19, 1591:1, 1646:19
**VARY** [3] - 1648:13, 1664:24, 1664:25
**VAST** [1] - 1571:4
**VELOCITY** [10] - 1650:1, 1650:2, 1650:12, 1650:24, 1651:3, 1664:11, 1664:16, 1664:23, 1665:2, 1665:7
**VERSUS** [3] - 1518:8, 1523:6, 1545:21
**VERTICAL** [2] - 1631:22, 1631:23
**VIDEO** [1] - 1521:5

**VIEW** [2] - 1629:1, 1660:20
**VOC** [33] - 1528:25, 1529:2, 1529:14, 1531:16, 1534:2, 1545:19, 1551:16, 1551:18, 1551:20, 1552:18, 1559:24, 1563:11, 1563:13, 1576:15, 1578:25, 1580:7, 1580:14, 1580:15, 1580:20, 1585:6, 1585:16, 1586:12, 1587:22, 1587:24, 1600:12, 1608:15, 1608:23, 1617:15, 1623:15, 1632:13, 1655:2, 1667:7
**VOCS** [59] - 1524:21, 1524:22, 1543:15, 1545:11, 1545:14, 1545:21, 1546:11, 1548:23, 1552:10, 1576:18, 1580:6, 1582:2, 1584:23, 1585:2, 1585:5, 1585:11, 1586:4, 1586:16, 1586:18, 1587:3, 1587:5, 1587:7, 1587:11, 1587:18, 1587:22, 1588:12, 1588:16, 1588:21, 1589:17, 1594:21, 1599:21, 1599:22, 1602:9, 1604:11, 1610:2, 1613:7, 1614:14, 1615:14, 1616:19, 1617:8, 1622:21, 1622:24, 1623:4, 1623:7, 1623:18, 1624:20, 1631:11, 1633:12, 1636:20, 1638:17, 1641:1, 1641:2, 1641:3, 1643:5, 1646:22, 1656:14, 1656:19, 1656:24, 1668:23
**VOLATILE** [3] - 1545:12, 1545:15, 1549:2
**VOLATILIZE** [4] - 1587:9, 1587:10, 1587:12, 1587:13
**VOLUME** [1] - 1514:8
**VOLUMES** [2] - 1536:11, 1536:12
**VOTERS** [1] - 1528:18
**VS** [1] - 1514:7

## W

**WAIT** [2] - 1531:2, 1531:6
**WALK** [3] - 1532:14, 1540:1, 1605:19
**WAS** [3] - 1524:2, 1533:11, 1606:11
**WASHINGTON** [1] - 1515:15
**WASTE** [1] - 1589:23
**WASTES** [1] - 1668:5
**WATCH** [1] - 1532:3
**WATER** [103] - 1525:9, 1528:19, 1530:3, 1530:7, 1530:12, 1540:18, 1541:5, 1541:13, 1541:14, 1541:17, 1542:7, 1542:23, 1543:24, 1546:1, 1546:2, 1549:14, 1549:20, 1550:18, 1552:9, 1555:13, 1555:23, 1557:7, 1557:21, 1558:20, 1571:12, 1572:17, 1573:3, 1573:15, 1574:18, 1575:2, 1594:20, 1601:21, 1609:25, 1611:1, 1611:2, 1612:21, 1613:10, 1613:11, 1613:16, 1614:6, 1614:10, 1615:20, 1615:21, 1615:24, 1617:7, 1618:17, 1618:21, 1620:25, 1630:16, 1634:11, 1636:20, 1636:23, 1637:5, 1637:6, 1637:7, 1637:9, 1637:10, 1637:12, 1637:13, 1637:16, 1639:17, 1639:18, 1639:25, 1640:1, 1640:16, 1640:18, 1640:24, 1641:13, 1648:16, 1649:5, 1649:6, 1649:8, 1649:9, 1649:10, 1650:6, 1650:7, 1654:2, 1654:3, 1654:4, 1654:5, 1654:6, 1654:9, 1654:12, 1654:22, 1658:24, 1660:2, 1660:5, 1662:11, 1662:12, 1662:17, 1662:22, 1662:23, 1665:13,

