1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3    HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE

4

5    SANTA CLARITA VALLEY WATER AGENCY,      )
                                             )
6                    Plaintiff,              )
                                             )
7        v.                                  )         Case No.
                                             )    CV 18-6825 SB (RAOx)
8    WHITTAKER CORPORATION, et al.,          )
                                             )         Volume 15
9                    Defendants.             )    (Pages 1674 - 1753)
     _____)

10

11              REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS
                     TRIAL DAY 8:  P.M. SESSION
12                 TUESDAY, NOVEMBER 30, 2021
                          1:02 P.M.
13                 LOS ANGELES, CALIFORNIA

14

15

16

17

18

19

20

21

22    _____

23         MYRA L. PONCE, CSR 11544, CRR, RPR, RMR, RDR
                FEDERAL OFFICIAL COURT REPORTER
24              350 WEST 1ST STREET, ROOM 4455
                LOS ANGELES, CALIFORNIA  90012
25                     (213) 894-2305


                    UNITED STATES DISTRICT COURT

1                      **APPEARANCES OF COUNSEL:**

2

3   **FOR THE PLAINTIFF:**

4        NOSSAMAN, LLP
     BY:  BYRON P. GEE
5        BY:  RAVEN MCGUANE
     BY:  PATRICK J. RICHARD
6        BY:  FRED FUDACZ
        Attorneys at Law
7        777 South Figueroa Street, 34th Floor
     Los Angeles, California  90017
8        (213) 612-7800

9        NOSSAMAN, LLP
     BY:  ILSE CHANDALAR SCOTT
10          Attorney at Law
     50 California Street, 34th Floor
11       San Francisco, California  94111
     (415) 398-3600
12

13
    **FOR THE DEFENDANT WHITTAKER CORPORATION:**
14
     EDLIN, GALLAGHER, HUIE & BLUM
15       BY:  MICHAEL E. GALLAGHER, JR.
     BY:  FRED M. BLUM
16       BY:  DANIEL ERIC TROWBRIDGE
        Attorneys at Law
17       500 Washington Street, Suite 700
     San Francisco, California  94111
18       (415) 397-9006

19

20  **ALSO PRESENT:**

21       MATT STONE
     SCOTT FRYER
22       RON BEATON
     ERIC LARDIERE
23

24

25

1                        **INDEX OF WITNESSES**

2

3     DEFENDANT'S WITNESSES                                    PAGE

4     HOKKANEN, Gary

5         Cross-Examination (Resumed) by Mr. Richard         1678
          Redirect Examination by Mr. Blum                   1713
6         Recross-Examination by Mr. Richard                 1720
          Further Redirect Examination by Mr. Blum           1727
7         Further Recross-Examination by Mr. Richard         1727

8

9     SIMPSON, Timothy

10        Direct Examination by Mr. Gallagher                1729

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

1          **INDEX OF EXHIBITS**

2                                                          FOR
                                                    EVIDENCE
3     NUMBER   DESCRIPTION                              PG.

4      34  -  10/2015 Saugus formation, Volatile        1694
              Organic Compound Investigation Report
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | TUESDAY, NOVEMBER 30, 2021; 1:02 P.M.                |
|       | 2  | LOS ANGELES, CALIFORNIA                              |
|       | 3  | -oOo-                                                |
|       | 4  | (In the presence of the jury:)                       |
| 01:02PM | 5 | THE COURT:  We remain on the record in the trial    |
|       | 6  | matter with all present who were present before the break, |
|       | 7  | including the jury, all counsel, and the witness.    |
|       | 8  | Mr. Hokkanen, you understand you remain under oath?  |
|       | 9  | THE WITNESS:  Yes, sir.                              |
| 01:03PM | 10 | THE COURT:  You may continue with your             |
|       | 11 | cross-examination.                                   |
|       | 12 | MR. RICHARD:  Thank you, Your Honor.                 |
|       | 13 | **GARY HOKKANEN**,                                   |
|       | 14 | **DEFENDANT'S WITNESS, PREVIOUSLY SWORN, TESTIFIED AS FOLLOWS:** |
| 01:03PM | 15 | **CROSS-EXAMINATION (RESUMED)**                      |
|       | 16 | BY MR. RICHARD:                                      |
|       | 17 | Q.    We were talking about the history of the Whittaker |
|       | 18 | site.  Is it fair to say that you, in your work in this case, |
|       | 19 | did not see any records from Whittaker such as daily logs or |
| 01:03PM | 20 | operational records that would tell you when TCE was used as a |
|       | 21 | solvent -- used as a solvent?                       |
|       | 22 | A.    That's correct.  I didn't really focus on the  |
|       | 23 | history like that.                                   |
|       | 24 | Q.    Do you know whether Whittaker provided those records |
| 01:04PM | 25 | to any of the experts in this case?                 |

```
             1      A.    I don't know.

             2      Q.    You've seen those types of records in other cases

             3  you've been involved in; correct?

             4      A.    At some other sites, I have seen records like that.

01:04PM      5      Q.    And so the same for PCE, you can't tell the jury

             6  when or how much PCE was used at the Whittaker site; is that

             7  fair?

             8      A.    That's correct.

             9            MR. BLUM:  Irrelevant.  403.

01:04PM     10            THE COURT:  Overruled.

            11            MR. RICHARD:  Thank you.

            12      Q.    (BY MR. RICHARD:)  And would you agree that, in your

            13  line of work, you can use contaminants and groundwater as

            14  tracers over a long period of time for migration pathways?

01:04PM     15      A.    It can be, yes.

            16      Q.    And just turning to the SIC site you mentioned.

            17  You -- you identified -- there's a couple of chemicals that

            18  were used in large quantities, among others.  But is it fair to

            19  say you understood that vinyl chloride was a chemical used in

01:05PM     20  the manufacture of PVC piping at the SIC site?

            21      A.    Yes.

            22      Q.    And I think you were asked about DCA.  That's

            23  another chemical that was used?

            24      A.    That's my understanding, yes.

01:05PM     25      Q.    And it's -- those chemicals have been detected in
```

**UNITED STATES DISTRICT COURT**

1    the groundwater beneath the SIC site?

2         A.    Yes.

3         Q.    And you were asked, well, DCA has not been found in

4    the Saugus 1 and Saugus 2 wells; correct?

01:05PM   5         A.    Yes.

6         Q.    And then Mr. Blum asked you, well, wouldn't that

7    suggest that SIC was not the source of contamination in those

8    wells, and you said not necessarily.  Did I hear that right?

9         A.    I think I said that, yeah.

01:05PM  10         Q.    Okay.  And with respect to vinyl chloride, even

11   though that's been detected in the groundwater beneath the SIC

12   site, that chemical also has not been detected in the Saugus 1

13   or Saugus 2 wells; is that correct?

14        A.    I think that's correct.

01:06PM  15         Q.    So in that case, you would not use those chemicals

16   as tracers from the SIC site to the Saugus wells.  Is that

17   fair?

18        A.    Yes.

19        Q.    Okay.  And you're not testifying, you're not telling

01:06PM  20   the jury to reasonable degree of scientific certainty, are you,

21   that even in the absence of those two tracers which were found

22   in the groundwater at SIC and not found in Saugus 1 and 2,

23   you're not telling the jury that SIC is, to a degree of

24   reasonable scientific certainty or some other standard, a

01:06PM  25   source of TCE in those wells?  Or are you?

UNITED STATES DISTRICT COURT

```
 1      A.    My opinion --

 2      Q.    I didn't hear the first word.

 3      A.    My opinion was that -- that there was a plausible

 4  pathway from the SIC site to Saugus 1 and 2.  I did not

 5  conclude that it was or was not a source.

 6      Q.    Okay.  And we can agree that the absence of DCA and

 7  vinyl chloride in the Saugus wells is a relevant consideration

 8  in trying to answer that question; is that fair?

 9      A.    I didn't see that as particularly relevant based on

10  what I described earlier as the groundwater flow at the SIC

11  site.  What I saw as relevant was the TCE and the chloroform

12  moving, migrating to the west of the SIC site towards Saugus 1

13  and 2.

14      Q.    The water migrating that did not include the DCA and

15  vinyl chloride chemicals?

16      A.    That's what the -- that's what the water quality in

17  wells west of the SIC site show.  They show both TCE and

18  chloroform but not DCA or vinyl chloride.

19      Q.    Now, they do show DCA, just not as much as other

20  parts of the SIC site; isn't that correct?

21      A.    In the GW-13 and AL-12 wells, I don't believe DCA

22  shows up, unless you have data that shows otherwise.

23      Q.    Okay.  Well, we'll -- we'll get there.

24            Now, I want to ask you, we looked at a number of

25  maps involving plumes.  You're -- you've seen maps that have
```

01:07PM (line 5)
01:07PM (line 10)
01:07PM (line 15)
01:08PM (line 20)
01:08PM (line 25)

|     |                                                                        |
| --- | ---------------------------------------------------------------------- |
| 1   | been drawn that show a perchlorate plume having migrated or            |
| 2   | reached from the Whittaker site to all of the wells at issue in        |
| 3   | this case; correct?                                                    |
| 4   | A.    Yes.                                                             |
| 5   | Q.    And so is it fair to say that even though -- we can              |
| 6   | pull up Exhibit 180 -- let's take a look at one of the plumes          |
| 7   | you were shown in your direct examination.                             |
| 8   | So this is for one of the HSUs, we -- we see a --                      |
| 9   | this is an interpretation of a plume.  You'd agree that this is        |
| 10  | not a precise rendition, it's someone's interpretation based on        |
| 11  | some data points?                                                      |
| 12  | A.    Based on the data that they had available.                      |
| 13  | Q.    Okay.  And this does not show -- this is a plume                 |
| 14  | that Whittaker's consultant at AECOM -- this does not show            |
| 15  | perchlorate at V-201 or V-205; correct?                               |
| 16  | A.    No.  And it has been detected in those wells.                   |
| 17  | Q.    Right.                                                          |
| 18  | And Whittaker -- are you -- it's your opinion -- or                    |
| 19  | do you have an opinion that the perchlorate in those wells is          |
| 20  | from the Whittaker site?                                               |
| 21  | A.    I believe it is, yes.                                           |
| 22  | Q.    And so, in general, you would consider perchlorate              |
| 23  | to be a tracer chemical?                                               |
| 24  | A.    Yes.                                                            |
| 25  | Q.    So if we find perchlorate in the V-201 and V-205 and            |

01:08PM (line 5)
01:09PM (line 10)
01:09PM (line 15)
01:09PM (line 20)
01:10PM (line 25)

1683

the other wells at issue, doesn't that suggest to you not just

a plausible pathway but an actual mechanism by which those

contaminants were transported from the groundwater beneath the

Whittaker site to those wells?

01:10PM   A.   Which contaminants?  I'm sorry.

Q.   Perchlorate.

A.   Yes.  Perchlorate is in 205 and 201, as I testified,

I believe, is from the Bermite site, yes.

Q.   And so if we find it in the wells and it's -- by the

01:10PM   way, was that true in 1997, that perchlorate found in those

wells -- if it's true today, was it true in 1997?

A.   No.  I think perchlorate was detected in Saugus 1

and 2 in '97.  It was detected in these other wells after that.

Q.   Okay.  And -- but at the -- let's take Saugus 1 and

01:10PM   Saugus 2.  In 1997, it was detected.  Do we now know that was

from the Whittaker-Bermite site?  Is that fair?

A.   I believe that's correct.

Q.   Did you review any documents that showed that

Whittaker denied for many years that it was -- that the

01:11PM   perchlorate emanated from its site?

A.   I did not review documents like that, no.

THE COURT:  May I ask, before you continue.  You

said that perchlorate did, in fact, migrate to all four wells,

Saugus 1, Saugus 2, V-201, and V-205.  Is that correct?

01:11PM   THE WITNESS:  Yes.

```
 1              THE COURT:  And did you -- do you have an opinion as
 2     to when it reached which well first?  Do you have a timing
 3     opinion?
 4              THE WITNESS:  It -- it has been detected -- you're
 5     testing my memory now, Your Honor.  It was detected after -- it
 6     was detected in Saugus 1 and 2.
 7              THE COURT:  All right.  What I'm asking for is an
 8     actual ordering.  So I heard you say it showed up first in S-1
 9     and S-2, or Saugus 1 and Saugus 2.
10              THE WITNESS:  Yes.
11              THE COURT:  Are you able to order it so you can say,
12     in my opinion, it was Saugus 1 first, Saugus 2 second,
13     et cetera?
14              THE WITNESS:  Well, Saugus 1 and 2 were first
15     sampled at the same time.  And so perchlorate was detected at
16     the same time in those two wells.  It was detected later on in
17     201 and 205.
18              THE COURT:  201 first or the same thing, 201 and 205
19     at the same time?
20              THE WITNESS:  It was within a few years of each
21     other.  It was detected in those two wells.  It was in -- I
22     think it was in, like, 2010 to '15 range.  I'd have -- I can't
23     remember exact dates, I'm sorry.
24              THE COURT:  Certainly.
25              And if you don't remember, that's fine.  But as
```

**UNITED STATES DISTRICT COURT**

```
        1    between 201 and 205, do you recall which one it showed up in

        2    first?

        3                 THE WITNESS:  I think it was detected in 201 first

        4    and then literally three or four years later in 205.

01:12PM  5                 THE COURT:  Thank you.

        6                 Mr. Richard.

        7                 MR. RICHARD:  Thank you, Your Honor.

        8       Q.    (BY MR. RICHARD:)  So you -- you did -- you were

        9    shown, again very quickly, but you looked at some documents to

01:13PM 10    Whittaker from DTSC.  Did I understand that correctly in your

       11    direct testimony?

       12       A.    I don't recall that.  Which documents are you

       13    referring to?

       14       Q.    Oh.  You were shown document after document after

01:13PM 15    document.

       16       A.    Oh.  Well, they do go to DTSC.  That's correct.

       17    Like the AECOM monitoring reports go to DTSC.

       18       Q.    Right.  But you recall being shown before lunch

       19    documents from DTSC to Whittaker and its consultants regarding

01:13PM 20    the status of their SVE and cleanup efforts in 2019 and 2020

       21    and 2021?

       22       A.    Have I seen those?  I don't believe I've seen those,

       23    no.

       24       Q.    Oh.  Okay.  I guess we can pull them up.

01:13PM 25       A.    Was that during the testimony?
```

```
 1        Q.    Yeah.  We looked at some documents here today.

 2              THE COURT:  Why don't you perhaps show the

 3    documents, if you would like to, Mr. Richard.

 4              MR. RICHARD:  Yeah.  I'll have to get the exhibit

 5    number, Your Honor.  So -- it was a flurry, so I'll grab those,

 6    Your Honor.

 7        Q.    (BY MR. RICHARD:)  The -- when you were talking

 8    about chloroform, there have been detections of chloroform at

 9    the Whittaker site in the groundwater; correct?

10        A.    Yes.  We looked at a figure that showed that on the

11    eastern side of the site, there have been some detections,

12    correct.

13              MR. RICHARD:  And could we pull up the Whittaker

14    chloroform demonstrative?  And I apologize, we got this as part

15    of this -- this morning.  So I don't think we have an exhibit

16    number, Your Honor.  It's Figure 1.

17        Q.    (BY MR. RICHARD:)  Did you prepare this?

18        A.    Um, I don't remember preparing this particular

19    figure, no.

20        Q.    Who's E.K.I.?

21        A.    That's the firm that I work with.

22        Q.    Do you know why this says "Draft" on it?

23        A.    No, I don't.

24        Q.    And you said, well, there's some chloroform at the

25    eastern part.  Did I hear that correctly?
```

01:13PM (line 5)
01:14PM (line 10)
01:14PM (line 15)
01:14PM (line 20)
01:14PM (line 25)

1    A.    Yes.  The green dots, I believe.

2    Q.    Okay.  Well, don't we see green dots on the western

3  part of -- of the site as well?

4    A.    Well, we see a lot of white dots right in this area

01:15PM  5  (indicating).

6    Q.    Right.

7    A.    There's -- I guess this would be in the central part

8  of the site.  I call these more on the eastern side of the

9  site.

01:15PM  10    Q.    And what's that red dot right here (indicating)?

11    A.    That is a detection between 5 -- 50 and 500 parts

12  per billion.

13    Q.    And do you know what operations occurred where that

14  red dot appears?

01:15PM  15    A.    No idea.

16    Q.    Have you heard of something called the Hula Bowl at

17  the Whittaker site?

18    A.    I've heard of the Hula Bowl.  I don't really know

19  the history of that area.

01:15PM  20    Q.    Any idea where the Hula Bowl is located?

21    A.    The Hula Bowl, I believe, is located somewhere right

22  in this area (indicating), if I'm not mistaken.  But --

23    Q.    Okay.  And so, again, we'll just mark this up and --

24  those -- what was the cause of those detections that we see

01:16PM  25  right at the edge of the Whittaker site that I just circled?

```
 1   There's, I don't know, four or five green dots of chloroform
 2   detections.  Do you know what the source of that chloroform
 3   was?
 4        A.   No, I don't.
 5        Q.   Okay.  Any reason to doubt those detections at the
 6   western edge of the site?
 7        A.   No.  The data is likely accurate.
 8        Q.   And what's the groundwater flow direction in that
 9   area?
10        A.   Groundwater flow tends to be to the west, southwest.
11        Q.   Okay.  Thank you.
12             MR. RICHARD:  You can remove all the scribbles.
13        Q.   (BY MR. RICHARD:)  And did you find the --
14             MR. RICHARD:  Oh, okay.  My bad.
15        Q.   (BY MR. RICHARD:)  I wanted to show you one of the
16   figures attached to your report.  I think it's Figure 42.  I
17   have -- I think it's been admitted as Exhibit 194.  If we could
18   look at that.
19             And this is a -- so we looked at a figure from 2019
20   that did not show the perchlorate plume extending to V-201 and
21   V-205.  And here's a plume -- can you tell us what the yellow
22   plume is that we're looking at here, the yellow oblong figure?
23        A.   This is a representation, as it says in the legend,
24   "Approximate extent of perchlorate detected above RL and
25   Saugus."  So reporting limit is RL.
```

01:16PM (line 5)
01:16PM (line 10)
01:17PM (line 15)
01:17PM (line 20)
01:17PM (line 25)

```
 1          Q.    And this was attached to your expert report;
 2    correct?
 3          A.    Yes.  This is from the 2015 CH2M Hill report.
 4          Q.    Right.
 5                And that's a report that you reviewed and cite
 6    throughout your own report; correct?
 7          A.    Correct.
 8          Q.    And did you take issue with any of the information
 9    on -- on this Figure 42 that you attached to your report?
10          A.    The only thing that I had dealt with is the -- this
11    line here with question marks that the -- Your Honor asked me
12    about earlier.
13                This is basically the plumes that we've seen and
14    went over essentially in this area here (indicating).
15          Q.    So I'm not sure I'm understanding your testimony.
16    You don't agree with that interpretation, or you do agree with
17    that interpretation?
18          A.    With the dashed lines connected to the Bermite site?
19    No.
20          Q.    Okay.  How about --
21                MR. RICHARD:  If we can enlarge -- maybe we can
22    remove those.
23          Q.    (BY MR. RICHARD:)  Do you see --
24                MR. RICHARD:  If we can enlarge the two question
25    marks here, that area.
```

1    Q.    (BY MR. RICHARD:)  Do you see the -- by the way, the

2    blue dashes, that was someone's interpretation of a potential

3    plume for TCE -- is that correct? -- or VOCs?

4    A.    The "someone" would be CH2M Hill, yes.

01:19PM    5    Q.    Okay.  And you understood that there were question

6    marks because that geologist or hydrogeologist was noting the

7    absence of offsite monitoring wells with data in that area?

8    A.    I -- I don't -- I didn't talk to whoever prepared

9    this, so I'm not certain why they drew that line and the

01:19PM   10    question mark there.

11    Q.    Isn't it true that there was at the time a lack of

12    offsite monitoring data in that area, the northern --

13    A.    "In that area," you're referring specifically to

14    where?

01:20PM   15    Q.    Just north between those two question marks that we

16    see in Figure 42 that was attached to your --

17    A.    Well, there's a well that's right here (indicating).

18    Um, that well has -- there's three wells there.  They've never

19    detected TCE.

01:20PM   20    Q.    And did CH2M Hill address that in their report?

21    A.    In which report?  The 2015 report?

22    Q.    Yes, sir.

23    A.    I don't remember specifically if they talked about

24    the CW wells.  They may have.

01:20PM   25    Q.    And again, with respect to a perchlorate plume, you

**UNITED STATES DISTRICT COURT**

1   don't disagree, as you sit here, that there's -- whether it's

2   these precise contours, but there's some plume of perchlorate

3   from the Whittaker site to all four wells at issue in this

4   case?

01:21PM   5        A.    Is there perchlorate from the Bermite site to the

6   four production wells?  Yes.  I think you've asked that before,

7   and the answer is still yes.

8        Q.    Okay.  Even though the plume may not be drawn

9   exactly to your -- in the way you would have prepared it; is

01:21PM   10   that fair?

11        A.    The perchlorate plume or the TCE plume?

12        Q.    The perchlorate plume.

13        A.    I didn't really have a problem with the perchlorate

14   plume.  It was the TCE plume that I was referring to.

01:21PM   15        Q.    Okay.  And what was your problem with that?

16        A.    Well, they drew a -- they draw -- you can see it

17   here, they draw a dashed line with question marks.  And they're

18   connecting the TCE plume all the way back.

19              And as we saw before, there's TCE here (indicating)

01:21PM   20   and TCE way up here (indicating) and monitoring wells in

21   between.  For example, these wells (indicating), this well

22   (indicating), and then there's a monitoring well there

23   (indicating) don't detect TCE.

24        Q.    How many monitoring wells are there on site?  Fair

01:22PM   25   to say there's over 200 on the Whittaker site itself?

1692

```
 1        A.    Something like that, yes.
 2        Q.    The reason there's 200 is more monitoring wells
 3   provide you more data?
 4        A.    It does.
 5        Q.    Each monitoring well is fairly tiny; is that fair?
 6        A.    Tiny.  We tend to build them 2- to 4-inch diameter.
 7        Q.    Okay.  And those are not pumping wells?
 8        A.    No.
 9        Q.    Okay.  Someone has to draw a sample from that
10   non-pumping monitoring well; correct?
11        A.    Correct.
12        Q.    And compared to the 200 or so monitoring wells, most
13   of which, I think you told us, were installed after 2002; is
14   that correct?
15        A.    I believe so, yes.
16        Q.    Now, compared to those 200-plus monitoring wells on
17   the Whittaker-Bermite site, aren't there about 20 offsite
18   monitoring wells that -- that you're aware of?
19        A.    Something like that.  There are fewer, yes.
20        Q.    And in your review of documents in this case, did
21   you come to learn that the reason there are not more is because
22   Whittaker has declined to pay for more monitoring wells
23   offsite?
24              MR. BLUM:  Objection, Your Honor.
25              THE COURT:  Sustained.
```

**UNITED STATES DISTRICT COURT**

1693

1   Q.   (BY MR. RICHARD:)  Would you agree that more

2   monitoring wells offsite would provide more refined data

3   regarding what's going on in the groundwater?

4   A.   Well, as a hydrogeologist, we -- we always want more

01:23PM   5   data.

6   Q.   And you mentioned the mall wells, I believe, in your

7   direct testimony as having higher detections of certain

8   contaminants than -- I think you said Saugus 1 and Saugus 2.

9   Did I get that right?

01:23PM   10   A.   I said upgradient water quality.

11   Q.   Okay.  And what -- did you draw some conclusion from

12   the difference in concentrations of VOCs?

13   A.   Yes, I did.

14   Q.   And now we're -- would you agree that one reason you

01:24PM   15   would expect a difference in concentrations of contaminants is

16   that -- the mall wells are not pumping wells, are they?

17   A.   No, they're not.  They're monitoring wells.

18   Q.   Right.

19   And the Saugus wells and the other drinking water

01:24PM   20   wells are extraction wells.  They pump at over 2,000 gallons

21   per minute; correct?

22   A.   Well, they are.  However, I wasn't referring to the

23   production wells and comparing wells in that area.

24   Q.   Okay.  Well, just stick with me here for a second.

01:24PM   25   In general, would you expect there to be higher

**UNITED STATES DISTRICT COURT**

1    concentrations in wells that are not pumping when compared to

2    wells that are pumping in the same vicinity?

3        A.    Could be.  Depends on a number of different

4    factors -- where the monitoring well is screened, where the

01:24PM    5    production well is pumping from.  There's a number of factors,

6    but generally that could be true.

7        Q.    Well, you described the phenomenon of dilution

8    attributable to pumping wells in your deposition, did you not?

9        A.    Yes.

01:25PM    10       Q.    And you would agree that at the time of your

11   deposition, for perchlorate the high observations in the mall

12   wells could be because the monitoring wells are not pumping as

13   compared to the four production wells?  Is that correct?

14       A.    You do get some dilution in production wells, yes.

01:25PM    15       Q.    Okay.  You talked -- I want to show you a figure --

16            MR. RICHARD:  Actually, why don't we look at

17   Exhibit 34.  It's stipulated, Your Honor.  It's this report

18   from CH2M Hill.

19            (Exhibit 34 received into evidence.)

01:25PM    20            MR. RICHARD:  This one has the cover letter.

21       Q.    (BY MR. RICHARD:)  All right.  Is this the report

22   you reviewed, sir?

23       A.    Yes.

24       Q.    And there's a figure -- what's the page?  Yes.  I

01:26PM    25   want to show you page 65.

1    Can you tell us, do you see that figure there on the

2    right?

3        A.    Yes.

4        Q.    And these are some of the monitoring wells that you

01:26PM  5    talked about, the CW wells along that area that CH2M Hill in

6    their 2015 report had identified as a possible area where

7    VOCs -- there could be a plume out of that northern area?

8        A.    Yes.

9        Q.    And for this representation, do you see that that --

01:26PM  10   those CW-1A, 1B, 1C, although they have non-detect in the

11   analysis of CH2M Hill -- and these were the folks originally

12   hired by the Army Corps of Engineers; is that right?

