1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3    HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE

4

5    SANTA CLARITA VALLEY WATER AGENCY,      )
                                             )
6                    PLAINTIFF,              )CASE NO.
                                             )
7            vs.                             )CV 18-06825-SB
                                             )
8    WHITTAKER CORPORATION, et al.,          )VOLUME 17
                                             )PAGES 1908 TO 1963
9                    DEFENDANTS.             )
     _____)

10

11

12

13                   REPORTER'S TRANSCRIPT OF
                          TRIAL DAY 9
14              WEDNESDAY, DECEMBER 1, 2021
                          1:06 P.M.
15               LOS ANGELES, CALIFORNIA

16

17

18

19

20

21

22

23    _____

24          MIRANDA ALGORRI, CSR 12743, RPR, CRR
              FEDERAL OFFICIAL COURT REPORTER
              350 WEST 1ST STREET, SUITE 4455
25            LOS ANGELES, CALIFORNIA 90012
                MIRANDAALGORRI@GMAIL.COM

1                    **APPEARANCES OF COUNSEL:**

2

3     **FOR THE PLAINTIFF:**

4          NOSSAMAN, LLP
           BY:  BYRON P. GEE
5          BY:  RAVEN MCGUANE
           BY:  PATRICK J. RICHARD
6          BY:  FRED FUDACZ
           777 South Figueroa Street
7          34th Floor
           Los Angeles, California 90017
8

9          NOSSAMAN, LLP
           BY:  ILSE CHANDALAR SCOTT
10         50 California Street
           34th Floor
11         San Francisco, California 94111

12

      **FOR THE DEFENDANTS:**
13
           EDLIN GALLAGHER HUIE & BLUM
14         BY:  MICHAEL E. GALLAGHER, JR.
           BY:  FRED M. BLUM
15         BY:  DANIEL ERIC TROWBRIDGE
           500 Washington Street
16         Suite 700
           San Francisco, California 94111
17

18    **ALSO PRESENT:**

19         Matt Stone
           Scott Fryer
20         Ron Beaton
           Eric Lardiere
21

22

23

24

25

**INDEX OF WITNESSES**

**WITNESSES**                                                           **PAGE**

LUCE, Zoyd

      Examination via deposition read                1914

SIMMONS, Archie

      Examination via deposition read                1922

Jisa, James Patrick

      Examination via deposition read                1931

Durant, Meredith

      Via video deposition                           1939

1911

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|
| | (None) | | |

1      **WEDNESDAY, DECEMBER 1, 2021; 1:06 P.M.**

2             **LOS ANGELES, CALIFORNIA**

3                       -oOo-

4

5         (The following proceedings were held in

6         open court in the presence of the jury:)

7              THE COURT:  We are on the record in the trial

8    matter with all present who were present previously,

9    specifically all counsel.  Mr. Lardiere is here as well.  And

01:06PM   10   we have the jury present.

11             We remain in the defense case.  And my

12   understanding at this point, members of the jury, is that

13   Whittaker is going to be presenting evidence by way of

14   deposition testimony.  You may recall that you heard the

01:06PM   15   deposition testimony of a gentleman by the name of

16   John Peloquin who appeared before you by way of video.  We will

17   see in a moment, but my understanding is that the deponents, as

18   they're called, who are witnesses, who you should treat no

19   differently than if they appeared in court and testified here,

01:07PM   20   will appear in two different forms.  One will be -- I think

21   there is at least one who will be by video, but there are

22   others who will appear just by their transcript itself.

23             So what you're going to hear, essentially, is a

24   little bit of role playing where you will have a lawyer who is

01:07PM   25   going to be asking the questions that were asked at the

1    deposition, and then the role play is there will be a

2    witness -- a lawyer, not the real witness -- who is simply

3    going to read the lines of the witness who actually testified.

4              And what you should pay attention to is the

01:07PM    5    substance.  You should focus on the questions and the answers,

6    not on how someone is presenting the questions or how someone

7    is reading the answers.  Just listen as best you can to the

8    substance of what you will be hearing.

9              So with that, who is the first or the next

01:08PM    10   witness, I should say?

11             MR. BLUM:  Mr. Zoyd Luce.

12             THE COURT:  Okay.  And Mr. Luce is appearing by

13   video or non-video?

14             MR. BLUM:  The next three will all be via

01:08PM    15   deposition and only Mr. -- Mr. Luce, Jisa, and Simmons will be

16   via deposition, and Ms. Durant will be via videotape.

17             THE COURT:  All right.  So your next witness is

18   Zoyd Luce.

19             MR. BLUM:  Right.  And playing Zoyd Luce will be

01:08PM    20   Mr. Fryer.

21             THE COURT:  All right.  So, Mr. Fryer, if you

22   would please take the witness stand.

23             Mr. Luce testified on what day?

24             MR. TROWBRIDGE:  March 28, 2002.

01:09PM    25             THE COURT:  All right.  One moment, please.  Let

```
 1    me make sure I have the deposition.  I think I do.
 2              So he was deposed on March 28 of 2002, you said?
 3              MR. TROWBRIDGE:  Correct.
 4              THE COURT:  All right.  Well, with that, you may
 5    proceed with the question and answer.
 6                            ZOYD LUCE,
 7         CALLED BY THE DEFENDANT VIA DEPOSITION TRANSCRIPT.
 8                            EXAMINATION
 9    BY MR. TROWBRIDGE:
10         Q    Would you state your full name and spell it,
11    please, for the record?
12         A    Okay.  Zoyd, Z-o-y-d.  Middle name, R.  Middle
13    name Reed, R-e-e-d.  Last name is Luce, L-u-c-e.
14         Q    And where do you reside, Mr. Luce?
15         A    2441 Creekside Court, Hayward, California 94542.
16         Q    Mr. Luce, did you ever work for
17    Whittaker Corporation?
18         A    Yes.
19         Q    When?
20         A    1979 through 1985.
21         Q    What position or positions did you hold with
22    Whittaker during that time?
23         A    I was manager of safety and security, director of
24    human resources, and vice president of human resources.
25         Q    When were you manager of safety and security?
```

```
 1        A      Let's see.  February of 1979, and, frankly, I
 2   don't remember the date I was promoted.
 3        Q      Do you know about how long you served as manager
 4   of -- of safety and security?
 5        A      Two years, about.
 6        Q      So approximately in 1981 or thereabouts you
 7   became director of human resources; is that correct?
 8        A      To the best of my recollection.
 9        Q      And how long were you director of human
10   resources?
11        A      About a year and a half, and then I was promoted
12   to vice president.
13        Q      So that would take us to '82, '83, something like
14   that?
15        A      Approximately.
16        Q      And why did you leave the employ of Whittaker?
17        A      I had an opportunity with McDonnell Douglas
18   Helicopters.
19        Q      What were your duties for the Whittaker-Bermite
20   division when you commenced work as manager of safety and
21   security?
22        A      I was in charge of the safety program.
23        Q      And what did that entail?
24        A      It entailed, one, compliance with the resource --
25   excuse me.  Let me erase that -- with the Occupation Health and
```

01:10PM (line 5)
01:10PM (line 10)
01:11PM (line 15)
01:11PM (line 20)
01:11PM (line 25)

```
 1    Safety Administration; secondly, the Department of Defense
 2    Safety Manual and Regulations for working with explosives; and,
 3    generally, the good principles of accident prevention.
 4         Q    Did you as part of your duties at the
 5    Whittaker-Bermite division design any programs for waste
 6    disposal?
 7         A    I issued a manual that was in -- I issued a
 8    manual that was for compliance, Resource Conservation and
 9    Recovery Act.
10         Q    And when was that about?
11         A    I don't remember the exact date.  I think RCRA
12    came into law in 1980 approximately.
13         Q    Prior to that time, was there any such manual for
14    handling of waste on the site?
15         A    We followed the guidelines of the DOD, Department
16    of Defense.
17         Q    Were there any documents that you issued or you
18    are aware that the company issued relative to waste handling
19    practices prior to the time that you prepared this manual for
20    compliance with RCRA?
21         A    We had regulations at each manufacturing site to
22    protect the employees.  I don't remember specifically because I
23    had some engineers that would put those down basically as a
24    requirement of DOD.
25         Q    But apart from any DOD regulation, did
```

01:11PM — line 5
01:12PM — line 10
01:12PM — line 15
01:12PM — line 20
01:12PM — line 25

1    Whittaker-Bermite have specific waste-handling policies prior

2    to the preparation of this manual that you say you prepared to

3    comply with RCRA?

4         A     The DOD issues guidelines on manufacturing

01:13PM    5    component explosives and guidelines on how to dispose of them.

6    In our view, our crew followed these guidelines.  In other

7    words, they incorporated them into their -- into our

8    operations.

9         Q     How did you make the crew aware of these

01:13PM   10    guidelines?

11         A     They were there before I got there, and they were

12    handling that area of expertise.

13         Q     When you got there, did you look for any written

14    policy that had been issued by Whittaker-Bermite to deal with

01:13PM   15    waste disposal on the site?

16         A     We prepared documents, as I indicated to you

17    earlier, that were put in the manufacturing facility.  That's

18    required when you come under contract with the Department of

19    Defense.

01:13PM   20         Q     So you or your staff prepared such documents

21    prior to this RCRA compliance manual that you prepared.

22               Is that your testimony?

23         A     Yes.

24         Q     Well, what waste disposal practices were in place

01:14PM   25    prior to your issuance of this manual that was prepared for

RCRA compliance?

    A    I believe I just stated that we complied with the Department of Defense guidelines, and those were incorporated into the procedures that our crew were to follow.

01:14PM    Q    What waste disposal actually took place onsite prior to the issuance of this manual?

    A    The disposal crew would pick up waste materials and dispose of them.

    Q    What waste materials were handled in this fashion?

    A    It could be any number of manufacturing processes.

    Q    What were the wastes as examples?

    A    Phosphorous stabilizer, the Rocket Motor Manufacturing line, and possibly rejects from the manufacture of shells or squibs, igniters.

    Q    What was done with these wastes onsite?

    A    They were collected and stored according to DOD regulations and then disposed of.

01:14PM    Q    Where were they disposed of?

    A    The majority were taken to Fort Irwin, California.

    Q    What about the rest?

    A    They were disposed of there.

01:15PM    Q    Onsite?

1        A       Onsite.

2        Q       How?

3        A       Burned.

4        Q       Any other disposal practices or -- any other

01:15PM   5  disposal practice onsite?

6        A       Not off the top of my head, no.

7        Q       Were any of these wastes buried?

8        A       No.

9        Q       Well, the next sentence says, "Originally one

01:15PM  10  surface impoundment at each of the 317 and 342 areas was

11  utilized for storage and evaporative concentration."  Were

12  surface impoundments used for this purpose?

13       A       I believe so.

14       Q       Were those ponds lined?

01:15PM  15       A       Yes, they were.

16       Q       With what?

17       A       We had a layer -- I forget what the material was.

18  And we had an alarm system.  I think that was the regulation

19  requirement at the time.

01:15PM  20       Q       What was the alarm system?

21       A       If there was a leak, we would be -- it would

22  alert us.

23       Q       Would a bell go off, or what would happen?

24       A       No.  I'm not sure.  As I recollect, it would

01:16PM  25  have -- like a light system that was checked daily.

```
 1        Q       Did the lighters for the 317 and 342 surface

 2   impoundments leak?

 3        A       I don't believe so.

 4        Q       Did anyone ever tell you that they leaked?

 5        A       Not that I recall, no.

 6        Q       Did anyone ever tell you that the hog-out

 7   operations or washout operations of propellant in the

 8   Sidewinder rocket chambers took place prior to the handling of

 9   the 317 surface impoundment?

10        A       We put the liner in as a response to RCRA.

11        Q       So before RCRA, I take it the surface impoundment

12   was constructed without a liner?

13        A       I recollect it that way.

14        Q       The question relates to policies.  Were there any

15   policies promulgated by you, your staff, or other management at

16   Whittaker, to your knowledge, that would have specifically

17   instructed employees not to dump waste propellant, oxidizer,

18   ash, and other debris into ravines on the Whittaker site?

19        A       DOD regulations wouldn't allow you to do that.

20   We had DOD people on the facility.

21        Q       Did you make any efforts to apprise all of your

22   employees of the -- of these regulations as to the disposal of

23   waste products?

24        A       We had a training program in place, and new

25   employees were indoctrinated when they came in that they had to
```

1    comply with DOD standard safety regulations.

2        Q        Was there any training given to your employees as

3    to the disposal of hazardous wastes?

4        A        We did training, and those records are in place.

01:17PM    5        Q        Do you recall any specific training methodology

6    or procedure that was utilized to ensure that Whittaker

7    employees did not place waste propellent, oxidizer, ash, and

8    other debris in ravines on the site?

9        A        Again, from a safety vantage point, it wouldn't

01:18PM    10   have been allowed, and I don't know who would have done that

11   because DOD does not -- doesn't allow you to just throw

12   material on the ground.

13       Q        Do you recall that there was any waste-handling

14   procedures in place when you joined the company that would have

01:18PM    15   prevented indiscriminate dumping of waste to the environment at

16   the areas itemized by Mr. Peloquin in his memo to you?

17       A        Well, as I indicated all along, we followed DOD

18   guidelines, and we did not allow people -- it wasn't part of

19   our policy to just dump things.  It wouldn't have been safe.

01:18PM    20       Q        While you were employed by Whittaker, was there

21   ever any groundwater monitoring on the site?

22       A        No.  We never had wells or things like that.

23       Q        Did Whittaker engage in any cost benefit analysis

24   to determine whether it was worth spending $120,000 for the

01:18PM    25   benefits that would be derived from a groundwater monitoring

```
 1    system?

 2           A       I don't recollect.

 3                   MR. TROWBRIDGE:  Thank you, Mr. Luce.

 4                   MR. BLUM:  The next one would be Mr. --

 5                   MR. TROWBRIDGE:  Archie L. Simmons.

 6                   THE COURT:  Okay.  So, ladies and gentlemen, that

 7    concludes the testimony from Zoyd Luce.  And now the next

 8    witness that Whittaker is calling is Archie Simmons who also

 9    will be testifying in a similar fashion through the reading of

10    his deposition testimony.

11                   You may proceed when you're ready.

12                   MR. TROWBRIDGE:  Mr. Simmons was deposed on

13    March 11, 2002.

14                          ARCHIE L. SIMMONS,

15          CALLED BY THE DEFENDANT VIA DEPOSITION TRANSCRIPT.

16                            EXAMINATION

17    BY MR. TROWBRIDGE:

18           Q       Mr. Simmons, I guess I have seen a couple

19    documents that said that you are going to either be called

20    Al Simmons or Archie Simmons.

21           A       Al is all right.

22           Q       So we will call you Al.

23           A       All right.

24           Q       And I guess a lot of documents show that you are

25    referred to as Al Simmons as opposed to Archie Simmons.
```

```
 1              Can you state your name and spell your name for
 2   the record?
 3        A     Archie Leon Simmons, A-r-c-h-i-e L-e-o-n
 4   S-i-m-m-o-n-s.
 5        Q     Did you ever work for Whittaker Corporation?
 6        A     Yes.
 7        Q     I will refer to the Whittaker Corporation as
 8   Whittaker.  Is that okay with you?
 9        A     Yeah.  Sure.
10        Q     When did you work for Whittaker?
11        A     From '72, I believe May, to '86, April, I believe
12   in '86.
13        Q     And what was your position or positions at
14   Whittaker?
15        A     When I first started, I was director of safety in
16   the southwest metals group stationed in Houston, headquartered
17   in Houston.  Shortly thereafter, they gave me the
18   responsibility for the whole corporation.
19        Q     And when was that?
20        A     When?
21        Q     Yes.
22        A     About six months after I went to work for them.
23        Q     Now, after you took over as the director of
24   safety for the Whittaker Corporation, is that the position you
25   held all the way through 1986?
```

1    A    No.  When RCRA came on stream in November of

2  1980, I was appointed director of safety, health, and

3  environmental compliance.

4    Q    And after November 1980, did you keep that

01:21PM  5  position until you left Whittaker, or were there other

6  positions that you had?

7    A    No.  I kept that.

8    Q    So when RCRA was approved, then you took on the

9  responsibility of waste disposal; is that correct?

01:21PM  10    A    Of course RCRA was in its infancy, and nobody

11  knew what it was going to be at that time.  It took them two

12  years to get their act together, and then that included -- it

13  was all-inclusive.  Everything came under RCRA.  But they were

14  two years starting enforcement, really the government getting

01:22PM  15  the feet on the ground.

16    Q    And what was your role with the facility located

17  at 22116 Soledad Canyon Road in the city of West Soledad Canyon

18  Road -- excuse me -- in the city of Santa Clarita.

19    A    Corporate oversight of safety, health, and

01:22PM  20  environmental.

21    Q    And what does corporate oversight include?

22    A    Well, each facility had its own individual people

23  that handled each of these areas, and the corporate statute --

24  statute was an umbrella for all of it.  And we could override

01:22PM  25  or advise and/or override all of the decisions made at the

1    division level.  Since the corporation owned the division, I

2    presume that would be the way to state it.

3         Q       I think that is clear.

4         A       I reported to the executive vice president of

01:22PM    5    finance.  He was the No. 3 man in the corporation.

6         Q       What percentage of your time did you spend at the

7    site located at 22116 West Soledad Canyon Road?

8         A       I would say my working days would probably be

9    10 percent or less of my time.

01:23PM    10        Q       10 percent at one facility seems like quite a bit

11   of -- quite a bit for a company that had 100 divisions.  Can

12   you explain why you spent 10 percent of your time at the site?

13        A       I'm not saying I spent 10 percent of my working

14   time there, but that includes telephone calls and

01:23PM    15   correspondence and things that probably amounted to 10 percent.

16   But included in the environmental affairs was safety, and I

17   don't know how in the world I'd ever separate safety and

18   environmental because it was all together.  And any time they

19   had serious accidents or things like that in any division, that

01:23PM    20   would command my time.

21        Q       Well, during your tenure -- tenure at Whittaker,

22   were your offices ever at the site?

23        A       No.

24        Q       So you always commuted from Houston to --

01:23PM    25        A       Dallas.  Not Houston.

