1               **UNITED STATES DISTRICT COURT**

2        **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3      **HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE**

4

5  **SANTA CLARITA VALLEY WATER AGENCY,**   )
                                       )

6                **Plaintiff,**      )
                                       )

7     **v.**                      )       **Case No.**
                                   )  **CV 18-6825 SB (RAOx)**

8  **WHITTAKER CORPORATION, et al.,**      )
                                     )      **Volume 20**

9                **Defendants.**   )  **(Pages 2126 - 2213)**
      _____)

10

11        **REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS**
              **TRIAL DAY 10:  P.M. SESSION**

12          **THURSDAY, DECEMBER 2, 2021**
                  **12:19 P.M.**

13          **LOS ANGELES, CALIFORNIA**

14

15

16

17

18

19

20

21

22     _____

23     **MYRA L. PONCE, CSR 11544, CRR, RPR, RMR, RDR**
           FEDERAL OFFICIAL COURT REPORTER

24         350 WEST 1ST STREET, ROOM 4455
        LOS ANGELES, CALIFORNIA  90012

25           (213) 894-2305

1                          **APPEARANCES OF COUNSEL:**

2

3     **FOR THE PLAINTIFF:**

4          NOSSAMAN, LLP
           BY:  BYRON P. GEE
5          BY:  RAVEN MCGUANE
           BY:  PATRICK J. RICHARD
6          BY:  FRED FUDACZ
                Attorneys at Law
7          777 South Figueroa Street, 34th Floor
           Los Angeles, California  90017
8          (213) 612-7800

9          NOSSAMAN, LLP
           BY:  ILSE CHANDALAR SCOTT
10              Attorney at Law
           50 California Street, 34th Floor
11         San Francisco, California  94111
           (415) 398-3600
12

13
      **FOR THE DEFENDANT WHITTAKER CORPORATION:**
14
           EDLIN, GALLAGHER, HUIE & BLUM
15         BY:  MICHAEL E. GALLAGHER, JR.
           BY:  FRED M. BLUM
16         BY:  DANIEL ERIC TROWBRIDGE
                Attorneys at Law
17         500 Washington Street, Suite 700
           San Francisco, California  94111
18         (415) 397-9006

19

20    **ALSO PRESENT:**

21         MATT STONE
           SCOTT FRYER
22         RON BEATON
           ERIC LARDIERE
23

24

25

                        **UNITED STATES DISTRICT COURT**

|     |                                                                        |
|-----|------------------------------------------------------------------------|
| 1   | THURSDAY, DECEMBER 2, 2021; 12:19 P.M.                                  |
| 2   | LOS ANGELES, CALIFORNIA                                                 |
| 3   | -oOo-                                                                   |
| 4   | (In the presence of the jury:)                                         |

12:19PM 5    THE COURT:  We are on the record in the trial matter

6   with the jury present, with all counsel.

7       And now for your closing argument, Mr. Blum.

8       MR. BLUM:  Thank you, Your Honor.

9       Lawyers get up for closing arguments.  First, it's

12:21PM 10   an argument.  It's one of the few times we get to properly

11   argue stuff.  The other reason is because when you watch TV

12   shows, when you watch movies, closing argument is always the

13   big point of the trial.

14       And we work under the fiction -- and it really is a

12:21PM 15   fiction -- that if we're really good at what we do, if we're

16   eloquent, if we have a command of the facts, we can move a jury

17   to our will.

18       Well, 40 years of doing this has told me that's a

19   bunch of bull.  You can't do that.  I'm not that good,

12:21PM 20   Mr. Richard isn't that good, famous lawyers like

21   Clarence Darrow who I grew up idolizing aren't that good.

22       But what we can do and what we -- what I'm going to

23   try to do is try to focus you a little bit, tell you what I

24   think is important, and ask that you look at the same things

12:22PM 25   and suggest some ways to look at things.

1      One of the reasons -- one of the things that sort of

2  turned me around from saying that I'm going to convince you to

3  I'm going to discuss things with you was conversations that I

4  had with a friend of mine's grandmother as a kid that really

12:22PM  5  didn't start making sense until I got into my 50s.

6      She was born in Lithuania in the 1860s, 1870s.  And

7  in that time, it really wasn't healthy to be Jewish in

8  Lithuania.  There were what is called pogroms, which were

9  basically riots against Jews.  And she and her sister and her

12:23PM  10  mother escaped the pogroms in the Lithuania by walking from

11  their small, what was called a shtetl, which is where the Jews

12  lived, to Amsterdam, walking and getting on a -- a boat -- if

13  there was anything below fourth class, that's where they

14  were -- and sailing for days and days and days to get to

12:23PM  15  New York.

16      What the lesson that she taught me is that what we

17  do here today that we don't go to a judge who is trained in the

18  law, who has more experience in the law to decide what is --

19  issues dealing with millions and millions of dollars and where

12:23PM  20  you're being asked to determine what is safe water.  We go to

21  originally nine and now eight ordinary people.  And that's a

22  marvel.  This is democracy in action.

23      That's what Rose taught me.  And that's what I

24  realize.  And that's why I look at closing not as a chance to

12:24PM  25  persuade but a chance to discuss.

UNITED STATES DISTRICT COURT

1          Now, that doesn't mean that I'm not going to

2     advocate.  Unfortunately, that's in my nature.  But I hope to

3     more discuss the issues with you -- unfortunately, it's a

4     one-way discussion -- and to see if you agree with me.

12:24PM 5          Now, one of the essential issues is -- and one of

6     the essential things for this to happen -- is I have to be

7     truthful with you.  I have to admit where there's bad facts, I

8     have to show you good facts.  And I have to make sure that what

9     I tell you happened at the trial actually happened.

12:25PM 10          And that's why most of the evidence that I'm going

11     to put before you, not all, but the overwhelming majority is

12     either going to be via document -- and you're going to see

13     right next to the document the exhibit number -- or I will show

14     you the original transcripts.  And if I read them wrong and if

12:25PM 15     I interpret them wrong, you're free to just disregard.  That's

16     your role.

17          In essence, your role is to either agree, disagree

18     at your whim.  If you think I'm wrong, then I'm wrong.  If you

19     believe two plus two equals five, it really does.  But what I

12:25PM 20     hope is in the end we'll both agree that two plus two equals

21     four.

22          And does that mean that Whittaker isn't responsible

23     here?  Absolutely not.  I told you that, that was my first

24     words in opening.  The perchlorate is ours.  And whatever you

12:26PM 25     decide is a reasonable sum to put a perchlorate treatment

system in 205 we have to pay.  And Mr. Lardiere can live with that.  But what he can't live with is Dr. Najm.  And we're going to talk about that.

So if you want to know why we're here, wait until we get to Dr. Najm -- or we talk about him.

So where does that bring us?  That actually brings us to where Mr. Richard ended.  And I thought it was actually an auspicious ending.  He ended -- and this is not an exact quote because I couldn't write that fast -- with the idea that every citizen has a right to pure drinking water.

Now, let's assume that's true.  Now, pure, we -- we can debate.  Does "pure" mean if there is one ten trillionth of a billion of some chemical in there that has no health impact, that that means it's not pure?  According to EPA, it doesn't mean that.  According to the California EPA, it doesn't mean that.  According to the Department of Drinking Water, it doesn't mean that.  According to plaintiffs, it doesn't mean that.

What I would ask you to do is look past the rhetoric of Mr. Richard and look at the conduct of SCV Water.  Do they live by the creed or their credo that every citizen has a right to pure drinking water?  Do -- is 10 percent of the water they serve to their customers knowingly containing VOCs?  The answer is yes.  Is that making sure that every citizen has pure drinking water?

1          Now, in my mind, it actually does.  I don't -- out

2   of this courtroom, if you ask me am I worried about there's

3   some VOCs in the water, I would say no.  But in this courtroom

4   where they're trying to make the case that the -- that the

12:28PM   5   water should have no VOCs, the hypocrisy is they regularly

6   serve water knowingly with VOCs and every once in a while

7   publish it in a nice fancy journal that most people never see.

8          Do they take -- when they -- when they know they

9   have VOCs in their water, how do they act?  Do they act like,

12:28PM   10  oh, my God, this is a major issue?  We've got to deal with it?

11  Or do they just say, hey, let's blame it on lab error?  Or do

12  they just serve it?  That's not practicing what they preach.

13          So what I ask you to do is go past the rhetoric,

14  mine and Mr. Richard, and let's go to what happened in this

12:29PM   15  case.

16          So the end is the beginning.  I began by telling you

17  Whittaker is responsible for the perchlorate.  I began by

18  showing you the stipulated fact that Whittaker paid for the

19  installation of perchlorate treatment systems for wells

12:29PM   20  Saugus 1 and Saugus 2.

21          In the trial, as it related to the construction of

22  V-201, remember what the facts were.  There was an interim

23  agreement very early after the perchlorate was discovered, and

24  several million dollars was paid.  After the interim agreement,

12:30PM   25  another $10 million was paid after certain issues were

**UNITED STATES DISTRICT COURT**

1    negotiated.

2              Now, Mr. Richard makes a huge deal out of the issue

3    of, well, what did you do about Q-2?  You did this.  You did

4    that.  What he didn't remind you was that the issue relating to

12:30PM  5    Q-2 had to do with contractual obligations under the settlement

6    agreement.  It was a question of who the contract required to

7    do what.  And consistent with the -- with the settlement

8    agreement and the dispute resolution process, it was resolved.

9    It was resolved not in Whittaker's favor, but it was resolved

12:30PM  10   exactly how the parties agreed it would be resolved.

11             Now, I don't find anything wrong with that.  I think

12   the water agency had the right to enforce the agreement, and

13   Whittaker had the right to go to those dispute resolution

14   processes that the agreement allowed.

12:31PM  15             But in the end, at the end of the day, as we sit

16   here today, Whittaker has paid approximately $60 million to the

17   water agency.  That's a lot of money.  It's a lot of money.

18             So when I hear Whittaker -- from the water agency

19   that Whittaker has done nothing, that they have accepted no

12:31PM  20   responsibility, that they have delayed and delayed and delayed,

21   I think there's 60 million reasons why they're wrong.  They're

22   wrong.  They're wrong.

23             But let's talk about Mr. Najm -- or sorry --

24   Dr. Najm because this is, in my mind, the only real dispute in

12:32PM  25   this case:  How much will it cost to pay for the perchlorate

treatment system?

Now, we have two totally different views of how you determine costs. Both are legitimate depending upon where you are. We are not starting on a clean slate here. We've built -- we have built and paid for systems that were under -- for Q-2. We built systems for V-201. We've built systems for Saugus 1 and 2. Mr. Simpson has lots of experience in how to deal in this system. We have lots of knowledge about what things happened.

So the analogy that Mr. Simpson gave you, I think it's apt. If you want to go decide how much is my car going to cost, there's lots of ways to figure it out. One of them would be look on the Internet and find out what they sold for three days ago. One would be go to the dealer and say, hey, how much will you sell this for me? One would be to ask somebody who brokers these cars, how much have you sold them for? Or you can hire an engineer, you can pay the engineer to do designs for that car, you could then put those designs out to bid to see who will -- what people will charge to build that car, and you can pay for all -- and then you can pay somebody to build that car.

If you choose the second scenario, then plaintiff is right. But I don't think plaintiff's right. I don't think anybody in their right mind would ever build and buy a car based on that.

1          It makes no sense at all why you wouldn't determine
2    the cost based upon known -- based upon what we know for sure.
3    Yet plaintiff wants to start from scratch as if nothing has
4    ever been done before at this project.  The problem is it's
12:34PM    5    just not true.  It doesn't meet the facts on the ground.
6          So when we look at what Dr. -- Dr. Najm did and
7    compare it to Mr. -- what Mr. Simpson did, we get, not
8    amazingly, predictably huge differences in costs.  But this is
9    a critical issue.  While Mr. Simpson came to you and he said,
12:34PM   10    the perchlorate treatment system will cost X, $3.1 million, and
11    we ask you award plaintiff that money, award it to them, they
12    deserve it.  It is righteous that they should get it.
13          And by the way, the head of the company is sitting
14    right there, and you don't see him throwing anything at me.  I
12:35PM   15    don't say that unless he says do it.  Award the money to them.
16    They rightfully should have it.
17          But what you shouldn't do is, in a sense, play into
18    what is what plaintiff's counsel always do when they don't like
19    the number.
12:35PM   20          Now, you never heard a number for how much a system
21    to treat perchlorate will cost at 205 from Dr. Najm.  He didn't
22    tell you.  What he told you was how much it would cost to treat
23    both VOCs and perchlorate.  And the numbers he came up
24    with were, I think, 13, $14 million.
12:36PM   25          Now, of that 13, $14 million, how much goes to

2136

perchlorate?  How much goes to VOCs?  We don't know.  We don't

know.  But what the plaintiff hopes you'll do is forget that he

added them up, that he commingled everything, and that you will

just go with the number without thinking through it.

12:36PM  Now, the plaintiff's case rests on this concept

that, if they muddle stuff enough, if they combine all these

things, such as all the activities that took place on a site

for over 100 years, that you're not smart enough to figure out

that the hundred years isn't important.  You've got to look at

12:36PM  things, what did Whittaker do and what was Whittaker's

obligations, what did Bermite do and what did -- what was

Bermite's obligations over ten years before RCRA was ever in

effect.

And, oh, by the way, we also know that disposals

12:37PM  that took place even before Bermite were still found at the

site.  We know fireworks were there.  Fireworks were found in

the Hula Bowl.  Fireworks hadn't been manufactured in the site

since, I think, 1937.

But if we combine them all and we argue, look how

12:37PM  bad the site is without trying to prove who did what or we

combine the costs of something without any reference to what

are the costs, you're going to be so mad at Whittaker that

you're going to forget what you probably should do.

So in the end, I ask you as the attorney for

12:38PM  Whittaker to enter a verdict in favor of plaintiff for

UNITED STATES DISTRICT COURT

$3.1 million.  It's the proper thing to do.

All right.  I want to talk a little bit about the evidence.  You know, maybe it's just that I'm married to an English teacher, but words are important to me.  Words have meaning.  When you say -- and in the law, words are very important.  We argue over commas and what it means.

So when I spent time with Mr. Lechler and say, well, what words did you use and now, the words you use, what you mean.  You know, Mr. Lechler -- there were three experts that testified on groundwater movement for the plaintiffs -- Mr. Lechler, Ms. Stanin, and Dr. Trudell.  And then Dr. Hughto testified on a related issue.

Every one of their experts changed their opinion from their reports.  Ms. Stanin did it at least on the issue of whether or not TCA began to be used in 1967.  Dr. Trudell, I counted it this morning, did it on the TCA.  He did it on whether or not the wall -- the mall wells were -- were Whittaker source or not.  He did it on whether or not there was evidence to support beyond a reasonable scientific probability that Whittaker was the source at all the wells.  And Dr. Hughto did it at least on the issue of TCA.

Say what you want about Mr. Hokkanen and Mr. Daus. Were they impeached once because they didn't say what they said in their report?  No.  In fact, we actually counted it up last night.  We only found one instance in the entire trial that was

on a minor issue with Mr. Simpson in which Mr. Richard or

Mr. Gee were able to impeach one of the witnesses -- I mean,

any witness, was shown that they testified differently than

they did at their deposition.  Once.

12:40PM       With Dr. Trudell, we had one every -- probably one

every five to ten minutes.  And why is that important?  There

is a -- there is a famous trial in the 1920s and '30s called

the Leopold and Loeb murders.  These were two very rich, very

sick teenagers who thought that they were Superman and that

12:41PM  they could commit the perfect murder.  And the District

Attorney's Office tried to get the death penalty imposed.  And

they were represented by Clarence Darrow, one of the most

famous trial lawyers ever.  And it was the first time anybody

ever put on a psychological defense in a death penalty case.

12:41PM       There was a fictionalized account of the trial

called "Compulsion."  Good movie.  And I remember reading

something in the book that has stuck with me -- and it's been

about 30 years, 40 years since I've read it -- and it's a

statement that a -- the truth -- a lie is just as easy to tell

12:41PM  as the truth.  The truth is just easier to remember.

          The reason Mr. Hokkanen and Mr. Daus weren't

impeached is because they were telling the truth.  They didn't

have to guess as to what the right answer should be.  They

didn't have to guess whether or not, if they answered the

12:42PM  question like they did in their depo, how it would help the

1   case today.

2          So when Dr. Trudell was asked in his depo, was

3   Whittaker the source of the VOCs at the mall wells, if you

4   remember, which was past V-205, in his depo he says, no,

12:42PM  5   they're not.  And in the trial he says, oh, yeah, they are.

6          When in his deposition he testified that SIC was the

7   cause of a small amount of contamination in the Saugus wells,

8   he said, yes.  In the trial, he said, no.  What he said was --

9   this is hard to grasp -- that, even though he believes that

12:42PM  10  there is a small amount of contamination from Saugus -- from

11  SIC at the wells, there's no pathway for it to get there, as if

12  martians put it there.

13          The truth is easier to remember.  But plaintiff's

14  experts time and time and time again strayed so far from the

12:43PM  15  truth that almost all of my depositions -- I'm sorry, all of

16  the examination with Dr. Trudell ended up being, didn't you

17  testify differently at trial -- I'm sorry -- at the depo?

18          And that brings us to Mr. Lechler and the word

19  "possibility."  Now, Mr. Richard told you that what Mr. Lechler

12:43PM  20  said on the witness stand was that, I used the word

21  "possibility" in my report and you're misreading what I said

22  because that only dealt with the screening process.  Well,

23  that's not true.  This is what he testified to in his report --

24  I'm sorry -- in trial.  This is right from the transcript.

12:44PM  25          *"On that date, looking at the totality of*

1          *the information that you had at that moment, not just*

2          *the report but everything you had at your disposal,*

3          *isn't it true that the only thing you could conclude*

4          *based on all of that information" -- and that's the*

12:44PM  5          *date of his deposition -- "was that Whittaker was --*

6          *was that there was a possibility that Whittaker was a*

7          *source?*

8                    *"ANSWER:  It sounds accurate that I said that*

9          *in my deposition."*

12:44PM  10         So in his deposition, three to four years after the

11         report, he still believed that it was only a possibility, not

12         likely, not more likely than not.

13                  So when Mr. Richard said that it was only in the

14         report and he stood by his report, it's not true.  Four years

12:45PM  15         later at his deposition, he still believed it.  It's only when

16         he got on the witness stand that "possibility" morphed into

17         "more likely than not."

18                  Now, let's talk about the burn pit.  Now, the burn

19         pit is a dirty place.  Again, that's the truth.  But there's a

12:45PM  20         reason why.  You know, Whittaker was not building widgets.

21         They weren't building toys for people.  They weren't building

22         microwave ovens.  They were building missiles to be used by the

23         Air Force and the Army.  They were building weapons.  And

24         whatever you think about the war in Vietnam and whatever -- I'm

12:45PM  25         not sure any of you were old enough during the war.  But

**UNITED STATES DISTRICT COURT**

whatever you thought when you were almost drafted, Whittaker

had an important job to do to protect people in harm's way.

And as you would expect, the military just doesn't

say, "Go build the missiles. And if they work, cool. And if

12:46PM  they don't, uh, well, we'll just" -- "the pilots said they're

not really needed, they're not important."

So there were a lot of rules. And one of the rules

is we don't want people to know how we make the fuel, what's in

the fuel, partly -- which is partly perchlorate.

12:46PM  So according to the testimony -- we're going to look

at that testimony -- burning was required. That's how you

destroyed it. And the burning didn't take place in -- at

night. The burning, as you're going to see, was done pursuant

to a permit, as Dr. Hughto said, from the L.A. County Fire

12:46PM  Department who were there when the burning was done. Again,

don't take my word for it.

Now, when Dr. Hughto testified, I cross-examined him

about a report from a Mr. Zoch. Now, Mr. Zoch had seen a lot

of documents that -- that Dr. Hughto did not. He had seen

12:47PM  contracts that Dr. Hughto didn't see and he'd seen other things

that Dr. Hughto didn't see. I don't blame Dr. Hughto for that

because we're dealing with something that happened decades ago.

And documents -- they're not there. But at the time Mr. Zoch

was examining things, they were there.

12:47PM  So what did Mr. Zoch conclude?

1           "QUESTION:   And doesn't Mr. Zoch conclude that

2       under the terms of the Bermite contracts referencing

3       the Government's Ordinance Safety Manual, perchlorate

4       waste as well as other explosives and munitions were

12:47PM  5       required to be destroyed?"

6           Now, unfortunately, I marked that down.  But what he

7   said was, "That's what Dr. Zoch concluded."  That's why the

8   burn pit has the contamination it does because that's where the

9   perchlorate was burned, that's where rags with VOCs were

12:48PM  10   burned, that's where anything that the Government required to

11   be was burned.

12           It was done under the view of the fire department,

13   under the orders of the DOD.  And the testimony shows that

14   there were DOD inspectors that were present.  This was not

12:48PM  15   clandestine.  This was out in the open.  Not only that, it was

16   required.

17           So the one thing that Mr. Hokkanen said that I think

18   is the most important is he follows the data.  And I think that

19   you would conclude that he does follow the data.  He is -- I've

12:48PM  20   seen few people who have such a command of the data as

21   Mr. Hokkanen.

22           And the data not only controls the science in terms

23   of the hydrogeology.  The data that we looked at is the

24   testimony, the evidence.  For us, that's the data.  And we

12:49PM  25   follow it.

1          For instance, the manifests.  Now, there's been

2     claims about manifests all through this trial.  We didn't have

3     them.  When we had them, they weren't complete.  But what

4     really are we talking about?

12:49PM  5          Now, according to Dr. Hughto -- this is that

6     manifest that Mr. Richard spent five minutes on claiming that

7     it did not identify who the receiving party was.  Remember,

8     that was his claim.  Well, that's just not true.

9          The testimony from Dr. Hughto is it is your

12:49PM 10     understanding that the signatures that were missing were from

11     the party that received the waste rather than from the

12     generator which would have been Whittaker.  Remember, the

13     signatures.  That's the only thing he's claiming is missing.

14          It is my understanding is the missing signatures

12:50PM 15     that were cited in that document were of the receiving

16     facility.

17          "*So Whittaker did what needed to be done.  It*

18     *was somebody else who messed up?*

19          "*ANSWER:  I can't tell you what Whittaker did.*

12:50PM 20     *I can just tell you what the document says.  It was*

21     *missing signatures from the receiving party.*"

22          And you recall I went over with Dr. Hughto this

23     whole process, the generator signs which was Whittaker, the

24     transporter signs, and there's, remember, copies, and then the

12:50PM 25     receiving party signs it.  Whittaker's not even there because

the transporter is the party that takes it to the site, has no control over what the receiving party does.

But in the end, Whittaker sent, because that's what they were required to do, a copy of that manifest to the regulators in the state.  Hardly the conduct of someone who's trying to hide these disposals.

And the evidence is also there that while there may have been periods where Whittaker may have been delinquent in terms of where they kept the manifest, at least during the inspection in 19 -- I believe it's 1989, they're up-to-date.  They had all the manifests and most of the -- most of the documents they needed.

Now, this is an inspection report.  And it's Exhibit 225.  And it was conducted by an individual with the Department of Health Services, which is the predecessor of what is now DTSC.  And he goes through the whole case, everything they found.  And he talks about -- oops.  Sorry.

And if you look at the area on page 6, he discusses what he found and what he didn't find.  And here, he talks about manifests.  And his conclusion is, everything is there.  All the manifests required are present.  He goes on to talk about other documents.  Some of them Whittaker didn't have on site and they had to send later, but most of them Whittaker had.

The issue is not, in a sense, has Whittaker every

single time complied with every single law?  I'll tell you they
haven't.  I don't think anybody ever has.  But the idea that
Whittaker threw its nose up in the air and said, ha, you know,
or what my -- one of my friends would say, pshaw, I'm not doing
it, is ridiculous.

          Whittaker had the same problems in the early '80s
that every company had.  They were dealing with laws and
regulations that nobody knew what they were doing.  And so what
did they do?  They went and they did inspections.  They found
out this area needs fixing, that area needs fixing.  They did
training, as you heard yesterday.  Everybody was trained up on
RCRA.  They created manuals.  They used the DOD manual.  And
when somebody didn't follow, there were repercussions.  There
were memos going back saying, hey, this guy won't do it.  He's
got to.

          Now, in the memos you saw -- which, by the way, if
we were destroying records, how in the heck did they get those
memos?  But in the memos you saw, there was not a single memo
reprimanding anybody for reporting a problem.  There wasn't
even a statement, hey, we really shouldn't be reporting this.

          Now, there were bad timed jokes such as, oops, I
forgot to show them the East Fork.  Not funny.  And I'll tell
you, if Mr. Peloquin did it on purpose, he should -- deserves
to have been fired.  But he didn't do it on purpose.  We're
talking about a thousand-acre site.  Of course there's things

1   he's not going to see.

2          But nobody is reprimanded.  None of the employees

3   have testified either via deposition or otherwise said there

4   were any repercussions.  Nobody went to DTSC and said, hey,

12:54PM   5   this is a problem, except for the mystery memo which we'll talk

6   about.

7          And as to the failure of us to call witnesses,

8   plaintiff had subpoena power in this case.  They could have

9   deposed anybody they wanted.  If they thought that Gordon --

12:54PM   10   I'm going to -- I always have problems pronouncing his name,

11   but I think we know who he is -- should have testified, hit him

12   with a subpoena.  With all the depositions we've seen in this

13   case, you can see nobody was shy.

14          Whittaker did its best, they were not perfect.

12:55PM   15   Nobody is except my 16-year-old.

16          But at the end of the day, there's no basis for

17   concluding that there was any willfulness here, that there was

18   any spite, that there was any despicable conduct.

19          And when you talk -- let's talk about groundwater

12:55PM   20   monitoring.  You saw a couple of complaints where -- at the

21   time that the EPA and DTSC took issue with the groundwater

22   monitoring process.

23          Now, you know what a complaint is.  It's an

24   allegation.  There were no convictions here.  There was no

12:55PM   25   Court saying we didn't follow the law.  It's simply

regulators -- and I don't doubt they're in good faith -- who in good faith disagreed with Whittaker.  But in the end -- actually, in the beginning, Whittaker did what it was supposed to.

12:56PM            Now, Mr. Peter -- I'm sorry, Mr. Richard showed you a 1985 letter that went from the water board to Whittaker that says you need to go out and test.  And he made a big deal out of that.  What he didn't show you because it didn't support his theory of the case is how that letter came to be.

12:56PM            Now, this is -- I think the exhibit number is on the next page.  But the -- the exhibit is a RCRA inspection of the Bermite facility in May 1985 that was done by the Regional Water Quality Control Board.  And in it, the inspector, when she does the report, explains how we got to that 1985 letter.

12:57PM            First -- it's Exhibit 1427.  First, she discusses that the current ISD, the Interim Status Document -- remember, that's the permit under which Whittaker operated -- did not contain groundwater monitoring requirements.

                   In other words, there was no legal requirement for
12:57PM   Whittaker to monitor anything.  I'm going to repeat that. There was no legal requirement for Whittaker to monitor anything.

                   Now, Whittaker had filed a closure plan, which is what they're supposed to do, on September 9th, 1983, pursuant
12:57PM   to regulations.  They were complying there.  Soil tests were

1    done, and samples were obtained from underneath surface impound

2    areas.  So they did sample underneath surface impound areas and

3    found no evidence of contamination.  They did what they were

4    supposed to do.

12:58PM    5    Then she goes on in the paragraph that no

6    groundwater monitoring system at the facilities required for

7    current ISD compliance, repeating what she said.  And she talks

8    about a production well found in the northern area.

9    What she then does is says, you know, that's not

12:58PM    10    enough.  We think you need to go retest the production well.

11    And it's retested.  And at that point, VOCs are discovered.

12    Now, remember, at that time there were no MCLs for

13    VOCs.  This was all new.  And it's that discovery which

14    basically starts the engine going to where Mr. Daus testified.

12:58PM    15    In the interim, there was some disagreements between

16    EPA and Whittaker about exactly what needed to be done.  Those

17    disagreements were resolved in about 1988.  At that point, what

18    EPA said was, you know, we don't know enough about the --

19    basically the substructure, what's going on underneath the

12:59PM    20    groundwater, underneath the surface.  Go and find out.  And

21    when that's done, let's talk about monitoring for contaminants.

22    That is the process that was done, hand in hand with

23    EPA and later with DTSC.  But it was a slow process for lots of

24    reasons.

12:59PM    25    First of all, in 1988, nobody even conceived that

perchlorate was a problem.  That's what everybody has testified

to.  That wasn't known until 1997.  There was no MCL for VOCs

at the time.  How you even test groundwater wasn't really

known.  But we learned and -- and we cooperated.

01:00PM

And, yes, there were disagreements.  But in the end

result, if you want to know -- if the proof is in the

pudding -- and let's even assume that Whittaker is the source

of the VOCs, which they're not, where's the harm?  What bad

happened?

01:00PM

The VOCs for the last, I think, four or five years

have been below the public health goal of 1.7, I believe, parts

per billion.  According to the plaintiff, that's the number

that -- under which there is no public health risk at all,

zero.  There has never been a reading of VOCs in any of these

01:00PM wells above an MCL.  Never.

Even plaintiff's experts say that the MCL equivalent

is below 1, which is the cutoff.  What -- even assuming we're

the source, even assuming we delayed, which we didn't, as it

relates to VOCs, there was no damage.  That's just a matter of

01:01PM fact.

So where does that take us?  This takes us to the

mystery memo.  And you'll recall, this is the one that

Mr. Sorsher talked about.  But I want to go around a few things

on it.  It's Exhibit 445.

01:01PM

First, this is an internal memo, remember.  It's one

that says attorney-client privilege.  You would expect this is

the place that they would not lie, even if they wanted to

otherwise.  Clearly, as you can see, "hazardous waste has been

manifested and shipped to permitted hazardous waste

01:02PM  facilities."  Again, they used manifests, which means they sent

copies to the regulators, not hiding much -- or at least if

they were trying to hide something, they were really bad at it.

        And this, in my mind, was the most interesting part

of this memo.  This is the process that Mr. Wenck used in

01:02PM  remediating the areas that they were looking at.  And I spent a

lot of time, you might remember, with Mr. Hughto.  I went over

each of the five steps.  And in each of the five steps,

Mr. Hughto said that's the way it should be done.

        So maybe we didn't tell people that we were doing

01:02PM  it.  But we didn't use that as an excuse of not to do the right

thing.  And who -- who can you ask about that?  Ask plaintiff's

expert.

        All right.  Now, I want to move on to talking about

who's the source.  And I have to admit, plaintiff has a --

01:03PM  plaintiff has a much easier job here than I do.  There's VOCs

at the Whittaker site and there's VOCs in the wells.  So why

aren't we the source?  It's -- it's easy.  Here and here.  And

there's a way to get there.

        So it's obvious.  And it strikes me as -- you might

01:03PM  guess that I love quotes.  There's a famous old Baltimore Sun

reporter called H.L. Mencken who's real good for quotes.  And one of my favorite quotes of his is for every difficult issue, there's a simple answer that's wrong.

Getting from here to here is not as simple.  You've got to know a lot.  It didn't take -- how many hours of testimony did we have from geologists and hydrogeologists?  And what plaintiff wants you to do is say, well, it's here and it's here, therefore -- but that's wrong.

And how do we know?  How do we know that even plaintiff knows that it's not that simple?

If we look at the history of plaintiff that led to the filing of the Complaint, what you're going to find out is at the time they filed the Complaint, they had been told time and time again that it wasn't clear that Whittaker was the source.

And that's how we know that for every complicated question, the plaintiff has chosen a simple answer that's wrong.

So this starts in 2010.  And again, we're going to go with documents in December.

Mr. Lechler has a conversation with James Leserman who he then memorialized in an e-mail to one of his coworkers. And in the e-mail, what Mr. Lechler says is Jim Leserman told me that the Department of Public Health is concerned about VOCs, which was TCE, that they'd been found to be as high as

1    3.6 parts per billion.  And they want somebody -- they want the

2    agency to investigate.  What Mr. Leserman says is, well, I

3    guess we have to do an investigation, knowing that it may or

4    may not be Whittaker as the source.

