1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3      HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE

4

5   SANTA CLARITA VALLEY WATER AGENCY,      )
                                            )
6                     Plaintiff,            )
                                            )
7        v.                                 )          Case No.
                                            )  CV 18-6825 SB (RAOx)
8   WHITTAKER CORPORATION, et al.,          )
                                            )          Volume 21
9                     Defendants.           )   (Pages 2214 - 2248)
    _____)

10

11          REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS
                          TRIAL DAY 11
12                   FRIDAY, DECEMBER 3, 2021
                          12:38 P.M.
13                   LOS ANGELES, CALIFORNIA

14

15

16

17

18

19

20

21

22   _____

23        MYRA L. PONCE, CSR 11544, CRR, RPR, RMR, RDR
              FEDERAL OFFICIAL COURT REPORTER
24            350 WEST 1ST STREET, ROOM 4455
              LOS ANGELES, CALIFORNIA  90012
25                    (213) 894-2305

UNITED STATES DISTRICT COURT

```
 1                        APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF:

 4        NOSSAMAN, LLP
          BY:  BYRON P. GEE
 5        BY:  RAVEN MCGUANE
          BY:  PATRICK J. RICHARD
 6        BY:  FRED FUDACZ
               Attorneys at Law
 7        777 South Figueroa Street, 34th Floor
          Los Angeles, California  90017
 8        (213) 612-7800

 9        NOSSAMAN, LLP
          BY:  ILSE CHANDALAR SCOTT
10             Attorney at Law
          50 California Street, 34th Floor
11        San Francisco, California  94111
          (415) 398-3600
12

13
      FOR THE DEFENDANT WHITTAKER CORPORATION:
14
          EDLIN, GALLAGHER, HUIE & BLUM
15        BY:  MICHAEL E. GALLAGHER, JR.
          BY:  FRED M. BLUM
16        BY:  DANIEL ERIC TROWBRIDGE
               Attorneys at Law
17        500 Washington Street, Suite 700
          San Francisco, California  94111
18        (415) 397-9006

19

20    ALSO PRESENT:

21        MATT STONE
          SCOTT FRYER
22        RON BEATON
          ERIC LARDIERE
23

24

25
```

```
 1              FRIDAY, DECEMBER 3, 2021; 12:38 P.M.

 2                   LOS ANGELES, CALIFORNIA

 3                            -oOo-

 4         (Out of the presence of the jury:)

 5         THE COURT:  On the record in Santa Clarita Valley

 6    Water Agency versus Whittaker.  We are in the presence of

 7    counsel.  We have Mr. Blum for Whittaker.

 8              And I'll allow you to announce your team,

 9    Mr. Richard.

10         MR. RICHARD:  Thank you, Your Honor.

11    Patrick Richard for the plaintiff.  And with me is Ms. Scott,

12    Mr. Gee, and Ms. McGuane.

13         THE COURT:  The Court received a question from the

14    jury, and the jury has noted that there are three missing

15    numbers from the special verdict form.  So the negligence

16    per se was removed and the numbering had not changed.

17              And that doesn't raise that much of an issue.  But

18    the Court then took another look at the verdict form, and it

19    does appear to the Court that there are some additional

20    potential problems with it.  And my intention is simply to tell

21    you what I have identified as potential issues with the special

22    verdict form.  And then I'm going to have my courtroom deputy

23    provide to you copies of a redlined version that attempts to

24    address the potential issues.

25              I will then break to give you some time to carefully
```

```
  1   reflect upon it.  And I would strongly urge you to give it your

  2   careful attention.  And if you could have more than one person

  3   on your team look at it, so much the better.

  4              This is going to be, in my view, a little bit

  5   convoluted in how to properly render the damages portion to the

  6   verdict -- to the jury.

  7              So let me start with the change which is in

  8   numbering.  And you will see that there are no changes until

  9   you get to damages.  And on damages -- and this would be on --

 10   let me see here.  Unfortunately, this doesn't have pagination.

 11   Well, you will have the damages section before you.

 12              And the damages section would start 21 and then just

 13   the numbering would be consecutive thereafter.

 14              And so one of the potential benefits of what I think

 15   is otherwise a problem with the special verdict form is that

 16   you'll see the jury will get to damages no matter what.  That

 17   is, if you look at each of the four claims, even if they answer

 18   in favor of Whittaker on each one of these claims, they're

 19   directed to go to damages.  You should verify that that's

 20   correct, but that's my understanding.

 21              That, then, does lead to the possibility that they

 22   could find no liability under these four claims and yet still

 23   provide Santa Clarita Valley Water Agency with damages

 24   consistent with Mr. Blum's argument.

 25              Now, I have added directions in damages which was
```

12:40PM (line 5)
12:41PM (line 10)
12:41PM (line 15)
12:42PM (line 20)
12:42PM (line 25)

**UNITED STATES DISTRICT COURT**

not provided by the parties.  So what happens if they answered

no, for example, to all of the liability questions but,

nonetheless, awarded damages in what is now paragraph 21?

      Assuming the parties agree with the prospect of no

12:43PM   liability to the claims but a damage award consistent with

Mr. Blum's argument, then it seems to me that the jury would

only go on beyond paragraph 21, the first damage question if

they answered "yes" to one of the liability questions.  And

check the Court, but I believe the liability questions would

12:44PM   require a "yes" answer to either 2, 6, 13, or 20.

      And again, I'm going to give the parties an

opportunity to reflect more carefully on this form.

      So, then, if -- if they answered "no" -- and maybe

we should add this -- they should essentially sign the form if

12:45PM   they answered "no" to 2, 6, 13, and 20 at that point because

then there would be nothing further for them to answer.  But

I'll want to hear from you on that.

      But if they answered yes, then they're going to have

to go on and make determinations about whether the water agency

12:45PM   made reasonable efforts to avoid damages.  And if they answered

"no" to that question, then they have to go on to 23 to provide

a percentage.  But if they answered "yes" to that question,

then they're going to have to go to the negligence questions

but only if they found negligence in response to Question 2.

12:46PM         But if they answered "yes" to 22 but "no" to

|  |  |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 12:47PM | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 12:47PM | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| 12:48PM | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| 12:48PM | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| 12:48PM | 25 |

1   Question 2, which is the negligence claim, then presumably they

2   don't need to answer the questions about -- let's see -- yes.

3   If they answered "yes" to that question, you made reasonable

4   efforts, but they answered "no" to Question 2, no negligence

5   liability, then they would not need to answer Questions 23, 24,

6   and 25 which relate to the negligence claim.  And then they

7   would only answer or go to punitive damages, which begins in

8   26, if they found liability on the trespass and nuisance

9   claims, if they found no liability on the negligence.

10          And I think you get the point by now.  And this is

11   convoluted, but I think we have to give them direction on this.

12          So unless you have any questions, I am going to take

13   a break so that you can more carefully work through this, as

14   the parties have done a lot of work and I -- I certainly don't

15   want to find everyone in a situation where we have a defective

16   special verdict form and ultimately we have to go and do this

17   again.

18          Mr. Blum?

19          MR. BLUM:  Your Honor, I have a question and a --

20   I'm sorry -- a question and a clarification.  The actual

21   question the jury asked only related to the numbering as it

22   relates to evidence per se; am I correct?

23          THE COURT:  I'll read it.

24          MR. BLUM:  Thank you, sir.

25          THE COURT:  And I'll have Mr. Cruz give you a copy

2220

```
 1    of this.
 2           So, first of all, this is going to be marked as
 3    Juror Question No. 1.  And it states:  "Why are No. 21, No. 22,
 4    and No. 23 missing from the verdict form?"  That's all they
 5    say.
 6           So from their perspective, they have an unpaginated
 7    verdict form and they don't have those questions.  So very
 8    prudently on their part, they want to know if they're missing a
 9    page.  That's my interpretation.  That's it.  That's all
10    they've done.
11           MR. BLUM:  And, Your Honor, you asked me a question
12    last night, which, frankly, I wasn't in the best of
13    intellectual positions to answer that.  Now I have a much more
14    clarified question.  How they could come to the judgment that I
15    suggested to the jury?  And the correct answer is the public
16    nuisance claim.  They can easily find that even though we were
17    negligent and all of the other issues we dealt with, that there
18    was a public nuisance and that the only damage goes to
19    perchlorate because perchlorate is above the MCL.  That's how
20    they get there within the framework of the special verdict
21    form.  And I will admit, candidly, that that's what I should
22    have told them.
23           THE COURT:  I think it would -- and I appreciate
24    that, Mr. Blum, but I think it would require a level of ability
25    that no one could be expected to discern, including the Court.
```

**UNITED STATES DISTRICT COURT**

|   | |
|---|---|
| 1 | That's not what -- that would not have been my takeaway.  That |
| 2 | is to say that if I, for example -- and I don't suggest this is |
| 3 | how I would come out -- but if I were to conclude that you were |
| 4 | correct with regard to a number of your arguments, including |
| 5 | the issue of property interest, I might conclude that there's |
| 6 | been no showing of liability but Mr. Blum has told me that the |
| 7 | water agency is entitled to $3.1 million and I would be |
| 8 | confused. |

12:50PM — line 5

             MR. BLUM:  Okay.  Your Honor, I'm not -- my -- I
understand the Court's comments, and I just wanted to clarify.
It actually hit me at 3:00 o'clock this morning.  I woke up and
said, oh, yeah, that's what I should have said.

             THE COURT:  All right.  And I'm suggesting that if
the parties believe that there is a further modification that
needs to be made to the special verdict form, you ought to let
the Court know.  I have suggested a way out of what I view a
problem or a potential problem by doing what I have now done,
which is they would be required to answer that damages question
even in the absence of demonstrating liability.

             And the way that I would interpret it is that
Whittaker essentially has conceded that if they put that
$3.1 million in there, that they have conceded that that would
be a valid verdict.  And if the parties are telling me
something differently, this would be a good time not only to
tell me but tell me what you're requesting, if it's something

1    different, and how I implement it.

2         So with that, unless there's any question for

3    clarification, I will give you time to digest this and look

4    through it carefully, which I -- if you're anything like me, I

12:52PM  5    need some time generally to work through these if this, then

6    that's.

7         So hearing nothing, Mr. Richard, do you have any

8    clarification questions?

9         MR. RICHARD:  I'll reserve until I've read through

12:52PM 10    the if this, then what.

11         THE COURT:  Okay.  Very well.

12         So we'll be in recess.  I'm not going to specify a

13    time.  Take the time that you reasonably need, have a

14    discussion about it, and let Mr. Cruz know when you're ready.

12:52PM 15         (Pause in the proceedings.)

16         THE COURT:  Back on the record.  This is just for

17    clarification.  Mr. Cruz reminded me that there was a Question

18    No. 1 yesterday.  So this is actually Question No. 2.  I didn't

19    speak with counsel about this question, and I'm sure you'll

12:53PM 20    understand why, is they asked in writing:  "What is the

21    schedule for tomorrow start time?"  And I wrote back "8:30."

22    And I didn't think that I needed to consult with counsel as to

23    what time they were being reminded to come back.

24         So in any event, Question 2 is the question now

12:53PM 25    about the special verdict form.

UNITED STATES DISTRICT COURT

1          So with that, we're in recess.

2          (Break taken from 12:53 p.m. to 1:43 p.m.)

3          (Out of the presence of the jury:)

4          THE COURT:  We're back on the record in the trial

01:43PM  5  matter outside the presence of the jury.

6          I did review what the parties have suggested, and

7  I'm not sure that it is correct.  That is, if you look at --

8  under Question 21, what the directions say, as it says, "Go to

9  Question 22 if you answered 'yes' to Question 2, 6, 13, or 20."

01:44PM 10  Now, that would suggest that even if they've answered "no" to

11  negligence but "yes" to anything else, they would answer the

12  negligence questions.

13          That is why, even though it was more convoluted, the

14  Court went about it as I did.

01:44PM 15          So, Ms. Scott, do you want to address this or

16  Mr. Richard or someone?

17          MR. RICHARD:  Yes, Your Honor.

18          The first question is whether questions -- what are

19  now 22 and 23, the two mitigation questions, should be part of

01:44PM 20  the special verdict since the jury was not instructed on

21  failure to mitigate.