1671:1
**WATER** [1] - 1514:5
**WATER** [1] - 1518:8, 1523:6, 1524:12, 1529:10, 1530:12, 1573:3, 1574:18, 1576:16
**WATER-BEARING** [1] - 1630:16
**WATERLOO** [8] - 1534:13, 1607:4, 1607:7, 1607:9, 1607:17, 1608:1, 1608:5, 1619:15
**WAYS** [3] - 1544:2, 1572:4, 1615:19
**WEEK** [1] - 1531:19
**WELL-ESTABLISHED** [1] - 1619:16
**WELL-KNOWN** [3] - 1548:21, 1553:25, 1607:24
**WELLS** [195] - 1529:1, 1547:16, 1547:18, 1547:19, 1547:20, 1548:12, 1549:18, 1552:19, 1553:2, 1553:10, 1553:14, 1553:16, 1554:7, 1554:8, 1554:21, 1554:25, 1555:4, 1555:5, 1555:18, 1556:4, 1556:5, 1556:7, 1556:18, 1556:21, 1556:24, 1556:25, 1557:16, 1557:22, 1557:23, 1557:24, 1558:2, 1558:11, 1558:12, 1558:13, 1558:22, 1559:2, 1559:3, 1559:20, 1559:21, 1561:6, 1561:16, 1561:21, 1561:22, 1561:25, 1562:5, 1562:9, 1562:11, 1562:13, 1562:14, 1562:15, 1562:16, 1562:19, 1563:4, 1563:6, 1563:7, 1563:18, 1563:19, 1569:23, 1570:3, 1570:4, 1571:1, 1574:1, 1574:11, 1575:4, 1575:9, 1575:11, 1575:21, 1576:2, 1576:6, 1576:12, 1576:17, 1576:22, 1576:24,

1577:13, 1577:16, 1577:17, 1577:19, 1577:23, 1577:25, 1578:1, 1578:3, 1579:10, 1579:14, 1579:15, 1579:17, 1579:21, 1581:5, 1581:20, 1581:21, 1583:25, 1584:15, 1588:10, 1589:5, 1589:6, 1601:14, 1604:9, 1610:3, 1610:6, 1610:7, 1610:14, 1610:16, 1610:18, 1611:1, 1611:11, 1612:21, 1614:19, 1615:1, 1615:2, 1615:4, 1615:16, 1615:21, 1615:24, 1617:6, 1619:25, 1620:2, 1620:6, 1620:18, 1622:9, 1623:20, 1623:21, 1623:23, 1624:1, 1626:12, 1627:19, 1627:20, 1627:21, 1627:23, 1627:24, 1628:3, 1630:25, 1631:14, 1631:16, 1633:8, 1633:14, 1633:15, 1633:17, 1633:18, 1634:5, 1635:15, 1638:21, 1639:1, 1639:2, 1639:3, 1639:4, 1639:5, 1641:9, 1641:20, 1641:25, 1642:2, 1642:6, 1642:11, 1643:2, 1643:5, 1643:20, 1644:1, 1645:12, 1645:21, 1646:13, 1647:1, 1647:5, 1647:8, 1647:12, 1647:15, 1647:20, 1647:24, 1648:1, 1648:23, 1651:6, 1652:14, 1652:24, 1652:25, 1653:3, 1653:5, 1653:6, 1653:8, 1653:21, 1654:1, 1655:20, 1656:3, 1657:6, 1657:23, 1661:11, 1661:12, 1665:4, 1665:12
**WENK** [4] - 1666:15, 1666:19, 1668:9, 1669:2
**WEST** [1] - 1514:24
**WEST** [19] - 1562:15,

1577:13, 1577:25, 1579:9, 1579:10, 1579:13, 1581:21, 1582:5, 1583:25, 1584:1, 1588:11, 1621:5, 1645:17, 1647:12, 1654:14, 1654:23, 1655:17, 1657:11, 1657:12
**WESTERN** [12] - 1575:9, 1600:16, 1620:18, 1623:24, 1629:17, 1633:22, 1641:16, 1647:16, 1653:7, 1656:2, 1656:8, 1656:10
**WESTERN** [1] - 1514:2
**WHEREAS** [3] - 1541:13, 1547:5, 1558:25
**WHEREBY** [3] - 1544:4, 1547:15, 1556:10
**WHITE** [3] - 1645:14, 1645:16, 1647:11
**WHITTAKER** [1] - 1514:8
**WHITTAKER** [70] - 1518:9, 1518:25, 1519:21, 1523:6, 1533:15, 1536:24, 1539:16, 1540:24, 1542:10, 1552:17, 1552:19, 1556:22, 1557:7, 1562:11, 1566:2, 1566:10, 1567:1, 1567:9, 1568:13, 1569:12, 1569:14, 1570:10, 1570:11, 1572:16, 1572:19, 1575:9, 1576:15, 1577:12, 1577:14, 1579:22, 1582:6, 1582:16, 1582:17, 1584:25, 1585:13, 1585:22, 1586:6, 1587:4, 1588:1, 1588:11, 1588:17, 1589:18, 1595:1, 1605:15, 1616:25, 1623:18, 1637:24, 1638:9, 1638:13, 1638:17, 1638:22, 1645:22, 1648:10, 1660:8, 1663:18, 1663:22, 1665:8, 1665:14, 1665:17, 1666:11, 1666:12, 1666:18,