13       A.    I believe so.  Yes.

14       Q.    So is that an accurate representation of what's

01:27PM  15   going on with that monitoring well, CW-1?

16       A.    In what way?

17       Q.    It shows it going down a certain level, having

18   non-detects, but not going all the way down to where he depicts

19   the groundwater flow.

01:27PM  20       A.    Well, what you're referring to as "groundwater flow"

21   is -- is their conceptual VOC area.  It's not based on data.

22   It's conceptual.  And so is it representing what the VOC plume

23   looks like?  It's conceptual.

24       Q.    Okay.  When you say "it's conceptual," by the time

01:28PM  25   this report was prepared, had VOCs been detected offsite in any

UNITED STATES DISTRICT COURT

```
 1    wells, in any of the water agencies' wells?

 2         A.    Yes.

 3         Q.    And so -- by the way, when you were talking about

 4    the SIC site, we talked about Richard Slade.  You're aware

 5    that, in 2001, Mr. Slade and his company, his associates ran

 6    some pumping tests, injection and pumping tests in that area?

 7         A.    In 2001?

 8         Q.    Yes.

 9         A.    Um, which ones are you referring to?  There have

10    been a number out there.  I'm not -- is this -- there's been

11    pumping and pumping tests for 201, when Saugus 1 and 2 were

12    restarted.  I'm not sure what you're referring to.

13         Q.    Sure.

14               You recall reading Dr. Trudell's rebuttal report in

15    this case; correct?

16         A.    Yes.

17         Q.    And he talked about pumping tests run in 2001,

18    injection and pumping tests in the alluvial -- in the Saugus

19    wells to determine if they were connected to the alluvial

20    aquifer at that time.  Do you recall reading that in his

21    report?

22         A.    I think you're referring to when they restarted --

23    well, that was 2010 when they restarted Saugus 1 and 2.

24         Q.    Oh.

25         A.    I'm not quite sure what you're talking about, 2001.
```

**UNITED STATES DISTRICT COURT**

```
              1      Q.   So are you familiar with injection and pumping tests

              2   done near Well V-201 by Richard Slade in 2001?

              3      A.   Yes.  I believe I've read about that, yes.

              4      Q.   And didn't those tests show at that time that the --

01:29PM       5   the two units, at least in that area of V-201, were not

              6   hydraulically connected?

              7      A.   Well, I think it's pretty well established that the

              8   two wells are hydraulically connected.  Every model that's

              9   ever -- that I've ever looked at that's been run out here

01:30PM      10   assumes that the alluvial aquifer recharges the Saugus

             11   formation.

             12          And so I think it's been pretty well established

             13   that they are hydraulically connected.  They're not directly

             14   hydraulically connected.  There's a delayed response, for

01:30PM      15   example, if you pump in the lower unit in the -- in the

             16   alluvial aquifer, but they are connected.

             17      Q.   But that was a pumping test done where you pump in

             18   one well, then you check for a response in the monitoring wells

             19   and the alluvium -- or the alluvial?

01:30PM      20      A.   Right.

             21      Q.   Okay.  And I wanted to ask you -- you had a figure

             22   in your report, I think at page 35.  If we could look at

             23   this -- you talked about capture zones?

             24      A.   Yes.

01:31PM      25      Q.   And would you agree that capture zones can be
```

**UNITED STATES DISTRICT COURT**

1    impacted and are impacted by pumping of production wells?

2         A.    Well, a capture zone is created by the pumping of a

3    production well.

4         Q.    Right.

5               And if there are --

6         A.    It's not influenced by it.  It's created by.  That's

7    the definition.

8         Q.    For that well?

9         A.    For that well, yes.  For each well that would be

10   pumping, if there's more than one, would have a distinct

11   capture zone.

12        Q.    Okay.

13        A.    And water molecules can't go to different wells.

14        Q.    Right.

15              But the -- would the capture zone of one well be --

16   say, V-201, be impacted by whether nearby wells were pumping or

17   not pumping?

18        A.    Yes.

19        Q.    And that's the notion of a containment well;

20   correct?

21        A.    I'm not quite sure I see the connection.  I mean, a

22   containment well would be one that would be pumping and its

23   capture zone would contain a certain area.

24        Q.    Okay.  And for V-201, the -- I'm going to look at

25   two figures from your report.  If we can look at Figure 30,

          1    which is Exhibit 1046, page 135.  This is one of the figures

          2    attached to your report?

          3        A.   Yes.

          4        Q.   And what does this tell us?

01:32PM   5        A.   Well, this was a model that was run to try to look

          6    at where the capture zones were for a number of the production

          7    wells.

          8        Q.   And was this run -- are we looking at this

          9    correctly, that the Saugus 1 and Saugus 2 wells were pumping at

01:33PM  10    the time?

         11        A.   Yes.

         12        Q.   And so would you agree that the capture zone of

         13    Well V-201 would be different during the period of time -- the

         14    13 or 14 years that the Saugus 1 and Saugus 2 wells were shut

01:33PM  15    down?

         16        A.   It would be different, yes.

         17        Q.   And I wanted to ask you if you could -- we'll look

         18    at page 34 of Exhibit 34, summary of findings.  If we can find

         19    that.

01:34PM  20             MR. RICHARD:  And there's a second paragraph under

         21    "Summary," beginning "Multiple."  If we can just enlarge that

         22    paragraph.

         23             THE WITNESS:  What is this from, sir?

         24        Q.   (BY MR. RICHARD:)  This is from your -- one of the

01:34PM  25    reports you relied on, CH2M Hill.


                        UNITED STATES DISTRICT COURT

1        A.    The 2015 report?

2        Q.    Yes, sir.

3        A.    Thank you.

4        Q.    I just want to take you through some of the

5   conclusions of these folks and see which ones you agree with

6   and which ones you take issue with.

7              So the first sentence says, "Multiple lines of

8   evidence suggest that the former Whittaker-Bermite facility is

9   a source of TCE in Saugus 1 and Saugus 2."

10             Do you take issue with that?

11       A.    That was not my conclusion.  That's correct.

12       Q.    And then he goes on to explain, quote, "This

13  includes the similarities in the distribution of TCE and

14  perchlorate in the Saugus formation."

15             Do you agree with that for any portion of the Saugus

16  formation?

17       A.    I'm not quite sure what he was referring to,

18  "similarities in the distribution."  We've looked at previously

19  in my direct testimony the distribution of TCE and perchlorate,

20  and they were quite different.  So, no, I don't think I would

21  agree with that.

22       Q.    Wouldn't the detections onsite in the monitoring

23  wells show co-location for TCE and perchlorate, again at the

24  onsite monitoring wells at Whittaker?

25       A.    Well, when you're talking about the distribution of

TCE, for me, as a hydrogeologist, that means the entire
distribution, the size of the plume.  And they are different.
Do some of the wells have both TCE and perchlorate on the
Bermite site?  Yes, they do.

01:35PM

    Q.   How about the next sentence, "Detections of VOCs in
source areas in the deeper portions of the Saugus formation
that respond to groundwater production"?  I'm not sure what
that means.  Maybe that qualifies the first sentence.

        He points out in the next sentence, quote, "The

01:36PM

general co-location of VOC and perchlorate impacted areas at
the former Whittaker-Bermite facility."

        You would agree with that; correct?

    A.   I believe I just testified that there are wells on
the Bermite facility that have both TCE and perchlorate.

01:36PM

That's correct.

    Q.   And not just wells but in numerous areas throughout
the site where you saw data that in the soil and the soil
vapor, there were detections of perchlorate and VOCs in many of
the same areas?

01:36PM

    A.   One of my opinions in my expert report, that the
source areas were basically the same.  Yes.

    Q.   In some cases, though, we find perchlorate and not
VOCs; isn't that true?

    A.   In a few cases.  Generally they were co-located and

01:36PM

I -- yes.

1    Q.    So after noting co-location and the data that this

2  expert reviewed in 2015, he concludes:  "It follows that

3  Whittaker-Bermite is a likely source of PCE in Saugus 1 and 2

4  because TCE and PCE plumes generally overlap on the former

01:37PM   5  Whittaker-Bermite facility."

6         Do you agree with the second part of that sentence,

7  that TCE and PCE plumes generally overlap on the former

8  Whittaker-Bermite facility?

9    A.    Uh, no.  And I've looked at that data quite

01:37PM  10  extensively.  And TCE moves and migrates with the groundwater

11  faster than PCE.  And so, generally, the TCE -- extent of the

12  TCE and groundwater at the Bermite site is bigger than the PCE.

13  PCE doesn't move that fast in groundwater.

14    Q.    You'd agree that TCE is the dominant VOC in the

01:37PM  15  Saugus formation onsite at the Whittaker site?

16    A.    I think we see higher concentrations of TCE than

17  PCE.  I would agree with that.

18    Q.    And greater volumes of TCE pulled out by CDM Smith

19  in the soil vapor extraction system you told us about?

01:38PM  20    A.    I'm sorry.  I -- I did not testify about a vapor

21  extraction system.

22    Q.    Oh.  My apologies.

23         So you looked at groundwater data.  Did you look at

24  any data other than groundwater data that is -- contamination

01:38PM  25  in the soil?  Again, just looking at the Whittaker-Bermite

       1    site.

       2         A.    I -- I mean, the data that I looked at -- and I

       3    didn't look at it that extensively -- was in the CDM report

       4    that I referred to earlier.

01:38PM    5         Q.    Okay.

       6         A.    My main interest was generally where source areas

       7    were.

       8         Q.    I believe you were shown a number of CDM Smith

       9    correspondence.  I'd like to -- is it fair to say you reviewed

01:39PM   10    some materials from CDM Smith in this case?

      11         A.    I reviewed their -- their report about the source,

      12    you know, identification, their soil data and their soil gas

      13    sampling data, yes.

      14         Q.    Okay.

01:39PM   15         A.    Correspondence?  I don't believe I've looked at

      16    correspondence.

      17         Q.    Did you review any information from CDM Smith that

      18    would indicate, as of late 2018, that there were high residual

      19    VOC concentrations that persist in many locations and depths at

01:39PM   20    the Whittaker site?

      21         A.    I have not looked at that, no, sir.

      22         Q.    Do you have any reason to believe that's not true?

      23         A.    I have not looked at that kind of data, so I -- I

      24    have no opinion about that.  I don't know.

01:40PM   25         Q.    Sir, do you have any opinion as to whether TCE and

1704

1      PCE in the soil will continue to migrate into the groundwater?

2             A.    I haven't looked at recent soil data, so I don't

3      know.

4             Q.    If there are VOCs in the soil, would you expect

01:40PM   5   that -- if they're above the groundwater table, that they'll

6      continue to migrate to groundwater?

7             A.    Well, it's a pretty basic principle.  If there

8      are -- if there is TCE in the -- in the soil, here or anywhere

9      else, and it rains and some of the water infiltrates, it will

01:40PM  10   dissolve that TCE and slowly migrate down to the water table.

11            Q.    And I wanted to ask you, you talked about wells at

12     one edge of the Whittaker site.  So maybe we can look at maybe

13     Exhibit 180, which is already in evidence, stipulated to.

14                  And so on this Exhibit 180, can you see that?

01:41PM  15            A.    Yes.

16            Q.    And we see on that western portion of the Whittaker

17     site three black dots.  Those represent those monitoring wells

18     in those areas?

19            A.    Yes.

01:41PM  20            Q.    And I don't think you were asked this on direct.

21     But weren't those wells -- two of those wells installed in

22     2011?

23            A.    Well, I don't have the dates they were installed

24     memorized, but they may have been, yes.

01:41PM  25            Q.    And you said that --

**UNITED STATES DISTRICT COURT**

```
 1              THE COURT:  Could you give us an idea as to which
 2    wells you may be referring to?
 3              MR. RICHARD:  Sure.
 4         Q.   (BY MR. RICHARD:)  Of those -- there are three
 5    wells -- three monitoring wells here.  One of those wells was
 6    installed in -- what? -- 2004 and two were installed in 2011;
 7    is that correct?
 8         A.   There's actually 16 wells there, sir.  But there --
 9    I believe there are three wells here (indicating), two wells
10    here (indicating), and 11 wells here (indicating).
11         Q.   Right.
12              And when you say there are 11 wells, that's because
13    they monitor different depths?
14         A.   They sample different vertical depths, that's
15    correct.
16         Q.   But they're each 2 or 3 or 4 inches in diameter?
17         A.   That's generally how we construct monitoring wells,
18    yes.
19              THE COURT:  So let me now understand this.  So are
20    there actually three wells but they have different -- they're
21    screening wells so that they -- when you say 11, one of the
22    wells will actually sample at 11 different parts of the -- of
23    the earth?
24              THE WITNESS:  That's correct, Your Honor.
25              THE COURT:  All right.  But there are actually --
```

01:41PM (line 5)
01:42PM (line 10)
01:42PM (line 15)
01:42PM (line 20)
01:42PM (line 25)

**UNITED STATES DISTRICT COURT**

```
 1    from just a visual, looking at a well, there are three wells

 2    there?

 3              THE WITNESS:  Well, in -- in two of the locations, I

 4    believe these are separate -- literally separate pipes,

 5    separate wells in the ground.

 6              So, for example, up here (indicating), I believe

 7    there are three separate wells, but they're very close to each

 8    other.  And they're sampling different vertical depths.  In

 9    other words, different layers of the Saugus.

10              THE COURT:  Understood.

11              All right.  Thank you.

12         Q.   (BY MR. RICHARD:)  And so you said -- you were asked

13    a couple of times, there have been detections of TCE in those

14    wells but rarely.  Is that --

15         A.   Yes.

16         Q.   Okay.  And for the -- and you would agree that,

17    before 2011, if there were no monitoring wells, you have no

18    information as to whether there was TCE in the groundwater in

19    that area prior to 2011?

20         A.   Well, the wells that were there before 2011, yes, we

21    have that data.  But pretty logical that if -- if you don't

22    have data prior to when you start collecting data, yes, you

23    don't know -- you don't know what's going on there.  That's

24    correct.

25         Q.   And which of the three wells or well clusters is the
```

01:43PM (line 5)
01:43PM (line 10)
01:43PM (line 15)
01:43PM (line 20)
01:44PM (line 25)

UNITED STATES DISTRICT COURT

```
 1   MP-01?
 2        A.   It's the southernmost, this one here (indicating).
 3        Q.   And that was the one that was installed in 2002 or
 4   so?
 5        A.   I don't have the dates of installation memorized,
 6   but it may have been.
 7        Q.   And if we could pull up Exhibit 189.  This is
 8   already in evidence.
 9             And you were shown this briefly in your direct
10   testimony, I believe.
11        A.   I was.
12        Q.   And so for the detections of TCE noted in this
13   figure, there are a number of detections of TCE, what you call
14   rare detections, in those monitoring wells after they were
15   installed, whether it was 2011 or some other date.
16             You're not questioning -- you're not attributing any
17   of those to lab error, are you?
18        A.   I actually don't know what they're due to, and I
19   really didn't address that.
20             What I was interested in, based on this data, was
21   there a TCE plume moving through this area?  And based on very
22   limited detections of TCE, the conclusion was, no, there's not.
23        Q.   No, I -- that was your conclusion, but other experts
24   have looked at the same data and -- and reached other
25   conclusions; correct?
```

01:44PM (line 5)
01:44PM (line 10)
01:44PM (line 15)
01:44PM (line 20)
01:45PM (line 25)

1708

```
 1        A.    Uh, I believe some of your experts have suggested
 2   that Bermite is the source of contamination in the production
 3   wells.  But looking at this as a hydrogeologist, to have
 4   literally a handful of detections of TCE means that the plume
 5   is not moving through this area.
 6             As I described earlier, TCE absorbs to the soil as
 7   it moves through it.  And so if you don't see detections for
 8   nine years, TCE is not moving through there.
 9        Q.    So what --
10        A.    And hasn't moved through there.
11        Q.    You don't have an opinion -- as to the TCE that is
12   found in this particular area, you don't know where that TCE
13   came from; is that fair?
14        A.    Not exactly sure, no.
15             MR. RICHARD:  And if we could go back to Exhibit --
16   Figure 42 from his report.
17        Q.    (BY MR. RICHARD:)  And this arrow, you told us
18   earlier -- if we can look at this arrow down here, do you
19   believe that arrow fairly represents the groundwater flow
20   direction in that area?
21        A.    Generally, that's what the groundwater flow maps
22   show, yes, and even a little bit more to the southwest.  So
23   it's to the west, southwest in that area.
24        Q.    And is it -- are you not comfortable using the term
25   "plausible pathways" or pathways within the geology, beneath
```

01:45PM  (line 5)
01:46PM  (line 10)
01:46PM  (line 15)
01:47PM  (line 20)
01:47PM  (line 25)

**UNITED STATES DISTRICT COURT**

the surface of the ground?

A.   Actually, I have used that term myself, yes.

Q.   Okay.  And pathways, fair to say that they can originate with the source area?

A.   Well, by definition, yes.  I mean, you're interested in where contaminants are moving away from a source area, yes.

Q.   Okay.  And did you evaluate potential pathways from each of the source areas of TCE at the Whittaker-Bermite site?

A.   In a general way, yes.

And -- and I want to explain that a pathway isn't a line.  And we went over this in my direct testimony.  You can see the pathway that perchlorate has taken.  This is the big orange blob, I think the words you used -- oops, I didn't mean to do that -- and the pathway that the perchlorate has taken from the Bermite site is to the northwest.  That is the pathway.

Q.   From above -- so this way and that way (indicating)?  Sorry.

A.   Well, there's multiple sources on the site, as we discussed earlier.  And so from these sources, as the perchlorate migrates, one, it's subject to dispersion; two, it's subject to a widening due to a varying groundwater flow.  And so the pathway that you end up with is this big orange blob.  It's moving to the northwest.

Q.   Right.

1        But the plume's not of uniform concentration or -- I

2   mean, it has numerous variations based on the hydrogeology and

3   composition of the aquifers and soil; isn't that correct?

4        A.    I don't know if I completely understood that.  But

01:49PM  5   the area that's in orange, monitoring wells and production

6   wells within that area have all shown detections of

7   perchlorate.

8        Q.    Okay.

9        A.    So that is the area that's been impacted.  And

01:49PM  10  that's what we call a plume.  It's the word we use for that.

11       Q.    Right.

12            And so I believe you answered this earlier.  But for

13  the areas identified as question marks in this report from

14  CH2M Hill that you attached, at least this figure, to your

01:49PM  15  report, do you -- it's your testimony you have no idea what

16  those -- what those question marks refer to?

17       A.    No.   I believe I testified to that.  When we put

18  question marks on contour lines, that means we're uncertain

19  about it.

01:50PM  20       Q.    Okay.  Because there's not sufficient data?

21       A.    Yes.

22       Q.    And at the time you prepared your report in this

23  case, I think you told us that one of your opinions was

24  perchlorate and VOCs at the Whittaker site were generally

01:50PM  25  released to the same source areas?

**UNITED STATES DISTRICT COURT**

1711

```
 1        A.    Yes.

 2        Q.    Not always but generally?

 3        A.    Yeah.

 4        Q.    Okay.  And you -- you noted that -- in your review

01:50PM  5   that Ms. Stanin reached the same conclusion; is that fair?

 6        A.    Yes.

 7        Q.    Is it fair to say that at the time you prepared your

 8   report, the data showed wide -- the widespread extent of

 9   groundwater contamination beneath the Whittaker site?

01:50PM 10        A.    Could you repeat that?  I didn't completely

11   understand that.

12        Q.    Sure.

13             At the time you prepared your report, would you

14   agree that the groundwater data showed widespread groundwater

01:51PM 15   contamination beneath the Whittaker site?

16        A.    Well, we don't usually use the word "widespread."

17   However, yes, there was -- quite a few of the wells showed

18   perchlorate contamination and a number of the wells showed TCE

19   also.

01:51PM 20        Q.    And you also reached the conclusion that at least --

21   so there's the same source areas.  The perchlorate and VOCs

22   travel the same general pathway to the groundwater and then in

23   the groundwater beneath the Whittaker site; correct?

24        A.    Yes.

01:51PM 25        Q.    And so your -- there's no doubt in your mind that
```

**UNITED STATES DISTRICT COURT**

1712

1   there's what you would call a plausible pathway from the

2   Whittaker site for contaminants to travel in groundwater to

3   each of the wells at issue in this case?

4       A.   The perchlorate has shown that.  As we talked about

01:52PM  5   earlier, you can use perchlorate as a tracer.  The big

6   difference is that -- and this is something that's been well

7   established in the science of -- of fate and transport of

8   chemicals -- that TCE moves slower than perchlorate and PCE

9   moves even slower than TCE.  And so perchlorate has traveled

01:52PM  10   much farther than TCE or PCE has.

11       Q.   Right.

12       And I think you told us this earlier.  But you have

13   no idea how much TCE was released at the Whittaker site into

14   the environment in the '40s, '50s, '60s, or '70s; correct?

01:52PM  15       A.   I didn't look at that.  I was focusing on the

16   groundwater data.

17       Q.   Okay.  And so the reason that perchlorate can reach

18   each of the wells at issue in this case is because the aquifers

19   are connected and the groundwater from Whittaker travels to

01:53PM  20   those -- those wells?

21       A.   I think that's a fair statement, yes.

22       MR. RICHARD:  Okay.  I think that's all I have.

23   Thank you.

24       THE COURT:  Mr. Blum?

01:53PM  25       MR. BLUM:  Thank you, Your Honor.

<b>REDIRECT EXAMINATION</b>

1    BY MR. BLUM:

2        Q.    Mr. Hokkanen, did you review the deposition of

3    somebody called B.J. Lechler?

4        A.    Yes.

5        Q.    And who is Mr. Lechler?

6        A.    Mr. Lechler, I believe, was the main author of the

7    CH2M Hill report that we referred to.

8        Q.    That's the one that you were asked about by

9    Mr. Richard?

10       A.    Yes.

11       Q.    And in his deposition, did Mr. Lechler say anything

12   about what his conclusions were regarding the source of the

13   VOCs in the offsite wells?

14       A.    He couldn't conclude that -- that it was -- that it

15   was Bermite.  He -- he had some hypothetical -- he had some

16   hypothetical routes to the wells, but he couldn't conclude it

17   was Bermite.

18       Q.    Now, for the -- I'm going to talk about the mall

19   wells.

20            Have you -- have you actually participated in the --

21   in actual groundwater monitoring?

22       A.    At this site or any site?

23       Q.    Any site in your career.

24       A.    Many times, yes.


1714



Q.    Is there a standard practice that's followed when you are testing a well that you haven't tested for a while called "purging" the well first?

A.    Yes.  What we're worried about is there's been water possibly just standing in the well for a period of time.  We don't want to analyze that water.  We want to analyze the water surrounding that.  So we evacuate a certain amount of water to make sure we're getting water from the aquifer itself.

Q.    Okay.  Now, the questions you had from Mr. Richard about do certain wells -- if they're monitoring wells, do they accumulate concentrations if they haven't been monitored for a while.  Does purging solve that problem?

A.    Yes.  You're actually, again -- you take out a certain amount of water.  Not only what's been sitting in the well for a period of time, but you also take out enough so you're -- make sure that you're sampling the aquifer water, getting a representative of -- what we call representative groundwater.

Q.    And do you have any reason to believe that when they sampled the mall wells or the library wells or the DW wells, that they -- the people who sampled it didn't do it properly?

A.    I didn't look specifically at field logs.  However, we've established many, many years ago, very standard practices, as you mentioned, for sampling wells and that is one of the standard practices.

1715

1      Q.    Now, the concentrate -- now, what opinion do you

2  have, if any, about the significance of the concentrations of

3  the VOCs found at those mall wells, library wells, or DW wells?

4  What -- are they significant in any way?

01:56PM    5      A.    Well, what I did -- what I did was compare those

6  concentrations to concentrations, for example, seen in the

7  wells on the western boundary of OU-4, the wells -- in the

8  sentry wells that I discussed 500 feet away from Saugus 1,

9  CW-01, wells south of OU-4.  The concentrations that are found

01:56PM   10  up near 201 and 205 are higher than any of those

11  concentrations.

12      Q.    Well, they were around 15 parts per billion;

13  correct?

14      A.    Correct.

01:56PM   15      Q.    And on those wells near the site, was there anything

16  even above 1 or 2 parts per billion?

17      A.    On the edge of the plume?  No.

18      Q.    As a hydrogeologist, as plumes move further, do

19  concentrations increase or decrease?

01:57PM   20      A.    Well, they decrease.  And one of the main reasons

21  that -- in my direct is this concept of dispersion.  The other

22  thing dispersion does besides making a plume wider is it

23  dilutes the concentrations in the groundwater.  There's mixing

24  that goes on.