1926

```
 1              Q       To the site.
 2                      And how often would you visit the site?
 3              A       Oh, on an irregular basis, very irregular.  There
 4      was no schedule.
 5              Q       Would you estimate that -- I'm just trying to get
 6      an estimate.  Maybe like three times a year?  Five times a
 7      year?  Ten times a year?
 8              A       I'd say maybe half a dozen times a year.
 9              Q       And who did you interface most frequently with at
10      the site?
11              A       Whoever was in charge of safety, health, and
12      environmental affairs.
13              Q       Do you know if Glen was in charge of
14      environmental activities -- strike that.
15                      Was Glen in charge of maintaining any of the
16      waste storage or disposal units at the Bermite site?
17              A       We installed a Cadox machine, one of the first
18      ever built.
19              Q       I'm sorry.  Is that Cadox?
20              A       C-a-d-o-x.  It was invented down here in
21      San Diego.  We bought one of the first ones, if not the first
22      one, and Glen was in charge of maintaining and operating that.
23      It came under his --
24              Q       And what type of unit was that Cadox?
25              A       Well, it burned solvents, chlorinated and
```

```
 1    non-chlorinated solvents, out of the air and water, destroys
 2    it.
 3         Q      Do you know if that was a RCRA permitted unit?
 4         A      It was permitted, yes.  It was originally
 5    permitted, as I believe, experimental, but because it was the
 6    original, it was built by King, Buck Associates.
 7         Q      So other than Forbes, did RCRA impact your
 8    hazardous waste operation at the site?
 9         A      Impact it?  I don't recall that it impacted it
10    other than just more paperwork, additional paperwork.
11         Q      Other than submitting paperwork, did Whittaker at
12    the site have to change any of its operations?
13         A      I can't recall.
14         Q      When you joined Whittaker in, I believe you said
15    1972 --
16         A      Yes.  That's when it was.
17         Q      -- did anyone brief you on environmental
18    practices?
19         A      No.  Hell, we couldn't even spell the word
20    environmental in 1972 hardly.  Nobody -- RCRA brought all of
21    the attention to the environment other than common sense, you
22    know.
23         Q      Now, did Whittaker have any practices in place
24    when you joined the company in 1972 regarding environmental
25    safety, meaning protection of the soil, groundwater or other
```

1928

```
 1   elements of the environment?
 2        A       If they did, I wasn't aware of it.  That wasn't
 3   my main focus.
 4        Q       On November 20th, 1980, did anyone brief you on
 5   the practices of the Whittaker-Bermite facility to protect the
 6   environment?
 7        A       Not to my recollection.
 8        Q       Do you know if Whittaker had any practices at the
 9   time to protect the environment?
10        A       Well, out there safe practices, which you were
11   compelled to follow automatically, took care of environmental
12   practices.  You don't just throw stuff that they made out there
13   on the ground and walk around on it.  They would either blow
14   you up or burn you up if you handle it improperly.
15        Q       Did you -- when you took over the environmental
16   responsibilities in 1980, did Whittaker have environmental
17   protection procedures in place?
18        A       Not under the name of environmental, per se.  It
19   all came under safety of handling that kind of stuff, and then
20   that creates an environmental safe environment.  You know, what
21   I am -- is that clear?  That's the best way I know how to say
22   it.  If you mishandle the stuff, it would blow you up, some of
23   it would.  Or it was poison, so you had to handle it carefully
24   for your own self-protection.
25        Q       Now, I understand that -- Mr. Simmons, I
```

01:26PM (line 5)
01:26PM (line 10)
01:26PM (line 15)
01:27PM (line 20)
01:27PM (line 25)

|  | 1 | understand that there are a lot of concerns regarding the |
|---|---|---|
|  | 2 | handling of hazardous materials.  What I am getting at, though, |
|  | 3 | did you have any procedures in place for the safe |
|  | 4 | environmental -- for the safe -- environmentally safe disposal |
| 01:27PM | 5 | of waste at the Whittaker-Bermite site back when you took the |
|  | 6 | environmental duties over in November of 1980? |
|  | 7 | A       I'm not sure I understand the question. |
|  | 8 | Q       Let me rephrase the question. |
|  | 9 | When you took over the environmental |
| 01:27PM | 10 | responsibilities in November of 1980, were there procedures in |
|  | 11 | place to ensure that waste disposed by Whittaker would not harm |
|  | 12 | the environment? |
|  | 13 | A       Yes.  There was always rules and regulations for |
|  | 14 | handling that stuff.  Had to be. |
| 01:28PM | 15 | Q       Did Whittaker have procedures regarding the |
|  | 16 | disposal of that waste? |
|  | 17 | A       Yes.  Depending on what it was.  It was all |
|  | 18 | different kinds of procedures.  I believe they used Fort Irwin |
|  | 19 | to dispose of the explosive waste.  That was a government |
| 01:28PM | 20 | facility that accepted it.  And then we had just bulk waste |
|  | 21 | like household type waste, boxes, cartons, crates, all that |
|  | 22 | kind of stuff.  It was handled. |
|  | 23 | Q       As the corporate director of Whittaker's |
|  | 24 | environmental health and safety -- or it could be safety, |
| 01:28PM | 25 | health, and environment -- were you in charge of ensuring that |

```
  1    the different divisions were in compliance with RCRA?

  2         A    Yes.  As I could get around to them, yes.

  3         Q    Let's go back to the Bean letter which was

  4    entered as Exhibit 13.  The report indicates that each of --

  5              Let's go back to the Bean letter which was

  6    entered as Exhibit 13.  The report indicates that each of the

  7    subset liner breaks.  Do you recall what the liners were made

  8    out of, Mr. Simmons?

  9         A    No.

 10         Q    Do you recall whether these liners met the

 11    standards of the 1980 Resource Conservation Recovery Act?

 12         A    No.  I don't know.

 13         Q    As the corporate director of environmental health

 14    and safety, did you develop a policy regarding preventative

 15    maintenance for sub liners?

 16         A    I wouldn't think so.  I can't recall it.  I sure

 17    wouldn't think so.  If we had those liners, they would be the

 18    only one in the whole Whittaker Corporation.  It wouldn't be a

 19    significant thing to me.

 20              MR. TROWBRIDGE:  Thank you, Mr. Simmons.

 21              THE COURT:  And that concludes his deposition

 22    testimony that you're reading?

 23              MR. TROWBRIDGE:  Yes.

 24              THE COURT:  All right.  And who is your next

 25    witness?
```

1          MR. TROWBRIDGE:  The next witness is

2     James Patrick Jisa, Your Honor.

3          THE COURT:  All right.  And his deposition was

4     taken on April 9 of 2002?

01:30PM    5          MR. TROWBRIDGE:  That's correct, Your Honor.

6          THE COURT:  All right.  So this is now their next

7     witness, members of the jury.  And, once again, the name is

8     James Patrick Jisa, J-i-s-a.

9          You may proceed with the reading.

01:29PM   10                    **JAMES PATRICK JISA,**

11        **CALLED BY THE DEFENDANT VIA DEPOSITION TRANSCRIPT.**

12                       **EXAMINATION**

13     BY MR. TROWBRIDGE:

14          Q     Would you state your name for the record, please?

01:30PM   15          A     James Patrick Jisa.

16          Q     Do you recall the Bermite site becoming subject

17     to the Resource Conservation Recovery Act and the regulations

18     promulgated thereunder?

19          A     Yes.

01:30PM   20          Q     Were these SOPs developed in response to those

21     regulations?

22          A     Prior to the '80s, the inspection manual that was

23     used for the facility was DOD 41 something, something,

24     something, whatever.  And that was, quote/unquote, "our bible."

01:30PM   25               Up until -- and I don't recall any dates or

1  times.  We didn't pay a whole lot of attention even to OSHA

2  because we had our own inspection, not internally, but

3  government inspection.  And it was expressly mentioned -- and

4  it expressly mentioned the fact that DOD contractors were

01:31PM   5  exempt from state or OSHA.

6          OSHA at that time didn't even exist.  It was a

7  Division of Industrial Safety or something like that.  They

8  didn't know the difference between black powder and soap or --

9  so when they did come out, they didn't have anything germane to

01:31PM   10  say.

11          Let's see, that was Virgil Bird and Perry George,

12  and then I believe during Perry George's tenure we came into

13  line with OSHA.  And then when Zoyd came on, Zoyd Luce -- I'm

14  trying to think of the gentleman's name -- one of the V.P.s at

01:31PM   15  Bermite brought over a copy of the --

16      Q     So I take it a number of operating procedures and

17  waste-handling practices were developed in response to RCRA and

18  the regulations promulgated thereunder?

19      A     They were constantly being rewritten and updated

01:32PM   20  prior to any regulation.  If we thought a better way to do

21  it -- if we found a better way to do it, we always wrote it up

22  and updated our documents.

23      Q     When you utilized the burn pits, were these pits

24  lined in any way, or were they just open ground?

01:32PM   25      A     The intense heat that was generated from disposal

1933

1    of energetic material at that time -- and I would suppose even

2    now -- nothing would stand up to it.  We would put barrels just

3    for the heck of it close to the burn pit material, and they

4    weren't there when you came back.  It would incinerate them,

01:32PM    5    vaporize them.

6         Q    So the backhoe would just lift it up out of the

7    flatbed and then put it into the burn pit basically?

8         A    Sometimes it would be a large chunk, and they

9    would use the backhoe to lift it out.  Sometimes it would be in

01:33PM    10   a -- I don't know what the heck you would call it.  But like a

11   basket, and it would -- you would lift it out, and it would

12   burn the basket too as it was made out of wood.

13        Sometimes when I would get there, it would just

14   be a glob.  I mean, I don't know else to say it.  You know, it

01:33PM    15   was just a huge glob on the ground, and it looked like

16   innocuous material to the untrained eye.

17        Q    And in the early days, those procedures would

18   have been set forward in the DOD manual that you referenced?

19        A    Or in Bermite safety manual.  I shouldn't say

01:33PM    20   safety.  Bermite had a manual in the early days for disposal.

21        Q    Were you charged with the responsibility of

22   filling out waste manifests for the site?

23        A    Yes.

24        Q    Did you have to do any analysis to confirm the

01:33PM    25   components of the waste for purposes of the manifest?

```
 1          A      As I recall, analysis was done.

 2          Q      Do you recall signing any waste manifests on

 3   behalf of Whittaker-Bermite facility?

 4          A      Yes.

 5          Q      And it was one of your job functions to do that;

 6   is that correct?

 7          A      Correct.

 8          Q      At any time do you recall there being procedures

 9   or policies in place that would have prevented the simple

10   disposal of propellant waste or oxidizers in ravines?

11          A      Propellant waste, yes.

12          Q      What do you recall about policies in that regard?

13          A      Well, I can't give you an exact timeframe.  We

14   were burning it up until the time we couldn't burn it, and I

15   don't recall the date when that took place.  And there was a

16   timeframe where we were taking it off plant and we were burning

17   it at various Army or Navy or a DOD-controlled facility.

18   That's about all I can tell you there.

19          Q      Were there any policies in place as of the time

20   that you left the employ of Whittaker that would have prevented

21   simply disposing of drums and canyons?

22          A      There was a policy of termination if anybody was

23   caught, quote/unquote, "illegally dumping."

24          Q      So if this occurred, that would have been in

25   violation of that policy?
```

01:34PM (line 5)
01:34PM (line 10)
01:34PM (line 15)
01:34PM (line 20)
01:35PM (line 25)

```
 1        A        That's correct.

 2        Q        Okay.  Next you reference an old dynamite

 3   building.  What was the old dynamite building?

 4        A        That I do remember.  The old dynamite building

 5   dates back to Jim Colbert's days.  He owned the property.  You

 6   would have to check when, but I mean, you're really going back

 7   now.  This goes back to the old gold miner days.

 8                 It had been used for nitroglycerin manufacture.

 9   I had found a wheel that was used for the processing of

10   nitroglycerin.  In fact, I wanted to take it home, but we were

11   too afraid that it might be contaminated and burned it.  So my

12   concern was that the old pipes and everything in there might

13   still have contamination.

14        Q        You also mentioned in your resume, which is

15   Exhibit 201, the second page about the fourth to the last line,

16   "Train personnel on RCRA, DOD, and OSHA regulations including

17   California environmental regulations."

18        A        Uh-huh.

19        Q        Do you recall, were these specific training

20   courses in a classroom with written materials?

21        A        We had a company.  I cannot remember the name.  I

22   used to have a much more detailed resume, and I cut it down,

23   and I can't remember the name of this company.  But it's a

24   well-known environmental company.  We had them come in, and

25   they trained -- they trained the initial team.  They provided
```

01:35PM (line 5)
01:35PM (line 10)
01:35PM (line 15)
01:36PM (line 20)
01:36PM (line 25)

1   us with documentation.  They had an instructor there, and they

2   gave us, I believe, a tape that we would use and written

3   documents that we would use in training.

4          Q       Did you ever personally train anyone on RCRA?

01:36PM 5      A       We had -- oh, heck.  What do I want to call this?

6   Almost like a seminar with the entire department, and we would

7   do this, oh, I don't know, let's see, maybe -- I don't know how

8   many times, but we would bring in all the supervision and

9   managers and have, as I said, like a seminar.  And each one of

01:37PM 10  us would do a portion of it.  And it was something we all

11  dreaded because it was a real drag, and they had to sign for

12  it, managers and supervision.  And then they were given a copy

13  of the -- I guess you would call it the Bermite safety manual.

14  So, yes, to answer your question.

01:37PM 15     Q       Prior to when you first found out about RCRA, did

16  you have any kind of seminars on these type of areas?

17         A       Not seminars, no.

18         Q       Any type of training?

19         A       Yes.  Every employee was given documentation and

01:37PM 20  given -- what the heck did we used to call them? -- new hire

21  orientation, and a member of the safety department, usually me,

22  ended up giving one every time we had new employees.  And that

23  contained my entire tenure -- and that continued my entire

24  tenure while I was there.  We had documentation, and then they

01:37PM 25  were referred to their supervisor as a new employee and

1       follow-up documentation.  And then we would go back later and

2       see how much of it they retained, and they were retested on

3       it -- not exactly retested, but we would pull them off the line

4       and ask them what they knew about the facility and their job.

01:38PM   5       Q       Were you ever reprimanded during your tenure at

6       Bermite for not doing your job properly?

7       A       I was reprimanded for the explosion, one of the

8       explosions in the pit for not training the gentlemen that was

9       working with me properly.

01:38PM  10       Q       Any others?

11       A       For not having written inspections on a location

12       that I was not responsible for.

13       Q       Do you recall any barrels that you ever saw that

14       were actually leaking waste?

01:38PM  15       A       Meaning flowing?

16       Q       Any kind of leak.  Not just flowing.

17       A       There was barrels that had deteriorated in the

18       propellant area where we at one time stored waste of all kinds,

19       and they showed signs of rust.

01:38PM  20       Q       Do you recall seeing material leak out of those

21       barrels?

22       A       No.

23               MR. TROWBRIDGE:  Thank you.

24               THE COURT:  And that concludes the reading of the

01:39PM  25       testimony of James Jisa.

1938

```
 1                    And so who is your next witness?

 2                    MR. BLUM:  It would be Meredith Durant via video,

 3        Your Honor.

 4                    THE COURT:  All right.  And just as the parties

01:39PM  5        have been doing, this is going to be played through from

 6        beginning to end without separation to designate which lawyer

 7        for which party was doing the questioning.

 8                    Is that correct, Mr. Blum?

 9                    MR. BLUM:  Yes, sir.

01:39PM 10                    THE COURT:  Just to make sure you understand what

11        I have just asked, members of the jury -- perhaps it's

12        obvious -- but for ease of reading, this is all being read

13        together.  As you saw in this instance, it was by one lawyer

14        and a witness even though there was questioning on both sides.

01:39PM 15        So you're just hearing the testimony.  You're not seeing which

16        side is actually going to be asking the questions or at least

17        you didn't for the deposition.  That may be different with

18        regard to the video where you will be seeing the lawyer who is

19        asking the questions.

01:40PM 20                    So with that, first, please identify the date or

21        dates of the deposition.

22                    MR. BLUM:  Your Honor, there's two depositions.

23        The first will be November 11, 2019, and the second will be

24        August 4, 2020.

01:40PM 25                    THE COURT:  And so call your next witness then.
```

```
 1              MR. BLUM:  Meredith Durant.

 2              THE COURT:  Let's go ahead.  As soon as you're

 3    ready, you can display the videotaped deposition testimony.

 4                       MEREDITH DURANT,

 5          CALLED BY THE DEFENDANT VIA DEPOSITION VIDEO.

 6                         EXAMINATION

 7         (The video commenced playing before the jury.)

 8              MR. BLUM:  This is the second deposition,

 9    Your Honor.

10         (The video commenced playing before the jury.)

11              MR. BLUM:  This has to be rebooted, Your Honor.

12    Your Honor, while we have a break, the deposition Exhibit 235

13    is actually Exhibit 1378 in this case.

14              THE CLERK:  13 what?

15              MR. BLUM:  Exhibit 235 referred to in the

16    deposition is Exhibit 1378 which is in evidence.

17              THE COURT:  All right.

18         (The video commenced playing before the jury.)

19              THE COURT:  Does that conclude the testimony?

20              MR. BLUM:  Yes, Your Honor.

21              THE COURT:  Does the defense have any further

22    witnesses or evidence?

23              MR. BLUM:  Subject to moving some exhibits into

24    evidence, we would rest.

25              THE COURT:  All right.  Is there any rebuttal
```

01:40PM (line 5)
02:21PM (line 10)
02:21PM (line 15)
02:26PM (line 20)
02:27PM (line 25)

1940

```
 1    evidence?
 2                MR. RICHARD:  Yes, Your Honor.  We would call
 3    Gaynor Dawson who was a representative 30(b)(6) witness for
 4    Whittaker.  We would call him via video deposition.
 5                THE COURT:  And there is an objection on this?
 6                MR. BLUM:  Yes, Your Honor.  What we discussed
 7    earlier.
 8                THE COURT:  I'm fully familiar with this.  Let's
 9    do this.  This issue we will discuss after I release the jury
10    because it's almost 2:30.
11                So we are going to break at this point, members
12    of the jury.
13                Let me tell you where we are.  You can expect
14    that tomorrow the Court is going to provide you with the final
15    jury instructions in this case, and you will hear closing
16    arguments tomorrow as well.  So there's a reasonably good
17    chance that you will actually start your deliberations
18    tomorrow.
19                With that, please remember not to speak to anyone
20    about the case, the people, or the subject matter involved.
21    Continue to keep an open mind.  The closing arguments are
22    anticipated to be fairly lengthy, approximately a couple of
23    hours a piece.  So they will take up a good part of tomorrow
24    along with the instructions, but there still may be time for
25    you to deliberate.
```

                    You may recall, although it's been a little while

ago, I mentioned during jury selection that the general time

that you would be sitting would be until 2:30 with certain

exceptions, and one of the exceptions was during deliberations.

02:28PM            So tomorrow you should anticipate that you will

be here longer than 2:30.  You can anticipate that you will be

here through about 4:30.  You will have the ability to do -- to

take breaks and the like, and I will give you more time for a

lunch break tomorrow.  It's our intention to actually have a

02:29PM  warm lunch ordered in for you tomorrow.  So that is what is

anticipated for tomorrow.  That is it for this day.

                    So please have a very good evening, and I will

see you tomorrow at 8:30, please.

                    (The following proceedings were held in

02:30PM            open court outside the presence of the jury:)

                    THE COURT:  We are outside the presence of the

jury.

                    I'm not persuaded, Mr. Richard, after looking at

the materials for Mr. Dawson that this qualifies as rebuttal.

02:30PM  It seems to me that this is probably evidence you anticipated

bringing in probably from the beginning of the case but just

doing it through Mr. Dawson who you anticipated being called in

the defense case.

                    This has been an issue, it seems to me,

02:30PM  throughout the trial.  I read the material.  I don't frankly

1   think it favors one side more than the other, but that's for

2   counsel to make its own determination.

3              But he generally testifies about record-keeping

4   practices and whether documents were destroyed and things of

02:31PM  5   that nature.  And it seems to me that's really been an issue to

6   an extent from the opening statements in this case.

7              MR. RICHARD:  May I just very briefly?

8              THE COURT:  Sure.

9              MR. RICHARD:  I'm not sure that's the standard

02:31PM  10  for rebuttal evidence, but in this case I won't spend much time

11  on this, Your Honor.

12             We just heard from three witnesses, via

13  deposition reads, who all talked about documents and policies

14  as though they existed.  One way or the other, they all talk

02:31PM  15  about the absence of that evidence.

16             I do think that those deposition reads make it

17  fair rebuttal, raise that issue in the minds of the jury.  They

18  talked about policies that they wrote, that they relied on,

19  written policies that may or may not have existed.

02:31PM  20             Anyway, I think the evidence is directly relevant

21  to that.

22             THE COURT:  Could you point out anything more

23  specific because I did not focus on the deponents when I

24  formulated the thought that I articulated to you.  I was

02:32PM  25  focused on the issue that you presented to the Court was that

1943

```
 1    this rebuts Mr. Hokkanen's testimony which is a little bit hard
 2    to see.
 3                MR. RICHARD:  Yes, Your Honor.  I mean, that --
 4    so we just heard from Mr. Jisa and Mr. Luce and Mr. Simmons,
 5    and they testified about a safety manual that was prepared and
 6    about an environmental manual in response to RCRA in 1980 and
 7    that they had a policy before that time against dumping
 8    anything on the ground.
 9                THE COURT:  And I may misremember this, but I do
10    recall there being testimony about this manual or policy.  I
11    even recall, it seemed it was a question of linguistics, but
12    there was even some impeachment about whether or not there was
13    a manual in place.  And there was a document, a procedural
14    manual that has been shown and introduced into evidence.  There
15    was reference in that manual, I think, to DOD regulations or
16    some DOD citations.
17                And so tell me specifically what you think these
18    witnesses testified to that perhaps is contradicted?
19                MR. RICHARD:  Yes, Your Honor.  Very
20    specifically, one of the witnesses testified that they disposed
21    of it.  He referred to manifests.  We sent it to specific
22    sites, and there would have been paperwork associated with
23    that.  So it's not just the manuals.  It's the disposal
24    documentation that the witnesses just testified to that does
25    not exist, has never been produced.
```

02:32PM (line 5)
02:32PM (line 10)
02:33PM (line 15)
02:33PM (line 20)
02:33PM (line 25)

1    It's difficult to identify a brand new issue for

2    rebuttal.  That's why it's rebuttal.  But I do think it fairly

3    responds to testimony that defendants just presented about

4    documents that -- regarding disposal practices and that the

02:34PM  5    documents were signed.