01:05PM  5         So the senior engineer for what became the water

6    agency is telling the project manager for the Army Corps of

7    Engineers at the time that, hey, it may not be the source,

8    Whittaker.  And that's in 2010.

9         Where does that take us?  That takes us to 11 days

01:06PM  10   later.  And that's the date in which they get the permit for

11   operating this SPTF, the Saugus Perchlorate Treatment Facility.

12   And if you recall, attached to that permit was an engineering

13   report.  And this is Exhibit 96.

14        And this engineering report is prepared by a

01:06PM  15   sanitary engineer, and it's reviewed and approved by

16   Mr. Jeff O'Keefe, who, as luck would have it, today is the head

17   of the district for the Department of Drinking Water that's

18   dealing with the case here.

19        And what does Mr. O'Keefe approve as a conclusion?

01:07PM  20   If we look, they talk about this is contamination found at

21   AL-12B, which you recall is really close to the Saugus wells.

22   And Mr. O'Keefe concludes that the TCE and PCE contamination at

23   this location is not believed to have originated at

24   Whittaker-Bermite site.

01:07PM  25        What's the next thing that happens?  The next thing

that happens is the water agency puts out a bid request.  And they put out the bid request and what they're asking for is different consultants to bid on doing an investigation of the source.

Now, one of the consultants is Todd Engineering.  And Todd Engineering, just coincidentally, is the same company that employed Ms. Stanin.  And they create a bid proposal.  And they send it in to Mr. Leserman.  And in the bid proposal, Todd says, well, we believe Whittaker is a likely source.  But also, so is SIC.  And by the way, other sources of TCE may also exist near the production wells, potentially contributing to the VOCs in the wells.

So Leserman has been told at that point by regulators that there's contamination out there that's not Whittaker's.  He admits earlier that Whittaker may not be the source.  He's told again by people that are working for him and bidding that, hey, there's other sources out there.

So what does he do?  Well -- or what does the agency do?  They wait two years.  And what they decide -- this is Mr. Leserman's testimony -- is they're going to hire Mr. Lechler from CH2M Hill and he's going to do a preliminary report.  And depending upon what is concluded, he'll have to do a follow-up report.  And Mr. Lechler goes and does that report.

And as we discussed, that report concludes that Whittaker and SIC are a potential source because that's the

only thing the report was supposed to do.  That's what the

purpose of the report was.

Now, at this point, the water agency has a decision

to make.  Do they go out and do a more thorough report and try

to take it from potential to positive or more likely than not

or whatever you want to use?  Do they then go to Whittaker and

say, hey, let's get something done proactively or something

else?

Now, Mr. Leserman was evasive when we asked him what

was the decision.  But we had his testimony from the

deposition.  Well -- and this is what they decided.  Oops.  I'm

sorry.  There's one intervening act that I forgot.

One intervening act is DTSC responds to the letter

that -- or the study that was done.  And what DTSC doesn't say,

go out and do more investigation for Whittaker.  This is

Exhibit 12.  You need to go out and investigate for SIC.  And

one of the reasons is because the SIC plume also contains

higher TCE concentrations than the Whittaker VOC plume.  In

other words, it was the SIC plume that had the VOCs in it, the

large numbers.

So with that additional piece of information,

Mr. Lechler then makes the decision -- I'm sorry --

Mr. Leserman, after talking to counsel and his superiors, makes

the decision.  And this is the deposition transcript that was

played.

```
 1              (Videotaped deposition was played.)

 2              MR. BLUM:  All right.  Sorry about that.

 3              So when I talk about litigate, don't investigate,

 4     this is the basis for it.  I don't think it's a crazy

 5     conclusion.  Nobody had said Whittaker was the primary source.

 6     DTSC had said you got to look at SIC because the -- there's a

 7     greater amount of TCE coming from there.  Their own bidders who

 8     had worked for them said, hey, there's other sources out there.

 9     The future head of the local DDW said Whittaker isn't the

10     source.

11              The decision made by the agency which brings us here

12     today to talk about VOCs that aren't above the MCLs, that

13     aren't above the public health goal, that aren't above the

14     equivalent -- the MCL equivalent was made because they thought

15     it was less expensive and more advantageous to litigate rather

16     than investigate.

17              That leads us to the Complaint in the case.  So

18     what -- what do we do with the evidence?

19              Now, as -- Mr. Richard was right, there is an

20     instruction that you got that says you may consider the ability

21     of each party to provide evidence.  If a party provided weaker

22     evidence and it could have produced stronger evidence, you may

23     distrust the weaker evidence.

24              And that brings us to this.  You know, I've learned

25     that you can tell about a company by whether the boss leads
```

01:13PM (lines 5, 10, 15)
01:14PM (lines 20, 25)

**UNITED STATES DISTRICT COURT**

from the front.  Let's look at Mr. Lardiere.  Does he lead from
the front?  When you saw him on the witness stand, was he
blaming other people?  Did he send his minions out to take the
blame?  At any point in time did he tell you not my job, not my
responsibility, unless it was technical issues, which he may be
a smart man, but he ain't a hydrogeologist.  No.  Did he send
his attorneys up there to say we have no responsibility?  No.

           Now, we also know who the head -- excuse me -- who
the head of the water agency was.  It was Matt Stone.  It's the
gentleman who spent most of the trial -- although, not now --
sitting next to Mr. Gee.  Did he testify?  No.  When we're
trying to determine what was the policies, as, like, is it the
policy to serve water that is known to be safe, what happened?

           So instead of Mr. Stone, they sent up his underling
to testify, Mr. Abercrombie.  And Mr. Abercrombie was evasive
as to simple questions, such as:  "That wasn't my question,
Mr. Abercrombie.  My question is:  Is it safe?"  Talking about
the water.

           And his answer is:  "I don't know if I can answer
that question."

           Now, I expected him to say, well, I'm not a
toxicologist.  That's actually legitimate.  He says, well --
and I say, "*Well, you're the head of operations.  Who do we ask
if not you?*

           "*ANSWER:  Maybe you should ask the Division*

UNITED STATES DISTRICT COURT

1    *of Drinking Water.*

2         *"QUESTION:  Well, the decision to serve the*

3    *water with VOCs in it is being made by you.  Is the*

4    *water safe, in your opinion?"*

01:16PM    5         His answer:  "I don't have an opinion."

6         It's ridiculous.  He's the head of operations.  The

7    head of their operations isn't willing to say the water is

8    safe.  Not because it isn't safe, because actually it is, but

9    because he knows that if he says it's safe, it hurts this case.

01:17PM   10         You go further.  And this is -- this was my

11   favorite.  These are two gentlemen who clearly are not

12   professional witnesses.  They're -- they have major roles in

13   the operation of plaintiff.  Mr. Leserman is the senior

14   engineer.  Mr. -- excuse me -- Alvord is the head of

01:17PM   15   operations.  And each of them spent half their time explaining

16   or trying to explain why the testimony in their deposition,

17   such as the question being:  If it's below the MCL, you serve

18   that water?  Both of them testified, yes, we do in their

19   deposition and then ran a hundred miles an hour the other way

01:18PM   20   when it was asked at trial.  And what was their excuse?

21         According to Mr. Lechler, if you go down to the

22   bottom, it says:

23         *"QUESTION:  You remember testifying under*

24      *oath on December 5th, 2019?*

01:18PM   25         *"ANSWER:  That was my first deposition.  I*

1   *remember it, and I know a lot more now than I did then."*

2       The problem is when I asked him what do you know

3   now, he wasn't able to say anything.

4       But a similar question was asked of Mr. Lechler:

01:18PM  5       *"When you made the statement that the policy*

6       *was to deliver the water to customers below the MCLs,*

7       *was that a correct statement?*

8       *"At the time, it was my first time testifying,*

9       *and sometimes I tend to get flustered."*

01:19PM  10      Is that a coincidence, that their excuse was

11  identical?  I'm not going to venture a guess as to why they

12  both decided to try to evade their deposition testimony by

13  saying it was my first deposition.  I'll let you make that

14  decision.

01:19PM  15      But it can't be denied that it's evidence that at

16  least the two of them colluded as to how they were going to

17  deal with deposition testimony that was, frankly, devastating

18  for the agency.  If you believe the depositions, one, if it was

19  below the MCLs, serve it; two, there is no policy that the

01:19PM  20  district has, contrary to what Mr. Richard argues, that said

21  that water must be pure to serve.  That was both of their

22  deposition testimonies.  They both changed their mind because

23  it was their first deposition.  Just a fact that we needed to

24  make clear.

01:20PM  25      What the water agency is asking us -- asking

Whittaker to do is you should have done more investigation out there.  It was a theme of the closing argument.  There's not enough wells out there.

Well, there is a department in the state that regulates that.  It's called the Department of Toxic Substances Control.  And as you heard -- you heard about RAPs.  There was a RAP called for, OU-7.  And that RAP basically was approved by DTSC and controlled what type of investigation had to be done in the groundwater offsite where these wells are.  And as you heard, DTSC said there's -- there's no need to do any treatment for VOCs.  They're all below the MCLs.

So let's talk about -- let's talk about the plaintiff and let's talk about the property interest because sometimes the law turns on arcane ideas.  And one of them is, at least for the causes of action for nuisance and trespass, those are both invasion of property rights.

Now, it makes perfect sense that in order to figure out if property rights are invaded, you, as the jury, needs to know what the property rights are.  And this is one of the instructions that you were read.

And we have two different property rights here.  The first one is the appropriative right.  And this is the key here.  The appropriative right is the right of the plaintiff to draw water from the ground.

Now, they don't own the water.  The State of

California does.  But because of certain contracts, they have
the right to withdraw it and sell it to their customers.  But
in order -- that right, that property right doesn't mature and
they cannot claim their damage until they get possession of the
water.  And so what they have to prove is what the last
sentence says, Plaintiff must prove that the injury took place
after the water was extracted from its wells.

So they have no interest at all in the water until
they get possession of it.  There's no evidence that, after
they pumped it out, there was any injury.  VOCs weren't added
then.  If they're right and we're the source of the VOCs, it
was a couple of miles earlier that the VOCs were added to the
water prior to the time they had any property rights.  There's
no injury to those rights.  They don't have the right to be
compensated for those rights because they were not injured.

The second interest is an interest in land.
Plaintiff also contends that it owns an interest in land upon
which wells are located, including the surface property and the
subsurface.

Now, I -- the evidence that they had actual
ownership of land that came in contact with the groundwater is
nil.  There is a single sentence in the entire transcript --
and it's from Mr. Alvord.  It was almost like a throw-in
statement where he says they have ownership rights.  And I
think he said in the wells and other associated rights.

1          So is it other associated rights or is it ownership

2     rights?  But regardless of what either -- either of them are,

3     have you heard a single piece of evidence that the land that

4     they own -- well, first of all, do you know what land they own?

01:23PM  5     I don't.  But even if you're smarter than I am -- and I -- that

6     can be entirely true -- there's no evidence that the land was

7     injured.  Is there any evidence that they've had to pay a dime

8     because of contamination to their land?  No.

9          There are no property rights that are injured in

01:24PM 10     this case.  There's no land that was injured, there's no water

11     injured.  So when we talk about injury, focus on the right

12     injury.  Focus on what the law focuses on.

13          All right.  This is in a sense maybe the most

14     important argument.  I don't want to make -- I don't want to

01:24PM 15     make light of VOCs.  Okay?  I want to be clear here because it

16     was difficult for me to figure out how to frame this.  And I'm

17     not saying this was a basketball game, no harm, no foul.

18     That's not what I'm claiming.  This is much more important.

19          Mr. Richard is right, water is important.  Water is

01:25PM 20     a necessity of life.  But since it is so important, it's

21     important that we treat it based on science and not based on an

22     agency's desire to get more money from someone who's already

23     paid them $60 million.

24          So what does the science tell us?  Is there a health

01:25PM 25     risk?  The maximum contaminant level.  Nope, never above it.

**UNITED STATES DISTRICT COURT**

Public health goal, 11.7.  There's not been one hit, not since 2017.  MCL equivalent?  Nope.  It's below 1, according to the papers prepared by Meredith Durant.  And how do we know there's no risk?  Well, let's ask Mr. Leserman.

In 2016 in Exhibit 1343, he told the DDW, quote, "Although some of these wells have detectable concentrations of constituents of concern, no discernible trends can be observed at this time that would suggest a water quality change or any new imminent threat to Saugus 1 and 2 wells."

So if there's no problem now, nobody expects there to be a problem.  And it goes beyond that.  It goes all the way to Meredith Durant who prepared the briefing paper for DDW on behalf of the agency.

There is no imminent threat in 2016, there wasn't one before, and there's none now.

Why -- and there's not going to be one in the future.  Why do we know that?  Because state EPA, DTSC has given us closure letters.  And the closure letters are for the work on site, in other words, the vapor extraction systems have worked, the soil recovery systems have worked, we have removed the bulk of the material, and anything else will be dealt with by, as Mr. Daus said, the groundwater extraction systems that are left on the site.  You don't believe Mr. Daus.  Believe DTSC.

So this becomes the big question on damages.  And my

1    guess is you're a little bit surprised if you see something

2    from "The Big Bang Theory" up there.  This is my favorite

3    episode of the show.  Sheldon finally convinces Amy Farrah

4    Fowler, which is the best name anybody ever had, to watch

01:29PM  5    "Raiders of the Lost Arc," which is one of Sheldon's favorite

6    shows.  And Amy and Sheldon watch the show.  And at the end of

7    the show, Sheldon said, "How did you like it?"

8            And Amy said, "Well, it was okay.  But

9    Harrison Ford's character didn't change anything.

01:30PM  10   Indiana Jones, even if he wasn't there, everything would have

11   happened the same way."  And Sheldon is crestfallen.  But the

12   reality was she was right.  And I was crestfallen.

13           But I'm going to ask you the same question.  Let's

14   assume the VOCs were never there, let's assume the VOCs were

01:30PM  15   zero.  What would be different?

16           And let's look at the wells.  Saugus 1 and 2.  If

17   there were no VOCs, what would have been different?  Well,

18   nothing.  According to Mr. Abercrombie, the wells are still

19   operating.  Nobody has said shut the wells down.

01:31PM  20           How about blending at V-201?  Well, oh, my God.

21   They've got to blend.  Isn't that because of the VOCs?  Well,

22   again -- oops.  What Mr. Alvord says, well, yeah, I talked to

23   somebody at DDW, and they said that if you -- if we treat the

24   VOCs, it will be helpful, not that it will resolve the problem,

01:31PM  25   it will be helpful.

```
 1              But he's then asked, "Well, when did you talk to

 2    somebody?"

 3              "Well, I don't know."

 4              "What year?"

 5              "I don't know."

 6              "Could it have been August?"

 7              "I don't know."

 8              "Who else was at the meeting?"

 9              "Uh, I don't know."

10              "Well, what was actually said?"

11              "I don't know."

12         Not credible.  A mystery meeting.  He doesn't

13    remember who, what, when, where, or how, but you should rest

14    your decision based upon that assertion.  That's plaintiff's

15    argument.

16              But for V-205, the problem was perchlorate, not

17    VOCs.

18              And the part that I forgot to put up, if you recall

19    testimony from Mr. Abercrombie on V-201, what he said was --

20    which was actually supported by Ms. Durant and to a certain

21    extent by Mr. Alvord.  Is what they're blending now -- they had

22    a blending program.  And you saw in their -- in their permit

23    that they submitted in February of 20 -- of 2020.  And what are

24    they blending for?  Total dissolved solids, hardness.  It's --

25    the water is too hard, too much grime in it.
```

```
 1              And what DDW said, submit a blending program for

 2    TDS, which they did.  And as every witness testified who saw

 3    that -- and incidentally, they argued it will resolve the VOC

 4    problem.  But the blending that is being done is not being done

 5    to deal with VOCs, it's being done to deal with TDS.

 6              So in the end of the day, 201 wouldn't have changed,

 7    205 wouldn't have changed, S-1 wouldn't have changed, and S-2

 8    wouldn't have changed.  So like Indiana Jones, the VOCs here

 9    just haven't had an impact.  And it makes sense.  The

10    detections are just too low.

11              So are we the source of those, though?  Now,

12    Mr. Richard argues, well, A and B.  But let's also take a look

13    at the site itself.  And remember, this site has operated for

14    over a hundred years.

15              If you recall Mr. Jisa's testimony through

16    deposition yesterday, he testified that he was trying to get

17    that wheel, the dynamite wheel that was used during the gold

18    prospecting days, which was in the 19th century, the 1800s.  So

19    people have been doing things there a long time.

20              Now, the law very logically says when you're

21    determining negligence, which is something a reasonable person

22    would do, you have to know when the act was done and what were

23    the circumstances.  It's logical -- I mean, this -- I'll give

24    you a ridiculous example.

25              In 1800, if you had spilled some VOCs on the ground,
```

there is no way you could have been -- you could have been

negligent because nobody knew what VOCs were.  They probably

weren't invented by then.  You just didn't have the knowledge.

Science hadn't progressed.

01:35PM        You do it today, yeah, you're negligent.  And

what -- what was the major difference?  What changed?  RCRA.

1980 when the RCRA regulations came out was a turning point.

        And when you look at this case and when you look at

the liability of Bermite Powder and Whittaker -- and Whittaker

01:35PM  is responsible for the negligent conduct of Bermite Powder.  I

want to say, negligent conduct.  It's not strict liability.

Plaintiff still has to prove that Bermite Powder did something

negligent.

        When you look at it -- again, this is what the Court

01:36PM  instructed you -- "Whittaker is, therefore, liable for any act

by Bermite that resulted in negligence, nuisance, or trespass."

All three of them require negligence.

        Now, this also goes to burden.  And burden of proof

is important.  Plaintiff argues -- and basically whines that,

01:36PM  well, there's just not enough documents around.  The fact that

there's not documents from somebody that operated a site in

1967 shouldn't surprise anybody.  We've seen tons of documents

about Whittaker.

        Well, plaintiff's whole case is built on documents

01:36PM  that Whittaker created and studies that Whittaker did and then

they complain they don't have enough information.

　　　　　But regardless, their burden of proof, they've got to prove it.  If they expect Whittaker to follow the law, they've got to follow the law too.  What's good for the goose is good for the gander.  Whittaker is willing to step up and say we owe you 3.1 million.  Step up and prove we did the VOCs.

　　　　　Whittaker is willing to put its head on the witness stand?  Do the same.  Good for the goose, good for the gander.

　　　　　And the fact is their own expert says I don't know who did it.  I don't know when it was done, and I don't even know who buried the drums and I don't know when the landfills were dug.

　　　　　What you have here is the testimony of Dr. Hughto.  I'm not going to read it all.  But what he -- what he basically says was if you go to page -- line 20, on the first page, it's -- okay.  For instance, if we go to the -- under Summary, if we go to the paragraph, the first one where it talks about 40 or more -- 40 years or more, landfills evidently were anywhere from one day to possibly 40 years?

　　　　　"ANSWER:  Can you -- I didn't know where you are.

　　　　　"QUESTION:  Sure.  It's 4 -- it's 445.

　　　　　"ANSWER:  Oh, gotcha, the second paragraph.

　　　　　"QUESTION:  Yeah.  Do you see where it says 40 years, sir?

1          *"ANSWER:  At the end of the paragraph?*

2          *"QUESTION:  No.  It's actually -- I guess*

3     *it's towards the end."*

4          Okay.  Then at the end he ends up saying, well, it

01:38PM  5  says the use of landfills evidently was anywhere from one day

6     to possibly 40 years or more.

7          When he was asked when were the drums buried, it

8     was, well, I don't know.  Sometime within the century that the

9     place operated.

01:38PM  10          We know that VOCs were used on the site at least at

11    the time of the First World War.  We know perchlorate was used

12    for the manufacture of fireworks.  And we also know, if you

13    believe the reports of Ms. Stanin and Mr. Hughto -- or

14    Dr. Hughto, in their reports, they say that Whittaker stopped

01:39PM  15  using TCE in the late '60s and then used TCA.  They readily

16    admit it.  And then they run for the hills.

17          They're no different than Mr. Leserman and

18    Mr. Alvord, except they don't have the excuse it's their first

19    depo.

01:39PM  20          These are experts who have testified numerous times

21    who now, when it counts, when money is on the line, say, oh,

22    yeah, you know, I wrote that in my report and I thought it was

23    true at the time, but since then -- and this was -- I liked it

24    with Dr. Hughto -- since then, I've reconsidered it.  And I've

01:40PM  25  looked at a document which I'm not sure really what it was and

now I've changed my mind.  And then it was, well, is that a document that's in your report?  Uh, uh, uh, yes.

It's ridiculous.  It's -- I -- I hate to say it, but it becomes a question of integrity.  Stand by what you reported.  At least Mr. Lechler did that.

Whittaker didn't use TCE after the late '60s.  They used TCA.  That's what the evidence showed.  And there is no TCA contamination at the wells.

I don't think the words -- the letters TCA left Mr. Richard's lips.

Just a reminder of the ownership.  Manufacture of dynamite in the 1880s.  1999, Whittaker sells the property to -- I think it's SLLC.  They're the people that went bankrupt that resulted in the Imminent and Substantial Endangerment Order.  Whittaker then came back in and did the rest of the remediation and has closed the site.

But, by the way, SLLC, they were the one that got closed for OU-11.  So they did a whole bunch of stuff.  But when you go through here, nobody can say that what was found on the ground was put there by Whittaker, that the landfills were prepared by Whittaker.  And the evidence is, since TCA is not a problem, Whittaker wasn't spilling solvents.  If they were spilling solvents, where's the TCA contamination?

There's some there because of the degreasers.  That's what Mr. Hughto talked about.  But there's -- but

1    nobody's saying we've got to clean the groundwater up offsite

2    because of TCA.

3              Fireworks.  There's fireworks all over the place.

4    The Hula Bowl, they had to dig up fireworks.  There's dynamite

01:42PM  5    in places.  We never manufactured dynamite.  The 1997 study,

6    Exhibit 1411.  If you look at the Hula Bowl, fireworks are

7    there.  Mr. Jisa talked about dynamite problems.

8              But what we do know is there's -- that the reason

9    there's greater documentation after -- after 1976 and even

01:42PM  10   greater after 1980, there's a real good reason why.  That's

11   when RCRA came up.  RCRA was enacted in '76.  There weren't

12   regulations, in other words, there wasn't flesh on the bones

13   until 1980.  It was amended in '84.  The first MCL for TCE was

14   1989.  So there wasn't even a cleanup goal before 1989.  And

01:43PM  15   the first MCL for perchlorate was in 2007 prior to the first

16   settlement agreement.  We settled without knowing what the MCL

17   was.

18             And when -- and it's much more interesting when you

19   look at the timeline of what was going on.  When we operated

01:43PM  20   the site, when we were testing for groundwater, we were doing

21   it basically in a regulatory snowstorm.  Nobody knew what was

22   going on.

23             But we put material at the site.  We put in

24   treatment facilities.  We put in wells.  It took a while to do.

01:43PM  25   But remember, this is where the technology was evolving.

|     |     |
| --- | --- |
| 1 | You heard in the deposition, I believe it was of |
| 2 | Mr. Simmons, that we were using the C-Docks system which was a |
| 3 | revolutionary cleanup system where basically VOCs were taken |
| 4 | out of the air and destroyed.  The reason it was revolutionary |
| 01:44PM 5 | is because in the '80s nobody really knew how to clean up VOCs. |
| 6 | It was at the beginning. |
| 7 | Today we know how to do it.  Mr. Daus told you.  We |
| 8 | could do it.  We now know there are bugs, which I like to think |
| 9 | of as little Pacmen who go underground and gobble up.  Not back |
| 01:44PM 10 | in the '80s.  In the '80s, the technologies were new.  And we |
| 11 | used the technologies that were available and even ones that |
| 12 | were at the edge of working. |
| 13 | We used extraction systems -- oops -- you know what? |
| 14 | I was wrong on that slide.  That's a vapor extraction system. |
| 01:44PM 15 | That's a vacuum cleaner, basically.  The same way you clean -- |
| 16 | we use a vacuum cleaner to clean up pet hair on the carpet. |
| 17 | You use it, you put it in the ground and you suck up fumes. |
| 18 | And if you don't think it works, we've all spilled |
| 19 | gasoline on the ground when we're filling up our tank.  Go to |
| 01:45PM 20 | the place to pay, come back, five minutes later and the |
| 21 | gasoline's gone.  Nobody cleaned it up.  It vaporized.  It |
| 22 | is -- that's the same way with VOCs.  That's the word |
| 23 | "volatile."  They like to go and turn into vapor.  And that's |
| 24 | why vacuums -- that's why SVE systems are so helpful. |
| 01:45PM 25 | And the result is that we've cleaned the place up. |

1    Don't ask us.  Ask DTSC.

2         Now, I want to talk about another source.  That's

3    SIC.  This is where they are.  You can see how close they are

4    to the Saugus wells.  And this is the plume that was drawn by

01:46PM  5    Mr. Lechler.  It goes past Saugus 1 and Saugus 2.

6         And if you recall, Mr. Lechler testified, not really

7    cooperatively, but he testified about how the running of

8    Saugus 1 creates a pressure vacuum.  And it -- all he would say

9    that it was possible, although he said more in his actual

01:46PM  10   reports, that that vacuum sucked the VOCs down in Saugus 1 and

11   Saugus 2.

12        And remember, as Mr. O'Keefe, the current head of

13   DDW said, the -- I'm sorry.  That's wrong.  It's Mr. Diaz at

14   DTSC said it.  The greatest offsite source of VOCs, TCE in

01:46PM  15   particular, was SIC.

16        So we talked about Mr. -- or Dr. Trudell.  Now,

17   Dr. Trudell testified that his -- in his opinion, SIC was the

18   source in the Saugus wells, just small.  And in his -- and even

19   though he said it's a small source, he wouldn't admit that

01:47PM  20   there was a way that the small source got there, which was

21   different than he testified to in his report and in his

22   deposition.

23        And he said the reason he changed his mind was he

24   read the source report and he looked at what happened at AL-6.

01:47PM  25   Well, I asked Mr. Hokkanen, did the source report even mention

1   AL-6?  No, it didn't, because the source report was about an

2   investigation on site.  AL-6 was not on site.

3            So I don't know what caused Mr. Trudell or

4   Dr. Trudell to change his mind, but it certainly wasn't AL-6.

01:48PM  5            This is -- you know, we look at this SIC site.  And

6   we can see really high numbers of chloroform and TCE offsite,

7   very, very close to Saugus 1 and Saugus 2.

8            And we know that the geology would effectuate a

9   divide.  And by the way, what Mr. -- what Mr. Hokkanen

01:48PM 10   testified to is that the process of things moving from the

11  alluvium in AL-6 down to the well could have caused the

12  contamination.  That was also confirmed by Mr. Lechler, and it

13  was confirmed by Dr. Trudell, at least until he testified.

14           Let's talk about Saugus 1 and Saugus 2.  We heard a

01:48PM 15  lot of testimony about these arrows and what these arrows mean.

16  And Ms. Stanin, even though she put an arrow right through the

17  western boundary, said, well, that's not really through the

18  western boundary and that there should have been no TCE there.

19           Well, she has TCE there.  But she has it there

01:49PM 20  because she didn't take into account the way plumes move.  For

21  instance, we know dispersion.  You know, we've all dropped some

22  water on a table.  The water doesn't follow on the table in a

23  thin, thin, thin, thin line.  It goes out.  That's dispersion.

24  That's the same way it happens in an aquifer.

01:49PM 25           We know that as it changes, directions change, the

plume expands.  And we know that just because the plume looks

one way one day, it doesn't look like that way another day.

And we know that these green lines, which were taken

from the report done by Mr. Lechler, which Mr. Lechler

01:50PM  described as a hypothetical pathway and later in the report he

referred to as cartoonish, aren't real, they're hypothetical.

And if we look at -- we look at the reports done by

AECOM, who Mr. Richard tried to say, well, they just work for

Whittaker but who Ms. Stanin referred to as reputable and

01:50PM  qualified; that what we see in the one plume map she used is

the aberration.  And if we look at the other plume maps, the 12

others, what we see is a very wide plume.  And we know that DCE

is on the site, the Whittaker site.  It's not in the wells.

I'm sorry.  And it is in the wells.  And we know that

01:51PM  Ms. Stanin, at least in her deposition, testified that she

couldn't say that Whittaker was the source.

And we know that the chloroform -- by looking at the

western boundary, we know that Whittaker is not the source of

the chloroform.

01:51PM  So who is the source of the DCE and who is the

source of the chloroform?  We don't know.  The chloroform

likely could be SIC or companies around there.  The DCE is a

mystery.  But the experts for Whittaker -- I'm sorry -- for the

water agency, when they're asked, Don't you want to know?  DCE

01:51PM  is a solvent.  And if they used DCE, maybe they used other

1    VOCs.  Their response is, well, it wasn't part of my job.

2          So that brings us to the plume map of Mr. Lechler.

3    And I just want to focus on the western boundary.  Do you see

4    those three wells?  He has them as non-detect.  And do you see

01:52PM    5    that blue line?  That's where the VOCs stop.  His contour map

6    has the VOCs stopping before the western boundary.  And so do

7    AECOM.

8          If we look at these, there are 12 of them.  This is

9    the reputable and qualified company.  Every single one of them,

01:52PM   10    that every single plume map done by anybody who studies this

11    site has the TCE at the site -- oh, by the way, the plume maps

12    are Exhibit 1459 -- has the TCE at the site stopping before the

13    boundary.

14          And we also heard lots of testimony about those

01:53PM   15    three wells -- actually, they're all clusters at the

16    boundaries.  And every map that Ms. Stanin had, she had

17    positive concentrations for VOCs there for TCE.  But we know

18    that she cherry picked.  Why do we know that?  We know that in

19    the ten years or so that these wells operated, there's only

01:53PM   20    about five hits of TCE.  One in 2004, one in 2013, one in 2015,

21    and a couple in 2019.

22          We're not the source.  Who's the source?  Most

23    likely it's SIC and other parties but not us.  Otherwise, that

24    boundary, that western boundary should be stocked with TCE,

01:54PM   25    which it is not.

                    **UNITED STATES DISTRICT COURT**

1          How about 201 or 205?  You know what?  This one got

2    mixed up.  This just says that SIC used 50,000 -- 50 million

3    pounds of VOCs annually.

4          (Videotaped deposition was played.)

01:55PM   5          MR. BLUM:  Guess what?  Another opinion he ran away

6    from in trial.

7          So he's dealing with the mall wells.  And if you

8    remember, the mall wells are right up here (indicating).  V-201

9    is here (indicating).  And what this is here is a base -- a map

01:55PM   10   of a capture zone.  When V-201 operates, it pulls water in.

11   That's what it's supposed to do.  And it pulls water in from a

12   lot of different places.  And this is in a two-year capture

13   zone.  And this is what Mr. -- Ms. Durant said about the

14   effect.

01:58PM   15         (Videotaped deposition was played.)

16         MR. BLUM:  According to Ms. Durant, mall wells were

17   in the two-year capture zone.  There was contamination there

18   not from Whittaker.  And the well has been operating for over

19   ten years.  It's not a surprise that they found VOCs in 201.

01:58PM   20   That's the source.  We don't know who -- who caused the

21   contamination there, but that doesn't mean the contamination

22   doesn't exist.

23         Whittaker is not the source.  It's been the pumping

24   of 201 and the failure to take into account the contamination

01:58PM   25   that it was drawing in.

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| 1 | That brings us to 205.  And there's -- that should |
| 2 | say TCE, sorry.  That should say perchlorate and TCE. |
| 3 | So if we look at 201, perchlorate was there first |
| 4 | because it's faster and then TCE.  Makes perfect sense.  But if |
| 01:59PM  5 | we looked at 205, TCE got there first.  That's impossible if |
| 6 | Whittaker is the source.  TCE is -- 205 is past 201.  There's |
| 7 | no way if Whittaker is the source for the TCE to have beat the |
| 8 | perchlorate there.  It would defy the laws of physics.  In |
| 9 | other words, in order for it to happen, the TCE would have to |
| 02:00PM 10 | have been turbocharged. |
| 11 | So what is -- what does that mean according to |
| 12 | Mr. Hokkanen?  What it means is in 201 the perchlorate got |
| 13 | there from the west because it got there before the TCE.  But |
| 14 | it didn't get there -- but for 205, the perchlorate had to have |
| 02:00PM 15 | moved from the east because it got there after the TCE got |
| 16 | there.  And what Mr. Hokkanen said is this shows there's a |
| 17 | source that we don't know about. |
| 18 | And remember what the testimony is at the trial. |
| 19 | There's lots of sources of TCE.  There's dry cleaners, there's |
| 02:00PM 20 | service stations, there's different industries.  We don't know |
| 21 | all of them, but we do know that -- I believe it was |
| 22 | Mr. Lechler who said that dry cleaners were a notorious source |
| 23 | of PCE.  And he said which can then become TCE.  So it's not |
| 24 | surprising that there's other contaminants in the soil and in |
| 02:01PM 25 | the groundwater.  And it's not surprising that some of these |

**UNITED STATES DISTRICT COURT**

1    contaminants made it to the wells first.