22          So if those questions are out --

23          THE COURT:  And it appears they should be out.

24          MR. RICHARD:  Right.  Otherwise, this jury has no

01:45PM 25  guidance on what it means by failure to mitigate.  But --

```
 1   defense counsel disagrees, but if I could just finish my other
 2   point.
 3              THE COURT:  Yes.
 4              MR. RICHARD:  So if that's true, then I think -- go
 5   to Question 22 if you answered "yes" to Question 2, which would
 6   be the negligence question.  And then if you answered -- I'm
 7   just trying to see -- yeah.  Then I think it would be if you
 8   answered, I guess, "no" to Questions 2, 6, 13 -- so the
 9   question is if they answered "yes" to 16 -- to 6, 13, or 20,
10   then they should be directed to go to Question 26 is how I
11   would read it.
12              THE COURT:  Yes.  That's -- that was, I think, the
13   formulation, essentially, that the Court used that was changed.
14              MR. RICHARD:  Right.  We didn't catch that as we
15   were talking about mitigation.  But Mr. Blum doesn't agree with
16   our -- well, he agrees that the jury was not instructed on
17   failure to mitigate, but I won't speak for him beyond that.
18              THE COURT:  All right.  I thought this was presented
19   to the Court jointly.
20              MR. RICHARD:  Just the first sentence, just the --
21              THE COURT:  All right.  Let me hear Mr. Blum with
22   regard to the issue of mitigation.
23              And refresh the Court's recollection.  At some point
24   did Whittaker withdraw in any way a claim of mitigation?
25              MR. BLUM:  I was shown an e-mail about ten minutes
```

01:45PM (line 5)
01:45PM (line 10)
01:45PM (line 15)
01:46PM (line 20)
01:46PM (line 25)

**UNITED STATES DISTRICT COURT**

1   ago where we did withdraw that instruction, Your Honor.  But

2   clearly, the parties intended or believed there was a

3   mitigation instruction.  That's why it was in the special

4   verdict form.

01:46PM   5        THE COURT:  Well, that doesn't necessarily follow

6   right.  It could follow the other way around, that it shouldn't

7   have been included in the special verdict form because it had

8   been withdrawn.

9        But when did you withdraw the mitigation jury

01:47PM   10   instruction?

11        MR. BLUM:  It was the -- I think it was July 23

12   of -- I assume it's this year.

13        THE COURT:  All right.  And when did you present the

14   Court with this special verdict form that contained it?

01:47PM   15        MR. BLUM:  Afterwards.  I don't know -- I don't know

16   the dates, Your Honor, but I do know it was afterward.

17        THE COURT:  But isn't Mr. Richard correct, if I

18   didn't instruct them on mitigation, how can I have them answer

19   a mitigation question?

01:47PM   20        MR. BLUM:  Because you can bring them in right now

21   and give them 3930.  It's not unheard of to add instructions in

22   the middle of deliberations.

23        THE COURT:  It's not unheard of, but it's not the

24   best way to go.  And --

01:47PM   25        MR. BLUM:  I agree on that, Your Honor.  I'm not

UNITED STATES DISTRICT COURT

01:47PM

1   disagreeing on that.  But the parties argued about whether or

2   not there was mitigation.  I don't know if we used the exact

3   words or not.  But the whole argument on what they were doing

4   in terms of the turnouts and things of that sort were

5   mitigation issues.

6           The directed verdict form we submitted to you after,

7   apparently, the e-mail.  And, Your Honor, I don't know the

8   whole e-mail traffic.  I know at that point instructions were

9   going in and out frequently.  So I don't know ultimately what

01:48PM
10  happened.

11          And mitigation is a standard instruction,

12  Your Honor.  This is -- it's not like we're talking about some

13  strange instruction that most people don't use.

14          THE COURT:  That's really not the point of it.  The

01:48PM
15  point of it is:  Did you withdraw these instructions, in

16  effect, withdrawing a claim for mitigation?

17          MR. BLUM:  Your Honor, I saw the e-mail.  I do not

18  know what happened afterwards.  I honestly wasn't directly

19  involved in the negotiations dealing with mitigation.  But if

01:48PM
20  you give us a second, I think Mr. Trowbridge has something on

21  the issue he wants to tell me.

22          (Off-the-record discussion between counsel.)

23          MR. BLUM:  Your Honor, that's right.  We re-raised

24  it, and you allowed us to add it on the MIL where you -- that's

01:49PM
25  what Mr. Trowbridge told me, that -- what happened was now you

originally on the summary judgment ruled that we had not shown

sufficient evidence to go forward with the -- with the

affirmative defense of mitigation.  And you struck it with

giving us the option of adding it in if we could show a legal

01:49PM  basis.  Then we filed one of our MILs to ask to add it back in,

and you granted that MIL.

           THE COURT:  All right.  Mr. Richard, do you have any

contrary information?

           MR. RICHARD:  All I know is, Your Honor, that this

01:49PM  instruction was not submitted to the jury.  And it would be

highly prejudicial to bring them out to read a single

instruction on mitigation of damages.

           What the parties argued to the jury is still

relevant on the comparative fault and the percentage of fault.

01:50PM  But I think to call the jury back and instruct on

one issue, the undue emphasis on failure to mitigate when -- I

think it was just yesterday Your Honor asked both sides are the

jury instructions set, and we each said yes.  So --

           THE COURT:  Well, how is it prejudicial if I simply

01:50PM  tell the jury that it was an inadvertent omission and they

shouldn't place any undue emphasis on it?  And I could easily

explain that they will see that it's part of the special

verdict form, but it was inadvertently omitted from the

instruction set?  Because I'm going to have to do this one way

01:50PM  or the other.

**UNITED STATES DISTRICT COURT**

```
 1              Either I'm essentially having the defense withdraw
 2    its mitigation defense or I am going to simply go the other
 3    way.  And it seems to me going the other way, based upon
 4    prejudice that you're claiming, is wrong.
 5              MR. RICHARD:  To add an instruction after closing
 6    argument when the issue was comparative fault -- so I will
 7    stand on our objection because I don't think there is evidence
 8    of a failure to mitigate our damages.  I don't see how that was
 9    possibly argued.
10              The instructions were submitted weeks and weeks ago,
11    and I -- there was never a suggestion that we'd like to add
12    back in an instruction on failure to mitigate.
13              So they argued comparative fault.  I don't think the
14    evidence supports that whatsoever.  But I'll just -- I
15    understand Your Honor's -- you know --
16              THE COURT:  Well, let me ask this as a matter of
17    potential compromise.  Would the parties agree that we'll leave
18    it in the special verdict form but I won't instruct?
19              Off the record, you can consult.
20              (Off-the-record discussion among counsel.)
21              MR. RICHARD:  Just a minute, Your Honor.
22              THE COURT:  Yes.
23              (Pause in the proceedings.)
24              THE COURT:  The Court's going to recess again.
25    You're going to have until 2:05 to provide the Court with an
```

01:51PM (line 5)
01:51PM (line 10)
01:51PM (line 15)
01:52PM (line 20)
01:53PM (line 25)

```
 1   answer to whether you're agreeing or not agreeing to the

 2   Court's proposed compromise.  If there's no agreement,

 3   Whittaker is to provide the Court with the instruction that

 4   you're requesting, which doesn't necessarily mean I'm going to

 5   give it.  It just means that, if I'm going to give it, I'm

 6   going to want to have it so that this matter is not further

 7   delayed.

 8              And the parties are ordered to provide the Court

 9   with a joint verdict form that is agreed upon, except

10   potentially for this issue of mitigation.

11              So with that, we're in recess for ten minutes.

12              (Break taken from 1:54 p.m. to 2:16 p.m.)

13              (Out of the presence of the jury:)

14              THE COURT:  We are back on the record in the trial

15   matter with all present who were previously present.  We're

16   outside the presence of the jury.

17              I did receive what I understand to be a joint

18   revised verdict form.

19              So let me hear from plaintiff's counsel about where

20   we are, please.

21              MR. RICHARD:  Yes, Your Honor.

22              So the parties discussed the choice presented by the

23   Court -- or the thought and have agreed that leaving the two

24   questions in without bringing the jury in to read a separate

25   instruction makes the most sense under these circumstances.
```

01:54PM (line 5)
01:54PM (line 10)
02:16PM (line 15)
02:16PM (line 20)
02:17PM (line 25)

```
 1                THE COURT:  And otherwise, this is an agreed special
 2     verdict form?  When I say "otherwise," it is an agreed special
 3     verdict form?
 4                MR. RICHARD:  Exactly.  Yes, Your Honor.
 5                THE COURT:  All right.  Mr. Blum?
 6                MR. BLUM:  Yes, Your Honor.  But I wanted to make
 7     one thing clear.  On the issue -- I think it's Question 22,
 8     their damages.  Any consent that the defendant have -- it's not
 9     to an unlimited amount of damage.  It was to a specific amount.
10                THE COURT:  Understood.
11                MR. BLUM:  Okay.
12                THE COURT:  All right.  So what the Court is going
13     to do is I'm having this document finalized.  The only addition
14     that's going to be made is a formatting one, which is to
15     paginate the document.  Other than that, I'm going to leave it
16     as it is.
17                Some of the wording is a little bit different, I
18     think, but I'm not going to fuss with that, that is, some of
19     the formulation of the wording and the like is a little
20     different.  But at this point, I think the jury is interested
21     in getting this form.
22                So I'm just going to finalize it.  I'm going to have
23     Mr. Cruz print one copy out or whatever you need for each side
24     for you to simply quickly peruse it to see that all I have done
25     is edited the pagination but, otherwise, have properly
```

02:17PM (line 5)
02:17PM (line 10)
02:18PM (line 15)
02:18PM (line 20)
02:18PM (line 25)

1    finalized the document that has been agreed upon.

2             Once you have told him that, it will be submitted to

3    the jury.

4             What I would ask that you do is that you sign -- I'd

02:18PM  5    like, Mr. Richard, your initials on the verdict form that will

6    go to the jury, as well as yours, Mr. Blum.  And it simply

7    should be at the very end of the document on the back page of

8    the document so that we'll have a record that reflects the

9    chain of custody, so to speak.

02:19PM 10             MR. BLUM:  Just the initials, Your Honor?

11             THE COURT:  Just your initials.

12             MR. BLUM:  All right.

13             THE COURT:  All right.  Thank you.  We're in recess.

14             (Break taken from 2:19 p.m. to 2:30 p.m.)

02:30PM 15             (Out of the presence of the jury:)

16             THE COURT:  We are back on the record in the

17    presence of counsel, outside the presence of the jury.

18             And I am going to bring the jury in to explain to

19    them what has been done, since it is possible that they have

02:30PM 20    actually completed a part of the form.  And I think they need

21    to know that I've done more than simply renumbered the special

22    verdict form.

23             So with that, let's go ahead and bring in the jury.

24             It will take just a minute, so you can remain seated

02:31PM 25    if you would like.

**UNITED STATES DISTRICT COURT**

2232

```
           1              Off the record.

           2              (Off-the-record discussion.)

           3              (In the presence of the jury:)

           4              THE COURT:  We are still on the record now in the
02:33PM    5     presence of the jury.

           6              First of all, good afternoon, ladies and gentlemen.

           7              THE JURY:  Good afternoon.

           8              THE COURT:  And let me start with an apology and an

           9     expression of thanks and appreciation.  The apology is we have
02:34PM   10     been somewhat delayed in getting the special verdict form to

          11     you.  And I do appreciate your patience.

          12              I also appreciate your diligence in this matter.

          13     You did point out to the Court that there were some missing

          14     numbers, and that had the Court go back to the verdict form to
02:34PM   15     make sure that I hadn't overlooked any other potential problem.

          16              So the missing numbers was simply a matter of a

          17     failure to properly number.  However, by your good work in

          18     bringing that to my attention, I took a further look at the

          19     entire verdict form, including the part regarding damages.  And
02:34PM   20     I noticed that at that part of the special verdict form, the

          21     form neglected to give you direction, proper direction about

          22     what you do depending upon what your responses were.

          23              It did it in part, but it didn't do it in whole and

          24     it didn't do it entirely correctly.  And for that, the Court
02:35PM   25     does apologize.  But that's the reason for the delay.
```

2233

```
 1              So the reason I'm also having you out here and
 2   explaining this to you is that you do need to make sure that
 3   you're reading through very carefully the special verdict form.
 4   Where I made the changes was limited to the portion that begins
 5   with damages.
 6              And I'll just confirm that with both counsel,
 7   starting with the plaintiff, Mr. Richard.
 8              MR. RICHARD:  Yes, Your Honor.  That is correct.
 9   Thank you.
10              THE COURT:  Mr. Blum.
11              MR. BLUM:  We agree, Your Honor.
12              THE COURT:  All right.  And so no other changes were
13   made to the directions and the like prior to the point where it
14   says "Damages," which is the part I think that was probably --
15   we had the numbering error.
16              So is that clear to everyone?
17              THE JURY:  Yes.
18              THE COURT:  All right.  Well, again, I greatly thank
19   you for your diligence and your patience.  And we will be
20   providing you with the corrected special verdict form --
21              You have it?
22              THE COURTROOM DEPUTY:  Yes.
23              THE COURT:  All right.  And I also had -- you'll see
24   there's some initials on there.  They're counsel's initials --
25   they're counsel's initials because I wanted to make sure that
```