1667:3, 1667:9, 1667:10, 1667:11, 1667:22, 1667:23
**WHITTAKER'S** [2] - 1533:21, 1554:18
**WHITTAKER-BERMITE** [19] - 1566:2, 1569:14, 1572:19, 1576:15, 1577:14, 1579:22, 1582:6, 1584:25, 1585:13, 1585:22, 1586:6, 1587:4, 1588:1, 1588:17, 1589:18, 1595:1, 1616:25, 1648:10, 1665:8
**WHOLE** [3] - 1532:20, 1605:22, 1614:1
**WIDE** [2] - 1608:18, 1622:15
**WIDELY** [2] - 1608:17, 1663:1
**WIDEN** [3] - 1618:6, 1618:9, 1621:25
**WIDER** [3] - 1619:8, 1621:9, 1621:23
**WIDTH** [1] - 1617:24
**WIGGLY** [1] - 1619:5
**WISH** [1] - 1519:23
**WITH** [1] - 1673:12
**WITHDRAWN** [1] - 1593:11
**WITNESS** [30] - 1523:14, 1532:5, 1532:22, 1533:1, 1533:7, 1539:23, 1568:10, 1568:21, 1568:24, 1569:3, 1569:8, 1571:22, 1573:12, 1575:3, 1575:19, 1586:15, 1589:20, 1594:18, 1595:2, 1595:6, 1605:24, 1606:7, 1627:5, 1630:24, 1631:5, 1662:22, 1663:1, 1663:6, 1663:9, 1663:12
**WITNESS** [7] - 1532:7, 1532:9, 1532:15, 1591:1, 1604:25, 1605:14, 1669:20
**WITNESSES** [3] - 1521:4, 1521:8
**WITNESSES** [2] - 1516:1, 1516:3
**WOODS** [2] - 1587:1, 1596:2
**WORD** [3] - 1520:5,

1599:18, 1641:19
**WORDED** [1] - 1520:14
**WORDS** [6] - 1550:10, 1556:1, 1599:14, 1619:9, 1636:16, 1671:4
**WORDSMITH** [1] - 1521:20
**WORKS** [2] - 1548:20, 1549:9
**WORLD** [2] - 1607:19, 1607:25
**WORST** [2] - 1607:14, 1607:15
**WRAP** [1] - 1600:3
**WRITING** [2] - 1529:5, 1529:7
**WRITTEN** [1] - 1607:25
**WROTE** [2] - 1534:18, 1672:7

## Y

**YEAR** [1] - 1563:25
**YEAR** [16] - 1525:24, 1564:1, 1564:2, 1566:10, 1566:20, 1621:2, 1626:7, 1632:23, 1632:25, 1633:3, 1634:17, 1642:24, 1643:6, 1654:5, 1656:19, 1661:13
**YEARS** [40] - 1524:22, 1548:25, 1564:3, 1566:11, 1567:14, 1567:19, 1570:18, 1570:24, 1588:2, 1607:12, 1608:1, 1608:25, 1609:2, 1609:6, 1611:10, 1616:21, 1617:6, 1620:10, 1621:1, 1626:14, 1628:13, 1633:15, 1634:21, 1640:11, 1640:16, 1640:18, 1640:23, 1640:24, 1642:21, 1643:14, 1652:4, 1656:20, 1656:21, 1660:11, 1660:12, 1666:4, 1667:11, 1668:1
**YELLOW** [11] - 1554:13, 1554:24, 1557:21, 1558:11, 1561:7, 1562:25, 1580:13, 1580:17,

1610:8, 1618:25
**YESTERDAY** [5] - 1523:16, 1527:25, 1528:4, 1530:6, 1530:9
**YOURSELF** [2] - 1583:20, 1611:13

## Z

**ZERO** [2] - 1575:12, 1643:10
**ZONE** [15] - 1540:16, 1540:17, 1542:5, 1552:15, 1552:16, 1555:12, 1558:22, 1592:24, 1630:16, 1639:14, 1639:22, 1639:24, 1640:1, 1649:7, 1652:2
**ZONES** [4] - 1541:23, 1542:13, 1630:16, 1640:7