01:57PM   25      Q.    So is there any way for concentrations that are near

```
  1    the Whittaker site of 2 to create readings about a mile away

  2    that are 15?

  3         A.   No.  That -- it -- like you said, it goes down, not

  4    go up.

  5         Q.   It would violate the laws of physics, wouldn't it?

  6         A.   Yes.

  7         Q.   All right.  Now, um, I want to talk about the

  8    pumping test that was referred to.  Um, how long did Mr. Slade

  9    pump those wells?

 10         A.   I don't think it was that long.  It was a matter

 11    of --

 12         Q.   Was it ten days?

 13         A.   Excuse me?

 14         Q.   Was it about ten days?

 15              MR. RICHARD:  Objection.

 16              THE WITNESS:  Yeah, it wasn't too long and --

 17              THE COURT:  Hold on.  The objection is sustained.

 18    The jury is to disregard the response.

 19              And, Mr. Blum, please make sure you ask questions.

 20         Q.   (BY MR. BLUM:)  Do you know if it was less than two

 21    weeks?

 22         A.   I believe it was a fairly short period of time, like

 23    two weeks or so, yes.

 24         Q.   Would that pump test be comparable to V-201 pumping

 25    for ten years?
```

**UNITED STATES DISTRICT COURT**

```
            1      A.    No.

            2      Q.    Why?

            3      A.    Well, Saugus 1, where they were pumping -- Saugus 3

            4    and below where they were pumping in that production well is

01:58PM     5    not directly connected to the alluvial aquifer.  What you get

            6    eventually, what we call a delayed response, is you lower the

            7    water level in the Saugus formations, water will start to

            8    slowly move down and lower the water table in the alluvial

            9    aquifer.  It takes a while.

01:59PM    10      Q.    More than a couple of weeks?

           11      A.    It can, yes.  Depends on, you know, the conditions

           12    and the separation and this sort of thing.  But you don't get

           13    an immediate response.  You get what we call the delayed

           14    response.

01:59PM    15      Q.    Now, the -- the plume map that we saw from the

           16    CH2M Hill report, you recall this was the one that had the

           17    orange that was perchlorate?

           18      A.    Yes.

           19      Q.    And then it had a PCE or a -- a VOC plume that was

01:59PM    20    on the -- the site; correct?

           21      A.    On the Bermite site.  Similar to all the other plume

           22    maps we look at for TCE, yes.

           23      Q.    All right.  If we look at the different travel times

           24    and rates, would you agree that TCE generally is -- travels at

01:59PM    25    38 percent or 40 percent of the speed that perchlorate goes?
```

1718

```
 1        A.    Well, perchlorate moves slower.  Okay?

 2        Q.    Perchlorate?

 3        A.    Sorry.  PCE.  PCE moves the slowest, TCE moves a

 4   little faster than PCE, and perchlorate essentially moves at

 5   the same rate as groundwater does.  It's not -- doesn't stick,

 6   as I talked about, to the soil.  It's not retarded.  It moves

 7   at essentially the same rate.

 8        Q.    Okay.  When you look at that map and you look at

 9   those two plumes, do those plumes pretty well match the speed

10   differences between the two?

11        A.    Well, there's -- in my field, there's been a

12   tremendous amount of research trying to understand this

13   retardation of chlorinated chemicals like TCE and PCE.  And

14   what we found over the decades of looking at plumes and -- and

15   tracer studies and this sort of thing is that TCE moves at

16   anywhere from, generally speaking we see in the field, two to

17   three times slower than the groundwater moves.  It can move a

18   little bit slower than that, but generally that's what we see.

19        Q.    So we would expect to see the -- that a TCE plume

20   being between 33 and 50 percent of a perchlorate plume?

21        A.    Something like that, yes.

22        Q.    And does that match how the plumes are drawn by

23   Mr. Lechler?

24        A.    Pretty closely, yes.

25        Q.    Um, the -- oh.  By the way, just for -- in terms of
```

02:00PM (line 5)
02:00PM (line 10)
02:00PM (line 15)
02:01PM (line 20)
02:01PM (line 25)

```
 1    speed through the soil, what moves faster?  Perchlorate or

 2    VOCs?

 3         A.    Through the soil?

 4         Q.    Yes.

 5         A.    Similar to groundwater, perchlorate's going to move

 6    basically with the water.  TCE is going to move slower than the

 7    water moves.

 8         Q.    Okay.  Last set of questions, and it's about 201 and

 9    205.

10              In 201, perchlorate was found before it was found in

11    205; correct?

12              MR. RICHARD:  Objection.  Leading.

13              THE COURT:  Sustained.

14         Q.    (BY MR. BLUM:)  When was the -- when was perchlorate

15    found in 205 and 201 in relation to what was first?

16         A.    I think it was 201 first and then a few years later

17    205.

18         Q.    How about VOCs?

19         A.    Well, VOCs were first detected in 205, the one

20    that's farther away, then 201.

21         Q.    What does that tell you?

22         A.    Well, again, it's -- if that's the case, if TCE is

23    migrating from the east, it would be detected in 201 first and

24    then 205.  And it was detected in 205 first and then 201.  And

25    what that means to me, it's not coming from the east.  It's
```

02:01PM (line 5)
02:01PM (line 10)
02:02PM (line 15)
02:02PM (line 20)
02:02PM (line 25)

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| | 1    coming from somewhere else. |
| | 2                MR. BLUM:  That's all, Your Honor. |
| | 3                MR. RICHARD:  Just a couple points. |
| | 4                THE COURT:  Yes. |
| 02:02PM | 5                    **RECROSS-EXAMINATION** |
| | 6    BY MR. RICHARD: |
| | 7         Q.    You were just asked a question about if we find a |
| | 8    higher concentration in a well, one monitoring well, it would |
| | 9    defy -- defied the law of physics if there -- to suggest that |
| 02:03PM | 10   it emanated from an area with a detection that had a lower |
| | 11   concentration.  Did I hear that right? |
| | 12        A.    Well, I think -- |
| | 13        Q.    Did I hear that right? |
| | 14        A.    Can I answer the question? |
| 02:03PM | 15        Q.    Sure. |
| | 16        A.    Um, the idea is that concentration in groundwater |
| | 17   doesn't go up due to dilution, primarily dispersion.  If you |
| | 18   have, let's say, 50 here and you look downgradient of that, |
| | 19   it's not going to be over 50. |
| 02:03PM | 20        Q.    Okay.  Can we -- you would agree, though, that |
| | 21   general principle doesn't apply where you have numerous sources |
| | 22   of VOCs in varying concentrations; correct? |
| | 23        A.    Well, I was comparing that the -- for example, the |
| | 24   library and mall well data with monitoring wells data east of |
| 02:03PM | 25   that, basically on the far edge of the TCE plume.  That's what |

**UNITED STATES DISTRICT COURT**

```
 1              I was comparing to.

 2                  Q.    Right.

 3                        And it's your opinion here today on behalf of

 4              Whittaker that, even though there's only 20 or so offsite

02:04PM   5    monitoring wells ever installed, compared to the 200 onsite,

 6              that there's more than sufficient information for you on behalf

 7              of Whittaker to delineate the precise scope of that TCE plume;

 8              right?

 9                  A.    Well, I -- that's the conclusion I came to.

02:04PM  10                  MR. RICHARD:   Okay.  And so if we could look at

11              Exhibit 169, some groundwater data.  This is already in

12              evidence, Your Honor.

13                  Q.    (BY MR. RICHARD:)   What I wanted to ask you, if we

14              look at the map in the upper left-hand quadrant of Exhibit 169.

02:04PM  15                  A.    Yes.

16                  Q.    And so that's TCE in groundwater; correct?

17                  A.    Yes.

18                  Q.    And if we look at the western boundary here

19              (indicating) where we see purple dots -- do you see that?

02:05PM  20                  A.    I see that.

21                  Q.    And each of those purple dots represents a cluster

22              of monitoring wells that Whittaker was required to install on

23              its site at some point after 2002; correct?

24                  A.    I believe so, yes.

02:05PM  25                  Q.    And those concentrations are higher than some of the
```

UNITED STATES DISTRICT COURT

1722

```
 1    concentrations to the east of those monitoring wells; correct?
 2         A.    Yes.
 3         Q.    And it's fair to say that, although there's a
 4    cluster -- a line of monitoring wells in that area of the
 5    Whittaker site, there are very few offsite wells once we move
 6    off of the Whittaker site.  There's -- one, two, three -- maybe
 7    six for that -- thousands of feet to the west.  Do you see
 8    that?
 9         A.    I see the wells, yes.
10         Q.    Okay.  And so when we see -- so on the Whittaker
11    site, just looking at that data, we have green dots and yellow
12    dots to the east of those purple dots, which are the highest
13    concentration; correct?
14         A.    I'm sorry.  Could you repeat that?  I -- I lost you
15    there.
16         Q.    Sure.
17               We see green dots and yellow dots to the east of
18    those red dots on this TCE and groundwater concentration map;
19    correct?
20         A.    There are different colored dots, that's correct.
21         Q.    And each of those colored -- different colored dots
22    represents a different concentration of TCE; correct?
23         A.    I want to clarify my answer to that question.
24               First of all, you have to realize that this
25    particular map includes every single layer.  There's no
```

02:05PM (line 5)
02:05PM (line 10)
02:06PM (line 15)
02:06PM (line 20)
02:06PM (line 25)

differentiation between 1, 3A, 3C, or 5.  And then every single

year -- so it's an accumulation of all of the data.  It doesn't

really give you the picture of what's going on out there.

Okay?

02:07PM            In my mind, it really doesn't show -- and we went

over all of this before.  For example, the green dots over on

the western boundary here, it looks like there's TCE moving

through there.  And as I went through in some detail, there's

very, very few detections there.

02:07PM       Q.    Okay.  But we can agree that the purple dots are the

highest concentration for when those samples were obtained;

correct?

        A.    In -- in some aquifer that I'm not quite sure which

one it is.  We'd have to look at the specifics.

02:07PM       Q.    Okay.  And you -- thank you.

            You talked just a minute ago about the -- comparing

the rendition of the perchlorate plume to the partial rendition

of that VOC plume.  Isn't it correct that the spread, the

extent of the perchlorate plume has been dramatically impacted

02:07PM  by the pumping of the wells, Saugus 1 and Saugus 2?

        A.    Well, both the perchlorate plume and the TCE plume

have been impacted by pumping.  That's a correct statement.

        Q.    So wouldn't one have to be very careful, being a

scientist, to draw conclusions about the extent of the

02:08PM  migration of a plume that has been dramatically impacted by

1    wells that are pumping, in part, to contain the scope of that

2    perchlorate migration?

3         A.    That was a pretty long question.  Could you -- I'm

4    sorry.  Could you repeat that?

02:08PM 5         Q.    You would agree that the scope -- drawing

6    conclusions about where the plume is, it's dramatically

7    different if wells are pumping versus no wells are pumping?

8         A.    Well, what I did is look at the monitoring well data

9    to see where -- for example, let's talk about TCE.  Using the

02:08PM 10   monitoring well data, you can determine where TCE is and where

11   it isn't.  How it got there is through different hydraulic

12   responses.  Pumping -- like I mentioned before, rainfall

13   events, droughts, et cetera, et cetera.

14           What the data is is a representation of where those

02:09PM 15   chemicals have moved over a long period of time.  The different

16   influences are hard to discern exactly.  The data, it speaks

17   for itself, as they say.

18        Q.    Well, the data doesn't speak for itself as to the --

19   you can't quantify the distance that the perchlorate plume

02:09PM 20   would have traveled but for the containment wells and the wells

21   at Saugus 1 and 2 pumping at 2- or 3,000 gallons per minute;

22   correct?

23        A.    Well, there would be a difference, pumping or no

24   pumping, that's correct.

02:09PM 25        Q.    And you would expect that the rendition showing how

**UNITED STATES DISTRICT COURT**

far that perchlorate plume had extended would be less if those

containment wells were doing their job; is that fair?

    A.   I haven't really looked at that.  That's a

possibility, but I haven't really examined that.

02:09PM    Q.   So conceptually, you think the perchlorate plume

traveled farther than it otherwise would have with those Saugus

wells pumping at 2- to 3,000 gallons per minute?  Or you just

haven't looked at it?

    A.   I mean, conceptually, that's a possibility, yes.

02:10PM But I don't think anyone's really examined that.

    Q.   Okay.  And so before you draw conclusions comparing

how far the perchlorate plume has been identified and how far

the rendition for a VOC plume have traveled, wouldn't you need

more information as to the impact of those pumping wells on how

02:10PM fast the perchlorate plume is actually migrating?

    A.   Well, the -- the -- I really -- if you look at my

expert report carefully, I really didn't use how fast these

plumes have moved as part of my conclusion.

    Q.   Right.

02:10PM    A.   What I looked at was the water quality data.

    Q.   I understand.

    A.   Where is TCE?  Where isn't TCE?  How fast it got

there, how fast it's moving, that was not part of my analysis.

    Q.   Right.

02:11PM    And so even though that wasn't part of your

analysis, when Whittaker's attorney asked you the question

about comparing the relative size of the plumes, you generally

agreed with him a minute ago; right?

        MR. BLUM:  Argumentative.

02:11PM        THE COURT:  Sustained.

    Q.   (BY MR. RICHARD:)  And you just said that you didn't

look at -- if I read your report carefully, you did not look at

the speed of travel of any of the contaminants; correct?

    A.   Yeah.

02:11PM    Q.   And I think you told us earlier, that's something

that folks in your line of work sometimes calculate but it's

not something you calculated in this case?

    A.   That's correct.

    Q.   You would agree that the velocity of groundwater

02:11PM varies by the -- in this case whether we're in HSU-3, 3A, 3C,

5, it can be different for each of those HSUs?

    A.   Yes.

    Q.   And one would not want to just average those to draw

conclusions about the rate of travel of contaminants; is that

02:12PM fair?

    A.   That would be something that I wouldn't do.

        MR. RICHARD:  Thank you very much.

        MR. BLUM:  If you could -- oops.  169.

///

02:12PM ///

**FURTHER REDIRECT EXAMINATION**

BY MR. BLUM:

    Q.   Mr. Hokkanen, I want you to focus on this area right here (indicating).

    A.   Okay.

    Q.   And you see the legend down there?

    A.   Yes.

    Q.   Purple.  What's the concentration of purple?

    A.   Greater than 100 times MCL.

    Q.   What is, um, the yellow?

    A.   MCL to ten times the MCL.

    Q.   What is the green?

    A.   Non-detect to MCL.

    Q.   What is the white?

    A.   Non-detect.

    Q.   Is that what you would expect to see as the plume moves out, it decreases?

    A.   Generally speaking, if you're beyond the source areas, yes.

         MR. BLUM:  Thank you.

         MR. RICHARD:  Just one last question, Your Honor.

         THE COURT:  Yes.

**FURTHER RECROSS-EXAMINATION**

BY MR. RICHARD:

    Q.   We can agree that contaminants in groundwater shown

1728

```
         1    by that -- all those purple dots at an MCL -- let's see,

         2    concentration, 100 times the MCL -- that groundwater with those

         3    levels of high contaminants doesn't under normal conditions

         4    just stop at the ownership line or the property line; correct?

02:13PM  5         A.    Some people have argued that in the past, but I

         6    don't believe that's true.

         7         Q.    You would expect it would continue to travel past

         8    the --

         9         A.    In some direction, yes.

02:13PM  10              MR. RICHARD:  All right.  Thank you.

         11             THE COURT:  All right.  You're excused.  Please

         12   watch your step going down.

         13             THE WITNESS:  Thank you, Your Honor.

         14             THE COURT:  Let's go ahead and call your next

02:13PM  15   witness, please.

         16             MR. GALLAGHER:  Whittaker would call Tim Simpson.

         17             THE COURTROOM DEPUTY:  Good afternoon, sir.  Please

         18   come forward.  Would you please stand right there so I can

         19   swear you in.

02:14PM  20             Raise your right hand to be sworn, sir.

         21             Do you solemnly swear that the testimony you shall

         22   give in the cause now before this Court shall be the truth, the

         23   whole truth, and nothing but the truth, so help you God?

         24             THE WITNESS:  I do.

02:15PM  25             THE COURTROOM DEPUTY:  Thank you.  Please be seated.
```

**UNITED STATES DISTRICT COURT**

|   |   |
|---|---|
|  | 1 |
|  | 2 |
|  | 3 |
|  | 4 |
| 02:15PM | 5 |
|  | 6 |
|  | 7 |
|  | 8 |
|  | 9 |
| 02:15PM | 10 |
|  | 11 |
|  | 12 |
|  | 13 |
|  | 14 |
| 02:15PM | 15 |
|  | 16 |
|  | 17 |
|  | 18 |
|  | 19 |
| 02:15PM | 20 |
|  | 21 |
|  | 22 |
|  | 23 |
|  | 24 |
| 02:16PM | 25 |

1           THE WITNESS:  Thank you.

2           THE COURTROOM DEPUTY:  Sir, for the record, would

3 you please state your name and spell your last name.

4           THE WITNESS:  Timothy Sean Simpson, S-i-m-p-s-o-n.

5           THE COURT:  Mr. Gallagher.

6           MR. GALLAGHER:  Thank you, Your Honor.

7                          **TIMOTHY SIMPSON,**

8     **DEFENDANT'S WITNESS, WAS SWORN AND TESTIFIED AS FOLLOWS:**

9                      **DIRECT EXAMINATION**

10 BY MR. GALLAGHER:

11    Q.   Mr. Simpson, what do you do for a living?

12    A.   I'm an environmental engineer consultant.

13    Q.   Okay.  And what does that generally entail?

14    A.   Um, well, I help clients deal with environmental

15 matters, whether it's groundwater issues, surface water issues,

16 environmental compliance, whole litany of problems that

17 businesses in California have to deal with.

18    Q.   And can you give us a little bit of your background,

19 how you got to be in the position that you're in?

20    A.   Sure.  So I have a bachelor's of science in civil

21 engineering from Gonzaga University in Spokane, Washington.

22 And then I went on to get my master's degree in civil

23 engineering from University of California at Irvine.  I've been

24 working for about 35 years in my profession.  I'm a licensed

25 civil engineer in California, licensed geotechnical engineer in

California.

Q.     And are you generally familiar with the Whittaker-Bermite site, as we've been referring to?

A.     I am.

Q.     Okay.  And what was your first involvement at that site?

A.     I would say it's probably about 17 years ago.  I was originally involved in the -- in the initial litigation between Castaic Lake Water Agency and Whittaker.  And I was one of their consultants and experts during that initial litigation.  That ended up in a -- we had a settlement agreement.  There was first an interim settlement agreement that went on for a few years.  And then after that, there was a final settlement agreement.

MR. RICHARD:  Your Honor, object to the narrative.  If we can have a question.

THE COURT:  Yes.  Sustained at this point.

Q.     (BY MR. GALLAGHER:)  And following the settlement agreement, did you continue to serve in any type of capacity at the Bermite site on behalf of Whittaker?

A.     Yes.  I have been Whittaker's representative in monthly meetings since the 2007 settlement agreement.  It went on about 14 years.

Q.     And what's the nature or genesis of those monthly technical meetings?  Why are they happening?



1        A.    Well, we're working together on the Saugus 1 and 2

2   treatment facility that was installed and funded by Whittaker

3   to deal with perchlorate coming from the Bermite site.

4        Q.    When you say "we" are working together, who are the

02:17PM  5   "we"?

6        A.    Number of representatives from the water agency,

7   myself, a couple of my colleagues, Department of Toxic

8   Substances Control, and State Water Resources Control Board,

9   Department of Drinking Water, or DDW.

02:18PM  10       Q.    Now, in this matter, you're serving two roles for

11   us, are you not?  You're designated as an expert; correct?

12       A.    It's my understanding.

13       Q.    Okay.  And you also served as a percipient witness

14   in a number of matters.  Is that accurate?

02:18PM  15       A.    Yes.

16       Q.    Okay.  Focusing on your percipient knowledge, do you

17   recall in March of 2018 receiving notice from the -- from the

18   SCV Water Agency regarding perchlorate detections in V-205?

19       A.    I do.

02:18PM  20       Q.    And can you tell us how you received the actual

21   notice?

22       A.    I believe it was a written notification -- well,

23   back up from there.  I mean, we were -- it's something we

24   discussed is what's going on in the -- in the -- you know, with

02:19PM  25   the nearby production wells in addition to Saugus 1 and 2.

1732

```
 1      It's part of our -- our meeting agenda.
 2          Q.    That's a good point.  Let's take a step back.
 3              Um, you're involved in the remedy to address the
 4      offsite perchlorate contamination; correct?
 5          A.    Not directly.  My colleague Hassan Amini takes the
 6      lead on that, but I'm aware of what's going on.
 7          Q.    Are you involved in the -- obviously the technical
 8      meetings discussing the success, if you will, or -- or efficacy
 9      of this Saugus Perchlorate Treatment Facility and its ability
10      to address the issues like perchlorate?
11          A.    You need to explain the question a little bit.
12          Q.    Yeah.  Sorry.
13          A.    We have a perimeter containment system, and then we
14      have the Saugus 1 and 2 treatment system.
15          Q.    And what was the point of implementing the Saugus
16      Perchlorate Treatment Facility?
17          A.    The idea was to prevent future -- additional wells
18      from being shut down from a migrating plume and also to provide
19      potable water supply, to restore water supply for the agency.
20          Q.    And do you recall, as you sit here today, the first
21      time perchlorate detections arose in V-201?
22          A.    Off of memory, no.  But I'm not going to guess.
23          Q.    But -- and in terms of a general linear fashion,
24      you -- can you tell me what comes first after the site, which
25      wells were impacted?
```

02:19PM (lines 5-6)
02:19PM (line 10)
02:19PM (line 15)
02:20PM (line 20)
02:20PM (line 25)

1733

```
 1          A.    Well, 201 was the first well, the offsite well that

 2    was impacted.

 3          Q.    Before that, is the Saugus -- is S-1 and S-2 closest

 4    to the site?

 5          A.    Oh, I'm sorry.  Yes.

 6          Q.    Okay.

 7          A.    So Saugus 1 and 2 are closest to the site,

 8    originally installed there with the goal of containing the

 9    plume, preventing future -- additional migration that might

10    impact other wells.

11          Q.    And of the wells, Saugus 1 and 2, do you know which

12    one is closer to the site?

13          A.    I believe Saugus 2 is closest.

14          Q.    So then you're saying -- the site, then you have

15    Saugus 2, Saugus 1.  Which well is next in that linear path

16    going away from the site?

17          A.    It would be Well 201 and then 205 after that.

18          Q.    Okay.  And you received notice at some point --

19    strike that.

20                At some point in time after the S-1, S-2, and Saugus

21    Perchlorate Treatment Facility was installed and operating, at

22    some point did V-201 become impacted with perchlorate?

23          A.    It did.

24          Q.    Okay.  And do you know what was done in response to

25    that detection?
```

**UNITED STATES DISTRICT COURT**

```
 1          A.    Well, sure.  We -- we agreed with the plaintiff that

 2    we needed to put -- I'm sorry -- with the water agency.  There

 3    was no lawsuit at the time.  We agreed that we needed to put

 4    wellhead treatment at V-201 as quickly as possible to prevent

 5    future migration.  We had very aligned interest in that regard.

 6          Q.    And you agreed to do that.  Was that done?

 7          A.    It was.

 8          Q.    And do you know when the -- what type of treatment

 9    system was installed there?

10          A.    Anion exchange wellhead treatment system located

11    right behind the Whole Foods Market.

12          Q.    And in comparing that treatment system to the SPTF,

13    can you describe the similarities or differences?

14          A.    Well, it's -- it's using ion exchange media.  It's

15    the same media, which has proven to be very effective, at both

16    sites.

17                The difference between the Saugus 1 and 2 project

18    and the V-201 project is the amount of piping that it took

19    to -- to complete the project.  Saugus 1 and 2 is -- does not

20    use wellhead treatment.  There is a whole network of piping

21    that had to be installed to convey the water to a single place

22    where it could be treated and then blended with water that

23    comes down from the Rio Vista treatment plant before it was --

24    it's distributed to the customers.

25          Q.    Versus 201, how was that --
```

02:21PM — line 5
02:22PM — line 10
02:22PM — line 15
02:22PM — line 20
02:23PM — line 25

**UNITED STATES DISTRICT COURT**

         1        A.    201, the -- we call it that wellhead treatment where

         2   there's a wellhead and you -- you place treatment vessels right

         3   next to that -- that -- that well, hook it up.  And it's a much

         4   simpler project.

02:23PM  5        Q.    In terms of the SPTF, when did that go online, if

         6   you know, if you can recall?

         7        A.    I think it was around 2007, if I'm not mistaken.

         8        Q.    And for V-201, after the wellhead treatment was

         9   installed, do you recall when that went -- gone online?

02:23PM 10        A.    Here's a memory test again.  2017, I believe.

        11        Q.    Now, in terms of the wellhead treatment, have you

        12   ever -- has that been installed at any other wells of plaintiff

        13   during your time working with Whittaker?

        14        A.    Well, wellhead treatment was installed at Q-2,

02:24PM 15   Well Q-2, which is an alluvial well.  And that ran for a fairly

        16   short time before that -- it cleaned up very quickly.

        17              And in terms of just wellhead treatment, I know that

        18   they recently installed treatment vessels near the end wells.

        19   I'm not sure that that would be the same as wellhead treatment.

02:24PM 20   I don't know much about that project.

        21        Q.    And going back to this kind of linear pathway, you

        22   said site S-2, S-1, V-201, what's the next well in the path, if

        23   you will, for the site?

        24        A.    201 and 205.

02:24PM 25        Q.    And so going back to my initial question that

**UNITED STATES DISTRICT COURT**

```
  1   started us down this road, do you recall when you -- when
  2   Whittaker may have received notice of perchlorate detections in
  3   205 above the MCL?
  4        A.   Well, there was -- there was a written notification
  5   from the agency to Whittaker.
  6        Q.   Do you recall generally when that took place?
  7        A.   2018-ish, around that -- around that time frame.
  8   But we were aware -- I mean, again, it's a topic of discussion
  9   we have with our fellow engineers working for the agency, what
 10   was going on with other wells.
 11        Q.   And when you say you were aware, were you aware
 12   specifically of issues related to 205 or --
 13        A.   Yes.  Correct.
 14        Q.   And what do you mean to be aware and your having
 15   discussions about -- in what sense with these technical folks?
 16        A.   We -- we were told that there were detections.
 17        Q.   Prior to the 2018 notice?
 18        A.   Yes.
 19        Q.   Okay.
 20        A.   I mean, just -- not too far.  I don't know exactly
 21   when.  But, you know, they routinely -- as a responsible
 22   agency, routinely are monitoring these wells.  And -- and
 23   they're pretty forthcoming with the information and what they
 24   find.  And we were notified that there were detections of
 25   perchlorate in 205.
```

02:24PM (line 5)
02:25PM (line 10)
02:25PM (line 15)
02:25PM (line 20)
02:25PM (line 25)

1737

1    Q.    And after receiving notification, what was your

2  part, if any, in responding to this notification?

3    A.    Well, the first thing we do is, you know, trying to

4  be scientists.  Okay.  Is it real?  Is it repeatable?  And we'd

02:26PM   5  ask questions:  Was the well pumping at the time?  Was it

6  static at the time?  We wanted to know the condition under

7  which the sample was collected so we'd understand what was --

8  what it meant.