6            THE COURT:  All right.

7            MR. RICHARD:  That's all I've got.

8            THE COURT:  Let me hear from you, Mr. Blum,

9    because that does put it in a different light than the Court

02:34PM  10   contemplated.

11           MR. BLUM:  Your Honor, it really doesn't.  It's

12   the same issue.

13           THE COURT:  You need to go to the lectern,

14   please.

02:34PM  15           MR. BLUM:  Your Honor, I don't think it does.

16   It's another case of the plaintiffs using a revolving or a

17   flowing argument.

18           We introduced --

19           THE COURT:  Do you really want to make this point

02:34PM  20   after you are asking the Court for a statute of limitations

21   issue?

22           MR. BLUM:  No, sir.

23           THE COURT:  Probably not a really good day for

24   you to be making that argument.

02:34PM  25           MR. BLUM:  Correct.  The issue of manual, as the

1    Court dealt with, we introduced two manuals.  They're in

2    evidence.  The issue of manifests was dealt with.  There was

3    specific evidence from specific individuals who saw manifests.

4    There was no doubt the manifest is created.

02:35PM   5        None of these witnesses said -- dealt with

6    specific documents that Mr. Gaynor says don't exist.

7        THE COURT:  So tell me how the evidence is

8    prejudicial to Whittaker.  That's not the only focus, nearly

9    the only focus that I'm making here.  But tell me because I

02:35PM   10   read it and I'm struggling a little bit to understand what

11   the -- what the reason is for the objection.

12        MR. BLUM:  Well, Your Honor, I don't want to -- I

13   don't want to say that the plaintiff has misrepresented how

14   they're going to use it, but I don't think they have been

02:35PM   15   candid with the Court.

16        What they will do in closing is use this evidence

17   to say that Whittaker has been lying about what they did.

18        THE COURT:  But -- excuse me, Mr. Blum.  But

19   that's one of the reasons why I was also inclined to allow it

02:36PM   20   which is that it does appear to an extent to provide the jury

21   with context and actual evidence so that the parties aren't

22   essentially ignoring what the evidence shows about the record

23   keeping and retention practices of your client.

24        MR. BLUM:  Remember, Your Honor, we tried to get

02:36PM   25   in evidence with Mr. Hughto that the evidence did exist at the

1    time of the first trial, that there were more contracts there,

2    that there were manifests that they saw but that a lot of these

3    had been subsequently destroyed, and you wouldn't let us get

4    into that because you said it wasn't relevant.

02:37PM  5            The evidence is that that stuff did exist a

6    couple decades ago.  It has nothing to do with us about why

7    it's not there.

8            THE COURT:  What happened to it?

9            MR. BLUM:  Part of it -- part of it was -- it's

02:37PM  10   been put -- it's gone all over the world.  Part of it was

11   seized by DTSC.  Part of it was seized by L.A. County.  Part of

12   it was used in litigation.  And part of it has just been the

13   subject of time.  We're not -- we're dealing with something

14   that happened 40 years ago with a site that has been closed.

02:37PM  15   To say that just because it doesn't exist there's some

16   nefarious motive to it is not substantiated.

17           THE COURT:  So what is it that you're going to

18   tell the jury tomorrow in response?

19           MR. BLUM:  To what --

02:37PM  20           THE COURT:  You've heard the opening statement.

21   You've heard the examination.  So there's going to be an issue

22   presumably tomorrow about the lack of records and

23   documentation.

24           MR. BLUM:  What I will do is I will point to some

02:38PM  25   of the exhibits for -- specifically I believe it was an audit

1   by DTSC in the late '80s where they reviewed the documents,

2   where they said they exist.  They reviewed plans for -- there

3   were closure plans.  There were manifests.  There were -- they

4   eventually got the training records.  There's stuff that says

02:38PM  5   they got them.

6          THE COURT:  All right.  You've convinced me that

7   I'm going to allow it in because what I hear the parties saying

8   essentially is you're going to be arguing about this stuff.

9   You just don't want the jury to hear what is relevant to the --

02:38PM  10   their consideration.  And you have, it sounds to me, a

11   response.  Your response is the documents did once exist as

12   reflected by the fact that regulators or others previously

13   relied upon them.

14          MR. BLUM:  Your Honor, I wasn't going to -- you

02:38PM  15   asked me what was I going to do if they were allowed to read

16   it, to read that stuff in.  If they weren't going to read it

17   in, I wasn't going to get into that.

18          THE COURT:  And, Mr. Richard, are you going to be

19   getting into documents or lack of documentation?

02:39PM  20          MR. RICHARD:  Absolutely, Your Honor.  I can go

21   into it further.  One thing comes to mind right now that

22   Mr. Blum asked Mr. Hughto, and that manifest just wasn't signed

23   by the people that were supposed to sign it.  And yet we have

24   in evidence a notice of violation.  That wasn't the violation.

02:39PM  25   The violation was the manifest didn't even have the right --

1     the name of anyone on it, and then they're cited for not having

2     records.

3                    So yes, Your Honor, this is an issue.  I'm not

4     going to harp on it, but it's a relevant issue in every case.

02:39PM  5  Where is the evidence?

6                    THE COURT:  All right.  For what it's worth, I

7     think the parties are making much more of this entire issue

8     than probably is of much interest.  But I am concerned that

9     there's going to be discussion in closing argument about it

02:40PM 10  that even potentially may run afoul of what's actually stated

11    in the 30(b)(6) deposition of Mr. Dawson that is going to raise

12    even potentially some ethical issues.  And I'm not suggesting

13    that any party would intentionally run afoul of ethical issues

14    by testifying to something or stating something in closing

02:40PM 15  argument that they know not to be factual based upon

16    Mr. Dawson's testimony.

17                    I am going to allow it, not because it's rebuttal

18    for Mr. Hokkanen, but I do think that -- it's marginal, but I

19    do think it is rebuttal with respect to what the jury heard

02:40PM 20  concerning the existence of the documents and policies and

21    practices.  That is the Court's ruling.

22                    Let's turn to the jury instructions.  I do want

23    to start with the statute of limitations.  I realize that was

24    just presented at least in writing today, Mr. Richard, although

02:41PM 25  we did get a preview that this might be coming from Mr. Blum

and he apparently decided to file it.

MR. RICHARD:  Yes, Your Honor.  So at
10:00 o'clock this morning with -- I had no advance notice that
this was going to be filed today -- 75 pages of materials were
submitted to the Court.  I believe I was examining Mr. Simpson
at that time or shortly thereafter.  So I have not looked at
those 75 pages.  I have looked at enough to know this relates
back to a conversation I had in August at one of our meet and
confer calls on a Saturday or Sunday where Mr. Blum said --

THE COURT:  Slow it down, please.

MR. RICHARD:  I can just move to conform to
proof.  And I said, no, sir.  There will be prejudice.  Under
Rule 15 it's not you may just willy-nilly wait and then spring
something on me.  And so then we didn't hear anything further.
And now we get this motion which on its face is absolutely
defective because the testimony of Mr. Masnada that he heard in
one of these meetings that there was contamination at the
Whittaker site doesn't start the statute of limitations running
on any claim.  There was no harm to the water agency.  So that
should be a full stop.

Beyond that, Rule 15 is very clear that where
there is prejudice and no consent -- and I absolutely did not
consent to this -- and I was very clear because I have been
down this road before on a Rule 15 -- there was no consent.
There is prejudice that I would have to call clients now and

actually read the 75 pages they filed and then present a

witness to say, no, we didn't have harm.  This wasn't accrued.

This wasn't a claim.  There's equitable tolling.  There's a

whole host of issues that do not permit a litigant aware of

02:43PM  this evidence and this testimony to try to back door in this

fashion.

I'm happy to address the issue further once I

have read the papers, but I think this is a nonstarter from

beginning to end.

02:43PM  THE COURT:  Give me some sense as to the

testimony that you would look to elicit with regard to delayed

discovery.

MR. RICHARD:  Sure.  We would bring back

Mr. Masnada and say, did you think there was harm to the water

02:43PM  agencies when you said you heard that there might be or was

contamination at the Whittaker site?  We would have to call

other executives who were at the company during that same time

period.  I would have to dig up documentation and

correspondence as to both with Whittaker and the regulatory

02:43PM  agencies.

This is -- so that's off the top of my head,

there are witnesses and documents that we would present to

rebut this notion that they sat on their rights and that there

was any harm that had -- that would have permitted them to file

02:44PM  a claim at that time.

```
 1              THE COURT:  All right.  Mr. Blum?  And before you

 2   respond, let's frame what the issue is.

 3              So you're asking the Court to give a statute of

 4   limitation defense of three years which would essentially say

 5   that, if they were on notice, that is, if the water agency was

 6   on notice three years prior to filing their Complaint, that

 7   their claims are time barred; is that correct?

 8              MR. BLUM:  Yes, sir.

 9              THE COURT:  And so you would have me basically

10   say that you contend that the agency's lawsuit was not filed

11   within the time set by law, and then you have to prove that the

12   claimed harm occurred before, and this would be before August 8

13   of 2015; correct?

14              MR. BLUM:  Yes, Your Honor.  But I need to be

15   particular.  We're only talking about the negligence cause of

16   action.

17              THE COURT:  All right.  But with regard to

18   negligence, you would agree that the claim would be time barred

19   assuming I were to give this instruction if, in fact, the

20   agency had notice prior to August 8 of 2015.

21              MR. BLUM:  Yes, sir.  I don't have the dates

22   down, but generally, yes.

23              THE COURT:  All right.  So three years before the

24   filing of the Complaint, you know the Complaint was filed in

25   2018.  So let's just say 2015 which is close enough for
```

02:44PM (line 5)
02:45PM (line 10)
02:45PM (line 15)
02:45PM (line 20)
02:46PM (line 25)

1952

|  | 1 | purposes of this discussion. |

1    purposes of this discussion.

2                    MR. BLUM:  Yes, sir.  I agree.

3                    THE COURT:  And you are basing that on testimony

4    that came out with Mr. Masnada in this trial some eight days

02:46PM  5    ago relating to him learning about perchlorate contamination;

6    correct?

7                    MR. BLUM:  He said just contamination generally.

8    He wasn't sure what it was.

9                    THE COURT:  First of all, does your statute of

02:46PM  10   limitation defense focus exclusively on perchlorate, or does it

11   extend to VOCs?

12                   MR. BLUM:  It would extend to both under the

13   *CASMI IV* case.

14                   THE COURT:  And are you able to tell this Court

02:46PM  15   in good faith as a -- as an officer of the court that you had

16   no evidence that the plaintiff had notice of perchlorate or VOC

17   contamination prior to August of 2015?

18                   MR. BLUM:  Your Honor, I can tell you that his

19   testimony came as a complete surprise to us.

02:47PM  20                   THE COURT:  That's not my question, is it?

21                   MR. BLUM:  Your Honor --

22                   THE COURT:  You would agree with the Court,

23   Mr. Blum, that, whether Mr. Masnada testified to that or not,

24   you would have the same statute of limitation defense based

02:47PM  25   upon other evidence that the water agency was on notice of

1  perchlorate and VOC contamination prior to August of 2015?

2  Correct or not correct?

3          MR. BLUM:  Your Honor, can I correct a factual

4  issue here, though, please?

02:47PM  5          THE COURT:  Yes.

6          MR. BLUM:  The problem was 2015 I don't think is

7  the right date.  It actually -- because the original settlement

8  agreement had a tolling provision of VOC claims.  So it has to

9  go back three years prior to that case, not years prior to this

02:48PM  10  case.

11          THE COURT:  So give me the date that you would be

12  asking which is where I started and you concurred.

13          MR. BLUM:  1997.

14          THE COURT:  So are you saying that there -- you

02:48PM  15  had no evidence that there was notice of perchlorate

16  contamination prior to 1997 before you heard from Mr. Masnada?

17          MR. BLUM:  Your Honor, I can tell you I had lots

18  of suspicions that they knew -- that they had reason to believe

19  it was contaminated prior to 1997.  But the first piece of

02:48PM  20  evidence we got was Mr. Masnada's testimony.  So did I believe

21  they knew before?  Yes.

22          THE COURT:  What was your suspicion based on?

23          MR. BLUM:  My gut and the fact I have been doing

24  this for 30 years.  But we tried all different ways to get the

02:49PM  25  evidence, and everybody said, no, they didn't know, they didn't

1954

1    know until they found the perchlorate.  And perchlorate wasn't

2    the issue because nobody knew about it until '97.  So we

3    weren't going to win that argument.

4              But what Mr. Masnada said, it wasn't just

02:49PM  5    perchlorate.  It was other things.  That was the key to us that

6    it was other things because perchlorate wasn't going to be

7    enough.

8              THE COURT:  Did you depose Mr. Masnada?

9              MR. BLUM:  No.

02:49PM  10             THE COURT:  Did you conduct discovery on the

11   issue of the statute of limitations?

12             MR. BLUM:  Generally we did, Your Honor, but I

13   don't know if we asked a specific question.  Again, I want to

14   be real candid with the Court.  I don't recall.

02:49PM  15             THE COURT:  So maybe you could square that for

16   me, Mr. Blum.  You've been doing this for a long time.  You had

17   a suspicion that they knew prior to 1997, and you didn't -- you

18   weren't all over this because it's at least game over for the

19   negligence claim.

02:50PM  20             MR. BLUM:  Well, we were.  In the depositions we

21   took of Mr. Stone, of Mr. Alvord, of Mr. Leserman, and a whole

22   bunch of other depositions, we asked.  You saw in the clip that

23   was played from Meredith Durant we inquired about it.  And as

24   to VOCs, the testimony was, no, we didn't know until we tested

02:50PM  25   in the wells.

1       So we were all over it.  We just didn't have the

2   evidence.  And, frankly, Your Honor, we were -- had a very

3   limited amount of depositions, and my recollection is the Court

4   was very clear that it was not going to be inclined to give us

02:50PM  5   more.

6       THE COURT:  But please don't try to make a record

7   of anticipating what the Court might or might not have done.

8   You didn't ask the Court to conduct discovery of -- additional

9   discovery with respect to the statute of limitations.  I didn't

02:50PM  10   limit you with regard to your written discovery.

11       MR. BLUM:  We did do discovery.  That's what I'm

12   trying to say.  We asked all the witnesses that would have had

13   information about what their knowledge was and when they got

14   it.  It wasn't something we ignored.  We did not get to

02:51PM  15   Mr. Masnada.  And that's -- Your Honor, to be frank, if that's

16   something we should have done then you should deny the motion.

17       THE COURT:  Well, I probably should deny the

18   motion because you should have done that, and it clearly will

19   cause prejudice here.  The Court would have to essentially

02:51PM  20   delay this trial, it seems to me, in order to allow the issue

21   of delayed discovery.  There's unquestionably going to be an

22   issue of delayed discovery here, is there not?

23       MR. BLUM:  Yes.

24       THE COURT:  And how could I at this point

02:51PM  25   foreclose the plaintiff practically from introducing evidence

1   on delayed discovery?

2              MR. BLUM:  Your Honor, first, I think they have.

3   But to the extent they would want to introduce more --

4   Your Honor, I understand the Court's problem and the Court's

02:52PM   5   issues here.  But this truly was new evidence for us.  And

6   given the evidence there and what we believe at this point is a

7   very strong case that they blew the statute of limitations --

8              THE COURT:  Well, you can't even say that or

9   represent that to the Court in good faith, can you, without

02:52PM   10  even knowing or having more discovery on delayed discovery?  I

11  can't make that determination.

12             MR. BLUM:  Your Honor, I can because we actually

13  deposed these people on this issue.  And nobody -- and we know

14  what they're going to say.  Our problem was we couldn't get the

02:52PM   15  knowledge back early enough.  So we did the discovery on

16  statute of limitations.  So the discovery is done.  So I can

17  say that I know what at least the witnesses that were directly

18  involved would say because we have done the discovery.

19             THE COURT:  All right.  Submitted?

02:52PM   20             MR. BLUM:  Yes, sir.

21             THE COURT:  All right.  The Court is not going to

22  allow the statute of limitations.  I have considered the

23  Feldman factors, and I may elaborate further.

24             I, first of all, find that there would be

02:53PM   25  substantial prejudice to the plaintiff to allow the statute of

1    limitations defense at this late date.  There's no question in

2    my mind that, with a modest amount of discovery by capable

3    counsel on the defense side, that this issue would have been

4    properly discovered during discovery, not that it should be

02:53PM    5    learned during trial.

6              And there's a history on this issue which is a

7    history of going up and down, asserting a statute of

8    limitations defense, there being a motion, the Court granting

9    it because there is no factual support for the statute of

02:54PM    10    limitations defense but the Court being very clear that I would

11    be open to allowing the affirmative defense if presented with

12    facts on a timely basis, and then hearing from Whittaker that

13    they don't intend to pursue the statute of limitations defense

14    only to trot it out at -- to say the 11th hour is an

02:54PM    15    understatement.

16              They even learned about this evidence eight days

17    ago, and while I understand that there are four intervening

18    days including a weekend and two holiday days, I also

19    understand that, just like the parties, the Court has been

02:54PM    20    working substantially throughout this period.

21              And the submission that I received today, at

22    least the thrust of the submission, could not have taken very

23    long to present to the Court and to provide it notice so this

24    issue could have been even discussed before the close

02:55PM    25    essentially of all of the evidence in the case.

1         Reluctantly I find that this issue has not been

2    presented in good faith to the Court.  I do think there has

3    been bad faith on the part of Whittaker and the way that it has

4    presented this issue, and I find substantial prejudice to

02:55PM   5    introduce it at this late hour.

6         So for all those reasons, the Court is precluding

7    the statute of limitations defense.

8         We do have other issues that we need to turn to.

9    I do want to start with the successor liability.  One moment,

02:55PM  10    please.

11         Okay.  Let's turn to successor liability.  I have

12    received the parties' dueling instructions on this although I

13    actually don't think you're that far apart.  Let me provide

14    what the Court would suggest.

02:56PM  15         The first sentence apparently is not disputed on

16    successor liability, and that is "Whittaker is the successor to

17    the Bermite Powder Company, and Bermite occupied the site from

18    1943 until Whittaker purchased it in 1967."

19         The sentence that I would include is I think

02:57PM  20    closer to what Whittaker is proposing, and it seems preferable

21    in my view because it is more direct to the issue.  And it

22    says -- this is what I'm proposing.  "Whittaker is, therefore,

23    libel for any act or omission by Bermite that resulted in

24    negligence, nuisance, or trespass."  I will read it again.

02:57PM  25    "Whittaker is, therefore, libel for any act or omission by

1    Bermite that resulted in negligence, nuisance, or trespass."

2                The only thing it leaves out on your side is I

3    don't introduce, again, the idea of the burden of proof, but

4    there will be a general burden of proof instruction that I will

02:58PM  5    give once again.  And, of course, Mr. Richard would be

6    precluded -- and I can't imagine he would suggest in his

7    closing argument that anyone other than the water agency has

8    the burden of proof on this.  And you would be able, if you

9    thought it significant, Mr. Blum, to remind the jury that it is

02:58PM  10   the plaintiff that has the burden of proof.

11               I just don't see, necessarily, the need to have

12   the burden of proof introduced every time there's a claim or an

13   issue when I have a general burden of proof instruction.

14               So let me hear, since you're rising first,

02:58PM  15   Mr. Blum.  I will hear from you, and then I will hear from

16   Mr. Richard.

17               MR. BLUM:  Your Honor, we find the instruction as

18   you have done acceptable.  The only thing I would add is we

19   have made a motion in the JMOL that might affect this because

02:59PM  20   we do not believe there has been any evidence that during the

21   Bermite time there's been any negligence.

22               THE COURT:  I understand.

23               MR. BLUM:  Thank you, Your Honor.

24               THE COURT:  Any objection, Mr. Richard?

02:59PM  25               MR. RICHARD:  No, Your Honor.

1                   THE COURT:  All right.  Then --

2                   MR. RICHARD:  Just a question on timing.  At some

3       point, now that defendants have rested, I also had a motion.  I

4       can make it orally on their cross-complaint.  I think there's

02:59PM  5       one or two claims that would otherwise potentially go to the

6       jury, and I just didn't want that hanging out there.  Whenever

7       it is convenient to the Court.