2              Turnouts and then I'm actually done.

3              Again, this is how the turnouts work.  We're not

4    going to go over this again.  We've done it ad nauseam.  But I

02:01PM   5    just want to focus on the water turnouts.  And I want to focus

6    on the fact that the witnesses testified that when the rubber

7    meets the road, it does it at the turnouts.  DDW cares about

8    the turnouts.  DDW had problems with the blending plan using

9    water from the SPTF because of the water at the turnouts.

02:01PM  10              And while the water at the turnouts isn't above the

11    MCLs, it certainly is a problem.  It's a problem because of the

12    regulations.  And when the -- and what the reports of

13    Dr. Steffey were, it was just basically to show that this is

14    not an isolated problem.  And if you look at the data, you're

02:02PM  15    getting readings at these turnouts that are too high.  And if

16    you care about providing pure water, you care that they're too

17    high.

18              And, in fact, if the district had followed the rules

19    that they set up in 2013 when Mr. Leserman then said "If a VOC

02:02PM  20    is detected higher than the maximum contamination Saugus

21    well" -- "Saugus Well 1 or Saugus Well 2, the turnout shall be

22    taken out of service and another investigation should be done."

23              Well, here's instances in which the reading at these

24    turnouts was higher than that at the effluent tank, which is

02:03PM  25    combined from S-1 and S-2.

1          Mr. Leserman's recommendations weren't followed.

2     They were never taken out of service, and there was never an

3     investigation.  There wasn't even an investigation to follow up

4     on the one in 2012 when they said, hey, we found a lateral that

02:03PM   5     we never knew existed.  So let's go look for other laterals

6     that we don't know exist.  No.

7          Instead -- and this becomes their pattern, and we

8     saw it later on -- they get the contamination, they say, hey,

9     it's lab error.  They don't investigate where there was lab

02:03PM  10     error, then hold their breath.  In 2012, they got stung.  And

11     later on, they just ignored the fact that it came back.

12          And when you look at what they predict, the fact

13     that there is -- time and time again they predict levels of TCE

14     and then the levels of TCE are too high.  And what they do is

02:04PM  15     ignore it.

16          This is a letter or an e-mail from Mr. Koelewyn in

17     2014 in which he says this contamination at the turnouts cannot

18     be from the Whittaker site, cannot be from the SPTF.  What

19     Mr. Leserman says is the same thing that was said originally in

02:04PM  20     2012, let's blame it on lab error.

21          And Mr. Alvord, who was the corporate representative

22     on the issue, testified that at the time he said this, there

23     was no evidence to support the existence of lab error.  And all

24     that Mr. Leserman can say is, well, it was a bad choice of

02:05PM  25     words.  It was the truth, just was bad to put it in an e-mail.

2015, more contamination found by Mr. Koelewyn. That couldn't have come from Whittaker.  He's ignored again.

In 2016, Matt Stone asks Mr. Leserman to send him some information on the turnouts.  And this is the key here. The average effluent of PCE for the several years is .6, just above the detection limit.  And that's at the effluent tank.

If we look at the average at the turnout here, it's ten times that number.  The average number is ten times what you find at the effluent tank.  In the other turnout, it's twice -- it's 200 percent.

So the head of the water agency is now aware that they have a problem.  Houston, we've got a problem.  And Houston says, I don't care.

Now, the inference is why don't they care?  Because it doesn't help them here.

If at the end of the day they were interested in obtaining pure water, if it wasn't just a hypocritical position in a jury trial, they should have been all over this issue.  If pure water is the goal -- and it is a noble goal.  I do not take issue with the fact that it's not a proper goal.  But if it is the goal, then -- this is at the point of contact with your customers.

This is where the water goes, from your wholesale system into the retail system.  And this is the point where you know that 10 percent of the time you're serving water that has,

as Mr. Richard said, a carcinogenic in it.  And if your goal is to serve pure water and if you really believe that there's a risk here and you really believe that you're putting your customers at risk, you don't sit on your hands.  You don't blame it on lab error.  You get off your butts, you do an investigation, and you try to find out who did it and you stop it.  And you don't say, hey, it's a pressurized system; therefore, it can't happen.  Well, it did happen.  We know the pressurized system in 2012 didn't stop the contamination from the dry cleaner from getting into the system.

You know, it's like if I want to find out where my -- if my son got in the house and I see him sleeping in his bedroom, I know he got in the house.  I -- and just because I think all the doors are locked doesn't mean that he didn't get in the house.  And it doesn't mean that there's not an entrance that I don't know about.

Well, the VOCs in that system 10 percent of the time at numbers that would trigger an investigation that their own senior engineer said should happen is knowledge that the person is in the house.  The burglar broke in.  And the mere fact they don't know how doesn't mean the burglar is not there.

And their only retort is blame it on nonexistent lab error or hope it disappears the next time.

And, by the way, when they claim confirmation sampling, they're lying.  It was not confirmation sampling.  It

1    was just the sampling time.

2           So when Mr. Richard gets up and talks about their

3    goal of serving pure water, think about it.  Is it hyperbole or

4    hypocrisy?

02:09PM   5           Damages.  When you're considering the damages to

6    property -- we talked about the water and we talked about the

7    land.  And you must -- the word is "must" -- must consider the

8    expense and time involved to restore the property to its

9    original condition -- and this is what I'm going to focus on --

02:10PM   10   compared to the value of the property.

11          So, in other words, is it reasonable to spend -- and

12   I'm going to be ridiculous here -- $12 trillion to repair a

13   property that's worth a dime?  No.  But what they need to do is

14   say, okay, the cost to repair -- and I -- 17, 18, 20,

02:10PM   15   $25 million.  Okay.  What's the value of the property?  What's

16   the value of the land?

17          You know what?  We don't know.  There's zero

18   evidence on that value.  None.  There is no way for you to

19   determine reasonableness in this case.  It's impossible because

02:10PM   20   plaintiff didn't put on any evidence.  No evidence.

21          So as a result, you can't award them damages.  And

22   I'll say it again, that might be drastic, but plaintiffs spent

23   their whole opening telling you about how we didn't follow the

24   law and we should.  Well, you know what?  So should they.

02:11PM   25          You're going to get a special verdict form.  This is

what it looks like.  It's several pages back to back.  It deals

with each cause of action that the plaintiffs have decided to

bring.  We follow along with them.  It's nothing that we can

do.

02:11PM       But each of those questions in each of the causes of

action you're going to be asked:  One, was there any harm here?

Did the VOCs cause any harm?  Did the perchlorate cause any

harm other than 205 where it's -- we should be paid for that?

No.  But 201, we're the ones who have already paid for the

02:12PM  perchlorate system.

And the blending that they talk about, it's not

because of VOCs.  It's because of TDS.  For Saugus 1 and

Saugus 2, we've already built them their perchlorate system.

The VOCs, no harm.  Is -- have the VOCs caused any human health

02:12PM  effect?  No.  No.  I don't know how many times I could say no.

Even the plaintiffs don't say they have.  If they did, you

think they wouldn't have had a toxicologist on the witness

stand to tell you how bad things were?  But they didn't.  And

their failure to put one on the stand tells you what the answer

02:12PM  to the question would be.

You're going to be asked whether or not they own

property because for at least two of the causes of action, it's

a requirement.  What did they own?  Was it an easement?  Was it

a license?  Was it just something else?  Was it fee simple?  I

02:13PM  can go through all the different conditions I learned in law

1    school, and the answer to every one is going to be "I don't

2    know."

3            And you're going to be asked whether or not

4    Whittaker was the cause.  And the answer to that is no.  We

02:13PM   5    were not.  They have not met their burden.  They haven't

6    explained other -- other than by hypotheticals and theories why

7    those border wells have no contamination.  That's not only the

8    border wells.

9            Remember, there's a sentry well right next to

02:13PM   10   Saugus 2.  And while the CW wells may have been disputed, they

11   never told you why there was no VOCs found in those sentry

12   wells in -- remember, in the aquifers there that mean anything

13   here.

14           At the end of the day, ladies and gentlemen, this

02:14PM   15   case is as much about credibility as it is about science.

16   We're not scientists, you know.  And although I may have stayed

17   at a Holiday Inn and I may have seen a lot of television shows

18   and I may have spent a lot of time with Mr. Hokkanen with him

19   teaching me, he's still the hydrogeologist.

02:14PM   20           And Ms. Stanin is clearly knowledgeable, Dr. Trudell

21   is clearly knowledgeable.  You never heard me say they weren't

22   qualified.  The difference is how can you believe Dr. Trudell

23   when half of the time he runs away from statements he made

24   under oath several months ago?  Same thing for Ms. Stanin.

02:15PM   25   And, unfortunately, the same thing for Dr. Hughto.

Either they were incompetent a year ago when their deposition were taken or they decided to testify however is needed to help out the plaintiff.  That Ms. Stanin just decided they're a long-term client, this is what they need to do.

02:15PM   I don't know.  That's something for you to decide. But at the end of the day, come back with a verdict in favor of the plaintiff of $3.1 million.  They deserve it.

We didn't do the VOCs.  And it's not running away from responsibility.  There is nothing wrong with Whittaker
02:15PM  saying I didn't do it.  And whether or not you believe in the end we didn't do it or not, you cannot say that it is in bad faith that we're making the argument because it's the same argument that Mr. Leserman made in 2010.  It's the same argument that Mr. O'Keefe made a few months later.  It's the
02:16PM  same argument the engineers made for Todd in 2013.  And it is the same argument Mr. Lechler made in 2015 and when he testified four years later.

And there's been no new investigation done other than taking readings from the same location.  Mr. Lechler told
02:16PM  them how to prove it.  DTSC told them how to prove it.  And they walked in here ignoring the advice and are asking you, because they're a water agency and we're a big bad corporation, to ignore the evidence because they want to supply pure water. Or at least they want to tell you they want to supply pure
02:17PM  water.

| | |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 02:17PM | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 02:17PM | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| 02:17PM | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| 02:18PM | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| 02:18PM | 25 |

1    I really thank you, ladies and gentlemen.  This was

2 not an easy task.  There was a lot of science.  I'm sure there

3 was some stuff that you heard that you looked at and was, like,

4 what the hell does that mean?  I know it was from me.  But you

5 listened, you listened attentively and through a pandemic when

6 a lot of people would have ran from jury service.

7         My grandmother would say mazel tov.  And I would

8 thank you for your service.

9         THE COURT:  Ladies and gentlemen, we are going to

10 take a break.  We have lunch ready for you.  And we will break

11 until 2:00 o'clock.

12        There is not much more, but there is a rebuttal

13 closing argument.  And you will be deliberating this afternoon.

14        Remember, don't speak to anyone about the case, the

15 people, or the subject matter involved.  Continue to keep an

16 open mind.

17        And you're not permitted to deliberate at this

18 point.  So please wait until you've heard rebuttal closing

19 argument.

20        Thank you.

21        THE COURTROOM DEPUTY:  All rise for the jury,

22 please.

23        (Out of the presence of the jury:)

24        THE COURT:  Please be seated.

25        We're outside the presence of the jury.

**UNITED STATES DISTRICT COURT**

02:18PM

1                Mr. Richard, you have 36 minutes left.  And Mr. Blum

2     just came a few minutes under the two hours.  So you have, by

3     my watch, 36 minutes.

4                We're in recess until 2:00 p.m.  Thank you.

5                (Break taken.)

6                (In the presence of the jury:)

7                THE COURT:  On the record in Santa Clarita Valley

8     Water Agency versus Whittaker Corporation with all present who

9     were present before the break.  We have an addition as well.

10    And the jury is present, and we are on rebuttal closing

11    arguments.

12                So, Mr. Richard, you may present your rebuttal

13    closing argument.

14                MR. RICHARD:  Thank you, Your Honor.

15                Let's see.  Do we have liftoff?  We're getting

16    close.  I will be brief.

17                In thinking about how best to respond to the two

18    hours or so that we heard from Whittaker's attorney, it

19    occurred to me that one of the points he made in talking about

20    the witnesses I would start with, and that's with Dr. Hughto.

21    Because in their opening statement, Whittaker's counsel said

22    TCA, TCA, TCA.  You didn't hear it pass from Mr. Richard's

23    lips.  Now you've heard it.

24                The point is, if we follow the evidence, Dr. Hughto

25    testified -- he's been dealing with these types of industries

for 40 years -- generally went from TCE.  We don't know how

many 55-gallon drums they had of it, you know, how long were

they using, into the '60s, early '70s, then PCE.  Then there

were concerns about that and then TCA.  That's what he

testified to.  That's what the evidence shows.

But on this issue, when Dr. Hughto was on the stand,

Mr. Blum said didn't you say in your deposition it went from

TCE to TCA?  And he said -- and he was reading to him from his

report.  And it was the top of page 4.  And Dr. Hughto said,

well, the sentence actually begins at page 3.  And so I thought

that's where I should start.

So when he read him the question at trial, Whittaker

initially changed from TCE use to TCA.  And then he said, well,

I'm just quoting this other report by someone that I've gone

back and looked at to see what their source was.  This was not

an opinion Dr. Hughto expressed.  He was describing background.

So he did the right thing.  He talked about this

report didn't rely on data.  It talked about one former

employee.

So it's an example of -- I guess if we're going to

have quotes, the one that comes to mind is from Ben Franklin.

The only thing worse than a lie is a half truth.  And this is

literally a half truth, isn't it?  We see part of a sentence.

And then he says, no, I'm relying on someone else.  I didn't

reach this opinion.  I haven't looked at the data.  I haven't

```
 1    looked at storage records.

 2            So many of the points we just heard make that same

 3    point.  And so I'll just go through a couple of them.

 4            The jury instructions will show for you that, if

 5    Whittaker wants to have an excuse that SIC is a source, then

 6    it's their burden to show more likely than not by a

 7    preponderance of the evidence that SIC was, in fact, a source,

 8    not they're nearby, they contaminated the alluvial aquifer, not

 9    the deeper aquifer.  He never did address, well, why is it

10    those two main chemicals there, vinyl chloride and DCA, don't

11    show up in our client's wells, et cetera?

12            So I asked Dr. Hokkanen, do you think SIC is a -- is

13    a source?  I did not conclude that it was or was not a source.

14            So that's an example of not more likely than not.

15    He's saying it could be either.

16            So on that issue, is SIC a source, there's a total

17    failure of proof.

18            More fundamentally, it doesn't matter.  Why doesn't

19    it matter?  Because Whittaker, with their thousand-acre site,

20    their 300,000 pounds of TCE in the ground -- and Mr. Blum told

21    you, I'm sure it wasn't intentional, that most of that or all

22    of it has been removed.

23            The testimony is, of the 300,000, at most

24    100,000 pounds have been removed.  The rest of it's in the

25    soil.
```

1          So there is no other thousand-acre site with an

2    80-year history of massive disposal of these chemicals.

3          So -- but as long as -- and I've never argued that

4    Whittaker is the source.  That's not our burden to prove

02:07PM  5    they're the only source.  Are they a substantial source?  Are

6    they more likely than not a substantial factor?  You'll have to

7    decide that.  I think the evidence tells us that they are.

8          I'm just putting these two numbers up because the

9    last argument we heard was in 2010 the water agency didn't

02:07PM 10    know.  In 2010, they got a bid.  They weren't sure of whether

11    Whittaker was the source.  That's true.  That's why we heard

12    from B.J. Lechler yesterday.  He did a study in 2015, which is

13    five years after 2010.

14          So in 2010 and 2011, before they got that study,

02:08PM 15    e-mails or documents that say I'm not sure Whittaker's a

16    source, I'm not sure the point because then they got the study.

17    And that study is Exhibit 34.

18          It's probably on this issue the most important

19    exhibit because so much of what you heard, he didn't conclude.

02:08PM 20    He said it was only potential.  Page 34 of Exhibit 34 sets it

21    out, black and white.  And he just sat here yesterday,

22    repeatedly saying I stand by my report.

23          So I don't know what the issue of integrity or the

24    concern was other than he wasn't agreeing with Whittaker's

02:08PM 25    attorney.  His report was clear.  He stands by his report.  And

**UNITED STATES DISTRICT COURT**

there was also some, again, just minor confusion.  But the point I made in my comments to you was that Mr. Lechler was asked about the word "potential."  Didn't you say it was a potential source?  Wasn't talking about did you testify it was a possibility or a likelihood.  It was simply the questioning of Mr. Lechler yesterday where he finally said this is just semantic adjectives.

It was a potential source in part of his report.  Mr. Blum just told you, which is kind of surprising because you're going to read this report.  It wasn't just a who are the potential sources.  It was two parts.  He talked about the scoping part and then the investigation part.  And he set that out.  It was actually up on the page that you were shown from the report.

So he said there was a screening part of the process.  I ruled out a lot of other folks in the area.  I got it down to these two.  And I found, based on all the evidence, multiple lines of evidence, that it was Whittaker.  I don't know what the mystery is.  That was his finding in 2015.

There was a conclusion that there's multiple lines of evidence to suggest that Whittaker, the former Whittaker-Bermite facility, is the source of TCE in Saugus 1 and Saugus 2.  That's what he said yesterday, testified to that.

He also said when asked about shouldn't the water

agency have been investigating, Mr. Lechler, who's been working
in this basin for 20 years -- he didn't look like it, but he's
been around for a while.  "Typically it's the responsibility of
the polluter to characterize the full extent, both vertically
and laterally, where they've impacted the groundwater."

I think the evidence tells us that Whittaker was
somewhat resistant to doing this and still has not done this.
He pointed out that north of the area, there's still no
monitoring wells.  That's why he put his question marks on his
plume map.

Chloroform, why does this matter?  He keeps saying
there's no chloroform at Whittaker.  If there's chloroform in
our wells, it must have come from SIC.  Well, again, in the
Lechler report at page 55, there's all these green dots showing
chloroform, not just up at the northern area here, which he
thought was the most likely source of the contaminants to leave
the Whittaker site, but there's chloroform throughout.

So you've got to be a little careful if someone's
going to stand here and tell you there's no evidence of
chloroform at the Whittaker site other than -- other than the
evidence that we're looking at, I suppose.

Yesterday we heard from Mr. Simpson -- or yesterday
or the day before.  And he was kind of a twofer for Whittaker.
Right?  He's the fellow that worked with Mr. Lardiere for
17 years.  And so he testified a bit about this process,

97-005, extremely impaired water source.  The well went down at V-201.  They don't have their permit.

And what he was asked -- well, what did -- what did you learn from DDW about that?  He was candid.  He said there were concerns about VOCs in the water.  And then there's some follow-up questions to -- try to backtrack from that.  There's no question that, if there were no VOCs, they'd get their permit.  Keith Abercrombie testified, yeah, they told us we'd get it mighty quick or pretty quick if we could remove those VOCs.  That's the truth.  That's the reality.

So -- um, the other thing that Mr. Simpson -- so we talked about his participation in some of those meetings.  To suggest that -- I mean, he described his own method of starting with a project, completed four years ago that did not involve buying any new vessels for treatment of a different chemical, that you start with that and then make some adjustments and extrapolations that don't include any contingencies.  He actually admitted it was a nonstandard method.  I mean, they had to redo them from his deposition.  Yeah, it's nonstandard because that's not how you do it.

You'll have to decide if it's like buying a car.  To me, I thought, you know, the evidence that -- from Dr. Najm and others that, no, these are actually construction projects.

And Dr. Najm did start with -- he's been doing this -- this is what he does for a living, working with

agencies to put in treatment to remove contaminants.

He does start with the actual costs -- right? -- the $200,000 a vessel and the rest.  And then he applies his knowledge of -- based on those costs for equipment, he uses the equipment factored approach.

So this is not some mystery.  This is a standard approach taken if you want to have a fair cost estimate.  And that's what's been presented to you all.

So -- but if you think it's like buying a car, you know -- Mr. Abercrombie -- this is the rest of the testimony that you weren't shown when he was asked.

"*So you have no opinion as to whether the*

   *water you're serving is safe?*

"*My opinion is we need to treat it.*"

So it's true, he's not a doctor, but he repeatedly said we need to treat it.

And the suggestion that the water agency's doing nothing, they're just serving this -- I forget what the adjectives were -- that they blend.  They have to purchase water to blend with the water from Saugus 1 and Saugus 2.  They have a permit requirement to get down to non-detect.  Right? That's the .5 parts per billion.  It's not the MCL or the public health goal.  It's non-detect.  It's in their permit.

So that's why they blend.  They try to blend it out to get down below non-detect, and it's not working all the

1    time.  That's why Mr. Abercrombie over and over said we're at

2    the point where we need treatment to remove it.

3            The last couple points I want to make are -- oh.

4    Exhibit 1427, I'm not even going to pull it up.  You were shown

02:15PM  5    a letter from May 1985 from DTSC, I think, saying you don't

6    need to do water monitoring.  Right?  And he showed that to

7    you.  Oh, look, they didn't have to do water monitoring in

8    1985.

9            Well, when you read the fine print, that was because

02:15PM  10   at that time Whittaker had not yet told the regulators that

11   they had landfills with hazardous materials.  What they -- they

12   had closed impoundment -- and this is in the exhibits, in the

13   1986 notice and in the 1999 enforcement -- in the 1990

14   enforcement action and in Exhibit 1, the 2002 Substantial

02:15PM  15   Endangerment Order.  They closed that impoundment without

16   Mr. Sorsher, without DTSC knowing in 1983, two years before

17   that letter.

18           So that's another example of kind of a half truth.

19           The regulators didn't tell them in 1985 that they

02:16PM  20   needed groundwater monitoring.  Well, right.  You didn't tell

21   them you were closing the impoundment.  You told them there

22   were no hazardous substances.  And you never gave them the

23   Bob Bean memo.

24           And I listened very carefully.  I didn't hear

02:16PM  25   anything from Whittaker about the 1982 memo which sets it out,

2196

1    you got a problem, it's going to migrate to the aquifer,

2    et cetera.  I didn't hear him talk about Joe Alibrandi,

3    president of Whittaker for quite a while.

4         So what I did hear is, um, at one point -- oh.  The

02:16PM  5    Wells V-201 and V-205, it would be -- it's impossible for the

6    TCE to have traveled to one and then the other.  Um, we had

7    Ms. Stanin explain in some detail -- and all the experts agree

8    the impact that pumping has when it's on or off on that

9    aquifer.  And she put up her circles and she talked about a

02:17PM  10   cone of depression and how it can go by.

11        Someone who tries to tell you that something's

12   impossible with respect to groundwater when you have these

13   pumps that are on, these extraction wells, on and then off --

14   Saugus was off for 14 years, contaminants move in a certain

02:17PM  15   way.  Then they go back on, it moves a different way.

16        So, you know, you heard that testimony.  You have

17   heard a lot of figures on that point.  But to call it -- it's

18   physics, it's simple physics, doesn't square with the evidence.

19        The -- the last point -- and look, there were a

02:17PM  20   number of other points that fall in the category of, you know,

21   it's -- it's a half truth.  I think the B.J. Lechler report

22   puts most of that in perspective.

23        But I thought I heard Mr. Blum say that Mr. Richard

24   said Whittaker never accepts responsibility.  And I've never

02:18PM  25   said that.  I just think Whittaker needs a little encouragement

```
 1    from time to time.  And I think that's why we're here.

 2            I think the evidence tells us that eventually

 3    Whittaker will pay.  If there is a ruling against them, then

 4    they'll pay and then they'll tell someone else that they took

 5    responsibility.

 6            So I think that's what the evidence tells us.  I

 7    wish we could have a Q&A on this, but that's not how it works.

 8            So again, on behalf of my client, I appreciate your

 9    time and attention.  I know you'll work through the evidence

10    and reach a just outcome in this important case.

11            Thank you.

12            THE COURT:  Members of the jury, you have now heard

13    all of the evidence as well as the arguments.

14            There is some possibility that I may need to address

15    you again with regard to jury instructions.  I don't have

16    anything specific in mind.  I just know it happens from time to

17    time.  If that happens, you'll be notified and you'll come out

18    here, and it likely won't be very long.

19            But at this point, I'm going to have you return for

20    deliberations.  But the first order of business is I'm going to

21    have my courtroom deputy, Mr. Cruz, please have the bailiff

22    step forward so he could be sworn in so that he can take charge

23    of you and they will give you directions.

24            Thank you.

25            THE COURTROOM DEPUTY:  Sir, do you solemnly swear to
```

02:18PM (line 5)
02:18PM (line 10)
02:18PM (line 15)
02:19PM (line 20)
02:19PM (line 25)

|     |     |
| --- | --- |
|     | 1 |
|     | 2 |
|     | 3 |
|     | 4 |

                keep this jury together in some private and convenient place,

                that you will not permit any person to speak or to communicate

                with them, nor do so yourself, unless by order of the Court or

                to ask them whether they have agreed upon a verdict and that

02:19PM    5   you will return them into court when they have so agreed or

           6   when ordered by the Court, so help you God?

           7            THE BAILIFF:  I do.

           8            THE COURTROOM DEPUTY:  Thank you.

           9            For the record, please state your name and spell

02:19PM   10   your last name.

          11            THE BAILIFF:  David Williams, W-i-l-l-i-a-m-s.

          12            THE COURT:  Would you kindly take charge of the

          13   jury?  Thank you.

          14            THE COURTROOM DEPUTY:  All rise for the jury,

02:20PM   15   please.

          16            (Out of the presence of the jury:)

          17            THE COURT:  Please be seated.

          18            We are outside the presence of the jury.

          19            There are a few items I wanted to address with the

02:20PM   20   parties.  The first involves the exhibits.  The Court has a

          21   list which I understand was prepared by the plaintiff as to the

          22   exhibits in evidence.  So let me hear from the plaintiff

          23   whether this represents the agreed-upon list of exhibits that

          24   will go to the jury.

02:21PM   25            MR. RICHARD:  I believe so.  I think we added the

2199

maps that they raised last night.  But if we missed something,

I'm sure they'll let us know.  There was an issue about the

redacted documents.  We hadn't yet received those; so I hope

that the originals have been swapped out by Whittaker.

02:21PM

        THE COURT:  All right.  Well, I received from

Mr. Cruz a document that he claims was given by the plaintiff,

I believe, after he worked with your respective paralegals

until early evening yesterday.  And so my understanding is this

is a manifestation of the product of it.  So it is now time for

02:21PM

the jury to deliberate, so I need to sew this up.

        MR. RICHARD:  That's my understanding as well,

Your Honor.

        THE COURT:  So unless there's an objection, I am

going to settle these exhibits in a manner of speaking, and

02:21PM

these are the exhibits that are going to go to the jury by

agreement of the parties that it reflects the state of the

record with respect to every exhibit on this list.

        Mr. Blum?

        MR. BLUM:  That's correct, Your Honor.

02:22PM

        THE COURT:  Very well.  Then let's turn to the final

jury instructions.

        The Court did provide the final instructions that I

intend to present to the jury which should coincide with what

the Court read to the jury.  Let me hear first from the

02:22PM

plaintiff.

1          MS. SCOTT:  Yes.  Thank you, Your Honor.  We just

2     had a question.

3          As to the final Instruction No. 26 which was

4     plaintiff's property interest, we had understood the Court's

02:22PM  5     order this morning was that the instruction would be given but

6     that it would be limited only to the trespass and nuisance

7     claims and that there would be some indication that it was not

8     applicable to negligence.

9          THE COURT:  Well, it's 25 at least from what I have

02:23PM  10    unless I have a different version.  And it says, "For plaintiff

11    to recover restoration damages on its trespass and/or nuisance

12    claims."  That's how I translated what the Court's ruling was.

13         MS. SCOTT:  Understood.  Thank you, Your Honor.

14         THE COURT:  All right.  Is it No. 26 for you?

02:23PM  15    Because it's important that the parties have an opportunity to

16    review the final instructions that I will be presenting to make

17    sure that it does, in fact, accurately reflect the record.

18         MS. SCOTT:  The copy we have, Your Honor, is the one

19    that was passed out in hard copy this morning before it was

02:23PM  20    finalized.  Has there been another hard copy distributed?

21         THE COURT:  There should have been.  Let me make

22    sure that you have a copy of that.  There was a final set.  I

23    thought that was printed out, but let me make sure.

24         MR. BLUM:  Your Honor, we have the one that says 25.

02:24PM  25         THE COURT:  All right.  Did -- I'm getting

confirmation that you should have received the final

instructions along with a copy of the verdict form.

Let me see if perhaps there's an error -- let me ask

Mr. Gallagher, which -- which number do you have as the

02:24PM   plaintiff's property interest?

MR. GALLAGHER:  It is 25, and there was an e-mail

sent that was just -- it's possible someone missed it and --

but we have the right copy.  It is 25.

THE COURT:  All right.  And so do you approve the

02:24PM   instructions?  What I mean approve, that it accurately reflects

the record?

MR. GALLAGHER:  Yes, Your Honor.

THE COURT:  All right.  And, Ms. Scott, I don't know

that you can answer that question.  But maybe what you can do

02:24PM   is take a quick look at the -- I'll give you an opportunity

after we conclude here, just a few minutes or whatever you

reasonably need, just to peruse it to make sure that you agree

as well.

Now let's turn to the special verdict form.  And

02:25PM   this was intended to reflect the Court's thoughts after

reviewing the damages -- the interrogatories with respect to

damages based upon Whittaker's submission.  But before I ask

the parties about their agreement or disagreement with the

current version, let me raise a question that very well may

02:25PM   enter the jury's mind about this form, is where on this form do

1    the parties anticipate that, if Whittaker prevails, that the

2    jury is going to be able to get to where Mr. Blum suggested

3    they should go?  And since that question plainly should be

4    directed to you, Mr. Blum, maybe you can answer the Court's

02:26PM    5    question.

6            So are they going to -- they're going to have to

7    find that your client was negligent, engaged in trespass or

8    nuisance presumably in order to render a damage amount.  You

9    told them that they should return a verdict in favor of the

02:26PM    10   plaintiff in the amount of $3.1 million.  And so tell me what

11   your thought process is as to how they're going to complete

12   this verdict form.

13           MR. BLUM:  Your Honor --

14           THE COURT:  Assuming you prevail.

02:26PM    15          MR. BLUM:  I'm not sure you're going to like my

16   answer, but I don't know because the problem is this is a very

17   complicated form.

18           THE COURT:  It's not complicated.  It's actually

19   quite consistent with the CACI form.  I think what's

02:27PM    20   complicated is that -- and I don't mean this critically.  It's

21   just a factual description -- is that you've denied liability

22   but you've essentially conceded liability.  So you said, we

23   didn't do anything wrong other than with perchlorate, but you

24   didn't really then take the next step and say we were, what,

02:27PM    25   negligent or my client was negligent and, therefore, you should

1      award $3.1 million?  They trespassed.

2              They -- I mean, you didn't take the next logical

3      step which is how do you square what you were telling them with

4      regard to taking responsibility and awarding $3.1 million and

02:27PM  5      saying that essentially you -- your client has no liability.

6              MR. BLUM:  Your Honor, my -- the totality of my

7      argument was other -- was basically on VOCs.  They can say as

8      to negligence we were negligent as not dealing with the

9      perchlorate and award the damage.

02:28PM 10              THE COURT:  Well, I suspect that they may wonder

11      about that.  I do think that that would be the only rational

12      way to interpret this.  But it seems to me, at least, that

13      there may be a question in their mind as to -- as to how they

14      get there.