02:35PM (line 5)
02:35PM (line 10)
02:36PM (line 15)
02:36PM (line 20)
02:36PM (line 25)

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| 1 | we had what now was the agreed-upon special verdict form with |
| 2 | the directions, just as you saw me do here in open court. |
| 3 | All right.  Thanks again, everyone.  You may now |
| 4 | retire for further deliberations. |
| 02:36PM   5 | THE COURTROOM DEPUTY:  All rise for the jury. |
| 6 | (Out of the presence of the jury:) |
| 7 | THE COURT:  Please be seated. |
| 8 | And we remain on the record outside the presence of |
| 9 | the jury. |
| 02:37PM   10 | And so what I was just about to state while we were |
| 11 | off the record and I'll just now state it on the record is that |
| 12 | the parties do need to be prepared for the potential second |
| 13 | phase on Monday morning. |
| 14 | So, of course, the Court has no idea what the jury |
| 02:37PM   15 | is going to do.  But in the event that there is the necessity |
| 16 | for a second phase, the Court intends to go right into that |
| 17 | second phase. |
| 18 | Mr. Richard. |
| 19 | MR. RICHARD:  Yes, Your Honor. |
| 02:37PM   20 | And again, not prejudging anything but just to be |
| 21 | ready, we -- there are two things.  Mr. Lardiere, I believe, is |
| 22 | still under subpoena, and he would be our witness.  And, two, |
| 23 | defendants had agreed to produce certain financial information |
| 24 | and have it in court and available. |
| 02:38PM   25 | And I've spoken to Mr. Blum, and I think he was |

**UNITED STATES DISTRICT COURT**

2235

|     |     |
|-----|-----|
|     | 1  | going to check on that.  And I may have gotten an e-mail in the |

1    going to check on that.  And I may have gotten an e-mail in the

2    last hour.  But -- so those are the two things that we should

3    try to button down today from defendants, Mr. Lardiere being

4    available and the items in the subpoena.  And I have the order

02:38PM   5    where that's set out from the magistrate.  It should be

6    available.  And typically the Court would confirm, yes, I have

7    an envelope with that information.

8              THE COURT:  All right.  And is that the entirety of

9    your evidence, which will be introduced through Mr. Lardiere?

02:38PM   10             MR. RICHARD:  I believe so.  I'll think about

11   Your Honor's question, whether we need an accountant.  We would

12   request to see the information if there is that finding.

13   Hopefully we could get the information today and have the

14   weekend to look at it.

02:39PM   15             THE COURT:  And what is your estimate as to the

16   length of the presentation of that evidence?

17             MR. RICHARD:  Typically, it's taken me an hour to an

18   hour and a half, Your Honor.

19             THE COURT:  All right.  Mr. Blum?

02:39PM   20             MR. BLUM:  One moment.

21             Your Honor, I don't -- we will be able to give him

22   the information by the end of the day, the documents requested.

23   We have them available, just not right -- in my possession

24   right now.

02:39PM   25             THE COURT:  Understood.  All right.

**UNITED STATES DISTRICT COURT**

| | | |
|---|---|---|
| | 1 | Well, we'll be in recess.  And once again, counsel |
| | 2 | should stand by, as you have been doing.  Thank you. |
| | 3 | MR. RICHARD:  Thank you, Your Honor. |
| | 4 | (Break taken from 2:39 to 3:21 p.m.) |
| 03:21PM | 5 | (In the presence of the jury:) |
| | 6 | THE COURT:  We are on the record in Santa Clarita |
| | 7 | Valley Water Agency versus Whittaker Corporation with all |
| | 8 | counsel present, and we are also joined by the jury. |
| | 9 | The Court did receive a note indicating that the |
| 03:23PM | 10 | jury has reached a unanimous verdict. |
| | 11 | And Juror No. 2, I understand you are the |
| | 12 | foreperson? |
| | 13 | JUROR NO. 2:  I am, Your Honor. |
| | 14 | THE COURT:  And is that correct, that the jury has, |
| 03:23PM | 15 | indeed, reached a unanimous verdict in this case? |
| | 16 | JUROR NO. 2:  That is correct. |
| | 17 | THE COURT:  If you would kindly hand the verdict |
| | 18 | form in the folder to the bailiff who will provide that to my |
| | 19 | courtroom deputy. |
| 03:24PM | 20 | (Pause in the proceedings.) |
| | 21 | THE COURT:  I have reviewed the verdict form or have |
| | 22 | received the verdict form and am in the process of reviewing |
| | 23 | it. |
| | 24 | I have reviewed the verdict form which appears to be |
| 03:25PM | 25 | in order.  I am going to hand it to my courtroom deputy, and he |

```
 1    will read the verdict as it will be recorded.
 2              THE COURTROOM DEPUTY:  The United States District
 3    Court, Central District of California, Santa Clarita Valley
 4    Water Agency, plaintiff, versus Whittaker Corporation,
 5    defendant.
 6              Verdict form.
 7              We answer the questions submitted to us as follows:
 8              Negligence.  Fault of plaintiff and others at issue.
 9              Number 1.  Was Whittaker Corporation negligent?
10              Jury's checked off "Yes."
11              Question 2.  Was Whittaker Corporation's negligence
12    a substantial factor in causing harm to Santa Clarita Valley
13    Water Agency?
14              Jury's checked off "Yes."
15              Trespass.
16              Question 3.  Did Santa Clarita Valley Water Agency
17    own, lease, occupy, or control the property?
18              The jury has checked off "Yes."
19              Question 4.  Did Whittaker Corporation intentionally
20    cause TCE, PCE, and/or perchlorate to enter Santa Clarita
21    Valley Water Agency's property or did Whittaker Corporation,
22    although not intending to do so, recklessly or negligently
23    cause TCE, PCE, and/or perchlorate to enter Santa Clarita
24    Valley Water Agency's property?
25              And the jury's checked off "Yes."
```

03:25PM (line 5)
03:26PM (line 10)
03:26PM (line 15)
03:26PM (line 20)
03:27PM (line 25)

2238

```
                   1              Question 5.  Did Whittaker Corporation enter the

                   2     property without Santa Clarita Valley Water Agency's

                   3     permission?

                   4              The jury has checked off "Yes."

03:27PM            5              Question 6.  Was Whittaker Corporation's conduct a

                   6     substantial factor in causing actual harm to Santa Clarita

                   7     Valley Water Agency?

                   8              The jury's checked off "Yes."

                   9              Question 7.  Did Santa Clarita -- did Whittaker

03:27PM           10     Corporation, by acting or failing to act, create a condition

                  11     that was harmful to health?

                  12              The jury's checked off "Yes."

                  13              Question 8.  Did the condition affect a substantial

                  14     number of people at the same time?

03:27PM           15              The jury's checked off "Yes."

                  16              Question 9.  Would an ordinary person have been

                  17     reasonably annoyed or disturbed by the condition?

                  18              The jury's checked off "Yes."

                  19              Question 10.  Did the seriousness of the harm

03:28PM           20     outweigh the social utility of Whittaker Corporation's conduct?

                  21              And the jury has checked off "Yes."

                  22              Question 11.  Did Santa Clarita Valley Water Agency

                  23     consent to Whittaker Corporation's conduct?

                  24              The jury has checked off "No."

03:28PM           25              Question 12.  Did Santa Clarita Valley Water Agency
```

```
 1    suffer harm that was different from the type of harm suffered

 2    by the general public?

 3               And the jury's checked off "Yes."

 4               Question 13.  Was Whittaker Corporation --

 5    Corporation's conduct a substantial factor in causing

 6    Santa Clarita Valley Water Agency harm?

 7               The jury's checked off "Yes."

 8               Question 14.  Did Santa Clarita Valley Water Agency

 9    own, lease, occupy, or control the property?

10               The jury checked off "Yes."

11               Question 15.  Did Whittaker Corporation, by acting

12    or failing to act, create a condition or permit a condition to

13    exist that was harmful to health?

14               And the jury's checked off "Yes."

15               Question 16.  Did this condition substantially

16    interfere with Santa Clarita Valley Water Agency's use or

17    enjoyment of its land?

18               And the jury has checked off "Yes."

19               Question 17.  Would an ordinary person have

20    reasonably been annoyed or disturbed by Whittaker Corporation's

21    conduct?

22               And the jury has checked off "Yes."

23               Question 18.  Did Santa Clarita Valley Water Agency

24    consent to Whittaker Corporation's conduct?

25               The jury has checked off "No."
```

03:28PM (line 5)
03:29PM (line 10)
03:29PM (line 15)
03:29PM (line 20)
03:29PM (line 25)

**UNITED STATES DISTRICT COURT**

|          | 1  | Question 19.  Was Whittaker Corporation's conduct a |
|          | 2  | substantial factor in causing harm to Santa Clarita Valley |
|          | 3  | Water Agency? |
|          | 4  | The jury has checked off "Yes." |
| 03:30PM  | 5  | Question 20.  Did the seriousness of the harm |
|          | 6  | outweigh the public benefit of Whittaker Corporation's conduct? |
|          | 7  | And the jury has checked off "Yes." |
|          | 8  | Damages. |
|          | 9  | Question 21.  What are Santa Clarita Water Agency's |
| 03:30PM  | 10 | damages? |
|          | 11 | Past damages:  $7 million. |
|          | 12 | Reasonable restoration or repair cost: |
|          | 13 | $68.3 million. |
|          | 14 | Question 22.  Did Santa Clarita Water Agency make |
| 03:30PM  | 15 | reasonable efforts to avoid its damages? |
|          | 16 | And the jury has checked off "No." |
|          | 17 | Question 23.  What percentage of Santa Clarita Water |
|          | 18 | Agency's damages were caused by its failure to mitigate its |
|          | 19 | damages? |
| 03:31PM  | 20 | The jury marked:  10 percent. |
|          | 21 | Question 24.  On the negligence claim, was the |
|          | 22 | conduct of Santa Clarita Valley Water Agency or Saugus |
|          | 23 | Industrial Center a substantial factor in causing damages to |
|          | 24 | Santa Clarita Water -- Santa Clarita Valley Water Agency? |
| 03:31PM  | 25 | And the jury has checked off "Yes." |

```
 1              Question 25.  State for each entity the percentage

 2    of fault on the negligence claim that is attributable to each.

 3              For SCVWA, the jury has checked off:  10 percent.

 4              For Whittaker, the jury's marked:  60 percent.

 5              And for SIC, the jury has checked:  30 percent.

 6              Punitive damages.

 7              Did Whittaker engage in the conduct with malice,

 8    oppression, or fraud?

 9              The jury has checked off "No."

10              This is signed and dated this day by the jury

11    foreperson, Your Honor.

12              THE COURT:  Let's go ahead and individually poll the

13    jury.

14              And let me tell you what that means, members of the

15    jury -- and I do this in every case -- which is Mr. Cruz is

16    going to ask each one of you individually, beginning with

17    Juror No. 1, then 2, et cetera, whether the verdict as Mr. Cruz

18    has just now fully read it is, in fact, your own verdict.

19              So with that, if you would please individually poll.

20              THE COURTROOM DEPUTY:  Yes, Your Honor.

21              Juror No. 1, is this your verdict as presented and

22    read?

23              JUROR NO. 1:  Yes.

24              THE COURTROOM DEPUTY:  Juror No. 2, is this your

25    verdict as presented and read?
```

03:31PM  (line 5)
03:32PM  (line 10)
03:32PM  (line 15)
03:32PM  (line 20)
03:32PM  (line 25)

UNITED STATES DISTRICT COURT

2242

|  |  |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| 03:32PM | 5 |

```
 1              JUROR NO. 2:  Yes.

 2              THE COURTROOM DEPUTY:  Juror No. 3, is this your

 3    verdict as presented and read?

 4              JUROR NO. 3:  Yes.

 5              THE COURTROOM DEPUTY:  Juror No. 4, is this your

 6    verdict as presented and read?

 7              JUROR NO. 4:  Yes.

 8              THE COURTROOM DEPUTY:  Juror No. 5, is this your

 9    verdict as presented and read?

10              JUROR NO. 5:  Yes.

11              THE COURTROOM DEPUTY:  Juror No. 6, is this your

12    verdict as presented and read?

13              JUROR NO. 6:  Yes.

14              THE COURTROOM DEPUTY:  Juror No. 8, is this your

15    verdict as presented and read?

16              JUROR NO. 8:  Yes.

17              THE COURTROOM DEPUTY:  And, Juror No. 9, is this

18    your verdict as presented and read?

19              JUROR NO. 9:  Yes.

20              THE COURT:  Thank you.

21              And the record will reflect that the verdict as read

22    was, in fact, unanimous.

23              And, members of the jury, you have now completed

24    your jury service in this matter.  Let me tell you a couple of

25    logistical things.
```

The timestamps in the left margin: 03:32PM (line 5), 03:32PM (line 10), 03:33PM (line 15), 03:33PM (line 20), 03:33PM (line 25).