9    Q.    Okay.  And what did that process -- take a step

02:26PM  10  back.

11         Did you have these discussions with the technical

12  folks and the water agency?

13    A.    We did.

14    Q.    What was the nature of those discussions with the

02:26PM  15  water agency after receiving notice?

16    A.    Well -- okay.  For 205, the -- the reason that we

17  were very anxious and we wanted to get 201 up and operating --

18  again, 201 is upgradient.  We wanted that well to get up and

19  operating and pumping as soon as possible because we wanted the

02:26PM  20  containment value of that so that it would protect 205.

21    Q.    So to understand -- and make sure I understand

22  clearly -- the nature of the SPTF and eventually 201 is to

23  contain the perchlorate plume.  Is that accurate?

24    A.    Well, it's also to provide water supply.

02:27PM  25    Q.    Okay.  So in your conversations with the agency in

UNITED STATES DISTRICT COURT

these technical meetings, what was the nature of the

discussion?  How was -- how were we going to address the V-205

perchlorate contamination?

    A.   Well, there was discussion as to whether 201 would

be adequate to contain the plume and whether wellhead treatment

at 205 was, indeed, necessary.

    Q.   And was there anything done to try and assess

whether or not 201 would provide adequate containment?

    A.   There was.  There -- there -- we shared information

with consultants for the agency regarding water levels.  We

maintain a very large database of water level information, and

we shared that information.  And we were aware that

Daniel Craig of Todd Groundwater, one of their consultants, was

doing a -- sort of a global assessment of containment to --

    Q.   And why is that important?  What's this global

assessment -- what are you hoping to learn from it?

    A.   Whether the strategy of using Saugus 1 and 2, the --

the site perimeter containment, Saugus 1 and 2 wells and V-201

would be adequate to contain future perchlorate migration.

    Q.   And was this a discussion that you had with the

agency directly or technical folks for the agency?  Can you

elaborate?

    A.   Well, we were working together.  We provided the

information.  I believe at that time, it was a collaborative

effort.  We were, you know, hydrogeologists working together to

try to understand and study this problem and evaluate whether

the strategy is sufficient to prevent future downgradient

impacts.

Q.   And did you have any discussions with Mr. Lardiere

about this -- these discussions you were having and this --

this plan of evaluating the effectiveness of the SPTF in 201

containment?

A.   I did.  And in response to the letter that we

received from the agency I was copied on, it was directed to

Mr. Lardiere, we talked and we -- we told him that we're really

waiting to see what the results of this containment evaluation

was going to show, whether we really needed to put wellhead

treatment for 205 or whether, you know, continued pumping at

201 would be adequate to protect 205.

        THE COURT:  Can you just -- so that it's clear, when

you refer to "wellhead treatment," could you make clear what

you're referring to?

        THE WITNESS:  Yes, sir.

        So again, the wellhead treatment would be the

vessels we installed at V-201 that began pumping around that

time and that provides hydraulic containment.  And hopefully

the spread -- the perchlorate plume wouldn't spread any

further.

Q.   (BY MR. GALLAGHER:)  You had these discussions, you

spoke with Mr. Lardiere about this -- can we call it a

1740

```
  1    wait-and-see approach?  Is that fair?
  2          A.    That's a fair assessment.
  3          Q.    Okay.  And we're waiting and seeing.  And are you
  4    waiting for additional information, I believe you said?
02:30PM  5      A.    Right.  So we -- we worked, I believe,
  6    collaboratively with Todd Groundwater to come up with -- you
  7    know, to provide them the information -- excuse me -- them the
  8    information they needed to do the assessment of whether we had
  9    adequate containment.  And we were waiting for this containment
02:30PM 10   report and --
 11          Q.    And did you ever receive this containment report?
 12          A.    Not until after this lawsuit was filed.
 13          Q.    Did you ever have a discussion with Mr. Lardiere of,
 14    you know, should we just do perchlorate treatment?  Should we
02:30PM 15   just install wellhead treatment at 205?
 16          A.    Well, we had given -- we had been given him costs
 17    for what it would take to put treatment on -- wellhead
 18    treatment at 205.  We do that as part of our yearly projections
 19    to him so he knows what's coming.  We didn't say it wasn't
02:31PM 20   needed.  We didn't say it was absolutely needed.  We informed
 21    him as to the -- the fact that the technical folks were looking
 22    at this trying to see if our strategy was adequate to protect
 23    205 or not.
 24          Q.    In your conversations with Mr. Lardiere, did he ever
02:31PM 25   say, um, you know, he wouldn't pay for the perchlorate
```

**UNITED STATES DISTRICT COURT**

         1    treatment at 205?

         2           MR. RICHARD:  Objection, Your Honor.  This one calls

         3    for hearsay.

         4           THE COURT:  Sustained.

02:31PM  5       Q.    (BY MR. GALLAGHER:)  Do you have an understanding of

         6    whether or not Whittaker was delaying in -- unnecessarily in

         7    paying for any treatment of V-205?

         8       A.    Absolutely not.  He -- if we told Mr. Lardiere that

         9    he should install wellhead treatment, he would have put

02:31PM 10    wellhead treatment in.  He would have paid for it.

        11       Q.    Okay.  So is it my understanding, then, that it was

        12    the technical folks like yourself recommending this

        13    wait-and-see approach?

        14       A.    That's correct.

02:32PM 15       Q.    Stepping back for a minute and focusing now on

        16    V-201.  I know you've been a part of many conversations about

        17    the status of the DDW permitting process as it relates to 201.

        18    Is that fair?

        19       A.    That's fair, yes.

02:32PM 20       Q.    Can you describe how you've been involved in the 201

        21    and the DDW permitting process?

        22       A.    Well, it's -- it's an ongoing topic of discussion.

        23    And I remember when we first finished the perimeter containment

        24    program that -- the wells that were installed, we -- we had a

02:32PM 25    friendly bet as to who was going to get the permit first to

1742

```
 1    operate the well.
 2             At the same time we were doing the perimeter
 3    containment, the V-201 was being constructed and started to
 4    get -- started the permit process.  And we really thought that
 5    a permit was about to happen for -- for both the -- the
 6    perimeter containment at the site, which was managed by my
 7    colleague, Dr. Amini, and V -- V-201.  And we got the permit
 8    very quickly for -- for the perimeter containment, and we have
 9    yet to get a permit for 201.
10        Q.   And have you had any involvement in the actual
11    drafting of the permit documentation, et cetera?
12        A.   No.
13        Q.   Well, taking a -- taking a step back, what's
14    involved in this permit process, if you know?
15        A.   Well, it's -- it's -- there's a technical report
16    that's required and a source water assessment, and they're very
17    involved -- I don't -- you know, it's a -- it's a laborious
18    process to -- to obtain this permit because it's considered a
19    highly impaired source of water.
20        Q.   Okay.  And that involves this policy by the DDW, as
21    what you refer to it, 97-005?
22        A.   That's correct.
23        Q.   And do you have an understanding of -- or been
24    involved in this process in complying with 97-005 policy
25    requirements, et cetera?
```

02:33PM — line 5
02:33PM — line 10
02:33PM — line 15
02:33PM — line 20
02:34PM — line 25

1       A.     I don't understand the question.  I'm sorry.

2       Q.     Well, how are you involved, if at all, in this

3   permitting process?

4       A.     We just learned about what's happening.  We don't --

5   we're not directly involved.  I would say Whittaker funds it,

6   but we're not -- we don't have really a seat at the table

7   between the discussions, between DDW and the water agency.

8              THE COURT:  We're going to break now.  Is this an

9   okay stopping point?

10             MR. GALLAGHER:  Yes.

11             THE COURT:  All right.  So, ladies and gentlemen, we

12  will conclude for the day.  I'm going to have you back tomorrow

13  at 8:30, ordinary time.

14             Please remember, don't speak to anyone about the

15  case, the people, or the subject matter involved.  Continue to

16  keep an open mind.

17             We'll see you tomorrow at 8:30.

18             THE COURTROOM DEPUTY:  All rise for the jury,

19  please.

20             (Out of the presence of the jury:)

21             THE COURT:  And you may step down, sir.  Thank you.

22             We remain on the record -- please be seated.  We

23  remain on the record outside the presence of the jury.

24             And let me just get some further time estimates for

25  the -- your remaining case, beginning with the witness who's

**UNITED STATES DISTRICT COURT**

```
          1    currently on the witness stand.

          2              MR. BLUM:  Your Honor, we have -- we believe our

          3    part for Mr. Simpson will take another -- an additional

          4    45 minutes.

02:35PM    5              THE COURT:  All right.

          6              MR. BLUM:  And I can't speak for the plaintiff.

          7              THE COURT:  Do you have a time estimate for

          8    cross-examination, Mr. Richard?

          9              MR. RICHARD:  Well, I haven't heard all of it, but

02:35PM   10    probably 45 minutes.

         11              THE COURT:  Has he been deposed?

         12              MR. RICHARD:  He has been deposed.

         13              THE COURT:  All right.  And then the rest is

         14    comprised of the video depositions.

02:36PM   15              MR. BLUM:  There will be one additional live

         16    witness.  That would be B.J. Lechler who's under subpoena and

         17    will be here at 8:30 tomorrow morning.

         18              THE COURT:  And was he the caveat that you were

         19    alluding to?  Because I think you told me Tim Simpson, Simmons,

02:36PM   20    Jisa, and Luce.

         21              MR. BLUM:  Yes.  We were -- Your Honor, we had five

         22    potential witnesses that we could have called.  We will be

         23    resting tomorrow.

         24              THE COURT:  I'm not pushing back on you.

02:36PM   25              MR. BLUM:  Oh, no, and I --
```

```
 1              THE COURT:  I'm just asking.

 2              MR. BLUM:  Yes, sir.  He was the one we decided we

 3    should call, and we're not going to call the rest.

 4              THE COURT:  That's all I was asking.  All right.

 5              MR. BLUM:  Yes, sir.

 6              THE COURT:  And what is your time estimate for

 7    Mr. Lechler?  And then tell me about the witnesses who will be

 8    presented by video.

 9              MR. BLUM:  Well, the only witness by video is going

10    to be Ms. Durant.  The other ones, there will be no video.  It

11    will have to be read in.

12              THE COURT:  I see.

13              MR. BLUM:  And Mr. Lechler -- I don't think it will

14    go more than an hour for direct.  And just so you know, he's a

15    non-retained expert.

16              THE COURT:  And when you say "non-retained expert,"

17    that means he wasn't designated as an expert.

18              MR. BLUM:  He was designated specifically as a

19    non-retained expert.

20              THE COURT:  Is that true for Ms. Durant?

21              MR. BLUM:  It was in the rebuttal designation by

22    plaintiff.

23              THE COURT:  Is that correct, Mr. Richard?

24              MR. RICHARD:  They were designated as professional

25    witnesses who may offer technical testimony, Your Honor.  So
```

The timestamps in the left margin read: 02:36PM (line 5), 02:37PM (line 10), 02:37PM (line 15), 02:37PM (line 20), 02:37PM (line 25).

out of an abundance of caution, we designate witnesses as

potentially offering, you know, testimony in the nature of

expert testimony.

THE COURT:  All right.  But returning to the -- the

amount of time.  So I'm trying to figure out how much time it's

going to take us through the day.

So it appears to me we have two-and-a-half hours,

and that's even before cross-examination, with B.J. Lechler.

Do you have an approximation, Mr. Richard, on cross-examination

for Mr. Lechler?

MR. RICHARD:  Probably an hour.  He wrote a lot.

I'm not -- less than an hour.

THE COURT:  All right.  And so tell me -- this you

could probably give me much more precise information.  For each

of the deponents who will testify, how much time do you

anticipate for each one?

MR. BLUM:  Well, Ms. Durant is timed at 50

minutes -- that's the easy one -- for both sides.  And we're --

and we've agreed that we will play it in one -- one like we did

with Mr. Peloquin.

THE COURT:  All right.

MR. BLUM:  The other -- the three of them, I

anticipate -- we still have not got it down solid, but it's

about 20 minutes each.  We really are limiting what we're going

to read in.

1747

|   |   |
|---|---|
| | 1 |

                    THE COURT:  So you're anticipating another hour for

all of the remaining witnesses who will be appearing by

deposition?

                    MR. BLUM:  Yes, sir.  And that's for both sides.

                    THE COURT:  All right.  I'm going to have to take

another look.  I'll want to hear from you, Mr. Richard.  So if

you would take the lectern.

                    I'm going to need to take another look at the

objections for Ms. Durant.  I was prepared to rule, but I was

basing my ruling on her not being designated as an expert.  And

it appears to me that you have a number of objections, which

likely my ruling will turn on, that are based upon improper

opinion by a non-designated expert.

                    So if she's been designated, what's the objection?

                    MR. RICHARD:  She's not a retained -- or she's

designated, I think, under 701 or 702 as someone who may

give -- I think we designated some of the defendants as

potential witnesses who may offer testimony in the nature of

expert testimony, meaning beyond the jury's comprehension.

                    So, you know, I'll have to check her designation,

but that was certainly the intent.  These are people who

have -- may be using technical terms.  She's not a retained

expert.  She doesn't speak for the company or the

corporation --

                    THE COURT:  So --

1748

1        MR. RICHARD:  -- the agency.

2        THE COURT:  -- however you ultimately implemented

3   whatever you were intending to do, you're telling the Court the

4   intent was simply to signify that she was a person, albeit a

02:40PM  5   percipient witness, who had expert knowledge?

6        MR. RICHARD:  Yes, Your Honor.

7        THE COURT:  But not that she would be offering

8   expert opinions?

9        And let me draw the distinction for you that I have

02:40PM  10   in mind.  So you have a treating physician.  And the treating

11   physician gives opinions based upon what the diagnosis was,

12   what the prognosis was, but then doesn't necessarily offer

13   opinions outside of what the treating physician did within the

14   course and scope of his or her work.

02:41PM  15        And so is that what you did here?  Because as I see

16   it, there are opinions that are offered that would fit the

17   category of a designated expert, not just someone who happens

18   to have expertise, but they're being asked opinions apart from

19   what they previously had worked upon.

02:41PM  20        MR. RICHARD:  So the short answer, Your Honor, is

21   when percipient witnesses like the physician -- and that's the

22   classic example -- I believe we're required to disclose those,

23   as we would with a treating physician, as someone who may be

24   offering testimony in the nature of an expert opinion.

02:41PM  25        And for physicians, they can talk about what they

```
 1   did at the time.  They can't offer opinions going forward
 2   typically or something that they didn't do at the time.
 3            So she definitely falls in that category.  If she
 4   had -- if she expressed an opinion to the agency at the time, I
 5   think that's fair game.  But to be asked all sorts of questions
 6   during her deposition beyond what she actually did as a
 7   percipient witness, I think that's where the mischief begins.
 8            THE COURT:  All right.  And, Mr. Blum, let me hear a
 9   response, please.
10            MR. BLUM:  Your Honor, I know no basis in the FRCP
11   to make that distinction.
12            They named her as a non-retained expert.  There is
13   no doubt about that.  She's non-retained because neither side
14   hired her, but they admit she's an expert.  They referred to
15   her as a non-retained expert.  They say she's going to give
16   opinions as a non-retained expert.  And now they want to limit
17   what those opinions are.  I understand why, but that's not
18   allowed.
19            THE COURT:  All right.  Well, for what it's worth, I
20   don't know that what the parties are fighting over is quite
21   that momentous.
22            But do you have anything further that you wish to
23   add to this legal point?
24            MR. BLUM:  Well, Your Honor, what -- the sentence
25   where they -- that they say is the qualifying sentence in
```

their -- in their rebuttal designation, they said that they

reserve the right to call non-retained experts or individuals

who have personal knowledge and with appropriate knowledge,

skill, training, expertise, or education, which is an expert,

to offer rebuttal testimony.  That's a non-retained expert.

THE COURT:  And when you deposed Ms. Durant, did you

ask her whether she intended to offer rebuttal opinions and

what those opinions were?

MR. BLUM:  No, because she -- as a non-retained

expert, the rules are different, Your Honor.  There's no report

or anything like that.

THE COURT:  I understand that.  But I assume -- I

assume as a lawyer who is being told that a witness may offer

rebuttal opinions, that you'd want to know what those are.

MR. BLUM:  I think I asked her what her opinions

were, but I didn't go through what you normally go through with

a retained expert.

THE COURT:  All right.  I'll take a look at the

objections with this conversation in mind, now that I better

understand at least what the factual record apparently is.

Other than that, the Court is going to adjourn for

the day.

The parties should be prepared to address some jury

instruction issues by tomorrow at 8:00 o'clock.  I do have a

sentencing at 7:30 tomorrow, but I do expect to be done by 8:00

**UNITED STATES DISTRICT COURT**

```
         1    or thereabouts.

         2              And then we'll continue the discussion on the jury

         3    instructions at the end of the day after the -- the evidence

         4    has concluded.

02:44PM  5              Mr. Richard, do you anticipate at this point

         6    presenting a rebuttal case?

         7              MR. RICHARD:  We are evaluating whether to call one

         8    live witness, and then there is a 30(b)(6) deposition that

         9    we'll evaluate whether I use that.  And we'll have an answer

02:45PM  10   for the Court at 8:00 a.m. tomorrow, if that's okay.

         11             THE COURT:  That's fine.

         12             But do you also agree, Mr. Richard, that, based upon

         13   what you've heard and which you know, that you believe we will

         14   get done with the evidence tomorrow?

02:45PM  15             MR. RICHARD:  Yes, Your Honor.

         16             THE COURT:  All right.  Then unless there's anything

         17   further, I will see the parties back tomorrow at 8:00 o'clock.

         18             Is there anything further, Mr. Richard, for the

         19   plaintiff?

02:45PM  20             MR. RICHARD:  If there was, it slipped out of my

         21   mind.

         22             THE COURT:  Mr. Blum, I see you rising.

         23             MR. BLUM:  It's just a question.  Do I -- we'll be

         24   doing closings on Thursday, then?

02:45PM  25             THE COURT:  Yes.  You do not have to anticipate
```

1    closing tomorrow.

2              MR. BLUM:  Okay.

3              THE COURT:  All right.  We're in recess.

4              (Proceedings adjourned at 2:45 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

1          **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES   )
                             )
4    STATE OF CALIFORNIA     )

5

6              I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT

7    REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

8    CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

9    TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17              DATED THIS 1ST DAY OF DECEMBER, 2021.

18

19

20              /S/ MYRA L. PONCE
    _____
21      MYRA L. PONCE, CSR NO. 11544, CRR, RDR
            FEDERAL OFFICIAL COURT REPORTER
22

23

24

25


                    **UNITED STATES DISTRICT COURT**

**'**

'15 [1] - 1684:22
'40S [1] - 1712:14
'50S [1] - 1712:14
'60S [1] - 1712:14
'70S [1] - 1712:14
'97 [1] - 1683:13

**1**

1 [36] - 1680:4, 1680:12, 1680:22, 1681:4, 1681:12, 1683:12, 1683:14, 1683:24, 1684:6, 1684:9, 1684:12, 1684:14, 1686:16, 1693:8, 1696:11, 1696:23, 1699:9, 1699:14, 1700:9, 1702:3, 1715:8, 1715:16, 1717:3, 1723:1, 1723:20, 1724:21, 1731:1, 1731:25, 1732:14, 1733:7, 1733:11, 1733:15, 1734:17, 1734:19, 1738:17, 1738:18
100 [2] - 1727:9, 1728:2
1046 [1] - 1699:1
11 [4] - 1705:10, 1705:12, 1705:21, 1705:22
13 [1] - 1699:14
135 [1] - 1699:1
14 [2] - 1699:14, 1730:23
15 [2] - 1715:12, 1716:2
16 [1] - 1705:8
169 [3] - 1721:11, 1721:14, 1726:23
17 [1] - 1730:7
180 [3] - 1682:6, 1704:13, 1704:14
189 [1] - 1707:7
194 [1] - 1688:17
1997 [3] - 1683:10, 1683:11, 1683:15
1:02 [1] - 1678:1
1B [1] - 1695:10
1C [1] - 1695:10

**2**

2 [38] - 1680:4, 1680:13, 1680:22,

1681:4, 1681:13, 1683:13, 1683:15, 1683:24, 1684:6, 1684:9, 1684:12, 1684:14, 1692:6, 1693:8, 1696:11, 1696:23, 1699:9, 1699:14, 1700:9, 1702:3, 1705:16, 1715:16, 1716:1, 1723:20, 1724:21, 1725:7, 1731:1, 1731:25, 1732:14, 1733:7, 1733:11, 1733:13, 1733:15, 1734:17, 1734:19, 1738:17, 1738:18
2,000 [1] - 1693:20
20 [3] - 1692:17, 1721:4, 1746:24
200 [4] - 1691:25, 1692:2, 1692:12, 1721:5
200-PLUS [1] - 1692:16
2001 [5] - 1696:5, 1696:7, 1696:17, 1696:25, 1697:2
2002 [3] - 1692:13, 1707:3, 1721:23
2004 [1] - 1705:6
2007 [2] - 1730:22, 1735:7
201 [30] - 1683:7, 1684:17, 1684:18, 1685:1, 1685:3, 1696:11, 1715:10, 1719:8, 1719:10, 1719:15, 1719:16, 1719:20, 1719:23, 1719:24, 1733:1, 1733:17, 1734:25, 1735:1, 1735:24, 1737:17, 1737:18, 1737:22, 1738:4, 1738:8, 1739:6, 1739:14, 1741:17, 1741:20, 1742:9
2010 [2] - 1684:22, 1696:23
2011 [6] - 1704:22, 1705:6, 1706:17, 1706:19, 1706:20, 1707:15
2015 [5] - 1689:3, 1690:21, 1695:6, 1700:1, 1702:2
2017 [1] - 1735:10
2018 [3] - 1703:18, 1731:17, 1736:17

2018-ISH [1] - 1736:7
2019 [2] - 1685:20, 1688:19
2020 [1] - 1685:20
2021 [2] - 1678:1, 1685:21
205 [27] - 1683:7, 1684:17, 1684:18, 1685:1, 1685:4, 1715:10, 1719:9, 1719:11, 1719:15, 1719:17, 1719:19, 1719:24, 1733:17, 1735:24, 1736:3, 1736:12, 1736:25, 1737:16, 1737:20, 1738:6, 1739:13, 1739:14, 1740:15, 1740:18, 1740:23, 1741:1
2:45 [1] - 1752:4

**3**

3 [2] - 1705:16, 1717:3
3,000 [2] - 1724:21, 1725:7
30 [2] - 1678:1, 1698:25
30(B)(6 [1] - 1751:8
33 [1] - 1718:20
34 [4] - 1694:17, 1694:19, 1699:18
35 [2] - 1697:22, 1729:24
38 [1] - 1717:25
3A [2] - 1723:1, 1726:15
3C [2] - 1723:1, 1726:15

**4**

4 [1] - 1705:16
4-INCH [1] - 1692:6
40 [1] - 1717:25
403 [1] - 1679:9
42 [4] - 1688:16, 1689:9, 1690:16, 1708:16
45 [2] - 1744:4, 1744:10

**5**

5 [3] - 1687:11, 1721:3, 1726:16
50 [5] - 1687:11, 1718:20, 1720:18, 1720:19, 1746:17

500 [2] - 1687:11, 1715:8

**6**

65 [1] - 1694:25

**7**

701 [1] - 1747:16
702 [1] - 1747:16
7:30 [1] - 1750:25

**8**

8:00 [4] - 1750:24, 1750:25, 1751:10, 1751:17
8:30 [3] - 1743:13, 1743:17, 1744:17

**9**

97-005 [2] - 1742:21, 1742:24

**A**

A.M [1] - 1751:10
ABILITY [1] - 1732:9
ABLE [1] - 1684:11
ABSENCE [3] - 1680:21, 1681:6, 1690:7
ABSOLUTELY [2] - 1740:20, 1741:8
ABSORBS [1] - 1708:6
ABUNDANCE [1] - 1746:1
ACCUMULATE [1] - 1714:11
ACCUMULATION [1] - 1723:2
ACCURATE [4] - 1688:7, 1695:14, 1731:14, 1737:23
ACTUAL [5] - 1683:2, 1684:8, 1713:22, 1731:20, 1742:10
ADD [1] - 1749:23
ADDITION [1] - 1731:25
ADDITIONAL [5] - 1732:17, 1733:9, 1740:4, 1744:3, 1744:15
ADDRESS [6] - 1690:20, 1707:19, 1732:3, 1732:10,

1738:2, 1750:23
ADEQUATE [6] - 1738:5, 1738:8, 1738:19, 1739:14, 1740:9, 1740:22
ADJOURN [1] - 1750:21
ADJOURNED [1] - 1752:4
ADMIT [1] - 1749:14
ADMITTED [1] - 1688:17
AECOM [2] - 1682:14, 1685:17
AFTERNOON [1] - 1728:17
AGENCIES' [1] - 1696:1
AGENCY [2] - 1730:9, 1731:18
AGENCY [16] - 1731:6, 1732:19, 1734:2, 1736:5, 1736:9, 1736:22, 1737:12, 1737:15, 1737:25, 1738:10, 1738:21, 1739:9, 1743:7, 1748:1, 1749:4
AGENDA [1] - 1732:1
AGO [4] - 1714:23, 1723:16, 1726:3, 1730:7
AGREE [26] - 1679:12, 1681:6, 1682:9, 1689:16, 1693:1, 1693:14, 1694:10, 1697:25, 1699:12, 1700:5, 1700:15, 1700:21, 1701:12, 1702:6, 1702:14, 1702:17, 1706:16, 1711:14, 1717:24, 1720:20, 1723:10, 1724:5, 1726:14, 1727:25, 1751:12
AGREED [5] - 1726:3, 1734:1, 1734:3, 1734:6, 1746:19
AGREEMENT [5] - 1730:11, 1730:12, 1730:14, 1730:19, 1730:22
AHEAD [1] - 1728:14
AL-12 [1] - 1681:21
ALBEIT [1] - 1748:4
ALIGNED [1] - 1734:5
ALLOWED [1] - 1749:18
ALLUDING [1] -