8                   THE COURT:  Let us see if we can make some

9       progress on the jury instructions since I have to do two

02:59PM 10       things, and I know you have things to do as well.  One is I

11       have to get you and I intend to get you, if possible, a copy of

12       the instructions this evening so that you have them for your

13       closing argument.  But I also have two documents that I have to

14       prepare, and that includes a Word document as well as a

03:00PM 15       PowerPoint.  So I'd like to try to get through as much as I can

16       to satisfy those objectives.

17                      So now I'm going to skip over negligence, per se,

18       for a moment, and go to the next item that the parties have

19       identified as remaining unresolved, and I'm going from the list

03:00PM 20       that the parties provided the Court by e-mail a night or two

21       ago.  And the next is apportionment of responsibility.

22                      And I will want to hear from you, Mr. Blum, on

23       this issue, but let me at least give you a sense of what I

24       think I heard, after we previously discussed this, is that I

03:00PM 25       heard from your expert, Mr. Hokkanen, words to the effect that

1   he cannot identify other sources.  And let me tell you how I

2   reach that conclusion.  He said that, in order for him to be

3   able to identify other sources, he essentially would have to go

4   and do an investigation to see who used what products and

03:01PM   5   released what products or chemicals into the ground, and he

6   didn't do that.

7          And so my recollection is that you had referred

8   to Mr. Hokkanen as the sponsor of the evidence that would

9   demonstrate that there were other tortfeasors beyond SIC.  SIC

03:01PM   10  is going to be presented.  So I intend to present the

11  apportionment of responsibility instruction, and I intend to

12  include the SIC.  What I'm really focused on is whether there's

13  anyone else, and I have not heard evidence that would be

14  sufficient to present it to the jury.

03:02PM   15         MR. BLUM:  Your Honor, I think there's a nuance

16  to what Mr. Hokkanen said that is different from the way the

17  Court characterized it.  What Mr. -- and, by the way, the only

18  other apportionment issue, the only other, quote, "party" or

19  entity that we would want to add would be those parties that

03:02PM   20  were responsible for the contamination around the mall wells.

21  That might not be the right wording, but I think the Court

22  understands the concept.

23         What Mr. Hokkanen says is he has no doubt it's a

24  third party which is consistent with what Dr. Trudell

03:02PM   25  originally testified to but then changed his mind.  But as to

1962

1    who -- in order to identify those parties, he would have to do

2    the investigation that the Court said.

3              For an apportionment instruction, you don't have

4    to be able to name the party.  You could -- if you could

03:03PM  5    specifically define the area or -- such as suppliers of

6    asbestos too, that's sufficient for an apportionment.  And I

7    think we have done that.  We have done -- there's a lot of

8    evidence relating to the fact that there are -- that the mall

9    wells, the contamination there is from -- is not from Whittaker

03:03PM  10   and there is significant evidence that that -- excuse me --

11   that the contamination there has been drawn into Well V-201.

12   We just had more of that evidence from Meredith Durant.

13             THE COURT:  All right.  Just a moment.  We're

14   going to take just a couple minute break to change out the

03:04PM  15   court reporters.

16             (A recess was taken at 3:04 p.m.)

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OFFICIAL REPORTER

1

2

3

4

5          I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6  COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7  THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8  PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9  FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10  STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11  ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12  CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13  THE UNITED STATES.

14

15          DATED THIS  1ST  DAY OF DECEMBER, 2021.

16

17

18          /S/ MIRANDA ALGORRI

19          _____
           MIRANDA ALGORRI, CSR NO. 12743, CRR
20          FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25

**$**

$120,000 [1] - 1921:24

**'**

'72 [1] - 1923:11
'80S [2] - 1931:22, 1947:1
'82 [1] - 1915:13
'83 [1] - 1915:13
'86 [2] - 1923:11, 1923:12
'97 [1] - 1954:2

**/**

/S [1] - 1963:18

**1**

1 [2] - 1908:14, 1912:1
10 [5] - 1925:9, 1925:10, 1925:12, 1925:13, 1925:15
100 [1] - 1925:11
10:00 [1] - 1949:3
11 [2] - 1922:13, 1938:23
11TH [1] - 1957:14
12743 [2] - 1908:23, 1963:19
13 [3] - 1930:4, 1930:6, 1939:14
1378 [2] - 1939:13, 1939:16
15 [3] - 1949:13, 1949:21, 1949:24
17 [1] - 1908:8
18-06825-SB [1] - 1908:7
1908 [1] - 1908:8
1914 [1] - 1910:5
1922 [1] - 1910:7
1931 [1] - 1910:10
1939 [1] - 1910:12
1943 [1] - 1958:18
1963 [1] - 1908:8
1967 [1] - 1958:18
1972 [3] - 1927:15, 1927:20, 1927:24
1979 [2] - 1914:20, 1915:1
1980 [9] - 1916:12, 1924:2, 1924:4, 1928:4, 1928:16, 1929:6, 1929:10, 1930:11, 1943:6
1981 [1] - 1915:6
1985 [1] - 1914:20

1986 [1] - 1923:25
1997 [4] - 1953:13, 1953:16, 1953:19, 1954:17
1:06 [2] - 1908:14, 1912:1
1ST [2] - 1908:24, 1963:15

**2**

2002 [4] - 1913:24, 1914:2, 1922:13, 1931:4
201 [1] - 1935:15
2015 [6] - 1951:13, 1951:20, 1951:25, 1952:17, 1953:1, 1953:6
2018 [1] - 1951:25
2019 [1] - 1938:23
2020 [1] - 1938:24
2021 [3] - 1908:14, 1912:1, 1963:15
20TH [1] - 1928:4
22116 [2] - 1924:17, 1925:7
235 [2] - 1939:12, 1939:15
2441 [1] - 1914:15
28 [3] - 1913:24, 1914:2, 1963:8
2:30 [3] - 1940:10, 1941:3, 1941:6

**3**

3 [1] - 1925:5
30 [1] - 1953:24
30(B)(6 [2] - 1940:3, 1948:11
317 [3] - 1919:10, 1920:1, 1920:9
342 [2] - 1919:10, 1920:1
34TH [2] - 1909:7, 1909:10
350 [1] - 1908:24
3:04 [1] - 1962:16

**4**

4 [1] - 1938:24
40 [1] - 1946:14
41 [1] - 1931:23
4455 [1] - 1908:24
4:30 [1] - 1941:7

**5**

50 [1] - 1909:10
500 [1] - 1909:15

**7**

700 [1] - 1909:16
75 [3] - 1949:4, 1949:7, 1950:1
753 [1] - 1963:8
777 [1] - 1909:6

**8**

8 [2] - 1951:12, 1951:20
8:30 [1] - 1941:13

**9**

9 [1] - 1908:13, 1931:4
90012 [1] - 1908:25
90017 [1] - 1909:7
94111 [2] - 1909:11, 1909:16
94542 [1] - 1914:15

**A**

ABILITY [1] - 1941:7
ABLE [4] - 1952:14, 1959:8, 1961:3, 1962:4
ABOVE [1] - 1963:11
ABOVE-ENTITLED [1] - 1963:11
ABSENCE [1] - 1942:15
ABSOLUTELY [3] - 1947:20, 1949:15, 1949:22
ACCEPTABLE [1] - 1959:18
ACCEPTED [1] - 1929:20
ACCIDENT [1] - 1916:3
ACCIDENTS [1] - 1925:19
ACCORDING [1] - 1918:18
ACCRUED [1] - 1950:2
ACT [3] - 1924:12, 1958:23, 1958:25
ACT [3] - 1916:9, 1930:11, 1931:17
ACTION [1] - 1951:16
ACTIVITIES [1] -

1926:14
ACTUAL [1] - 1945:21
ADD [2] - 1959:18, 1961:19
ADDITIONAL [2] - 1927:10, 1955:8
ADDRESS [1] - 1950:7
ADMINISTRATION [1] - 1916:1
ADVANCE [1] - 1949:3
ADVISE [1] - 1924:25
AFFAIRS [2] - 1925:16, 1926:12
AFFECT [1] - 1959:19
AFOUL [2] - 1948:10, 1948:13
AFRAID [1] - 1935:11
AGENCIES [2] - 1950:15, 1950:20
AGENCY [1] - 1908:5
AGENCY [5] - 1949:19, 1951:5, 1951:20, 1952:25, 1959:7
AGENCY'S [1] - 1951:10
AGO [6] - 1941:2, 1946:6, 1946:14, 1952:5, 1957:17, 1960:21
AGREE [3] - 1951:18, 1952:2, 1952:22
AGREEMENT [1] - 1953:8
AHEAD [1] - 1939:2
AIR [1] - 1927:1
AL [1] - 1908:8
AL [4] - 1922:20, 1922:21, 1922:22, 1922:25
ALARM [2] - 1919:18, 1919:20
ALERT [1] - 1919:22
ALGORRI [4] - 1908:23, 1963:5, 1963:18, 1963:19
ALL-INCLUSIVE [1] - 1924:13
ALLOW [9] - 1920:19, 1921:11, 1921:18, 1945:19, 1947:7, 1948:17, 1955:20, 1956:22, 1956:25
ALLOWED [2] - 1921:10, 1947:15
ALLOWING [1] - 1957:11
ALMOST [2] - 1936:6, 1940:10

ALSO [1] - 1909:18
ALVORD [1] - 1954:21
AMOUNT [2] - 1955:3, 1957:2
AMOUNTED [1] - 1957:15
ANALYSIS [3] - 1921:23, 1933:24, 1934:1
AND [3] - 1963:6, 1963:9, 1963:11
ANGELES [3] - 1908:15, 1908:25, 1912:2
ANGELES [1] - 1909:7
ANSWER [2] - 1914:5, 1936:14
ANSWERS [2] - 1913:5, 1913:7
ANTICIPATE [2] - 1941:5, 1941:6
ANTICIPATED [4] - 1940:22, 1941:11, 1941:20, 1941:22
ANTICIPATING [1] - 1955:7
ANYWAY [1] - 1942:20
APART [2] - 1916:25, 1958:13
APPEAR [3] - 1912:20, 1912:22, 1945:20
APPEARANCES [1] - 1909:1
APPEARED [2] - 1912:16, 1912:19
APPEARING [1] - 1913:12
APPOINTED [1] - 1924:2
APPORTIONMENT [5] - 1960:21, 1961:11, 1961:18, 1962:3, 1962:6
APPRISE [1] - 1920:21
APPROVED [1] - 1924:8
APRIL [2] - 1923:11, 1931:4
ARCHIE [6] - 1910:6, 1922:5, 1922:8, 1922:20, 1922:25, 1923:3
ARCHIE [2] - 1922:14, 1923:3
AREA [3] - 1917:12, 1937:18, 1962:5
AREAS [4] - 1919:10,

1921:16, 1924:23, 1936:16

**ARGUING** [1] - 1947:8

**ARGUMENT** [7] - 1944:17, 1944:24, 1948:9, 1948:15, 1954:3, 1959:7, 1960:13

**ARGUMENTS** [2] - 1940:16, 1940:21

**ARMY** [1] - 1934:17

**ARTICULATED** [1] - 1942:24

**ASBESTOS** [1] - 1962:6

**ASH** [2] - 1920:18, 1921:7

**ASSERTING** [1] - 1957:7

**ASSOCIATED** [1] - 1943:22

**ASSOCIATES** [1] - 1927:6

**ASSUMING** [1] - 1951:19

**ATTENTION** [3] - 1913:4, 1927:21, 1932:1

**AUDIT** [1] - 1946:25

**AUGUST** [6] - 1938:24, 1949:8, 1951:12, 1951:20, 1952:17, 1953:1

**AUTOMATICALLY** [1] - 1928:11

**AWARE** [4] - 1916:18, 1917:9, 1928:2, 1950:4

## B

**BACKHOE** [2] - 1933:6, 1933:9

**BAD** [1] - 1958:3

**BARRED** [2] - 1951:7, 1951:18

**BARRELS** [4] - 1933:2, 1937:13, 1937:17, 1937:21

**BASED** [3] - 1948:15, 1952:24, 1953:22

**BASING** [1] - 1952:3

**BASIS** [2] - 1926:3, 1957:12

**BASKET** [2] - 1933:11, 1933:12

**BEAN** [2] - 1930:3, 1930:5

**BEATON** [1] - 1909:20

**BECAME** [1] - 1915:7

**BECOMING** [1] - 1931:16

**BEGINNING** [3] - 1938:6, 1941:21, 1950:9

**BEHALF** [1] - 1934:3

**BELL** [1] - 1919:23

**BENEFIT** [1] - 1921:23

**BENEFITS** [1] - 1921:25

**BERMITE** [19] - 1915:19, 1916:5, 1917:1, 1917:14, 1926:16, 1928:5, 1929:5, 1931:16, 1932:15, 1933:19, 1933:20, 1934:3, 1936:13, 1937:6, 1958:17, 1958:23, 1959:1, 1959:21

**BEST** [3] - 1913:7, 1915:8, 1928:21

**BETTER** [2] - 1932:20, 1932:21

**BETWEEN** [1] - 1932:8

**BEYOND** [2] - 1949:21, 1961:9

**BIBLE** [1] - 1931:24

**BIRD** [1] - 1932:11

**BIT** [5] - 1912:24, 1925:10, 1925:11, 1943:1, 1945:10

**BLACK** [1] - 1932:8

**BLEW** [1] - 1956:7

**BLOW** [2] - 1928:13, 1928:22

**BLUM** [12] - 1938:8, 1944:8, 1945:18, 1947:22, 1948:25, 1949:9, 1951:1, 1952:23, 1954:16, 1959:9, 1959:15, 1960:22

**BLUM** [50] - 1909:13, 1909:14, 1913:11, 1913:14, 1913:19, 1922:4, 1938:2, 1938:9, 1938:22, 1939:1, 1939:8, 1939:11, 1939:15, 1939:20, 1939:23, 1940:6, 1944:11, 1944:15, 1944:22, 1944:25, 1945:12, 1945:24, 1946:9, 1946:19, 1946:24, 1947:14, 1951:8, 1951:14, 1951:21, 1952:2, 1952:7,

1952:12, 1952:18, 1952:21, 1953:3, 1953:6, 1953:13, 1953:17, 1953:23, 1954:9, 1954:12, 1954:20, 1955:11, 1955:23, 1956:2, 1956:12, 1956:20, 1959:17, 1959:23, 1961:15

**BLUMENFELD** [1] - 1908:3

**BOUGHT** [1] - 1926:21

**BOXES** [1] - 1929:21

**BRAND** [1] - 1944:1

**BREAK** [4] - 1939:12, 1940:11, 1941:9, 1962:14

**BREAKS** [2] - 1930:7, 1941:8

**BRIEF** [2] - 1927:17, 1928:4

**BRIEFLY** [1] - 1942:7

**BRING** [2] - 1936:8, 1950:13

**BRINGING** [1] - 1941:21

**BROUGHT** [2] - 1927:20, 1932:15

**BUCK** [1] - 1927:6

**BUILDING** [3] - 1935:3, 1935:4

**BUILT** [2] - 1926:18, 1927:6

**BULK** [1] - 1929:20

**BUNCH** [1] - 1954:22

**BURDEN** [6] - 1959:3, 1959:4, 1959:8, 1959:10, 1959:12, 1959:13

**BURIED** [1] - 1919:7

**BURN** [6] - 1928:14, 1932:23, 1933:3, 1933:7, 1933:12, 1934:14

**BURNED** [3] - 1919:3, 1926:25, 1935:11

**BURNING** [2] - 1934:14, 1934:16

**BY** [15] - 1909:4, 1909:5, 1909:5, 1909:6, 1909:9, 1909:14, 1909:14, 1909:15, 1914:7, 1914:9, 1922:15, 1922:17, 1931:11, 1931:13, 1939:5

**BYRON** [1] - 1909:4

## C

**C-A-D-O-X** [1] - 1926:20

**CADOX** [3] - 1926:17, 1926:19, 1926:24

**CALIFORNIA** [5] - 1908:2, 1908:15, 1908:25, 1912:2, 1963:7

**CALIFORNIA** [7] - 1909:7, 1909:10, 1909:11, 1909:16, 1914:15, 1918:22, 1935:17

**CALLED** [4] - 1914:7, 1922:15, 1931:11, 1939:5

**CANDID** [2] - 1945:15, 1954:14

**CANNOT** [2] - 1935:21, 1961:1

**CANYON** [3] - 1924:17, 1925:7

**CANYONS** [1] - 1934:21

**CAPABLE** [1] - 1957:2

**CARE** [1] - 1928:11

**CAREFULLY** [1] - 1928:23

**CARTONS** [1] - 1929:21

**CASE** [1] - 1908:6

**CASE** [15] - 1912:11, 1939:13, 1940:15, 1940:20, 1941:21, 1941:23, 1942:6, 1942:10, 1944:16, 1948:4, 1952:13, 1953:9, 1953:10, 1956:7, 1957:25

**CASMI** [1] - 1952:13

**CAUGHT** [1] - 1934:23

**CENTRAL** [2] - 1908:2, 1963:7

**CERTAIN** [1] - 1941:3

**CERTIFICATE** [1] - 1963:1

**CERTIFY** [1] - 1963:7

**CHAMBERS** [1] - 1920:8

**CHANCE** [1] - 1940:17

**CHANDALAR** [1] - 1909:9

**CHANGE** [2] - 1927:12, 1962:14

**CHANGED** [1] - 1961:25

**CHARACTERIZED** [1] - 1961:17

**CHARGE** [6] - 1915:22, 1926:11, 1926:13, 1926:15, 1926:22, 1929:25

**CHARGED** [1] - 1933:21

**CHECK** [1] - 1935:6

**CHECKED** [1] - 1919:25

**CHEMICALS** [1] - 1961:5

**CHLORINATED** [2] - 1926:25, 1927:1

**CHUNK** [1] - 1933:8

**CITATIONS** [1] - 1943:16

**CITED** [1] - 1948:1

**CITY** [2] - 1924:17, 1924:18

**CLAIM** [6] - 1949:19, 1950:3, 1950:25, 1951:18, 1954:19, 1959:12

**CLAIMED** [1] - 1951:12

**CLAIMS** [3] - 1951:7, 1953:8, 1960:5

**CLARITA** [1] - 1908:5

**CLARITA** [1] - 1924:18

**CLASSROOM** [1] - 1935:20

**CLEAR** [6] - 1925:3, 1928:21, 1949:21, 1949:23, 1955:4, 1957:10

**CLEARLY** [1] - 1955:18

**CLERK** [1] - 1939:14

**CLIENT** [1] - 1945:23

**CLIENTS** [1] - 1949:25

**CLIP** [1] - 1954:22

**CLOSE** [3] - 1933:3, 1951:25, 1957:24

**CLOSED** [1] - 1946:14

**CLOSER** [1] - 1958:20

**CLOSING** [7] - 1940:15, 1940:21, 1945:16, 1948:9, 1948:14, 1959:7, 1960:13

**CLOSURE** [1] - 1947:3

**CODE** [1] - 1963:8

**COLBERT'S** [1] - 1935:5

**COLLECTED** [1] - 1918:18

**COMING** [1] - 1948:25

**COMMAND** [1] - 1925:20

COMMENCED [4] - 1915:20, 1939:7, 1939:10, 1939:18
COMMON [1] - 1927:21
COMMUTED [1] - 1925:24
COMPANY [1] - 1958:17
COMPANY [8] - 1916:18, 1921:14, 1925:11, 1927:24, 1935:21, 1935:23, 1935:24, 1950:17
COMPELLED [1] - 1928:11
COMPLAINT [3] - 1951:6, 1951:24
COMPLAINT [1] - 1960:4
COMPLETE [1] - 1952:19
COMPLIANCE [7] - 1915:24, 1916:8, 1916:20, 1917:21, 1918:1, 1924:3, 1930:1
COMPLIED [1] - 1918:2
COMPLY [2] - 1917:3, 1921:1
COMPONENT [1] - 1917:5
COMPONENTS [1] - 1933:25
CONCENTRATION [1] - 1919:11
CONCEPT [1] - 1961:22
CONCERN [1] - 1935:12
CONCERNED [1] - 1948:8
CONCERNING [1] - 1948:20
CONCERNS [1] - 1929:1
CONCLUDE [1] - 1939:19
CONCLUDES [3] - 1922:7, 1930:21, 1937:24
CONCLUSION [1] - 1961:2
CONCURRED [1] - 1953:12
CONDUCT [2] - 1954:10, 1955:8
CONFER [1] - 1949:9
CONFERENCE [1] -