02:28PM 15              MR. BLUM:  Your Honor -- and this is not casting

16      blame on anybody.  The problem is I didn't get the special

17      verdict form until pretty much right before I started.  So I

18      wasn't able to incorporate -- normally I would have

19      incorporated it into my argument, and I would have told them

02:28PM 20      how to go through it.  But the only way -- they can do it, but

21      they don't have any guidance from me on it.

22              THE COURT:  Just so the record is clear, first of

23      all, the parties agreed to the special verdict form --

24              MR. BLUM:  Yes.

02:29PM 25              THE COURT:  -- with the exception of damages.  The

Court, just before you argued, presented you with the special verdict form.

        MR. BLUM:  Uh-huh.

        THE COURT:  And simply indicated on the damages, which is segregated, that that hadn't been decided because it hasn't been decided.

        So I don't know that that's quite a crutch to be used, but it makes no difference.  The fact of the matter is we'll see where the jury is.  I'm just raising this with the parties because it may or may not be an issue.  They may be thoughtful enough, if I were going to come out in favor of Whittaker, I would find that Whittaker is liable for whichever claim or claims, and then I would write in $3.1 million --

        MR. BLUM:  Uh-huh.

        THE COURT:  -- if I agree with you.

        MR. BLUM:  Your Honor, by the way, I wasn't -- I wasn't trying to use it as a crutch or an excuse.  All I was saying is normally it would have been -- and it's totally my fault.  I shouldn't have waited.  I would have walked them through it, and that's the only thing I can -- I didn't do.

        THE COURT:  All right.  Well, let's see where we are.  It may be a nonissue for a variety of reasons.  I'm just raising it with the parties to see if there's any concern that you wish to express or any remedy that you wish to propose.

        MR. BLUM:  No.

|    |    |
|----|----|
| 1  | THE COURT:  Mr. Richard? |
| 2  | MR. RICHARD:  Oh.  No, Your Honor. |
| 3  | THE COURT:  All right.  So let's turn to the verdict |
| 4  | form as it is in its current form.  And let me hear whether |
| 02:30PM 5 | anyone has an objection or a request for modification. |
| 6  | MS. SCOTT:  No objection, Your Honor. |
| 7  | THE COURT:  And, Mr. Blum? |
| 8  | MR. BLUM:  Can I just -- just a moment, Your Honor. |
| 9  | THE COURT:  Yes. |
| 02:31PM 10 | MR. BLUM:  Your Honor, I think just there's a word |
| 11 | missing on line 27. |
| 12 | THE COURT:  On question 27? |
| 13 | MR. BLUM:  Yes.  Yes, sir.  I think after the word |
| 14 | "negligence claim," it should be "of damages" or "for damages." |
| 02:31PM 15 | But that's minor. |
| 16 | THE COURT:  Well, it's still important.  Let me see. |
| 17 | MR. BLUM:  Question 27. |
| 18 | THE COURT:  Yes. |
| 19 | MR. BLUM:  I'm sorry.  It's -- right here. |
| 02:32PM 20 | THE COURT:  Let me suggest -- one moment.  This is |
| 21 | what the plaintiff has proposed, but it is awkwardly worded. |
| 22 | Let me suggest this.  I haven't looked at it in its |
| 23 | totality, but since this is falling under damages, "Was the |
| 24 | conduct of Santa Clarita Valley Water Agency or |
| 02:32PM 25 | Saugus Industrial Center a substantial factor in causing |

UNITED STATES DISTRICT COURT

```
 1    damages" and take out the negligence claim.
 2              MR. RICHARD:  Well, it only applies to the
 3    negligence damages; is that right?  Or is this all in the
 4    negligence section?
 5              MS. SCOTT:  This is the total damages.
 6              MR. RICHARD:  Yeah.  So I don't think that would be
 7    a correct statement of the law, Your Honor.
 8              THE COURT:  All right.  I'm looking at it in
 9    isolation; so you very well may be right, Mr. Richard.
10              MR. RICHARD:  We could suggest damages for
11    negligence or for the negligence claim.
12              THE COURT:  I think that's probably better.
13              MR. RICHARD:  I'm not an English teacher.
14              THE COURT:  How about if -- how about if I just say
15    "On the negligence claim was the conduct of Santa Clarita
16    Valley Water Agency or Saugus Industrial Center a substantial
17    factor in causing damages?"  If it's just limited to that
18    claim.
19              MR. RICHARD:  Yes, Your Honor.  That makes good
20    sense.
21              THE COURT:  Mr. Blum?
22              MR. BLUM:  That's fine, sir.
23              THE COURT:  All right.  Very well.  I'll want to --
24    if I have a moment after we recess, I'll want to take a look at
25    this in the context of the entire special verdict form.  But
```

**UNITED STATES DISTRICT COURT**

otherwise, I'm going to consider this settled.  So unless

there's an issue that occurs to the Court, the special verdict

form is settled and presented without objection as to the -- as

to the form of the -- of the verdict.

I believe that is all that the Court has to address

at this point.  But let me hear from you, Mr. Blum, since

you're rising.

MR. BLUM:  Your Honor, we had just discussed that

after closing would be the time for me to formally make the

directed verdict motion.

THE COURT:  Yes.

MR. BLUM:  And I would make it on the same grounds

that we made the JMOL, but I would add that, in terms of the

damages, there's no basis for determining what is reasonable

because there's no fact, there's no evidence as to what the

value of the property is as well as the -- if the Court wants

me to repeat it, I will repeat it.  But the basis -- the

usufructuary argument we had earlier this morning, I don't

believe they've proven any damage to either the usufructuary or

their property rights, and nor have they established any

property interest at all.

THE COURT:  Yeah.  Let me -- before you leave, let

me give you an opportunity, if you wish, to be heard as -- I

don't know that I'm going to hear from the parties again before

I make a final determination on the JMOL as originally

presented or as now renewed.

MR. BLUM:  Your Honor, I don't know if -- I don't believe a written paper is necessary in order to bring the directed verdict motion.  And unless the Court wants one, frankly, these issues have been -- argued ad nauseam.

THE COURT:  I am not inviting, nor do I think it will necessarily help the Court.  I'm asking whether there is anything you wish to orally supplement on your submission because the Court did not hear argument on this, or are you satisfied to have the Court make the decision on the written record?

MR. BLUM:  Your Honor, the -- in terms of the nuisance and the trespass claims, both of those require proof of an ownership.  We've talked about what -- what their -- what the evidence is in relation to the jury instructions.  I really don't have anything to add to that.

So as long as those arguments are deemed part of my motion, I really don't see any reason to add.

THE COURT:  All right.  And, Mr. Richard, do you wish to be heard on the motions?

MR. RICHARD:  I think based on the discussion we had this morning, I would appreciate the opportunity to submit a three- or four-page brief on the issue we discussed.

THE COURT:  You're referring to the issue concerning the *Sabic*, S-a-b-i-c, issue and the footnote in that case and

```
 1    the like?

 2              MR. RICHARD:  Yes, Your Honor.

 3              THE COURT:  Did you previously brief the issue, that

 4    is, did your client previously or did you brief it on behalf of

 5    your client?

 6              MR. RICHARD:  You know, as I stand here, I don't

 7    know.  I imagine we briefed remediation damages, future

 8    damages, trespass.  But that particular issue, I just wanted

 9    the opportunity to look at it.  I've been really focused on

10    closing arguments and evidentiary matters and now returning to

11    the more -- you know, legal issues.

12              THE COURT:  All right.  Let's do this.  Let's wait

13    to see what the jury does.  I don't intend to make a decision

14    before I hear from the jury.  So I'm going to defer the Court's

15    decision.

16              And then let's see whether it makes sense for the

17    Court to receive additional briefing on that.

18              MR. RICHARD:  Thank you, Your Honor.

19              THE COURT:  Mr. Blum.

20              MR. BLUM:  I just -- that's fine, Your Honor.  This

21    is on the issues where you're the fact finder.  How are we

22    going to -- there's no more evidence.  Are you going to want

23    briefing?  Or what do you want from us, if anything?

24              THE COURT:  I will let you know.  I think -- my

25    question is:  What, if anything, are you requesting of the
```

02:37PM (lines 5, 10, 15)
02:38PM (lines 20, 25)

1    Court?

2              MR. BLUM:  Your Honor, honestly right now I'm

3    exhausted.  I had three hours' sleep last night.  My guess is

4    Patrick didn't get much more.

02:38PM    5              THE COURT:  So why don't we just wait a little bit.

6    Let's see what the jury does, and we can have a further

7    discussion.

8              I suspect that I am going to direct the parties to

9    do more.

02:38PM   10              MR. BLUM:  That's fine, Your Honor.

11              THE COURT:  I, for example, have received the

12    findings and conclusions.  I have looked at them.  But I'm

13    probably going to want more than I have received at least by

14    way of support for the proffered findings and conclusions.

02:39PM   15              So for the plaintiff, for example, I received the

16    findings and conclusions that are -- what I would view and --

17    and some judges prefer this, some don't -- I happen not to --

18    is they're fairly conclusory without much evidentiary support.

19              And I -- I would find it helpful to actually have

02:39PM   20    something that is more fulsome and has some of the evidence

21    that you're relying upon for the various findings and

22    conclusions.

23              MR. RICHARD:  Your Honor, I'm remembering that when

24    we had Mr. Zelikson testify via Zoom, Your Honor testified --

02:39PM   25    or Your Honor stated that you would be requesting post-trial

| | |
|---|---|
| 1 | briefs on the NCP or the equitable issues.  I forget how you |
| 2 | phrased it.  But I left that day looking forward to further |
| 3 | briefing. |
| 4 | THE COURT:  Well, I will be back in touch with the |
| 02:40PM 5 | parties.  But let's go ahead and just take a break and see.  I |
| 6 | have to get these materials to the jury.  And we'll return to |
| 7 | this issue. |
| 8 | MR. BLUM:  One issue you did say you wanted briefing |
| 9 | on earlier is on the orphan share question that we raised very |
| 02:40PM 10 | early. |
| 11 | THE COURT:  Yes.  All right. |
| 12 | All right.  I'm being told that there may be an |
| 13 | issue with respect to a couple of the exhibits? |
| 14 | MR. TROWBRIDGE:  Yeah. |
| 02:40PM 15 | THE COURT:  All right.  Mr. Trowbridge, perhaps you |
| 16 | could address the issue. |
| 17 | MR. TROWBRIDGE:  We had previously provided the |
| 18 | digital copies of the redacted versions of Exhibit 1 and 486, |
| 19 | but I think we overlooked providing the hard copies to the |
| 02:40PM 20 | Court.  And they're being printed and delivered right now. |
| 21 | THE COURT:  All right.  And this is Exhibit 1 and -- |
| 22 | is it 483 or 486? |
| 23 | MR. RICHARD:  Just, I can cut to the chase.  These |
| 24 | have already been provided in redacted form by our paralegal. |
| 02:41PM 25 | THE COURT:  All right. |

**UNITED STATES DISTRICT COURT**

1          MR. RICHARD:  If they want to double-check those,

2     that's fine.

3          THE COURT:  It may be just that you're

4     miscommunicating, that's all.

02:41PM   5          All right.  So, Mr. Trowbridge, assuming that the

6     plaintiff has provided them, then the issue is resolved;

7     correct?

8          MR. TROWBRIDGE:  Yes.

9          THE COURT:  All right.  So please make sure you stay

02:41PM  10     in close communication with Mr. Cruz in case, you know, the

11     jury has questions or the Court does with respect to the

12     special verdict form.  Otherwise, we're in recess.

13          Thank you.

14          (Proceedings adjourned at 2:41 p.m.)

15

16

17

18

19

20

21

22

23

24

25

1                   **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES   )
                             )
4    STATE OF CALIFORNIA     )

5

6             I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT

7    REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

8    CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

9    TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17            DATED THIS 3RD DAY OF DECEMBER, 2021.

18

19

20            /S/ MYRA L. PONCE
     _____
21       MYRA L. PONCE, CSR NO. 11544, CRR, RDR
            FEDERAL OFFICIAL COURT REPORTER
22

23

24

25

**UNITED STATES DISTRICT COURT**

## $

**$10** [1] - 2132:25
**$12** [1] - 2182:12
**$14** [2] - 2135:24, 2135:25
**$200,000** [1] - 2194:3
**$25** [1] - 2182:15
**$60** [2] - 2133:16, 2161:23

## '

**'30S** [1] - 2138:7
**'60S** [3] - 2168:15, 2169:6, 2188:3
**'70S** [1] - 2188:3
**'76** [1] - 2170:11
**'80S** [4] - 2145:6, 2171:5, 2171:10
**'84** [1] - 2170:13

## 1

**1** [18] - 2132:20, 2134:7, 2149:17, 2162:2, 2162:9, 2163:16, 2172:5, 2172:8, 2172:10, 2173:7, 2173:14, 2178:21, 2183:12, 2191:22, 2194:20, 2195:14, 2211:18, 2211:21
**1.7** [1] - 2149:11
**10** [3] - 2131:22, 2180:25, 2181:17
**100** [1] - 2136:8
**100,000** [1] - 2189:24
**11** [1] - 2152:9
**11.7** [1] - 2162:1
**12** [3] - 2154:16, 2174:11, 2175:8
**12:19** [1] - 2128:1
**13** [2] - 2135:24, 2135:25
**1343** [1] - 2162:5
**14** [1] - 2196:14
**1411** [1] - 2170:6
**1427** [2] - 2147:15, 2195:4
**1459** [1] - 2175:12
**16-YEAR-OLD** [1] - 2146:15
**17** [2] - 2182:14, 2192:25
**18** [1] - 2182:14
**1800** [1] - 2165:25
**1800S** [1] - 2165:18
**1860S** [1] - 2129:6

**1870S** [1] - 2129:6
**1880S** [1] - 2169:12
**19** [1] - 2144:10
**1920S** [1] - 2138:7
**1937** [1] - 2136:18
**1967** [2] - 2137:15, 2166:22
**1976** [1] - 2170:9
**1980** [3] - 2166:7, 2170:10, 2170:13
**1982** [1] - 2195:25
**1983** [2] - 2147:24, 2195:16
**1985** [6] - 2147:6, 2147:12, 2147:14, 2195:5, 2195:8, 2195:19
**1986** [1] - 2195:13
**1988** [2] - 2148:17, 2148:25
**1989** [3] - 2144:10, 2170:14
**1990** [1] - 2195:13
**1997** [2] - 2149:2, 2170:5
**1999** [2] - 2169:12, 2195:13
**19TH** [1] - 2165:18

## 2

**2** [14] - 2128:1, 2132:20, 2134:7, 2162:9, 2163:16, 2172:5, 2172:11, 2173:7, 2173:14, 2178:21, 2183:13, 2184:10, 2191:23, 2194:20
**20** [4] - 2164:23, 2167:15, 2182:14, 2192:2
**200** [1] - 2180:10
**2002** [1] - 2195:14
**2004** [1] - 2175:20
**2007** [1] - 2170:15
**201** [8] - 2165:6, 2176:1, 2176:19, 2176:24, 2177:3, 2177:6, 2177:12, 2183:9
**2010** [7] - 2151:19, 2152:8, 2185:13, 2190:9, 2190:10, 2190:13, 2190:14
**2011** [1] - 2190:14
**2012** [4] - 2179:4, 2179:10, 2179:20, 2181:9
**2013** [3] - 2175:20,

**2178:19, 2185:15**
**2014** [1] - 2179:17
**2015** [5] - 2175:20, 2180:1, 2185:16, 2190:12, 2191:19
**2016** [3] - 2162:5, 2162:14, 2180:3
**2017** [1] - 2162:2
**2019** [2] - 2157:24, 2175:21
**2020** [1] - 2164:23
**2021** [1] - 2128:1
**205** [9] - 2131:1, 2135:21, 2165:7, 2176:1, 2177:1, 2177:5, 2177:6, 2177:14, 2183:8
**225** [1] - 2144:14
**25** [4] - 2200:9, 2200:24, 2201:6, 2201:8
**26** [2] - 2200:3, 2200:14
**27** [3] - 2205:11, 2205:12, 2205:17
**2:00** [2] - 2186:11, 2187:4
**2:41** [1] - 2212:14

## 3

**3** [1] - 2188:10
**3.1** [8] - 2135:10, 2137:1, 2167:6, 2185:7, 2202:10, 2203:1, 2203:4, 2204:13
**3.6** [1] - 2152:1
**30** [1] - 2138:18
**300,000** [2] - 2189:20, 2189:23
**34** [3] - 2190:17, 2190:20
**36** [2] - 2187:1, 2187:3

## 4

**4** [2] - 2167:22, 2188:9
**40** [8] - 2128:18, 2138:18, 2167:18, 2167:19, 2167:25, 2168:6, 2188:1
**445** [2] - 2149:24, 2167:22
**483** [1] - 2211:22
**486** [2] - 2211:18, 2211:22

## 5

**5** [1] - 2194:22
**50** [1] - 2176:2
**50,000** [1] - 2176:2
**50S** [1] - 2129:5
**55** [1] - 2192:14
**55-GALLON** [1] - 2188:2
**5TH** [1] - 2157:24

## 6

**6** [2] - 2144:18, 2180:5
**60** [1] - 2133:21

## 8

**80-YEAR** [1] - 2190:2

## 9

**96** [1] - 2152:13
**97-005** [1] - 2193:1
**9TH** [1] - 2147:24

## A

**ABERCROMBIE** [8] - 2156:15, 2156:17, 2163:18, 2164:19, 2193:8, 2194:10, 2195:1
**ABERRATION** [1] - 2174:11
**ABILITY** [1] - 2155:20
**ABLE** [4] - 2138:2, 2158:3, 2202:2, 2203:18
**ABSOLUTELY** [1] - 2130:23
**ACCEPTED** [1] - 2133:19
**ACCEPTS** [1] - 2196:24
**ACCORDING** [12] - 2131:14, 2131:15, 2131:16, 2131:17, 2141:10, 2143:5, 2149:12, 2157:21, 2162:2, 2163:18, 2176:16, 2177:11
**ACCOUNT** [3] - 2138:15, 2173:20, 2176:24
**ACCURATE** [1] - 2140:8
**ACCURATELY** [2] - 2200:17, 2201:10
**ACRE** [3] - 2145:25,

2189:19, 2190:1
**ACT** [6] - 2132:9, 2154:12, 2154:13, 2165:22, 2166:15
**ACTION** [6] - 2129:22, 2159:15, 2183:2, 2183:6, 2183:22, 2195:14
**ACTIVITIES** [1] - 2136:7
**ACTUAL** [3] - 2160:20, 2172:9, 2194:2
**AD** [2] - 2178:4, 2208:5
**ADD** [3] - 2207:13, 2208:16, 2208:18
**ADDED** [4] - 2136:3, 2160:10, 2160:12, 2198:25
**ADDITION** [1] - 2187:9
**ADDITIONAL** [2] - 2154:21, 2209:17
**ADDRESS** [5] - 2189:9, 2197:14, 2198:19, 2207:5, 2211:16
**ADJECTIVES** [2] - 2191:7, 2194:19
**ADJOURNED** [1] - 2212:14
**ADJUSTMENTS** [1] - 2193:16
**ADMIT** [4] - 2130:7, 2150:19, 2168:16, 2172:19
**ADMITS** [1] - 2153:15
**ADMITTED** [1] - 2193:18
**ADVANTAGEOUS** [1] - 2155:15
**ADVICE** [1] - 2185:21
**ADVOCATE** [1] - 2130:2
**AECOM** [2] - 2174:8, 2175:7
**AFTERNOON** [1] - 2186:13
**AGENCIES** [1] - 2194:1
**AGENCY** [3] - 2187:8, 2205:24, 2206:16
**AGENCY** [18] - 2133:12, 2133:17, 2133:18, 2152:2, 2152:6, 2153:1, 2153:18, 2154:3, 2155:11, 2156:9, 2158:18, 2158:25, 2162:13, 2174:24, 2180:11, 2185:22,

2190:9, 2192:1
**AGENCY'S** [2] - 2161:22, 2194:17
**AGO** [5] - 2134:14, 2141:22, 2184:24, 2185:1, 2193:14
**AGREE** [6] - 2130:4, 2130:17, 2130:20, 2196:7, 2201:17, 2204:15
**AGREED** [5] - 2133:10, 2198:4, 2198:5, 2198:23, 2203:23
**AGREED-UPON** [1] - 2198:23
**AGREEING** [1] - 2190:24
**AGREEMENT** [9] - 2132:23, 2132:24, 2133:6, 2133:8, 2133:12, 2133:14, 2170:16, 2199:16, 2201:23
**AHEAD** [1] - 2211:5
**AIN'T** [1] - 2156:6
**AIR** [2] - 2145:3, 2171:4
**AIR** [1] - 2140:23
**AL-12B** [1] - 2152:21
**AL-6** [5] - 2172:24, 2173:1, 2173:2, 2173:4, 2173:11
**ALIBRANDI** [1] - 2196:2
**ALLEGATION** [1] - 2146:24
**ALLOWED** [1] - 2133:14
**ALLUVIAL** [1] - 2189:8
**ALLUVIUM** [1] - 2173:11
**ALMOST** [3] - 2139:15, 2141:1, 2160:23
**ALVORD** [6] - 2157:14, 2160:23, 2163:22, 2164:21, 2168:18, 2179:21
**AMAZINGLY** [1] - 2135:8
**AMENDED** [1] - 2170:13
**AMOUNT** [5] - 2139:7, 2139:10, 2155:7, 2202:8, 2202:10
**AMSTERDAM** [1] - 2129:12
**AMY** [3] - 2163:3,

2163:6, 2163:8
**ANALOGY** [1] - 2134:10
**ANGELES** [1] - 2128:2
**ANNUALLY** [1] - 2176:3
**ANSWER** [13] - 2131:23, 2138:23, 2151:3, 2151:17, 2156:19, 2157:5, 2183:19, 2184:1, 2184:4, 2201:14, 2202:4, 2202:16
**ANSWER** [7] - 2140:8, 2143:19, 2156:25, 2157:25, 2167:20, 2167:23, 2168:1
**ANSWERED** [1] - 2138:24
**ANTICIPATE** [1] - 2202:1
**APPLICABLE** [1] - 2200:8
**APPLIES** [2] - 2194:3, 2206:2
**APPRECIATE** [2] - 2197:8, 2208:22
**APPROACH** [2] - 2194:5, 2194:7
**APPROPRIATIVE** [2] - 2159:22, 2159:23
**APPROVE** [3] - 2152:19, 2201:9, 2201:10
**APPROVED** [2] - 2152:15, 2159:7
**APT** [1] - 2134:11
**AQUIFER** [5] - 2173:24, 2189:8, 2189:9, 2196:1, 2196:9
**AQUIFERS** [1] - 2184:12
**ARC** [1] - 2163:5
**ARCANE** [1] - 2159:14
**AREA** [7] - 2144:18, 2145:10, 2148:8, 2191:16, 2192:8, 2192:15
**AREAS** [3] - 2148:2, 2150:10
**ARGUE** [3] - 2128:11, 2136:19, 2137:6
**ARGUED** [4] - 2165:3, 2190:3, 2204:1, 2208:5
**ARGUES** [3] - 2158:20, 2165:12, 2166:19
**ARGUMENT** [19] -

2128:7, 2128:10, 2128:12, 2159:2, 2161:14, 2164:15, 2185:12, 2185:13, 2185:14, 2185:15, 2185:16, 2186:13, 2186:19, 2187:13, 2190:9, 2203:7, 2203:19, 2207:18, 2208:9
**ARGUMENTS** [5] - 2128:9, 2187:11, 2197:13, 2208:17, 2209:10
**ARMY** [2] - 2140:23, 2152:6
**ARROW** [1] - 2173:16
**ARROWS** [2] - 2173:15
**ASSERTION** [1] - 2164:14
**ASSOCIATED** [2] - 2160:25, 2161:1
**ASSUME** [4] - 2131:11, 2149:7, 2163:14
**ASSUMING** [4] - 2149:17, 2149:18, 2202:14, 2212:5
**ATTACHED** [1] - 2152:12
**ATTENTION** [1] - 2197:9
**ATTENTIVELY** [1] - 2186:5
**ATTORNEY** [4] - 2136:24, 2150:1, 2187:18, 2190:25
**ATTORNEY'S** [1] - 2138:11
**ATTORNEY-CLIENT** [1] - 2150:1
**ATTORNEYS** [1] - 2156:7
**AUGUST** [1] - 2164:6
**AUSPICIOUS** [1] - 2131:8
**AVAILABLE** [1] - 2171:11
**AVERAGE** [3] - 2180:5, 2180:7, 2180:8
**AWARD** [6] - 2135:11, 2135:15, 2182:21, 2203:1, 2203:9
**AWARDING** [1] - 2203:4
**AWARE** [1] - 2180:11
**AWKWARDLY** [1] - 2205:21

# B

**B.J** [2] - 2190:12, 2196:21
**BACKGROUND** [1] - 2188:16
**BACKTRACK** [1] - 2193:6
**BAD** [10] - 2130:7, 2136:20, 2145:21, 2149:8, 2150:7, 2179:24, 2179:25, 2183:18, 2185:11, 2185:22
**BAILIFF** [1] - 2197:21
**BAILIFF** [2] - 2198:7, 2198:11
**BALTIMORE** [1] - 2150:25
**BANG** [1] - 2163:2
**BANKRUPT** [1] - 2169:13
**BASE** [1] - 2176:9
**BASED** [11] - 2134:25, 2135:2, 2140:4, 2161:21, 2164:14, 2191:17, 2194:4, 2201:22, 2208:21
**BASIN** [1] - 2192:2
**BASIS** [4] - 2146:16, 2155:4, 2207:14, 2207:17
**BASKETBALL** [1] - 2161:17
**BEAN** [1] - 2195:23
**BEAT** [1] - 2177:7
**BECAME** [1] - 2152:5
**BECOME** [1] - 2177:23
**BECOMES** [3] - 2162:25, 2169:4, 2179:7
**BEDROOM** [1] - 2181:13
**BEGAN** [3] - 2132:16, 2132:17, 2137:15
**BEGINNING** [3] - 2132:16, 2147:3, 2171:6
**BEGINS** [1] - 2188:10
**BEHALF** [3] - 2162:13, 2197:8, 2209:4
**BELIEVES** [1] - 2139:9
**BELOW** [9] - 2129:13, 2149:11, 2149:17, 2157:17, 2158:6, 2158:19, 2159:11, 2162:2, 2194:25
**BEN** [1] - 2188:21

**BERMITE** [10] - 2136:11, 2136:15, 2142:2, 2147:12, 2152:24, 2166:9, 2166:10, 2166:12, 2166:16, 2191:22
**BERMITE'S** [1] - 2136:12
**BEST** [3] - 2146:14, 2163:4, 2187:17
**BETTER** [1] - 2206:12
**BETWEEN** [1] - 2148:15
**BEYOND** [3] - 2137:19, 2162:11
**BID** [7] - 2134:18, 2153:1, 2153:2, 2153:3, 2153:7, 2153:8, 2190:10
**BIDDERS** [1] - 2155:7
**BIDDING** [1] - 2153:17
**BIG** [2] - 2163:2
**BIG** [4] - 2128:13, 2147:7, 2162:25, 2185:22
**BILLION** [4] - 2131:13, 2149:12, 2152:1, 2194:22
**BIT** [5] - 2128:23, 2137:2, 2163:1, 2192:25, 2210:5
**BLACK** [1] - 2190:21
**BLAME** [7] - 2132:11, 2141:21, 2156:4, 2179:20, 2181:5, 2181:22, 2203:16
**BLAMING** [1] - 2156:3
**BLEND** [5] - 2163:21, 2194:19, 2194:20, 2194:24
**BLENDING** [8] - 2163:20, 2164:21, 2164:22, 2164:24, 2165:1, 2165:4, 2178:8, 2183:11
**BLUE** [1] - 2175:5
**BLUM** [13] - 2128:7, 2187:1, 2188:7, 2189:20, 2191:9, 2196:23, 2199:18, 2202:2, 2202:4, 2205:7, 2206:21, 2207:6, 2209:19
**BLUM** [29] - 2128:8, 2155:2, 2176:5, 2176:16, 2199:19, 2200:24, 2202:13, 2202:15, 2203:6, 2203:15, 2203:24, 2204:3, 2204:14,

2204:16, 2204:25, 2205:8, 2205:10, 2205:13, 2205:17, 2205:19, 2206:22, 2207:8, 2207:12, 2208:2, 2208:12, 2209:20, 2210:2, 2210:10, 2211:8
**BOARD** [1] - 2147:6
**BOARD** [1] - 2147:13
**BOAT** [1] - 2129:12
**BOB** [1] - 2195:23
**BONES** [1] - 2170:12
**BOOK** [1] - 2138:17
**BORDER** [2] - 2184:7, 2184:8
**BORN** [1] - 2129:6
**BOSS** [1] - 2155:25
**BOTTOM** [1] - 2157:22
**BOUNDARIES** [1] - 2175:16
**BOUNDARY** [8] - 2173:17, 2173:18, 2174:18, 2175:3, 2175:6, 2175:13, 2175:24
**BOWL** [3] - 2136:17, 2170:4, 2170:6
**BREAK** [1] - 2187:5
**BREAK** [4] - 2186:10, 2187:9, 2211:5
**BREATH** [1] - 2179:10
**BRIEF** [4] - 2187:16, 2208:23, 2209:3, 2209:4
**BRIEFED** [1] - 2209:7
**BRIEFING** [5] - 2162:12, 2209:17, 2209:23, 2211:3, 2211:8
**BRIEFS** [1] - 2211:1
**BRING** [3] - 2131:6, 2183:3, 2208:3
**BRINGS** [6] - 2131:6, 2139:18, 2155:11, 2155:24, 2175:2, 2177:1
**BROKE** [1] - 2181:20
**BROKERS** [1] - 2134:16
**BUGS** [1] - 2171:8
**BUILD** [4] - 2134:19, 2134:20, 2134:24, 2141:4
**BUILDING** [5] - 2140:20, 2140:21, 2140:22, 2140:23
**BUILT** [6] - 2134:5, 2134:6, 2166:24, 2183:13

**BULK** [1] - 2162:21
**BULL** [1] - 2128:19
**BUNCH** [2] - 2128:19, 2169:18
**BURDEN** [6] - 2166:18, 2167:2, 2184:5, 2189:6, 2190:4
**BURGLAR** [2] - 2181:20, 2181:21
**BURIED** [2] - 2167:11, 2168:7
**BURN** [2] - 2140:18, 2142:8
**BURNED** [3] - 2142:9, 2142:10, 2142:11
**BURNING** [4] - 2141:11, 2141:12, 2141:13, 2141:15
**BUSINESS** [1] - 2197:20
**BUTTS** [1] - 2181:5
**BUY** [1] - 2134:24
**BUYING** [3] - 2193:15, 2193:21, 2194:9

# C

**C-DOCKS** [1] - 2171:2
**CACI** [1] - 2202:19
**CALIFORNIA** [2] - 2131:15, 2160:1
**CALIFORNIA** [1] - 2128:2
**CANDID** [1] - 2193:4
**CANNOT** [4] - 2160:4, 2179:17, 2179:18, 2185:11
**CAPTURE** [3] - 2176:10, 2176:12, 2176:17
**CAR** [7] - 2134:11, 2134:18, 2134:19, 2134:21, 2134:24, 2193:21, 2194:9
**CARCINOGENIC** [1] - 2181:1
**CARE** [4] - 2178:16, 2180:13, 2180:14
**CAREFUL** [1] - 2192:18
**CAREFULLY** [1] - 2195:24
**CARES** [1] - 2178:7
**CARPET** [1] - 2171:16
**CARS** [1] - 2134:16
**CARTOONISH** [1] - 2174:6
**CASE** [22] - 2132:4, 2132:15, 2133:25,