**UNITED STATES DISTRICT COURT**

1          First of all, you are now free to speak to whomever

2    you would like about this case.  So if you wanted to speak to

3    the lawyers or anyone else about the case, you're free to do

4    so.  But it's also your right to decline to speak with people

03:33PM   5    if you prefer not to speak to somebody.  That's your decision,

6    your right.

7          All I would tell you is if you do elect to speak,

8    whether it's to the lawyers or anyone else about this matter,

9    just remember that you should try to conduct yourself when you

03:33PM  10    speak with whomever you speak with a certain level of formality

11    that reflects the seriousness of these proceedings and respects

12    also the process that you went through during jury

13    deliberations.

14          I believe that you do not need to go down to the

03:34PM  15    jury assembly room because you'll get whatever certificates and

16    the like that you need to get by mail.  But Mr. Cruz will give

17    you further direction on that.

18          It has been a pleasure serving with you on this

19    case.

03:34PM  20          Let me make an observation that I think you all have

21    merited, which is that this has been a case that's gone on for

22    some time and it's been very technical.  And it was pretty

23    clear to me that you all paid careful attention, probably more

24    so, in my experience, certainly of a case like this and of this

03:34PM  25    length than I have seen in the many years that I have seen

1    jurors presiding over matters.

2          So I want to thank you, and I know that all counsel

3    thank you for your participation.  And with that, you have

4    completed your jury service with my great thanks and

03:35PM  5    appreciation, as well as my staff's thanks and appreciation.

6          Have a wonderful weekend, and thank you all for your

7    service.

8          THE COURTROOM DEPUTY:  All rise for the jury,

9    please.

03:35PM  10         (Out of the presence of the jury:)

11         THE COURT:  We're outside the presence of the jury.

12         And I'm going to have the plaintiff provide the

13   Court with a judgment within seven days of today, so by

14   December 10th.  And you are to provide that to the other side

03:36PM  15   in order to have them approve it as to form.

16         I realize there are still outstanding issues for the

17   Court to address, including the JMOL.  I haven't forgotten

18   that, but I do want to get the form of judgment.

19         So the Court also does need to address the issues of

03:36PM  20   the bench trial.  And I do want to get the parties' input on

21   what remains outstanding and what further process that you are

22   requesting.  I don't mean to suggest that I'm going to give you

23   carte blanche with process.  I've given the parties in this

24   case quite a bit of process.  But I am at least certainly open

03:37PM  25   to seeing what input you think remains, whether it's for the

2245

JMOL or whether it's with respect to the bench trial.

I know we did discuss a number of potential areas
for briefing.  I don't have them all memorized but about the
orphan issue and the like.

03:37PM    So unless there's anything further for us to
accomplish today, all I'm going to do is require the parties to
submit to the Court a joint document by Monday that reflects
what remaining process you think is due or that you're
requesting.

03:37PM    And I will tell you, it is my intention to have
continuity in this case, which means that, although I have no
doubt that all counsel are quite tired, the Court does not
intend, after devoting the amount of resources it has to this
matter, to allow much, if any, time to pass where I'm going to
03:38PM    have to attempt to revisit much of what I already now have in
mind.

So counsel should be mindful that you are still in
trial, and you are still at the Court's beck and call,
essentially.  I don't mean to make it sound as pedestrian as
03:38PM    that, but you get the point.  And that means that if I need to
have you come here, I will.

And let me tell you what I was contemplating and the
reason I'm not going to be doing this, Mr. Blum -- although, if
you would prefer that I do it, I probably would.  I was
03:38PM    contemplating having the parties come back on Monday morning,

1    but I realize that you're coming from Northern California, I

2    believe.

3              MR. BLUM:  Yes, sir.

4              THE COURT:  And my strong suspicion is that you

03:39PM  5    would prefer not to come here on Monday morning to try to have

6    a discussion about what other things remain and the like but,

7    rather, would like to go home, spend the weekend at home, spend

8    Monday at home.  And I'm willing to allow for that, with the

9    understanding, if I need you here on Tuesday, you're going to

03:39PM  10   have to come here on Tuesday.  Is that agreeable?

11             MR. BLUM:  Your Honor, I'm -- the words you used, I

12   am at your beck and call and I understand that.

13             THE COURT:  But more -- I guess as -- as

14   significantly, have I assumed correctly?

03:39PM  15             MR. BLUM:  Yes, sir.

16             THE COURT:  All right.  So unless there's anything

17   further, I will look to receive something from counsel.  And I

18   am going to want it by noon on Monday.  The reason is I'm going

19   to need -- the earlier, the better.  I'm going to need some

03:40PM  20   time to look at what you have provided to the Court,

21   contemplate it, and then give you further direction as to

22   whether you need to be here on Tuesday or Wednesday or what

23   have you or not.

24             But I am in -- instead of having you here to have

03:40PM  25   this discussion or to do it this afternoon, which I'm certain

2247

```
 1    nobody wants to do that, that's how I intend to proceed.

 2              Is there anything further that we need to address

 3    here for the plaintiff this afternoon?

 4              MR. RICHARD:  Just to say thank you to Your Honor

 5    and Your Honor's staff.  We all see how hard you all work and

 6    appreciate it.

 7              THE COURT:  Thank you.

 8              Anything further, Mr. Blum?

 9              MR. BLUM:  We have the same feelings, Your Honor.

10    And I can't say enough about how good your staff is.

11              THE COURT:  With that, we all agree.

12              Well, have a very nice weekend.  And I look forward

13    to further discussions about the remaining issues in the case.

14    Thank you.

15              (Proceedings concluded at 3:40 p.m.)

16

17

18

19

20

21

22

23

24

25
```

**UNITED STATES DISTRICT COURT**

2248

1                    **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES   )
                             )
4    STATE OF CALIFORNIA     )

5

6              I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT

7    REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

8    CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

9    TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17              DATED THIS 4TH DAY OF DECEMBER, 2021.

18

19

20              /S/ MYRA L. PONCE
     _____
21        MYRA L. PONCE, CSR NO. 11544, CRR, RDR
              FEDERAL OFFICIAL COURT REPORTER
22

23

24

25

**UNITED STATES DISTRICT COURT**

**'**

**'YES'** [1] - 2223:9

## 1

**1** [6] - 2220:3, 2222:18, 2237:9, 2241:17, 2241:21, 2241:23
**10** [3] - 2238:19, 2240:20, 2241:3
**10TH** [1] - 2244:14
**11** [1] - 2238:22
**12** [1] - 2238:25
**12:38** [1] - 2216:1
**12:53** [1] - 2223:2
**13** [6] - 2218:10, 2218:15, 2223:9, 2224:8, 2224:9, 2239:4
**14** [1] - 2239:8
**15** [1] - 2239:11
**16** [2] - 2224:9, 2239:15
**17** [1] - 2239:19
**18** [1] - 2239:23
**19** [1] - 2240:1
**1:43** [1] - 2223:2
**1:54** [1] - 2229:12

## 2

**2** [17] - 2218:10, 2218:15, 2218:24, 2219:1, 2219:4, 2222:18, 2222:24, 2223:9, 2224:5, 2224:8, 2236:11, 2236:13, 2236:16, 2237:11, 2241:17, 2241:24, 2242:1
**20** [5] - 2218:10, 2218:15, 2223:9, 2224:9, 2240:5
**2021** [1] - 2216:1
**21** [6] - 2217:12, 2218:3, 2218:7, 2220:3, 2223:8, 2240:9
**22** [7] - 2218:25, 2220:3, 2223:9, 2223:19, 2224:5, 2230:7, 2240:14
**23** [6] - 2218:21, 2219:5, 2220:4, 2223:19, 2225:11, 2240:17
**24** [2] - 2219:5, 2240:21

**25** [2] - 2219:6, 2241:1
**26** [2] - 2219:8, 2224:10
**2:05** [1] - 2228:25
**2:16** [1] - 2229:12
**2:19** [1] - 2231:14
**2:30** [1] - 2231:14
**2:39** [1] - 2236:4

## 3

**3** [4] - 2216:1, 2237:16, 2242:2, 2242:4
**3.1** [2] - 2221:7, 2221:22
**30** [1] - 2241:5
**3930** [1] - 2225:21
**3:00** [1] - 2221:11
**3:21** [1] - 2236:4
**3:40** [1] - 2247:15

## 4

**4** [3] - 2237:19, 2242:5, 2242:7

## 5

**5** [3] - 2238:1, 2242:8, 2242:10

## 6

**6** [8] - 2218:10, 2218:15, 2223:9, 2224:8, 2224:9, 2238:5, 2242:11, 2242:13
**60** [1] - 2241:4
**68.3** [1] - 2240:13

## 7

**7** [2] - 2238:9, 2240:11

## 8

**8** [3] - 2238:13, 2242:14, 2242:16
**8:30** [1] - 2222:21

## 9

**9** [3] - 2238:16, 2242:17, 2242:19

## A

**ABILITY** [1] - 2220:24
**ABLE** [1] - 2235:21

**ABSENCE** [1] - 2221:19
**ACCOMPLISH** [1] - 2245:6
**ACCOUNTANT** [1] - 2235:11
**ACT** [2] - 2238:10, 2239:12
**ACTING** [2] - 2238:10, 2239:11
**ACTUAL** [2] - 2219:20, 2238:6
**ADD** [6] - 2218:14, 2225:21, 2226:24, 2227:5, 2228:5, 2228:11
**ADDED** [1] - 2217:25
**ADDING** [1] - 2227:4
**ADDITION** [1] - 2230:13
**ADDITIONAL** [1] - 2216:19
**ADDRESS** [5] - 2216:24, 2223:15, 2244:17, 2244:19, 2247:2
**ADMIT** [1] - 2220:21
**AFFECT** [1] - 2238:13
**AFTERNOON** [4] - 2232:6, 2232:7, 2246:25, 2247:3
**AFTERWARDS** [2] - 2225:15, 2226:18
**AGENCY** [16] - 2216:6, 2217:23, 2236:7, 2237:4, 2237:13, 2237:16, 2238:7, 2238:22, 2238:25, 2239:6, 2239:8, 2239:23, 2240:3, 2240:14, 2240:22, 2240:24
**AGENCY** [2] - 2218:19, 2221:7
**AGENCY'S** [6] - 2237:21, 2237:24, 2238:2, 2239:16, 2239:19, 2244:12, 2247:11
**AGREEABLE** [1] - 2246:10
**AGREED** [7] - 2229:9, 2229:23, 2230:1, 2230:2, 2231:1, 2234:1, 2234:23

**AGREED-UPON** [1] - 2234:1
**AGREEING** [2] - 2229:1
**AGREEMENT** [1] - 2229:2
**AGREES** [1] - 2224:16
**AHEAD** [2] - 2231:23, 2241:12
**ALLOW** [3] - 2216:8, 2245:14, 2246:8
**ALLOWED** [1] - 2226:24
**AMOUNT** [3] - 2230:9, 2245:13
**ANGELES** [1] - 2216:2
**ANNOUNCE** [1] - 2216:8
**ANNOYED** [2] - 2238:17, 2239:20
**ANSWER** [13] - 2217:17, 2218:10, 2218:16, 2219:2, 2219:5, 2219:7, 2220:13, 2220:15, 2221:18, 2223:11, 2225:18, 2229:1, 2237:7
**ANSWERED** [16] - 2218:1, 2218:8, 2218:13, 2218:15, 2218:18, 2218:20, 2218:22, 2218:25, 2219:3, 2219:4, 2223:9, 2223:10, 2224:5, 2224:6, 2224:8, 2224:9
**APOLOGIZE** [1] - 2232:25
**APOLOGY** [2] - 2232:8, 2232:9
**APPEAR** [1] - 2216:19
**APPRECIATE** [4] - 2220:23, 2232:11, 2232:12, 2247:6
**APPRECIATION** [3] - 2232:9, 2244:5
**APPROVE** [1] - 2244:15
**AREAS** [1] - 2245:2
**ARGUED** [4] - 2226:1, 2227:13, 2228:9, 2228:13
**ARGUMENT** [4] - 2217:24, 2218:6, 2226:3, 2228:6
**ARGUMENTS** [1] - 2221:4
**ASSEMBLY** [1] - 2243:15