1744:19
ALLUVIAL [8] - 1696:18, 1696:19, 1697:10, 1697:16, 1697:19, 1717:5, 1717:8, 1735:15
ALLUVIUM [1] - 1697:19
AMINI [2] - 1732:5, 1742:7
AMOUNT [5] - 1714:7, 1714:14, 1718:12, 1734:18, 1746:5
ANALYSIS [3] - 1695:11, 1725:23, 1726:1
ANALYZE [2] - 1714:6
AND [1] - 1729:8
ANGELES [1] - 1678:2
ANION [1] - 1734:10
ANSWER [6] - 1681:8, 1691:7, 1720:14, 1722:23, 1748:20, 1751:9
ANSWERED [1] - 1710:12
ANTICIPATE [4] - 1746:16, 1746:23, 1751:5, 1751:25
ANTICIPATING [1] - 1747:1
ANXIOUS [1] - 1737:17
APART [1] - 1748:10
APOLOGIES [1] - 1702:22
APOLOGIZE [1] - 1686:14
APPEARING [1] - 1747:2
APPLY [1] - 1720:21
APPROACH [2] - 1740:1, 1741:13
APPROPRIATE [1] - 1750:3
APPROXIMATE [1] - 1688:24
APPROXIMATION [1] - 1746:9
AQUIFER [8] - 1696:20, 1697:10, 1697:16, 1714:8, 1714:16, 1717:5, 1717:9, 1723:13
AQUIFERS [2] - 1710:3, 1712:18
AREA [31] - 1687:4, 1687:19, 1687:22, 1688:9, 1689:14, 1689:25, 1690:7,

1690:12, 1690:13, 1693:23, 1695:5, 1695:6, 1695:7, 1695:21, 1696:6, 1697:5, 1698:23, 1706:19, 1707:21, 1708:5, 1708:12, 1708:20, 1708:23, 1709:4, 1709:6, 1710:5, 1710:6, 1710:9, 1720:10, 1722:4, 1727:3
AREAS [12] - 1701:6, 1701:10, 1701:16, 1701:19, 1701:21, 1703:6, 1704:18, 1709:8, 1710:13, 1710:25, 1711:21, 1727:19
ARGUED [1] - 1728:5
ARGUMENTATIVE [1] - 1726:4
ARMY [1] - 1695:12
AROSE [1] - 1732:21
ARROW [3] - 1708:17, 1708:18, 1708:19
AS [2] - 1678:14, 1729:8
ASSESS [1] - 1738:7
ASSESSMENT [5] - 1738:14, 1738:16, 1740:2, 1740:8, 1742:16
ASSOCIATES [1] - 1696:5
ASSUME [2] - 1750:12, 1750:13
ASSUMES [1] - 1697:10
ATTACHED [6] - 1688:16, 1689:1, 1689:9, 1690:16, 1699:2, 1710:14
ATTORNEY [1] - 1726:1
ATTRIBUTABLE [1] - 1694:8
ATTRIBUTING [1] - 1707:16
AUTHOR [1] - 1713:7
AVAILABLE [1] - 1682:12
AVERAGE [1] - 1726:18
AWARE [8] - 1692:18, 1696:4, 1732:6, 1736:8, 1736:11, 1736:14, 1738:12

**B**

B.J [3] - 1713:4, 1744:16, 1746:8
BACHELOR'S [1] - 1729:20
BACKGROUND [1] - 1729:18
BAD [1] - 1688:14
BASED [10] - 1681:9, 1682:10, 1682:12, 1695:21, 1707:20, 1707:21, 1710:2, 1747:12, 1748:11, 1751:12
BASIC [1] - 1704:7
BASING [1] - 1747:10
BASIS [1] - 1749:10
BECOME [1] - 1733:22
BEGAN [1] - 1739:20
BEGINNING [2] - 1699:21, 1743:25
BEGINS [1] - 1749:7
BEHALF [3] - 1721:3, 1721:6, 1730:20
BEHIND [1] - 1734:11
BELOW [1] - 1717:4
BENEATH [7] - 1680:1, 1680:11, 1683:3, 1708:25, 1711:9, 1711:15, 1711:23
BERMITE [23] - 1683:8, 1683:16, 1689:18, 1691:5, 1692:17, 1700:8, 1701:4, 1701:11, 1701:14, 1702:3, 1702:5, 1702:8, 1702:12, 1702:25, 1708:2, 1709:8, 1709:15, 1713:16, 1713:18, 1717:21, 1730:3, 1730:20, 1731:3
BET [1] - 1741:25
BETTER [1] - 1750:19
BETWEEN [11] - 1685:1, 1687:11, 1690:15, 1691:21, 1718:10, 1718:20, 1723:1, 1730:8, 1734:17, 1743:7
BEYOND [3] - 1727:18, 1747:19, 1749:6
BIG [3] - 1709:12, 1709:23, 1712:5
BIGGER [1] - 1702:12

BILLION [3] - 1687:12, 1715:12, 1715:16
BIT [4] - 1708:22, 1718:18, 1729:18, 1732:11
BLACK [1] - 1704:17
BLENDED [1] - 1734:22
BLOB [2] - 1709:13, 1709:24
BLUE [1] - 1690:2
BLUM [31] - 1679:9, 1692:24, 1712:25, 1713:2, 1716:20, 1719:14, 1720:2, 1726:4, 1726:23, 1727:2, 1727:20, 1742:4, 1744:6, 1744:15, 1744:21, 1744:25, 1745:2, 1745:5, 1745:9, 1745:13, 1745:18, 1745:21, 1746:17, 1746:22, 1747:4, 1749:10, 1749:24, 1750:9, 1750:15, 1751:23, 1752:2
BLUM [5] - 1680:6, 1712:24, 1716:19, 1749:8, 1751:22
BOARD [1] - 1731:8
BOUNDARY [3] - 1715:7, 1721:18, 1723:7
BOWL [4] - 1687:16, 1687:18, 1687:20, 1687:21
BREAK [2] - 1678:6, 1743:8
BRIEFLY [1] - 1707:9
BUILD [1] - 1692:6
BUSINESSES [1] - 1729:17
BY [27] - 1678:16, 1679:12, 1685:8, 1686:7, 1686:17, 1688:13, 1688:15, 1689:23, 1690:1, 1693:1, 1694:21, 1699:24, 1705:4, 1706:12, 1708:17, 1713:2, 1716:20, 1719:14, 1720:6, 1721:13, 1726:6, 1727:2, 1727:24, 1729:10, 1730:18, 1739:24, 1741:5

**C**

CALCULATE [1] - 1726:11
CALCULATED [1] - 1726:12
CALIFORNIA [1] - 1678:2
CALIFORNIA [4] - 1729:17, 1729:23, 1729:25, 1730:1
CAPACITY [1] - 1730:19
CAPTURE [8] - 1697:23, 1697:25, 1698:2, 1698:11, 1698:15, 1698:23, 1699:6, 1699:12
CAREER [1] - 1713:24
CAREFUL [1] - 1723:23
CAREFULLY [2] - 1725:17, 1726:7
CASE [17] - 1678:18, 1678:25, 1680:15, 1682:3, 1691:4, 1692:20, 1696:15, 1703:10, 1710:23, 1712:3, 1712:18, 1719:22, 1726:12, 1726:15, 1743:15, 1743:25, 1751:6
CASES [3] - 1679:2, 1701:22, 1701:24
CASTAIC [1] - 1730:9
CATEGORY [2] - 1748:17, 1749:3
CAUTION [1] - 1746:1
CAVEAT [1] - 1744:18
CDM [5] - 1702:18, 1703:3, 1703:8, 1703:10, 1703:17
CENTRAL [1] - 1687:7
CERTAIN [7] - 1690:9, 1693:7, 1695:17, 1698:23, 1714:7, 1714:10, 1714:14
CERTAINLY [2] - 1684:24, 1747:21
CERTAINTY [2] - 1680:20, 1680:24
CETERA [5] - 1684:13, 1724:13, 1742:11, 1742:25
CH2M [10] - 1689:3, 1690:4, 1690:20, 1694:18, 1695:5, 1695:11, 1699:25, 1710:14, 1713:8, 1717:16

CHECK [2] - 1697:18, 1747:20
CHEMICAL [4] - 1679:19, 1679:23, 1680:12, 1682:23
CHEMICALS [7] - 1679:17, 1679:25, 1680:15, 1681:15, 1712:8, 1718:13, 1724:15
CHLORIDE [5] - 1679:19, 1680:10, 1681:7, 1681:15, 1681:18
CHLORINATED [1] - 1718:13
CHLOROFORM [8] - 1681:11, 1681:18, 1686:8, 1686:14, 1686:24, 1688:1, 1688:2
CIRCLED [1] - 1687:25
CITE [1] - 1689:5
CIVIL [3] - 1729:20, 1729:22, 1729:25
CLARIFY [1] - 1722:23
CLASSIC [1] - 1748:22
CLEANED [1] - 1735:16
CLEANUP [1] - 1685:20
CLEAR [2] - 1739:15, 1739:16
CLEARLY [1] - 1737:22
CLIENTS [1] - 1729:14
CLOSE [1] - 1706:7
CLOSELY [1] - 1718:24
CLOSER [1] - 1733:12
CLOSEST [3] - 1733:3, 1733:7, 1733:13
CLOSING [1] - 1752:1
CLOSINGS [1] - 1751:24
CLUSTER [2] - 1721:21, 1722:4
CLUSTERS [1] - 1706:25
CO [4] - 1700:23, 1701:10, 1701:24, 1702:1
CO-LOCATED [1] - 1701:24
CO-LOCATION [3] - 1700:23, 1701:10, 1702:1

COLLABORATIVE [1] - 1738:24
COLLABORATIVELY [1] - 1740:6
COLLEAGUE [2] - 1732:5, 1742:7
COLLEAGUES [1] - 1731:7
COLLECTED [1] - 1737:7
COLLECTING [1] - 1706:22
COLORED [3] - 1722:20, 1722:21
COMFORTABLE [1] - 1708:24
COMING [4] - 1719:25, 1720:1, 1731:3, 1740:19
COMPANY [2] - 1696:5, 1747:23
COMPARABLE [1] - 1716:24
COMPARE [1] - 1715:5
COMPARED [5] - 1692:12, 1692:16, 1694:1, 1694:13, 1721:5
COMPARING [7] - 1693:23, 1720:23, 1721:1, 1723:16, 1725:11, 1726:2, 1734:12
COMPLETE [1] - 1734:19
COMPLETELY [2] - 1710:4, 1711:10
COMPLIANCE [1] - 1729:16
COMPLYING [1] - 1742:24
COMPOSITION [1] - 1710:3
COMPREHENSION [1] - 1747:19
COMPRISED [1] - 1744:14
CONCENTRATE [1] - 1715:1
CONCENTRATION [10] - 1710:1, 1720:8, 1720:11, 1720:16, 1722:13, 1722:18, 1722:22, 1723:11, 1727:8, 1728:2
CONCENTRATIONS [17] - 1693:12, 1693:15, 1694:1, 1702:16, 1703:19,

1714:11, 1715:2, 1715:6, 1715:9, 1715:11, 1715:19, 1715:23, 1715:25, 1720:22, 1721:25, 1722:1
CONCEPT [1] - 1715:21
CONCEPTUAL [4] - 1695:21, 1695:22, 1695:23, 1695:24
CONCEPTUALLY [2] - 1725:5, 1725:9
CONCLUDE [4] - 1681:5, 1713:15, 1713:17, 1743:12
CONCLUDED [1] - 1751:4
CONCLUDES [1] - 1702:2
CONCLUSION [8] - 1693:11, 1700:11, 1707:22, 1707:23, 1711:5, 1711:20, 1721:9, 1725:18
CONCLUSIONS [7] - 1700:5, 1707:25, 1713:13, 1723:24, 1724:6, 1725:11, 1726:19
CONDITION [1] - 1737:6
CONDITIONS [2] - 1717:11, 1728:3
CONNECTED [9] - 1689:18, 1696:19, 1697:6, 1697:8, 1697:13, 1697:14, 1697:16, 1712:19, 1717:5
CONNECTING [1] - 1691:18
CONNECTION [1] - 1698:21
CONSIDER [1] - 1682:22
CONSIDERATION [1] - 1681:7
CONSIDERED [1] - 1742:18
CONSTRUCT [1] - 1705:17
CONSTRUCTED [1] - 1742:3
CONSULTANT [2] - 1682:14, 1729:12
CONSULTANTS [4] - 1685:19, 1730:10, 1738:10, 1738:13
CONTAIN [5] -

1698:23, 1724:1, 1737:23, 1738:5, 1738:19
CONTAINING [1] - 1733:8
CONTAINMENT [19] - 1698:19, 1698:22, 1724:20, 1725:2, 1732:13, 1737:20, 1738:8, 1738:14, 1738:18, 1739:7, 1739:11, 1739:21, 1740:9, 1740:11, 1741:23, 1742:3, 1742:6, 1742:8
CONTAMINANTS [11] - 1679:13, 1683:3, 1683:5, 1693:8, 1693:15, 1709:6, 1712:2, 1726:8, 1726:19, 1727:25, 1728:3
CONTAMINATION [8] - 1680:7, 1702:24, 1708:2, 1711:9, 1711:15, 1711:18, 1732:4, 1738:3
CONTINUE [8] - 1678:10, 1683:22, 1704:1, 1704:6, 1728:7, 1730:19, 1743:15, 1751:2
CONTINUED [1] - 1739:13
CONTOUR [1] - 1710:18
CONTOURS [1] - 1691:2
CONTROL [2] - 1731:8
CONVERSATION [1] - 1750:19
CONVERSATIONS [3] - 1737:25, 1740:24, 1741:16
CONVEY [1] - 1734:21
COPIED [1] - 1739:9
CORPORATION [1] - 1747:24
CORPS [1] - 1695:12
CORRECT [62] - 1678:22, 1679:3, 1679:8, 1680:4, 1680:13, 1680:14, 1681:20, 1682:3, 1682:15, 1683:17, 1683:24, 1685:16, 1686:9, 1686:12, 1689:2, 1689:6, 1689:7, 1690:3,

1692:10, 1692:11, 1692:14, 1693:21, 1694:13, 1696:15, 1698:20, 1700:11, 1701:12, 1701:15, 1705:7, 1705:15, 1705:24, 1706:24, 1707:25, 1710:3, 1711:23, 1712:14, 1715:13, 1715:14, 1717:20, 1719:11, 1720:22, 1721:16, 1721:23, 1722:1, 1722:13, 1722:19, 1722:20, 1722:22, 1723:18, 1723:22, 1724:22, 1724:24, 1726:8, 1726:13, 1728:4, 1731:11, 1732:4, 1736:13, 1741:14, 1742:22, 1745:23
CORRECTLY [3] - 1685:10, 1686:25, 1699:9
CORRESPONDENCE [3] - 1703:9, 1703:15, 1703:16
COSTS [1] - 1740:16
COUNSEL [1] - 1678:7
COUPLE [5] - 1679:17, 1706:13, 1717:10, 1720:3, 1731:7
COURSE [1] - 1748:14
COURT [4] - 1728:22, 1748:3, 1750:21, 1751:10
COURT [62] - 1678:5, 1678:10, 1679:10, 1683:22, 1684:1, 1684:7, 1684:11, 1684:18, 1684:24, 1685:5, 1686:2, 1692:25, 1705:1, 1705:19, 1705:25, 1706:10, 1712:24, 1716:17, 1719:13, 1720:4, 1726:5, 1727:22, 1728:11, 1728:14, 1729:5, 1730:17, 1739:15, 1741:4, 1743:8, 1743:11, 1743:21, 1744:5, 1744:7, 1744:11, 1744:13, 1744:18, 1744:24, 1745:1, 1745:4, 1745:6, 1745:12,

1745:16, 1745:20, 1745:23, 1746:4, 1746:13, 1746:21, 1747:1, 1747:5, 1747:25, 1748:2, 1748:7, 1749:8, 1749:19, 1750:6, 1750:12, 1750:18, 1751:11, 1751:16, 1751:22, 1751:25, 1752:3

**COURTROOM** [4] - 1728:17, 1728:25, 1729:2, 1743:18

**COVER** [1] - 1694:20

**CRAIG** [1] - 1738:13

**CREATE** [1] - 1716:1

**CREATED** [2] - 1698:2, 1698:6

**CROSS** [4] - 1678:11, 1744:8, 1746:8, 1746:9

**CROSS** [1] - 1678:15

**CROSS-EXAMINATION** [4] - 1678:11, 1744:8, 1746:8, 1746:9

**CROSS-EXAMINATION** [1] - 1678:15

**CUSTOMERS** [1] - 1734:24

**CW** [2] - 1690:24, 1695:5

**CW-01** [1] - 1715:9

**CW-1** [1] - 1695:15

**CW-1A** [1] - 1695:10

# D

**DAILY** [1] - 1678:19

**DANIEL** [1] - 1738:13

**DASHED** [2] - 1689:18, 1691:17

**DASHES** [1] - 1690:2

**DATA** [41] - 1681:22, 1682:11, 1682:12, 1688:7, 1690:7, 1690:12, 1692:3, 1693:2, 1693:5, 1695:21, 1701:17, 1702:1, 1702:9, 1702:23, 1702:24, 1703:2, 1703:12, 1703:13, 1703:23, 1704:2, 1706:21, 1706:22, 1707:20, 1707:24, 1710:20, 1711:8, 1711:14, 1712:16, 1720:24,

1721:11, 1722:11, 1723:2, 1724:8, 1724:10, 1724:14, 1724:16, 1724:18, 1725:20

**DATABASE** [1] - 1738:11

**DATE** [1] - 1707:15

**DATES** [3] - 1684:23, 1704:23, 1707:5

**DAYS** [2] - 1716:12, 1716:14

**DCA** [7] - 1679:22, 1680:3, 1681:6, 1681:14, 1681:18, 1681:19, 1681:21

**DDW** [5] - 1731:9, 1741:17, 1741:21, 1742:20, 1743:7

**DEAL** [3] - 1729:14, 1729:17, 1731:3

**DEALT** [1] - 1689:10

**DECADES** [1] - 1718:14

**DECIDED** [1] - 1745:2

**DECLINED** [1] - 1692:22

**DECREASE** [2] - 1715:19, 1715:20

**DECREASES** [1] - 1727:17

**DEEPER** [1] - 1701:6

**DEFENDANT'S** [2] - 1678:14, 1729:8

**DEFENDANTS** [1] - 1747:17

**DEFIED** [1] - 1720:9

**DEFINITELY** [1] - 1749:3

**DEFINITION** [2] - 1698:7, 1709:5

**DEFY** [1] - 1720:9

**DEGREE** [3] - 1680:20, 1680:23, 1729:22

**DELAYED** [3] - 1697:14, 1717:6, 1717:13

**DELAYING** [1] - 1741:6

**DELINEATE** [1] - 1721:7

**DEMONSTRATIVE** [1] - 1686:14

**DENIED** [1] - 1683:19

**DEPARTMENT** [2] - 1731:7, 1731:9

**DEPICTS** [1] - 1695:18

**DEPONENTS** [1] - 1746:15

**DEPOSED** [3] - 1744:11, 1744:12, 1750:6

**DEPOSITION** [7] - 1694:8, 1694:11, 1713:3, 1713:12, 1747:3, 1749:6, 1751:8

**DEPOSITIONS** [1] - 1744:14

**DEPTHS** [4] - 1703:19, 1705:13, 1705:14, 1706:8

**DEPUTY** [4] - 1728:17, 1728:25, 1729:2, 1743:18

**DESCRIBE** [2] - 1734:13, 1741:20

**DESCRIBED** [3] - 1681:10, 1694:7, 1708:6

**DESIGNATE** [1] - 1746:1

**DESIGNATED** [10] - 1731:11, 1745:17, 1745:18, 1745:24, 1747:10, 1747:13, 1747:14, 1747:16, 1747:17, 1748:17

**DESIGNATION** [3] - 1745:21, 1747:20, 1750:1

**DETAIL** [1] - 1723:8

**DETECT** [4] - 1691:23, 1695:10, 1727:13, 1727:15

**DETECTED** [20] - 1679:25, 1680:11, 1680:12, 1682:16, 1683:12, 1683:13, 1683:15, 1684:4, 1684:5, 1684:6, 1684:15, 1684:16, 1684:21, 1685:3, 1688:24, 1690:19, 1695:25, 1719:19, 1719:23, 1719:24

**DETECTION** [3] - 1687:11, 1720:10, 1733:25

**DETECTIONS** [22] - 1686:8, 1686:11, 1687:24, 1688:2, 1688:5, 1693:7, 1700:22, 1701:18, 1706:13, 1707:12, 1707:13, 1707:14, 1707:22, 1708:4, 1708:7, 1710:6, 1723:9, 1731:18,

1732:21, 1736:2, 1736:16, 1736:24

**DETECTIONS** [1] - 1701:5

**DETECTS** [1] - 1695:18

**DETERMINE** [2] - 1696:19, 1724:10

**DIAGNOSIS** [1] - 1748:11

**DIAMETER** [2] - 1692:6, 1705:16

**DIFFERENCE** [5] - 1693:12, 1693:15, 1712:6, 1724:23, 1734:17

**DIFFERENCES** [2] - 1718:10, 1734:13

**DIFFERENT** [21] - 1694:3, 1698:13, 1699:13, 1699:16, 1700:20, 1701:2, 1705:13, 1705:14, 1705:20, 1705:22, 1706:8, 1706:9, 1717:23, 1722:20, 1722:21, 1722:22, 1724:7, 1724:11, 1724:15, 1726:16, 1750:10

**DIFFERENTIATION** [1] - 1723:1

**DILUTES** [1] - 1715:23

**DILUTION** [3] - 1694:7, 1694:14, 1720:17

**DIRECT** [1] - 1729:9

**DIRECT** [9] - 1682:7, 1685:11, 1693:7, 1700:19, 1704:20, 1707:9, 1709:11, 1715:21, 1745:14

**DIRECTED** [1] - 1739:9

**DIRECTION** [3] - 1688:8, 1708:20, 1728:9

**DIRECTLY** [5] - 1697:13, 1717:5, 1732:5, 1738:21, 1743:5

**DISAGREE** [1] - 1691:1

**DISCERN** [1] - 1724:16

**DISCLOSE** [1] - 1748:22

**DISCUSSED** [3] - 1709:20, 1715:8, 1731:24

**DISCUSSING** [1] - 1732:8

**DISCUSSION** [7] - 1736:8, 1738:2, 1738:4, 1738:20, 1740:13, 1741:22, 1751:2

**DISCUSSIONS** [7] - 1736:15, 1737:11, 1737:14, 1739:4, 1739:5, 1739:24, 1743:7

**DISPERSION** [4] - 1709:21, 1715:21, 1715:22, 1720:17

**DISREGARD** [1] - 1716:18

**DISSOLVE** [1] - 1704:10

**DISTANCE** [1] - 1724:19

**DISTINCT** [1] - 1698:10

**DISTINCTION** [2] - 1748:9, 1749:11

**DISTRIBUTED** [1] - 1734:24

**DISTRIBUTION** [5] - 1700:13, 1700:18, 1700:19, 1700:25, 1701:2

**DOCUMENT** [3] - 1685:14, 1685:15

**DOCUMENTATION** [1] - 1742:11

**DOCUMENTS** [8] - 1683:18, 1683:21, 1685:9, 1685:12, 1685:19, 1686:1, 1686:3, 1692:20

**DOMINANT** [1] - 1702:14

**DONE** [7] - 1697:2, 1697:17, 1733:24, 1734:6, 1738:7, 1750:25, 1751:14

**DOT** [2] - 1687:10, 1687:14

**DOTS** [18] - 1687:1, 1687:2, 1687:4, 1688:1, 1704:17, 1721:19, 1721:21, 1722:11, 1722:12, 1722:17, 1722:18, 1722:20, 1722:21, 1723:6, 1723:10, 1728:1

**DOUBT** [3] - 1688:5, 1711:25, 1749:13

**DOWN** [14] - 1695:17,

1695:18, 1699:15, 1704:10, 1708:18, 1716:3, 1717:8, 1727:6, 1728:12, 1732:18, 1734:23, 1736:1, 1743:21, 1746:23