1963:12
CONFIRM [1] - 1933:24
CONFORM [1] - 1949:11
CONFORMANCE [1] - 1963:12
CONSENT [3] - 1949:22, 1949:23, 1949:24
CONSERVATION [3] - 1916:8, 1930:11, 1931:17
CONSIDERATION [1] - 1947:10
CONSIDERED [1] - 1956:22
CONSISTENT [1] - 1961:24
CONSTANTLY [1] - 1932:19
CONSTRUCTED [1] - 1920:12
CONTAINED [1] - 1936:23
CONTAMINATED [2] - 1935:11, 1953:19
CONTAMINATION [11] - 1935:13, 1949:17, 1950:16, 1952:5, 1952:7, 1952:17, 1953:1, 1953:16, 1961:20, 1962:9, 1962:11
CONTEMPLATED [1] - 1944:10
CONTEND [1] - 1951:10
CONTEXT [1] - 1945:21
CONTINUE [1] - 1940:21
CONTINUED [1] - 1936:23
CONTRACT [1] - 1917:18
CONTRACTORS [1] - 1932:4
CONTRACTS [1] - 1946:1
CONTRADICTED [1] - 1943:18
CONTROLLED [1] - 1934:17
CONVENIENT [1] - 1960:7
CONVERSATION [1] - 1949:8
CONVINCED [1] - 1947:6

COPY [3] - 1932:15, 1936:12, 1960:11
CORPORATE [5] - 1924:19, 1924:21, 1924:23, 1929:23, 1930:13
CORPORATION [1] - 1908:8
CORPORATION [3] - 1923:18, 1925:1, 1925:5
CORPORATION [5] - 1914:17, 1923:5, 1923:7, 1923:24, 1930:18
CORRECT [1] - 1963:9
CORRECT [15] - 1914:3, 1915:7, 1924:9, 1931:5, 1934:6, 1934:7, 1935:1, 1938:8, 1944:25, 1951:7, 1951:13, 1952:6, 1953:2, 1953:3
CORRESPONDENCE [2] - 1925:15, 1950:19
COST [1] - 1921:23
COUNSEL [3] - 1912:9, 1942:2, 1957:3
COUNSEL [1] - 1909:1
COUNTY [1] - 1946:11
COUPLE [4] - 1922:18, 1940:22, 1946:6, 1962:14
COURSE [2] - 1924:10, 1959:5
COURSES [1] - 1935:20
COURT [30] - 1914:15, 1940:14, 1942:25, 1944:9, 1944:20, 1945:1, 1945:15, 1949:5, 1951:3, 1952:14, 1952:22, 1954:14, 1955:3, 1955:7, 1955:8, 1955:19, 1956:9, 1956:21, 1957:8, 1957:10, 1957:19, 1957:23, 1958:2, 1958:6, 1958:14, 1960:7, 1960:20, 1961:17, 1961:21, 1962:2
COURT [73] - 1908:1, 1908:24, 1912:7,

1913:12, 1913:17, 1913:21, 1913:25, 1914:4, 1922:6, 1930:21, 1930:24, 1931:3, 1931:6, 1937:24, 1938:4, 1938:10, 1938:25, 1939:2, 1939:17, 1939:19, 1939:21, 1939:25, 1940:5, 1940:8, 1941:16, 1942:8, 1942:22, 1943:9, 1944:6, 1944:8, 1944:13, 1944:19, 1944:23, 1945:7, 1945:18, 1946:8, 1946:17, 1946:20, 1947:6, 1947:18, 1948:6, 1949:10, 1950:10, 1951:1, 1951:9, 1951:17, 1951:23, 1952:3, 1952:9, 1952:14, 1952:20, 1952:22, 1953:5, 1953:11, 1953:14, 1953:22, 1954:8, 1954:10, 1954:15, 1955:6, 1955:17, 1955:24, 1956:8, 1956:19, 1956:21, 1959:22, 1959:24, 1960:1, 1960:8, 1962:13, 1963:6, 1963:19
COURT [5] - 1912:6, 1912:19, 1941:15, 1952:15, 1962:15
COURT'S [3] - 1948:21, 1956:4
CRATES [1] - 1929:21
CREATED [1] - 1945:4
CREATES [1] - 1928:20
CREEKSIDE [1] - 1914:15
CREW [4] - 1917:6, 1917:9, 1918:4, 1918:7
CROSS [1] - 1960:4
CROSS-COMPLAINT [1] - 1960:4
CRR [2] - 1908:23, 1963:19
CSR [2] - 1908:23, 1963:19
CUT [1] - 1935:22
CV [1] - 1908:7

**D**

DAILY [1] - 1919:25
DALLAS [1] - 1925:25
DANIEL [1] - 1909:15
DATE [7] - 1915:2, 1916:11, 1934:15, 1938:20, 1953:7, 1953:11, 1957:1
DATED [1] - 1963:15
DATES [4] - 1931:25, 1935:5, 1938:21, 1951:21
DAWSON [4] - 1940:3, 1941:19, 1941:22, 1948:11
DAWSON'S [1] - 1948:16
DAY [2] - 1908:13, 1963:15
DAYS [9] - 1925:8, 1933:17, 1933:20, 1935:5, 1935:7, 1952:4, 1957:16, 1957:18
DEAL [1] - 1917:14
DEALING [1] - 1946:13
DEALT [3] - 1945:1, 1945:2, 1945:5
DEBRIS [2] - 1920:18, 1921:8
DECADES [1] - 1946:6
DECEMBER [3] - 1908:14, 1912:1, 1963:15
DECIDED [1] - 1949:1
DECISIONS [1] - 1924:25
DEFECTIVE [1] - 1949:16
DEFENDANT [4] - 1914:7, 1922:15, 1931:11, 1939:5
DEFENDANTS [2] - 1944:3, 1960:3
DEFENDANTS [2] - 1908:9, 1909:12
DEFENSE [13] - 1912:11, 1939:21, 1941:23, 1951:4, 1952:10, 1952:24, 1957:1, 1957:3, 1957:8, 1957:10, 1957:11, 1957:13, 1958:7
DEFENSE [4] - 1916:1, 1916:16, 1917:19, 1918:3
DEFINE [1] - 1962:5

Case 2:18-cv-06825-SB-RAO   Document 516   Filed 05/17/22   Page 60 of 69   Page ID #:44566

4

**DELAY** [1] - 1955:20
**DELAYED** [5] - 1950:11, 1955:21, 1955:22, 1956:1, 1956:10
**DELIBERATE** [1] - 1940:25
**DELIBERATIONS** [2] - 1940:17, 1941:4
**DEMONSTRATE** [1] - 1961:9
**DENY** [2] - 1955:16, 1955:17
**DEPARTMENT** [2] - 1936:6, 1936:21
**DEPARTMENT** [4] - 1916:1, 1916:15, 1917:18, 1918:3
**DEPONENTS** [2] - 1912:17, 1942:23
**DEPOSE** [1] - 1954:8
**DEPOSED** [3] - 1914:2, 1922:12, 1956:13
**DEPOSITION** [23] - 1910:5, 1910:7, 1910:10, 1910:12, 1912:14, 1912:15, 1913:1, 1913:15, 1913:16, 1914:1, 1922:10, 1930:21, 1931:3, 1938:17, 1938:21, 1939:3, 1939:8, 1939:12, 1939:16, 1940:4, 1942:13, 1942:16, 1948:11
**DEPOSITION** [4] - 1914:7, 1922:15, 1931:11, 1939:5
**DEPOSITIONS** [4] - 1938:22, 1954:20, 1954:22, 1955:3
**DERIVED** [1] - 1921:25
**DESCRIPTION** [1] - 1911:3
**DESIGN** [1] - 1916:5
**DESIGNATE** [1] - 1938:6
**DESTROYED** [2] - 1942:4, 1946:3
**DESTROYS** [1] - 1927:1
**DETAILED** [1] - 1935:22
**DETERIORATED** [1] - 1937:17
**DETERMINATION** [2] - 1942:2, 1956:11

**DETERMINE** [1] - 1921:24
**DEVELOP** [1] - 1930:14
**DEVELOPED** [2] - 1931:20, 1932:17
**DIEGO** [1] - 1926:21
**DIFFERENCE** [1] - 1932:8
**DIFFERENT** [7] - 1912:20, 1929:18, 1930:1, 1938:17, 1944:9, 1953:24, 1961:16
**DIFFERENTLY** [1] - 1912:19
**DIFFICULT** [1] - 1944:1
**DIG** [1] - 1950:18
**DIRECT** [1] - 1958:21
**DIRECTLY** [2] - 1942:20, 1956:17
**DIRECTOR** [8] - 1914:23, 1915:7, 1915:9, 1923:15, 1923:23, 1924:2, 1929:23, 1930:13
**DISCOVERED** [1] - 1957:4
**DISCOVERY** [16] - 1950:12, 1954:10, 1955:8, 1955:9, 1955:10, 1955:11, 1955:21, 1955:22, 1956:1, 1956:10, 1956:15, 1956:16, 1956:18, 1957:2, 1957:4
**DISCUSS** [1] - 1940:9
**DISCUSSED** [3] - 1940:6, 1957:24, 1960:24
**DISCUSSION** [2] - 1948:9, 1952:1
**DISPLAY** [1] - 1939:3
**DISPOSAL** [18] - 1916:6, 1917:15, 1917:24, 1918:5, 1918:7, 1919:4, 1919:5, 1920:22, 1921:3, 1924:9, 1926:16, 1929:4, 1929:16, 1932:25, 1933:20, 1934:10, 1943:23, 1944:4
**DISPOSE** [3] - 1917:5, 1918:8, 1929:19
**DISPOSED** [5] - 1918:19, 1918:20, 1918:24, 1929:11,

1943:20
**DISPOSING** [1] - 1934:21
**DISPUTED** [1] - 1958:15
**DISTRICT** [5] - 1908:1, 1908:2, 1908:3, 1963:6, 1963:7
**DIVISION** [5] - 1915:20, 1916:5, 1925:1, 1925:19
**DIVISION** [1] - 1932:7
**DIVISION** [1] - 1908:2
**DIVISIONS** [2] - 1925:11, 1930:1
**DO** [1] - 1963:7
**DOCUMENT** [2] - 1943:13, 1960:14
**DOCUMENTATION** [8] - 1936:1, 1936:19, 1936:24, 1937:1, 1943:24, 1946:23, 1947:19, 1950:18
**DOCUMENTS** [18] - 1916:17, 1917:16, 1917:20, 1922:19, 1922:24, 1932:22, 1936:3, 1942:4, 1942:13, 1944:4, 1944:5, 1945:6, 1947:1, 1947:11, 1947:19, 1948:20, 1950:22, 1960:13
**DOD** [17] - 1916:15, 1916:24, 1916:25, 1917:4, 1918:18, 1920:19, 1920:20, 1921:1, 1921:11, 1921:17, 1931:23, 1932:4, 1933:18, 1934:17, 1935:16, 1943:15, 1943:16
**DOD-CONTROLLED** [1] - 1934:17
**DONE** [11] - 1918:17, 1921:10, 1934:1, 1955:7, 1955:16, 1955:18, 1956:16, 1956:18, 1959:18, 1962:7
**DOOR** [1] - 1950:5
**DOUBT** [2] - 1945:4, 1961:23
**DOUGLAS** [1] - 1915:17
**DOWN** [7] - 1916:23, 1926:20, 1935:22, 1949:10, 1949:24, 1951:22, 1957:7
**DOZEN** [1] - 1926:8

**DR** [1] - 1961:24
**DRAG** [1] - 1936:11
**DRAWN** [1] - 1962:11
**DREADED** [1] - 1936:11
**DRUMS** [1] - 1934:21
**DTSC** [2] - 1946:11, 1947:1
**DUELING** [1] - 1958:12
**DUMP** [2] - 1920:17, 1921:19
**DUMPING** [3] - 1921:15, 1934:23, 1943:7
**DURANT** [6] - 1910:11, 1913:16, 1938:2, 1939:1, 1954:23, 1962:12
**DURANT** [1] - 1939:4
**DURING** [10] - 1914:22, 1925:21, 1932:12, 1937:5, 1941:2, 1941:4, 1950:17, 1957:4, 1957:5, 1959:20
**DUTIES** [3] - 1915:19, 1916:4, 1929:6
**DYNAMITE** [3] - 1935:2, 1935:3, 1935:4

**E**

**E-MAIL** [1] - 1960:20
**EARLY** [3] - 1933:17, 1933:20, 1956:15
**EASE** [1] - 1938:12
**EDLIN** [1] - 1909:13
**EFFECT** [1] - 1960:25
**EFFORTS** [1] - 1920:21
**EIGHT** [2] - 1952:4, 1957:16
**EITHER** [2] - 1922:19, 1928:13
**ELABORATE** [1] - 1956:23
**ELEMENTS** [1] - 1928:1
**ELICIT** [1] - 1950:11
**EMPLOY** [2] - 1915:16, 1934:20
**EMPLOYED** [1] - 1921:20
**EMPLOYEE** [2] - 1936:19, 1936:25
**EMPLOYEES** [7] - 1916:22, 1920:17, 1920:22, 1920:25,

1921:2, 1921:7, 1936:22
**END** [2] - 1938:6, 1950:9
**ENDED** [1] - 1936:22
**ENERGETIC** [1] - 1933:1
**ENFORCEMENT** [1] - 1924:14
**ENGAGE** [1] - 1921:23
**ENGINEERS** [1] - 1916:23
**ENSURE** [2] - 1921:6, 1929:11
**ENSURING** [1] - 1929:25
**ENTAIL** [1] - 1915:23
**ENTAILED** [1] - 1915:24
**ENTERED** [2] - 1930:4, 1930:6
**ENTIRE** [3] - 1936:6, 1936:23, 1948:7
**ENTITLED** [1] - 1963:11
**ENTITY** [1] - 1961:19
**ENVIRONMENT** [8] - 1921:15, 1927:21, 1928:1, 1928:6, 1928:9, 1928:20, 1929:12, 1929:25
**ENVIRONMENTAL** [22] - 1924:3, 1924:20, 1925:16, 1925:18, 1926:12, 1926:14, 1927:17, 1927:20, 1927:24, 1928:11, 1928:15, 1928:16, 1928:18, 1928:20, 1929:4, 1929:6, 1929:9, 1929:24, 1930:13, 1935:17, 1935:24, 1943:6
**ENVIRONMENTALLY** [1] - 1929:4
**EQUITABLE** [1] - 1950:3
**ERASE** [1] - 1915:25
**ERIC** [1] - 1909:15
**ERIC** [1] - 1909:20
**ESSENTIALLY** [7] - 1912:23, 1945:22, 1947:8, 1951:4, 1955:19, 1957:25, 1961:3
**ESTIMATE** [2] - 1926:5, 1926:6
**ET** [1] - 1908:8
**ETHICAL** [2] -

1948:12, 1948:13
**EVAPORATIVE** [1] -
1919:11
**EVENING** [2] -
1941:12, 1960:12
**EVENTUALLY** [1] -
1947:4
**EVIDENCE** [1] -
1911:2
**EVIDENCE** [39] -
1912:13, 1939:16,
1939:22, 1939:24,
1940:1, 1941:20,
1942:10, 1942:15,
1942:20, 1943:14,
1945:2, 1945:3,
1945:7, 1945:16,
1945:21, 1945:22,
1945:25, 1946:5,
1947:24, 1948:5,
1950:5, 1952:16,
1952:25, 1953:15,
1953:20, 1953:25,
1955:2, 1955:25,
1956:5, 1956:6,
1957:16, 1957:25,
1959:20, 1961:8,
1961:13, 1962:8,
1962:10, 1962:12
**EXACT** [2] - 1916:11,
1934:13
**EXACTLY** [1] - 1937:3
**EXAMINATION** [4] -
1910:5, 1910:7,
1910:10, 1946:21
**EXAMINATION** [4] -
1914:8, 1922:16,
1931:12, 1939:6
**EXAMINING** [1] -
1949:5
**EXAMPLES** [1] -
1918:13
**EXCEPTIONS** [2] -
1941:4
**EXCLUSIVELY** [1] -
1952:10
**EXCUSE** [4] -
1915:25, 1924:18,
1945:18, 1962:10
**EXECUTIVE** [1] -
1925:4
**EXECUTIVES** [1] -
1950:17
**EXEMPT** [1] - 1932:5
**EXHIBIT** [1] - 1939:15
**EXHIBIT** [6] - 1930:4,
1930:6, 1935:15,
1939:12, 1939:13,
1939:16
**EXHIBITS** [1] - 1911:1

**EXHIBITS** [2] -
1939:23, 1946:25
**EXIST** [8] - 1932:6,
1943:25, 1945:6,
1945:25, 1946:5,
1946:15, 1947:2,
1947:11
**EXISTED** [2] -
1942:14, 1942:19
**EXISTENCE** [1] -
1948:20
**EXPECT** [1] - 1940:13
**EXPERIMENTAL** [1] -
1927:5
**EXPERT** [1] - 1960:25
**EXPERTISE** [1] -
1917:12
**EXPLAIN** [1] - 1925:12
**EXPLOSION** [1] -
1937:7
**EXPLOSIONS** [1] -
1937:8
**EXPLOSIVE** [1] -
1929:19
**EXPLOSIVES** [2] -
1916:2, 1917:5
**EXPRESSLY** [2] -
1932:3, 1932:4
**EXTEND** [2] - 1952:11,
1952:12
**EXTENT** [3] - 1942:6,
1945:20, 1956:3
**EYE** [1] - 1933:16

## F

**FACE** [1] - 1949:15
**FACILITY** [11] -
1917:17, 1920:20,
1924:16, 1924:22,
1925:10, 1928:5,
1929:20, 1931:23,
1934:3, 1934:17,
1937:4
**FACT** [6] - 1932:4,
1935:10, 1947:12,
1951:19, 1953:23,
1962:8
**FACTORS** [1] -
1956:23
**FACTS** [1] - 1957:12
**FACTUAL** [3] -
1948:15, 1953:3,
1957:9
**FAIR** [1] - 1942:17
**FAIRLY** [2] - 1940:22,
1944:2
**FAITH** [4] - 1952:15,
1956:9, 1958:2,
1958:3

**FAMILIAR** [1] - 1940:8
**FAR** [1] - 1958:13
**FASHION** [3] -
1918:10, 1922:9,
1950:6
**FAVORS** [1] - 1942:1
**FEBRUARY** [1] -
1915:1
**FEDERAL** [3] -
1908:24, 1963:5,
1963:19
**FEET** [1] - 1924:15
**FELDMAN** [1] -
1956:23
**FIGUEROA** [1] -
1909:6
**FILE** [2] - 1949:1,
1950:24
**FILED** [4] - 1949:4,
1950:1, 1951:10,
1951:24
**FILING** [2] - 1951:6,
1951:24
**FILLING** [1] - 1933:22
**FINAL** [1] - 1940:14
**FINANCE** [1] - 1925:5
**FIRST** [15] - 1913:9,
1923:15, 1926:17,
1926:21, 1936:15,
1938:20, 1938:23,
1946:1, 1952:9,
1953:19, 1956:2,
1956:24, 1958:15,
1959:14
**FIVE** [1] - 1926:6
**FLATBED** [1] - 1933:7
**FLOOR** [2] - 1909:7,
1909:10
**FLOWING** [3] -
1937:15, 1937:16,
1944:17
**FOCUS** [6] - 1913:5,
1928:3, 1942:23,
1945:8, 1945:9,
1952:10
**FOCUSED** [2] -
1942:25, 1961:12
**FOLLOW** [3] - 1918:4,
1928:11, 1937:1
**FOLLOW-UP** [1] -
1937:1
**FOLLOWED** [3] -
1916:15, 1917:6,
1921:17
**FOLLOWING** [2] -
1912:5, 1941:14
**FOR** [6] - 1909:3,
1909:12, 1911:2,
1963:6
**FORBES** [1] - 1927:7