2136:5, 2138:14, 2139:1, 2144:16, 2146:8, 2146:13, 2147:9, 2152:18, 2155:17, 2157:9, 2161:10, 2166:8, 2166:24, 2182:19, 2184:15, 2186:14, 2197:10, 2208:25, 2212:10
**CASTING** [1] - 2203:15
**CATEGORY** [1] - 2196:20
**CAUSED** [4] - 2173:3, 2173:11, 2176:20, 2183:14
**CAUSES** [3] - 2159:15, 2183:5, 2183:22
**CAUSING** [2] - 2205:25, 2206:17
**CENTER** [2] - 2205:25, 2206:16
**CENTURY** [2] - 2165:18, 2168:8
**CERTAIN** [4] - 2132:25, 2160:1, 2164:20, 2196:14
**CERTAINLY** [2] - 2173:4, 2178:11
**CETERA** [2] - 2189:11, 2196:2
**CH2M** [1] - 2153:21
**CHANCE** [2] - 2129:24, 2129:25
**CHANGE** [4] - 2162:8, 2163:9, 2173:4, 2173:25
**CHANGED** [10] - 2137:13, 2158:22, 2165:6, 2165:7, 2165:8, 2166:6, 2169:1, 2172:23, 2188:13
**CHANGES** [1] - 2173:25
**CHARACTER** [1] - 2163:9
**CHARACTERIZE** [1] - 2192:4
**CHARGE** [3] - 2134:19, 2197:22, 2198:12
**CHASE** [1] - 2211:23
**CHECK** [1] - 2212:1
**CHEMICAL** [2] - 2131:13, 2193:15
**CHEMICALS** [2] - 2189:10, 2190:2

**CHERRY** [1] - 2175:18
**CHLORIDE** [1] - 2189:10
**CHLOROFORM** [11] - 2173:6, 2174:17, 2174:19, 2174:21, 2192:11, 2192:12, 2192:15, 2192:17, 2192:20
**CHOICE** [2] - 2179:24
**CHOOSE** [1] - 2134:22
**CHOSEN** [1] - 2151:17
**CIRCLES** [1] - 2196:9
**CIRCUMSTANCES** [1] - 2165:23
**CITED** [1] - 2143:15
**CITIZEN** [3] - 2131:10, 2131:21, 2131:24
**CLAIM** [9] - 2143:8, 2160:4, 2181:24, 2204:13, 2205:14, 2206:1, 2206:11, 2206:15, 2206:18
**CLAIMING** [3] - 2143:6, 2143:13, 2161:18
**CLAIMS** [8] - 2143:2, 2199:6, 2200:7, 2200:12, 2204:13, 2208:13
**CLANDESTINE** [1] - 2142:15
**CLARENCE** [2] - 2128:21, 2138:12
**CLARITA** [3] - 2187:7, 2205:24, 2206:15
**CLASS** [1] - 2129:13
**CLEAN** [5] - 2134:4, 2170:1, 2171:5, 2171:15, 2171:16
**CLEANED** [2] - 2171:21, 2171:25
**CLEANER** [3] - 2171:15, 2171:16, 2181:10
**CLEANERS** [2] - 2177:19, 2177:22
**CLEANUP** [2] - 2170:14, 2171:3
**CLEAR** [5] - 2151:14, 2158:24, 2161:15, 2190:25, 2203:22
**CLEARLY** [4] - 2150:3, 2157:11, 2184:20, 2184:21
**CLIENT** [8] - 2150:1, 2185:4, 2197:8, 2202:7, 2202:25, 2203:5, 2209:4,

2209:5
**CLIENT'S** [1] - 2189:11
**CLOSE** [5] - 2152:21, 2172:3, 2173:7, 2187:16, 2212:10
**CLOSED** [4] - 2169:16, 2169:18, 2195:12, 2195:15
**CLOSING** [12] - 2128:7, 2128:9, 2128:12, 2129:24, 2159:2, 2186:13, 2186:18, 2187:10, 2187:13, 2195:21, 2207:9, 2209:10
**CLOSURE** [3] - 2147:23, 2162:18
**CLUSTERS** [1] - 2175:15
**COINCIDE** [1] - 2199:23
**COINCIDENCE** [1] - 2158:10
**COINCIDENTALLY** [1] - 2153:6
**COLLUDED** [1] - 2158:16
**COMBINE** [3] - 2136:6, 2136:19, 2136:21
**COMBINED** [1] - 2178:25
**COMING** [1] - 2155:7
**COMMAND** [2] - 2128:16, 2142:20
**COMMAS** [1] - 2137:6
**COMMENTS** [1] - 2191:2
**COMMINGLED** [1] - 2136:3
**COMMIT** [1] - 2138:10
**COMMUNICATE** [1] - 2198:2
**COMMUNICATION** [1] - 2212:10
**COMPANIES** [1] - 2174:22
**COMPANY** [5] - 2135:13, 2145:7, 2153:6, 2155:25, 2175:9
**COMPARE** [1] - 2135:7
**COMPARED** [1] - 2182:10
**COMPENSATED** [1] - 2160:15
**COMPLAIN** [1] - 2167:1

COMPLAINT [1] - 2146:23
COMPLAINT [3] - 2151:12, 2151:13, 2155:17
COMPLAINTS [1] - 2146:20
COMPLETE [2] - 2143:3, 2202:11
COMPLETED [1] - 2193:14
COMPLIANCE [1] - 2148:7
COMPLICATED [4] - 2151:16, 2202:17, 2202:18, 2202:20
COMPLIED [1] - 2145:1
COMPLYING [1] - 2147:25
COMPULSION [1] - 2138:16
CONCEDED [1] - 2202:22
CONCEIVED [1] - 2148:25
CONCENTRATIONS [3] - 2154:18, 2162:6, 2175:17
CONCEPT [1] - 2136:5
CONCERN [3] - 2162:7, 2190:24, 2204:23
CONCERNED [1] - 2151:24
CONCERNING [1] - 2208:24
CONCERNS [2] - 2188:4, 2193:5
CONCLUDE [7] - 2140:3, 2141:25, 2142:1, 2142:19, 2189:13, 2190:19, 2201:16
CONCLUDED [2] - 2142:7, 2153:22
CONCLUDES [2] - 2152:22, 2153:24
CONCLUDING [1] - 2146:17
CONCLUSION [4] - 2144:20, 2152:19, 2155:5, 2191:20
CONCLUSIONS [4] - 2210:12, 2210:14, 2210:16, 2210:22
CONCLUSORY [1] - 2210:18
CONDITION [1] - 2182:9

CONDITIONS [1] - 2183:25
CONDUCT [7] - 2131:20, 2144:5, 2146:18, 2166:10, 2166:11, 2205:24, 2206:15
CONDUCTED [1] - 2144:14
CONE - 2196:10
CONFIRMATION [3] - 2181:24, 2181:25, 2201:1
CONFIRMED [2] - 2173:12, 2173:13
CONFUSION [1] - 2191:1
CONSIDER [3] - 2155:20, 2182:7, 2207:1
CONSIDERING [1] - 2182:5
CONSISTENT [2] - 2133:7, 2202:19
CONSTITUENTS [1] - 2162:7
CONSTRUCTION [2] - 2132:21, 2193:23
CONSULTANTS [2] - 2153:3, 2153:5
CONTACT [2] - 2160:21, 2180:21
CONTAIN [1] - 2147:18
CONTAINING [1] - 2131:23
CONTAINS [1] - 2154:17
CONTAMINANT [1] - 2161:25
CONTAMINANTS [6] - 2148:21, 2177:24, 2178:1, 2192:16, 2194:1, 2196:14
CONTAMINATED [1] - 2189:8
CONTAMINATION [21] - 2139:7, 2139:10, 2142:8, 2148:3, 2152:20, 2152:22, 2153:14, 2161:8, 2169:8, 2169:23, 2173:12, 2176:17, 2176:21, 2176:24, 2178:20, 2179:8, 2179:17, 2180:1, 2181:9, 2184:7
CONTENDS [1] - 2160:17

CONTEXT [1] - 2206:25
CONTINGENCIES [1] - 2193:17
CONTINUE [1] - 2186:15
CONTOUR [1] - 2175:5
CONTRACT [1] - 2133:6
CONTRACTS [3] - 2141:20, 2142:2, 2160:1
CONTRACTUAL [1] - 2133:5
CONTRARY [1] - 2158:20
CONTRIBUTING [1] - 2153:11
CONTROL [2] - 2147:13, 2159:6
CONTROL [1] - 2144:2
CONTROLLED [1] - 2159:8
CONTROLS [1] - 2142:22
CONVENIENT [1] - 2198:1
CONVERSATION [1] - 2151:21
CONVERSATIONS [1] - 2129:3
CONVICTIONS [1] - 2146:24
CONVINCE [1] - 2129:2
CONVINCES [1] - 2163:3
COOL [1] - 2141:4
COOPERATED [1] - 2149:4
COOPERATIVELY [1] - 2172:7
COPIES [4] - 2143:24, 2150:6, 2211:18, 2211:19
COPY [7] - 2144:4, 2200:18, 2200:19, 2200:20, 2200:22, 2201:2, 2201:8
CORPORATE [1] - 2179:21
CORPORATION [1] - 2187:8
CORPORATION [1] - 2185:22
CORPS [1] - 2152:6
CORRECT [4] - 2158:7, 2199:19,

2206:7, 2212:7
COST [8] - 2133:25, 2134:12, 2135:2, 2135:10, 2135:21, 2135:22, 2182:14, 2194:7
COSTS [6] - 2134:3, 2135:8, 2136:21, 2136:22, 2194:2, 2194:4
COUNSEL [4] - 2128:6, 2135:18, 2154:23, 2187:21
COUNTED [2] - 2137:16, 2137:24
COUNTS [1] - 2168:21
COUNTY [1] - 2141:14
COUPLE [6] - 2146:20, 2160:12, 2175:21, 2189:3, 2195:3, 2211:13
COURSE - 2145:25
COURT [55] - 2128:5, 2186:9, 2186:24, 2187:7, 2197:12, 2198:12, 2198:17, 2199:5, 2199:13, 2199:20, 2200:9, 2200:14, 2200:21, 2200:25, 2201:9, 2201:13, 2202:14, 2202:18, 2203:10, 2203:22, 2203:25, 2204:4, 2204:15, 2204:21, 2205:1, 2205:3, 2205:7, 2205:9, 2205:12, 2205:16, 2205:18, 2205:20, 2206:8, 2206:12, 2206:14, 2206:21, 2206:23, 2207:11, 2207:22, 2208:6, 2208:19, 2208:24, 2209:3, 2209:12, 2209:19, 2209:24, 2210:5, 2210:11, 2211:4, 2211:11, 2211:15, 2211:21, 2211:25, 2212:3, 2212:9
COURT [19] - 2146:25, 2166:14, 2198:3, 2198:6, 2198:20, 2199:22, 2199:24, 2204:1, 2207:2, 2207:5, 2207:16, 2208:4, 2208:7, 2208:9, 2208:10, 2209:17, 2210:1, 2211:20, 2212:11

COURT [1] - 2198:5
COURT'S [5] - 2200:4, 2200:12, 2201:20, 2202:4, 2209:14
COURTROOM [3] - 2132:2, 2132:3, 2197:21
COURTROOM [4] - 2186:21, 2197:25, 2198:8, 2198:14
COWORKERS [1] - 2151:22
CRAZY [1] - 2155:4
CREATE [1] - 2153:7
CREATED [2] - 2145:12, 2166:25
CREATES [1] - 2172:8
CREDIBILITY [1] - 2184:15
CREDIBLE [1] - 2164:12
CREDO [1] - 2131:21
CREED [1] - 2131:21
CRESTFALLEN [2] - 2163:11, 2163:12
CRITICAL [1] - 2135:9
CRITICALLY [1] - 2202:20
CROSS [1] - 2141:17
CROSS-EXAMINED [1] - 2141:17
CRUTCH [2] - 2204:7, 2204:17
CRUZ [3] - 2197:21, 2199:6, 2212:10
CURRENT [5] - 2147:16, 2148:7, 2172:12, 2201:24, 2205:4
CUSTOMERS [5] - 2131:23, 2158:6, 2160:2, 2180:22, 2181:4
CUT [1] - 2211:23
CUTOFF [1] - 2149:17
CW [1] - 2184:10

**D**

DAMAGE [5] - 2149:19, 2160:4, 2202:8, 2203:9, 2207:19
DAMAGES [20] - 2162:25, 2182:5, 2182:21, 2200:11, 2201:21, 2201:22, 2203:25, 2204:4, 2205:14, 2205:23, 2206:1, 2206:3,

2206:5, 2206:10, 2206:17, 2207:14, 2209:7, 2209:8
**DARROW** [2] - 2128:21, 2138:12
**DATA** [9] - 2142:18, 2142:19, 2142:20, 2142:22, 2142:23, 2142:24, 2178:14, 2188:18, 2188:25
**DATE** [4] - 2139:25, 2140:5, 2144:10, 2152:10
**DAUS** [6] - 2137:22, 2138:21, 2148:14, 2162:22, 2162:23, 2171:7
**DAVID** [1] - 2198:11
**DAYS** [6] - 2129:14, 2134:14, 2152:9, 2165:18
**DCA** [1] - 2189:10
**DCE** [5] - 2174:12, 2174:20, 2174:22, 2174:24, 2174:25
**DDW** [9] - 2155:9, 2162:5, 2162:12, 2163:23, 2165:1, 2172:13, 2178:7, 2178:8, 2193:4
**DEAL** [7] - 2132:10, 2133:2, 2134:8, 2147:7, 2158:17, 2165:5
**DEALER** [1] - 2134:14
**DEALING** [7] - 2129:19, 2141:22, 2145:7, 2152:18, 2176:7, 2187:25, 2203:8
**DEALS** [1] - 2183:1
**DEALT** [2] - 2139:22, 2162:21
**DEATH** [2] - 2138:11, 2138:14
**DEBATE** [1] - 2131:12
**DECADES** [1] - 2141:22
**DECEMBER** [2] - 2151:20, 2157:24
**DECEMBER** [1] - 2128:1
**DECIDE** [7] - 2129:18, 2130:25, 2134:11, 2153:19, 2155:5, 2190:7, 2193:21
**DECIDED** [7] - 2154:11, 2158:12, 2183:2, 2185:2, 2185:3, 2204:5,

2204:6
**DECISION** [11] - 2154:3, 2154:10, 2154:22, 2154:24, 2155:11, 2157:2, 2158:14, 2164:14, 2208:10, 2209:13, 2209:15
**DEEMED** [1] - 2208:17
**DEEPER** [1] - 2189:9
**DEFENSE** [1] - 2138:14
**DEFER** [1] - 2209:14
**DEFY** [1] - 2177:8
**DEGREASERS** [1] - 2169:24
**DELAYED** [4] - 2133:20, 2149:18
**DELIBERATE** [2] - 2186:17, 2199:10
**DELIBERATING** [1] - 2186:13
**DELIBERATIONS** [1] - 2197:20
**DELINQUENT** [1] - 2144:8
**DELIVER** [1] - 2158:6
**DELIVERED** [1] - 2211:20
**DEMOCRACY** [1] - 2129:22
**DENIED** [2] - 2158:15, 2202:21
**DEPARTMENT** [2] - 2142:12, 2159:4
**DEPARTMENT** [6] - 2131:16, 2141:15, 2144:15, 2151:24, 2152:17, 2159:5
**DEPO** [5] - 2138:25, 2139:2, 2139:4, 2139:17, 2168:19
**DEPOSED** [1] - 2146:9
**DEPOSITION** [26] - 2138:4, 2139:6, 2140:5, 2140:9, 2140:10, 2140:15, 2146:3, 2154:11, 2154:24, 2155:1, 2157:16, 2157:19, 2157:25, 2158:12, 2158:13, 2158:17, 2158:22, 2158:23, 2165:16, 2171:1, 2172:22, 2174:15, 2176:4, 2176:15, 2188:7, 2193:19
**DEPOSITIONS** [4] - 2139:15, 2146:12,

2158:18, 2185:2
**DEPRESSION** [1] - 2196:10
**DEPUTY** [4] - 2186:21, 2197:25, 2198:8, 2198:14
**DEPUTY** [1] - 2197:21
**DESCRIBED** [2] - 2174:5, 2193:13
**DESCRIBING** [1] - 2188:16
**DESCRIPTION** [1] - 2202:21
**DESERVE** [2] - 2135:12, 2185:7
**DESERVES** [1] - 2145:23
**DESIGNS** [2] - 2134:17, 2134:18
**DESIRE** [1] - 2161:22
**DESPICABLE** [1] - 2146:18
**DESTROYED** [3] - 2141:12, 2142:5, 2171:4
**DESTROYING** [1] - 2145:17
**DETAIL** [1] - 2196:7
**DETECT** [4] - 2175:4, 2194:21, 2194:23, 2194:25
**DETECTABLE** [1] - 2162:6
**DETECTED** [1] - 2178:20
**DETECTION** [1] - 2180:6
**DETECTIONS** [1] - 2165:10
**DETERMINATION** [1] - 2207:25
**DETERMINE** [5] - 2129:20, 2134:3, 2135:1, 2156:12, 2182:19
**DETERMINING** [2] - 2165:21, 2207:14
**DEVASTATING** [1] - 2158:17
**DIAZ** [1] - 2172:13
**DIFFERENCE** [3] - 2166:6, 2184:22, 2204:8
**DIFFERENCES** [1] - 2135:8
**DIFFERENT** [13] - 2134:2, 2153:3, 2159:21, 2163:15, 2163:17, 2168:17, 2172:21, 2176:12,

2177:20, 2183:25, 2193:15, 2196:15, 2200:10
**DIFFERENTLY** [2] - 2138:3, 2139:17
**DIFFICULT** [2] - 2151:2, 2161:16
**DIG** [1] - 2170:4
**DIGITAL** [1] - 2211:18
**DIME** [2] - 2161:7, 2182:13
**DIRECT** [1] - 2210:8
**DIRECTED** [3] - 2202:4, 2207:10, 2208:4
**DIRECTIONS** [2] - 2173:25, 2197:23
**DIRTY** [1] - 2140:19
**DISAGREE** [1] - 2130:17
**DISAGREED** [1] - 2147:2
**DISAGREEMENT** [1] - 2201:23
**DISAGREEMENTS** [3] - 2148:15, 2148:17, 2149:5
**DISAPPEARS** [1] - 2181:23
**DISCERNIBLE** [1] - 2162:7
**DISCOVERED** [2] - 2132:23, 2148:11
**DISCOVERY** [1] - 2148:13
**DISCUSS** [3] - 2129:3, 2129:25, 2130:3
**DISCUSSED** [3] - 2153:24, 2207:8, 2208:23
**DISCUSSES** [2] - 2144:18, 2147:15
**DISCUSSION** [3] - 2130:4, 2208:21, 2210:7
**DISPERSION** [2] - 2173:21, 2173:23
**DISPOSAL** [2] - 2140:2, 2190:2
**DISPOSALS** [2] - 2136:14, 2144:6
**DISPUTE** [3] - 2133:8, 2133:13, 2133:24
**DISPUTED** [1] - 2184:10
**DISREGARD** [1] - 2130:15
**DISSOLVED** [1] - 2164:24
**DISTRIBUTED** [1] -

2200:20
**DISTRICT** [3] - 2152:17, 2158:20, 2178:18
**DISTRICT** [1] - 2138:10
**DISTRUST** [1] - 2155:23
**DIVIDE** [1] - 2173:9
**DIVISION** [1] - 2156:25
**DOCKS** [1] - 2171:2
**DOCTOR** [1] - 2194:15
**DOCUMENT** [7] - 2130:12, 2130:13, 2143:15, 2143:20, 2168:25, 2169:2, 2199:6
**DOCUMENT** [1] - 2147:16
**DOCUMENTATION** [1] - 2170:9
**DOCUMENTS** [11] - 2141:19, 2141:23, 2144:12, 2144:22, 2151:20, 2166:20, 2166:21, 2166:22, 2166:24, 2190:15, 2199:3
**DOD** [3] - 2142:13, 2142:14, 2145:12
**DOLLARS** [2] - 2129:19, 2132:24
**DONE** [29] - 2133:19, 2135:4, 2141:13, 2141:15, 2142:12, 2143:17, 2147:12, 2148:1, 2148:16, 2148:21, 2148:22, 2150:13, 2154:7, 2154:14, 2159:1, 2159:8, 2165:4, 2165:5, 2165:22, 2167:10, 2174:4, 2174:7, 2175:10, 2178:2, 2178:4, 2178:22, 2185:18, 2192:7
**DOORS** [1] - 2181:14
**DOTS** [1] - 2192:14
**DOUBLE** [1] - 2212:1
**DOUBLE-CHECK** [1] - 2212:1
**DOUBT** [1] - 2147:1
**DOWN** [9] - 2142:6, 2157:21, 2163:19, 2172:10, 2173:11, 2191:17, 2193:1, 2194:21, 2194:25
**DR** [42] - 2131:2,

2131:5, 2133:24, 2135:6, 2135:21, 2137:11, 2137:15, 2137:20, 2138:5, 2139:2, 2139:16, 2141:14, 2141:17, 2141:19, 2141:20, 2141:21, 2142:7, 2143:5, 2143:9, 2143:22, 2167:13, 2168:14, 2168:24, 2172:16, 2172:17, 2173:4, 2173:13, 2178:13, 2184:20, 2184:22, 2184:25, 2187:20, 2187:24, 2188:6, 2188:9, 2188:16, 2189:12, 2193:22, 2193:24

**DRAFTED** [1] - 2141:1

**DRASTIC** [1] - 2182:22

**DRAW** [1] - 2159:24

**DRAWING** [1] - 2176:25

**DRAWN** [1] - 2172:4

**DRINKING** [3] - 2131:10, 2131:22, 2131:25

**DRINKING** [3] - 2131:16, 2152:17, 2157:1

**DROPPED** [1] - 2173:21

**DRUMS** [3] - 2167:11, 2168:7, 2188:2

**DRY** [3] - 2177:19, 2177:22, 2181:10

**DTSC** [16] - 2144:16, 2146:4, 2146:21, 2148:23, 2154:13, 2154:14, 2155:6, 2159:8, 2159:10, 2162:17, 2162:24, 2172:1, 2172:14, 2185:20, 2195:5, 2195:16

**DUG** [1] - 2167:12

**DURANT** [5] - 2162:3, 2162:12, 2164:20, 2176:13, 2176:16

**DURING** [3] - 2140:25, 2144:9, 2165:17

**DYNAMITE** [5] - 2165:17, 2169:12, 2170:4, 2170:5, 2170:7

# E

**E-MAIL** [5] - 2151:22, 2151:23, 2179:16, 2179:25, 2201:6

**E-MAILS** [1] - 2190:15

**EARLY** [5] - 2132:23, 2145:6, 2188:3, 2199:8, 2211:10

**EASEMENT** [1] - 2183:23

**EASIER** [3] - 2138:20, 2139:13, 2150:20

**EAST** [1] - 2177:15

**EAST** [1] - 2145:22

**EASY** [3] - 2138:19, 2150:22, 2186:2

**EDGE** [1] - 2171:12

**EFFECT** [3] - 2136:13, 2176:14, 2183:15

**EFFECTUATE** [1] - 2173:8

**EFFLUENT** [4] - 2178:24, 2180:5, 2180:6, 2180:9

**EIGHT** [1] - 2129:21

**EITHER** [8] - 2130:12, 2130:17, 2146:3, 2161:2, 2185:1, 2189:15, 2207:19

**ELOQUENT** [1] - 2128:16

**EMPLOYED** [1] - 2153:7

**EMPLOYEE** [1] - 2188:19

**EMPLOYEES** [1] - 2166:2

**ENACTED** [1] - 2170:11

**ENCOURAGEMENT** [1] - 2196:25

**END** [18] - 2130:20, 2132:16, 2133:15, 2136:24, 2144:3, 2146:16, 2147:2, 2149:5, 2163:6, 2165:6, 2168:1, 2168:3, 2168:4, 2180:16, 2184:14, 2185:6, 2185:11

**ENDANGERMENT** [2] - 2169:14, 2195:15

**ENDED** [3] - 2131:7, 2131:8, 2139:16

**ENDING** [1] - 2131:8

**ENDS** [1] - 2168:4

**ENFORCE** [1] - 2133:12

**ENFORCEMENT** [2] -

2195:13, 2195:14

**ENGAGED** [1] - 2202:7

**ENGINE** [1] - 2148:14

**ENGINEER** [6] - 2134:17, 2152:5, 2152:15, 2157:14, 2181:19

**ENGINEERING** [2] - 2152:12, 2152:14

**ENGINEERING** [2] - 2153:5, 2153:6

**ENGINEERS** [1] - 2185:15

**ENGINEERS** [1] - 2152:7

**ENGLISH** [2] - 2137:4, 2206:13

**ENTER** [2] - 2136:25, 2201:25

**ENTIRE** [3] - 2137:25, 2160:22, 2206:25

**ENTIRELY** [1] - 2161:6

**ENTRANCE** [1] - 2181:15

**EPA** [7] - 2131:14, 2131:15, 2146:21, 2148:16, 2148:18, 2148:23, 2162:17

**EPISODE** [1] - 2163:3

**EQUALS** [2] - 2130:19, 2130:20

**EQUIPMENT** [2] - 2194:4, 2194:5

**EQUITABLE** [1] - 2211:1

**EQUIVALENT** [4] - 2149:16, 2155:14, 2162:2

**ERROR** [8] - 2132:11, 2179:9, 2179:10, 2179:20, 2179:23, 2181:5, 2181:23, 2201:3

**ESCAPED** [1] - 2129:10

**ESSENCE** [1] - 2130:17

**ESSENTIAL** [2] - 2130:5, 2130:6

**ESSENTIALLY** [2] - 2202:22, 2203:5

**ESTABLISHED** [1] - 2207:20

**ESTIMATE** [1] - 2194:7

**ET** [2] - 2189:11, 2196:2

**EVADE** [1] - 2158:12

**EVASIVE** [2] - 2154:9, 2156:15

**EVENING** [1] - 2199:8

**EVENTUALLY** [1] - 2197:2

**EVIDENCE** [45] - 2130:10, 2137:3, 2137:19, 2142:24, 2144:7, 2148:3, 2155:18, 2155:21, 2155:22, 2155:23, 2158:15, 2160:9, 2160:20, 2161:3, 2161:6, 2161:7, 2169:7, 2169:21, 2179:23, 2182:18, 2182:20, 2185:23, 2187:24, 2188:5, 2189:7, 2190:7, 2191:17, 2191:18, 2191:21, 2192:6, 2192:19, 2192:21, 2193:22, 2196:18, 2197:2, 2197:6, 2197:9, 2197:13, 2198:22, 2207:15, 2208:15, 2209:22, 2210:20

**EVIDENTIARY** [2] - 2209:10, 2210:18

**EVIDENTLY** [2] - 2167:18, 2168:5

**EVOLVING** [1] - 2170:25

**EXACT** [1] - 2131:8

**EXACTLY** [2] - 2133:10, 2148:16

**EXAMINATION** [1] - 2139:16

**EXAMINED** [1] - 2141:17

**EXAMINING** [1] - 2141:24

**EXAMPLE** [6] - 2165:24, 2188:20, 2189:14, 2195:18, 2210:11, 2210:15

**EXCEPT** [3] - 2146:5, 2146:15, 2168:18

**EXCEPTION** [1] - 2203:25

**EXCUSE** [8] - 2150:15, 2156:8, 2157:14, 2157:20, 2158:10, 2168:18, 2189:5, 2204:17

**EXHAUSTED** [1] - 2210:3

**EXHIBIT** [14] - 2144:14, 2147:15,

2149:24, 2152:13, 2154:16, 2162:5, 2170:6, 2175:12, 2190:17, 2190:20, 2195:4, 2195:14, 2211:18, 2211:21

**EXHIBIT** [5] - 2130:13, 2147:10, 2147:11, 2190:19, 2199:17

**EXHIBITS** [7] - 2195:12, 2198:20, 2198:22, 2198:23, 2199:14, 2199:15, 2211:13

**EXIST** [3] - 2153:10, 2176:22, 2179:6

**EXISTED** [1] - 2179:5

**EXISTENCE** [1] - 2179:23

**EXPANDS** [1] - 2174:1

**EXPECT** [3] - 2141:3, 2150:1, 2167:3

**EXPECTED** [1] - 2156:21

**EXPECTS** [1] - 2162:10

**EXPENSE** [1] - 2182:8

**EXPENSIVE** [1] - 2155:15

**EXPERIENCE** [2] - 2129:18, 2134:7

**EXPERT** [2] - 2150:17, 2167:9

**EXPERTS** [7] - 2137:9, 2137:13, 2139:14, 2149:16, 2168:20, 2174:23, 2196:7

**EXPLAIN** [2] - 2157:16, 2196:7

**EXPLAINED** [1] - 2184:6

**EXPLAINING** [1] - 2157:15

**EXPLAINS** [1] - 2147:14

**EXPLOSIVES** [1] - 2142:4

**EXPRESS** [1] - 2204:24

**EXPRESSED** [1] - 2188:16

**EXTENT** [2] - 2164:21, 2192:4

**EXTRACTED** [1] - 2160:7

**EXTRACTION** [5] - 2162:19, 2162:22, 2171:13, 2171:14, 2196:13

**EXTRAPOLATIONS** [1] - 2193:17
**EXTREMELY** [1] - 2193:1

# F

**FACILITIES** [3] - 2148:6, 2150:5, 2170:24
**FACILITY** [3] - 2143:16, 2147:12, 2191:22
**FACILITY** [1] - 2152:11
**FACT** [17] - 2132:18, 2137:24, 2149:20, 2158:23, 2166:20, 2167:9, 2178:6, 2178:18, 2179:11, 2179:12, 2180:20, 2181:20, 2189:7, 2200:17, 2204:8, 2207:15, 2209:21
**FACTOR** [3] - 2190:6, 2205:25, 2206:17
**FACTORED** [1] - 2194:5
**FACTS** [5] - 2128:16, 2130:7, 2130:8, 2132:22, 2135:5
**FACTUAL** [1] - 2202:21
**FAILURE** [4] - 2146:7, 2176:24, 2183:19, 2189:17
**FAIR** [1] - 2194:7
**FAIRLY** [1] - 2210:18
**FAITH** [3] - 2147:1, 2147:2, 2185:12
**FALL** [1] - 2196:20
**FALLING** [1] - 2205:23
**FAMOUS** [4] - 2128:20, 2138:7, 2138:13, 2150:25
**FANCY** [1] - 2132:7
**FAR** [1] - 2139:14
**FARRAH** [1] - 2163:3
**FAST** [1] - 2131:9
**FASTER** [1] - 2177:4
**FAULT** [1] - 2204:19
**FAVOR** [5] - 2133:9, 2136:25, 2185:6, 2202:9, 2204:11
**FAVORITE** [4] - 2151:2, 2157:11, 2163:2, 2163:5
**FEBRUARY** [1] - 2164:23
**FEE** [1] - 2183:24

**FELLOW** [1] - 2192:24
**FEW** [7] - 2128:10, 2142:20, 2149:23, 2185:14, 2187:2, 2198:19, 2201:16
**FICTION** [2] - 2128:14, 2128:15
**FICTIONALIZED** [1] - 2138:15
**FIGURE** [4] - 2134:12, 2136:8, 2159:17, 2161:16
**FIGURES** [1] - 2196:17
**FILED** [2] - 2147:23, 2151:13
**FILING** [1] - 2151:12
**FILLING** [1] - 2171:19
**FINAL** [7] - 2199:20, 2199:22, 2200:3, 2200:16, 2200:22, 2201:1, 2207:25
**FINALIZED** [1] - 2200:20
**FINALLY** [2] - 2163:3, 2191:6
**FINDER** [1] - 2209:21
**FINDINGS** [4] - 2210:12, 2210:14, 2210:16, 2210:21
**FINE** [5] - 2195:9, 2206:22, 2209:20, 2210:10, 2212:2
**FIRE** [1] - 2141:14
**FIRE** [1] - 2142:12
**FIRED** [1] - 2145:24
**FIREWORKS** [8] - 2136:16, 2136:17, 2168:12, 2170:3, 2170:4, 2170:6
**FIRST** [1] - 2168:11
**FIRST** [26] - 2128:9, 2130:23, 2138:13, 2147:15, 2148:25, 2149:25, 2157:25, 2158:8, 2158:13, 2158:23, 2159:22, 2161:4, 2167:15, 2167:17, 2168:18, 2170:13, 2170:15, 2177:3, 2177:5, 2178:1, 2197:20, 2198:20, 2199:24, 2203:22
**FIVE** [3] - 2130:19, 2138:6, 2143:6, 2149:10, 2150:12, 2171:20, 2175:20, 2190:13
**FIXING** [2] - 2145:10