**ASSUME** [1] - 2225:12
**ASSUMED** [1] - 2246:14
**ASSUMING** [1] - 2218:4
**ATTEMPT** [1] - 2245:15
**ATTEMPTS** [1] - 2216:23
**ATTENTION** [3] - 2217:2, 2232:18, 2243:23
**ATTRIBUTABLE** [1] - 2241:2
**AVAILABLE** [4] - 2234:24, 2235:4, 2235:6, 2235:23
**AVOID** [2] - 2218:20, 2240:15
**AWARD** [1] - 2218:5
**AWARDED** [1] - 2218:3

## B

**BAILIFF** [1] - 2236:18
**BASED** [1] - 2228:3
**BASIS** [1] - 2227:5
**BECK** [2] - 2245:18, 2246:12
**BEGINNING** [1] - 2241:16
**BEGINS** [2] - 2219:7, 2233:4
**BENCH** [2] - 2244:20, 2245:1
**BENEFIT** [1] - 2240:6
**BENEFITS** [1] - 2217:14
**BEST** [2] - 2220:12, 2225:24
**BETTER** [2] - 2217:3, 2246:19
**BETWEEN** [1] - 2226:22
**BEYOND** [2] - 2218:7, 2224:17
**BIT** [3] - 2217:4, 2230:17, 2244:24
**BLANCHE** [1] - 2244:23
**BLUM** [21] - 2219:19, 2219:24, 2220:11, 2221:9, 2224:25, 2225:11, 2225:15, 2225:20, 2225:25, 2226:17, 2226:23, 2230:6, 2230:11, 2231:10, 2231:12, 2233:11, 2235:20,

2246:3, 2246:11, 2246:15, 2247:9
**BLUM** [13] - 2216:7, 2219:18, 2220:24, 2221:6, 2224:15, 2224:21, 2230:5, 2231:6, 2233:10, 2234:25, 2235:19, 2245:23, 2247:8
**BLUM'S** [2] - 2217:24, 2218:6
**BREAK** [4] - 2223:2, 2229:12, 2231:14, 2236:4
**BREAK** - 2216:25, 2219:13
**BRIEFING** [1] - 2245:3
**BRING** [4] - 2225:20, 2227:11, 2231:18, 2231:23
**BRINGING** [2] - 2229:24, 2232:18
**BUTTON** [1] - 2235:3

## C

**CALIFORNIA** [2] - 2237:3, 2246:1
**CALIFORNIA** [1] - 2216:2
**CANDIDLY** [1] - 2220:21
**CAREFUL** [2] - 2217:2, 2243:23
**CAREFULLY** [5] - 2216:25, 2218:12, 2219:13, 2222:4, 2233:3
**CARTE** [1] - 2244:23
**CASE** [10] - 2236:15, 2241:15, 2243:2, 2243:3, 2243:19, 2243:21, 2243:24, 2244:24, 2245:11, 2247:13
**CATCH** [1] - 2224:14
**CAUSED** [1] - 2240:18
**CAUSING** [5] - 2237:12, 2238:6, 2239:5, 2240:2, 2240:23
**CENTER** [1] - 2240:23
**CENTRAL** [1] - 2237:3
**CERTAIN** [3] - 2234:23, 2243:10, 2246:25
**CERTAINLY** [3] - 2219:14, 2243:24, 2244:24
**CERTIFICATES** [1] -

2243:15
**CETERA** [1] - 2241:17
**CHAIN** [1] - 2231:9
**CHANGE** [1] - 2217:7
**CHANGED** [2] - 2216:16, 2224:13
**CHANGES** [3] - 2217:8, 2233:4, 2233:12
**CHECK** [2] - 2218:9, 2235:1
**CHECKED** [25] - 2237:10, 2237:14, 2237:18, 2237:25, 2238:4, 2238:8, 2238:12, 2238:15, 2238:18, 2238:21, 2238:24, 2239:3, 2239:7, 2239:10, 2239:14, 2239:18, 2239:22, 2239:25, 2240:4, 2240:7, 2240:16, 2240:25, 2241:3, 2241:5, 2241:9
**CHOICE** [1] - 2229:22
**CIRCUMSTANCES** [1] - 2229:25
**CLAIM** [7] - 2219:1, 2219:6, 2220:16, 2224:24, 2226:16, 2240:21, 2241:2
**CLAIMING** [1] - 2228:4
**CLAIMS** [5] - 2217:17, 2217:18, 2217:22, 2218:5, 2219:9
**CLARIFICATION** [4] - 2219:20, 2222:3, 2222:8, 2222:17
**CLARIFIED** [1] - 2220:14
**CLARIFY** [1] - 2221:10
**CLARITA** [24] - 2216:5, 2217:23, 2236:6, 2237:3, 2237:12, 2237:16, 2237:20, 2237:23, 2238:2, 2238:6, 2238:9, 2238:22, 2238:25, 2239:6, 2239:8, 2239:16, 2239:23, 2240:2, 2240:9, 2240:14, 2240:17, 2240:22, 2240:24
**CLEAR** [3] - 2230:7, 2233:16, 2243:23
**CLEARLY** [1] - 2225:2
**CLOSING** [1] - 2228:5

**COMING** [1] - 2246:1
**COMMENTS** [1] - 2221:10
**COMPARATIVE** [3] - 2227:14, 2228:6, 2228:13
**COMPLETED** [3] - 2231:20, 2242:23, 2244:4
**COMPROMISE** [2] - 2228:17, 2229:2
**CONCEDED** [2] - 2221:21, 2221:22
**CONCLUDE** [2] - 2221:3, 2221:5
**CONCLUDED** [1] - 2247:15
**CONDITION** [6] - 2238:10, 2238:13, 2238:17, 2239:12, 2239:15
**CONDUCT** [11] - 2238:5, 2238:20, 2238:23, 2239:5, 2239:21, 2239:24, 2240:1, 2240:6, 2240:22, 2241:7, 2243:9
**CONFIRM** [2] - 2233:6, 2235:6
**CONFUSED** [1] - 2221:8
**CONSECUTIVE** [1] - 2217:13
**CONSENT** [3] - 2230:8, 2238:23, 2239:24
**CONSISTENT** [2] - 2217:24, 2218:5
**CONSULT** [2] - 2222:22, 2228:19
**CONTAINED** [1] - 2225:14
**CONTEMPLATE** [1] - 2246:21
**CONTEMPLATING** [2] - 2245:22, 2245:25
**CONTINUITY** [1] - 2245:11
**CONTRARY** [1] - 2227:8
**CONTROL** [2] - 2237:17, 2239:9
**CONVOLUTED** [3] - 2217:5, 2219:11, 2223:13
**COPIES** [1] - 2216:23
**COPY** [2] - 2219:25, 2230:23
**CORPORATION** [9] -

2236:7, 2237:4, 2237:9, 2237:19, 2237:21, 2238:1, 2238:10, 2239:4, 2239:11
**CORPORATION'S** [9] - 2237:11, 2238:5, 2238:20, 2238:23, 2239:5, 2239:20, 2239:24, 2240:1, 2240:6
**CORRECT** [9] - 2217:20, 2219:22, 2220:15, 2221:4, 2223:7, 2225:17, 2233:8, 2236:14, 2236:16
**CORRECTED** [1] - 2233:20
**CORRECTLY** [2] - 2232:24, 2246:14
**COST** [1] - 2240:12
**COUNSEL** [15] - 2216:7, 2222:19, 2222:22, 2224:1, 2226:22, 2228:20, 2229:19, 2231:17, 2233:6, 2236:1, 2236:8, 2244:2, 2245:12, 2245:17, 2246:17
**COUNSEL'S** [2] - 2233:24, 2233:25
**COUPLE** [1] - 2242:24
**COURSE** [1] - 2234:14
**COURT** [55] - 2216:5, 2216:13, 2219:23, 2219:25, 2220:23, 2221:13, 2222:11, 2222:16, 2223:4, 2223:23, 2224:3, 2224:12, 2224:18, 2224:21, 2225:5, 2225:13, 2225:17, 2225:23, 2226:14, 2227:7, 2227:19, 2228:16, 2228:22, 2228:24, 2229:14, 2230:1, 2230:5, 2230:10, 2230:12, 2231:11, 2231:13, 2231:16, 2232:4, 2232:8, 2233:10, 2233:12, 2233:18, 2233:23, 2234:7, 2235:8, 2235:15, 2235:19, 2235:25, 2236:6, 2236:14, 2236:17, 2236:21, 2241:12, 2242:20,

2244:11, 2246:4, 2246:13, 2246:16, 2247:7, 2247:11
**COURT** [2] - 2234:2, 2234:24
**COURT** [29] - 2216:13, 2216:18, 2216:19, 2218:9, 2220:25, 2221:16, 2223:14, 2224:13, 2224:19, 2225:14, 2228:25, 2229:3, 2229:8, 2229:23, 2230:12, 2232:13, 2232:14, 2232:24, 2234:14, 2234:16, 2235:6, 2236:9, 2237:3, 2244:13, 2244:17, 2244:19, 2245:7, 2245:12, 2246:20
**COURT'S** [5] - 2221:10, 2224:23, 2228:24, 2229:2, 2245:18
**COURTROOM** [3] - 2216:22, 2236:19, 2236:25
**COURTROOM** [12] - 2233:22, 2234:5, 2237:2, 2241:20, 2241:24, 2242:2, 2242:5, 2242:8, 2242:11, 2242:14, 2242:17, 2244:8
**CREATE** [2] - 2238:10, 2239:12
**CRUZ** [7] - 2219:25, 2222:14, 2222:17, 2230:23, 2241:15, 2241:17, 2243:16
**CUSTODY** [1] - 2231:9

## D

**DAMAGE** [4] - 2218:5, 2218:7, 2220:18, 2230:9
**DAMAGES** [26] - 2217:5, 2217:9, 2217:11, 2217:12, 2217:16, 2217:19, 2217:23, 2217:25, 2218:3, 2218:20, 2219:7, 2221:18, 2227:12, 2228:8, 2230:8, 2232:19, 2233:5, 2240:8, 2240:10, 2240:11, 2240:15, 2240:18, 2240:19, 2240:23,

2241:6
**DAMAGES** [1] - 2233:14
**DATED** [1] - 2241:10
**DATES** [1] - 2225:16
**DAYS** [1] - 2244:13
**DEALING** [1] - 2226:19
**DEALT** [1] - 2220:17
**DECEMBER** [1] - 2244:14
**DECEMBER** [1] - 2216:1
**DECISION** [1] - 2243:5
**DECLINE** [1] - 2243:4
**DEFECTIVE** [1] - 2219:15
**DEFENDANT** [2] - 2230:8, 2237:5
**DEFENDANTS** [2] - 2234:23, 2235:3
**DEFENSE** [4] - 2224:1, 2227:3, 2228:1, 2228:2
**DELAY** [1] - 2232:25
**DELAYED** [2] - 2229:7, 2232:10
**DELIBERATIONS** [3] - 2225:22, 2234:4, 2243:13
**DEMONSTRATING** [1] - 2221:19
**DEPUTY** [3] - 2216:22, 2236:19, 2236:25
**DEPUTY** [12] - 2233:22, 2234:5, 2237:2, 2241:20, 2241:24, 2242:2, 2242:5, 2242:8, 2242:11, 2242:14, 2242:17, 2244:8
**DETERMINATIONS** [1] - 2218:19
**DEVOTING** [1] - 2245:13
**DIFFERENT** [4] - 2222:1, 2230:17, 2230:20, 2239:1
**DIFFERENTLY** [1] - 2221:24
**DIGEST** [1] - 2222:3
**DILIGENCE** [2] - 2232:12, 2233:19
**DIRECTED** [3] - 2217:19, 2224:10, 2226:6
**DIRECTION** [5] - 2219:11, 2232:21, 2243:17, 2246:21
**DIRECTIONS** [4] -

2217:25, 2223:8, 2233:13, 2234:2
**DIRECTLY** [1] - 2226:18
**DISAGREEING** [1] - 2226:1
**DISAGREES** [1] - 2224:1
**DISCERN** [1] - 2220:25
**DISCUSS** [1] - 2245:2
**DISCUSSED** [1] - 2229:22
**DISCUSSION** [6] - 2222:14, 2226:22, 2228:20, 2232:2, 2246:6, 2246:25
**DISCUSSIONS** [1] - 2247:13
**DISTRICT** [2] - 2237:2, 2237:3
**DISTURBED** [2] - 2238:17, 2239:20
**DOCUMENT** [6] - 2230:13, 2230:15, 2231:1, 2231:7, 2231:8, 2245:7
**DOCUMENTS** [1] - 2235:22
**DONE** [6] - 2219:14, 2220:10, 2221:17, 2230:24, 2231:19, 2231:21
**DOUBT** [1] - 2245:12
**DOWN** [2] - 2235:3, 2243:14
**DUE** [1] - 2245:8
**DURING** [1] - 2243:12