**DOWNGRADIENT** [2] - 1720:18, 1739:2

**DR** [2] - 1696:14, 1742:7

**DRAFT** [1] - 1686:22

**DRAFTING** [1] - 1742:11

**DRAMATICALLY** [3] - 1723:19, 1723:25, 1724:6

**DRAW** [8] - 1691:16, 1691:17, 1692:9, 1693:11, 1723:24, 1725:11, 1726:18, 1748:9

**DRAWING** [1] - 1724:5

**DRAWN** [3] - 1682:1, 1691:8, 1718:22

**DREW** [2] - 1690:9, 1691:16

**DRINKING** [1] - 1731:9

**DRINKING** [1] - 1693:19

**DROUGHTS** [1] - 1724:13

**DTSC** [4] - 1685:10, 1685:16, 1685:17, 1685:19

**DUE** [3] - 1707:18, 1709:22, 1720:17

**DURANT** [5] - 1745:10, 1745:20, 1746:17, 1747:9, 1750:6

**DURING** [5] - 1685:25, 1699:13, 1730:10, 1735:13, 1749:6

**DW** [2] - 1714:20, 1715:3

## E

**E.K.I** [1] - 1686:20

**EARTH** [1] - 1705:23

**EAST** [6] - 1719:23, 1719:25, 1720:24, 1722:1, 1722:12, 1722:17

**EASTERN** [3] - 1686:11, 1686:25, 1687:8

**EASY** [1] - 1746:18

**EDGE** [5] - 1687:25, 1688:6, 1704:12, 1715:17, 1720:25

**EDUCATION** [1] - 1750:4

**EFFECTIVE** [1] - 1734:15

**EFFECTIVENESS** [1] - 1739:6

**EFFICACY** [1] - 1732:8

**EFFORT** [1] - 1738:25

**EFFORTS** [1] - 1685:20

**ELABORATE** [1] - 1738:22

**EMANATED** [2] - 1683:20, 1720:10

**END** [3] - 1709:23, 1735:18, 1751:3

**ENDED** [1] - 1730:11

**ENGINEER** [3] - 1729:12, 1729:25

**ENGINEERING** [2] - 1729:21, 1729:23

**ENGINEERS** [1] - 1695:12

**ENGINEERS** [1] - 1736:9

**ENLARGE** [3] - 1689:21, 1689:24, 1699:21

**ENTAIL** [1] - 1729:13

**ENTIRE** [1] - 1701:1

**ENVIRONMENT** [1] - 1712:14

**ENVIRONMENTAL** [3] - 1729:12, 1729:14, 1729:16

**ERROR** [1] - 1707:17

**ESSENTIALLY** [3] - 1689:14, 1718:4, 1718:7

**ESTABLISHED** [4] - 1697:7, 1697:12, 1712:7, 1714:23

**ESTIMATE** [2] - 1744:7, 1745:6

**ESTIMATES** [1] - 1743:24

**ET** [5] - 1684:13, 1724:13, 1742:11, 1742:25

**EVACUATE** [1] - 1714:7

**EVALUATE** [3] - 1709:7, 1739:1, 1751:9

**EVALUATING** [2] - 1739:6, 1751:7

**EVALUATION** [1] - 1739:11

**EVENTS** [1] - 1724:13

**EVENTUALLY** [2] - 1717:6, 1737:22

**EVIDENCE** [7] - 1694:19, 1700:8, 1704:13, 1707:8, 1721:12, 1751:3, 1751:14

**EXACT** [1] - 1684:23

**EXACTLY** [4] - 1691:9, 1708:14, 1724:16, 1736:20

**EXAMINATION** [5] - 1678:11, 1682:7, 1744:8, 1746:8, 1746:9

**EXAMINATION** [6] - 1678:15, 1713:1, 1720:5, 1727:1, 1727:23, 1729:9

**EXAMINED** [2] - 1725:4, 1725:10

**EXAMPLE** [8] - 1691:21, 1697:15, 1706:6, 1715:6, 1720:23, 1723:6, 1724:9, 1748:22

**EXCHANGE** [2] - 1734:10, 1734:14

**EXCUSE** [2] - 1716:13, 1740:7

**EXCUSED** [1] - 1728:11

**EXHIBIT** [2] - 1686:4, 1686:15

**EXHIBIT** [12] - 1682:6, 1688:17, 1694:17, 1694:19, 1699:1, 1699:18, 1704:13, 1704:14, 1707:7, 1708:15, 1721:11, 1721:14

**EXPECT** [8] - 1693:15, 1693:25, 1704:4, 1718:19, 1724:25, 1727:16, 1728:7, 1750:25

**EXPERT** [26] - 1689:1, 1701:20, 1702:2, 1725:17, 1731:11, 1745:15, 1745:16, 1745:17, 1745:19, 1746:3, 1747:10, 1747:13, 1747:19, 1747:23, 1748:5, 1748:8, 1748:17, 1748:24, 1749:12, 1749:14, 1749:15,

1749:16, 1750:4, 1750:5, 1750:10, 1750:17

**EXPERTISE** [2] - 1748:18, 1750:4

**EXPERTS** [5] - 1678:25, 1707:23, 1708:1, 1730:10, 1750:2

**EXPLAIN** [3] - 1700:12, 1709:10, 1732:11

**EXPRESSED** [1] - 1749:4

**EXTENDED** [1] - 1725:1

**EXTENDING** [1] - 1688:20

**EXTENSIVELY** [2] - 1702:10, 1703:3

**EXTENT** [5] - 1688:24, 1702:11, 1711:8, 1723:19, 1723:24

**EXTRACTION** [3] - 1693:20, 1702:19, 1702:21

## F

**FACILITY** [3] - 1732:9, 1732:16, 1733:21

**FACILITY** [6] - 1700:8, 1701:11, 1701:14, 1702:5, 1702:8, 1731:2

**FACT** [2] - 1683:23, 1740:21

**FACTORS** [2] - 1694:4, 1694:5

**FACTUAL** [1] - 1750:20

**FAIR** [24] - 1678:18, 1679:7, 1679:18, 1680:17, 1681:8, 1682:5, 1683:16, 1691:10, 1691:24, 1692:5, 1703:9, 1708:13, 1709:3, 1711:5, 1711:7, 1712:21, 1722:3, 1725:2, 1726:20, 1740:1, 1740:2, 1741:18, 1741:19, 1749:5

**FAIRLY** [4] - 1692:5, 1708:19, 1716:22, 1735:15

**FALLS** [1] - 1749:3

**FAMILIAR** [2] - 1697:1, 1730:2

**FAR** [5] - 1720:25, 1725:1, 1725:12, 1725:15, 1736:20

**FASHION** [1] - 1732:23

**FAST** [5] - 1702:13, 1725:15, 1725:17, 1725:22, 1725:23

**FASTER** [3] - 1702:11, 1718:4, 1719:1

**FATE** [1] - 1712:7

**FEET** [2] - 1715:8, 1722:7

**FELLOW** [1] - 1736:9

**FEW** [7] - 1684:20, 1701:24, 1711:17, 1719:16, 1722:5, 1723:9, 1730:12

**FEWER** [1] - 1692:19

**FIELD** [3] - 1714:22, 1718:11, 1718:16

**FIGHTING** [1] - 1749:20

**FIGURE** [11] - 1686:10, 1686:19, 1688:19, 1688:22, 1694:15, 1694:24, 1695:1, 1697:21, 1707:13, 1710:14, 1746:5

**FIGURE** [6] - 1686:16, 1688:16, 1689:9, 1690:16, 1698:25, 1708:16

**FIGURES** [3] - 1688:16, 1698:25, 1699:1

**FILED** [1] - 1740:12

**FINAL** [1] - 1730:13

**FINDINGS** [1] - 1699:18

**FINE** [1] - 1684:25, 1751:11

**FINISHED** [1] - 1741:23

**FIRM** [1] - 1686:21

**FIRST** [25] - 1681:2, 1684:2, 1684:8, 1684:12, 1684:14, 1684:18, 1685:2, 1685:3, 1700:7, 1701:8, 1714:3, 1719:15, 1719:16, 1719:19, 1719:23, 1719:24, 1722:24, 1730:5, 1730:12, 1732:20, 1732:24, 1733:1, 1737:3, 1741:23, 1741:25

**FIT** [1] - 1748:16

FIVE [2] - 1688:1, 1744:21
FLOW [8] - 1681:10, 1688:8, 1688:10, 1695:19, 1695:20, 1708:19, 1708:21, 1709:22
FLURRY [1] - 1686:5
FOCUS [2] - 1678:22, 1727:3
FOCUSING [3] - 1712:15, 1731:16, 1741:15
FOLKS [8] - 1695:11, 1700:5, 1726:11, 1736:15, 1737:12, 1738:21, 1740:21, 1741:12
FOLLOWED [1] - 1714:1
FOLLOWING [1] - 1730:18
FOLLOWS [1] - 1702:2
FOLLOWS [2] - 1678:14, 1729:8
FOODS [1] - 1734:11
FORMATION [5] - 1697:11, 1700:14, 1700:16, 1701:6, 1702:15
FORMATIONS [1] - 1717:7
FORMER [4] - 1700:8, 1701:11, 1702:4, 1702:7
FORTHCOMING [1] - 1736:23
FORWARD [2] - 1728:18, 1749:1
FOUR [6] - 1683:23, 1685:4, 1688:1, 1691:3, 1691:6, 1694:13
FRAME [1] - 1736:7
FRCP [1] - 1749:10
FRIENDLY [1] - 1741:25
FUNDED [1] - 1731:2
FUNDS [1] - 1743:5
FURTHER [2] - 1727:1, 1727:23
FUTURE [5] - 1732:17, 1733:9, 1734:5, 1738:19, 1739:2

## G

GALLAGHER [7] - 1728:16, 1729:6,

1729:10, 1730:18, 1739:24, 1741:5, 1743:10
GALLAGHER [1] - 1729:5
GALLONS [3] - 1693:20, 1724:21, 1725:7
GAME [1] - 1749:5
GARY [1] - 1678:13
GAS [1] - 1703:12
GENERAL [7] - 1682:22, 1693:25, 1701:10, 1709:9, 1711:22, 1720:21, 1732:23
GENERALLY [18] - 1694:6, 1701:24, 1702:4, 1702:7, 1702:11, 1703:6, 1705:17, 1708:21, 1710:24, 1711:2, 1717:24, 1718:16, 1718:18, 1726:2, 1727:18, 1729:13, 1730:2, 1736:6
GENESIS [1] - 1730:24
GENTLEMEN [1] - 1743:11
GEOLOGIST [1] - 1690:6
GEOLOGY [1] - 1708:25
GEOTECHNICAL [1] - 1729:25
GIVEN [2] - 1740:16
GLOBAL [2] - 1738:14, 1738:15
GOAL [1] - 1733:8
GOD [1] - 1728:23
GONZAGA [1] - 1729:21
GRAB [1] - 1686:5
GREATER [2] - 1702:18, 1727:9
GREEN [7] - 1687:1, 1687:2, 1688:1, 1722:11, 1722:17, 1723:6, 1727:12
GROUND [2] - 1706:5, 1709:1
GROUNDWATER [47] - 1679:13, 1680:1, 1680:11, 1680:22, 1681:10, 1683:3, 1686:9, 1688:8, 1688:10, 1693:3, 1695:19, 1695:20, 1701:7, 1702:10,

1702:12, 1702:13, 1702:23, 1702:24, 1704:1, 1704:5, 1704:6, 1706:18, 1708:19, 1708:21, 1709:22, 1711:9, 1711:14, 1711:22, 1711:23, 1712:2, 1712:16, 1712:19, 1713:22, 1714:18, 1715:23, 1718:5, 1718:17, 1719:5, 1720:16, 1721:11, 1721:16, 1722:18, 1726:14, 1727:25, 1728:2, 1729:15
GROUNDWATER [2] - 1738:13, 1740:6
GUESS [3] - 1685:24, 1687:7, 1732:22
GW-13 [1] - 1681:21

## H

HALF [1] - 1746:7
HAND [2] - 1721:14, 1728:20
HANDFUL [1] - 1708:4
HARD [1] - 1724:16
HASSAN [1] - 1732:5
HEAR [7] - 1680:8, 1681:2, 1686:25, 1720:11, 1720:13, 1747:6, 1749:8
HEARD [5] - 1684:8, 1687:16, 1687:18, 1744:9, 1751:13
HEARSAY [1] - 1741:3
HELP [2] - 1728:23, 1729:14
HIGH [3] - 1694:11, 1703:18, 1728:3
HIGHER [6] - 1693:7, 1693:25, 1702:16, 1715:10, 1720:8, 1721:25
HIGHEST [2] - 1722:12, 1723:11
HIGHLY [1] - 1742:19
HILL [10] - 1689:3, 1690:4, 1690:20, 1694:18, 1695:5, 1695:11, 1699:25, 1710:14, 1713:8, 1717:16
HIRED [2] - 1695:12, 1749:14
HISTORY [3] - 1678:17, 1678:23, 1687:19

HOKKANEN [3] - 1678:8, 1713:3, 1727:3
HOKKANEN [1] - 1678:13
HOLD [1] - 1716:17
HONOR [27] - 1678:12, 1684:5, 1685:7, 1686:5, 1686:6, 1686:16, 1689:11, 1692:24, 1694:17, 1705:24, 1712:25, 1720:2, 1721:12, 1727:21, 1728:13, 1729:6, 1730:15, 1741:2, 1744:2, 1744:21, 1745:25, 1748:6, 1748:20, 1749:10, 1749:24, 1750:10, 1751:15
HOOK [1] - 1735:3
HOPEFULLY [1] - 1739:21
HOPING [1] - 1738:16
HOUR [4] - 1745:14, 1746:11, 1746:12, 1747:1
HOURS [1] - 1746:7
HSU-3 [1] - 1726:15
HSUS [2] - 1682:8, 1726:16
HULA [4] - 1687:16, 1687:18, 1687:20, 1687:21
HYDRAULIC [2] - 1724:11, 1739:21
HYDRAULICALLY [4] - 1697:6, 1697:8, 1697:13, 1697:14
HYDROGEOLOGIST [5] - 1690:6, 1693:4, 1701:1, 1708:3, 1715:18
HYDROGEOLOGISTS [1] - 1738:25
HYDROGEOLOGY [1] - 1710:2
HYPOTHETICAL [2] - 1713:16, 1713:17

## I

IDEA [7] - 1687:15, 1687:20, 1705:1, 1710:15, 1712:13, 1720:16, 1732:17
IDENTIFICATION [1] - 1703:12
IDENTIFIED [4] -

1679:17, 1695:6, 1710:13, 1725:12
IMMEDIATE [1] - 1717:13
IMPACT [2] - 1725:14, 1733:10
IMPACTED [11] - 1698:1, 1698:16, 1701:10, 1710:9, 1723:19, 1723:22, 1723:25, 1732:25, 1733:2, 1733:22
IMPACTS [1] - 1739:3
IMPAIRED [1] - 1742:19
IMPLEMENTED [1] - 1748:2
IMPLEMENTING [1] - 1732:15
IMPORTANT [1] - 1738:15
IMPROPER [1] - 1747:12
INCHES [1] - 1705:16
INCLUDE [1] - 1681:14
INCLUDES [2] - 1700:13, 1722:25
INCLUDING [1] - 1678:7
INCREASE [1] - 1715:19
INDEED [1] - 1738:6
INDICATE [1] - 1703:18
INDICATING [12] - 1687:10, 1687:22, 1691:19, 1691:20, 1691:21, 1691:22, 1691:23, 1705:9, 1705:10, 1706:6, 1709:17, 1721:19
INDICATING) [6] - 1687:5, 1689:14, 1690:17, 1705:10, 1707:2, 1727:4
INDIVIDUALS [1] - 1750:2
INFILTRATES [1] - 1704:9
INFLUENCED [1] - 1698:6
INFLUENCES [1] - 1724:16
INFORMATION [14] - 1689:8, 1703:17, 1706:18, 1721:6, 1725:14, 1736:23, 1738:9, 1738:11, 1738:12, 1738:24,

1740:4, 1740:7, 1740:8, 1746:14
**INFORMED** [1] - 1740:20
**INITIAL** [3] - 1730:8, 1730:10, 1735:25
**INJECTION** [3] - 1696:6, 1696:18, 1697:1
**INSTALL** [3] - 1721:22, 1740:15, 1741:9
**INSTALLATION** [1] - 1707:5
**INSTALLED** [19] - 1692:13, 1704:21, 1704:23, 1705:6, 1707:3, 1707:15, 1721:5, 1731:2, 1733:8, 1733:21, 1734:9, 1734:21, 1735:9, 1735:12, 1735:14, 1735:18, 1739:20, 1741:24
**INSTRUCTION** [1] - 1750:24
**INSTRUCTIONS** [1] - 1751:3
**INTENDED** [1] - 1750:7
**INTENDING** [1] - 1748:3
**INTENT** [2] - 1747:21, 1748:4
**INTEREST** [2] - 1703:6, 1734:5
**INTERESTED** [2] - 1707:20, 1709:5
**INTERIM** [1] - 1730:12
**INTERPRETATION** [5] - 1682:9, 1682:10, 1689:16, 1689:17, 1690:2
**INVOLVED** [11] - 1679:3, 1730:8, 1732:3, 1732:7, 1741:20, 1742:14, 1742:17, 1742:24, 1743:2, 1743:5, 1743:15
**INVOLVEMENT** [2] - 1730:5, 1742:10
**INVOLVES** [1] - 1742:20
**INVOLVING** [1] - 1681:25
**ION** [1] - 1734:14
**IRRELEVANT** [1] - 1679:9
**IRVINE** [1] - 1729:23

**ISSUE** [8] - 1682:2, 1683:1, 1689:8, 1691:3, 1700:6, 1700:10, 1712:3, 1712:18
**ISSUES** [5] - 1729:15, 1732:10, 1736:12, 1750:24
**ITSELF** [4] - 1691:25, 1714:8, 1724:17, 1724:18

**J**

**JISA** [1] - 1744:20
**JOB** [1] - 1725:2
**JURY** [11] - 1678:4, 1678:7, 1679:5, 1680:20, 1680:23, 1716:18, 1743:18, 1743:20, 1743:23, 1750:23, 1751:2
**JURY'S** [1] - 1747:19

**K**

**KEEP** [1] - 1743:16
**KIND** [2] - 1703:23, 1735:21
**KNOWLEDGE** [4] - 1731:16, 1748:5, 1750:3
**KNOWS** [1] - 1740:19

**L**

**LAB** [1] - 1707:17
**LABORIOUS** [1] - 1742:17
**LACK** [1] - 1690:11
**LADIES** [1] - 1743:11
**LAKE** [1] - 1730:9
**LARDIERE** [6] - 1739:4, 1739:10, 1739:25, 1740:13, 1740:24, 1741:8
**LARGE** [2] - 1679:18, 1738:11
**LAST** [3] - 1719:8, 1727:21, 1729:3
**LATE** [1] - 1703:18
**LAW** [1] - 1720:9
**LAWS** [1] - 1716:5
**LAWSUIT** [2] - 1734:3, 1740:12
**LAWYER** [1] - 1750:13
**LAYER** [1] - 1722:25
**LAYERS** [1] - 1706:9
**LEAD** [1] - 1732:6
**LEADING** [1] -

1719:12
**LEARN** [2] - 1692:21, 1738:16
**LEARNED** [1] - 1743:4
**LEAST** [4] - 1697:5, 1710:14, 1711:20, 1750:20
**LECHLER** [10] - 1713:4, 1713:6, 1713:7, 1713:12, 1718:23, 1744:16, 1745:7, 1745:13, 1746:8, 1746:10
**LECTERN** [1] - 1747:7
**LEFT** [1] - 1721:14
**LEFT-HAND** [1] - 1721:14
**LEGAL** [1] - 1749:23
**LEGEND** [2] - 1688:23, 1727:6
**LESS** [3] - 1716:20, 1725:1, 1746:12
**LETTER** [2] - 1694:20, 1739:8
**LEVEL** [3] - 1695:17, 1717:7, 1738:11
**LEVELS** [2] - 1728:3, 1738:10
**LIBRARY** [3] - 1714:20, 1715:3, 1720:24
**LICENSED** [2] - 1729:24, 1729:25
**LIKELY** [3] - 1688:7, 1702:3, 1747:12
**LIMIT** [2] - 1688:25, 1749:16
**LIMITED** [1] - 1707:22
**LIMITING** [1] - 1746:24
**LINE** [9] - 1679:13, 1689:11, 1690:9, 1691:17, 1709:11, 1722:4, 1726:11, 1728:4
**LINEAR** [3] - 1732:23, 1733:15, 1735:21
**LINES** [3] - 1689:18, 1700:7, 1710:18
**LITANY** [1] - 1729:16
**LITERALLY** [1] - 1685:4, 1706:4, 1708:4
**LITIGATION** [2] - 1730:8, 1730:10
**LIVE** [2] - 1744:15, 1751:8
**LIVING** [1] - 1729:11
**LOCATED** [4] - 1687:20, 1687:21,

1701:24, 1734:10
**LOCATION** [3] - 1700:23, 1701:10, 1702:1
**LOCATIONS** [2] - 1703:19, 1706:3
**LOGICAL** [1] - 1706:21
**LOGS** [2] - 1678:19, 1714:22
**LOOK** [30] - 1682:6, 1688:18, 1694:16, 1697:22, 1698:24, 1698:25, 1699:5, 1699:17, 1702:23, 1703:3, 1704:12, 1708:18, 1712:15, 1714:22, 1717:22, 1717:23, 1718:8, 1720:18, 1721:10, 1721:14, 1721:18, 1723:14, 1724:8, 1725:16, 1726:7, 1747:6, 1747:8, 1750:18
**LOOKED** [18] - 1681:24, 1685:9, 1686:1, 1686:10, 1688:19, 1697:9, 1700:18, 1702:9, 1702:23, 1703:2, 1703:15, 1703:21, 1703:23, 1704:2, 1707:24, 1725:3, 1725:8, 1725:20
**LOOKING** [8] - 1688:22, 1699:8, 1702:25, 1706:1, 1708:3, 1718:14, 1722:11, 1740:21
**LOOKS** [2] - 1695:23, 1723:7
**LOS** [1] - 1678:2
**LOST** [1] - 1722:14
**LOWER** [4] - 1697:15, 1717:6, 1717:8, 1720:10
**LUCE** [1] - 1744:20
**LUNCH** [1] - 1685:18

**M**

**MAIN** [3] - 1703:6, 1713:7, 1715:20
**MAINTAIN** [1] - 1738:11
**MALL** [7] - 1693:6, 1693:16, 1694:11, 1713:19, 1714:20, 1715:3, 1720:24

**MANAGED** [1] - 1742:6
**MANUFACTURE** [1] - 1679:20
**MAP** [5] - 1717:15, 1718:8, 1721:14, 1722:18, 1722:25
**MAPS** [4] - 1681:25, 1708:21, 1717:22
**MARCH** [1] - 1731:17
**MARK** [2] - 1687:23, 1690:10
**MARKET** [1] - 1734:11
**MARKS** [8] - 1689:11, 1689:25, 1690:6, 1690:15, 1691:17, 1710:13, 1710:16, 1710:18
**MASTER'S** [1] - 1729:22
**MATCH** [2] - 1718:9, 1718:22
**MATERIALS** [1] - 1703:10
**MATTER** [4] - 1678:6, 1716:10, 1731:10, 1743:15
**MATTERS** [2] - 1729:15, 1731:14
**MCL** [7] - 1727:9, 1727:11, 1727:13, 1728:1, 1728:2, 1736:3
**MEAN** [10] - 1698:21, 1703:2, 1709:5, 1709:13, 1710:2, 1725:9, 1731:23, 1736:8, 1736:14, 1736:20
**MEANING** [1] - 1747:19
**MEANS** [6] - 1701:1, 1701:8, 1708:4, 1710:18, 1719:25, 1745:17
**MEANT** [1] - 1737:8
**MECHANISM** [1] - 1683:2
**MEDIA** [2] - 1734:14, 1734:15
**MEETING** [1] - 1732:1
**MEETINGS** [4] - 1730:22, 1730:25, 1732:8, 1738:1
**MEMORIZED** [2] - 1704:24, 1707:5
**MEMORY** [3] - 1684:5, 1732:22, 1735:10
**MENTIONED** [4] - 1679:16, 1693:6,

1714:24, 1724:12
**MIGHT** [1] - 1733:9
**MIGRATE** [4] -
1683:23, 1704:1,
1704:6, 1704:10
**MIGRATED** [1] -
1682:1
**MIGRATES** [2] -
1702:10, 1709:21
**MIGRATING** [5] -
1681:12, 1681:14,
1719:23, 1725:15,
1732:18
**MIGRATION** [6] -
1679:14, 1723:25,
1724:2, 1733:9,
1734:5, 1738:19
**MILE** [1] - 1716:1
**MIND** [6] - 1711:25,
1723:5, 1743:16,
1748:10, 1750:19,
1751:21
**MINUTE** [6] - 1693:21,
1723:16, 1724:21,
1725:7, 1726:3,
1741:15
**MINUTES** [4] - 1744:4,
1744:10, 1746:18,
1746:24
**MISCHIEF** [1] - 1749:7
**MISTAKEN** [2] -
1687:22, 1735:7
**MIXING** [1] - 1715:23
**MODEL** [2] - 1697:8,
1699:5
**MOLECULES** [1] -
1698:13
**MOMENTOUS** [1] -
1749:21
**MONITOR** [1] -
1705:13
**MONITORED** [1] -
1714:11
**MONITORING** [39] -
1685:17, 1690:7,
1690:12, 1691:20,
1691:22, 1691:24,
1692:2, 1692:5,
1692:10, 1692:12,
1692:16, 1692:18,
1692:22, 1693:2,
1693:17, 1694:4,
1694:12, 1695:4,
1695:15, 1697:18,
1700:22, 1700:24,
1704:17, 1705:5,
1705:17, 1706:17,
1707:14, 1710:5,
1713:22, 1714:10,
1720:8, 1720:24,

1721:5, 1721:22,
1722:1, 1722:4,
1724:8, 1724:10,
1736:22
**MONTHLY** [2] -
1730:22, 1730:24
**MORNING** [2] -
1686:15, 1744:17
**MOST** [1] - 1692:12
**MOVE** [7] - 1702:13,
1715:18, 1717:8,
1718:17, 1719:5,
1719:6, 1722:5
**MOVED** [3] - 1708:10,
1724:15, 1725:18
**MOVES** [14] - 1702:10,
1708:7, 1712:8,
1712:9, 1718:1,
1718:3, 1718:4,
1718:6, 1718:15,
1718:17, 1719:1,
1719:7, 1727:17
**MOVING** [8] -
1681:12, 1707:21,
1708:5, 1708:8,
1709:6, 1709:24,
1723:7, 1725:23
**MP-01** [1] - 1707:1
**MR** [92] - 1678:12,
1678:16, 1679:9,
1679:11, 1679:12,
1685:7, 1685:8,
1686:4, 1686:7,
1686:13, 1686:17,
1688:12, 1688:13,
1688:14, 1688:15,
1689:21, 1689:23,
1689:24, 1690:1,
1692:24, 1693:1,
1694:16, 1694:20,
1694:21, 1699:20,
1699:24, 1705:3,
1705:4, 1706:12,
1708:15, 1708:17,
1712:22, 1712:25,
1713:2, 1716:15,
1716:20, 1719:12,
1716:20, 1719:12,
1720:3, 1720:6,
1721:10, 1721:13,
1726:4, 1726:6,
1726:22, 1726:23,
1727:2, 1727:20,
1727:21, 1727:24,
1728:10, 1728:16,
1729:6, 1729:10,
1730:15, 1730:18,
1739:24, 1741:2,
1741:5, 1743:10,
1744:2, 1744:6,