**FORECLOSE** [1] -
1955:25
**FOREGOING** [1] -
1963:9
**FORGET** [1] - 1919:17
**FORMAT** [1] - 1963:11
**FORMS** [1] - 1912:20
**FORMULATED** [1] -
1942:24
**FORT** [2] - 1918:21,
1929:18
**FORWARD** [1] -
1933:18
**FOUR** [1] - 1957:17
**FOURTH** [1] - 1935:15
**FRAME** [1] - 1951:2
**FRANCISCO** [2] -
1909:11, 1909:16
**FRANK** [1] - 1955:15
**FRANKLY** [3] -
1915:1, 1941:25,
1955:2
**FRED** [2] - 1909:6,
1909:14
**FREQUENTLY** [1] -
1926:9
**FRYER** [2] - 1913:20,
1913:21
**FRYER** [1] - 1909:19
**FUDACZ** [1] - 1909:6
**FULL** [2] - 1914:10,
1949:20
**FULLY** [1] - 1940:8
**FUNCTIONS** [1] -
1934:5

## G

**GALLAGHER** [2] -
1909:13, 1909:14
**GAME** [1] - 1954:18
**GAYNOR** [2] - 1940:3,
1945:6
**GEE** [1] - 1909:4
**GENERAL** [3] -
1941:2, 1959:4,
1959:13
**GENERALLY** [5] -
1916:3, 1942:3,
1951:22, 1952:7,
1954:12
**GENERATED** [1] -
1932:25
**GENTLEMAN** [1] -
1912:15
**GENTLEMAN'S** [1] -
1932:14
**GENTLEMEN** [2] -
1922:6, 1937:8
**GEORGE** [1] -

1932:11
**GEORGE'S** [1] -
1932:12
**GERMANE** [1] -
1932:9
**GIVEN** [5] - 1921:2,
1936:12, 1936:19,
1936:20, 1956:6
**GLEN** [3] - 1926:13,
1926:15, 1926:22
**GLOB** [2] - 1933:14,
1933:15
**GOLD** [1] - 1935:7
**GOVERNMENT** [3] -
1924:14, 1929:19,
1932:3
**GRANTING** [1] -
1957:8
**GROUND** [7] -
1921:12, 1924:15,
1928:13, 1932:24,
1933:15, 1943:8,
1961:5
**GROUNDWATER** [3] -
1921:21, 1921:25,
1927:25
**GROUP** [1] - 1923:16
**GUESS** [4] - 1922:18,
1922:24, 1936:13
**GUIDELINES** [7] -
1916:15, 1917:4,
1917:5, 1917:6,
1917:10, 1918:3,
1921:18
**GUT** [1] - 1953:23

## H

**HALF** [2] - 1915:11,
1926:8
**HANDLE** [2] -
1928:14, 1928:23
**HANDLED** [3] -
1918:9, 1924:23,
1929:22
**HANDLING** [10] -
1916:14, 1916:18,
1917:1, 1917:12,
1920:8, 1921:13,
1928:19, 1929:2,
1929:14, 1932:17
**HANGING** [1] - 1960:6
**HAPPY** [1] - 1950:7
**HARD** [1] - 1943:1
**HARDLY** [1] - 1927:20
**HARM** [6] - 1929:11,
1949:19, 1950:2,
1950:14, 1950:24,
1951:12
**HARP** [1] - 1948:4

HAYWARD [1] - 1914:15
HAZARDOUS [3] - 1921:3, 1927:8, 1929:2
HEAD [2] - 1919:6, 1950:21
HEADQUARTERED [1] - 1923:16
HEALTH [1] - 1915:25
HEALTH [6] - 1924:2, 1924:19, 1926:11, 1929:24, 1929:25, 1930:13
HEAR [10] - 1912:23, 1940:15, 1944:8, 1947:7, 1947:9, 1949:14, 1959:14, 1959:15, 1960:22
HEARD [12] - 1912:14, 1942:12, 1943:4, 1946:20, 1946:21, 1948:19, 1949:16, 1950:15, 1953:16, 1960:24, 1960:25, 1961:13
HEARING [3] - 1913:8, 1938:15, 1957:12
HEAT [1] - 1932:25
HECK [4] - 1933:3, 1933:10, 1936:5, 1936:20
HELD [1] - 1963:10
HELD [3] - 1912:5, 1923:25, 1941:14
HELICOPTERS [1] - 1915:18
HELL [1] - 1927:19
HEREBY [1] - 1963:7
HIRE [1] - 1936:20
HISTORY [2] - 1957:6, 1957:7
HOG [1] - 1920:6
HOG-OUT [1] - 1920:6
HOKKANEN [5] - 1948:18, 1960:25, 1961:8, 1961:16, 1961:23
HOKKANEN'S [1] - 1943:1
HOLD [1] - 1914:21
HOLIDAY [1] - 1957:18
HOME [1] - 1935:10
HONOR [36] - 1931:2, 1931:5, 1938:3, 1938:22, 1939:9, 1939:11, 1939:12, 1939:20, 1940:2, 1940:6, 1942:11,

1943:3, 1943:19, 1944:11, 1944:15, 1945:12, 1945:24, 1947:14, 1947:20, 1948:3, 1949:2, 1951:14, 1952:18, 1952:21, 1953:3, 1953:17, 1954:12, 1955:2, 1955:15, 1956:2, 1956:4, 1956:12, 1959:17, 1959:23, 1959:25, 1961:15
HONORABLE [1] - 1908:3
HOST [1] - 1950:4
HOUR [2] - 1957:14, 1958:5
HOURS [1] - 1940:23
HOUSEHOLD [1] - 1929:21
HOUSTON [4] - 1923:16, 1923:17, 1925:24, 1925:25
HUGE [1] - 1933:15
HUGHTO [2] - 1945:25, 1947:22
HUIE [1] - 1909:13
HUMAN [4] - 1914:24, 1915:7, 1915:9

**I**

IDEA [1] - 1959:3
IDENTIFICATION [1] - 1911:2
IDENTIFIED [1] - 1960:19
IDENTIFY [5] - 1938:20, 1944:1, 1961:1, 1961:3, 1962:1
IGNITERS [1] - 1918:16
IGNORED [1] - 1955:14
IGNORING [1] - 1945:22
ILLEGALLY [1] - 1934:23
ILSE [1] - 1909:9
IMAGINE [1] - 1959:6
IMPACT [2] - 1927:7, 1927:9
IMPACTED [1] - 1927:9
IMPEACHMENT [1] - 1943:12
IMPOUNDMENT [3] - 1919:10, 1920:9,

1920:11
IMPOUNDMENTS [2] - 1919:12, 1920:2
IMPROPERLY [1] - 1928:14
IN [1] - 1963:6, 1963:10, 1963:11
INCINERATE [1] - 1933:4
INCLINED [2] - 1945:19, 1955:4
INCLUDE [3] - 1924:21, 1958:19, 1961:12
INCLUDED [2] - 1924:12, 1925:16
INCLUDES [2] - 1925:14, 1960:14
INCLUDING [2] - 1935:16, 1957:18
INCLUSIVE [1] - 1924:13
INCORPORATED [2] - 1917:7, 1918:3
INDEX [2] - 1910:1, 1911:1
INDICATED [2] - 1917:16, 1921:17
INDICATES [2] - 1930:4, 1930:6
INDISCRIMINATE [1] - 1921:15
INDIVIDUAL [1] - 1924:22
INDIVIDUALS [1] - 1945:3
INDOCTRINATED [1] - 1920:25
INDUSTRIAL [1] - 1932:7
INFANCY [1] - 1924:10
INFORMATION [1] - 1955:13
INITIAL [1] - 1935:25
INNOCUOUS [1] - 1933:16
INQUIRED [1] - 1954:23
INSPECTION [3] - 1931:22, 1932:2, 1932:3
INSPECTIONS [1] - 1937:11
INSTALLED [1] - 1926:17
INSTANCE [1] - 1938:13
INSTRUCTED [1] - 1920:17

INSTRUCTION [6] - 1951:19, 1959:4, 1959:13, 1959:17, 1961:11, 1962:3
INSTRUCTIONS [6] - 1940:15, 1940:24, 1948:22, 1958:12, 1960:9, 1960:12
INSTRUCTOR [1] - 1936:1
INTEND [4] - 1957:13, 1960:11, 1961:10, 1961:11
INTENSE [1] - 1932:25
INTENTION [1] - 1941:9
INTENTIONALLY [1] - 1948:13
INTEREST [1] - 1948:8
INTERFACE [1] - 1926:9
INTERNALLY [1] - 1932:2
INTERVENING [1] - 1957:17
INTRODUCE [3] - 1956:3, 1958:5, 1959:3
INTRODUCED [4] - 1943:14, 1944:18, 1945:1, 1959:12
INTRODUCING [1] - 1955:25
INVENTED [1] - 1926:20
INVESTIGATION [2] - 1961:4, 1962:2
INVOLVED [2] - 1940:20, 1956:18
IRREGULAR [2] - 1926:3
IRWIN [2] - 1918:21, 1929:18
IS [2] - 1963:9, 1963:11
ISSUANCE [2] - 1917:25, 1918:6
ISSUE [31] - 1940:9, 1941:24, 1942:5, 1942:17, 1942:25, 1944:1, 1944:12, 1944:21, 1944:25, 1945:2, 1946:21, 1948:3, 1948:4, 1948:7, 1950:7, 1951:2, 1953:4, 1954:2, 1954:11, 1955:20, 1955:22, 1956:13, 1957:3,

1957:6, 1957:24, 1958:1, 1958:4, 1958:21, 1959:13, 1960:23, 1961:18
ISSUED [5] - 1916:7, 1916:17, 1916:18, 1917:14
ISSUES [6] - 1917:4, 1948:12, 1948:13, 1950:4, 1956:5, 1958:8
ITEM [1] - 1960:18
ITEMIZED [1] - 1921:16
ITSELF [1] - 1912:22
IV [1] - 1952:13

**J**

J-I-S-A [1] - 1931:8
JAMES [5] - 1910:9, 1931:2, 1931:8, 1931:15, 1937:25
JAMES [1] - 1931:10
JIM [1] - 1935:5
JISA [7] - 1910:9, 1913:15, 1931:2, 1931:8, 1931:15, 1937:25, 1943:4
JISA [1] - 1931:10
JMOL [1] - 1959:19
JOB [3] - 1934:5, 1937:4, 1937:6
JOHN [1] - 1912:16
JOINED [3] - 1921:14, 1927:14, 1927:24
JR [2] - 1908:3, 1909:14
JUDGE [1] - 1908:3
JUDICIAL [1] - 1963:12
JURY [24] - 1912:6, 1912:10, 1912:12, 1931:7, 1938:11, 1939:7, 1939:10, 1939:18, 1940:9, 1940:12, 1940:15, 1941:2, 1941:15, 1941:17, 1942:17, 1945:20, 1946:18, 1947:9, 1948:19, 1948:22, 1959:9, 1960:6, 1960:9, 1961:14

**K**

KEEP [2] - 1924:4, 1940:21
KEEPING [2] - 1942:3,

1945:23
**KEPT** [1] - 1924:7
**KEY** [1] - 1954:5
**KIND** [4] - 1928:19, 1929:22, 1936:16, 1937:16
**KINDS** [2] - 1929:18, 1937:18
**KING** [1] - 1927:6
**KNOWING** [1] - 1956:10
**KNOWLEDGE** [3] - 1920:16, 1955:13, 1956:15
**KNOWN** [1] - 1935:24

## L

**L-U-C-E** [1] - 1914:13
**L.A** [1] - 1946:11
**LACK** [2] - 1946:22, 1947:19
**LADIES** [1] - 1922:6
**LARDIERE** [2] - 1909:20, 1912:9
**LARGE** [1] - 1933:8
**LAST** [2] - 1914:13, 1935:15
**LATE** [3] - 1947:1, 1957:1, 1958:5
**LAW** [2] - 1916:12, 1951:11
**LAWSUIT** [1] - 1951:10
**LAWYER** [5] - 1912:24, 1913:2, 1938:6, 1938:13, 1938:18
**LAYER** [1] - 1919:17
**LEAK** [4] - 1919:21, 1920:2, 1937:16, 1937:20
**LEAKED** [1] - 1920:4
**LEAKING** [1] - 1937:14
**LEARNED** [2] - 1957:5, 1957:16
**LEARNING** [1] - 1952:5
**LEAST** [7] - 1912:21, 1938:16, 1948:24, 1954:18, 1956:17, 1957:22, 1960:23
**LEAVE** [1] - 1915:16
**LEAVES** [1] - 1959:2
**LECTERN** [1] - 1944:13
**LEFT** [2] - 1924:5, 1934:20
**LENGTHY** [1] -

1940:22
**LEON** [1] - 1923:3
**LEON** [1] - 1923:3
**LESERMAN** [1] - 1954:21
**LESS** [1] - 1925:9
**LETTER** [2] - 1930:3, 1930:5
**LEVEL** [1] - 1925:1
**LIABILITY** [3] - 1958:9, 1958:11, 1958:16
**LIBEL** [2] - 1958:23, 1958:25
**LIFT** [3] - 1933:6, 1933:9, 1933:11
**LIGHT** [2] - 1919:25, 1944:9
**LIGHTERS** [1] - 1920:1
**LIMIT** [1] - 1955:10
**LIMITATION** [3] - 1951:4, 1952:10, 1952:24
**LIMITATIONS** [13] - 1944:20, 1948:23, 1949:18, 1954:11, 1955:9, 1956:7, 1956:16, 1956:22, 1957:1, 1957:8, 1957:10, 1957:13, 1958:7
**LIMITED** [1] - 1955:3
**LINE** [4] - 1918:15, 1932:13, 1935:15, 1937:3
**LINED** [2] - 1919:14, 1932:24
**LINER** [3] - 1920:10, 1920:12, 1930:7
**LINERS** [4] - 1930:7, 1930:10, 1930:15, 1930:17
**LINES** [1] - 1913:3
**LINGUISTICS** [1] - 1943:11
**LIST** [1] - 1960:19
**LISTEN** [1] - 1913:7
**LITIGANT** [1] - 1950:4
**LITIGATION** [1] - 1946:12
**LLP** [2] - 1909:4, 1909:9
**LOCATED** [2] - 1924:16, 1925:7
**LOCATION** [1] - 1937:11
**LOOK** [2] - 1917:13, 1950:11
**LOOKED** [3] -

1933:15, 1949:6, 1949:7
**LOOKING** [1] - 1941:18
**LOS** [3] - 1908:15, 1908:25, 1912:2
**LOS** [1] - 1909:7
**LUCE** [13] - 1913:11, 1913:12, 1913:15, 1913:18, 1913:19, 1913:23, 1914:13, 1914:14, 1914:16, 1922:3, 1922:7, 1932:13, 1943:4
**LUCE** [2] - 1910:4, 1914:6
**LUNCH** [2] - 1941:9, 1941:10
**LYING** [1] - 1945:17

## M

**MACHINE** [1] - 1926:17
**MAIL** [1] - 1960:20
**MAIN** [1] - 1928:3
**MAINTAINING** [2] - 1926:15, 1926:22
**MAINTENANCE** [1] - 1930:15
**MAJORITY** [1] - 1918:21
**MALL** [2] - 1961:20, 1962:8
**MAN** [1] - 1925:5
**MANAGEMENT** [1] - 1920:15
**MANAGER** [4] - 1914:23, 1914:25, 1915:3, 1915:20
**MANAGERS** [2] - 1936:9, 1936:12
**MANIFEST** [4] - 1933:25, 1945:4, 1947:22, 1947:25
**MANIFESTS** [7] - 1933:22, 1934:2, 1943:21, 1945:2, 1945:3, 1946:2, 1947:3
**MANUAL** [1] - 1916:2
**MANUAL** [20] - 1916:7, 1916:8, 1916:13, 1916:19, 1917:2, 1917:21, 1917:25, 1918:6, 1931:22, 1933:18, 1933:19, 1933:20, 1936:13, 1943:5, 1943:6, 1943:10,

1943:13, 1943:14, 1943:15, 1944:25
**MANUALS** [2] - 1943:23, 1945:1
**MANUFACTURE** [2] - 1918:15, 1935:8
**MANUFACTURING** [4] - 1916:21, 1917:4, 1917:17, 1918:11
**MANUFACTURING** [1] - 1918:15
**MARCH** [3] - 1913:24, 1914:2, 1922:13
**MARGINAL** [1] - 1948:18
**MASNADA** [8] - 1949:16, 1950:14, 1952:4, 1952:23, 1953:16, 1954:4, 1954:8, 1955:15
**MASNADA'S** [1] - 1953:20
**MATERIAL** [7] - 1919:17, 1921:12, 1933:1, 1933:3, 1933:16, 1937:20, 1941:25
**MATERIALS** [6] - 1918:7, 1918:9, 1929:2, 1935:20, 1941:19, 1949:4
**MATT** [1] - 1909:19
**MATTER** [1] - 1963:11
**MATTER** [2] - 1912:8, 1940:20
**MCDONNELL** [1] - 1915:17
**MCGUANE** [1] - 1909:5
**MEAN** [3] - 1933:14, 1935:6, 1943:3
**MEANING** [2] - 1927:25, 1937:15
**MEET** [1] - 1949:8
**MEETINGS** [1] - 1949:17
**MEMBER** [1] - 1936:21
**MEMBERS** [4] - 1912:12, 1931:7, 1938:11, 1940:11
**MEMO** [1] - 1921:16
**MENTIONED** [4] - 1932:3, 1932:4, 1935:14, 1941:2
**MEREDITH** [1] - 1939:4
**MEREDITH** [5] - 1910:11, 1938:2, 1939:1, 1954:23,

1962:12
**MET** [1] - 1930:10
**METALS** [1] - 1923:16
**METHODOLOGY** [1] - 1921:5
**MICHAEL** [1] - 1909:14
**MIDDLE** [2] - 1914:12
**MIGHT** [8] - 1935:11, 1935:12, 1948:25, 1950:15, 1955:7, 1959:19, 1961:21
**MIND** [4] - 1940:21, 1947:21, 1957:2, 1961:25
**MINDS** [1] - 1942:17
**MINER** [1] - 1935:7
**MINUTE** [1] - 1962:14
**MIRANDA** [4] - 1908:23, 1963:5, 1963:18, 1963:19
**MIRANDAALGORRI @GMAIL.COM** [1] - 1908:25
**MISHANDLE** [1] - 1928:22
**MISREMEMBER** [1] - 1943:9
**MISREPRESENTED** [1] - 1945:13
**MODEST** [1] - 1957:2
**MOMENT** [5] - 1912:17, 1913:25, 1958:9, 1960:18, 1962:13
**MONITORING** [2] - 1921:21, 1921:25
**MONTHS** [1] - 1923:22
**MORNING** [1] - 1949:3
**MOST** [1] - 1926:9
**MOTION** [6] - 1949:15, 1955:16, 1955:18, 1957:8, 1959:19, 1960:3
**MOTIVE** [1] - 1946:16
**MOTOR** [1] - 1918:14
**MOVE** [1] - 1949:11
**MOVING** [1] - 1939:23
**MR** [73] - 1913:11, 1913:14, 1913:19, 1913:24, 1914:3, 1914:9, 1922:3, 1922:4, 1922:5, 1922:12, 1922:17, 1930:20, 1930:23, 1931:1, 1931:5, 1931:13, 1937:23, 1938:2, 1938:9, 1938:22, 1939:1, 1939:8, 1939:11,

1939:15, 1939:20, 1939:23, 1940:2, 1940:6, 1942:7, 1942:9, 1943:3, 1943:19, 1944:7, 1944:11, 1944:15, 1944:22, 1944:25, 1945:12, 1945:24, 1946:9, 1946:19, 1946:24, 1947:14, 1947:20, 1949:2, 1949:11, 1950:13, 1951:8, 1951:14, 1951:21, 1952:2, 1952:7, 1952:12, 1952:18, 1952:21, 1953:3, 1953:6, 1953:13, 1953:17, 1953:23, 1954:9, 1954:12, 1954:20, 1955:11, 1955:23, 1956:2, 1956:12, 1956:20, 1959:17, 1959:23, 1959:25, 1960:2, 1961:15

## N

**NAME** [15] - 1912:15, 1914:10, 1914:12, 1914:13, 1923:1, 1928:18, 1931:7, 1931:14, 1932:14, 1935:21, 1935:23, 1948:1, 1962:4
**NATURE** [1] - 1942:5
**NAVY** [1] - 1934:17
**NEARLY** [1] - 1945:8
**NECESSARILY** [1] - 1959:11
**NEED** [4] - 1944:13, 1951:14, 1958:8, 1959:11
**NEFARIOUS** [1] - 1946:16
**NEGLIGENCE** [7] - 1951:15, 1951:18, 1954:19, 1958:24, 1959:1, 1959:21, 1960:17
**NEVER** [2] - 1921:22, 1943:25
**NEW** [6] - 1920:24, 1936:20, 1936:22, 1936:25, 1944:1, 1956:5
**NEXT** [14] - 1913:9, 1913:14, 1913:17, 1919:9, 1922:4, 1922:7, 1930:24,