**FLESH** [1] - 2170:12
**FLUSTERED** [1] - 2158:9
**FOCUS** [7] - 2128:23, 2161:11, 2161:12, 2175:3, 2178:5, 2182:9
**FOCUSED** [1] - 2209:9
**FOCUSES** [1] - 2161:12
**FOLKS** [1] - 2191:16
**FOLLOW** [13] - 2142:19, 2142:25, 2145:13, 2146:25, 2153:23, 2167:3, 2167:4, 2173:22, 2179:3, 2182:23, 2183:3, 2187:24, 2193:6
**FOLLOW-UP** [2] - 2153:23, 2193:6
**FOLLOWED** [2] - 2178:18, 2179:1
**FOLLOWS** [1] - 2142:18
**FOOTNOTE** [1] - 2208:25
**FORCE** [1] - 2140:23
**FORD'S** [1] - 2163:9
**FORGET** [4] - 2136:2, 2136:23, 2194:18, 2211:1
**FORGOT** [3] - 2145:22, 2154:12, 2164:18
**FORK** [1] - 2145:22
**FORM** [18] - 2182:25, 2201:2, 2201:19, 2201:25, 2202:12, 2202:17, 2202:19, 2203:17, 2203:23, 2204:2, 2205:4, 2206:25, 2207:3, 2207:4, 2211:24, 2212:12
**FORMALLY** [1] - 2207:9
**FORMER** [2] - 2188:18, 2191:21
**FORWARD** [2] - 2197:22, 2211:2
**FOUL** [1] - 2161:17
**FOUR** [7] - 2130:21, 2140:10, 2140:14, 2149:10, 2185:17, 2193:14, 2208:23
**FOUR-PAGE** [1] - 2208:23
**FOURTH** [1] - 2129:13

**FOWLER** [1] - 2163:4
**FRAME** [1] - 2161:16
**FRANKLIN** [1] - 2188:21
**FRANKLY** [2] - 2158:17, 2208:5
**FREE** [1] - 2130:15
**FRIEND** [1] - 2129:4
**FRIENDS** [1] - 2145:4
**FRONT** [2] - 2156:1, 2156:2
**FUEL** [2] - 2141:8, 2141:9
**FULL** [1] - 2192:4
**FULSOME** [1] - 2210:20
**FUMES** [1] - 2171:17
**FUNDAMENTALLY** [1] - 2189:18
**FUNNY** [1] - 2145:22
**FUTURE** [3] - 2155:9, 2162:17, 2209:7

# G

**GALLAGHER** [1] - 2201:4
**GALLAGHER** [2] - 2201:6, 2201:12
**GAME** [1] - 2161:17
**GANDER** [2] - 2167:5, 2167:8
**GASOLINE** [1] - 2171:19
**GASOLINE'S** [1] - 2171:21
**GEE** [2] - 2138:2, 2156:11
**GENERALLY** [1] - 2188:1
**GENERATOR** [2] - 2143:12, 2143:23
**GENTLEMAN** [1] - 2156:10
**GENTLEMEN** [4] - 2157:11, 2184:14, 2186:1, 2186:9
**GEOLOGISTS** [1] - 2151:6
**GEOLOGY** [1] - 2173:8
**GIVEN** [3] - 2162:18, 2199:6, 2200:5
**GOAL** [11] - 2149:11, 2155:13, 2162:1, 2170:14, 2180:19, 2180:20, 2180:21, 2181:1, 2182:3, 2194:23
**GOBBLE** [1] - 2171:9

**GOD** [3] - 2132:10, 2163:20, 2198:6
**GOLD** [1] - 2165:17
**GOOSE** [2] - 2167:4, 2167:8
**GORDON** [1] - 2146:9
**GOTCHA** [1] - 2167:23
**GOVERNMENT** [1] - 2142:10
**GOVERNMENT'S** [1] - 2142:3
**GRANDMOTHER** [2] - 2129:4, 2186:7
**GRASP** [1] - 2139:9
**GREATER** [3] - 2155:7, 2170:9, 2170:10
**GREATEST** [1] - 2172:14
**GREEN** [3] - 2174:3, 2192:14
**GREW** [1] - 2128:21
**GRIME** [1] - 2164:25
**GROUND** [7] - 2135:5, 2159:24, 2165:25, 2169:20, 2171:17, 2171:19, 2189:20
**GROUNDS** [1] - 2207:12
**GROUNDWATER** [16] - 2137:10, 2146:19, 2146:21, 2147:18, 2148:6, 2148:20, 2149:3, 2159:9, 2160:21, 2162:22, 2170:1, 2170:20, 2177:25, 2192:5, 2195:20, 2196:12
**GUESS** [10] - 2138:23, 2138:24, 2150:25, 2152:3, 2158:11, 2163:1, 2168:2, 2176:5, 2188:20, 2210:3
**GUIDANCE** [1] - 2203:21
**GUY** [1] - 2145:14

# H

**H.L** [1] - 2151:1
**HAIR** [1] - 2171:16
**HALF** [6] - 2157:15, 2184:23, 2188:22, 2188:23, 2195:18, 2196:21
**HAND** [2] - 2148:22
**HANDS** [1] - 2181:4
**HARD** [5] - 2139:9, 2164:25, 2200:19,

2200:20, 2211:19
**HARDLY** [1] - 2144:5
**HARDNESS** [1] - 2164:24
**HARM** [6] - 2149:8, 2161:17, 2183:6, 2183:7, 2183:8, 2183:14
**HARM'S** [1] - 2141:2
**HARRISON** [1] - 2163:9
**HATE** [1] - 2169:3
**HAZARDOUS** [4] - 2150:3, 2150:4, 2195:11, 2195:22
**HEAD** [12] - 2135:13, 2152:16, 2155:9, 2156:8, 2156:9, 2156:23, 2157:6, 2157:7, 2157:14, 2167:7, 2172:12, 2180:11
**HEALTH** [2] - 2144:15, 2151:24
**HEALTH** [8] - 2131:13, 2149:11, 2149:13, 2155:13, 2161:24, 2162:1, 2183:14, 2194:23
**HEALTHY** [1] - 2129:7
**HEAR** [12] - 2133:18, 2187:22, 2195:24, 2196:2, 2196:4, 2198:22, 2199:24, 2205:4, 2207:6, 2207:24, 2208:9, 2209:14
**HEARD** [25] - 2135:20, 2145:11, 2159:6, 2159:10, 2161:3, 2171:1, 2173:14, 2175:14, 2184:21, 2186:3, 2186:18, 2187:18, 2187:23, 2189:2, 2190:9, 2190:11, 2190:19, 2192:22, 2196:16, 2196:17, 2196:23, 2197:12, 2207:23, 2208:20
**HECK** [1] - 2145:17
**HELL** [1] - 2186:4
**HELP** [5] - 2138:25, 2180:15, 2185:3, 2198:6, 2208:7
**HELPFUL** [4] - 2163:24, 2163:25, 2171:24, 2210:19
**HIDE** [2] - 2144:6, 2150:7

**HIDING** [1] - 2150:6
**HIGH** [5] - 2151:25, 2173:6, 2178:15, 2178:17, 2179:14
**HIGHER** [3] - 2154:18, 2178:20, 2178:24
**HILL** [1] - 2153:21
**HILLS** [1] - 2168:16
**HIRE** [2] - 2134:17, 2153:20
**HISTORY** [2] - 2151:11, 2190:2
**HIT** [2] - 2146:11, 2162:1
**HITS** [1] - 2175:20
**HOKKANEN** [10] - 2137:22, 2138:21, 2142:17, 2142:21, 2172:25, 2173:9, 2177:12, 2177:16, 2184:18, 2189:12
**HOLD** [1] - 2179:10
**HOLIDAY** [1] - 2184:17
**HONESTLY** [1] - 2210:2
**HONOR** [30] - 2128:8, 2187:14, 2199:12, 2199:19, 2200:1, 2200:13, 2200:18, 2200:24, 2201:12, 2202:13, 2203:6, 2203:15, 2204:16, 2205:2, 2205:6, 2205:8, 2205:10, 2206:7, 2206:19, 2207:8, 2208:2, 2208:12, 2209:2, 2209:18, 2209:20, 2210:2, 2210:10, 2210:23, 2210:24, 2210:25
**HOPE** [4] - 2130:2, 2130:20, 2181:23, 2199:3
**HOPES** [1] - 2136:2
**HOUR** [1] - 2157:19
**HOURS** [3] - 2151:5, 2187:2, 2187:18
**HOURS'** [1] - 2210:3
**HOUSE** [4] - 2181:12, 2181:13, 2181:15, 2181:20
**HOUSTON** [2] - 2180:12, 2180:13
**HUGE** [2] - 2133:2, 2135:8
**HUGHTO** [24] - 2137:11, 2137:20, 2141:14, 2141:17,

2141:19, 2141:20, 2141:21, 2143:5, 2143:9, 2143:22, 2150:11, 2150:13, 2167:13, 2168:13, 2168:14, 2168:24, 2169:25, 2184:25, 2187:20, 2187:24, 2188:6, 2188:9, 2188:16
**HULA** [3] - 2136:17, 2170:4, 2170:6
**HUMAN** [1] - 2183:14
**HUNDRED** [3] - 2136:9, 2157:19, 2165:14
**HURTS** [1] - 2157:9
**HYDROGEOLOGIST** [2] - 2156:6, 2184:19
**HYDROGEOLOGISTS** [1] - 2151:6
**HYDROGEOLOGY** [1] - 2142:23
**HYPERBOLE** [1] - 2182:3
**HYPOCRISY** [2] - 2132:5, 2182:4
**HYPOCRITICAL** [1] - 2180:17
**HYPOTHETICAL** [2] - 2174:5, 2174:6
**HYPOTHETICALS** [1] - 2184:6

# I

**IDEA** [2] - 2131:9, 2145:2
**IDEAS** [1] - 2159:14
**IDENTICAL** [1] - 2158:11
**IDENTIFY** [1] - 2143:7
**IDOLIZING** [1] - 2128:21
**IGNORE** [2] - 2179:15, 2185:23
**IGNORED** [2] - 2179:11, 2180:2
**IGNORING** [1] - 2185:21
**IMAGINE** [1] - 2209:7
**IMMINENT** [1] - 2169:14
**IMMINENT** [2] - 2162:9, 2162:14
**IMPACT** [3] - 2131:13, 2165:9, 2196:8
**IMPACTED** [1] - 2192:5
**IMPAIRED** [1] - 2193:1

**IMPEACH** [1] - 2138:2
**IMPEACHED** [2] - 2137:23, 2138:22
**IMPORTANT** [18] - 2128:24, 2136:9, 2137:4, 2137:6, 2138:6, 2141:2, 2141:6, 2142:18, 2161:14, 2161:18, 2161:19, 2161:20, 2161:21, 2166:19, 2190:18, 2197:10, 2200:15, 2205:16
**IMPOSED** [1] - 2138:11
**IMPOSSIBLE** [4] - 2177:5, 2182:19, 2196:5, 2196:12
**IMPOUND** [2] - 2148:1, 2148:2
**IMPOUNDMENT** [3] - 2195:12, 2195:15, 2195:21
**INCIDENTALLY** [1] - 2165:3
**INCLUDE** [1] - 2193:17
**INCLUDING** [1] - 2160:18
**INCOMPETENT** [1] - 2185:1
**INCORPORATE** [1] - 2203:18
**INCORPORATED** [1] - 2203:19
**INDIANA** [2] - 2163:10, 2165:8
**INDICATED** [1] - 2204:4
**INDICATING** [2] - 2176:8, 2176:9
**INDICATION** [1] - 2200:7
**INDIVIDUAL** [1] - 2144:14
**INDUSTRIAL** [2] - 2205:25, 2206:16
**INDUSTRIES** [2] - 2177:20, 2187:25
**INFERENCE** [1] - 2180:14
**INFORMATION** [5] - 2140:1, 2140:4, 2154:21, 2167:1, 2180:4
**INJURED** [5] - 2160:15, 2161:7, 2161:9, 2161:10, 2161:11
**INJURY** [5] - 2160:6,

2160:10, 2160:14, 2161:11, 2161:12
**INN** [1] - 2184:17
**INSPECTION** [3] - 2144:10, 2144:13, 2147:11
**INSPECTIONS** [1] - 2145:9
**INSPECTOR** [1] - 2147:13
**INSPECTORS** [1] - 2142:14
**INSTALLATION** [1] - 2132:19
**INSTANCE** [4] - 2137:25, 2143:1, 2167:16, 2173:21
**INSTANCES** [1] - 2178:23
**INSTEAD** [2] - 2156:14, 2179:7
**INSTRUCTED** [1] - 2166:15
**INSTRUCTION** [1] - 2200:3
**INSTRUCTION** [2] - 2155:20, 2200:5
**INSTRUCTIONS** [9] - 2159:20, 2189:4, 2197:15, 2199:21, 2199:22, 2200:16, 2201:2, 2201:10, 2208:15
**INTEGRITY** [2] - 2169:4, 2190:23
**INTEND** [2] - 2199:23, 2209:13
**INTENDED** [1] - 2201:20
**INTENTIONAL** [1] - 2189:21
**INTEREST** [8] - 2159:13, 2160:8, 2160:16, 2160:17, 2200:4, 2201:5, 2207:21
**INTERESTED** [1] - 2180:16
**INTERESTING** [2] - 2150:8, 2170:18
**INTERIM** [1] - 2147:16
**INTERIM** [3] - 2132:22, 2132:24, 2148:15
**INTERNAL** [1] - 2149:25
**INTERNET** [1] - 2134:13
**INTERPRET** [2] - 2130:15, 2203:12

INTERROGATORIES [1] - 2201:21
INTERVENING [2] - 2154:12, 2154:13
INVADED [1] - 2159:18
INVASION [1] - 2159:16
INVENTED [1] - 2166:3
INVESTIGATE [5] - 2152:2, 2154:16, 2155:3, 2155:16, 2179:9
INVESTIGATING [1] - 2192:1
INVESTIGATION [13] - 2152:3, 2153:3, 2154:15, 2159:1, 2159:8, 2173:2, 2178:22, 2179:3, 2181:6, 2181:18, 2185:18, 2191:12
INVITING [1] - 2208:6
INVOLVE [1] - 2193:14
INVOLVED [2] - 2182:8, 2186:15
INVOLVES [1] - 2198:20
ISD [2] - 2147:16, 2148:7
ISOLATED [1] - 2178:14
ISOLATION [1] - 2206:9
ISSUE [31] - 2132:10, 2133:2, 2133:4, 2135:9, 2137:12, 2137:14, 2137:21, 2138:1, 2144:25, 2146:21, 2151:2, 2179:22, 2180:18, 2180:20, 2188:6, 2189:16, 2190:18, 2190:23, 2199:2, 2204:10, 2207:2, 2208:23, 2208:24, 2208:25, 2209:3, 2209:8, 2211:7, 2211:8, 2211:13, 2211:16, 2212:6
ISSUES [9] - 2129:19, 2130:3, 2130:5, 2132:25, 2156:5, 2208:5, 2209:11, 2209:21, 2211:1
ITEMS [1] - 2198:19
ITSELF [1] - 2165:13

## J

JAMES [1] - 2151:21
JEFF [1] - 2152:16
JEWISH [1] - 2129:7
JEWS [2] - 2129:9, 2129:11
JIM [1] - 2151:23
JISA [1] - 2170:7
JISA'S [1] - 2165:15
JMOL [2] - 2207:13, 2207:25
JOB [4] - 2141:2, 2150:20, 2156:4, 2175:1
JOE [1] - 2196:2
JOKES [1] - 2145:21
JONES [2] - 2163:10, 2165:8
JOURNAL [1] - 2132:7
JUDGE [1] - 2174:17
JUDGES [1] - 2210:17
JURY [33] - 2128:4, 2128:6, 2128:16, 2159:18, 2180:18, 2186:6, 2186:21, 2186:23, 2186:25, 2187:6, 2187:10, 2189:4, 2197:12, 2197:15, 2198:1, 2198:13, 2198:14, 2198:16, 2198:18, 2198:24, 2199:10, 2199:15, 2199:21, 2199:23, 2199:24, 2202:2, 2204:9, 2208:15, 2209:13, 2209:14, 2210:6, 2211:6, 2212:11
JURY'S [1] - 2201:25

## K

KEEP [2] - 2186:15, 2198:1
KEEPS [1] - 2192:11
KEITH [1] - 2193:8
KEPT [1] - 2144:9
KEY [2] - 2159:22, 2180:4
KID [1] - 2129:4
KIND [3] - 2191:9, 2192:23, 2195:18
KINDLY [1] - 2198:12
KNOWING [3] - 2152:3, 2170:16, 2195:16
KNOWINGLY [2] - 2131:23, 2132:6
KNOWLEDGE [4] -

2134:8, 2166:3, 2181:19, 2194:4
KNOWLEDGEABLE [2] - 2184:20, 2184:21
KNOWN [4] - 2135:2, 2149:2, 2149:4, 2156:13
KNOWS [2] - 2151:10, 2157:9
KOELEWYN [2] - 2179:16, 2180:1

## L

L.A [1] - 2141:14
LAB [7] - 2132:11, 2179:9, 2179:20, 2179:23, 2181:5, 2181:22
LADIES [3] - 2184:14, 2186:1, 2186:9
LAND [10] - 2160:16, 2160:17, 2160:21, 2161:3, 2161:4, 2161:6, 2161:8, 2161:10, 2182:7, 2182:16
LANDFILLS [5] - 2167:11, 2167:18, 2168:5, 2169:20, 2195:11
LARDIERE [3] - 2131:1, 2156:1, 2192:24
LARGE [1] - 2154:20
LAST [9] - 2137:24, 2149:10, 2160:5, 2190:9, 2195:3, 2196:19, 2198:10, 2199:1, 2210:3
LATE [2] - 2168:15, 2169:6
LATERAL [1] - 2179:4
LATERALLY [1] - 2192:5
LATERALS [1] - 2179:5
LAW [13] - 2129:18, 2137:5, 2145:1, 2146:25, 2159:14, 2161:12, 2165:20, 2167:3, 2167:4, 2182:24, 2183:25, 2206:7
LAWS [2] - 2145:7, 2177:8
LAWYERS [3] - 2128:9, 2128:20, 2138:13

LEAD [1] - 2156:1
LEADS [2] - 2155:17, 2155:25
LEARN [1] - 2193:4
LEARNED [3] - 2149:4, 2155:24, 2183:25
LEAST [15] - 2137:14, 2137:21, 2144:9, 2150:6, 2158:16, 2159:15, 2168:10, 2169:5, 2173:13, 2174:15, 2183:22, 2185:24, 2200:9, 2203:12, 2210:13
LEAVE [2] - 2192:16, 2207:22
LECHLER [28] - 2137:7, 2137:9, 2137:11, 2139:18, 2139:19, 2151:21, 2151:23, 2153:21, 2153:23, 2154:22, 2157:21, 2158:4, 2169:5, 2172:5, 2172:6, 2173:12, 2174:4, 2175:2, 2177:22, 2185:16, 2185:19, 2190:12, 2191:2, 2191:6, 2192:1, 2192:14, 2196:21
LED [1] - 2151:11
LEFT [4] - 2162:23, 2169:9, 2187:1, 2211:2
LEGAL [3] - 2147:19, 2147:21, 2209:11
LEGITIMATE [2] - 2134:3, 2156:22
LEOPOLD [1] - 2138:8
LESERMAN [15] - 2151:21, 2151:23, 2152:2, 2153:8, 2153:13, 2154:9, 2154:23, 2157:13, 2162:4, 2168:17, 2178:19, 2179:19, 2179:24, 2180:3, 2185:13
LESERMAN'S [2] - 2153:20, 2179:1
LESS [1] - 2155:15
LESSON [1] - 2129:16
LETTER [7] - 2147:6, 2147:9, 2147:14, 2154:13, 2179:16, 2195:5, 2195:17
LETTERS [3] - 2162:18, 2169:9

LEVEL [1] - 2161:25
LEVELS [2] - 2179:13, 2179:14
LIABILITY [5] - 2166:9, 2166:11, 2202:21, 2202:22, 2203:5
LIABLE [2] - 2166:15, 2204:12
LICENSE [1] - 2183:24
LIE [3] - 2138:19, 2150:2, 2188:22
LIFE [1] - 2161:20
LIFTOFF [1] - 2187:15
LIGHT [1] - 2161:15
LIKELIHOOD [1] - 2191:5
LIKELY [12] - 2140:12, 2140:17, 2153:9, 2154:5, 2174:22, 2175:23, 2189:6, 2189:14, 2190:6, 2192:16, 2197:18
LIMIT [1] - 2180:6
LIMITED [2] - 2200:6, 2206:17
LINE [2] - 2167:15, 2168:21, 2173:23, 2175:5, 2205:11
LINES [3] - 2174:3, 2191:18, 2191:20
LIPS [2] - 2169:10, 2187:23
LIST [3] - 2198:21, 2198:23, 2199:17
LISTENED [3] - 2186:5, 2195:24
LITERALLY [1] - 2188:23
LITHUANIA [3] - 2129:6, 2129:8, 2129:10
LITIGATE [2] - 2155:3, 2155:15
LIVE [3] - 2131:1, 2131:2, 2131:21
LIVED [1] - 2129:12
LIVING [1] - 2193:25
LOCAL [1] - 2155:9
LOCATED [1] - 2160:18
LOCATION [2] - 2152:23, 2185:19
LOCKED [1] - 2181:14
LOEB [1] - 2138:8
LOGICAL [2] - 2165:23, 2203:2
LOGICALLY [1] - 2165:20

**LONG-TERM** [1] - 2185:4
**LOOK** [39] - 2128:24, 2128:25, 2129:24, 2131:19, 2131:20, 2134:13, 2135:6, 2136:9, 2136:19, 2141:10, 2144:18, 2151:11, 2152:20, 2155:6, 2156:1, 2163:16, 2165:12, 2166:8, 2166:14, 2170:6, 2170:19, 2173:5, 2174:2, 2174:7, 2174:11, 2175:8, 2177:3, 2178:14, 2179:5, 2179:12, 2180:7, 2192:2, 2195:7, 2196:19, 2201:15, 2206:24, 2209:9
**LOOKED** [10] - 2142:23, 2168:25, 2172:24, 2177:5, 2186:3, 2188:15, 2188:25, 2189:1, 2205:22, 2210:12
**LOOKING** [6] - 2139:25, 2150:10, 2174:17, 2192:21, 2206:8, 2211:2
**LOOKS** [2] - 2174:1, 2183:1
**LOS** [1] - 2128:2
**LOST** [1] - 2163:5
**LOVE** [1] - 2150:25
**LOW** [1] - 2165:10
**LUCK** [1] - 2152:16
**LUNCH** [1] - 2186:10
**LYING** [1] - 2181:25

# M

**MAD** [1] - 2136:22
**MAIL** [5] - 2151:22, 2151:23, 2179:16, 2179:25, 2201:6
**MAILS** [1] - 2190:15
**MAIN** [1] - 2189:10
**MAJOR** [3] - 2132:10, 2157:12, 2166:6
**MAJORITY** [1] - 2130:11
**MALL** [5] - 2137:17, 2139:3, 2176:7, 2176:8, 2176:16
**MAN** [1] - 2156:6
**MANAGER** [1] - 2152:6
**MANIFEST** [3] -

2143:6, 2144:4, 2144:9
**MANIFESTATION** [1] - 2199:9
**MANIFESTED** [1] - 2150:4
**MANIFESTS** [6] - 2143:1, 2143:2, 2144:11, 2144:20, 2144:21, 2150:5
**MANNER** [1] - 2199:14
**MANUAL** [1] - 2145:12
**MANUAL** [1] - 2142:3
**MANUALS** [1] - 2145:12
**MANUFACTURE** [2] - 2168:12, 2169:11
**MANUFACTURED** [2] - 2136:17, 2170:5
**MAP** [7] - 2174:10, 2175:2, 2175:5, 2175:10, 2175:16, 2176:9, 2192:10
**MAPS** [3] - 2174:11, 2175:11, 2199:1
**MARKED** [1] - 2142:6
**MARKS** [1] - 2192:9
**MARRIED** [1] - 2137:3
**MARTIANS** [1] - 2139:12
**MARVEL** [1] - 2129:22
**MASSIVE** [1] - 2190:2
**MATERIAL** [2] - 2162:21, 2170:23
**MATERIALS** [2] - 2195:11, 2211:6
**MATT** [2] - 2156:9, 2180:3
**MATTER** [7] - 2128:5, 2149:19, 2186:15, 2189:18, 2189:19, 2192:11, 2204:8
**MATTERS** [1] - 2209:10
**MATURE** [1] - 2160:3
**MAXIMUM** [2] - 2161:25, 2178:22
**MAZEL** [1] - 2186:7
**MCL** [10] - 2149:2, 2149:15, 2149:16, 2155:14, 2157:17, 2162:2, 2170:13, 2170:15, 2170:16, 2194:22
**MCLS** [2] - 2148:12, 2155:12, 2158:6, 2158:19, 2159:11, 2178:11
**MEAN** [23] - 2130:1,

2130:22, 2131:12, 2131:15, 2131:17, 2137:9, 2138:2, 2165:23, 2173:15, 2176:21, 2177:11, 2181:14, 2181:15, 2181:21, 2184:12, 2186:4, 2193:13, 2193:18, 2201:10, 2202:20, 2203:2
**MEANING** [1] - 2137:5
**MEANS** [4] - 2131:14, 2137:6, 2150:5, 2177:12
**MEET** [1] - 2135:5
**MEETING** [2] - 2164:8, 2164:12
**MEETINGS** [1] - 2193:12
**MEETS** [1] - 2178:7
**MEMBERS** [1] - 2197:12
**MEMO** [7] - 2145:18, 2146:5, 2149:22, 2149:25, 2150:9, 2195:23, 2195:25
**MEMORIALIZED** [1] - 2151:22
**MEMOS** [4] - 2145:14, 2145:16, 2145:18
**MENCKEN** [1] - 2151:1
**MENTION** [1] - 2172:25
**MERE** [1] - 2181:20
**MEREDITH** [2] - 2162:3, 2162:12
**MESSED** [1] - 2143:18
**MET** [1] - 2184:5
**METHOD** [2] - 2193:13, 2193:18
**MICROWAVE** [1] - 2140:22
**MIGHT** [3] - 2150:11, 2150:24, 2182:22
**MIGHTY** [1] - 2193:9
**MIGRATE** [1] - 2196:1
**MILES** [2] - 2157:19, 2160:12
**MILITARY** [1] - 2141:3
**MILLION** [17] - 2132:24, 2132:25, 2133:16, 2133:21, 2135:10, 2135:24, 2135:25, 2137:1, 2161:23, 2167:6, 2176:2, 2182:15, 2185:7, 2202:10, 2203:1, 2203:4, 2204:13

**MILLIONS** [2] - 2129:19
**MIND** [13] - 2132:1, 2133:24, 2134:24, 2150:8, 2158:22, 2169:1, 2172:23, 2173:4, 2186:16, 2188:21, 2197:16, 2201:25, 2203:13
**MINE** [1] - 2132:14
**MINE'S** [1] - 2132:14
**MINIONS** [1] - 2156:3
**MINOR** [3] - 2138:1, 2191:1, 2205:15
**MINUTES** [7] - 2138:6, 2143:6, 2171:20, 2187:1, 2187:2, 2187:3, 2201:16
**MISCOMMUNICATIN G** [1] - 2212:4
**MISREADING** [1] - 2139:21
**MISSED** [2] - 2199:1, 2201:7
**MISSILES** [2] - 2140:22, 2141:4
**MISSING** [5] - 2143:10, 2143:13, 2143:14, 2143:21, 2205:11
**MIXED** [1] - 2176:2
**MODIFICATION** [1] - 2205:5
**MOMENT** [4] - 2140:1, 2205:8, 2205:20, 2206:24
**MONEY** [6] - 2133:17, 2135:11, 2135:15, 2161:22, 2168:21
**MONITOR** [2] - 2147:20, 2147:21
**MONITORING** [9] - 2146:20, 2146:22, 2147:18, 2148:6, 2148:21, 2192:9, 2195:6, 2195:7, 2195:20
**MONTHS** [2] - 2184:24, 2185:14
**MORNING** [5] - 2137:16, 2200:5, 2200:19, 2207:18, 2208:22
**MORPHED** [1] - 2140:16
**MOST** [16] - 2130:10, 2132:7, 2138:12, 2142:18, 2144:11, 2144:23, 2150:8, 2156:10, 2161:13,

**MILLIONS** [2] - 2129:19

2175:22, 2189:21, 2189:23, 2190:18, 2192:16, 2196:22
**MOTHER** [1] - 2129:10
**MOTION** [3] - 2207:10, 2208:4, 2208:18
**MOTIONS** [1] - 2208:20
**MOVE** [4] - 2128:16, 2150:18, 2173:20, 2196:14
**MOVED** [1] - 2177:15
**MOVEMENT** [1] - 2137:10
**MOVES** [1] - 2196:15
**MOVIE** [1] - 2138:16
**MOVIES** [1] - 2128:12
**MOVING** [1] - 2173:10
**MR** [50] - 2128:8, 2155:2, 2176:5, 2176:16, 2187:14, 2198:25, 2199:11, 2199:19, 2200:24, 2201:6, 2201:12, 2202:13, 2202:15, 2203:6, 2203:15, 2203:24, 2204:3, 2204:14, 2204:16, 2204:25, 2205:2, 2205:8, 2205:10, 2205:13, 2205:17, 2205:19, 2206:2, 2206:6, 2206:10, 2206:13, 2206:19, 2206:22, 2207:8, 2207:12, 2208:2, 2208:12, 2208:21, 2209:2, 2209:6, 2209:18, 2209:20, 2210:2, 2210:10, 2210:23, 2211:8, 2211:14, 2211:17, 2211:23, 2212:1, 2212:8
**MS** [5] - 2200:1, 2200:13, 2200:18, 2205:6, 2206:5
**MUDDLE** [1] - 2136:6
**MULTIPLE** [2] - 2191:18, 2191:20
**MUNITIONS** [1] - 2142:4
**MURDER** [1] - 2138:10
**MURDERS** [1] - 2138:8
**MUST** [6] - 2158:21, 2160:6, 2182:7, 2192:13
**MYSTERY** [6] -

2146:5, 2149:22, 2164:12, 2174:23, 2191:19, 2194:6

## N

**NAJM** [8] - 2131:2, 2131:5, 2133:23, 2133:24, 2135:6, 2135:21, 2193:22, 2193:24
**NAME** [4] - 2146:10, 2163:4, 2198:9, 2198:10
**NATURE** [1] - 2130:2
**NAUSEAM** [2] - 2178:4, 2208:5
**NCP** [1] - 2211:1
**NEAR** [1] - 2153:11
**NEARBY** [1] - 2189:8
**NECESSARILY** [1] - 2208:7
**NECESSARY** [1] - 2208:3
**NECESSITY** [1] - 2161:20
**NEED** [13] - 2147:7, 2148:10, 2154:16, 2159:10, 2182:13, 2185:4, 2194:14, 2194:16, 2195:2, 2195:6, 2197:14, 2199:10, 2201:17
**NEEDED** [7] - 2141:6, 2143:17, 2144:12, 2148:16, 2158:23, 2185:3, 2195:20
**NEEDS** [4] - 2145:10, 2159:18, 2196:25
**NEGLIGENCE** [12] - 2165:21, 2166:16, 2166:17, 2200:8, 2203:8, 2205:14, 2206:1, 2206:3, 2206:4, 2206:11, 2206:15
**NEGLIGENT** [9] - 2166:2, 2166:5, 2166:10, 2166:11, 2166:13, 2202:7, 2202:25, 2203:8
**NEGOTIATED** [1] - 2133:1
**NEVER** [17] - 2132:7, 2135:20, 2149:14, 2149:15, 2161:25, 2163:14, 2170:5, 2179:2, 2179:5, 2184:11, 2184:21, 2189:9, 2190:3,