## E

**E-MAIL** [5] - 2224:25, 2226:7, 2226:8, 2226:17, 2235:1
**EASILY** [2] - 2220:16, 2227:21
**EDITED** [1] - 2230:25
**EFFECT** [1] - 2226:16
**EFFORTS** [3] - 2218:20, 2219:4, 2240:15
**EITHER** [2] - 2218:10, 2228:1
**ELECT** [1] - 2243:7
**EMPHASIS** [2] - 2227:16, 2227:21
**END** [2] - 2231:7, 2235:22
**ENGAGE** [1] - 2241:7
**ENJOYMENT** [1] -

2239:17
**ENTER** [3] - 2237:20, 2237:23, 2238:1
**ENTIRE** [1] - 2232:19
**ENTIRELY** [1] - 2232:24
**ENTIRETY** [1] - 2235:8
**ENTITLED** [1] - 2221:7
**ENTITY** [1] - 2241:1
**ENVELOPE** [1] - 2235:7
**ERROR** [1] - 2233:15
**ESSENTIALLY** [5] - 2218:14, 2221:21, 2224:13, 2228:1, 2245:19
**ESTIMATE** [1] - 2235:15
**ET** [1] - 2241:17
**EVENT** [2] - 2222:24, 2234:15
**EVIDENCE** [5] - 2219:22, 2227:2, 2228:7, 2228:14, 2235:9, 2235:16
**EXACT** [1] - 2226:2
**EXACTLY** [1] - 2230:4
**EXAMPLE** [2] - 2218:2, 2221:2
**EXCEPT** [1] - 2229:9
**EXIST** [1] - 2239:13
**EXPECTED** [1] - 2220:25
**EXPERIENCE** [1] - 2243:24
**EXPLAIN** [2] - 2227:22, 2231:18
**EXPLAINING** [1] - 2233:2
**EXPRESSION** [1] - 2232:9

## F

**FACT** [2] - 2241:18, 2242:22
**FACTOR** [5] - 2237:12, 2238:6, 2239:5, 2240:2, 2240:23
**FAILING** [2] - 2238:10, 2239:12
**FAILURE** [8] - 2223:21, 2223:25, 2224:17, 2227:16, 2228:8, 2228:12, 2232:17, 2240:18
**FAULT** [6] - 2227:14, 2228:6, 2228:13,

2237:8, 2241:2
**FAVOR** [1] - 2217:18
**FEELINGS** [1] - 2247:9
**FILED** [1] - 2227:5
**FINALIZE** [1] - 2230:22
**FINALIZED** [2] - 2230:13, 2231:1
**FINANCIAL** [1] - 2234:23
**FINISH** [1] - 2224:1
**FIRST** [6] - 2217:8, 2220:2, 2223:18, 2224:20, 2232:6, 2243:1
**FOLDER** [1] - 2236:18
**FOLLOW** [2] - 2225:5, 2225:6
**FOLLOWS** [1] - 2237:7
**FOREPERSON** [2] - 2236:12, 2241:11
**FORGOTTEN** [1] - 2244:17
**FORM** [41] - 2216:15, 2216:18, 2216:22, 2217:15, 2218:12, 2218:14, 2219:16, 2220:4, 2220:7, 2220:21, 2221:15, 2222:25, 2225:4, 2225:7, 2225:14, 2226:6, 2227:23, 2228:18, 2229:9, 2229:18, 2230:2, 2230:3, 2230:21, 2231:5, 2231:20, 2231:22, 2232:10, 2232:14, 2232:19, 2232:20, 2232:21, 2233:3, 2233:20, 2234:1, 2236:18, 2236:21, 2236:22, 2236:24, 2237:6, 2244:15, 2244:18
**FORMALITY** [1] - 2243:10
**FORMATTING** [1] - 2230:14
**FORMULATION** [2] - 2224:13, 2230:19
**FORWARD** [2] - 2227:2, 2247:12
**FOUR** [2] - 2217:17, 2217:22
**FRAMEWORK** [1] - 2220:20
**FRANKLY** [1] - 2220:12

**FRAUD** [1] - 2241:8
**FREE** [2] - 2243:1, 2243:3
**FREQUENTLY** [1] - 2226:9
**FRIDAY** [1] - 2216:1
**FULLY** [1] - 2241:18
**FUSS** [1] - 2230:18

## G

**GEE** [1] - 2216:12
**GENERAL** [1] - 2239:2
**GENERALLY** [1] - 2222:5
**GENTLEMEN** [1] - 2232:6
**GIVEN** [1] - 2244:23
**GRANTED** [1] - 2227:6
**GREAT** [1] - 2244:4
**GREATLY** [1] - 2233:18
**GUESS** [2] - 2224:8, 2246:13
**GUIDANCE** [1] - 2223:25

## H

**HALF** [1] - 2235:18
**HAND** [2] - 2236:17, 2236:25
**HARD** [1] - 2247:5
**HARM** [8] - 2237:12, 2238:6, 2238:19, 2239:1, 2239:6, 2240:2, 2240:5
**HARMFUL** [2] - 2238:11, 2239:13
**HEALTH** [2] - 2238:11, 2239:13
**HEAR** [3] - 2218:17, 2224:21, 2229:19
**HEARING** [1] - 2222:7
**HIGHLY** [1] - 2227:11
**HIT** [1] - 2221:11
**HOME** [2] - 2246:7, 2246:8
**HONESTLY** [1] - 2226:18
**HONOR** [31] - 2216:10, 2219:19, 2220:11, 2221:9, 2223:17, 2225:1, 2225:16, 2225:25, 2226:7, 2226:12, 2226:17, 2226:23, 2227:9, 2227:17, 2228:21, 2229:21,

4

2230:4, 2230:6, 2231:10, 2233:8, 2233:11, 2234:19, 2235:18, 2235:21, 2236:3, 2236:13, 2241:11, 2241:20, 2246:11, 2247:4, 2247:9

**HONOR'S** [3] - 2228:15, 2235:11, 2247:5

**HOPEFULLY** [1] - 2235:13

**HOUR** [2] - 2235:2, 2235:17, 2235:18

## I

**IDEA** [1] - 2234:14
**IDENTIFIED** [1] - 2216:21
**IMPLEMENT** [1] - 2222:1
**INADVERTENT** [1] - 2227:20
**INADVERTENTLY** [1] - 2227:23
**INCLUDED** [1] - 2225:7
**INCLUDING** [4] - 2220:25, 2221:4, 2232:19, 2244:17
**INDEED** [1] - 2236:15
**INDICATING** [1] - 2236:9
**INDIVIDUALLY** [3] - 2241:12, 2241:16, 2241:19
**INDUSTRIAL** [1] - 2240:23
**INFORMATION** [6] - 2227:8, 2234:23, 2235:7, 2235:12, 2235:13, 2235:22
**INITIALS** [6] - 2231:5, 2231:10, 2231:11, 2233:24, 2233:25
**INPUT** [2] - 2244:20, 2244:25
**INSTEAD** [1] - 2246:24
**INSTRUCT** [3] - 2225:18, 2227:15, 2228:18
**INSTRUCTED** [2] - 2223:20, 2224:16
**INSTRUCTION** [12] - 2225:1, 2225:3, 2225:10, 2226:11, 2226:13, 2227:10,

2227:12, 2227:24, 2228:5, 2228:12, 2229:3, 2229:25
**INSTRUCTIONS** [5] - 2225:21, 2226:8, 2226:15, 2227:18, 2228:10
**INTELLECTUAL** [1] - 2220:13
**INTEND** [2] - 2245:13, 2247:1
**INTENDED** [1] - 2225:2
**INTENDING** [1] - 2237:22
**INTENDS** [1] - 2234:16
**INTENTION** [2] - 2216:20, 2245:10
**INTENTIONALLY** [1] - 2237:19
**INTEREST** [1] - 2221:5
**INTERESTED** [1] - 2230:20
**INTERFERE** [1] - 2239:16
**INTERPRET** [1] - 2221:20
**INTERPRETATION** [1] - 2220:9
**INTRODUCED** [1] - 2235:9
**INVOLVED** [1] - 2226:19
**ISSUE** [10] - 2216:17, 2221:5, 2224:22, 2226:21, 2227:16, 2228:6, 2229:10, 2230:7, 2237:8, 2245:4
**ISSUES** [7] - 2216:21, 2216:24, 2220:17, 2226:5, 2244:16, 2244:19, 2247:13
**ITEMS** [1] - 2235:4

## J

**JMOL** [2] - 2244:17, 2245:1
**JOINED** [1] - 2236:8
**JOINT** [3] - 2229:9, 2229:17, 2245:7
**JOINTLY** [1] - 2224:19
**JUDGMENT** [4] - 2220:14, 2227:1, 2244:13, 2244:18
**JULY** [1] - 2225:11
**JUROR** [11] - 2220:3,

2236:11, 2241:17, 2241:21, 2241:24, 2242:2, 2242:5, 2242:8, 2242:11, 2242:14, 2242:17
**JUROR** [10] - 2236:13, 2236:16, 2241:23, 2242:1, 2242:4, 2242:7, 2242:10, 2242:13, 2242:16, 2242:19
**JURORS** [1] - 2244:1
**JURY** [66] - 2216:4, 2216:14, 2217:6, 2217:16, 2218:6, 2219:21, 2220:15, 2223:3, 2223:5, 2223:20, 2223:24, 2224:16, 2225:9, 2227:10, 2227:13, 2227:15, 2227:18, 2227:20, 2229:13, 2229:16, 2229:24, 2230:20, 2231:3, 2231:6, 2231:15, 2231:17, 2231:18, 2231:23, 2232:3, 2232:5, 2234:5, 2234:6, 2234:9, 2234:14, 2236:5, 2236:8, 2236:10, 2236:14, 2237:18, 2238:4, 2238:21, 2238:24, 2239:10, 2239:18, 2239:22, 2239:25, 2240:4, 2240:7, 2240:16, 2240:20, 2240:25, 2241:3, 2241:5, 2241:9, 2241:10, 2241:13, 2241:15, 2242:23, 2242:24, 2243:12, 2243:15, 2244:4, 2244:8, 2244:10, 2244:11
**JURY** [2] - 2232:7, 2233:17
**JURY'S** [3] - 2237:10, 2237:14, 2237:25, 2238:8, 2238:12, 2238:15, 2238:18, 2239:3, 2239:7, 2239:14, 2241:4

## K

**KINDLY** [1] - 2236:17

## L

**LADIES** [1] - 2232:6

**LAND** [1] - 2239:17
**LARDIERE** [3] - 2234:21, 2235:3, 2235:9
**LAST** [2] - 2220:12, 2235:2
**LAWYERS** [2] - 2243:3, 2243:8
**LEAD** [1] - 2217:21
**LEASE** [2] - 2237:17, 2239:9
**LEAST** [1] - 2244:24
**LEAVE** [2] - 2228:17, 2230:15
**LEAVING** [1] - 2229:23
**LEGAL** [1] - 2227:4
**LENGTH** [2] - 2235:16, 2243:25
**LEVEL** [2] - 2220:24, 2243:10
**LIABILITY** [10] - 2217:22, 2218:2, 2218:5, 2218:8, 2218:9, 2219:5, 2219:8, 2219:9, 2221:6, 2221:19
**LIMITED** [1] - 2233:4
**LOGISTICAL** [1] - 2242:25
**LOOK** [10] - 2216:18, 2217:3, 2217:17, 2222:3, 2223:7, 2232:18, 2235:14, 2246:17, 2246:20, 2247:12
**LOS** [1] - 2216:2

## M

**MAGISTRATE** [1] - 2235:5
**MAIL** [6] - 2224:25, 2226:7, 2226:8, 2226:17, 2235:1, 2243:16
**MALICE** [1] - 2241:7
**MARKED** [3] - 2220:2, 2240:20, 2241:4
**MATTER** [10] - 2217:16, 2223:5, 2228:16, 2229:6, 2229:15, 2232:12, 2232:16, 2242:24, 2243:8, 2245:14
**MATTERS** [1] - 2244:1
**MCGUANE** [1] - 2216:12
**MCL** [1] - 2220:19
**MEAN** [3] - 2229:4,