1744:9, 1744:12,
1744:15, 1744:21,
1744:25, 1745:2,
1745:5, 1745:9,
1745:13, 1745:18,
1745:21, 1745:24,
1746:11, 1746:17,
1746:22, 1747:4,
1747:15, 1748:1,
1748:6, 1748:20,
1749:10, 1749:24,
1750:9, 1750:15,
1751:7, 1751:15,
1751:20, 1751:23,
1752:2
**MULTIPLE** [1] -
1709:19
**MULTIPLE** [2] -
1699:21, 1700:7

# N

**NAME** [2] - 1729:3
**NAMED** [1] - 1749:12
**NARRATIVE** [1] -
1730:15
**NATURE** [7] -
1730:24, 1737:14,
1737:22, 1738:1,
1746:2, 1747:18,
1748:24
**NEAR** [5] - 1697:2,
1715:10, 1715:15,
1715:25, 1735:18
**NEARBY** [2] -
1698:16, 1731:25
**NECESSARILY** [2] -
1680:8, 1748:12
**NECESSARY** [1] -
1738:6
**NEED** [3] - 1725:13,
1732:11, 1747:8
**NEEDED** [6] - 1734:2,
1734:3, 1739:12,
1740:8, 1740:20
**NETWORK** [1] -
1734:20
**NEVER** [1] - 1690:18
**NEXT** [6] - 1701:5,
1701:9, 1728:14,
1733:15, 1735:3,
1735:22
**NINE** [1] - 1708:8
**NON** [16] - 1692:10,
1695:10, 1695:18,
1727:13, 1727:15,
1745:15, 1745:16,
1745:19, 1747:13,
1749:12, 1749:13,
1749:15, 1749:16,

1750:2, 1750:5,
1750:9
**NON-DESIGNATED**
[1] - 1747:13
**NON-DETECT** [3] -
1695:10, 1727:13,
1727:15
**NON-DETECTS** [1] -
1695:18
**NON-PUMPING** [1] -
1692:10
**NON-RETAINED** [10] -
1745:15, 1745:16,
1745:19, 1749:12,
1749:13, 1749:15,
1749:16, 1750:2,
1750:5, 1750:9
**NORMAL** [1] - 1728:3
**NORMALLY** [1] -
1750:16
**NORTH** [1] - 1690:15
**NORTHERN** [2] -
1690:12, 1695:7
**NORTHWEST** [2] -
1709:15, 1709:24
**NOTED** [2] - 1707:12,
1711:4
**NOTHING** [1] -
1728:23
**NOTICE** [6] - 1731:17,
1731:21, 1733:18,
1736:2, 1736:17,
1737:15
**NOTIFICATION** [4] -
1731:22, 1736:4,
1737:1, 1737:2
**NOTIFIED** [1] -
1736:24
**NOTING** [2] - 1690:6,
1702:1
**NOTION** [1] - 1698:19
**NOVEMBER** [1] -
1678:1
**NUMBER** [13] -
1681:24, 1686:5,
1686:16, 1694:3,
1694:5, 1696:10,
1699:6, 1703:8,
1707:13, 1711:18,
1731:6, 1731:14,
1747:11
**NUMEROUS** [3] -
1701:16, 1710:2,
1720:21

# O

**O'CLOCK** [2] -
1750:24, 1751:17
**OATH** [1] - 1678:8

**OBJECT** [1] - 1730:15
**OBJECTION** [6] -
1692:24, 1716:15,
1716:17, 1719:12,
1741:2, 1747:14
**OBJECTIONS** [3] -
1747:9, 1747:11,
1750:19
**OBLONG** [1] -
1688:22
**OBSERVATIONS** [1] -
1694:11
**OBTAIN** [1] - 1742:18
**OBTAINED** [1] -
1723:11
**OBVIOUSLY** [1] -
1732:7
**OCCURRED** [1] -
1687:13
**OFFER** [7] - 1745:25,
1747:18, 1748:12,
1749:1, 1750:5,
1750:7, 1750:13
**OFFERED** [1] -
1748:16
**OFFERING** [3] -
1746:2, 1748:7,
1748:24
**OFFSITE** [11] -
1690:7, 1690:12,
1692:17, 1692:23,
1693:2, 1695:25,
1713:14, 1721:4,
1722:5, 1732:4,
1733:1
**ONCE** [1] - 1722:5
**ONE** [42] - 1682:6,
1682:8, 1685:1,
1688:15, 1693:14,
1694:20, 1697:18,
1698:10, 1698:15,
1698:22, 1699:1,
1699:24, 1701:20,
1704:12, 1705:5,
1705:21, 1707:2,
1707:3, 1709:21,
1710:23, 1713:9,
1714:24, 1715:20,
1717:16, 1719:19,
1720:8, 1722:6,
1723:14, 1723:23,
1726:18, 1727:21,
1730:9, 1733:12,
1738:13, 1741:2,
1744:15, 1745:2,
1746:16, 1746:18,
1746:19, 1751:7
**ONES** [4] - 1696:9,
1700:5, 1700:6,
1745:10

ONGOING [1] - 1741:22
ONLINE [2] - 1735:5, 1735:9
ONSITE [4] - 1700:22, 1700:24, 1702:15, 1721:5
OOO [1] - 1678:3
OOPS [2] - 1709:13, 1726:23
OPEN [1] - 1743:16
OPERATE [1] - 1742:1
OPERATING [3] - 1733:21, 1737:17, 1737:19
OPERATIONAL [1] - 1678:20
OPERATIONS [1] - 1687:13
OPINION [15] - 1681:1, 1681:3, 1682:18, 1682:19, 1684:1, 1684:3, 1684:12, 1703:24, 1703:25, 1708:11, 1715:1, 1721:3, 1747:13, 1748:24, 1749:4
OPINIONS [14] - 1701:20, 1710:23, 1748:8, 1748:11, 1748:13, 1748:16, 1748:18, 1749:1, 1749:16, 1749:17, 1750:7, 1750:8, 1750:14, 1750:15
ORANGE [4] - 1709:13, 1709:23, 1710:5, 1717:17
ORDER [1] - 1684:11
ORDERING [1] - 1684:8
ORDINARY [1] - 1743:13
ORIGINALLY [3] - 1695:11, 1730:8, 1733:8
ORIGINATE [1] - 1709:4
OTHERWISE [2] - 1681:22, 1725:6
OU-4 [2] - 1715:7, 1715:9
OUTSIDE [2] - 1743:23, 1748:13
OVERLAP [2] - 1702:4, 1702:7
OVERRULED [1] - 1679:10
OWN [1] - 1689:6

OWNERSHIP [1] - 1728:4

P

P.M [1] - 1678:1
P.M [1] - 1752:4
PAGE [5] - 1694:24, 1694:25, 1697:22, 1699:1, 1699:18
PAID [1] - 1741:10
PARAGRAPH [2] - 1699:20, 1699:22
PART [14] - 1686:14, 1686:25, 1687:3, 1687:7, 1702:6, 1724:1, 1725:18, 1725:23, 1725:25, 1732:1, 1737:2, 1740:18, 1741:16, 1744:3
PARTIAL [1] - 1723:17
PARTICIPATED [1] - 1713:21
PARTICULAR [3] - 1686:18, 1708:12, 1722:25
PARTICULARLY [1] - 1681:9
PARTIES [3] - 1749:20, 1750:23, 1751:17
PARTS [5] - 1681:20, 1687:11, 1705:22, 1715:12, 1715:16
PAST [2] - 1728:5, 1728:7
PATH [2] - 1733:15, 1735:22
PATHWAY [10] - 1681:4, 1683:2, 1709:10, 1709:12, 1709:14, 1709:16, 1709:23, 1711:22, 1712:1, 1735:21
PATHWAYS [5] - 1679:14, 1708:25, 1709:3, 1709:7
PAY [2] - 1692:22, 1740:25
PAYING [1] - 1741:7
PCE [17] - 1679:5, 1679:6, 1702:3, 1702:4, 1702:7, 1702:11, 1702:12, 1702:13, 1702:17, 1704:1, 1712:8, 1712:10, 1717:19, 1718:3, 1718:4, 1718:13

PELOQUIN [1] - 1746:20
PEOPLE [4] - 1714:21, 1728:5, 1743:15, 1747:21
PER [6] - 1687:12, 1693:21, 1715:12, 1715:16, 1724:21, 1725:7
PERCENT [3] - 1717:25, 1718:20
PERCHLORATE [3] - 1732:9, 1732:16, 1733:21
PERCHLORATE [73] - 1682:1, 1682:15, 1682:19, 1682:22, 1682:25, 1683:6, 1683:7, 1683:10, 1683:12, 1683:20, 1683:23, 1684:15, 1688:20, 1688:24, 1690:25, 1691:2, 1691:5, 1691:11, 1691:12, 1691:13, 1694:11, 1700:14, 1700:19, 1700:23, 1701:3, 1701:10, 1701:14, 1701:18, 1701:22, 1709:12, 1709:14, 1709:21, 1710:7, 1710:24, 1711:18, 1711:21, 1712:4, 1712:5, 1712:8, 1712:9, 1712:17, 1717:17, 1717:25, 1718:1, 1718:2, 1718:4, 1718:20, 1719:1, 1719:10, 1719:14, 1723:17, 1723:19, 1723:21, 1724:2, 1724:19, 1725:1, 1725:5, 1725:12, 1725:15, 1731:3, 1731:18, 1732:4, 1732:10, 1732:21, 1733:22, 1736:2, 1736:25, 1737:23, 1738:3, 1738:19, 1739:22, 1740:14, 1740:25
PERCHLORATE'S [1] - 1719:5
PERCIPIENT [5] - 1731:13, 1731:16, 1748:5, 1748:21, 1749:7
PERHAPS [1] - 1686:2
PERIMETER [6] -

1732:13, 1738:18, 1741:23, 1742:2, 1742:6, 1742:8
PERIOD [6] - 1679:14, 1699:13, 1714:5, 1714:15, 1716:22, 1724:15
PERMIT [8] - 1741:25, 1742:4, 1742:5, 1742:7, 1742:9, 1742:11, 1742:14, 1742:18
PERMITTING [3] - 1741:17, 1741:21, 1743:3
PERSIST [1] - 1703:19
PERSON [1] - 1748:4
PERSONAL [1] - 1750:3
PHENOMENON [1] - 1694:7
PHYSICIAN [5] - 1748:10, 1748:11, 1748:13, 1748:21, 1748:23
PHYSICIANS [1] - 1748:25
PHYSICS [2] - 1716:5, 1720:9
PICTURE [1] - 1723:3
PIPES [1] - 1706:4
PIPING [3] - 1679:20, 1734:18, 1734:20
PLACE [3] - 1734:21, 1735:2, 1736:6
PLAINTIFF [5] - 1734:1, 1735:12, 1744:6, 1745:22, 1751:19
PLAN [1] - 1739:6
PLANT [1] - 1734:23
PLAUSIBLE [4] - 1681:3, 1683:2, 1708:25, 1712:1
PLAY [1] - 1746:19
PLUME [50] - 1682:1, 1682:9, 1682:13, 1688:20, 1688:21, 1688:22, 1690:3, 1690:25, 1691:2, 1691:8, 1691:11, 1691:12, 1691:14, 1691:18, 1695:7, 1695:22, 1701:2, 1707:21, 1708:4, 1710:10, 1715:17, 1715:22, 1717:15, 1717:21, 1718:19, 1718:20, 1720:25, 1721:7,

1723:17, 1723:18, 1723:19, 1723:21, 1723:25, 1724:6, 1724:19, 1725:1, 1725:5, 1725:12, 1725:13, 1725:15, 1727:16, 1732:18, 1733:9, 1737:23, 1738:5, 1739:22
PLUME'S [1] - 1710:1
PLUMES [12] - 1681:25, 1682:6, 1689:13, 1702:4, 1702:7, 1715:18, 1718:9, 1718:14, 1718:22, 1725:18, 1726:2
POINT [10] - 1721:23, 1730:17, 1732:2, 1732:15, 1733:18, 1733:20, 1733:22, 1743:9, 1749:23, 1751:5
POINTS [3] - 1682:11, 1701:9, 1720:3
POLICY [2] - 1742:20, 1742:24
PORTION [2] - 1700:15, 1704:16
PORTIONS [1] - 1701:6
POSITION [1] - 1729:19
POSSIBILITY [2] - 1725:4, 1725:9
POSSIBLE [3] - 1695:6, 1734:4, 1737:19
POSSIBLY [1] - 1714:5
POTABLE [1] - 1732:19
POTENTIAL [4] - 1690:2, 1709:7, 1744:22, 1747:18
POTENTIALLY [1] - 1746:2
PRACTICE [1] - 1714:1
PRACTICES [2] - 1714:24, 1714:25
PRECISE [4] - 1682:10, 1691:2, 1721:7, 1746:14
PREPARE [1] - 1686:17
PREPARED [8] - 1690:8, 1691:9, 1695:25, 1710:22, 1711:7, 1711:13,

1747:9, 1750:23
**PREPARING** [1] - 1686:18
**PRESENCE** [3] - 1678:4, 1743:20, 1743:23
**PRESENT** [2] - 1678:6
**PRESENTED** [1] - 1745:8
**PRESENTING** [1] - 1751:6
**PRETTY** [8] - 1697:7, 1697:12, 1704:7, 1706:21, 1718:9, 1718:24, 1724:3, 1736:23
**PREVENT** [3] - 1732:17, 1734:4, 1739:2
**PREVENTING** [1] - 1733:9
**PREVIOUSLY** [1] - 1678:14
**PREVIOUSLY** [2] - 1700:18, 1748:19
**PRIMARILY** [1] - 1720:17
**PRINCIPLE** [2] - 1704:7, 1720:21
**PROBLEM** [4] - 1691:13, 1691:15, 1714:12, 1739:1
**PROBLEMS** [1] - 1729:16
**PROCEEDINGS** [1] - 1752:4
**PROCESS** [8] - 1737:9, 1741:17, 1741:21, 1742:4, 1742:14, 1742:18, 1742:24, 1743:3
**PRODUCTION** [13] - 1691:6, 1693:23, 1694:5, 1694:13, 1694:14, 1698:1, 1698:3, 1699:6, 1701:7, 1708:2, 1710:5, 1717:4, 1731:25
**PROFESSION** [1] - 1729:24
**PROFESSIONAL** [1] - 1745:24
**PROGNOSIS** [1] - 1748:12
**PROGRAM** [1] - 1741:24
**PROJECT** [5] - 1734:17, 1734:18, 1734:19, 1735:4,

1735:20
**PROJECTIONS** [1] - 1740:18
**PROPERLY** [1] - 1714:21
**PROPERTY** [1] - 1728:4
**PROTECT** [3] - 1737:20, 1739:14, 1740:22
**PROVEN** [1] - 1734:15
**PROVIDE** [6] - 1692:3, 1693:2, 1732:18, 1737:24, 1738:8, 1740:7
**PROVIDED** [2] - 1678:24, 1738:23
**PROVIDES** [1] - 1739:21
**PULL** [4] - 1682:6, 1685:24, 1686:13, 1707:7
**PULLED** [1] - 1702:18
**PUMP** [5] - 1693:20, 1697:15, 1697:17, 1716:9, 1716:24
**PUMPING** [42] - 1692:7, 1692:10, 1693:16, 1694:1, 1694:2, 1694:5, 1694:8, 1694:12, 1696:6, 1696:11, 1696:17, 1696:18, 1697:1, 1697:17, 1698:1, 1698:2, 1698:10, 1698:16, 1698:17, 1698:22, 1699:9, 1716:8, 1716:24, 1717:3, 1717:4, 1723:20, 1723:22, 1724:1, 1724:7, 1724:12, 1724:21, 1724:23, 1724:24, 1725:7, 1725:14, 1737:5, 1737:19, 1739:13, 1739:20
**PURGING** [2] - 1714:3, 1714:12
**PURPLE** [7] - 1721:19, 1721:21, 1722:12, 1723:10, 1727:8, 1728:1
**PUSHING** [1] - 1744:24
**PUT** [6] - 1710:17, 1734:2, 1734:3, 1739:12, 1740:17, 1741:9
**PVC** [1] - 1679:20

## Q

**Q-2** [2] - 1735:14, 1735:15
**QUADRANT** [1] - 1721:14
**QUALIFIES** [1] - 1701:8
**QUALIFYING** [1] - 1749:25
**QUALITY** [3] - 1681:16, 1693:10, 1725:20
**QUANTIFY** [1] - 1724:19
**QUANTITIES** [1] - 1679:18
**QUESTIONING** [1] - 1707:16
**QUESTIONS** [5] - 1714:9, 1716:19, 1719:8, 1737:5, 1749:5
**QUICKLY** [4] - 1685:9, 1734:4, 1735:16, 1742:8
**QUITE** [8] - 1696:25, 1698:21, 1700:17, 1700:20, 1702:9, 1711:17, 1723:13, 1749:20
**QUOTE** [2] - 1700:12, 1701:9

## R

**RAINFALL** [1] - 1724:12
**RAINS** [1] - 1704:9
**RAISE** [1] - 1728:20
**RAN** [2] - 1696:5, 1735:15
**RANGE** [1] - 1684:22
**RARE** [1] - 1707:14
**RARELY** [1] - 1706:14
**RATE** [3] - 1718:5, 1718:7, 1726:19
**RATES** [1] - 1717:24
**REACH** [1] - 1712:17
**REACHED** [5] - 1682:2, 1684:2, 1707:24, 1711:5, 1711:20
**READ** [4] - 1697:3, 1726:7, 1745:11, 1746:25
**READING** [2] - 1696:14, 1696:20
**READINGS** [1] - 1716:1

**REAL** [1] - 1737:4
**REALIZE** [1] - 1722:24
**REALLY** [16] - 1678:22, 1687:18, 1691:13, 1707:19, 1723:3, 1723:5, 1725:3, 1725:4, 1725:10, 1725:16, 1725:17, 1739:10, 1739:12, 1742:4, 1743:6, 1746:24
**REASON** [8] - 1688:5, 1692:2, 1692:21, 1693:14, 1703:22, 1712:17, 1714:19, 1737:16
**REASONABLE** [2] - 1680:20, 1680:24
**REASONS** [1] - 1715:20
**REBUTTAL** [7] - 1696:14, 1745:21, 1750:1, 1750:5, 1750:7, 1750:14, 1751:6
**RECEIVE** [1] - 1740:11
**RECEIVED** [5] - 1694:19, 1731:20, 1733:18, 1736:2, 1739:9
**RECEIVING** [3] - 1731:17, 1737:1, 1737:15
**RECENT** [1] - 1704:2
**RECENTLY** [1] - 1735:18
**RECESS** [1] - 1752:3
**RECHARGES** [1] - 1697:10
**RECOMMENDING** [1] - 1741:12
**RECORD** [5] - 1678:5, 1729:2, 1743:22, 1743:23, 1750:20
**RECORDS** [5] - 1678:19, 1678:20, 1678:24, 1679:2, 1679:4
**RECROSS** [2] - 1720:5, 1727:23
**RECROSS-EXAMINATION** [2] - 1720:5, 1727:23
**RED** [3] - 1687:10, 1687:14, 1722:18
**REDIRECT** [2] - 1713:1, 1727:1
**REFER** [3] - 1710:16, 1739:16, 1742:21

**REFERRED** [4] - 1703:4, 1713:8, 1716:8, 1749:14
**REFERRING** [12] - 1685:13, 1690:13, 1691:14, 1693:22, 1695:20, 1696:9, 1696:12, 1696:22, 1700:17, 1705:2, 1730:3, 1739:17
**REFINED** [1] - 1693:2
**REGARD** [1] - 1734:5
**REGARDING** [5] - 1685:19, 1693:3, 1713:13, 1731:18, 1738:10
**RELATED** [1] - 1736:12
**RELATES** [1] - 1741:17
**RELATION** [1] - 1719:15
**RELATIVE** [1] - 1726:2
**RELEASED** [2] - 1710:25, 1712:13
**RELEVANT** [3] - 1681:7, 1681:9, 1681:11
**RELIED** [1] - 1699:25
**REMAIN** [4] - 1678:5, 1678:8, 1743:22, 1743:23
**REMAINING** [2] - 1743:25, 1747:2
**REMEDY** [1] - 1732:3
**REMEMBER** [6] - 1684:23, 1684:25, 1686:18, 1690:23, 1741:23, 1743:14
**REMOVE** [2] - 1688:12, 1689:22
**RENDITION** [1] - 1682:10, 1723:17, 1724:25, 1725:13
**REPEAT** [3] - 1711:10, 1722:14, 1724:4
**REPEATABLE** [1] - 1737:4
**REPORT** [36] - 1688:16, 1689:1, 1689:3, 1689:5, 1689:6, 1689:9, 1690:20, 1690:21, 1694:17, 1694:21, 1695:6, 1695:25, 1696:14, 1696:21, 1697:22, 1698:25, 1699:2, 1700:1, 1701:20, 1703:3,

1703:11, 1708:16, 1710:13, 1710:15, 1710:22, 1711:8, 1711:13, 1713:8, 1717:16, 1725:17, 1726:7, 1740:10, 1740:11, 1742:15, 1750:10

**REPORTING** [1] - 1688:25

**REPORTS** [2] - 1685:17, 1699:25

**REPRESENT** [1] - 1704:17

**REPRESENTATION** [4] - 1688:23, 1695:9, 1695:14, 1724:14

**REPRESENTATIVE** [3] - 1714:17, 1730:21

**REPRESENTATIVES** [1] - 1731:6

**REPRESENTING** [1] - 1695:22

**REPRESENTS** [3] - 1708:19, 1721:21, 1722:22

**REQUIRED** [3] - 1721:22, 1742:16, 1748:22

**REQUIREMENTS** [1] - 1742:25

**RESEARCH** [1] - 1718:12

**RESERVE** [1] - 1750:2

**RESIDUAL** [1] - 1703:18

**RESOURCES** [1] - 1731:8

**RESPECT** [2] - 1680:10, 1690:25

**RESPOND** [1] - 1701:7

**RESPONDING** [1] - 1737:2

**RESPONSE** [9] - 1697:14, 1697:18, 1716:18, 1717:6, 1717:13, 1717:14, 1733:24, 1739:8, 1749:9

**RESPONSES** [1] - 1724:12

**RESPONSIBLE** [1] - 1736:21

**REST** [2] - 1744:13, 1745:3

**RESTARTED** [3] - 1696:12, 1696:22, 1696:23

**RESTING** [1] - 1744:23

**RESTORE** [1] - 1732:19

**RESULTS** [1] - 1739:11

**RESUMED** [1] - 1678:15

**RETAINED** [13] - 1745:15, 1745:16, 1745:19, 1747:15, 1747:22, 1749:12, 1749:13, 1749:15, 1749:16, 1750:2, 1750:5, 1750:9, 1750:17

**RETARDATION** [1] - 1718:13

**RETARDED** [1] - 1718:6

**RETURNING** [1] - 1746:4

**REVIEW** [6] - 1683:18, 1683:21, 1692:20, 1703:17, 1711:4, 1713:3

**REVIEWED** [5] - 1689:5, 1694:22, 1702:2, 1703:9, 1703:11

**RICHARD** [54] - 1678:12, 1678:16, 1679:11, 1679:12, 1685:7, 1685:8, 1686:4, 1686:7, 1686:13, 1686:17, 1688:12, 1688:13, 1688:14, 1688:15, 1689:21, 1689:23, 1689:24, 1690:1, 1693:1, 1694:16, 1694:20, 1694:21, 1699:20, 1699:24, 1705:3, 1705:4, 1706:12, 1708:15, 1708:17, 1712:22, 1716:15, 1719:12, 1720:3, 1720:6, 1721:10, 1721:13, 1726:6, 1726:22, 1727:21, 1727:24, 1728:10, 1730:15, 1741:2, 1744:9, 1744:12, 1745:24, 1746:11, 1747:15, 1748:1, 1748:6, 1748:20, 1751:7, 1751:15, 1751:20

**RICHARD** [13] - 1685:6, 1686:3,

1696:4, 1697:2, 1713:10, 1714:9, 1744:8, 1745:23, 1746:9, 1747:6, 1751:5, 1751:12, 1751:18

**RIO** [1] - 1734:23

**RISE** [1] - 1743:18

**RISING** [1] - 1751:22

**RL** [2] - 1688:24, 1688:25

**ROAD** [1] - 1736:1

**ROLES** [1] - 1731:10

**ROUTES** [1] - 1713:17

**ROUTINELY** [2] - 1736:21, 1736:22

**RULE** [1] - 1747:9

**RULES** [1] - 1750:10

**RULING** [2] - 1747:10, 1747:12

**RUN** [4] - 1696:17, 1697:9, 1699:5, 1699:8

## S

**S-1** [4] - 1684:8, 1733:3, 1733:20, 1735:22

**S-2** [4] - 1684:9, 1733:3, 1733:20, 1735:22

**S-I-M-P-S-O-N** [1] - 1729:4

**SAMPLE** [4] - 1692:9, 1705:14, 1705:22, 1737:7

**SAMPLED** [3] - 1684:15, 1714:20, 1714:21

**SAMPLES** [1] - 1723:11

**SAMPLING** [4] - 1703:13, 1706:8, 1714:16, 1714:24

**SAUGUS** [64] - 1680:4, 1680:12, 1680:13, 1680:16, 1680:22, 1681:4, 1681:7, 1681:12, 1683:12, 1683:14, 1683:15, 1683:24, 1684:6, 1684:9, 1684:12, 1684:14, 1688:25, 1693:8, 1693:19, 1696:11, 1696:18, 1696:23, 1697:10, 1699:9, 1699:14, 1700:9, 1700:14, 1700:15,

1701:6, 1702:3, 1702:15, 1706:9, 1715:8, 1717:3, 1717:7, 1723:20, 1724:21, 1725:6, 1731:1, 1731:25, 1732:9, 1732:14, 1732:15, 1733:3, 1733:7, 1733:11, 1733:13, 1733:15, 1733:20, 1734:17, 1734:19, 1738:17, 1738:18