1931:1, 1931:6, 1935:2, 1938:1, 1938:25, 1960:18, 1960:21
**NIGHT** [1] - 1960:20
**NILLY** [1] - 1949:13
**NITROGLYCERIN** [2] - 1935:8, 1935:10
**NO** [2] - 1908:6, 1963:19
**NOBODY** [4] - 1924:10, 1927:20, 1954:2, 1956:13
**NON** [2] - 1913:13, 1927:1
**NON-CHLORINATED** [1] - 1927:1
**NON-VIDEO** [1] - 1913:13
**NONE** [1] - 1945:5
**NONE** [1] - 1911:6
**NONSTARTER** [1] - 1950:8
**NOSSAMAN** [2] - 1909:4, 1909:9
**NOTHING** [2] - 1933:2, 1946:6
**NOTICE** [9] - 1947:24, 1949:3, 1951:5, 1951:6, 1951:20, 1952:16, 1952:25, 1953:15, 1957:23
**NOTION** [1] - 1950:23
**NOVEMBER** [6] - 1924:1, 1924:4, 1928:4, 1929:6, 1929:10, 1938:23
**NUANCE** [1] - 1961:15
**NUISANCE** [2] - 1958:24, 1959:1
**NUMBER** [2] - 1918:11, 1932:16
**NUMBER** [1] - 1911:3

## O

**O'CLOCK** [1] - 1949:3
**OBJECTION** [3] - 1940:5, 1945:11, 1959:24
**OBJECTIVES** [1] - 1960:16
**OBVIOUS** [1] - 1938:12
**OCCUPATION** [1] - 1915:25
**OCCUPIED** [1] - 1958:17
**OCCURRED** [2] - 1934:24, 1951:12

**OF** [11] - 1908:2, 1908:13, 1909:1, 1910:1, 1911:1, 1963:1, 1963:7, 1963:9, 1963:12, 1963:15
**OFFICER** [1] - 1952:15
**OFFICES** [1] - 1925:22
**OFFICIAL** [4] - 1908:24, 1963:1, 1963:5, 1963:19
**OFTEN** [1] - 1926:2
**OLD** [5] - 1935:2, 1935:3, 1935:4, 1935:7, 1935:12
**OMISSION** [2] - 1958:23, 1958:25
**ONCE** [4] - 1931:7, 1947:11, 1950:7, 1959:5
**ONE** [29] - 1912:20, 1912:21, 1913:25, 1915:24, 1919:9, 1922:4, 1925:10, 1926:17, 1926:21, 1926:22, 1930:18, 1932:14, 1934:5, 1936:9, 1936:22, 1937:7, 1937:18, 1938:13, 1941:4, 1942:1, 1942:14, 1943:20, 1945:19, 1947:21, 1949:8, 1949:17, 1958:9, 1960:5, 1960:10
**ONES** [1] - 1926:21
**ONSITE** [5] - 1918:5, 1918:17, 1918:25, 1919:1, 1919:5
**OOO** [1] - 1912:3
**OPEN** [5] - 1912:6, 1932:24, 1940:21, 1941:15, 1957:11
**OPENING** [2] - 1942:6, 1946:20
**OPERATING** [2] - 1926:22, 1932:16
**OPERATION** [1] - 1927:8
**OPERATIONS** [4] - 1917:8, 1920:7, 1927:12
**OPPORTUNITY** [1] - 1915:17
**OPPOSED** [1] - 1922:25
**ORALLY** [1] - 1960:4
**ORDER** [3] - 1955:20,

1961:2, 1962:1
**ORDERED** [1] - 1941:10
**ORIENTATION** [1] - 1936:21
**ORIGINAL** [2] - 1927:6, 1953:7
**ORIGINALLY** [1] - 1919:9
**ORIGINALLY** [2] - 1927:4, 1961:25
**OSHA** [5] - 1932:1, 1932:5, 1932:6, 1932:13, 1935:16
**OTHERWISE** [1] - 1960:5
**OUTSIDE** [2] - 1941:15, 1941:16
**OVERRIDE** [2] - 1924:24, 1924:25
**OVERSIGHT** [2] - 1924:19, 1924:21
**OWN** [4] - 1924:22, 1928:24, 1932:2, 1942:2
**OWNED** [2] - 1925:1, 1935:5
**OXIDIZER** [2] - 1920:17, 1921:7
**OXIDIZERS** [1] - 1934:10

## P

**P.M** [1] - 1908:14, 1912:1
**P.M** [1] - 1962:16
**PAGE** [2] - 1910:3, 1963:11
**PAGE** [1] - 1935:15
**PAGES** [3] - 1949:4, 1949:7, 1950:1
**PAGES** [1] - 1908:8
**PAPERS** [1] - 1950:8
**PAPERWORK** [4] - 1927:10, 1927:11, 1943:22
**PART** [10] - 1916:4, 1921:18, 1940:23, 1946:9, 1946:10, 1946:11, 1946:12, 1958:3
**PARTICULAR** [1] - 1951:15
**PARTIES** [9] - 1938:4, 1945:21, 1947:7, 1948:7, 1957:19, 1960:18, 1960:20, 1961:19, 1962:1
**PARTIES'** [1] -

1958:12
**PARTY** [5] - 1938:7, 1948:13, 1961:18, 1961:24, 1962:4
**PATRICK** [4] - 1910:9, 1931:2, 1931:8, 1931:15
**PATRICK** [2] - 1909:5, 1931:10
**PAY** [2] - 1913:4, 1932:1
**PELOQUIN** [2] - 1912:16, 1921:16
**PEOPLE** [6] - 1920:20, 1921:18, 1924:22, 1940:20, 1947:23, 1956:13
**PER** [2] - 1928:18, 1960:17
**PERCENT** [5] - 1925:9, 1925:10, 1925:12, 1925:13, 1925:15
**PERCENTAGE** [1] - 1925:6
**PERCHLORATE** [9] - 1952:5, 1952:10, 1952:16, 1953:1, 1953:15, 1954:1, 1954:5, 1954:6
**PERHAPS** [2] - 1938:11, 1943:18
**PERIOD** [2] - 1950:18, 1957:20
**PERMIT** [1] - 1950:4
**PERMITTED** [4] - 1927:3, 1927:4, 1927:5, 1950:24
**PERRY** [2] - 1932:11, 1932:12
**PERSONALLY** [1] - 1936:4
**PERSONNEL** [1] - 1935:16
**PERSUADED** [1] - 1941:18
**PG** [2] - 1911:3
**PHOSPHOROUS** [1] - 1918:14
**PICK** [1] - 1918:7
**PIECE** [2] - 1940:23, 1953:19
**PIPES** [1] - 1935:12
**PIT** [3] - 1933:3, 1933:7, 1937:8
**PITS** [2] - 1932:23
**PLACE** [15] - 1917:24, 1918:5, 1920:8, 1920:24, 1921:4, 1921:7, 1921:14,

1927:23, 1928:17, 1929:3, 1929:11, 1934:9, 1934:15, 1934:19, 1943:13
**PLAINTIFF** [5] - 1945:13, 1952:16, 1955:25, 1956:25, 1959:10
**PLAINTIFF** [2] - 1908:6, 1909:3
**PLAINTIFFS** [1] - 1944:16
**PLANS** [2] - 1947:2, 1947:3
**PLANT** [1] - 1934:16
**PLAY** [1] - 1913:1
**PLAYED** [2] - 1938:5, 1954:23
**PLAYING** [5] - 1912:24, 1913:19, 1939:7, 1939:10, 1939:18
**POINT** [9] - 1912:12, 1921:9, 1940:11, 1942:22, 1944:19, 1946:24, 1955:24, 1956:6, 1960:3
**POISON** [1] - 1928:23
**POLICIES** [10] - 1917:1, 1920:14, 1920:15, 1934:9, 1934:12, 1934:19, 1942:13, 1942:18, 1942:19, 1948:20
**POLICY** [7] - 1917:14, 1921:19, 1930:14, 1934:22, 1934:25, 1943:7, 1943:10
**PONDS** [1] - 1919:14
**PORTION** [1] - 1936:10
**POSITION** [4] - 1914:21, 1923:13, 1923:24, 1924:5
**POSITIONS** [3] - 1914:21, 1923:13, 1924:6
**POSSIBLE** [1] - 1960:11
**POSSIBLY** [1] - 1918:15
**POTENTIALLY** [3] - 1948:10, 1948:12, 1960:5
**POWDER** [1] - 1932:8
**POWDER** [1] - 1958:17
**POWERPOINT** [1] - 1960:15
**PRACTICALLY** [1] -

1955:25
**PRACTICE** [1] - 1919:5
**PRACTICES** [14] - 1916:19, 1917:24, 1919:4, 1927:18, 1927:23, 1928:5, 1928:8, 1928:10, 1928:12, 1932:17, 1942:4, 1944:4, 1945:23, 1948:21
**PRECLUDED** [1] - 1959:6
**PRECLUDING** [1] - 1958:6
**PREFERABLE** [1] - 1958:20
**PREJUDICE** [6] - 1949:12, 1949:22, 1949:25, 1955:19, 1956:25, 1958:4
**PREJUDICIAL** [1] - 1945:8
**PREPARATION** [1] - 1917:2
**PREPARE** [1] - 1960:14
**PREPARED** [7] - 1916:19, 1917:2, 1917:16, 1917:20, 1917:21, 1917:25, 1943:5
**PRESENCE** [3] - 1912:6, 1941:15, 1941:16
**PRESENT** [1] - 1909:18
**PRESENT** [8] - 1912:8, 1912:10, 1950:1, 1950:22, 1957:23, 1961:10, 1961:14
**PRESENTED** [7] - 1942:25, 1944:3, 1948:24, 1957:11, 1958:2, 1958:4, 1961:10
**PRESENTING** [2] - 1912:13, 1913:6
**PRESIDENT** [3] - 1914:24, 1915:12, 1925:4
**PRESUMABLY** [1] - 1946:22
**PRESUME** [1] - 1925:2
**PREVENTATIVE** [1] - 1930:14
**PREVENTED** [3] - 1921:15, 1934:9,

1934:20
**PREVENTION** [1] - 1916:3
**PREVIEW** [1] - 1948:25
**PREVIOUSLY** [3] - 1912:8, 1947:12, 1960:24
**PRINCIPLES** [1] - 1916:3
**PROBLEM** [3] - 1953:6, 1956:4, 1956:14
**PROCEDURAL** [1] - 1943:13
**PROCEDURE** [1] - 1921:6
**PROCEDURES** [10] - 1918:4, 1921:14, 1928:17, 1929:3, 1929:10, 1929:15, 1929:18, 1932:16, 1933:17, 1934:8
**PROCEED** [3] - 1914:5, 1922:11, 1931:9
**PROCEEDINGS** [2] - 1912:5, 1941:14
**PROCEEDINGS** [1] - 1963:10
**PROCESSES** [1] - 1918:12
**PROCESSING** [1] - 1935:9
**PRODUCED** [1] - 1943:25
**PRODUCTS** [3] - 1920:23, 1961:4, 1961:5
**PROGRAM** [2] - 1915:22, 1920:24
**PROGRAMS** [1] - 1916:5
**PROGRESS** [1] - 1960:9
**PROMOTED** [2] - 1915:2, 1915:11
**PROMULGATED** [1] - 1920:15, 1931:18, 1932:18
**PROOF** [7] - 1949:12, 1959:3, 1959:4, 1959:8, 1959:10, 1959:12, 1959:13
**PROPELLANT** [5] - 1920:7, 1920:17, 1934:10, 1934:11, 1937:18
**PROPELLENT** [1] - 1921:7

**PROPERLY** [3] - 1937:6, 1937:9, 1957:4
**PROPERTY** [1] - 1935:5
**PROPOSING** [2] - 1958:20, 1958:22
**PROTECT** [3] - 1916:22, 1928:5, 1928:9
**PROTECTION** [3] - 1927:25, 1928:17, 1928:24
**PROVE** [1] - 1951:11
**PROVIDE** [4] - 1940:14, 1945:20, 1957:23, 1958:13
**PROVIDED** [2] - 1935:25, 1960:20
**PROVISION** [1] - 1953:8
**PULL** [1] - 1937:3
**PURCHASED** [1] - 1958:18
**PURPOSE** [1] - 1919:12
**PURPOSES** [2] - 1933:25, 1952:1
**PURSUANT** [1] - 1963:8
**PURSUE** [1] - 1957:13
**PUT** [7] - 1916:23, 1917:17, 1920:10, 1933:2, 1933:7, 1944:9, 1946:10

## Q

**QUALIFIES** [1] - 1941:19
**QUESTIONING** [2] - 1938:7, 1938:14
**QUESTIONS** [5] - 1912:25, 1913:5, 1913:6, 1938:16, 1938:19
**QUITE** [2] - 1925:10, 1925:11
**QUOTE** [1] - 1961:18
**QUOTE/UNQUOTE** [2] - 1931:24, 1934:23

## R

**R-E-E-D** [1] - 1914:13
**RAISE** [2] - 1942:17, 1948:11
**RAVEN** [1] - 1909:5
**RAVINES** [3] -

1920:18, 1921:8, 1934:10
**RCRA** [20] - 1916:11, 1916:20, 1917:3, 1917:21, 1918:1, 1920:10, 1920:11, 1924:1, 1924:8, 1924:10, 1924:13, 1927:3, 1927:7, 1927:20, 1930:1, 1932:17, 1935:16, 1936:4, 1936:15, 1943:6
**REACH** [1] - 1961:2
**READ** [13] - 1910:5, 1910:7, 1910:10, 1913:3, 1938:12, 1941:25, 1945:10, 1947:15, 1947:16, 1950:1, 1950:8, 1958:24
**READING** [6] - 1913:7, 1922:9, 1930:22, 1931:9, 1937:24, 1938:12
**READS** [2] - 1942:13, 1942:16
**READY** [2] - 1922:11, 1939:3
**REAL** [3] - 1913:2, 1936:11, 1954:14
**REALIZE** [1] - 1948:23
**REALLY** [7] - 1924:14, 1935:6, 1942:5, 1944:11, 1944:19, 1944:23, 1961:12
**REALTIME** [1] - 1963:5
**REASON** [2] - 1945:11, 1953:18
**REASONABLY** [1] - 1940:16
**REASONS** [2] - 1945:19, 1958:6
**REBOOTED** [1] - 1939:11
**REBUT** [1] - 1950:23
**REBUTS** [1] - 1943:1
**REBUTTAL** [8] - 1939:25, 1941:19, 1942:10, 1942:17, 1944:2, 1948:17, 1948:19
**RECEIVED** [2] - 1957:21, 1958:12
**RECESS** [1] - 1962:16
**RECOLLECT** [3] - 1919:24, 1920:13, 1922:2
**RECOLLECTION** [4] -

1915:8, 1928:7, 1955:3, 1961:7
**RECORD** [7] - 1912:7, 1914:11, 1923:2, 1931:14, 1942:3, 1945:22, 1955:6
**RECORD-KEEPING** [1] - 1942:3
**RECORDS** [4] - 1921:4, 1946:22, 1947:4, 1948:2
**RECOVERY** [3] - 1916:9, 1930:11, 1931:17
**REED** [1] - 1914:13
**REFER** [1] - 1923:7
**REFERENCE** [2] - 1935:2, 1943:15
**REFERENCED** [1] - 1933:18
**REFERRED** [5] - 1922:25, 1936:25, 1939:15, 1943:21, 1961:7
**REFLECTED** [1] - 1947:12
**REGARD** [5] - 1934:12, 1938:18, 1950:11, 1951:17, 1955:10
**REGARDING** [5] - 1927:24, 1929:1, 1929:15, 1930:14, 1944:4
**REGULATION** [3] - 1916:25, 1919:18, 1932:20
**REGULATIONS** [1] - 1916:2
**REGULATIONS** [1] - 1963:12
**REGULATIONS** [12] - 1916:21, 1918:19, 1920:19, 1920:22, 1921:1, 1929:13, 1931:17, 1931:21, 1932:18, 1935:16, 1935:17, 1943:15
**REGULATORS** [1] - 1947:12
**REGULATORY** [1] - 1950:19
**REJECTS** [1] - 1918:15
**RELATES** [2] - 1920:14, 1949:7
**RELATING** [2] - 1952:5, 1962:8
**RELATIVE** [1] - 1916:18

**RELEASE** [1] - 1940:9
**RELEASED** [1] - 1961:5
**RELEVANT** [4] - 1942:20, 1946:4, 1947:9, 1948:4
**RELIED** [2] - 1942:18, 1947:13
**RELUCTANTLY** [1] - 1958:1
**REMAIN** [1] - 1912:11
**REMAINING** [1] - 1960:19
**REMEMBER** [8] - 1915:2, 1916:11, 1916:22, 1935:4, 1935:21, 1935:23, 1940:19, 1945:24
**REMIND** [1] - 1959:9
**REPHRASE** [1] - 1929:8
**REPORT** [2] - 1930:4, 1930:6
**REPORTED** [1] - 1925:4
**REPORTED** [1] - 1963:10
**REPORTER** [4] - 1908:24, 1963:1, 1963:6, 1963:19
**REPORTER'S** [1] - 1908:13
**REPORTERS** [1] - 1962:15
**REPRESENT** [1] - 1956:9
**REPRESENTATIVE** [1] - 1940:3
**REPRIMANDED** [2] - 1937:5, 1937:7
**REQUIRED** [1] - 1917:18
**REQUIREMENT** [2] - 1916:24, 1919:19
**RESIDE** [1] - 1914:14
**RESOURCE** [1] - 1915:24
**RESOURCE** [3] - 1916:8, 1930:11, 1931:17
**RESOURCES** [4] - 1914:24, 1915:7, 1915:10
**RESPECT** [2] - 1948:19, 1955:9
**RESPOND** [1] - 1951:2
**RESPONDS** [1] - 1944:3
**RESPONSE** [7] -

1920:10, 1931:20, 1932:17, 1943:6, 1946:18, 1947:11
**RESPONSIBILITIES** [2] - 1928:16, 1929:10
**RESPONSIBILITY** [5] - 1923:18, 1924:9, 1933:21, 1960:21, 1961:11
**RESPONSIBLE** [2] - 1937:12, 1961:20
**REST** [2] - 1918:23, 1939:24
**RESTED** [1] - 1960:3
**RESULTED** [2] - 1958:23, 1959:1
**RESUME** [2] - 1935:14, 1935:22
**RETAINED** [1] - 1937:2
**RETENTION** [1] - 1945:23
**RETESTED** [2] - 1937:2, 1937:3
**REVIEWED** [2] - 1947:1, 1947:2
**REVOLVING** [1] - 1944:16
**REWRITTEN** [1] - 1932:19
**RICHARD** [6] - 1941:18, 1947:18, 1948:24, 1959:5, 1959:16, 1959:24
**RICHARD** [13] - 1909:5, 1940:2, 1942:7, 1942:9, 1943:3, 1943:19, 1944:7, 1947:20, 1949:2, 1949:11, 1950:13, 1959:25, 1960:2
**RIGHTS** [1] - 1950:23
**RISING** [1] - 1959:14
**ROAD** [3] - 1924:17, 1924:18, 1925:7
**ROAD** [1] - 1949:24
**ROCKET** [1] - 1920:8
**ROCKET** [1] - 1918:14
**ROLE** [3] - 1912:24, 1913:1, 1924:16
**RON** [1] - 1909:20
**RPR** [1] - 1908:23
**RULE** [3] - 1949:13, 1949:21, 1949:24
**RULES** [1] - 1929:13
**RULING** [1] - 1948:21
**RUN** [2] - 1948:10, 1948:13