2195:22, 2196:24
**NEW** [1] - 2129:15
**NEW** [5] - 2148:13, 2162:9, 2171:10, 2185:18, 2193:15
**NEXT** [9] - 2130:13, 2147:11, 2152:25, 2156:11, 2181:23, 2184:9, 2202:24, 2203:2
**NICE** [1] - 2132:7
**NIGHT** [4] - 2137:25, 2141:13, 2199:1, 2210:3
**NIL** [1] - 2160:22
**NINE** [1] - 2129:21
**NOBLE** [1] - 2180:19
**NOBODY** [14] - 2145:8, 2146:2, 2146:4, 2146:13, 2146:15, 2148:25, 2155:5, 2162:10, 2163:19, 2166:2, 2169:19, 2170:21, 2171:5, 2171:21
**NOBODY'S** [1] - 2170:1
**NON** [4] - 2175:4, 2194:21, 2194:23, 2194:25
**NON-DETECT** [4] - 2175:4, 2194:21, 2194:23, 2194:25
**NONE** [3] - 2146:2, 2162:15, 2182:18
**NONEXISTENT** [1] - 2181:22
**NONISSUE** [1] - 2204:22
**NONSTANDARD** [2] - 2193:18, 2193:19
**NORMALLY** [2] - 2203:18, 2204:18
**NORTH** [1] - 2192:8
**NORTHERN** [2] - 2148:8, 2192:15
**NOSE** [1] - 2145:3
**NOTHING** [6] - 2133:19, 2135:3, 2163:18, 2183:3, 2185:9, 2194:18
**NOTICE** [1] - 2195:13
**NOTIFIED** [1] - 2197:17
**NOTORIOUS** [1] - 2177:22
**NUISANCE** [6] - 2159:15, 2166:16, 2200:6, 2200:11, 2202:8, 2208:13

**NUMBER** [10] - 2130:13, 2135:19, 2135:20, 2136:4, 2147:10, 2149:12, 2180:8, 2196:20, 2201:4
**NUMBERS** [5] - 2135:23, 2154:20, 2173:6, 2181:18, 2190:8
**NUMEROUS** [1] - 2168:20

## O

**O'CLOCK** [1] - 2186:11
**O'KEEFE** [5] - 2152:16, 2152:19, 2152:22, 2172:12, 2185:14
**OATH** [2] - 2157:24, 2184:24
**OBJECTION** [4] - 2199:13, 2205:5, 2205:6, 2207:3
**OBLIGATIONS** [3] - 2133:5, 2136:11, 2136:12
**OBSERVED** [1] - 2162:7
**OBTAINED** [1] - 2148:1
**OBTAINING** [1] - 2180:17
**OBVIOUS** [1] - 2150:24
**OCCURRED** [1] - 2187:19
**OCCURS** [1] - 2207:2
**OFFICE** [1] - 2138:11
**OFFSITE** [4] - 2159:9, 2170:1, 2172:14, 2173:6
**OLD** [2] - 2140:25, 2150:25
**ONCE** [3] - 2132:6, 2137:23, 2138:4
**ONE** [61] - 2128:10, 2129:1, 2130:4, 2130:5, 2131:12, 2134:12, 2134:14, 2134:15, 2137:13, 2137:25, 2138:2, 2138:5, 2138:12, 2141:7, 2142:17, 2145:4, 2149:22, 2149:25, 2151:2, 2151:22, 2153:5, 2154:12, 2154:13,

2154:17, 2158:18, 2159:14, 2159:19, 2159:22, 2162:1, 2162:15, 2162:16, 2163:5, 2167:17, 2167:19, 2168:5, 2169:17, 2174:2, 2174:10, 2175:9, 2175:20, 2176:1, 2179:4, 2183:6, 2183:19, 2184:1, 2187:19, 2188:18, 2188:21, 2196:4, 2196:6, 2200:18, 2200:24, 2205:20, 2208:4, 2211:8
**ONE-WAY** [1] - 2130:4
**ONES** [2] - 2171:11, 2183:9
**OOO** [1] - 2128:3
**OOPS** [5] - 2144:17, 2145:21, 2154:11, 2163:22, 2171:13
**OPEN** [2] - 2142:15, 2186:16
**OPENING** [3] - 2130:24, 2182:23, 2187:21
**OPERATED** [6] - 2147:17, 2165:13, 2166:21, 2168:9, 2170:19, 2175:19
**OPERATES** [1] - 2176:10
**OPERATING** [3] - 2152:11, 2163:19, 2176:18
**OPERATION** [1] - 2157:13
**OPERATIONS** [4] - 2156:23, 2157:6, 2157:7, 2157:15
**OPINION** [9] - 2137:13, 2157:4, 2157:5, 2172:17, 2176:5, 2188:16, 2188:25, 2194:12, 2194:14
**OPPORTUNITY** [5] - 2200:15, 2201:15, 2207:23, 2208:22, 2209:9
**ORALLY** [1] - 2208:8
**ORDER** [2] - 2169:15, 2195:15
**ORDER** [8] - 2159:17, 2160:3, 2177:9, 2197:20, 2198:3, 2200:5, 2202:8, 2208:3

**ORDERED** [1] - 2198:6
**ORDERS** [1] - 2142:13
**ORDINANCE** [1] - 2142:3
**ORDINARY** [1] - 2129:21
**ORIGINAL** [2] - 2130:14, 2182:9
**ORIGINALLY** [3] - 2129:21, 2179:19, 2207:25
**ORIGINALS** [1] - 2199:4
**ORIGINATED** [1] - 2152:23
**ORPHAN** [1] - 2211:9
**OTHERWISE** [5] - 2146:3, 2150:3, 2175:23, 2207:1, 2212:12
**OU-11** [1] - 2169:18
**OU-7** [1] - 2159:7
**OUTCOME** [1] - 2197:10
**OUTSIDE** [2] - 2186:25, 2198:18
**OVENS** [1] - 2140:22
**OVERLOOKED** [1] - 2211:19
**OVERWHELMING** [1] - 2130:11
**OWE** [1] - 2167:6
**OWN** [9] - 2155:7, 2159:25, 2161:4, 2167:9, 2181:18, 2183:21, 2183:23, 2193:13
**OWNERSHIP** [5] - 2160:21, 2160:24, 2161:1, 2169:11, 2208:14
**OWNS** [1] - 2160:17

## P

**P.M** [1] - 2128:1
**P.M** [2] - 2187:4, 2212:14
**PACMEN** [1] - 2171:9
**PAGE** [10] - 2144:18, 2147:11, 2167:15, 2188:9, 2188:10, 2190:20, 2191:13, 2192:14, 2208:23
**PAGES** [1] - 2183:1
**PAID** [8] - 2132:18, 2132:24, 2132:25, 2133:16, 2134:5, 2161:23, 2183:8,

2183:9
**PANDEMIC** [1] - 2186:5
**PAPER** [2] - 2162:12, 2208:3
**PAPERS** [1] - 2162:3
**PARAGRAPH** [4] - 2148:5, 2167:17, 2167:23, 2168:1
**PARALEGAL** [1] - 2211:24
**PARALEGALS** [1] - 2199:7
**PART** [9] - 2150:24, 2164:18, 2175:1, 2188:23, 2191:8, 2191:12, 2191:15, 2208:17
**PARTICIPATION** [1] - 2193:12
**PARTICULAR** [2] - 2172:15, 2209:8
**PARTIES** [13] - 2133:10, 2175:23, 2198:20, 2199:16, 2200:15, 2201:23, 2202:1, 2203:23, 2204:10, 2204:23, 2207:24, 2210:8, 2211:5
**PARTLY** [2] - 2141:9
**PARTS** [4] - 2149:11, 2152:1, 2191:11, 2194:22
**PARTY** [8] - 2143:7, 2143:11, 2143:21, 2143:25, 2144:1, 2144:2, 2155:21
**PASS** [1] - 2187:22
**PASSED** [1] - 2200:19
**PAST** [5] - 2131:19, 2132:13, 2139:4, 2172:5, 2177:6
**PATHWAY** [2] - 2139:11, 2174:5
**PATRICK** [1] - 2210:4
**PATTERN** [1] - 2179:7
**PAY** [9] - 2131:1, 2133:25, 2134:17, 2134:20, 2161:7, 2171:20, 2197:3, 2197:4
**PCE** [4] - 2152:22, 2177:23, 2180:5, 2188:3
**PELOQUIN** [1] - 2145:23
**PENALTY** [2] - 2138:11, 2138:14
**PEOPLE** [14] -

2129:21, 2132:7, 2134:19, 2140:21, 2141:2, 2141:8, 2142:20, 2150:14, 2153:16, 2156:3, 2165:19, 2169:13, 2186:6, 2186:15
**PER** [3] - 2149:12, 2152:1, 2194:22
**PERCENT** [4] - 2131:22, 2180:10, 2180:25, 2181:17
**PERCHLORATE** [1] - 2152:11
**PERCHLORATE** [27] - 2130:24, 2130:25, 2132:17, 2132:19, 2132:23, 2133:25, 2135:10, 2135:21, 2135:23, 2136:1, 2141:9, 2142:3, 2142:9, 2149:1, 2164:16, 2168:11, 2170:15, 2177:2, 2177:3, 2177:8, 2177:12, 2177:14, 2183:7, 2183:10, 2183:13, 2202:23, 2203:9
**PERFECT** [4] - 2138:10, 2146:14, 2159:17, 2177:4
**PERHAPS** [2] - 2201:3, 2211:15
**PERIODS** [1] - 2144:8
**PERMIT** [10] - 2141:14, 2147:17, 2152:10, 2152:12, 2164:22, 2193:2, 2193:8, 2194:21, 2194:23, 2198:2
**PERMITTED** [2] - 2150:4, 2186:17
**PERSON** [3] - 2165:21, 2181:19, 2198:2
**PERSPECTIVE** [1] - 2196:22
**PERSUADE** [1] - 2129:25
**PERUSE** [1] - 2201:17
**PET** [1] - 2171:16
**PETER** [1] - 2147:5
**PHRASED** [1] - 2211:2
**PHYSICS** [3] - 2177:8, 2196:18
**PICKED** [1] - 2175:18
**PIECE** [2] - 2154:21, 2161:3
**PILOTS** [1] - 2141:5

**PIT** [3] - 2140:18, 2140:19, 2142:8
**PLACE** [11] - 2136:7, 2136:15, 2140:19, 2141:12, 2150:2, 2160:6, 2168:9, 2170:3, 2171:20, 2171:25, 2198:1
**PLACES** [2] - 2170:5, 2176:12
**PLAINLY** [1] - 2202:3
**PLAINTIFF** [1] - 2160:6
**PLAINTIFF** [31] - 2134:22, 2135:3, 2135:11, 2136:2, 2136:25, 2146:8, 2149:12, 2150:19, 2150:20, 2151:7, 2151:10, 2151:11, 2151:17, 2157:13, 2159:13, 2159:23, 2160:17, 2166:12, 2166:19, 2182:20, 2185:3, 2185:7, 2198:21, 2198:22, 2199:6, 2199:25, 2200:10, 2202:10, 2205:21, 2210:15, 2212:6
**PLAINTIFF'S** [10] - 2134:23, 2135:18, 2136:5, 2139:13, 2149:16, 2150:16, 2164:14, 2166:24, 2200:4, 2201:5
**PLAINTIFFS** [5] - 2131:17, 2137:10, 2182:22, 2183:2, 2183:16
**PLAN** [2] - 2147:23, 2178:8
**PLAY** [1] - 2135:17
**PLAYED** [4] - 2154:25, 2155:1, 2176:4, 2176:15
**PLUME** [13] - 2154:17, 2154:18, 2154:19, 2172:4, 2174:1, 2174:10, 2174:11, 2174:12, 2175:2, 2175:10, 2175:11, 2192:10
**PLUMES** [1] - 2173:20
**PLUS** [2] - 2130:19, 2130:20
**POGROMS** [2] - 2129:8, 2129:10
**POINT** [20] - 2128:13, 2148:11, 2148:17,

2153:13, 2154:3, 2156:4, 2166:7, 2180:21, 2180:24, 2186:18, 2187:24, 2189:3, 2190:16, 2191:2, 2195:2, 2196:4, 2196:17, 2196:19, 2197:19, 2207:6
**POINTED** [1] - 2192:8
**POINTS** [4] - 2187:19, 2189:2, 2195:3, 2196:20
**POLICIES** [1] - 2156:12
**POLICY** [3] - 2156:13, 2158:5, 2158:19
**POLLUTER** [1] - 2192:4
**POSITION** [1] - 2180:17
**POSITIVE** [2] - 2154:5, 2175:17
**POSSESSION** [2] - 2160:4, 2160:9
**POSSIBILITY** [7] - 2139:19, 2139:21, 2140:6, 2140:11, 2140:16, 2191:5, 2197:14
**POSSIBLE** [2] - 2172:9, 2201:7
**POSSIBLY** [2] - 2167:19, 2168:6
**POST** [1] - 2210:25
**POST-TRIAL** [1] - 2210:25
**POTENTIAL** [7] - 2153:25, 2154:5, 2190:20, 2191:3, 2191:4, 2191:8, 2191:11
**POTENTIALLY** [1] - 2153:11
**POUNDS** [3] - 2176:3, 2189:20, 2189:24
**POWDER** [3] - 2166:9, 2166:10, 2166:12
**POWER** [1] - 2146:8
**PRACTICING** [1] - 2132:12
**PREACH** [1] - 2132:12
**PREDECESSOR** [1] - 2144:15
**PREDICT** [2] - 2179:12, 2179:13
**PREDICTABLY** [1] - 2135:8
**PREFER** [1] - 2210:12
**PRELIMINARY** [1] -

2153:21
**PREPARED** [5] - 2152:14, 2162:3, 2162:12, 2169:21, 2198:21
**PREPONDERANCE** [1] - 2189:7
**PRESENCE** [6] - 2128:4, 2186:23, 2186:25, 2187:6, 2198:16, 2198:18
**PRESENT** [8] - 2128:6, 2142:14, 2144:21, 2187:8, 2187:9, 2187:10, 2187:12, 2199:23
**PRESENTED** [4] - 2194:8, 2204:1, 2207:3, 2208:1
**PRESENTING** [1] - 2200:16
**PRESIDENT** [1] - 2196:3
**PRESSURE** [1] - 2172:8
**PRESSURIZED** [2] - 2181:7, 2181:9
**PRESUMABLY** [1] - 2202:8
**PRETTY** [2] - 2193:9, 2203:17
**PREVAIL** [1] - 2202:14
**PREVAILS** [1] - 2202:1
**PREVIOUSLY** [3] - 2209:3, 2209:4, 2211:17
**PRIMARY** [1] - 2155:5
**PRINT** [1] - 2195:9
**PRINTED** [2] - 2200:23, 2211:20
**PRIVATE** [1] - 2198:1
**PRIVILEGE** [1] - 2150:1
**PROACTIVELY** [1] - 2154:7
**PROBABILITY** [1] - 2137:19
**PROBLEM** [19] - 2135:4, 2145:19, 2146:5, 2149:1, 2158:2, 2162:10, 2162:11, 2163:24, 2164:16, 2165:4, 2169:22, 2178:11, 2178:14, 2180:12, 2196:1, 2202:16, 2203:16
**PROBLEMS** [4] - 2145:6, 2146:10,

2170:7, 2178:8
**PROCEEDINGS** [1] - 2212:14
**PROCESS** [11] - 2133:8, 2139:22, 2143:23, 2146:22, 2148:22, 2148:23, 2150:9, 2173:10, 2191:16, 2192:25, 2202:11
**PROCESSES** [1] - 2133:14
**PRODUCED** [1] - 2155:22
**PRODUCT** [1] - 2199:9
**PRODUCTION** [3] - 2148:8, 2148:10, 2153:11
**PROFESSIONAL** [1] - 2157:12
**PROFFERED** [1] - 2210:14
**PROGRAM** [2] - 2164:22, 2165:1
**PROGRESSED** [1] - 2166:4
**PROJECT** [3] - 2135:4, 2152:6, 2193:14
**PROJECTS** [1] - 2193:23
**PRONOUNCING** [1] - 2146:10
**PROOF** [5] - 2149:6, 2166:18, 2167:2, 2189:17, 2208:13
**PROPER** [2] - 2137:1, 2180:20
**PROPERLY** [1] - 2128:10
**PROPERTY** [21] - 2159:13, 2159:16, 2159:18, 2159:19, 2159:21, 2160:3, 2160:13, 2160:18, 2161:9, 2169:12, 2182:6, 2182:8, 2182:10, 2182:13, 2182:15, 2183:22, 2200:4, 2201:5, 2207:16, 2207:20, 2207:21
**PROPOSAL** [2] - 2153:7, 2153:8
**PROPOSE** [1] - 2204:24
**PROPOSED** [1] - 2205:21
**PROSPECTING** [1] -

2165:18
**PROTECT** [1] - 2141:2
**PROVE** [9] - 2136:20, 2160:5, 2160:6, 2166:12, 2167:3, 2167:6, 2185:20, 2190:4
**PROVEN** [1] - 2207:19
**PROVIDE** [2] - 2155:21, 2199:22
**PROVIDED** [4] - 2155:21, 2211:17, 2211:24, 2212:6
**PROVIDING** [2] - 2178:16, 2211:19
**PSHAW** [1] - 2145:4
**PSYCHOLOGICAL** [1] - 2138:14
**PUBLIC** [1] - 2151:24
**PUBLIC** [5] - 2149:11, 2149:13, 2155:13, 2162:1, 2194:23
**PUBLISH** [1] - 2132:7
**PUDDING** [1] - 2149:7
**PULL** [1] - 2195:4
**PULLS** [2] - 2176:10, 2176:11
**PUMPED** [1] - 2160:10
**PUMPING** [2] - 2176:23, 2196:8
**PUMPS** [1] - 2196:13
**PURCHASE** [1] - 2194:19
**PURE** [14] - 2131:10, 2131:11, 2131:12, 2131:14, 2131:22, 2131:24, 2158:21, 2178:16, 2180:17, 2180:19, 2181:2, 2182:3, 2185:23, 2185:24
**PURPOSE** [3] - 2145:23, 2145:24, 2154:2
**PURSUANT** [2] - 2141:13, 2147:24
**PUT** [20] - 2130:11, 2130:25, 2134:18, 2138:14, 2139:12, 2153:2, 2164:18, 2167:7, 2169:20, 2170:23, 2170:24, 2171:17, 2173:16, 2179:25, 2182:20, 2183:19, 2192:9, 2194:1, 2196:9
**PUTS** [2] - 2153:1, 2196:22
**PUTTING** [2] - 2181:3, 2190:8

**Q**

**Q&A** [1] - 2197:7
**Q-2** [3] - 2133:3, 2133:5, 2134:6
**QUALIFIED** [3] - 2174:10, 2175:9, 2184:22
**QUALITY** [1] - 2147:13
**QUALITY** [1] - 2162:8
**QUESTION** [6] - 2142:1, 2157:2, 2157:23, 2167:22, 2167:24, 2168:2
**QUESTIONING** [1] - 2191:5
**QUESTIONS** [4] - 2156:16, 2183:5, 2193:6, 2212:11
**QUICK** [3] - 2193:9, 2201:15
**QUITE** [3] - 2196:3, 2202:19, 2204:7
**QUOTE** [2] - 2131:9, 2162:5
**QUOTES** [4] - 2150:25, 2151:1, 2151:2, 2188:21
**QUOTING** [1] - 2188:14

**R**

**RAGS** [1] - 2142:9
**RAIDERS** [1] - 2163:5
**RAISE** [1] - 2201:24
**RAISED** [2] - 2199:1, 2211:9
**RAISING** [2] - 2204:9, 2204:23
**RAN** [3] - 2157:19, 2176:5, 2186:6
**RAP** [2] - 2159:7
**RAPS** [1] - 2159:6
**RATHER** [2] - 2143:11, 2155:15
**RATIONAL** [1] - 2203:11
**RCRA** [7] - 2136:12, 2145:12, 2147:11, 2166:6, 2166:7, 2170:11
**REACH** [2] - 2188:25, 2197:10
**READ** [9] - 2130:14, 2138:18, 2159:20, 2167:14, 2172:24, 2188:12, 2191:10, 2195:9, 2199:24

**READILY** [1] - 2168:15
**READING** [4] - 2138:16, 2149:14, 2178:23, 2188:8
**READINGS** [2] - 2178:15, 2185:19
**READY** [1] - 2186:10
**REAL** [4] - 2133:24, 2151:1, 2170:10, 2174:6
**REALITY** [2] - 2163:12, 2193:10
**REALIZE** [1] - 2129:24
**REALLY** [23] - 2128:14, 2128:15, 2129:4, 2129:7, 2130:19, 2141:6, 2143:4, 2145:20, 2149:3, 2150:7, 2152:21, 2168:25, 2171:5, 2172:6, 2173:6, 2173:17, 2181:2, 2181:3, 2186:1, 2202:24, 2208:15, 2208:18, 2209:9
**REASON** [8] - 2128:11, 2138:21, 2140:20, 2170:8, 2170:10, 2171:4, 2172:23, 2208:18
**REASONABLE** [5] - 2130:25, 2137:19, 2165:21, 2182:11, 2207:14
**REASONABLENESS** [1] - 2182:19
**REASONABLY** [1] - 2201:17
**REASONS** [5] - 2129:1, 2133:21, 2148:24, 2154:17, 2204:22
**REBUTTAL** [4] - 2186:12, 2186:18, 2187:10, 2187:12
**RECEIVE** [1] - 2209:17
**RECEIVED** [7] - 2143:11, 2199:3, 2199:5, 2201:1, 2210:11, 2210:13, 2210:15
**RECEIVING** [5] - 2143:7, 2143:15, 2143:21, 2143:25, 2144:2
**RECESS** [3] - 2187:24, 2206:24, 2212:12

**RECOMMENDATION S** [1] - 2179:1
**RECONSIDERED** [1] - 2168:24
**RECORD** [8] - 2128:5, 2187:7, 2198:9, 2199:17, 2200:17, 2201:11, 2203:22, 2208:11
**RECORDS** [2] - 2145:17, 2189:1
**RECOVER** [1] - 2200:11
**RECOVERY** [1] - 2162:20
**REDACTED** [3] - 2199:3, 2211:18, 2211:24
**REDO** [1] - 2193:19
**REFERENCE** [1] - 2136:21
**REFERENCING** [1] - 2142:2
**REFERRED** [2] - 2174:6, 2174:9
**REFERRING** [1] - 2208:24
**REFLECT** [2] - 2200:17, 2201:20
**REFLECTS** [2] - 2199:16, 2201:10
**REGARD** [2] - 2197:15, 2203:4
**REGARDLESS** [1] - 2161:2, 2167:2
**REGIONAL** [1] - 2147:12
**REGULARLY** [1] - 2132:5
**REGULATES** [1] - 2159:5
**REGULATIONS** [5] - 2145:8, 2147:25, 2166:7, 2170:12, 2178:12
**REGULATORS** [6] - 2144:5, 2147:1, 2150:6, 2153:14, 2195:10, 2195:19
**REGULATORY** [1] - 2170:21
**RELATED** [2] - 2132:21, 2137:12
**RELATES** [1] - 2149:19
**RELATING** [1] - 2133:4
**RELATION** [1] - 2208:15
**RELY** [1] - 2188:18

14

**RELYING** [2] - 2188:24, 2210:21
**REMEDIATING** [1] - 2150:10
**REMEDIATION** [2] - 2169:16, 2209:7
**REMEDY** [1] - 2204:24
**REMEMBER** [23] - 2132:22, 2138:16, 2138:20, 2139:4, 2139:13, 2143:7, 2143:12, 2143:24, 2147:16, 2148:12, 2149:25, 2150:11, 2157:23, 2158:1, 2164:13, 2165:13, 2170:25, 2172:12, 2176:8, 2177:18, 2184:9, 2184:12, 2186:14
**REMEMBERING** [1] - 2210:23
**REMIND** [1] - 2133:4
**REMINDER** [1] - 2169:11
**REMOVE** [3] - 2193:9, 2194:1, 2195:2
**REMOVED** [3] - 2162:20, 2189:22, 2189:24
**RENDER** [1] - 2202:8
**RENEWED** [1] - 2208:1
**REPAIR** [2] - 2182:12, 2182:14
**REPEAT** [3] - 2147:20, 2207:17
**REPEATEDLY** [2] - 2190:22, 2194:15
**REPEATING** [1] - 2148:7
**REPERCUSSIONS** [2] - 2145:13, 2146:4
**REPORT** [38] - 2137:24, 2139:21, 2139:23, 2140:2, 2140:11, 2140:14, 2141:18, 2144:13, 2147:14, 2152:13, 2152:14, 2153:22, 2153:23, 2153:24, 2154:1, 2154:2, 2154:4, 2168:22, 2169:2, 2172:21, 2172:24, 2172:25, 2173:1, 2174:4, 2174:5, 2188:9, 2188:14, 2188:18, 2190:22, 2190:25, 2191:8, 2191:10,

2191:14, 2192:14, 2196:21
**REPORTED** [1] - 2169:5
**REPORTER** [1] - 2151:1
**REPORTING** [2] - 2145:19, 2145:20
**REPORTS** [6] - 2137:14, 2168:13, 2168:14, 2172:10, 2174:7, 2178:12
**REPRESENTATIVE** [1] - 2179:21
**REPRESENTED** [1] - 2138:12
**REPRESENTS** [1] - 2198:23
**REPRIMANDED** [1] - 2146:2
**REPRIMANDING** [1] - 2145:19
**REPUTABLE** [2] - 2174:9, 2175:9
**REQUEST** [3] - 2153:1, 2153:2, 2205:5
**REQUESTING** [2] - 2209:25, 2210:25
**REQUIRE** [2] - 2166:17, 2208:13
**REQUIRED** [8] - 2133:6, 2141:11, 2142:5, 2142:10, 2142:16, 2144:4, 2144:21, 2148:6
**REQUIREMENT** [4] - 2147:19, 2147:21, 2183:23, 2194:21
**REQUIREMENTS** [1] - 2147:18
**RESISTANT** [1] - 2192:7
**RESOLUTION** [2] - 2133:8, 2133:13
**RESOLVE** [2] - 2163:24, 2165:3
**RESOLVED** [6] - 2133:8, 2133:9, 2133:10, 2148:17, 2212:6
**RESPECT** [5] - 2196:12, 2199:17, 2201:21, 2211:13, 2212:11
**RESPECTIVE** [1] - 2199:7
**RESPOND** [1] - 2187:17
**RESPONDS** [1] -

2154:13
**RESPONSE** [1] - 2175:1
**RESPONSIBILITY** [8] - 2133:20, 2156:5, 2156:7, 2185:9, 2192:3, 2196:24, 2197:5, 2203:4
**RESPONSIBLE** [3] - 2130:22, 2132:17, 2166:10
**REST** [5] - 2164:13, 2169:15, 2189:24, 2194:3, 2194:10
**RESTORATION** [1] - 2200:11
**RESTORE** [1] - 2182:8
**RESTS** [1] - 2136:5
**RESULT** [3] - 2149:6, 2171:25, 2182:21
**RESULTED** [2] - 2166:16, 2169:14
**RETAIL** [1] - 2180:24
**RETEST** [1] - 2148:10
**RETESTED** [1] - 2148:11
**RETORT** [1] - 2181:22
**RETURN** [4] - 2197:19, 2198:5, 2202:9, 2211:6
**RETURNING** [1] - 2209:10
**REVIEW** [1] - 2200:16
**REVIEWED** [1] - 2152:15
**REVIEWING** [1] - 2201:21
**REVOLUTIONARY** [2] - 2171:3, 2171:4
**RHETORIC** [2] - 2131:19, 2132:13
**RICH** [1] - 2138:8
**RICHARD** [23] - 2128:20, 2131:7, 2131:20, 2132:14, 2133:2, 2138:1, 2139:19, 2140:13, 2143:6, 2147:5, 2155:19, 2158:20, 2161:19, 2165:12, 2174:8, 2181:1, 2182:2, 2187:1, 2187:12, 2196:23, 2205:1, 2206:9, 2208:19
**RICHARD** [16] - 2187:14, 2198:25, 2199:11, 2205:2, 2206:2, 2206:6, 2206:10, 2206:13,

2206:19, 2208:21, 2209:2, 2209:6, 2209:18, 2210:23, 2211:23, 2212:1
**RICHARD'S** [2] - 2169:10, 2187:22
**RIDICULOUS** [5] - 2145:5, 2157:6, 2165:24, 2169:3, 2182:12
**RIGHTEOUS** [1] - 2135:12
**RIGHTFULLY** [1] - 2135:16
**RIGHTS** [13] - 2159:16, 2159:18, 2159:19, 2159:21, 2160:13, 2160:14, 2160:15, 2160:24, 2160:25, 2161:1, 2161:2, 2161:9, 2207:20
**RIOTS** [1] - 2129:9
**RISE** [2] - 2186:21, 2198:14
**RISING** [1] - 2207:7
**RISK** [5] - 2149:13, 2161:25, 2162:4, 2181:3, 2181:4
**ROAD** [1] - 2178:7
**ROLE** [2] - 2130:16, 2130:17
**ROLES** [1] - 2157:12
**ROSE** [1] - 2129:23
**RUBBER** [1] - 2178:6
**RULED** [1] - 2191:16
**RULES** [3] - 2141:7, 2178:18
**RULING** [2] - 2197:3, 2200:12
**RUN** [1] - 2168:16
**RUNNING** [2] - 2172:7, 2185:8
**RUNS** [1] - 2184:23

# S

**S-1** [2] - 2165:7, 2178:25
**S-2** [2] - 2165:7, 2178:25
**SABIC** [1] - 2208:25
**SABIC** [1] - 2208:25
**SAFE** [8] - 2129:20, 2156:13, 2156:17, 2157:4, 2157:8, 2157:9, 2194:13
**SAFETY** [1] - 2142:3
**SAILING** [1] - 2129:14
**SAMPLE** [1] - 2148:2

**SAMPLES** [1] - 2148:1
**SAMPLING** [3] - 2181:25, 2182:1
**SANITARY** [1] - 2152:15
**SANTA** [3] - 2187:7, 2205:24, 2206:15
**SAT** [1] - 2190:21
**SATISFIED** [1] - 2208:10
**SAUGUS** [33] - 2132:20, 2134:7, 2139:7, 2139:10, 2152:11, 2152:21, 2162:9, 2163:16, 2172:4, 2172:5, 2172:8, 2172:10, 2172:11, 2172:18, 2173:7, 2173:14, 2178:20, 2178:21, 2183:12, 2183:13, 2184:10, 2191:22, 2191:23, 2194:20, 2196:14, 2205:25, 2206:16
**SAW** [7] - 2145:16, 2145:18, 2146:20, 2156:2, 2164:22, 2165:2, 2179:8
**SCENARIO** [1] - 2134:22
**SCHOOL** [1] - 2184:1
**SCIENCE** [6] - 2142:22, 2161:21, 2161:24, 2166:4, 2184:15, 2186:2
**SCIENTIFIC** [1] - 2137:19
**SCIENTISTS** [1] - 2184:16
**SCOPING** [1] - 2191:12
**SCOTT** [1] - 2201:13
**SCOTT** [5] - 2200:1, 2200:13, 2200:18, 2205:6, 2206:5
**SCRATCH** [1] - 2135:3
**SCREENING** [2] - 2139:22, 2191:15
**SCV** [1] - 2131:20
**SEATED** [2] - 2186:24, 2198:17
**SECOND** [3] - 2134:22, 2160:16, 2167:23
**SECTION** [1] - 2206:4
**SEE** [33] - 2130:4, 2130:12, 2132:7, 2134:19, 2135:14, 2141:13, 2141:20,

2141:21, 2146:1, 2146:13, 2150:3, 2163:1, 2167:24, 2172:3, 2173:6, 2174:10, 2174:12, 2175:3, 2175:4, 2181:12, 2187:15, 2188:15, 2188:23, 2201:3, 2204:9, 2204:21, 2204:23, 2205:16, 2208:18, 2209:13, 2209:16, 2210:6, 2211:5