2244:22, 2245:19
**MEANS** [5] - 2223:25, 2229:5, 2241:14, 2245:11, 2245:20
**MEMBERS** [2] - 2241:14, 2242:23
**MEMORIZED** [1] - 2245:3
**MERITED** [1] - 2243:21
**MIDDLE** [1] - 2225:22
**MIGHT** [1] - 2221:5
**MIL** [2] - 2226:24, 2227:6
**MILLION** [4] - 2221:7, 2221:22, 2240:11, 2240:13
**MILS** [1] - 2227:5
**MIND** [1] - 2245:16
**MINDFUL** [1] - 2245:17
**MINUTE** [2] - 2228:21, 2231:24
**MINUTES** [2] - 2224:25, 2229:11
**MISSING** [5] - 2216:14, 2220:4, 2220:8, 2232:13, 2232:16
**MITIGATE** [7] - 2223:21, 2223:25, 2224:17, 2227:16, 2228:8, 2228:12, 2240:18
**MITIGATION** [17] - 2223:19, 2224:15, 2224:22, 2224:24, 2225:3, 2225:9, 2225:18, 2225:19, 2226:2, 2226:5, 2226:11, 2226:16, 2226:19, 2227:3, 2227:12, 2228:2, 2229:10
**MODIFICATION** [1] - 2221:14
**MOMENT** [1] - 2235:20
**MONDAY** [6] - 2234:13, 2245:7, 2245:25, 2246:5, 2246:8, 2246:18
**MORNING** [4] - 2221:11, 2234:13, 2245:25, 2246:5
**MOST** [2] - 2226:13, 2229:25
**MR** [39] - 2216:10, 2219:19, 2219:24, 2220:11, 2221:9,

2222:9, 2223:17, 2223:24, 2224:4, 2224:14, 2224:20, 2224:25, 2225:11, 2225:15, 2225:20, 2225:25, 2226:17, 2226:23, 2227:9, 2228:5, 2228:21, 2229:21, 2230:4, 2230:6, 2230:11, 2231:10, 2231:12, 2233:8, 2233:11, 2234:19, 2235:10, 2235:17, 2235:20, 2236:3, 2246:3, 2246:11, 2246:15, 2247:4, 2247:9

**N**

**NECESSARILY** [2] - 2225:5, 2229:4
**NECESSITY** [1] - 2234:15
**NEED** [18] - 2219:2, 2219:5, 2222:5, 2222:13, 2230:23, 2231:20, 2233:2, 2234:12, 2235:11, 2243:14, 2243:16, 2244:19, 2245:20, 2246:9, 2246:19, 2246:22, 2247:2
**NEEDED** [1] - 2222:22
**NEEDS** [1] - 2221:15
**NEGLECTED** [1] - 2232:21
**NEGLIGENCE** [14] - 2216:15, 2218:23, 2218:24, 2219:1, 2219:4, 2219:6, 2219:9, 2223:11, 2223:12, 2224:6, 2237:8, 2237:11, 2240:21, 2241:2
**NEGLIGENT** [2] - 2220:17, 2237:9
**NEGLIGENTLY** [1] - 2237:22
**NEGOTIATIONS** [1] - 2226:19
**NEVER** [1] - 2228:11
**NICE** [1] - 2247:12
**NIGHT** [1] - 2220:12
**NO** [10] - 2236:13, 2236:16, 2241:23, 2242:1, 2242:4, 2242:7, 2242:10, 2242:13, 2242:16, 2242:19

**NOBODY** [1] - 2247:1
**NONETHELESS** [1] - 2218:3
**NOON** [1] - 2246:18
**NORTHERN** [1] - 2246:1
**NOTE** [1] - 2236:9
**NOTED** [1] - 2216:14
**NOTHING** [2] - 2218:16, 2222:7
**NOTICED** [1] - 2232:20
**NUISANCE** [3] - 2219:8, 2220:16, 2220:18
**NUMBER** [4] - 2221:4, 2232:17, 2238:14, 2245:2
**NUMBER** [1] - 2237:9
**NUMBERING** [5] - 2216:16, 2217:8, 2217:13, 2219:21, 2233:15
**NUMBERS** [3] - 2216:15, 2232:14, 2232:16

**O**

**O'CLOCK** [1] - 2221:11
**OBJECTION** [1] - 2228:7
**OBSERVATION** [1] - 2243:20
**OCCUPY** [2] - 2237:17, 2239:9
**OFF-THE-RECORD** [3] - 2226:22, 2228:20, 2232:2
**OMISSION** [1] - 2227:20
**OMITTED** [1] - 2227:23
**ONCE** [2] - 2231:2, 2236:1
**ONE** [13] - 2217:2, 2217:14, 2217:18, 2218:8, 2220:25, 2227:5, 2227:16, 2227:24, 2230:7, 2230:14, 2230:23, 2235:20, 2241:16
**OOO** [1] - 2216:3
**OPEN** [2] - 2234:2, 2244:24
**OPPORTUNITY** [1] - 2218:12
**OPPRESSION** [1] - 2241:8

**OPTION** [1] - 2227:4
**ORDER** [3] - 2235:4, 2236:25, 2244:15
**ORDERED** [1] - 2229:8
**ORDINARY** [2] - 2238:16, 2239:19
**ORIGINALLY** [1] - 2227:1
**ORPHAN** [1] - 2245:4
**OTHERWISE** [5] - 2217:15, 2223:24, 2230:1, 2230:2, 2230:25
**OUGHT** [1] - 2221:15
**OUTSIDE** [5] - 2223:5, 2229:16, 2231:17, 2234:8, 2244:11
**OUTSTANDING** [2] - 2244:16, 2244:21
**OUTWEIGH** [2] - 2238:20, 2240:6
**OVERLOOKED** [1] - 2232:15
**OWN** [3] - 2237:17, 2239:9, 2241:18

**P**

**P.M** [8] - 2223:2, 2229:12, 2231:14, 2236:4, 2247:15
**P.M** [1] - 2216:1
**PAGE** [2] - 2220:9, 2231:7
**PAGINATE** [1] - 2230:15
**PAGINATION** [2] - 2217:10, 2230:25
**PAID** [1] - 2243:23
**PARAGRAPH** [2] - 2218:3, 2218:7
**PART** [8] - 2220:8, 2223:19, 2227:22, 2231:20, 2232:19, 2232:20, 2232:23, 2233:14
**PARTICIPATION** [1] - 2244:3
**PARTIES** [17] - 2218:1, 2218:4, 2218:11, 2219:14, 2221:14, 2221:23, 2223:6, 2225:2, 2226:1, 2227:13, 2228:17, 2229:8, 2229:22, 2234:12, 2244:23, 2245:6, 2245:25
**PARTIES'** [1] -

2244:20
**PASS** [1] - 2245:14
**PAST** [1] - 2240:11
**PATIENCE** [2] - 2232:11, 2233:19
**PATRICK** [1] - 2216:11
**PAUSE** [3] - 2222:15, 2228:23, 2236:20
**PCE** [2] - 2237:20, 2237:23
**PEDESTRIAN** [1] - 2245:19
**PEOPLE** [3] - 2226:13, 2238:14, 2243:4
**PER** [2] - 2216:16, 2219:22
**PERCENT** [4] - 2240:20, 2241:3, 2241:4, 2241:5
**PERCENTAGE** [4] - 2218:22, 2227:14, 2240:17, 2241:1
**PERCHLORATE** [4] - 2220:19, 2237:20, 2237:23
**PERMISSION** [2] - 2238:3
**PERMIT** [1] - 2239:12
**PERSON** [3] - 2217:2, 2238:16, 2239:19
**PERSPECTIVE** [1] - 2220:6
**PERUSE** [1] - 2230:24
**PHASE** [3] - 2234:13, 2234:16, 2234:17
**PLACE** [1] - 2227:21
**PLAINTIFF** [6] - 2216:11, 2233:7, 2237:4, 2237:8, 2244:12, 2247:3
**PLAINTIFF'S** [1] - 2229:19
**PLEASURE** [1] - 2243:18
**POINT** [11] - 2218:15, 2219:10, 2224:2, 2224:23, 2226:8, 2226:14, 2226:15, 2230:20, 2232:13, 2233:13, 2245:20
**POLL** [2] - 2241:12, 2241:19
**PORTION** [2] - 2217:5, 2233:4
**POSITIONS** [1] - 2220:13
**POSSESSION** [1] - 2235:23

**POSSIBILITY** [1] - 2217:21
**POSSIBLE** [1] - 2231:19
**POSSIBLY** [1] - 2228:9
**POTENTIAL** [9] - 2216:20, 2216:21, 2216:24, 2217:14, 2221:17, 2228:17, 2232:15, 2234:12, 2245:2
**POTENTIALLY** [1] - 2229:10
**PREFER** [3] - 2243:5, 2245:24, 2246:5
**PREJUDGING** [1] - 2234:20
**PREJUDICE** [1] - 2228:4
**PREJUDICIAL** [2] - 2227:11, 2227:19
**PREPARED** [1] - 2234:12
**PRESENCE** [16] - 2216:4, 2216:6, 2223:3, 2223:5, 2229:13, 2229:16, 2231:15, 2231:17, 2232:3, 2232:5, 2234:6, 2234:8, 2236:5, 2244:10, 2244:11
**PRESENT** [4] - 2225:13, 2229:15, 2236:8
**PRESENTATION** [1] - 2235:16
**PRESENTED** [10] - 2224:18, 2229:22, 2241:21, 2241:25, 2242:3, 2242:6, 2242:9, 2242:12, 2242:15, 2242:18
**PRESIDING** [1] - 2244:1
**PRESUMABLY** [1] - 2219:1
**PRETTY** [1] - 2243:22
**PREVIOUSLY** [1] - 2229:15
**PRINT** [1] - 2230:23
**PROBLEM** [4] - 2217:15, 2221:17, 2232:15
**PROBLEMS** [1] - 2216:20
**PROCEED** [1] - 2247:1
**PROCEEDINGS** [5] -

2222:15, 2228:23, 2236:20, 2243:11, 2247:15
**PROCESS** [6] - 2236:22, 2243:12, 2244:21, 2244:23, 2244:24, 2245:8
**PRODUCE** [1] - 2234:23
**PROPER** [1] - 2232:21
**PROPERLY** [3] - 2217:5, 2230:25, 2232:17
**PROPERTY** [6] - 2221:5, 2237:17, 2237:21, 2237:24, 2238:2, 2239:9
**PROPOSED** [1] - 2229:2
**PROSPECT** [1] - 2218:4
**PROVIDE** [9] - 2216:23, 2217:23, 2218:21, 2228:25, 2229:3, 2229:8, 2236:18, 2244:12, 2244:14
**PROVIDED** [2] - 2218:1, 2246:20
**PROVIDING** [1] - 2233:20
**PRUDENTLY** [1] - 2220:8
**PUBLIC** [4] - 2220:15, 2220:18, 2239:2, 2240:6
**PUNITIVE** [2] - 2219:7, 2241:6
**PUT** [1] - 2221:21

**Q**

**QUESTIONS** [14] - 2218:2, 2218:8, 2218:9, 2218:23, 2219:2, 2219:12, 2220:7, 2222:8, 2223:12, 2223:18, 2223:19, 2223:22, 2229:24, 2237:7
**QUESTIONS** [2] - 2219:5, 2224:8
**QUICKLY** [1] - 2230:24
**QUITE** [2] - 2244:24, 2245:12

**R**

**RAISE** [1] - 2216:17

**RAISED** [1] - 2226:23
**RATHER** [1] - 2246:7
**RE** [1] - 2226:23
**RE-RAISED** [1] - 2226:23
**REACHED** [2] - 2236:10, 2236:15
**READ** [16] - 2219:23, 2222:9, 2224:11, 2227:11, 2229:24, 2237:1, 2241:18, 2241:22, 2241:25, 2242:3, 2242:6, 2242:9, 2242:12, 2242:15, 2242:18, 2242:21
**READING** [1] - 2233:3
**READY** [2] - 2222:14, 2234:21
**REALIZE** [2] - 2244:16, 2246:1
**REALLY** [1] - 2226:14
**REASON** [4] - 2232:25, 2233:1, 2245:23, 2246:18
**REASONABLE** [4] - 2218:20, 2219:3, 2240:12, 2240:15
**REASONABLY** [3] - 2222:13, 2238:17, 2239:20
**RECEIVE** [3] - 2229:17, 2236:9, 2246:17
**RECEIVED** [2] - 2216:13, 2236:22
**RECESS** [6] - 2222:12, 2223:1, 2228:24, 2229:11, 2231:13, 2236:1
**RECKLESSLY** [1] - 2237:22
**RECOLLECTION** [1] - 2224:23
**RECORD** [17] - 2216:5, 2222:16, 2223:4, 2226:22, 2228:19, 2228:20, 2229:14, 2231:8, 2231:16, 2232:1, 2232:2, 2232:4, 2234:8, 2234:11, 2236:6, 2242:21
**RECORDED** [1] - 2237:1
**REDLINED** [1] - 2216:23
**REFLECT** [3] - 2217:1, 2218:12, 2242:21
**REFLECTS** [3] -