**SAW** [4] - 1681:11, 1691:19, 1701:17, 1717:15

**SCIENCE** [2] - 1712:7, 1729:20

**SCIENTIFIC** [2] - 1680:20, 1680:24

**SCIENTIST** [1] - 1723:24

**SCIENTISTS** [1] - 1737:4

**SCOPE** [4] - 1721:7, 1724:1, 1724:5, 1748:14

**SCREENED** [1] - 1694:4

**SCREENING** [1] - 1705:21

**SCRIBBLES** [1] - 1688:12

**SCV** [1] - 1731:18

**SEAN** [1] - 1729:4

**SEAT** [1] - 1743:6

**SEATED** [2] - 1728:25, 1743:22

**SECOND** [4] - 1684:12, 1693:24, 1699:20, 1702:6

**SEE** [42] - 1678:19, 1681:9, 1682:8, 1687:2, 1687:4, 1687:24, 1689:23, 1690:1, 1690:16, 1691:16, 1695:1, 1695:9, 1698:21, 1700:5, 1702:16, 1704:14, 1704:16, 1708:7, 1709:12, 1718:16, 1718:18, 1718:19, 1721:19, 1721:20, 1722:7, 1722:9, 1722:10, 1722:17, 1724:9, 1727:6, 1727:16, 1728:1, 1739:11, 1740:1, 1740:22, 1741:13, 1743:17,

1745:12, 1748:15, 1751:17, 1751:22

**SEEING** [2] - 1740:3

**SENSE** [1] - 1736:15

**SENTENCE** [7] - 1700:7, 1701:5, 1701:8, 1701:9, 1702:6, 1749:24, 1749:25

**SENTENCING** [1] - 1750:25

**SENTRY** [1] - 1715:8

**SEPARATE** [4] - 1706:4, 1706:5, 1706:7

**SEPARATION** [1] - 1717:12

**SERVE** [1] - 1730:19

**SERVED** [1] - 1731:13

**SERVING** [1] - 1731:10

**SET** [1] - 1719:8

**SETTLEMENT** [5] - 1730:11, 1730:12, 1730:13, 1730:18, 1730:22

**SHALL** [2] - 1728:21, 1728:22

**SHARED** [2] - 1738:9, 1738:12

**SHORT** [3] - 1716:22, 1735:16, 1748:20

**SHOW** [16] - 1681:17, 1681:19, 1682:1, 1682:13, 1682:14, 1686:2, 1688:15, 1688:20, 1694:15, 1694:25, 1697:4, 1700:23, 1708:22, 1723:5, 1739:12

**SHOWED** [8] - 1683:18, 1684:8, 1685:1, 1686:10, 1711:8, 1711:14, 1711:17, 1711:18

**SHOWING** [1] - 1724:25

**SHOWN** [9] - 1682:7, 1685:9, 1685:14, 1685:18, 1703:8, 1707:9, 1710:6, 1712:4, 1727:25

**SHOWS** [2] - 1681:22, 1695:17

**SHUT** [2] - 1699:14, 1732:18

**SIC** [14] - 1679:16, 1679:20, 1680:1, 1680:7, 1680:11, 1680:16, 1680:22,

1680:23, 1681:4, 1681:10, 1681:12, 1681:17, 1681:20, 1696:4
**SIDE** [3] - 1686:11, 1687:8, 1749:13
**SIDES** [2] - 1746:18, 1747:4
**SIGNIFICANCE** [1] - 1715:2
**SIGNIFICANT** [1] - 1715:4
**SIGNIFY** [1] - 1748:4
**SIMILAR** [2] - 1717:21, 1719:5
**SIMILARITIES** [3] - 1700:13, 1700:18, 1734:13
**SIMMONS** [1] - 1744:19
**SIMPLER** [1] - 1735:4
**SIMPLY** [1] - 1748:4
**SIMPSON** [5] - 1728:16, 1729:4, 1729:11, 1744:3, 1744:19
**SIMPSON** [1] - 1729:7
**SINGLE** [3] - 1722:25, 1723:1, 1734:21
**SIT** [2] - 1691:1, 1732:20
**SITE** [75] - 1678:18, 1679:6, 1679:16, 1679:20, 1680:1, 1680:12, 1680:16, 1681:4, 1681:11, 1681:12, 1681:17, 1681:20, 1682:2, 1682:20, 1683:4, 1683:8, 1683:16, 1683:20, 1686:9, 1686:11, 1687:3, 1687:8, 1687:9, 1687:17, 1687:25, 1688:6, 1689:18, 1691:3, 1691:5, 1691:24, 1691:25, 1692:17, 1696:4, 1701:4, 1701:17, 1702:12, 1702:15, 1703:1, 1703:20, 1704:12, 1704:17, 1709:8, 1709:15, 1709:19, 1710:24, 1711:9, 1711:15, 1711:23, 1712:2, 1712:13, 1713:23, 1713:24, 1715:15, 1716:1, 1717:20, 1717:21, 1721:23,

1722:5, 1722:6, 1722:11, 1730:3, 1730:6, 1730:20, 1731:3, 1732:24, 1733:4, 1733:7, 1733:12, 1733:14, 1733:16, 1735:22, 1735:23, 1738:18, 1742:6
**SITES** [2] - 1679:4, 1734:16
**SITTING** [1] - 1714:14
**SIX** [1] - 1722:7
**SIZE** [2] - 1701:2, 1726:2
**SKILL** [1] - 1750:4
**SLADE** [4] - 1696:4, 1696:5, 1697:2, 1716:8
**SLIPPED** [1] - 1751:20
**SLOWER** [6] - 1712:8, 1712:9, 1718:1, 1718:17, 1718:18, 1719:6
**SLOWEST** [1] - 1718:3
**SLOWLY** [2] - 1704:10, 1717:8
**SMITH** [4] - 1702:18, 1703:8, 1703:10, 1703:17
**SOIL** [15] - 1701:17, 1702:19, 1702:25, 1703:12, 1704:1, 1704:2, 1704:4, 1704:8, 1708:6, 1710:3, 1718:6, 1719:1, 1719:3
**SOLEMNLY** [1] - 1728:21
**SOLID** [1] - 1746:23
**SOLVE** [1] - 1714:12
**SOLVENT** [2] - 1678:21
**SOMEONE** [5] - 1690:4, 1692:9, 1747:16, 1748:17, 1748:23
**SOMETIMES** [1] - 1726:11
**SOMEWHERE** [2] - 1687:21, 1720:1
**SOON** [1] - 1737:19
**SORRY** [11] - 1683:5, 1684:23, 1702:20, 1709:18, 1718:3, 1722:14, 1724:4, 1732:12, 1733:5, 1734:2, 1743:1
**SORT** [3] - 1717:12,

1718:15, 1738:14
**SORTS** [1] - 1749:5
**SOURCE** [20] - 1680:7, 1680:25, 1681:5, 1688:2, 1700:9, 1701:6, 1701:21, 1702:3, 1703:6, 1703:11, 1708:2, 1709:4, 1709:6, 1709:8, 1710:25, 1711:21, 1713:13, 1727:18, 1742:16, 1742:19
**SOURCES** [3] - 1709:19, 1709:20, 1720:21
**SOUTH** [1] - 1715:9
**SOUTHERNMOST** [1] - 1707:2
**SOUTHWEST** [3] - 1688:10, 1708:22, 1708:23
**SPEAKING** [2] - 1718:16, 1727:18
**SPEAKS** [1] - 1724:16
**SPECIFICALLY** [5] - 1690:13, 1690:23, 1714:22, 1736:12, 1745:18
**SPECIFICS** [1] - 1723:14
**SPEED** [4] - 1717:25, 1718:9, 1719:1, 1726:8
**SPELL** [1] - 1729:3
**SPOKANE** [1] - 1729:21
**SPREAD** [3] - 1723:18, 1739:22
**SPTF** [4] - 1734:12, 1735:5, 1737:22, 1739:6
**STAND** [2] - 1728:18, 1744:1
**STANDARD** [4] - 1680:24, 1714:1, 1714:23, 1714:25
**STANDING** [1] - 1714:5
**STANIN** [1] - 1711:5
**START** [2] - 1706:22, 1717:7
**STARTED** [3] - 1736:1, 1742:3, 1742:4
**STATE** [1] - 1731:8
**STATE** [1] - 1729:3
**STATEMENT** [2] - 1712:21, 1723:22
**STATIC** [1] - 1737:6

**STATUS** [2] - 1685:20, 1741:17
**STEP** [5] - 1728:12, 1732:2, 1737:9, 1742:13, 1743:21
**STEPPING** [1] - 1741:15
**STICK** [2] - 1693:24, 1718:5
**STILL** [2] - 1691:7, 1746:23
**STIPULATED** [2] - 1694:17, 1704:13
**STOP** [1] - 1728:4
**STOPPING** [1] - 1743:9
**STRATEGY** [3] - 1738:17, 1739:2, 1740:22
**STRIKE** [1] - 1733:19
**STUDIES** [1] - 1718:15
**STUDY** [1] - 1739:1
**SUBJECT** [3] - 1709:21, 1709:22, 1743:15
**SUBPOENA** [1] - 1744:16
**SUBSTANCES** [1] - 1731:8
**SUCCESS** [1] - 1732:8
**SUFFICIENT** [3] - 1710:20, 1721:6, 1739:2
**SUGGEST** [4] - 1680:7, 1683:1, 1700:8, 1720:9
**SUGGESTED** [1] - 1708:1
**SUMMARY** [1] - 1699:18
**SUMMARY** [1] - 1699:21
**SUPPLY** [3] - 1732:19, 1737:24
**SURFACE** [2] - 1709:1, 1729:15
**SURROUNDING** [1] - 1714:7
**SUSTAINED** [6] - 1692:25, 1716:17, 1719:13, 1726:5, 1730:17, 1741:4
**SVE** [1] - 1685:20
**SWEAR** [2] - 1728:19, 1728:21
**SWORN** [2] - 1678:14, 1729:8
**SWORN** [1] - 1728:20
**SYSTEM** [7] - 1702:19, 1702:21,

1732:13, 1732:14, 1734:9, 1734:10, 1734:12

## T

**TABLE** [4] - 1704:5, 1704:10, 1717:8, 1743:6
**TCE** [66] - 1678:20, 1680:25, 1681:11, 1681:17, 1690:3, 1690:19, 1691:11, 1691:14, 1691:18, 1691:19, 1691:20, 1691:23, 1700:9, 1700:13, 1700:19, 1700:23, 1701:1, 1701:3, 1701:14, 1702:4, 1702:7, 1702:10, 1702:11, 1702:12, 1702:14, 1702:16, 1702:18, 1703:25, 1704:8, 1704:10, 1706:13, 1706:18, 1707:12, 1707:13, 1707:21, 1707:22, 1708:4, 1708:6, 1708:8, 1708:11, 1708:12, 1709:8, 1711:18, 1712:8, 1712:9, 1712:10, 1712:13, 1717:22, 1717:24, 1718:3, 1718:13, 1718:15, 1718:19, 1719:6, 1719:22, 1720:25, 1721:7, 1721:16, 1722:18, 1722:22, 1723:7, 1723:21, 1724:9, 1724:10, 1725:22
**TECHNICAL** [11] - 1730:25, 1732:7, 1736:15, 1737:11, 1738:1, 1738:21, 1740:21, 1741:12, 1742:15, 1745:25, 1747:22
**TEN** [4] - 1716:12, 1716:14, 1716:25, 1727:11
**TEND** [1] - 1692:6
**TENDS** [1] - 1688:10
**TERM** [2] - 1708:24, 1709:2
**TERMS** [6] - 1718:25, 1732:23, 1735:5, 1735:11, 1735:17, 1747:22

**TEST** [4] - 1697:17, 1716:8, 1716:24, 1735:10
**TESTED** [1] - 1714:2
**TESTIFIED** [2] - 1678:14, 1729:8
**TESTIFIED** [3] - 1683:7, 1701:13, 1710:17
**TESTIFY** [2] - 1702:20, 1746:15
**TESTIFYING** [1] - 1680:19
**TESTIMONY** [16] - 1685:11, 1685:25, 1689:15, 1693:7, 1700:19, 1707:10, 1709:11, 1710:15, 1728:21, 1745:25, 1746:2, 1746:3, 1747:18, 1747:19, 1748:24, 1750:5
**TESTING** [2] - 1684:5, 1714:2
**TESTS** [7] - 1696:6, 1696:11, 1696:17, 1696:18, 1697:1, 1697:4
**THE** [82] - 1678:5, 1678:9, 1678:10, 1679:10, 1683:22, 1683:25, 1684:1, 1684:4, 1684:7, 1684:10, 1684:11, 1684:14, 1684:18, 1684:20, 1684:24, 1685:3, 1685:5, 1686:2, 1692:25, 1699:23, 1705:1, 1705:19, 1705:24, 1705:25, 1706:3, 1706:10, 1712:24, 1716:16, 1716:17, 1719:13, 1720:4, 1726:5, 1727:22, 1728:11, 1728:13, 1728:14, 1728:17, 1728:24, 1728:25, 1729:1, 1729:2, 1729:4, 1729:5, 1730:17, 1739:15, 1739:18, 1741:4, 1743:8, 1743:11, 1743:18, 1743:21, 1744:5, 1744:7, 1744:11, 1744:13, 1744:18, 1744:24, 1745:1, 1745:4, 1745:6, 1745:12, 1745:16, 1745:20,

1745:23, 1746:4, 1746:13, 1746:21, 1747:1, 1747:5, 1747:25, 1748:2, 1748:7, 1749:8, 1749:19, 1750:6, 1750:12, 1750:18, 1751:11, 1751:16, 1751:22, 1751:25, 1752:3
**THEREABOUTS** [1] - 1751:1
**THEY'VE** [1] - 1690:18
**THOUSANDS** [1] - 1722:7
**THREE** [13] - 1685:4, 1690:18, 1704:17, 1705:4, 1705:5, 1705:9, 1705:20, 1706:1, 1706:7, 1706:25, 1718:17, 1722:6, 1746:22
**THROUGHOUT** [2] - 1689:6, 1701:16
**THURSDAY** [1] - 1751:24
**TIM** [2] - 1728:16, 1744:19
**TIMED** [1] - 1746:17
**TIMING** [1] - 1684:2
**TIMOTHY** [1] - 1729:4
**TIMOTHY** [1] - 1729:7
**TINY** [2] - 1692:5, 1692:6
**TODAY** [4] - 1683:11, 1686:1, 1721:3, 1732:20
**TODD** [2] - 1738:13, 1740:6
**TOGETHER** [4] - 1731:1, 1731:4, 1738:23, 1738:25
**TOMORROW** [10] - 1743:12, 1743:17, 1744:17, 1744:23, 1750:24, 1750:25, 1751:10, 1751:14, 1751:17, 1752:1
**TOOK** [2] - 1734:18, 1736:6
**TOPIC** [2] - 1736:8, 1741:22
**TOWARDS** [1] - 1681:12
**TOXIC** [1] - 1731:7
**TRACER** [3] - 1682:23, 1712:5, 1718:15
**TRACERS** [3] - 1679:14, 1680:16,

1680:21
**TRAINING** [1] - 1750:4
**TRANSPORT** [1] - 1712:7
**TRANSPORTED** [1] - 1683:3
**TRAVEL** [6] - 1711:22, 1712:2, 1717:23, 1726:8, 1726:19, 1728:7
**TRAVELED** [4] - 1712:9, 1724:20, 1725:6, 1725:13
**TRAVELS** [2] - 1712:19, 1717:24
**TREATED** [1] - 1734:22
**TREATING** [4] - 1748:10, 1748:13, 1748:23
**TREATMENT** [28] - 1731:2, 1732:14, 1734:4, 1734:8, 1734:10, 1734:12, 1734:20, 1734:23, 1735:1, 1735:2, 1735:8, 1735:11, 1735:14, 1735:17, 1735:18, 1735:19, 1738:5, 1739:13, 1739:16, 1739:19, 1740:14, 1740:15, 1740:17, 1740:18, 1741:1, 1741:7, 1741:9, 1741:10
**TREATMENT** [3] - 1732:9, 1732:16, 1733:21
**TREMENDOUS** [1] - 1718:12
**TRIAL** [1] - 1678:5
**TRUDELL'S** [1] - 1696:14
**TRUE** [9] - 1683:10, 1683:11, 1690:11, 1694:6, 1701:23, 1703:22, 1728:6, 1745:20
**TRUTH** [3] - 1728:22, 1728:23
**TRY** [3] - 1699:5, 1738:7, 1739:1
**TRYING** [5] - 1681:8, 1718:12, 1737:3, 1740:22, 1746:5
**TUESDAY** [1] - 1678:1
**TURN** [1] - 1747:12
**TURNING** [1] - 1679:16
**TWO** [21] - 1680:21,

1684:16, 1684:21, 1689:24, 1690:15, 1697:5, 1697:8, 1698:25, 1704:21, 1705:6, 1705:9, 1706:3, 1709:21, 1716:20, 1716:23, 1718:9, 1718:10, 1718:16, 1722:6, 1731:10, 1746:7
**TWO-AND-A-HALF** [1] - 1746:7
**TYPE** [2] - 1730:19, 1734:8
**TYPES** [1] - 1679:2
**TYPICALLY** [1] - 1749:2

## U

**ULTIMATELY** [1] - 1748:2
**UNCERTAIN** [1] - 1710:18
**UNDER** [6] - 1678:8, 1699:20, 1728:3, 1737:6, 1744:16, 1747:16
**UNDERSTOOD** [4] - 1679:19, 1690:5, 1706:10, 1710:4
**UNIFORM** [1] - 1710:1
**UNIT** [1] - 1697:15
**UNITS** [1] - 1697:5
**UNIVERSITY** [2] - 1729:21, 1729:23
**UNLESS** [2] - 1681:22, 1751:16
**UNNECESSARILY** [1] - 1741:6
**UP** [21] - 1681:22, 1682:6, 1684:8, 1685:1, 1685:24, 1686:13, 1687:23, 1691:20, 1706:6, 1707:7, 1709:23, 1715:10, 1716:4, 1720:17, 1730:11, 1731:23, 1735:3, 1735:16, 1737:17, 1737:18, 1740:6
**UPGRADIENT** [2] - 1693:10, 1737:18
**UPPER** [1] - 1721:14

## V

**V-201** [21] - 1682:15, 1682:25, 1683:24, 1688:20, 1697:2,

**V-205** [7] - 1682:15, 1682:25, 1683:24, 1688:21, 1731:18, 1738:2, 1741:7
**VALUE** [1] - 1737:20
**VAPOR** [3] - 1701:18, 1702:19, 1702:20
**VARIATIONS** [1] - 1710:2
**VARIES** [1] - 1726:15
**VARYING** [2] - 1709:22, 1720:22
**VELOCITY** [1] - 1726:14
**VERSUS** [2] - 1724:7, 1734:25
**VERTICAL** [2] - 1705:14, 1706:8
**VESSELS** [3] - 1735:2, 1735:18, 1739:20
**VICINITY** [1] - 1694:2
**VIDEO** [4] - 1744:14, 1745:8, 1745:9, 1745:10
**VINYL** [5] - 1679:19, 1680:10, 1681:7, 1681:15, 1681:18
**VIOLATE** [1] - 1716:5
**VISTA** [1] - 1734:23
**VISUAL** [1] - 1706:1
**VOC** [8] - 1695:21, 1695:22, 1701:10, 1702:14, 1703:19, 1717:19, 1723:18, 1725:13
**VOCS** [16] - 1690:3, 1693:12, 1695:7, 1695:25, 1701:5, 1701:18, 1701:23, 1704:4, 1710:24, 1711:21, 1713:14, 1715:3, 1719:2, 1719:18, 1719:19, 1720:22
**VOLUMES** [1] - 1702:18

## W

**WAIT** [2] - 1740:1, 1741:13

**WAIT-AND-SEE** [2] - 1740:1, 1741:13
**WAITING** [4] - 1739:11, 1740:3, 1740:4, 1740:9
**WAS** [1] - 1729:8
**WASHINGTON** [1] - 1729:21
**WATCH** [1] - 1728:12
**WATER** [4] - 1730:9, 1731:8, 1731:9, 1731:18
**WATER** [36] - 1681:14, 1681:16, 1693:10, 1693:19, 1696:1, 1698:13, 1704:9, 1704:10, 1714:4, 1714:6, 1714:7, 1714:8, 1714:14, 1714:16, 1717:7, 1717:8, 1719:6, 1719:7, 1725:20, 1729:15, 1731:6, 1732:19, 1734:2, 1734:21, 1734:22, 1737:12, 1737:15, 1737:24, 1738:10, 1738:11, 1742:16, 1742:19, 1743:7
**WEEKS** [3] - 1716:21, 1716:23, 1717:10
**WELLHEAD** [18] - 1734:4, 1734:10, 1734:20, 1735:1, 1735:2, 1735:8, 1735:11, 1735:14, 1735:17, 1735:19, 1738:5, 1739:12, 1739:16, 1739:19, 1740:15, 1740:17, 1741:9, 1741:10
**WELLS** [146] - 1680:4, 1680:8, 1680:13, 1680:16, 1680:25, 1681:7, 1681:17, 1681:21, 1682:2, 1682:16, 1682:19, 1683:1, 1683:4, 1683:9, 1683:11, 1683:13, 1683:23, 1684:16, 1684:21, 1690:7, 1690:18, 1690:24, 1691:3, 1691:6, 1691:20, 1691:21, 1691:24, 1692:2, 1692:7, 1692:12, 1692:16, 1692:18, 1692:22, 1693:2, 1693:6, 1693:16, 1693:17,

1693:19, 1693:20, 1693:23, 1694:1, 1694:2, 1694:8, 1694:12, 1694:13, 1694:14, 1695:4, 1695:5, 1696:1, 1696:19, 1697:8, 1697:18, 1698:1, 1698:13, 1698:16, 1699:7, 1699:9, 1699:14, 1700:23, 1700:24, 1701:3, 1701:13, 1701:16, 1704:11, 1704:17, 1704:21, 1705:2, 1705:5, 1705:8, 1705:9, 1705:10, 1705:12, 1705:17, 1705:20, 1705:21, 1705:22, 1706:1, 1706:5, 1706:7, 1706:14, 1706:17, 1706:20, 1706:25, 1707:14, 1708:3, 1710:5, 1710:6, 1711:17, 1711:18, 1712:3, 1712:18, 1712:20, 1713:14, 1713:17, 1713:20, 1714:10, 1714:20, 1714:24, 1715:3, 1715:7, 1715:8, 1715:9, 1715:15, 1716:9, 1720:24, 1721:5, 1721:22, 1722:1, 1722:4, 1722:5, 1722:9, 1723:20, 1724:1, 1724:7, 1724:20, 1725:2, 1725:7, 1725:14, 1731:25, 1732:17, 1732:25, 1733:10, 1733:11, 1735:12, 1735:18, 1736:10, 1736:22, 1738:18, 1741:24
**WEST** [5] - 1681:12, 1681:17, 1688:10, 1708:23, 1722:7
**WESTERN** [6] - 1687:2, 1688:6, 1704:16, 1715:7, 1721:18, 1723:7
**WHITE** [2] - 1687:4, 1727:14
**WHITTAKER** [56] - 1678:17, 1678:19, 1678:24, 1679:6, 1682:2, 1682:18, 1682:20, 1683:4, 1683:16, 1683:19,

1685:10, 1685:19, 1686:9, 1686:13, 1687:17, 1687:25, 1691:3, 1691:25, 1692:17, 1692:22, 1700:8, 1700:24, 1701:11, 1702:3, 1702:5, 1702:8, 1702:15, 1702:25, 1703:20, 1704:12, 1704:16, 1709:8, 1710:24, 1711:9, 1711:15, 1711:23, 1712:2, 1712:13, 1712:19, 1716:1, 1721:4, 1721:7, 1721:22, 1722:5, 1722:6, 1722:10, 1728:16, 1730:3, 1730:9, 1730:20, 1731:2, 1735:13, 1736:2, 1736:5, 1741:6, 1743:5
**WHITTAKER'S** [3] - 1682:14, 1726:1, 1730:21
**WHITTAKER-BERMITE** [10] - 1683:16, 1692:17, 1700:8, 1701:11, 1702:3, 1702:5, 1702:8, 1702:25, 1709:8, 1730:3
**WHOLE** [1] - 1734:11
**WHOLE** [3] - 1728:23, 1729:16, 1734:20
**WIDE** [1] - 1711:8
**WIDENING** [1] - 1709:22
**WIDER** [1] - 1715:22
**WIDESPREAD** [3] - 1711:8, 1711:14, 1711:16
**WISH** [1] - 1749:22
**WITNESS** [11] - 1678:7, 1728:15, 1731:13, 1743:25, 1744:1, 1744:16, 1745:9, 1748:5, 1749:7, 1750:13, 1751:8
**WITNESS** [18] - 1678:9, 1678:14, 1683:25, 1684:4, 1684:10, 1684:14, 1684:20, 1685:3, 1699:23, 1705:24, 1706:3, 1716:16, 1728:13, 1728:24, 1729:1, 1729:4,

1729:8, 1739:18
**WITNESSES** [7] - 1744:22, 1745:7, 1745:25, 1746:1, 1747:2, 1747:18, 1748:21
**WORD** [3] - 1681:2, 1710:10, 1711:16
**WORDS** [2] - 1706:9, 1709:13
**WORRIED** [1] - 1714:4
**WORTH** [1] - 1749:19
**WRITTEN** [2] - 1731:22, 1736:4
**WROTE** [1] - 1746:11

## Y

**YEAR** [1] - 1723:2
**YEARLY** [1] - 1740:18
**YEARS** [12] - 1683:19, 1684:20, 1685:4, 1699:14, 1708:8, 1714:23, 1716:25, 1719:16, 1729:24, 1730:7, 1730:13, 1730:23
**YELLOW** [5] - 1688:21, 1688:22, 1722:11, 1722:17, 1727:10
**YOURSELF** [1] - 1741:12

## Z

**ZONE** [5] - 1698:2, 1698:11, 1698:15, 1698:23, 1699:12
**ZONES** [3] - 1697:23, 1697:25, 1699:6