**RUNNING** [1] - 1949:18
**RUST** [1] - 1937:19

## S

**S-I-M-M-O-N-S** [1] - 1923:4
**SAFE** [6] - 1921:19, 1928:10, 1928:20, 1929:3, 1929:4
**SAFETY** [24] - 1914:23, 1914:25, 1915:4, 1915:20, 1915:22, 1921:1, 1921:9, 1923:15, 1923:24, 1924:2, 1924:19, 1925:16, 1925:17, 1926:11, 1927:25, 1928:19, 1929:24, 1930:14, 1933:19, 1933:20, 1936:13, 1936:21, 1943:5
**SAFETY** [3] - 1916:1, 1916:2, 1932:7
**SAN** [3] - 1909:11, 1909:16, 1926:21
**SANTA** [1] - 1908:5
**SANTA** [1] - 1924:18
**SAT** [1] - 1950:23
**SATISFY** [1] - 1960:16
**SATURDAY** [1] - 1949:9
**SAW** [5] - 1937:13, 1938:13, 1945:3, 1946:2, 1954:22
**SCHEDULE** [1] - 1926:4
**SCOTT** [1] - 1909:9
**SCOTT** [1] - 1909:19
**SE** [2] - 1928:18, 1960:17
**SECOND** [3] - 1935:15, 1938:23, 1939:8
**SECONDLY** [1] - 1916:1
**SECTION** [1] - 1963:8
**SECURITY** [4] - 1914:23, 1914:25, 1915:4, 1915:21
**SEE** [10] - 1912:17, 1915:1, 1932:11, 1936:7, 1937:2, 1941:13, 1943:2, 1959:11, 1960:8, 1961:4
**SEEING** [3] - 1937:20, 1938:15, 1938:18

**SEIZED** [2] - 1946:11
**SELECTION** [1] - 1941:2
**SELF** [1] - 1928:24
**SELF-PROTECTION** [1] - 1928:24
**SEMINAR** [2] - 1936:6, 1936:9
**SEMINARS** [2] - 1936:16, 1936:17
**SENSE** [3] - 1927:21, 1950:10, 1960:23
**SENT** [1] - 1943:21
**SENTENCE** [3] - 1919:9, 1958:15, 1958:19
**SEPARATE** [1] - 1925:17
**SEPARATION** [1] - 1938:6
**SERIOUS** [1] - 1925:19
**SERVED** [1] - 1915:3
**SET** [2] - 1933:18, 1951:11
**SETTLEMENT** [1] - 1953:7
**SHELLS** [1] - 1918:16
**SHORTLY** [2] - 1923:17, 1949:6
**SHOW** [1] - 1922:24
**SHOWED** [1] - 1937:19
**SHOWN** [1] - 1943:14
**SHOWS** [1] - 1945:22
**SIC** [3] - 1961:9, 1961:12
**SIDE** [3] - 1938:16, 1942:1, 1957:3, 1959:2
**SIDES** [1] - 1938:14
**SIDEWINDER** [1] - 1920:8
**SIGN** [2] - 1936:11, 1947:23
**SIGNED** [2] - 1944:5, 1947:22
**SIGNIFICANT** [3] - 1930:19, 1959:9, 1962:10
**SIGNING** [1] - 1934:2
**SIGNS** [1] - 1937:19
**SIMILAR** [1] - 1922:9
**SIMMONS** [14] - 1913:15, 1922:5, 1922:8, 1922:12, 1922:18, 1922:20, 1922:25, 1923:3, 1928:25, 1930:8, 1930:20, 1943:4

**SIMMONS** [2] - 1910:6, 1922:14
**SIMPLE** [1] - 1934:9
**SIMPLY** [2] - 1913:2, 1934:21
**SIMPSON** [1] - 1949:5
**SITE** [22] - 1916:14, 1916:21, 1917:15, 1920:18, 1921:8, 1921:21, 1925:7, 1925:12, 1925:22, 1926:1, 1926:2, 1926:10, 1926:16, 1927:8, 1927:12, 1929:5, 1931:16, 1933:22, 1946:14, 1949:18, 1950:16, 1958:17
**SITES** [1] - 1943:22
**SITTING** [1] - 1941:3
**SIX** [1] - 1923:22
**SKIP** [1] - 1960:17
**SLOW** [1] - 1949:10
**SOAP** [1] - 1932:8
**SOIL** [1] - 1927:25
**SOLEDAD** [3] - 1924:17, 1925:7
**SOLVENTS** [2] - 1926:25, 1927:1
**SOMEONE** [2] - 1913:6
**SOMETIMES** [3] - 1933:8, 1933:9, 1933:13
**SOON** [1] - 1939:2
**SOPS** [1] - 1931:20
**SORRY** [1] - 1926:19
**SOUNDS** [1] - 1947:10
**SOURCES** [2] - 1961:1, 1961:3
**SOUTH** [1] - 1909:6
**SOUTHWEST** [1] - 1923:16
**SPECIFIC** [9] - 1917:1, 1921:5, 1935:19, 1942:23, 1943:21, 1945:3, 1945:6, 1954:13
**SPECIFICALLY** [7] - 1912:9, 1916:22, 1920:16, 1943:17, 1943:20, 1946:25, 1962:5
**SPELL** [3] - 1914:10, 1923:1, 1927:19
**SPEND** [2] - 1925:6, 1942:10
**SPENDING** [1] - 1921:24
**SPENT** [2] - 1925:12,

1925:13
**SPONSOR** [1] - 1961:8
**SPRING** [1] - 1949:13
**SQUARE** [1] - 1954:15
**SQUIBS** [1] - 1918:16
**STABILIZER** [1] - 1918:14
**STAFF** [2] - 1917:20, 1920:15
**STAND** [2] - 1913:22, 1933:2
**STANDARD** [2] - 1921:1, 1942:9
**STANDARDS** [1] - 1930:11
**STANLEY** [1] - 1908:3
**START** [4] - 1940:17, 1948:23, 1949:18, 1958:9
**STARTED** [2] - 1923:15, 1953:12
**STARTING** [1] - 1924:14
**STATE** [5] - 1914:10, 1923:1, 1925:2, 1931:14, 1932:5
**STATEMENT** [1] - 1946:20
**STATEMENTS** [1] - 1942:6
**STATES** [4] - 1908:1, 1963:6, 1963:8, 1963:13
**STATING** [1] - 1948:14
**STATIONED** [1] - 1923:16
**STATUTE** [18] - 1924:23, 1924:24, 1944:20, 1948:23, 1949:18, 1951:3, 1952:9, 1952:24, 1954:11, 1955:9, 1956:7, 1956:16, 1956:22, 1956:25, 1957:7, 1957:9, 1957:13, 1958:7
**STENOGRAPHICAL
LY** [1] - 1963:10
**STILL** [2] - 1935:13, 1940:24
**STONE** [1] - 1954:21
**STONE** [1] - 1909:19
**STOP** [1] - 1949:20
**STORAGE** [2] - 1919:11, 1926:16
**STORED** [2] - 1918:18, 1937:18
**STREAM** [1] - 1924:1

**STREET** [1] - 1908:24
**STREET** [3] - 1909:6, 1909:10, 1909:15
**STRIKE** [1] - 1926:14
**STRONG** [1] - 1956:7
**STRUGGLING** [1] - 1945:10
**STUFF** [9] - 1928:12, 1928:19, 1928:22, 1929:14, 1929:22, 1946:5, 1947:4, 1947:8, 1947:16
**SUB** [1] - 1930:15
**SUBJECT** [4] - 1931:16, 1939:23, 1940:20, 1946:13
**SUBMISSION** [2] - 1957:21, 1957:22
**SUBMITTED** [2] - 1949:5, 1956:19
**SUBMITTING** [1] - 1927:11
**SUBSEQUENTLY** [1] - 1946:3
**SUBSET** [1] - 1930:7
**SUBSTANCE** [2] - 1913:5, 1913:8
**SUBSTANTIAL** [2] - 1956:25, 1958:4
**SUBSTANTIALLY** [1] - 1957:20
**SUBSTANTIATED** [1] - 1946:16
**SUCCESSOR** [4] - 1958:9, 1958:11, 1958:16
**SUFFICIENT** [2] - 1961:14, 1962:6
**SUGGEST** [2] - 1958:14, 1959:6
**SUGGESTING** [1] - 1948:12
**SUITE** [1] - 1908:24
**SUITE** [1] - 1909:16
**SUNDAY** [1] - 1949:9
**SUPERVISION** [2] - 1936:8, 1936:12
**SUPERVISOR** [1] - 1936:25
**SUPPLIERS** [1] - 1962:5
**SUPPORT** [1] - 1957:9
**SUPPOSE** [1] - 1933:1
**SUPPOSED** [1] - 1947:23
**SURFACE** [5] - 1919:10, 1919:12, 1920:1, 1920:9, 1920:11
**SURPRISE** [1] -

1952:19
**SUSPICION** [2] - 1953:22, 1954:17
**SUSPICIONS** [1] - 1953:18
**SYSTEM** [4] - 1919:18, 1919:20, 1919:25, 1922:1

# T

**TAPE** [1] - 1936:2
**TEAM** [1] - 1935:25
**TELEPHONE** [1] - 1925:14
**TEN** [1] - 1926:7
**TENURE** [6] - 1925:21, 1932:12, 1936:23, 1936:24, 1937:5
**TERMINATION** [1] - 1934:22
**TESTED** [1] - 1954:24
**TESTIFIED** [9] - 1912:19, 1913:3, 1913:23, 1943:5, 1943:18, 1943:20, 1943:24, 1952:23, 1961:25
**TESTIFIES** [1] - 1942:3
**TESTIFYING** [2] - 1922:9, 1948:14
**TESTIMONY** [21] - 1912:14, 1912:15, 1917:22, 1922:7, 1922:10, 1930:22, 1937:25, 1938:15, 1939:3, 1939:19, 1943:1, 1943:10, 1944:3, 1948:16, 1949:16, 1950:5, 1950:11, 1952:3, 1952:19, 1953:20, 1954:24
**THAT** [3] - 1963:7, 1963:8, 1963:11
**THE** [84] - 1909:3, 1909:12, 1912:7, 1913:12, 1913:17, 1913:21, 1913:25, 1914:4, 1914:7, 1922:6, 1922:15, 1930:21, 1930:24, 1931:3, 1931:6, 1931:11, 1937:24, 1938:4, 1938:10, 1938:25, 1939:2, 1939:5, 1939:14, 1939:17, 1939:19,

1939:21, 1939:25, 1940:5, 1940:8, 1941:16, 1942:8, 1942:22, 1943:9, 1944:6, 1944:8, 1944:13, 1944:19, 1944:23, 1945:7, 1945:18, 1946:8, 1946:17, 1946:20, 1947:6, 1947:18, 1948:6, 1949:10, 1950:10, 1951:1, 1951:9, 1951:17, 1951:23, 1952:3, 1952:9, 1952:14, 1952:20, 1952:22, 1953:5, 1953:11, 1953:14, 1953:22, 1954:8, 1954:10, 1954:15, 1955:6, 1955:17, 1955:24, 1956:8, 1956:19, 1956:21, 1959:22, 1959:24, 1960:1, 1960:8, 1962:13, 1963:6, 1963:7, 1963:8, 1963:9, 1963:10, 1963:11, 1963:12, 1963:13
**THEREABOUTS** [1] - 1915:6
**THEREAFTER** [2] - 1923:17, 1949:6
**THEREFORE** [2] - 1958:22, 1958:25
**THEREUNDER** [2] - 1931:18, 1932:18
**THIRD** [1] - 1961:24
**THIS** [1] - 1963:15
**THREE** [7] - 1913:14, 1926:6, 1942:12, 1951:4, 1951:6, 1951:23, 1953:9
**THROUGHOUT** [2] - 1941:25, 1957:20
**THROW** [2] - 1921:11, 1928:12
**THRUST** [1] - 1957:22
**TIMEFRAME** [2] - 1934:13, 1934:16
**TIMELY** [1] - 1957:12
**TIMING** [1] - 1960:2
**TITLE** [1] - 1963:8
**TO** [2] - 1908:8, 1963:8
**TODAY** [3] - 1948:24, 1949:4, 1957:21
**TOGETHER** [3] - 1924:12, 1925:18, 1938:13

**TOLLING** [2] - 1950:3, 1953:8
**TOMORROW** [11] - 1940:14, 1940:16, 1940:18, 1940:23, 1941:5, 1941:9, 1941:10, 1941:11, 1941:13, 1946:18, 1946:22
**TOOK** [11] - 1918:5, 1920:8, 1923:23, 1924:8, 1924:11, 1928:11, 1928:15, 1929:5, 1929:9, 1934:15, 1954:21
**TOP** [2] - 1919:6, 1950:21
**TORTFEASORS** [1] - 1961:9
**TRAIN** [1] - 1935:16
**TRAIN** [1] - 1936:4
**TRAINED** [2] - 1935:25
**TRAINING** [9] - 1920:24, 1921:2, 1921:4, 1921:5, 1935:19, 1936:3, 1936:18, 1937:8, 1947:4
**TRANSCRIPT** [1] - 1912:22
**TRANSCRIPT** [6] - 1908:13, 1914:7, 1922:15, 1931:11, 1963:9, 1963:11
**TREAT** [1] - 1912:18
**TRESPASS** [2] - 1958:24, 1959:1
**TRIAL** [1] - 1908:13
**TRIAL** [6] - 1912:7, 1941:25, 1946:1, 1952:4, 1955:20, 1957:5
**TRIED** [2] - 1945:24, 1953:24
**TROT** [1] - 1957:14
**TROWBRIDGE** [14] - 1909:15, 1913:24, 1914:3, 1914:9, 1922:3, 1922:5, 1922:12, 1922:17, 1930:20, 1930:23, 1931:1, 1931:5, 1931:13, 1937:23
**TRUDELL** [1] - 1961:24
**TRUE** [1] - 1963:9
**TRULY** [1] - 1956:5
**TRY** [3] - 1950:5, 1955:6, 1960:15

**TRYING** [3] - 1926:5, 1932:14, 1955:12
**TURN** [3] - 1948:22, 1958:8, 1958:11
**TWO** [11] - 1912:20, 1915:5, 1924:11, 1924:14, 1938:22, 1945:1, 1957:18, 1960:5, 1960:9, 1960:13, 1960:20
**TYPE** [4] - 1926:24, 1929:21, 1936:16, 1936:18

## U

**U.S** [1] - 1908:3
**UMBRELLA** [1] - 1924:24
**UNDER** [7] - 1917:18, 1924:13, 1926:23, 1928:18, 1928:19, 1949:12, 1952:12
**UNDERSTATEMENT** [1] - 1957:15
**UNIT** [2] - 1926:24, 1927:3
**UNITED** [4] - 1908:1, 1963:6, 1963:8, 1963:13
**UNITS** [1] - 1926:16
**UNQUESTIONABLY** [1] - 1955:21
**UNRESOLVED** [1] - 1960:19
**UNTRAINED** [1] - 1933:16
**UP** [14] - 1918:7, 1928:14, 1928:22, 1931:25, 1932:21, 1933:2, 1933:6, 1934:14, 1936:22, 1937:1, 1940:23, 1950:18, 1957:7
**UPDATED** [2] - 1932:19, 1932:22
**UTILIZED** [3] - 1919:11, 1921:6, 1932:23

## V

**V-201** [1] - 1962:11
**V.P.S** [1] - 1932:14
**VALLEY** [1] - 1908:5
**VANTAGE** [1] - 1921:9
**VAPORIZE** [1] - 1933:5
**VARIOUS** [1] - 1934:17

**VIA** [4] - 1914:7, 1922:15, 1931:11, 1939:5
**VIA** [10] - 1910:5, 1910:7, 1910:10, 1910:12, 1913:14, 1913:16, 1938:2, 1940:4, 1942:12
**VICE** [3] - 1914:24, 1915:12, 1925:4
**VIDEO** [1] - 1939:5
**VIDEO** [11] - 1910:12, 1912:16, 1912:21, 1913:13, 1938:2, 1938:18, 1939:7, 1939:10, 1939:18, 1940:4
**VIDEOTAPE** [1] - 1913:16
**VIDEOTAPED** [1] - 1939:3
**VIEW** [2] - 1917:6, 1958:21
**VIOLATION** [4] - 1934:25, 1947:24, 1947:25
**VIRGIL** [1] - 1932:11
**VISIT** [1] - 1926:2
**VOC** [3] - 1952:16, 1953:1, 1953:8
**VOCS** [2] - 1952:11, 1954:24
**VOLUME** [1] - 1908:8
**VS** [1] - 1908:7

## W

**WAIT** [1] - 1949:13
**WALK** [1] - 1928:13
**WARM** [1] - 1941:10
**WASHINGTON** [1] - 1909:15
**WASHOUT** [1] - 1920:7
**WASTE** [31] - 1916:5, 1916:14, 1916:18, 1917:1, 1917:15, 1917:24, 1918:5, 1918:7, 1918:9, 1920:17, 1920:23, 1921:7, 1921:13, 1921:15, 1924:9, 1926:16, 1927:8, 1929:5, 1929:11, 1929:16, 1929:19, 1929:20, 1929:21, 1932:17, 1933:22, 1933:25, 1934:2, 1934:10, 1934:11, 1937:14, 1937:18

**WASTE-HANDLING** [3] - 1917:1, 1921:13, 1932:17
**WASTES** [4] - 1918:13, 1918:17, 1919:7, 1921:3
**WATER** [1] - 1908:5
**WATER** [6] - 1927:1, 1949:19, 1950:14, 1951:5, 1952:25, 1959:7
**WAYS** [1] - 1953:24
**WEDNESDAY** [1] - 1912:1
**WEDNESDAY** [1] - 1908:14
**WEEKEND** [1] - 1957:18
**WELL-KNOWN** [1] - 1935:24
**WELLS** [4] - 1921:22, 1954:25, 1961:20, 1962:9
**WEST** [2] - 1924:17, 1925:7
**WEST** [1] - 1908:24
**WESTERN** [1] - 1908:2
**WHEEL** [1] - 1935:9
**WHITTAKER** [1] - 1908:8
**WHITTAKER** [48] - 1912:13, 1914:17, 1914:22, 1915:16, 1915:19, 1916:5, 1917:1, 1917:14, 1920:16, 1920:18, 1921:6, 1921:20, 1921:23, 1922:8, 1923:5, 1923:7, 1923:8, 1923:10, 1923:14, 1923:24, 1924:5, 1925:21, 1927:11, 1927:14, 1927:23, 1928:5, 1928:8, 1928:16, 1929:5, 1929:11, 1929:15, 1930:18, 1934:3, 1934:20, 1940:4, 1945:8, 1945:17, 1949:18, 1950:16, 1950:19, 1957:12, 1958:3, 1958:16, 1958:18, 1958:20, 1958:22, 1958:25, 1962:9
**WHITTAKER'S** [1] - 1929:23
**WHITTAKER-BERMITE** [7] -

**1915:19, 1916:5, 1917:1, 1917:14, 1928:5, 1929:5, 1934:3
**WHOLE** [5] - 1923:18, 1930:18, 1932:1, 1950:4, 1954:21
**WILLY** [1] - 1949:13
**WILLY-NILLY** [1] - 1949:13
**WIN** [1] - 1954:3
**WITH** [1] - 1963:12
**WITNESS** [15] - 1913:2, 1913:3, 1913:10, 1913:17, 1913:22, 1922:8, 1930:25, 1931:1, 1931:7, 1938:1, 1938:14, 1938:25, 1940:3, 1950:2
**WITNESSES** [2] - 1910:1, 1910:3
**WITNESSES** [10] - 1912:18, 1939:22, 1942:12, 1943:18, 1943:20, 1943:24, 1945:5, 1950:22, 1955:12, 1956:17
**WOOD** [1] - 1933:12
**WORD** [1] - 1927:19
**WORD** [1] - 1960:14
**WORDING** [1] - 1961:21
**WORDS** [2] - 1917:7, 1960:25
**WORLD** [2] - 1925:17, 1946:10
**WORTH** [2] - 1921:24, 1948:6
**WRITING** [1] - 1948:24
**WRITTEN** [6] - 1917:13, 1935:20, 1936:2, 1937:11, 1942:19, 1955:10
**WROTE** [2] - 1932:21, 1942:18

## Y

**YEAR** [5] - 1915:11, 1926:6, 1926:7, 1926:8
**YEARS** [10] - 1915:5, 1924:12, 1924:14, 1946:14, 1951:4, 1951:6, 1951:23, 1953:9, 1953:24

## Z

**Z-O-Y-D** [1] - 1914:12
**ZOYD** [8] - 1910:4, 1913:11, 1913:18, 1913:19, 1914:12, 1922:7, 1932:13
**ZOYD** [1] - 1914:6