**SEGREGATED** [1] - 2204:5

**SELL** [2] - 2134:15, 2160:2

**SELLS** [1] - 2169:12

**SEMANTIC** [1] - 2191:7

**SEND** [5] - 2144:23, 2153:8, 2156:3, 2156:6, 2180:3

**SENIOR** [3] - 2152:5, 2157:13, 2181:19

**SENSE** [10] - 2129:5, 2135:1, 2135:17, 2144:25, 2159:17, 2161:13, 2165:9, 2177:4, 2206:20, 2209:16

**SENT** [4] - 2144:3, 2150:5, 2156:14, 2201:7

**SENTENCE** [4] - 2160:6, 2160:22, 2188:10, 2188:23

**SENTRY** [2] - 2184:9, 2184:11

**SEPTEMBER** [1] - 2147:24

**SERVE** [9] - 2131:23, 2132:6, 2132:12, 2156:13, 2157:2, 2157:17, 2158:19, 2158:21, 2181:2

**SERVICE** [5] - 2177:20, 2178:22, 2179:2, 2186:6, 2186:8

**SERVICES** [1] - 2144:15

**SERVING** [4] - 2180:25, 2182:3, 2194:13, 2194:18

**SET** [3] - 2178:19, 2191:12, 2200:22

**SETS** [2] - 2190:20, 2195:25

**SETTLE** [1] - 2199:14

**SETTLED** [3] - 2170:16, 2207:1, 2207:3

**SETTLEMENT** [3] - 2133:5, 2133:7, 2170:16

**SEVERAL** [4] - 2132:24, 2180:5, 2183:1, 2184:24

**SEW** [1] - 2199:10

**SHALL** [1] - 2178:21

**SHARE** [1] - 2211:9

**SHELDON** [4] - 2163:3, 2163:6, 2163:7, 2163:11

**SHELDON'S** [1] - 2163:5

**SHIPPED** [1] - 2150:4

**SHOW** [11] - 2130:8, 2130:13, 2145:22, 2147:8, 2163:3, 2163:6, 2163:7, 2178:13, 2189:4, 2189:6, 2189:11

**SHOWED** [3] - 2147:5, 2169:7, 2195:6

**SHOWING** [2] - 2132:18, 2192:14

**SHOWN** [4] - 2138:3, 2191:13, 2194:11, 2195:4

**SHOWS** [6] - 2128:12, 2142:13, 2163:6, 2177:16, 2184:17, 2188:5

**SHTETL** [1] - 2129:11

**SHUT** [1] - 2163:19

**SHY** [1] - 2146:13

**SIC** [20] - 2139:6, 2139:11, 2153:10, 2153:25, 2154:16, 2154:17, 2154:19, 2155:6, 2172:3, 2172:15, 2172:17, 2173:5, 2174:22, 2175:23, 2176:2, 2189:5, 2189:7, 2189:12, 2189:16, 2192:13

**SICK** [1] - 2138:9

**SIGNATURES** [4] - 2143:10, 2143:13, 2143:14, 2143:21

**SIGNS** [3] - 2143:23, 2143:24, 2143:25

**SIMILAR** [1] - 2158:4

**SIMMONS** [1] - 2171:2

**SIMPLE** [7] - 2151:3, 2151:4, 2151:10, 2151:17, 2156:16,

2183:24, 2196:18

**SIMPLY** [3] - 2146:25, 2191:5, 2204:4

**SIMPSON** [7] - 2134:7, 2134:10, 2135:7, 2135:9, 2138:1, 2192:22, 2193:11

**SINGLE** [7] - 2145:1, 2145:18, 2160:22, 2161:3, 2175:9, 2175:10

**SISTER** [1] - 2129:9

**SIT** [2] - 2133:15, 2181:4

**SITE** [31] - 2136:7, 2136:16, 2136:17, 2136:20, 2144:1, 2144:23, 2145:25, 2150:21, 2152:24, 2162:19, 2162:23, 2165:13, 2166:21, 2168:10, 2169:16, 2170:20, 2170:23, 2173:2, 2173:5, 2174:13, 2175:11, 2175:12, 2179:18, 2189:19, 2190:1, 2192:17, 2192:20

**SITTING** [2] - 2135:13, 2156:11

**SLATE** [1] - 2134:4

**SLEEP** [1] - 2210:3

**SLEEPING** [1] - 2181:12

**SLIDE** [1] - 2171:14

**SLLC** [2] - 2169:13, 2169:17

**SLOW** [1] - 2148:23

**SMALL** [6] - 2129:11, 2139:7, 2139:10, 2172:18, 2172:19, 2172:20

**SMART** [2] - 2136:8, 2156:6

**SMARTER** [1] - 2161:5

**SNOWSTORM** [1] - 2170:21

**SOIL** [4] - 2147:25, 2162:20, 2177:24, 2189:25

**SOLD** [2] - 2134:13, 2134:16

**SOLEMNLY** [1] - 2197:25

**SOLIDS** [1] - 2164:24

**SOLVENT** [1] - 2174:25

**SOLVENTS** [2] -

2169:22, 2169:23

**SOMEONE** [7] - 2144:5, 2161:22, 2188:14, 2188:24, 2196:11, 2197:4, 2201:7

**SOMETHING'S** [1] - 2196:11

**SOMETIME** [1] - 2168:8

**SOMETIMES** [2] - 2158:9, 2159:14

**SOMEWHAT** [1] - 2192:7

**SON** [1] - 2181:12

**SORRY** [14] - 2133:23, 2139:15, 2139:17, 2139:24, 2144:17, 2147:5, 2154:12, 2154:22, 2155:2, 2172:13, 2174:14, 2174:23, 2177:2, 2205:19

**SORSHER** [2] - 2149:23, 2195:16

**SORT** [1] - 2129:1

**SOUNDS** [1] - 2140:8

**SOURCE** [55] - 2137:18, 2137:20, 2139:3, 2140:7, 2149:7, 2149:18, 2150:19, 2150:22, 2151:15, 2152:4, 2152:7, 2153:4, 2153:9, 2153:16, 2153:25, 2155:5, 2155:10, 2160:11, 2165:11, 2172:2, 2172:14, 2172:18, 2172:19, 2172:20, 2172:24, 2172:25, 2173:1, 2174:16, 2174:18, 2174:20, 2174:21, 2175:22, 2176:20, 2176:23, 2177:6, 2177:7, 2177:17, 2177:22, 2188:15, 2189:5, 2189:7, 2189:13, 2189:16, 2190:4, 2190:5, 2190:11, 2190:16, 2191:4, 2191:8, 2191:22, 2192:16, 2193:1

**SOURCES** [5] - 2153:10, 2153:17, 2155:8, 2177:19, 2191:11

**SPEAKING** [1] - 2199:14

**SPECIAL** [8] - 2182:25, 2201:19, 2203:16, 2203:23, 2204:1, 2206:25, 2207:2, 2212:12

**SPECIFIC** [1] - 2197:16

**SPELL** [1] - 2198:9

**SPEND** [1] - 2182:11

**SPENT** [7] - 2137:7, 2143:6, 2150:10, 2156:10, 2157:15, 2182:22, 2184:18

**SPILLED** [2] - 2165:25, 2171:18

**SPILLING** [2] - 2169:22, 2169:23

**SPITE** [1] - 2146:18

**SPTF** [3] - 2152:11, 2178:9, 2179:18

**SQUARE** [2] - 2196:18, 2203:3

**STAND** [11] - 2139:20, 2140:16, 2156:2, 2167:8, 2169:4, 2183:18, 2183:19, 2188:6, 2190:22, 2192:19, 2209:6

**STANDARD** [1] - 2194:6

**STANDS** [1] - 2190:25

**STANIN** [12] - 2137:11, 2137:14, 2153:7, 2168:13, 2173:16, 2174:9, 2174:15, 2175:16, 2184:20, 2184:24, 2185:3, 2196:7

**START** [7] - 2129:5, 2135:3, 2187:20, 2188:11, 2193:16, 2193:24, 2194:2

**STARTED** [1] - 2203:17

**STARTING** [2] - 2134:4, 2193:13

**STARTS** [2] - 2148:14, 2151:19

**STATE** [1] - 2159:25

**STATE** [5] - 2144:5, 2159:4, 2162:17, 2198:9, 2199:16

**STATEMENT** [7] - 2138:19, 2145:20, 2158:5, 2158:7, 2160:24, 2187:21, 2206:7

**STATEMENTS** [1] - 2184:23

**STATIONS** [1] -

2177:20
**STATUS** [1] - 2147:16
**STAY** [1] - 2212:9
**STAYED** [1] - 2184:16
**STEFFEY** [1] - 2178:13
**STEP** [5] - 2167:5, 2167:6, 2197:22, 2202:24, 2203:3
**STEPS** [2] - 2150:12
**STILL** [9] - 2136:15, 2140:11, 2140:15, 2163:18, 2166:12, 2184:19, 2192:7, 2192:8, 2205:16
**STIPULATED** [1] - 2132:18
**STOCKED** [1] - 2175:24
**STONE** [2] - 2156:9, 2180:3
**STONE** [1] - 2156:14
**STOOD** [1] - 2140:14
**STOP** [3] - 2175:5, 2181:6, 2181:9
**STOPPED** [1] - 2168:14
**STOPPING** [2] - 2175:6, 2175:12
**STORAGE** [1] - 2189:1
**STRAYED** [1] - 2139:14
**STRICT** [1] - 2166:11
**STRIKES** [1] - 2150:24
**STRONGER** [1] - 2155:22
**STUCK** [1] - 2138:17
**STUDIES** [2] - 2166:25, 2175:10
**STUDY** [6] - 2154:14, 2170:5, 2190:12, 2190:14, 2190:16, 2190:17
**STUFF** [4] - 2128:11, 2136:6, 2169:18, 2186:3
**STUNG** [1] - 2179:10
**SUBJECT** [1] - 2186:15
**SUBMISSION** [2] - 2201:22, 2208:8
**SUBMIT** [2] - 2165:1, 2208:22
**SUBMITTED** [1] - 2164:23
**SUBPOENA** [2] - 2146:8, 2146:12
**SUBSTANCES** [1] - 2195:22

**SUBSTANCES** [1] - 2159:5
**SUBSTANTIAL** [2] - 2169:14, 2195:14
**SUBSTANTIAL** [4] - 2190:5, 2190:6, 2205:25, 2206:16
**SUBSTRUCTURE** [1] - 2148:19
**SUBSURFACE** [1] - 2160:19
**SUCK** [1] - 2171:17
**SUCKED** [1] - 2172:10
**SUGGEST** [7] - 2128:25, 2162:8, 2191:21, 2193:13, 2205:20, 2205:22, 2206:10
**SUGGESTED** [1] - 2202:2
**SUGGESTION** [1] - 2194:17
**SUM** [1] - 2130:25
**SUMMARY** [1] - 2167:16
**SUN** [1] - 2150:25
**SUPERIORS** [1] - 2154:23
**SUPERMAN** [1] - 2138:9
**SUPPLEMENT** [1] - 2208:8
**SUPPLY** [2] - 2185:23, 2185:24
**SUPPORT** [5] - 2137:19, 2147:8, 2179:23, 2210:14, 2210:18
**SUPPORTED** [1] - 2164:20
**SUPPOSE** [1] - 2192:21
**SUPPOSED** [5] - 2147:3, 2147:24, 2148:4, 2154:1, 2176:11
**SURFACE** [4] - 2148:1, 2148:2, 2148:20, 2160:18
**SURPRISE** [2] - 2166:22, 2176:19
**SURPRISED** [1] - 2163:1
**SURPRISING** [3] - 2177:24, 2177:25, 2191:9
**SUSPECT** [2] - 2203:10, 2210:8
**SVE** [1] - 2171:24
**SWAPPED** [1] -

2199:4
**SWEAR** [1] - 2197:25
**SWORN** [1] - 2197:22
**SYSTEM** [17] - 2131:1, 2134:1, 2134:8, 2135:10, 2135:20, 2148:6, 2171:2, 2171:3, 2171:14, 2180:24, 2181:7, 2181:9, 2181:10, 2181:17, 2183:10, 2183:13
**SYSTEMS** [9] - 2132:19, 2134:5, 2134:6, 2162:19, 2162:20, 2162:22, 2171:13, 2171:24

---

# T

**TABLE** [2] - 2173:22
**TALKS** [5] - 2144:17, 2144:19, 2148:7, 2167:17, 2182:2
**TANK** [4] - 2171:19, 2178:24, 2180:6, 2180:9
**TASK** [1] - 2186:2
**TAUGHT** [2] - 2129:16, 2129:23
**TCA** [16] - 2137:15, 2137:16, 2137:21, 2168:15, 2169:7, 2169:8, 2169:9, 2169:21, 2169:23, 2170:2, 2187:22, 2188:4, 2188:8, 2188:13
**TCE** [36] - 2151:25, 2152:22, 2153:10, 2154:18, 2155:7, 2168:15, 2169:6, 2170:13, 2172:14, 2173:6, 2173:18, 2173:19, 2175:11, 2175:12, 2175:17, 2175:20, 2175:24, 2177:2, 2177:4, 2177:5, 2177:6, 2177:7, 2177:9, 2177:13, 2177:15, 2177:19, 2177:23, 2179:13, 2179:14, 2188:1, 2188:8, 2188:13, 2189:20, 2191:22, 2196:6
**TDS** [3] - 2165:2, 2165:5, 2183:12
**TEACHER** [2] - 2137:4, 2206:13

**TEACHING** [1] - 2184:19
**TECHNICAL** [1] - 2156:5
**TECHNOLOGIES** [2] - 2171:10, 2171:11
**TECHNOLOGY** [1] - 2170:25
**TEENAGERS** [1] - 2138:9
**TELEVISION** [1] - 2184:17
**TEN** [7] - 2131:12, 2136:12, 2138:6, 2175:19, 2176:19, 2180:8
**TEND** [1] - 2158:9
**TERM** [1] - 2185:4
**TERMS** [5] - 2142:2, 2142:22, 2144:9, 2207:13, 2208:12
**TEST** [2] - 2147:7, 2149:3
**TESTIFIED** [30] - 2137:10, 2137:12, 2138:3, 2139:6, 2139:23, 2141:17, 2146:3, 2146:11, 2148:14, 2149:1, 2157:18, 2165:2, 2165:16, 2168:20, 2172:6, 2172:7, 2172:17, 2172:21, 2173:10, 2173:13, 2174:15, 2178:6, 2179:22, 2185:17, 2187:25, 2188:5, 2191:23, 2192:25, 2193:8, 2210:24
**TESTIFY** [6] - 2139:17, 2156:11, 2156:15, 2185:2, 2191:4, 2210:24
**TESTIFYING** [2] - 2157:23, 2158:8
**TESTIMONIES** [1] - 2158:22
**TESTIMONY** [20] - 2141:10, 2141:11, 2142:13, 2142:24, 2143:9, 2151:6, 2153:20, 2154:10, 2157:16, 2158:12, 2158:17, 2164:19, 2165:15, 2167:13, 2173:15, 2175:14, 2177:18, 2189:23, 2194:10, 2196:16
**TESTING** [1] - 2170:20
**TESTS** [1] - 2147:25

**THE** [61] - 2128:5, 2186:9, 2186:21, 2186:24, 2187:7, 2197:12, 2197:25, 2198:7, 2198:8, 2198:11, 2198:12, 2198:14, 2198:17, 2199:5, 2199:13, 2199:20, 2200:9, 2200:14, 2200:21, 2200:25, 2201:9, 2201:13, 2202:14, 2202:18, 2203:10, 2203:22, 2203:25, 2204:21, 2205:1, 2205:3, 2205:7, 2205:9, 2205:12, 2205:16, 2205:18, 2205:20, 2206:8, 2206:12, 2206:14, 2206:21, 2206:23, 2207:11, 2207:22, 2208:6, 2208:19, 2208:24, 2209:3, 2209:12, 2209:19, 2209:24, 2210:5, 2210:11, 2211:4, 2211:11, 2211:15, 2211:21, 2211:25, 2212:3, 2212:9
**THEME** [1] - 2159:2
**THEORIES** [1] - 2184:6
**THEORY** [1] - 2147:9
**THEORY** [1] - 2163:2
**THEREFORE** [4] - 2151:8, 2166:15, 2181:8, 2202:25
**THEY'VE** [6] - 2161:7, 2163:21, 2167:2, 2167:4, 2192:5, 2207:19
**THIN** [4] - 2173:23
**THINKING** [2] - 2136:4, 2187:17
**THOROUGH** [1] - 2154:4
**THOUGHTFUL** [1] - 2204:11
**THOUGHTS** [1] - 2201:20
**THOUSAND** [3] - 2145:25, 2189:19, 2190:1
**THOUSAND-ACRE** [3] - 2145:25, 2189:19, 2190:1
**THREAT** [2] - 2162:9, 2162:14

THREE [8] - 2134:13, 2137:9, 2140:10, 2166:17, 2175:4, 2175:15, 2208:23, 2210:3
THREW [1] - 2145:3
THROUGHOUT [1] - 2192:17
THROW [1] - 2160:23
THROW-IN [1] - 2160:23
THROWING [1] - 2135:14
THURSDAY [1] - 2128:1
TIMED [1] - 2145:21
TIMELINE [1] - 2170:19
TODAY [7] - 2129:17, 2133:16, 2139:1, 2152:16, 2155:12, 2166:5, 2171:7
TODD [4] - 2153:5, 2153:6, 2153:8, 2185:15
TOGETHER [1] - 2198:1
TONS [1] - 2166:22
TOOK [6] - 2136:7, 2136:15, 2146:21, 2160:6, 2170:24, 2197:4
TOP [1] - 2188:9
TOTAL [3] - 2164:24, 2189:16, 2206:5
TOTALITY [3] - 2139:25, 2203:6, 2205:23
TOTALLY [2] - 2134:2, 2204:18
TOUCH [1] - 2211:4
TOV [1] - 2186:7
TOWARDS [1] - 2168:3
TOXIC [1] - 2159:5
TOXICOLOGIST [2] - 2156:22, 2183:17
TOYS [1] - 2140:21
TRAINED [2] - 2129:17, 2145:11
TRAINING [1] - 2145:11
TRANSCRIPT [3] - 2139:24, 2154:24, 2160:22
TRANSCRIPTS [1] - 2130:14
TRANSLATED [1] - 2200:12
TRANSPORTER [2] -

2143:24, 2144:1
TRAVELED [1] - 2196:6
TREAT [6] - 2135:21, 2135:22, 2161:21, 2163:23, 2194:14, 2194:16
TREATMENT [1] - 2152:11
TREATMENT [9] - 2130:25, 2132:19, 2134:1, 2135:10, 2159:10, 2170:24, 2193:15, 2194:1, 2195:2
TRENDS [1] - 2162:7
TRESPASS [7] - 2159:15, 2166:16, 2200:6, 2200:11, 2202:7, 2208:13, 2209:8
TRESPASSED [1] - 2203:1
TRIAL [20] - 2128:5, 2128:13, 2130:9, 2132:21, 2137:25, 2138:7, 2138:13, 2138:15, 2139:5, 2139:8, 2139:17, 2139:24, 2143:2, 2156:10, 2157:20, 2176:6, 2177:18, 2180:18, 2188:12, 2210:25
TRIED [2] - 2138:11, 2174:8
TRIES [1] - 2196:11
TRIGGER [1] - 2181:18
TRILLION [1] - 2182:12
TRILLIONTH [1] - 2131:12
TROWBRIDGE [3] - 2211:14, 2211:17, 2212:8
TROWBRIDGE [2] - 2211:15, 2212:5
TRUDELL [12] - 2137:11, 2137:15, 2138:5, 2139:2, 2139:16, 2172:16, 2172:17, 2173:3, 2173:4, 2173:13, 2184:20, 2184:22
TRUE [10] - 2131:11, 2135:5, 2139:23, 2140:3, 2140:14, 2143:8, 2161:6, 2168:23, 2190:11,

2194:15
TRUTH [13] - 2138:19, 2138:20, 2138:22, 2139:13, 2139:15, 2140:19, 2179:25, 2188:22, 2188:23, 2193:10, 2195:18, 2196:21
TRUTHFUL [1] - 2130:7
TRY [7] - 2128:23, 2154:4, 2158:12, 2181:6, 2193:6, 2194:24
TRYING [8] - 2132:4, 2136:20, 2144:6, 2150:7, 2156:12, 2157:16, 2165:16, 2204:17
TURBOCHARGED [1] - 2177:10
TURN [4] - 2171:23, 2199:20, 2201:19, 2205:3
TURNED [1] - 2129:2
TURNING [1] - 2166:7
TURNOUT [3] - 2178:21, 2180:7, 2180:9
TURNOUTS [11] - 2178:2, 2178:3, 2178:5, 2178:7, 2178:8, 2178:9, 2178:10, 2178:15, 2178:24, 2179:17, 2180:4
TURNS [1] - 2159:14
TV [1] - 2128:11
TWICE [1] - 2180:10
TWO [21] - 2130:19, 2130:20, 2134:2, 2138:8, 2153:19, 2157:11, 2158:16, 2158:19, 2159:21, 2176:12, 2176:17, 2183:22, 2187:2, 2187:17, 2189:10, 2190:8, 2191:11, 2191:17, 2195:16
TWO-YEAR [2] - 2176:12, 2176:17
TWOFER [1] - 2192:23
TYPE [1] - 2159:8
TYPES [1] - 2187:25
TYPICALLY [1] - 2192:3

U

UNDER [13] - 2128:14,

2133:5, 2134:5, 2142:2, 2142:12, 2142:13, 2147:17, 2149:13, 2157:23, 2167:16, 2184:24, 2187:2, 2205:23
UNDERGROUND [1] - 2171:9
UNDERLING [1] - 2156:14
UNDERNEATH [4] - 2148:1, 2148:2, 2148:19, 2148:20
UNDERSTOOD [2] - 2200:4, 2200:13
UNFORTUNATELY [4] - 2130:2, 2130:3, 2142:6, 2184:25
UNLESS [7] - 2135:15, 2156:5, 2198:3, 2199:13, 2200:10, 2207:1, 2208:5
UP [41] - 2128:9, 2128:21, 2135:23, 2136:3, 2137:24, 2139:16, 2143:18, 2144:10, 2145:3, 2145:11, 2153:23, 2156:7, 2156:14, 2163:2, 2164:18, 2167:5, 2167:6, 2168:4, 2170:1, 2170:4, 2170:11, 2171:5, 2171:9, 2171:16, 2171:17, 2171:19, 2171:21, 2171:25, 2176:2, 2176:8, 2178:19, 2179:3, 2182:2, 2189:11, 2190:8, 2191:13, 2192:15, 2193:6, 2195:4, 2196:9, 2199:10
UP-TO-DATE [1] - 2144:10
USES [1] - 2194:4
USUFRUCTUARY [2] - 2207:18, 2207:19

V

V-201 [8] - 2132:22, 2134:6, 2163:20, 2164:19, 2176:8, 2176:10, 2193:2, 2196:5
V-205 [3] - 2139:4, 2164:16, 2196:5
VACUUM [4] -

2171:15, 2171:16, 2172:8, 2172:10
VACUUMS [1] - 2171:24
VALLEY [3] - 2187:7, 2205:24, 2206:16
VALUE [5] - 2182:10, 2182:15, 2182:16, 2182:18, 2207:16
VAPOR [3] - 2162:19, 2171:14, 2171:23
VAPORIZED [1] - 2171:21
VARIETY [1] - 2204:22
VARIOUS [1] - 2210:21
VENTURE [1] - 2158:11
VERDICT [18] - 2136:25, 2182:25, 2185:6, 2198:4, 2201:2, 2201:19, 2202:9, 2202:12, 2203:17, 2203:23, 2204:2, 2205:3, 2206:25, 2207:2, 2207:4, 2207:10, 2208:4, 2212:12
VERSION [2] - 2200:10, 2201:24
VERSIONS [1] - 2211:18
VERSUS [1] - 2187:8
VERTICALLY [1] - 2192:4
VESSEL [1] - 2194:3
VESSELS [1] - 2193:15
VIA [3] - 2130:12, 2146:3, 2210:24
VIDEOTAPED [3] - 2155:1, 2176:4, 2176:15
VIETNAM [1] - 2140:24
VIEW [2] - 2142:12, 2210:16
VIEWS [1] - 2134:2
VINYL [1] - 2189:10
VOC [3] - 2154:18, 2165:3, 2178:19
VOCS [62] - 2131:23, 2132:3, 2132:5, 2132:6, 2132:9, 2135:23, 2136:1, 2139:3, 2142:9, 2148:11, 2148:13, 2149:2, 2149:8, 2149:10, 2149:14, 2149:19, 2150:20,

**UNITED STATES DISTRICT COURT**

2150:21, 2151:25,
2153:11, 2154:19,
2155:12, 2157:3,
2159:11, 2160:10,
2160:11, 2160:12,
2161:15, 2163:14,
2163:17, 2163:21,
2163:24, 2164:17,
2165:5, 2165:8,
2165:25, 2166:2,
2167:6, 2168:10,
2171:3, 2171:5,
2171:22, 2172:10,
2172:14, 2175:1,
2175:5, 2175:6,
2175:17, 2176:3,
2176:19, 2181:17,
2183:7, 2183:12,
2183:14, 2184:11,
2185:8, 2193:5,
2193:7, 2193:10,
2203:7

**VOLATILE** [1] -
2171:23

## W

**W-I-L-L-I-A-M-S** [1] -
2198:11
**WAIT** [5] - 2131:4,
2153:19, 2186:18,
2209:12, 2210:5
**WAITED** [1] - 2204:19
**WALKED** [2] -
2185:21, 2204:19
**WALKING** [2] -
2129:10, 2129:12
**WALL** [1] - 2137:17
**WANTS** [5] - 2135:3,
2151:7, 2189:5,
2207:16, 2208:4
**WAR** [1] - 2168:11
**WAR** [2] - 2140:24,
2140:25
**WASTE** [4] - 2142:4,
2143:11, 2150:3,
2150:4
**WATCH** [5] - 2128:11,
2128:12, 2163:4,
2163:6, 2187:3
**WATER** [8] - 2131:16,
2131:20, 2147:13,
2152:17, 2157:1,
2187:8, 2205:24,
2206:16
**WATER** [68] - 2129:20,
2131:10, 2131:22,
2131:25, 2132:3,
2132:5, 2132:6,
2132:9, 2133:12,

2133:17, 2133:18,
2147:6, 2152:5,
2153:1, 2154:3,
2156:9, 2156:13,
2156:18, 2157:3,
2157:4, 2157:7,
2157:18, 2158:6,
2158:21, 2158:25,
2159:24, 2159:25,
2160:5, 2160:7,
2160:8, 2160:13,
2161:10, 2161:19,
2162:8, 2164:25,
2173:22, 2174:24,
2176:10, 2176:11,
2178:5, 2178:9,
2178:10, 2178:16,
2180:11, 2180:17,
2180:19, 2180:23,
2180:25, 2181:2,
2182:3, 2182:6,
2185:22, 2185:23,
2185:25, 2190:9,
2191:25, 2193:1,
2193:5, 2194:13,
2194:17, 2194:20,
2195:6, 2195:7

**WAYS** [2] - 2128:25,
2134:12
**WEAKER** [2] -
2155:21, 2155:23
**WEAPONS** [1] -
2140:23
**WELLS** [42] - 2132:19,
2137:17, 2137:20,
2139:3, 2139:7,
2139:11, 2149:15,
2150:21, 2152:21,
2153:11, 2153:12,
2159:3, 2159:9,
2160:7, 2160:18,
2160:25, 2162:6,
2162:9, 2163:16,
2163:18, 2163:19,
2169:8, 2170:24,
2172:4, 2172:18,
2174:13, 2174:14,
2175:4, 2175:15,
2175:19, 2176:7,
2176:8, 2176:16,
2178:1, 2184:7,
2184:8, 2184:10,
2184:12, 2189:11,
2192:9, 2192:13,
2196:13
**WELLS** [1] - 2196:5
**WENCK** [1] - 2150:9
**WEST** [1] - 2177:13
**WESTERN** [6] -
2173:17, 2173:18,

2174:18, 2175:3,
2175:6, 2175:24
**WHEEL** [2] - 2165:17
**WHICHEVER** [1] -
2204:12
**WHIM** [1] - 2130:18
**WHINES** [1] - 2166:19
**WHITE** [1] - 2190:21
**WHITTAKER** [105] -
2130:22, 2132:17,
2132:18, 2133:13,
2133:16, 2133:18,
2133:19, 2136:10,
2136:22, 2136:25,
2137:18, 2137:20,
2139:3, 2140:5,
2140:6, 2140:20,
2141:1, 2143:12,
2143:17, 2143:19,
2143:23, 2144:3,
2144:8, 2144:22,
2144:23, 2144:25,
2145:3, 2145:6,
2146:14, 2147:2,
2147:3, 2147:6,
2147:17, 2147:20,
2147:21, 2147:23,
2148:16, 2149:7,
2150:21, 2151:14,
2152:4, 2152:8,
2152:24, 2153:9,
2153:15, 2153:25,
2154:6, 2154:15,
2154:18, 2155:5,
2155:9, 2159:1,
2166:9, 2166:15,
2166:23, 2166:25,
2167:3, 2167:5,
2167:7, 2168:14,
2169:6, 2169:12,
2169:15, 2169:20,
2169:21, 2169:22,
2174:9, 2174:13,
2174:16, 2174:18,
2174:23, 2176:18,
2176:23, 2177:6,
2177:7, 2179:18,
2180:2, 2184:4,
2185:9, 2187:8,
2188:12, 2189:5,
2189:19, 2190:4,
2190:11, 2191:18,
2191:21, 2191:22,
2192:6, 2192:12,
2192:17, 2192:20,
2192:23, 2195:10,
2195:25, 2196:3,
2196:24, 2196:25,
2197:3, 2199:4,
2202:1, 2204:12

**WHITTAKER'S** [9] -
2133:9, 2136:10,
2143:25, 2153:15,
2187:18, 2187:21,
2190:15, 2190:24,
2201:22
**WHITTAKER-
BERMITE** [2] -
2152:24, 2191:22
**WHOLE** [5] - 2143:23,
2144:16, 2166:24,
2169:18, 2182:23
**WHOLESALE** [1] -
2180:23
**WIDE** [1] - 2174:12
**WIDGETS** [1] -
2140:20
**WILLFULNESS** [1] -
2146:17
**WILLIAMS** [1] -
2198:11
**WILLING** [3] - 2157:7,
2167:5, 2167:7
**WISH** [6] - 2197:7,
2204:24, 2207:23,
2208:8, 2208:20
**WITHDRAW** [1] -
2160:2
**WITNESS** [7] - 2138:3,
2139:20, 2140:16,
2156:2, 2165:2,
2167:7, 2183:17
**WITNESSES** [5] -
2138:2, 2146:7,
2157:12, 2178:6,
2187:20
**WONDER** [1] -
2203:10
**WORD** [8] - 2139:18,
2139:20, 2141:16,
2171:22, 2182:7,
2191:3, 2205:10,
2205:13
**WORDED** [1] -
2205:21
**WORDS** [14] -
2130:24, 2137:4,
2137:5, 2137:8,
2147:19, 2154:19,
2162:19, 2169:9,
2170:12, 2177:9,
2179:25, 2182:11
**WORKS** [2] - 2171:18,
2197:7
**WORLD** [1] - 2168:11
**WORRIED** [1] - 2132:2
**WORSE** [1] - 2188:22
**WORTH** [1] - 2182:13
**WRITE** [2] - 2131:9,
2204:13

**WRITTEN** [2] - 2208:3,
2208:10
**WROTE** [1] - 2168:22

## Y

**YEAR** [4] - 2164:4,
2176:12, 2176:17,
2185:1
**YEARS** [26] - 2128:18,
2136:8, 2136:9,
2136:12, 2138:18,
2140:10, 2140:14,
2149:10, 2153:19,
2165:14, 2167:18,
2167:19, 2167:25,
2168:6, 2175:19,
2176:19, 2180:5,
2185:17, 2188:1,
2190:13, 2192:2,
2192:25, 2193:14,
2195:16, 2196:14
**YESTERDAY** [9] -
2145:11, 2165:16,
2190:12, 2190:21,
2191:6, 2191:23,
2192:22, 2199:8
**YORK** [1] - 2129:15
**YOURSELF** [1] -
2198:3

## Z

**ZELIKSON** [1] -
2210:24
**ZERO** [3] - 2149:14,
2163:15, 2182:17
**ZOCH** [6] - 2141:18,
2141:23, 2141:25,
2142:1, 2142:7
**ZONE** [3] - 2176:10,
2176:13, 2176:17
**ZOOM** [1] - 2210:24