2231:8, 2243:11, 2245:7
**REFRESH** [1] - 2224:23
**REGARD** [2] - 2221:4, 2224:22
**REGARDING** [1] - 2232:19
**RELATE** [1] - 2219:6
**RELATED** [1] - 2219:21
**RELATES** [1] - 2219:22
**RELEVANT** [1] - 2227:14
**REMAIN** [3] - 2231:24, 2234:8, 2246:6
**REMAINING** [2] - 2245:8, 2247:13
**REMAINS** [2] - 2244:21, 2244:25
**REMEMBER** [1] - 2243:9
**REMINDED** [2] - 2222:17, 2222:23
**REMOVED** [1] - 2216:16
**RENDER** [1] - 2217:5
**RENUMBERED** [1] - 2231:21
**REPAIR** [1] - 2240:12
**REQUEST** [1] - 2235:12
**REQUESTED** [1] - 2235:22
**REQUESTING** [4] - 2221:25, 2229:4, 2244:22, 2245:9
**REQUIRE** [3] - 2218:10, 2220:24, 2245:6
**REQUIRED** [1] - 2221:18
**RESERVE** [1] - 2222:9
**RESOURCES** [1] - 2245:13
**RESPECT** [1] - 2245:1
**RESPECTS** [1] - 2243:11
**RESPONSE** [1] - 2218:24
**RESPONSES** [1] - 2232:22
**RESTORATION** [1] - 2240:12
**RETIRE** [1] - 2234:4
**REVIEW** [1] - 2223:6
**REVIEWED** [2] - 2236:21, 2236:24
**REVIEWING** [1] -

2236:22
**REVISED** [1] - 2229:18
**REVISIT** [1] - 2245:15
**RICHARD** [9] - 2216:9, 2216:11, 2222:7, 2223:16, 2225:17, 2227:7, 2231:5, 2233:7, 2234:18
**RICHARD** [18] - 2216:10, 2222:9, 2223:17, 2223:24, 2224:4, 2224:14, 2224:20, 2227:9, 2228:5, 2228:21, 2229:21, 2230:4, 2233:8, 2234:19, 2235:10, 2235:17, 2236:3, 2247:4
**RISE** [2] - 2234:5, 2244:8
**ROOM** [1] - 2243:15
**RULED** [1] - 2227:1

**S**

**SANTA** [24] - 2216:5, 2217:23, 2236:6, 2237:3, 2237:12, 2237:16, 2237:20, 2237:23, 2238:2, 2238:6, 2238:9, 2238:22, 2238:25, 2239:6, 2239:8, 2239:16, 2239:23, 2240:2, 2240:9, 2240:14, 2240:17, 2240:22, 2240:24
**SAUGUS** [1] - 2240:22
**SAW** [2] - 2226:17, 2234:2
**SCHEDULE** [1] - 2222:21
**SCOTT** [2] - 2216:11, 2223:15
**SCVWA** [1] - 2241:3
**SE** [2] - 2216:16, 2219:22
**SEATED** [2] - 2231:24, 2234:7
**SECOND** [4] - 2226:20, 2234:12, 2234:16, 2234:17
**SECTION** [2] - 2217:11, 2217:12
**SEE** [11] - 2217:8, 2217:10, 2217:16, 2219:2, 2224:7, 2227:22, 2228:8, 2230:24, 2233:23,

2235:12, 2247:5
**SEEING** [1] - 2244:25
**SENSE** [1] - 2229:25
**SENTENCE** [1] - 2224:20
**SEPARATE** [1] - 2229:24
**SERIOUSNESS** [3] - 2238:19, 2240:5, 2243:11
**SERVICE** [3] - 2242:24, 2244:4, 2244:7
**SERVING** [1] - 2243:18
**SET** [3] - 2227:18, 2227:24, 2235:5
**SEVEN** [1] - 2244:13
**SHOW** [1] - 2227:4
**SHOWING** [1] - 2221:6
**SHOWN** [2] - 2224:25, 2227:1
**SIC** [1] - 2241:5
**SIDE** [2] - 2230:23, 2244:14
**SIDES** [1] - 2227:17
**SIGN** [2] - 2218:14, 2231:4
**SIGNED** [1] - 2241:10
**SIGNIFICANTLY** [1] - 2246:14
**SIMPLY** [7] - 2216:20, 2227:19, 2228:2, 2230:24, 2231:6, 2231:21, 2232:16
**SINGLE** [1] - 2227:11
**SITUATION** [1] - 2219:15
**SOCIAL** [1] - 2238:20
**SOMEONE** [1] - 2223:16
**SOMEWHAT** [1] - 2232:10
**SORRY** [1] - 2219:20
**SORT** [1] - 2226:4
**SOUND** [1] - 2245:19
**SPECIAL** [21] - 2216:15, 2216:21, 2217:15, 2219:16, 2220:20, 2221:15, 2222:25, 2223:20, 2225:3, 2225:7, 2225:14, 2227:22, 2228:18, 2230:1, 2230:2, 2231:21, 2232:10, 2232:20, 2233:3, 2233:20, 2234:1
**SPECIFIC** [1] - 2230:9

SPECIFY [1] - 2222:12
SPEND [2] - 2246:7
SPOKEN [1] - 2234:25
STAFF [2] - 2247:5, 2247:10
STAFF'S [1] - 2244:5
STAND [2] - 2228:7, 2236:2
STANDARD [1] - 2226:11
START [4] - 2217:7, 2217:12, 2222:21, 2232:8
STARTING [1] - 2233:7
STATE [3] - 2234:10, 2234:11, 2241:1
STATES [1] - 2220:3
STATES [1] - 2237:2
STILL [7] - 2217:22, 2227:13, 2232:4, 2234:22, 2244:16, 2245:17, 2245:18
STRANGE [1] - 2226:13
STRONG [1] - 2246:4
STRONGLY [1] - 2217:1
STRUCK [1] - 2227:3
SUBMIT [1] - 2245:7
SUBMITTED [5] - 2226:6, 2227:10, 2228:10, 2231:2, 2237:7
SUBPOENA [2] - 2234:22, 2235:4
SUBSTANTIAL [6] - 2237:12, 2238:6, 2238:13, 2239:5, 2240:2, 2240:23
SUBSTANTIALLY [1] - 2239:15
SUFFER [1] - 2239:1
SUFFERED [1] - 2239:1
SUFFICIENT [1] - 2227:2
SUGGEST [3] - 2221:2, 2223:10, 2244:22
SUGGESTED [3] - 2220:15, 2221:16, 2223:6
SUGGESTING [1] - 2221:13
SUGGESTION [1] - 2228:11
SUMMARY [1] - 2227:1
SUPPORTS [1] -

2228:14
SUSPICION [1] - 2246:4

## T

TAKEAWAY [1] - 2221:1
TCE [2] - 2237:20, 2237:23
TEAM [2] - 2216:8, 2217:3
TECHNICAL [1] - 2243:22
TEN [2] - 2224:25, 2229:11
TERMS [1] - 2226:4
THE [69] - 2216:5, 2216:13, 2219:23, 2219:25, 2220:23, 2221:13, 2222:11, 2222:16, 2223:4, 2223:23, 2224:3, 2224:12, 2224:18, 2224:21, 2225:5, 2225:13, 2225:17, 2225:23, 2226:14, 2227:7, 2227:19, 2228:16, 2228:22, 2228:24, 2229:14, 2230:1, 2230:5, 2230:10, 2230:12, 2231:11, 2231:13, 2231:16, 2232:4, 2232:7, 2232:8, 2233:10, 2233:12, 2233:17, 2233:18, 2233:22, 2233:23, 2234:5, 2234:7, 2235:8, 2235:15, 2235:19, 2235:25, 2236:6, 2236:14, 2236:17, 2236:21, 2237:2, 2241:12, 2241:20, 2241:24, 2242:2, 2242:5, 2242:8, 2242:11, 2242:14, 2242:17, 2242:20, 2244:8, 2244:11, 2246:4, 2246:13, 2246:16, 2247:7, 2247:11
THEREAFTER [1] - 2217:13
THEY'VE [2] - 2220:10, 2223:10
THREE [1] - 2216:14
TIRED [1] - 2245:12
TODAY [4] - 2235:3, 2235:13, 2244:13,

2245:6
TOMORROW [1] - 2222:21
TOOK [2] - 2216:18, 2232:18
TRAFFIC [1] - 2226:8
TRESPASS [2] - 2219:8, 2231:15
TRIAL [5] - 2223:4, 2229:14, 2244:20, 2245:1, 2245:18
TROWBRIDGE [2] - 2226:20, 2226:25
TRUE [1] - 2224:4
TRY [3] - 2235:3, 2243:9, 2246:5
TRYING [1] - 2224:7
TUESDAY [3] - 2246:9, 2246:10, 2246:22
TURNOUTS [1] - 2226:4
TWO [5] - 2223:19, 2229:23, 2234:21, 2234:22, 2235:2
TYPE [1] - 2239:1
TYPICALLY [2] - 2235:6, 2235:17

## U

ULTIMATELY [2] - 2219:16, 2226:9
UNANIMOUS [3] - 2236:10, 2236:15, 2242:22
UNDER [4] - 2217:22, 2223:8, 2229:25, 2234:22
UNDERSTOOD [2] - 2230:10, 2235:25
UNDUE [2] - 2227:16, 2227:21
UNFORTUNATELY [1] - 2217:10
UNHEARD [2] - 2225:21, 2225:23
UNITED [1] - 2237:2
UNLESS [4] - 2219:12, 2222:2, 2245:5, 2246:16
UNLIMITED [1] - 2230:9
UNPAGINATED [1] - 2220:6
UP [1] - 2221:11
URGE [1] - 2217:1
UTILITY [1] - 2238:20

## V

VALID [1] - 2221:23
VALLEY [19] - 2216:5, 2217:23, 2236:7, 2237:3, 2237:12, 2237:16, 2237:21, 2237:24, 2238:2, 2238:7, 2238:22, 2238:25, 2239:6, 2239:8, 2239:16, 2239:23, 2240:2, 2240:22, 2240:24
VERDICT [51] - 2216:15, 2216:18, 2216:22, 2217:6, 2217:15, 2219:16, 2220:4, 2220:7, 2220:20, 2221:15, 2221:23, 2222:25, 2223:20, 2225:4, 2225:7, 2225:14, 2226:6, 2227:23, 2228:18, 2229:9, 2229:18, 2230:2, 2230:3, 2231:5, 2231:22, 2232:10, 2232:14, 2232:19, 2232:20, 2233:3, 2233:20, 2234:1, 2236:10, 2236:15, 2236:17, 2236:21, 2236:22, 2236:24, 2237:1, 2237:6, 2241:17, 2241:18, 2241:21, 2241:25, 2242:3, 2242:6, 2242:9, 2242:12, 2242:15, 2242:18, 2242:21
VERIFY [1] - 2217:19
VERSION [1] - 2216:23
VERSUS [3] - 2216:6, 2236:7, 2237:4
VIEW [2] - 2217:4, 2221:16

## W

WANTS [2] - 2226:21, 2247:1
WATER [23] - 2216:6, 2217:23, 2236:7, 2237:4, 2237:13, 2237:16, 2237:21, 2237:24, 2238:2, 2238:7, 2238:22, 2238:25, 2239:6, 2239:8, 2239:16,

2239:23, 2240:3, 2240:9, 2240:14, 2240:17, 2240:22, 2240:24
WATER [2] - 2218:19, 2221:7
WEDNESDAY [1] - 2246:22
WEEKEND [4] - 2235:14, 2244:6, 2246:7, 2247:12
WEEKS [2] - 2228:10
WHATSOEVER [1] - 2228:14
WHITTAKER [25] - 2216:6, 2216:7, 2217:18, 2221:21, 2224:24, 2229:3, 2236:7, 2237:4, 2237:9, 2237:11, 2237:19, 2237:21, 2238:1, 2238:5, 2238:9, 2238:20, 2238:23, 2239:4, 2239:11, 2239:20, 2239:24, 2240:1, 2240:6, 2241:4, 2241:7
WHOLE [3] - 2226:3, 2226:8, 2232:23
WILLING [1] - 2246:8
WITHDRAW [5] - 2224:24, 2225:1, 2225:9, 2226:15, 2228:1
WITHDRAWING [1] - 2226:16
WITHDRAWN [1] - 2225:8
WITNESS [1] - 2234:22
WOKE [1] - 2221:11
WONDERFUL [1] - 2244:6
WORDING [2] - 2230:17, 2230:19
WORDS [2] - 2226:3, 2246:11
WRITING [1] - 2222:20
WROTE [1] - 2222:21

## Y

YEAR [1] - 2225:12
YEARS [1] - 2243:25
YESTERDAY [2] - 2222:18, 2227:17
YOURSELF [1] - 2243:9

UNITED STATES DISTRICT COURT